1395.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1396.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1397.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1398.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1399.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1400.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1401.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1402.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1403.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1404.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1405.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1406.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1407.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1408.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1409.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1410.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1411.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1412.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1413.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1414.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1415.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1416.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1417.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1418.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1419.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1420.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1421.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1422.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1423.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1424.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1425.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1426.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1427.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1428.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1429.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1430.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1431.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1432.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1433.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1434.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1435.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1436.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1437.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1438.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1439.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1440.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1441.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1442.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1443.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1444.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1445.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1446.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1447.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1448.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1449.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1450.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1451.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1452.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1453.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1454.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1455.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1456.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1457.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1458.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1459.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1460.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1461.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1462.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1463.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1464.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1465.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1466.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1467.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1468.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1469.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1470.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1471.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1472.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1473.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1474.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1475.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1476.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1477.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1478.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1479.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1480.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1481.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1482.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1483.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1484.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1485.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1486.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1487.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1488.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1489.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1490.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1491.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1492.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1493.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1494.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1495.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1496.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1497.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1498.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1499.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1500.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1501.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1502.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1503.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1504.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1505.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1506.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1507.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1508.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1509.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1510.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1511.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1512.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1513.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1514.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1515.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1516.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1517.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1518.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1519.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1520.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1521.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1522.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1523.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1524.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1525.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1526.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1527.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1528.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1529.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1530.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1531.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1532.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1533.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1534.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1535.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1536.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1537.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1538.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1539.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1540.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1541.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1542.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1543.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1544.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1545.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1546.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1547.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1548.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1549.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1550.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1551.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1552.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1553.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1554.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1555.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1556.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1557.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1558.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1559.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1560.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1561.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1562.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1563.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1564.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1565.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1566.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1567.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1568.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1569.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1570.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1571.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1572.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1573.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1574.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1575.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1576.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1577.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1578.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1579.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1580.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1581.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1582.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1583.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1584.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1585.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1586.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1587.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1588.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1589.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1590.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1591.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1592.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1593.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1594.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1595.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1596.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1597.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1598.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1599.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1600.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1601.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1602.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1603.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1604.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1605.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1606.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1607.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1608.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1609.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1610.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1611.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1612.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1613.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1614.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1615.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1616.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1617.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1618.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1619.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1620.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1621.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1622.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1623.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1624.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1625.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1626.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1627.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1628.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1629.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1630.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1631.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1632.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1633.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1634.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1635.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1636.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1637.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1638.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1639.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1640.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1641.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1642.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1643.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1644.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1645.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1646.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1647.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1648.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1649.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1650.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1651.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1652.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1653.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1654.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1655.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1656.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1657.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1658.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1659.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1660.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1661.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1662.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1663.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1664.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1665.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1666.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1667.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1668.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1669.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1670.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1671.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1672.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1673.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1674.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1675.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1676.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1677.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1678.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1679.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1680.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1681.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1682.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1683.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1684.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1685.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1686.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1687.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1688.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1689.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1690.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1691.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1692.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1693.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1694.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1695.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1696.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1697.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1698.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1699.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1700.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1701.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1702.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1703.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1704.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1705.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1706.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1707.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1708.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1709.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1710.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1711.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1712.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1713.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1714.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1715.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1716.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1717.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1718.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1719.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1720.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1721.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1722.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1723.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1724.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1725.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1726.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1727.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1728.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1729.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1730.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1731.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1732.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1733.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1734.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1735.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1736.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1737.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1738.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1739.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1740.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1741.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1742.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1743.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1744.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1745.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1746.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1747.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1748.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1749.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1750.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1751.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1752.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1753.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1754.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1755.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1756.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1757.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1758.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1759.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1760.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1761.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1762.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1763.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1764.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1765.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1766.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1767.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1768.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1769.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1770.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1771.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1772.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1773.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1774.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1775.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1776.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1777.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1778.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1779.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1780.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1781.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1782.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1783.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1784.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1785.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1786.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1787.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1788.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1789.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1790.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1791.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1792.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1793.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1794.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1795.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1796.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1797.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1798.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1799.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1800.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1801.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1802.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1803.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1804.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1805.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1806.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1807.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1808.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1809.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1810.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1811.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1812.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1813.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1814.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1815.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1816.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1817.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1818.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1819.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1820.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1821.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1822.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1823.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1824.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1825.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1826.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1827.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1828.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1829.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1830.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1831.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1832.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1833.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1834.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1835.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1836.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1837.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1838.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1839.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1840.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1841.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1842.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1843.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1844.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1845.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1846.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1847.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1848.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1849.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1850.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1851.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1852.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1853.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1854.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1855.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1856.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1857.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1858.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1859.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1860.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1861.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1862.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1863.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1864.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1865.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1866.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1867.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1868.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1869.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1870.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1871.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1872.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1873.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1874.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1875.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1876.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1877.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1878.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1879.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1880.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1881.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1882.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1883.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1884.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1885.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1886.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1887.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1888.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1889.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1890.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1891.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1892.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1893.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1894.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1895.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1896.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1897.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1898.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1899.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1900.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1901.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1902.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1903.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1904.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1905.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1906.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1907.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1908.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1909.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1910.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1911.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1912.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1913.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1914.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1915.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1916.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1917.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1918.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1919.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1920.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1921.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1922.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1923.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1924.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1925.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1926.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1927.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1928.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1929.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1930.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1931.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1932.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1933.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1934.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1935.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1936.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1937.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1938.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1939.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1940.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1941.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1942.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1943.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1944.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1945.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1946.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1947.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1948.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1949.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1950.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1951.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1952.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1953.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1954.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1955.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1956.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1957.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1958.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1959.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1960.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1961.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1962.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1963.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1964.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1965.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1966.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1967.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1968.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1969.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1970.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1971.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1972.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1973.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1974.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1975.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1976.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1977.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1978.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1979.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1980.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1981.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1982.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1983.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1984.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1985.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1986.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1987.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1988.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1989.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1990.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1991.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1992.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1993.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1994.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1995.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1996.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

1997.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1998.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1999.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2000.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2001.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2002.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2003.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2004.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2005.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2006.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2007.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2008.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2009.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2010.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2011.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2012.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2013.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2014.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2015.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2016.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2017.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2018.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2019.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2020.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2021.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2022.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2023.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2024.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2025.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2026.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2027.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2028.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2029.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2030.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2031.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2032.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2033.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2034.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2035.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2036.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2037.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2038.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2039.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2040.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2041.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2042.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2043.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2044.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2045.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2046.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2047.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2048.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2049.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2050.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2051.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2052.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2053.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2054.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2055.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2056.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2057.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2058.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2059.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2060.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2061.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2062.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2063.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2064.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2065.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2066.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2067.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2068.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2069.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2070.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2071.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2072.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

## **DEFENDANTS**

2073.

Home Depot admits that it is a Delaware corporation with its principal place of business in Atlanta, Georgia.  Home Depot lacks knowledge or information regarding the truth or falsity of the allegations in this paragraph as to all other Defendants and, therefore, denies them.

- 297 -

## **The Manufacturing Defendants**

2074.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2075.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2076.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2077.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2078.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2079.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

## **The Distributor and Supplier Defendants**

2080.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

- 298 -

2081.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2082.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2083.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2084.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2085.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2086.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2087.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2088.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2089.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2090.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2091.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2092.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2093.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2094.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1