2095.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2096.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2097.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2098.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2099.

Home Depot admits that it is a Delaware corporation with its principal place of business in Atlanta, Georgia.  Home Depot denies the remaining allegations in this paragraph.

2100.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2101.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2102.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2103.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2104.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2105.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2106.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2107.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2108.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2109.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2110.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2111.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2112.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2113.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2114.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2115.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2116.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2117.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2118.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2119.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2120.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2121.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2122.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2123.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2124.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2125.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2126.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2127.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2128.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2129.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2130.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2131.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2132.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2133.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2134.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2135.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2136.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2137.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2138.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2139.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2140.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2141.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2142.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2143.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2144.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2145.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2146.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2147.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2148.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2149.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2150.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2151.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2152.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2153.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2154.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2155.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2156.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2157.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2158.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2159.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2160.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2161.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2162.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2163.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2164.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2165.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2166.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2167.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2168.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2169.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2170.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2171.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2172.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2173.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2174.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2175.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2176.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2177.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2178.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2179.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2180.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2181.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2182.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2183.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2184.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2185.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2186.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2187.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2188.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2189.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2190.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2191.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2192.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2193.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2194.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2195.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2196.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2197.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2198.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2199.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2200.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2201.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2202.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2203.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2204.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2205.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2206.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2207.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2208.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2209.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2210.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2211.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2212.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2213.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2214.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2215.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2216.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2217.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2218.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2219.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2220.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2221.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2222.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2223.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2224.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2225.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2226.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2227.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2228.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2229.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2230.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2231.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2232.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2233.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2234.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2235.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2236.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2237.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2238.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2239.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2240.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2241.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2242.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2243.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2244.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2245.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2246.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2247.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2248.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2249.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2250.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2251.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2252.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2253.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2254.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2255.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2256.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2257.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2258.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2259.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2260.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2261.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2262.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2263.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2264.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2265.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2266.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2267.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2268.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2269.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2270.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2271.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2272.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2273.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2274.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2275.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2276.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2277.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2278.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2279.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2280.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2281.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2282.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2283.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2284.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2285.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2286.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2287.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2288.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2289.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2290.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2291.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2292.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2293.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2294.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2295.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2296.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2297.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2298.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2299.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2300.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2301.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2302.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2303.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2304.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2305.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2306.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2307.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2308.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2309.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2310.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2311.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2312.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2313.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2314.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2315.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2316.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2317.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2318.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2319.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2320.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2321.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2322.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2323.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2324.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2325.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2326.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2327.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2328.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2329.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2330.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2331.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2332.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2333.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2334.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2335.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2336.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2337.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2338.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2339.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2340.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2341.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2342.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2343.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2344.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2345.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2346.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2347.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2348.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2349.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2350.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2351.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2352.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2353.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2354.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2355.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2356.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2357.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2358.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2359.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2360.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2361.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2362.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2363.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2364.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2365.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2366.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2367.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2368.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2369.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2370.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2371.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2372.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2373.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2374.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2375.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2376.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2377.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2378.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2379.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2380.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2381.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2382.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2383.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2384.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2385.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2386.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2387.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2388.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2389.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2390.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2391.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2392.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2393.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2394.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2395.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2396.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2397.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2398.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2399.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2400.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2401.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2402.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2403.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2404.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2405.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2406.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2407.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2408.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2409.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2410.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2411.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2412.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2413.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2414.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2415.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2416.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2417.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2418.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2419.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2420.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2421.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2422.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2423.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2424.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2425.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2426.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2427.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2428.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2429.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2430.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2431.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2432.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2433.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2434.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2435.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2436.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2437.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2438.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2439.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2440.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2441.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2442.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2443.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2444.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2445.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2446.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2447.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2448.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2449.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2450.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2451.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2452.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2453.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2454.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2455.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2456.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2457.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2458.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2459.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2460.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2461.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2462.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2463.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2464.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2465.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2466.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2467.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2468.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2469.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2470.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2471.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2472.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2473.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2474.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2475.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2476.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2477.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2478.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2479.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2480.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2481.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2482.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2483.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2484.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2485.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2486.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2487.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2488.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2489.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2490.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2491.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2492.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2493.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2494.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2495.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2496.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2497.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2498.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2499.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2500.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2501.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2502.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2503.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2504.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2505.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2506.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2507.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2508.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2509.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2510.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2511.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2512.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2513.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2514.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2515.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2516.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2517.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2518.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2519.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2520.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2521.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2522.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2523.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2524.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2525.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2526.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2527.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2528.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2529.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2530.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2531.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2532.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2533.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2534.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2535.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2536.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2537.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2538.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2539.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2540.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2541.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2542.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2543.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2544.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2545.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2546.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2547.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2548.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2549.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2550.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2551.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2552.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2553.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2554.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2555.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2556.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2557.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2558.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2559.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2560.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2561.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2562.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2563.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2564.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2565.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2566.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2567.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2568.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2569.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2570.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2571.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2572.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2573.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2574.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2575.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2576.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2577.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2578.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2579.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2580.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2581.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2582.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2583.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2584.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2585.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2586.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2587.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2588.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2589.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2590.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2591.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

1011960v.1

2592.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2593.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2594.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2595.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2596.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2597.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2598.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2599.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2600.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2601.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2602.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2603.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2604.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2605.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2606.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2607.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2608.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2609.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

## FACTS REGARDING PRODUCT DEFECT

2610.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2611.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

- 374 -

2612.

  To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2613.

  To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2614.

  To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2615.

  To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2616.

  To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2617.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2618.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2619.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

2620.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

## CLASS ACTION ALLEGATIONS

### The Knauf Class

2621.

Home Depot admits that Plaintiffs purport to assert claims on behalf of the purported class under Rule 23 of the Federal Rules of Civil Procedure.  Home Depot denies that the class is properly alleged and denies that this case is suitable for class treatment.  Home Depot denies the remaining allegations in this paragraph.

### The Distributor/Supplier Subclasses (Subclasses 1-43)

2622.

Home Depot admits that Plaintiffs purport to assert claims on behalf of the purported subclass under Rule 23 of the Federal Rules of Civil Procedure.  Home Depot denies that the subclass is properly alleged and denies that this case is suitable for class treatment.  Home Depot denies the remaining allegations in this paragraph.

2623.

Home Depot admits that Plaintiffs have alleged a subclass of Defendants that includes Home Depot.  Home Depot denies that Plaintiffs' allegations have any merit.  Home Depot denies the remaining allegations in this paragraph.

### The Importer/Exporter/Broker Subclasses (Subclasses 44-48)

2624.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, the allegations are denied.

2625.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, the allegations are denied.

## The Builder/Developer Subclasses (Subclasses 49-436)

2626.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, the allegations are denied.

2627.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, the allegations are denied.

## The Contractor/Installer Subclasses (Subclasses 437-529)

2628.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, the allegations are denied.

2629.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, the allegations are denied.

1011960v.1

**General Class Allegations and Exclusions from the Class Definitions**

2630.

Home Depot admits that Plaintiffs purport to exclude the persons identified in this paragraph from the purported class.  Home Depot denies that the class is properly alleged and denies that this case is suitable for class treatment.  Home Depot denies the remaining allegations in this paragraph.

2631.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2632.

Home Depot denies the allegations in this paragraph.

2633.

Home Depot denies the allegations in this paragraph.

2634.

Home Depot denies that Plaintiffs are adequate representatives of the class and subclasses, and Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the remaining allegations in this paragraph and, therefore, denies them.

2635.

Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph and, therefore, denies them.

2636.

Home Depot denies the allegations in this paragraph.

1011960v.1

2637.

Home Depot denies the allegations in this paragraph.

2638.

Home Depot denies the allegations in this paragraph.

2639.

Home Depot denies the allegations in this paragraph.

**COUNT I**
**NEGLIGENCE**
**(Against All Defendants)**

2640.

Home Depot repeats and realleges its responses to paragraphs 1-2639 as if fully set forth herein.

2641.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2642.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2643.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2644.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2645.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2646.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2647.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

## COUNT II
## NEGLIGENCE PER SE
### (Against All Defendants)

2648.

Home Depot repeats and realleges its responses to paragraphs 1-2647 as if fully set forth herein.

1011960v.1

2649.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2650.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2651.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2652.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2653.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2654.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

## COUNT III
## STRICT LIABILITY
### (All Defendants)

2655.

Home Depot repeats and realleges its responses to paragraphs 1-2654 as if fully set forth herein.

2656.

Home Depot admits that it sells drywall to the general public, but denies that it sells or has sold the defective drywall at issue in Plaintiffs' Complaint.  Home Depot denies the remaining allegations in this paragraph.

2657.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2658.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2659.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2660.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2661.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2662.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2663.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2664.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2665.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2666.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2667.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2668.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2669.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2670.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2671.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2672.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

## COUNT IV
## BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (All Defendants)

2673.

Home Depot repeats and realleges its responses to paragraphs 1-2672 as if fully set forth herein.

- 386 -

1011960v.1

2674.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2675.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2676.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2677.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2678.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2679.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2680.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

<u>COUNT V</u>
**BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203**
**(On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)**
**(Against Builders Only)**

2681.

Home Depot repeats and realleges its responses to paragraphs 1-2680 as if fully set forth herein.

2682.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2683.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required

- 388 -

from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2684.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2685.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2686.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

1011960v.1

2687.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2688.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2689.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2690.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to

the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2691.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2692.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

**<u>COUNT VI</u>**
**BREACH OF THE IMPLIED WARRANTY OF HABITABILITY**
**(Against Builders Only)**

2693.

Home Depot repeats and realleges its responses to paragraphs 1-2692 as if fully set forth herein.

2694.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to

- 391 -

the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2695.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2696.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2697.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2698.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required

from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2699.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

**COUNT VII**
**BREACH OF CONTRACT**
**(Against Builders Only)**

2700.

Home Depot repeats and realleges its responses to paragraphs 1-2699 as if fully set forth herein.

2701.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2702.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required

- 393 -

from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2703.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

**<u>COUNT VIII</u>**
**VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT**
**(Against Louisiana Builders Only)**

2704.

Home Depot repeats and realleges its responses to paragraphs 1-2703 as if fully set forth herein.

2705.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2706.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required

- 394 -

from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2707.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2708.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2709.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required. To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

2710.

The allegations in this paragraph are not directed at Home Depot, and thus no response from Home Depot is required.  To the extent a response to those allegations is required from Home Depot, Home Depot lacks knowledge or information sufficient to form a belief as to the truth or falsity of the allegations in this paragraph that pertain to other defendants and, therefore, denies them.

**COUNT IX**
**REDHIBITION**
**(By Louisiana Plaintiffs Against All Defendants)**

2711.

Home Depot repeats and realleges its responses to paragraphs 1-2711 as if fully set forth herein.

2712.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2713.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2714.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2715.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2716.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2717.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2718.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2719.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2720.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

## COUNT X
## LOUISIANA PRODUCTS LIABILITY ACT
### (Manufacturing Defendants)
### (Pleaded in the Alternative Against Distributor Defendants)

2721.

Home Depot repeats and realleges its responses to paragraphs 1-2720 as if fully set forth herein.

2722.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2723.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2724.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2725.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2726.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2727.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2728.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2729.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1

2730.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2731.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2732.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2733.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

2734.

To the extent the allegations in this paragraph are directed at Home Depot, the allegations are denied.  To the extent the allegations in this paragraph are not directed at Home Depot, no response from Home Depot is required.

1011960v.1