# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, *et al.*, individually, and on behalf of all others similarly situated, | MDL No. 2047 |
| | SECTION: "L" |
| Plaintiffs, | JUDGE FALLON |
| v. | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; *et al.*, | JURY TRIAL DEMAND |
| Home Depot. | |
| CASE NO. 2:09-CV-7628 | |

### THE HOME DEPOT U.S.A., INC.'S
### <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and LR 5.6E, Defendant The Home Depot U.S.A., Inc. hereby discloses the following:

1011985v.1

The Home Depot, Inc. is the parent company of Home Depot International, Inc. Home Depot International, Inc. is the parent company of Defendant The Home Depot U.S.A., Inc.

Respectfully submitted,

*/s/Carmelite S. Bertaut*
Carmelite S. Bertaut, 3054
  cbertaut@stonepigman.com
Jackie M. McCreary, 28676
  jmccreary@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Counsel for The Home Depot, U.S.A., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure Statement has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 26th day of March, 2010.

I further certify that the above and foregoing Corporate Disclosure Statement was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

*/s/Carmelite M. Bertaut*

1011985v.1