UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED            MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY
LITIGATION                             JUDGE FALLON

THIS DOCUMENT RELATES TO:              MAGISTRATE WILKINSON

SEAN AND BETH PAYTON, et al
VS.
KNAUF GIPS, ET AL
Case no. 2:09-cv-7628

## EXPARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORMS

Defendant, Great Southern Homes, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit a Profile Form to Plaintiff's Liaison Counsel, and in support thereof states as follows:

1. On or about February 5, 2010, Great Southern Homes, Inc. was served with Plaintiff's Omnibus Class Action Complaint.

2. On March 9, 2010, the Court entered Pre-trial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Forms. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4. An extension will neither prejudice any of the parties, nor delay this matter.

PD.3961263.1

5.  This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, Great Southern Homes, Inc., hereby respectfully requests a thirty (30) day extension from the filing of this Motion, or until April 26, 2010, in which to complete and submit the appropriate Profile Form.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     /s/ Brent B. Barriere
    Brent B. Barriere (La. Bar No. 2818)
    Susie Morgan (La. Bar No. 18133)
    D. Skylar Rosenbloom (La Bar No. 31309)
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    Email: Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

**ATTORNEYS FOR DEFENDANT, GREAT SOUTHERN HOMES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Exparte Motion for Extension of Time to Submit Profile Forms* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of March, 2010.

                                                                              /s/ Brent B. Barriere