# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

## ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OMNIBUS CLASS ACTION COMPLAINT

Given the foregoing:

**IT IS HEREBY ORDERED,** that Defendant, Dupree Contractors, L.L.C., is hereby granted a 30-day extension of time or until April 24, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 25th day of March, 2010.

_____
JUDGE