UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al Case No. 2:09-cv-7628 | * * * * | |

## ORDER

CONSIDERING the *Ex Parte* Consent Motion for Extension of Time of D & B Framing, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for D & B Framing, Inc. to file responsive pleadings in this case is extended for 20 days or until April 13, 2010.

New Orleans, Louisiana, this 25th day of March, 2010.

_____
JUDGE, U. S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA