## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

_____
                                        )
IN RE:  CHINESE-MANUFACTURED    )    MDL 2047
DRYWALL PRODUCTS LIABIITY       )
LITIGATION                      )    SECTION L
                                )
                                )    JUDGE FALLON
THIS DOCUMENT RELATES TO:       )
                                )    MAGISTRATE JUDGE WILKINSON
CIVIL ACTION NO. 09-7628        )
_____ )

### ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Considering the foregoing:

IT IS HEREBY ORDERED, that Defendant, Triumph Construction, L.L.C., is hereby granted a 30-day extension of time or until April 26, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this __26th__ day of _____March_____, 2010

_____
                JUDGE