IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-7628)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Affidavit of Gary McCabe

STATE OF MISSISSIPPI

COUNTY OF Harrison

Before me, the undersigned authority, on this day appeared Gary McCabe, who being duly sworn did say on his oath:

1. I am President of Prestige Properties, Inc., and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. Prestige Properties, Inc., is incorporated under the existing laws of Mississippi with its principal place of business in Mississippi;

4. Prestige Properties, Inc., is in the business of building, renovating and selling single family homes;

5. Prestige Properties, Inc., has not purchased or sold real property in Louisiana and has not constructed single family homes in Louisiana;

6. Prestige Properties, Inc., has not been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

7. Prestige Properties, Inc., has had no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allege work was performed on their home by Prestige Properties, Inc., reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and Prestige Properties, Inc., did not negotiate or enter into any contract with any Plaintiff in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, Prestige Properties, Inc., did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
Gary McCabe

SWORN to and subscribed before me, this the 26 day of March, 2010.

_____
Notary Public

My commission expires: June 4, 2012

[Notary seal: STATE OF MISSISSIPPI, KELLY McTAMNEY, NOTARY PUBLIC, ID No 89763, Comm Expires June 4, 2012, HARRISON COUNTY]

2