IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-7628)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## O'Neal-Holliman Corporation's Motion to Dismiss for Lack of Personal Jurisdiction

COMES NOW the separate Defendant O'Neal-Holliman Corporation (hereinafter "O'Neal"), by and through counsel, and files this its Motion to Dismiss for Lack of Personal Jurisdiction, saying in support as follows:

1. Plaintiffs James and Barbara Bennett, Jason and Felicia Bourgeois, Curt and Carrie Hansen, Debbie Mailhes, Lisa McQueen and Brandi Bollinger, Madeline Deano, Frank Mumphrey and Gail Arcement, Michael and Wendy Roberts, Marshall Knight, Sr. and Christopher Whitfield have asserted claims against the separate Defendant O'Neal;

2. All Plaintiffs named herein allege themselves to be citizens and residents of Mississippi;

2. O'Neal is incorporated under the laws of Mississippi and is engaged in the business of residential construction in Mississippi;

3. Plaintiff's claim against O'Neal arises from residential construction and sale of real property in Mississippi;

4. For these reasons and others more specifically set forth in the accompanying memorandum in support of this motion, O'Neal lacks any contacts with this jurisdiction and the claim against O'Neal should be dismissed for lack of personal jurisdiction.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Court issue an Order dismissing Plaintiff's claims against O'Neal together with such other relief as the Court may find appropriate.

RESPECTFULLY SUBMITTED, this the 28th day of March, 2010.

                                          O'NEAL-HOLLIMAN CORPORATION

                              By:    /s/ Jeff Moffett
                                          JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

2

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of March, 2010.

                                          By:    */s/ Jeff Moffett*
                                                      JEFFREY S. MOFFETT