IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO: 2047

SECTION: L

(Relates to 2:09-cv-7628)

JUDGE FALLON
MAG. JUDGE WILKINSON

## Affidavit of Martin O'Neal

STATE OF MISSISSIPPI

COUNTY OF Harrison

Before me, the undersigned authority, on this day appeared Martin O'Neal, who being duly sworn did say on his oath:

1. I am President of O'Neal Homes, Inc., and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. O'Neal-Holliman Corporation changed its corporate name to O'Neal Homes, Inc., in January 2008 and these entities are collectively referred to as O'Neal hereafter in this affidavit;

3. O'Neal is incorporated under the existing laws of Mississippi with its principal place of business in Mississippi;

4. O'Neal is in the business of building and selling single family homes;

5. O'Neal has not purchased or sold real property in Louisiana and has not constructed single family homes in Louisiana;

6. O'Neal has not been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

7. O'Neal has had no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allegedly own homes built by O'Neal reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and O'Neal did not negotiate or enter into any contract with Plaintiffs in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, O'Neal did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
AFFIANT

SWORN to and subscribed before me, this the 26th day of March, 2010.

_____
Notary Public

My commission expires: _____

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES AUGUST 16, 2010
BONDED THRU STEGALL NOTARY SERVICE

