IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-7628)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Corporate Disclosure of Prestige Properties, Inc.

COMES NOW the separate Defendant Prestige Properties, Inc., (hereinafter "Prestige), through counsel and pursuant to Federal Rule of Civil Procedure 7.1, and files this its Corporate Disclosure:

1. Prestige is organized under the laws of the State of Mississippi and has its principal place of business there. Prestige has no parent company and no publicly held corporation holds any of its stock.

RESPECTFULLY SUBMITTED, this the 28th day of March, 2010.

                PRESTIGE PROPERTIES, INC.

            By:   /s/ Jeff Moffett
                      JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of March, 2010.

                                    By:    */s/ Jeff Moffett*
                                                   JEFFREY S. MOFFETT