IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:09-cv-7628) | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## Corporate Disclosure of O'Neal-Holliman Corporation

COMES NOW the separate Defendant O'Neal-Holliman Corporation, through counsel and pursuant to Federal Rule of Civil Procedure 7.1, and files this its Corporate Disclosure:

1. O'Neal-Holliman Corporation changed its name to O'Neal Homes, Inc., in January 2008. O'Neal Homes, Inc. has also been named as a defendant herein but there are no plaintiffs currently asserting claims against it under its current name. The company was and is organized under the laws of the State of Mississippi and its principal place of business is there. The company has no parent company and no publicly held corporation holds any of its stock.

RESPECTFULLY SUBMITTED, this the 28th day of March, 2010.

                                          O'Neal-Holliman Corporation

                            By:    */s/ Jeff Moffett*
                                  JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 28th day of March, 2010.

      By:   /s/ Jeff Moffett
                JEFFREY S. MOFFETT