UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

SAMUEL LEDFORD V. KNAUF GIPS KG et al., No. CV-09-4292

## Order Granting Mazer's Discount Home Centers, Inc.'s Motion for Leave to File Third-Party Complaint Against Devon International, Inc.

The motion by Mazer's Discount Home Centers, Inc. for leave to file a third-party complaint against Devon International, Inc. is hereby GRANTED.

DONE and ORDERED this 26th day of __March__, 2010, New Orleans, Louisiana.

_____
Eldon E. Fallon
United States District Judge