UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION          MDL NO. 09-2047

THIS DOCUMENT RELATES TO:              JUDGE FALLON

SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS KG, ET AL.

CASE NO. 2:09-CV-07628 (E.D. LA.)
_____

**DEFENDANT, D.R. HORTON, INC.'S MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION UNDER FED. R. CIV. PRO. 12(b)(2) AND
IMPROPER VENUE UNDER FED. R. CIV. PRO. 12(b)(3)**

NOW INTO COURT, through undersigned counsel, comes defendant, D.R. Horton, Inc., who moves this Court to issue an Order dismissing the claims of the plaintiffs under Federal Rule of Civil Procedure 12(b)(2) for the reasons stated in the accompanying memorandum in support of this Motion and the Affidavit of David Morice. Specifically, D.R. Horton, Inc. is not subject to personal jurisdiction of this Court.

Alternatively, D.R. Horton, Inc. files this motion to dismiss based on improper venue under Federal Rule of Civil Procedure 12(b)(3).

WHEREFORE, defendant, D.R. Horton, Inc. prays this Court enter an Order granting its Motion to Dismiss and dismissing the Plaintiffs' claims against D.R. Horton, Inc. as this Court lacks personal jurisdiction over D.R. Horton, Inc. and the Eastern District of Louisiana is the improper venue for such claims.

**Respectfully submitted,**

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**


BY: /s/ Erick Y. Miyagi_____
    Erick Y. Miyagi, #22533  (T.A.)
      hiko.miyagi@taylorporter.com
    Edward J. Laperouse, II #29310
      ted.laperouse@taylorporter.com
    Leslie Ayres Daniel, #27948
      leslie.daniel@taylorporter.com
    Kari A. Bergeron #31043
      kari.bergeron@taylorporter.com
    (451 Florida Street, 8th Floor, 70801)
    P. O. Box 2471
    Baton Rouge, LA 70821
    Telephone:   225-387-3221
    Fax:             225-346-8049

    James M. Talley  FL#0331961
      jtalley@fisherlawfirm.com
    Fisher, Rushmer, Werrenrath, Dickson, Talley &
      Dunlap, P.A.
    P.O. Box 712
    Orlando, FL 32802
    Telephone:  (407) 843-2111
    Facsimile:  (407) 422-1080
    *Attorneys for D.R. Horton, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29th day of March, 2010.


                                                  /s/ Erick Y. Miyagi_____