UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL

PRODUCTS LIABILITY LITIGATION            MDL NO. 09-2047

THIS DOCUMENT RELATES TO:                JUDGE FALLON

SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS KG, ET AL.

CASE NO. 2:09-CV-07628 (E.D. LA.)
_____

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for Mover and Defendant, D.R. Horton, Inc., in the above-numbered and entitled action, has requested to bring on for hearing its Motion to Dismiss for Lack of Personal Jurisdiction under Fed. R. Civ. Pro. 12(b)(2) and Improper Venue under Fed. R. Civ. Pro. 12(b)(3) before the Honorable Eldon E. Fallon, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C-456, New Orleans, Louisiana on the 21st day of April, 2010 at 9:00 a.m., a notice of hearing date for Section L or at a time set by this Court.

529329.1

Respectfully submitted,

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**


BY: /s/ Erick Y. Miyagi_____
  Erick Y. Miyagi, #22533  (T.A.)
    hiko.miyagi@taylorporter.com
  Edward J. Laperouse, II #29310
    ted.laperouse@taylorporter.com
  Leslie Ayres Daniel, #27948
    leslie.daniel@taylorporter.com
  Kari A. Bergeron #31043
    kari.bergeron@taylorporter.com
  (451 Florida Street, 8th Floor, 70801)
  P. O. Box 2471
  Baton Rouge, LA 70821
  Telephone:   225-387-3221
  Fax:         225-346-8049

  James M. Talley  FL#0331961
    jtalley@fisherlawfirm.com
  Fisher, Rushmer, Werrenrath, Dickson, Talley &
    Dunlap, P.A.
  P.O. Box 712
  Orlando, FL 32802
  Telephone:  (407) 843-2111
  Facsimile:  (407) 422-1080
  *Attorneys for D.R. Horton, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and electronic mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court, United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 26th day of March, 2010.

                    /s/ Erick Y. Miyagi_____

529329.1