Case Name: Gross v. Knauf Gips, KG
Defendant: Tai'an Taishan Gypsum Board Co., Ltd.
Court Case No.: 09-6690

SX-70-72

## CERTIFICATE
### *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)   **that the document has been served\***
*1.   que la demande a été exécutée*
   - the (date)
   - *le (date)* _____4/2, 2010_____ .
   - at (place, street, number)
   - *à (localité, rue numéro)* _Shandong, Taian No.1 Intermediate People's Court_

   - **in one of the following methods authorised by article 5-**
   - *dans une des formes suivantes prévues à l'article 5:*
      [ ✓ ] **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] **(b) in accordance with the following particular method\*:**
      *b)   selon la forme particulière suivante:* _____
      
      [ ] **(c) by delivery to the addressee, who accepted it voluntarily.\***
      *c)   par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
   - **(identity and description of person)**
   - *(identité et qualité de la personne)* _Shangfu Ren_
   - **relationship to the addressee (family, business or other):**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _the staff of the addressee_ .

2)   **that the document has not been served, by reason of the following facts\*:**
*2.   que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at
*Fait à* _Beijing_    中华人民共和国  the _4/3, 2010_ .
                司 法 部
**Signature and/or stamp.**  司法协助专用章
*Signature et/ou cachet.*

\*   Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- à l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      Tai'an Taishan Gypsum Board Co., Ltd.
   Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
   Tel: 0538 8811078

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
      *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
      *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ]   (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
      *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint _____
Summons in a Civil Action _____
Translations _____
Summary of the Document to be Served _____
_____
_____
_____
_____
_____

Done at _____, the  1/13/10
*Fait à* Minneapolis, Minnesota, U.S.A. _____ *le* _____

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                  (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*