Case Name: Gross v. Knauf Gips, KG
Defendant: Taian Taishan Plasterboard Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* ___4/2, 2010___
   - at (place, street, number)
   - *à (localité, rue numéro)* ___Shan Dong TaiAn Intermediate People's Court___

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
       [✓] (a) **in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
           a) *selon les formes légales (article 5, alinéa premier, lettre a).*
       [ ] (b) **in accordance with the following particular method*:**
           b) *selon la forme particulière suivante:* ___
       [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
           c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* ___Shang Fu Ren___

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___The Staff of the addressee___

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** / *Fait à* ___Beijing___ the ___10/3___, 2010
**Signature and/or stamp.**
*Signature et/ou cachet*
[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    (identité et adresse)       Taian Taishan Plasterboard Co., Ltd.
    Beixiyao Cun/Qianzhoujiayuan Cun/Houzhoujiayuan Cun, Dawenkou Zhen, Taian City, Shandong 271026, China
         Tel: 053 88811078

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                                              , the
*Fait à* Minneapolis, Minnesota, U.S.A.         , *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                 (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*