UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | |
| Plaintiffs, | |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD; KNAUF PLASTERBOARD (WUHU) CO., LTD; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |
| CASE NO.: 09-7628 _____/ | |

**ORDER ON DEFENDANT, KLEPK BROS. DRYWALL, INC.'S, EX PARTE CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

Upon consideration of the Ex Parte Consent Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint filed by Defendant, Klepk Bros. Drywall, Inc.,

IT IS HEREBY ORDERED that the Consent Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant, Klepk Bros. Drywall, Inc., be granted an extension of time until April 15, 2010 to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana, this 26th day of March, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge