UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br><br>    Plaintiff,<br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al.<br><br>(2:09-cv-07791) (E.D. La.)<br><br>    Defendants. | MDL No. 2:09-md-2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN INDISPENSABLE PARTIES**

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY, by and through the undersigned counsel of record, and hereby move this Honorable Court for the entry of an Order on behalf of FCCI Commercial Insurance Company and FCCI Insurance Company dismissing the First Amended Complaint filed by Plaintiff Robert C. Pate, as Trustee for the Chinese Drywall

Trust in the instant action pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19. This Motion is in response to the First Amended Complaint filed by Plaintiff on March 15, 2010. The grounds for this motion are that the Plaintiff has failed to join indispensable parties, namely the insureds under the policies in question, and any joinder of these Florida parties defeats this Court's diversity jurisdiction, as further set forth in the attached Memorandum of Law incorporated herein.

WHEREFORE, Defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY respectfully request their Motion be GRANTED, and that this Court enter an Order dismissing the instant action and awarding to these Defendants such other and further relief as this Court deems proper and just under the circumstances.

Respectfully submitted,

GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI INSURANCE COMPANY
and FCCI COMMERCIAL INSURANCE COMPANY

/s/ Robert M. Darroch
_____
ROBERT M. DARROCH
rdarroch@gmlj.com
GA State Bar No. 205490
STEPHANIE F. GLICKAUF
sglickauf@gmlj.com
GA State Bar No. 257540
GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Telephone: 404-264-1500
Facsimile: 404-264-1737

And

/s/ Patrick E. Costello

_____
PATRICK E. COSTELLO          (#26619)
JACQUES P. DeGRUY            (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Defendants FCCI Commercial Insurance Company and FCCI Insurance Company's Motion To Dismiss Plaintiff's First Amended Complaint For Failure To Join Indispensable Parties has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6,  and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 29th day of March, 2010.

BY:   /S/  Robert M. Darroch

_____
ROBERT M. DARROCH
rdarroch@gmlj.com