UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| Plaintiff, | MAG. JUDGE WILKINSON |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Motion to Dismiss Plaintiff's First Amended Complaint for Failure to Join Indispensable Parties on behalf of defendants, FCCI Commercial Insurance Company and FCCI Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans,

Louisiana 70130, on the 23rd day of June, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
Attorneys for FCCI INSURANCE COMPANY
and FCCI COMMERCIAL INSURANCE COMPANY

/s/ Robert M. Darroch

_____
ROBERT M. DARROCH
rdarroch@gmlj.com
GA State Bar No. 205490
STEPHANIE F. GLICKAUF
sglickauf@gmlj.com
GA State Bar No. 257540
GOODMAN McGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road, NE, Suite 2100
Atlanta, GA  30326-1084
Telephone: 404-264-1500
Facsimile: 404-264-1737

And

/s/ Patrick E. Costello

_____
PATRICK E. COSTELLO          (#26619)
JACQUES P. DeGRUY            (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **defendants FCCI Commercial Insurance Company and FCCI Insurance Company's Notice of Hearing** has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 29th day of March, 2010.

                BY:    /S/  Robert M. Darroch
                        ROBERT M. DARROCH
                        rdarroch@gmlj.com