UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| | JUDGE FALLON |
| **This document relates to:** *Pate v. American International Specialty Lines Insurance Co., et al.* **No. 2:09-cv-7791** | MAG. JUDGE WILKINSON |

### LANDMARK AMERICAN INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO JOIN A REQUIRED PARTY

Defendant, Landmark American Insurance Company ("Landmark"), through undersigned counsel, respectfully submits this Motion to Dismiss Plaintiff Pate's claims pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19. Plaintiff has failed to join a required and indispensable party to this motion, specifically Hinkle Drywall, LLC ("Hinkle"), the insured under the Landmark policy which is the subject of this litigation.

Hinkle is an indispensable party under Fed.R.Civ.P. 19, as is apparent on the face of Plaintiff's First Amended Complaint. It is an indispensable party because its interests may be impaired by disposition of the action in its absence, or if the matter is adjudicated in its absence,

1

Landmark may subject to a substantial and very real risk of incurring multiple or otherwise inconsistent obligations. Because joinder of Hinkle is probably not feasible as it is a Florida limited liability company with no jurisdictional ties to Louisiana, this case should be dismissed.

WHEREFORE, for the foregoing reasons, Landmark respectfully requests this Honorable Court find Hinkle Drywall, LLC is a required party pursuant to Fed.R.Civ.P. 19 and grant Landmark's Motion to Dismiss Plaintiff's First Amended Complaint for failure to join a required party pursuant to both Fed.R.Civ.P. 12(b)(7) and Fed.R.Civ.P. 19.

/s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (23111)
WILLIAM C. HARRISON (6616)
WENDEL A. STOUT, III (12511)
MELISSA M. SWABACKER (32710)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans LA 70130
Phone: 504-581-5141
Fax: 504-566-1201
jhailey@dkslaw.com
Attorneys for Landmark American Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Failure to Join a Required Party, with attached Memorandum in Support and Notice of Hearing, have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

/s/ James W. Hailey, III