UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| **This document relates to:**<br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>**No. 2:09-cv-7791** | MAG. JUDGE WILKINSON |

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring the attached Motion to Dismiss for Failure to Join a Required Party on for hearing before the Hon. Judge Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130 on the 23th day of June, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.

                                                                          /s/ James W. Hailey, III
                                                 JAMES W. HAILEY, III, T.A. (23111)
                                                 WILLIAM C. HARRISON (6616)
                                                 WENDEL A. STOUT, III (12511)
                                                 MELISSA M. SWABACKER (32710)
                                                 DEUTSCH, KERRIGAN & STILES
                                                 755 Magazine Street

New Orleans LA 70130
Phone: 504-581-5141
Fax: 504-566-1201
jhailey@dkslaw.com
Attorneys for Landmark American Insurance Co.