UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * * * * * | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

**THIS DOCUMENT RELATES TO:**
*Sean and Beth Payton, et al.*
*versus*
*Knauf Gips KG, et al.*

NO. 09-7628

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF NICE HOMES, INC.

Pursuant to Federal Rule of Civil Procedure 7.1, defendant, Nice Homes, Inc., through undersigned counsel, states the following.

Nice Homes, Inc. is a privately held corporation organized under the laws of the State of Louisiana, and there is no publicly held corporation that owns 10% or more of its stock.

Respectfully Submitted,

**TAYLOR, WELLONS, POLITZ & DUHE, APLC**

/s/ Paula M. Wellons
Paula M. Wellons (19028)
Vicki A. Elmer (28569)
1515 Poydras Street, Suite 1900
New Orleans, Louisiana 70112
Telephone: (504) 525-9888
Facsimile: (504) 525-9899

**Attorneys for Nice Homes, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Rule 7.1 Corporate Disclosure Statement of Nice Homes, Inc.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established by MDL 20417, on this 29th day of March, 2010.

/s/ Paula Wellons
TAYLOR, WELLONS, POLITZ & DUHE, APLC