UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, individually, and on behalf of all others similarly situated [and ADDITIONAL PLAINTIFFS listed on Plaintiffs' Exhibit A] | * * * * * | MAG. JUDGE WILKINSON |
| vs. | * * | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD. [and ADDITIONAL DEFENDANTS listed on Plaintiffs' Exhibit B] | * * * * * * * | |
| CASE NO. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT
OF LOWE'S HOME CENTERS, INC.**

**NOW INTO COURT,** through undersigned counsel, comes Lowe's Home Centers, Inc., sought to be made defendant herein, provides the following corporate disclosure as required by Local Rule 5.6:

1

Lowe's Home Centers, Inc. is a wholly owned subsidiary of Lowe's Companies, Inc, which is a publicly traded company.

Respectfully submitted,

**ADAMS AND REESE LLP**

*s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
***Attorneys for Defendant Lowe's Home Centers, Inc.***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

*s/Francis V. Liantonio, Jr.*