# 2009 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000039433

**Entity Name:** BETA DRYWALL, LLC

FILED
Apr 20, 2009
Secretary of State

**Current Principal Place of Business:**

6601 LYONS ROAD, A-3
COCONUT CREEK, FL 33073

**New Principal Place of Business:**

**Current Mailing Address:**

6601 LYONS ROAD, A-3
COCONUT CREEK, FL 33073

**New Mailing Address:**

6586 HYPOLUXO ROAD #306
LAKE WORTH, FL 33467

FEI Number: 90-0146232      FEI Number Applied For ( )      FEI Number Not Applicable ( )      Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

MAS, CARLOS A
2525 PONCE DE LEON BLVD.
SUITE 400
CORAL GABLES, FL 33134 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

Title:       MGRM      ( ) Delete
Name:      FELDMAN, STEPHEN
Address:   5 SOUNDVIEW LANE
City-St-Zip: GREAT NECK, NY 11024

Title:       MGRM      ( ) Delete
Name:      WATKINS, MICHAEL B
Address:   572 EAST SILVER CLOUD PLACE
City-St-Zip: ORO VALLEY, AZ 85737

**ADDITIONS/CHANGES:**

Title:                ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: MICHAEL WATKINS                              MGR                         04/20/2009

Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date



EXHIBIT C