# 2009 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Apr 17, 2009
Secretary of State

DOCUMENT# G55561

Entity Name: FINEST DRYWALL, INC.

**Current Principal Place of Business:**

4872 SW 74TH COURT
MIAMI, FL 33155

**New Principal Place of Business:**

**Current Mailing Address:**

4872 SW 74TH COURT
MIAMI, FL 33155

**New Mailing Address:**

FEI Number: 59-2416200     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI, FL 33155   US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
            Electronic Signature of Registered Agent                    Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:        PTD       ( ) Delete
Name:         ROBAYNA, EDUARDO
Address:      4872 SW 74TH COURT
City-St-Zip:  MIAMI, FL 33155

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:         ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:



EXHIBIT
D

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE:  EDUARDO ROBAYNA                                    PTD          04/17/2009
            Electronic Signature of Signing Officer or Director              Date