UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| **This document relates to:** | * * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL **(2:09-07791)** (E.D. La.) | * * * * * * * | |

*************************************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh, Pa. will bring on for hearing its Motion to Dismiss Pursuant to Fed.R.Civ.P.12(b)(7) for failure to join party under Rule 19 on June 23, 2010 at 9:00 a.m. The motion will be decided without oral argument unless so requested by a party or ordered by the Court.

Dated March 29, 2010:

    Respectfully submitted,

    BY:    /s/Thomas E. Schwab
    Thomas E. Schwab Bar Roll No. 2099
    BARKLEY & THOMPSON, L.C.
    1515 Poydras Street, Suite 2350
    New Orleans, LA 70112
    Telephone:   (504) 595-3350
    Telecopier:   (504) 595-3355
    Email:  tschwab@barkleythompson.com

    and

>Joseph A. Hinkhouse
>Sara Uffelman Gattie
>HINKHOUSE WILLIAMS WALSH LLP
>180 North Stetson Street, Suite 3400
>Chicago, Illinois 60601
>Telephone: (312) 784-5400
>Fax: (312) 784-5494
>Email: jhinkhouse@hww-law.com
>       suffelman@hww-law.com
>**Attorneys for Defendant, National Union Fire Insurance Company of Pittsburgh, Pa.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs; Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

>/s/Thomas E. Schwab
>ATTORNEYS FOR DEFENDANT,
>National Union Fire Insurance Company of Pittsburgh, Pa.