## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047 <br> * <br> * <br> *   JUDGE FALLON <br> * |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *   MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MID-CONTINENT CASUALTY COMPANY'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

Defendant, Mid-Continent Casualty Company moves to dismiss the First Amended Complaint of Robert C. Pate, as Trustee for the Chinese Drywall Trust for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), and for failure to join necessary indispensable parties pursuant to Federal Rule of Civil Procedure 12(b)(7).

1

Alternatively, Mid-Continent Casualty Company moves to transfer the venue of this civil action to the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406(a).

The reasons in support of this Motion are set forth more fully in the Memorandum concurrently filed with this Motion.

Respectfully submitted,

**LARZELERE PICOU WELLS
   SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

**BY:**   */s/ Lee M. Peacocke*
**MORGAN J. WELLS, JR. (La. No. 18499)**
   mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
   lpeacocke@lpwsl.com

**AND**

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
   rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
   phernandez@hinshawlaw.com
9155 S.  Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Mid-Continent Casualty Company's Motion to Dismiss First Amended Complaint or, Alternatively, Motion to Transfer Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

                                        /s/ Lee M. Peacocke
                                        LEE M. PEACOCKE