## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 * * *  JUDGE FALLON * |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * *  MAGISTRATE WILKINSON * * * * * |

*********************************************

### NOTICE OF HEARING

TO:   ROBERT C. PATE, As Trustee for the Chinese Drywall Trust
       **Through his counsel of record**
       Robert M. Horkovich, Esq.
       Anna M. Piazza, Esq.
       Anderson Kill & Olick, P.C.
       1251 Avenue of the Americas
       New York, New York 10020

          And

       **ALL LIAISON COUSNEL**

1

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, will bring Mid-Continent Casualty Company's Motion to Dismiss the First Amended Complaint or, Alternatively, Motion to Transfer Venue on for hearing on June 23, 2010 at 9:00 a.m. in the court room of United States District Court Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

    Respectfully submitted,

    **LARZELERE PICOU WELLS**
        **SIMPSON LONERO, LLC**
    Two Lakeway Center - Suite 1100
    3850 North Causeway Boulevard
    Metairie, Louisiana  70002
    Telephone: (504) 834-6500
    Facsimile:  (504) 834-6565

**BY:**   */s/ Lee M. Peacocke*
    **MORGAN J. WELLS, JR. (La. No. 18499)**
        mwells@lpwsl.com
    **LEE M. PEACOCKE (La. No. 18374)**
        lpeacocke@lpwsl.com

    **AND**

    **HINSHAW & CULBERTSON LLP**
    **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
        rkammer@hinshawlaw.com
    **PEDRO E. HERNANDEZ (Fl. No. 30365)**
        phernandez@hinshawlaw.com
    9155 S.  Dadeland Blvd., Suite 1600
    Miami, Florida  33156
    Telephone: (305) 428-5100
    Facsimile: (305) 577-1063

    **ATTORNEYS FOR DEFENDANT,**
    **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March 2010.

                                                  /s/ Lee M. Peacocke
                                                LEE M. PEACOCKE