UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON <br> * |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED
COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE,
TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

**NOW INTO COURT**, through undersigned counsel, come CHARTIS SPECIALTY INSURANCE COMPANY ("Chartis") (f/k/a American International Specialty Lines Insurance Company) and LEXINGTON INSURANCE COMPANY ("Lexington") and move this Court pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) for an order on behalf of Chartis, Lexington and

other defendants[1] (collectively "defendants") dismissing the first amended complaint of Robert C. Pate ("Pate"), as Trustee for the Chinese Drywall Trust, on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391.  In the alternative, defendants move for an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

On December 23, 2009, Pate, in his alleged capacity at as the Trustee for the Chinese Drywall Trust (the "Trust"), commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc. ("WCI"), and its subcontractors.  In response, on February 24, 2010, Chartis and other defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). On March 15, 2010, Pate filed a first amended complaint.  The filing of the amended complaint mooted the original joint motion to dismiss.

In the first amended complaint Pate alleges erroneously that venue is appropriate under 28 U.S.C. § 1391(a)(3) because the Defendants are subject to personal jurisdiction in this judicial district.  Further, the amended complaint asserts that venue is otherwise appropriate in this district pursuant to 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation. The amended complaint contains no allegation suggesting any nexus between Louisiana and the insurance coverage dispute at issue.

The Eastern District of Louisiana is not the proper venue for this diversity action.  None of the conditions set forth in 28 U.S.C. § 1391(a) for venue in a diversity action is satisfied with

---

[1] American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hermitage Insurance Company, Illinois Union Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Scottsdale Insurance Company, and Steadfast Insurance Company.

respect to this action. Further, neither 28 U.S.C. § 1407 nor the June 15, 2009 Transfer Order provide a basis for venue in this district. Accordingly, the amended complaint should be dismissed. In the alternative, this action should be transferred to the Middle District of Florida, the proper venue for this action.

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum in support, Chartis and Lexington respectfully request on their own behalf and on behalf of other defendants that this Court grant this motion and dismiss the action or transfer it to the Middle District of Florida.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
            jbarro@mcglinchey.com
            smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
             psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**CHARTIS SPECIALTY INSURANCE COMPANY (**formerly known as  American International Specialty Lines Insurance Company) **and LEXINGTON INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com