**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
     PRODUCTS LIABILITY LITIGATION          SECTION L

THIS DOCUMENT RELATES TO:                           JUDGE FALLON

Sean and Beth Payton et al. v. Knauf Gips KG et al.          MAGISTRATE
WILKINSON
Case No. 2:09-cv-07628-EEF-JCW

_____

**ORDER**

Given the foregoing Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, United Homes, Inc., is hereby granted a

thirty (30) day extension of time, or until April 29, 2010, in which to complete and submit the

appropriate Profile Form.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE