**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al. Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

## **ORDER**

Given the foregoing Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, United Homes International, Inc., is hereby granted a thirty (30) day extension of time, or until April 29, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE