IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS KG, ET AL
CASE NO. 09-7628

## REQUEST FOR ORAL ARGUMENT OF MOTION TO DISMISS SET ON APRIL 21, 2010

COMES the Defendant, Mazer's Discount Home Centers, Inc. ("Mazer's"), and requests oral argument on the Motion to Dismiss filed by the Defendant, Mazer's, and scheduled to be heard at the Court's Motion Docket on the 21st day of April, 2010 at 9:00 a.m., or a time set further by this Court.

s/ Christopher A. Bottcher
Christopher A. Bottcher  (BOT003)
C. Lee Reeves  (REE004)
Mary Blanche Hankey  (NEE007)

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:  (205) 930-5101

/s/ *Larry S. Logsdon*
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:  (205) 874-0341
Fax:  (205) 871-7534

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 29th day of March, 2010.

                                        /s/ Christopher A. Bottcher
                                        Of Counsel