IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf GIPS KG, et al. | * * | |
| Case No. 09-7628, Sect. L MAG. 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

**CORPORATE DISCLOSURE STATEMENT OF
TUSCAN-HARVEY ESTATE HOMES, INC.**

NOW INTO COURT, through undersigned counsel, comes Defendant, Tuscan-Harvey Estate Homes, Inc., who, pursuant to Federal Rule of Civil Procedure 7.1, files this Corporate Disclosure Statement to aver as follows:

1. Tuscan-Harvey Estate Homes, Inc., is a corporation organized under the laws of the State of Florida, with its principal place of business located in Boca Raton, Florida.

2. Tuscan-Harvey Estate Homes, Inc., does not have a parent company nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted,

**KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY: */s/ Leigh Ann Schell*
LEIGH ANN SCHELL (La. Bar No. 19811)
MICHELE HALE DESHAZO (La. Bar No. 29893)
1615 Poydras St., Suite 1300
New Orleans, LA  70112
Telephone:  (504) 592-0691
Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

*/s/ Leigh Ann Schell*
LEIGH ANN SCHELL