UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION "L" |
| SEAN and BETH PAYTON, et al., Plaintiffs, vs. KNAUF GIPS KG, et al., Defendants. CASE NO. 2:09-CV-7628 | * * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*   \*

### DEFENDANT STOCK BUILDING SUPPLY, LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Stock Building Supply, LLC ("Stock") states that its parent company is Stock Building Supply Holdings, LLC ("SBS Holdings"). SBS Holdings is not a publicly-held company. Further, Stock states that Wolseley plc is a publicly-held company indirectly owning 10% or more of the common stock of SBS Holdings.

    Respectfully submitted,

    **HUNTON & WILLIAMS LLP**

    */s/ A. Todd Brown*
    A. Todd Brown
    Bank of America Plaza
    101 South Tryon Street, Suite 3500
    Charlotte, NC  28280
    Telephone: (704) 378-4700
    Facsimile: (704) 378-4890
    tbrown@hunton.com

    *Counsel for Defendant Stock Building Supply, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March 2010.

                                            */s/ A. Todd Brown*
                                            A. Todd Brown