**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION:  L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
Sean and Beth Peyton, et al. v.
Knauf Gips KG, et al., No. 09-7628

## NOTICE OF APPEARANCE

**COME NOW** James Ryan III, Timothy T. Roniger, and Jeffrey A. Clayman of the law firm of James Ryan III & Associates, LLC, who state that they are admitted to practice before this Honorable Court, and hereby appear as attorneys of record for Hubert Seals and Sarah Seals, d/b/a Seals Drywall (the "Seals," improperly named "Hc Seals Drywall Partners" and "Seals Drywall" in Plaintiffs Omnibus Class Action Complaint (1)).  Notwithstanding this Notice of Appearance, the Seals hereby reserve all rights and defenses, whether at law or in equity, including but not limited to any objections to service, venue, and jurisdiction.

        Respectfully submitted,

        JAMES RYAN III & ASSOCIATES, LLC

        _____
        **JAMES RYAN III (#11558)**
        **TIMOTHY T. RONIGER  (#11443)**
        **JEFFREY A. CLAYMAN (#30442)**
        201 St. Charles Avenue, Suite 2420
        New Orleans, LA 70170
        Telephone:     (504) 599-5990
        Facsimile:      (504) 599-5991

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing pleading has been served upon, Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by email, and to all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing pleading was filed with the Clerk of Court by using the CM/ECF system which will send a notice of filing to counsel of record in accordance with the procedures established in MDL 2047, on this the 29th day of March 2010.

_____
JEFFREY A. CLAYMAN