UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628 (E.D.La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * *

## MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant Swift Supply, Inc. ("Swift") in accordance with FRCP 12(b)(2) and (3) seeking an Order dismissing the claims of the Plaintiffs for the reasons set forth in the supporting Memorandum of Law. Swift is not subject to, nor has it submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Swift.

WHEREFORE, defendant, Swift Supply, Inc., prays that its Motion to Dismiss pursuant to FRCP12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Swift Supply, Inc., as this Court does not have personal jurisdiction over Swift and the Eastern District of Louisiana is an improper venue for any claims against Swift Supply, Inc.

[signature block next page]

-1-

Respectfully submitted,

/s/ Betty F. Mullin

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Swift Supply, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24 th day of March, 2010.

/s/ Betty F. Mullin
Betty F. Mullin

N:\DATA\N\45234001\pleadings\dismiss mot.wpd

-2-