UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 09-2047 |
| | * | JUDGE: FALLON |
| THIS DOCUMENT RELATES TO Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628 (E.D.La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

## AFFIDAVIT

STATE OF ALABAMA

COUNTY OF ESCAMBIA

BEFORE ME, the undersigned authority, personally came and appeared:

DAVID DAUPHIN SWIFT, SR.

who after being duly sworn did depose and state that he is a competent person of the full age of majority; that he is the President of Swift Supply, Inc. ("Swift"); that as President of Swift, he has personal knowledge of the business activities conducted by Swift; and further that he has within his custody and control the business records of Swift related to the

-1-

EXHIBIT "1"

following. As a result of the foregoing, he has the authority to execute this Affidavit on behalf of Swift, and has personal knowledge of the facts set forth below:

1. Swift is an Alabama corporation, with its principal place of business located at 1450 Swift Mill Road, Atmore, Alabama 36502.

2. Swift is not authorized to do business in Louisiana, and has never done, any business in the state of Louisiana nor does it maintain a registered or statutory agent for service in Louisiana.

3. Swift has never been a resident of the state of Louisiana.

4. Swift has no offices in Louisiana, principal place of business or otherwise. It has no address or telephone number in Louisiana. It neither owns nor operates, and has never owned or operated, any property - real, personal, or mixed - in Louisiana.

5. Swift has no directors, officers, or employees in Louisiana. It has no bank accounts in Louisiana.

6. Swift does not, and has never, solicited any business in Louisiana.

7. Swift has never transacted business in the State of Louisiana.

8. He is not personally, or in his capacity as President of Swift, aware of any Swift drywall being distributed in Louisiana, making its way to Louisiana in any fashion, or being installed in any building, home, or other structure in Louisiana.

9. He is aware of only four instances in the last five years where Swift products have been distributed in Louisiana. Copies of the invoices for these Swift products are attached hereto as Exhibits "A-D."

10. The first sale occurred on March 28, 2007, wherein building siding was purchased by Howle-E-Lacy Contractors, a company located in Mobile, Alabama, and thereafter shipped via independent contract carrier to Shreveport, Louisiana. Attached hereto, as Exhibit "A," is a copy of said invoice, invoice number 27912411.

11. The second sale occurred on December 22, 2008, wherein wood pilings were purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "B," is a copy of said invoice, invoice number 27912411.

12. The third sale occurred on January 27, 2009, wherein pressure treated lumber was purchased by Barlow Marine, located in Fairhope, Alabama, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "C," is a copy of said invoice, invoice number 70302647.

13. The fourth and final sale occurred on February 26, 2009, wherein marine treated lumber was purchased by an office of Heatheon, located in New Orleans, Louisiana, and thereafter shipped via independent contract carrier to Plaquemines, Louisiana. Attached hereto, as Exhibit "D," is a copy of said invoice, invoice number 27913749.

14. Swift has never advertised in any publications either targeted to the state of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

15. Swift has never received business from any contacts in Louisiana whether individual customers or business contacts.

_____
David Dauphin Swift, Sr.

SWORN TO AND SUBSCRIBED

Before me on this 25th

day of March, 2010.

_____
Notary Public
My Commission Expires April 29, 2010

N:\DATA\N\45234001\pleadings\swift affidavit.wpd

-3-