UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| *   *   *   *   *   *   *   * | | |

**MOTION OF ILLINOIS UNION INSURANCE COMPANY
TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR,
IN THE ALTERNATIVE, TO TRANSFER
<u>ACTION TO THE MIDDLE DISTRICT OF FLORIDA</u>**

Defendant, Illinois Union Insurance Company, files this Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida, and joins with and adopts the Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida filed by Chartis Specialty Insurance Company (f/k/a American International Specialty Lines

Insurance Company) and Lexington Insurance Company, for the reasons more fully set forth in their supporting memorandum.

>Respectfully submitted,
>
>Salley, Hite & Mercer, LLC
>**JOHN W. HITE III (T.A. 17611)**
>**SUSAN G. GUILLOT (29588)**
>One Canal Place
>365 Canal Street, Suite 1710
>New Orleans, LA 70130
>Telephone: 504/566-8800
>Facsimile:  504/566-8828
>
>BY:   /s/ John W. Hite III
>     JOHN W. HITE III
>     **ATTORNEYS FOR ILLINOIS**
>     **UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Motion to Dismiss First Amended Complaint*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 29th day of March, 2010.

>     /s/ John W. Hite III

G:\daisy\WD\20989\First Amended Complaint\Motion to Dismiss First Amend Comp .wpd