UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION  *  *  * | MDL NO. 09-2047  JUDGE FALLON |
| * | |
| **This document relates to:**  * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the  * | |
| Chinese Drywall Trust  * | |
| VERSUS  * | |
| AMERICAN INTERNATIONAL SPECIALTY * | |
| LINES INSURANCE, ET AL  * | |
| **(2:09-07791)** (E.D. La.)  * | |
| *  *  *  *  *  *  *  * | |

**MEMORANDUM IN SUPPORT OF
MOTION OF ILLINOIS UNION INSURANCE COMPANY
TO DISMISS FIRST AMENDED COMPLIANT FOR IMPROPER VENUE
OR, IN THE ALTERNATIVE, TO TRANSFER
<u>ACTION TO THE MIDDLE DISTRICT OF FLORIDA</u>**

MAY IT PLEASE THE COURT:

  Defendant, Illinois Union Insurance Company ("Illinois Union"), submits this Memorandum in Support of its Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida. Illinois Union joins with and adopts the Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper

Venue or, Alternatively, To Transfer Action to Middle District of Florida, previously filed with the Court by Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company, and adopts their supporting memorandum as if set forth herein *in extenso*.

## CONCLUSION

Illinois Union prays that the Court grant its Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida.

> Respectfully submitted,
>
> Salley, Hite & Mercer, LLC
> **JOHN W. HITE III (T.A. 17611)**
> **SUSAN G. GUILLOT (29588)**
> One Canal Place
> 365 Canal Street, Suite 1710
> New Orleans, LA 70130
> Telephone: 504/566-8800
> Facsimile:  504/566-8828
>
> BY:   /s/ John W. Hite III
>       **JOHN W. HITE III**
> **ATTORNEYS FOR ILLINOIS**
> **UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Memorandum in Support of Motion to Dismiss First Amended Complaint*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 29th day of March, 2010.

  /s/ John W. Hite III

G:\daisy\WD\20989\First Amended Complaint\Memo Supp Mot to Dis First Amend Comp.wpd