# EXHIBIT A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

March 18, 2010

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE: Germano v Taishan Gypsum Co. Ltd.
   Vickers v Knauf Gips KG
   Gross v Knauf Gips, KG
   Payton v Knauf Gips KG

   --Updated International Services

Dear Ms. Lascio:

Below is a list of services requested in relation to the above matters:

### Germano v Taishan Gypsum Co. Ltd.
### 2:09-cv-202

Complaint filed 5/26/2009
Foreign service request:

--Taishan Gypsum Co. Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.
  Sent Abroad 7/7/2009 - Documents served 8/3/2009

---

### Vickers v Knauf Gips KG
### 1:09-cv-20510-ASG

Complaint filed 3/11/2009
Foreign service requests:

--Knauf Gips KG
  Sent Abroad 5/28/2009 - Documents served 11/3/2009

Amended Complaint filed 3/24/2009
Foreign service requests:
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Sent Abroad 5/6/2009 - Documents served 8/17/2009
-- Knauf Plasterboard Wuhu Co., Ltd.

Sent Abroad 5/6/2009 - Documents served 6/23/2009
-- Knauf Plasterboard Dongguan Co. Ltd.
Sent Abroad 5/6/2009 -- Proof of Non-Service returned stating that the company has a different name on the registered license, therefore they refused to accept and sign the service document
-- Rothchilt International Limited
Documents sent abroad 1/15/2010, no response yet received
-- Guangdong Knauf New Building Materials Products Co., Ltd.
Awaiting Summons to begin process on this defendant

## Gross v Knauf Gips, KG
## 09-6690

Complaint filed 10/7/2009
Foreign service requests:

--Knauf Gips KG
Sent Abroad 12/16/2009, no response yet received
-- Knauf AMF GmbH & Co. KG
Sent Abroad 12/16/2009, documents served 2/4/2010
-- Rothchilt International, Ltd.
Request sent to forwarding authority 2/10/2010, no response yet received
-- Knauf Do Brasil Ltd.
Request sent to forwarding authority 2/4/2010, no response yet received
-- Knauf Gypsum Indonesia
In process, not yet sent abroad
-- King Shing Steel Enterprises Co., Ltd.
Request sent to forwarding authority 2/10/2010, no response yet received
-- Sunrise Building Materials Ltd.
Sent Abroad 12/4/2009 -- Documents Served 12/7/2009
-- The China Corporation, Ltd.
Sent Abroad 12/14/2009, Hong Kong authorities refused to serve the papers (receipt of returned documents in my office on 2/18/2010), claiming that the language in paragraphs 38, 42 and 44 of the Class Action Complaint, "controlled by the Chinese government", should be changed to, "owned by the Chinese government", or, "a Chinese state-owned entity"
-- Knauf Plasterboard (Tianjin) Co., Ltd.
Sent Abroad 1/13/2010, no response yet received
-- Knauf Plasterboard (Wuhu) Co., Ltd.
Sent Abroad 1/13/2010, no response yet received
-- Knauf Plasterboard (Dongguan) Co., Ltd.
Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co. Ltd.
Sent Abroad 1/13/2010, no response yet received
-- Pingyi Baier Building Materials Co., Ltd.
Sent Abroad 1/13/2010, no response yet received
-- Beijing New Building Materials Public Limited Company (BNBM)
Sent Abroad 1/13/2010, no response yet received
-- China National Building Materials Co., Ltd. (CNBM)
Sent Abroad 1/13/2010, no response yet received
-- Beijing New Building Materials (Group) Co., Ltd. (BNBM Group)
Sent Abroad 1/13/2010, no response yet received
-- China National Building Material Group Corporation (CNBM Group)
Sent Abroad 1/13/2010, no response yet received

-- Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum Co., Ltd., Lucheng Branch
  Sent Abroad 1/13/2010, no response yet received
-- Yunan Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Tai'an Jindun Building Material Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Xiangtan) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Pingshan) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Hengshui) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Henan) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Hubei Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Tongling) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Weifang Aotai Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Pizhou) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Fuxin Taishan Gypsum and Building Material Co. Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Wenzhou) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Chongqing) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Jiangyin) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Qinhuangdao Taishan Building Material Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Tai'an Taishan Gypsum Board Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taishan Gypsum (Baotou) Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Shaanxi Taishan Gypsum Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Taian Taishan Plasterboard Co., Ltd.
  Sent Abroad 1/13/2010; Documents Served 2/4/2010
-- Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Changzhou Yinhe Wood Industry Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Nanhai Silk Imp. & Exp. Corporation
  Sent Abroad 1/13/2010, no response yet received
-- Jinan Run & Fly New Materials Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received
-- Shandong Yifang Gypsum Industry Co., Ltd.
  Sent Abroad 1/13/2010, no response yet received

-- SIIC Shanghai International Trade (Group) Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Tianjin Tianbao Century Development Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Wide Strategy Limited
   Sent Abroad 1/13/2010, no response yet received
-- Shandong Oriental International Trading Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Shanghai East Best Arts & Crafts Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Qingdao Yilie International Trade Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Tai'an Kangyijia Building Materials Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received
-- Guangdong Knauf New Building Product Co., Ltd.
   Sent Abroad 1/13/2010, no response yet received

---

**Payton v Knauf Gips KG**
**09-7628**
Complaint Filed 12/9/2009
Foreign Service Requests:

--Guangdong Knauf New Building Materials Products Co., Ltd.
  Translations currently in process
--Knauf Plasterboard (Tianjin) Co., Ltd.
  Translations currently in process
--Knauf Plasterboard (Wuhu) Co., Ltd.
  Translations currently in process
--Knauf Gips KG
  Translations currently in process
--Rothchilt International Limited
  Translations currently in process; also awaiting certified Letter Rogatory

Sincerely,

Josh Cobb
Direct Extension: 338
APS International, Ltd.
International Division
JCobb@CivilActionGroup.com