# EXHIBIT B

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND
UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Florida

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| **Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776    Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | **DIVISION OF JUDICIAL ASSISTANCE**<br>**Ministry of Justice**<br>**No.10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br><br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-
mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant
conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

    *(identité et adresse)*    Knauf Plasterboard Dongguan Co. Ltd.
        No. 2 Xinsha Development Zone,  Guandong, China, 523147
        Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)*   *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)*   *selon la forme particulière suivante (article 5, alinéa premier, lettre b);*_____

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)*   *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided
on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Amended Complaint - Class Action
Summons in a Civil Action
Translations
Summary of the Documents to be Served
_____
_____
_____
_____
_____

Done at
*Fait à* Minneapolis, Minnesota, U.S.A.        , the 5 16 09
                                        *le*

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)
                                        (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name:  Vickers  v.  Knauf Gips KG
Defendant:  Knauf Plasterboard Dongguan Co. Ltd.
Court Case No.:  1:09-cv-20510-ASG

## CERTIFICATE
## *ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

**1)    that the document has been served\***
*1.    que la demande a été exécutée*
- **the (date)**
- *le (date)* _____
- **at (place, street, number)** _____
- *à (localité, rue numéro)* _____

- **in one of the following methods authorised by article 5-**
- *dans une des formes suivantes prévues à l'article 5:*
     [ ]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
          *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ]  **(b)  in accordance with the following particular method\*:**
          *b)    selon la forme particulière suivante:* _____

     [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
          *c)    par remise simple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnés dans la demande ont été remis à:*
- **(identity and description of person)**
- *(identité et qualité de la personne)* _____

- **relationship to the addressee (family, business or other):**
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

**2)    that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*

*the addressee stated that the name of the company in the request did not comply with that registered in the business license of the company, so they refused to accept the documents.*

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.**

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**LIST OF DOCUMENTS:** Summary of the Document to be Served,  Amended Complaint - Class Action, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____
_____

**Done at** ___Beijing___ **the** ___January 27th, 2010.___
*Fait à*                    *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

中 华 人 民 共 和 国
司  法  部
司法协助专用章

\*    Delete if inappropriate.
     *Rayer les mentions inutiles.*

2

APS International Plaza · 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

## Monday, February 15, 2010

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

*ENCLOSED IS THE RESPONSE TO YOUR REQUEST IN THIS MATTER.*
*This does need to be filed with the court.*

| | |
|---|---|
| **APS File #:** | 254564-0005 |
| **Your Ref #:** | |
| **Case Name:** | Vickers v Knauf Gips KG |
| **Defendant:** | Knauf Plasterboard Dongguan Co. Ltd. |
| **Country:** | China |
| **Person Served:** | Documents not served, see attached. |
| **Title of Person Served (if applicable):** | |
| **Date Completed:** | |

**MOTION TO QUASH/DISMISS: Although rare, should you receive a Motion or if defense counsel raises allegations of insufficient process, please notify APS as soon as possible, so that our Legal Department can assist you in preparing a response to the Motion.**

We have enjoyed this opportunity to work with you and remain ready to further assist you with service of process or discovery both domestically and abroad.

Thank you for using APS International and the Civil Action Group!

Sincerely,

**www.CivilActionGroup.com**

Josh Cobb  -- Ext: 338
Email:   JCobb@CivilActionGroup.com

# GUANGDONG PROVINCE
## DONGGUAN CITY INTERMEDIATE PEOPLE'S COURT

U,S,

## PROOF OF SERVICE

[Seal: Guangdong Province Dongguan City Intermediate People's Court]

*Law Association No. FX-09-902*
*Judicial Association No. SX-09-866*
*Guangdong Superior Court/International (Service):*[2009]No. 202

| | |
|---|---|
| Case No. | (      ) Dong Intermediate Court No. <br> CASE NO. 09-20510-CIV-GOLD |
| Cause of Action | |
| Servee | Knauf Plasterboard (Dongguan) Co., Ltd. |
| Address for Service | Machong No. 2 Xinsha Development Zone, Machong Town, Dongguan City, (Guangdong Province). |
| Document Served and Number | (1) Summary of documents served;  (2) Summons; <br> (3) Complaint; and (4) Translation. |
| Recipient Signature or Seal | |
| Date of Receipt | Time:        Date: |
| Substitute Recipient | |
| Servers | Huang, Xue Hui        Zou, Zi Qiang |
| Notes | Guangdong Province Knauf New Building Materials Co., Ltd. <br><br> The party concerned said this company has a different name on the registered license, therefore refused to accept and sign the service document. The service failed. <br><br> June 24, 2009 |

Note:   *1. Upon receiving the service documents, the servee is required to sign on the Proof of Service form, and send the said Proof of Service to the Case File Department of this court. Trial Division: (address: 187 West Dongcheng Road, Dongguan City, Zipcode 523008)*
   *2. If the recipient proper is not in, hand the documents to an adult family member for receiving in 经 substitution.*
   *3. In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
   *4. If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient.  The service is then deemed as executed.*

广 东 省 东 莞 市 中 级 人 民 法 院

送 达 回 证

FX-09-302
SX-09-866

侗高法外(送)[2009]202号

| | |
|---|---|
| 案 号 | ( )东中法 字第 号<br>CASE NO. 09-20510-CIV-GOLD |
| 案 由 | |
| 受送达人 | 可耐福石膏板(东莞)有限公司. |
| 送达地点 | 东莞市麻涌镇麻二新沙开发区. |
| 送达文书<br>名称和件数 | (1)补送达文书概况再;<br>(2)传票;<br>(3)诉状;<br>(4)译文. |
| 收件人签名盖章 | |
| 收到日期 | 年 月 日 时 |
| 代收人记明<br>代收理由 | |
| 送达人 | 黄建辉 邵自强 |
| 备 注 | (1)错可耐福新型建筑材料有限公司<br>当事人说该公司注册的营业执照名字不同,拒绝签收.<br>现无法送达.<br>2019.6.24 |

注:1.受送达人收到所送达诉状文书后,须在回证上签收。并将本证即寄本院五至区。
审判庭(地址:东莞市东城西路187号,邮政编码:523008)
2.如受送达人不在时,将文书交给他的成年家属或所在单位的负责人代收。
3.如系代收,收件人应在收件人栏内签名和盖章,并注明与受送达人的关系。
4.受送达人或者代收人拒绝接收或签名、盖章时,送达人可邀请他的邻居或其
他证人到场,说明情况,把文书留在他的住处,在送达证上记明拒绝的事由
和送达日期,由送达人签名,即认为已经送达。