Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0439

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Anthony Skrmetti
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones**

**Name of Server:** _Laura Boudrea_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **February**, 20 **10**, at **1:10** o'clock **P** M

**Place of Service:** at **130 Daniels Way**, in **Perkinston, MS 39573**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Anthony Skrmetti**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Doug Boles**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Anthony Skrmetti**
at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **N/A**
Approx. Age **35**; Approx. Height **6**; Approx. Weight **140**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Laura Boudreau_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **19** day of **Feb**, 20 **10**

_Michelle Murray_
Notary Public (Commission Expires)
1-23-11