Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0400

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Homes/Sun Construction
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Harpe_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _22_ day of _February_, 20 _10_, at _1_ o'clock _P_ M

**Place of Service:** at _62250 West End Blvd._, in _Slidell, LA 70461_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Homes/Sun Construction**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Elene Kaufman_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _blonde_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'2_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph J Harpe_
Signature of Server

Subscribed and sworn to before me this _25th_ day of _February_, 20 _10_

_[signature]_
Notary Public         (Commission Expires)
BRANDI F. ERMON  #26663

**APS International, Ltd.**