Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0531

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Zamora Corporation

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 09-7628

State of: __Florida__ ) ss.
County of: __Dade__ )
Name of Server: __Carlos Aguirre__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the __24__ day of __February__, 20 __10__, at __10:00__ o'clock __A__ M

Place of Service:  at   260 Palermo Avenue                              , in   Coral Cables, FL  33134

Documents Served:  the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Zamora Corporation**

Person Served, and Method of Service:  By delivering them into the hands of an officer or managing agent whose name and title is:  __ANI Mayoral Assistant to Registered Agent__

Description of Person Receiving Documents:  The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair _____
Approx. Age __24__ ; Approx. Height __5'6__ ; Approx. Weight __135__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __25__ day of __FEB__, 20 __10__

Signature of Server         Notary Public      (Commission Expires)

APS International, Ltd.

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.