UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | *<br>* | MDL NO. 2047 |
| | * | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | CIVIL ACTION NO. 09-7628 |
| | * | |
| KNAUF GIPS KG, ET AL. | * | |

**MOTION FOR EXTENSION OF TIME
TO SERVE DEFENDANT DISTRIBUTOR PROFILE FORM
AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Holmes Building Materials, LLC, fully reserving any and all defenses, moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with a Defendant Distributor Profile Form in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, Holmes Building Materials, LLC was served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Distributor Profile Forms are to be filed within (40) forty days from service of a Complaint on a defendant.

3. The undersigned is working to obtain all information necessary to complete the Defendant Distributor Profile Form. However, additional time is needed to ascertain the information required and to confirm its accuracy.

4. Defendant, therefore, requests that the deadline for service of its Defendant Distributor Profile Form be extended until April 16, 2010. The deadline request results in a thirty (30) day extension.

5. This extension will neither prejudice any of the parties, nor delay this matter.

6. This motion is being made in good faith and not for the purposes of delay.

7. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

### MEMORANDUM OF LAW

Rule 6(b)(1), Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Fed.R.Civ.P. 6(b)(1).

Thus, the Court in its discretion may order the period discussed in the foregoing Motion enlarged.

WHEREFORE, Defendant Holmes Building Materials, LLC, respectfully requests this Court grant it a brief extension of time, until April 16, 2010, to serve Plaintiffs' Liaison Counsel with Defendant Distributor Profile Form.

Respectfully submitted,

    /s/ Ney J. Gehman
Kaye N. Courington (La. Bar # 18582)
William J. Sommers, Jr. (La. Bar #12253)
Barbara Bourdonnay O'Donnell (La. Bar #17921)
Magali A. Puente-Martin (La. Bar #27279)
Ney J. Gehman (La. Bar #26490)
Duncan, Courington & Rydberg, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, LA 70130
504-524-5566
Counsel for Holmes Building Materials, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.

    /s/ Ney J. Gehman