UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | CIVIL ACTION NO. 09-7628 |
| | * | |
| KNAUF GIPS KG, ET AL. | * | |

## **ORDER**

Upon Motion of Defendant, Holmes Building Materials, LLC, for Extension of Time to Serve Defendant Distributor Profile Form, it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Holmes Building Materials, LLC, shall be granted an extension of time, through and including, April 16, 2010, within which to serve its Defendant Distributor Profile Form.

DONE and ORDERED in New Orleans, Louisiana, this ___ day of _____, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE