**A**

RECYCLED PAPER
RECYCLABLE

*Gross, et al. v. Knauf Gips, KG, et al.*

## Exhibit "A"–Additional Plaintiffs Named in
## Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint (III))

Abbott, Carl D. & Adele
Abels, Shirley
Acadia II Condo d/o Russell Foti
Acosta, Amparo
Adams, Robert & Klein- Adams, Marni
Adams, Eddie & Rose
Adcock, Michael & Bridgitte
Aguilar, Antonio & Jenny
Alexander, Henry & Penny
Alford, Edgar & Rita
Alfred, Janice
Allen, Darius
Allison, Tim
Alonzo, Lana
Ambrose, Rosalie
Amorin, Eduardo & Carmen
Andersen, Michael
Campos, Karla
Anderson, Brodrick J.
Anderson, William
Anderson, James & Stager, Patricia
Anderson, Clarence & Constance
Anderson, Judith
Anderson, Samuel
Anderson, Farrel & Kimberly
Anderson, Quaintrell T.
Anderson, Shirley
Anderson, Shawnree & John
Anderton, Gloria & George
Antoun, Ivan
Appelman, Lou & Sara
Aquart, Juanita V.
Arif, Mohammed I. & Aamara Shazia
Arnaud, Lester & Catherine
Arnold, Lee & Maureen
Arnold, Rosa
Arroyo, Terrell & Lionel
Astrin, Scott & Terri
Attard, Kenneth
Attard, Steve
Aubert, John & Pamela
Auger, Susan
Aultman, Delores
Aumack, Gary & Nancy
Austin, Jason & Tara
Avant, Catherine
Ayanbadejo, Oladele
Azor, Stephanie & Harry
Back, Charles & Mary
Badon, Ive & Loraine
Bailey, Robert & Anne

Balassone, Arthur & Barbara
Ball, Ashley
Banks, Dorothy Mae
Banner, Tammy
Baptiste, Harrison
Baptiste, Judy
Barbarin, Earline H.
Barisich, Frances & Joseph Barisich, & George Barisich, & Ann Marie Barisich Sever
Barlow, Regine & John
Baron, Allen
Barreto, Adolfo
Bart, Eugene & Cynthia
Batiste, Frank & Gralina
Batra, Vinod
Batsch, Kevin
Battista, Leo
Bautista, Mario
Beale, Charles
Beasley, Anika
Belcher, Robert
Bell, Latonya
Bell, Thomas E.
Bell, Marvaleen
Belsom, Scott & Jennifer
Benesch, Paul
Bennett, Larry
Benoit, Richard & Carol
Benson, Steven & Rhonda
Bentley, Lonnette & Lowery, Kenneth
Benzo, Ramon & Candida
Berthaut, Colin & Dayne Gelpi
Bertholette, Anna nad Leslie Lund
Biglane, Billy
Bilbo, Chester
Billy, William & Thadius
Birkholz, Berlyn & Elaine
Bishop, Michael
Bishop, Brian
Black, Rubie
Black, Douglas & Elizabeth
Blaise, Ervin & Felthus Elizabeth
Blalock, Angeles
Bloom, Amy
Blue Water of Cape Coral, Inc.
Blue, John & Rachelle
Blue Water Condominium Association
Bo, Theresa
Boglin, Regina
Bontu, Praksah R. & Rupa

Borges, Virgilio & Janaina
Borne, Barry & Mary
Bosch, Unia
Bosse, David & Christina
Boucher, Gordon & Nancy
Boudreaux, Shawn & Justine
Bourg, Junius
Boutte, Gloria
Boutte, Don & Michael Robinson
Bowden, Erica
Bowen, Tia
Bowers, Roger
Boxton, Glenda
Boyce, Gary E. & Chris
Brackett, Orlesa W.
Bradley, Chris
Bradley, Jimmy & Louise
Braga, Henry & Deborah
Brand, Mariyn D.
Branning, William & Betty
Braselman, Holly
Breaux, Roy Jr.
Brennan, Arlene
Brewer, Clatues & Frances
Brewton, III, I.D. & Sonia
Brian, Wilton & Rita
Briscoe, Hopeton
Brister, Candy
Brito, Nelson
Brock, Ora
Broesder, Stanley
Brown, Joan E.
Brown, Alganan & Regina
Brown, Robin
Brown, Morton & Ruth
Brown, Joshana
Browne, James & Jill
Brumbaugh, Russell R. Jr. & Carol
Bryant, Debra
Bryant, Victor & Falana
Burk, Johns & Monica
Burke, Richard & Rebecca
Burkhead, Samantha & John L.
Burns, Robert
Burt, James & Janie
Burton, Jenise
Burton, Rose & Tebault
Busbee, Jr., Clarence & Sheri
Butler, Laddy J.
Butler, Bernice
Butler, Mary
Cager, Mitchell & Patricia
Callais, Gary & Michelle

Callan, Paul & Gloria
Calloway, Frederic (Kent) & Amanda
Cambric, Shannon
Cammarata, Louis & Michele
Campell, Thomas & Kelli
Candiani, Karen & Donald
Cannestro, Michael & Enny
Caple, Janelle
Carciato, Lisa
Cardiello, Frank & Gayle
Carney, Garnet & William
Carroll, Mattie B.
Carter, Alice
Carter, Andrea
Carter, Antione C.
Carter, Daniel & My-duyen
Carter, Jack, Jr.
Caruso, Leonard & Cheryl
Caruthers, Lewis Harland
Casburn, Richard & Judy
Casey, William & Pamela
Cashion, William
Catalanotto, Mary Ann
Cattano, Phyllis
Chaeffer, Brad
Chalmers, Ryan & Julie
Chauppetta, Larry & Michelle
Cheramie, Bertoule & Joan
Chestnut, Thomas & Patty
Chinoy, Raymond & Vinita
Chladny, Ray & Stafford, Debbie
Cianfrini, Jerry
Cintula, Theodore
Clark, Lisa
Clarke, Wayne G.
Cohen, Ariel
Cohen, Yossef
Cole, Eddie C.
Cole, John & Star
Coleman, Charles
Coleman, Misty
Comick, Ronnie
Commander, Aurorina
Conrad, Jesse & Gelone
Coopier, Royce, Cuff, Cynthia
Copeland, Mildred
Copello, Victor & Pamela
Corvaia, Steve
Cotilla, Marisela & Adolfo
Couture, Patrick G. & Kasie F.
Cox, Jeffery
Cox, Shawn & Lisa
Crandle, Angela
Craven, Dan
Crespo, Elliott
Cribb, Rose
Cricco, Carl & Kimberly
Cruchfield, James & Louella
Cuenea, Peggy
Cummins, Rolland & Charlene

Cunningham, Shirley
D'Ambroiso, John & Pamela
D'Ambrosio, Angelo & Deborah
D'Anna, Gaetano
Dakin, Kim
Damond, Pam
Daniels, Lula
Daniels, Anita
Dao, Cuc
Dasilva, Jose & Maria
Davis, Chris
Davis, Lee Ester
Davis, Susan M.
Davis, Veronica
Davis, Vernon
Dearborn, John
DeCarlo, Ellen & Nelson, Jerald
DeGlopper, Jenni
Deharde, Kelly & Christopher
Dekeyser, Phyllis & Lee
Delisser, John & Maryalyn
Delk, Smith
Delpapa, Pamela
DeMange, Craig
Demirgian, Edward & Tonya
DePompa, Angelo
Desmore, Judy & Barry
Desselle, Brent
Dharamsey, Shabbir
Dickinson, William
Diffley, Matthew & Krista
Dillard, Ronnie & Linda
Dillinger, Norbert & Svetty, Rita
Dillon, Ray & Selestin
Dineen, Robert
Dinette, Rodney & Geraldine
Dinneen, Walter F. & Vickie L.
DiSapio, Tonya & Carmine
Distel, Matthew & Stephaine
Divanno, Michael & Iben
Dixon, Perry & Deborah
Domingue, Craig & Lesa
Donaldson, Jill & Oertling, Jared
Donmeyer, Scott D. & Kristin
Donnelly, Mary Rose & James
Dorsey, Rachael & David
Douglas, Aprile L.
Dow, Jared
Dowell, Darren & Kim
Downing, Kenneth & Maria
Dubocq de Vicente, Evelyn
Duchane, Charles & Susianna
Duckett, Larry Heath
Dudreck, Albert & Jaon
Dunlap, Jay & Vanessa
Dunn, Howard
Dunn, Keith & Krystal
Dunn, Diane
Duplesis, Georgiana
Durrance, Barry & Denise
Eager, Raymond & Willie M.

Edgar, Faroh on behalf of Marazul LLC
Edwards, Cecile
Ehrsam, Howard
Eleuterius, Gregory & Elizabeth
Elliott, Mary
Enclarde, Mary
Engasser, Paul & Patricia
Engel, Jefferey & Ella
England, Charles
England, Michael & Kim
Englander, Mark
Englert, Thomas & Karen
Estimond, James & Jordany
Evans, Donald & Barbara
Evans, Ronald
Everard, Elliott
Everett, Michael
Ewald, Thomas & Christina
Fairley, Leo & Jacqueline
Fairley, Jeffery A.
Fajardo, Wilson
Gonzalez, Esther
Falls, Jamison & Lauren
Fardella, Michael
Farley, Patrick Michael
Farley, Nancy A.
Farve, Crystal
Feltner, Donna
Fermoile, James & Fran
Ferrer, Haydee
Ferroni, Peter & Christian
Fifteen B's, LC, a Florida Corporation
Fineschi, Nicola & Connie
Flaherty, Sean
Fletcher, Gregory & Diane
Flint, Joseph & Sloan, Danielle
Fluharty, Carson & Charlene
Fontana, Patricia
Fordham, Allen & Anissa
Fores, David, Vasquez, Monica
Foreston, Anthony & Sherrie
Foster, William & Vicki
Foster, Gregg
Foster, Van
Foster, Evelyn
Foxwell, Craig & Linda
Foxworth, Margie
Francipane, Susan
Francisco, Tom & Jane
Frank, David & Catherine
Franklin, Michael & Aimee
Franklin, Allison
Frazier, Rose & Raymond
Freel, Kevin
Fugazy, Lenni & Justin
Gaines, Timothy & Julie
Gainey, Billy C. & Kathryn
Gainey, Dale & Carolyn
Gaita, Gina

Galle, Joey & Amanda
Galle, Joseph & Debbie
Galloway, Geraldine
Galmiche, Stephen & Tiffany
Galvan, Eric, Marsh, Lavenda
Galvis, Luis & Beatriz
Gambler, Lenox Jr.
Gamboa, Luis & Mercedes
Gangl, Donald & Michelle
Gani, Jacques & Rose
Garcia, Nerio, Hedy M., Mazzarri, Clara
Garrison, Roberto
Garvey, Thomas & Carly
Garvey, Stephen & Karen
Gaston, Nora
Gauthier, Paul & Patricia
Gaylord, Peter & Kelly
Gaynor, Peter & Tracy
Gesualdo, Domenic & Darlene
Ghanta, Madhav
Giannini, Dominic
Giannoussidis, Nikolaos
Gill, Ted & Pamela
Gillan, Zelda
Gillespie, Thomas
Gillman, James c/o Houck, Carolyn
Gimpel, Nicholas & Cathy O'Brien
Gitto, Frank
Glasper, Gregg & Beunker
Gobos, Peter V.
Godwin, Franklin & Veronica
Gody, Anthoney & Candace
Goede, John & Kristin
Goldblum, John, Shirali, Asmita
Goldstein, Ira
Golin, Steven & Karen
Golovkine, Sergei & Natalia
Gomez, Ricardo & Maria
Gomez, Augustus P. & Annice P.
Gonzales, Huey P. Jr.
Goodstein, Martin & Nancy
Gorton, Peter
Gottung, Douglas & Dolores Florio
Graham, Gerald & Terry
Grajales, Beatriz
Grant, Marcus & Jevon
Grassel, Eric & Svetlana
Green, Patricia Stevens
Green, Mary
Green, Mary Nell
Greenberg, Benjamin
Greenblott, Charles
Greenwald, James & Debra
Gregory, Betty
Griffin, Thomas
Grissom, John D. & Becky
Gross, Cheryl & David
Grover, Adam & Keely
Grueninger, Susan

Grunsted, Tamarra
Guerrero, Maria, Blanco, Roberto
Guidry, Sheila
Guillette, Melissa
Gutierezz, Liset
Haggerty, Katheryn
Hahn, Letitia
Haindel, Mary
Hale, George
Hales, Lisa
Hall, Nathaniel & Darlene
Hall, Emma
Hamilton, Rhett
Hammer, Allen
Hampton, Helen
Hampton, Samuel & Shavonne
Hankins, Lee & Barbara
Hanzel, Gary on behalf of Security Source, Inc.
Harding, Matthew & Kristin
Harkley, Alfred
Harris, J. Wesley Brandon & Jessica
Harris, Emily & Gregg
Harris, James
Hartenstein, Lorena
Harter, Harry & Olga
Hartley, Charles & Janet
Harvey, Jr., Ronald & Brnady
Hasselschwert, Craig & Jane
Hatcher, Sherri
Hatcher, Cecil
Hattemer, Jennifer
Hatten, Gabriel
Haughton, Marcia
Hayes, Joseph & Selena
Hayes, Gloria
Headley, Danny & Cathy
Heller, James & Barbara
Helmick, Timothy & Maria
Helper, Dennis
Hendricksen, Paul
Henry, Clifford & Crispina
Herbert, Ken & Margot Foglia
Herbert, Brian
Herring, Homer
Herston, James
Hester, Raymond
Hickey, Raymond & Elizabeth
Hickman, David & Vickie
Hill, Jerry & Sharon
Hill, Geraldin
Hoffman, Hannelore, Lengel, Donna
Hogan, Roger & Joanne
Holt, Herschel & Karen
Hoover, Stephen R.
Hornbeck, Ronald & Linda
Hotard, Christopher
Howard, Monika
Howard Krause as Trustee of the

Naomi Krause Revocable Trust
Howell, Patricia
Howell, Victor & Loumertistene
Hubbard, Michelle & Curtis
Hudson, Michelle
Hudson, Adam
Hueston, Deborah A.
Hughes, Amanda
Hummer, Charles
Humphreys, Thomas
Hunter, Isa
Hunter, Dorothy
Hurley, Jonathan & April
Huszar, Steve
Iannazzi, Ronald & Florence
Indovina, Leon
ITSM Corp. c/o Ana Maria Tascon
Jablonski, Robert & Colleen
Jackson, Irene
Jackson, Michael
James, Richard & Marion
Jensen, Andrea
Jerry, Jason, Prokopetz, Linda
Johnson, Antonio & Saunja
Johnson, Regina
Johnson, Fred
Johnson, Aisha & Geoffrey
Johnson, Carol
Johnson, Abraham
Johnson, Ronald
Jones, Allie & Jeanie
Jones, Roosevelt, Green, Barbara
Jones, Rosetta & Lucious
Jorda, Carlos
Julia, Juan Carlos & Martha
Kallfelz, Marita
Kallio, Gary & Jennifer
Kapalin, Daniel & Danielle
Karp, Lillian & Herbert
Katarsky, John & Carol
Katz, Barry & Rebecca
Kaufman, Leslie
Kehl, Hans Joachim
Kehoe, Molly
Kelly, Christopher & Jesica
Kelly, James & Sandra
Kelso, Christopher
Kelson, Sherrie
Kepler, LLC
Keyt, Stacey R.
Kim, Mai, Bui, Tom
Kimble, Velma
Kimble, Tijuana Leigh
King, Jeffrey & Lauren
King, John
Kirby, Robert
Knotts, Burnistine
Knowles, Timothy & Tosha
Kostelecky, Joseph & Charlotte
Kovens, Arthur & Martha
Kramer, Ronald & Anita

| | | |
|---|---|---|
| Kranz, Helene & Christina | Lundy, William & Gena | McBride, Shirley Ann |
| Ksal, Paul & Melody | Luntz, George & Adrienne | McCarty, Terrance & Sandra |
| L&L South Florida Realty, LLC | Lussier, Lynne | McCool, Michael |
| Labell, Barry | Machado Bohorques, Noe A. | McCrory, Osizy & Margie |
| LABO, LLC. | Mack, Thomas Jr. | McEldowney, Larry |
| c/o Peter Lampheele | Macomber, Shawn | McKee, Brett & Sara |
| Lacrgne, Sheral Ann | Macon, Jeremy | McKee, Maria |
| LaFontaine, Steven & Jennifer | Madigan, Murphy | McKenzie, Martha |
| LaFrance, Marlone J. | Maesel, Shawn | McKinley, Jacob |
| Lahn, Gerald & Karen | Magdalena Gardens Condo | McKinney, Ali & Ilka |
| Lakind, Alan & Linda | Association | McKinnies, Kionne & Terral |
| Lamarque, Carroll, Jr. | Maggiore, Peter & Frankie | McKinnon, Joseph/Christina |
| Lambert, Robert & Tasha | Mai, Long | McLendon, Brian & Stephanie |
| Lampton, Alean | Mai, Kim & Nguyen, David | McMahon, William R. & Setsuke |
| Lang, Danielle Marie | Malhoe, Ashok | McMillan, Claretha |
| LaSalle, Julio & Carmen | Malkki, Donna, Clough, Daniel | McMillian, Timothy |
| Lau, Donald | Malone, Dianne | McNeal, Shevon |
| Lauderdale One Condo Association, Inc. | Malone, Monica | McNealy, James & Fran |
| Lauria, Dominick | Mancini, Richard | McRae, Frances E. |
| LeBlanc, Steven & Dana | Mancuso, Robert & Lorraine | McTigue, Bobby & Celia |
| LeCarpentier, Jacques | Maniscalco, Frank & Grace | Medina, Pedro |
| Ledford, Samuel | Mantuo, Jo Ellen | Meinholz, Nancy |
| Lee, Mark & Wendy | Manuel, Barbara W. & Lucien | Meister, David & Diane |
| Lee, Anh Van | Marable, Kimberly | Melton, John & Tamara |
| Lee, Dorothy | Maranoci, Terri, Lee, Terri | Melton, Carolyn & Jackson, Ivory |
| Lee, Scott & Donna | Marcario, Katherine | Mendez, Jose & Sonia |
| Lee, Kevin | Marcum, Regina | Mercedes, William & Carmen |
| Legendre, Joan | Mariana, Margaret | Metcalfe, George & Amy |
| Lehmann, Horst | Marino, Teresa | Meyer, Kirk & Lori |
| Leon, Aldo | Marion, James | Meyer, Harry E. Jr. |
| Leon, Daimarys | Marks, Edward | Miller, Sr., Ronald & Lisa |
| Leonard, Bridget | Marrero, Charlene | Miller, Jo Ann |
| Lescarini, Richard & Shannon | Marschhauser, Lou | Miller, Alan |
| Leslie, Daphne | Marshall, Wilda E. | Miller, Robert |
| Lester, John & Jacine, Schiller, Larry | Marshall, Gregory | Miller, William & Teresa |
| | Martel, Jean & Carmelle | Mingto, James & Patricia |
| Leverette, Gilletto & Donna | Martillo, Joseph | Miranda, Jose & Adela |
| Levy, Kenneth & Lynn | Martin, Robert & Denise | Mitchell, Robert & Bonnie |
| Lewis, Felton | Martin, David & Betty | Mitchell, James & Kelsey |
| Lewis, Lesley | Martin, Richard & Judith | Mitchell, Virgil & Rosetta |
| Lewis, Eloise | Martin, Victor & Geraldine | Mize, Brandon |
| Lewis, Wanda | Martin Riback, as Trustee of the Martin Riback Revocable Trust Agreement | Molden, Frank |
| Lewis, Leonard | | Montalvo, Samuel, Jr. |
| Licon, Eddie | | Montoya, Frank & Eva Ann |
| Lloyd, Maxwell & Joete | Martinez, Kim | Moon, Daniel & Marva |
| Loader, Jennifer | Martinez, Arnold Sr. | Moore, Roxzana |
| Loper, Joseph & Sherry | Martinez, Dailyn | Moore, Evelyn |
| Loper, Flavor & Lucille | Mas, Rachel & Bonilla, Fred | Moore, Leon |
| Lopez, Valerie | Masih, Parveem | Moore, William & Earlene |
| Lopez, Christie | Massaro, Mario | Moore, Jerry & Rhonda |
| Lopez, Rebekah | Mastrogiacomo, Kim | Morel, Rudolph |
| Love, Nakisha | Mattox, Dread | Morgan, Linda |
| Love, Robert & Adele | Matus, Aldo & Ghady | Morgan, Jetson & Lee |
| Lowande, Paul & Renee | Matute, Argerie | Morgan, Sylvia |
| Lozano, Jorge & Cristinia | Maurice, Carmine & Emmanie | Morillo, Madelyn |
| Ludgood, Stokes & Angela | Maya, Adi | Moritz, Christy |
| Lumar, Semyon & Darina | Mayes, Jacqueline | Morlas, Ralph |
| Lumare Properties c/o Mauricio Reyes Henao | Mayeus, Cory & Kristy | Morris, Robert |
| | Mayo, Edward & Jacqueline | Morrison, Robert & Sandra |
| | Mays, Bobby & Gina | Morton, Robert |
| Lund, Daniel (III) & Elizabeth | Maysonet, Erika | Moses, Brenda & Bryant Moses |

Moss, Christopher & Cox, Crystal
Mottolo, Gene
Mowers, Evelyn B. & Matthew R.
Mueller, Lawrence & Jamie
Muenchen, Stephen M. Jr.
Mulkey, Kareem J.
Mullet, Crystal
Mullet, Edwin & Debbie
Murdali, Fazeel
Murphree, James Lamar
Murphy, Paul & Danielle
Murphy, Ronald
Murray, Paul & Lois
Murray, Robin & Marva
Myers, Odette
Nack, Thomas
Nelms, Jr., William
Nelton, Mary
Nemes, Robert & Frances
Neste, Dave
Newell, Michael & Faris
Nguyen, Cathy Mai Thi
Nicolosa, Martin & Sharon
Nijhawan, Balraj & Pushpa
   c/o Pradeep
Nijhawan, POA
Nilsson, Jan Erik & Anette
Niswonger, Mary M.
Noldge, Don
Nord, John
Norton, James
Nowicki, John C.
Nowling, Michael & Angel
Nuccio, Thomas & Darlene
Nunez, Alvaro
Nuss, Doug
Nutting, Julie
O'neil, Gerald & Brasch, Jacqueline
O'Sullivan, Steven
Odoms-Lewis, Janretta C.
Oliver, Kevin
Ondrovic, Joseph
Onori, Paul
Organista, Maria
Orjuela, Sonia
Ortiz, Amelia & Mark
Osicki, Sieward
Overton, Edward
Owen, Scott & Emilia
Owens, Brenda
Oyer, Steve & Angela
Packard, Suki & Michael
Page, Michael & Rikke
Palazzalo, Michelle
Palmer, Frances
Parker, Sr., William
Parker, Jr., William
Parker, David
Parsley, Marshall
Pasos, Gwendolyn
Patching, Trevor & Karen

Pate, Jeremy
Patterson, Gary & Nicole
Patterson, Kellie
Patti, Anthony J.
Paul, Audrey B.
Peace Harbor Condo Association
Pearson, J. Richmond & Julene R.
   Pearson
Pearson, Richmond
Pelak, Paul & Michele
Pelligra, Anna R.
Peltier, Isaac & Shanon
Penny, Andrew & Rachel
Peoples, Debra
Pequigney, Sean & Candace
Pereira Dos Ramos, Jose J.
Perez, Mike
Perez, Gustavo
Perone, Samuel
Pesseackey, Mike & Phyllis
Peterson, Derrick & Robin
Petrella, Elaine
Pettway, Susan
Peyton, Evelyn
Pfeiffer, Marion
Pham, Kelly
Picado, Henry & Tina, Jeffrey
   Picado
Troy Picado
Pierce, Alton
Pietrantonio, Tamie
Pigott, Janette
Pitcher, John, Brust, Gina
Pitman, Sharon
Polk, Donna
Pollux, LLC
Polychronpoulos, George &
   Nathalie
Poplausky, Maurice & Hanna
Porter, Vanessa
Portsmith Condo Association
Posey, Susan
Potter, Harold & Tricia
Powell, Laura Ann & Lindeerth
Pray, Jeffrey & Lana
Prescott, Scott
Presnall, Donald & Sherron
Preyear, Charlotte D.
Price, Robert & Edith
Pritchett, Carla
Promenade at Tradition Community
   Association, Inc.
Pruscha, Calman & Charleen Living
   Trust
Purcell, Veronica
Quezada, Nelly & Flaque, Gines
Raio, Joseph
Rand, Ricahrd
Randle, Thomas C.
Poche, Ann Randle Poche
Rankins, Edward & Pamela

Ratliff, Krondenser Means
Rattler, Mike & Tara
Raucci, Steven & Dorothy
Ravelo, Carlos
Real Property Resolutions Group,
   LLC
Reaves, Eugene W. IV
Reber, Todd & Melissa
Redway, Robert
Reed, Randy
Reels, Tamara
Reese, Virgil
Reeves, Carrie
Reilly, Reed & Victoria
Reinoso, Manuel & Jessica
Reiprecht, Raymond
Rekhels, Alexander & Irina
Reynolds, Karen
Rezny, Brian & Linda
Richard, David
Richards, John & Patricia
Richardson, Terry & Frances O.
Richardson, Tammy
Riggio, Brenda & Ignatius
Riley, Willie James
Riley, Estela
Risko, Mark & Beverly Ann
Rizzo, Frank & Christina
RMM Investments, LLC
Roberson, Martha
Roberson, Nadine
Roberts, Kathryn
Roberts, Robert
Robinson, Louis
Robinson, Jerome & Ellen
Robinson, Dane & Patricia
Robles, Amparo
Robohm, Donald & Natalie
Rodriguez, Peter
Rogers, Michelle
Rogers, Joyce
Rogers, Gretta
Rogers, Brenda
Rogers, Ashley J.
Rogers, Leslie & Lucille
Rogers, Marcella
Roland, Linda
Romain, Eric & Tracey
Rose, Michael
Ross, Robert & Natalie
Roth, Stephen
Royal, Kim & Bryson
Ruse, Lawrence & Rebecca
Rushing, Shirley
Rutherford, Chris
Ryckman, Rickey
Sakalauskas, Alberto & Laura
Salter, Kenneth & Cindy
Samples, Deneen
Sanden, Paul
Sanders, Joseph

| | | |
|---|---|---|
| Sanon, Enock & Marie | St. Fort, Ed & Barosy, Regine | Twin Crest Associates, LLC |
| Santacruz, Jose & Yvette | St. John, Kelvin & Laura | Urtubey, Jason |
| Santelle, Thomas & Anne | Stamps, Reginald | Usaga, Johana |
| Santiago, Cesar, Crespo, Eileen | Staub, Dana & Marcus | Uttaro, Francis & Christine |
| Santiago, Angel & Yvette | Steed, Max | Vaca, Amada |
| Santiago, Jose & Yasuany | Steele, Wanda E. | Vaiden, Janet |
| Santiago, Marcos & Carmen | Stephens, Urseleen | Valdez, Jore & Juana |
| Santos, Manue & /Judith | Steubben, John & Grace | Vanasdale, Connie & Dennis |
| Santos, Joel | Stewart, George & Deborah | Vancio, Robert & Karen |
| Saunders, Felician & John | Stewart, Glenn & Kristina | Varnado, David |
| Savoury, Hugh & Lorraine | Stock, Amir & Bella | Veal, David & Mary |
| Scallan, Patricia E. & Ronald | Stone, Thomas & Lauren | Velez, Louis |
| Schafer, Clyde & Pauline | Stout, Michael & Kristina | Veras, Ingrid |
| Schamber, John | Sullivan, William & Sheila | Vessel, Charles & Diane |
| Schneider-Christians, Michael & Verena | Swan, Christina & Harwick, Michael | Villalobos, Angel & Maria de |
| Schoenfelder, Robert & Phyllis | Swartz, Sylvia & Chrisotpher | Villarama, Lilia |
| Schubert, Alex & Beth | Sylvester, Jessie | Volland, John |
| Scocco, Bart | Talerico, Michele & Tom | Vollmar, Frank & Elizabeth |
| Scoggins, Margaret | Tarver, Cynthia R. | Von dem Bach, Christine |
| Scott, Pearl | Tatum, Martin & Doris | Vu, Jessie & Mai, Kristy |
| Scott, James & Karen | Taylor, George & Anna | Waites, Shashanda |
| Seddon, Robert & Joan | Taylor, Michell | Walker, Melissa & William |
| Segnello, Jeffrey & Monica | Taylor, Doris | Wallace, Alonza |
| Sellman, Terry | Taylor, Robert & Sandra | Walley, Curtis & Monsue |
| Serajuddowla, Mohammad & Ruth | Taylor, Lloyd & Hoxter, Scott | Walter, David A. |
| Seratt, Doug | Taylor, Travis | Ward, Theotis |
| Serio, Joseph | Teitelbaum, Donna & Ronald | Washington, Eugene & Yvonne |
| Serrano, Irene & Pouncey, Kenneth | Tempel, Harvey & Lisa | Webster, James & Rosalie |
| Serrano, Jose & Diana | The Schaper Family Trust | Webster, Samuel L. |
| Shaw, Susan | Theard, Avery & Tjaynell | Weekley, William & Charlotte |
| Shedd, Kevin & Christine | Thiroux, Freddie & Glenda | Wegweiser, Wanda & Rebecca |
| Sheehan, Michael | Thomas, Celeste | Weiner, Darryl |
| Sheppard, Austin | Thompson, Edith | Westerfield, Robert & Ashley |
| Sherrod, Valerie | Thornton, Stanley & April | Whealan, John & Robin |
| Shirali, Sudheer | Thrower, Chris | Wheeler, Don & Agnes |
| Shirley, Michael | Tibbetts, Daniel & Janet | White, Richard & Linda |
| Shiyou, Carol | Tillman, Harold & Shavona | White, Jill & Vincent |
| Shuss, Gregory | Tilmann, Stacey Ann & Kimberly Noah | White, Marshall & Cynthia |
| Siddiqui, Hassan & Frauke | Timothy Hesbeens | White, Jerry P. & Celeste E. |
| Sierra, Santos & Martha | Tinney, Marjorie | Whitfield, Tydell Nealy |
| Simmons, Sandra & James | Tobin, Eric & Beth Sorenson | Whitlock, Scott & Lucille |
| Simmons, Penny | Todd, Linda | Whittington, Richard |
| Simmons, Melinda & Andre | Toler, Calvin & Allison | Wienstoer, Danny & Patrick |
| Simonian, Thomas E. & Barbara R. Petty | Toles, Purvis & Patricia | Wiesman, Robert H. & Juan Z. |
| Sims, Willie | Tombrello, Debbie | Wilbar Investments LLC c/o a Florida Corporation |
| Sims, Fred | Torpy, Larry & Terri | Wiley, William & Joan |
| Sinclair, Brittany | Toscana II at Renaissance, Inc. c/o James Enyart, President | Wiley, Thad |
| Sisk, Robert & Suzanne | Tracy, Ron & Hazel | Wilfer, Rosanne |
| Slidell Property Management LLC | Trent, Wilson & Terry | Wilkerson, Annie M. |
| Smith, Gloria & Robert | Triche, Susan & Glenn | Willey, Ryan & Danielle |
| Smith, Richard | Trillo, Raquel | Williams, Houston |
| Smith, Daniel & Nicole | Trinh, Thuong | Williams, Deborah M. |
| Soldavini-Clapper, Brigid | Tromatore, Peggy | Williams, Andrew |
| Soloman, Caffie | Troutman, Rodney & Sheila | Williams, Michael & Alice |
| Somerhalder, Robert | Trujillo, Lissett | Williams, Susie |
| Somma, Joseph | Tuecke, Donald E. | Williams, Shelby & Arnelle |
| Sosa, Gustavo & Maria | Tuepker, John & Claire | Williams, Kate |
| Spencer, Edna | Tuyet, Bui A | Wilson, Michael |
| | | Wilson, Darrell & Darlene |
| | | Wilson, Diane & Richard |

| | | |
|---|---|---|
| Wischler, Robert | Yoder, Beth | Younger, Leslie, Cummings, Brian |
| Wites, Marc & Jennifer | Yost, Richard & Judith | Zamora, Michael |
| Wood, John & Beatrice | Young, Mike | Zeleny, Margaret |
| Woods, Mattie L. | Young, Irvin | Zhou, Zhongmin & Huang, Qinxi |
| Worthington, George & Adria | Young, Melissa | |
| Yasinski, Joseph & Barbara | | |