```
 1                   UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2


 3     *********************************************************

 4     IN RE:  CHINESE MANUFACTURED DRYWALL      MDL-2047
               PRODUCTS LIABILITY LITIGATION     Section "L"
 5                                               New Orleans, Louisiana
                                                 Friday, February 19, 2010
 6


 7     *********************************************************
       THIS DOCUMENT RELATES TO:
 8
       Michelle Germano, et al
 9
               versus
10
       Taishan Gypsum Co., Ltd., f/k/a
11     Shandong Taihe Dongxin Co., Ltd.,
       et al
12
       Case No. 09-CV-6687
13
       *********************************************************
14

15                     VOLUME I - MORNING SESSION
                   TRANSCRIPT OF DEFAULT HEARING PROCEEDINGS
16            HEARD BEFORE THE HONORABLE ELDON E. FALLON
                     UNITED STATES DISTRICT JUDGE
17


18
       APPEARANCES:
19
       FOR THE PLAINTIFF:          HERMAN, HERMAN, KATZ & COTLAR
20                                 BY:  RUSS M. HERMAN, ESQ.
                                        STEPHEN J. HERMAN, ESQ.
21                                 820 O'Keefe Avenue
                                   New Orleans, LA 70113
22


23                                 SEEGER WEISS
                                   BY:  CHRISTOPHER A. SEEGER, ESQ.
24                                 One William Street
                                   New York, NY 10004
25
```

1   APPEARANCES CONTINUED:

2

3                                    LAW OFFICES OF RICHARD J. SERPE
                                     BY:  RICHARD J. SERPE, ESQ.
                                     Crown Center, Suite 310
4                                    580 East Main Street
                                     Norfolk, VA 23510-2322
5

6                                    GAINSBURGH, BENJAMIN, DAVID,
                                     MEUNIER & WARSHAUER
7                                    BY:  GERALD E. MEUNIER, ESQ.
                                     2800 Energy Centre
8                                    1100 Poydras Street
                                     New Orleans, LA 70163-2800
9

10                                   LEWIS & ROBERTS, PLLC
                                     BY:  DANIEL K. BRYSON, ESQ.
11                                   3700 Glenwood Avenue, Suite 410
                                     Raleigh, NC 27612
12

13  FOR MITCHELL COMPANY, INC.:      CUNNINGHAM BOUNDS, LLC
                                     BY:  STEVEN L. NICHOLAS, ESQ.
14                                   1601 Dauphin St.
                                     Mobile, AL 36604
15

16

17  FOR KNAUF PLASTERBOARD
    TIANJIN CO., LTD.:               BAKER & MCKENZIE, LLP
                                     BY:  DONALD HAYDEN, ESQ.
18                                   Mellon Financial Center
                                     1111 Brickell Avenue, Suite 1700
19                                   Miami, FL 33131

20

21  Official Court Reporter:         Karen A. Ibos, CCR, RPR, CRR
                                     500 Poydras Street, Room HB-406
22                                   New Orleans, Louisiana 70130
                                     (504) 589-7776
23

24

25    Proceedings recorded by mechanical stenography, transcript
    produced by computer.

DAILY COPY

<u>P R O C E E D I N G S</u>

(FRIDAY, FEBRUARY 19, 2010)

(MORNING SESSION)


     (OPEN COURT.)

          THE COURT:  Be seated, please.  Good morning, ladies and

gentlemen.  Call the case, please.

          THE DEPUTY CLERK:  MDL-2047, *in re:  Chinese Drywall*.

          THE COURT:  Counsel, make their appearance for the

record.

          MR. SEEGER:  Good morning, your Honor, Chris Seeger for

the plaintiff.

          MR. MEUNIER:  Jerry Meunier for the plaintiffs.

          MR. SERPE:  Richard Serpe, also for the plaintiffs, your

Honor.

          MR. HERMAN:  May it please the court, good morning, Judge

Fallon, Russ Herman for plaintiffs.

          MR. NICHOLS:  Good morning, your Honor, Steve Nichols for

the Mitchell Company.

          THE COURT:  Okay.  Let me put the matter in perspective

by making some preliminary comments.  As you all know, in the

aftermath of Hurricane Katrina and Rita in 2005, rebuilding put a

strain on the U.S. building supplies, including drywall.  As a

result, drywall manufactured in China was brought into the United

States and used in the construction and refurbishing of homes

1    throughout the United States, notably, the Gulf Coast and the east

2    coast.

3            Sometime after the installation of the Chinese drywall,

4    homeowners began to complain about the emission of smelly gases,

5    the corrosion and blackening of metal wire, surfaces, objects and

6    breaking down of appliances in their homes.  Many of these

7    homeowners also began complaining of various physical afflictions

8    believed to have been caused by the Chinese drywall.  Accordingly,

9    these homeowners began to file suits in various states, as well as

10   in federal courts throughout the country, against home builders,

11   developers, installers and manufacturers who were involved in the

12   Chinese drywall.

13           Because of the commonality of facts in all of these

14   cases, litigation was designated as multidistrict litigation.  And

15   pursuant to a transfer order by the United States Judicial Panel on

16   Multidistrict Litigation, on June 15th of 2009, this court was

17   designated as a transferee court, and all federal cases were

18   ordered transferred to this court.

19           In the present matter, the plaintiffs, on behalf of

20   themselves and all others similarly situated, owners and tenants

21   brought what's called a class action against defendant Taishan

22   Gypsum Company and others.  Taishan is a manufacturer of the

23   drywall contained in these homes.  The plaintiffs' cases, these

24   cases were originally filed in the Eastern District of Virginia.

25   The cases pursuant to the transfer order was transferred to this

1   court as the transferee court.

2        Taishan didn't respond to pleadings, to the complaints.

3   I gave notice that they needed to respond, but notwithstanding

4   that, they failed to respond.  So after due notice, I granted or I

5   had to grant a preliminary default against Taishan.  This was

6   granted on November the 20th of 2009.

7        On November the 25th, 2009, the court issued a scheduling

8   order setting a hearing to address the scope and the extent of the

9   appropriate remediation.  Pursuant to the court's scheduling order,

10   interested parties were permitted to intervene in the proceeding.

11   A motion to intervene was filed by William and Debra Morgan,

12   Preston and Rachael McKellar, Frederick and Vannessa Michaux, Jerry

13   and Inez Baldwin, Joseph and Kathy Leach, Robert and Lea Orlando,

14   Steven and Elizabeth Heischober, these parties are known as the

15   plaintiff intervenors.

16        Knauf and the Mitchell Company also moved to intervene,

17   and they were granted the right to intervene.

18        Vigorous discovery proceeded.  Each side prepared witness

19   lists that were submitted to the other side, a number of

20   depositions were taken.  I heard many motions in the discovery

21   aspect of the case, including what we call *DAUBERT* motions, which

22   give me an opportunity to satisfy the responsibility that the court

23   imposes on the trial court to vet various expert witnesses, and I

24   heard their testimony and made some decisions regarding whether or

25   not they could testify.  And if so, the nature and scope of their

1    testimony.

2            After the discovery was completed, Knauf and Mitchell

3    Company, I understood, voluntarily withdrew.  Is Mitchell Company

4    still in the case?

5            MR. NICHOLS:  Your Honor, Steve Nicholas for the Mitchell

6    Company.  I didn't file anything officially withdrawing, I was

7    going to explain to your Honor that we aren't going to present

8    anything today, so in effect we've withdrawn.

9            THE COURT:  So Mitchell Company and Knauf are not going

10   to participate in this proceeding, other than to monitor it.

11           The plaintiff intervenors, as I mentioned, are the owners

12   of the homes.  These homes represent a cross section of the

13   Virginia home construction, ranging from modest homes to high-end

14   and custom homes.  The seven homes represent a spectrum of the

15   drywall usage.  The hearing today will focus on the nature and

16   extent of the damage and the scope and the cost of the remediation.

17   After this hearing, the court will then issue a finding of fact and

18   conclusions of law and we'll go to the next stage of this

19   proceeding.

20           When we're finished with this proceeding, next month, in

21   several weeks, the court will start another trial, the *Hernandez*

22   trial.  In that regard, before we hear opening statements on the

23   present situation, the parties want to present something on the

24   *Hernandez* case.

25           MR. STEPHEN HERMAN:  Yes, your Honor, thank you.  Steve

1   Herman from Herman, Herman, Katz & Cotlar for the PSC, the

2   plaintiffs.

3          The defendant Knauf and Tianjin and the plaintiffs have

4   reached a stipulation, which I wanted to present to the court, on

5   various liability issues that we have resolved in anticipation of

6   trial.

7          THE COURT:  All right.  Okay.  Could you just shortcut

8   some of that, I mean, you don't need to read it all, but what's the

9   gist of it?

10         MR. HERMAN:  The gist of it, your Honor, is that Knauf

11  has agreed that, for the purposes of this trial and only this

12  trial, the *Hernandez* trial, that Knauf drywall contains redhibitory

13  vices, the LPLA claims will not be pursued, and that there will be

14  no arguments as to any third party fault, at least for this trial

15  or a contribution or indemnity or anything of that nature for this

16  trial.  And we've also waived a jury and agreed to go with a bench

17  trial.

18         THE COURT:  Now, when you're talking about this trial,

19  you mean the next trial, which is the *Hernandez* trial.

20         MR. HERMAN:  The *Hernandez* trial in March, yes, your

21  Honor.

22         THE COURT:  Is that also your understanding?

23         MR. HAYDEN:  Don Hayden on behalf of Knauf Plasterboard,

24  Inc.

25         THE COURT:  Okay.  Well, the court will receive that

 1    stipulation and make it a part of the record.

 2              MR. HERMAN:  Thank you very much.

 3              THE COURT:  At this point let me return back to the

 4    present matter, and I'll hear opening statements from the

 5    plaintiffs.

 6              MR. SEEGER:  Your Honor, before we do that, if I may, we

 7    have exhibits that we're going to ask the court to move into

 8    evidence.  We've provided the court with the documents as well as a

 9    master list of the exhibits, and I am not going to take up the

10    court's time to read them all into the record, but I would just

11    like to note that we are going to be moving in Exhibits P1.0017

12    through P1.2053.  We have a number of learned treatises, but we

13    will just be using those as we go and we'll mark them for

14    identification.

15              We will also be moving into evidence, your Honor,

16    documents P3.0179 through P3.0635, and there was one addition that

17    we gave to the court, it's on the list but we will be working off

18    this master list.

19              THE COURT:  Okay.  I'll admit those exhibits.

20              MR. SEEGER:  At this time Russ Herman is going to address

21    the court.

22              THE COURT:  All right.

23              MR. HERMAN:  May it please the court, good morning, Judge

24    Fallon, my name is Russ Herman of Herman, Herman Katz & Cotlar in

25    New Orleans, and I am the court's appointed liaison counsel for

1    plaintiffs in this matter.

2            First of all, your Honor, as a matter of courtesy, your

3    Honor, our clients who have traveled from Virginia here and on

4    whose behalf we're presenting this case are seated in the jury box.

5    And I do want to acknowledge their presence.  And also Ms. Barrios

6    as part of our team, who has worked diligently to assist these

7    folks to get here and liaisoned with them.

8            THE COURT:  I appreciate your attendance here today.

9            MR. HERMAN:  May it please the court, your Honor, we've

10   offered in evidence P3-0629-1000, which is an affidavit from me

11   based on due diligence, dated today, February 19th, with attached

12   exhibits.

13           Your Honor, first let me say that because the defendant

14   Taishan has not seen fit to respond to service on it, we have not

15   been, had the opportunity to do formal discovery, but we have done

16   due diligence by retaining more than five months ago an interpreter

17   who is not only admitted to the bar of China but also received an

18   LLM degree from an outstanding university in the United States, who

19   I'll refer to as Mr. Pang for identification purposes.  The full

20   curriculum vitae has been submitted to the court in camera.

21           The information obtained about Taishan and the People's

22   Republic of China is prolix and difficult; however, through

23   published web sites in China, in both English and Chinese, which

24   have been interpreted, we are able to say and we will demonstrate

25   that the Republic of China, although it has made some efforts at

1   capitalism, actually controls the plasterboard industry as a

2   governmental control and would fit the alter ego principles such as

3   we know them in the United States, both for jurisdiction purposes

4   and for alter ego liability purposes.

5          My effort will be in 15 minutes to explain how the

6   Chinese drywall got to the United States, where it was sold and how

7   it ended up in our clients' homes.  And to show and demonstrate

8   that the defendant, Taishan Gypsum Company, Ltd., is actually a

9   governmentally-controlled creature, and not only is it

10  governmentally controlled, but unlike the United States and most

11  European companies, the government-owned testing facilities do not

12  provide independent testing, for example, of fire proofing,

13  quality, et cetera, they issue their own certificates.

14         And I want to begin with a power point presentation that

15  will shorten my presentation so your Honor may get on with the

16  other evidence of witnesses.

17         On November 9th, 2005, scarcely three months after

18  Hurricane Rita, one month -- I'm sorry, Hurricane Katrina, one

19  month after Hurricane Rita, as your Honor indicated, there was a,

20  supply in the United States was very meager of drywall, and

21  Shandong Taihe Dongxin Company, Ltd., which later changed its name

22  to Taishan Gypsum Company, a letter of credit was issued by Venture

23  Supply in Virginia, and that original letter of credit required

24  that the buyer specifications meet applicable USA ASTM rating and

25  fire rating standards, and 120,000 sheets of drywall, which is

1   standard drywall or gypsum board, was ordered in November 2005 from

2   China.

3        May I have the next slide, please.

4        Venture Supply required that on the reverse side of all

5   plasterboard, which it received from Shandong Taihe, have the words

6   Venture Supply, Inc. on the back of the drywall, as well as the

7   manufacturer.  So we know that wherever Venture Supply, Inc. is

8   stamped on drywall, it's Chinese drywall that was manufactured,

9   marketed and shipped to the United States to Venture Supply.  The

10  plywood -- excuse me, the drywall in United States terms was 4 feet

11  by 12 feet by one-half inch gypsum board.

12       Could I have the next slide.

13       Now, Frank Clem, C-L-E-M, was the manager who was in

14  charge of exporting Chinese drywall, and this document on November

15  14th indicates that Frank Clem, the manager, he didn't understand

16  what the ASTM rating was and they're not clear on requirements for

17  fire rating and request Venture Supply to give them a pass using a

18  Chinese fire rating.

19       Could I have the next slide.

20       So Sam Porter for Venture Supply, he was the CEO, amended

21  the letter of credit, deleted the ASTM requirements, not just for

22  fire but for other purposes, and indicated that they have test

23  results.  It's interesting because the test results they received

24  were test results performed by companies in China that are actually

25  authorized, augmented and supervised by the government of China,

1    which, as we'll show, owns a controlling interest in all of the

2    plasterboard entities providing plasterboard.

3            Could we get to the next slide.

4            Here is actually the signed authorization, saying, hey,

5    we'll remove, remove all applicable specs and U.S.A. fire rating

6    standards from the letter of credit, which relieved China, Venture

7    relieved China of providing those specs.

8            Could I go to the next one.

9            Now, on December 13th, 2005, your Honor, Shandong Taihe

10   was contracted and they were going to ship 100,000 sheets of

11   drywall -- originally there was supposed to be 120,000 sheets -- on

12   2,000 pallets, and some, more in excess of $400,000 eventually was

13   paid for two shipments.  This is the first shipment.

14           Could we go to the next slide.

15           Now, CNBM U.S.A. Corporation, it's interesting, is also

16   controlled in China but is registered in the United States, and

17   it's to market in the United States and in North and South America.

18   Mission to provide warehousing, transportation, and after-sale

19   service.  It's located in the City of Industry, California.  We

20   present it here to show that there is a direct link in the United

21   States to the Chinese-controlled entities.

22           Could I see the next slide, please.

23           The bill of lading shows that the vessel GLYKOFILOUSSA

24   was to take on board and it did take on board the 2,000 pallets of

25   Chinese drywall from Taihe and loaded -- unloaded the drywall in

1    Norfolk, Virginia, this bill of lading is December 25th, 2005.

2              Could I go to the next slide.

3              Between December 2005 and February 2006, the first

4    shipment was unloaded in Norfolk.  Then there was a second shipment

5    on the *Atlantic Fortune*, the M/V *Atlantic Fortune,* which was less

6    than 60,000 sheets of drywall and it was supposed to be, to go to

7    Norfolk but instead of Norfolk was unloaded in New Jersey.  This

8    bill of lading is July 9, 2006.  So we have two shipments of

9    Taishan Chinese drywall from China to ports in the United States,

10   ordered and paid for by Venture Supply.

11             Next slide, please.

12             This shows the actual number of sheets, 53,912 sheets on

13   586 pallets from Shandong Taihe to Venture Supply on June 18th,

14   2006.

15             Could we go to the next.

16             Now, your Honor, we note that all of the Chinese drywall

17   shipped to Venture Supply, which eventually ended up in our

18   clients' homes, hit the United States ports and was thereafter

19   distributed beginning in 2006 from the -- beginning in February

20   2006 and onward.

21             Now, this is a Chinese test report.  Your Honor, the

22   English translation at the top shows that this test report and the

23   other test reports were actually done by the Inspection Center of

24   National Building Materials Industry for Decorating and Finishing

25   Building Materials, which is a government-owned-directed entity.

1          Let's go to the next slide.

2          This was supposedly a test report which we had, which was

3    interpreted, it again comes from a national center controlled by

4    the Republic of China.  How does that differ, one might ask, from

5    the United States?  We have watch dogs organized by Congress, the

6    FDA, the CPSC, et cetera.  Well, the difference is, the United

7    States does not own the manufactured product, does not have an

8    interest in the profit, sale of the manufactured product, and our

9    watch dog agencies have no relationship to ownership in those

10   products that they're examining for defects.  But here any of these

11   test reports, the ASTM reports actually hadn't been eliminated

12   really show, at best, a conflict in interest between the People's

13   Republic of China and the inspection and testing of the drywall.

14         Next, please.

15         Your Honor, this is a rather arcane and prolix structure,

16   corporate structure, and may be the most important document that

17   I'd like to explore.  It's 00 page 113 of the exhibit, which we

18   offered in evidence P3-0629.  SASAC, that's a government controlled

19   by the Republic of China, owns 100 percent of CNBMGC.  CNBMG

20   Corporation, then owns 75 percent of BNBM Group, Ltd., 100 percent

21   of CNBM Import and Export Company, and 100 percent of the China

22   Building Materials Academy, which also does testing.  Taken

23   together, China National Building Material Group owns 56 percent of

24   China National Building Material Company, Ltd., and that owns 52

25   percent of Beijing New Building Material Company, Ltd.

1            In effect, the government of China controls everything

2     that has a BNBM label, and where you see BNBM in web sites and

3     published materials, sometimes those web sites and publications do

4     not distinguish as to whether they're talking about BNBM Company,

5     Ltd., BNBM Material Group Company and -- but, we will get to the

6     ownership of Taishan in just a minute.

7            But you can see, your Honor, that if we look at page 113

8     of the exhibit, there's not going to be much debate as to the

9     Republic of China's ownership.

10           Could I go to the next one.

11           The State-owned Assets Supervision and Administration

12    Commission of the State Council, the People's Republic of China,

13    that's what SASAC stands for, State-owned Assets Supervision and

14    Administration Commission.

15           Now, let's go to the next -- excuse me, they oversee 150

16    central state-owned enterprises, SOEs, and you'll see this

17    throughout the materials in the exhibit.  We did due diligence,

18    there are more than 600 pages of material in the exhibit, and SOEs

19    appear to be the acronym that the Republic of China uses to

20    describe their state-owned enterprises.

21           Let's go to the next slide.

22           Now, your Honor, I will not argue the law, but I do want

23    to say parenthetically that when one is familiar with the Fifth

24    Circuit's requirements for alter ego jurisdiction, as well as alter

25    ego liability, that these functions and responsibilities of SASAC,

1    the State-owned Assets Supervision and Administration Commission of

2    the People's Republic of China, fit the requisites, they perform

3    the responsibility as the investor on behalf of the state;

4    supervise and manage state-owned assets of the enterprises;

5    supervise value preservation; guide and push forward the reform and

6    restructuring of SOEs; appoints and removes the top executives of

7    SOEs; is responsible for organizing SOEs to turn gains; where do

8    the gains go, over to the state.  Is responsible for urging SOEs to

9    carry out laws and regulations for safety production; directs and

10   supervises the management work of local state-owned assets; and

11   undertakes other tasks assigned by the state council.  That's 00115

12   of the exhibit.

13           Next, please.

14           CNBM, if you'll look at this logo up in the left corner,

15   it has eight sides, it's an octagon, they say they have eight

16   platforms.  And this CNBM group has some, has had some shares

17   listed publicly.  The important thing is, however, that more than

18   59 percent of even the, what they say is publicly traded, is still

19   controlled by organizations in which the People's Republic of China

20   has direct control.

21           Next slide.

22           To clear up immediately, this is from the 2007 annual

23   report of BNBM, Shandong Taihe Dongxin Company, Ltd., the company

24   that manufactured, marketed and exported the drywall to Venture

25   Supply, which is in our clients' homes, changed its name to Taishan

1    Gypsum Company, Ltd. on September 10th, 2007, and BNBM owned 65

2    percent of Taihe and was its largest shareholder.

3              Let's go to the next slide.

4              Again, the change of the name to Taishan Gypsum Company,

5    Ltd., and Taishan Gypsum Company, Ltd. has 100 percent of the

6    ownership in the present defendant.

7              Your Honor, to conclude, I think that's my last slide,

8    what is evident here is that the product was manufactured in China

9    by Shandong and Taishan Gypsum Company, its successor; it was

10   shipped to the United States without being tested independently;

11   the letters of credit were required by Taishan to eliminate various

12   ASTM tests; the product arrived, was distributed by Venture to

13   Porter-Blaine and others, it was installed in our clients' homes,

14   and it was absolutely defective.

15             And further, the People's Republic of China is

16   responsible for the management, direction and principle ownership

17   of all of the entities that resulted in Taishan Gypsum Company

18   being named as a defendant in this case.

19             Your Honor, I thank you for the opportunity to appear

20   before you.  And again, the affidavit and the exhibits attached are

21   P3-0629-1000.  Thank you

22             THE COURT:  Okay.  Thank you.  Anything further by way of

23   opening?

24             MR. SERPE:  Yes, your Honor, may it please the court.

25   Richard Serpe from Norfolk, Virginia.  It's my privilege to

1    represent the Plaintiff Steering Committee in today's hearing.

2              Your Honor, I would like to lay out what we believe is

3    the appropriate remedy that should be provided to these homeowners

4    today.  It's my privilege to represent the Germano class as well as

5    these families, all of whom will be here, your Honor, some are at

6    the airport on their way in.  But this morning, we have Bob and Lea

7    Orlando here.  Lea, can you stand up.  Lea has put up with me

8    calling her Lisa for six months.  They have been very generous with

9    their time, your Honor, since November when this case was selected

10   for the first bellwether.

11             We have been in these family's homes hundreds of hours

12   with people taking samples and engineers traipsing through, not

13   only our experts but of course the Knauf experts and the other

14   early intervenors.

15             Liz Heischober is here, Steve is home with the dogs I

16   assume at this point.  And the Baldwins -- thank you.  The Baldwins

17   are here.

18             MR. BALDWIN:  Good morning, your Honor.

19             MR. SERPE:  We're very grateful for them having brought

20   our only tangible exhibit that the plaintiffs have brought, we're

21   going to explain the importance of that lamp that's sitting over

22   here on the table.

23             Bill and Debra Morgan are also from Williamsburg,

24   Virginia.  Bill will be our first live witness in the hearing

25   today.  Thank you very much for coming.

1           Your Honor, I pick up where Mr. Herman left off with the

2    shipments of this drywall coming into the United States, and as

3    Russ mentioned, the boards were all stamped Venture Supply, Inc.

4    and made in Taihe, China.  Over 100 times now, closing in on 200

5    times, families in Virginia who are finding, been struggling with

6    what's wrong with their air conditioners, what is that smell, that

7    are becoming aware through one mechanism or another of the problem

8    with Chinese drywall are going in their attics and looking in

9    places, and when they see this, this is the card that they're not

10   looking for, this is the indication that they do have the Chinese

11   drywall in their house.  This sample was taken from Michelle

12   Germano's house, she is our lead class representative.

13          Venture Supply, once these shipments that Mr. Herman

14   explained to the court arrived here at their warehouse, had ramped

15   up and had bought a number of these large trucks for delivery of

16   heavy volumes of this Chinese drywall, not only in Virginia, your

17   Honor, but the evidence will ultimately show that it was

18   distributed throughout a number of states, but they had a very

19   extensive distribution capability.

20          The seven intervenors, who will be here before the court

21   over the next two days, are listed here, and we provided a column

22   with respect to the number of boards that the shipment records

23   indicate were delivered to their houses.  So, for example, Bill

24   Morgan's house has an indication of having the highest number of

25   boards -- I apologize, I'll try and use the microphone more

1  effectively.  Bill Morgan's house is, has the highest number of

2  boards at 212.

3          Your Honor, these are 4-foot by 12-foot, and they're

4  half-inch.  There will be some evidence concerning 5/8 inch board

5  that was used in some areas, most notably the garages.  Venture

6  Supply did not bring in any 5/8 inch board.  I haven't seen them

7  bring in any 4x8 sheets, it was all 4-foot by 12-foot.  We've

8  indicated here the type of home construction in our efforts to

9  demonstrate a representative cross section, and we've also

10 indicated whether or not the families are still occupied in their

11 house or not.

12         Your Honor, we've also indicated with my client's

13 indulgence the purchase price for the house, somewhat personal

14 information, but we needed to demonstrate to the court that we have

15 a representative cross section here of modest construction in

16 townhomes to high-end construction duplex in Virginia Beach.

17         Your Honor, when the drywall came from China into the

18 United States, it landed in Venture Supply's warehouse in Norfolk,

19 Virginia.  We selected homes in three different communities in

20 Virginia:  In Virginia Beach, in Newport News, Virginia, and in

21 Williamsburg, Virginia, so that we picked up a cross section of

22 different areas within the region to demonstrate the representative

23 nature across a coastal area, as well as an inland area of

24 Virginia.

25         The first house that I am highlighting here is in

1    Virginia Beach, it's maybe 20 miles from Venture Supply's

2    warehouse.  Steve and Liz Heischober purchased this house, it's a

3    beautiful house, your Honor, right here by the Atlantic Ocean, you

4    can see the breakers, they have this beautiful large state park

5    right behind their house, they're out of that house, your Honor,

6    paying the mortgage but also paying rent somewhere else.

7           We go to Newport News, Virginia, for a community called

8    Hollymeade.  It's a very tight-knit community of townhomes, there's

9    about 50 homes in this community lined up, 40 of the homes, your

10   Honor, have Chinese drywall.  Most of those families are out.  Two

11   of the plaintiffs are here, the Michaux's and the McKellar's,

12   they're actually at the airport on their way down.  The McKellar's

13   just had a baby.

14          The yellow house is a control house, your Honor, one of

15   the families opened the doors on 15 occasions to our scientists to

16   go in and study a house that did not have Chinese drywall, that was

17   built a little bit earlier than the first shipment.

18          Your honor, the final neighborhood is in Williamsburg,

19   Virginia, and a number of the plaintiffs live here.  Bill Morgan,

20   the Baldwins, the Orlandos and Kathy Leach, who is not here yet but

21   will be here on Monday, live in this neighborhood.  Once again,

22   your Honor, we had a family throw open its doors, the McKinnis

23   family, and allowed us to take multiple samples of the various

24   media, the drywall, the wires.  They actually took an evaporator

25   coil out of one of these houses to show what does a house that does

1    not have Chinese drywall look like in comparison to the houses in

2    the neighborhood that do have Chinese drywall.

3            So, your Honor, I would like to briefly discuss the

4    situation for the Morgans.  They bought their dream house July of

5    2006.  The family had had some problems with a previous house which

6    had been flooded, they had actually lived in a FEMA trailer for

7    some time period before they were able to move into this home in

8    July of 2006.  It was a very happy day for them.  They're out of

9    the house now, your Honor, you can see that by November 12th of

10   2009 they had vacated the home.

11           The shipment records when we obtained them from Venture

12   Supply indicated that 212 sheets of drywall, half-inch, 4x12 had

13   been delivered to their house.  Your Honor, we find that these

14   records are generally accurate.  If it indicates that drywall was

15   delivered to the house, we're finding that the drywall is there.

16   But we've seen a number of instances where the records are sketchy,

17   that there's no firm indication that drywall was delivered to a

18   house as part of the corporate records, but nonetheless, we see

19   it's there, we can take boards down, Venture Supply, Inc., made in

20   Taihe, China, is written on the boards.

21           But in this instance, we have no reason to believe that

22   212 would be an inaccurate number as Mr. Morgan's house, which was

23   extensively studied by the scientists, and here we're seeing an

24   animation, which we have for your Honor along with our other videos

25   on a compact disc, that the 212 sheets released corrosive gases.

1   Now, you cannot see these corrosive gases.  For the purposes of the

2   animation, we added a very slight color that your Honor will see to

3   be able to demonstrate the movement of the gases into the home.

4            Are these homes representative of other homes?  What

5   about Louisiana?  What about Florida?  In this case, your Honor,

6   before Knauf withdrew their intervention, they hired an expert

7   named Dr. Matthew Pericone, he wrote an extensive report based upon

8   laboratory analysis, they were in the home, they took samples.

9   And, your Honor, he concluded that the chemical and physical

10  properties of Chinese drywall in Virginia houses are not

11  substantially different than the chemical and physical properties

12  of other Chinese drywall except Virginia's got a higher amount of

13  elemental sulphur.

14           Now, elemental sulphur is a very bad actor.  Dr. Scully

15  from the university of virginia will explain that to your Honor

16  later in the day.  So, if anything, the Virginia homes are a little

17  worse in elemental sulphur.

18           But by and large, the physical properties, the chemical

19  properties, there's no difference between a house in Florida, a

20  house in Louisiana, and a house in Virginia, and I think the record

21  will be established as this litigation unfolds.  But there's no

22  substantial differences regionally in that the remedy that has to

23  be implemented is the same.

24           So, your Honor, the question becomes for these families,

25  let's start with the Morgans, how do you repair that house?  What

1    has to be done in order to restore the morgans to a home that could

2    be lived in?  In order to get the answer to that question, the

3    Plaintiffs Steering Committee took two basic approaches.  First, we

4    wanted to see practically what are people doing in the real world,

5    we wanted to see what are the big builders in Florida, the major

6    builders in Florida doing in order to deal with this problem that

7    they've been dealing with now for about a year.  And we educated

8    ourselves with respect to the people with the most experience in

9    Florida in terms of how to deal with Chinese drywall from a

10   practical standpoint.

11          The second approach was to go to the highest level of

12   scientific investigation available and to educate ourselves, what

13   are these corrosive gases, what kind of corrosion is happening to

14   the wires and the HVAC systems and the other components, what can

15   science teach us about this problem?  And we put them together,

16   your Honor, to come up with a remediation or a repair plan for

17   these homes, to take the practical as well as the scientific

18   together to design a remedy.

19          So when it comes to the practical, what's actually

20   happening in Florida, we can see here a photograph of an inspector

21   whose job it is to monitor the removal of drywall from a home.  And

22   at the end of the day, that environmental company will issue a

23   clean bill of health that all of the drywall has been removed and

24   that the house has been decontaminated, so that even though there

25   may be some residual concept that this house was once a Chinese

1   drywall house, that the owner will at least have the peace of mind

2   and the security of a written guarantee from a national

3   environmental company that the house has been cleaned.  At a

4   minimum, your Honor, we want to get these families to the point

5   that they can get the certification on this level.

6          This gentleman is working in a Florida home that was

7   built by Beazer homes.  We have two representatives from Beazer

8   here today, they're here in the courtroom.  They will be testifying

9   after Mr. Morgan concerning their approach to dealing with Chinese

10  drywall.

11         Your Honor, their scope of work agreement, this copy is a

12  little faint, I just want to highlight one point, and I think that

13  it's legible.  When they lay out the scope of work and Mr. Meunier

14  with these Beazer witnesses will go systemically through Beazer's

15  scope of work, exactly what they're doing to these homes.  But a

16  first and very important point, your Honor, is that they're

17  removing and replacing all drywall in homes, not some drywall, not

18  drywall that has a logo or drywall that smells, they're getting in

19  and replacing all of the drywall in the homes.

20         We attended four days of remediation or repair efforts to

21  these homes and watched very carefully the Beazer system, which has

22  been unfolding for a year, to see how the drywall process actually

23  is conducted; and we were amazed, your Honor, at how efficient a

24  system this is.  From the time that these workers go into the homes

25  and begin removing this drywall, they're able, in very short order,

1    to strip all of the drywall out of the house.

2          I would like to point out, your Honor, that there was a

3    seam there, a 9-foot ceiling, you can't make it up with two sheets

4    of 4-foot drywall, this was just over 9-foot, the CEILING, SO you

5    always need an additional strip.  We're going to have evidence,

6    your Honor, on how hard it would be to try and find where are these

7    seams in a wall, if someone was going to attempt to selectively

8    identify and take out some drywall and leave others.

9          Your Honor, we also learned that this process of removing

10   the drywall generates a tremendous amount of debris and dust that

11   gets into all kinds of nooks and crannies and insulation, which has

12   profound implications for what are you going to do once the drywall

13   is out of the house.

14         On the topic of, "can you take out some drywall and leave

15   others?  What about if it's in one area of a house versus another

16   area of a house?  It was very eye opening for us, your Honor, to

17   see in a house that they had already remediated and now they're

18   getting ready to put it back together again, that the drywall

19   mechanics had already been in the house and they had not yet

20   painted.

21         And we walked by and looked at it and we said, look at

22   all of the pieces.  I count, your Honor, 14 different segments that

23   are here just in one corner of this room.

24         When you need a small piece for an area, these drywall

25   mechanics are efficient.  When they cut larger sheets, they lay the

1    smaller piece that was cut off of it aside.  If they get to a

2    corner and they say, look, I need a small slice here, hey, we have

3    one upstairs that's like that.  So if the pallet of Chinese in a

4    mixed-drywall house is put in one corner, it's very likely, your

5    Honor, that the boards are scattered, and we've seen this over and

6    over again, and that it's very difficult to discern where is the

7    Chinese drywall in a house once it's been installed.

8            Now, we went back to this house a few days later and we

9    took a picture of the same corner once it was painted, and to make

10   the point here, your Honor, that the 14 boards, which you could,

11   can see here, and theoretically, if you had a mechanism that could

12   check each of those 14 segments to find the Chinese versus not,

13   once you paint it, it becomes largely invisible.  A good drywall

14   taper and mechanic, once it's painted it's invisible, you cannot

15   find where those seams are.

16           One of our experts, Mr. Bailey here, is demonstrating,

17   once again when you put these strips in to make up a 9-foot ceiling

18   and then you blend them in, it's very difficult to see, where are

19   these segments, where this is a separate board than the one below

20   or above.  With multiple sheets of drywall disseminated through the

21   house, it's impossible from a practical standpoint to determine

22   where were the boards originally because once they're painted,

23   those segments disappear, you have no idea where you need to look

24   to be able to distinguish.

25           So from Bill Morgan's 212 sheets that it started out as

1    4-FOOT BY 12-FOOT, as the drywall mechanics are CUTTING and slicing

2    and placing them in the home, the records indicate that some amount

3    of domestic board also went in there.  Could you ever get to the

4    point where you could distinguish a domestic piece from a Chinese

5    piece on this type of an actual installation pattern, and we

6    believe, your Honor, that the answer is a resounding no.

7           These are homes, he is cutting out all of the wires, all

8    of the junction boxes, all of the switches, all of the receptacles.

9           Your Honor, here is a close-up shot of one receptacle

10   that's already been cut, they've cut the plug, the receptacle that

11   you put your plugs into, out.  There was some suggestion, an expert

12   testimony that was proffered by former intervenors in this case

13   that it's possible to just reuse these wires.  Now, you've got two

14   live wires, a hot and neutral, and everybody has a ground wire,

15   which is a life safety device.  If the circuit is somehow

16   interrupted, this is what's going to save someone's life.

17          Your Honor, this should be copper like a penny, the

18   familiar reddish brown color.  You can see that it's corroded, that

19   it's braided, that it goes all the way into where that wire was

20   loaded into the junction box and came in from up top here

21   (INDICATING).

22          Your Honor, we submit that there's no way that these

23   corroded wires could be cleaned, that they could be reused in a

24   home safely, and that Beazer, as part of their practical response

25   in this situation, has ripped all of these wires out.

1          There's been some suggestion, your Honor, that you can

2    clip and strip and get yourself a fresh, new connection.  And we'll

3    present evidence in this case that the building code requires six

4    inches of wire coming out of the box.  If you clipped off the

5    corroded ends, your Honor, and then needed six inches out of the

6    box, you would have one wire box down here, you would have another

7    one up here, you would be forced under code to put a junction box

8    in-between.

9          We've got a demonstrative here, your Honor, that we'll

10   wheel out with the appropriate witness, and it will demonstrate to

11   the court what a wall would look like when you take a normal amount

12   of switches and receptacles and start having to cut it up to make

13   junction boxes so that the code could be met.

14         The Florida code officials, first off, your Honor, told

15   Beazer, you can't use it; if the wire is corroded, you're not

16   putting it back in, get it out of there.

17         Number two, on junction boxes, if you have any more than

18   a handful, we are not going to pass you on inspection.  So the

19   world of a practical builder says, get those wires out of there

20   efficiently, don't worry about trying to clip them and strip them,

21   don't worry about trying to clean them, we are going to take all of

22   the wires out of the house.

23         Your Honor, one of the more profound visual images going

24   to these homes that were being repaired by Beazer were the

25   discarding of all appliances, washers, dryers, stoves, microwaves,

1    refrigerators.  In this house, they're all taken out to the garage.

2    These are not being reused by Beazer, it's all being thrown out.

3          In this next shot, where the workers are removing the

4    drywall, you can see out on the back porch, in the rain, you have a

5    refrigerator and a stove; and when I walked in the first time, we

6    looked at these and said, aren't you going to cover those, are they

7    coming back?  And the answer that we learned way back in November

8    is, no, every appliance is being thrown out.

9          As the scientists educated us about what's happening to

10   appliances and circuit boards, we understood why the practical

11   decision that was made by the builders is scientifically

12   demonstrable.  But every appliance in the house is being replaced

13   as part of the Beazer remediation.

14         And they're cleaning.  Very thoroughly.  Here you see a

15   high-powered air filtration system.  Mr. Meunier will work with the

16   Beazer witnesses to demonstrate the extensive efforts that they're

17   going through to repair the house, where this is a

18   post-drywall-removal home, and the debris that is distributed

19   through the removal has been thoroughly cleaned up.  This is a

20   clean house, your Honor.  It doesn't smell anymore, all of the

21   drywall is out.  It's ready to be put back together again.

22   And we're getting the certification from the national environmental

23   company that the house is clean.

24         So, your Honor, we go from the Beazer homes and see that

25   this extensive scope of work that was done, and now we turn to

1   these seven families and we begin to look at their houses, bringing

2   in metallurgists, bringing in building engineers, bringing in

3   electrical engineers, bringing in circuitry experts.  And the first

4   question we asked ourselves is, can you save the house?  Are the

5   studs damaged, are the nails damaged, do we need to get the

6   bulldozer out on these houses?

7          A year ago in February and March when this thing was

8   hitting homeowners initially, there was a conventional wisdom that

9   it had impregnated the cement and the studs and that you'll never

10  get it out and that you're going to need to bulldoze these Chinese

11  drywall houses.  On behalf of these families and the other scores

12  of families that I represent, retired families, families with young

13  children, families with newborns, we took a hard look at this, your

14  Honor, we didn't want to go through some process where we knew we

15  had gotten the drywall out but left a time bomb ticking that the

16  nails were corroded and that the house was going to fail, or that

17  the cement had been contaminated and would stink forever.

18         So we harvested samples, these were actually cut out of

19  Mr. McKellar's house, where we saved the fasteners and the wood as

20  these things were joined, we sent them to metallurgists, we

21  sectioned the nails, we put the wood into chambers to see are there

22  gases that are being released.  And we satisfied ourselves that the

23  cement can be saved, that the studs could be saved, that the nails

24  could be saved.  The exterior skin of the house could be saved, the

25  roof could be saved.  We are not asking for a new house, your

1  Honor, we are asking for a remedy informed by the practical side of

2  Beazer of stripping it to the studs and repairing them.

3         Dr. John Scully is going to talk about the corrosion in

4  these families' homes.  I put up this slide, your Honor, which came

5  from one of his previous power points, when our nation experienced

6  the tragedy of a space shuttle disintegrating, and the nation

7  called together the most premier scientists in the country to study

8  what happened, what are the alternative possible questions as to

9  what was the failure of that space shuttle.  Dr. John Scully from

10  the University of Virginia was put in charge of studying potential

11  corrosion implications for those metal air frames because he is --

12  has frequently worked with the Department of Defense on all types

13  of military craft studying corrosion for them.  I believe, your

14  Honor, it would be a fair statement that Dr. Scully is one of the

15  top, if not the top, corrosion expert in the world.

16         We got him components from these houses, including the

17  air conditioner coils that people have been talking about for a

18  year, these air conditioning coils that are failing over and over

19  again.  As one of the indications, the canary in the coal mine,

20  early for these homes.  And we went into the houses.  Here is

21  Mr. McKellar's house, we go up on the ladder, we pull the coils

22  out, we send them to the laboratory at the University of Virginia

23  where they're cross-sectioned, here is a section of one of the

24  pipes, and subject to analysis under electron microscopes and

25  energy dispersive techniques that Dr. Scully will explain, and we

1    see over and over again spikes showing copper sulfide.  That's a

2    tell-tale sign of sulphur or a sulphur gas that's attacked copper.

3         And the evidence presented by our experts in this case

4    will demonstrate that the Chinese wall board copiously delivers

5    these sulphur gases into the environment and that when you look at

6    the items that are in the houses and study the corrosion that's

7    there that you can characterize these houses as having had a

8    severely corrosive environment.

9         Now, it's not just our experts that are reaching these

10   conclusions, this is a picture from the Sandia National

11   Laboratories, I believe we discussed this briefly in the *DAUBERT*

12   hearing, your Honor, but here they've taken a grounding wire and to

13   characterize the corrosion that's in the homes, and this is the

14   actual what should be the smooth surface of a wire under

15   magnification demonstrating that these wires are being eaten by the

16   corrosive gases that are in the home.  We are going to set forth

17   this afternoon with Dr. Scully the mechanism on how that happens

18   and how that leads to actual failures of equipment, including this

19   crack in a cross section of a pipe that led to the failure of an

20   air conditioning system.

21        HVAC systems, your Honor, people have talked about these

22   coils failing and there was some suggestion in the expert reports

23   of the intervenors that you could just replace the coil and that,

24   because that's the vulnerable point, that that system could then be

25   put back into service.  We're going to present evidence, your

1    Honor, that the entire HVAC system is an integrated system starting

2    with the thermostat where you change the temperature.  The wires

3    that connect the circuit boards inside of the air handler unit that

4    transmit the information as to whether it should run or not, the

5    coils, the copper pipes that connect the systems, the outside

6    compressor, and the ductwork, everything in an HVAC system is

7    greatly compromised by these sulphur gases that are attacked.

8            And we're not asking for one more set of coils and leave

9    the rest of the system in place, we're asking to be done, what's

10   being done by Beazer in Florida, that the entire integrated system,

11   every component that's up there is being replaced new.

12           So, for example, the thermostat here, your Honor, has a

13   wire that's delivering information to a circuit board.  You can see

14   that the wire, once it comes through is being supplied into some

15   contacts, and here, your Honor, we can see a tremendous amount of

16   what the corrosion experts will refer to as loose nodular black

17   corrosion, that's pathognomonic or diagnostic of a copper sulfide

18   attack, sulphur gases attacking copper.  This yellow wire, here,

19   your Honor, was then taken out and studied under laboratory

20   techniques and applied corrosion science standards.

21           Dr. Scully will explain to the court today that this wire

22   can easily be predicted to fail, that this wire cannot sustain a

23   normal service life for a wire.  And because of that, it should be

24   replaced before it fails.

25           The HVAC system also has circuit boards and copper lines,

1   which supply the freon or refrigerant inside and outside to the

2   outside compressor.  Our evidence will be that the corrosion of the

3   sulphur gases is eating holes right through these copper pipes,

4   that the pits have these sulphur compounds in them, that even if

5   you took the drywall out, that these pits will continue to grow

6   until these pipes fail.  These circuit boards we will show you

7   through a circuitry expert have a significant amount of corrosion

8   and that the corrosion will continue, until the circuits fail.

9        Beazer Homes from a practical standpoint says, look, once

10  we have all of the drywall out, we're going to put a new line set

11  in, we're going to put a new circuit board in, it's all going to be

12  new, we are not going to do this a second time.  We are not going

13  to leave these copper lines, which run from the attic, down a wall,

14  through a ceiling, down an interior wall and outside to the

15  compressor, we are not going to leave those in place hoping that

16  the pitting won't lead to a failure.  Get them out and we're going

17  to start fresh.

18       This pipe was cut off and sent to the laboratory, we will

19  present the results.  That's what it should look like, your Honor.

20  This is before, after.

21       On behalf of the plaintiffs, your Honor, we would like

22  these homes to have their copper mechanical lines restored to where

23  they were before these corrosive attacks, and that's an element of

24  our repair plan for their homes.

25       In order to demonstrate that this isn't just something

1    that happens to these lines, that they don't just turn black

2    themselves over time and that it's benign, we went into the

3    Sullivan house, here was their sets of evaporator coils, we hired

4    an air conditioning company to come get them, pull them out of a

5    control house, no Chinese drywall, we sent them to the University

6    of Virginia and will demonstrate the results from those coils, that

7    they have no copper sulfide, that there are no pits, that there's

8    no thicknesses that are getting ready to cause a failure, that the

9    Sullivan's have an air conditioning system that could be expected

10   to live its normal life expectancy to deliver cool air to the

11   house, in contrast to these families, where the Heischobers, for

12   example, have lost six sets of evaporator coils in their house

13   since 2006.  So that's HVAC, your Honor, we want a whole new HVAC

14   system for the house.

15          We believe that the entire electrical system needs to be

16   replaced as well.  We showed you the practical evidence, that's

17   what Beazer is doing.  We're going to offer you the scientific

18   proof on why they're right.  That every wire that's in a house,

19   again, your Honor, from a layman or a naive standpoint, I thought

20   of it all as this heavy gauge of wire, the Romex that you run heavy

21   current through, that's all that's there in the houses.

22          But when we got into the Beazer houses where the drywall

23   was removed, we were surprised to see that you have phone wires,

24   you have CAT 5 wires for these computer systems in the modern

25   houses, speaker wires, you've got lamp cords that they use to hang

1   breakfast lights down, that there are all different types of wires

2   that are in the wall.  Each of them have a different sort of an

3   installation jacket.  Even the intervenor experts acknowledge that

4   those jackets have different permeability, the gases can get

5   through, some of them clearly, and we'll demonstrate that here in a

6   minute.  So the point becomes that all of the different wires of

7   different gauges in the house.

8         In addition, switches that turn the light switches on and

9   off, receptacles and ground-fault interrupters, an important life

10  safety item, all are significantly compromised, we will offer

11  experts that will demonstrate to your Honor over the next two days

12  where those failures are going to occur.  This is what their wires

13  should look like under magnification, the drawn copper that was in

14  the wire, you can see the machine marks on here, the nice, smooth

15  surface.  This is a Chinese drywall wire where we're seeing the

16  copper sulfide build up, it's cracking, it's pitting, the corrosive

17  gases are getting through the cracks and pits and eating the wires

18  away.

19        Here is a phone wire from Bill Morgan's kitchen -- Deb,

20  I'm sorry, I keep calling it Bill's, I know it's your kitchen, too.

21  This white wire, your Honor, we striped it back like a banana peel

22  off of the wire to see what it looks like underneath these

23  insulation jackets and this is that same wire, where we can

24  demonstrate corrosion all the way up the wire, even though there

25  was an insulation jacket covering it.

1          Your Honor, perhaps the most startling observation that

2    we made when we were conducting these initial investigations of the

3    home back in November was the, Deb Morgan's breakfast light.  Which

4    we have marked as BDM-5 in this case.  When we took a close look at

5    light, and I believe it was my cocounsel, Mr. Gordon, that spotted

6    this, we noticed that there was a black appearance to this wire

7    that was holding the breakfast light up.  This light was out in the

8    middle of the room, it was not by any drywall, that you can see

9    this gentleman is standing between the lamp and that far wall and

10   then some distance even from the ceiling.  And so the question

11   became, well, was that wire black to begin with or was it somehow

12   corroded while it was hanging there in the room?

13          We took a close look at where the lamp connected to the

14   wire and we noticed that there was a grommet here holding it up,

15   and we said, well, let's take it apart.  I say we, the scientists

16   that were there, the metallurgists, the building material

17   specialists, the engineers.  And when they did, they saw, your

18   Honor, that the pristine wire, which was protected by a grommet and

19   protected from air flow in the room, was a nice, bright, shiny

20   copper, and that where above it was hanging and exposed to the air,

21   that the Chinese drywall gas had permeated right through the

22   sheathing and were corroding those wires from the inside out.

23          Your Honor, in a recent photograph, one of the experts

24   noted that the Baldwin house, where we were looking at their office

25   room, that he noticed that lamp appeared to have this same sort of

1    effect and we asked the Baldwins to ship the lamp down to us, it

2    came in yesterday, when they're on the stand, your Honor, we would

3    like to demonstrate what one of these same gauges of wires looks

4    like when you hold it up close.  So it's black and the question

5    becomes, so what, that the wire changes color, will that have a

6    material impact on the wire?

7            Close up, your Honor, showing how black this wire has

8    become out in the middle of the room.  We sliced it, the experts

9    sliced it, and we're seeing corrosion product that's peeling off of

10   these wires.  They slice it a different way and you see, your

11   Honor, that the corrosion has peeled off with the jacket of the

12   wire from these wires that were exposed.  So we've got corrosion

13   that's occurring through the installation jacket to these wires, we

14   then sectioned the wire and subjected it to laboratory analysis to

15   see what's happening to these individual wires, and we see a 35.4

16   micron pit.

17           Your Honor will hear some significant discussions about

18   the implication of pit depths over the next two days.  But one of

19   the individual strands here is being eaten from the inside out in a

20   wire that was hanging in the middle of a room.

21           On behalf of the families, your Honor, we want every wire

22   in the house taken out, we don't want to leave wires behind that

23   are subject to permeation and corrosion from the inside out.

24           Part of our animation, your Honor, demonstrates how we

25   believe the corrosive gases are getting into the wire and the

1    mechanism by which the copper is corroding.  I've cut another

2    segment out of the animation, which, for the Morgan house, runs

3    about 14 minutes, we are not going to use the court's time this

4    morning with that.  But for each of the components that we believe

5    are subject to attack, the HVAC, the electrical, et cetera, we've

6    put together not only the scientific evidence of what's happened,

7    but then we've asked the scientists to prepare these animations to

8    demonstrate the effect.

9           Your Honor, this is a drywall house.  This should be a

10   nice, bright, shinny copper connection.  This is the screw that's

11   holding that connection down, and it's obvious to see that this

12   screw head itself and the wire are heavily corroded here.  This is

13   a life safety issue.  The wires should look like this.  This is

14   from one of the control houses, nice, clean copper surface, a safe

15   connection, no corrosion going on, life safety is going to be

16   protected by having a wire that's fastened to a switch or

17   receptacle appropriately.

18          Over and over again we saw that that's not happening in

19   Chinese drywall houses and that every receptacle, every switch in

20   the house needs to be replaced.

21          And so, your Honor, we get to the point where we're

22   saying all drywall comes out, the whole HVAC system, the whole

23   electrical, and the question becomes, is that the same remedy for

24   every one of these seven houses, is there any discernible

25   difference in the houses, depending on whether it had 12 sheets or

1   45 sheets or 212 sheets of Chinese drywall?  And we found an

2   instance where it does make a difference, and it turned out to be

3   an after-construction repair, a modification to a house.

4           The original owner on the house, not Joe and Kathy Leach

5   who will be here on Monday, but the original owner decided that

6   there was a corner of the basement that would be great for what

7   they conceived of as a wine room.  Joe and Kathy Leach are not wine

8   room kind of people, he's in special forces and she has a couple of

9   young kids at home and works as well.  They've never built it out,

10  there hasn't been a bottle of wine in that room ever.  But the

11  so-called wine room in the Leach house ended up as an alteration

12  with eight sheets of Chinese drywall in a $400,000 Home.

13          The WINE room Has climate control, so there was no air

14  circulating between that room and the rest of the house.  We went

15  to the HVAC SYSTEM for that floor, WE opened it up, and there was

16  no corrosion whatsoever on the HVAC Coils.  We are not asking for

17  the Leach house to be stripped to the studs all over again, all new

18  wires, all new everything, what we will propose to your Honor that

19  there were limited circumstances with highly-localized use of

20  Chinese drywall where you can do a localized repair.  But when you

21  move from that, your Honor, to new-home construction, where pallets

22  of drywall are delivered, the least number of boards that was

23  delivered to one of these houses was Fred and Vannessa Michaux, one

24  pallet, 45 4-FOOT BY 12-FOOT boards.

25          We will demonstrate, your Honor, it's on all three floors

1    scattered around.  Using the defendants' experts' evidence, OR the

2    former INTERVENORS' evidence, only 45 sheets, it's everywhere.

3          The Baldwin house for Jerry and INEZ.  The delivery

4    records indicate that all of the drywall went onto the first floor,

5    that there's none up on the second floor, and the question becomes,

6    well, why don't you just do the drywall there on the first floor?

7    We believe this is a significant point for the Baldwins.  In

8    new-home construction where boards are scattered with unreliable

9    records, you can't take the risk.

10          First, you're not going to get an environmental company

11    to sign off that every single board was removed on the basis of

12    unreliable installation records.  On the basis of the observed

13    scattering of boards throughout the house.

14          On Monday, Mr. Rutila will demonstrate that in a house

15    with identical sort of delivery records, no drywall on the second

16    floor, according to the delivery records, that we can demonstrate

17    that there are multiple sheets of drywall, it's not the Baldwin

18    house, it's another family, but it demonstrates this scatter

19    effect, where boards end up in odd places.  We didn't take the

20    second floor drywall down of the Baldwin house to see is there

21    Chinese board in the bathroom or the room over the garage or the

22    other bedroom because that would destroy their house, this is one

23    of the few families that's trying to hang in there because they

24    can't afford and don't want to go down the foreclosure and

25    bankruptcy route that other clients have done.

1          But the HVAC system in the Baldwin house on the second

2     floor that supposedly has no Chinese drywall, and even the defense

3     expert or the intervenor expert, Mr. Pericone, he opened it up and

4     he looked at the coils and they were so corroded on the second

5     floor, where only air from the second floor was going into those

6     coils, that he said, I don't even need to test it, that's Chinese

7     drywall corrosion on a second floor set of coils where there was

8     supposedly no drywall removed.

9          For Jerry and Inez, we are not going to propose that in a

10    house that had drywall delivered and scattered that they only get

11    half of their house fixed, we're asking your Honor for a house as

12    part of new construction, where any significant amount of Chinese

13    drywall was delivered, and we are not going to try and find it,

14    we're going to do what Beazer did and have a single repair strategy

15    that removes all of the drywall and the HVAC and the electrical.

16         Appliances.  What do our scientists tell us is the

17    scientific underpinnings or evidence that supports what Beazer is

18    doing in tossing all of the appliances?  It's McKellar 's

19    refrigerator.  And we peeled back the back of that refrigerator to

20    take a look and we see a copper line, and it's corroded.  It turns

21    out that these refrigerators have copper lines just like the air

22    conditioners do with refrigerant and fans to cool the air that's

23    being supplied into the refrigerator, and there was significant

24    corrosion on the copper components in refrigerators such that these

25    line sets or the things that are delivering the refrigerant have

1   deep pits that are imminently going to fail, and the decision to

2   get them out of there and not try and replace parts and remedy a

3   broken refrigerator made a lot of sense from a scientific

4   standpoint compared to Beazer's decision to get them out of there.

5         So, your Honor, we came up with a repair protocol that

6   stipulated the effect in chambers one day, I recall, that the

7   observation was made, well, sure, the plaintiff's system, the

8   Plaintiff Steering Committee would work, but we believe that it's

9   excessive.  We don't think so, your Honor.  First off, we've

10  written it down, we've provided it for peer review, it's been gone

11  over thoroughly, it's been subject to *DAUBERT* attack.  Ours is

12  written down, there is no protocol from either Knauf or anyone else

13  in the country, your Honor, that's been proposed as a method where

14  you could do something less than this.

15        Ours has been stipulated to be effective, not so for

16  Knauf or any other source.  Major builders in the United States are

17  using an identical protocol, not so for these antidotal stories of

18  a small builder here or a homeowner there who has tried to do it

19  less aggressively.  We get a written guarantee, we definitely meet

20  every electrical code.  We'll present testimony, your Honor, from

21  an electrical engineer who specializes in life safety codes, fire

22  code, electrical code.  The national electrical code says you can't

23  use wires that have any residual corrosion on them whatsoever.  Our

24  plan will satisfy that.

25        Who can do this work to remove the drywall?  We'll get it

1    out in an hour and a half to two hours using laborers.  The system

2    that was proposed to selectively leave some drywall versus other

3    involved people color coding outlets, where we're pulling it out,

4    and you have to have trained people looking at individual wires to

5    say that's dark, that's not too dark, somebody needs to put that

6    together with even the whole home use of this X-ray gun, and then

7    put all of this information together to draw a conclusion after

8    hours of work, that maybe we'll leave some boards and take others

9    out.  A very inefficient system where they would use XRF

10   technicians and electricians and engineers to find a few boards

11   that can be saved in a house as opposed to us stripping a house of

12   drywall in a couple of hours.

13           Your Honor, the builders are not using anything unproven,

14   these are laborers, it's drywall mechanics.  The Knauf or other

15   intervenor systems were relying on color-coding systems, coupled

16   with shipment records, coupled with X-ray guns, somehow or other

17   being jumbled up into an unwritten way to say, oh, we now know how

18   we can replace some drywall and not others, is unproven -- it's

19   unwritten, it's unproven, and we would request, your Honor, on

20   behalf of the intervenor plaintiffs and the Germano plaintiffs that

21   we not end up with a result where we're going to try and isolate

22   some drywall versus others.

23           Our system does not leave corroded wires in place, no

24   corroded contacts, no corroded switches, no lamp cords that are

25   getting eaten from the inside out, it's all out, and the

1    plaintiffs' house will have a fresh start.

2          Your Honor, you're going to hear some evidence about

3    copper coupons.  Much of what was being happening for the last 30

4    days while we were dealing with the intervenors' experts centered

5    on a suggestion that these copper coupons were able to predict the

6    benign environment, that there's really no Chinese drywall to worry

7    about.  There are other technologies showing that, gee, I think

8    this room is really safe and has no problems with Chinese drywall.

9          And we took ceilings down, this is Orlando's house, they

10   were kind enough to let us take the ceiling down, and were able to

11   demonstrate that the Chinese drywall is in rooms with the, where

12   the technology and the unproven method would have suggested that it

13   stays behind.

14         The coupon system for predicting that these houses are

15   really okay, that there's no problem, because when we looked at

16   these things after they were there for 30 days in the middle of the

17   winter, that we don't see much problem with these surrogates that

18   are supposed to be representing reality, therefore, you can leave

19   these wires behind.  Your Honor, we suggest it has no currency,

20   that they're ignoring the real wires and that the intervenors had

21   attempted to suggest that we don't want to look at the real world,

22   that we should look at a surrogate and make a decision that it's

23   okay to leave wires behind.

24         Finally, your Honor, when it comes to once the drywall is

25   removed and the ductwork is removed so that the owner that's

1   impregnated itself into the ductwork is out of there, we try to get

2   quotes from contractors in Virginia that would provide a quote to

3   clean these things out, we couldn't get one of these companies to

4   even quote the remedy.  We wanted to provide alternatives, we went

5   to two major builders in Virginia, one is a $100 million builder

6   Virtexco, the other is a custom home builder that does eight, ten

7   homes a year, high-end homes, VB Homes, we had them price out every

8   step.  We looked at the alternatives, well, what if you leave the

9   ductwork behind and just clean it, they couldn't get anyone to give

10  them a quote on cleaning ductwork.

11          Insulation, small items like this, your Honor, we've

12  priced it, fresh insulation for these houses, we've priced an

13  aggressive cleanup system that's very similar to what Beazer is

14  doing to get the houses pristine.  We don't want to leave this

15  insulation in the house with the toxic drywall, which has been

16  turned into dust, shot into the layers of the insulation.  One of

17  the intervenors' experts, Mr. Morse, had suggested that you can

18  vacuum this out and that you would then leave the drywall behind,

19  cutting a corner on the repair strategy to make it cheap.

20          Your Honor, we believe that these families and what

21  they've been through are entitled to have items that have been

22  impregnated with toxic dust taken out of their house, and they're

23  entitled to have it all thrown out, they're entitled to have their

24  house thoroughly cleaned and wiped down so that all of the dust and

25  debris that results from the removal of the drywall is out of there

1    so that their studs are in a pristine shape.  They're entitled to

2    let that house air out for a couple of three weeks to a month, so

3    they get to the point where they go in there and they don't smell

4    anything, which is what the Florida builders are telling us from a

5    practical standpoint it'll take.  Well, the crews have to stand

6    down for three weeks, it's expensive, the intervenor expert said,

7    just go ahead and start putting the drywall back up there.  Our

8    plan calls for an air-out period so the houses don't smell anymore

9    before they're put back together again.

10          Your Honor, we're asking on behalf of these families for

11   a repair remedy like the Beazer remedy, stripped to the stud, new

12   HVAC, new electrical, new appliances, clean it thoroughly and get a

13   letter for these families saying that their house is certified to

14   be free of the toxic substances.

15          At the end of this case, your Honor, we will ask the

16   court to actually enter a judgment on behalf of these families,

17   against the Chinese company that has not seen fit to show up in

18   these proceedings, despite due process having been served, we will

19   ask for an award against this company to let these families get

20   their homes back together and their lives back together.  Thank you

21   very much.

22          THE COURT:  All right.  Thank you very much.  We will

23   take a 15 minute break here and come back and start the evidence.

24   The court will stand in recess.

25          THE DEPUTY CLERK:  Everyone rise.

1      (WHEREUPON, A RECESS WAS TAKEN.)

2      (OPEN COURT.)

3           THE COURT:  Be seated, please.  Call your first witness.

4           MR. SERPE:  May it please the court, Richard Serpe for

5      the PSC.  We would like to call Bill Morgan to the stand.

6           THE COURT:  Mr. Morgan, come forward, please.

7           THE DEPUTY CLERK:  Would you step into the witness box,

8      please.  And would you raise your right hand.

9      (WHEREUPON, BILL MORGAN, WAS SWORN IN AND TESTIFIED AS

10     FOLLOWS:)

11          THE DEPUTY CLERK:  Please be seated.  And if you would

12     use that microphone there in front of you, would you state your

13     name for the record.

14          THE WITNESS:  Bill Morgan.

15                          DIRECT EXAMINATION

16     BY MR. SERPE:

17     Q.  Bill, who is that sitting next to you in the jury box?

18     A.  My wife Debbie.

19     Q.  How many years you guys married?

20     A.  Twenty-seven.

21     Q.  Kids?

22     A.  Yes, two daughters.

23     Q.  Any grandkids yet?

24     A.  One on the way.

25     Q.  Can I get a picture of the house, please.  Is this your Chinese

1  drywall house?

2  A.  Yes, sir, it is.

3  Q.  We've labeled it 8495 Ashington Way, is that the address of the

4  home you purchased in Williamsburg?

5  A.  Yes, sir.

6          MR. SERPE:  Your Honor, we've already offered into

7  evidence P3-0398, a photograph of the home, it contains the address

8  of the home.

9          THE COURT:  Okay.

10 BY MR. SERPE:

11 Q.  What's your current occupation?

12 A.  I am a security manager.

13 Q.  Where do you work?

14 A.  Williamsburg.

15 Q.  What facility at Williamsburg?

16 A.  Camp Perry.

17 Q.  Camp Perry for the benefit of the people not from the Tidewater

18 area, what type of a facility?

19 A.  A training facility.

20 Q.  So what was your occupation for the main part of your life?

21 A.  I was a police officer.

22 Q.  For how many years?

23 A.  Twenty-four years.

24 Q.  And where were you a police officer?

25 A.  Newport News, Virginia.

1    Q.  And what grade did you retire from the police force at?

2    A.  Master police detective.

3    Q.  What about Deb, what's her occupation?

4    A.  She is an instructional coach for the public school system in

5    Newport News.  She teaches the teachers.

6    Q.  And not to brag on her, but has she gotten some recognition

7    with respect to her teaching credentials?

8    A.  Yes, sir.  Over the time of her career she's been teacher of

9    the year three years in Newport News.

10   Q.  You bought that house in July of 2006?

11   A.  Yes.

12   Q.  What did you pay for it?

13   A.  $383,000.

14        MR. SERPE:  Your Honor, we've already offered into

15   evidence the deed where the Morgans acquired this home, it's in the

16   record at P3-0419.  And also reflects the purchase price for the

17   home.

18   BY MR. SERPE:

19   Q.  Have you and Deb owned the homes that you've lived in over the

20   last 20 years?

21   A.  Yes, sir.

22   Q.  And I mentioned to the court the issue of a FEMA trailer.

23   Would you tell the court what happened there?

24   A.  Yes, sir.  Back in 2003 Hurricane Isabel came through, we were

25   living in a small town called Pocosin, Virginia close to the water,

1   and we got flooded out.  And as a result of that, like a lot of

2   people, we had to do the rebuilding, we had to raise our house.  A

3   month after we got flooded out my oldest daughter was diagnosed

4   with cancer, so we were dealing with that at the same time.

5           Lived in the FEMA trailer and kind of half and half

6   between the FEMA trailer and the house as we got the house, parts

7   of it working again, back and forth.

8   Q.  It wasn't this house, it was the house just before this?

9   A.  Correct, yes, sir.

10  Q.  But you finally got that one in Pocosin back together again?

11  A.  Yes, sir.

12  Q.  What led you to buy a different house?

13  A.  We wanted to move basically to higher ground, we didn't want to

14  go through a flood or any kind of a natural disaster again, we

15  wanted to move away from the water more inland and found this

16  neighborhood.

17  Q.  Did you and Deb get into this house and fall in love with it,

18  was it love at first sight?

19  A.  We did.

20  Q.  Tell us about that.

21  A.  While it was under construction we would probably go up there

22  two or three times a week, I would go through the windows once it

23  was dried in looking at it.  I mean, we loved it.  I mean, this is

24  the best home, the nicest home we've ever owned or probably ever

25  will own; and it was our dream house, it really was.  It looks like

1    an average house, but to us it was the best.

2         MR. SERPE:  Your Honor, we put into evidence the floor

3    plan for the Morgan's house, 401 -- P3-401.

4    BY MR. SERPE:

5    Q.  Give the court an idea of what the floor plan was like, two

6    story, give him a little walk around on the inside of your house.

7    A.  Walk into the home to right is like a living room area, to the

8    left was like an office area; and the main thing that we liked

9    about the house, that Debbie really liked was the whole back of the

10   house was just basically one room, the dining room opened up to the

11   kitchen, the kitchen into the family room, and that for us was the

12   big selling point of that house, we liked the way it was laid out

13   downstairs.

14        MR. SERPE:  Do we have a picture of the breakfast light

15   available?

16   BY MR. SERPE:

17   Q.  Is that your light?

18   A.  Yes, sir.

19   Q.  That we showed to the court here.  That hung in this large open

20   area that your family spent its time?

21   A.  Right in the kitchen in the middle between the dining room and

22   the family room.

23   Q.  Did it smell in there, Bill?

24   A.  Yes, sir.

25   Q.  And how would you guys describe the smell that was in there?

1   A.  We just called it just a rotten chemical smell, just -- it's

2   hard to describe other than it just stunk.

3   Q.  When did you guys first start noticing this smell or other

4   problems with the house?

5   A.  Debbie noticed it from day one.  I had noticed it if we would

6   go away for a weekend and come back and just have that smell, but I

7   guess I got used to it, it went away.  And then 2008, the first

8   thing I can remember is the hot water heater failed in the house,

9   and we had only been in that house for two years.

10          Initially they tried to replace the electronic control

11  box for the water heater, that didn't work; a couple of days later

12  they came back and replaced the entire hot water heater.

13  Q.  So in addition to the hot water heater, you then ran into

14  problems with the mechanical system on the house as well?

15          THE COURT:  Let's get a date as to when he moved in.

16  BY MR. SERPE:

17  Q.  I'm sorry.  When did you move in, Bill?

18  A.  I think it was July 13th or 14th, 2006.

19  Q.  And I think that's accurate, your Honor, from our records as

20  well, July of 2006.

21  A.  Right.

22  Q.  Water heater problems in 2008?

23  A.  Yeah, I want to say probably the fall of 2008, summer or fall

24  of 2008.  So we hadn't been in there maybe just barely two years

25  and the water heater failed.

1  Q.  Put a book end on the end, how many months or years were you in

2  the house before you moved out?

3  A.  We were just shy of three years by one month, we moved out in

4  July of 2009 -- I mean, June of 2009.

5  Q.  Last June you moved out of that house?

6  A.  Yes, sir.

7  Q.  In addition to the problems with the water heater, what other

8  problems were you having with the mechanical systems in the house?

9  A.  Electrical wiring upstairs that we had something -- one of the

10  outlets failed, it tripped a circuit breaker, they came out and

11  fixed that, couldn't offer an explanation.  And then subsequently

12  two outlets in two different rooms failed upstairs but did not trip

13  a circuit breaker.

14       The air conditioning system we had an electrical short.

15  I was upstairs watching TV and I smelled a burning smell and it was

16  coming out of the heat vent.  And so I turned off the heater for

17  awhile, it went away; and I turned it back on and the burning smell

18  came back.  We turned it off for the night, slept without heat that

19  night, and the next day the people came out and found a couple of

20  wires in the upstairs air conditioning, the HVAC unit and they

21  couldn't offer an explanation.

22       They put a load test on it, did this, the kid that fixed

23  it said it looks like, well, maybe they just weren't taped together

24  tight enough and that's what caused them to short out.  They had

25  actually burned through the wire nut holding these wires together.

1    And then after that, more problems with the HVAC system --

2    Q.  Let me cut you off for just a second.  You told Deb that the

3    wire nut had been burned through?

4    A.  Yes, sir.

5    Q.  What was her reaction?

6    A.  Debbie is scared to death of fire, it's just -- that's a big

7    thing with her.  It's just -- it was just bad.  So we had a real

8    concern about that.  So she wanted another person to come out from

9    the company and check it, because it was a younger man that did it

10   and we called whenever it was and said, listen, can you send out an

11   older, more experienced person just to make sure, just to double

12   check what the young man had told us.

13           And this gentleman came out and checked everything and he

14   was the one that started noticing problems, that we had a leak in

15   the system and then that required several more visits, ultimately

16   replaced the coils in March or April of 2009.

17   Q.  And before we get back to the coils just for a second, because

18   of Deb's particular sensitivity to fire issues, did you go out and

19   get any additional safety equipment?

20   A.  I went out to a home store and bought two fire extinguishers,

21   one for upstairs and one for downstairs.  And I didn't have a

22   problem with that because when the outlets quit working and didn't

23   trip a circuit breaker, I mean, just before we moved out we were

24   thinking I am going to sleep at night wonder is my house going to

25   catch on fire.

1   Q.  We talked about the electrical system, the water heater

2   problems with the HVAC system failing.  Were you guys experiencing

3   any sort of problems physically that you were concerned about?

4   A.  Well, what all started this, what got us on this road is Debbie

5   had been having nose bleeds for awhile.  And she got on the

6   internet and Googled nose bleeds to see what might be causing it.

7   And she thought it was just old age or whatever, she wasn't sure,

8   and she came across an article of a young boy, I want to say it was

9   Florida or Louisiana, that had been experiencing nose bleeds and he

10  was living in a home with Chinese drywall.  And that was our first

11  inkling of what Chinese drywall was, and she started doing research

12  and seeing the problems they were having, the problems we were

13  having and she put two and two together.  I thought she was crazy,

14  no such thing as Chinese drywall, and here we sit.

15  Q.  So let me predict that the "old age" and "crazy" comments are

16  going to come back to haunt you later today?

17  A.  Every day, every day.

18  Q.  Did she send you up in the attic to look for the Chinese label?

19  A.  Yep.  I went up there, pushed the insulation aside looking for

20  the stampings and the markings, didn't see any right then, I

21  thought life is good.  And I am coming back down the attic and go

22  to replace the panel, the access panel and on piece of that drywall

23  is a Venture Supply label.

24  Q.  And what did you say?

25  A.  Oh, shit.

1    Q.  So from this time period where Deb picks up on the internet and

2    you see the Venture label, how much longer were you guys in the

3    house for?

4    A.  This is March or April, we moved out the end of June, June 23rd

5    we moved out.  Once we had it confirmed.

6    Q.  So I want to ask you about other electronic type things in the

7    house, thermostats and things like that.  Any problems with that

8    sort of stuff?

9    A.  Our smoke detector system quit working, it probably stopped

10   working probably a year ago.  We had one smoke detector that was

11   part of the security system, so we relied on that and the fire

12   extinguishers but they couldn't determine a cause for that.  We

13   lost a couple of computers, a TV, the control panel for our

14   security system, it went out and had to be replaced.

15            MR. SERPE:  Can I see Bill's television set?

16   BY MR. SERPE:

17   Q.  Is that what your TV looked like when you gave it to us?

18   A.  No, sir.

19   Q.  But you do understand though that we took your television and

20   we sent it off for laboratory analysis?

21   A.  Yes, sir.

22   Q.  And we've shared with you the results -- can I see the next

23   one -- of the corrosion that was on your television?

24   A.  Yes, sir.

25   Q.  Is it part of your case today that you're asking the court to

1    reimburse you for your electronic equipment in your house,

2    including your computers and your television?

3    A.  Yes, sir.

4    Q.  When you moved out of the house, where did you go?

5    A.  We rented another home in Williamsburg.

6    Q.  What was the rent payment on the new house?

7    A.  $1,900 a month.

8    Q.  What was the mortgage on the Chinese drywall house?

9    A.  $2,835 a month.

10   Q.  Could you afford both?

11   A.  No, sir.

12   Q.  What did you do?

13   A.  We filed bankruptcy.

14   Q.  How hard of a decision was that for you?

15   A.  It was hard.

16   Q.  How long did you go before you filed the bankruptcy after you

17   were out of the house?

18   A.  That following month we weren't going to stay in the house and

19   not make mortgage payments, we've always paid our bills on time.  I

20   mean we're the type people we were afraid if our mortgage was a day

21   late they would take the house, so we always paid that stuff on

22   time.

23          And once -- I just knew our house wasn't safe to live in,

24   we were going to sleep at night wondering if it was going to catch

25   on fire.  I'm a cancer survivor, our oldest daughter is a cancer

1    survivor, we still have a teenage daughter living with us, we don't

2    want to subject her to this anymore, all we can do is hope that

3    there's no health effects down the road, we don't know.

4    Q.  Tell the court how you felt when you didn't make that first

5    mortgage payment.

6    A.  Terrible.  I mean, that's just -- to sit there and not do that,

7    it just feels terrible.

8    Q.  And you're in bankruptcy now?

9    A.  Yes, sir.

10   Q.  Did you come out of pocket for the lawyers up there to get you

11   into a bankruptcy proceeding?

12   A.  Yes, sir.

13   Q.  What about the title to the house, what's going on with the

14   ownership of the house?

15   A.  We just got a letter from the bankruptcy trustee where they

16   granted a relief, allowing the mortgage company to go forward with

17   the foreclosure; so that is being done now, probably within the

18   next couple of weeks it won't be ours.

19   Q.  Unless the bank decides that they really don't want the house.

20   A.  Correct.

21   Q.  Bill, would you confirm for Judge Fallon that you spent a lot

22   of time with people that came into your house to assess all of your

23   electronic equipment and to work with them to provide receipts, et

24   cetera, for the expenses that you have been through?

25   A.  Yes, sir, very much so.  Every couple of weeks or somebody was

1   coming wanting to take samples or items.  Been a very busy time.

2   Q.  They also specifically went through all of your damaged

3   possessions and worked with you to obtain estimates on what the

4   replacement costs would be for those things?

5   A.  Yes, sir; yes, sir.

6   Q.  And you worked and reviewed a summary of that that was prepared

7   by an economist or a CPA here in New Orleans?

8   A.  That's correct.

9           MR. SERPE:  And, your Honor, we have previously entered

10  into evidence on behalf of Mr. Morgan P3-0622.

11  BY MR. SERPE:

12  Q.  Bill, this is the summary of the expenses, including the

13  estimated repair costs for the house, the expenses associated with

14  you being out of your house, the bankruptcy lawyers, your damaged

15  goods.  You've had a chance to review this summary very carefully?

16  A.  Yes, sir.

17  Q.  And are you telling the court under oath that this is a fair

18  and accurate statement with respect to your out of pocket damages

19  from having had a Chinese drywall house?

20  A.  Yes, sir, very much so.

21          MR. SERPE:  I don't know if the court has any additional

22  questions for Mr. Morgan?

23          THE COURT:  No, I don't.

24          MR. SERPE:  Just a moment, your Honor.  Thank you, Bill.

25          THE COURT:  Okay.

```
 1              THE WITNESS:  Thank you very much.

 2              THE COURT:  Call your next witness, please.

 3              MR. MEUNIER:  May it please the court, we call Ray

 4   Phillips.

 5              THE DEPUTY CLERK:  Please step into the witness box.

 6   Would you raise your right hand.

 7        (WHEREUPON, RAY PHILLIPS, WAS SWORN IN AND TESTIFIED AS

 8        FOLLOWS:)

 9              THE DEPUTY CLERK:  Please be seated, and use the

10   microphone, would you state your name for the record.

11              THE WITNESS:  My name is Ray Phillips.

12              THE DEPUTY CLERK:  You can push it back a little from you

13   a little bit.  That's great, thanks.

14   BY MR. MEUNIER:

15   Q.  Good morning, Mr. Phillips.  What is your address?

16   A.  Home address?

17   Q.  Yes.

18   A.  1537 Eagles Nest Circle, Winter Springs, Florida.

19   Q.  And what is your occupation?

20   A.  I am vice-president of operations for the state of Florida for

21   Beazer Homes.

22   Q.  What is your duty and responsibility as vice-president?

23   A.  Operations for four cities in the state of Florida:

24   Jacksonville, Orlando, Tampa and Fort Myers.  So it's fairly broad,

25   I don't really know how to answer the question.
```

1    Q.  Let me ask you this.  How many years have you been with Beazer?

2    A.  Just over seven years.

3    Q.  What is the nature of the business conducted by Beazer Homes?

4    A.  We build homes and communities across the nation, actually

5    across the world.

6    Q.  And is drywall one of the materials used by Beazer in the

7    construction of new homes?

8    A.  Yes, in every home.

9    Q.  How does Beazer obtain its drywall?

10   A.  For the most part it's done turnkey through a drywall supplier,

11   drywall subcontractor.

12            THE WITNESS:  Is that better?

13            THE DEPUTY CLERK:  Yes.

14   BY MR. MEUNIER:

15   Q.  And then how does Beazer arrange for the installation of the

16   drywall once it's supplied?

17   A.  Again, done through the subcontractor that we would for the

18   most part hire a subcontractor that would obtain a turnkey process

19   that they would obtain their own drywall and deliver it to our

20   sites and furnishing the labor as well.

21   Q.  How long has Beazer been in the business of new home

22   construction?

23   A.  Since the 1700s in England, and I think came to the U.S. in

24   1984.

25   Q.  And in how many states does Beazer conduct new home

1  construction activity?

2  A.  I am not sure of the accuracy of that.  Less than 20, more than

3  15, I think.  I am not positive of the answer.

4  Q.  And how many years of experience have you had in the

5  construction business?

6  A.  In the construction industry, 32 years; in national home

7  building, 22 years.

8  Q.  When did you first become aware, Mr. Phillips, of concerns

9  about Chinese manufactured drywall in Beazer built homes?

10  A.  March a year ago, March 2009 -- February, March, somewhere in

11  there.

12  Q.  How did you become aware of the problem?

13  A.  My recall it started with news media and starting to hear more

14  and more, and then later Beazer started getting some calls from our

15  national warranty center; and we were still hopeful that we had no

16  issue, but that's when we started to investigate and start our

17  education.

18  Q.  When you say the national warranty center, explain to the court

19  what you mean.

20  A.  For Beazer Homes as a nation, we have one call center, one hub

21  that takes all of the calls from across the nation, it's in

22  Phoenix, Arizona; so that's how any need that our homeowners would

23  have, they would call the warranty center and it's disbursed out to

24  the various division.

25  Q.  So these were owners of homes built by Beazer calling to

1   complain about possible Chinese drywall in their house?

2   A.  Yes, that's correct.

3   Q.  Did you ultimately determine where Chinese drywall was located

4   in Beazer Homes?

5   A.  Yes.  Now, we've had calls and concerns from many states and in

6   many different communities.  And a year later, a little over a year

7   later since our first being aware that Chinese drywall existed, we

8   have been limited to two communities across the nation, both in

9   Florida, one community called Magnolia Lakes in Fort Myers, the

10  other one called Hampton Lakes in Tampa.  So both are limited to

11  Florida.

12  Q.  And describe the types of homes that are in the Tampa and Fort

13  Myers locations?

14  A.  The Tampa is townhome construction, two story, two and three

15  story, ranging 7, 8 and 10 string units put together.  And in Fort

16  Myers, Magnolia Lakes, single family dwellings, one and two story,

17  probably averaging the 2,000 square foot range, 2,200 square foot

18  range.

19  Q.  And how old are these homes where Chinese drywall has been

20  found?

21  A.  Right around four years, four or five years.

22  Q.  How many total homes, taking both Tampa and Fort Myers

23  together, have you confirmed the presence of Chinese drywall in?

24  A.  For both cities combined we're at total of 42, although four of

25  those are a grand suite on top of a garage, it's not the entire

1   house that it's been isolated to, of the 42 units, 38 that are the

2   entire unit.

3   Q.  And how does that number divide between Tampa and Fort Myers?

4   A.  Fort Myers is, I believe the number is 20; and in Tampa, I

5   believe the number is 22.

6   Q.  Do you know how many homes Beazer has actually investigated for

7   Chinese drywall?

8   A.  No.  I think we're somewhere around 70 in Magnolia.  There's a

9   total of 116 homes that were built there and I believe we've

10  investigated about 70.  I am not sure of the number in Tampa at

11  Hampton Lakes.

12  Q.  Is your investigation continuing?

13  A.  Yes.

14  Q.  So as of now the count is roughly 40, it could increase?

15  A.  Yes.  We both take the calls that come in for our national

16  center as well we've been somewhat assertive once we learned these

17  communities had it that we solicited to be able to get in and

18  inspect as many as possible.

19  Q.  When you say solicit, you've actually written letters to the

20  owner of Beazer Homes suggesting that you come in --

21  A.  Some which two or three times, like if they don't live there

22  anymore, they have a tenant and we don't get a response to it.

23  We've made effort because we want to see our full exposure.

24  Q.  In the cases where you have determined there's Chinese drywall,

25  are these homes a mixture of both Chinese manufactured and domestic

1   drywall?

2   A.  Yes.  I don't know if it's more than you want, but when we go

3   in and start to do the demo process, we also identify all of the

4   boards and come up with a percent of how much board is Chinese and

5   how much is domestic.  So we do find mixed in all.

6   Q.  And which Chinese manufacturers are involved in the Beazer

7   Homes where you've confirmed the presence of Chinese drywall?

8   A.  The two that I am recalling right now are both Taishan and

9   Knauf, as well as domestic board.

10  Q.  So you have Taishan and Knauf board, not in the same home, but

11  different homes have Knauf and different homes have Taishan?

12  A.  Correct.

13  Q.  With a mixture of domestic?

14  A.  Correct.

15  Q.  Jerry Smith is an employee of Beazer?

16  A.  Yes, he is.

17  Q.  And he is here today, isn't he?

18  A.  Yes, he is.

19  Q.  And he is in a better position than you to actually take us

20  through the actual steps of investigating and confirming the

21  drywall?

22  A.  He is on the ground in the field every day with it.

23  Q.  Now, these Beazer Homes as you've indicated are built under a

24  warranty agreement?

25  A.  Correct.

1    Q.  And it's on the basis of those warranty agreements that Beazer

2    has now undertaken repairs necessitated by Chinese drywall?

3    A.  That's correct.

4    Q.  And in how many homes are these repairs currently underway?

5    A.  I don't know.  I would say somewhere around 15, maybe more.  I

6    really don't know the exact number.

7    Q.  Now, in your capacity as the vice-president of Beazer's Florida

8    division, were you given the authority to determine the scope and

9    cost of the repair in the Florida locations where Chinese drywall

10   was present?

11   A.  That is correct.

12   Q.  Please tell Judge Fallon what your primary objectives were as a

13   Beazer official in determining the scope and cost of these repairs.

14   A.  Yes.  If I can clarify, it was not my decision, it was a CEO at

15   a corporate level making the decision that we were definitely going

16   to be standing behind our warranty.  From there it came to me to

17   define the scope and how much it would be.

18          Our first was to honor our warranty, that was the first

19   protocol.  My second challenge was to see how the least amount we

20   could spend to make our buyers, our customers whole.  So the

21   objective was try to spend as little as possible.

22   Q.  So you under the warranty want to make your owners whole,

23   correct?

24   A.  Correct.

25   Q.  But you also want to do that in the way that's the most cost

1    efficient way possible for Beazer?

2    A.  Correct.

3    Q.  In your decision making on the scope and cost of these repairs,

4    Mr. Phillips, what outside resource, that is outside of Beazer, did

5    you consult?

6    A.  We had a professional environmental company that gave us some

7    education about the corrosive properties, and that's the majority

8    of any outside input.

9    Q.  And you also had complaints from owners that guided you in this

10   process?

11   A.  Yes.  I mean, that's how we began our investigation in trying

12   to identify if we had exposure.

13   Q.  Did you consult with other builders?

14   A.  Yes.

15   Q.  Which builders?

16   A.  I know, with Lennar, Lennar Homes.  If you're asking me

17   personally, the answer is actually no.

18   Q.  Do you know that Beazer consulted with other builders?

19   A.  Correct, yes.  Lennar is the only one that I am sure of.

20   Q.  Lennar is a large builder of homes in Florida and elsewhere?

21   A.  Very large, yes.

22   Q.  Well, even though you did consult with and get input from the

23   environmental company and you've heard owners and you listened to

24   other builders on this, the ultimate decision of how far to go and

25   what to spend in order to make these owners whole was yours?

1   A.  Yes.

2   Q.  Was the same scope of repair protocol used by Beazer for all of

3   its properties that were affected in both Tampa and Fort Myers?

4   A.  Yes, same protocol.

5   Q.  Do you know of any reason, Mr. Phillips, why a different

6   protocol would be applicable depending on the geographic location

7   of a home?

8   A.  Ask that again, I am not sure I understand the question.

9   Q.  Do you have any reason why the scope of repair for a Chinese

10  drywall problem would vary depending on the geographic location of

11  the home?

12  A.  No.  There would be absolutely no difference.  There could be

13  construction assemblies that vary, but the protocol would not vary.

14  Q.  And why is that?

15  A.  From what we've seen and experienced in going to look at it,

16  it's very consistent, this is something -- two things we noted, it

17  doesn't hide and it's extremely easy to verify.  You know, once

18  you've understood the sign, probably anyone in here could get ten

19  minutes of training and be able to identify in their house, if you

20  want to go further than that.  But I am just saying, it does not

21  hide, it shows itself.

22        So whether there's corrosion in one state, one city, just

23  like our examples two different cities, there's absolutely no

24  difference.

25  Q.  So you would use the same Beazer protocol for all of the

1  different states where Beazer properties would be affected by

2  Chinese drywall?

3  A.  We would although we are only in one state with the problem;

4  but, yes, it would be the same protocol.

5  Q.  And you would use the same protocol, for example, if there were

6  a home in Virginia that was affected by Chinese drywall?

7  A.  Absolutely.  As well as the warranty service calls that we've

8  gotten from other states, we go and investigate the same way; it's

9  just they've all been negative, the only positive has been in

10  Florida.

11  Q.  Has your repair protocol remained static and unchanged from the

12  time it was established or has it evolved?

13  A.  There are four or five things that have evolved.  For the most

14  part it's held true, but through the learning process we've altered

15  and actually have or doing more than what we originally hoped.

16  Q.  So when you started out there were some areas where you were

17  hoping to do less?

18  A.  We were hoping to save some materials, yes.

19  Q.  And you found that in some cases it actually costs you more to

20  do less?

21  A.  Yes, in many cases.  As well as very logistically impractical

22  to save material for like a granite top from breaking apart, that

23  type of thing.

24  Q.  Let's look at the work authorization agreement, which is

25  888-0001.  Do you understand this document to be the work

1  authorization agreement that owners signed with Beazer once they

2  agreed to have Beazer conduct Chinese drywall repair in their

3  homes?

4  A.  That's correct.

5  Q.  And in fairness, this agreement does release the owner's claims

6  against Beazer for property damage, true?

7  A.  That is correct.

8  Q.  They preserve their personal injury claims, don't they?

9  A.  That is correct.

10  Q.  And in fairness, this agreement also assigns to Beazer the

11  right to recover its costs from any other parties responsible for

12  the Chinese drywall?

13  A.  That is correct.

14  Q.  Does the fact that you've got that assignment of legal claims

15  influence in any way your decision as the official for Beazer to

16  decide what to do and what to spend on this problem?

17  A.  No.

18  Q.  Why not?

19  A.  We've already come to terms with what we're going to do.  This

20  is just to allow us to move forward and to make sure we've

21  communicated clear with the buyer of what we're going to do.

22  Q.  Now, in this agreement, I think it's at page 4, there is a

23  provision for a monthly stipend.  You actually pay the owner?

24  A.  Correct.  Once they move out.

25  Q.  Once they move out.

1    A.  Yes.

2    Q.  And I haven't asked you this.  What's the average length of

3    time you project to conduct a complete scope of repair for Beazer

4    in these homes?

5    A.  Longer than we hoped.  I would say the average time is right

6    around six months.

7    Q.  Six months.  And under the work authorization agreement, which

8    we're looking at, you pay the owner family $3,200 a month in living

9    expenses for as long as they're out of the house?

10   A.  That's correct.

11   Q.  How does that fact influence your motivation to do the job as

12   efficiently as possible?

13   A.  Jerry hears from me to speed up.  He is the next guy that

14   you're going to talk to.

15   Q.  Time is money.

16   A.  Time is big money.

17   Q.  Let's then go to page 3 of this agreement, Mr. Phillips.  And

18   if we could focus more in on section -- paragraph 7 of this page --

19   I'm sorry, it's page 3.  Paragraph 2 on page 3.

20        This is the -- in the work authorization agreement, page

21   3, Section 2, these are the bullet points that summarize the Beazer

22   scope of Chinese drywall remediation, true?

23   A.  That's correct.

24   Q.  So I would like to use this with you and the court to have you

25   briefly explain each component.  The first thing Beazer proposes to

1    do is remove all -- remove and replace all drywall in the home,

2    including ceilings.

3    A.    That's correct.

4    Q.    You've already told us that these homes invariably have a

5    mixture of Chinese manufactured and domestic drywall.    True?

6    A.    True.

7    Q.    And on the assumption that there's nothing wrong with the

8    domestic boards, explain to the court why trying to be cost

9    efficient, Beazer nonetheless decides to replace all of the drywall

10    in the home?

11    A.    There are a couple of things, especially now that we've gotten

12    more involved and have learned more.    First of which air

13    circulation has become very obvious that air movement passes the

14    gases, just like, I know it's not what you're asking, but like on a

15    refrigerator coil where it's blowing, where there's a blower and

16    there's some copper there, you'll find much more corrosion, which

17    is why I think we're seeing the most common symptom is the coils in

18    the HVAC is because of the air movement.

19           So even if there is a couple of sections that have

20    domestic board, the air is still circulating.    That's one.

21           The other is pretty much the impossibility of finishing

22    drywall, nothing to do with the air movement.    Like if you were

23    trying to save the ceiling but remove the walls, that has a texture

24    on it, how do you put a new board up, put tape, smear mud on it,

25    and refinish it to a new state?    We thought logistically

1    impossible.

2            But the main reason was just the air still circulating

3    once there's bad board in there.

4    Q.  On the air circulating issue then, the air spaces behind

5    drywall are not airtight in a home?

6    A.  No, they're not.

7    Q.  So that where there is the defective Chinese drywall, the air

8    passes over that and circulates throughout the entire home?

9    A.  Correct.

10   Q.  And on the issue of the impracticality of removing only some of

11   the boards, has Beazer actually explored a cost-effective way to do

12   that?

13   A.  Well, I don't want to sound too large, I've been in the

14   business for many years, as well as several other of us that have

15   sat around and talked about it, and it's not overly difficult to

16   think that that's impossible.  It's like a sci-fi thing to think

17   you can try to do that as presented earlier, you can't know where

18   the seams are, nor can you control that the air only passed by that

19   one bad board.

20           So we came to the conclusion pretty early that, actually

21   our word is that it was ludicrous to think that you could do that.

22   Q.  And that's true from a practical cost standpoint?

23   A.  Correct.  We wanted to save everything.  I mean, we wanted to.

24   Q.  You wanted to be as efficient on costs as possible?

25   A.  Correct.

1   Q.  But the most efficient thing to do cost wise is remove all of

2   the drywall?

3   A.  Right.

4   Q.  Second thing you do is remove and replace all affected HVAC

5   systems, and there's been comment in opening statement about what

6   an HVAC system consists of.  Perhaps you can summarize that for the

7   court.

8   A.  The heating and cool -- heating, venting and air condition I

9   think is what it stands for.  That's the, would be two main

10  components would be the air handler that's on the inside, the

11  condenser that's on the outside, they communicate to each other and

12  they're also connected by line sets, copper that brings the

13  refrigerant to and from each of the units.  As well as at the air

14  handlers were a plenum, which is like a junction box, that a bunch

15  of vents peel off of and most of the time through the attic, and

16  that's how distribution of heat or air is done.

17         One thing that I've heard from others that we are

18  slightly different of what our protocol has been is we are saving

19  our condensers.  We're replacing everything on the inside, we're

20  not replacing the condensers on the outside.  One of the reasons

21  that's made that different for us than some of the others I am

22  aware of is we had already at the time I think in 2006, somewhere

23  in that time, had upgraded to the new energy codes.  So some of the

24  others of which owned condensers to now replace them, they no

25  longer meet code where our units and our freon was already upgraded

1   to the new code so we've been able to salvage the condensers.

2   Q.  So the entirety of the system, all of the wiring, all of the

3   connections, the line set as you mentioned, all of that is removed?

4   A.  Yes.  Everything except the condenser.

5   Q.  You also remove and replace all smoke detectors.  Why is that?

6   A.  Because of the wiring.  One of which once you've concluded that

7   all of the drywall comes off, a couple of things, one it has wiring

8   in it; another is it's not an overly expensive item, you know,

9   where do you put these things and save and store and that type of

10  thing.  It just made sense to get rid of them.

11  Q.  In fact, on both the HVAC and smoke detector, just as an

12  example, it would cost you more, wouldn't it, to try to salvage and

13  store components of those things as opposed to a complete removal

14  and replacement?

15  A.  Yes.  Yes, it would.  And the point I think is interesting is

16  it was very obvious that the HVAC was very susceptible to the

17  damage, whereas cabinets would be a very good example where you

18  didn't see any damage.  And then we studied saving the cabinets and

19  the storage of the cabinets costs more than the cabinets did

20  themselves.  So we even elected to get rid of cabinets.

21  Q.  You replaced all of the hot water heaters?

22  A.  Yes.  Same reason.  The copper fittings and wiring.

23  Q.  You remove and replace all of the ductwork.  Explain what that

24  is.

25  A.  Yes.  Of the HVAC system is probably one of the lesser

1    expensive parts.  I would think it's almost impossible to clean.

2    We saw some pictures earlier that were pretty good, but to go into

3    a house that's been demoed, it's incredible of how much dust there

4    is, it permeates into every little crack, crevice, pore you can

5    see, so it just was impractical to try to save it.

6    Q.  So once you commit to the demolition and removal of all of the

7    drywall, including the defective Chinese drywall, there's no

8    practical way to clean and save the ductwork, is there?

9    A.  No.

10   Q.  Because of all of the particles?

11   A.  And it costs more.  It's cheaper to replace it.

12   Q.  Cheaper to replace it.  Same with insulation, which is behind

13   the wall?

14   A.  Yeah, that's impossible.  And if you're trying to clean it,

15   technically speaking, if you distort the insulation, if you

16   compress it, then you're losing the value of what the insulation is

17   there for.  And how you vacuum and clean without tearing it apart,

18   I think is impossible.

19   Q.  The most cost-effective way is to remove and replace?

20   A.  Absolutely.  Then you had to get to what's underneath it to

21   clean.  So even if you could clean the insulation, you still have

22   to take it down and clean it so that you can clean what's behind it

23   because the cost goes everywhere.

24   Q.  The labor on that would be ludicrous?

25   A.  Ludicrous, yes.

1  Q.  What about carpets, is that affected by the defective drywall,

2  is that why you take that out?

3  A.  Good question.  I think it may can be proven, I certainly don't

4  know.  But when you're doing the demo and the amount of fragments

5  and particles that are floating around, there was no way to try to

6  protect the carpet.  And again, carpet is not a largely expensive

7  item and it's faster, talking about time is money, it's faster to

8  get in and get the carpet out and rock and roll than trying to be

9  delicate with everything where you end up spending more money

10  trying to be delicate.

11  Q.  If you had to roll it up with the pad, store it, bring it back,

12  that's actually more expensive than the replacement?

13  A.  Yeah.  And re-rolling and stretching already used carpet.

14  Q.  Now, you remove and replace all electrical wiring, including

15  low-voltage wiring, switches and receptacles in the house?

16  A.  Correct.

17  Q.  Tell the court why that is part of Beazer's protocol.

18  A.  Well, for one thing it's one of the items that's a tell tale

19  sign that you have a problem, it show s up on copper and just about

20  all homes are copper today, aluminum is a bit rare.

21        So -- ask the question again, I'm sorry.

22  Q.  Tell the court why you take all of the wiring out of the house.

23  A.  Because we've seen the corrosion throughout the house.  Once

24  you identify you have it in a house, you can go to just about every

25  room and find the symptoms.

1        The other is we contemplated the concept of cleaning --

2   and I won't go into it unless you want me to -- but you have the

3   one part if you were to cut and snip you're short on wire and

4   you're into junction boxes and that type of thing.

5        Another that we've since learned is we're finding some

6   contamination on the wiring further in the wall.  So not only can

7   you not cut and snip because the wire is too short and you can't

8   get by code, the corrosion is inside the jacket further, which was

9   a surprise.  It was more a confirmation that we're doing the right

10  thing.

11  Q.  At the end of this process when you restore these owners to

12  their home, there has to be a certification that the house is safe

13  and clean, true?

14  A.  Correct.

15  Q.  Would there be any way that you know of to get any electrical

16  official, code official, to sign off on a home where you have

17  preserved certain wires, snipped, attempted to clean, et cetera?

18  A.  I can't image you can find someone.  Actually the jurisdiction

19  we deal with in Magnolia Lakes, Fort Myers, Lee County, have told

20  us if anyone tried to do that, you would have to have an engineer

21  sign off.  And I can't imagine you can find someone willing to do

22  that.  And sober.

23  Q.  And even so, the cost of simply stripping out all of the wiring

24  and putting in new wiring is actually less than going through

25  clipping and cleaning and certification by an engineer, true?

1   A.  Yes.  We actually were studying just to understand it, I think

2   it was around 15, 20 percent of the cost is just the wiring.  So

3   it's a small part of the entire system.  It's much more labor

4   intensive, and to do cut, snip, add additional junction boxes,

5   which you're not going to get past code, but if you could, I would

6   say it would be double the labor of just pulling new wire.

7   Q.  The next item is to remove and replace all affected plumbing

8   components.  What do you mean by affected plumbing components?

9   A.  Well, when we wrote this protocol we were just getting started,

10  and we wanted to say that if we found the plumbing fixtures to be

11  at fault that we would replace them as well.  And it's pretty much

12  100 percent across the board that they're all defective.  So I

13  don't know, maybe that was trying to leave ourselves a way out, but

14  the truth is they're all bad and we're replacing them 100 percent.

15  Q.  You remove and replace all affected original appliances?

16  A.  And as well, yes, we're doing every appliance that's in the

17  home.

18  Q.  Now, when you say every appliance, are you referring to the

19  appliances that were put in the new home by Beazer at the time of

20  construction?

21  A.  That was the original thought, but as well for appliances, if

22  someone did it after market were either replacing the most

23  comparable model that we can or compensating them for the model

24  that they purchased and let them buy another:  Washer, dryer,

25  range, microwave, dishwasher, refrigerator.

1   Q.  Hot water heater?

2   A.  Hot water heater, yes.  As of now we've seen no signs as far as

3   electronics, you know, and that type of thing, TVs --

4   Q.  So televisions, computers are not included in this?

5   A.  We've seen no evidence to date.

6   Q.  So by appliances here you mean hot water heaters,

7   refrigerators, stoves, ovens?

8   A.  Microwave, washer and dryer.

9   Q.  You finish and repaint all of the new drywall?

10  A.  Correct.

11  Q.  Then this next item you say you will repair and replace as

12  necessary all materials affected by the repair process, which may

13  include, and then you list:  Tile, cabinets, countertops, et

14  cetera.  Explain what this component of the process refers to.  And

15  what you actually do in this category.

16  A.  Right.  A lot of it is on the practical logistic side of once

17  you're tearing drywall out is we made efforts of what we could

18  save, studied what we could save.  And our first one we even, we

19  had made the decision that we were going to try to save wall tile

20  in the bathrooms as well as shower enclosures.

21          And the very first one there was damage and you damage

22  tile for the most part that's a couple of years old, there's no

23  longer a matching -- you can't go buy a tile that's going to match.

24  There's different dye lots.  So that was one that we were hopeful

25  that we could save that we finally determined that it was cheaper

1    and much faster just to go ahead and replace it.

2          That was after, if you can picture if you had wall tile,

3    you first have to take the drywall off on the other side to look at

4    the back of it to make sure that it's not any contaminated or

5    Chinese drywall, as well as impractical to finish that at the top

6    of the tile line on the shower there's drywall.  So if you pulled

7    the drywall off to it, if you were lucky, that behind the tile was

8    no Chinese drywall, above it was and you removed it, it would be

9    impossible to finish drywall to tile because you have nothing to

10   mud or tape to.

11   Q.  So you had hoped to save tile, but as a practical matter it

12   will cost you more to try to do that than to simply replace?

13   A.  Correct.  Same thing with cabinets.  I think I said earlier we

14   were going to store them and found out that storage costs more.

15   And the storage we were looking at was going to be in a secure pod

16   in the driveway.  So we also became concerned about it being in the

17   humidity in Florida, that even if it wasn't more expensive that the

18   joints may start to open up and then now we're giving them a

19   cabinet that's not what they bought.  Not even what was what we

20   pulled out, that it developed other problems.

21         Countertops is another one, the majority just about all

22   in both communities, even the townhomes, actually in the town homes

23   granite was standard at the time.

24   Q.  You wanted to save those, didn't you?

25   A.  We definitely wanted to save those, it's a big ticket item.

1   Q.  Tell the court why you couldn't do that.

2   A.  Well, granite tops come out to the field and the holes are cut

3   on the job.  So one of the things, you have the counter top and

4   then you have a splash, a splash guard.  And in the splash guard a

5   lot of them are only like about four inches tall that just wrap

6   around the wall.  Within there there's receptacles and switches,

7   like the switch for the garbage disposal or a plug to plug

8   countertop appliances in.

9            So now you've cut a hole in something that's four

10  inches, you cut a two inch hole in it, so we tried one and actually

11  were able to get it out complete, bubble wrapped it, put cardboard

12  around it, shipped it to a warehouse to store; and when we looked

13  at it, it was in hundreds of pieces.  It didn't survive transport

14  and it was well padded.  So we changed our minds there, too and

15  said, well, we can't save those either.

16  Q.  And cost wise then, it ends up being cheaper or less expensive

17  to replace counter tops than to try to save the old, store, bubble

18  wrap, bring back without breakage, et cetera?

19  A.  Yeah, we tried and couldn't do it.

20  Q.  How about sinks, toilets, bathtubs, shower enclosures, those

21  things that are in the bathroom area?

22  A.  We're replacing them all, most of which is the storage issue,

23  those are not very expensive items, for the most part.  They're not

24  very expensive items.

25            Two exceptions I see in that list.  Bathtubs we are

1    saving, they stay in place and they're covered and that's working

2    well.  Bathtubs are early on in construction anyway that either

3    survive or there's repair protocol to fix if you were to scratch a

4    tub.  So that's kind of normal construction, whereas a sink and a

5    toilet come in at the final, at the very final stage.  So storage

6    and all did not make sense.  So we're saving tubs --

7    Q.  You can save tubs because the drywall demolition doesn't affect

8    the tub itself?

9    A.  And it doesn't go behind it.

10   Q.  Doesn't go behind the tub?

11   A.  Yes.  More so because it doesn't go behind it.

12   Q.  But not so with respect to other things in the bathroom where

13   the drywall actually goes behind them?

14   A.  Every trim piece -- drywall goes in before any finish trim

15   comes in.  So for the most part, drywall is behind everything

16   except a tub.  A tub comes into construction during frame stage

17   before drywall, so there's nothing behind it.

18           The only other thing we're saving that I thought, I saw

19   up there was tile in general.  We found we were not able to save

20   wall tile but we are saving floor tile and having very good

21   success.  The rubber matting that has interlocking pieces, so we go

22   in and put the rubber matting throughout over the tile floor.  And

23   again we're having success in saving the tile.

24   Q.  I think we will actually see a picture of it later in the video

25   but this is rubber?

1    A.  Yes, that's it.

2    Q.  So you can protect tile flooring?

3    A.  Yes.  On the contaire, in Fort -- excuse me, in Tampa, Hampton

4    Lakes, Tampa, they're predominantly wood floors and we are not

5    saving those.

6    Q.  Why can't you save the wood floor?

7    A.  One, tile is somewhat difficult to scratch; wood, is somewhat

8    easy to scratch.  So how do you protect it?  Any little particle,

9    sand, or whatever gets under this rubber mat, you're going to have

10   some scratching.  That was the reason.

11        The main reason is just like putting the cabinets out in

12   a pod in the driveway to leave, because once you're gutting this

13   the HVAC out, now the inside of the house is whatever is going on

14   on the outside of the house.  And flooring done correctly even

15   should come to a house and acclimate two, three, four days before

16   installed.  So to leave wood floor exposed to the Florida humidity

17   for six months, is a problem.  Not to mention we didn't think we

18   could protect it well enough.  And that was a hard decision, we

19   really wanted to save the flooring.

20   Q.  Now, mirrors, lighting fixtures, ceiling fans?

21   A.  Those were a given because the symptoms were in those.  Mirror

22   has a nickel silvering, I think is what it is, that gives it to the

23   reflective properties, that's one of the symptoms around mirror

24   edges you will see it turning black or delaminated.

25   Q.  One of the symptoms of defective Chinese drywall?

1    A.  Correct, only in the Chinese drywall.  Wiring that's all a

2    wiring issue.  The trim and molding because of it being

3    impractical, even or on casing around doors, all of those, the wood

4    trim, molding, and casing, drywall is behind it.  So you get to a

5    point that it's, you can't do it but if you were -- more better

6    said, it's much cheaper just to throw it away and bring in new.

7    Q.  You use HEPA vacuuming to remove all of the construction dust,

8    and I believe Jerry Smith will be giving us more detail about the

9    clean-up phase --

10   A.  Right.

11   Q.  -- but tell the court just generally what HEPA vacuuming refers

12   to.

13   A.  Well, I think -- and hopefully Jerry knows more than I -- it

14   has an additional filtering system that brings the level of

15   cleanliness to very small particles, it's taking out a lot.  You

16   asked earlier did your protocol stay stagnant I think is the way

17   you said it.

18   Q.  Static.  I would never refer to it as stagnant.

19   A.  Static, okay.  This is one area that did change.  We still do

20   this, we still do the two week waiting period, but what we've added

21   is pressure washing, both simultaneously extracting water and I

22   think Jerry can speak better to it, but we're pressure washing, I'm

23   talking up in the attic, all the way, every floor, every crack.

24   Because what we found as we were demoing these houses, actually way

25   past demo getting them all cleaned and even clean you still had

 1   some dust like on the top of the bottom cord of the truss, that it

 2   had floated up there and is staying there; and you still had a hint

 3   of the smell and the board was 100 percent out, it had been

 4   vacuumed, and many cases wiped down and the smell still resided and

 5   you could still see dust.

 6          The pressure washing, there are two or three that I've

 7   personally been in now, and I am very sensitive, my nose works

 8   well, I can pick up the smell now, I've got it registered in the

 9   brain, with the pressure washing there's absolutely no hint, it's

10   gone.  As well as the dust.

11   Q.  So Beazer has concluded that in defective Chinese drywall homes

12   that it has built most cost efficient way to make the owners whole

13   is to strip the house back to studies?

14   A.  Yes.

15   Q.  And what's left is, are the metal or wooden studs of the house,

16   the exterior walls, the roof, the foundation?

17   A.  And windows.

18   Q.  And windows and tile floors?

19   A.  Correct.  And landscape.

20   Q.  And landscape.  You actually have in your protocol a provision

21   to damage -- to repair damaged bushes, plants, et cetera, during

22   that occur in demolition?

23   A.  It's one difference between the two cities, it's a very small

24   amount in Magnolia, the single family homes in Fort Myers we have

25   zero.  Because single family homes it's easy to get in and out with

1    all of the trash and debris to the dumpster, so we are not having

2    to traipse through the yard.

3         On the townhomes, the units are much closer and you have

4    only ten feet or so from the door to the dumpster and it's a skinny

5    path.  So, you know, we're -- I think we've got like 200 bucks in

6    there for a unit, so it's a small amount.

7    Q.  The final element is cleaning and restoring a home to its

8    pre-repair condition.  It's not specified here, but do you pay for

9    a technical environmental expert sign-off certification, if you

10   will, of the home, once it's back to studs?

11   A.  Yes.  And two points there, the cleaning and restoring now

12   having gone through the entire process, is cleaner than a new home.

13   And it's because of the pressure washing, so I mean the house is

14   spic and span so it's cleaner than a new home.

15        The other -- I had another point, clean and restoring,

16   you're asking do we pay someone.  They actually come in six times,

17   so not only are they signing off at end, they're watching the

18   process, they're verifying that we're removing all of the board,

19   they're actually instrumental in determining the percent of Chinese

20   board versus domestic board by -- they're there the whole time

21   going and pulling a board off of every room and identifying what

22   the board is.

23        So they're there through the whole produce and then the

24   final one would be for final sign off, that, yes, Beazer 100

25   percent removed the board and put domestic board back in.

1   Q.  What is it costing Beazer to have that environmental

2   certification, if you will, on a per home basis, do you know?

3   A.  I think the number, it's like 10, 12 grand, somewhere in there.

4   That's also, I think part of that's what we call bag and tagging,

5   so just collecting stuff and holding on to it.

6   Q.  You were present earlier this month on February 1st and 2nd

7   when counsel for the plaintiff intervenors came to these Beazer

8   properties in Fort Myers and Tampa?

9   A.  Is that you guys?

10  Q.  Yes.

11  A.  Yes.

12  Q.  And you were present when we had videotape filming and

13  photograph taking of the process?

14  A.  Yes, I was.

15  Q.  You have reviewed the segments of that video and those

16  photographs with me before testifying?

17  A.  That's correct.

18  Q.  Can you verify for the court that the segments in the film

19  we're about to see accurately depict the Beazer activity and repair

20  protocol activity that we saw on that visit?

21  A.  Yes.

22          MR. MEUNIER:  Your Honor, I have a video segment which I

23  would like to run as I continue to question Mr. Phillips.  It's

24  approximately seven minutes in duration.  It begins with the

25  drywall demolition activity of the walls.

1      (WHEREUPON, THE VIDEO WAS STARTED.)

2   BY MR. MEUNIER:

3   Q.  Can you identify this as a second floor of one of the two story

4   Beazer Homes we visited or --

5   A.  I think that looks like a first floor.

6   Q.  Why is -- it's a little dark here, but why is a hammer being

7   used by these men to begin the process of tearing the wall away,

8   the drywall?

9   A.  It's the fastest way to get it down.

10  Q.  It gives you a grip?

11  A.  A little hand hole, as well as it's just the quickest way.

12  It's coming down so there's no need to take a utility knife or

13  sawzall, it's just faster.  It does create hand holes but it's

14  mostly for speed.

15  Q.  For speed.  And how is the drywall actually attached to the

16  boards behind the wall?

17  A.  Around the perimeter of the board is nailed on, so when they

18  hold the board up, they nail it and hold it on.  Then they come

19  back with a screw gun and do the field, so all of the center of the

20  board is done with screws.

21  Q.  So that's why you have to pull it away to remove it as these

22  men are doing?

23  A.  Correct.  It'll break in parts.  They'll get lucky and get a

24  whole sheet here and there, but most of them break apart.  As well

25  as they're identifying, once this comes down, they're identifying

1   where the board is, who the manufacturer is.

2   Q.  We see here one of the workers pulling on what appears to be a

3   larger piece of the board.  Is it customary though for it to break

4   and crumble?

5   A.  You see what they did right there, the centerpiece, I think

6   someone was just explaining earlier, that's a 9'4" ceiling height

7   and then you have two four foot pieces, eight foot, you have to put

8   four left, that was that centerpiece that he just took off.

9   Q.  You don't know where the seams are obviously before you begin

10  this process?

11  A.  No.  Not after its textured.

12  Q.  And it's done right --

13  A.  Actually painted too.

14  Q.  If it's done right, textured and painted the correct way, you

15  would not see the seams?

16  A.  And all of ours are done right.

17  Q.  In this case, you can see a seam appear after the demolition,

18  and then you will pull it away and in most cases that creates

19  breakage and debris and dust as a necessary part of this

20  demolition.

21  A.  It's incredible.

22  Q.  The Taishan board, as well as the Knauf board, comes in 4x12

23  pieces?

24  A.  That's correct.

25  Q.  It's installed, however, in different shapes and sizes

1   throughout the house as we'll see?

2   A.  Correct.  Which is industry standard anywhere.  That would be

3   an industry standard.  Unless everybody designed their houses to be

4   precise 12 foot lengths.

5   Q.  Right.  Here is a worker hammering away to get a board in a

6   smaller area around a window.  The only way to get it out is to do

7   what he is doing it here, the fastest way to get it out?

8   A.  Correct.  I think the house is only about a half a day to

9   strip.

10   Q.  The entire house?

11   A.  Yeah.

12   Q.  And then you have this debris, in this case from the upstairs

13   of the house, you have to obviously remove it, shovel it away and

14   carry it away, true?

15   A.  Yes.  And actually carry it away to a special landfill that's

16   not required but recommended for contaminated material.  So that's

17   additional cost as well.

18   Q.  We can proceed.  This next scene is a removal of drywall from

19   the ceiling area, true?

20   A.  Yes.

21   Q.  And you can see in this room that the wall, the drywall on the

22   wall has already been taken away exposing insulation and stud?

23   A.  Correct.

24   Q.  Likewise, when you take it off the ceiling it's going to break

25   and crumble as it's torn?

1   A.   Right.

2   Q.   And what is above the drywall in the ceiling typically?

3   A.   All of the mechanicals, so you have lights, you could have

4   plumbing, HVAC, any low voltage, so any of the mechanicals are

5   through there.   That looks like a floor system there.

6   Q.   Why is this worker who is pulling it down from the ceiling

7   wearing a mask?

8   A.   The dust is just is heavy.

9   Q.   How would you describe the dust, is it fine powdery or coarse?

10   A.   It's fine.   It's very lofty and stays airborne for awhile.   You

11   can blow -- it's like powder, I would call it powder.

12   Q.   Now again a little dark, but is this worker using his hammer to

13   remove nails?

14   A.   Screws and nails because you have to get it back down to the

15   stud before -- and it's part of his scope is to get it all removed

16   down to the stud so when we're ready to put drywall back up that's

17   all clean.

18   Q.   And these are the nails that were previously holding the

19   drywall against the studs?

20   A.   That's correct.

21        MR. MEUNIER:  Can we pause for a second, Scott.

22     (WHEREUPON, THE VIDEO WAS PAUSED.)

23   BY MR. MEUNIER:

24   Q.   In a room this size, a little hard to see the darkness of this,

25   the monitor may be better, your Honor, but in a room this size

1   where we've just seen the demolition from the ceiling and the walls

2   having been taken down, can you give us a rough idea of how long it

3   would take an average size Beazer crew to take out all of the

4   drywall in that room?

5   A.  That room?

6   Q.  Yes.

7   A.  An hour.

8   Q.  Do you have any idea how long it would take a crew to remove --

9   to locate and remove only certain sections of drywall from a room

10  that size?

11  A.  I don't know how you determine -- assuming that you can

12  determine which section needs to come out?

13  Q.  Yes.

14  A.  Four times that.

15  Q.  More costly?

16  A.  Well, I'm speaking time, but, yeah, time would be money.  About

17  four hours, yeah.

18      (WHEREUPON, THE VIDEO WAS RESUMED.)

19  BY MR. MEUNIER:

20  Q.  Again, we see here the removal of the debris from the floor and

21  dust settles, doesn't it, on all of the surfaces in a home that's

22  being demolished?

23  A.  Correct.  Even in this particular case if you were upstairs,

24  even in the attic it just floats.

25  Q.  And you've indicated, there wasn't any effective way to protect

1    and save wood floors, carpet, pads, that sort of thing?

2    A.  And that makes it easier to understand why.

3    Q.  Here is someone in an area around a window using a hammer and

4    chisel to remove drywall.

5    A.  Because it's smaller pieces and solid wood behind it, so you

6    can't just take a hammer and knock a hole in it for a hand hole and

7    pull it down.  So he is having to get to all of the screws or nails

8    that's holding it up on the raft.

9    Q.  What does that do to the trim that frames a window or door, is

10   it possible to preserve and save that?

11   A.  Well, your question is probably more applicable to a door,

12   there is no trim here.  So I am not sure how to answer the

13   question.

14   Q.  It's destructive of whatever is around?

15   A.  Oh, yeah.  Yeah, like if you were at a door and it had casing

16   and trim around it, if you were trying to do that, it would

17   demolish it.

18   Q.  We are seeing hear the dumpster that was set up to receive all

19   of the demolished pieces of drywall?

20   A.  Yes.

21   Q.  You indicated that there's a special dump site that you have to

22   take this material to?

23   A.  Yeah.  And because it's certified, they can validate that

24   you're bringing the board there.  I don't know the percent, it's a

25   bit more costly than the regular landfill.

1      (WHEREUPON, THE VIDEO WAS CONCLUDED.)

2  Q.  Let me now show you some photos, Mr. Phillips, that will

3  continue to tell the story of Beazer's remediation.

4       This gentleman with the pink colored mask and the

5  clipboard, is he a Beazer employee?

6  A.  No.  He is with our environmental company.  He is the

7  technician that's documenting what the board is as the team is

8  going around and pulling the board off for him.

9  Q.  And so he actually comes in during the demolition to record --

10  A.  Correct, every room, every wall.

11  Q.  Every wall, what kind of drywall is found where?

12  A.  Correct.  And he documents it.

13  Q.  Next picture shows a stairway, and I just want to illustrate

14  for the court, this is wood molding or trim that --

15  A.  Strip board.

16  Q.  And as you indicated earlier, the drywall sits behind that?

17  A.  Correct, the drywall was in first.

18  Q.  Therefore when you have to remove the drywall there is no way

19  cost efficiently to save this?

20  A.  Yes, your question earlier when we were looking at the window,

21  there would be a good example that you would absolutely destroy

22  that trim piece.

23  Q.  The picture here shows a cornering where two seams of abutting

24  boards would meet?

25  A.  That's correct.

1    Q.  And again, if you sought to remove this piece and not the

2    other, what would be the practical effect of trying to restore the

3    owner to what the owner had before?

4    A.  Good question.  That is really the same answer I was talking

5    about earlier.  If we tried to save the ceiling and not the wall,

6    same thing.  That if the piece on the right had to go and the piece

7    on the left you were going to save, if you could do that, that

8    where your light just was, the left side has texture on it.  So

9    when you bring in the new board, now you have to put tape, paper or

10   fiber tape over the joint, then you put mud on both sides to

11   feather it and cover it up.

12          So now it becomes very difficult, not that it can't be

13   done, but you're getting past a mechanic to an artist.  And if

14   you're doing that several times throughout the house, then

15   obviously it's probably -- or obviously it's a fraction of the cost

16   of trying to be artistic.

17   Q.  Closer view here.

18   A.  Same thing, you can see the texture a little bit, so you would

19   mess that up once you start bringing new mud in.

20   Q.  Now, I know you're removing the insulation and we've talked a

21   bit about the impracticality of cleaning it.  Does this picture

22   show how insulation has been affected by drywall dust once the

23   demolition of the drywall has occurred?

24   A.  Absolutely.  And what I was talking about earlier about

25   compression, first you have to take it down so now it's probably

1    just going to be cheaper to replace it.  But if you would vacuum

2    it, you can see -- well, even there you can see one part is pushed

3    in so you're losing -- if there's any compression then you're not

4    getting what you paid for.

5    Q.  Is there any practical cost efficient way to clean the fibers

6    of insulation from this drywall dust?

7    A.  No.

8    Q.  In fact --

9    A.  There's how fine it is there.

10   Q.  This picture shows how fine and embedded the drywall dust is in

11   the insulation once you demolish the drywall?

12   A.  Right.  If there really was a cost effective -- not

13   cost-effective, if there was a way to do it, you have to have a

14   little bitty vacuum cleaner and do it a particle at a time to

15   prevent destroying the insulation.  If you do a regular shop vac,

16   you're going to pull half the insulation in addition to the dust.

17   Q.  Even if you can make the owner whole, it's not cost-effective

18   to consider that?

19   A.  No.

20   Q.  Next we see ductwork that's been removed from the ceiling area

21   in this and it's on the floor.  And again, your testimony earlier

22   is that there is no cost-effective way to clean the interior spaces

23   of that ductwork?

24   A.  Less expensive to replace.  Just the cost of the material is

25   less expensive.  Even more so the time you're saving.  To spend

1    time trying to clean that rather than quickly throwing it in the

2    dumpster and bring in new is substantially cheaper.

3    Q.  Let's go to some pictures about wiring.  And this is a junction

4    box that is actually up against a concrete portion of the wall

5    between studs?

6    A.  Yes.

7    Q.  We talked before about the fact that behind the drywall and

8    behind the insulation, no home is airtight, true?

9    A.  Correct.

10   Q.  There's been reference to a wine cellular in this case that

11   might be an exception; but in most cases, in a home the air is

12   circulating freely behind the insulation?

13   A.  That's correct.

14   Q.  Here, I think the next picture shows it even more clearly, does

15   this appear to be a hole that's been drilled in concrete to allow

16   wiring to come through?

17   A.  Yes, it's part of the doorbell would be my guess.

18   Q.  A doorbell?

19   A.  I'm guessing, yes.

20   Q.  Even in places where there's concrete between studs, you don't

21   have airtightness, you have air flow?

22   A.  Correct.

23   Q.  Let's go to the next picture.  What is this?

24   A.  That's a receptacle or outlet box.

25   Q.  And what type of wiring?

1    A.  That's probably a 14 gauge Romex.

2    Q.  Romex refers to the type of insulation material?

3    A.  Yes.  It has two wires, probably a black and white wire and a

4    ground wire; the black and white would probably be with a plastic

5    jacket, the ground wire with paper, and then additional Romex coat

6    that goes over all three.

7    Q.  And it's inside these types of receptacles where the visible

8    corrosion of copper wiring has been found as a symptom of the

9    defective drywall, true?

10   A.  Correct.

11   Q.  Let's go to the next picture.  This is how Romex wiring is

12   typically attached to the stud of a home?

13   A.  By code.  You have to.

14   Q.  By code?

15   A.  Yeah.

16   Q.  So there's no slack typically, not a lot of slack in the wiring

17   that goes to these different connecting points, true?

18   A.  If there were, the subcontractor wasted a lot of money; so, no,

19   there's no slack.

20         THE COURT:  Let's not lead him, counsel.

21         MR. MEUNIER:  Yes, Judge.  Let's go to the next.

22   BY MR. MEUNIER:

23   Q.  What is being demonstrated in this picture, Mr. Phillips?

24   A.  Showing that once you cut the wires, if you knew that the

25   corrosion was contained at the end and you snip them off, once you

1    go inside the box, once you put the wire inside the box you have to

2    have at least six inches of wire inside the box.  So this I think

3    is showing that once you snip it, you're no longer going to have

4    that six inches after you get into the box.

5    Q.  Why do you have to have six inches of slack inside the box?

6    A.  That's for the code, that's to be able to make up the junction

7    and to be able to put either an outlet or switch, I think that's a

8    switch box there, you have to have room to be able to pull it out

9    and work with screws.  So it's a practical code.

10   Q.  Is that a code that applies to all states that you're familiar

11   with?

12   A.  I don't know the answer.  I would imagine.

13   Q.  This is the back, the rear view of that box?

14   A.  Correct.

15   Q.  So you would have to have six inches of slack inside of that

16   box?

17   A.  Correct.

18   Q.  Next picture, please.  Who is this guy?

19   A.  That's me.

20   Q.  What are you demonstrating here?

21   A.  I was trying to explain to you guys that once you snip the wire

22   that you no longer have the six inches that are coming in the box.

23   So if there were a remedy for that, it would be to add a junction

24   box.  So I have my hand there saying, okay.  If you put a junction

25   box here to be able to put additional wire so that now you have the

 1   six inches that you would end up with those junction boxes all over

 2   the house.  And in code prohibits or at least a lot of

 3   jurisdictions will resist putting junction boxes.

 4           And junction boxes have to be exposed, you can't bury

 5   them.  So you would have a house with plates all over the place,

 6   just a blank plate.

 7   Q.  That would be the outcome if you attempted to preserve wire

 8   except for snipping the ends?

 9   A.  Correct.

10   Q.  Next please.  This indicates that normal condition in terms of

11   slack of wiring behind the drywall?

12   A.  Yes.  And another good example where you see the switch, up

13   higher, that's the switch there and then go back to the one you

14   just did is the outlet.  So you can see the wire coming down to it,

15   and then another one going from there to another outlet.  Once you

16   snip them, now you're six inches short on all of them, so you would

17   have to put the box in at a different height now and add junction

18   boxes.  So it's kind of a good example to say that it's pretty much

19   impossible to do.

20   Q.  Aside from the aesthetics of what it would look like to the

21   owner, what is the cost impact of that effort versus stripping all

22   of the wiring out?

23   A.  Much more expensive.

24   Q.  Go to the next picture.  What is this?

25   A.  That is off -- that's the control panel, I guess the

1   motherboard kind of thing on an air handler.

2   Q.  And this would be another --

3   A.  It's another picture of it.

4   Q.  So what are the electrical connections for things like this in

5   a home, are they made of copper, silver?

6   A.  Yes, yes.

7   Q.  Copper?

8   A.  Copper.

9   Q.  Have you found corrosion on this wire?

10  A.  Yes, yes.

11  Q.  Next please.  What is this?

12  A.  That is like a structured wiring box for bringing cable TVs and

13  CAT 5s into one place.

14  Q.  All of this is removed under the Beazer protocol?

15  A.  Correct.

16  Q.  Why is that?

17  A.  One is it has corrosion, another is it's cheaper to do the

18  demo, get out and start coming back in.

19  Q.  Next please.  What are we seeing in this picture?

20  A.  Corrosion.  I think that's a blow up of the same mother or

21  control panel.  You see that on the right -- well, it's better on

22  my monitor than your screen, but further to the right that red

23  wire, right there, you can see it's very black coming in there.

24  And then if you go up to the one above it, it's very black and so

25  on.  So there's corrosion throughout on this board.

```
 1   Q.  And what would be served or serviced by this type of board in a

 2   home?

 3   A.  This is for the air handler, for the HVAC system.

 4   Q.  Next please.  And what do we see?

 5   A.  Same thing, just my monitor is better than your screen, the one

 6   you're pointing to is a very good example; as well as the one that

 7   looks like a U shape, it's pretty evident how much corrosion there

 8   is.

 9   Q.  Those are copper wires?

10   A.  Correct.

11   Q.  Next picture.  I think we're done.

12           And we'll discuss clean up with your colleague.  But in

13   sum, Mr. Phillips, are you satisfied that the Beazer protocol

14   restores these owners under warranty to the condition they were in

15   prior to the discovery of the defective drywall?

16   A.  Yes.

17   Q.  Are you satisfied that you accomplish this in the most cost

18   efficient way possible?

19   A.  Yes.

20   Q.  Now, you have developed a budget, a cost budget for these

21   repairs?

22   A.  Correct.

23   Q.  I would like to show you a document, it's the trade sheet.  We

24   can get a closer view.  Do you recognize this document?

25   A.  Yes.
```

1    Q.  Tell the court what it is and how you use it.

2    A.  It's a list of all of the trades that are required to execute

3    the repair, so it's the various trades.  As well both for

4    scheduling purposes, as well as establishing budget and cost.

5    Q.  And this trade sheet is used by you to decide what will be

6    spent in the remediation?

7    A.  Correct.

8    Q.  And you will use it to arrive at a cost per square foot for

9    Beazer?

10   A.  I have done that.

11   Q.  Is that the standard way Beazer approaches projects and budgets

12   for projects?

13   A.  Yes.

14   Q.  Does the cost to Beazer per square foot to implement this scope

15   of defective drywall repair equate to what an owner would have to

16   spend per square foot in hiring a builder to carry out the same

17   activity?

18   A.  No.

19   Q.  Explain why not.

20   A.  Well, we're a fairly large builder and at least like to think

21   that we have more buying power than a small company, let alone a

22   homeowner.  So we're going to be able to negotiate contracts at a

23   better price than the average homeowner or small contractor.

24   Q.  What types of economies can a builder take advantage of that an

25   owner seeking to do this work would not have available?

1   A.  Are you asking like how much more would -- yeah.  If you want

2   to stay on the conservative side, a good 10 percent more or builder

3   getting at least 10 percent better than what a homeowner would be.

4   Could be 20, 25 percent I don't know in various trades, but I would

5   say 10 percent would be conservative.

6   Q.  Let me get into some specific numbers with you.  First of all,

7   your cost per square foot for these Beazer Homes that are being

8   remediated varies from home to home; is that true?

9   A.  It does because of, one, different size home; another,

10  different options that were picked.

11          Actually, if I could make one other point.  When you

12  asked your question and I said that ten percent more, I am using

13  that as the difference of us being able to buy on a national level.

14          Additionally, we're doing this as warranty, so the

15  numbers that I've studied have no markups because it's warranty, we

16  are not trying to make a profit, or we can't make a profit.  So

17  that would make the spread even larger.

18  Q.  I am going to get into more specifics in just a minute before

19  we finish.  But your cost per square foot budget for these repairs

20  does vary from home to home?

21  A.  That is correct.

22  Q.  Tell the court what the range of cost per square foot has been

23  to date for Beazer in the remediation of defective Chinese drywall?

24  A.  I believe the number is somewhere in the 46, $47 range to the

25  52, $53 range.

1    Q.  If we took 50 as the square foot number just for calculation

2    purposes --

3    A.  That's fair.

4    Q.  -- can you for the court in effect translate that number, based

5    on what you know, based on your experience, into what an owner on

6    the open market would have to pay a builder to accomplish the same

7    work?

8    A.  Staying on the conservative side?

9    Q.  Yes, sir.

10   A.  So if you're at 50, I would add 10 percent because of not

11   having buying power.

12   Q.  So you're now at 55 and let's stop there.  When you say not

13   buying power, let's make sure the court understands what you mean

14   by that 10 percent difference.

15   A.  That means we're a large company working with the

16   subcontractors every day that we're going to get a better price

17   than what a small contractor or homeowner is going to be able to

18   do.

19   Q.  So we're now at 55, so what is the next change?

20   A.  Well, one of the differences I mentioned earlier because we had

21   already upgraded to energy code and refrigerants is we're saving

22   the condenser; a two-story unit gets two systems and that's around

23   $3,000; whereas, probably most areas that already are not upgraded

24   to the energy are going to be spending that money that we're not.

25   So figure 3,000 on a couple thousand square foot home, you're

1  another buck, buck 50, maybe two bucks a square foot.

2  Q.  So that's $2 a square foot additional for the owner because of

3  the fact that you're not including the outside compressor in your

4  number?

5  A.  Correct.

6  Q.  So now we're at 57 a square foot.  What's the next change?

7  A.  The next would be your overhead.  And again, on the

8  conservative side for somewhat of an industry standard it's

9  probably a 10 percent number.

10  Q.  Now, are you saying that Beazer obviously in its budget is not

11  paying for corporate home office overhead?

12  A.  That's not in the $50 a square foot number.

13  Q.  But the owner on the open market would do so?

14  A.  It would have no choice, yeah.

15  Q.  So from 57 we now go up another 10 percent for home office

16  overhead?

17  A.  Correct.

18  Q.  What is that?

19  A.  570 on 55, 62.70, somebody needs to check me on that.

20  Q.  62.75.

21  A.  Give or take a nickel.

22  Q.  Is there any further addition that an owner has to experience?

23  A.  They would be paying a GC profit as well, and a conservative

24  industry standard would be 15 percent.

25  Q.  Now, when you say GC profit, let's make sure we know what that

1   refers to.  Is that general contractor?

2   A.  Yes.

3   Q.  Beazer doesn't have to pay for that?

4   A.  No.

5   Q.  Because you are your own general contractor?

6   A.  Correct.

7   Q.  These owners will have to pay that?

8   A.  Yes.

9   Q.  So from 62.75 adding 15 percent, what do we end up with?

10  A.  56, 9, 70, 173, somewhere in there.  Somebody got a calculator?

11  Q.  I see Serpe raising his hand, he has the answer.  Does $72.15

12  sound about right?

13  A.  Yes.

14  Q.  The point of this is that when you tell the court Beazer on

15  average may spend 50 a square foot, we know that's not what an

16  owner would spend, true?

17  A.  That's correct.

18  Q.  And that that same number for an owner would be a little over

19  $72 a square foot?

20  A.  Yes.

21          MR. MEUNIER:  May I have a minute, your Honor?  No

22  further questions.  Thank you.

23          THE COURT:  We will take a break at this time and return

24  at 1:30.  The court will stand in recess until 1:30.

25          THE DEPUTY CLERK:  Everyone rise.

1       (WHEREUPON, A LUNCH RECESS WAS TAKEN.)

2

3                        * * * * * *

4

5                    REPORTER'S CERTIFICATE

6

7    I, Karen A. Ibos, CCR, Official Court Reporter, United States

8  District Court, Eastern District of Louisiana, do hereby certify

9  that the foregoing is a true and correct transcript, to the best of

10 my ability and understanding, from the record of the proceedings in

11 the above-entitled and numbered matter.

12

13

14  _____

15        Karen A. Ibos, CCR, RPR, CRR

16        Official Court Reporter

17

18

19

20

21

22

23

24

25