1                UNITED STATES DISTRICT COURT

2               EASTERN DISTRICT OF LOUISIANA

3

4

IN RE:  CHINESE MANUFACTURED DRYWALL    *

5       PRODUCTS LIABILITY LITIGATION   *

                                  *

6                            *

**THIS DOCUMENT RELATES TO:**      *  MDL No. 2047

7                            *

Michelle Germano, *et al*       *  Section L

8                            *

       versus           *  New Orleans, Louisiana

9                            *

Taishan Gypsum Co., Ltd., f/k/a    *  February 19, 2010

10  Shandong Taihe Dongxin Co., Ltd.,   *

    *et al*                      *

11                            *

Case No. 09-CV-6687          *

12                            *

  * * * * * * * * * * * * * * * * * * * *

13

14

           VOLUME I - AFTERNOON SESSION

15           PROCEEDINGS BEFORE THE

          HONORABLE ELDON E. FALLON

16         UNITED STATES DISTRICT JUDGE

17

18  <u>APPEARANCES</u>:

19

For Plaintiffs and        Herman, Herman, Katz & Cotlar, LLP

20  Intervenors:          BY:  RUSS M. HERMAN, ESQ.

                        STEPHEN J. HERMAN, ESQ.

21                820 O'Keefe Avenue

                  New Orleans, Louisiana 70113

22

23  For Plaintiffs and        Gainsburgh Benjamin David

  Intervenors:           Meunier & Warshauer

24                BY:  GERALD E. MEUNIER, ESQ.

                  1100 Poydras Street, Suite 2800

25                New Orleans, Louisiana 70163

1    APPEARANCES:

2
     For Plaintiffs and          Law Offices of Richard J. Serpe, PC
3    Intervenors:                BY:  RICHARD J. SERPE, ESQ.
                                 580 East Main Street, Suite 310
4                                Norfolk, Virginia 23510

5
     For Plaintiffs and          Seeger Weiss
6    Intervenors:                BY:  CHRISTOPHER A. SEEGER, ESQ.
                                 One William Street
7                                New York, New York 10004

8
     For Plaintiffs and          Lewis & Roberts, PLLC
9    Intervenors:                BY:  DANIEL K. BRYSON, ESQ.
                                 3700 Glenwood Avenue, Suite 410
10                               Raleigh, North Carolina 27612

11
     For Mitchell Company,       Cunningham Bounds, LLC
12   Inc.:                       BY:  STEVEN L. NICHOLAS, ESQ.
                                 1601 Dauphin Street
13                               Mobile, Alabama 36604

14
     For Knauf Plasterboard      Baker & McKenzie, LLP
15   Tianjin Co., Ltd.:          BY:  DONALD HAYDEN, ESQ.
                                 1111 Brickell Avenue, Suite 1700
16                               Miami, Florida 33131

17
     Official Court Reporter:    Toni Doyle Tusa, CCR, FCRR
18                               500 Poydras Street, Room HB-406
                                 New Orleans, Louisiana 70130
19                               (504) 589-7778

20

21
     Proceedings recorded by mechanical stenography, transcript
22   produced by computer.

23

24

25

                                 DAILY COPY

1                              **I N D E X**

2                                                          PAGE

3   Jerry Smith
         Direct Examination                      4
4
    John Scully
5        Voir Dire                              39
         Direct Examination                     47
6
    Preston McKellar
7        Direct Examination                    113

8   Donald Galler
         Voir Dire                            122
9        Direct Examination                   128

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**<u>AFTERNOON SESSION</u>**

**(February 19, 2010)**

1
2
3        **THE DEPUTY CLERK:**  Everyone rise.
4        **THE COURT:**  Be seated, please.  Call your next
5    witness, please.
6        **MR. MEUNIER:**  Thank you, Your Honor.  The plaintiff
7    intervenors call Jerry Smith.
8        **THE COURT:**  We had originally scheduled to continue
9    this hearing on Saturday.  Because of the circumstances, we are
10   moving fairly fast, and we are going to cancel Saturday and do
11   Monday instead.  We should be able to finish up by Monday, so
12   there will be no court on Saturday.
13       (WHEREUPON **Jerry Smith**, having been duly sworn,
14   testified as follows.)
15       **THE DEPUTY CLERK:**  Please state your full name and
16   correct spelling for the record.
17       **THE WITNESS:**  Jerry Smith.
18       **THE COURT:**  You are going to have to get a little
19   closer and speak up, please.
20       **THE WITNESS:**  Jerry Smith.
21                        **DIRECT EXAMINATION**
22   BY MR. MEUNIER:
23   **Q.**   Mr. Smith, where are you from?
24   **A.**   Fort Myers, Florida.
25   **Q.**   What do you do for a living?

DAILY COPY

1   **A.**   I am a builder in the Fort Myers division for Beazer

2   Homes.

3   **Q.**   How long have you worked for Beazer?

4   **A.**   I've been with Beazer for about six-and-a-half years now.

5          **THE COURT:**  Would you try to speak up a little bit,

6   sir, because we have to hear you in the back.

7          **THE WITNESS:**  It sounds like it's not on.

8   **BY MR. MEUNIER:**

9   **Q.**   What are your job duties and responsibilities for Beazer?

10  **A.**   Pretty much anything related to the construction in the

11  Fort Myers division.

12  **Q.**   How many years' experience do you have in the construction

13  business?

14  **A.**   I've been in the construction industry for about 18 years

15  now, the majority of which was with a custom builder and now

16  with Beazer Homes.

17  **Q.**   When and how did you first become aware of concerns about

18  Chinese drywall in Beazer Homes?

19  **A.**   In Beazer Homes, we started receiving telephone calls from

20  homeowners in early March of 2009 primarily related to failing

21  AC systems.

22  **Q.**   What were the ages of the homes?

23  **A.**   They were all built between February of -- January of 2006

24  and March of 2007.

25  **Q.**   Based on that age of construction, would you have expected

1  calls about HVAC failures as early as March of 2009?

2  **A.**    No.

3  **Q.**    What did you do on Beazer's half, Mr. Smith, to

4  investigate these concerns?

5  **A.**    At that time, it was fairly new.  We had heard about

6  different builders experiencing, you know, the Chinese drywall

7  in the news.  At that point, since we had not received any

8  inquiries, we hadn't done really much research other than

9  listening to the news; but once we started getting calls from

10  homeowners on the failing AC systems, then we started to do

11  some research and try to educate ourselves and, most of all,

12  try to determine what type of symptoms we were looking for to

13  make the connection.

14  **Q.**    What did you personally do to look further into whether

15  there were problems in the Beazer Homes in Fort Myers?

16  **A.**    Initially, we brought in a company of an industrial

17  hygienist out of Tampa to try to help us determine through

18  taking samples of the drywall through a home, the initial home,

19  to see if they could determine if it was Chinese drywall.  We

20  were kind of using them to educate us and help us, you know,

21  make that determination.

22  **Q.**    Did you question installers or look at installation

23  records to try to figure out where you might have a problem

24  because of defective Chinese drywall?

25  **A.**    Yes.  That was the other thing.  I had our subcontractor,

1    you know, in my office asking him questions about if he knew

2    how to identify the Chinese drywall; whether they had used

3    Chinese drywall to his knowledge; whether he had any kind of

4    records that we could look at to make a determination that way.

5    They were helpful but not very knowledgeable as far as

6    determining whether it was or wasn't.

7    **Q.**   What about installation records, did those prove helpful

8    or accurate to you to locate the problem?

9    **A.**   Not really because it's all related to size and type of

10   material and not related to anything else specific other than

11   that.

12   **Q.**   Ultimately, did you decide upon steps that you would take

13   in Fort Myers to go into a home to make a preliminary

14   determination whether there was defective Chinese drywall?

15   **A.**   Yes, we did.  We brought in what we thought was the

16   leading industrial hygienist group, a group that was out of

17   Tampa also, that was working with the Florida state department

18   of health and other agencies to try to get a grip on this whole

19   issue.  We brought them down not only to educate us but to

20   actually show us how to inspect a home and determine if they

21   had symptoms of Chinese drywall in a particular home.

22   **Q.**   So what did you actually do in follow-up -- tell the

23   Judge -- when you went into a home in Fort Myers, a Beazer

24   home, to make a preliminary determination whether it had

25   defective Chinese drywall?

1  A.    It's a little bit of a ritual.  The first thing I do, you

2  know, I set up the appointment with the folks.  I go in there

3  and I will -- if it's a two-story, I will take a look -- I'll

4  go right to the air handlers and pull the faceplate off the air

5  handler and take a look at the coils.  That almost always tells

6  me if I should look further.

7         Or even the degree of corrosion kind of helps me

8  determine, you know, where to go from there.  A lot of times, I

9  can have blackened coils on what would be the upstairs unit and

10 not the downstairs unit, so I know to concentrate my search,

11 you know, upstairs.  You can tell a lot by looking at the AC

12 coils themselves because that's circulating the air from, you

13 know, whatever floor you're talking about.

14        From there I go into a number of outlets or switch

15 plates.  I look at the ground wires in each and every room,

16 sometimes multiple outlets, and that kind of gives me also a

17 feel for where it might be concentrated.  That does tell me a

18 lot.  I look at the mirrors to see if the corners have been

19 desilvered.

20 Q.    Before you leave the wiring, what do you look for on

21 wiring to tell you one way or another whether there's drywall?

22 A.    The blackened ground wire.

23 Q.    Blackened ground wire?

24 A.    Yes.

25 Q.    So after the AC coils --

DAILY COPY

1    A.    It's very black and white.  It's very clear.

2    Q.    Okay.  After the AC coils, after the ground wire, what's

3    the next thing you look for?

4    A.    I would look at the mirrors.  I don't normally go by odor.

5    Even if I detect a little bit of odor, I don't think that's a

6    real good determining factor.  I don't know.  They could have

7    been cooking something recently, you know, so that -- you know,

8    sometimes it's hard to distinguish.  In some homes, I can

9    detect no odor whatsoever, so I don't really use that as a

10   determination as far as determining whether the house has the

11   symptoms, yes or no.

12   Q.    Once you make a determination, at least on a preliminary

13   basis, that there might be defective drywall in a home, what's

14   the next step that Beazer takes toward remediation?

15   A.    I make a determination, you know, positive or negative.

16   My next step would be to bring in the industrial hygienist

17   group, schedule an appointment with them to come down and

18   verify my determination on that house.

19   Q.    This group, is it Environ?

20   A.    It's Environ.

21   Q.    They actually come in and will do some soft demolition to

22   look behind boards?

23   A.    At that point, they will take scrapings, but they don't

24   really do any demo.  They will pull an outlet plate out and

25   just take some drywall and scrape things from the edge of the

1   drywall so that they can put it back together without doing any

2   damage.

3   **Q.**    In all cases, Mr. Smith, where you have made the

4   preliminary determination that defective Chinese drywall is

5   present, has that been confirmed by the follow-up work of

6   Environ?

7   **A.**    Every one.

8   **Q.**    In those cases, is the drywall in the home a mixture of

9   domestic as well as defective Chinese?

10  **A.**    Yes.

11  **Q.**    In those cases, have you determined the manufacturers of

12  the defective Chinese drywall?

13  **A.**    Yes.  That's two steps down the line, but yes, we do

14  eventually make a determination of who the drywall manufacturer

15  is.

16  **Q.**    When you say "two steps down the line," you mean, after

17  the Environ group does that scraping, they will come back and

18  look behind boards?

19  **A.**    Yeah.  They give us a report and, you know, that's

20  verified.

21          The actual next step is to bring Environ back once

22  more, and we do what we call a mechanical recovery.  I bring in

23  all the trades and -- for instance, the -- well, it's actually

24  a videographer, also, but they do a lot of documentation.  But

25  they will pull all the outlets out of the wall.  They will take

1   the plumbing fixtures, faucets.

2           Almost all the plumbing fixtures, the faucets, have a

3   copper lead-in wire.  Anything related to copper that they

4   might want to take a little sample of the copper at the

5   air-handler unit, pretty much whatever Environ wants to

6   document, my plumbers, electricians, and air-conditioning

7   people are there to pull it or cut it or whatever Environ needs

8   to document it.

9           Then the next step is what we call a soft demo, and

10  that's where we are documenting, going through wall by wall,

11  room by room, and pulling down sheets and looking for labels

12  and trying to identify the manufacturer of the drywall, and

13  that's all documented by Environ also.

14  Q.   Which manufacturers have been identified for the defective

15  Chinese drywall in Beazer Homes?

16  A.   To date, four of the 20 homes have been Knauf, and the

17  rest have been Taishan.

18  Q.   When Knauf is identified as the manufacturer, is it part

19  of Beazer's protocol to contact a representative of Knauf to

20  come to the property?

21  A.   It is.  We send a letter to not only Knauf but also to the

22  subcontractor to give them the opportunity to look at a home

23  that we have verified as having Chinese drywall.

24  Q.   To your knowledge, has Knauf ever visited one of the

25  properties in response to that invitation?

DAILY COPY

1    **A.**   No, they haven't.  The subcontractor has had

2    representation, but not Knauf.

3    **Q.**   Now, the dimensions of these defective Chinese drywall

4    boards are 4-by-12 feet; is that true?

5    **A.**   Yes.

6    **Q.**   When boards like that are stacked at a home construction

7    site, tell the Court the typical way in which those boards are

8    used and they become part of the installed wall for the house.

9    **A.**   A two-story home is the best example.  We will stock the

10   upstairs and the downstairs.  What the installers do is they

11   try to do all the lids first.  In other words, they want to do

12   all the ceilings first, get all the lids up, you know,

13   throughout the house.  That creates a lot of cuts.

14         Our trusses are usually pretty complicated, and you

15   have to have the end of the drywall, you know, end up on a

16   truss.  So, you know, you do end up with a lot of cuts:  Big,

17   small, you know, different sizes.

18         When they go to run the walls, they will obviously

19   use, you know, as many full sheets as they possibly can,

20   although it's rare that you end up with full sheets.  Their

21   next step is to use as many of the cuts that they have done,

22   that they have used before, to get them up on the walls.

23   **Q.**   Mr. Smith, is there any way that you know of, given this

24   use of the boards and installation, to identify, after a home

25   is built, where each original 4-by-12 board or section of board

1   ended up in a house?

2   **A.**    Virtually impossible.

3   **Q.**    You were present, weren't you, in Fort Myers when

4   plaintiffs' counsel, including me, and some videographers and

5   photographers appeared to inspect Beazer homes?

6   **A.**    Yes.

7   **Q.**    You reviewed with me the video segments and photographs

8   prior to testifying today?

9   **A.**    Yes.

10  **Q.**    Would you verify for the Court that the video segments and

11  photos you have looked at are accurate depictions of what we

12  saw on that visit.

13  **A.**    They are.

14  **Q.**    Let me show you the video first of this home.  Now, this

15  is a Beazer home after the old defective boards are out and the

16  new boards are up; correct?

17  **A.**    Right.  This is putting it back together.

18  **Q.**    What is this showing us in terms of where and how drywall

19  pieces and segments end up being placed in a house?

20  **A.**    Well, it's pretty much, you know, like I explained in

21  that, you know, the ceilings go first, and then you use as many

22  full boards on the side, and then you will see a lot of, you

23  know, little cuts and parts, you know, to try to utilize, you

24  know, as much of the drywall as possible.

25          At this point, it does look like there's a lot of

1   pieces.  I know that one had -- one ceiling, we counted 11

2   different pieces, you know, on one ceiling.  I mean, if you

3   were just to walk in there and look at it before the drywall

4   was up, you probably would say, well, that might just take

5   three pieces, but it actually took 11.

6   **Q.**   Now, let me stop here.  Pause for a moment, please.  In

7   this new home, there is a receptacle here with wiring in it;

8   right?

9   **A.**   Uh-huh.

10  **Q.**   An outlet.  If we just roll this a bit further and pause,

11  what does this demonstrate in terms of what the code in

12  Florida, at least, requires for installed wiring in one of

13  these locations such as this?

14  **A.**   It just shows the flex, the six inches of flex that we've,

15  you know, reinstalled into that particular box.

16  **Q.**   And that's required?

17  **A.**   Yes.

18  **Q.**   Behind that wall, then, is one of those junction boxes;

19  correct?

20  **A.**   No.

21  **Q.**   Or just a receptacle would be --

22  **A.**   That's just a receptacle box --

23  **Q.**   A box.

24  **A.**   -- the wires enter into, yes.

25  **Q.**   The whole six inches of slack would have to be pushed into

1  that area?

2  A.    Into the box.

3  Q.    Let's continue with the video.  This is a closet area.

4  Would you have to cut 4-by-12 sections to accommodate angles

5  and spaces such as this?

6  A.    Yeah.  You would probably have more cuts in the closets

7  than anywhere.  That's where, typically, a good installer will

8  try to put as many of the small pieces in the closet as

9  possible.

10 Q.    These white lines, of course, are where one board seam

11 joins another; is that true?

12 A.    Correct.

13 Q.    This is an upstairs room.  Do you remember visiting this

14 room with us?

15 A.    Yes.

16 Q.    What's the approximate size of that room?  Do you recall?

17 A.    You know, I think it was -- I know it was 13-foot wide

18 because it was -- we couldn't cover it with three boards.  I

19 believe it was probably close to 20 feet long.

20 Q.    Now, in a room that size, counting the number of boards

21 that look like they were used, ceiling and wall, how many

22 boards do you estimate just for that one room?

23 A.    If I didn't have to do any cutting?

24 Q.    No.  How many different boards would have to have been

25 used?

| | |
|---|---|
| 1 | **A.**   Different boards, oh.  I would say at least 30. |
| 2 | **Q.**   That's just for one room? |
| 3 | **A.**   That's for the master bedroom. |
| 4 | **Q.**   You were present in court when Mr. Ray Phillips testified? |
| 5 | **A.**   Yes. |
| 6 | **Q.**   Do you recall page 3 of the work authorization agreement |
| 7 | we looked at that outlined the Beazer scope of remediation? |
| 8 | **A.**   Uh-huh. |
| 9 | **Q.**   Do you use that written documentation of scope in the work |
| 10 | that you do? |
| 11 | **A.**   Not per se because, once we have passed the work |
| 12 | agreement, we have a -- I follow the protocol.  I follow the |
| 13 | repair protocol which, you know, we have established in stone. |
| 14 | **Q.**   Do you have to get certain permits for the work that you |
| 15 | do? |
| 16 | **A.**   Yes, I do.  And that scope of work actually is one of the |
| 17 | requirements by the municipality that I'm in that they stamp |
| 18 | and approve by the plans examiner -- they want to know the full |
| 19 | scope of the work and the repair that you're going to be doing, |
| 20 | so I submit that same scope-of-work form. |
| 21 | **Q.**   Now, you were here when we watched the video of the |
| 22 | demolition of drywall from walls and ceilings in that Beazer |
| 23 | home? |
| 24 | **A.**   Yeah. |
| 25 | **Q.**   How long do you estimate it would take an average size |

1  Beazer crew to take all the drywall off of all the wall and

2  ceiling surfaces in that room shown on that video?

3  **A.**   In that room?  You know, once they get going, they are

4  pretty efficient.  I would say that they could do that room in

5  30 minutes.

6  **Q.**   30 minutes?

7  **A.**   Yeah.

8  **Q.**   If they were asked to go in and leave some boards up,

9  forgetting for a moment about how many, just remove some and

10  leave some up, what would the likely labor time increase to?

11  **A.**   That would change their whole method.  It would slow them

12  down considerably.  I thought that Ray's estimate of four times

13  as long would be real conservative.

14  **Q.**   You said it would change their method.  I think it's

15  obvious, but how would their method be different?

16  **A.**   They couldn't use a hammer; they would have to use a blade

17  of some type.  And it would just change the whole method of

18  removing drywall rather than just pulling it down in whatever

19  size -- in the biggest sizes that they could possibly get down.

20  **Q.**   Can you comment on what the implications of that would be

21  on the finished wall surface, that is, if some of the original

22  boards were left in a room but others were removed and

23  replaced.

24  **A.**   It wouldn't look very good.  In my mind, it would not be

25  returning the home the way that the homeowners received it.

1    It's nearly impossible to do even a small patch when you have

2    textured walls because what happens is, if you were to take a

3    spray can and spray-paint your vehicle, it might match in the

4    center, but there would be some hazy flash around the spray

5    paint.  The same thing happens with drywall texture.  It leaves

6    a flash around the edges, and you can -- there's always an

7    angle that it shows up and it looks like a repair.

8    **Q.**    Now, the Beazer protocol, as we know, calls for the

9    removal of all the HVAC systems; correct?

10   **A.**    Yes.

11   **Q.**    Let me show you a photo now of -- is this an HVAC coil?

12   **A.**    Yes, it is.  It's one of the homes in Fort Myers.

13   **Q.**    Is this consistent with the type of corrosion you have

14   observed on HVAC coils of these Beazer homes with defective

15   Chinese drywall?

16   **A.**    Yeah.  It's actually very typical.

17   **Q.**    Based on your experience in the construction business,

18   have you ever seen corrosion this extensive on HVAC coils?

19   **A.**    I have not seen this type of corrosion.  I mean, you know,

20   typically, being in Florida, you can look at coils and there

21   might be some corrosion just because there's so much

22   condensation involved in these units, especially in the

23   upstairs units.  But it's your typical copper corrosion, the

24   green-colored copper corrosion, you know, that you would

25   associate with copper, and not the black.

1    **Q.**    Under the Beazer protocol, we know that appliances are
2    being replaced.  Let me show you the next picture.  Do you
3    recognize this, with the panel removed, as the rear lower side
4    of one of the refrigerators in these Beazer homes with
5    defective drywall?
6    **A.**    Yeah.  In particular, on the far right-hand side -- it
7    shows up pretty good on the monitor, but that's where the fan
8    motor is circulating the air for the refrigerator, and that
9    copper line is extremely corroded, especially down at the
10   bottom.  That's a prime candidate for failure.
11   **Q.**    When you say this fan motor is circulating the air, where
12   is the air coming from?
13   **A.**    It's just kind of pulling it from the bottom because the
14   bottom is open and it's cooling.  It's a cooling method.
15   **Q.**    So have you seen this type of corrosion on copper lines
16   near this area of the backs of refrigerators in these homes
17   with Chinese drywall?
18   **A.**    Pretty much every one.  That's why we open up the back of
19   the refrigerators on every home when we are doing our
20   documentation because it's pretty consistent.
21   **Q.**    Now, the protocol of Beazer calls for the replacement of
22   trim and cabinets and countertops.  Mr. Phillips covered this,
23   but could you just briefly discuss with the Court the practical
24   difficulties of trying to preserve those things -- wood trim,
25   cabinets, countertops -- when you are demolishing the drywall

1   in a home.

2   **A.**   I will say that, on the first two homes that I went in to

3   demo, I tried to save the doors.  That was one of the things

4   that I wanted to save.  The problem is that the doors that we

5   get are prehung doors that already have the casing installed on

6   one side, and then we install the casing on the other side.  So

7   we would have to remove the casing to get the door out, to get

8   the drywall off.

9           And, you know, my trim carpenter was basically

10   telling me that to delicately remove casing and then store the

11   doors so that they didn't warp and then put everything back

12   together would be more time-consuming than just purchasing the

13   new doors outright because that's a pretty fast procedure

14   because, you know, most of the work is done at the factory.

15   And that holds true pretty much for all the trim.

16           The kitchen cabinets, I think Ray, you know,

17   explained that pretty well.  My initial intent -- not so much

18   because I thought it was going to be a good thing but because I

19   thought it was going to be more cost-effective -- was to try to

20   save the cabinets and put them in storage, but the storage is

21   just unbelievably expensive, and then the climate control

22   issue.

23           The other thing that kind of entered into it a little

24   bit is that, you know, invariably -- I mean, you know, we are

25   trying to put these homes back together, you know, the way the

1    homeowners purchased them.  And to try to take cabinets apart
2    and then put them all back together, I just knew that we were
3    going to get homeowners who were going to say, you know, "Well,
4    that scratch wasn't there," or "That wasn't exactly the way it
5    was," you know.  So it just -- I could see this lasting
6    forever.
7  **Q.**   What is a line set?
8  **A.**   That's the line that runs from the AC exterior compressor
9    to the air handler.  It's refrigerant lines, return, and
10   supply.
11 **Q.**   What is a line set made of, what kind of material?
12 **A.**   It is continuous copper.  By code, the copper line that
13   runs from the outside air compressor to the air handler needs
14   to be continuous, with no joints.  That's why they use the
15   rolled coil copper.
16 **Q.**   Were you present with us when we videotaped a section of
17   line set in one of the Beazer homes that was being remediated?
18 **A.**   Yes.
19 **Q.**   I would like to show this very brief video and have you
20   discuss it with the Court.  Is this the line set we're looking
21   at now in this --
22 **A.**   Yes.  This is a corroded one.
23 **Q.**   It has a black foam insulation?
24 **A.**   Yeah.  It's like a -- I don't know if that's foam
25   insulation.  It's primarily to -- it does a lot to control

1   condensation because, you know, the refrigerant's in there.

2   But it doesn't seem protected as far as the corrosion, and the

3   corrosion still works its way underneath the ArmorFlex.

4   **Q.**   Well, actually, as the film just showed, we cut a piece of

5   that foam away to look underneath.

6   **A.**   Right.

7   **Q.**   You have done that before, haven't you?

8   **A.**   Yes.

9   **Q.**   When you do that and remove the foam insulation on the

10  line set, do you still see evidence of the black corrosion?

11  **A.**   The foam insulation doesn't really even seem to be a

12  factor.  It will corrode.

13          Typically, almost every home that we have done so far

14  and we have taken a look at, these lines start to corrode near

15  or at where they start to bend up and extend towards the air

16  handler.  It's pretty consistent.

17  **Q.**   We'll just play the rest.  It's a very brief video.

18  **A.**   It doesn't really matter if the ArmorFlex is there or not.

19  It's kind of a location situation, where they all start to

20  corrode about the same area.

21  **Q.**   Tell the Court what we are seeing and where this line set

22  by construction is being run in this house.

23  **A.**   This is actually the line set running up through the

24  subfloor into the second-floor area.  Quite often, we will set

25  both air handlers in the laundry room closet or in a laundry

1    room closet.  That's where we run these lines.

2    **Q.**    Eventually, this line -- this is a single line with no

3    junction spots; is that true?

4    **A.**    That's right.  It has to be continuous.

5    **Q.**    Eventually --

6    **A.**    The white line that you see right along with it is

7    actually the drain line that runs out to the same area.

8    **Q.**    All right.  We are seeing now the exterior of that same

9    home?

10   **A.**    Yeah.  We run that line quite often out of the floor joist

11   area.  It runs down the side of the building, and we put it in

12   a chaise like that to protect it.

13   **Q.**    So that continuous copper line set is going to run in this

14   case from an upstairs connection place to the outside, on the

15   ground floor, through walls and ceilings?

16   **A.**    Yes.

17   **Q.**    Would there be any way to remove that line set, if

18   corroded, without removing all of the drywall and insulation

19   that is between you and the line set?

20   **A.**    Not really, especially if it runs through the floor

21   trusses, for a couple of reasons.  There's not a whole lot of

22   room for running through those floor trusses.  And it also is

23   the very first line that goes into a house when you are

24   roughing the house, or one of the first ones, so all your

25   trades follow up behind that.  So you have got all your wiring

1    under there, all your plumbing under there.  It ends up getting

2    pretty bearing because it is one of the first things that go

3    in.

4    Q.   Let's look at a photo or two just to follow up and finish

5    this point.  Is this what a new copper line set would look

6    like?

7    A.   That's what they should look like when they penetrate

8    through to the platform ready to hook up to the air handler.

9    Q.   Is this a picture of what we were just showing on the

10   video?

11   A.   Yeah.  That's a picture of the platform of that closet in

12   the laundry room.  That actually gets boxed out with insulation

13   board down below.  You can see a little bit of it with the

14   yellow board, but that's where it makes the penetrations

15   through the subfloor and then comes up into the platform.

16   Q.   Is this a close-up photograph of the corrosion on the line

17   set?

18   A.   Yes.

19   Q.   I think we can move on.  The protocol of Beazer calls for

20   the removal and replacement of all the electrical wiring in a

21   home; is that true?

22   A.   Yes.

23   Q.   I would like to show you some photographs and have you

24   discuss some of the photographs with the Court.  First, what

25   are we looking at in this picture, Mr. Smith?

1   **A.**   This would just be a double switch box, but I think what

2   we are showing there is just the fact that, you know, we have

3   got lines coming in the top and the bottom.  You know, once

4   again, if you're going to clip and try to save wires, it does

5   create problems.

6   **Q.**   Where is the ground wire in this picture?  Is it visible?

7   **A.**   Yep.  It's flipped up to the top there, yeah.

8   **Q.**   Go to the next picture.

9          **THE COURT:**  Why can't you splice it to get 6 inches

10  more?

11         **THE WITNESS:**  It's against code.  It has to go in a

12  junction box.

13  **BY MR. MEUNIER:**

14  **Q.**   Let's just look at this picture.  In this picture, the

15  wirings that come into this box, have they already been

16  clipped?

17  **A.**   Yeah.  I'm going to say that -- I mean, this is just an

18  example that -- you're not just talking about, you know,

19  electrical Romex brand.  Quite often, you know, if -- I think

20  this probably was near where the TV might be located, but you

21  would have -- you might have speaker wires.  You might have

22  local wires, telephone wires, cable wires.  More and more

23  people, you know, with the equipment are doing things with, you

24  know, the low voltage.  Sometimes it gets pretty complicated.

25  **Q.**   All of them would come into this area, this box?

1   **A.**    Into that area, yeah.

2   **Q.**    Is the 6-inch slack requirement applicable to all types of

3   wiring?

4   **A.**    Not low voltage.  Not low voltage.

5   **Q.**    Let's go to the next picture.  What are we seeing in this

6   picture?

7   **A.**    This is actually a box that has been opened up and it's

8   been clipped.  It's been clipped to remove the two switches

9   that Environ would have tagged in the recovery, but it does

10  show the corroded double-twisted ground wire in the center

11  there.

12  **Q.**    Assuming this is corroded, this ground wire in this box,

13  why couldn't you just clip off the area of visible corrosion

14  and just resplice, rewire, and keep this box where it is and

15  all the connections to the box where they are?

16  **A.**    That's a difficult thing because it is a code issue.  I

17  mean, you would have to have it in a junction box, you know,

18  and Ray covered that.  You know, you would have junction boxes

19  all over the place.

20          But you are also limited by code.  I wish I could

21  tell you what it was, but you are limited as far as how many

22  junction boxes you can actually have.  I mean, you might only

23  get part of a home done and you are at your limit on junction

24  boxes.

25  **Q.**    So if I wanted to splice, I would have to pull wire into

1    this box to create a 6-inch slack?

2    **A.**    That's correct.

3    **Q.**    I would have to pull it either from the top or the bottom?

4    **A.**    Yeah.  There's no other way.

5    **Q.**    When I pulled the slack in, I would have to move the box?

6    **A.**    No.  If you were, you know, to theoretically splice, you

7    wouldn't have to move the box.

8    **Q.**    But if there's not sufficient slack on the outside -- and

9    we are going to see some pictures later on this -- you have to

10   move the box up or down to create the slack?

11   **A.**    That would be the other option.

12   **Q.**    I mean, forgetting about code, forgetting about 6-inch

13   slack, how much electrician time would be needed to cut and

14   splice all of these corroded wire endings and compare that to

15   the time it takes to strip out and replace all the wire?

16   **A.**    That's a tough one because if it's just a single outlet or

17   a single switch, which I think everybody is kind of visualizing

18   just a single switch or a switch single outlet, that's really

19   not the case, you know, with us.  I mean, we do have them, but

20   we also have a lot of multiple gang boxes.

21            You know, we have multiple, you know, four or five

22   switches at the front, you know, in a dining room and kitchen.

23   Those become real difficult because you really have got some

24   serious unraveling to do in order to be able to even, you know,

25   clean them or get close to cleaning them.  Plus, when they are

```
 1    large like that, they just naturally collect more paint
 2    overspray and texture spray.  It's kind of a mess in there.
 3  Q.    Right now I'm just talking about the time it would take.
 4  A.    I know.
 5  Q.    My question is assuming you took on the job --
 6  A.    Yeah.
 7  Q.    -- splicing, relocating boxes, as opposed to keeping the
 8    boxes where they are and removing all the wiring.
 9  A.    I do know my demo group, they initially had tried to --
10    they initially tried to clean -- the first five homes that they
11    had demoed, they tried to clean wires on the first five.  He
12    had crews in there for two full days.  Those homes were
13    approximately half the size of the homes that we are dealing
14    with.  So, you know, four days would be a fair time period.
15  Q.    Let's go to the next picture.  On the subject of cleaning,
16    what are we looking at in this close-up?
17  A.    That's a good example of another item that would make
18    cleaning -- because the wire is not always solid copper core.
19    It could be stranded wire like this one here.  I don't know how
20    you would clean a stranded wire.  You would have to, I guess,
21    individually unwrap every one of those little strands.
22  Q.    Would that be the job of a laborer, or would you have to
23    have some electrical specialist involved?
24  A.    Well, you would have labor do it because, you know, what
25    the county is saying is that, you know, you could potentially
```

1    do that, but you better have a certified letter from an

2    engineer stating that he has approved that cleaning process.

3    **Q.**    So after the laborer cleans off all these strands, you

4    have to bring in the electrical engineer to inspect and

5    approve?

6    **A.**    Yeah.

7    **Q.**    And again --

8    **A.**    If you wanted to do that.

9    **Q.**    If you want to do that.  Can you give the Judge some idea

10   of time and cost of that approach with the cleaning,

11   supervision, approval by an electrical engineer, versus replace

12   all the wire?

13   **A.**    Number one -- Ray hit it right on the head because I have

14   talked to my electrician about this.  The wire itself, because

15   of the way they purchase it -- and they buy it in bulk.  The

16   way that they purchase their wire, the actual material cost is

17   fairly low.  So, I mean, to me, why would you even try to go

18   the route of cleaning when there would still be a risk involved

19   in it?  You know, if it wasn't entirely clear, then you would

20   have to get an engineer involved.  I think you're talking twice

21   the cost to try to clean it if you are really going to be

22   thorough, which you would have to be.

23   **Q.**    To demonstrate these issues of the practicality or

24   impracticality of attempting to clean corrosion off wires, did

25   I ask you to bring from one of the Beazer homes with defective

1    Chinese drywall a junction box with the wiring still in it?

2    **A.**   I have a 3-gang box, and it's an excellent example.

3    **Q.**   Would you please take it out so the Judge can see it.

4    **A.**   This all has to be unwrapped.  It shows the corrosion, all

5    the spray.  The black stuff is the actual corrosion.  The white

6    stuff is the paint overspray.  This is actually copper wiring.

7    I just clipped it to get it out of there.

8            But just out of curiosity, I took a look at what was

9    underneath the jacket, and this is corroded way up into the

10   jacket.  So how would you know where to clip it?

11   **Q.**   Mr. Smith, perhaps speaking into the microphone, if you

12   wouldn't mind summarizing what you have just been able to

13   explain to Judge Fallon by looking at that.

14           **MR. MEUNIER:**  The junction box, Your Honor, we would

15   identify for the record as Exhibit P1.1891.

16           **THE DEPUTY CLERK:**  It's already in, Judge.

17           **THE COURT:**  It's already in.

18           **THE WITNESS:**  Basically, what I was saying -- this is

19   what I was talking about unraveling, you know, the wires; and

20   that the ground wires in this particular one are twisted

21   together with a coupler, so you would have to take all that

22   apart.  Not to mention that you can see where, you know, it's a

23   fairly big box, so it naturally collects a lot more paint

24   overspray and texture overspray.  It's kind of a project to be

25   able to clean that.

```
 1                    It also shows how, basically, easy it is for me
 2    to determine the corrosion on the ground wires when I'm doing
 3    my initial inspection because they're black.  Just out of
 4    curiosity, when I clipped it out, just to get it out, I just
 5    sliced back the insulation jacket to look at it.  On the end
 6    here, this particular ground wire inside this jacket and inside
 7    the insulation is corroded.  So you really wouldn't know how
 8    far that carries up inside the insulation.
 9    BY MR. MEUNIER:
10    Q.    Just so the record is clear, when you removed it, you
11    weren't doing this in order to try to look for or find
12    corrosion on the --
13    A.    No.  It was just a curiosity thing on my part.
14    Q.    Would you, with this red pen, mark on the insulation, so
15    it's clear for the record, the wire that you found under the
16    insulation coming into that box which shows corrosion.
17    A.    Uh-huh.
18    Q.    That section of wire corroded under the insulation would
19    have been behind the wall?
20    A.    Yes.
21    Q.    Let me go to the next photograph, and we get now to what a
22    home will look like stripped back to studs by Beazer.  We did
23    ask that, in this case, the wiring be left in; true?
24    A.    For attorneys.
25    Q.    It's got to come out under the Beazer protocol, but it was
```

1    left in at our request?

2    **A.**    Yeah.

3    **Q.**    Once you have the old wiring exposed like this, tell the

4    Court how difficult or easy it is labor-wise to just remove all

5    this wiring and replace it with new wire.

6    **A.**    I have had, out of the first nine homes that I have

7    demoed, the electricians -- I have sent two crews over to do

8    that little project.  Seven of those might have been

9    two-stories.  They can do two a day.  They can basically --

10   strip out a home of wiring, they can do two a day, so half a

11   day.

12   **Q.**    Half a day?

13   **A.**    Yep.

14   **Q.**    If we instead went about the business of clipping,

15   snipping, trying to clean, supervise the cleaning, get approval

16   from an electrical engineer, etc., is there any doubt in your

17   mind it would be much more costly and time-consuming?

18   **A.**    No doubt in my mind.

19   **Q.**    Finally, Mr. Smith, let's talk about the cleanup phase of

20   Beazer's protocol.  Let me go forward a couple photographs.

21   **A.**    Having gone through this and seen what I have seen with

22   these initial homes, I consider the cleaning portion of it

23   absolutely critical.  You know, you can talk about wires and

24   everything all you want.  The cleaning, it does a lot of things

25   because -- well, this is just an example of the fact of how

1    detailed you need to be when you're trying to clean a home.  I

2    mean, you've just got little parts and pieces, you know, all

3    over.  It's kind of a project, you know, to get it completely

4    clean.

5    Q.   Right.  The drywall dust is pretty fine.

6    A.   The drywall dust is very fine.

7    Q.   We have seen pictures of it being shoveled and swept and

8    hauled out to dumpsters.

9    A.   Yeah.

10   Q.   Tell the Court what is next done, after you have got the

11   major pieces removed, to try to get the home fully clean.

12   A.   According to the protocol, it would be to HEPA-vac as many

13   as three times per home, whatever it takes.  It's hard to go

14   around and, you know, just get all these little pieces and the

15   dust.  So they do a pretty thorough job of HEPA-vac'ing

16   throughout the home and, you know, it's clean of debris when

17   they walk out.

18   Q.   Are these fine pieces that are left from the demolition

19   addressed in the HEPA-vacuuming?

20   A.   It should be, yes.

21   Q.   It's H-E-P-A.  What does it stand for?

22   A.   I don't know.  It's just an advanced filter vacuuming is

23   all that is.

24   Q.   It's good at getting up fine particles like this?

25   A.   Yeah, without throwing all the dust back into the building

1    is basically what it's supposed to do.

2    **Q.**   It keeps it from going airborne again?

3    **A.**   Correct.

4    **Q.**   If we go to the next picture, with the HEPA-vacuuming of

5    surfaces such as we just saw, what is done with respect to the

6    now exposed original wooden studs or metal studs in the home?

7    **A.**   Yeah, there are occasions we use the wood studs for

8    certain reasons.

9           This is actually -- this led to a little bit of

10   change in the protocol because, you know, we were HEPA-vac'ing.

11   Initially, the next step in the protocol would have been to let

12   the home off-gas for a period of time before we even brought

13   any trades in and started putting it back together.  After the

14   initial off-gassing period on the first two homes, I could walk

15   in and I could still smell it.  I attributed it to the fact

16   that dust had just, you know, settled over everything and the

17   homes were just dusty.

18   **Q.**   Is this a close-up picture of the surface of a wooden

19   stud?

20   **A.**   Yeah.

21   **Q.**   That stud is showing the fine dust?

22   **A.**   That's showing the dust, yeah.

23   **Q.**   Here again, we see fine drywall dust.

24   **A.**   The same thing.

25   **Q.**   So you found that you would smell an odor from the

1   drywall, even when the home was this clean, because of this

2   dust?

3   **A.**   You have removed all the drywall.  You have done your --

4   you know, you've done your cleaning.  I mean, essentially, at

5   this point, it's even cleaner than what it would be under

6   normal construction, you know, circumstances.  But, yes, I

7   could still smell the odor walking in, and so I halted, you

8   know, the first two as far as even attempting to put anything

9   back in there.

10  **Q.**   So this next picture shows us some Beazer crewmen doing

11  what?

12  **A.**   This is what I had eventually found out that some other

13  builders were doing and we tried it.  This is, I'm convinced,

14  the way to go, and that is the steam-cleaning crew.

15           It's usually a two-man crew.  One man goes in with

16  his wand, and he is spraying absolutely everything, all the

17  trusses, you know, starting at the top and running down the

18  walls, and spraying everything.  What that is doing is knocking

19  the dust particles off of any surface that it might have been

20  accumulated or even in any little corner or niche.  So it's

21  knocking it down.  The second guy follows behind, and he is

22  vacuuming up that excess water, which is taking all of the dust

23  particles out of the home.  That's why they look so sparkling

24  clean when they get done.

25           **MR. MEUNIER:**  Next picture, Scott.

1  BY MR. MEUNIER:

2  Q.    What is the piece of equipment, the red piece of

3  equipment, we see in this picture?

4  A.    Once they go through and they pressure-wash, we will set

5  up a commercial-grade dehumidifier for a two-day period

6  minimum.   It's nice if we can do it late in the week, then run

7  over the weekend.   But because there's water involved and, you

8  know, we are thoroughly washing out the home, we are just

9  taking the moisture out of the air so that it can go into the

10 off-gas period in a dry state.

11            MR. MEUNIER:   Next picture, Scott.

12 BY MR. MEUNIER:

13 Q.    What is this piece of equipment?

14 A.    That's nothing more than just an extractor, and so you're

15 pulling with it -- the dehumidifier is pulling moisture out of

16 the air, and this is discharging it so it doesn't have to be

17 attended.   It can just run continuous.

18 Q.    After you do the HEPA-vacuuming, the manual wipe, the

19 pressure-wash, the dehumidifying, and extracting, what's the

20 next step?   Airing it out?

21 A.    The off-gas period.

22 Q.    Off-gas.

23 A.    Yeah.

24 Q.    How long does Beazer off-gas or air out the homes?

25 A.    14 days.

1   **Q.**    Why that long?  Is that based on experience?

2   **A.**    Based on experience.  In fact, we had to kind of follow

3   our industrial hygienist's recommendations on this.  They

4   suggested 10 days and we said 14.  While we are going to wait

5   10, we might as well, you know, wait 14 full days.  That's what

6   we have been doing.

7   **Q.**    Now, you are the guy who interacts with the owners during

8   this process; true?

9   **A.**    Right.

10  **Q.**    You actually bring them into the house at some point

11  before the new drywall is put up?

12  **A.**    I have offered to let the homeowners -- to meet with the

13  homeowners on every home that I have gone into the off-gas

14  period but preferably, you know, after the trades have been

15  back in.  I think that the cleaning process -- and that's

16  another reason why I'm so adamant about the cleaning.

17         The cleaning process has made all the difference in

18  the world to the homeowners, to have them walk in there and see

19  that home, you know, completely free of any Chinese drywall,

20  for one thing, any dust and any odor.  Every one of them have

21  made comments, you know, along the line of relief, you know,

22  that they believe that we have done what we need to do to get

23  it gone.

24  **Q.**    You have had no complaints?

25  **A.**    None.

1  **Q.**   You have satisfied customers?

2  **A.**   You know, a lot of concern up to that point, you know,

3  because obviously they are worried, worried that the odor will

4  still be there, that some of the symptoms will still be there.

5  But once they walk in and they see the home looking like that,

6  then it sets their mind at ease.

7           **MR. MEUNIER:**  Thank you very much, Mr. Smith.  I have

8  no further questions.

9           **THE COURT:**  Thank you, sir.

10               Call your next witness.

11          **MR. SERPE:**  Your Honor, before I call the next

12  witness, I would like to do two housekeeping matters.  First, I

13  would like to introduce Reverend Fred Michaux and his wife

14  Vannessa, who have made it in from the airport.  Preston

15  McKellar has also made it in from Newport News.  They both came

16  in from Newport News this morning.

17               One final housekeeping matter.  Your Honor, we

18  have three witnesses who have travel arrangements and

19  obligations that absolutely prevent them from rolling forward

20  to Monday.  Our next witness is going to be Dr. John Scully.

21  Mr. McKellar has got a newborn at home, and we'll get him on.

22  Mr. Donald Galler from Boston, Massachusetts, is also going to

23  be testifying.  We anticipate about two-and-a-half hours of

24  work there, Your Honor.

25          **THE COURT:**  That's fine.

1        **THE WITNESS:**  We will try and keep things moving

2   along.

3        **THE COURT:**  Okay.

4        (WHEREUPON **John Scully**, having been duly sworn,

5   testified as follows.)

6        **THE DEPUTY CLERK:**  Please state your full name and

7   correct spelling for the record.

8        **THE WITNESS:**  Dr. John R. Scully.

9                          **VOIR DIRE**

10  BY MR. SERPE:

11  Q.   Dr. Scully, where are you employed?

12  A.   University of Virginia.

13  Q.   Would you tell the Court about your educational

14  background, please.

15  A.   I have a bachelor's, master's, and PhD all in materials

16  science and engineering, which used to be metallurgy.  Now

17  material science is a broad field, encompassing a lot of

18  subfields of materials, including metals, obviously.  And they

19  are all from the Johns Hopkins University.  And then I have

20  some other courses in corrosion coatings and surface science.

21  Q.   Would you give the Court a brief overview of your

22  professional experience.

23  A.   Just briefly, I have worked at the Naval Surface Warfare

24  Center and Sandia National Laboratories, AT&T Bell

25  Laboratories.

1        And then since about 1990, I have been a professor at

2   the University of Virginia and now codirect the Center for

3   Electrical Science and Engineering, which is primarily

4   interested in corrosion of metals, although we do other things

5   like electroplating.  And I am the Charles Henderson professor

6   of materials science and also, on occasion, called upon by the

7   U.S. government to be a U.S. government employee such as for

8   the office of the Undersecretary of Defense.

9   **Q.**   Dr. Scully, the University of Virginia's program in

10  metallurgy and corrosion, would you briefly describe it for the

11  Court.

12  **A.**   Our program in metallurgy is -- the materials science --

13  well, the materials science department is about 25 members.

14  Our center is the largest center that deals with corrosion in

15  the United States and possibly the world.

16       There's one at the University of Manchester in the

17  UK, and we teach classes at the undergraduate, master's, and

18  PhD levels.  We're probably the leading supplier of people

19  educated at the master's and PhD with a specialty in corrosion

20  in the United States because -- quite proud of it, actually,

21  that we are the supplier of the people that work at places like

22  Sandia National Labs.  In fact, two of my students work now at

23  Sandia National Labs.  I haven't worked there, obviously, since

24  1990.

25  **Q.**   Now, it turns out that some of these homes are an hour up

1   the road from the University of Virginia, but does your work in
2   the fields of metallurgy and corrosion take you to other
3   corners of the world?
4   **A.**   Quite a few.  Quite a few.
5            I do work with the Max Planck Institute in Germany.
6   I do work with the National Institute for Materials Science in
7   Tsukuba City, Japan.  I even worked with the Chinese National
8   Academy of Sciences.
9   **Q.**   Would you give the Court just one or two examples of some
10  of your professional organizations that you have participated
11  in, some of the --
12  **A.**   Yes.  Just briefly, all my organizations are affiliated
13  with metals and corrosion.  I guess notable to today's
14  discussions is I was the past chair of ASTM.  That stands for
15  American Society for Testing and Materials, Subcommittee G1.
16           G1, Your Honor, deals with corrosion of metals.
17  G1.11 is a specific subcommittee within G1 which handles all
18  the standards in ASTM for corrosion of metallic materials.
19           I'm also on the editorial board of two journals:
20  *Corrosion*, which is the National Association of Corrosion
21  Engineers; and a German journal out of Germany called *Materials*
22  *and Corrosion*.  So that involves getting papers almost every
23  week and then deciding whether those papers have the proper
24  methodology and have the proper statistical treatment of
25  results, and the conclusions agree with the results, in order

1    to publish those papers.  The editor is sort of like the judge

2    who decides whether that paper gets published or not.

3    **Q.**    When it comes to judging papers and applications, are you

4    also one of the principal editors of this book?

5    **A.**    Yes.

6    **Q.**    Let me see if I can get it to show up.  What is this book?

7    **A.**    That book is the *Corrosion Tests and Standards,*

8    *Application and Interpretation*, book that summarizes, goes over

9    the purpose and scope and limitations of all the corrosion

10   standards that are governed by the ASTM, American Society for

11   Testing and Materials.

12   **Q.**    Are you the John R. Scully who is mentioned as one of the

13   four editors of this book?

14   **A.**    That's me.

15   **Q.**    I don't want you to read the PowerPoint here, but can you

16   give us just an overview of some of the distinctions and honors

17   in the field of corrosion that you have achieved.

18   **A.**    I don't know.  Maybe the one that's pertinent today is the

19   ASTM Frank LaQue award, which is the highest award for work in

20   corrosion science leading to standardization development.  It

21   doesn't mean I developed all the standards, but it means I did

22   some of the work that leads to the standards.

23   **Q.**    What work have you done for the United States in terms of

24   researching corrosion issues faced today?

25   **A.**    A professor's job is kind of funny because you teach in

1    the classroom.  You do research and you try to do a lot of

2    citizenship and service, both in your field and outside of your

3    field.  Some of it involves being called to national duty when

4    you are asked to -- and a couple of those include advisory

5    boards and nuclear waste repository, the federal waste

6    repository at -- proposed at Yucca Mountain.

7              You know, one of the ones here was the *Columbia*

8    Accident Investigation Board for the *Columbia* accident, which

9    all of you are aware of what happened to it upon reentry.

10   There was a concern that one of the alternate mechanisms for

11   failure was the corrosion mechanism, and so they asked me to

12   look into the possibility that that was the cause of the

13   *Columbia* accident.

14   **Q.**   Did you accept that assignment?

15   **A.**   Yes, I did.

16   **Q.**   And you were recognized for your accomplishments there and

17   your contribution --

18   **A.**   Yes.  By Admiral Gehman, who headed up that commission,

19   and you can see there.

20   **Q.**   Again, selecting just one or perhaps two real-world

21   examples of relevant investigations that you have done in the

22   past.

23   **A.**   I can't -- I won't go over the list and bore everybody,

24   but as a metals specialist, you get involved in a lot of issues

25   with materials corrosion that are from a diverse set of

1   situations.

2          The one at the bottom I think is interesting because

3   there's a chance of -- you know, all of you are aware of the

4   problems with stainless-steel surfaces in hospital, that

5   E. coli and strep and rhino virus and things of this nature,

6   and H1N1, that are on stainless-steel surfaces.

7          Copper is interesting because copper offers the

8   possibility of antimicrobial efficacy; in other words, it can

9   kill bugs.  The problem with copper is it can tarnish in

10  certain environments.  So the focus of that by the Copper

11  Development Association is to develop copper-based alloys that

12  do not tarnish, what's called anti-tarnishing or

13  color-resistant copper-based alloys.

14  **Q.**   You were selected because of your expertise on corrosion

15  and in copper?

16  **A.**   Yes.

17  **Q.**   What's the goal of developing this particular type of

18  copper?

19  **A.**   Well, the goal is to develop a copper -- well, they clean

20  hospital surfaces every day, but the goal is to develop a

21  color-resistant or color-stable alloy that can also deliver the

22  copper ions needed to -- basically, to destroy biological life

23  forms.

24          So there are some alloys right now that are resistant

25  to even, like, the slight browning that a penny gets, a copper

1   penny gets, but those alloys don't kill.  They don't have

2   efficacy for antimicrobials.  So it's sort of having your cake

3   and eating it too.  Copper material doesn't corrode but yet, at

4   the same time, has antimicrobial capability.

5   Q.   Projections made on how many lives could be saved by that

6   type of a development?

7   A.   Well, I'm forever optimistic, but obviously you know the

8   problem with hospitals.  So it has the potential, if it was

9   wildly successful, for saving 100 million lives.

10  Q.   Finally, in terms of qualifications, what type of

11  extrapolations have you made regarding corrosion that have

12  pointed to a time frame that a particular application could be

13  expected to endure?

14  A.   You know, just -- you know some of my job experience, so I

15  just won't -- I won't try to spend a lot of time here.  But

16  when we dealt with ships, the lifetime is 25 to 40 years.  Of

17  course, the *Iowa* class battleship, as you know, during the

18  Reagan Administration -- yes, I was there at that time, and

19  they were taking it out of retirement.  So that was the 1940s

20  until the 1990s or 1980s.

21          A nuclear weapons stockpile is 15 to 30 years.  Those

22  they are not building anymore, so we need to keep the stockpile

23  viable.

24          And, you know, aging aircraft.  I don't know if any

25  of you knew, but the KC-135 refueling tank for the B-52, they

1    want to fly those for 100 years.  The KC-135, which is the

2    airborne refueling plane, was built around 1960, and they want

3    to fly those until about 2040.  So you deal -- when you are in

4    corrosion, you deal with these types of issues.

5            Probably the one thing that's the most challenging

6    one was this nuclear waste repository because there in order --

7    the main issue with the waste repository, although I know it's

8    dormant this year because of funding, as you all know, but one

9    of the main issues with the waste repository is the engineered

10   waste barrier, and corrosion is the number one issue which will

11   keep radionuclides from being -- not having corrosion will --

12   it will be what will keep the radionuclides from being

13   released.

14           And that's quite challenging because the lifetime

15   there for the half-lives of some of those radionuclides go out

16   to thousands of years.  So that's where the thousands of years

17   come from.  So you won't be able to check out your -- it's very

18   challenging, let me just leave it at that.

19           **MR. SERPE:**  Your Honor, in light of Dr. Scully's

20   testimony, we would tender Dr. Scully to the Court as an expert

21   in the fields of corrosion and metallurgy and materials

22   science.

23           **THE COURT:**  The Court will accept him as an expert

24   under 702 in the proposed areas.

25

DAILY COPY

1                        DIRECT EXAMINATION

2   BY MR. SERPE:

3   Q.   Dr. Scully, what was your assignment, as you understood

4   it, when you were contacted by the plaintiffs' steering

5   committee with respect to the Chinese drywall litigation?

6   A.   The main goal, of course, was to evaluate the impact of

7   corrosive gases from Chinese drywall on materials, metals in

8   homes.

9   Q.   Dr. Scully, I know we are both trying to move this

10  information along.  I think you're doing fine, but if you could

11  just slow down a tad for the court reporter.

12          In order to conduct your investigation of the impact

13  of these corrosive gases, what were the elements or scope of

14  the investigation that you performed?

15  A.   As you can see on the overhead, there were six things and

16  then a summary.  Two are linked, the upper left-hand corner and

17  the bottom, were to look at the corrosion of some mechanical

18  and electrical components, harvest it from Virginia Chinese

19  drywall homes, I will call it, or homes that are positive for

20  Chinese drywall, compare those to Virginia homes that did not

21  have Chinese drywall -- I call those controls.

22          And then the other parts of it were to look at the

23  corrosion literature on the subject of the gases that might be

24  present, review all the other evaluations from other

25  investigators, regardless of who it was, whether it was

1   plaintiff or whether it was defendant.  And, of course, we

2   wanted to review any of the state, any government information.

3   That are couple of government agencies that did reports.  Then

4   we wanted to look at the standards for classifying the

5   corrosivity of an indoor environment.  And then taking all that

6   information together, integrating the whole thing, considering

7   everything together, try to estimate the likelihood of risk of

8   electrical failures due to corrosion.

9   **Q.**   Dr. Scully, this last point here, classifying the

10  corrosivity of the Chinese drywall homes to establish a

11  classification scheme, we are going to spend some time on that

12  today, but the -- you know, following from, for example, my

13  initial instinct that this was a very dense and arcane field,

14  would you help the Court understand the importance of the

15  process of establishing a classification for the corrosivity of

16  the drywall.

17  **A.**   Well, it's important because once you establish, once --

18  if you take an environment and classify it, then that is

19  directly correlated through years of work with risk of failure.

20          So the correlated damage -- and we'll get into it,

21  talking about electrical components, what kind of damage that

22  would be, but that's been -- it's not an indirect correlation.

23  It's a direct link with performance of materials that's been

24  made.

25          These standards have started over the years and,

1    really, in the 1930s was switching gear when telephones first

2    came out.  People started working towards all the information

3    that came into developing these standards.  Some of the

4    standards weren't written -- and they are living documents;

5    they're still being written.  But some of the standards weren't

6    written until more recently, and we'll talk about that.

7    Q.   Let's take a look at some of the investigation.  What was

8    the first step or the first thing you did in terms of the

9    investigation for this case?

10   A.   The first thing I wanted to do was, of course, to look at

11   the components that had been harvested from a Virginia home

12   with Chinese drywall, and the first thing that we looked at, as

13   you can see here, was called SLH27, was the labeling system for

14   that, was of the Heischober home in Virginia Beach.

15   Q.   What sort of steps were taken with respect to the

16   investigation of this particular air conditioner coil which

17   came out of the Heischober home?

18   A.   Well, first what we wanted to do, of course, was ascertain

19   where it had been and how old it was.  My understanding was

20   that this unit was installed and serviced around 8-15-2008 and

21   was removed in August of 2009, so it was about one year in

22   service.  We also documented where it was stored before we got

23   it last December.

24           Then to do a materials characterization like I have

25   done so many times, you take something and photograph it.  You,

1   of course, document it.  It's stored of course, in a benign

2   environment.  Then we began our overview, looking at the

3   components here.  Then we document, as the blue lines indicate,

4   where we are going to cut.  We cut and do a microscopic

5   examination.

6          Our mantra is to really understand metal-degradation

7   processes.  Whether it's corrosion or cracking, we need to do

8   this micro -- get in there and do this microscopic, detailed

9   evaluation by several techniques.

10          Here you can see where we cut components, and what

11   you see is the blackened surface on the outside.  Then, if you

12   look at these bright copper surfaces, those are the inside of

13   the components.  Whereas the manifold here and the subpipes

14   that are dark -- sorry the colors aren't very good -- those are

15   the exterior surfaces.  It's very striking, in fact.  The

16   interior surfaces you can see here, where I have the green

17   cursor, and then the exterior surfaces.

18          We sectioned these, as you can see, and then we are

19   going to mount them to a standard -- what's called an ASTM E3

20   metallographic preparation.  So after we have labeled them

21   all -- you can see different ones that we labeled, and we keep

22   that labeling straight and put them in different plastic bags,

23   etc.  Before I talk about the --

24   Q.   Well, let me first ask you this:  As you were cutting and

25   sectioning and you made observations with respect to the

1   surface of these copper pipes, what did you see?  What was

2   important to you about that?

3   **A.**   Well, the copper pipes on the exterior, the color is a

4   little bit better there.  It's sort of a gray-blue-black

5   appearance.  You could scrape a lot of the -- of what was on

6   the surface -- I won't even call it a corrosion product yet

7   because we do detailed examination and confirm everything we

8   see.  But you could scrape some of it off with your hand.  It

9   was very loose in adhering.

10          If you take the inside surfaces, for instance, the

11  bright copper appearance here, or even if you take a penny or

12  some of these anti-tarnishing alloys, you can scrape it with

13  your fingernail.  It has a very compact, thin, oxide film.

14  Just to use an analogy, for a stainless-steel sink, you know,

15  you can't see the oxide film on a stainless-steel sink.  If you

16  scrape it with your fingernail, nothing comes off.

17          So the first thing was this porous, friable, kind of

18  cracked nature of this black exterior film that we wanted to

19  look at in detail microscopically.

20  **Q.**   Doctor, the word *corrosion* has been thrown around loosely

21  here today, but let's get a precise definition from you.  What

22  is corrosion?

23  **A.**   I think we need to go to this ASTM standard, and I want to

24  say a few more things about it.  So this is the ASTM called, as

25  you can see, the standard terminology relating to corrosion

1    testing.  And while you're getting that up, I'll start

2    describing what it is.

3         Corrosion is the chemical or electrochemical reaction

4    between a material -- usually a metal -- and its environment

5    that produces deterioration of the material and its properties.

6         And I want to say something else.  What you're

7    doing -- think of it this way -- you are taking the material

8    and you're converting it into a corrosion product or it's

9    dissolved right into the aqueous solution.  It's gone.  It's

10   dissolved.

11        All right.  So that reaction has two consequences.

12   Well, they're could be some other modes, or it could even be

13   cracking, but not in this instance.  You either convert the

14   metal from -- it's functioning metal, I'm going to call it --

15   to a corrosion product; or you just dissolve it away, and it's

16   eaten away.

17   Q.   Have we got some photographs to illustrate this?

18   A.   Sure.  So this is one of the subtubes from the SLH27 HVAC

19   evaporator coil.  This was exposed in a home with Chinese

20   drywall in Virginia for about a year, as I mentioned.  What

21   you're seeing here is a metallurgical cross-section.

22        So what this is -- let me try to orient everyone,

23   make sure we are on the same page.  This was the original

24   surface of the tube out here.  We are taking a slice.  If you

25   can imagine slicing through a cake and looking at the side of

1    the cake, you get to see the icing on top, and you get to see

2    in cross-section this surface.

3            This is the copper metal down here, and this material

4    here is the corrosion product.  That's the black material that

5    we observed before that we want to look at microscopically.  So

6    I hope everyone can see that what the cross-section gives

7    you -- it's like cross-sectioning in biology; although when we

8    do it in materials science, we have to us an opaque microscope

9    so the light's reflected back or the electron signal comes

10   back.  It's not a transmission microscope like you use in

11   biology.

12           When you blow that up, what you can see is this was

13   the original copper metal, and this is the corrosion product on

14   top of it.  That was the black-gray corrosion product that you

15   would see when you looked at this visually, only now we are

16   looking at microscopic -- at high magnification.

17   Q.   Dr. Scully, the term *cracking* was used in your report and

18   some of this literature.  Do we see any cracking concepts here

19   on this particular slide?

20   A.   What you see is this is the metal, and then this is the

21   mounting material that we mount it in, which is an innocuous

22   mounting material.  It doesn't have any sulfur in it, for

23   instance.  And this is -- this is the corrosion product, and

24   then here are the cracks in the corrosion product.

25           You can see this is cracked all the way along this

1    interface.  It's not very -- as I said, it -- if you looked at

2    a passive film on copper, the bright red, shiny copper, you

3    would hardly even notice -- you wouldn't be able to see where

4    that interface was.  Then, like I said, scratch your kitchen

5    sink or your copper penny.  In this case, you could scratch it

6    off with your fingers, as you recall me saying.

7             Now, you can see this submicroscopically how this has

8    cracks.  It's kind of fractured.  I use the word *spall*

9    sometimes too.  Sometimes we will see some stuff that looks

10   porous.  I'll describe that for you in a minute.

11   **Q.**   Dr. Scully --

12   **A.**   Can you go back just one -- oh, I'm sorry.  Go ahead.

13   It's your question.  I just wanted to point out what this was.

14   **Q.**   Yes.

15   **A.**   So we looked at this surface.  Again, this is the top

16   surface.  This is the copper metal.  There's a pit into this

17   surface.  This pit's about 30 micrometers deep, which is

18   greater than the tolerance for this tube.

19            I want to mention, by the way, that this tube is

20   pretty thin.  I'll bring this up again.  This tube, just to

21   reference you -- you can look at the specs for each

22   manufacturer, like Ruud or Trane or Carrier, but the thickness

23   of this tube is less than a millimeter.  It's about that

24   amount.  It's about a 32nd of an inch.  All of you are familiar

25   with rulers, what a 16th of an inch is.  So this pit's about 30

1  microns.   The tolerance for that is less -- is less than that.

2        And then we can deal with chemical analysis of this.

3  So this is taken into a scanning electron microscope -- and I'm

4  sorry you can't see the micron marker very well, but this is

5  our scanning electron microscope.   That is because electrons

6  can see smaller than we -- can focus better than we can

7  optically.   That's a two-sentence lecture on electron

8  microscopes.

9        And then what we see when we do chemical analysis, we

10  see:  Carbon, which is sort of dark carbon you see on most

11  things; oxygen; copper; and sulfur.   So we see a sulfur peak

12  there.   This particular peak, you have plenty of cases on the

13  surface, which you will see in a minute, but this is inside

14  this pit.   This is a corrosion pit.

15  **Q.**   What's the importance to you of seeing both copper and

16  sulfur in these peaks on this test?

17  **A.**   Well, that indicates we think this is copper and a copper

18  sulfide or a copper sulfur type corrosion product as opposed to

19  a case where you don't have any sulfur around, you only see

20  copper and oxygen.

21  **Q.**   Through additional testing that was performed, were you

22  able to confirm that the material on the top was, in fact,

23  copper sulfide?

24  **A.**   We did.   In addition to this analysis, which tells you the

25  chemical identity, we did what's called X-ray diffraction, and

1    the X-ray diffraction indicates crystallographically the

2    structure falls into a structure of certain copper sulfides,

3    and there are different ones.  There are quite a number of

4    copper sulfides.  We see mainly what's a copper 9, sulfur 5.

5    **Q.**    So what's the importance of a copper pipe or copper wire

6    that's being eaten away and it's turning into copper sulfide?

7    What can you learn from the observation of copper sulfide?

8    **A.**    Well, it's not protected, and that's one of the key

9    concerns here.  Copper is -- we teach these things that I won't

10   get into called potential pH diagrams, but copper is very

11   stable in aqueous environment.  Of course, a thin copper film,

12   the film stops growing and it's very stable.

13          So it's happier as a copper sulfide.  It's kind of

14   like mineralogy, happier as a copper sulfide than as solid

15   copper.  And so it's very -- it's turned from, say, practical

16   gold into a much more vulnerable metal when it forms a copper

17   sulfide.  So that's sort of -- from a corrosion metallurgy

18   standpoint, that's a bad indication.

19   **Q.**    What conclusion do you draw about the type of sulfur that

20   is conducting this type of corrosion?

21   **A.**    Well, usually, that kind of -- when you get a copper

22   sulfide, the big thing -- and it's been seen industrial in a

23   number of places, but the big thing is it's reduced --

24   elemental reduced sulfur gases.

25          So, you know, one of the concerns is that, when you

DAILY COPY

1   see something like that, you're starting with the material.

2   You let the material tell you what the story is.  I'm not

3   making any speculations here.  You can see it's copper sulfide.

4   One of the things that will do that are these reactive sulfur

5   gases, as you see here.

6           This is a little partial list of some of the sulfide

7   gases, but one of the main ones is hydrogen sulfide, and this

8   is carbonyl sulfide, carbon disulfide, and then elemental

9   sulfur can also do this, if you have elemental sulfur.

10  **Q.**   Would it be appropriate to refer to those first three as a

11  *reactive sulfur gas*?

12  **A.**   Yes.

13  **Q.**   And what does that term mean?

14  **A.**   Well, those sulfur gases -- first, the hydrogen sulfide,

15  you rarely get the sulfide ion, which is what people call the

16  reduced sulfide species.  And then you can also get them in

17  certain circumstances like water from this carbonyl sulfide.

18  They're sort of free radicals that can react with various

19  metals.

20  **Q.**   Dr. Scully, in addition to your work, you reviewed the

21  work of other investigators in this case?

22  **A.**   Yes.

23  **Q.**   You saw the work of Dr. Streit, whose deposition will be

24  presented to the Court.  She reported finding copper -- I'm

25  sorry, carbon disulfide, did she not?

1   **A.**   Yes.  Well, she -- it was a number of carbonyl sulfide.

2   **Q.**   Carbonyl sulfide.

3   **A.**   Yes.

4   **Q.**   COS?

5   **A.**   Carbonyl sulfide is COS.  Carbon disulfide is $CS_2$.

6   **Q.**   $CS_2$.  Both have been reported in Chinese drywall?

7   **A.**   Yes.

8   **Q.**   As has hydrogen sulfide?

9   **A.**   Yes.

10  **Q.**   So --

11  **A.**   In those reports.

12  **Q.**   -- from the reports of the investigators and the

13  government and other investigators in this case, each of these

14  three reactive sulfur gases has been found to be off-gassing

15  from Chinese drywall?

16  **A.**   Yes.

17  **Q.**   Have you seen --

18  **A.**   From the reports that I have read.

19  **Q.**   Have you seen data that elemental sulfur is also contained

20  in and available to be released from Chinese drywall reactive

21  substances?

22  **A.**   I've seen reports that detect elemental sulfur.  And then

23  from my own work and the work in my field, I know that

24  elemental sulfur is very volatile.

25  **Q.**   Obviously, this chart is indicating that both copper and

1   silver are vulnerable to this full sweep of the sulfur,

2   offending sulfur substances?

3   A.   Yes.   It's mainly when you get the sulfur of the sulfide,

4   but copper and silver are both very vulnerable.   It's

5   interesting because copper and silver are very

6   corrosion-resistant materials, but they happen to be very

7   vulnerable.   This is like their Achilles' heel.

8          There are other -- not that gold is -- there are

9   other -- I can tell you, for gold, you actually have some

10   things that you can make gold corrode.   But this in particular,

11   for copper and sulfur, it just so happens they are very

12   corrosive agents.

13   Q.   This would be the Kryptonite for copper.

14          The footnote at the bottom, "more corrosion with

15   increased temperature and humidity," can you walk us through

16   that a little bit, please.

17   A.   Temperature, particularly for copper, it's very much a

18   function of humidity, less so for silver.   It seems that the

19   literature reports that silver is less of a function of

20   humidity.   Copper is independent of humidity.   In other words,

21   copper is very susceptible to humidity.

22          Temperature usually raises corrosion rates.   You have

23   to be careful here because if the temperature is so high that

24   it dries off the surface, so it actually lowers the humidity,

25   then temperature can be beneficial and -- but I don't want to

1    confuse.  I just want to say that normally processes,

2    electrochemical processes, are accelerated by temperature.

3    There are rate processes that go faster if you raise the

4    temperature.

5    **Q.**   Humidity, can you give us an idea of, as humidity

6    increases, how dramatically that can increase the corrosive

7    nature of these gases on copper.

8    **A.**   Well, humidity, you know, has an effect overall on

9    corrosion.  Humidity, I mean, the water -- carbonyl sulfide can

10   hydrolyze in water.  That's a chemical reaction that reduces

11   the sulfide.  And so, you know, water is a key agent, and a lot

12   of surfaces -- you know, typically above a certain percent

13   relative humidity, it really depends on the conditions -- have

14   water on the surfaces.

15           Also, I want to mention that there are sort of

16   additive or synergistic effects with mixed gases, mixed flowing

17   gases, including some stuff that isn't listed, that can kind of

18   make a cocktail that can be corrosive.  It may not always be,

19   but in some cases, it can be very corrosive.

20   **Q.**   *Synergistic*, help us understand.  What does this word

21   mean?

22   **A.**   What *synergistic* is meant to mean is for -- if you take

23   gas A, B, and C and add them together, it's not just the added

24   effect of A, B, C.  *Synergistic* anything is that it's greater

25   than the sum of its individual parts.

1   Q.   You mentioned a minute ago that a moisture on a particular

2   copper surface -- Jerry Smith told us a minute ago that this

3   line set was a copper pipe that, even with that ArmorFlex, has

4   condensation on it.  Is that the sort of environment that would

5   be particularly vulnerable to a corrosive agent like this?

6   A.   Yes.  What you worry about -- I mean, with -- what you

7   worry about with copper and silver is you worry about getting

8   some condensation or hydroscopic salts.  So you don't need a

9   bucket of water.

10         You know, you worry about, like, in the line set

11  example, that this is the sweaty glass of iced tea that you

12  have on the table in the summertime.  You condense water when

13  the temperature of the surface is below the dewpoint.  And

14  that's what happens with those line sets and on the HVAC

15  evaporator coils.

16         The people from Trane or whatnot would tell you they

17  stay wet -- it depends on how the air conditioner runs, but

18  they stay wet a lot of the time in hot, humid Virginia in the

19  summer.  Even in Charlottesville.  So those surfaces get wet,

20  and wet -- when you have wet surface with sulfide and oxygen,

21  then the reactions can run fast.

22  Q.   This sort of corrosion eating the copper pipes and turning

23  it into copper sulfide that we saw a minute ago?

24  A.   Right.  It's converting it into copper sulfide, and that

25  is what's happening in the corrosion process.

1   **Q.**   Dr. Scully, I want to set up a dichotomy or ask you about

2   two different particular views of a corrosive environment:

3   One, by looking at the environment and measuring the air,

4   trying to determine what's there; versus number two, looking at

5   items that are there in the environment and studying them.

6   Would you help the Court understand, in the field of corrosion

7   science and investigation, the relative roles of studying the

8   air versus studying direct measurements and observations of

9   corroded objects.

10  **A.**   Well, people look at both.  I mean, there are people that

11  look at the corrosive gases in the environment.

12          The trouble with corrosion is -- and as I said, it's

13  not just the synergistic effects, but even if you have a

14  mixture -- is that often the characterization of the

15  environment alone is missing something.  There's either

16  something that you are not able to measure or not able to

17  measure accurately enough; or the measurement device only

18  measures an integrated sum, like a dosimeter that you come back

19  a month later and measure what it is.

20          And it might be that a transient increase is what

21  triggers corrosion and so the -- and so you can't pick up all

22  the transients and so -- and then you might be missing some

23  crucial ingredient like the humidity.  So some people advocate

24  sampling the gases, but the most direct evidence which

25  integrates all those effects into one is a material itself.

1           And then, of course, the gold standard would be the
2    component itself.  So if you can look at corrosion on the
3    component of the material, what else can be more direct than
4    that?
5    **Q.**   When it comes to looking at the corrosion on the material,
6    is the gold-standard method for looking at the material itself
7    the cross-sectional study we saw earlier?
8    **A.**   Yes.  Cross-sectional -- there are a variety of ways that
9    people study surfaces, but what's nice about cross-sectioning
10   is that it's very noncontroversial.  It's not prone to error.
11   You can do different things, and people can debate the
12   technique.  But, you know, if you -- just like when you slice
13   your cake, you can tell what the icing thickness is.
14           So, I mean, it's not -- it's covered by ASTM
15   procedures, and it's a tried and true method.  People have used
16   it for a long time.
17   **Q.**   Let's talk about looking at the layer of icing on some of
18   these objects.  Is this an example of a measurement of the
19   thickness that you conducted at the University of Virginia?
20   **A.**   Yes.  What we did is this is -- this is back to SLH27,
21   which is the first HVAC unit that we looked at, and that's just
22   an overview, just to remind you, in the upper right, of the
23   HVAC unit before we cut some of these copper tubes here.
24           And then what we do is we take this tube.  You can
25   see this.  It's a little dark.  That's the tube mounted

1  metallographically.  So that's covered by an ASTM procedure.
2  Very routine.  And then what we can do is we can polish this
3  and look at high magnification and look at that corrosion
4  product on that surface.
5           So just to orient you, this is the outside of the
6  tube, and you see the interior of the tube in the middle there.
7  **Q.**   What are we looking at here?
8  **A.**   So what we are looking at here is the copper metal.  The
9  black is the mounting material.  That's an epoxy that we mount.
10 That's the copper.  So this is a cross-section.
11          The tube comes down like this, and we are looking at
12 a small part of it.  And then you can see this corrosion
13 product on the surface here, and then the red arrows indicate
14 how thick it is.  It's about, well, 1.4 to 2.6 micrometers
15 thick.
16 **Q.**   What was the importance to you of seeing things in the
17 tube micron thickness as corrosion product on these pipes?
18 **A.**   Well, later on we are going to talk about that, but
19 that's -- this is a significant corrosion product, especially
20 if you find out that the identity is this copper sulfide.  You
21 can start to compare this to the standards that rate corrosion
22 classifications, how corrosive an indoor environment is based
23 on the thickness of these films.  So the thickness of these
24 films is a fairly important thing to do.  This method is really
25 noncontroversial.

1    **Q.**   So when we talked earlier, in the beginning of your

2    investigation, where I isolated that corner, we are heading in

3    the direction, ultimately, of drawing conclusions about the

4    environment.  Measuring these thicknesses is an important

5    aspect of that, being able to do those classifications?

6    **A.**   Yes.  And that's direct evidence or a component, and we

7    are going to -- we are going to relate that to the -- try to

8    ascertain what the corrosivity of the environment is.

9    **Q.**   In addition to thicknesses, did you look for pits on the

10   copper pipes from the Heischober's air conditioners?

11   **A.**   We did.  We found some pits.  And again, in the

12   cross-sectioning, the same sort of thing that we talked about

13   before.  This is the mounting, this is the copper, this is the

14   surface with the corrosion product, and this is the pit

15   30-micron deep.  We also looked inside this pit, as I mentioned

16   a minute ago, and saw the sulfur was detected.

17          So when this -- this HVAC evaporator coil gets wet,

18   and there's a transition from surface corrosion product

19   formation, there's a transition in corrosion mode, if you will,

20   into a pitting-type phenomena, which is a severe form of

21   localized corrosion.

22          Why that's significant, again, is each -- remember

23   what I said about the tube thickness, a 32nd of an inch.  And

24   corrosion that's pitting is a very localized corrosion confined

25   to a corner, as you can see here, and so that can penetrate

1   down through this material.

2   **Q.**   All right.  So here we are looking at an indication of

3   30 microns in depth.  Were all the pits that you saw the same

4   depth on this evaporator coil?

5   **A.**   No.  I mean, well, there's pitting.  Because pits initiate

6   at slightly different times and they grow at slightly different

7   rates, when you have surfaces that are pitted, there's a

8   distribution of pit sizes and pit depths that you get on any

9   material I have ever looked at.

10  **Q.**   Does this particular ASTM talk to or speak to this concept

11  of distribution of pit depths?

12  **A.**   Yes.  And I want to point this out that this is called

13  a -- okay.  This is ASTM G46, Standard Guide for Examination

14  and Evaluation of Pitting Corrosion.  I just want to point out

15  to the Court that nobody is trying to be unfair here about pit

16  depths.  Everybody recognizes you get -- because pits

17  initiate -- they all don't start at the same time or at the

18  same rates that you get this distribution of pit sizes.  And

19  people deal with that, engineers deal with that, all the time.

20          And this section, 6.4.3.3, talks about -- I'm sorry.

21  That's -- I'm not sure that's the right one.  It's the one

22  above that.

23  **Q.**   Above it?

24  **A.**   Right where you were.  Thank you.

25          So there's a dependence of pit size on the area

1    that's used to do the analysis.  You know, picture this.  Just
2    to make it simple for the Court, if I had pits this far apart
3    and I sectioned a very small area this big, I wouldn't see any
4    pits.  All right?  So the bigger the area that you section, the
5    more you have a chance of seeing what this distribution really
6    is.  And that's been codified, as you can see, in this
7    standard, where they say that in some analyses.
8            Now, remember there's many linear feet of these
9    evaporator coils and these line sets, etc., and wiring; but if
10   you would evaluate more and more and more area, and the
11   conditions were substantially similar, that is, if you had some
12   moisture and some sulfur, then this analysis tells you -- in
13   fact, they even give equations for getting -- for predicting
14   that you would get bigger pits.
15   **Q.**   Do they tell you where you would see it on the extreme
16   based upon these formulas?
17   **A.**   Yeah, and that's the thing.  So once you get a
18   distribution of pits, it's sort of like -- picture, like, a
19   Gaussian distribution, like your bell-shaped curve.  You have
20   an average-sized pit, you have a couple of large ones, a couple
21   of small ones, and that's where people start using statistics
22   to look at pit size.
23           From that kind of analysis, you can predict that
24   probably the pit that you sectioned -- it would be very
25   unreasonable to assume -- back to your pit that we looked at,

1   it's kind of unreasonable to assume that the first pit that you

2   find is the biggest pit.  All right?  What's the chance of

3   that?  The chance of that is actually pretty rare.  So the pit

4   that you find is somewhere on that bell curve.

5   **Q.**   So what's the significance of seeing an average-sized pit

6   and we having more extreme values with much larger pits in that

7   distribution?

8   **A.**   You can do a rigorous -- instead of just saying, "Oh,

9   well, there's a pit two miles long," you can do a rigorous

10   analysis that there's likelihood of bigger pits.  So that's the

11   kind of analysis done, but rigorous statistics are done to look

12   at deeper pits.

13   **Q.**   All right.  So --

14   **A.**   It's very highly likely that there are deeper pits than

15   the few that we saw on this first analysis.

16   **Q.**   So in trying to get my arms around this concept, for me

17   the visualization of a salami going through a meat slicer was

18   helpful.  If you sliced it thin enough and looked on the

19   surface for the depth of the pit, the depths of the pit could

20   vary over the length of the salami.  Would that be a fair

21   statement?

22   **A.**   That's a fair statement.  So picture a distribution of

23   pits, and then you view your slices.  If you had only a very

24   small section, you might only get one pit, and it's very -- not

25   likely that that's the biggest pit.

1    Q.    Why are deeper pits more important than less shallow pits
2    when it comes to copper pipes like this?
3    A.    Well, in a situation like this, you're comparing the pit
4    depth to the component dimensions.  And so in every type of
5    analysis you can do, you're looking at a pit depth, A, above --
6    you know, beyond the surface roughness, beyond the tolerance of
7    the material.  Because we're not going to focus on the little
8    1-micron pits and make a big deal out of it, and you're going
9    to compare it to the size of the wall.
10          And I've pointed out already that the wall thickness
11   is very small.  If you like metric units -- around a 32nd of an
12   inch.  If you think in metric units, around a millimeter, the
13   thickness of these.
14   Q.    Have other investigators discussed the pits that they have
15   observed when looking at HVAC pipes in the Chinese drywall
16   environment?
17   A.    Yeah.  A number of investigators have looked besides the
18   work that we did at UVA, and this one is from Freeman, and also
19   Krantz has done some work.
20          And this particular case shows a pit here.  And
21   again, this is the mounting material on the block.  This is the
22   copper here.  The pit you can see in this image here.  Just
23   very briefly, this is the sulfur peak.  They also did something
24   along the lines of what we did, found sulfur in the peak.
25   These other peaks are for copper.

1          Then I just want to point out here this peak is about
2    50 micrometers deep.  That's a 50-micron bar here.  That bar is
3    about 50 microns.  So if you line that up, if you take that
4    over there, then that's about 50 microns deep.
5          This far, I know you can't see it -- and I apologize
6    for how blurry it is -- but that's a 200-micron marker bar.
7    What microscopies do is you might -- you might think about
8    hearing about things in magnifications, but because we can put
9    stuff on screens and print stuff on different size paper, you
10   don't actually use magnifications.  We actually use micron
11   marker bars because that gets stretched as the image gets
12   stretched and reprocessed.  There's no error here.
13         You can see here that this particular tube is only
14   about 500 micrometers thick.  All right?  So that's only
15   about -- from the outside to the inside is about 500 microns,
16   and then that gets about 50 microns.  So that's about
17   one-tenth.
18         **THE COURT:**  Why are some pits deeper than other pits
19   if they are all exposed to the same gases?
20         **THE WITNESS:**  Because, as I said, they don't start --
21   picture a nucleation phenomena, but they don't start at the
22   same point in time.  There's an incubation time, particularly
23   in this tarnishing process.  There's an incubation time in all
24   pitting process.  So one starts at this point in time and
25   grows, and one starts at this point in time, and one starts

1  right before a section.  So that's a really little pit, and

2  then you've got a couple of really big pits.

3            **THE COURT:**  If you remove the gas from the pit, once

4  they start, do they still keep going or do they stop?

5            **THE WITNESS:**  Well, we are going to talk about that

6  later, you know, the pros and cons of that.  That's certainly a

7  question.

8            **MR. SERPE:**  With the Court's indulgence, can I hold

9  off on that area of inquiry?

10            **THE COURT:**  Yes.

11  **BY MR. SERPE:**

12  **Q.**   Is the biggest pit the weakest link in the chain?

13  **A.**   Well, in the case of this application where you are going

14  to leak and then you're going to lose pressure, so this

15  particular application, the function is the containment of

16  freon, although I'm not -- so, in this case, the deepest pit is

17  the one that you're worried about, not the shallowest pit or

18  not averaging the pits together.

19            That's why the ASTM standard covers this extreme

20  guide notion, because you're not interested in the average pit

21  depth and you're not interested in the most shallow pit.  In

22  this case, you're interested in the deepest pit because that

23  can produce the leak.

24  **Q.**   And speaking of producing a leak, did you review work by

25  Mr. Krantz with respect to his investigation of air-conditioner

1   coils?

2   **A.**   Mr. Krantz works for a company called CTL, or Corrosion

3   Testing Lab, and they issued several reports.  As I mentioned,

4   as the scope of my work, I reviewed the literature and reviewed

5   all the reports that I could from any party, and this is the --

6   his work, again, it's an HVAC coil.  It's from a Virginia home,

7   not the coil that I looked at.

8           If you look at this picture here, we can just see

9   that there is -- this is where -- this sort of nipple comes

10  out, this is the manifold copper.  The manifold comes out.

11  It's copper.  Then the subtube that comes off here is braised

12  onto this, and so this is a braised joint.  You can see a

13  little bit of the joint there and then this is -- they did a

14  pressure test with bubbles and they found -- a soap test, and

15  they found a leak at this site.

16          And this is the good way to do cross-sectional

17  analysis, is a cross-section of that and look at what happened

18  at that site.  So that's a direct examination of a component

19  that failed.

20  **Q.**   Did he also cross-section it to look at it?

21  **A.**   I'm sorry.  Yes, that's what I was trying to indicate by

22  waving my green light-stick here was that they

23  cross-sectioned -- you're looking at a cross-section like I did

24  in green, so that's kind of this way, and now you can see the

25  components of this tube.  So this part caught up, comes up

1    here.
2             And this braised material -- the two braised
3    materials that are typically used in this industry, one is a
4    copper phosphorus braise, one is a silver -- it's a pretty
5    complex silver braise.  But then you remember we talked about
6    the gases that -- copper and silver, in particular, are
7    susceptible to sulfides.
8             So then you can see -- perhaps we could blow this up
9    so we look at -- well, there's another one.  I don't know if
10   you want to look at that one or the other one.  Either one.
11   Maybe we should look at the top for a second.
12            So here you see the tarnish.  That's the copper
13   sulfide.  And then we have some corrosion here, and the
14   corrosion is going along this interface.
15            These bubbles are not corrosion, actually.  This is
16   the mount.  This is the copper.  This is the braise in gray.
17   This is corrosion penetrating along here.  This is corrosion
18   product.  It's lifted up there, and you can see there it's kind
19   of cracked or spalled.
20            The porosity here is not corrosion product.  What
21   happens is that to -- they add -- I won't give you a metallurgy
22   lecture, but they add a melting point depressant to the braise,
23   and that comes out in gas form and make these little bubbles.
24            So the corrosion is here, and you can see this leaks.
25   But why that leaked -- because that goes all the way through to

1   the inside.

2   **Q.**   All right.  So we have been looking at air-conditioner

3   coils from coils that came out of these families' houses, but

4   the Michauxes and the McKellars have a neighbor who also

5   donated a control coil.  Why was that important?

6   **A.**   Well, whenever I do an investigation of corrosion, I have

7   to look at controls, control materials.  I look at materials

8   that were in a house and -- with no Chinese drywall as well as

9   a store-bought -- what I call a store-bought or a brand-new

10  component.  So in just about any investigation that I proceeded

11  in, I want to look at what the control -- what we call the

12  control, what that's -- even in the Space Shuttle *Columbia*, we

13  got information on other orbiters that did not --

14          So we always do that.  We always want to look and

15  say:  What's different?  What's the same?  Is this typical?

16  You know, to be fair, is this a typical corrosion pattern that

17  you just see on all evaporator coils, you know, whether in a

18  Chinese drywall home or not?

19          So that's how we do it.  So we do the same

20  cross-sectioning analysis, try to be as rigorous as we can.

21  **Q.**   And you did that on a coil that came from the Sullivan

22  house?

23  **A.**   Yes.  We received a coil from the Sullivan home, which is

24  shown here.  The Sullivan home did not have Chinese drywall.

25  And you can see that this has got the evaporator coils here and

1   then this similar type of manifold type of thing.

2           And we did sectioning.  We labeled these.  We bag

3   them.  Of course, they keep it separate from our coil from a

4   Chinese drywall home.  In fact, we kept it in separate rooms.

5   Then we sectioned these and did similar type of analysis.

6   Q.   So what's the patina that we are seeing in the bottom

7   right corner here?  Was that determined, what this particular

8   patina was here?

9   A.   We did.  We looked at that.  In fact, we looked at some of

10  the worst spots, as you will see in a minute.  But this has the

11  copperish appearance, not the black-blue-gray appearance.

12          And then we have this greenish -- a corrosion product

13  without sulfur for copper.  This is a very wet device.  We have

14  talked about how there's a lot of condensation on this.  And so

15  it is a very corrosive situation, but you form this green

16  corrosion product.

17  Q.   Was that this loose black nodular corrosion that you saw

18  on the Chinese drywall houses?

19  A.   No.  It's different.  We looked at that microscopically.

20  Q.   Are we going to see a microscopic image here?

21  A.   Let' see.

22  Q.   This is, once again, what you observed when looking at the

23  Heischober's coils, is the familiar 30-micron pit?

24  A.   That's SLH27 with the Chinese drywall.

25  Q.   Let's take a look at the cross-sectioning.

1    A.    Blow up the top just for a second so everyone in the court
2    can see.
3    Q.    This far, or do you want to go down --
4    A.    Do the next -- do them all together, those three, yes.
5    Q.    All right.
6    A.    So you can see this is not corrosion-free, and we look at
7    this.  This has got this green corrosion product, and there are
8    a lot of -- you know, roofing material gets this green patina.
9         I mean -- and not to go the mineralogy route, but
10   these are typically bronchantite, malachite, atacamite.  They
11   form these mineral scales, and some people think they are very
12   decorative for roofs.  It is corrosion, though.  If you go to
13   the cross-section, we'll see that.
14        You can blow that up with a -- thank you.  Right.
15        So here we see the scale is pretty thick, actually.
16   And one of the reasons for that is the atacamite is a -- has a
17   very low density.  So when you get any corrosion at all, you
18   get a thick scale, but the surface here is very smooth.  This
19   is, again, the mounting material up here.  This is green scale
20   you were looking at before from the top, and this is the
21   copper.  Very smooth interface, no pitting here.
22        And if you look at this scale, there's -- that's
23   silicon.  There's no sulfide in this.  That's copper, carbon,
24   oxygen, and so that's consistent with my argument that this is
25   malachite.  Malachite is a copper carbonate type of film.

1    That's what you see on roofs of houses with copper.

2    **Q.**   Did you observe the fitting on the Sullivans' coil?

3    **A.**   No.  As you can see that we see a very smooth interface,

4    not even little pits.  You know, back to our statistical

5    argument, we don't see little pits.

6    **Q.**   Dr. Scully, I want to leave the HVAC systems behind and

7    turn the attention to the wires that were in the home and ask

8    you if you also had the opportunity to consider investigation

9    that's been done in the field of Chinese drywall homes but with

10   respect to wires.

11   **A.**   Yes.

12   **Q.**   Did you find a publication from Sandia National

13   Laboratories?

14   **A.**   Yes.  As I mentioned in my opening, we looked at

15   everyone's reports, including three different government

16   laboratories that did reports:  The Consumer Products

17   Protection Agency; Sandia National Labs; and some work was also

18   done by NIST, which is National Institute -- sorry for all the

19   acronyms.  It's National Institute of Standards and Technology.

20   **Q.**   Let's talk a little more about Sandia.  We saw it listed

21   as one of the locations as part of your professional tenures,

22   but would you explain to the Court the nature of Sandia's

23   mission and what's going on there.

24   **A.**   Well, Sandia National Labs was a part of the Manhattan

25   Project that started in the 1940s.  It's a Department of Energy

1    laboratory, and it's responsible for a lot of things today, but

2    its historical mission was for the nuclear stockpile and the

3    reliability of the nuclear stockpile.  And that's where I

4    worked, in Albuquerque, New Mexico.

5    **Q.**   Would it be a fair statement that it's one of the most

6    premier scientific arms of the United States government?

7    **A.**   Very tough place to get a job in engineering and very --

8    very high standards.  Really, again, they do the stockpile

9    reliability so their materials reliability people are very

10   good.  I would say the best.

11   **Q.**   Did they look at materials from the Chinese drywall

12   houses?

13   **A.**   Yes.

14   **Q.**   Did they prepare a table of the sorts of things that they

15   pulled out of those houses?

16   **A.**   Yes.  The Consumer Products Protection Agency harvested

17   something like 167 components, and they gave some to the

18   National Institute of Standards and Technology and some to

19   Sandia National Laboratories.

20         I believe that Sandia National Laboratories got 38

21   components.  I think you can see here in this list 38

22   receptacles for electrical wiring and the houses from the

23   states indicated there.  And then Sandia down-selected, and I

24   think they looked at -- of that 38, they looked at six of

25   those.

1    **Q.**   But Sandia also specifically had components that came

2    right from Chesapeake, Virginia, just up the road from these

3    families' houses.

4            Rob Sorrenson was one of the listed authors at

5    Sandia.  Do you know Dr. Sorrenson?

6    **A.**   I do.  I have known him for about 25 years.

7    **Q.**   Have you reviewed his findings with respect to the

8    investigation conducted on these electrical components?

9    **A.**   Yes.

10   **Q.**   Was the scope of the investigation published in this

11   report?

12   **A.**   Yes.

13   **Q.**   The sorts of investigations that they conducted in terms

14   of cross-sectioning, EDS, XRD, the sort of things we've been

15   talking about, was that what happened out at Sandia, as well,

16   the same sort of scientific techniques?

17   **A.**   Yes.  They used the same -- largely the same techniques

18   that we used at the University of Virginia.  They used

19   sectioning and did X-ray diffraction.

20          They happened to look at the -- like I said, the

21   receptacles that they received either from Virginia or from

22   Consumer Products.  They also looked at the plates that were a

23   part of those and the -- the little bit of -- the screws where

24   you bolt down.

25   **Q.**   The contact --

1    **A.**    Contact plates and contact screws.

2    **Q.**    They also looked at wires?

3    **A.**    They certainly looked at wires.

4    **Q.**    Let me ask you to focus on this particular diagram that

5    was done at Sandia National Laboratories and ask you if you can

6    walk through for us what the significant findings were on this

7    particular investigative technique.

8    **A.**    Well, what's interesting here -- let me orient you again

9    as to what this is.  This is like our metallographic

10   cross-section only a little bit fancier.

11            So this is the copper tubing, and this is -- the

12   copper tubing down here kind of runs along, as I show with my

13   green arrow.  This is outside of the copper wire -- excuse me,

14   not tubing.  This is outside of the copper wire, and this is

15   corrosion product at very high magnification.  You can see it

16   has this cauliflower-type appearance.

17            This is into the metal, and what they have done

18   here -- this is called a focused I-beam section.  And with a

19   focused I-beam, you can actually dig out this little trench.

20   Think of it as an atomic scale scalpel.  And so what you're

21   looking at is a cross-section into the copper wire.  This is

22   the original interface, roughly, where the copper surface was

23   originally before the corrosion, and then it corrodes, and then

24   you see corrosion down here into the copper wire and corrosion

25   product up above it.

1        So I hope everybody is oriented, but that's -- this

2   is the remaining copper wire down below here.  These little

3   features, those are the grains, what are called the

4   crystallographic grains of the copper.

5        And then this is a pit that's formed into the copper.

6   The wire is actually pitting.  In an application where it's

7   used in a receptacle, we see it pit.  And then we see this

8   corrosion product growing up here.

9   Q.   What's this term, *spongiform texture*?  What's that mean?

10  A.   Well, the original intact metal -- so we form this pit,

11  and this forms down here, and they call it a spongiform.  It's

12  basically a corrosion product.

13       This is nonload-bearing or non -- this is not

14  functional material anymore, and what has happened here is this

15  is actually -- if you look at the chemical analysis, this is

16  actually corrosion product that consists of copper and sulfur

17  and oxygen.

18       This is copper sulfide up here.  This cauliflower --

19  they use the word *cauliflower*.  You can see where we get the

20  word *nodule* comes up here, and that's all corrosion product.

21       MR. SERPE:  Your Honor, I believe I can get to an

22  excellent breaking point in about three minutes.

23       THE COURT:  That's good.

24  BY MR. SERPE:

25  Q.   Dr. Scully, I'm going to ask you to bear with me when I

1    fast-forward through some slides.  I'm not going to show them,

2    but we talked on the HVAC about thicknesses being measured on

3    the HVAC.  Did Sandia go through the process of measuring

4    thicknesses on wires and other electrical components?

5    A.    Yes, they did.  They measured thicknesses.  As you can see

6    here, there's a micron marker here.  It probably can't be read

7    very well.  That's 10 micrometers.  And so that if you put this

8    up, they had thicknesses, and they summarized up to 18, 20

9    micrometers.  On some of these -- and not just in this spot but

10   at other locations as well.  They did, like I said, about six

11   of them.

12   Q.    Not just in this spot but in other locations, did they

13   look at the depths of the pits that they were observing?

14   A.    Not so much.

15   Q.    Did they demonstrate any of the corrosion pitting of up to

16   20 microns?  I believe the reference is at page 23 of Sandia.

17   A.    Right.  They document their pits of 20-micron depth.  You

18   see that's about a 10-micron marker there, and that pit comes

19   down like this.  So it's about 20 microns in depth.  It's hard

20   to see with the shadow.

21   Q.    Let's just take a look, in summary, at what Sandia

22   National Laboratories found about wires, and then perhaps we

23   will take a break.

24   A.    Right.  The Sandia findings, in short, were that the wires

25   contained copper sulfide corrosion products.  That was the

1    cauliflower corrosion product.  The corrosion product thickness
2    is measured greater than 10 microns.  I say that.  They
3    measured up to, say, 18, 20, but they measure a lot above
4    10 microns.
5         They observed the 20 pits in wires.  They observed
6    20-micron pits.  So that's into the wire.  That's one of these
7    focused corrosion sites.
8         They also took those thicknesses on real components,
9    and they did a classification according to a classification
10   scheme that came out of Battelle that is now the basis for some
11   standards, and that's called Battelle Class III or IV, which is
12   a severely corrosive class.  To see that much tarnish, you can
13   see is a severely corrosive class according to their tarnished
14   thicknesses.
15   Q.   So this whole concept that was in that bottom corner of
16   the summary of the investigation, looking at the classes,
17   drawing conclusions from it, Sandia actually reached a
18   conclusion with respect to the classification of the corrosion
19   that they observed as well?
20   A.   Yes.  What they did is, to put that into maybe a little
21   bit more understandable form, they said we have these wires, we
22   get this tarnish that's so thick that you could never get a
23   tarnish that thick under normal circumstances.  You have to
24   have this Class III or IV environment.
25   Q.   Dr. Scully, there was some suggestion by expert reports

1    provided by intervenor Knauf in this case that you could wipe

2    away the corrosion and just clean this stuff off of copper

3    wires.  Do you believe that the wiping or cleaning of the wire

4    would be able to eliminate the copper sulfide corrosion from

5    pits in other areas of electrical wires?

6    **A.**   You can see that would be hard to do, particularly with a

7    wire.  We do a lot of polishing of metals in our laboratory,

8    mainly flat surfaces, but -- you could maybe take some of this

9    tarnish off, but to get that out of the pit, as I mentioned

10   previously, that had copper and sulfur in their chemical

11   analysis would be extremely difficult.

12            **THE COURT:**  Is this a good time?  Let's take a

13   15-minute break.

14            **THE DEPUTY CLERK:**  Everyone rise.

15            (WHEREUPON the Court took a brief recess.)

16            **THE DEPUTY CLERK:**  Everyone rise.

17            **THE COURT:**  You are still under oath.

18   **BY MR. SERPE:**

19   **Q.**   Dr. Scully, if you remove the source of the sulfur gases,

20   the Chinese drywall, from the home and leave the copper sulfide

21   on pipes and wires, would you expect the corrosion to continue?

22   Having asked you this question last night and having understood

23   that perhaps being able to use the easel board to diagram this

24   might be helpful, if it would assist you, please feel free to

25   step down.

1   A.   The answer to the question is:  There are conditions where
2   removing the -- Your Honor, the reduced sulfur gases, but
3   leaving copper sulfide on there, it's well known in the
4   literature that copper sulfide is -- it catalyzes, a key
5   electric chemical reaction in corrosion.
6           May I go to the board and show this thing?
7           **THE COURT:**  Yes.
8           **THE WITNESS:**  My first diagram is about --
9           **THE COURT:**  Talk a little louder for the court
10  reporter.
11          **THE WITNESS:**  They say I'm loud in the classroom.  I
12  could probably just speak loudly.  I'm sorry.  Can everyone
13  hear me now?
14          **THE COURT:**  Yes.
15          **THE WITNESS:**  So if we have a copper surface -- this
16  is our copper surface, say, the wire.  We have on this surface
17  copper sulfide, and that's our copper sulfide.  We have above
18  that an aqueous solution.  We get rid of the Chinese drywall,
19  so there's no more reduced sulfide joining this solution.
20              The problem is one of our key cathodic reactions
21  that accelerates copper in the presence of copper sulfide is
22  called the oxygen reduction reaction.  That reaction is
23  catalyzed by copper sulfide.  I included some of the references
24  in there.  So what you have happening is copper corroding, no
25  sulfur coming in, and you can have this reaction for oxygen

1   reduction occurs on the copper sulfide.

2                    Edwards did experiments where they exposed the

3   samples to the solutions with reduced sulfides for nine months

4   through a copper sulfide film, then took the samples out of

5   that environment and put it in an environment with no sulfides

6   in the solutions, and the corrosion rate remained accelerated.

7                    When they cleaned the copper sulfide off the

8   surface, it took seven weeks.  The corrosion rate went back --

9   they said it went back to the original corrosion rate with no

10  copper sulfide when they cleaned it off.  But when they left

11  the copper sulfide on and put it into an environment that did

12  not contain copper sulfide, the corrosion rate continued at a

13  high rate.

14                    I believe the connection to the Chinese drywall

15  would be that if you took out the source of the sulfide gases,

16  Your Honor, and the copper sulfide was on there, there's no

17  reason to believe that this mechanism could not operate.

18                    Now, one difference is that in the Chinese

19  drywall situation with the wire, we might have copper sulfide,

20  but we don't have a continuous bulk water.  But if you have,

21  let's say, a water droplet -- and it depends on the conditions.

22  You have to have the conditions like an air handler and a cold

23  unit or a receptacle in a shower or in a bathroom or in a

24  kitchen -- there's no fundamental reason why this exact same

25  mechanism can't operate just like I've shown at the top, where

DAILY COPY

1    the oxygen comes in.  In fact, it's well known that oxygen, in

2    the presence of the copper sulfide, makes this reaction occur

3    quickly.

4              So I, looking at this, say that the conditions

5    are such that if water gets on these surfaces, then the

6    corrosion continues at a high rate.  I called Mark Edwards and

7    asked him the question.  He believes it's the same thing.  This

8    is the professor at Virginia Tech.

9         **THE COURT:**  What happens if you also control or

10   eliminate the problem with the heat and humidity, you eliminate

11   or control humidity and reduce or control temperature?  Does

12   that have any effect on the continuation or noncontinuation of

13   the corrosive process?

14        **THE WITNESS:**  Well, if you eliminated this droplet,

15   then I don't believe this reaction could operate.  However, the

16   conditions for doing that, we do a lot of atmospheric corrosion

17   at the University of Virginia, and we do a lot of putting dust

18   and particles on surfaces.  We actually use a dot-matrix

19   printer to print out patterns of things on surfaces.  What we

20   find is that when you have dusty surfaces and hygroscopic

21   salts, it's surprisingly easy for surfaces to get wet.  It

22   isn't much water.  Obviously, it's not like a full-immersion

23   case.  But that's my honest -- that's a legitimate answer to

24   this.

25        **THE COURT:**  So theoretically it would stop it; but as

1    a practical matter, it's hard to envision an atmosphere that
2    you can control and live in?
3               **THE WITNESS:**  We find from our atmospheric corrosion
4    studies, the connection to Chinese drywall is this:  We find
5    that surfaces are wet.  Even in textbooks, people talk about
6    one or two layers of water, but water tends to bead up.
7                    In fact, we have trouble in our experiments
8    because our students are trying to study some corrosion as a
9    function of a couple of layers of water that we can't get
10   layers.  Instead, we get droplets.  And that's what I'm trying
11   to --
12              **THE COURT:**  How about if you control the environment,
13   though?  Would that reduce the process?
14              **THE WITNESS:**  Certainly.  There's going to be some
15   reduction.  The question in material science is:  Is it enough
16   reduction?  But if you kept the temperature control, lowered
17   the relevant humidity, took out the Chinese drywall, left the
18   sulfide present, if you got the droplet small enough, perhaps
19   you could shut this down.  I don't know what that is, though.
20              **MR. SERPE:**  Your Honor, in connection with
21   Dr. Scully's testimony, we'd like to mark this as P1.2055 and
22   ask that it also be received in evidence.
23              **THE COURT:**  All right.  Let it be received.
24   **BY MR. SERPE:**
25   **Q.**   Dr. Scully, I'd like to ask you two questions before we

1    move on.  With respect to the wires, do you observe corrosive

2    residue on wires and in the pits on the wires?

3    **A.**   Most certainly a 10 micrometer or several micrometer

4    copper sulfide thickness would qualify as a residue.  We see

5    corrosion products in pits, and that's been seen by Sandia,

6    University of Virginia, by other testing labs such as Corrosion

7    Testing Labs.  So the answer is:  Yes.

8    **Q.**   Is there evidence of components that are deteriorated by

9    corrosion?

10   **A.**   Well, in order to answer that question, we'd have to -- of

11   course, there's deterioration.  The question always in

12   corrosion is that -- because the first atoms -- some form of --

13   is the corrosion above some threshold, or that gives you some

14   concern over the deterioration.

15   **Q.**   Do you have concern about the level of deterioration

16   that's observed on these electrical components?

17   **A.**   Yes, I have concern.

18   **Q.**   Doctor, I'd like to --

19            **THE COURT:**  What's the concern?  What are you

20   concerned about?

21            **THE WITNESS:**  Well, in the electrical components,

22   when you get the tarnish, then you will get an increased -- the

23   oxide films are semiconductors -- sometimes insulators;

24   sometimes semiconductors.  They add electrical resistance that

25   can increase contact resistance.

1              The other thing is that electrical contact is
2    often made in disparities, or points on the surfaces, and so
3    when you have that corrosion debris in there and it's no
4    longer -- copper's chosen because it's one of the best
5    metallic -- copper and silver are two of the best metallic
6    conductors known to man other than gold.  Obviously, gold's
7    impractical to use.
8              So when you put the tarnish on the surface,
9    there's a direct link.  It's not some indirect thing.  You're
10   increasing the contact resistance to the point where you start
11   to have problems with electrical conduction.  And there will be
12   a distribution of tarnish thicknesses, and there will be a
13   distribution of contact resistances.  And then, of course, how
14   tight a screw is screwed down or electrical contact is made,
15   that also varies in a house.
16             So there have been -- people have thought about
17   this for a long time, especially since the '70s, when
18   electronics became miniaturized, that they got a lot of
19   failures from indoor environments and they became pretty
20   much -- began to understand that the weak link in connectors
21   and contacts was the formation of these tarnishes that would
22   start to give them electrical failures.  That's the basis for
23   my saying that.
24             MR. SERPE:  Your Honor, I just wanted to make sure,
25   before we move off of the topic of continuing after the removal

1    of the drywall, if there's any additional information that's
2    required.
3             THE COURT:   That's fine.
4    BY MR. SERPE:
5    Q.   Dr. Scully, we talked about the concerns and began to talk
6    about why are we concerned, what are the issues, but I'd like
7    to turn to this classification system now -- when you said
8    beginning in the '70s this has been researched -- and ask you
9    if the Battelle environmental classification system was one
10   effort to address in both qualitative and quantitative terms
11   what are we seeing and what does it mean?
12   A.   One of the most mature classifications came out of
13   Battelle, and a couple standards have followed from this really
14   basically using the Battelle data, and that's the ISA 71.04
15   standard that largely follows this.
16             As I said, it came out of connectors, concerns that
17   connectors would tarnish and that the tarnish would increase
18   the electrical resistance, and then it would -- they had a
19   direct correlation.  They actually did actual components and
20   they would get failures, and so the -- shall I go over the
21   criteria?
22   Q.   Sure.
23   A.   On the left-hand side, this is the Battelle environmental
24   classification done with really hundreds of components,
25   probably thousands.  There was a Western Electric facility that

 1    had connectors in Columbus, Ohio, where Battelle's located.

 2    Battelle's a nonprofit laboratory.

 3            In the qualitative, if you read this, it says no

 4    significant corrosion.  That means you form this skin, and the

 5    skin just stops.  That's like your kitchen sink, as I

 6    mentioned, or a copper penny; yes, it might get a little dull,

 7    but the thickness of the oxide is generally less than

 8    300 angstroms.  In a certain period of time, we'll talk about

 9    that in a minute, say, like according to this criteria in a

10    year.

11            So what happens here is you have a well-controlled

12    environment, that's Class I, and the film just stops growing,

13    basically.  Class II is where you end up with a little bit

14    thicker tarnish; up to .1 micron in one year.  That's a

15    reference point.  Hold on to that point, .1 micron, which

16    is also -- sorry for the units, but that's also equal to 1,000

17    angstroms in one year.  That's what's called Class II.

18            Class II is when some corrosion begins on contacts.

19    Like I said, they studied hundreds, if not thousands, of

20    contacts.  Corrosion begins to occur on contacts and

21    reliability is affected.  So Bill Abbott, who developed this,

22    had many, many samples where he measured tarnish thickness and

23    he measured reliability of electrical equipment.  It began to

24    affect the contact resistance, but the copper contains only

25    oxides and chlorides.

1          Class III, I want to point out to the Court, was what
2    they call a moderately severe environment.  That's when you go
3    above -- it's the same number here.  That's where you go above
4    this .1 micron.  So that's your tarnish thickness after one
5    year of wear.
6          Think of that, Your Honor.  That .1 micron is a
7    number to hold on to.  .1 micron means -- .1 -- a micron is a
8    millionth of a meter.  Let's hold onto that number there.
9          The upper bound for Class II is the lower bound for
10   Class III.  So Class III is where -- between II and III is
11   where the failures really jump up in electrical components.
12   Your Honor, the component failures really jump up when the
13   tarnish thickness gets around 1,000 angstroms or goes above
14   1,000 angstroms, which, as I said, was .1 micron.
15         Here is where you see qualitatively, according to the
16   qualitative criteria, that you form copper sulfides.  So the
17   qualitative side is the identity of the oxide -- copper oxides
18   here, thin copper oxide here, copper sulfides here, very rich
19   in copper sulfides here.  So on the qualitative side, when you
20   get a tarnish which says it's got copper sulfides in it -- this
21   is what Sandia National Labs did:  They said, we have a concern
22   for failure.  This is the same thing we did.
23         Then when you go over here on the quantitative side,
24   you can say that when the tarnish thickness gets above
25   .1 microns, you start having concern for failures.  So they did

DAILY COPY

1   this one-for-one correlation.  Now, this has become generally

2   accepted to use this criteria, as you can see, by a number of

3   different people.  And as I mentioned, there are some other

4   standards that are based on this classification system.

5              THE COURT:  Could you measure what we're talking

6   about in material that you looked at?

7              THE WITNESS:  Yes, sir.  As you can see, we

8   measured -- and so did Sandia National Labs, and so did some

9   other laboratories.  We measured both the -- or measured and

10  detected both the identity of the oxides -- so on the

11  qualitative scale, we measured the detected sulfides.  So we

12  started with that from the beginning.

13              I'm long-winded, I guess.  So we skipped over

14  some stuff, but we showed copper sulfide on wires.  I think

15  we -- in the interest of time.  But we did show copper sulfide

16  on wires.  Sandia showed copper sulfide on wires, the

17  cauliflower.  And with these cross-sections, people measured

18  the thickness of those tarnishes.  I don't know if you

19  remember -- we'll show it again -- but they're thicker than

20  several microns.  The criteria is .1 micron.

21  BY MR. SERPE:

22  Q.   So you measured thicknesses well in excess of the

23  quantitative guidelines here for corrosive environments?

24  A.   Yes, sir.  So if you hold onto the .1 micron in one year

25  is the criteria between Class II and III, where the failure

1    rates really jump up, we measured several microns after three

2    years.  We'll talk about that, but if you just took a linear

3    rate of growth after three years having several microns -- so

4    where is the magnitude of all this .1 micron threshold that's

5    held out in the standard.

6    **Q.**   You've actually prepared a summary table for us that

7    captures the actual thicknesses you measured and where they

8    would fall on this scale?

9    **A.**   Yes, I have.  So what I'd like to show is -- I'd like to

10   show this is an objective criteria for risk.  So, again, this

11   is after one year.  It's .1 micron.  So even a linear rate of

12   growth, if it grows linearly for year two and year three, it

13   would be .3 microns per year -- I'm sorry, .3 microns after

14   three years.

15          Now, since most of these homes with harvested

16   components are about three years old -- some are a little

17   older; some are a little bit less older.  Let's compare that

18   number right there, the .1 micron, to the tarnished thickness

19   that you actually observed after three years.

20   **Q.**   With the Court's indulgence, I also have a copy for the

21   Court and the witness.  It's an exhibit that was previously

22   admitted into evidence as P1.2053, page 1.  Would you explain

23   to us what we're looking at here.

24   **A.**   That is a list of components of wiring, electrical wiring,

25   from homes in Virginia.  The code just indicates different

1  homes, different homeowners in Virginia.  You can see where the

2  wire is a brown wire or the black or white wire.  These are

3  mainly the Romex-type wires that the gentleman that preceded me

4  spoke of.

5           These are tarnish thicknesses measured unambiguously

6  by cross-section.  The only thing is they're after three years.

7  So now we need to compare this to the standard, but the

8  standard was .1 micron after one year.  Here, we have three

9  years.  Not bad in terms of one compared to three.  If you

10  remember kind of the corrosion problems the corrosion

11  community's confronted with, one to three years is not a bad

12  comparison.

13           So what would the standard be after three years?

14  Well, it's down here.  .173 to .3 microns is what you would

15  have to exceed, as far as the tarnish thickness, in order to

16  move into Battelle Class III, which gives you a high risk for

17  failure.

18  Q.   Stop there for a second.  So the one-year standard is

19  .1 micron?

20  A.   Yes, sir.

21  Q.   The three-year standard, initially here we see at .3,

22  which that's three times -- .1 times 3 is .3?

23  A.   If you use a linear rate, it would just be three times

24  larger.

25  Q.   But there's other possible ways of looking at this,

1   including a different growth rate that would yield a different

2   standard?

3   **A.**   Right.  So to be fair, I just want to point out some

4   people say, "Well, this tarnish doesn't grow that fast.  It's

5   doesn't grow linearly."  Let's say it grows by what's called

6   parabolical.  Then after three years, the tarnish would only be

7   .173 microns.  So essentially that's the three-year threshold

8   for Battelle Class III, which -- if you can follow -- involves

9   the risk of failure.

10          So if you can convert their one-year .1 micron to

11  three-year, even by a parabolical, we get .173 micrometers.  So

12  that's your objective criteria for Battelle Class III.

13  **Q.**   Using the thicker threshold, that would be less predictive

14  of failure --

15  **A.**   If you use the thicker threshold, some people would say

16  that -- if you can follow it, some people would say that

17  linear -- it doesn't grow linearly; it slows down in growth.

18  However, if we assume linear, we get a higher threshold.  Let's

19  use a higher threshold and see if we exceed it.

20  **Q.**   Did you actually give us a calculation on exceedances

21  based upon this threshold?

22  **A.**   If you can read -- I know it's hard for the Court to

23  read this, but if you these numbers -- I'll read some of them.

24  13.9 -- I don't know if you want to blow these up.  But anyway,

25  you can see that they're all on the order -- here's the lowest

1   one at 2.  Here's 7.5.  12.2.

2          Your Honor, I know you have a copy of this so you can

3   see this.

4          Here's one at 7.9.  Here's one a little bit lower at

5   5.1.  But here's the number of multiples that it exceeds the

6   threshold, and the range there is including both of these

7   three-year threshold equivalents.  So what we see is that these

8   actual tarnishes on actual components exceed the Battelle

9   threshold for Class II to III by sometimes as much as a factor

10  of 100.

11  Q.   Let's break these multiples over failure thresholds into

12  the two different components and pick a wire.  Would you tell

13  us which wire would be good to illustrate this .3 versus the

14  .13, if we can just break down these concepts a little finer.

15  So would you isolate one of these measurements here so that we

16  could look at an individual failure threshold for the .3 system

17  linear versus the parabolic.

18  A.   I'm not sure I understand the question.

19          THE COURT:  Do the less and the greatest.

20          THE WITNESS:  Here's the lowest one.  The lowest one,

21  Your Honor, is just 2 microns of tarnish.  The exceedance of

22  the number of times that's over the threshold is 7 to 12 times

23  greater.

24          THE COURT:  That's under the insulation?  The wire.

25          THE WITNESS:  Your Honor, the exposed tip -- when he

1  moves his hand away, you can see the exposed wire was

2  12.2 microns in point of fact, and that under the insulation,

3  6 inches from the exposed end, is 2 microns.  So the exposed

4  tip at 12.2 exceeds by 41 to 70.  That -- I thought since

5  that's a low tarnish thickness -- you can see everything else

6  is bigger than that.  In fact, some are -- this cracks and

7  spalls.  But I double-checked with these guys and said make

8  sure you're not measuring liftoff distances, the actual tarnish

9  thickness, and they did.  They measured the actual tarnish

10 thickness.

11         You can see here -- take the bottom one, 69, the

12 amount by which it exceeds the threshold is enormous, which is

13 what puts it into the Battelle Class IV, which is the same

14 thing that I'm saying and the same thing that Sandia National

15 Labs said.

16         THE COURT:  Is there any significance to the fact

17 that that's on a ground wire?

18         THE WITNESS:  I think that there's a little

19 microclimate and so, you know, there can be variations.  That's

20 why another question might be why -- I can't say for sure, sir,

21 whether or not a ground wire as opposed to an exposed end on a

22 hot wire or a black or white wire -- I think the difference

23 relies on the microclimate, the airflow, whether it's near an

24 air handler, whether it's near this issue we talked about with

25 cold air from an air conditioner and the humid air.  Maybe

1    someone likes to open the windows at night and so everything --

2            THE COURT:  Environmental issues.

3            MR. SERPE:  Your Honor, from a grounding standpoint,

4    the implication of what a grounding wire does in a house,

5    Dean Rutila, who's a building science engineer, will be putting

6    that into context.

7    BY MR. SERPE:

8    Q.   Let me ask you about one last wire here, PRM-9, the ground

9    wire from this bedroom.  "PRM," that would be Preston and

10   Rachael McKellar.

11           MR. SERPE:  We've had two more plaintiffs that have

12   filled in, Your Honor.  I'm sorry I forgot to introduce them.

13   Joe and Kathy Leach, would you say "good afternoon" to

14   Your Honor.

15           THE COURT:  Good afternoon.

16   BY MR. SERPE:

17   Q.   This wire came out of the McKellars' house.  If the

18   failure threshold is somewhere between .1 and .3 and we're

19   measuring a 51-micron actual corrosion thickness on the ground

20   wire from Preston's second-floor bedroom, what does that tell

21   us about how many times over the threshold for predicting

22   failure we are?

23   A.   We can see at 51.8 microns after three years, comparing

24   that to our threshold converted to three years, that we exceed

25   it by 173 to 299 times.  Really, you know, you see this over

1    and over again -- and Sandia's done it, and this is Krantz's

2    data that we've analyzed, and we have our own data on wires.

3    You see this over and over again.  It's really not subject to

4    any sort of way that you did the calculation.  It's clearly

5    over the limit by, as you can see here, a factor of 173.

6    **Q.**   In layman's terms, for Preston's grounding wires, what can

7    we say about their life expectancy?  What does it say about

8    failures of these wires in his house?

9    **A.**   Well, you know, just -- if you put that, which you clearly

10   are, in Battelle Class III and IV, all of the work, many, many

11   electrical devices that fall into Class III or Class IV exceed

12   the failure rate.  Does that mean -- failure in the materials

13   business -- and there's a distribution of failures and failure

14   times.  Everything doesn't go along and fail all of a sudden.

15   What you see is -- you're going to see that's what this

16   predicts.

17   **Q.**   I'm just seeing if we can compress.  We introduced during

18   the opening statements the concept of these copper coupons that

19   were deployed in Bob and Lisa Orlando's house.  I introduced

20   the concept at that time that we were going to talk about the

21   usefulness of copper coupons.  Have certain investigators done

22   copper coupon deployment in Chinese drywall houses?  Have you

23   had a chance to look at that data?

24   **A.**   Yes.  Yes, there have been some exposures of copper

25   coupons, and the tarnish thickness can be measured in various

1    ways on the copper coupons.

2    Q.    In fact, did experts hired by Knauf in this case tabulate

3    findings with respect to coupons that they put in Florida

4    homes, in Louisiana homes, and in Virginia homes?

5    A.    Yes.  Yes, I've reviewed that data.

6              MR. SERPE:  I'd like to hand the witness an exhibit

7    that we're going to mark as P1.2056, which we'll identify as

8    the Federal Rule of Evidence 1006 summary of evidence regarding

9    the findings of coupons that were deployed by Knauf experts in

10   Florida and Louisiana and Virginia.

11   BY MR. SERPE:

12   Q.    Dr. Scully, would you walk us through what information you

13   gleaned from the reports as were reported by the Knauf experts

14   in this case.

15   A.    Yes.  Well, if you look at the first -- what we have is a

16   table here that gives you coupon number, location in a house,

17   the dates of exposures of the coupon.  30 days was typically

18   used for coupon exposures.  This is how thick the tarnish is in

19   angstroms after 30 days, and this is the equivalent thickness

20   after one year.  So this we can compare directly to what we

21   were just talking about.

22              This is in microns.  So your point of reference here

23   for Battelle Class III is .1 microns.  When it's above

24   .1 microns, it's Battelle Class III, and there's an elevated

25   risk of failure of electrical components.  We can talk about

1   this if you want to, but this number here was converted to this
2   number by the folks that did this analysis, much in the same
3   way that I did the conversion a minute ago.
4          So they've converted this number, and it
5   mathematically checks right into this number.  This is the
6   one-year value.  We can compare it to the Battelle threshold of
7   .1 micron.  You can see here for this Florida positive
8   control -- means a house with Chinese drywall, of course -- and
9   Louisiana positive control, that all these coupons exceed the
10  Battelle threshold for Class III, which is, again, .1 micron.
11  Q.   These numbers that we're seeing both in angstroms, microns
12  per year, was this data that was taken directly from the
13  R.J. Lee report that was put together by Dr. Matthew Perricone
14  on behalf of Knauf in this case?
15  A.   Yes, that's correct.  That's where that data came from.
16  Q.   Did you independently verify that the information as
17  reported in these charts in our summary in the front is
18  represented by the angstroms and the microns per year as
19  they're represented here on the table?
20  A.   Yes, I did.  You can see the first -- the entries here are
21  the same entries as the one for the Florida home that were the
22  top entries.  Those are the same numbers there.  That's the
23  Florida home.  What you just showed highlighted in yellow is
24  the same number here.
25          MR. SERPE:  So, Your Honor, the data supporting this

1   FRE 1006 chart is provided as an appendix to the summary.

2   **BY MR. SERPE:**

3   **Q.**   Dr. Scully, would the first sample there at .76 be 7.5

4   times over the predictive failure standard memorialized in

5   Battelle?

6   **A.**   Yes.  Again, the standard in Battelle is .1, and that's

7   .76.  So that's right; it would be 7.6 times greater.

8   **Q.**   So in both Florida and Louisiana, whether it was on a wall

9   or out in the middle of the room, coupons that were deployed by

10  the defendants in those houses with Chinese drywall were all

11  predictive of electrical system failures in those homes?

12  **A.**   That's correct.

13  **Q.**   Using the Battelle scale?

14  **A.**   That is correct.

15          **THE COURT:**   How do you explain the control in Florida

16  being .6, .64?  What is that?

17          **MR. SERPE:**   They're positive controls.

18          **THE WITNESS:**   "Positive control" means that it has

19  Chinese drywall.  So a Florida home with Chinese drywall had a

20  tarnish that grew over the length of exposure in the house to

21  .64, and then above .1 is Battelle Class III.

22  **BY MR. SERPE:**

23  **Q.**   This is part of the ECS study.  They wanted to see how a

24  house that did not have an ECS would compare to a control house

25  that did have Chinese drywall and no ECS, which is where that

1    nomenclature comes from.

2           Virginia, one set of coupons deployed for 30 days,

3    all of them under the 300-angstrom level, did you review that

4    data?

5    **A.**   Yes, I did.

6    **Q.**   That came from, again, Bob and Lisa Orlando's home.  Did

7    you see any problems with respect to the methodology that was

8    employed in the deployment of the coupons for the Orlando

9    house?

10   **A.**   The first thing, let's discuss the data.  So we have a

11   Virginia positive control -- that means it has Chinese

12   drywall -- and it was exposed for 30 days, and it's below 300

13   angstroms in 30 days.  The same thing as the .1 micron here, or

14   1,000 angstroms, which is the same thing, it's equivalent to a

15   30-day value of 300.  So you can -- as your point of reference,

16   exceeding 300 -- which this one does, this one does, this one

17   does.  Exceeding 300, which these do, exceeds the threshold.

18          The one from the Orlando house does not exceed the

19   threshold.  It's below the threshold, as you can see here.  So

20   I just want to orient you it's below 300 and it doesn't exceed

21   the Battelle Class III threshold.

22   **Q.**   With respect to the time of year that the coupons were

23   deployed in the Orlando house, did it have any implications for

24   the test results, in your opinion?

25   **A.**   The time of year was in the wintertime.  And, again, the

1    dewpoint, for instance, is lower.  It's really 10 degrees

2    Fahrenheit lower in a typical house in the wintertime.  So the

3    time period is very short.

4            If you look at the standards, also, they would say

5    that when you think you have benign conditions that you should

6    test for up to 90 days or longer.  So there were a number of

7    reasons.

8            The proximity to the Chinese drywall, I don't know

9    where these coupons were relative to the Chinese drywall.  We

10   have a short exposure time.  It's seasonal variations.  Those

11   things are question marks about the coupon test.  We don't know

12   where it was relative to an air handler or where it was

13   relative to a bathroom or kitchen.

14           I think what's interesting there is that we do have a

15   harvested component from this Virginia positive control house.

16   And the Orlando house has some materials that were taken out of

17   service.  I believe it was a wire.  So I think it would be

18   instructive for the Court to compare an actual component that

19   had been in the Orlando house for three years in this

20   situation.  The one in the Orlando house goes by the code

21   "BLO."

22           And, Rich, you can highlight it perhaps.  I can't see

23   that screen from here.

24   Q.   Not much better, I'm afraid.  Can you read that from here?

25   A.   I can read it from my screen.  That house is a ground wire

DAILY COPY

1   from the ceiling light fixture, the kitchen, first floor, in

2   the Orlando home, Your Honor and these are the thicknesses.

3   There are two numbers there.  One is the tarnish thickness,

4   which is listed at 25.9 micrometers.

5           Now, keep in mind -- sorry for changing units, but

6   the 300 angstroms -- below 300 angstroms is .03 micrometers,

7   and that's 25.9 micrometers.  Then there's a pit there, this

8   11.3. I wonder if, for the Court, we can show an actual

9   photograph of this?

10          You see, the actual component has been there for

11  three years -- in the summertime, the wintertime -- and it is

12  in the kitchen, but it shows an interesting story.  These are,

13  again, the cross-sections; not from my laboratory, but from

14  another laboratory called CTL.

15          So what this is, is this is the copper here.  This is

16  the black mounting compound that I told you about.  This is the

17  pit.  This gray is the tarnish here.  Then the yellow markers

18  tell what the micron thickness was there.  You can see again

19  that these tarnish thicknesses are on the order of microns.

20  **Q.**   So, Dr. Scully, is --

21  **A.**   Is that -- I'm sorry.

22  **Q.**   Were you done with your answer?

23  **A.**   I was going to say this entry here is 7.9 microns for the

24  tarnish, and that's the tarnish film there.  Then there's a pit

25  on a wire, which is 11.3.

1    **Q.**   7.9.  We're going to see if you're as good at math as

2    Mr. Phillips, who was here earlier.  How many times over a .3

3    standard would we be at a --

4    **A.**   .3 or .1?

5    **Q.**   .1.  How about a .1 standard?

6    **A.**   .3 is right, yeah.

7    **Q.**   .3 because this would be a three-year measurement based

8    upon the fact that the Orlandos were in their house about three

9    years before this --

10   **A.**   About 24 times.

11   **Q.**   24 times.

12             **THE COURT:**  Are you offering 2056?

13             **MR. SERPE:**  Yes.  I'd like to offer that into

14   evidence.

15             **THE COURT:**  Admitted.

16   **BY MR. SERPE:**

17   **Q.**   Dr. Scully, comparing the availability of a coupon that's

18   available for only 30 days in the dead of winter to an actual

19   copper component that's been in the house for three years, from

20   a material science, a corrosion, a metallurgist's standpoint,

21   which is a preferable thing to look at in order to reach the

22   conclusion about thicknesses and pathways to failure?

23   **A.**   The gold standard always is the actual material if you can

24   harvest it, if you can get the material, which clearly in this

25   case, you can.

1          And the other thing -- you know, I'll just say that

2    if you had wires that were in ten different houses -- I did

3    work with the Air Force, sir.  And if you have a B-52 that's at

4    Hickham and it's at Kadena, which is in Okinawa, okay, you

5    don't know what the environmental corrosivity is.  But this

6    wire, to the best of my knowledge, has been in one house only

7    for three years and is clearly the best indicator of any

8    corrosion you could have.

9          When we work for the Navy or whoever, Sandia National

10   Labs, we always use the real component because that integrates

11   the full effect of -- I don't know -- going on vacation and

12   leaving the air conditioning off or what not, whatever was done

13   in that house, and it reflects the corrosiveness of the

14   environment.

15         In my case -- we skipped through it, but I have

16   control wires like the HVAC.  I did control wires and wires

17   from homes.  Control, in my case -- so it's misleading when you

18   say "positive control."  I mean a control like no Chinese

19   drywall, "negative control" we call it, and that doesn't have a

20   tarnish like this.

21         **MR. SERPE:**  Your Honor, photo micrographs of control

22   wires are part of the report that's been made part of the

23   record.  In the efforts of expediency, we've eliminated those.

24   **BY MR. SERPE:**

25   **Q.**   Just one cleanup question, then we'll move to conclusions.

1   Dr. Scully, the water that would be necessary to drive the
2   continuation of the corrosion process, even in the absence of
3   additional Chinese drywall, did that include moisture that's
4   not visible to the naked eye?
5   **A.**   Yes.  Yes, that could include moisture.  In fact, to get
6   corrosion like this, that you see here, we can debate if you
7   get a really small drop, it can't support this.  But just to
8   get that, you've got to have some water.  So that's indirect
9   evidence.
10  **Q.**   In summary, would you recap for us the laboratories we've
11  concluded or found thicknesses on electrical components
12  predictive of passing a failure threshold.
13  **A.**   This plot is just a summary of a lot of the stuff that
14  I've told the Court this afternoon.  So, again, I remind you
15  that we're going to measure tarnish thicknesses.  We're going
16  to compare them to the Battelle threshold.  Certain thickness,
17  if you exceed that in a certain period of time, then it's a
18  situation of concern as specified by Battelle Class II and III.
19          Sandia National Labs did that.  They did it on
20  components.  We did that before the break.  They did that on
21  wires.  Corrosion Testing Labs did that.  They did wires, also
22  components, we say, electrical wires, Romex, and receptacle
23  wires.
24          University of Virginia, we did wires.  SGH also did
25  some wires, actual components.  MeadWestvaco, who we just

1    talked about, they did coupons.  They found, for the Orlando

2    home, they did not exceed the threshold.  But for two other

3    homes, they did:  One in Florida; one in Louisiana.  Also, the

4    Consumer Products Agency did coupons for 30 days, and they also

5    found thicknesses exceeding this threshold.

6    **Q.**    The threshold for predicting premature failure of

7    electrical systems?

8    **A.**    Yes, the threshold for predicting premature failure for

9    electrical and electronic equipment according to the Battelle

10   classification.

11   **Q.**    Could you summarize your conclusions for us based upon all

12   of the investigation that we've discussed so far.

13   **A.**    Yes.  My conclusions, you can see here -- and I'll just --

14   I won't read every single word, but there are corrosive gases

15   emitted by Chinese drywall as evident from actual components

16   and positive versus negative controls, I'll say, houses that

17   are right across the street that don't have Chinese drywall,

18   such as the Sullivan home that I did.  There are copper sulfide

19   and silver sulfide corrosion products and mechanical and

20   electrical components.  There are pits on components, including

21   wires, certainly HVAC coils, and substantial copper sulfide

22   thicknesses.

23          If we compare that to -- we skipped over it, but we

24   have negative control homes for wires also.  If we look at the

25   mechanical and electrical equipment in these control homes, we

1   mentioned HVACs as very corrosive, but they do not have

2   tarnishes like this, and they do not have sulfide films.

3          All these standards, you're so many times over the

4   threshold, as that one table showed, being 10, 100, 200 times

5   over the threshold, that I also want to point out it doesn't

6   really matter which standard you use.  Battelle is the one that

7   did the correlation of the corrosion product thickness to

8   failure.  That's why I've used Battelle.

9          But these would also be a severe or harsh environment

10  according to this ISA standard, which stands for Instrument

11  Society of America; this IEC standard, and this ISO standard.

12  ISO is the International Standards Organization.  They are a

13  sister organization to ASTM.  So you would be in a harsh,

14  severe environment based on all those standards.  It's not

15  really an issue of what standard you pick.

16  **Q.**   You hold all of these opinions to a reasonable degree of

17  scientific certainty?

18  **A.**   Yes, I do.

19          **MR. SERPE:**  Your Honor, no further questions.

20             Thank you, Dr. Scully.

21          **THE COURT:**  Thank you very much.

22          **MR. SERPE:**  Nothing further.

23          **THE COURT:**  Thank you very much.

24          **MR. SERPE:**  The plaintiff would call Preston

25  McKellar.

113

1          (WHEREUPON **Preston McKellar**, having been duly sworn,
2     testified as follows.)
3          **THE DEPUTY CLERK:**  Please state your full name and
4     correct spelling for the record.
5          **THE WITNESS:**  Preston McKellar, M-C-K-E-L-L-A-R.
6                        **DIRECT EXAMINATION**
7     BY MR. SERPE:
8     **Q.**   Good afternoon, Mr. McKellar.  Do you own a Chinese
9     drywall house?
10    **A.**   Yes, sir.
11    **Q.**   What's the address of that house?
12    **A.**   1008 Hollymeade Circle.
13    **Q.**   What city is that in?
14    **A.**   Newport News, Virginia.
15          **MR. SERPE:**  Scott, could you put up P3.311.
16    BY MR. SERPE:
17    **Q.**   Is that your house?
18    **A.**   Yes, sir.
19    **Q.**   Are you living in that house at this point?
20    **A.**   No, sir.
21    **Q.**   Who were you living originally in this house with?
22    **A.**   I was living there with my wife, and my son eventually
23    came along.  My wife and my son.
24    **Q.**   What's your son's name?
25    **A.**   My son's name is William.  She just had another one, and

1    his name is Gabriel.

2    **Q.**    Let me see if I can -- how old is Gabriel at this point?

3    **A.**    He is four weeks old.

4    **Q.**    Four weeks old.  Congratulations.

5    **A.**    Thank you.

6    **Q.**    Did Gabriel come home from the hospital to the Chinese

7    drywall house?

8    **A.**    No, sir.  I could not let that happen.

9    **Q.**    How long were you out of the house for?

10   **A.**    We moved out about --

11   **Q.**    The best of your recollection.

12   **A.**    About a month or two after we found out, as soon as I

13   could do so.

14   **Q.**    What do you do for a living?

15   **A.**    I'm a middle-school teacher.

16   **Q.**    What do you teach?

17   **A.**    I teach science and social studies.

18   **Q.**    Your wife's name is Rachael?

19   **A.**    Yes, sir.

20   **Q.**    Is she employed outside the home?

21   **A.**    She was a pediatric nurse.  Right now, she's been a

22   housewife for -- after William was born, she became a

23   housewife.

24   **Q.**    Turning to a summary chart that we had put up earlier, do

25   you recall having spent -- well, first, let me ask you:  What

1  did you buy your townhome for, sir?

2  **A.**    $197,000.

3  **Q.**    Is it your understanding as this case has unfolded that

4  you have Venture Supply Chinese drywall in your house?

5  **A.**    Most definitely.

6  **Q.**    When was the first time you saw a Venture Supply label in

7  your house?

8  **A.**    The first time I saw that was when -- my neighborhood is

9  very close-knit, and we had heard rumors of Chinese drywall.

10  We got a letter saying that we might have it, asking us to

11  check.  We asked our builder about it.  They assured us that we

12  do not have Chinese drywall.

13        We kept having AC problems, electrical problems.  And

14  when I crawled into the attic and moved some insulation aside,

15  I saw "Venture Supply."  That was the same day that Richard was

16  sending an inspector to the community.

17        Shortly before he came in, I crawled up into the

18  attic for the first time.  I don't usually do that too often.

19  I moved some insulation aside and I saw "Venture Supply."  And

20  then Richard's inspector came in.  He did a lot more extensive

21  tests and confirmed for sure that it was Chinese drywall, along

22  with a whole lot of scientists and lawyers.

23  **Q.**    Preston, you're doing great.  Are you a little nervous at

24  this point?  Would that be a fair statement?

25  **A.**    Yes, sir.

1   **Q.**   We'll get you through this.  I promise.  Tell the Judge
2   about your floor plan.  How many floors and what's the basic
3   layout of your house?
4   **A.**   I have three floors.  It's a townhouse.  I have a neighbor
5   on the left and the right.  It's 1,800-square-foot.  I liked it
6   a lot at one point.
7   **Q.**   When did you move in?
8   **A.**   I moved in in August of 2006.  It was my first house.
9   **Q.**   First house that you owned?
10  **A.**   Yes, sir.
11  **Q.**   You moved out in, what, you told me 2009?  So you were in
12  the house about three years before you moved out?
13  **A.**   Yes, sir.
14  **Q.**   When did you first notice problems with the house that you
15  are now associating with Chinese drywall?
16  **A.**   Within the first month, we had 30 days to make a punch
17  list, and a lot of the problems that are associated with
18  Chinese drywall are on my 30-day punch list.
19  **Q.**   Your fireplace was malfunctioning, the electrical system
20  for the fireplace?
21  **A.**   Yes, sir.
22  **Q.**   Never got that right?
23  **A.**   No, sir.
24  **Q.**   Tell the Judge about problems you had with your HVAC
25  system in the house.

1   **A.**    Almost immediately, we had equipment failure.  It would be

2   a miracle if we would go a month without there being an AC or a

3   heating problem.

4   **Q.**    What kind of problems were the technician guys who were

5   coming out to repair the units telling you?

6   **A.**    They were getting frustrated with having to keep coming

7   back out over and over again themselves, and they were making

8   excuses.  Only through persistence did I eventually get them to

9   change something called the coil that I had never heard of.

10  **Q.**    Did that solve the problem for you, or did you continue to

11  have HVAC problems?

12  **A.**    We continued to have HVAC problems.

13  **Q.**    The community, the Hollymeade community, give the Judge a

14  basic idea of the layout and how it's put together.

15  **A.**    The community is a close-knit group of individuals.  We

16  have an advisory board.  I serve on that with Fred Michaux and

17  three other homeowners, and we keep in contact about things

18  that are going on.  We noticed that we all had the same similar

19  complaints about our homes.

20  **Q.**    What kind of complaints were those; the HVAC problems?

21  Anything else?

22  **A.**    We all thought we had a bad batch of coils.

23  **Q.**    That was the first thing everybody in the neighborhood was

24  talking about, the coils going out?

25  **A.**    Yes, sir.

1    **Q.**   What led you to the decision to move out of the house?

2    **A.**   The main thing was the health of my wife and children.   My

3    son William -- Gabriel wasn't born at that time -- in his

4    nursery, I had noticed before I knew we had Chinese drywall, at

5    night, he was having trouble -- like he couldn't breathe at

6    all.   Then when we found out we had Chinese drywall for sure,

7    that was like a horrible feeling.   Every time I would bring him

8    to his nursery to put him down for a nap or either bedtime at

9    the end of the day, I felt horrible.

10             We all slept on the second floor.   We had a master on

11   the bottom floor, but we chose to use the guest room so we

12   would be on the same floor as the nursery.   My wife was having

13   constant headaches.   I myself had congestion.   I couldn't

14   hardly breathe.   Once we found out, I said we have to get out

15   as soon as we can.

16   **Q.**   I pointed at you when Dr. Scully was talking about these

17   grounding wires on the second floor of your house.   Who slept

18   on the second floor of your house?

19   **A.**   On the second floor was my son and then we -- at that

20   time, my wife and I slept on the second floor.   But the first

21   time, beforehand, William in the nursery.   That was traumatic

22   when I saw that number, 51.   Fred tapped me and said, "Look at

23   that number."   It makes me feel pretty bad.

24   **Q.**   That was your son's nursery?

25   **A.**   Yes, sir.

1    **Q.**    Where are you and Rachael and the boys living now?

2    **A.**    Right now, we are in an apartment, Featherstone

3    Apartments, which is in Newport News.

4    **Q.**    How long a lease were you able to get?

5    **A.**    We got an eight-month lease from Featherstone.

6    **Q.**    How many bedrooms in the place?

7    **A.**    Three small bedrooms, but we can breathe.

8    **Q.**    You can breathe.  Eight months, do you think you'll be

9    back in this house in eight months, Preston?

10   **A.**    No, sir.

11   **Q.**    How are you getting by?  Are you still paying the mortgage

12   on this place?

13   **A.**    We are getting by with loans and assistance from family

14   and friends, and eventually I got a moratorium.

15   **Q.**    What's a moratorium?

16   **A.**    A moratorium is where you don't have to pay your mortgage;

17   however, the interest will accrue.  It's a six-month

18   moratorium.  At the end of that six months, I will go back and

19   try to get an extension on that.  But, also, we still have to

20   pay the association dues and moving expenses.  I have a second

21   mortgage that's attached to this home that -- before I moved

22   out, I had not calculated in the -- in calculating that

23   payment, the savings is almost gone for that -- due to the

24   expenses due with the Chinese drywall.

25   **Q.**    The bank gave you a six-month moratorium on writing checks

1   for the mortgage?

2   **A.**   Yes, sir, but interest --

3   **Q.**   The interest is rolling during that time period?

4   **A.**   Yes, sir.

5   **Q.**   How long has that six-month clock been running?

6   **A.**   Since January.

7   **Q.**   You have four months left before you'll have to go back

8   and ask for another deferral or start paying your mortgage

9   again?

10  **A.**   Yes, sir.

11  **Q.**   Can you pay the mortgage and the rent at the same time?

12  **A.**   No, sir.

13  **Q.**   Have you looked at bankruptcy?

14  **A.**   Extensively.  I've done a lot of research and looked into

15  that, but I don't want to do that.

16  **Q.**   So before all of this happened and you moved out, was

17  bankruptcy something that you were extensively looking into?

18  **A.**   No, sir.  I always prided myself on being able to pay my

19  bills and support my family.  It was something that I never

20  thought in my life that I would have to even think about

21  bankruptcy.

22  **Q.**   So you went into a beautiful new house in 2006, and now

23  you're thinking about bankruptcy and getting dragged down by a

24  Chinese drywall house.  Would that be a fair recap of where you

25  find yourself now, Preston?

1   A.    Yes, sir.

2   Q.    Did you get a second job?

3   A.    Yes, sir.

4   Q.    You're working extra hours?

5   A.    Yes, sir.

6   Q.    Taking you away from Rachael and your young sons?

7   A.    Yes, sir.

8           MR. SERPE:  Your Honor, the record reflects the deed

9   and has already been admitted into evidence.  We've also

10  admitted into evidence a statement of the damages,

11  out-of-pocket damages claim.

12  BY MR. SERPE:

13  Q.    Preston, did you work hard with inspectors and

14  investigators that came in to look at your personal possessions

15  and figure out what damage was done and to try and come up with

16  some of the cost estimates for the damage that you had

17  sustained?

18  A.    Yes, sir.  Extensively.

19  Q.    You reviewed the summaries that were prepared by the

20  certified public accountant, Ms. Tuthill, to see what the recap

21  were of these numbers?

22  A.    Yes, sir.

23  Q.    Are you telling the Court that the damages that you've

24  incurred -- relocation, repair to your house, the damage to

25  your goods -- that this is a fair and accurate recap of what

1   you reviewed of your damages?

2   **A.**   Yes, sir.

3            **MR. SERPE:**   Your Honor, we have no further questions

4   for Mr. McKellar.

5            **THE COURT:**   Thank you.  I have none.  Call your next

6   witness.

7                    Thank you, sir.

8            **MR. BRYSON:**   Dan Bryson on behalf of the intervenors

9   and PSC.  Our next witness is Donald Galler.

10           (WHEREUPON **Donald Galler**, having been duly sworn,

11  testified as follows.)

12           **THE DEPUTY CLERK:**   Please state your full name and

13  correct spelling for the record.

14           **THE WITNESS:**   My name is Donald Galler.

15                          **VOIR DIRE**

16  **BY MR. BRYSON:**

17  **Q.**   Good afternoon, Mr. Galler.  Where do you live?

18  **A.**   I live in Bedford, Massachusetts.

19  **Q.**   Are you an engineer?

20  **A.**   I am.

21  **Q.**   Where do you work?

22  **A.**   I work at Massachusetts Institute of Technology in

23  Cambridge, Massachusetts.

24  **Q.**   How long have you worked there?

25  **A.**   Since '95.

1    **MR. BRYSON:**  I'd like to ask that your CV be placed
2  up on the screen, P1.2020-0035.
3  **BY MR. BRYSON:**
4  **Q.**   Can you explain to the Court your area of specialization.
5  **A.**   Yes.  I specialize in failure of electrical and electronic
6  equipment.
7  **Q.**   What is your educational background, Mr. Galler?
8  **A.**   I have a bachelor's degree in electrical engineering from
9  Northeastern University in Boston, 1976, a master's degree in
10  electrical engineering from the University of Connecticut in
11  1979.  That's the end of my formal degree list.
12  **Q.**   Can you explain to the Court your work experience.
13  **A.**   I've been working for companies for about 25 or 30 years,
14  primarily in the investigation of electrical and electronic
15  equipment failures.  I started working for a small consulting
16  company in the Boston area.  I then worked for an international
17  company at the time called Failure Analysis Associates.  Now
18  the company is known as Exponents.  It's a very large forensic
19  firm.
20    Around 1994, I had a one-year stint somewhere, and
21  then since then I've been at MIT in Cambridge, Massachusetts.
22  **Q.**   What are your job responsibilities at MIT?
23  **A.**   I'm in charge of laboratory equipment in a research
24  laboratory.  One of the pieces of equipment that I take care of
25  and train people on the use of is a scanning electron

1   microscope.

2   **Q.**   During the course of your work history, have you obtained

3   experience examining switches or circuit boards?

4   **A.**   Yes.  I have lots of experience in those two areas.

5   **Q.**   What is unique about those items?

6   **A.**   Well, primarily the switches and circuit boards have two

7   major materials, some of which have been mentioned here today,

8   copper and silver.  Although the electronic components have

9   lots of other materials, circuit boards certainly have lots of

10  copper in them.

11  **Q.**   So the focus of your testimony today is going to be

12  primarily on the silver aspect of these components?

13  **A.**   That's up to you.

14  **Q.**   During the course of your career, have you been involved

15  in various publications?

16          **MR. BRYSON:**  If we could scroll forward a couple of

17  pages.  One more.  One more.

18  **BY MR. BRYSON:**

19  **Q.**   Are these some of your publications, Mr. Galler?

20  **A.**   Yes, they are.

21  **Q.**   During the course of your career, have you been involved

22  in any major publications that relate to the kind of work that

23  you have done with electronics, switches, and circuit board

24  failures?

25  **A.**   Yes.  Item 21 there, I think, is a handbook published by

1   McGraw-Hill.  I contributed to four chapters in that handbook.
2   It's probably fair to say I was the original author of those
3   four chapters, and then they got expanded.  Those chapters deal
4   with printed circuit boards, switches, and circuit breakers,
5   wiring, and electronic compounds.
6   **Q.**   This is a copy of that handbook?
7   **A.**   That's right.
8   **Q.**   I believe you were indicating to the Court that you were a
9   primary author of some of the chapters within this handbook?
10  **A.**   That's correct.
11  **Q.**   Let me pull up chapter 14.  Is chapter 14 entitled
12  "Failure Analysis of Printed Wiring Assemblies"?
13  **A.**   I can't see it.  If you tell me that's what 14 is -- yes,
14  that's right.  I have it here on the list.
15  **Q.**   We do have chapter 15, P2.02-001.  What was the title of
16  that chapter?
17  **A.**   "Wires and Cables."
18  **Q.**   Chapter 16?
19  **A.**   "Switches and Relays."
20  **Q.**   You're also listed as the primary author or one of the
21  authors of that paper?
22  **A.**   Correct.
23  **Q.**   Chapter 18?
24  **A.**   "Failure Analysis of Components."
25  **Q.**   Can you briefly explain to the Court a few of your

1   relevant work investigations.

2   A.   Well, many.  I work on circuit board failures, electronic

3   component failures, product failures.  A couple recent examples

4   include a failure on a circuit board, which is being made by a

5   major manufacturer of chargers for a satellite radio device.

6   This was actually not a litigation event; this was a

7   manufacturer trying to troubleshoot customer reports of

8   overheating in the chargers.  That involved microscopic

9   analysis and scanning electron microscopy of a portion of the

10  circuit board.

11  Q.   What about a refrigerator?

12  A.   There was a recent investigation I conducted on a fire

13  involving a refrigerator.  The refrigerator -- up until

14  recently -- and I think even recent ones -- refrigerators have

15  a compressor.  There's a relay on the compressor, which starts

16  the compressor.  It opens and closes and generates a small

17  amount of sparking every time it opens and closes.

18         The fire was started by the dispersion of oil from

19  the compressor.  There was a leak in the compressor.  It

20  sprayed the oil onto the relay contacts.  That involved a

21  microscopic analysis and scanning electron microscopy of the

22  relay contacts.

23  Q.   Smoke or fire alarms, any experience with those?

24  A.   I've investigated the failure of smoke detectors and

25  carbon monoxide detectors.  My investigation of those mostly

DAILY COPY

1   has to do with the annunciator device, which is the thing that
2   actually makes the noise that you hear that wakes you up at
3   night.
4   Q.    So would it be fair to say that, through the years, you've
5   had hundreds of investigations with various products with
6   electrical or electric issues?
7   A.    Yes.
8   Q.    With these investigations, are there some typical tests
9   that are performed?  I believe you've already mentioned a few
10  of those.
11  A.    Yes.  I think that there's probably several categories of
12  these tests.  One of the things that's fairly common is to look
13  at the components.  When I say "components," some of these
14  things are smaller than an inch across.  We look at those in an
15  optical microscope, look for indications of any abnormalities
16  in the structure or the materials of the component.  Then to
17  determine what some unusual components or materials might be,
18  we frequently do scanning electron microscopy work.
19          Those are sort of the microscopic analysis,
20  frequently, that's part of developing a theory as to why a
21  part -- something failed.  Frequently, that's followed up by
22  trying to replicate that failure by taking the product and
23  trying to simulate a failure.
24  Q.    Mr. Galler, you are a registered engineer?
25  A.    In the state of Massachusetts.

1  **Q.**    What type of engineer?

2  **A.**    Electrical.

3          **MR. BRYSON:**  Your Honor, we'd like to tender

4  Mr. Galler in the fields of electrical engineering, power

5  electronics, electrical machinery, and failure analysis.

6          **THE COURT:**  The Court will accept him in those

7  designated fields.

8          **MR. BRYSON:**  Thank you, Your Honor.

9                        **DIRECT EXAMINATION**

10  BY MR. BRYSON:

11  **Q.**    Mr. Galler, can you explain to the Court the role of

12  silver in switches and electronics.

13  **A.**    Silver is the material of choice for electrical contacts

14  in practically every device that carries current where there's

15  a switching operation.  So the contacts in a circuit breaker,

16  in your circuit breaker panel in your basement, the contacts on

17  the wall switches and the lights, for the lights in this room,

18  have silver contacts.  If you have a switch on your

19  coffeemaker, it has silver contacts.  If you have a thermostat

20  device that's hidden, that you can't see, that's in your dryer

21  to make sure it doesn't overheat, it has silver contacts.  So

22  the use of silver is very prolific in appliances and in

23  electrical products in -- I would say beyond residential, in

24  commercial and residential equipment.

25  **Q.**    In computers?

                        DAILY COPY

1   A.    Anything that has a button generally has silver contacts.

2   In addition to that, there are places where electronic

3   components have a certain amount of silver, silver plating on

4   the leads, and that sort of thing.  So it shows up in a variety

5   of different ways.

6   Q.    Televisions?

7   A.    In television sets, there are switches and components with

8   silver in them, yes.

9   Q.    Can silver corrode?

10  A.    Certainly.  It actually was originally chosen, like

11  copper -- and I think Dr. Scully alluded to this, that silver

12  and copper generally are corrosion resistant except they have,

13  as he said, an Achilles heel:  They're very sensitive to

14  sulfur.  So sulfur vapors of any kind will corrode, both copper

15  and silver, quite dramatically.

16  Q.    What, if any, problems can occur from silver corrosion?

17  A.    Well, if you imagine a couple of pieces of metal that are

18  supposed to touch and there are electrical contacts in a

19  switch, if you look at these, you would expect to see shiny,

20  silver-looking metal.  If you cover that with something that's

21  black and granular, or black and fuzzy, what's going to happen

22  is, instead of having metal to metal touching, you have a

23  nonconductive corrosion product that's touching.  So that

24  develops a resistance in the electrical connection.  Generally,

25  that's problematic.  It means the switch is either not going to

1    work or it's likely to develop an additional heating from the

2    flow of the electric current through it.

3    **Q.**   What can happen as a result of this corrosion and this

4    increased resistance?

5    **A.**   Well, in things like light switches and circuit breakers

6    or switches that are in a device like, say, a switch that's

7    supposed to open when your dryer exceeds a certain

8    temperature -- it's a safety device -- the problem is that if

9    you develop a lot of corrosion between those contacts, the

10   combination of that electrical resistance caused by the

11   corrosion product and the current through it causes heating so

12   that, actually, the contacts could overheat.  I've investigated

13   a number of fires as a result of debris and corrosion on

14   contacts.

15   **Q.**   Can corrosion lead to failure of the device or product?

16   **A.**   Yes.

17   **Q.**   Can you explain to the Court how you became involved in

18   this matter.

19   **A.**   I was contacted by an engineer named Dean Rutila.  He

20   works for Simpson Gumpertz & Heger.  I work in Cambridge.

21   Their office is in Waltham. I know them fairly well.

22          Mr. Rutila contacted me and said:  "I have this

23   Chinese drywall case that I'm working on."

24          I said to him:  "Okay.  Why does that interest me?"

25          He said:  "Well, they're having lots of trouble with

1    the wires and other things."

2             I said:  "Oh, okay.  I'll come over to your office,

3    and let me take a look at some of the samples.  I'll see if I

4    can get involved in this."

5             That's how my work started.  That was around

6    December 12, 2009.

7    **Q.**   Did you receive some samples?

8    **A.**   I did.  At that time, I received four samples from him.

9    **Q.**   Did you perform your standard tests on these samples?

10   **A.**   I did.

11   **Q.**   Did you prepare a report?

12   **A.**   I did.

13   **Q.**   If we can show P1.2020-001, is that the cover page of your

14   report?

15   **A.**   Yes.

16   **Q.**   Let's talk about receptacles.  That's the thing that you

17   plug things into; right?

18   **A.**   That's it.

19   **Q.**   Did you take some pictures of a new receptacle to show the

20   Court before we show you the ones from the house?

21   **A.**   I did.

22   **Q.**   If we could see those.  If you could explain to the Court

23   what we're looking at.  Is this the actual receptacle or outlet

24   that you disassembled for these pictures?

25   **A.**   I can't see any writing on it from here.  But if it's what

1   I handed you last night, it's the same one.

2   **Q.**   It is.  It is.

3            **MR. BRYSON:**  Show the pictures, socket photos, Scott.

4   **BY MR. BRYSON:**

5   **Q.**   If you could just narrate this.  Just tell Scott when

6   you're ready to go to the next picture.

7   **A.**   I'm looking for the magic laser pointer.

8   **Q.**   We can go through these fairly swiftly.

9   **A.**   This first photograph is a picture of the receptacle

10  before I disassembled it.  The next photograph -- I'd like to

11  see the next photograph.

12           **THE COURT:**  Where did you get this receptacle?

13           **THE WITNESS:**  That's a good question.

14           **THE COURT:**  Is that from a house?

15           **THE WITNESS:**  Actually, I got it at -- it was handed

16  to me at a lawyer's office yesterday.  I don't know where they

17  got it from.

18           **MR. BRYSON:**  One of the engineers on the case

19  purchased it.  It's a new, just off the shelf, standard

20  receptacle.

21           **THE WITNESS:**  My understanding, it was new, but I

22  don't know where it originated.

23                The white plastic part, sometimes called a

24  faceplate, was taken off.  Inside, you can see some of the

25  electrical connection parts.  This receptacle has a strap on

1    one side, which picks up some of the plug blades.  So there's a

2    slot for a plug blade up here and a slot for a plug blade

3    down -- and those blades -- we'll show you these parts in a

4    little more detail.

5                     There's a part of the socket on this side, a

6    part of the socket on this side.  The thing in the middle is

7    what is used to make a connection with those long pins, the

8    ground pins, on a plug.

9    **Q.**   Next photo.

10   **A.**   This is a closeup of one of the connections, or I guess I

11   would call a part of the strap.  So what happens is, to make a

12   connection, a socket has to have, generally, a three-wire

13   connection.  It has a black wire, which is usually called the

14   hot wire, a white wire usually called the neutral wire, and

15   then the ground wire.

16                   If this is the hot side, you can make a connection to

17   this from -- that is a wire connection either by wrapping a

18   wire around one of these screws or by poking a wire -- and

19   we'll show this area a little bit closer in a minute -- into

20   one of these holes, and then there's sort of a catch area

21   that's accessed by pushing the wire in from the back.

22   **Q.**   Next photo.

23   **A.**   This is that same part taken out of the socket.

24   **Q.**   Next photo.

25   **A.**   Now, if we look a little bit closer, you'll see that

1    there's a piece of this brass assembly that has kind of a notch

2    in it and a space.  So if a wire -- if this is wired by pushing

3    a wire into the back of a socket -- let's see that.

4    **Q.**    Next photo.

5    **A.**    What happens is the wire gets pushed in and it bends that

6    brass piece with the notch.  If we look a little closer, you'll

7    see how it fits into the pieces.  So here's the copper wire,

8    and it's sort of pinched between this part that flexes, with

9    the notch in it, and the stationary part on the right side.

10   **Q.**    The next photo.

11   **A.**    Just a closer picture of the same thing:  Copper wire

12   caught between two brass pieces.

13   **Q.**    Next photo.

14   **A.**    Same thing.

15   **Q.**    All right.  So did you actually look at one of the

16   receptacles from one of the houses at issue?

17   **A.**    I did.

18           **MR. BRYSON:**  If we could show the next photo.  One

19   more.  That's still not it.  Go to P1.2020-008.  Next picture.

20   Next page.  That's not it.  2020-0009.  Zoom in on that.

21   **BY MR. BRYSON:**

22   **Q.**    Can you explain to the Court what we're looking at now.

23   **A.**    Yes.  The photo that I showed before, where there was a

24   shiny piece of copper wire sticking into the catch area, that's

25   this item here.  It looks like a black cylinder.  That's the

1    front end of the copper wire protruding into the receptacle.

2    The brass is this sort of yellowish material on the side here.

3    **Q.**    This is BDM12 from Bill and Deborah Morgan's house?

4    **A.**    Correct.

5    **Q.**    This is the first step, the optical microscope?

6    **A.**    That's right.

7    **Q.**    Can we go to the next photo.  Can you explain to the Court

8    what we're looking at now.

9    **A.**    The first step, just without going back to the photo but

10   thinking about it, we see a wire that's supposed to be copper

11   colored, but instead it's covered with a black, sort of dark

12   corrosion product.

13              The next step is to perform some scanning electron

14   microscopy.  The reason we don't do this SEM work with a light

15   microscope is because we can't get to the same magnification.

16   We can't get as high a magnification.

17              The first photo shows the end of the wire sticking

18   up.  The thing on the left is that piece of brass that catches

19   it.  The bottom photo shows sort of the upper left-hand corner

20   of the wire sort of at the 11:00 position, a magnified view.

21   That's at about 100 times magnification.

22   **Q.**    Next photo, 2020-0011.  While we're waiting for him to

23   pull up the picture, this corrosion that you're seeing on these

24   wires, can that be wiped off?

25   **A.**    It does wipe off.  If you wipe it with a cloth or brush it

1   with your fingers, it appears to come off.  I'm not convinced

2   it comes off microscopically, but it comes off.  It looks like

3   a black dust.

4   **Q.**   Is there still a problem with the wire, though?

5   **A.**   The wire has been attacked by this corrosion product.  So

6   the surface of the wire really is never smooth like a new wire

7   because it's been attacked and, as Dr. Scully observed, there's

8   pitting on the surface of the copper wire.

9   **Q.**   Is this the next picture of the wire at the next

10  magnification?

11  **A.**   Yes.  The three pictures are just at higher

12  magnifications.  I know that this is a little bit dark on the

13  screen, so let me just try to -- if you can get the bottom one,

14  I'm just trying to read a scale bar.

15          These things that look like cauliflower are what

16  makes the black appearance on the surface of the wire.

17  Usually, this is called a nodular formation.  The scale bar

18  here, which is 20 microns -- so 20 micrometers.  I'll use the

19  term *microns*.  It's the same thing.  So this is 20 microns

20  across.  These are nodules -- they're saying layers of them.

21  So there's a pile of stuff and a pile of stuff.  This one

22  happens to be about 20 microns in diameter.

23          So that gives you some sense -- gives me some sense

24  of what the diameter or the size is.  Keep in mind that when we

25  were talking about -- or when Dr. Scully was talking about the

1    problems, they were much smaller than this.

2    **Q.**   Let's move to the next picture, please.  We've got a

3    number of samples.  Let's make sure we get them in the record.

4    Let's go to next picture.  Next page.

5           Can you explain very briefly to the Court what we're

6    looking at here, because I believe Dr. Scully already explained

7    this in some detail.

8    **A.**   This is the same area analyzed by a technique called

9    energy disperser spectroscopy.  The energy disperser

10   spectroscopy shows peaks, in the spectrum below the picture, of

11   copper and sulfur.  The analysis below that shows that these

12   nodules have a composition which is like one of the copper

13   sulfide compositions that have been -- one of the standard

14   copper sulfide compositions; namely, it looks approximately

15   equivalent to what would be called $Cu_2S$.  In other words,

16   there's two copper atoms for every sulfur atom, approximately.

17   **Q.**   Let's move to circuit boards, if we could.  We have a wall

18   mock-up we've constructed with a sample HVAC thermostat on it.

19   Could you go and retrieve that thermostat and bring it back to

20   the witness chair, please.

21   **A.**   Sure.

22   **Q.**   Can you explain to the Court what you have in your hand.

23   **A.**   This is a thermostat.  In the old days, the thermostat was

24   just an electromechanical device, but those days are gone.  So

25   these days, everything has a little bit of intelligence to it.

1    So now we have a circuit board.

2    **Q.**    You can show that to the Judge.

3    **A.**    When I say "circuit board," I should probably explain the

4    structure.  A circuit board is a -- generally, it's a

5    fiberglass structure usually on the order of a 16th of an inch

6    thick.  It has electronic components mounted on it; sometimes

7    on both sides.  This one happens to be single-sided.  So

8    there's components on one side and no components on the other

9    side.  There are layers of very thin copper foil, which make

10   the connections between the components.

11        If you were to look, you'd say, "Well, I don't see

12   any copper."  That's because it's covered with a green varnish.

13   That's part of the manufacturing process.  But there is an area

14   where, if I would scrape off the varnish, you could see metal

15   underneath.  This is basically the structure of all the circuit

16   boards in every electronic thing in your house, including your

17   computer, your cell phone, your PalmPilot, your BlackBerry,

18   usually much more complicated than that.

19        The thing that's interesting about this is the copper

20   is about -- I know these units are a little bit off.  Standard

21   copper coating is kind of an industry standard way of doing

22   things.  So if you're a manufacturer and you buy a circuit

23   board, you're going to get a certain kind of copper thickness.

24   That copper thickness is about 35 microns.

25   **Q.**    Silver on it as well?

DAILY COPY

1   **A.**   There are silver on -- almost all the switches will have

2   silver contacts.  In isolated places of some of the circuits,

3   there will be silver as well.

4   **Q.**   Did you look at an example of a thermostat from one of the

5   homes at issue?

6   **A.**   I did.

7           **MR. BRYSON:**  Can we put up the next slide, please,

8   P1.2020-0013.  If we could go to the next page.

9   **BY MR. BRYSON:**

10  **Q.**   This is a thermostat from BDM24 from Mr. Morgan's home

11  again.  Can you explain to the Court what we're looking at.

12  **A.**   Yes.  This thermostat has a display on it, and it's got a

13  light-emitting diode, an LED, to light up the display so you

14  can see it at night.  The device that's there is -- the diode

15  is the part that lights up the display.

16          When I first examined this in an optical microscope,

17  which is the first picture, I noticed there was a kind of an

18  unusual appearance to the connections.  The connections are

19  made by leads which stick out on the right and left side.  They

20  would normally just be a smooth, shiny metal made of an

21  electrical solder.  So I put that in a scanning electron

22  microscope, which is the picture shown on the bottom.  I know

23  it's kind of dark.

24          If we go to next picture, what you'll see is that the

25  dark thing in the middle is where the component was, and here

 1    are the leads on each side.  These leads -- and I'm not sure

 2    why the manufacturer chose to do this, but the leads have a

 3    silver portion to them.  The silver has turned into -- I may

 4    use the term *black*.  The SEM picture does not show the same

 5    color as a visual light.

 6              This is actually -- to your eye or in an optical

 7    microscope, what appears is an area of black crystals.  The

 8    crystals analyzed using the same techniques I described before

 9    turn out to be a silver sulfide.  So this is a part that's

10    being corroded by sulfur vapor.

11              **MR. BRYSON:**  Can we go to the next slide, the next

12    picture.

13    **BY MR. BRYSON:**

14    **Q.**   Can you explain to the Court what this is.

15    **A.**   There are several buttons, push buttons, on the circuit

16    board for the thermostat.  I disassembled one of the push

17    buttons.  Even though this is a very, very small switch, as I

18    said earlier, the common material for contacts and switches is

19    silver.  This one is silver also.  There's a silver disk.  In

20    the top picture -- if you could just blow that up a little bit,

21    and I'll try to point to that.

22              There's a silver disk, and it doesn't look like a

23    silver disk anymore.  It looks like a silver disk with kind of

24    a funny black halo around the outside.  So I was interested in

25    determining what the black material was because I recognized

1   that as not normal for a switch.  So I put this into a scanning

2   electron microscope, and I have some analysis showing that.

3   **Q.**   Was this push-button contact closed up?

4   **A.**   Yes, it was.  I had to disassemble the switch to get to

5   those parts.

6   **Q.**   That's when you saw the corrosion?

7   **A.**   Right.

8   **Q.**   Next picture.  Explain to the Court what we're looking at.

9   **A.**   The disk in the scanning electron microscope is in the top

10  picture and, really, it's the same disk, but an edge -- and I

11  want to try a higher magnification.  What's unusual about it is

12  we would expect this to be a clean metallic edge.  What we see

13  is some kind of crystalline growth on the surface around the

14  outside.

15  **Q.**   Is the corrosion consuming the silver?

16  **A.**   It is.

17  **Q.**   Go to the next picture.  What did you find from the EDS on

18  this particular corrosion?  What type is it?

19  **A.**   The contact surface, in that area where it's blackened, is

20  covered with silver sulfide.

21  **Q.**   Let's talk a little bit about wall light switches.

22          **MR. BRYSON:**  We'd like to run a part of the

23  animation, Your Honor.

24  **BY MR. BRYSON:**

25  **Q.**   Mr. Galler, you can narrate.  On a typical wall light

1   switch, explain to the Court how they operate, please.

2   A.   This is a cross-section kind of looking in the side of a

3   switch.  A light switch in your house has a couple of moving

4   parts.  The important parts are two pieces of silver contact

5   material.  There are brass parts, but there are silver parts

6   mounted on the brass parts.

7          So if you look at those two shiny white pieces, those

8   are silver; silver contacts mounted on brass movable arms.  I

9   know the animation is a little bit ahead of my analysis.  But

10  the silver turns black from the formation of the silver

11  sulfide.

12         Now, what's supposed to happen is you're supposed to

13  have electrical conduction through those silver surfaces as

14  they touch together that's impeded by the formation of the

15  silver sulfide.  Now, you have an electrical product in your

16  house carrying -- I don't want to say carrying 120-volt

17  current.  That would be incorrect.  What I mean is, utility

18  current that's now not working the way it's supposed to.

19  Here's an SEM image.

20  Q.   Did you actually look at a wall switch from one of the

21  houses, I believe the Heischober house?  If you could show

22  P1.2020-0022.  Next page, please.

23         Could you explain to the Court your analysis of the

24  contacts in the wall switch.

25  A.   The silver contact is a button, so it should be a circular

DAILY COPY

1    device or a circular feature.  On this image, it's mounted on a

2    brass arm.  When I took the switch apart, instead of a silver

3    appearance, I found this black, fuzzy appearance on the surface

4    of the contact.

5    Q.    Go to the next page.

6    A.    These are just higher magnifications and then SEM

7    pictures.

8    Q.    Next page.  I'm sorry.  Go ahead.

9    A.    This is not supposed to look like chocolate cake.

10   Dr. Scully used the chocolate cake analogy.  This one is not

11   supposed to look like chocolate cake.

12   Q.    Can you go to the next page.

13   A.    These are crystals growing on the edge and the surface of

14   the contact.

15   Q.    Next page.  What was your final analysis?

16   A.    The crystals on the edge, silver sulfide.

17   Q.    Is this a problem like all the others?

18   A.    Yes, that's right.  The reference materials on electrical

19   contacts says that the silver sulfide has an electrical

20   resistance that's much higher than silver, much higher, 100,000

21   times higher than the resistance of the silver.

22          So here we've chosen a material so that it has ideal

23   properties, it doesn't tarnish, and it has very high electrical

24   resistivity, and now it's covered with something that has an

25   electrical resistance 100,000 times higher.  Not a very good

DAILY COPY

1    situation.

2    **Q.**   Did you perform a comparison of switches that you'd like

3    to show to the Court?

4    **A.**   Yes, I did.

5            **MR. BRYSON:**   If you could pull up P1.1892.

6    **BY MR. BRYSON:**

7    **Q.**   Explain this to the Court, please.

8    **A.**   These are optical microscope pictures of switch contacts.

9    The one on the top is a new switch.  So there's that silver

10   circle I suggested should be seen in a normal switch.  The

11   middle one is a switch I took out of my house.  That switch has

12   some sort of a gray stuff around the outside; but as you can

13   see in the middle, you'll see some active sort of silver area.

14   Then the one that we were looking at before is completely

15   covered with a black, sort of crystalline material.

16   **Q.**   Next page.

17   **A.**   These are SEM images of the same three contacts.  Here's

18   the new one.  See, this one doesn't look too bad.  Then there's

19   the bottom one which looks like the fuzzy chocolate cake.

20   **Q.**   The next page.  Can you explain the differences now on the

21   EDS shots for each of these?

22   **A.**   Yeah.  The top one corresponds to the new contact.  It

23   shows that when I analyzed for silver and sulfur in all of

24   these, that there's essentially no silver on the surface of the

25   new one.  The one I took out of my house -- and I did this all

1    on the edges where the material looked the worst.  There's

2    about -- I guess, in anatomic percentages, it's 6 percent.

3    **Q.**   The top one is silver; correct?

4    **A.**   The top one is essentially pure silver.  It looks like

5    silver with a small amount of copper in it.

6    **Q.**   Then the 45-year-old one?

7    **A.**   The 45-year-old one is essentially pure silver, small

8    amount of sulfur.

9    **Q.**   What happens on the one that's only a few years old?

10   **A.**   On the one that's a few years old that's the sample, it

11   looks like it has a silver-to-sulfur ratio of 75 percent

12   silver, 25 percent sulfur.  That's an enormous amount of

13   sulfur.

14   **Q.**   What, if any, problems would result from this type of

15   corrosion?

16   **A.**   Well, with the resistance of the switch that high, there's

17   a couple possibilities:  One, it stops working, so it doesn't

18   turn appliances on and off when you plug something into the

19   switch, the outlet that it's attached to; and the other thing

20   is it's going to overheat.

21   **Q.**   Did you also look at a component in the HVAC air-handling

22   unit?

23        **MR. BRYSON:**  There's going to be more evidence,

24   Your Honor, on the HVAC air-handling units, how this ties in.

25   Mr. Galler looked at a component from one, P1.2020-0028, also

1    from the Heischober house, SLH31.  Can you explain to the

2    Court, what is an air-handling contacts?

3    A.    In the air-handling unit, there's a relay that turns on --

4    basically turns the system on and off.  So every time the unit

5    is called for heat or cooling, this relay closes.  And it's

6    kind of like a switch, like a wall switch, except that it's

7    electrically operated.  So there's a mechanism that makes the

8    contacts move, and these are the contacts.

9    Q.    Can you go to the next page.

10   A.    They would normally be pure silver just like the light

11   switch.  I examined the contacts from the air handler,

12   air-handling contacts.  They had a sort of dark gray, blackish

13   appearance around the outside.  I performed the SEM work as in

14   the past, on the other examples, and I found a granular

15   material on the surface which was not supposed to be there.

16   Q.    We're not talking about the coils, are we?

17   A.    No, this is not the coils.  This is the electrical device

18   that sort of activates the whole thing.

19   Q.    The next page.  Go to the EDS.  What did you find?

20   A.    This got about 20 percent sulfur on the surface on an

21   atomic basis.  So that's, again, indications of a very large

22   sulfur corrosion product on the surface of the contacts, which

23   degrades the electrical performance of the contactor.

24   Q.    That's a problem?

25   A.    Correct.

1   **Q.**   Did you also look at a smoke detector?

2   **A.**   I did.

3   **Q.**   I believe this one's from Mr. Morgan's house.  Can you

4   pull up P4.0002-0056.

5            **MR. BRYSON:**  Your Honor, there's a series of about

6   three here that are P4.  We'd like to move all those into

7   evidence.

8            **THE COURT:**  I'll admit it.

9            **MR. BRYSON:**  It's P4.0002 through 0056, but we're

10  only going to talk about certain samples here.

11  **BY MR. BRYSON:**

12  **Q.**   Can you explain to the Court what BDM30, this smoke

13  detector, is.

14  **A.**   It's a smoke detector.  When the sample was provided to

15  me, I believe they told me it wasn't working anymore.  The test

16  button didn't seem to work.  I took the smoke detector cover

17  off.  The two devices that are on the bottom, inside the smoke

18  detector, one is the thing that actually detects smoke.  The

19  thing on the left-hand side, with the tan plastic, is the part

20  that acts like the annunciator; in other words, the thing that

21  makes the beeping sound which you hear.  I took that off the

22  circuit board.  In other words, I took the circuit board out of

23  this plastic enclosure, unsoldered the annunciator, and

24  examined it.

25  **Q.**   Next picture, please.

1   A.    Back side of the annunciator.  That's actually the thing

2   that makes the noise.  It vibrates kind of like a speakerphone.

3   There are three contacts.  You can actually see two of them.

4   There's a plastic arm -- sorry, a metal arm and a metal arm,

5   and they're supposed to contact two silver areas on this green

6   inner circle.  Instead of what I saw immediately -- instead of

7   seeing silver areas, I see something that looks like black

8   velvet here.

9         On the same page, you could see this.  Almost without

10  requiring any microscopy, you can see there's a black, fuzzy

11  appearance to this material, which is supposed to be a silver

12  coating.

13  Q.    Next page.

14  A.    This is an SEM picture at higher magnification of what --

15  why that surface appears to be fuzzy and black.  It's fuzzy

16  because there's a whole bunch of needle-like crystals growing

17  on it.  They're actually fairly long.  I know these scales are

18  a little bit confusing, but 200 microns is -- that's a 10th of

19  a millimeter.  That's like whiskers.  If you were to shave in

20  the morning, you can see those with your eye.  That's how big

21  they are.  So this is an incredibly large growth of silver

22  sulfide crystals.

23  Q.    On all of these samples that we've looked at, how thick

24  typically is the corrosion that you're observing?

25  A.    I don't think I saw anything less than 30 microns in any

1    case.

2    **Q.**   That would be how many angstroms?

3    **A.**   30 microns is 300,000 angstroms.  So at one point when we

4    were looking at things that said you might have a problem at

5    1,000 angstroms, 300,000, 200,000, those are the kinds of

6    scales that I saw.

7    **Q.**   Next picture, please.  Is this the picture of the control

8    on this?

9    **A.**   A normal annunciator looks like what is photographed in

10   the top picture.  The shiny white areas are what the contacts

11   are supposed to look like.  So these arms have a tab which

12   solders into the circuit board, and these arms are supposed to

13   contact the silver area on the device.  So that silver area has

14   been turned into silver sulfide.

15   **Q.**   Next picture.

16   **A.**   That's a comparison of a good one and a corroded one.

17   **Q.**   Go to the next page, please.  I believe you've already

18   shown the silver sulfide; correct?

19   **A.**   Correct.

20   **Q.**   Next page.  I believe did you also examine part of the

21   Morgan television set that Mr. Serpe showed in his opening this

22   morning?  Or when he did his direct examination of Mr. Morgan,

23   did you look at a part of the television set?

24   **A.**   Yes.

25   **Q.**   This is BDM67.  Can you explain what you saw in the

1  television set.

2  **A.**    This is the circuit board for the television set.  We

3  should -- just to be clear, this is the old-fashioned kind of a

4  television set, not a flat-panel type.  It makes a difference

5  because the technology inside is completely different.

6        The circuit board that I examined didn't really have

7  very much corrosion on it.  In fact, I had trouble seeing it

8  except in one isolated part.  So if we look at the pictures in

9  sequence, what we'll find is that there's a part --

10  **Q.**    Go to the next page.

11  **A.**    -- there's a part, and I'll point to it, which looks kind

12  of unusual to me, knowing what these things are supposed to

13  look like.  This part is a -- basically, it's a glass sphere

14  with two electrical leads on it.  The black, fuzzy stuff that's

15  growing around is a very unusual appearance.  It's really -- on

16  this board is the only place I saw this, so I took the part

17  out.  If we take a look at next picture --

18  **Q.**    Next page, please.

19  **A.**    -- these are just optical microscope pictures of the part

20  after it's removed from the circuit board.

21  **Q.**    Next page.

22  **A.**    This is a sample.  This part is called a diode.  It's made

23  of a glass body.  It's got a device inside, which I won't get

24  into, but the device inside has two connections:  A lead on

25  each side.  So here's kind of what this should look like,

1    except this one -- I didn't have one of the spherical types
2    handy.
3            So now, if you imagine this being a nice, clean, gray
4    sphere with two leads on it, that's what it should look like.
5    These leads should go right up to the body of the device
6    without any black, mystery product.  We know it's a corrosion
7    product now, but I didn't at the time.
8    **Q.**   Next page.
9    **A.**   I put the diode in a scanning electron microscope.
10   Scanning electron microscopes are interesting because they do a
11   couple of different things depending on how you use them.  In
12   this particular mode, the SEM was sensitive to the conductivity
13   of the device that I was imaging.  What I mean by that is, if I
14   had something that was just glass, it would glow like crazy and
15   cause all kinds of problems.  The reason it's not glowing in
16   these giant areas here is because the corrosion product that's
17   been deposited onto the part is conductive.  In fact, the only
18   part that's not conductive is this little space here, where the
19   white, glowing area is.
20           Before we move on, the problem with the television
21   set was, as I understood it, that you could make the TV set go
22   on, but you could not get a picture.  A CRT-type television set
23   requires a high voltage source inside, and this part's job is
24   to help develop that high-voltage source, meaning on a color
25   television set it's about 30,000 volts.

1         This part had a number on it.  I looked up the part

2    number.  The part is rated for 1,500 volts.  So this part is

3    probably going to have a number of voltage across it, most of

4    the time, on the order of 1,000 volts or so, allowing for a

5    margin in its rating.  If it's glass and if you look at the

6    scale, you see this thing is only 2 millimeters across.  We've

7    taken all but maybe 5 or 10 percent of that and covered it with

8    a conductive material.  So this part can't work properly

9    anymore covered with conductive material.

10   **Q.**   Are diodes common in various electrical/electronic things

11   within a house?

12   **A.**   All over the place.

13        **MR. BRYSON:**  Can we go to the next picture, please.

14   **BY MR. BRYSON:**

15   **Q.**   Is this the final SEM shot of that?  The bottom picture,

16   if you could blow that up, what are we looking at?

17   **A.**   This is the corrosion material essentially growing on the

18   lead of the part.  So as you can see, there's sort of a

19   metallic lead here.  What we see is -- actually, I think -- can

20   we back up one before I misspeak?  This may be the body.

21        Edge of the glass body, so it's this area here.

22   **Q.**   This was what type of corrosion again?  Silver sulfide?

23   **A.**   This is actually copper sulfide, and it's coming from --

24   the leads on almost all electronic products are made out of

25   copper.  So the sulfer vapor is reacting with the copper in the

DAILY COPY

1   lead to form copper sulfide.

2   **Q.**   Did you look at a circuit board from an HVAC air handler?

3   **A.**   Yes.

4         **MR. BRYSON:**   Can we go to P4.0002-0075.  I also move

5   this into evidence.

6         **THE COURT:**   Admitted.

7   **BY MR. BRYSON:**

8   **Q.**   Can you explain to the Court what we're looking at on this

9   in the series of photographs very quickly.

10  **A.**   Yes.  This is a push-button switch on the HVAC control

11  board.

12  **Q.**   This is in the air-handling units; is that correct?

13  **A.**   Yes, that's right.

14  **Q.**   What did you do to the box?

15  **A.**   So this is just optical microscope pictures of the switch

16  itself.

17  **Q.**   Go to the next page, please.

18  **A.**   What I did was I disassembled the switch.  There's two

19  areas of the switch that are troublesome.  One was the exterior

20  leads are covered with a black material.  Also, if we go to the

21  next -- there's a silver -- inside the switch, there's a silver

22  button.  In the optical microscope images, we can see that

23  there's a black corrosion product developing around the edge of

24  the button.

25  **Q.**   Go to the next page.

1  **A.**   This is that same button, just more optical microscope
2  pictures at higher magnification.
3  **Q.**   Next page.
4  **A.**   SEM image of what's growing on the edge.  So in the
5  optical microscope picture, we saw something that was black.
6  The SEM, as I explained, doesn't respond to color, so it looks
7  whitish here.
8  **Q.**   Again, similar problems as you've been describing?
9  **A.**   That's correct.
10  **Q.**   What problem is that?
11  **A.**   Corrosion from sulfur attack.
12         **MR. BRYSON:**  Can we go to P1.1866-003.
13  **BY MR. BRYSON:**
14  **Q.**   This is from the circuit board of Mr. Morgan's house.
15  We'll have another witness show other pictures of that.  But I
16  believe, Mr. Galler, you looked at this one particular thing.
17  Is this a similar-type corrosion that you saw on the diodes
18  from the earlier one that we looked at?
19  **A.**   Yes.
20  **Q.**   If we could zoom in on one of those from this circuit
21  board, from Mr. Morgan's HVAC circuit board, another example of
22  the prevalence of diodes.
23  **A.**   Actually, that's not a diode; that's a resister.  But
24  basically, it's the attack of the -- the lead is shiny and
25  doesn't look like copper, but it's basically a copper lead with

1    a tin coating on it.  The reaction is a copper -- the

2    underlying copper is being corroded by the sulfur vapor.

3    **Q.**   P4, the last one, 0002-0082, this is a light switch from

4    Mr. McKellar's house.  If we could just very quickly just scan

5    through those.  Is this a similar type thing?

6    **A.**   Yes.  Black appearance of the otherwise silver contact

7    covered with a silver sulfide deposit.

8            **MR. BRYSON:**  Scan through to the next one, a couple

9    more.

10   **BY MR. BRYSON:**

11   **Q.**   Mr. Galler, for all of these photos that we've been

12   looking at, all of these various receptacles and switches and

13   smoke detectors and televisions, diodes, resisters, are all the

14   techniques you've described such as the SEM and the EDS -- is

15   there anything new or novel about any of those test methods

16   within your field of expertise?

17   **A.**   No.  Standard procedures for electronic failure analysis.

18   **Q.**   They're all generally accepted procedures?

19   **A.**   That's right.

20   **Q.**   Now, Mr. Galler, if you take the Chinese drywall out of

21   the house, can you leave any of these items?  Should you leave

22   any of these items?

23   **A.**   No.

24   **Q.**   Within a reasonable degree of engineering certainty, have

25   these items been exposed to a corrosive environment?

1  **A.**   Absolutely.

2  **Q.**   Within a reasonable degree of engineering certainty, would

3  you expect to find similar problems with other devices that

4  contain silver contacts in all of these homes?

5  **A.**   Silver contacts, copper wire, all the same.

6  **Q.**   Light switches, circuit boards, appliances, TVs,

7  computers, thermostats, air-handling, security system, anything

8  with a circuit board or a silver contact?

9  **A.**   That's correct.

10  **Q.**   Within a reasonable degree of engineering certainty, what

11  is your opinion about the life span of these electrical and

12  electronic devices and equipment in these things?

13  **A.**   That it's been greatly diminished.

14  **Q.**   How much, in your opinion?

15  **A.**   Well, that's hard to say.  I wouldn't be surprised if the

16  life span has been decreased to a tenth to a quarter of what

17  you would normally expect.

18  **Q.**   In your opinion, should these items be replaced now?

19  **A.**   Yes.

20  **Q.**   Now, is moisture typical in any of these components?

21  **A.**   Is moisture typical in the components?  I'm not sure what

22  you mean.  The components themselves don't have any moisture in

23  them.

24  **Q.**   Excuse me.  Can you do any sort of splicing to fix any of

25  these problems?

1    A.    You mean splicing of the wires?

2    Q.    Mr. Galler, have you reviewed any relevant literature

3    which you believe supports your opinions?

4    A.    Yes, I have.

5    Q.    If we could pull up P2.0202-001.  Can you identify that

6    particular article.

7    A.    Yes.  I like to call it the Chudnovsky paper.

8    Q.    Is this a learned treatise, in your opinion?

9    A.    Yes.  It appeared in proceedings of one of the conferences

10   for the IEEE, which is the electrical engineering professional

11   society.

12   Q.    Can you read into the record the highlighted portion.

13   A.    "Silver shows good resistance to oxidation and tarnishing

14   except in the presence of sulfur.  Sulfur-containing

15   atmospheres will produce silver sulfide that increases contact

16   resistance."

17   Q.    You agree with that, I assume?

18   A.    Absolutely.

19   Q.    Can we go to the next highlighted area in this article.

20   Can you read that into the record, please.

21   A.    That will be difficult.  "However, since electrical

22   resistivity of silver sulfide ($Ag_2S$) is approximately 100,000

23   times higher than that of silver (15 to 20 micro ohm

24   centimeters for" --

25   Q.    You can just read the sentence part.

1   **A.**   Skip the important stuff?  "Its presence reduces the
2   surface conductivity of the silver even if a very thin film is
3   formed."
4   **Q.**   I think we understand that, but can you explain to the
5   Court very briefly what that means.
6   **A.**   It means that the silver sulfide has an electrical
7   property that makes it basically worse than silver by a factor
8   of 100,000 times.  So if there's a very thin layer of -- even a
9   very thin layer of silver sulfide on the contacts, it will
10  degrade the contact performance.
11  **Q.**   The last highlighted point of this article, can you read
12  that into the record, please.
13  **A.**   "Tests examining the electrical conductivity of silver
14  seem to indicate that 200 angstroms would be a reasonably
15  conservative estimate of the thickness at which electrical
16  properties begin to deteriorate."
17  **Q.**   I take it you would agree with that?
18  **A.**   Absolutely.
19  **Q.**   As you've testified, you have seen thicknesses that were
20  greatly in excess of that?
21  **A.**   Correct.
22  **Q.**   The very last article, if we could pull that up, and then
23  we'll be concluded.  This particular article, "Atmospheric
24  Corrosion of Control Equipment," Publication No. 38.
25           **MR. BRYSON:**  Your Honor, it's at P2.0195, and we'll

DAILY COPY

1    go look at pages 0027 and 0028.

2    **BY MR. BRYSON:**

3    **Q.**   Mr. Galler, if you could very briefly explain to the Court

4    what we're seeing in these particular graphs.

5    **A.**   Sure.  This graph shows that -- and let's focus on the

6    silver line, which is over on the right-hand side of the graph.

7    It shows the relationship between the thickness of a film and

8    the resistance of the contacts.

9          What it basically is showing is that if you take a

10   film thickness of 1,000 angstroms, which is -- that's 10 to the

11   third, so it's 1,000 angstroms -- you have a contact resistance

12   that's down here.  We might read that number as -- let's forget

13   about the units for now.  Let's just call that 2 if it's in

14   milliohms.  If that's the ideal condition, let's say -- it may

15   not be -- but if that's the ideal condition, when we go from

16   1,000 angstroms -- this would be 2,000 angstroms, 3,000, 4,000,

17   5,000 -- we've increased the contact resistance by a factor of

18   100.

19         What it's basically showing is that these very small

20   changes and very small thicknesses of films on the silver

21   contacts will have a very dramatic increase in the resistance

22   of the connection, the electrical resistance of the connection.

23   **Q.**   Can we go to the next graph, please.  Could you explain to

24   the Court the significance of this graph from the Abbott paper.

25   **A.**   The numbers here, the categories I, II, and III, refer to

1   the Battelle corrosion categories.

2   **Q.**   I believe Dr. Scully testified about it earlier.

3   **A.**   Correct.  What the graph shows is that when you go from

4   the very sort of modest corrosive environment even to a

5   Category II, that you expect an increase in failure rates of

6   components by a factor of nearly 100.  As he pointed out, the

7   corrosion environment that we have would suggest that we're

8   actually somewhere beyond Level III out into somewhere between

9   III and IV.

10  **Q.**   With regard to relative humidity, what effect does

11  relative humidity have on silver corrosion?

12  **A.**   The literature suggests that -- well, actually, it doesn't

13  suggest it.  The literature says that silver is relatively

14  unaffected by the relative humidity, whereas copper corrosion

15  rates seem to go up a lot when the relative humidity goes up.

16  Silver seems to be unaffected by it.  So the silver corrosion

17  seems to happen whether the humidity is 10 percent or

18  80 percent.

19  **Q.**   There's a paper by, I believe, Mr. Rice, in a learned

20  treatise that you've seen?

21  **A.**   That's correct.

22  **Q.**   Mr. Galler, are all of your opinions within a reasonable

23  degree of engineering certainty?

24  **A.**   They are.

25          **MR. BRYSON:**   One second, Your Honor.

DAILY COPY

1          THE COURT:  We'll stop after this witness.

2          MR. BRYSON:  Thank you, Your Honor.  No further

3    questions.

4          THE COURT:  I have none.

5          THE WITNESS:  We will stop there.  I'll see you all

6    on Monday at 9:00.  I'll see you at 8:30, the lawyers.

7          THE DEPUTY CLERK:    Everyone rise.

8          (WHEREUPON the Court was in recess for the evening.)

9                              * * *

10                          CERTIFICATE

11          I, Toni Doyle Tusa, CCR, FCRR, Official Court

12   Reporter for the United States District Court, Eastern District

13   of Louisiana, do hereby certify that the foregoing is a true

14   and correct daily copy transcript, to the best of my ability

15   and understanding, from the record of the proceedings in the

16   above-entitled and numbered matter.

17

18

19                              s/ Toni Doyle Tusa
                                Toni Doyle Tusa, CCR, FCRR
20                              Official Court Reporter

21

22

23

24

25