UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF CO-COUNSEL

COME NOW, John S. Lawrence, Jr. and David P. Curlin of the firm Lawrence & Associates, who hereby request that J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, be-enrolled as co-counsel for Defendant, Sun Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes in the above entitled matter. The filing of this Notice of Appearance of Co-Counsel is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and Defendant, Sun Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Sun Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes further avers that this Notice does not constitute a waiver of service.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**


By:  */John S. Lawrence, Jr.*
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sun Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes*

**AND**

**LOEB & LOEB, LLC**

By:  */J. Scott Loeb*
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sun Construction, L.L.C., Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes*

## **CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March 2010.

/John S. Lawrence, Jr.
John S. Lawrence, Jr.