UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : : | 2:09-MD-02047 |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes **HOME TOWN LUMBER & SUPPLY, INC.,** defendant in the above numbered and entitled cause, who moves that JOHN P. WOLFF, III, NANCY B. GILBERT, CHRISTOPHER K. JONES and VIRGINIA J. MCLIN, and the law firm KEOGH, COX & WILSON, LTD., be substituted as counsel of record to appear on behalf of Home Town Lumber & Supply, Inc., in lieu and in place of Thomas L. Musselman, W. Charles McVea, Robert W. Wilkinson and Kevin M. Melchi and the law firm of Dogan & Wilkinson, PLLC.

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/John P. Wolff, III
      JOHN P. WOLFF, III, T.A., Bar #14504, jwolff@kcwlaw.com
      NANCY B. GILBERT, Bar #23095, ngilbert@kcwlaw.com
      CHRISTOPHER K. JONES, Bar #28101, cjones@kcwlaw.com
      VIRGINIA M. MCLIN, Bar #31257 jmclin@kcwlaw.com
      701 Main Street
      Post Office Box 1151
      Baton Rouge, Louisiana  70821
      Telephone:  (225) 383-3796
      Telecopier: (225) 343-9612

**DOGAN & WILKINSON, PLLC**

BY:      s/W. Charles McVea
      THOMAS L. MUSSELMAN, Bar #23879
      W. CHARLES McVEA, Bar #30630
      ROBERT W. WILKINSON, Bar #7215
      KEVIN M. MELCHI, MS Bar #101441
      734 Delmas Ave.
      Pascagoula, MS  39567
      P.O. Box 1618
      Pascagoula, MS 39568-1618
      Telephone: (228) 762 - 2272
      FAX: (228) 762 - 3223
            and
      1100 Poydras St., Suite 2900 Energy Bldg.
      New Orleans, LA 70163
      Telephone: (504) 585 - 7398
      Fax: (504) 585 - 7301

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Ex Parte* Motion to Substitute Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 30th day of March, 2010.

s/John P. Wolff, III<br>
JOHN P. WOLFF, III<br>
NANCY B. GILBERT<br>
CHRISTOPHER K. JONES<br>
VIRGINIA J. MCLIN