Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0428

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Speedy Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of:_____ ) ss.
County of:_____ )

**Name of Server:** Chris Hoyer, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 25 day of Febuary, 20 10, at 3 o'clock P M

**Place of Service:** at 103 2nd Street, in Chalmette, LA  70043

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Speedy Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jamie Bedo

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Spanish ; Hair Color Black ; Facial Hair ____
Approx. Age 30 ; Approx. Height 5'9 ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christoph J Hoyer_
Signature of Server

Subscribed and sworn to before me this 3rd day of March, 20 10

_Brandi_ death
Notary Public        (Commission Expires)

BRANDI F. Denson #26631

**APS International, Ltd.**