Service of Process by

Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Northstar Homebuilders, Inc.
Court Case No. 09-7628

State of: Florida ) ss.
County of: Dade )

| | | |
|---|---|---|
| **Name of Server:** | Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action: | |
| **Date/Time of Service** | that on 25-Feb-2010 03:05 pm | |
| **Place of Service:** | at 5901 SW 74th St. #411, city of Miami, state of FL | |
| **Documents Served:** | the undersigned served the documents described as: Summons and Complaint; Exhibits | |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Northstar Homebuilders, Inc. By delivering them into the hands of an officer or managing agent whose name and title is Elana Castro, Executive Assistant | |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color brown ; Facial Hair N/A ; Approx. Age 46 ; Approx. Height 5'02" ; Approx. Weight 120 | |
| | ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. | |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. | Subscribed and sworn to before me this day of March, 20 10 |
| | Signature of Server | Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Notary Public State of Florida
Jason Roberts
My Commission DD949389
Expires 01/21/2014