Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Manuel Gonzales Terra Group, Intl.
Court Case No. 09-7628

State of: Florida ) ss.
County of: Dade )

**Name of Server:** Carlos Aguirre, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 26-Feb-2010 02:40 pm

**Place of Service:** at 1310 South Greenway Drive, city of Coral Gables, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Manuel Gonzales Terra Group, Intl.
By delivering them into the hands of an officer or managing agent whose name and title is
Francisco Gonzales, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  M ; Skin Color  white ; Hair Color  gray ; Facial Hair  N/A
Approx. Age  40 ; Approx. Height  5'07" ; Approx. Weight  150

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this 26 day of FEB, 20 10

Notary Public         (Commission Expires)

APS File: 101729-137

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.