Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0375

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hilliard Butler Construction Company
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** _Chris Hoppe_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _February_, 20 _10_, at _4_ o'clock _P_ M

**Place of Service:** at _5026 Par Four Drive_, in _New Orleans, LA 70128_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hilliard Butler Construction Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Dominique Butler_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _black_ ; Hair Color _black_ ; Facial Hair ____
Approx. Age _25_ ; Approx. Height _5'3_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christopher J. Hoppe_
Signature of Server

Subscribed and sworn to before me this _3rd_ day of _March_, 20 _10_

_Brandi_ _deck_
Notary Public    (Commission Expires)
BRANDI F. ERMON #26631

**APS International, Ltd.**