Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al. Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Garram Homes, Inc.
Court Case No. 09-7628

State of: **Florida** ) ss.
County of: **Dade** )

| | |
|---|---|
| Name of Server: | **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action: |
| Date/Time of Service | that on 26-Feb-2010 02:15 pm |
| Place of Service: | at 999 Ponce de Leon Blvd., Suite 735, city of Coral Gables, state of FL |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint; Exhibits |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **Garram Homes, Inc.** By delivering them into the hands of an officer or managing agent whose name and title is **Rosie Martinez, Assistant to Registered Agent Marco De-La-Cal** |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color blonde ; Facial Hair N/A Approx. Age 36 ; Approx. Height 5'05" ; Approx. Weight 140 ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this 26 day of FEB, 20 10. Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 101729-514

ISABELLE C. FERNANDEZ-MIRANDA
Notary Public - State of Florida
My Commission Expires Feb 27, 2010
Commission # DD 522663
Bonded By National Notary Assn.