Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0280

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cockerham Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
PARISH ~~County~~ of: _LIVINGSTON_ )

Name of Server: _Tom Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _18th_ day of _February_, 20 _10_, at _8:15_ o'clock _P_ M

Place of Service: at _18211 N. Sheridane Ct_ ~~4505 N. Sherwood Forrest Blvd.~~, in _Greenwell Springs, LA 70739_ ~~Baton Rouge, LA 70841~~

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Cockerham Construction, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Tony Cockerham, Officer/Member_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _N/A_
Approx. Age _47yrs_ ; Approx. Height _6'2"_ ; Approx. Weight _200 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this _19TH_ day of _FEBRUARY_, 20 _10_

_James Galladan_  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**