Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0520

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Alana Development Corporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ss.
County of: **ST. JOHNS**
Name of Server: **CINDY BROWN-RENROE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **23** day of **FEB.**, 20**10**, at **5** o'clock **P** M

Place of Service: at 56 SANDPIPER DR, in St. Augustine, FL 32086

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Alana Development Corporation

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **ALLEN DROOPS - OWNER**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **LT. BRWN**; Facial Hair **N/A**
Approx. Age **45+**; Approx. Height **6'0"**; Approx. Weight **250**
X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

*THIS IS A RESIDENCE*

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **25** day of **FEB**, 20**10**

Notary Public       (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012