Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0567

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Coast Drywall, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _OHIO_ ) ss.
County of: _FRANKLIN_ )

**Name of Server:** _BOB BATEMAN_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _10_ day of _MAR_, 20_10_, at _2:45_ o'clock _P_ M

**Place of Service:** at _110 Polaris Parkway, Ste 302_, in _Westerville, OH 43082_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Drywall, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _MICHAEL J. BARREN (He refused but I left them anyway)_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Bob Bateman_ 3/11/10
Signature of Server

Subscribed and sworn to before me this _11th_ day of _March_, 20_10_

_Leigh R. Crosby_
Notary Public      (Commission Expires)

**APS International, Ltd.**

LEIGH R. CROSBY
Notary Public, State of Ohio
My Commission Expires Dec. 22, 2012