## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED ) MDL No.2047
DRYWALL PRODUCTS LIABILITY )
LITIGATION )
) SECTION "L"
)
***This Document Relates to:*** ) CIVIL ACTION NO.: 2:09-CV-7791
)
ROBERT C. PATE, as Trustee for the Chinese Drywall )
Trust, )
) JUDGE ELDON FALLON
Versus )
) MAGISTRATE JOSEPH WILKINSON, JR.
AMERICAN INTERNATIONAL SPECIALTY LINES )
INSURANCE COMPANY, ET AL., )
_____ )

### NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *Joinder to Certain Defendants' Joint Motion To Dismiss First Amended Complaint for Improper Venue or, in the alternative, to Transfer Action to the Middle District of Florida,* on behalf of defendants, Amerisure Mutual Insurance Company and Amerisure Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 23rd day of June, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

Defendants, Amerisure Insurance Company
and Amerisure Mutual Insurance Company

By: _____/s/ Brian K. Abels_____
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

Tressler LLP Doc No.: 443487

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF HEARING** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.