**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 <br> ) <br> ) <br> ) SECTION "L" <br> ) |
| ***This Document Relates to:*** | ) CIVIL ACTION NO.: 2:09-CV-7791 <br> ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) <br> ) <br> ) JUDGE ELDON FALLON |
| Versus, | ) <br> ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) <br> ) <br> ) <br> ) <br> ) |

**MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S JOINDER TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

Now comes Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company (herein collectively referred to as "Amerisure"), by and through their attorneys of record, and hereby join "Certain Defendants' Joint Motion to Dismiss First Amended Complaint For Improper Venue, Or, In The Alternative, To Transfer Action To The Middle District Of Florida," filed on March 29, 2010, by counsel for Chartis Specialty Insurance Company, and Lexington Insurance Company, and the supporting Memorandum of Law. In further support thereof, Amerisure states as follows:

1.      On December 23, 2009, Robert C. Pate, as alleged Trustee for the Chinese Drywall Trust, filed a Complaint, [Doc. No. 1], seeking a declaration that the defendant insurers

1

(herein "Defendants") are obligated to indemnify the Trust for alleged losses arising out of claims that may be brought against the Trust relating to houses constructed by WCI Communities, Inc. and its subcontractors.

2.    On February 24, 2010, the Defendants filed a Joint Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida. That same day, Amerisure joined the joint motion.

3.    On March 15, 2010, Pate filed a First Amended Complaint. The filing of the amended complaint mooted the original joint motion to dismiss.

4.    In response, on March 29, 2010, the Defendants filed a "Certain Defendants' Joint Motion To Dismiss First Amended Complaint For Improper Venue Or, In The Alternative, To Transfer Action To The Middle District Of Florida" (herein "motion") and a supporting Memorandum of Law (herein "memorandum").

5.    Amerisure has reviewed the motion and memorandum, and hereby joins and adopts the grounds and arguments set forth in the motion and memorandum solely for the limited purpose of adjudicating the motion.

WHEREFORE, Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company, respectfully request that this Court grant the Defendants' Motion to Dismiss the First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §1406(a). In the alternative, Amerisure requests that this Court transfer this action to the U.S. District Court for the Middle District of Florida pursuant to 28 U.S.C. §1406(a). Finally, Amerisure requests that this Court award such other and further relief to which Amerisure may be justly entitled.

Respectfully submitted,

Defendants, Amerisure Insurance Company
and Amerisure Mutual Insurance Company

By: _____ /s/ Brian K. Abels _____
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S JOINDER TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.