UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) |
| | MDL No. 09-md-2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al.         vs. KNAUF GIPS KG, et al. Civil Action No. 09-cv-7628 | |

## 84 LUMBER COMPANY'S FINANCIAL DISCLOSURE STATEMENT

    84 Lumber Company was incorrectly designated as 84 Lumber Company, LP, in this action.  The properly named Defendant is 84 Lumber Company.  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, Defendant, 84 Lumber Company ("84 Lumber"), hereby advises the Court that 84 Lumber is a Pennsylvania limited partnership, where Hardy Holdings, Inc., a Pennsylvania corporation, is the general partner; Margaret Hardy Magerko, an individual, is a limited partner; and 84 Associates, Inc., a Pennsylvania S-corporation, is a limited partner, none of which has issued stock or debt securities to the public and no publicly held entity (corporate or otherwise) owns 10% or more of its equity.

    Respectfully submitted,

/s/ S. Manoj Jegasothy
S. Manoj Jegasothy, Esquire, PA ID #80084
Jeffrey R. Wilson, Esquire, PA ID #72735
John G. Ebken, Esquire, PA ID #91031
Marc T. Thirkell, Esquire, PA ID #90995
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:    412-562-1041
*Counsel for 84 Lumber Company*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Financial Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.

                                                               /s/ S. Manoj Jegasothy