# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> *  JUDGE FALLON <br> * |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

*************************************************

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, defendant, Mid-Continent Casualty Company, respectfully requests that oral argument be heard with respect to the hearing of Mid-Continent Casualty Company's Motion to the Dismiss First Amended Complaint or, Alternatively, Motion to Transfer Venue, which is presently scheduled for June 23, 2010 at 9:00 a.m.

Respectfully submitted,

**LARZELERE PICOU WELLS
       SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

**BY:**    */s/ Lee M. Peacocke*
**MORGAN J. WELLS, JR. (La. No. 18499)**
   **mwells@lpwsl.com**
**LEE M. PEACOCKE (La. No. 18374)**
   **lpeacocke@lpwsl.com**

**AND**

**HINSHAW & CULBERTSON LLP**
**RONALD L. KAMMER, T.A. (Fl. No. 360859)**
   **rkammer@hinshawlaw.com**
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
   **phernandez@hinshawlaw.com**
9155 S.  Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE