UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on behalf of all others similarly situated,<br>  Plaintiffs | MAG. JUDGE WILKINSON |
| v. | |
| KNAUF GIPS KG, et al<br>Case No. 2:09-CV-7628<br>  Defendants | |

### ORDER ON DEFENDANT, O.C.D OF S. FLORIDA, INC.'S, EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Upon consideration of Defendant O.C.D. of S. Florida, Inc.'s, Ex Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint,

IT IS HEREBY ORDERED that the Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, O.C.D. of S. Florida, Inc., be granted an extension of time until April 15, 2010 to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana, this **29th** day of **March**, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge