UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

...........................................................................

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

...........................................................................

**MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORMS**

COME NOW the Defendants HPH Properties, LLC and HPH Homes, fully reserving any and all defenses, move this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with Defendant Builder Profile Forms in the above-captioned matter, and in support thereof states as follows:

1. On or about February 9, 2010, HPH Properties, LLC and HPH Homes were served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be filed forty (40) days from service of process.

3. The undersigned has been diligently working to obtain the information necessary to complete the Defendant Builder Profile Forms. Additional time is needed, however, to verify the information required and confirm its accuracy.

1

4. Defendants therefore request that the deadline for completing its Defendant Profile Forms be extended for thirty (20) days, or until April 19, 2010.

5. This extension will neither prejudice any of the parties nor delay this matter.

6. This Court has the authority to grant the relief requested herein pursuant to Rule 6, Fed. R. Civ. P.

WHEREFORE, Defendants HPH Properties, LLC and HPH Homes respectfully request this Court grant their extension of time until and including April 19, 2010 to serve Plaintiffs' Liaison Counsel with the Defendant Builder Profile Forms.

Respectfully submitted,

/s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC and
HPH Homes

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*
Email:  jk@keeselby.com
          lj@keeselby.com

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 30th day of March, 2010.

                                                  /s/ Lucy W. Jordan  
                                                  OF COUNSEL