UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

**ORDER ON DEFENDANTS HPH PROPERTIES, LLC and HPH HOMES' EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORMS**

Upon consideration of the Ex Parte Motion for Extention of Time to Complete Defendant Builder Profile Forms filed by Defendants HPH Properties, LLC and HPH Homes,

IT IS HEREBY ORDERED that the Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant HPH Properties, LLC and HPH Homes be granted an extension of time until April 19, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana this ___ day of _____, 2010.

Honorable Eldon E. Fallon
United States District Judge