UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| *This Document Relates to:* | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL.,<br><br>    Defendants.<br>_____/ | <br><br><br><br><br>CASE NO. 2:09-CV-7791 "L" |

**DEFENDANT HERMITAGE INSURANCE COMPANY'S
NOTICE OF JOINDER IN CERTAIN DEFENDANTS'
JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT
FOR IMPROPER VENUE OR, IN THE ALTERNATIVE,
TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

COMES NOW the Defendant, Hermitage Insurance Company ("Hermitage"), by and through its undersigned counsel, and herein files its Notice of Joinder in Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida and Memorandum of Law and Notice of Hearing in Support Thereof, Documents 2157, 2157-1 and 2157-2,

and incorporates by reference herein the arguments set forth in that Motion and supporting Memorandum of Law as though fully restated herein.

_____
John E. Herndon, Jr.
Florida Bar No. 199702
CONROY SIMBERG GANON
KREVANS ABEL LURVEY MORROW
& SCHEFER, P.A.
Atrium Building, Suite 105
325 John Knox Road
Tallahassee, FL  32303
Telephone:  (850) 383-9103
Facsimile:  (850) 383-9109
eherndon@conroysimberg.com

Isaac H. Ryan (23925)
Deutsch Kerrigan & Stiles, LLP
755 Magazine Street
New Orleans, LA  70130
Telephone:  (504) 593-0718
Facsimile:  (504) 566-1201
iryan@dkslaw.com

*CO-COUNSEL FOR DEFENDANT*
*HERMITAGE INSURANCE COMPANY*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant Hermitage Insurance Company's Notice of Joinder in Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida, has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand

delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.

                                            /s/ Isaac H. Ryan
                                            John E. Herndon, Jr.
                                            Isaac H. Ryan