UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION     CASE NO. 2:09-cv-04117

SECTION: L

MG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO:**
Vickers et al v. Knauf GIPS KG et al
Case No.: 09-CIV-20510
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant Banner Supply Co. has filed the attached Motion. **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on June 23, 2010 at 9:00 AM before the Honorable Eldon E. Fallon.

                 Respectfully submitted,

                 /s/Jeffrey A. Backman
                 JAN DOUGLAS ATLAS
                 Fla. Bar No. 226246
                 JEFFREY A. BACKMAN
                 Fla. Bar No. 0662501
                 ADORNO & YOSS LLP
                 350 East Las Olas Boulevard; Suite 1700
                 Fort Lauderdale, FL 33301-4217
                 Telephone: (954) 763-01200
                 Facsimile: (954) 766-7800
                 Attorneys for BANNER SUPPLY CO.

MDL 2047<br>CASE NO. 09-04117 (Vickers)

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.

/s/Jeffrey A. Backman  
Jeffrey A. Backman

{218429.0005/N0820951_1}

2

ADORNO & YOSS LLP  
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800