IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: McDuffie, et al. v. Knauf Gips KG, et al., CASE NO.: 2:10-CV-00333 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER

**CONSIDERING** the Motion to Amend filed by Defendants USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply, which was consented to by Plaintiffs' counsel in this matter.

**IT IS HEREBY ORDERED** that the motion is GRANTED and that Defendants be allowed to file the Second Amended Answers exhibited to the Motion to Amend.

New Orleans, Louisiana, this 29th day of March, 2010

_____
U.S. District Judge

1