IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------ | x | ------------------------------------------------ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------ | x | ------------------------------------------------ |

## ORDER

Upon consideration of the Consent Motion to Extend Time to Respond to the Payton Complaint and Incorporated Memorandum and Local Rule 7.9 Certificate, filed herein by FLORIDA STYLE SERVICES, INC.,

IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond to the Payton Complaint be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant FLORIDA STYLE SERVICES, INC. shall be granted until April 12, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint (1), filed in the above-captioned matter, Civil Action No. 09-7628, within MDL No.

2047 ("the Payton Complaint").

New Orleans, Louisiana, this 29th day of March, 2010.

 *[signature: Eldon E. Fallon]*
 Honorable Eldon E. Fallon
 United States District Judge

1019269