UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAR 29 PM 4:52

LORETTA G. WHYTE
CLERK

SEAN AND BETH PAYTON, individually, and on behalf of all other similarly situated, (ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A").

    Plaintiffs

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; (ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"),

    Defendants

_____/

CASE NO.: 09-7628 SECT. L MAG. 2

CLASS ACTION COMPLAINT

## ANSWER TO COMPLAINT

COMES NOW the Defendant, ZAMORA CORPORATION, and denies each and every allegation of the Complaint as it pertains to said entity.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed to Russ M. Herman, Esquire, Leonard A. Davis, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113, on this ___ day of March, 2010.

MARIO A. LAMAR, P.A.
3971 S.W. 8th Street, Suite 305
Miami, Florida 33134
305/442-4748

BY: _____
MARIO A. LAMAR, ESQ.

___ Fee _____
___ Process _____
_x_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____