UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 2047 |
| | | SECTION: "L" |
| This document relates to: | | JUDGE FALLON |
| *CA No. 10-0052* (*Bourgeois v. Allstate Indemnity Co., et al*) | | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** through the undersigned counsel, comes LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION, who requests that this Honorable Court allow **John T. Culotta (La. Bar. No. 17272), Joseph L. Spilman, III (La. Bar. No. 17813) and Darren A. Patin (La. Bar No. 23244),** of the law firm of Hailey, McNamara, Hall, Larmann & Papale, L.L.P., to enroll as additional counsel of record. The firm of Dysart & Tabary, L.L.P. shall also remain counsel of record in this matter.

**WHEREFORE,** Louisiana Citizens Property Insurance Corporation prays that this Honorable Court grant this motion and that John T. Culotta, Joseph L. Spilman, III and Darren A. Patin of the law firm Hailey, McNamara, Hall, Larmann & Papale, L.L.P. be enrolled as additional counsel of record.

[**SIGNATURE LINE ON NEXT PAGE**]

| Respectfully submitted: | Respectfully Submitted: |
|---|---|
| DYSART & TABARY, L.L.P. | HAILEY, McNAMARA, HALL, LARMANN & PAPALE, L.L.P. |
| *s/Lacey Tabary* | *s/Darren A. Patin* |
| PAUL A. TABARY, III (#12623) | JOHN T. CULOTTA (#17272) |
| LACEY TABARY (#31982) | JOSEPH L. SPILMAN (#17813) |
| Three Courthouse Square | DARREN A. PATIN (#23244) |
| Chalmette, Louisiana 70043 | One Galleria Boulevard – Suite 1400 |
| Telephone: (504) 271-8011 | Metairie, Louisiana 70011-8288 |
| | Telephone: (504) 836-6500 |

### C E R T I F I C A T E OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of March, 2010.

*/s/ Lacey Tabary*
Lacey Tabary, #31982
Attorney for Defendant, LCPIC
Dysart & Tabary, LLP
Three Courthouse Square
Chalmette, LA 70043
Telephone: (504) 271-8011

2