# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 SECTION: "L" |
| This document relates to: | * * | JUDGE FALLON |
| *CA No. 10-0052* (*Bourgeois v. Allstate Indemnity Co., et al*) | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Louisiana Citizens Property Insurance Corporation's Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that John T. Culotta, Joseph L. Spilman, III and Darren A. Patin of the law firm Hailey, McNamara, Hall, Larmann & Papale, L.L.P. be enrolled as additional counsel of record in this proceeding.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE**