UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> ) <br> ) <br> _____) | MDL No. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al    NO. 09-07791

**MEMORANDUM IN SUPPORT OF THE MOTION TO DISMISS FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANTS AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY AND STEADFAST INSURANCE COMPANY, OR IN THE ALTERNATIVE, MOTION TO TRANSFER ACTION TO MIDDLE DISTRICT OF FLORIDA**

In filing a First Amended Complaint, the plaintiff, Robert C. Pate, as trustee for the Chinese Drywall Trust, has again sought to improperly invoke the jurisdiction of this court through the Multi District Litigation known as the Chinese Drywall Proceedings. As a result, Defendants, American Guarantee and Liability Insurance Company and Steadfast Insurance Company, join in the Motion to Dismiss the First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by the Defendant, Chartis Specialty Insurance Company (f/k/a American International Speciality Lines Insurance Company) and Lexington Insurance Company and move this court pursuant to F.R.C.P 12(b)(3) and 28 U.S.C. § 1406(a) for an order dismissing the First Amended Complaint filed by Pate.  Alternatively, Defendants move for an order

transferring this matter to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Because this court lacks personal jurisdiction over certain defendants in this coverage dispute, the Eastern District of Louisiana is not a proper venue under 28 U.S.C. §1391(a)(1). One or more of the defendants in this action, including FCCI Commercial Insurance Company, FCCI Insurance Company, and Mid Continent Casualty Company, do not reside in Louisiana nor have they otherwise submitted to the jurisdiction of this court.

American Guarantee and Steadfast adopt the arguments made by Chartis and Lexington and incorporate those arguments and legal authorities in support of this motion.

This dispute has no connection with the State of Louisiana. The controversy which gave rise to the litigation occurred in Florida. The United States District Courts in Florida do have personal jurisdiction over the defendants and the Middle District of Florida is the proper venue for these proceedings.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and American Guarantee Liability Insurance Company

*/s/ Wade A. Langlois, III*

---

**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __31st__ day of March, 2010.

*/s/ Wade A. Langlois, III*
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Mt to Dismiss Amended Complaint\Mt to Dismiss Amended Comp Memo.wpd