UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | MDL No. 2047 |
| | | SECTION: L |
| | | JUDGE FALLON MAG. JUDGE WILKINSON |

_____)

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al    NO. 09-07791

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *Motion to Dismiss First Amended Complaint on Behalf of American Guarantee and Liability Insurance Company and Steadfast Insurance Company, or in the Alternative, Motion to Transfer Action to Middle District of Florida* on behalf of Defendants American Guarantee and Liability Insurance Company and Steadfast Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U. S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the **21st day of April, 2010**, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company


*/s/ Wade A. Langlois, III*
_____
**THOMAS L. GAUDRY, JR.  T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and
American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF HEARING** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this___31st__ day of March , 2010.

 */s/ Wade A. Langlois, III*_____
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Mt to Dismiss Amended Complaint\Mt to Dismiss Amended Comp Notice of Hearing.wpd