UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED | * Case No. 2:09-cv-7628 |
| DRYWALL PRODUCTS LIABILITY | * MDL No. 09-2047 |
| LITIGATION | * |
| | * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * |
| | * MAGISTRATE WILKINSON |
| Docket # 09-7628 | * |
| SEAN AND BETH PAYTON, individually | * |
| and on behalf of all others similarly situated | * |
| | * |
| Plaintiffs | * |
| | * |
| v. | * |
| | * |
| KNAUF GIPS KG; KNAUF PLASTERBOARD | * |
| (TIANJIN) CO., LTD. et al. | * |
| | * |
| Defendants | * |

___

## NOTICE OF APPEARANCE

NOW COMES, Sharon B. Kyle, APLC to appear as counsel of record for Defendant, Dupree Construction Company, Inc. erroneously named as Dupree Contractors, Inc. in Schedule 3 and Paragraph 2221 of Plaintiffs Omnibus Class Action Complaint (I).  Dupree Construction, Inc. reserves all rights to object to jurisdiction, venue and service and preserves all defenses.  Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 29th day of March, 2010.

RESPECTFULLY SUBMITTED:
SHARON B. KYLE, A.P.L.C.


SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
4960 Bluebonnet Blvd., Ste. A
Baton Rouge, Louisiana 70809
Telephone: 225/293-8400
Facsimile: 225/291-9501

Attorneys for Dupree Construction Company, Inc.


CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of March, 2010.

STEVEN K. SCHILLING