UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al<br>*Plaintiffs*<br><br>         v.<br><br>KNAUF GIPS KG, et al<br>*Defendants* | * CIVIL ACTION NO. 09-07628<br>*<br>* SECTION: "L" (2)<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

T.J. Seale, III and Elsbet C. Smith, and the law firm of Seale & Ross, P.L.C. give notice of their appearance as counsel of record for Daelen of Tangipahoa, L.L.C. in this case, and request that copies of all pleadings and notices in this case be served on the undersigned as indicated.

Respectfully submitted:

/s/ Elsbet C. Smith_____
T.J. Seale, III (#11901)
Elsbet C. Smith (#31326)
Seale & Ross
200 North Cate Street
Post Office Drawer 699
Hammond, Louisiana 70404
Telephone: (985) 542-8500
Fax: (985) 542-4111
*Attorney for Daelen of Tangipahoa, L.L.C.*

### CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

/s/ Elsbet C. Smith____