UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO.:  2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| *SEAN AND BETH PAYTON, ET AL.* | * | |
| *vs.* | * | MAGISTRATE JUDGE |
| *KNAUF GIPS KG, ET AL.* | * | WILKINSON |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CORPORATE DISCLOSURE STATEMENT
OF LAKESIDE VILLAGE DEVELOPMENT, L.L.C.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, Lakeside Village Development, L.L.C. provides the following corporate disclosures:

(1) Lakeside Village Development, L.L.C. is a limited liability company organized and doing business in Louisiana.

(2) No publicly held corporation owns any stock of Lakeside Village Development, L.L.C.

        Respectfully submitted,

        DEGAN, BLANCHARD & NASH, APLC

        */s/ Foster P. Nash, III*
        Sidney W. Degan, III (#04804)
        sdegan@degan.com
        Foster P. Nash (#19079)
        fnash@degan.com
        Stephanie L. Cheralla (#31433)
        scheralla@degan.com
        400 Poydras Street, Suite 2600
        New Orleans, Louisiana  70130
        Telephone:  (504) 529-3333
        Facsimile:  (504) 529-3337
        ***Attorneys for Lakeside Village Development, L.L.C.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 31st day of March, 2010.

I further certify that the above and foregoing Corporate Disclosure was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March, 2010.

        */s/ Foster P. Nash, III*