UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al<br>*Plaintiffs*<br><br>v.<br><br>KNAUF GIPS KG, et al<br>*Defendants*<br>************************ | * CIVIL ACTION NO. 09-07628<br>*<br>* SECTION: "L" (2)<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON<br>*<br>* |

## **MOTION FOR EXTENSION OF TIME WITHIN WHICH TO PLEAD**

      Defendant, Daelen of Tangipahoa, L.L.C., respectfully requests an additional thirty (30) days within which to serve pleadings responsive to Plaintiffs' Complaint entitled *Sean and Beth Payton, individually, and on behalf of all others similarly situated v. Knauf Gips KG, et al*, Civil Action No. 2:09-cv-07628 (Rec. Doc. 1). In support, Defendant would show that it was served with Plaintiffs' Complaint on or about March 13, 2010; that responsive pleadings would otherwise be due on or about April 2, 2010; that undersigned counsel has only recently been retained to represent Defendants in this litigation, and requires an additional thirty (30) days within which to prepare and serve responsive pleadings. This is the first request for additional time to serve responsive pleadings.

      **WHEREFORE,** Defendant, Daelen of Tangipahoa, L.L.C., respectfully requests that this Court enter an order granting an extension of time of thirty (30) days within which to serve responsive pleadings.

      Respectfully submitted:

/s/ Elsbet C. Smith
T.J. Seale, III (#11901)
Elsbet C. Smith (#31326)
Seale & Ross
200 North Cate Street
Post Office Drawer 699
Hammond, Louisiana 70404
Telephone: (985) 542-8500
Fax: (985) 542-4111
*Attorneys for Daelen of Tangipahoa, L.L.C.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 31, 2010, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent by operation of the court's electronic filing system.  I also certify that a copy of the foregoing will be sent to all non-CM/ECF participants by United States Mail, properly addressed and postage prepaid.

      /s/ Elsbet C. Smith\_\_\_\_