UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| SEAN AND BETH PAYTON, et al<br>*Plaintiffs*<br><br>         v.<br><br>KNAUF GIPS KG, et al<br>*Defendants* | * CIVIL ACTION NO. 09-07628<br>*<br>* SECTION: "L" (2)<br>*<br>* JUDGE FALLON<br>* MAG. JUDGE WILKINSON<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER ON MOTION FOR
EXTENSION OF TIME WITHIN WHICH TO PLEAD**

**IT IS HEREBY ORDERED** that defendant, Daelen of Tangipahoa, LLC, be and it is hereby granted an extension of time of thirty (30) days from when the answer was otherwise due, until May 2, 2010, to respond to Plaintiff's Complaint.

New Orleans, Louisiana, this _____ day of _____, 2010

_____
**DISTRICT JUDGE**