UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

### DEFENDANT, TWIN LAKES RESERVE AND GOLF CLUB, INC.'S MOTION TO DISMISS PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT FILED ON BEHALF OF PLAINTIFFS, DIANA E. GAY AND JAMES M. HENSEN

Pursuant to Rule 12 of the Federal Rules of Civil Procedure, the Defendant Twin Lakes Reserve and Golf Club, Inc. (hereinafter "Twin Lakes") moves to dismiss the Plaintiffs' claims alleged against it in the Plaintiffs' Omnibus Class Action Complaint (I) filed December 9, 2009 [Dkt. 1].  The Defendant's Motion is based on the legal argument and authority set forth in its Memorandum of Law filed in support of the Motion.  Specifically, in this instance, the Plaintiffs have not and cannot show that the Defendant is subject to the jurisdiction of this Court.  In addition, these Plaintiffs are actively prosecuting a civil action in the state court of Florida in which they allege duplicative claims against this Defendant arising from

the same set of facts. Therefore, the Plaintiffs' claims should be dismissed as to the Defendant, Twin Lakes.

WHEREFORE, based on the legal arguments and citations of authority above, the Defendant, Twin Lakes Reserve and Golf Club, Inc. asks that this Court grant its Motion to Dismiss and dismiss all claims against it alleged by the Plaintiffs, Diana E. Gay and James Meredith Hensen.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March, 2010.

> *s/ Gail C. Bradford*
> MICHAEL J. ROPER, ESQUIRE
> Florida Bar No. 0473227
> GAIL C. BRADFORD, ESQUIRE
> Florida Bar No. 0295980
> BELL AND ROPER, P.A.
> 2707 East Jefferson Street
> Orlando, FL  32803
> Telephone:  (407) 897-5150
> Facsimile:  (407) 897-3332
> *Attorneys for Twin Lakes Reserve and Golf Club, Inc.*