UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO.: 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| *SEAN AND BETH PAYTON, ET AL.* | * | |
| *vs.* | * | MAGISTRATE JUDGE |
| *KNAUF GIPS KG, ET AL.* | * | WILKINSON |
| Case No. 2:09-CV-7628 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CORPORATE DISCLOSURE STATEMENT**
**OF IN-LINE CONTRACTORS, L.L.C.**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, In-Line Contractors, L.L.C. provides the following corporate disclosures:

(1) In-Line Contractors, L.L.C. is a limited liability company organized and doing business in Louisiana.

(2) No publicly held corporation owns any stock of In-Line Contractors, L.L.C.

Respectfully submitted,

DEGAN, BLANCHARD & NASH, APLC

   */s/ Foster P. Nash, III*
Sidney W. Degan, III (#04804)
sdegan@degan.com
Foster P. Nash (#19079)
fnash@degan.com
Stephanie L. Cheralla (#31433)
scheralla@degan.com
400 Poydras Street, Suite 2600
New Orleans, Louisiana  70130
Telephone:  (504) 529-3333
Facsimile:  (504) 529-3337
**Attorneys for In-Line Contractors, L.L.C.**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Corporate Disclosure has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 6, on this 31st day of March, 2010.

I further certify that the above and foregoing Corporate Disclosure was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March, 2010.

   */s/ Foster P. Nash, III*