## UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED            MDL NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                              **SECTION L**
                                        **JUDGE FALLON**
                                        **MG. JUDGE WILKINSON**


THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/


### NOTICE OF HEARING REGARDING
### DEFENDANT, TWIN LAKES RESERVE AND GOLF CLUB, INC.'S
### MOTION TO DISMISS PLAINTIFFS OMNIBUS CLASS ACTION
### COMPLAINT FILED ON BEHALF OF
### PLAINTIFFS, DIANA E. GAY AND JAMES M. HENSEN

Pursuant to LR 7.2E of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts Of Louisiana, the Defendant Twin Lakes Reserve and Golf Club, Inc. (hereinafter õTwin Lakesö) files and serves this Notice of Hearing regarding its Motion to Dismiss the Plaintiffsø Omnibus Class Action Complaint (I) filed December 9, 2009 [Dkt. 1], for hearing before the Honorable Eldon E. Fallon, District Judge, at 9:00 a.m. on Wednesday, April 21, 2010.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading

the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 31st day of March, 2010.

*s/ Gail C. Bradford*
MICHAEL J. ROPER, ESQUIRE
Florida Bar No. 0473227
GAIL C. BRADFORD, ESQUIRE
Florida Bar No. 0295980
BELL AND ROPER, P.A.
2707 East Jefferson Street
Orlando, FL  32803
Telephone:  (407) 897-5150
Facsimile:  (407) 897-3332
*Attorneys for Twin Lakes Reserve and Golf Club, Inc.*
