**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047**<br>**SECTION: L**<br>**JUDGE FALLON**<br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*Peyton v. Knauf Gips KG*, **Case no. 09-7628** | |

## ORDER

Defendant Francisco Tomas Permuy filed a Motion for Extension of Time to Respond to Complaint (Rec. Doc. No. 1955).  The Court has considered the Motion.  Accordingly, IT IS ORDERED that Defendant is granted until April 15, 2010 to file an answer or other proper responsive pleading.

New Orleans, Louisiana, this 31st day of March, 2010.

_____
United States District Judge