# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION: "L" |
| | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *CA No. 10-0052* | * | MAGISTRATE JUDGE WILKINSON |
| (*Bourgeois v. Allstate Indemnity Co., et al*) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering Louisiana Citizens Property Insurance Corporation's Motion to Enroll Additional Counsel of Record;

**IT IS ORDERED** that John T. Culotta, Joseph L. Spilman, III and Darren A. Patin of the law firm Hailey, McNamara, Hall, Larmann & Papale, L.L.P. be enrolled as additional counsel of record in this proceeding.

New Orleans, Louisiana, this _____31st_____ day of _____March_____, 2010.


_____
**JUDGE**