UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL NO.: 2047 SECTION: L  JUDGE FALLON MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated,
[ADDITIONAL PLAINTIFFS LISTED ON
SCHEDULE OF PLAINTIFFS]

v.

KNAUF KIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD.; KNAUF
PLASTERBOARD (WUHU), CO., LTD.;
KNAUF PLASTERBOARD (DONGGUAN)
CO., LTD.; [ADDITIONAL DEFENDANTS
LISTED ON SCHEDULE OF DEFENDANTS]

CASE NO.: 2:09-cv-07628-EEF-JCW

## ORDER EXTENDING TIME FOR DEFENDANT, LTL CONSTRUCTION INC., TO PLEAD

THIS CAUSE came before the Court on defendant, LTL Construction, Inc.'s, Ex Parte

Motion to Extend Time to Plead. The Court, having read the Motion and otherwise being fully

advised in the premises hereby,

ORDERS AND ADJUDGES:

1. LTL Construction Inc.'s Motion to Extend Time to Plead is GRANTED.

2. Defendant, LTL Construction, Inc. shall file its answer or motion pursuant to Fed.R.Civ.P, 12 no later than March 16, 2010.

DONE AND ORDERED this 31st day of March 2010, New Orleans, Louisiana.

Eldon E. Fallon
U.S. District Court Judge
Eastern District of Louisiana