IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, ET AL                                    PLAINTIFF

VERSUS                                                         CIVIL ACTION NO.: 09-7628

KNAUF GIPS KG, ET AL                                           DEFENDANT

### ORDER FOR TIME

This cause came on for hearing on the motion of the Defendant, Ray Gavins, d/b/a Gavins Construction, and the Court being fully advised in the premises finds as follows:

1. That the motion is well taken and is hereby granted.

2. That the Defendant shall have until April 30, 2010, to file an answer in the above captioned matter.

SO ORDERED, ADJUDGED AND DECREED this 31st day of March, 2010, New Orleans, Louisiana.

_____
DISTRICT COURT JUDGE