UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * *

## AFFIDAVIT OF JORGE GUERRA

STATE OF FLORIDA

COUNTY OF MIAMI DADE

Before me, the undersigned authority, personally appeared Jorge Guerra, who after being by me duly sworn did depose and testify as follows:

1. I am a President of Design Drywall of South Florida, L.L.C. (hereinafter, "Design Drywall"). I am over the age of 21 and am a resident of Florida. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by Design Drywall in the regular course of business.

EXHIBIT "A"

2. Design Drywall is a named defendant in the Complaint filed in the matter entitled *Sean and Beth Payton, et al. V. Knauf Gips, DG, et al.*, E.D. La., No. 2:09-cv-7628.

3. Design Drywall is a Florida limited liability company with its principal place of business in Miami, Florida.

4. None of the members of Design Drywall reside in or are domiciled in Louisiana.

5. Design Drywall has no subsidiaries or other related entities either in Louisiana or otherwise.

6. Design Drywall is a construction subcontractor that contracts with third parties for the construction of residential homes and commercial work.

7. Design Drywall has never performed construction in or had any contracts or subcontracts to perform construction in Louisiana.

9. Design Drywall has not purchased or sold real property in Louisiana.

10. Design Drywall has no bank accounts in Louisiana.

11. Design Drywall has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

12. Design Drywall has not and does not maintained any office(s) nor employ any employees in Louisiana.

2

13. Design Drywall does not solicit business in Louisiana and has never transacted business in Louisiana.

14. According to the schedules attached to the Complaint, the residences on which Design Drywall allegedly conducted work are located in Florida. In fact, none of the alleged homeowners who have asserted any claims in the Complaint against Design Drywall reside in Louisiana, none the property at issue in the Complaint (as pertains to Design Drywall) is located in Louisiana and Design Drywall did not negotiate or enter into any contract with any plaintiff in Louisiana.

15. Design Drywall does not have any agreements with agents located in the State of Louisiana who are authorized to preform work on behalf of Design Drywall in Louisiana.

3

16. Considering the above, Design Drywall has no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

JORGE GUERRA

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY, THIS 29 DAY OF MARCH, 2010.

Notary Public

My Commission expires: 4/6/12

Bar/Notary No.: _____

62065-04\Pleadings\Affidavit - Pedraza - Dismissal.wpd

Notary Public State of Florida
Doris P Alorda
My Commission DD778440
Expires 04/08/2012

4