UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

**ORDER**

CONSIDERING the Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue of Design Drywall of South Florida, L.L.C.;

IT IS HEREBY ORDERED that the motion is GRANTED and that Plaintiffs' claims against Design Drywall of South Florida, L.L.C. are dismissed.

New Orleans, Louisiana this _____ day of April, 2010.

_____
U. S. District Court Judge