UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | | |
| LITIGATION | * | SECTION "L" |
| | | |
| THIS DOCUMENT RELATES TO | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al | | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG, et al. | | |
| Case No. 2:09-CV-7628 | * | |

\*      \*      \*      \*      \*      \*      \*

_____

**NOTICE OF HEARING**
_____

PLEASE TAKE NOTICE that Design Drywall of South Florida, L.L.C. will bring for

hearing its Motion to Dismiss or, Alternatively, Motion to Transfer Venue in the referenced matter

before the Honorable Eldon E. Fallon at the United States District Court, Eastern District of

Louisiana, 500 Poydras Street, C-456, New Orleans, Louisiana 70130 on the 21 of April, 2010

at 9:00 a.m. or at a time set further by this Court.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aad'arcy@shieldsmottlund.com

Attorneys for
   Design Drywall of South Florida, L.L.C.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify the above and foregoing *Notice of Hearing of Design Drywall of South Florida, L.L.C.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 31st day of March, 2010.

/s/ Elizabeth L. Gordon

62065-02\Pleadings\Notice of Hearing.Design Drywall.wpd