UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * *

## AFFIDAVIT OF LOUIS A. VILLE

STATE OF FLORIDA

COUNTY OF MARTIN

Before me, the undersigned authority, personally appeared Louis A. Ville, who after being by me duly sworn did depose and testify as follows:

1. I am a Vice-President of P.D.C. Drywall Contractors, Inc. (hereinafter, "P.D.C."). I am over the age of 21 and am a resident of Florida. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by P.D.C. in the regular course of business.

EXHIBIT "A"

2. P.D.C. is a named defendant in the Complaint filed in the matter entitled *Sean and Beth Payton, et al. V. Knauf Gips, DG, et al.*, E.D. La., No. 2:09-cv-7628.

3. P.D.C. is a Florida limited liability company with its principal place of business in Stuart, Florida.

4. None of the members of P.D.C. reside in or are domiciled in Louisiana.

5. P.D.C. has no subsidiaries or other related entities either in Louisiana or otherwise.

6. P.D.C. is a construction contractor that contracts with third parties for the construction of residential homes and commercial work.

7. P.D.C. has never performed construction in or had any contracts or subcontracts to perform construction in Louisiana.

9. P.D.C. has not purchased or sold real property in Louisiana.

10. P.D.C. has no bank accounts in Louisiana.

11. P.D.C. has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

12. P.D.C. has not and does not maintained any office(s) nor employ any employees in Louisiana.

13. P.D.C. does not solicit business in Louisiana and has never transacted business in Louisiana.

14. According to the schedules attached to the Complaint, the residences on which P.D.C. allegedly conducted work are located in Florida. In fact, none of the alleged homeowners who have asserted any claims in the Complaint against P.D.C. reside in Louisiana, none the property at issue in the Complaint (as pertains to P.D.C.) is located in Louisiana and P.D.C. did not negotiate or enter into any contract with any plaintiff in Louisiana.

15. P.D.C. does not have any agreements with agents located in the State of Louisiana who are authorized to preform work on behalf of P.D.C. in Louisiana.

16. Considering the above, P.D.C. has no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

LOUIS A. VILLE

SWORN TO AND SUBSCRIBED BEFORE ME, NOTARY, THIS 30 DAY OF MARCH, 2010. BY LOUIS ANDREW VILLE.

produced FLDL

Notary Public

My Commission expires:_____

Bar/Notary No.:_____

62065-04\Pleadings\Affidavit - Dismissal.wpd

3