UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \*

_____

**ORDER**
_____

CONSIDERING the Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue of P.D.C. Drywall Contractors, Inc.;

IT IS HEREBY ORDERED that the motion is GRANTED and that Plaintiffs' claims against P.D.C. Drywall Contractors, Inc. are dismissed.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
U. S. District Court Judge