# EXHIBIT "B"

POLICY NUMBER: 04-GL-000568052            COMMERCIAL GENERAL LIABILITY

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# EXCLUSION – DESIGNATED WORK

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

SCHEDULE

**Description of your work:**
    all construction operatin in the following states:
    CA, WA, NV, AZ, CO, WI, NJ. DE, IL, SC, NY,
    HA, OH, LA

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

This insurance does not apply to "bodily injury" or "property damage" included in the "products-completed operations hazard" and arising out of "your work" shown in the Schedule.

CG 21 34 01 87      Copyright, Insurance Services Office, Inc., 1986      Page 1 of 1