**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | * | MDL No. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et* | * | |
| *al.*, | * | MAGISTRATE WILKINSON |
| v. | * | |
| MID-CONTINENT CASUALTY CO., *et al.* | * | |
| **(2:10-cv-00178)** (E.D. La.) | * | |
| | * | |
| | * | |
| *********************************** | | |

**MOTION OF THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA
TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER**

**NOW INTO COURT**, through undersigned counsel, comes THE INSURANCE COMPANY

OF THE STATE OF PENNSYLVANIA ("ISOP") and moves this Court under Fed. R. Civ. P. 12(b)(3)

and 28 U.S.C. § 1406(a) for an order on behalf of ISOP dismissing the complaint of Centerline

Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown,

LLC and Centerline Homes, Inc. (collectively, "Centerline") on the basis that the Eastern District

of Louisiana is an improper venue for this action under 28 U.S.C. § 1391.  In the alternative, ISOP moves for an order transferring this case to the Southern District of Florida under 28 U.S.C. § 1406(a).

This is an insurance coverage dispute involving houses constructed in Florida.  On January 26, 2010, Centerline filed this lawsuit seeking declaratory judgment and relief for alleged breach of contract from ISOP and other insurers with respect to alleged losses arising from claims and lawsuits brought in Florida against Centerline by owners of houses allegedly constructed in Florida by Centerline with defective drywall.

Centerline alleges no facts suggesting a nexus between Louisiana and the insurance coverage dispute at issue.  Despite no apparent connection between Louisiana and this insurance coverage dispute, Centerline asserts that the Eastern District of Louisiana is the proper venue for this action.  Specifically, Centerline alleges that venue is appropriate under 28 U.S.C. § 1391(a)(3) because the defendants are subject to personal jurisdiction in this judicial district. Centerline also claims that venue is otherwise appropriate in this district under 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation.

The Eastern District of Louisiana is not the proper venue for this diversity action.  None of the conditions set forth in 28 U.S.C. § 1391(a) for venue in a diversity action is satisfied with respect to this action.  Further, neither 28 U.S.C. § 1407 nor the June 15, 2009 Transfer Order provide a basis for venue in this district.  Accordingly, the complaint should be dismissed.  In the alternative, this action should be transferred to the Middle District of Florida, the proper venue for this action.

**WHEREFORE**, ISOP and the defendants jointly request that the Court grant the motion and dismiss this action under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).  In the

alternative, defendants move that the Court transfer this action to the Southern District of Florida

pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted:

s/Erin Fury Parkinson

**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
              psmolinsky@jackscamp.com

**Attorneys for Defendant:**
**THE INSURANCE COMPANY OF THE STATE OF**
**PENNSYLVANIA**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Motion of The Insurance Company of the State of Pennsylvania to Dismiss for Improper Venue or, in the Alternative, to Transfer* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

s/Erin Fury Parkinson

**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile: (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com