UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, <br> v. <br> MID-CONTINENT CASUALTY CO., *et al.* <br> **(2:10-cv-00178)** (E.D. La.) | *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

### THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S <u>CORPORATE DISCLOSURE STATEMENT</u>

Under Fed. R. Civ. P. 7.1(a), The Insurance Company of the State of Pennsylvania, through its undersigned counsel, certifies the following information with regard to its corporate parents, subsidiaries or affiliates.

The Insurance Company of the State of Pennsylvania is a direct, wholly-owned subsidiary of Chartis U.S., Inc., which is a direct, wholly-owned subsidiary of Chartis Inc. Chartis Inc. is, in turn, a direct, wholly-owned subsidiary of Chartis Holdings, Inc., which is a

direct, wholly-owned subsidiary of AIUH LLC.  AIUH LLC is, in turn, a direct, wholly-owned subsidiary of American International Group, Inc., which is a publicly-held corporation.  With the exception of the AIG Credit Facility Trust, a trust established for the sole benefit of the United States Treasury, no parent entity or publicly held entity owns 10% or more of the stock of American International Group, Inc.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:    wlutz@jackscamp.com
               psmolinsky@jackscamp.com

**Attorneys for Defendant:**
**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *The Insurance Company of the State of Pennsylvania's Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com