UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## ORDER

Considering the foregoing Ex Parte Motion for Extension of Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the deadline for Defendant, Calmar Construction Company, Inc. to file a response to the Omnibus Class Action Complaint is extended through and including April 30, 2010.

New Orleans, Louisiana, this __1st__ day of ____April____, 2010.

_____
Judge