UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

       Plaintiff

v.

KNAUF GIPS KG, et al

       Defendants
_____/

MDL 09-2047

REF: Civil Action No. 09 - 7628

## ORDER GRANTING DEFENDANT GARCIA'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

This cause came before the court on Defendant Manny Garcia's Corrected Motion for Extension of Time to Respond to Complaint and the Court, being fully advised in the premises, it is hereby

ORDERED and ADJUDGED that the motion is granted. This defendant shall have up to, and including, March 30, 2010, to serve its response to the complaint.

New Orleans, Louisiana, this 31st day of March, 2010.

By: *Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE