UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Sean and Beth Payton, individually on an behalf of all others similarly situated v. KNAUF GIPS KG, et al Civil Action No. 09-07628 | * * * * * * * * * | MAGISTRATE: "2" – JUDGE WILKINSON |

*************************************************************************

**DEFENDANT, DMH DEVELOPMENT, CO.'S, MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(b)(2) AND 12(b)(3)**

NOW INTO COURT, through undersigned counsel, comes DMH Development, Co. ("DMH"), which files this, its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3), and requests an Order dismissing Plaintiffs' Omnibus Complaint (I) and all allegations contained therein as alleged against DMH for lack of jurisdiction under Federal Rule of Civil Procedure 12(b)(2) and improper venue under Federal Rule of Civil Procedure 12(b)(3).

WHEREFORE, Defendant, DMH Development, Co., prays that this Court enter an Order granting its Motion to Dismiss and dismissing Plaintiffs' claims against it as this Court lacks

1

personal jurisdiction over DMH Development, Co. and the Eastern District Court for the State of Louisiana is an improper venue for Plaintiffs' allegations.

                                      Respectfully submitted,

                                      s/ Glenn B. Adams
                                      GLENN B. ADAMS (2316)
                                      DENIA S. AIYEGBUSI (31549)
                                      Porteous, Hainkel & Johnson, L.L.P.
                                      704 Carondelet Street
                                      New Orleans, LA  70130
                                      Telephone:  (504) 581-3838
                                      Email: gadams@phjlaw.com
                                      Email: daiyegbusi@phjlaw.com
                                      *Attorneys for DMH Development, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that DMH Development, Co.'s above and foregoing Motion to Dismiss Pursuant to Federal Rules 12(b)(2) and 12(b)(3) has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

                                      s/ Glenn B. Adams
                                      GLENN B. ADAMS
                                      DENIA S. AIYEGBUSI