UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON <br> * |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

******************************************

### SCOTTSDALE INSURANCE COMPANY'S JOINDER OF CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY** ("Scottsdale"), and joins the Certain Defendants' Joint Motion to Dismiss First Amended Compliant for Improper Venue or, in the alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company

PD.3965066.1

("Chartis") and Lexington Insurance Company ("Lexington") pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) seeking an order on behalf of Chartis and Lexington and all other defendants[1] (collectively "defendants") dismissing the First Amended Complaint of Robert C. Pate, as Trustee for the Chinese Drywall Trust, on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391. In the alternative, defendants move for an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

WHEREFORE, Scottsdale prays that after due proceedings have been had, that the Court grant the motion and dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). In the alternative, Scottsdale prays that the Court transfer this action to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Dated: April 1st 2010.

          Respectfully submitted,

          **PHELPS DUNBAR LLP**

          BY:   */s/ Virginia Y. Trainor*
                H. Alston Johnson III, Bar Roll No. 7293
                Virginia Y. Trainor, Bar Roll No. 25275
                II City Plaza
                400 Convention Street • Suite 1100
                Baton Rouge, Louisiana 70802-5618
                P.O. Box 4412
                Baton Rouge, Louisiana 70821-4412
                Telephone: (225) 346-0285
                Telecopier: (225) 381-9197
                Email: johnsona@phelps.com
                      trainorg@phelps.com

---

[1] American Guarantee and Liability Insurance Company, Amerisure Insurance Company, Amerisure Mutual Insurance Company, Auto-Owners Insurance Company, FCCI Commercial Insurance Company, FCCI Insurance Company, Hermitage Insurance Company, Illinois Union Insurance Company, National Union Fire Insurance Company of Pittsburgh, PA., Scottsdale Insurance Company, and Steadfast Insurance Company.

AND

Jay Russell Sever, Bar Roll No. 23935
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email:  severj@phelps.com
           bynogc@phelps.com

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Joinder of Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor

3

PD.3965066.1