UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |

*********************************************

### SCOTTSDALE INSURANCE COMPANY'S MEMORANDUM IN SUPPORT OF JOINDER OF CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY** ("Scottsdale"), who submits this Memorandum in Support of its Joinder of Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the alternative, to Transfer Action to the Middle District of Florida.

Scottsdale formally adopts the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company ("Chartis") and Lexington Insurance Company ("Lexington") and, for the sake of judicial economy, declines to repeat the arguments here, except to note that Scottsdale concurs in the arguments for the reasons noted therein.

For the reasons more fully stated in the Memorandum in Support of Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis and Lexington, Scottsdale seeks an order dismissing the First Amended Complaint of Robert C. Pate, as Trustee for the Chinese Drywall Trust, on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391; in the alternative, Scottsdale seeks an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Virginia Y. Trainor*
       H. Alston Johnson III, Bar Roll No. 7293
       Virginia Y. Trainor, Bar Roll No. 25275
       II City Plaza
       400 Convention Street • Suite 1100
       Baton Rouge, Louisiana 70802-5618
       P.O. Box 4412
       Baton Rouge, Louisiana 70821-4412
       Telephone: (225) 346-0285
       Telecopier: (225) 381-9197
       Email: johnsona@phelps.com
              trainorg@phelps.com

2

AND

Jay Russell Sever, Bar Roll No. 23935
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: severj@phelps.com
bynogc@phelps.com

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Memorandum in Support of Scottsdale Insurance Company's Joinder of Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor

PD.3965095.1