# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047<br>*<br>*<br>*<br>*  JUDGE FALLON |
| **This document relates to:** | *<br>* |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | *<br>*  MAGISTRATE WILKINSON<br>*<br>*<br>*<br>*<br>* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the hearing on defendant, **SCOTTSDALE INSURANCE COMPANY'S**, Joinder in Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida filed by counsel for Chartis Specialty Insurance Company and Lexington Insurance Company will be held on the 23rd of June, 2010 at 9:00 a.m. at the United States

PD.3963322.1

District Court for the Eastern District of Louisiana, at 500 Poydras Street, New Orleans, Louisiana before the Honorable Judge Eldon E. Fallon, Section "L."

Dated:  April 1st 2010.

        Respectfully submitted,

        **PHELPS DUNBAR LLP**


BY:    */s/ Virginia Y. Trainor*
        H. Alston Johnson III, Bar Roll No. 7293
        Virginia Y. Trainor, Bar Roll No. 25275
        II City Plaza
        400 Convention Street • Suite 1100
        Baton Rouge, Louisiana 70802-5618
        P.O. Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: (225) 346-0285
        Telecopier: (225) 381-9197
        Email:  johnsona@phelps.com
                trainorg@phelps.com

AND

        Jay Russell Sever, Bar Roll No. 23935
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email:  severj@phelps.com

**ATTORNEYS FOR DEFENDANT**
**SCOTTSDALE INSURANCE COMPANY**

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

        */s/ Virginia Y. Trainor*
        Virginia Y. Trainor