# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This documents relates to:
David Gross, et al v. Knauf Gips, et al,
Case No. 09-6690 (E.D. La)

MDL Docket No. 2047

JUDGE FALLON

MAGISTRATE WILKINSON

## ANSWER AND AFFIRMATIVE DEFENSES
## OF J. W. ALLEN & COMPANY, INC.

NOW INTO COURT, through undersigned counsel, comes defendant, J. W. Allen &
Company, Inc. ("J. W. Allen"), without waiving any rights, objections, defenses or causes of
action that J. W. Allen may possess, which respectfully answer to plaintiffs' Amended Class
Action Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

J. W. Allen only acted as an international freight forwarder-customs broker never having
title to the Chinese drywall and acted only to assist in transportation and clearing custom for
Interior/Exterior Building Supply, LLP and Interior/Exterior Enterprises, LLC, who purchased
the Chinese drywall from the Knauf entities and is, therefore, not liable to Plaintiffs.

### SECOND AFFIRMATIVE DEFENSE

J. W. Allen affirmatively avers that it is not a manufacturer of any product described in
the Amended Class Action Complaint and therefore is not liable under La. R.S. 9:2800.52 *et seq.*

PD 3962565.2

### THIRD AFFIRMATIVE DEFENSE

J. W. Allen affirmatively avers that it did not design, manufacture, export, import, distribute, deliver, supply, inspect, market or sell any product complained of and is therefore not liable to Plaintiffs.

### FOURTH AFFIRMATIVE DEFENSE

J. W. Allen has not engaged in any acts or omissions of any type or description which are the cause in fact or proximate cause of any injury whatsoever to plaintiffs.

### FIFTH AFFIRMATIVE DEFENSE

J. W. Allen avers that plaintiffs' damages and/or injuries complained in plaintiffs' Amended Class Action Complaint were caused either in whole or part by plaintiffs' own negligence, and therefore, plaintiffs' claims are barred in whole or in part by their own comparative fault.

### SIXTH AFFIRMATIVE DEFENSE

J. W. Allen avers that plaintiffs' damages and/or injuries complained in plaintiffs' Amended Class Action Complaint were caused by the fault or negligence of other defendants, third parties and/or non-parties for whom J. W. Allen is not responsible and over whom J. W. Allen exercised no control.  These entities include, but are not limited to, all of the Knauf entities named in Plaintiffs' Amended Class Action Complaint and Interior/Exterior Building Supply, L.P. and Interior/Exterior Enterprises, LLC.

### SEVENTH AFFIRMATIVE DEFENSE

J. W. Allen did not have actual or constructive notice of any defect.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred because they have prescribed.

## TENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations.

## ELEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are time-barred due to the equitable doctrine of latches.

## TWELFTH AFFIRMATIVE DEFENSE

J. W. Allen alleges that this action is not suitable for certification as a class action pursuant to Federal Rule of Civil Procedure 23.

## THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' fail to state a cause of action against J. W. Allen upon which relief may be granted.

## FOURTEENTH AFFIRMATIVE DEFENSE

J. W. Allen alleges that the plaintiffs failed to mitigate their damages.

## FIFTEENTH AFFIRMATIVE DEFENSE

J. W. Allen alleges that plaintiffs' claims are barred, in whole or in part, for plaintiffs' lack of contractual privity with J. W. Allen.

## SIXTEENTH AFFIRMATIVE DEFENSE

J. W. Allen alleges that the plaintiffs' claims for attorneys' fees and punitive damages are barred, as plaintiffs' claims do not arise under a contract or statute which provides for an award of attorneys' fees or punitive damages.

## SEVENTEENTH AFFIRMATIVE DEFENSE

J. W. Allen alleges that the plaintiffs' claims for attorneys' fees and punitive damages are barred, as plaintiffs never entered into a contract with J. W. Allen providing for an award of attorneys' fees or punitive damages.

## EIGHTEENTH AFFIRMATIVE DEFENSE

The claims asserted by and/or relief sought by plaintiffs is or may be barred, in whole or in part, due to additional affirmative defenses that cannot now be articulated.  As such, J. W. Allen reserves its right to supplement this answer and raise additional defenses as may become applicable upon discovery of information presently unknown to J. W. Allen.

**And Now,** for response to the specific allegations of the Amended Class Action Complaint, J. W. Allen avers, upon information and belief, as follows:

1.

J. W. Allen denies the allegations contained in Paragraph 1 for lack of information sufficient to justify a belief as to the truth thereof.

2.

J. W. Allen denies the allegations contained in Paragraph 2 for lack of information sufficient to justify a belief as to the truth thereof.

3.

J. W. Allen denies the allegations contained in Paragraph 3 for lack of information sufficient to justify a belief as to the truth thereof.

4.

J. W. Allen denies the allegations contained in Paragraph 4 for lack of information sufficient to justify a belief as to the truth thereof.

5.

J. W. Allen denies the allegations contained in Paragraph 5 for lack of information sufficient to justify a belief as to the truth thereof.

6.

J. W. Allen denies the allegations contained in Paragraph 6 for lack of information sufficient to justify a belief as to the truth thereof.

7.

J. W. Allen denies the allegations contained in Paragraph 7 for lack of information sufficient to justify a belief as to the truth thereof.

8.

J. W. Allen denies the allegations contained in Paragraph 8 for lack of information sufficient to justify a belief as to the truth thereof.

9.

J. W. Allen denies the allegations contained in Paragraph 9 for lack of information sufficient to justify a belief as to the truth thereof.

10.

J. W. Allen denies the allegations contained in Paragraph 10 for lack of information sufficient to justify a belief as to the truth thereof.

11.

J. W. Allen denies the allegations contained in Paragraph 11 for lack of information sufficient to justify a belief as to the truth thereof.

12.

J. W. Allen denies the allegations contained in Paragraph 12 for lack of information sufficient to justify a belief as to the truth thereof.

13.

J. W. Allen denies the allegations contained in Paragraph 13 for lack of information sufficient to justify a belief as to the truth thereof.

14.

J. W. Allen denies the allegations contained in Paragraph 14 for lack of information sufficient to justify a belief as to the truth thereof.

15.

J. W. Allen denies the allegations contained in Paragraph 15 for lack of information sufficient to justify a belief as to the truth thereof.

16.

J. W. Allen denies the allegations contained in Paragraph 16 for lack of information sufficient to justify a belief as to the truth thereof.

17.

J. W. Allen denies the allegations contained in Paragraph 17 for lack of information sufficient to justify a belief as to the truth thereof.

18.

J. W. Allen denies the allegations contained in Paragraph 18 for lack of information sufficient to justify a belief as to the truth thereof.

19.

J. W. Allen denies the allegations contained in Paragraph 19 for lack of information sufficient to justify a belief as to the truth thereof.

20.

J. W. Allen denies the allegations contained in Paragraph 20 for lack of information sufficient to justify a belief as to the truth thereof.

21.

J. W. Allen denies the allegations contained in Paragraph 21 for lack of information sufficient to justify a belief as to the truth thereof.

22.

J. W. Allen denies the allegations contained in Paragraph 22 for lack of information sufficient to justify a belief as to the truth thereof.

23.

J. W. Allen denies the allegations contained in Paragraph 23 for lack of information sufficient to justify a belief as to the truth thereof.

24.

J. W. Allen denies the allegations contained in Paragraph 24 for lack of information sufficient to justify a belief as to the truth thereof.

25.

J. W. Allen denies the allegations contained in Paragraph 25 for lack of information sufficient to justify a belief as to the truth thereof.

26.

J. W. Allen denies the allegations contained in Paragraph 26 for lack of information sufficient to justify a belief as to the truth thereof.

27.

J. W. Allen denies the allegations contained in Paragraph 27 for lack of information sufficient to justify a belief as to the truth thereof.

28.

J. W. Allen denies the allegations contained in Paragraph 28 for lack of information sufficient to justify a belief as to the truth thereof.

29.

J. W. Allen denies the allegations contained in Paragraph 29 for lack of information sufficient to justify a belief as to the truth thereof.

30.

J. W. Allen denies the allegations contained in Paragraph 30 for lack of information sufficient to justify a belief as to the truth thereof.

31.

J. W. Allen denies the allegations contained in Paragraph 31 for lack of information sufficient to justify a belief as to the truth thereof.

32.

J. W. Allen denies the allegations contained in Paragraph 32 for lack of information sufficient to justify a belief as to the truth thereof.

33.

J. W. Allen denies the allegations contained in Paragraph 33 for lack of information sufficient to justify a belief as to the truth thereof.

34.

J. W. Allen denies the allegations contained in Paragraph 34 for lack of information sufficient to justify a belief as to the truth thereof.

35.

J. W. Allen denies the allegations contained in Paragraph 35 for lack of information sufficient to justify a belief as to the truth thereof.

36.

J. W. Allen denies the allegations contained in Paragraph 36 for lack of information sufficient to justify a belief as to the truth thereof.

37.

J. W. Allen denies the allegations contained in Paragraph 37 for lack of information sufficient to justify a belief as to the truth thereof.

38.

J. W. Allen denies the allegations contained in Paragraph 38 for lack of information sufficient to justify a belief as to the truth thereof.

39.

J. W. Allen denies the allegations contained in Paragraph 39 for lack of information sufficient to justify a belief as to the truth thereof.

40.

J. W. Allen denies the allegations contained in Paragraph 40 for lack of information sufficient to justify a belief as to the truth thereof.

41.

J. W. Allen denies the allegations contained in Paragraph 41 for lack of information sufficient to justify a belief as to the truth thereof.

42.

J. W. Allen denies the allegations contained in Paragraph 42 for lack of information sufficient to justify a belief as to the truth thereof.

43.

J. W. Allen denies the allegations contained in Paragraph 43 for lack of information sufficient to justify a belief as to the truth thereof.

44.

J. W. Allen denies the allegations contained in Paragraph 44 for lack of information sufficient to justify a belief as to the truth thereof.

45.

J. W. Allen denies the allegations contained in Paragraph 45 for lack of information sufficient to justify a belief as to the truth thereof.

46.

J. W. Allen denies the allegations contained in Paragraph 46 for lack of information sufficient to justify a belief as to the truth thereof.

47.

J. W. Allen denies the allegations contained in Paragraph 47 for lack of information sufficient to justify a belief as to the truth thereof.

48.

J. W. Allen denies the allegations contained in Paragraph 48 for lack of information sufficient to justify a belief as to the truth thereof.

49.

J. W. Allen denies the allegations contained in Paragraph 49 for lack of information sufficient to justify a belief as to the truth thereof.

50.

J. W. Allen denies the allegations contained in Paragraph 50 for lack of information sufficient to justify a belief as to the truth thereof.

51.

J. W. Allen denies the allegations contained in Paragraph 51 for lack of information sufficient to justify a belief as to the truth thereof.

52.

J. W. Allen denies the allegations contained in Paragraph 52 for lack of information sufficient to justify a belief as to the truth thereof.

53.

J. W. Allen denies the allegations contained in Paragraph 53 for lack of information sufficient to justify a belief as to the truth thereof.

54.

J. W. Allen denies the allegations contained in Paragraph 54 for lack of information sufficient to justify a belief as to the truth thereof.

55.

J. W. Allen denies the allegations contained in Paragraph 55 for lack of information sufficient to justify a belief as to the truth thereof.

56.

J. W. Allen denies the allegations contained in Paragraph 56 for lack of information sufficient to justify a belief as to the truth thereof.

57.

J. W. Allen denies the allegations contained in Paragraph 57 for lack of information sufficient to justify a belief as to the truth thereof.

58.

J. W. Allen denies the allegations contained in Paragraph 58 for lack of information sufficient to justify a belief as to the truth thereof.

59.

J. W. Allen denies the allegations contained in Paragraph 59 for lack of information sufficient to justify a belief as to the truth thereof.

60.

J. W. Allen denies the allegations contained in Paragraph 60 for lack of information sufficient to justify a belief as to the truth thereof.

61.

J. W. Allen denies the allegations contained in Paragraph 61 for lack of information sufficient to justify a belief as to the truth thereof.

62.

J. W. Allen denies the allegations contained in Paragraph 62 for lack of information sufficient to justify a belief as to the truth thereof.

63.

J. W. Allen denies the allegations contained in Paragraph 63 for lack of information sufficient to justify a belief as to the truth thereof.

64.

J. W. Allen denies the allegations contained in Paragraph 64 for lack of information sufficient to justify a belief as to the truth thereof.

65.

J. W. Allen denies the allegations contained in Paragraph 65 for lack of information sufficient to justify a belief as to the truth thereof.

66.

J. W. Allen denies the allegations contained in Paragraph 66 for lack of information sufficient to justify a belief as to the truth thereof.

67.

J. W. Allen denies the allegations contained in Paragraph 67 for lack of information sufficient to justify a belief as to the truth thereof.

68.

J. W. Allen denies the allegations contained in Paragraph 68 for lack of information sufficient to justify a belief as to the truth thereof.

69.

J. W. Allen denies the allegations contained in Paragraph 69 for lack of information sufficient to justify a belief as to the truth thereof.

70.

J. W. Allen denies the allegations contained in Paragraph 70 for lack of information sufficient to justify a belief as to the truth thereof.

71.

J. W. Allen denies the allegations contained in Paragraph 71 for lack of information sufficient to justify a belief as to the truth thereof.

72.

J. W. Allen denies the allegations contained in Paragraph 72 for lack of information sufficient to justify a belief as to the truth thereof.

73.

J. W. Allen denies the allegations contained in Paragraph 73 for lack of information sufficient to justify a belief as to the truth thereof.

74.

J. W. Allen denies the allegations contained in Paragraph 74 for lack of information sufficient to justify a belief as to the truth thereof.

75.

J. W. Allen denies the allegations contained in Paragraph 75 for lack of information sufficient to justify a belief as to the truth thereof.

76.

J. W. Allen denies the allegations contained in Paragraph 76 for lack of information sufficient to justify a belief as to the truth thereof.

77.

J. W. Allen denies the allegations contained in Paragraph 77 for lack of information sufficient to justify a belief as to the truth thereof.

78.

J. W. Allen denies the allegations contained in Paragraph 78 for lack of information sufficient to justify a belief as to the truth thereof.

79.

J. W. Allen denies the allegations contained in Paragraph 79 for lack of information sufficient to justify a belief as to the truth thereof.

80.

J. W. Allen denies the allegations contained in Paragraph 80 for lack of information sufficient to justify a belief as to the truth thereof.

81.

J. W. Allen denies the allegations contained in Paragraph 81 for lack of information sufficient to justify a belief as to the truth thereof.

82.

J. W. Allen denies the allegations contained in Paragraph 82 for lack of information sufficient to justify a belief as to the truth thereof.

83.

J. W. Allen denies the allegations contained in Paragraph 83 for lack of information sufficient to justify a belief as to the truth thereof.

84.

J. W. Allen denies the allegations contained in Paragraph 84 for lack of information sufficient to justify a belief as to the truth thereof.

85.

J. W. Allen denies the allegations contained in Paragraph 85 for lack of information sufficient to justify a belief as to the truth thereof.

86.

J. W. Allen denies the allegations contained in Paragraph 86 for lack of information sufficient to justify a belief as to the truth thereof.

87.

J. W. Allen denies the allegations contained in Paragraph 87 for lack of information sufficient to justify a belief as to the truth thereof.

88.

J. W. Allen denies the allegations contained in Paragraph 88 for lack of information sufficient to justify a belief as to the truth thereof.

89.

J. W. Allen denies the allegations contained in Paragraph 89 for lack of information sufficient to justify a belief as to the truth thereof.

90.

J. W. Allen denies the allegations contained in Paragraph 90 for lack of information sufficient to justify a belief as to the truth thereof.

91.

J. W. Allen denies the allegations contained in Paragraph 91 for lack of information sufficient to justify a belief as to the truth thereof.

92.

J. W. Allen denies the allegations contained in Paragraph 92 for lack of information sufficient to justify a belief as to the truth thereof.

93.

J. W. Allen denies the allegations contained in Paragraph 93 for lack of information sufficient to justify a belief as to the truth thereof.

94.

J. W. Allen denies the allegations contained in Paragraph 94 for lack of information sufficient to justify a belief as to the truth thereof.

95.

J. W. Allen denies the allegations contained in Paragraph 95 for lack of information sufficient to justify a belief as to the truth thereof.

96.

J. W. Allen denies the allegations contained in Paragraph 96 for lack of information sufficient to justify a belief as to the truth thereof.

97.

J. W. Allen denies the allegations contained in Paragraph 97 for lack of information sufficient to justify a belief as to the truth thereof.

98.

J. W. Allen denies the allegations contained in Paragraph 98 for lack of information sufficient to justify a belief as to the truth thereof.

99.

J. W. Allen denies the allegations contained in Paragraph 99 for lack of information sufficient to justify a belief as to the truth thereof.

100.

J. W. Allen denies the allegations contained in Paragraph 100 for lack of information sufficient to justify a belief as to the truth thereof.

101.

J. W. Allen denies the allegations contained in Paragraph 101 for lack of information sufficient to justify a belief as to the truth thereof.

102.

J. W. Allen denies the allegations contained in Paragraph 102 for lack of information sufficient to justify a belief as to the truth thereof.

103.

J. W. Allen denies the allegations contained in Paragraph 103 for lack of information sufficient to justify a belief as to the truth thereof.

104.

J. W. Allen denies the allegations contained in Paragraph 104 for lack of information sufficient to justify a belief as to the truth thereof.

105.

J. W. Allen denies the allegations contained in Paragraph 105 for lack of information sufficient to justify a belief as to the truth thereof.

106.

J. W. Allen denies the allegations contained in Paragraph 106 for lack of information sufficient to justify a belief as to the truth thereof.

107.

J. W. Allen denies the allegations contained in Paragraph 107 for lack of information sufficient to justify a belief as to the truth thereof.

108.

J. W. Allen denies the allegations contained in Paragraph 108 for lack of information sufficient to justify a belief as to the truth thereof.

109.

J. W. Allen denies the allegations contained in Paragraph 109 for lack of information sufficient to justify a belief as to the truth thereof.

110.

J. W. Allen denies the allegations contained in Paragraph 110 for lack of information sufficient to justify a belief as to the truth thereof.

111.

J. W. Allen denies the allegations contained in Paragraph 111 for lack of information sufficient to justify a belief as to the truth thereof.

112.

J. W. Allen denies the allegations contained in Paragraph 112 for lack of information sufficient to justify a belief as to the truth thereof.

113.

J. W. Allen denies the allegations contained in Paragraph 113 for lack of information sufficient to justify a belief as to the truth thereof.

114.

J. W. Allen denies the allegations contained in Paragraph 114 for lack of information sufficient to justify a belief as to the truth thereof.

115.

J. W. Allen denies the allegations contained in Paragraph 115 for lack of information sufficient to justify a belief as to the truth thereof.

116.

J. W. Allen denies the allegations contained in Paragraph 116 for lack of information sufficient to justify a belief as to the truth thereof.

117.

J. W. Allen denies the allegations contained in Paragraph 117 for lack of information sufficient to justify a belief as to the truth thereof.

118.

J. W. Allen denies the allegations contained in Paragraph 118 for lack of information sufficient to justify a belief as to the truth thereof.

119.

J. W. Allen denies the allegations contained in Paragraph 119 for lack of information sufficient to justify a belief as to the truth thereof.

120.

J. W. Allen denies the allegations contained in Paragraph 120 for lack of information sufficient to justify a belief as to the truth thereof.

121.

J. W. Allen denies the allegations contained in Paragraph 121 for lack of information sufficient to justify a belief as to the truth thereof.

122.

J. W. Allen denies the allegations contained in Paragraph 122 for lack of information sufficient to justify a belief as to the truth thereof.

123.

J. W. Allen denies the allegations contained in Paragraph 123 for lack of information sufficient to justify a belief as to the truth thereof.

124.

J. W. Allen denies the allegations contained in Paragraph 124 for lack of information sufficient to justify a belief as to the truth thereof.

125.

J. W. Allen denies the allegations contained in Paragraph 125 for lack of information sufficient to justify a belief as to the truth thereof.

126.

J. W. Allen denies the allegations contained in Paragraph 126 for lack of information sufficient to justify a belief as to the truth thereof.

127.

J. W. Allen denies the allegations contained in Paragraph 127 for lack of information sufficient to justify a belief as to the truth thereof.

128.

J. W. Allen denies the allegations contained in Paragraph 128 for lack of information sufficient to justify a belief as to the truth thereof.

129.

J. W. Allen admits that it is a Louisiana Corporation with its principal place of business in Kenner, Louisiana. All other allegations contained in Paragraph 129 are denied.

130.

J. W. Allen denies the allegations contained in Paragraph 130 for lack of information sufficient to justify a belief as to the truth thereof.

131.

J. W. Allen denies the allegations contained in Paragraph 131 for lack of information sufficient to justify a belief as to the truth thereof.

132.

J. W. Allen denies the allegations contained in Paragraph 132 for lack of information sufficient to justify a belief as to the truth thereof.

133.

J. W. Allen denies the allegations contained in Paragraph 133 for lack of information sufficient to justify a belief as to the truth thereof.

134.

J. W. Allen denies the allegations contained in Paragraph 134 for lack of information sufficient to justify a belief as to the truth thereof.

135.

J. W. Allen denies the allegations contained in Paragraph 135 for lack of information sufficient to justify a belief as to the truth thereof.

136.

J. W. Allen denies the allegations contained in Paragraph 136 for lack of information sufficient to justify a belief as to the truth thereof.

137.

J. W. Allen denies the allegations contained in Paragraph 137 for lack of information sufficient to justify a belief as to the truth thereof.

138.

J. W. Allen denies the allegations contained in Paragraph 138 for lack of information sufficient to justify a belief as to the truth thereof.

139.

J. W. Allen denies the allegations contained in Paragraph 139 for lack of information sufficient to justify a belief as to the truth thereof.

140.

J. W. Allen denies the allegations contained in Paragraph 140 for lack of information sufficient to justify a belief as to the truth thereof.

141.

J. W. Allen denies the allegations contained in Paragraph 141 for lack of information sufficient to justify a belief as to the truth thereof.

142.

J. W. Allen denies the allegations contained in Paragraph 142 for lack of information sufficient to justify a belief as to the truth thereof.

143.

J. W. Allen denies the allegations contained in Paragraph 143 for lack of information sufficient to justify a belief as to the truth thereof.

144.

J. W. Allen denies the allegations contained in Paragraph 144 for lack of information sufficient to justify a belief as to the truth thereof.

145.

J. W. Allen denies the allegations contained in Paragraph 145 for lack of information sufficient to justify a belief as to the truth thereof.

146.

J. W. Allen denies the allegations contained in Paragraph 146 for lack of information sufficient to justify a belief as to the truth thereof.

147.

To the extent the allegations contained in Paragraph 147 allege that J. W. Allen designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold defective Chinese drywall, those allegations are denied. J. W. Allen further denies that the alleged conduct of defendants occurred simultaneously at all relevant times. J. W. Allen denies the remaining allegations contained in Paragraph 147 for lack of information sufficient to justify a belief as to the truth thereof.

148.

J. W. Allen denies the allegations contained in Paragraph 148 for lack of information sufficient to justify a belief as to the truth thereof.

149.

J. W. Allen denies that it distributed Chinese drywall in a manner that makes it difficult and/or impossible for consumers to determine the source of the drywall. J. W. Allen denies the remaining allegations contained in Paragraph 149 for lack of information sufficient to justify a belief as to the truth thereof.

150.

To the extent that the allegations contained in Paragraph 150 allege that J. W. Allen distributed Chinese drywall, those allegations are denied. J. W. Allen further denies that it concealed the origin of Chinese drywall. The remaining allegations contained in Paragraph 150 are denied for lack of information sufficient to justify a belief as to the truth thereof.

151.

No response is required to Paragraph 151 as it asserts a legal conclusion. To the extent a response is required, J. W. Allen denies the allegations contained in Paragraph 151.

152.

No response is required to Paragraph 152 as it asserts a legal conclusion. To the extent a response is required, J. W. Allen denies the allegations contained in Paragraph 152.

153.

J. W. Allen denies the allegations contained in Paragraph 153 for lack of information sufficient to justify a belief as to the truth thereof.

154.

J. W. Allen denies the allegations contained in Paragraph 154 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. J. W. Allen further denies that defendants' conduct constituted joint and several acts and/or omissions. All remaining allegations in Paragraph 154 are denied for lack of information sufficient to justify a belief as to the truth thereof.

155.

J. W. Allen denies the allegations contained in Paragraph 155 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 155 are denied for lack of information sufficient to justify a belief as to the truth thereof.

156.

J. W. Allen denies the allegations contained in Paragraph 156 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 156 are denied for lack of information sufficient to justify a belief as to the truth thereof.

157.

J. W. Allen denies the allegations contained in Paragraph 157 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 157 are denied for lack of information sufficient to justify a belief as to the truth thereof.

158.

J. W. Allen denies the allegations contained in Paragraph 158 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 158 are denied for lack of information sufficient to justify a belief as to the truth thereof.

159.

J. W. Allen denies the allegations contained in Paragraph 159 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 159 are denied for lack of information sufficient to justify a belief as to the truth thereof.

160.

J. W. Allen denies the allegations contained in Paragraph 160 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 160 are denied for lack of information sufficient to justify a belief as to the truth thereof.

161.

J. W. Allen denies the allegations contained in Paragraph 161 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 161 are denied for lack of information sufficient to justify a belief as to the truth thereof.

162.

J. W. Allen denies the allegations contained in Paragraph 162 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 162 are denied for lack of information sufficient to justify a belief as to the truth thereof.

163.

J. W. Allen denies the allegations contained in Paragraph 163 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 163 are denied for lack of information sufficient to justify a belief as to the truth thereof.

164.

J. W. Allen denies the allegations contained in Paragraph 164 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. J. W. Allen further denies that it engaged in interdependent conscious

parallel conduct with the other defendants. All remaining allegations in Paragraph 164 are denied for lack of information sufficient to justify a belief as to the truth thereof.

165.

J. W. Allen denies that it is a foreign defendant. J. W. Allen denies the remaining allegations contained in Paragraph 165 for lack of information sufficient to justify a belief as to the truth thereof.

166.

J. W. Allen denies the allegations contained in Paragraph 166 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 166 are denied for lack of information sufficient to justify a belief as to the truth thereof.

167.

J. W. Allen denies the allegations contained in Paragraph 167 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 167 are denied for lack of information sufficient to justify a belief as to the truth thereof.

168.

J. W. Allen denies the allegations contained in Paragraph 168 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 168 are denied for lack of information sufficient to justify a belief as to the truth thereof.

169.

J. W. Allen denies the allegations contained in Paragraph 169 for lack of information sufficient to justify a belief as to the truth thereof.

170.

J. W. Allen denies the allegations contained in Paragraph 170 for lack of information sufficient to justify a belief as to the truth thereof.

171.

J. W. Allen denies the allegations contained in Paragraph 171 for lack of information sufficient to justify a belief as to the truth thereof.

172.

J. W. Allen denies the allegations contained in Paragraph 172 for lack of information sufficient to justify a belief as to the truth thereof.

173.

J. W. Allen denies the allegations contained in Paragraph 173 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed, manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 173 are denied for lack of information sufficient to justify a belief as to the truth thereof..

174.

J. W. Allen denies the allegations contained in Paragraph 174 for lack of information sufficient to justify a belief as to the truth thereof.

175.

Paragraph 175 does not require a response because it asserts a legal conclusion. To the extent a response is required, J. W. Allen denies the allegations contained in Paragraph 175.

176.

J. W. Allen denies the allegations contained in Paragraph 176 for lack of information sufficient to justify a belief as to the truth thereof.

177.

J. W. Allen denies the allegations contained in Paragraph 177 for lack of information sufficient to justify a belief as to the truth thereof.

178.

J. W. Allen denies the allegations contained in Paragraph 178 for lack of information sufficient to justify a belief as to the truth thereof.

179.

J. W. Allen denies the allegations contained in Paragraph 179 for lack of information sufficient to justify a belief as to the truth thereof.

180.

J. W. Allen denies the allegations contained in Paragraph 180 for lack of information sufficient to justify a belief as to the truth thereof.

181.

J. W. Allen denies the allegations contained in Paragraph 181 for lack of information sufficient to justify a belief as to the truth thereof.

182.

J. W. Allen denies the allegations contained in Paragraph 182 for lack of information sufficient to justify a belief as to the truth thereof.

183.

J. W. Allen denies the allegations contained in Paragraph 183 for lack of information sufficient to justify a belief as to the truth thereof.

184.

J. W. Allen denies the allegations contained in Paragraph 184 for lack of information sufficient to justify a belief as to the truth thereof.

185.

J. W. Allen denies the allegations contained in Paragraph 185 for lack of information sufficient to justify a belief as to the truth thereof.

186.

J. W. Allen denies the allegations contained in Paragraph 186 for lack of information sufficient to justify a belief as to the truth thereof.

187.

J. W. Allen denies the allegations contained in Paragraph 187 for lack of information sufficient to justify a belief as to the truth thereof.

188.

J. W. Allen denies the allegations contained in Paragraph 188 for lack of information sufficient to justify a belief as to the truth thereof.

189.

J. W. Allen denies the allegations contained in Paragraph 189 for lack of information sufficient to justify a belief as to the truth thereof.

190.

J. W. Allen denies the allegations contained in Paragraph 190 for lack of information sufficient to justify a belief as to the truth thereof.

191.

J. W. Allen denies the allegations contained in Paragraph 191 for lack of information sufficient to justify a belief as to the truth thereof.

192.

J. W. Allen denies the allegations contained in Paragraph 192 for lack of information sufficient to justify a belief as to the truth thereof.

193.

J. W. Allen denies the allegations contained in Paragraph 193 for lack of information sufficient to justify a belief as to the truth thereof.

194.

J. W. Allen denies the allegations contained in Paragraph 194 for lack of information sufficient to justify a belief as to the truth thereof.

195.

J. W. Allen denies the allegations contained in Paragraph 195 for lack of information sufficient to justify a belief as to the truth thereof.

196.

J. W. Allen denies the allegations contained in Paragraph 196 for lack of information sufficient to justify a belief as to the truth thereof.

197.

J. W. Allen denies the allegations contained in Paragraph 197 for lack of information sufficient to justify a belief as to the truth thereof.

198.

J. W. Allen denies the allegations contained in Paragraph 198 for lack of information sufficient to justify a belief as to the truth thereof.

199.

J. W. Allen denies the allegations contained in Paragraph 199 for lack of information sufficient to justify a belief as to the truth thereof.

200.

J. W. Allen denies the allegations contained in Paragraph 200 for lack of information sufficient to justify a belief as to the truth thereof.

201.

J. W. Allen denies the allegations contained in Paragraph 201 for lack of information sufficient to justify a belief as to the truth thereof.

202.

J. W. Allen denies the allegations contained in Paragraph 202 for lack of information sufficient to justify a belief as to the truth thereof.

203.

J. W. Allen denies the allegations contained in Paragraph 203 for lack of information sufficient to justify a belief as to the truth thereof.

204.

J. W. Allen denies the allegations contained in Paragraph 204 for lack of information sufficient to justify a belief as to the truth thereof.

205.

J. W. Allen denies the allegations contained in Paragraph 205 for lack of information sufficient to justify a belief as to the truth thereof.

206.

J. W. Allen denies the allegations contained in Paragraph 206 for lack of information sufficient to justify a belief as to the truth thereof.

207.

J. W. Allen denies the allegations contained in Paragraph 207 for lack of information sufficient to justify a belief as to the truth thereof.

208.

J. W. Allen denies the allegations contained in Paragraph 208 for lack of information sufficient to justify a belief as to the truth thereof.

209.

J. W. Allen denies the allegations contained in Paragraph 209 for lack of information sufficient to justify a belief as to the truth thereof.

210.

J. W. Allen denies the allegations contained in Paragraph 210 for lack of information sufficient to justify a belief as to the truth thereof.

211.

J. W. Allen denies the allegations contained in Paragraph 211 for lack of information sufficient to justify a belief as to the truth thereof.

212.

J. W. Allen denies the allegations contained in Paragraph 212 for lack of information sufficient to justify a belief as to the truth thereof.

213.

J. W. Allen denies the allegations contained in Paragraph 213 for lack of information sufficient to justify a belief as to the truth thereof.

214.

J. W. Allen denies the allegations contained in Paragraph 214 for lack of information sufficient to justify a belief as to the truth thereof.

215.

J. W. Allen denies the allegations contained in Paragraph 215 for lack of information sufficient to justify a belief as to the truth thereof.

216.

J. W. Allen denies the allegations contained in Paragraph 216 for lack of information sufficient to justify a belief as to the truth thereof.

217.

J. W. Allen denies the allegations contained in Paragraph 217 for lack of information sufficient to justify a belief as to the truth thereof.

218.

J. W. Allen denies the allegations contained in Paragraph 218 for lack of information sufficient to justify a belief as to the truth thereof.

219.

J. W. Allen denies the allegations contained in Paragraph 219 for lack of information sufficient to justify a belief as to the truth thereof.

220.

J. W. Allen denies the allegations contained in Paragraph 220 for lack of information sufficient to justify a belief as to the truth thereof.

221.

J. W. Allen denies the allegations contained in Paragraph 221 for lack of information sufficient to justify a belief as to the truth thereof.

222.

J. W. Allen denies the allegations contained in Paragraph 222 for lack of information sufficient to justify a belief as to the truth thereof.

223.

J. W. Allen denies the allegations contained in Paragraph 223 for lack of information sufficient to justify a belief as to the truth thereof.

224.

J. W. Allen denies the allegations contained in Paragraph 224 for lack of information sufficient to justify a belief as to the truth thereof.

225.

Paragraph 225 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 225.

226.

Paragraph 226 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 226.

227.

Paragraph 227 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 227.

228.

Paragraph 228 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 228.

229.

J. W. Allen denies the allegations contained in Paragraph 168 to the extent that they assert any of the Chinese drywall at issue ever belonged to, was in the possession of, or was designed,

manufactured, exported, imported, distributed, delivered, supplied, inspected, marketed and/or sold by J. W. Allen. All remaining allegations in Paragraph 168 are denied for lack of information sufficient to justify a belief as to the truth thereof.

230.

Paragraph 230 and its subparts does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 230 and its subparts.

231.

Paragraph 231 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 231.

232.

Paragraph 232 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 232.

233.

Paragraph 233 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 233.

234.

Paragraph 234 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 234.

235.

Paragraph 235 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 235.

236.

Paragraph 236 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 236.

237.

Paragraph 237 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 237.

238.

Paragraph 238 does not require a response as it asserts a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 238.

239.

J. W. Allen denies the allegations contained in Paragraph 239.

240.

Paragraph 240 does not require a response. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 240.

241.

J. W. Allen denies the allegations contained in Paragraph 241. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 241 are denied for lack of information sufficient to justify a belief as to the truth thereof.

242.

J. W. Allen denies the allegations contained in Paragraph 242. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 242 are denied for lack of information sufficient to justify a belief as to the truth thereof.

243.

J. W. Allen denies the allegations contained in Paragraph 243. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 243 are denied for lack of information sufficient to justify a belief as to the truth thereof.

244.

J. W. Allen denies the allegations contained in Paragraph 244.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 244 are denied for lack of information sufficient to justify a belief as to the truth thereof.

245.

J. W. Allen denies the allegations contained in Paragraph 245.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 245 are denied for lack of information sufficient to justify a belief as to the truth thereof.

246.

J. W. Allen denies the allegations contained in Paragraph 246.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 246 are denied for lack of information sufficient to justify a belief as to the truth thereof.

247.

J. W. Allen denies the allegations contained in Paragraph 247.

248.

Paragraph 248 does not require a response.  To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 248.

249.

J. W. Allen denies the allegations contained in Paragraph 249.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 249 are denied for lack of information sufficient to justify a belief as to the truth thereof.

250.

J. W. Allen denies the allegations contained in Paragraph 250.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 250 are denied for lack of information sufficient to justify a belief as to the truth thereof.

251.

J. W. Allen denies the allegations contained in Paragraph 251. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 251 are denied for lack of information sufficient to justify a belief as to the truth thereof.

252.

J. W. Allen denies the allegations contained in Paragraph 252. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 252 are denied for lack of information sufficient to justify a belief as to the truth thereof.

253.

J. W. Allen denies the allegations contained in Paragraph 253.

254.

Paragraph 248 does not require a response. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 248.

255.

J. W. Allen denies the allegations contained in Paragraph 255. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 255 are denied for lack of information sufficient to justify a belief as to the truth thereof.

256.

J. W. Allen denies the allegations contained in Paragraph 256. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 256 are denied for lack of information sufficient to justify a belief as to the truth thereof.

257.

J. W. Allen denies the allegations contained in Paragraph 257. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 257 are denied for lack of information sufficient to justify a belief as to the truth thereof.

258.

J. W. Allen denies the allegations contained in Paragraph 258.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 258 are denied for lack of information sufficient to justify a belief as to the truth thereof.

259.

J. W. Allen denies the allegations contained in Paragraph 259.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 259 are denied for lack of information sufficient to justify a belief as to the truth thereof.

260.

J. W. Allen denies the allegations contained in Paragraph 260.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 260 are denied for lack of information sufficient to justify a belief as to the truth thereof.

261.

J. W. Allen denies the allegations contained in Paragraph 261.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 261 are denied for lack of information sufficient to justify a belief as to the truth thereof.

262.

Paragraph 262 does not require a response.  To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 262.

263.

J. W. Allen denies the allegations contained in Paragraph 263.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 263 are denied for lack of information sufficient to justify a belief as to the truth thereof.

264.

J. W. Allen denies the allegations contained in Paragraph 264.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 264 are denied for lack of information sufficient to justify a belief as to the truth thereof.

265.

J. W. Allen denies the allegations contained in Paragraph 265.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 265 are denied for lack of information sufficient to justify a belief as to the truth thereof.

266.

J. W. Allen denies the allegations contained in Paragraph 266.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 266 are denied for lack of information sufficient to justify a belief as to the truth thereof.

267.

J. W. Allen denies the allegations contained in Paragraph 267.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 267 are denied for lack of information sufficient to justify a belief as to the truth thereof.

268.

J. W. Allen denies the allegations contained in Paragraph 268.

269.

Paragraph 269 does not require a response.  To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 269.

270.

J. W. Allen denies the allegations contained in Paragraph 270.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 270 are denied for lack of information sufficient to justify a belief as to the truth thereof.

271.

J. W. Allen denies the allegations contained in Paragraph 271.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 271 are denied for lack of information sufficient to justify a belief as to the truth thereof.

272.

J. W. Allen denies the allegations contained in Paragraph 272.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 272 are denied for lack of information sufficient to justify a belief as to the truth thereof.

273.

J. W. Allen denies the allegations contained in Paragraph 273.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 273 are denied for lack of information sufficient to justify a belief as to the truth thereof.

274.

J. W. Allen denies the allegations contained in Paragraph 274.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 274 are denied for lack of information sufficient to justify a belief as to the truth thereof.

275.

J. W. Allen denies the allegations contained in Paragraph 275.

276.

Paragraph 276 does not require a response.  To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 276.

277.

J. W. Allen denies the allegations contained in Paragraph 277.  To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 277 are denied for lack of information sufficient to justify a belief as to the truth thereof.

278.

J. W. Allen denies the allegations contained in Paragraph 278. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 278 are denied for lack of information sufficient to justify a belief as to the truth thereof.

279.

J. W. Allen denies the allegations contained in Paragraph 279. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 279 are denied for lack of information sufficient to justify a belief as to the truth thereof.

280.

Paragraph 280 does not require a response. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 280.

281.

Paragraph 281 does not require a response as it states a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 281.

282.

J. W. Allen denies the allegations contained in Paragraph 282. To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 282 are denied for lack of information sufficient to justify a belief as to the truth thereof.

283.

J. W. Allen denies the allegations contained in Paragraph 283.

284.

J. W. Allen denies the allegations contained in Paragraph 284.

285.

Paragraph 285 does not require a response. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 285.

286.

Paragraph 286 does not require a response as its states a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 286.

287.

J. W. Allen denies the allegations contained in Paragraph 287.

288.

Paragraph 288 does not require a response as its states a legal conclusion. To the extent a response is needed, J. W. Allen denies the allegations contained in Paragraph 288.

289.

J. W. Allen denies the allegations contained in Paragraph 289.

290.

J. W. Allen denies the allegations contained in Paragraph 290 for lack of information sufficient to justify a belief as to the truth thereof.

291.

J. W. Allen denies the allegations contained in Paragraph 291 for lack of information sufficient to justify a belief as to the truth thereof.

292.

J. W. Allen denies the allegations contained in Paragraph . To the extent the allegations are directed to other defendants, the remaining allegations in Paragraph 292 are denied for lack of information sufficient to justify a belief as to the truth thereof.

293.

J. W. Allen denies the allegations contained in Paragraph 293 for lack of information sufficient to justify a belief as to the truth thereof.

294.

J. W. Allen denies the allegations contained in Paragraph 294.

295.

J. W. Allen denies the allegations contained in Paragraph 295.

296.

J. W. Allen denies the allegations contained in Paragraph 296.

297.

J. W. Allen denies the allegations contained in Paragraph 297.

298.

The unnumbered paragraph captioned "Demand for Jury Trial" does not require a response.

299.

The unnumbered paragraph and its subparts captioned "Prayer for Relief" does not require a response.

**JURY DEMAND**

J. W. Allen prays for trial by jury.

WHEREFORE, J. W. Allen & Co., Inc. prays for judgment in their favor dismissing the claims of plaintiffs with prejudice, at plaintiffs' sole cost and for all general and equitable relief, including but not limited to, all reasonable attorney's fees.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:       /s/ Brent B. Barriere

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
         Susie.morgan@phelps.com
         Skylar.rosenbloom@phelps.com

**AND**

**CHAFFE MCCALL, L.L.P.**

BY:    /s/ J. Dwight LeBlanc, Jr.
        J. Dwight LeBlanc, Jr. (La. Bar No. 8195)
        John Olinde (La Bar No. 1550)
        Chaffe McCall, L.L.P.
        2300 Energy Centre
        1100 Poydras Street
        New Orleans, Louisiana 70163
        Telephone: (504) 585-7013
        Cellular: (504) 289-6810
        Facsimile: (504) 585-7075
        Email:  Leblanc@chaffe.com

**ATTORNEYS FOR DEFENDANT, J. W.**
**ALLEN & COMPANY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs'

Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail

and e-mail or by hand delivery and email and upon all parties by electronically uploading the

same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing

was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

        /s/ Brent B. Barriere