UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Sean and Beth Payton, et al. v. | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-7628 | * | |
| ********************************** | | |

### EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORM

Defendant, Bauhaus Solutions, Inc. ("BSI"), fully reserving any and all defenses, moves this Honorable Court for an extension of time until May 3, 2010 by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, BSI was served with the Omnibus Class Action Complaint;

2. The Court entered Pretrial Order IF on March 9, 2010, providing that Defendant Profile Forms are to be filed forty-days from service of process;

3. The undersigned has been diligently working to obtain all the information necessary to

1

4. complete the Builder Defendant Profile Forms. Additional time is needed, however, to ascertain the information required and to confirm its accuracy;

5. This extension will neither prejudice any of the parties, nor delay this matter.

6. BSI therefore requests that the deadline for submitting their Defendant Profile Forms be extended until May 3, 2010, i.e. thirty (30) days after service of this pleading;

7. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, defendant, Bauhaus Solutions, Inc., respectfully requests this Court grant it an extension of time, until May 3, 2010, to serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

/s Chris H. Irwin
Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:   (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for Bauhaus Solutions, Inc.

**CERTIFICATE 0F SERVICE**

      I HEREBY CERTIFY that the above and foregoing <u>Ex Parte Motion for Extension of Time to Complete Builder Profile Form</u> document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM|ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>01</u> day of <u>April</u>, 2010.

                                                   /s Chris H. Irwin