UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Sean and Beth Payton, et al. v. | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-7628 | * | |

**********************************

## **ORDER**

Upon consideration of the Ex Parte Motion for Extension of Time to Complete Builder Profile Form filed by defendant, Bauhaus Solutions, Inc.,

IT IS HEREBY ORDERED that the above Motion be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that defendant, Bauhaus Solutions, Inc., shall be granted an extension of time until May 3, 2010 to serve upon Plaintiff Liaison Counsel the required Builder Defendant Profile Forms.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge