IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*******************************************

### DEFENDANT RESIDENTIAL DRYWALL INC.'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION

RESIDENTIAL DRYWALL, INC., appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court to enter an Order dismissing all of Plaintiffs' claims against it in this lawsuit for lack of personal jurisdiction. Residential Drywall, Inc. submits the accompanying Memorandum of Law in Support of this Motion.

WHEREFORE, Residential Drywall, Inc. moves this Court to dismiss all of Plaintiff's claim against it for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12 (b)(2), and grant it any further relief this Court deems just and equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2010.

          SELLARS, MARION & BACHI, P.A.

          By: /s/ Jeremy D. Bertsch
          Florida Bar No.: 0043308
          Attorneys for Defendant, Residential Drywall, Inc.
          811 North Olive Avenue
          West Palm Beach, FL  33401
          Telephone:  (561) 655-8111
          Facsimile:  (561) 655-4994