UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT ANDREWS HARDWARE COMPANY, INC's MOTION TO DISMISS

Andrews Hardware Company, Inc. ("Andrews"), appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court, THROUGH UNDERSIGNED COUNSEL, in accordance with FRCP 12(b)(2) and (3) seeking an Order dismissing the claims of the Plaintiffs for the reasons set forth in the supporting Memorandum of Law. Andrews is not subject to, nor has it submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for proceeding against Andrews.

WHEREFORE, the defendant, Andrews Hardware Company, Inc., prays that its Motion to Dismiss pursuant to FRCP 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Andrews Hardware Company, Inc., as this Court does not have personal jurisdiction over Andrews Hardware Company, Inc. and the Eastern District of Louisiana is an improper venue

for any claims against Andrews Hardware Company, Inc.

>ADAMS | COOGLER
>Post Office Box 2069
>1555 Palm Beach Lakes Blvd., Suite 1600 (Zip Code: 33401)
>West Palm Beach, FL 33402-2069
>Telephone: (561) 478-4500
>Facsimile: (561) 684-7346
>E-Mail: MSwitzer@adamscoogler.com
>Attorney for Defendant Andrews Hardware Company, Inc.
>
>By: _____
>MICHAEL W. SWITZER, ESQUIRE
>Florida Bar # 728268

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2010.

_____
Michael W. Switzer