UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. Case No. 2:09-md-7628 | * * * * | MAG. JUDGE WILKINSON |

**************************************

### AFFIDAVIT OF JOHN ANDREWS ON BEHALF OF DEFENDANT ANDREWS HARDWARE COMPANY, INC.

STATE OF ALABAMA

COUNTY OF MOBILE

The undersigned, John Andrews, first being duly sworn, deposes and says:

1. I, John Andrews, am the Vice President of Andrews Hardware Company, Inc. (hereinafter, "Andrews"). I am over the age of 21 and am a resident of Alabama. I have personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by Andrews in the regular course of business.

2. Andrews is a named defendant in the above-captioned case.

3. Andrews is an Alabama company with its principal place of business in Citronelle, Alabama.

4. None of the officers of Andrews reside in or are domiciled in Louisiana.



Payton v. Knauf Gips (Andrews Hardware Company, INC.)
Case No. MDL No. 09-2047

JUDGE: FALLON

5. Andrews has no, and has never had any, subsidiaries or other related entities in Louisiana.

6. Andrews is an independently-owned retail hardware store.

7. Andrews has never conducted any business within, nor had any contracts to perform within, the state of Louisiana.

8. Andrews has not purchased or sold real property in Louisiana.

9. Andrews has no bank accounts in Louisiana.

10. Andrews has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

11. Andrews has not and does not maintain any office(s) nor employ any employees in Louisiana.

12. Andrews does not solicit, and has never solicited, any business in Louisiana and has never transacted business in Louisiana.

13. According to the schedules attached to the Complaint in this matter, the residences for which Andrews allegedly supplied defective Chinese Drywall are all in Alabama. None of the alleged homeowners who have asserted any claims in the Complaint in this matter against Andrews reside in Louisiana, none of the property at issue in the Complaint in this matter (as pertains to Andrews) is located in Louisiana and Andrews did not negotiate or enter into any contract with any plaintiff in Louisiana.

Payton v. Knauf Gips (Andrews Hardware Company, INC.)
Case No. MDL No. 09-2047

JUDGE: FALLON

14. Andrews does not have any agreements with agents located in the state of Louisiana who are authorized to perform work on behalf of Andrews in Louisiana.

15. In light of the foregoing, Andrews has absolutely no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
John Andrews

SWORN TO AND SUBSCRIBED before me this ___1___ day of April, 2010 by John Andrews, who is personally known to me or who has produced ___AL DL___ (type of identification) as identification.

_____
SIGNATURE OF NOTARY

Stacy Lindsey
PRINTED NAME OF NOTARY
NOTARY PUBLIC, STATE OF FLORIDA

_____
NOTARY COMMISSION NUMBER