UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | MAG. JUDGE WILKINSON |
| v. | * | |
| KNAUF GIPS, DG, et al. | * | |
| Case No. 2:09-md-7628 | * | |

**************************************

## DEFENDANT ANDREWS HARDWARE COMPANY, INC.'s NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Andrews Hardware Company, Inc. , has filed the

attached Motion to Dismiss.  Please take further notice that the Motion will be brought on for

hearing on the 21st day of April, 2010 at 9:00 a.m.

ADAMS | COOGLER
Post Office Box 2069
1555 Palm Beach Lakes Blvd., Suite 1600 (Zip Code: 33401)
West Palm Beach, FL 33402-2069
Telephone:  (561) 478-4500
Facsimile:  (561) 684-7346
E-Mail: MSwitzer@adamscoogler.com
Attorney for Defendant Andrews Hardware Company, Inc.

By:_____
MICHAEL W. SWITZER, ESQUIRE
Florida Bar # 728268

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing document has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _2nd_ day of April, 2010.

_____
Michael W. Switzer