## AFFIDAVIT OF BRIAN ALLEN BOISVERT

STATE OF FLORIDA
COUNTY OF Palm Beach

BE IT KNOWN that on this 1 day of April, 2010, before me, the undersigned authority, personally appeared BRIAN ALLEN BOISVERT, and being by me first duly sworn on his oath, deposes and says:

1. I, BRIAN ALLEN BOISVERT, am over the age of eighteen years and am otherwise competent to testify in this matter.

2. I am a citizen of the State of Florida.

3. I am the Vice President of Precision Drywall.

4. I reside at 115 Ortona Street, Lehigh Acres, Florida 33936.

5. Precision Drywall has never performed any work in the state of Louisiana.

6. Precision Drywall does not own any property or other assets in Louisiana.

7. Precision Drywall does not maintain an office or have any employees in Louisiana.

8. Precision Drywall is not registered to do business in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
BRIAN ALLEN BOISVERT

SWORN and SUBSCRIBED before me this 1ST day of April 2010, by BRIAN ALLEN BOISVERT who is personally known to me or who has produced ___P/K___ as identification.

_____
Notary Public, State of Florida at Large

My Commission Expires:

NOTARY PUBLIC-STATE OF FLORIDA
Linda Briggs
Commission # DD770923
Expires: APR. 23, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

EXHIBIT "A"