ADDENDUM TO PURCHASE AGREEMENT
BY AND BETWEEN MEADOWS OF ESTERO-BONITA SPRINGS LIMITED PARTNERSHIP (THE "DEVELOPER") AND _THATS RIGHT BABY LLC_
(THE "PURCHASER")

This Addendum forms a part of the Purchase Agreement (the "Agreement") between Developer and Purchaser dated _AUGUST 10_, 200_5_. In the event of any conflict in the terms and provisions of the Agreement and the terms and provisions herein, the terms and provisions herein shall control and prevail. All capitalized terms herein shall be as defined in the Agreement.

Purchaser hereby certifies that on, or prior to, the date of the Agreement, Purchaser received a sample of the Home Builder's Limited Warranty (i.e. PWC Form No. 117) (the "Limited Warranty) which commences on the date title for the Unit is transferred from Developer to the first homeowner and expires fifteen (15) years from the date thereof. Purchaser agrees that, prior to closing on the Unit, Purchaser will read the sample Limited Warranty in its entirety and will contact Developer with any questions about Purchaser's or Developer's duties, rights and obligations arising under the Limited Warranty or the coverage, limits or exclusions contained therein.

Prior to closing on the Unit, Purchaser understands that he or she has the right, and is urged, to have the Limited Warranty and any and all other documents related to the purchase of the Unit reviewed by an attorney of Purchaser's choosing, at Purchaser's sole cost and expense.

Purchaser's failure to read the sample Limited Warranty and to obtain any needed assistance in understanding the terms thereof, shall not in any way change Purchaser's or Developer's rights, duties or obligations therein.

PURCHASER UNDERSTANDS AND AGREES THAT THE LIMITED WARRANTY SHALL BE THE SOLE AND EXCLUSIVE WARRANTY GIVEN TO PURCHASER IN CONNECTION WITH THE UNIT AND THE CONDOMINIUM, AND, EXCEPT AS SET FORTH IN THE LIMITED WARRANTY, THIS SALE IS "AS IS" AND "WHERE IS." DEVELOPER HEREBY EXCLUDES AND DISCLAIMS (AND PURCHASER HEREBY ACKNOWLEDGES AND ACCEPTS SUCH EXCLUSION AND DISCLAIMER) ANY AND ALL REPRESENTATIONS OR WARRANTIES OF ANY KIND RELATING IN ANY MANNER TO THE UNIT, THE COMMON ELEMENTS, THE CONDOMINIUM AND THE PROPERTY, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THOSE OF WORKMANLIKE CONSTRUCTION, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY, DESIGN, CONDITION, QUALITY OR OTHERWISE. PURCHASER WAIVES AND COVENANTS NOT TO ASSERT ANY CLAIM FOR ANY EXPRESS OR IMPLIED WARRANTIES, OTHER THAN AS EXPRESSLY PERMITTED UNDER THE LIMITED WARRANTY, AND THEN, AND ONLY THEN, IN ACCORDANCE WITH THE STRICT LIMITATIONS OF THE TERMS AND PROVISIONS OF SUCH LIMITED WARRANTY. PURCHASER WAIVES, COVENANTS AND HEREBY AGREES TO SAVE AND HOLD HARMLESS DEVELOPER FROM AND AGAINST ANY AND ALL CLAIMS ASSERTED OR BASED UPON ANY EXPRESS OR IMPLIED WARRANTY, INCLUDING, BUT NOT LIMITED TO, THOSE OF WORKMANLIKE CONSTRUCTION, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, HABITABILITY, DESIGN, CONDITION, QUALITY OR OTHERWISE

1

RELATING TO THE UNIT, THE PROPERTY, THE COMMON ELEMENTS AND THE CONDOMINIUM. IT IS EXPRESSLY AGREED AND UNDERSTOOD THAT THE TERMS HEREOF SHALL BE DEEMED EXCULPATORY AND SHALL SERVE AS A FULL AND COMPLETE BAR AND RELEASE OF ANY CLAIM AGAINST DEVELOPER. PURCHASER, FOR HIMSELF, HIS HEIRS, SUCCESSORS AND ASSIGNS HEREBY AGREES, COVENANTS, AND ACKNOWLEDGES THAT PURCHASER'S SOLE AND ONLY REMEDY FOR ANY CLAIM RELATING TO THE UNIT, THE COMMON ELEMENTS, THE CONDOMINIUM AND THE PROPERTY SHALL BE THOSE CONTAINED WITHIN THE TERMS AND PROVISIONS OF THE LIMITED WARRANTY. AS TO ANY PERSONAL PROPERTY AND AS TO ANY CONSUMER PRODUCT (AS THAT TERM MAY BE DEFINED UNDER APPLICABLE FEDERAL, STATE OR LOCAL LAWS OR THEIR IMPLEMENTING REGULATIONS) WHICH MAY BE A PART OF OR LOCATED IN THE UNIT OR THE CONDOMINIUM (INCLUDING, WITHOUT LIMITATION, APPLIANCES, UTILITY SYSTEMS [INCLUDING AIR CONDITIONING AND HEATING SYSTEMS] AND ANY PERSONAL PROPERTY OR FIXTURES WITHIN THE UNIT AND THE CONDOMINIUM), DEVELOPER NEITHER MAKES NOR ADOPTS ANY WARRANTY WHATSOEVER AND SPECIFICALLY EXCLUDES EXPRESS OR IMPLIED WARRANTIES OF ANY NATURE, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. THESE TERMS AND PROVISIONS OF THIS AGREEMENT SHALL BE DEEMED TO BE EXPANSIVE AND SHALL NOT BE DEEMED TO BE READ AS WORDS OF LIMITATION AND SHALL BE DEEMED TO INCLUDE ALL CLAIMS FOR NEGLIGENCE, STATUTORY VIOLATIONS, CLAIMS ARISING UNDER STATE CONSUMER PROTECTION LAWS, OR OTHER LAWS RELATING TO CONSTRUCTION DEFECTS, CLAIMS RELATING TO THE ENVIRONMENTAL CONDITION OF THE CONDOMINIUM OR THE UNIT, CLAIMS RELATING TO THE COMPLIANCE OF THE CONDOMINIUM, THE UNIT AND THE COMMON ELEMENTS WITH FEDERAL, STATE, LOCAL LAWS, STATUTES, ORDINANCES, RULES AND REGULATIONS AFFECTING THE UNIT OR THE CONDOMINIUM, CLAIMS RELATING TO ANY REPRESENTATION BY ANY PARTY, WHETHER WRITTEN OR VERBAL, EXPRESS OR IMPLIED, REGARDING THE CONDOMINIUM, THE UNIT, OR THE COMMON ELEMENTS AND ANY EQUIVALENT CLAIM. IT IS EXPRESSLY AGREED AND UNDERSTOOD THAT PURCHASER'S SOLE AND ONLY REMEDY OR REMEDIES SHALL BE THAT CONTAINED WITHIN THE LIMITED WARRANTY. PURCHASER INTENDS THAT THIS ADDENDUM SHALL BIND ANY PERSON OR ENTITY, INCLUDING, BUT NOT LIMITED TO, ANY ASSOCIATION, WHICH SEEKS THE BENEFIT OF THIS AGREEMENT OR SEEKS TO ENFORCE PURCHASER'S RIGHTS. THIS SECTION SURVIVES CLOSING (AND SHALL NOT MERGE WITH TITLE), TERMINATION OR EXPIRATION OF THIS AGREEMENT.

Notwithstanding anything to the contrary herein the warranties applicable to the sale of condominiums in the State of Florida F.S. §718.203 shall be applicable.

Agreed to and accepted by:

Meadows of Estero-Bonita Springs Limited Partnership

By:_____

Dated:_____

X_____
Purchaser

_____
Purchaser
Dated: _AUGUST 10 05_

2