UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL                    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                           SECTION:  L


                                                        JUDGE FALLON
THIS DOCUMENT RELATES TO:                               MAG. JUDGE WILKINSON
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,
Case No. 2:09-cv-07628.

_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Shelby Homes at Meadows, Inc.'s Motion To Dismiss

Plaintiffs' Omnibus Class Action (I) Complaint shall be brought up for hearing before the

Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of

Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on June 23,

2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated:  April 2, 2010.


                              s/ Adam C. King
                              _____
                              JEFFREY M. PASKERT
                              Florida Bar No. 846041
                              jpaskert@mpdlegal.com
                              ADAM C. KING
                              Florida Bar No. 156892
                              aking@mpdlegal.com
                              MILLS PASKERT DIVERS
                              100 N. Tampa Street, Suite 2010
                              Tampa, Florida  33602
                              (813) 229-3500 – Telephone
                              (813) 229-3502 – Facsimile
                              *Attorneys for Shelby Homes at Meadows, Inc.*


1

## CERTIFICATE OF SERVICE

I HEREBY certify that on April 2, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      s/ Adam C. King      
Attorney
