UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL            MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                          SECTION:  L

                                                                              JUDGE FALLON
THIS DOCUMENT RELATES TO:                              MAG. JUDGE WILKINSON
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,
Case No. 2:09-cv-07628.
_____/

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Shelby Homes, Inc.'s Motion To Dismiss Plaintiffs' Omnibus Class Action (I) Complaint shall be brought up for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on June 23, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated:  April 2, 2010.

                                                    s/ Adam C. King
                                        JEFFREY M. PASKERT
                                        Florida Bar No. 846041
                                        jpaskert@mpdlegal.com
                                        ADAM C. KING
                                        Florida Bar No. 156892
                                        aking@mpdlegal.com
                                        MILLS PASKERT DIVERS
                                        100 N. Tampa Street, Suite 2010
                                        Tampa, Florida  33602
                                        (813) 229-3500 − Telephone
                                        (813) 229-3502 − Facsimile
                                        *Attorneys for Shelby Homes, Inc.*

1

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 2, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                        s/ Adam C. King
                                                                        Attorney