UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628._____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### REQUEST FOR ORAL ARGUMENT ON SHELBY HOMES AT MEADOWS, INC.'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION (I) COMPLAINT

Defendant, Shelby Homes at Meadows, Inc., by and through its undersigned counsel, requests oral argument on its Motion To Dismiss Plaintiffs' Omnibus Class Action (I) Complaint which is scheduled to be heard on the Court's Motion Docket on June 23, 2010 at 9:00 a.m. or such other time set by the Court.

Dated:  April 2, 2010.

      s/ Adam C. King
JEFFREY M. PASKERT
Florida Bar No. 846041
jpaskert@mpdlegal.com
ADAM C. KING
Florida Bar No. 156892
aking@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida  33602
(813) 229-3500 − Telephone
(813) 229-3502 − Facsimile
*Attorneys for Shelby Homes at Meadows, Inc.*

1

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 2, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                s/ Adam C. King
                                                Attorney