IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

******************************************

## REQUEST FOR ORAL ARGUMENT
## OF MOTION TO DISMISS SET ON APRIL 21, 2010

COMES NOW the Defendant, Residential Drywall, Inc., and requests oral argument on the Motion to Dismiss filed by the Defendant, Residential Drywall, Inc., scheduled to be heard at the Court's Motion Docket on the 21st day of April, 2010 at 9:00 a.m. or at a time further set by this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing REQUEST FOR ORAL ARGUMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of April, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
 Florida Bar No.: 0043308
Attorneys for Defendant, Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994