David Gross, Cheryl Gross, and Louis Velez, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 100345-0002

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Knauf Insulation GMBH, a/k/a Knauf USA
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **INDIANA** ) ss.
County of: **MARION** )

Name of Server: **STAGE FERGUSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **16** day of **November**, 20**09**, at **8:36** o'clock **A** M

Place of Service: at **One Knauf Drive**, in **Shelbyville, IN 46176**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Class Action Complaint w/Jury Demand**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Knauf Insulation GMBH, a/k/a Knauf USA**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **ANGELA DAVIES - LEGAL AGENT**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BRN** ; Facial Hair **—**
Approx. Age **38** ; Approx. Height **5'4"** ; Approx. Weight **145**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **19** day of **Nov**, 20**09**

Signature of Server

Notary Public        (Commission Expires)

APS International, Ltd.