IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 09-6687 (E.D.La.) | : : : : : : | |

### ANSWER TO CROSSCLAIM

Defendant Tobin Trading, Inc. ("Tobin"), by counsel, as its Answer to the Crossclaim (MDL Doc. No. 1840) previously filed herein by Venture Supply, Inc. ("Venture") and The Porter-Blaine Corp. ("Porter-Blaine"), states the following:

1.	In response to paragraph 1 of the Crossclaim, Tobin admits that plaintiffs have filed an action against Venture, Porter-Blaine, Tobin and Taishan.  The allegations of the second amended complaint filed in the action are self-explanatory, and any inconsistent allegations in paragraph 1 of the Crossclaim are denied.  The remaining allegations in paragraph 1 of the Crossclaim are denied.

2.	In response to the allegations in paragraph 2 of the Crossclaim, the allegations of the second amended complaint filed in the action are self-explanatory, and any inconsistent

allegations in paragraph 2 of the Crossclaim are denied.  The remaining allegations in paragraph 2 of the Crossclaim are denied.

3. The allegations in paragraph 3 of the Crossclaim are admitted.

4. Upon information and belief, the allegations in paragraph 4 of the Crossclaim are admitted.

5. Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 5 of the Crossclaim.

6. Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 6 of the Crossclaim.

7. Tobin lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 7 of the Crossclaim.

8. The allegations in paragraph 8 of the Crossclaim are denied.

9. The allegations in paragraph 9 of the Crossclaim are denied.

10. The allegations in paragraph 10 of the Crossclaim are denied.

11. All allegations in the Crossclaim that have not been specifically admitted above are hereby denied.

12. Tobin denies that it is liable to Venture or Porter-Blaine for indemnity or contribution, or under any other theory of recovery.

13. The Crossclaim fails to state a claim against Tobin for indemnity or contribution, and fails to state sufficient facts upon which the relief demanded can be granted.

14. The claims asserted in the Crossclaim may be barred, in part or in whole, due to the cross-claimants' failure to mitigate.

15. The claims asserted in the Crossclaim may be time barred, in part or in whole, by the applicable statute(s) of limitations.

16. The claims asserted in the Crossclaim may be barred, in part or in whole, due to contributory negligence and/or the negligence of other persons or entities for which this defendant is not responsible.

17. The claims asserted in the Crossclaim may be barred, in part or in whole, pursuant to the economic loss doctrine.

18. Tobin will rely upon all properly provable defenses to the Crossclaim and reserves the right to amend this Answer if at any time it is so advised.

WHEREFORE, having fully answered, Tobin Trading, Inc. respectfully prays that the Court enter an Order dismissing the Crossclaim previously filed herein and awarding its costs and such other and further relief as the Court deems appropriate.

**TRIAL BY JURY IS DEMANDED.**

TOBIN TRADING, INC.

Date:  April 5, 2010     By:    /s/ Theodore I. Brenner
Theodore I. Brenner, VSB 17815
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: tbrenner@beylaw.com

Jay O. Millman, VSB 37212
BRENNER, EVANS & MILLMAN, P.C.
411 E. Franklin Street, Suite 200
P.O. Box 470
Richmond, Virginia  23218-0470
Phone: (804) 644-1300
Fax: (804) 644-1354
E-mail: jom@beylaw.com

>Alexander S. de Witt, VSB 42708
>BRENNER, EVANS & MILLMAN, P.C.
>411 E. Franklin Street, Suite 200
>P.O. Box 470
>Richmond, VA  23218-0470
>Phone: (804) 644-1300
>Fax: (804) 644-1354
>E-mail: adewitt@beylaw.com
>
>*ATTORNEYS FOR TOBIN TRADING, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 5th day of April, 2010.

>By:  /s/ Theodore I. Brenner
>Theodore I. Brenner, VSB 17815
>BRENNER, EVANS & MILLMAN, P.C.
>P.O. Box 470
>Richmond, Virginia  23218-0470
>Phone: (804) 644-1300
>Fax: (804) 644-1354
>E-mail: tbrenner@beylaw.com
>
>*ATTORNEY FOR TOBIN TRADING, INC.*