UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# *EX PARTE* UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel, comes **HOME TOWN LUMBER & SUPPLY, INC.,** which requests an extension of time to file responsive pleadings. Opposing counsel has no opposition to an extension of Home Town's deadline to file responsive pleadings until April 20, 2010.

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/Christopher K. Jones
JOHN P. WOLFF, III, T.A., Bar #14504, jwolff@kcwlaw.com
NANCY B. GILBERT, Bar #23095, ngilbert@kcwlaw.com
CHRISTOPHER K. JONES, Bar #28101, cjones@kcwlaw.com
VIRGINIA M. MCLIN, Bar #31257 jmclin@kcwlaw.com
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Telecopier: (225) 343-9612

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 5th day of April, 2010.

           s/Christopher K. Jones
JOHN P. WOLFF, III
NANCY B. GILBERT
CHRISTOPHER K. JONES
VIRGINIA J. MCLIN