# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 |
| | * SECTION: "L" |
| This document relates to: | * JUDGE FALLON |
| *CA No. 10-0052* (*Bourgeois v. Allstate Indemnity Co., et al*) | * MAGISTRATE JUDGE WILKINSON |

## LOUISIANA CITIZENS' MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Louisiana Citizens Property Insurance Corporation ("LCPIC"), and moves this Honorable Court for leave to file their Supplemental Memorandum in Support of the Rule 12(b)(6) Motion to Dismiss for the following reasons, *to wit*:

1. LCPIC has additional information for the Court to consider in connection with the Motion to Dismiss.

2. Plaintiffs' have not filed an Opposition to LCPIC's Motion to Dismiss.

3. The Motion to Dismiss has not been set for hearing by the Court.

**WHEREFORE,** Louisiana Citizens Property Insurance Corporation prays that it be granted leave to file the attached Supplemental Memorandum in Support of its Motion to Dismiss.

**[SIGNATURE LINE ON NEXT PAGE]**

Respectfully submitted:

DYSART & TABARY, L.L.P.


*s/ Lacey Tabary*
PAUL A. TABARY, III (#12623)
LACEY TABARY (#31982)
Three Courthouse Square
Chalmette, Louisiana 70043
Telephone: (504) 271-8011
    *Counsel for Defendant, LCPIC*

AND

HAILEY, McNAMARA, HALL, LARMANN &
    PAPALE, L.L.P.


JOHN T. CULOTTA (#17272)
JOSEPH L. SPILMAN (#17813)
DARREN A. PATIN (#23244)
One Galleria Boulevard – Suite 1400
Metairie, Louisiana  70011-8288
Telephone: (504) 836-6500
    *Counsel for Defendant, LCPIC*


## C E R T I F I C A T E OF SERVICE

    I hereby certify that the above and foregoing Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April, 2010.

    *s/ Lacey Tabary*
Lacey Tabary, #31982
Attorney for Defendant, LCPIC
Dysart & Tabary, LLP
Three Courthouse Square
Chalmette, LA 70043
Telephone: (504) 271-8011

2