# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION: "L" |
| | * | |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| *CA No. 10-0052* | * | MAGISTRATE JUDGE WILKINSON |
| (*Bourgeois v. Allstate Indemnity Co., et al*) | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * | | |

# O R D E R

Considering the foregoing Motion for Leave to File a Supplemental Memorandum in Support of Louisiana Citizens Property Insurance Corporation's Motion to Dismiss, IT IS HEREBY ORDERED that said Motion for Leave is GRANTED and that Louisiana Citizens Property Insurance Corporation is given leave to file its Supplemental Memorandum in Support of its Motion to Dismiss.

Signed, this _____ day of _____, 2010.

_____

**United States District Judge**