UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: Case No.: 09-7628**
**Sean and Beth Payton, et al. Vs. Knauf Gips KG, et al.**

## NOTICE OF HEARING

YOU ARE HEREBY NOTIFIED that the above-styled cause is set down the for a hearing **Defendant, MAVIED CORP., Motion to Dismiss** before the Honorable Judge Eldon F. Fallon, one of the Judges of the above styled Court, in chambers at the U.S. District Courthouse, Eastern District of Louisiana, 500 Poydras Street, Room C456, New Orleans, LA 70130 on **MAY, 12, 2010 at 9:00 a.m**. or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5TH day of April, 2010.

Perez & Rodriguez, P.A.   •   95 Merrick Way, Suite 600   •   Coral Gables, Florida   33134   •   Phone: (305) 667-9878

PEREZ & RODRIGUEZ, P.A.
Attorneys for Defendants, MAVIED CORP. and
  CONTINENTAL DRYWALL
95 Merrick Way, Suite 610
Coral Gables, Florida 33134
(305) 667-9878


By:_____/s/ Luis N. Perez_____
        LUIS N. PEREZ
        Florida Bar No.: 438685