UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: Case No.: 09-7628**
**Sean and Beth Payton, et al. Vs. Knauf Gips KG, et al.**

### MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b) FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

The Defendant, CONTINENTAL DRYWALL, by and through their undersigned counsel, hereby files this Motion to Dismiss pursuant to Federal Rules of Civil Procedure Rule 12(b) for lack of Personal Jurisdiction and Improper Venue and/or its Motion for More Definite Statement pursuant to Federal Rule of Civil Procedure 12(e) and would states as follows:

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

1. Pursuant to the allegation in Plaintiff's Complaint, this Defendant would fall into the proposed "contractor/installer sub-class". (Complaint, page 486).

2. Specifically, Defendant, Continental Drywall Contractors is alleged in paragraph 2532 of Plaintiff's Complaint to have its principal place of business in Miami, Florida.

3. Plaintiffs have filed the omnibus class action Complaint seeking, among other relief, an Order of this Court certifying the case as a class action.

4. In regards to this Defendant, the Complaint asserts subclasses of Plaintiffs that have been harmed by this Defendant as designated in schedule 4 and defines these as "all owners and residents (past or present) or real property located in the United States containing Knauf's defective drywall where each of these Defendants identified and scheduled for was the contractor or installer of the drywall for the property" (Page 530 of Plaintiff's Complaint).

5. Plaintiff's Complaint does not set forth specifically which Plaintiffs this Defendant, Continental Drywall, is alleged to have damaged by installing the defective drywall in their homes. Paragraph 2532 merely states "upon information of belief, Defendant contractor installed defective drywall in the homes of *certain* members" (emphasis added). As such, Plaintiff has merely alleged that this Defendant installed defective drywall in "certain" homes. Plaintiff does not set forth any specific address, city or even state in which this allegedly defective drywall was installed by this Defendant.

6. Further, Plaintiff's allegations in this Complaint does not set forth sufficient facts to create proper venue in the Eastern District of Louisiana on Defendant, a Florida corporation.

7. Defendant moves to dismiss for lack of personal jurisdiction upon this Defendant and for improper venue.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which

will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April, 2010.

                        PEREZ & RODRIGUEZ, P.A.
Attorneys for Defendants, MAVIED CORP. and
  CONTINENTAL DRYWALL
95 Merrick Way, Suite 610
Coral Gables, Florida 33134
(305) 667-9878

By:_____/s/ Luis N. Perez_____
      LUIS N. PEREZ
      Florida Bar No.: 438685