UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: Case No.: 09-7628**
**Sean and Beth Payton, et al. Vs. Knauf Gips KG, et al.**

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

### 1. SUMMARY OF THE ARGUMENT

Defendant, Continental Drywall, is a Florida corporation with its principal place of business in the State of Florida. Defendant is in the business of constructing homes, including installation of drywall. At all time material to this lawsuit, Defendant has conducted its business exclusively in the State of Florida and has only done construction work for customers in Florida.

### II. ARGUMENT

Plaintiff's have failed to make any specific allegations against Defendant, Continental. A Complaint which did not allege that one defendant was a joint venturer and which made no specific allegations against it did not state a claim against the defendant and would be dismissed. *Allied Towing Corp. v. Great Eastern Petroleum Corp.*, 642 F.Supp. 1339 (U.S. E.D.Va. 1986).

The Louisiana Eastern District Court does not have personal jurisdiction over Defendant. Plaintiff has not made allegations to show that Defendant had the minium contacts in Louisiana in order to meet the due process requirements. The due process clause of the fourteenth

amendment places limits upon the power of a court to exercise personal jurisdiction over a non-resident defendant.  The due process clause requires that a defendant have certain minium contacts with a forum state such that the maintenance of the suit does not offend "traditional notions of fair play and substantial justice."  *International Shoe Co. v. Washington*, 326 U.S. 310, 316 (1945).

Therefore, since this Honorable Court does not have in personam jurisdiction over the Defendant, the Defendant request that the Court grant its Motion to Dismiss.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing motion was filed electronically with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of April, 2010.

> PEREZ & RODRIGUEZ, P.A.
> Attorneys for Defendants, MAVIED CORP. and
>   CONTINENTAL DRYWALL
> 95 Merrick Way, Suite 610
> Coral Gables, Florida 33134
> (305) 667-9878
>
>
> By:_____/s/ Luis N. Perez_____
>        LUIS N. PEREZ
>        Florida Bar No.: 438685