UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURERS DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO: Case No.: 09-7628**
Sean and Beth Payton, et al. Vs. Knauf Gips KG, et al.

## ORDER

**THIS CAUSE** came before the Court upon Defendant, CONTINENTAL DRYWALL, Motion to Dismiss Under Federal Rule of Civil Procedure 12(b) for Lack of Personal Jurisdiction and Improper Venue.

**THE COURT** has considered the Motion and pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Defendant, CONTINENTAL DRYWALL, Motion to Dismiss Under Federal Rule of Civil Procedure 12(b) for Lack of Personal Jurisdiction and Improper Venue the Motion is hereby **GRANTED**.

**DONE AND ORDERED** in chambers at Miami, Florida, this _____ day of _____, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

cc:   Counsel of Record