UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  | : MDL NO. 2047 |
| IN RE:  CHINESE MANUFACTURED DRYWALL | : |
| PRODUCTS LIABILITY LITIGATION | : SECTION:  L |
|  | : |
| THIS DOCUMENT RELATES TO: | : JUDGE FALLON |
|  | : |
|  | : MAG. JUDGE WILKINSON |
| Case No. 09-7628 | : |
| Sean Payton, *et al.*  v. Knauf Gips KG, *et al.* | : |
| _____ | : |

## MOTION TO DISMISS BY DEFENDANTS, CRF MANAGEMENT CO., INC. AND LAKE ASHTON DEVELOPMENT GROUP II, LLC

Defendants CRF Management Co., Inc. and Lake Ashton Development Group II, LLC move to dismiss the Complaint as to these two defendants for lack of subject matter or personal jurisdiction, or, in the alternative, for transfer of venue to the Middle District of Florida, and request such other relief as the Court may deem appropriate. A memorandum of law in support of this motion has been filed simultaneously.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047, on this 6th day of

April, 2010.

Respectfully submitted,

By:  /s/ J. Kemp Brinson
     J. KEMP BRINSON
     Florida Bar No. 0752541
     kbrinson@ccmattorneys.com
     JOSEPH P. MAWHINNEY
     Florida Bar No. 0219932
     jmawhinney@ccmattorneys.com
     RONALD L. CLARK
     Florida Bar No. 0205192
     rclark@ccmattorneys.com
     Clark, Campbell, Mawhinney & Lancaster, P.A.
     500 South Florida Avenue, Suite 800
     Lakeland, Florida 33801
     Phone:  (863) 647-5337
     Facsimile:  (863) 647-5012

     *Trial Counsel for CRF Management Co.,*
     *Inc. and Lake Ashton Development Group*
     *II, LLC*

C:\Documents and Settings\kbrinson\Desktop\Shortcuts to cases\drywall case\Pleadings\Motion to Dismiss.doc