UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
|  | : MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |
| PRODUCTS LIABILITY LITIGATION | : SECTION: L |
|  | : |
| THIS DOCUMENT RELATES TO: | : JUDGE FALLON |
|  | : |
|  | : MAG. JUDGE WILKINSON |
| Case No. 09-7628 | : |
| Sean Payton, *et al.* v. Knauf Gips KG, *et al.* | : |

**AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS**

STATE OF FLORIDA

COUNTY OF POLK

1.    My name is Mark E. Schreiber. I am the Vice President of CRF Management Co., Inc. and the Manager of Century Residential, LLC, which is the Managing Member of Lake Ashton Development Group II, LLC.

2.    I am personally familiar with the business operations of both CRF Management Co., Inc. and Lake Ashton Development Group II, LLC (the "Defendants")

3.    The Defendants do not and have never done business in the state of Louisiana.

4.    The Defendants are not authorized and have never been authorized to conduct business in the state of Louisiana.

5.    The Defendants do not maintain an office in Louisiana and have no employees located there.

6.    The Defendants do not own in real property in the State of Louisiana.

_____
Mark E. Schrieber

The foregoing was affirmed before me this ___ day of April, 2010, by Mark E. Schreiber, who is personally known to me and who did not take an oath.



GAIL LYNN GORRELL
MY COMMISSION # DD 767989
EXPIRES: April 28, 2012
Bonded Thru Budget Notary Services

_____
Notary Public

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of April, 2010.

Respectfully submitted,

By:   /s/ J. Kemp Brinson
        J. KEMP BRINSON
        Florida Bar No. 0752541
        kbrinson@ccmattorneys.com
        JOSEPH P. MAWHINNEY
        Florida Bar No. 0219932
        jmawhinney@ccmattorneys.com
        RONALD L. CLARK
        Florida Bar No. 0205192
        rclark@ccmattorneys.com
        Clark, Campbell, Mawhinney & Lancaster, P.A.
        500 South Florida Avenue, Suite 800
        Lakeland, Florida 33801
        Phone: (863) 647-5337
        Facsimile: (863) 647-5012

        *Trial Counsel for CRF Management Co.,
        Inc. and Lake Ashton Development Group
        II, LLC*

J:\CENTURY\Lake Ashton Dev Grp II\Payton v. Knauf\Pleadings\Affidavit in support of MTD.doc