UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : |
|  | : SECTION:  L |
| THIS DOCUMENT RELATES TO: | : |
|  | : JUDGE FALLON |
|  | : |
|  | : MAG. JUDGE WILKINSON |
| Case No. 09-7628 | : |
| Sean Payton, *et al.*  v. Knauf Gips KG, *et al.* | : |
| _____ | : |

**NOTICE OF HEARING ON MOTION TO DISMISS BY DEFENDANTS,
CRF MANAGEMENT CO., INC. AND LAKE ASHTON
DEVELOPMENT GROUP II, LLC**

Pursuant to LR 7.2E of the Uniform Local Rules of the United States District Courts for the Eastern, Middle, and Western Districts Of Louisiana, the Defendant Twin Lakes Reserve and Golf Club, Inc. (hereinafter "Twin Lakes") files and serves this Notice of Hearing regarding its Motion to Dismiss the Plaintiffs' Omnibus Class Action Complaint (I) filed December 9, 2009 [Dkt. 1], for hearing before the Honorable Eldon E. Fallon, District Judge, at 9:00 a.m. on Wednesday, April 21, 2010.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic

filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2010.

> Respectfully submitted,
>
> By: /s/ J. Kemp Brinson
> J. KEMP BRINSON
> Florida Bar No. 0752541
> kbrinson@ccmattorneys.com
> JOSEPH P. MAWHINNEY
> Florida Bar No. 0219932
> jmawhinney@ccmattorneys.com
> RONALD L. CLARK
> Florida Bar No. 0205192
> rclark@ccmattorneys.com
> Clark, Campbell, Mawhinney & Lancaster, P.A.
> 500 South Florida Avenue, Suite 800
> Lakeland, Florida 33801
> Phone: (863) 647-5337
> Facsimile: (863) 647-5012
>
> *Trial Counsel for CRF Management Co., Inc. and Lake Ashton Development Group II, LLC*

J:\CENTURY\Lake Ashton Dev Grp II\Payton v. Knauf\Pleadings\Notice of Hearing on Motion to Dismiss.doc