Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0570

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Treasure Coast Homes, LLC, Attn: Paul Oddo

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Brevard )

**Name of Server:** Edwin A. Chandler, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 11 day of March, 2010, at 3:30 o'clock P M

**Place of Service:** at 556 Higgs Ave N.W., in Palm Bay, FL 32907

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Treasure Coast Homes, LLC, Attn: Paul Oddo

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Paul Oddo, R/A

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color Olive ; Hair Color Brn ; Facial Hair Stubble
Approx. Age 40 ; Approx. Height 5'10" ; Approx. Weight 180 lbs

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 12 day of March, 2010

Notary Public    (Commission Expires)
Personally Known to me

G L STEPHENSON
MY COMMISSION # DD749763
EXPIRES January 17, 2012
(407) 398-0153   FloridaNotaryService.com