Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0535

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steiner Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS**
County of: **Jones** ) ss.
Name of Server: **Michelle Murray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **March**, 20**10**, at **6** o'clock **30** PM

Place of Service: at **16344 Three Rivers Road**, in **Biloxi, MS 39532**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Steiner Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Stephen Steiner**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **N/A**
Approx. Age **65**; Approx. Height **6'3**; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Michelle Murray*
Signature of Server

Subscribed and sworn to before me this **15** day of **March**, 20**10**

Notary Public       (Commission Expires)

APS International, Ltd.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]