Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0295

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Peak Building Coporation
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
~~County of:~~ City of Norfolk )

Name of Server: Ryan Rodriguez, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 11 day of February, 20 10, at 1:30 o'clock P M

Place of Service: at 308 Sturgeon Lane, in Virginia Beach, VA 23456

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Peak Building Coporation**
By delivering them into the hands of an officer or managing agent whose name and title is: Rebecca Taormina - Treasurer

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair —
Approx. Age 40-45 ; Approx. Height 5'6" ; Approx. Weight 130lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 16 day of February, 20 10

Mistie Wood  12-31-2010
Notary Public        (Commission Expires)

**APS International, Ltd.**

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010