Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al.. et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0113

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Oyster Bay Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Edwin S. Cintron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5th__ day of __March__, 20__10__, at __1:00__ o'clock __P__ M

Place of Service: at 4207 Lee Blvd. , in Lehigh Acres, FL 33971-1725

Documents Served: the undersigned served the documents described as:
Summons and Complaint: Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Oyster Bay Homes, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Raymond J. Scalero, Registered Agent/President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Gray__ ; Facial Hair _____
Approx. Age __55__ ; Approx. Height __5'8"__ ; Approx. Weight __170__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server  90021

Subscribed and sworn to before me this __9th__ day of __March__, 20__10__

__Marcia L. McEvers__
Notary Public    (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

APS International, Ltd.