Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0505

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Murphy Bateman Building Supplies, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LA._ ) ss.
Parish of: _Tangipahoa_ )

Name of Server: _Michael L. Cooper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15th_ day of _Feb_, 20 _10_, at _4:00_ o'clock _P_ M

Place of Service: at _1107 Washington Street_, in _Franklinton, LA 70438_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Murphy Bateman Building Supplies, LLC** / _Ace Hardware_
By delivering them into the hands of an officer or managing agent whose name and title is: _Murphy Bateman (personal)_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _white_ ; Facial Hair _No_
Approx. Age _50+_ ; Approx. Height _5'9_ ; Approx. Weight _175-185_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _16_ day of _Febuary_, 20 _10_

_Notary Public_    (Commission Expires)

**APS International, Ltd.**