Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0509

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Richard Hoover
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LA._ ) ss.
Parish of: _Tangipahoa_ )

**Name of Server:** _Michael L. Cooper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _Feb_, 20_10_, at _4:00_ o'clock _P_M

**Place of Service:** at _20345 Sisters Road_, in _Ponchatoula, LA 70454_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Richard Hoover**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Richard Hoover** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _white_; Hair Color _grey_; Facial Hair _No_
Approx. Age _50+_; Approx. Height _5'8"_; Approx. Weight _180-190_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Michael L. Cooper_
Signature of Server

Subscribed and sworn to before me this _16th_ day of _February_, 20_10_

_[signature]_  Lifetime
Notary Public    (Commission Expires)

**APS International, Ltd.**