Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0506

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Darwin Sharp Construction, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LA._ ) ss.
Parish of: _Tangipahoa_ )

Name of Server: _Michael L. Cooper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15th_ day of _Feb_, 20 _10_, at _3:30_ o'clock _P_ M

Place of Service: at _17313 Kat Kaw Road_, in _Franklinton, LA 70438_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Darwin Sharp Construction, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Darwin Sharp (Personal)_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _16th_ day of _February_, 20 _10_

_Signature_
Signature of Server

_Ken Colman #9045 Lifetime_
Notary Public      (Commission Expires)

**APS International, Ltd.**