UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al. Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

**DEFENDANT UNITED HOMES, INC.'S EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

Defendant, United Homes, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to file its response to Plaintiffs' Omnibus Class Action Complaint in the above-captioned matter, and in support thereof, states as follows:

1. On or about February 15, 2010, United Homes, Inc. was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, providing that Defendants had fifty (50) days from the date of service to respond to the Omnibus Class Action Complaint.

3. United Homes, Inc. requests an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint in order to continue to investigate and analyze the allegations contained in the Omnibus Class Action Complaint, including substantive and jurisdictional issues, and prepare the appropriate responsive pleading(s). United Homes, Inc. also requests an extension of time to investigate what involvement, if any, it had in this matter, as United Homes, Inc. believes that it was improperly named as a Defendant because, among other reasons, it is not

a builder and was not in existence or operating as a business during any of the time material. United Homes, Inc. requires additional time to investigate such issues as well as the complex allegations at hand.

4. The undersigned certifies that this is the first request for an extension of time filed by United Homes, Inc. in this action, and this request is not intended for purposes of delay.

5. United Homes, Inc. preserves all of its rights and defenses in this matter, including defenses based on personal jurisdiction, and waives none.

6. This extension will neither prejudice any of the parties nor delay this matter.

7. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, United Homes, Inc., respectfully requests that this Court grant it an extension of time of thirty (30) days, through and including May 6, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

Respectfully submitted,

BY: /s/ Abbey L. Kaplan
  Abbey L. Kaplan
  Florida Bar No. 200255
  KLUGER, KAPLAN, SILVERMAN, KATZEN
  & LEVINE, P.L.
  Miami Center, Seventeenth Floor
  201 South Biscayne Boulevard
  Miami, Florida 33131
  Telephone: (305) 379-9000
  Facsimile:  (305) 379-3428
  Email: akaplan@klugerkaplan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of April, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry

Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                        /s/ Abbey L. Kaplan
                                        Abbey L. Kaplan, Esquire