UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **Section L** |
| | * | |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | |
| | * | **Mag. Judge Wilkinson** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

Agenda for April 8, 2010 status conference.

    I.      PRE-TRIAL ORDERS

    II.     PROPERTY INSPECTIONS

    III.    PLAINTIFF AND DEFENDANT PROFILE FORMS

    IV.    PRESERVATION ORDER

    V.     STATE/FEDERAL COORDINATION

    VI.    STATE COURT TRIAL SETTINGS

    VII.   MOTIONS IN THE MDL

    VIII.  DISCOVERY ISSUES

    IX.    FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

    X.     TRIAL SETTINGS IN FEDERAL COURT

    XI.    FILINGS IN THE MDL

    XII.   NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII. INSURANCE ISSUES

XIV. SERVICE OF PLEADINGS ELECONTRONICALLY

XV. MASTER COMPLAINT

XVI. CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVII. OMNIBUS CLASS ACTION COMPLAINT

XVIII. SPECIAL MASTER

XIX. KNAUF GIPS PERSONAL JURISDICTION MATTER

XX. MATTERS SET FOR HEARING FOLLOWING THE CURENT STATUS CONFERENCE

XXI. FRE 706 DATABASE MANAGEMENT EXPERT

XXII. FREQUENTLY ASKED QUESTIONS

XXIII. NEXT STATUS CONFERENCE

    FRILOT L.L.C.

    s/Kerry J. Miller
    KERRY J. MILLER (Bar No. 24562)
    KYLE A. SPAULDING (Bar No. 29000)
    1100 Poydras Street
    Suite 3700
    New Orleans, LA 70163
    Telephone: (504)599-8194
    Facsimile: (504)599-8145

    Defendants' Liaison Counsel

## **CERTIFICATE**

I HEREBY CERTIFY that the above and foregoing Agenda has been served upon all parties by electronically uploading the same to LexisNexis File & Service Advances in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2010.

                s/Kerry J. Miller_____
                KERRY J. MILLER