## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, <br> v. <br> MID-CONTINENT CASUALTY CO., *et al.* <br> (**2:10-cv-00178**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

### MOTION OF INTERSTATE FIRE & CASUALTY COMPANY
### TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes Interstate Fire & Casualty Company ("Interstate") and moves this Court under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) for an order on behalf of Interstate dismissing the complaint of Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc. (collectively, "Centerline") on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391.  In the alternative, IFC moves for an order transferring this case to the Southern District of Florida under 28 U.S.C. § 1406(a).  Interstate joins in the objections and adopts the Motion to Dismiss for Improper

{L0088213.1}                                                          1

Venue or, in the Alternative, to Transfer filed by The Insurance Company of the State of Pennsylvania (Doc. 2284).

**WHEREFORE**, Interstate and the defendants jointly request that the Court grant the motion and dismiss this action under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). In the alternative, defendants move that the Court transfer this action to the Southern District of Florida pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted,

/S/ Gary J. Russo
GARY J. RUSSO (La. Bar #10828)
MEGAN E. DONOHUE (La. Bar #32429)
*Attorneys for Interstate Fire & Casualty Company*
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 262-9000
Facsimile: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswaker.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion of Interstate Fire & Casualty Company to Dismiss for Improper Venue or, in the Alternative, to Transfer* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

/S/ Gary J. Russo
GARY J. RUSSO