UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY CO., *et al.* (**2:10-cv-00178**) (E.D. La.) | * * * * * | MAGISTRATE WILKINSON |

NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that the Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer filed by Interstate Fire & Casualty Company shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 7th day of July, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

{
}                              1

        Respectfully submitted,

        /S/ Gary J. Russo
        GARY J. RUSSO (La. Bar #10828)
        MEGAN E. DONOHUE (La. Bar #32429)
        *Attorneys for Interstate Fire & Casualty Company*
        Jones, Walker, Waechter, Poitevent,
          Carrère & Denègre, L.L.P.
        Post Office Drawer 3408
        Lafayette, LA  70502-3408
        Telephone: (337) 262-9000
        Facsimile: (337) 262-9001
        Email: grusso@joneswalker.com
        Email: mdonohue@joneswaker.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing *"Notice of Hearing" of Interstate Fire & Casualty Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of April, 2010.

        /S/ Gary J. Russo
        GARY J. RUSSO