UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Payton, et al. v. Knauf GIPS KG, et al. | JUDGE FALLON |
| Case No. 2:09-CV-07628 | MAG. JUDGE WILKINSON |
| _____ / | |

### DEFENDANT PRECISION DRYWALL'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE

Defendant PRECISION DRYWALL (hereinafter "PRECISION"), through special appearance of its undersigned counsel, hereby moves to dismiss this action against PRECISION for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2), or, in the alternative, for improper venue under Federal Rule of Civil Procedure 12(b)(3).  PRECISION submits the accompanying Memorandum of Law in Support of this Motion.

WHEREFORE, Defendant PRECISION DRYWALL moves this honorable Court to dismiss all of Plaintiffs' claims against it for lack of personal jurisdiction or, in the alternative, for improper venue, and grant it any further relief this Court deems just and equitable.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of April, 2010.

          Respectfully submitted,

By:   /s/ Kieran F. O'Connor
       Kieran F. O'Connor, Esquire
       Florida Bar No. 896829
       Ogden, Sullivan & O'Connor, P.A.
       111 N Orange Ave.
       Suite 850
       Orlando, FL 32801
       Telephone: (407) 843-2100
       Facsimile: (407) 843-2061
       koconnor@ogdensullivan.com
       *Attorneys for Defendant Precision Drywall*