Scott Alan George (SG 0897)
Seeger Weiss LLP
550 Broad Street
Newark, NJ 07102
973-639-9100

Attorney for Plaintiffs and the Class

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| Sean and Beth Payton, individually and on behalf of others similarly situated, : | No. 09-7628 |
| Class Representative Plaintiffs, : | **NOTICE OF APPEARANCE** |
| v. : | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIUNJIN); CO. LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD; : | |
| Defendants. | |

## NOTICE OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Scott Alan George, Esquire, as counsel of record for the Plaintiffs, Dina and Kerry Williams, John Huckaby and the Class in the above-captioned matter.

By: /s/ Scott Alan George
Scott Alan George

Dated:  April 6, 2010

1