UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) Gross, et al. v. Knauf Gips, Kg., et al. ) Case No. 09-6690 (E.D.La.) ) WILKINSON ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE |

## MOTION TO DISMISS

**NOW COMES,** Defendant, CNMB USA Corp. ("CNMB USA"), by its undersigned counsel who appear solely for the purpose of this motion, hereby moves to dismiss the Plaintiffs' Amended Class Action Complaint, pursuant to Federal Rule of Civil Procedure 12(b)(2) because the Court lacks personal jurisdiction over CNBM USA. CNBM USA also joins in other co-defendants' Motions to Dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). The reasons for granting this Motion to Dismiss are more fully set forth in the accompanying Memorandum in Support.

1

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

  /s/ Quentin F. Urquhart, Jr.
QUENTIN F. URQUHART, JR (#14475)
DAVID W. O'QUINN (#18366)
JOHN W. SINNOTT (#23943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

And

J. Jeffrey Patton
Daniel L. Stanner
TABET DiVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street
7th Floor
Chicago, Illinois 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel via email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 6th day of April, 2010.

/s/ Quentin F. Urquhart, Jr.

2