UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | MDL NO. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO: | | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. Case No. 09-6690 (E.D.La.) | | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

To All Counsel:

PLEASE TAKE NOTICE that defendant, CNMB USA Corp., will bring on for hearing the attached MOTION TO DISMISS on the 12th day of May at 9:00 a.m. or as soon thereafter as counsel can be heard.

1

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC

/s/ Quentin F. Urquhart, Jr.
QUENTIN F. URQUHART, JR (#14475)
DAVID W. O'QUINN (#18366)
JOHN W. SINNOTT (#23943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

And

J. Jeffrey Patton
Daniel L. Stanner
TABET DiVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street
7th Floor
Chicago, Illinois 60604
Telephone: (312) 762-9450

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel via email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 6th day of April, 2010.

/s/ Quentin F. Urquhart, Jr.