UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| David Gross, Cheryl Gross, and Louis Velez, individually, and on behalf of all others similarly situated, ) ) ) ) | |
| Plaintiffs, ) | Case No. 09-6690 |
| ) | SECTION L |
| v. ) | JUDGE FALLON |
| ) | MAG. JUDGE WILLIAMSON |
| KNAUF GIPS KG; et al. ) | |
| ) | CLASS ACTION COMPLAINT |
| Defendants. ) | JURY TRIAL DEMAND |

### AFFIDAVIT OF LINA ZHANG

1. I currently serve as the Chief Financial Officer and Secretary of CNBM (USA) Corp. ("CNBM USA"). I have held those positions since March 2007. Prior to that date, CNBM USA did not transact business in the United States or elsewhere.

2. In my capacity as an officer of CNBM USA I have personal knowledge regarding all of the business conducted by CNBM USA from the date of its incorporation to the present.

3. CNMB USA is organized under the laws of California and has its principal place of business in California.

4. CNBM USA has never been licensed to do business in Louisiana.

5. CNBM USA has never incurred nor paid taxes in Louisiana.

6. CNBM USA has never appointed an agent for service of process in Louisiana.

7. CNBM USA has never had an office, place of business, mailing address, post office box, telephone number or assets in Louisiana.

8. CNBM USA has never purchased newspaper, television, radio, magazine, billboard or any other form of advertising in Louisiana.

9. CNBM USA has never had officers, agents, employees, salesman, licensees,





franchisees, distributors or dealers located in Louisiana.

10. CNBM USA has never sent representatives or agents to Louisiana.

11. CNBM USA has never sold any goods in Louisiana or shipped any goods to Louisiana.

12. CNBM USA never contracted to send or ship goods to Louisiana.

_____
Lina Zhang

SUBSCRIBED AND SWORN TO
before me this 2nd day of February, 2010.

_____
Notary Public



## CALIFORNIA JURAT WITH AFFIANT STATEMENT

☑ See Attached Document (Notary to cross out lines 1-6 below)
☐ See Statement Below (Lines 1-5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1

_____
Signature of Document Signer No. 2 (if any)

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 2nd day of April, 2010, by

(1) Lina Edang
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (,)

(and

(2) _____
    Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
           Signature of Notary Public

[Notary Seal: BRENDA CHIU, Commission # 1800432, Notary Public - California, Los Angeles County, My Comm. Expires Jul 2, 2012]

Place Notary Seal Above

──────── OPTIONAL ────────

Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Further Description of Any Attached Document**

Title or Type of Document: Affidavit

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827