UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

THIS DOCUMENT RELATES TO:

PAYTON   NO. 09-07628

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION OVER DEFENDANT

STATE OF FLORIDA

COUNTY OF

BEFORE ME, the undersigned authority, personally came and appeared

Rene Diaz

a resident of the County of Miami Dade, State of Florida, who after first being duly sworn, did depose and state:

1. He is a resident of the County of M. Dade, State of Florida, and he is 49 years old and his date of birth is 09 | 18 | 1960.
2. He has been employed by B&E Construction of Miami Corp. for 5 years;
3. In his capacity as V. President for B&E Construction of Miami Corp. he has reviewed the Complaint filed by the Plaintiffs, Richard and Pamela Groom;
4. B&E Construction of Miami Corp. does not now and has not ever transacted any business in the State of Louisiana;
5. B&E Construction of Miami Corp. does not now and has not ever

Page 1 of 2


EXHIBIT A

contracted to supply services or things in the State of Louisiana;

6. B&E Construction of Miami Corp. does not now and has not ever solicited business or engaged in any other course of conduct or derived revenue from goods used or consumed or services rendered in the State of Louisiana;

7. B&E Construction of Miami Corp. does not now and has not ever had an interest in, use of, or possession of a real right on immoveable property in the State of Louisiana;

8. B&E Construction of Miami Corp. is not authorized to do, and has never done any business in the State of Louisiana;

9. B&E Construction of Miami Corp. has never advertised in any publication either targeted to the State of Louisiana, or in anyway intended to draw business from any potential customer in Louisiana;

10. B&E Construction of Miami Corp. does not maintain an office, headquarters, shop, warehouse, or any other facility in the State of Louisiana;

11. B&E Construction of Miami Corp. is located in the State of Florida and only does business in the Miami Metropolitan area.

12. The information in this Affidavit is based upon personal knowledge of the general and day to day operations of B&E Construction of Miami Corp.

SWORN TO AND SUBSCRIBED
BEFORE ME ON THIS ___ DAY
OF _____, 2010.

Notary Public
Printed name: _____
Notary Number _____
My Commission Expires

PABLO EMILIO HERNANDEZ
MY COMMISSION # DD 621536
EXPIRES: January 27, 2011
Bonded Thru Notary Public Underwriters

G:\2918\0052\Ploadings\Affidavit in Supp of Mt to Dismiss.wpd

Page 2 of 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

THIS DOCUMENT RELATES TO:

PAYTON    NO. 09-07628

## AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION OVER DEFENDANT

STATE OF FLORIDA

COUNTY OF

BEFORE ME, the undersigned authority, personally came and appeared

Jose M. Barrio

a resident of the County of Dade, State of Florida, who after first being duly sworn, did depose and state:

1. He is a resident of the County of M. Dade, State of Florida, and he is 52 years old and his date of birth is 09/29/1957.
2. He has been employed by B&E Construction of Miami Corp. for 9 years;
3. In his capacity as President for B&E Construction of Miami Corp. he has reviewed the Complaint filed by the Plaintiffs, Richard and Pamela Groom;
4. B&E Construction of Miami Corp. does not now and has not ever transacted any business in the State of Louisiana;
5. B&E Construction of Miami Corp. does not now and has not ever

Page 1 of 2

contracted to supply services or things in the State of Louisiana;

6. B&E Construction of Miami Corp. does not now and has not ever solicited business or engaged in any other course of conduct or derived revenue from goods used or consumed or services rendered in the State of Louisiana;

7. B&E Construction of Miami Corp. does not now and has not ever had an interest in, use of, or possession of a real right on immoveable property in the State of Louisiana;

8. B&E Construction of Miami Corp. is not authorized to do, and has never done any business in the State of Louisiana;

9. B&E Construction of Miami Corp. has never advertised in any publication either targeted to the State of Louisiana, or in anyway intended to draw business from any potential customer in Louisiana;

10. B&E Construction of Miami Corp. does not maintain an office, headquarters, shop, warehouse, or any other facility in the State of Louisiana;

11. B&E Construction of Miami Corp. is located in the State of Florida and only does business in the Miami Metropolitan area.

12. The information in this Affidavit is based upon personal knowledge of the general and day to day operations of B&E Construction of Miami Corp.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS _30_ DAY OF _March_, 2010.

Notary Public
Printed name: ____
Notary Number: ____
My Commission Expires: ____

PABLO EMILIO HERNANDEZ
MY COMMISSION # DD 621536
EXPIRES: January 27, 2011
Bonded Thru Notary Public Underwriters

G:\2918\0052\Pleadings\Affidavit in supp of Mt to Dismiss.wpd