UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL NO. 2047 |
| ) | SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON |
| Gross, et al. v. Knauf Gips, Kg., et al. ) Case No. 09-6690 (E.D.La.) ) ) ) | MAG. JUDGE WILKINSON |

## DEFENDANT CNBM (USA) CORP.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant CNBM (USA) Corp., pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 5.6, respectfully submits its corporate disclosure statement as follows:

1.   The parent corporation of CNBM (USA) Corp. is China National Building Materials & Equipment Import & Export Corporation. There is no publicly held entity that owns more than 10% of CNBM (USA) Corp.'s stock.

1

Respectfully submitted,

IRWIN FRITCHIE URQUHART & MOORE LLC


/s/ Quentin F. Urquhart, Jr.
QUENTIN F. URQUHART, JR (#14475)
DAVID W. O'QUINN (#18366)
JOHN W. SINNOTT (#23943)
400 Poydras Street, Suite 2700
New Orleans, Louisiana 70130
Telephone: (504) 310-2100
Facsimile: (504) 310-2101

And

J. Jeffrey Patton
Daniel L. Stanner
TABET DiVITO & ROTHSTEIN LLC
The Rookery Building
209 South LaSalle Street
7th Floor
Chicago, Illinois 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451

Counsel for Defendant CNBM USA Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing pleading has been served on Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel via email and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing on this 6th day of April, 2010.

/s/ Quentin F. Urquhart, Jr.

2