UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No. 2047 <br> ) <br> ) SECTION: L <br> ) <br> ) JUDGE FALLON <br> ) MAG. JUDGE WILKINSON <br> ) |

**THIS DOCUMENT RELATES TO:**

PAYTON     NO. 09-07628

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendant, B&E Construction of Miami Corp., who, pursuant to Local Rule 78.1E, respectfully requests oral argument on its *Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to FRCP Rule 12(b)(2)*. The Motion is set for hearing on April 21, 2010, at 9:00 a.m. before the Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130. B&E Construction of Miami, Corp represents that the *Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue* presents unique issues that need to be discussed in open court.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS AND GREMILLION, LLC**

*/s/ Wade A. Langlois, III*

**THOMAS L. GAUDRY, JR. T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Counsel for B&E Construction of Miami Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Request for Oral Argument** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  6th  day of April, 2010.

*/s/ Wade A. Langlois, III*
Wade A. Langlois, III, LSBA #17681

G:\2918\0052\Pleadings\Mt to Dismiss Req Oral Arg.wpd