IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Gross v. Knauf Gips, et al.*, **Case No. 2:09-cv-6690 (E.D.La.)**

---

## NOTICE OF APPEARANCE OF COUNSEL

NOW COME Knauf Insulation GmbH, a/k/a Knauf USA, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Gips KG and Knauf AMF GmbH & Co., KG, who file this Notice of Appearance, with Donald J. Hayden, Esq., (Fl. Bar # 0097136), Douglas B. Sanders, Esq. (IL. Bar #6256621), Kerry J. Miller, Esq. (LA. Bar #24562), Kyle A. Spaulding, Esq. (LA Bar #29000), and Paul C. Thibodeaux (LA Bar #29446) appearing on behalf of the Knauf entities referenced herein.

This appearance is submitted without waiver of objection to jurisdiction, venue or service on behalf of the clients represented by Baker & McKenzie, LLP and Frilot L.L.C. in accordance with Pre-Trial Order no. 1. See Pre-Trial Order no. 1 at paragraph 6.

Respectfully submitted,

/s/ Donald J. Hayden
Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (#29446)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email:   kmiller@frilot.com

*Attorneys for Defendant, Knauf Insulation GmbH, a/k/a Knauf USA, Knauf Plasterboard (Tianjin) Co., Ltd, Knauf Gips, KG, and Knauf AMF GmbH & Co., KG*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 6th day of April 2010.

/s/ Donald J. Hayden

MIADMS/358887.1