40765

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

### MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE DEFENDANT BUILDER PROFILE FORM

Defendant, Southern Star Construction Company, Inc. ("Southern Star"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof, states as follows:

1. On or about February 26, 2010, Southern Star was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty (40) days after service of process.

3. Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

4. Southern Star therefore requests that the deadline for its Builder Defendant Profile Forms be extended for thirty (30) days, or until May 7, 2010.

5. This extension will neither prejudice any of the parties nor delay this matter.

6. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Southern Star Construction Company, Inc., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Builder Profile Forms, through and including May 7, 2010.

Respectfully submitted,
**LOEB & LOEB, L.L.C.**

 /s/ J. Scott Loeb
J. Scott Loeb, Bar No. 25771
225 St. Ann Drive
Mandeville, LA 70471
Telephone:    (985) 778-0220
Facsimile:    (985) 674-4450
Email: sloeb@loeb-loeb.com
*Attorneys for Southern Star Construction Company, Inc.*

**MUSGRAVE, McLACHLAN & PENN, L.L.C.**

 /s/ Amanda H. Aucoin
Ethan N. Penn, Bar No. 24596
Amanda H. Aucoin, Bar No. 31197
1515 Poydras St., Suite 2380
New Orleans, LA 70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301

*Attorneys for Southern Star Construction Company, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

/s/ Amanda H. Aucoin
Ethan N. Penn