# EXHIBIT B

# Matthew Gaughan

| | |
|---|---|
| From: | Burge, Greg [gburge@burr.com] |
| Sent: | Thursday, March 25, 2010 4:51 PM |
| To: | Matthew Gaughan |
| Subject: | Re: CDW - Gross, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) |

Thank you Matthew, that is agreeable.


-Greg
--------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: Matthew Gaughan <MGaughan@lfsblaw.com>
To: Burge, Greg
Sent: Thu Mar 25 15:39:31 2010
Subject: CDW - Gross, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-6690 (E.D.La.)

Mr. Burge:


The PSC has decided to dismiss (without prejudice) the claims against Rightway Drywall, Inc. in the above action.  Please confirm that you are agreeable to this dismissal.  Regards.


Matthew C. Gaughan, Esquire

Levin, Fishbein, Sedran & Berman

Counselors at Law and Proctors in Admiralty

510 Walnut Street - Suite 500 Philadelphia, PA 19106-3697

Tele: 215-592-1500 - Fax: 215-592-4663

www.lfsblaw.com <http://www.lfsblaw.com/>

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.