# EXHIBIT C

# Matthew Gaughan

| | |
|---|---|
| **From:** | Patrick H. Patrick [ppatrick@patrickmillerlaw.com] |
| **Sent:** | Tuesday, March 30, 2010 3:19 PM |
| **To:** | Matthew Gaughan |
| **Cc:** | 'Mary K. Young' |
| **Subject:** | RE: CDW - Gross, et al. v. Knauf GIPS KG, et. al., |

Matthew – We agree to dismissal of Maurice Pincoffs Company without prejudice. Let me know if you need us to do paperwork.

Thanks.

Pat Patrick
PATRICK MILLER LLC
400 Poydras Street, Suite 1680
New Orleans, LA 70130
Telephone: (504) 527-5400
Facsimile: (504) 527-5456
E-mail: ppatrick@patrickmillerlaw.com
www.patrickmillerlaw.com

**From:** Matthew Gaughan [mailto:MGaughan@lfsblaw.com]
**Sent:** Tuesday, March 30, 2010 11:38 AM
**To:** ppatrick@patrickmillerlaw.com
**Subject:** CDW - Gross, et al. v. Knauf GIPS KG, et. al.,
**Importance:** High

Patrick – the PSC would like to dismiss the claims against Maurice Pincoffs Company, Inc., without prejudice, from the above complaint. The PSC appreciates that your clients have attested that the shipments from King Shing Steel Enterprises Co., Ltd. did not involve Chinese manufactured drywall. Since the PSC anticipates that it will amend the Gross complaint in the next few days, please immediately confirm that you are agreeable to this dismissal. If we do not hear back from you, we will be unable to pursue the dismissal of your client at this time. Best regards.

Matthew C. Gaughan, Esquire

Levin, Fishbein, Sedran & Berman

Counselors at Law and Proctors in Admiralty

510 Walnut Street - Suite 500 Philadelphia, PA 19106-3697

Tele: 215-592-1500 - Fax: 215-592-4663

www.lfsblaw.com

CONFIDENTIALITY NOTE: This e-mail message contains information belonging to the law firm of Levin, Fishbein, Sedran & Berman and may be privileged, confidential and/or protected from disclosure. The information is intended only for the use of the individual or entity named above. If you think that you have received this message in error, please e-mail the sender. If you are not the intended recipient, please delete the message and understand that any dissemination, distribution or copying is strictly prohibited.