# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO: Case No. 2:09cv07628-EEF-JCW

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Movant/Defendant herein, Gryphon Construction, LLC, will bring its Motion to Dismiss Omnibus Class Action Complaint For Lack of Personal Jurisdiction before the Honorable Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 5TH day of May, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by US MAIL and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will

2

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of April, 2010.

          Respectfully submitted,

          **THE BARTHET FIRM**
          Attorneys for Gryphon Construction, LLC
          200 South Biscayne Blvd., Suite 1800
          Miami, Florida 33131
          (305) 347-5290 phone
          alex@barthet.com

          /s/ Alexander E. Barthet
          _____
          ALEXANDER  E. BARTHET
          Florida Bar No. 173126