UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | * | MDL NO. 09-2047 |
|  | * |  |
|  | * | SECTION: L |
|  | * |  |
|  | * | JUDGE FALLON |
|  | * |  |
|  | * | MAG. JUDGE |
|  | * | WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
ALL CASES

---

## VIKING HOMES OF S.W. FLORIDA, INC.'s
## SUGGESTION OF BANKRUPTCY

---

Defendant, VIKING HOMES OF S.W. FLORIDA, INC., hereby files this notice

that a Chapter 7 Bankruptcy petition was filed on its behalf in the U.S. Bankruptcy

Court, Middle District of Florida, on March 16, 2010 under Bankruptcy Court Case 9:10-

BK-05830 ALP.  Pursuant to 11 U.S.C. § 362, an automatic stay is in effect, which

stays any pending proceedings pursuant to the aforementioned statutory authority.

WHEREFORE, Defendant VIKING HOMES OF S.W. FLORIDA, INC. requests

that this action be stayed by operation of law.

Dated this 7th day of April, 2010

Respectfully submitted,

**PLAUCHE', SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY:  /s/ H. David Vaughan II
    **H. DAVID VAUGHAN II**
    **LA BAR ROLL  #19194**
    1123 Pithon Street (70601)
    Post Office Drawer 1705
    Lake Charles, LA 70602-1705
    Telephone: 337/436-0522
    Facsimile: 337/436-9637
    Email: dvaughan@psnlaw.com
Attorney for defendant, Viking Homes of S. W.
Florida, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing SUGGESTION OF BANKRUPTCY has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of April, 2010.

**PLAUCHE', SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
    **H. DAVID VAUGHAN II**
    **LA BAR ROLL  #19194**
    1123 Pithon Street (70601)
    Post Office Drawer 1705
    Lake Charles, LA 70602-1705
    Telephone: 337/436-0522
    Facsimile: 337/436-9637
    Email: dvaughan@psnlaw.com