OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

Date: April 5, 2010

~~Wiltz, et al~~

vs.

Beijing New Building Materials Public Limited Co, et al

Case No. 10-361   Section L

Dear Sir:

Please ~~issue~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ~~(xxxxxxxxxamendedxxcomplaintxxxxthirdxpartyxcomplaint)~~ (other: _____ ) to the following:

1. (name) Qinhuangdao Taishan Building Materials Co. Ltd a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd
   (address) Gangcheng Street, East No. 69, Haigang District, Qinhuangdao

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address  Levin, Fishbein, Sedran & Berman
~~510 Walnut St., Ste. 500~~
Philadelphia, PA19106

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____