OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA    70130

Date: April 5, 2010

Wiltz, et al

vs.

Beijing New Building Materials Public Limited Co, et al

Case No. 10-361    Section L

Dear Sir:

Please (xxxxx) (re-issue) summons on the (complaint) (amended complaint) xxxxxxxamendedxcomplaintxxxthirdxpartyxcomplaint) (other: _____ ) to the following:

1. (name) Pingyi Zhongxing Paper-Faced Plasterboard Co, Ltd f/k/a Shandong Chenxiang Building Materials Co., Ltd
   (address) Dongyang Dianzi Cun, Pingyi Zhen, Pingyi Xian, Shandong, China 273300

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs
Address   Levin, Fishbein Sedran & Berman
          510 Walnut St., Ste. 500
          Philadelphia, PA 19106

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.