# Contents and Description of Evidence

UNITED STATES DISTRICT COURT FOR EASTERN DISTRICT OF LOUISIANA

Civil case No.: 09-6690

1) SALES CONTRACT between Shandong Oriental International Trading Corp. Ltd. and the HLP/GAC INTERNATIONAL, INC in the United States.

To prove: The two parties agreed that the quality standards for the gypsum boards are the ASTM C36 and C1396 in the United States.

2) The Supplementary Agreement between Shandong Oriental International Trading Corp. Ltd. and the HLP/GAC INTERNATIONAL, INC in the United States

To prove: The quality of gypsum boards has completely met the requirements in the SALES CONTRACT above, and HLP has completely accepted the quality of the goods.

3) Two Purchase Contracts between Shandong Oriental International Trading Corp. Ltd. and Taian Taishan Plasterboard Co., Ltd.

To prove: The two parties agreed that the quality standards for the gypsum boards are the ASTM C36 and C1396 in the United States.

4) The Quality Assurance Certificate issued by Taian Taishan Plasterboard Co., Ltd.

To prove: Taian Taishan Plasterboard Co., Ltd. as the manufacturer, assured that there shall be no quality problem in the shipment of goods.

5) The Inspection Report issued by the State Quality Control, Inspection and Testing Center for Building Material Industrial Decoration Materials (No. 062019)

To prove: There is not any quality problem in the shipment of gypsum boards.

6) The Inspection Report issued by SGS-CSTC Standard Technical Services Co., Ltd.

To prove: There is not any quality problem in the shipment of gypsum boards.

Submitted by Shandong Oriental International Trading Corp. Ltd.

Date: March 10, 2010