# PURCHASE CONTRACT

Supplier: <u>Taian Taishan Plasterboard Co., Ltd.</u>       Contract No.: <u>06IB1001-02</u>
Purchaser: <u>Shandong Oriental International Trading Corp. Ltd.,</u>   Place of signing:_____

I Product description, size, quantity and amount of money

| Description | Size (mm) | Quantity (piece) | Unit price (*Yuan*/piece) | Total amount (RMB *yuan*) |
|---|---|---|---|---|
| Paper surface gypsum board | 1220×3660×12.7 | 336 | 25.033 | 8411.09 |
| Total amount: Say Eight thousand four hundred and eleven yuan and nine fen ||||| 

II Quality standard: The ASTM C36 and C1396 in the United States are used as the standard, and shall be applied strictly. The contents of "Made in China" and "Crescent City Gypsum Incorporated, Manufactured in P.R.C." in English shall be printed on the surface of each gypsum board. The boards shall be manufactured according to the sample provided by the Purchaser. There shall be 40-50mm wedge edge (for protection) on either side of a gypsum board. The weight of each board ≤ 39.91KG, and the tolerance of thickness shall be 0—-0.4mm.

III Package requirements: The two sides of every two boards (1220mm) shall be sealed with wordless white edge seal paper, and the veneer pallet shall be used as seat. Seventy six boards shall be mounted on each pallet, and each integral pallet of gypsum boards shall be packed tightly with 2-layer plastic film. The six surfaces shall be packed with gypsum boards, and shall be bundled with steel cable.

IV Shipping marks: The shipping marks designated by the Purchaser shall be printed on the surface of the packing board.
Marks

| Shipping Marks<br>L/G 022006 | [glass symbol] |
|---|---|
| Goods Name<br>GYPSUM BOARD | [this way up symbol] |
| Size: 1220×3660×12.7mm | [umbrella/keep dry symbol] |

V Place of delivery: Supplier's warehouse in Taian. The supplier shall deliver goods according to the consignment note issued by the Purchaser, license plate number and driver's name, and shall fax the details (quantity, license plate number, driving license, vehicle travel license) of the goods delivered to the Purchaser the second day after delivery.

VI Time of delivery: The goods shall begin to be supplied within three days after the Purchaser's

prepayment according to the Contract, and the production of the goods shall be completed before February 26.

VII Mode of transport and payment of costs: The Purchaser shall be responsible for the transport, and the Supplier shall load the truck free of charge. When the Purchaser's truck arrives to the Supplier, the Supplier shall load the truck immediately, and the latest time of loading shall not exceed 12 hours after the arrival of the truck. The Purchaser shall make the acceptance in the factory and bear the cost of transport.

VIII Acceptance method and product quality responsibility: The supplied products produced by the Supplier must meet the ASTM C36 and C1396 standard in the United States. And the inspection report shall be issued by the State Quality Control, Inspection and Testing Center for Building Material Industrial Decoration Materials, and the copy of the report shall be provided to the Purchaser. The Supplier shall provide the Purchaser such documents as the quality certificate and commodity inspection bill, etc. issued by China Administration for Entry-Exit Inspection and Quarantine. After the delivery, if the foreign customer claims or returns the goods due to shortage of goods or quality problem in production, the Supplier shall bear all the loss.

IX Settlement mode and time: After signing the Contract, the Purchaser shall make 30% prepayment to the Supplier for him to arrange production. Each time when the Supplier delivers the goods worth RMB 1 million, the Purchaser shall pay RMB 1 million. For the RMB100,000 left, when the Supplier provides the valid VAT invoice of full amount and relevant documents specified in the Contract, the Purchaser shall pay the left money immediately in one time. If the Supplier provides the relevant documents specified in the Contract to the Purchaser in advance, the Purchaser will not keep the left money.

X Economic responsibility: Both parties must implement the Contract completely, and the defaulting party shall be responsible for all the economic loss.

XI Mode of dispute settlement: If any dispute arises during carrying out the Contract, it should be settled through friendly negotiation. If it cannot be solved through negotiation, it shall be submitted to the People's Court in Qingdao or Taian City.

XII Relevant documents that shall be provided to the Purchaser by the Supplier: The Supplier must provide to the Purchaser the following documents while supplying the goods:
1. The inspection report issued by the State Quality Control, Inspection and Testing Center for Building Material Industrial Decoration Materials, certifying that the products supplied by the Supplier meet the ASTM C36 and C1396 Standards in the United States (copy).
2. The quality certificate and commodity inspection bill, etc. issued by China Administration for Entry-Exit Inspection and Quarantine.
3. Declaration of the Supplier: We (the Supplier) declare that the gypsum boards produced by us and supplied to the Purchaser were produced according to the ASTM C36 and C1396 Standards, properly palletized, wrapped, sealed and packed.
4. The certificate of origin issued by the Trade Promotion Committee in the place of the

Supplier.

XIII There are four copies of the Contract, each party holds two copies. The Contract shall come into force after signing.

| Suppler: Taian Taishan Plasterboard Co., Ltd. (Stamp) | Purchaser: Shandong Oriental International Trading Corp. Ltd.(Stamp) |
|---|---|
| Legal representative: | Legal representative: |
| Address: Houzhou Village, Dawenkou, Daiyue District, Taian City | Address: 51 Taiping road, Qingdao City |
| Telephone: 0538-8811077 | Telephone: 0532-82971786 |
| Bank: Industrial & Commericial Bank of China, Ciyao Branch | Bank: Bank of China, Shandong Branch |
| Account number: 16040705090022160022 | Account number: 006820128 |
| Tax number: | Tax number: 370202163054927 |
| Date: February 12, 2006 | Date: February 12, 2006 |

