# 证据目录和证据说明

路易斯安那州东部地区美国地方法院　民事诉讼案号码：09—6690

**证据一**：山东省东方国际贸易股份有限公司和美国 HLP/GAC INTERNATIONAL，INC 公司之间的《买卖合同》

证明事项：证明双方约定了纸面石膏板货物的质量标准为美国 ASTM C36 和 C1396 质量标准。

**证据二**：山东省东方国际贸易股份有限公司和美国 HLP/GAC INTERNATIONAL，INC 公司之间的《补充协议》

证明事项：证明纸面石膏板货物质量完全符合上述买卖合同的要求，HLP 公司对货物质量完全接受。

**证据三**：山东省东方国际贸易股份有限公司和泰安市泰山纸面石膏板有限公司之间的《订货合同》2 份

证明事项：证明双方约定了纸面石膏板货物的质量标准为美国 ASTM C36 和 C1396 质量标准。

**证据四**：泰安市泰山纸面石膏板有限公司出具的《质量保证书》

证明事项：证明制造商泰安市泰山纸面石膏板有限公司保证该批货物的质量没有任何问题。

**证据五**：中国国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具的《检验报告》（No.062019）

证明事项：证明该批纸面石膏板货物的质量不存在任何质量问题。

**证据六**：SGS-CSTC Standard Technical Services Co.，Ltd 公司出具的《检验报告》

证明事项：证明该批纸面石膏板货物的质量不存在任何质量问题。

证据提交人：山东省东方国际贸易股份有限公司

2010 年 3 月 10 日

# SALES CONTRACT

No.06IB1001
Date: FEB 8,2006
Signed At Qingdao

**Sellers:**   SHANDONG ORIENTAL INTERNATIONAL TRADING CORP., LTD.
**Address:**   51, TAIPING ROAD, QINGDAO, CHINA
              Tel: 0086-532-82971786          Fax: 0086-532-82971778

**Buyers:**   HLP/GAC INTERNATIONAL, INC.
**Address:**  1718 TRINITY VALLEY DRIVE, SUITE 202
              CARROLLTON, TEXAS 75006 U.S.A
              Tel: 001-972-24616/6362         Fax: 001-214-498 1868

We confirm having sold to you the following goods on terms and conditions set forth below:

1. **Name of Commodity:**   GYPSUM BOARD
   **Specifications:**   1220x3660x12.4-12.7mm, each sheet shall weight less than 39.91kg, 60 mm tapered edge, the gypsum boards shall have made in China printed on the back and Non-printed white paper end tape connecting two boards on each tape.   All gypsum boards are to be manufactured in accordance to specification standards ASTM C36 and ASTM C1396, delivered to Port in China, loaded onto vessel and shipped to designated ports in the United States.

| Quantity | Unit Price | Total Price |
| --- | --- | --- |
| 100,000 | 7.21USD/SHEET CIF HOUSTON | 721,000.00USD CIF HOUSTON |
| 100,000 | 7.21USD/SHEET CIF PENNSACOLA | 721,000.00USD CIF PENNSACOLA |

2. **Total Value of the Contract:** THE US DOLLAR IS ONE MILLION FOUR HUNDRED FOURTY TWO THOUSAND.

3. **Packing:**   The packing of each 76 sheet-1/2" pallet consisted of wrapping them with 6 pieces of rejected boards on each side to protect against damage; pallet construction shall be of wood or man-made board to allow forklift loading. Each pallet should be wrapped in two separate plastic sheets and belts to further protect against damage and moisture, and shall be marked for Handling with Care/Keep Dry/This Side Up on each pallet. Manufacturer shall document in writing:   We hereby certify that the gypsum boards (goods) were manufactured in accordance with ASTM C36 and ASTM C1396, were properly palletized, wrapped, sealed to protect them against damage in shipment the pallets are pre-slung and stacked only 5 pallets high.   All wood material used in packaging shall meet the requirements of the United States Code 7 CFR paragraph 319 for shipping wood treatment.

4. **Insurance:**   Insurance to be effected by sellers for 110% of the invoice value against All Risks and War Risks as per Ocean Marine Cargo and War Clauses of the People's Insurance Company of China dated 1/1/1981, including risk of destruction.

5. **Shipping Marks:** L/G-022006

6. **Port of Shipment:** Any port of China

7. **Port of Destination:** HOUSTON,TX and PENNSACOLA ,FL of U.S.A

8. **The Latest Date of Shipment:**   FEB   25th,2006

9. **Terms of Payment:**
Before Feb 15th 2006, the buyer shall open an irrevocable Letter of Credit at sight cover 100% with the amount of shipped goods value, in favor of the Seller, by a first class bank in the world, acceptable by the Seller's bank, negotiable with any bank in China.  And this letter of Credit remain valild for negotiation in China within 21days after the date of shipment.

Banking information of the Seller:
  BANK:       BANK OF CHINA, SHANDONG BRANCH
  ADDRESS:    BANK OF CHINA, SHANDONG BRANCH,
              NO 37 HONGKONG MIDDLE ROAD, QINGDAO, CHINA
  TEL: +86-532-85973065     FAX: +86-532-85754802
  SWIFT NO:   BKCHCNBJ500
  BENEFICIARY: SHANDONG ORIENTAL INTERNATIONAL TRADING CORP., LTD.
  ACCOUNT NO. 00682008091001

10. **Shipping Documents:**
The seller shall present the following documents.
(1) Full set of original clean on board ocean Bills of Lading, made out to order of shipper, blank endorsed, notifying applicant, marked " freight prepaid", indicating that the cargo in the hatch of vessel.  The Charter Party Bill of lading are acceptable.
(2) One original and 3 copies Commercial Invoice issued and signed by the Seller, showing description of goods, quantity, value under CIF terms,
(3) Packing list showing the actual quantity of goods loaded on board issued and signed by the Seller.
(4) Certificate of Origin issued by relative authority such as China council for Promotion of International Trade or Certificate of "FORM A" issued by China Entry/Exit Inspection and Quarantine Bureau (CIQ).
(5) Certificate of quality issued by China Entry/Exit Inspection and Quarantine Bureau (CIQ).
(6) Insurance Policy covering all risks, war risk for 110% full CIF value of shipped goods on board of ocean vessel, indicating that claims are payable in the USA, and indicating the name of agent located in USA.

11. **Term of Shipment:**   The carrying vessel shall be arranged by the seller, Partial shipments not allowed and transsshipments not allowed.

12. **Pre-shipment survey on quality and quantity:**   The Seller will notice the Buyer the cargo preparation condition timely including cargo deliver rate, processing status.  The Buyer may instruct their representative, on their own expense, to pre-inspect and re-inspect the cargo before shipment, or at presence for supervision when loading the cargo into vessel.  The Seller is to render all necessary assistance/cooperation to buyer's representative.  The Seller guarantees that they will deliver the goods according to the request to Buyer.

13. **Weight and quality determination**
(1) The Seller shall appoint Inspectorate or CIQ at the loading port to survey the quality of cargo at the Seller's expense.  The Buyer may appoint its representative on their own expense, to be at presence when this survey (inspection) is performing.  This kind of survey (inspection) will be final and binding on both parties for settlement on disputes.
(2) Quantity of cargo should be determined by vessel draft survey conducted by Inspectorate or CIQ.  The Buyer may appoint its representative on their own expense, to be at presence when this survey is performing.  This kind of survey will be final and binding on both parties for settlement on disputes.

14. **Claims:**   Claims for damage should be raised by the Buyers with the Sellers within 30 days after the goods arrival at destinations which must be supported by sufficient evidence for seller's reference, and must be



beyond the responsibility of insurance company or shipping company.

15. **Force Majeure:** The Seller shall not be held responsible if they owing to Force Majeure cause or causes fail to make delivery within the time stipulated in this Sales Contract or cannot deliver the goods, however the Seller shall inform the buyer immediately.

16. **Arbitration:** All disputes arising from the execution of or in connection with this Contract shall be settled amicably through friendly negotiation. In case no settlement of the dispute can be reached through negotiation within 60days after it is filed. The case shall be submitted to China International Economic and Trade Arbitration Commission, Peking for arbitration in accordance with its Arbitral Rules of Procedure of the said Commission. The decision made by the Arbitration shall be accepted as final and binding upon both parties.

17. **Automatic Application:** The following provisions including Cargoes's risk, transfer of rights as well as pending issues shall be applied to the provisions of 1990 International Rules for Interpretation of Trade Terms and Sales contract Pledge for International Cargoes of the United Nations.

18. **Remarks:**

   Discharge rate:
   - CQD, buyer should discharge the cargo immediately upon completion of joint inspection
   - NOR to be tendered as per Gencon.

   Detention:   CQD applicable, should buyer cannot discharge the cargo according to the Gencon discharging cargo practice or should the customs documents not ready upon the vessel arrival, so thus causing the detention of vessel. The detention amount to be borne by buyer as per governing C/P or fixture note. The detention amount to be 11,000.00USD per day

   Should the Buyer delay the production of the letter of credit and this delay results in detention cost to the Seller, the Buyer shall reimburse the Seller the actual cost of detention up to 11,000.00USD per day.

19. This contract become effective after the seller receipt the valid and acceptable Letter of Credit issued by buyer' bank..

The Seller 

The Buyer

HCP/GAC
Lee Price
VicePresident



2-4

# CONTRACT ADDENDUM

CONTRACT NO.: 06IB1001-1
DATE: April 14, 2006
Signed at Qingdao

**Seller:** Shangdong Oriental International Trading Corp., LTD.
**Address:** 17-21F Shangdong International Trade Mansion
51 Taiping Road, Qingdao, China
Tel: 0086-532-82971786        Fax: 0086-532-82971778

**Buyer:** HLP/GAC International, Inc.
**Address:** 1718 Trinity Valley Drive, Suite 202
Carrollton, Texas 75006 U.S.A.
Tel: 001-972-2416/6362        Fax: 001-214-498-1868

The two parties have reached agreement towards the problems under contract number 06IB1001 as follows:

1. Major and minor problems are found in the SGS report according to its report reference number: QDS060340B. The buyer is clear about the quality and well knows the SGS report. The buyer completely accepts the goods quality under 06IB1001. Buyer accepts the goods in accordance with the contract requirements. The buyer can not refuse to pay the seller out of any reason.

2. After the buyer agrees to accept the quality, the seller agrees to accept 1520 sheets more to make up for the damaged product. Buyer agrees to pay $6,000 or $3.95 per sheet for this replacement product. This shall be paid in accordance with the contract. This will reduce the average purchase price to $7.185 per sheet.

3. According to Lian Yungang ship agent, the ship can not carry all the goods if the goods are stacked five pallets high. 1/3 goods can not load on the ship if the ship follows the original contract. Therefore, the buyer agrees to amend "The pallets are pre-slung and are stacked only five pallets high" in the original contract to "The pallets are pre-slung and stacked seven pallets high". The goods can be stacked seven pallets high.

4. The seller must take effective measures to reinforce and bundle the goods to reduce damage.

5. Seller agrees to repack the damaged dunage and remove or replace damaged sheetrock in those pallets.

1

6. Before buyer agrees to load the goods, the seller must receive buyer's bank confirmation that seller will be fully paid immediately after the contractual documentation is received in accordance with the original contract requirements.

7. The buyer agrees to provide bank condition of payment for goods prior to loading. Payment shall be made in accordance with the contract.

8. This addendum is an important part of contract 06IB1001, and it has equal force. The part in the original contract which disagrees with the complementary contract blanks out.

9. The contract will be in effect after both sides sign it.

The Seller *[seal: SHANDONG ORIENTAL INTERNATIONAL TRADING CORP., LTD. 山东东方国际贸易股份有限公司]*

The Buyer

*[signature]*
Vice President
HLP/GAC INT. INC.

4-r

# 订货合同

供方：泰安市泰山纸面石膏板有限公司
需方：山东省东方国际贸易股份有限公司

合同编号：06IB1001
签订地点：_____

一、产品名称、规格、数量、金额

| 产品名称 | 规格（mm） | 数量（万张） | 单价（元/张） | 总金额（人民币：元） |
|---|---|---|---|---|
| 纸面石膏板 | 1220X3660X12.7 | 20 | 25.033 | 5,006,600.00 |
| 总金额（大写）：伍佰万零陆仟陆佰元整 | | | | |

二、质量标准：以 美国 ASTM C36 和 C1396 为生产标准，严格执行。每张石膏板板面要印有英文"Made In China"和"Crescent City Gypsum Incorporated, Manufactured in P.R.C.",字体内容，按照需方提供的样子制版。石膏板的两边沿各要有 40-50 毫米的楔形边（护边），每张板重量≤39.91KG,厚度公差 0—-0.4mm。

三、包装要求：每两张石膏板的（1220mm）两边需用白色无字封边纸带封装，用胶合板托盘底座，每架托盘装 76 张，每架石膏板整体需用两层塑料膜包裹严实；六个表面用石膏板包装，并用钢条捆扎。

四、货运标识：在包装板的板面需印刷需方指定的货运唛头标识。

唛头

| Shipping Marks:<br>L/G-022006 | |
| Goods Name:<br>GYPSUM BOARD | |
| Size: 1220x3660x12.7mm | |



五、交货地点：泰安供方仓库，供方按照需方签发的发货通知书及车牌号码、司机姓名发货，并需将发货明细（发货数量、车牌号码、司机驾照、车辆行车证）等于发货第二天传至需方。

六、交货时间：自需方支付合同预付款后三日内开始供货，并于 02 月 26 日前将全部货物生产完毕。

七、运输方式及费用承担：由需方自理运输，供方负责免费装车，需方车到供方后，供方需

1

随到随装，最迟装货时间不得超过车到后 12 小时。需方工厂验收，运输费用由需方承担。

八、验收方法及产品质量责任：供方生产的供货产品必须符合美国 ASTM C36 和 C1396 标准，并由国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具检验报告，该报告需向需方提供复印件。供方供货的产品需向需方提供由中国出入境检验检疫局出具的品质证、商检检验单等文件。交货后如因货物数量短缺、生产质量问题，造成外商索赔、退货等事宜，一切损失由供方承担。

九、结算方式及期限：合同签订后需方向供方支付 30%的预付款供方安排生产。供方每发出货值 100 万元人民币的货物，需方支付 100 万元人民币的货款，最后余款 10 万元人民币，在供方提供全额、有效的增值税发票和本合同规定的有关文件后，需方立即一次性支付剩余货款，若供方提前向需方提供本合同规定的有关文件，需方则不留余款。

十、经济责任：双方必须全面履行合同，违约方负全部经济损失。

十一、解决合同争议的方式：双方在履行合同过程中若发生争议，应通过友好协商解决，协商不成可提交青岛市或泰安市人民法院判决。

十二、供方需向需方出具的有关文件。供方在向需方供货时必须出具以下文件：
1、由国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具供方产品符合美国 ASTM C36 和 C1396 标准的检验报告（复印件）。
2、中国出入境检验检疫局出具的品质证、商检检验单等文件。
3、供方声明：我们（供方）声明本公司生产并向需方供应的石膏板货物系按照 ASTM C36 和 C1396 标准生产的，完好地装入托盘捆绑封装包装。
4、供方所在地贸易促进委员会签发的产地证明。



十三、本合同一式四份，供需双方各执两份，自签订之日起生效。

| 供方：泰安市泰山纸面石膏板有限公司 | 需方：山东省东方国际贸易股份有限公司 |
|---|---|
| 法人代表：  | 法人代表：  |
| 地址：泰安市岱岳区汶河口后周村 | 地址：青岛市太平路51号 |
| 电话：0538-8811077 | 电话：0532-82971786 |
| 开户行：工行磁窑支行 | 开户行：中国银行山东省分行 |
| 账号：16040705090022160022 | 账号：006820128 |
| 税号： | 税号：370202163054927 |
| 日期：2006 年 2 月 12 日 | 日期：2006 年 2 月 12 日 |

2

4-8

# 订货合同

供方：泰安市泰山纸面石膏板有限公司　　合同编号：06IB1001-02
需方：山东省东方国际贸易股份有限公司　　签订地点：_____

一、产品名称、规格、数量、金额：

| 产品名称 | 规格(mm) | 数量(张) | 单价(元/张) | 总金额(人民币：元) |
|---|---|---|---|---|
| 纸面石膏板 | 1220X3660X12.7 | 336 | 25.033 | 8411.09 |

总金额（大写）：捌仟肆佰壹拾壹圆零玖分

二、质量标准：以美国 ASTM C36 和 C1396 为生产标准，严格执行。每张石膏板板面要印有英文 "Made in china" 和 "Crescent City Gypsum Incorporated, Manufactured in P.R.C" 字体内容，按照需方提供的样子制版。石膏板的两边沿各要有 40-50 毫米的楔形边（护边），每张板重量≤39.91KG，厚度误差 0~-0.4mm。

三、包装要求：每两张石膏板的（1220mm）两边都用白色无字封边纸带封好；用胶合板托盘做底座，每架托盘装 76 张，每架石膏板整体需用两层塑料膜包装严密；六个表面用石膏板包装，并用铜条捆扎。

四、货运标识：在包装板的板面需印刷需方指定的货运唛头标识。

唛头

| Shipping Marks: L/G-022006 | |
|---|---|
| Goods Name: GYPSUM BOARD | ↑↑ |
| Size: 1220x3660x12.7mm | ☂ |

五、交货地点：泰安供方仓库，供方按照需方签发的发货通知书及车牌号码、司机姓名发货，并需将发货明细（发货数量、车牌号码、司机驾照、车辆行车证）等于发货第二天传至需方。

六、交货时间：自需方支付合同预付款后三日内所始供货，并于 02 月 26 日前将全部货物生产完毕。

七、运输方式及费用承担：由需方自理运输，供方负责免费装车，需方车到供方后，供方需



随到随卸。最迟装货时间不得超过车到后12小时。需方工厂验收，运输费用由需方承担。

八、验收方法及产品质量责任：供方生产的供货产品必须符合美国ASTM C36和C1396标准，并由国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具检验报告，该报告供方向需方提供复印件。供方供货的产品需向需方提供由中国出入境检验检疫局出具的品质证、商检检验单等文件。交货后如因货物数量短缺、生产质量问题、造成外商索赔、退货等事宜，一切损失由供方承担。

九、结算方式及期限：合同签订后需方向供方支付30%的预付款供方安排生产。供方每发出货值100万元人民币的货物，需方支付100万元人民币的货款，最后余款10万元人民币，待供方提供全额、有效的增值税发票和本合同规定的有关文件后，需方立即一次性支付剩余货款，若供方提前向需方提供本合同规定的有关文件，需方则不留余款。

十、经济责任：双方必须全部履行合同，违约方负全部经济损失。

十一、解决合同争议的方式：双方在履行合同过程中若发生争议，应通过友好协商解决，协商不成可提交青岛市或泰安市人民法院判决。

十二、供方需向需方出具的有关文件。供方在向需方供货时必须出具以下文件：
1. 由国家建筑材料工业装饰装修建筑材料质量监督检验测试中心出具供方产品符合美国ASTM C36和C1396标准的检验报告（复印件）。
2. 中国出入境检验检疫局出具的品质证、商检检验单等文件。
3. 供方声明：我们（供方）声明本公司生产并向需方供应的石膏板货物系按照ASTM C36和C1396标准生产的，完好地装入托盘捆绑封装包装。
4. 供方所在地贸易促进委员会签发的产地证明。

十三、本合同一式四份，供需双方各执两份，自签订之日起生效。



| 供方：泰安市泰山纸面石膏板有限公司 | 需方：山东省东方国际贸易股份有限公司 |
|---|---|
| 法人代表： | 法人代表： |
| 地址：泰安市岱岳区大汶口后周村 | 地址：青岛市香港中路51号 |
| 电话：0538-8811077 | 电话：0532-82071786 |
| 开户行：工行岱岳支行 | 开户行：中国银行山东省分行 |
| 账号：1604070589022160022 | 账号：006820128 |
| 税号： | 税号：370202163054927 |
| 日期：2006年2月12日 | 日期：2006年2月12日 |

2

# Certificate

We hereby certify that:

A. The gypsum boards (goods) shipped were properly palletized, wrapped, sealed to procted them against damage in shipment, the ship is equipped witha 25 Ton Revolving Crane, the pallets are per-slung.

AND

B. That the packing of each pallet consisted or wrapping them with 6 pieces of rejected boards on each side as to protect against damage pallets are constructed so as to allow for forklift loading.

AND

C. That each pallet was double wrapped in palastic sheet and belts to futher protect against damage and moisture. Each pallet was marked for size/width/thickness.

AND

D. The gypsum boards have end tape and have printing on the back of each sheet showing that they were made in China.

AND

E. All wood material used in packaging meets the requirements of the United States code 7 CFR paragraph 319.

TAIAN TAISHAN PLASTERBOARD CO., LTD

2006-4-22

# MILL CERTIFICATE

We certify that the 1/2" gypsum boards were manufactured free of defects and covered by manufacturer material product warranty.

TAIAN TAISHAN PLASTERBOARD CO.,LTD

2006-4-22

# CERTIFICATE OF WARRANTY

We certificate of warranty issued and signed by manufacturer certfifying that the gypsum boards manufactured and sold to are warranted to be free from defects in materials and workmanship.

TAIAN TAISHAN PLASTERBOARD CO.,LTD

2006-4-22


(2003)无认(国)字(R0735)号



№.062019

# 检 验 报 告
## TEST REPORT

产品名称: 石 膏 墙 板
PRODUCT: Gypsum Wallboard

委托单位: 泰安市泰山纸面石膏板有限公司
ENTRUSTED BY: Taian Taishan Plasterboard Co., Ltd.

生产单位: 泰安市泰山纸面石膏板有限公司
MANUFACTURER: Taian Taishan Plasterboard Co., Ltd.

检验类别: 委 托 检 验
TEST MODE: Delivered Sample Test

国家建筑材料工业
装饰装修建筑材料质量监督检验测试中心
QUALITY SUPERVISION AND INSPECTION CENTER OF NATIONAL BUILDING
MATERIALS INDUSTRY FOR DECORATING AND FINISHING BUILDING MATERIALS

二OO六年二月十六日
Feb. 16, 2006

# 注 意 事 项
## ATTENTION

1. 报告无"检验报告专用章"或检验单位公章无效。
   The test report is invalid if there is no special seal for the test report or the seal of the Inspection Center.

2. 未经检验单位书面批准，不得复制本检验报告（完整复制除外）。
   Unless permitted by the Inspection Center, the test report is forbidden to be duplicated except for the whole test report being duplicated.

3. 报告无编制、审核、批准人签章无效。
   The test report is invalid if there are no signatures of approver, checker and drawer on it.

4. 报告涂改无效。
   The test report is invalid if altered.

5. 对检验报告若有异议，应于收到报告之日起十五日内向检验单位提出，逾期不予受理。
   The objection should be submitted with 15 days after receiving the test report if there is any objection. It will not be acceptable beyond that period of time.

6. 一般情况，委托检验仅对来样负责，抽样检验对该批样负责。
   Generally, delivered sample test only takes responsibility for the sample delivered. Sampling inspection takes responsibility for the batch of the product.

地　　址： 浙江省杭州市中山北路 450 号
Address:   450 Zhongshan Road, Hangzhou, Zhejiang, People's Republic of China

邮政编码： 310003
Zip code:  310003

电　　话： (0571) 85067586
Telephone: 0086-0571-85067586

传　　真： (0571) 85063796
F a x :    0086-0571-85063796

# 国家建筑材料工业
# 装饰装修建筑材料质量监督检验测试中心
## Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST REPORT

No. 062019                                             共 2 页  第 1 页    (page 2-1)

| 产品名称<br>Product | 石膏墙板<br>Gypsum Wallboard | 型号规格<br>Type and Dimension | 3660mm×1220mm×12.7mm |
|---|---|---|---|
| | | 商标<br>Trademark | 泰山 |
| 委托单位<br>Entrusted by | 泰安市泰山纸面石膏板有限公司<br>Taian Taishan Plasterboard Co., Ltd. | 检验类别<br>Test Mode | 委托检验<br>Delivered Sample Test |
| 生产单位<br>Manufacturer | 泰安市泰山纸面石膏板有限公司<br>Taian Taishan Plasterboard Co., Ltd. | 样品等级<br>Sample Grade | 合格品<br>Qualified |
| 抽样地点<br>Sampling Site | / | 样品状态<br>Sample State | 完好，适合检验<br>Well, Suitable To Be Tested |
| 样品数量<br>Sample Quantity | 1组<br>A Set | 送样日期<br>Delivered Date | 2006.2.12<br>Feb. 12, 2006 |
| 抽样基数<br>Cardinal Number | / | 抽样者<br>Sampling Authority | / |
| 检验依据<br>Test Based Upon | ASTM C 473-03 | 生产日期<br>Produced Date | 2006.02.09<br>Feb. 9, 2006 |
| 判定依据<br>Judgement Based Upon | ASTM C 1396/C 1396M-04 | 检验项目<br>Test Item | 全项（除火焰传播系数）<br>Overall (except flame spread index) |
| 检验结论<br>Conclusion | 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法 A 对石膏墙板 (3660mm×1220mm×12.7mm) 进行委托检验，检验结果为所测指标符合 ASTM C 1396/C 1396M-04《石膏板》标准要求。<br>　The product (3660mm×1220mm×12.7mm) of gypsum wallboard delivered by the manufacturer was tested in accordance with the method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Products*. The conclusion is that the testing datum of the product meets the ASTM C 1396/C 1396M-04 *Gypsum Board*.<br>签发日期: 2006 年 2 月 16 日<br>Signed Date: Feb. 16, 2006 | | |
| 备注<br>Remarks | 本检验报告仅对来样负责，有效期为壹年<br>The test report is responsible only for the sample delivered by the manufacturer. The valid period of the test report will only be within one year exactly after the signed date. | | |

批 准:              审 核:              编 制:
Approver:           Checker:            Drawer:

# 国家建筑材料工业
## 装饰装修建筑材料质量监督检验测试中心
Quality Supervision and Inspection Center of National Building Materials Industry for Decorating and Finishing Building Materials

# 检 验 报 告
## TEST REPORT

No. 062019　　　　　　　　　　　　　　　共2页 第2页　(page 2-2)

| 序号 No | 检验项目 TEST ITEM | | | 单位 UNIT | 检验结果 TEST VALUE | 标准指标 STANDARD VALUE |
|---|---|---|---|---|---|---|
| 1 | 断裂荷载 Flexural Strength (Breaking Load) | 纵向 Bearing Edges Perpendicular to Panel Length | 正面向上 Face Up | N | 561 | ≥489 |
| | | | 正面向下 Face Down | | 598 | |
| | | 横向 Bearing Edges Parallel to Panel Length | 正面向上 Face Up | N | 223 | ≥178 |
| | | | 正面向下 Face Down | | 263 | |
| 2 | 受潮挠度 Humidified Deflection | | | mm | 5.5 | ≤32 |
| 3 | 硬度 Hardness | 板芯 Core | | N | 128 | ≥67 |
| | | 端头 End | | | 134 | |
| | | 棱边 Edge | | | 114 | |
| 4 | 撅钉力 Nail Pull Resistance | | | N | 401 | ≥356 |
| 5 | 尺寸允许偏差 Dimensions and Tolerances | 厚度 Thickness | 平均 Average | mm | +0.1 | ±0.4 |
| | | | 最大 Max. | mm | +0.2 | ±0.8 |
| | | 宽度 Width | | mm | -2 | 0～-3 |
| | | 长度 Length | | mm | -1 | ±6 |
| | | 楔形棱边深度 Tapered Edge Depth | | mm | 0.72 | 0.51～2.29 |
| | | 端头垂直度 End Squareness | | mm | 1 | ±3 |
| | | 棱边、端头平直度 Edges and Ends | | — | 平直 straight | 平直 straight |
| 6 | 外观质量 Appearance | | | — | 完好 perfect | 完好 perfect |
| 7 | 火焰传播系数 Flame Spread Index | | | — | / | ≤25 |

说明 SPECIFICATION: 按照美国标准 ASTM C 473-03《石膏板产品物理力学性能测试方法》中方法A对该样品进行检验。
The sample was tested in accordance with the method A of test methods ASTM C 473-03 *Test Methods for Physical Testing of Gypsum Panel Products*.

批 准 Approver: _[signature]_　　审 核 Checker: _[signature]_　　编 制 Drawer: _[signature]_

## SGS-CSTC Standards Technical Services Co., Ltd.

16F Century YuHui Mansion,
No. 73 Fucheng Road,
Beijing China
100036
Tel: (86-10) 68456699
Fax: (86-10) 68457979

中國·北京
海淀區阜成路 73 號
世紀裕惠大廈 16 層
郵編: 100036
電話: (86-10) 68456699
傳真: (86-10) 68457979

# AFFILIATE CODE: F615001
# CERTIFICATE NO.: CTSQDC0600068

Page 1 of 2

SGS Office: SGS-CSTC Qingdao Branch   Date: 08/May/2006   FILE NO.: QDS060340

## INSPECTION CERTIFICATE

| | |
|---|---|
| Shipper | : SHANDONG ORIENTAL INTERNATIONAL TRADING CORP., LTD 17-21 F SHANDONG INTERNATIONAL TRADE MANSION, 51 TAIPING RAOD, QINGDAO, CHINA PC266002 |
| Buyer | : HLP/GAC INTERNATIONAL, INC. 1718 TRINITY VALLEY CARROLLTON, TEXAS 75006 |
| Purchase Order No. | : N/A |
| Article No. | : 4'X12'X1/2" |
| Product Description | : GYPSUM BOARD, TAPERED EDGE |
| Declared Quantity | : 200,032 PCS |
| Letter of Credit No. | : 5277310 |
| Shipping Mark | : L/G-022006 |
| Packing | : 2632 PALLETS |

For and on behalf of SGS-CSTC
Standards Technical Services Co., Ltd.

_____
Authorized Signature

(Continued)



t is issued, on the Client's behalf, by the Company under its General Conditions of Service printed overleaf.
ttention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein.

fer of this document is advised that information contained hereon reflects the Company's findings




SGS-CSTC Standards Technical Services Co., Ltd.

7-12

**AFFILIATE CODE: F615001**
**CERTIFICATE NO.:CTSQDC0600068**

Page 2 of 2

In accordance with the buyer's instruction, we conducted Final random inspection and Loading Supervision at the manufacturer' premises at Lianyungang, Jiangsu Province, China on Mar 31-Apr 03 & Apr 18-26, 2006.

Final random inspection according to ANSI / ASQ Z1.4-2003 has been performed on 500 pcs samples against specifications received, defined quality levels.

Loading to vessel was carried out on Apr 18-26, 2006 and the consignment was stuffed into M/V Thermopylae Sierra.

The inspection findings have been communicated by fax No. TAOWT00010640B on Apr 04 and TAOWT00011101 on Apr 27, 2006 to the buyer who in their reply of May 08, 2006 accepted this lot, i.e., authorized issuance of this inspection certificate. Consequently, this lot is considered to conform to the buyer's requirements.

This certificate does not evidence shipment. The above reflects our findings at the time and place of inspection. This certificate does not relieve sellers/suppliers from their contractual responsibilities with regard to quality/quantity of this delivery nor does it prejudice the buyer's right of claim towards his sellers/suppliers for compensation for any apparent and/or hidden defects not detected during our random inspection or occurring thereafter. Where, SGS does not thereby assume any liability whatsoever for any consequences due to subsequent interferences with the vessel and its content.

For and on behalf of SGS-CSTC
Standards Technical Services Co., Ltd.

Authorized Signature



is issued, on the Client's behalf, by the Company under its General Conditions of Service printed overleaf
ention is drawn to the limitation of liability, indemnification and jurisdiction issues defined therein

r of this document is advised that information contained hereon reflects the Company's findings at the
rention only and with in the limits of Client's instructions, if any The Co