# 企业法人营业执照

（副本）

注册号 3702000180044039

档案号 3702000180044403



| | |
|---|---|
| 企业名称 | 青岛国际经济交流中心 |
| 住所 | 青岛市市南区东海西路16号 |
| 法定代表人 | 任志强 |
| 注册资金 | 壹佰贰拾贰万圆整 |
| 经济性质 | 全民所有制 |
| 经营方式 | |
| 经营范围主营 | 许可经营项目：因公民出国境各类劳务人员（不含海员）的劳务供需信息介绍、咨询、法律咨询、沟通联系、继续财产和其他非公务所申请办及相关的服务；劳动就业介绍、开展职业指导、人力资源管理咨询服务（国家授权专业审批的《中介经营许可证》有效期至：2011-06-12）。一照多营项目：代购汽车、船票、外事接待；翻译服务。（以上范围需经许可经营的，须凭许可证经营） |
| 兼营 | |
| 开业日期 | 一九八九年七月十九日 |
| 经营期限自 | 一九九六年七月一日 |
| 至 | |

发照机关 青岛市工商行政管理局

二○○九年十月二十一日

须于每年的3月1日到6月30日参加年检

# Business License of Enterprise Legal Person

(Duplicate)

Registry No. 370200018044039
File No. 370200180404403

Issue Authority:
The Industrial and Commercial Administration of Qingdao (seal)

Please Participate in Annual Inspection from March. 1 to June. 30 every year (stamp)

October 22th, 2009

Company Name: Qingdao International Cooperation Center (seal)
Domicile: No.16 Donghaixi Road, Shinan District, Qingdao
Legal Representative: Ren Zhiqiang
Registered Capital: RMB 1,220,000 yuan
Type Of Enterprise: State-owned Enterprise
Type of Operation:
Scope of Business: Main Business:
Certified Business Items: Labor dispatch (seamen excepted), provide service (information, legal consultation, communication, arrangement, visa application etc ) for oversea Chinese to settle down, visit relatives or friends, inherit property ,etc (other non-public affairs);: Employment service for bot employers and employees, vocational instruction, management an consultation service of human resource
(Approval Document of National Authorized Unit   Date of Expiry: October 24 2011)
(Agency Operation License of Exit & Entry Service for Private Purpose   Date of Expiry June 14 2012)
(Operation license of Employment Service    Date of Expiry: June 12 2011)
Common Business Items: Purchasing service of train tickets and steame tickets; Foreign affairs service; Consultation service for foreign affair Translation;
(The Certified Business Items should be operated with a certificate)
Concurrent Business:
Date of Establishment: July 19th, 1989
Term of Operation: From July 1st, 1996 to

# CERTIFICATE
# 证明

This is to certify that Qingdao Municipal Translation Center, a professional translation organization, is a department of Qingdao International Cooperation Center.

兹证明青岛市翻译中心是青岛国际交流中心的一个部门。

特此证明。

Qingdao International Cooperation Center

青岛国际交流中心

January 28, 2010

2010 年 1 月 28 日