UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *   *   *   *   *   *   * | | |

## DEFENDANT'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

NOW INTO COURT, through undersigned counsel, appearing for the sole purpose of this Motion to Dismiss or, Alternatively, Motion to Transfer Venue comes defendant, Harbor Springs Construction and Development, L.L.C. (hereinafter, "Harbor Springs"), which request this Court issue an order dismissing the Plaintiffs' Omnibus Complaint and Action against Harbor Springs for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), or alternatively, to transfer venue to the Middle District of Florida pursuant to 28 U.S.C. §1406(a) and 28 U.S.C. §1404.

WHEREFORE, Harbor Springs Construction and Development, L.L.C. prays that its Motion to Dismiss or, Alternatively, Motion to Transfer Venue pursuant to Fed. R. Civ. Pro. R. 12 be granted and this Court dismiss the Plaintiffs' claims against Harbor Springs Construction and Development, L.L.C., or alternatively, transfer venue to the Middle District of Florida.

Respectfully submitted,

/s/ Elizabeth L. Gordon
Lloyd N. Shields (La. Bar No. 12022)
Elizabeth L. Gordon (La. Bar No. 21619)
Andrew G. Vicknair (La. Bar No. 28448)
Adrian A. D'Arcy (La. Bar No. 29137)
Shields Mott Lund L.L.P.
650 Poydras Street, Suite 2600
New Orleans, Louisiana 70130
Telephone: (504) 581-4445
Facsimile: (504) 584-4440
lnshields@shieldsmottlund.com
elgordon@shieldsmottlund.com
agvicknair@shieldsmottlund.com
aad'arcy@shieldsmottlund.com

Attorneys for
   Harbor Springs Construction and
   Development, L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue of Harbor Springs Construction and Development, L.L.C.* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U. S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 7th day of April, 2010.

/s/ Elizabeth L. Gordon