UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO SEAN AND BETH PAYTON, et al vs. KNAUF GIPS, DG, et al. Case No. 2:09-CV-7628 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF TOM KILLINGSWORTH

STATE OF FLORIDA

COUNTY OF LEE

Before me, the undersigned authority, personally appeared Tom Killingsworth, who after being by me duly sworn did depose and testify as follows:

1.  I am a President of Harbor Springs Construction and Development L.L.C. (hereinafter, "Harbor Springs"). I am over the age of 21 and am a resident of Florida. I have either personal knowledge of the truth of the matters stated herein or the truth of such matters is based upon records prepared, kept and maintained by Harbor Springs in the regular course of business.

Exhibit "A"

2. Harbor Springs is a named defendant in the Complaint filed in the matter entitled *Sean and Beth Payton, et al. V. Knauf Gips, DG, et al.*, E.D. La., No. 2:09-cv-7628 (hereinafter, "Complaint").

3. Harbor Springs is a Florida limited liability company with its principal place of business in Fort Meyers, Florida.

4. None of the members of Harbor Springs reside in or are domiciled in Louisiana.

5. Harbor Springs has no subsidiaries or other related entities either in Louisiana or otherwise.

6. Harbor Springs is a construction subcontractor that contracts with third parties for the construction of residential homes.

7. Harbor Springs has never performed construction in or had any contracts or subcontracts to perform construction in Louisiana.

9. Harbor Springs has not purchased or sold real property in Louisiana.

10. Harbor Springs has no bank accounts in Louisiana.

11. Harbor Springs has never been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana.

12. Harbor Springs has not and does not maintained any office(s) nor employ any employees in Louisiana.

2

13. Harbor Springs does not solicit business in Louisiana and has never transacted business in Louisiana.

14. According to the schedules attached to the Complaint, the residences on which Harbor Springs allegedly conducted work are located in Florida. In fact, none of the alleged homeowners who have asserted any claims in the Complaint against Harbor Springs reside in Louisiana, none the property at issue in the Complaint (as pertains to Harbor Springs) is located in Louisiana and Harbor Springs did not negotiate or enter into any contract with any plaintiff in Louisiana.

15. Harbor Springs does not have any agreements with agents located in the State of Louisiana who are authorized to preform work on behalf of Harbor Springs in Louisiana.

3

16. Considering the above, Harbor Springs has no connection to Louisiana and did not anticipate that it would be haled into Court in Louisiana as part of this or any other litigation.

TOM KILLINGSWORTH

SWORN TO AND SUBSCRIBED BEFORE ME,
NOTARY, THIS 6 DAY OF ~~MARCH~~, 2010.
April

Notary Public

My Commission expires: 11/30/2012

Bar/Notary No.: DD 841464

THAIS DE ARRUDA
Notary Public, State of Florida
Commission# DD841464
My comm. expires Nov. 30, 2012

62065-04\Pleadings\Affidavit - Killingsworth - Dismissal.wpd

4