UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047<br>SECTION "L" |
| THIS DOCUMENT RELATES TO<br>SEAN AND BETH PAYTON, et al<br>vs.<br>KNAUF GIPS, DG, et al.<br>Case No. 2:09-CV-7628 | *<br>*<br>* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

\*   \*   \*   \*   \*   \*   \*

_____

**ORDER**

_____

CONSIDERING the Defendant's Motion to Dismiss or, Alternatively, Motion to Transfer Venue of Harbor Springs Construction and Development, L.L.C.;

IT IS HEREBY ORDERED that the motion is GRANTED and that Plaintiffs' claims against Harbor Springs Construction and Development, L.L.C. are dismissed.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
U. S. District Court Judge