UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

JUDGE FALLON
MAG. JUDGE WILKINSON

……………………………………………………………..
**THIS DOCUMENT RELATES TO ALL CASES**

## PRETRIAL ORDER #20

Considering the foregoing Joint Motion for the Creation of an Insurer Steering Committee and Appointment of Lead Counsel and Members to the Insurer Steering Committee (Rec. Doc. No. 760), and Motion for Appointment to the Proposed Insurer Steering Committee and Appointment as Co-Lead Counsel for the First-Party Insurer Subcommitte (Rec. Doc. No. 1032),

IT IS ORDERED that these Motions are GRANTED, and an Insurer Steering Committee is created in MDL 2047.

IT IS FURTHER ORDERED that Judy Y. Barrasso is appointed as Lead Counsel for the Insurer Steering Committee.

The Court directed counsel for insurers to nominate members for the Insurer Steering Committee. The Court has received and considered the nominated counsel. Accordingly, IT IS ORDERED that the following counsel are now appointed as members of the Insurer Steering Committee:

**Judy Y. Barrasso (Lead Counsel)**
**H. Minor Pipes, III**
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, Louisiana  70112

Telephone:  504/589-9700
jbarrasso@barrassousdin.com
mpipes@barrassousdin.com

**Adrianne L. Baumgartner**
**Charles L. Chassaignac**
Porteous Hainkel & Johnson
408 N. Columbia Street
Covington, Louisiana 70433-2900
Telephone:  985/893-4790
abaumgartner@phjlaw.com
cchassaignac@phjlaw.com


**Robert M. Darroch**
Goodman McGuffey Lindsey & Johnson, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia  30326
Telephone:  404/926-4117
rdarroch@gmlj.com


**Neal J. Favret**
**Alan J. Yacoubian**
Johnson Johnson Barrios & Yacoubian
701 Poydras Street
New Orleans, Louisiana  70139-7708
Telephone:  504/528-3001
njf@jjbylaw.com
ajy@jjbylaw.com

**Ralph S. Hubbard, III**
**Seth A. Schmeeckle**
Lugenbuhl Wheaton Peck Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Telephone:  504/568-1990
rhubbard@lawla.com
sschmeeckle@lawla.com


**Jennifer McNamara**
Baker Donelson Bearman Caldwell & Berkowitz, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA  70170

Telephone: 504/566-5240
jmcnamara@bakerdonelson.com


**Gary J. Russo**
Jones Walker Waechter Poitevent Carrere Denegre
600 Jefferson Street, Suite 1600
Lafayette, Louisiana 70501
Telephone: 337/262-9010
grusso@joneswalker.com


**Jay Russell Sever**
**Virginia Y. Trainor**
Phelps Dunbar, LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: 504/566-1311
severj@phelps.com
trainorg@phleps.com

      The Court recognizes that the Motions request the creation of various subcommittees within the Insurer Steering Committee. The Court directs the members of the Insurer Steering Committee to determine among themselves which subcommittees are necessary and which members are to be appointed to these subcommittees.

      New Orleans, Louisiana, this 6th day of April 2010.

                                                      U.S. District Judge