UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : : | 2:09-MD-02047 |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# **ORDER**

Considering the foregoing Motion:

**IT IS ORDERED** that the defendant, Home Town Lumber & Supply, Inc., be granted a fifteen (15) day extension of time, or until April 20, 2010, within which to file responsive pleadings.

New Orleans, Louisiana, this  6th  day of ___April___, 2010.

_____
JUDGE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA