UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 SECTION: "L" |
| This document relates to: | * * | JUDGE FALLON |
| *CA No. 10-0052* (*Bourgeois v. Allstate Indemnity Co., et al*) | * * * | MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the foregoing Motion for Leave to File a Supplemental Memorandum in Support of Louisiana Citizens Property Insurance Corporation's Motion to Dismiss, IT IS HEREBY ORDERED that said Motion for Leave is GRANTED and that Louisiana Citizens Property Insurance Corporation is given leave to file its Supplemental Memorandum in Support of its Motion to Dismiss.

Signed, this ___6th___ day of _____April_____, 2010.

_____
**United States District Judge**