AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

| | | |
|---|---|---|
| Sean and Beth Payton, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) Case No. 09-7628 (Sect. L, Mag. 2) |
| Knauf Gips KG | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

G.L.B. and Associates d/b/a Balli Construction

Date: 3/30/10

*Attorney's signature*

Jason P. Waguespack 21123
*Printed name and bar number*

Galloway, Johnson, Tompkins, Burr & Smith
701 Poydras Street, 40th Floor
New Orleans, Lousiiana 70139
*Address*

jwaguespack@gjtbs.com
*E-mail address*

(504) 525-6802
*Telephone number*

(504) 525-2456
*FAX number*