

A CERTIFIED TRUE COPY

ATTEST

By Jakeia R. Mells on Apr 05, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    APR – 5 2010

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 05, 2010

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

Owners Insurance Co., et al. v. The Mitchell Co., Inc., et al., )
M.D. Georgia, C.A. No. 5:09-374                                            )

**10-1036**

MDL No. 2047

**SECT. L  MAG. 2**

### TRANSFER ORDER

**Before the entire Panel**\*: The Mitchell Company, a defendant in this Middle District of Georgia action, moves, pursuant to 28 U.S.C. § 1407(c), to transfer the action to the Eastern District of Louisiana for inclusion in MDL No. 2047. Both plaintiffs – Owners Insurance Company and Auto-Owners Insurance Company – oppose the motion for transfer. The other defendant, Rightway Drywall, Inc., did not respond to the motion. The plaintiffs' steering committee in MDL No. 2047 supports the motion.

After considering the argument of counsel, along with our consultation with the transferee judge, we conclude that inclusion of this action in MDL No. 2047 is prudent to streamline the litigation. The claims in this insurance declaratory judgment action are related to products liability claims in an action that the Panel transferred to MDL No. 2047 with its original transfer order in this docket. In addition, a party to the present action, which is also the plaintiff in the underlying products liability lawsuit, urges transfer of the action before us. Accordingly, we find that transfer of this action to the Eastern District of Louisiana for inclusion in MDL No. 2047 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation for reasons that we set out in our original order directing centralization in this docket. *See In re Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1376 (J.P.M.L. 2009).

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

\*    Judges Miller and Trager took no part in the decision of this matter.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr.* | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager* |

# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

David G. Trager
United States District Court
Eastern District of New York

**DIRECT REPLY TO:**

Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:        [202] 502-2888
http://www.jpml.uscourts.gov

April 5, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

Dear Ms. Whyte:

Attached is a certified copy of a transfer order issued today by the Judicial Panel on Multidistrict Litigation in the above-captioned matter.  The order is directed to you for filing.  Rule 1.5 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 428 (2001), states "A transfer or remand pursuant to 28 U.S.C. § 1407 shall be effective when the transfer or remand order is filed in the office of the clerk of the district court of the transferee district."

Today we are also serving an information copy of the order on the transferor court(s).  The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred [transferor court]."

Rule 1.6(a), pertaining to transfer of files, states "the clerk of the transferor district court shall forward to the clerk of the transferee district court the complete original file and a certified copy of the docket sheet for each transferred action."  **With the advent of electronic filing, many transferee courts have found that it is not necessary to request the original file.  Some transferee courts will send their certified copy of the Panel order with notification of the newly assigned transferee court case number and inform the transferor courts that they will copy the docket sheet via PACER.  Others may request a certified copy of the docket sheet and a copy of the complaint (especially if it was removed from state court).  You should be specific as to the files you would like to receive from the transferor courts and if no files will be necessary, you should make that clear.  Therefore, Rule 1.6(a) will be satisfied once a transferor court has complied with your request.**

- 2 -

The Panel Service list is attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By _Jakeia Mells_

Jakeia Mells
Deputy Clerk

Attachments (Transfer Order is a Separate Document)

cc:   Transferee Judge:  Judge Eldon E. Fallon

JPML Form 29

**IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION**                    MDL No. 2047

## PANEL SERVICE LIST

Jonathan D. Crumly, Sr.
1000 Whitlock Avenue
Suite 320
Marietta, GA 30064

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

Michael C. Kendall
TALLEY FRENCH & KENDALL
3152 Golf Ridge Boulevard
Suite 201
Douglasville, GA 30135

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700

Steven L. Nicholas
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street
P.O. Box 66705
Mobile, AL 36660

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588