UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL No. 2:09-md-02047<br>*<br>*<br>*<br>*   JUDGE FALLON |
| **This document relates to:** | *<br>* |
| ROBERT C. PATE, as Trustee for the<br>Chinese Drywall Trust<br>v.<br>AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL<br>(**2:09-cv-07791**) (E.D. La.) | *<br>*   MAGISTRATE WILKINSON<br>*<br>*<br>*<br>*<br>* |

*********************************************

## MOTION TO ENROLL ADDITIONAL COUNSEL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Scottsdale Insurance Company ("Scottsdale"), and upon suggesting to this Honorable Court that the undersigned, as a member in good standing of the bar of the Eastern District of Louisiana, respectfully petitions this Court pursuant to Local Rule 83.2.12 to permit Charlotte Jane Sawyer (Bar No. 28493) of the law firm of Phelps Dunbar LLP, Canal Place, 365 Canal Street, Suite 2000, New Orleans, Louisiana 70130-6534, to appear and participate as additional counsel of record for Scottsdale in this matter.

3973020-1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:     /s/ *Virginia Y. Trainor*
H. Alston Johnson III, Bar Roll No. 7293
Virginia Y. Trainor, Bar Roll No. 25275
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
Email:  johnsona@phelps.com
            trainorg@phelps.com

AND

Jay Russell Sever, Bar Roll No. 23935
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email:  severj@phelps.com
            bynogc@phelps.com

**ATTORNEYS FOR DEFENDANT
SCOTTSDALE INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing *Motion to Enroll Additional Counsel* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of April, 2010.

                        */s/ Virginia Y. Trainor*
                        Virginia Y. Trainor