UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |

**********************************************

## **ORDER**

Considering the motion of Scottsdale Insurance Company, it is **ORDERED** that the Motion to Enroll Additional Counsel be granted and Charlotte Jane Sawyer be allowed to appear and participate as additional counsel for the Defendant, Scottsdale Insurance Company in this action..

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

PD.3973040.1