# AFFIDAVIT OF SERVICE

United States District Court  
Eastern District of Louisiana

MDL #: 2047 Section: L  
Dated: 3/16/10

-----------------------------------------------------------------------X

IN RE: CHINESE MANUFACTURED DRYWALL  
PRODUCTS LIABILITY LITIGATION

This document relates to: Pate v. Am. Int'l Specialty  
Lines Ins. Co., et al. (No. 09 – 7791)

Attorney: Anderson Kill & Olick, P.C.  
1251 Avenue of the Americas  
42nd Floor  
New York, New York 10020  
212-278-1000

-----------------------------------------------------------------------X

State of New York, County of Suffolk; ss:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Monday, March 29, 2010, at 1:53 P.M. deponent **served** the within **Summons in a Civil Action and First Amended Complaint**

Upon:       **Chartis Claims, Inc.**  
Located at:   c/o Charles Ross Schader, 175 Water Street, 30th Floor, New York, New York 10038

## Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Chartis Claims, Inc.** personally, deponent knew said corporation so served to be the corporation described in said Summons and knew said individual to be **Erin Alderette – Paralegal** thereof and she stated that she was authorized to accept service of process for Chartis Claims, Inc.

Erin Alderette's description: Caucasian, White Skin, Female, Black Hair, 30 Years Old, 5'7" and 130 Lbs

**Corey Guskin**

*/s/ Corey Guskin*

License # 1094475

Sworn to before me this 30th day of March, 2010

*/s/ Andrea Molody*

Notary Public

**ANDREA MOLODY**  
**Notary Public State of New York**  
**No. 01MO6037166**  
**Qualified in Suffolk County**  
**Commision Expires Feb 14, 2014**