UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO ALL CASES | * * * * | JUDGE ELDON E. FALLON<br><br>MAG.  JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, R.L. Drywall, Inc.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated:  April 8, 2010

      Respectfully submitted,

      **UNGARINO & ECKERT, L.L.C.**

      By:  /s/ Matthew J. Ungarino
      Matthew J. Ungarino
      3850 N. Causeway Boulevard
      Suite 1280
      Metairie, LA   70002
      Telephone:  (504) 836-7565
      Facsimile:  (504) 836-7566
      E-Mail: mungarino@ungarino-eckert.com
      ***Attorney for R.L. Drywall, Inc.***

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 8th day of April 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino