UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" (2) |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE ELDON E. FALLON |
| *SEAN AND BETH PAYTON v. KNAUF* | * | |
| (2:09-cv-7628) | * | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

   Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, Richard B. Hoover.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

   Dated: April 8, 2010

                                        Respectfully submitted,

                                        **UNGARINO & ECKERT, L.L.C.**

                                        By: /s/ Matthew J. Ungarino
                                        Matthew J. Ungarino
                                        3850 N. Causeway Boulevard
                                        Suite 1280
                                        Metairie, LA   70002
                                        Telephone:  (504) 836-7565
                                        Facsimile:  (504) 836-7566
                                        E-Mail: mungarino@ungarino-eckert.com
                                        ***Attorney for Richard B. Hoover***

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 8th day of April 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino