UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al. Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

## ORDER

Upon consideration of Defendant United Homes, Inc.'s Ex-Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, United Homes, Inc., is hereby granted a thirty (30) day extension of time, or until May 6, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 7th day of April, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE