## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: *SEAN AND BETH PAYTON v. KNAUF* (2:09-cv-7628) | * * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, John W. Gillespie.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated:  April 8, 2010

Respectfully submitted,

**UNGARINO & ECKERT, L.L.C.**

By: /s/ Matthew J. Ungarino
Matthew J. Ungarino
3850 N. Causeway Boulevard
Suite 1280
Metairie, LA   70002
Telephone:  (504) 836-7565
Facsimile:  (504) 836-7566
E-Mail: mungarino@ungarino-eckert.com
*Attorney for John W. Gillespie*

## **CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 8th day of April 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino