UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on beahalf of all others similarly situated,<br>    Plaintiffs | MAG. JUDGE WILKINSON |
| v. | |
| KNAUF GIPS KG, et al<br>Case No. 2:09-CV-7628<br>    Defendants | |

### ORDER ON DEFENDANT, GLOBAL HOME BUILDERS, INC.'S EX PARTE MOTION FOR EXTENSION OF TIME

Upon consideration of the Ex Parte Motion for Extension of Time to serve Defendant Builder Profile Forms filed by Defendant, Global Home Builders, Inc., IT IS HEREBY ORDERED that the Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, Global Home Builders, Inc., be granted an extension of time until April 9, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Builder Profile Forms.

New Orleans, Louisiana, this __7th__ day of _____April_____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge