## AFFIDAVIT OF LAWRENCE ARTHUR FITCH, JR.

STATE OF FLORIDA
COUNTY OF Lee

BE IT KNOWN that on this 8 day of April, 2010, before me, the undersigned authority, personally appeared LAWRENCE ARTHUR FITCH, JR., and being by me first duly sworn on his oath, deposes and says:

1. I, LAWRENCE ARTHUR FITCH, JR., am over the age of eighteen years and am otherwise competent to testify in this matter.

2. I am a citizen of the State of Florida.

3. I am the President of RJL Drywall, Inc., a Florida corporation.

4. I reside at 10851 [illegible], North Fort Myers, Florida 33917.

5. RJL Drywall, Inc. is in the business of installing drywall.

6. RJL Drywall, Inc. does not distribute or supply drywall.

7. RJL Drywall, Inc. has never performed any work in the state of Louisiana.

8. RJL Drywall, Inc. does not own any property or maintain any other assets in Louisiana.

9. RJL Drywall, Inc. does not have an office or any employees in Louisiana.

10. RJL Drywall, Inc. is not registered to do business in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAWRENCE ARTHUR FITCH, JR.

SWORN and SUBSCRIBED before me this 8 day of April, 2010, by LAWRENCE ARTHUR FITCH, JR., who is personally known to me or who has produced _____ as identification.

_____
Notary Public, State of Florida at Large

My Commission Expires:

March 10, 2012



Notary Public State of Florida
Leila Ellen Fitch
My Commission DD766587
Expires 03/10/2012

EXHIBIT "A"