UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
PRODUCTS LIABILITY LITIGATION

     SECTION: L

THIS DOCUMENT RELATES TO:

     JUDGE FALLON

Payton, et al. v. Knauf GIPS KG, et al.
Case No. 2:09-CV-07628      MAG. JUDGE WILKINSON
_____ /

### NOTICE OF HEARING

     PLEASE TAKE NOTICE that Defendant RJL DRYWALL, INC. will bring for hearing

its Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint for Lack of Personal

Jurisdiction and Improper Venue in the referenced matter before the Honorable Eldon E. Fallon

at the United States District Court, Eastern District of Louisiana, Section L, 500 Poydras Street,

C-456, New Orleans, Louisiana 70130 on the 5th of May, 2010, at 9:00 a.m. or at a time set

further by this Court.

### CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel,

Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all

parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with

Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of

the United States District Court for the Eastern District of Louisiana by using the CM/ECF

System, which will send a notice of electronic filing in accordance with the procedures

established in MDL 2047, on this 8th day of April, 2010.

         Respectfully submitted,

     By:      /s/ Kieran F. O'Connor
           Kieran F. O'Connor, Esquire
           Florida Bar No. 896829

Ogden, Sullivan & O'Connor, P.A.
111 N Orange Ave.
Suite 850
Orlando, FL 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
koconnor@ogdensullivan.com
*Attorneys for Defendant RJL Drywall, Inc.*