UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | JUDGE FALLON |
| This Document Relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MAGISTRATE JUDGE WILKINSON |

## AFFIDAVIT OF COMPLIANCE WITH LA. REV. STAT. § 22:1907

I, Anna M. Piazza, do depose and state as follows:

1. I am an associate at the law firm of Anderson Kill & Olick, P.C., which represents Plaintiff in the above-captioned matter.

2. On March 30, 2010, I caused to be delivered to Barbara J. West at the Louisiana Secretary of State two copies of process and payment of the required fees for each of Defendants Owners Insurance Company and NGM Insurance Company.

3. On April 6, 2010, I sent by registered mail notice of service and a copy of process to Defendants Owners Insurance Company and NGM Insurance Company at their last known principal place of business.

4. I am filing herewith a copy of the receipt issued by the post office with which these letters are registered, showing the name of the sender of the letter and the name and address of the person to whom the letter is addressed.

Dated: April 8, 2010

*Anna M. Piazza* (signature)
Anna M. Piazza

Subscribed and sworn to
before me this 7th day of April, 2010

_Lindsey B. Roth_
Notary Public
State of New York
My commission expires Sept. 9, 2010

LINDSEY B. ROTH
NOTARY PUBLIC, State of New York
No. 01RO6080149
Qualified in Queens County
Commission Expires Sept. 9, 2010

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of April, 2010.

/s/ Anna M. Piazza
Anna M. Piazza



