UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This document relates to all cases | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## *EX PARTE* JOINT MOTION TO SUBSTITUTE COUNSEL

NOW INTO COURT, through undersigned counsel, comes **SORRENTO LUMBER CO, INC.,** defendant in the above numbered and entitled cause, who moves that JOHN P. WOLFF, III, NANCY B. GILBERT, CHRISTOPHER K. JONES and VIRGINIA J. MCLIN, and the law firm KEOGH, COX & WILSON, LTD., be substituted as counsel of record to appear on behalf of Sorrento Lumber Co., Inc., in lieu and in place of Dwight D. Poirrier.

Respectfully submitted by:

**KEOGH, COX & WILSON, LTD.**

BY:   s/Christopher K. Jones
      JOHN P. WOLFF, III, T.A., Bar #14504, jwolff@kcwlaw.com
      NANCY B. GILBERT, Bar #23095, ngilbert@kcwlaw.com
      CHRISTOPHER K. JONES, Bar #28101, cjones@kcwlaw.com
      VIRGINIA M. MCLIN, Bar #31257 jmclin@kcwlaw.com
      701 Main Street
      Post Office Box 1151
      Baton Rouge, Louisiana  70821
      Telephone:  (225) 383-3796
      Telecopier: (225) 343-9612


BY:       s/Dwight D. Poirrier
      DWIGHT D. POIRRIER, Bar #20570
      1420 Burnside Ave.
      P. O. Box 868
      Gonzales, Louisiana 70707-0868
      Telephone: (225) 621-3200
      Telecopier: (225) 621-3210
      dpoirrier1@eatel.net

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Ex Parte* Motion to Substitute Counsel was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

Baton Rouge, Louisiana, this 9th day of April, 2010.

s/Christopher K. Jones<br>
JOHN P. WOLFF, III<br>
NANCY B. GILBERT<br>
CHRISTOPHER K. JONES<br>
VIRGINIA J. MCLIN