UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This document relates to all cases | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

# ORDER

**IT IS ORDERED** that JOHN P. WOLFF, III, NANCY B. GILBERT, CHRISTOPHER K. JONES and VIRGINIA J. MCLIN, and the law firm KEOGH, COX & WILSON, LTD., be substituted as counsel of record to appear on behalf of Sorrento Lumber Co., Inc., in lieu and in place of Dwight D. Poirrier.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA