Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0566

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:
--Crown Builders, Inc., Attn: Arthur Sadagursky, Jr.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _North Carolina_ ) ss.
County of: _Haywood_ )

**Name of Server:** _H. B. McGregor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15th_ day of _March_, 20_10_, at _7:22_ o'clock _A_ M

**Place of Service:** at _72 Running Deer Road_, in _Franklin, NC 28734_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Crown Builders, Inc., Attn: Arthur Sadagursky, Jr.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Arthur Sadagursky, Jr._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _48_ ; Approx. Height _5'6"_ ; Approx. Weight _190_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_H. B. McGregor_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_15th_ day of _March_, 20_10_
_Claudia A. McGregor_ 8-9-2012
Notary Public    (Commission Expires)