Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0547

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stonebrook Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19th day of March, 20 10, at 10:54 o'clock A. M

**Place of Service:** at 2840 University Drive, in Coral Springs, FL 33065

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Stonebrook Homes, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Lisa "Doe" Office Administrative Assistant and person in-charge

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair
Approx. Age 35 ; Approx. Height 5'6" ; Approx. Weight 150+

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 20th day of March, 20 10

Lynne Gewant
Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF FLORIDA
Lynne Gewant
Commission # DD610026
Exp. OCT. 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.