Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0389

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Melvin Prange, Jr. Construction, L.L.C.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Darren J. Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13_ day of _March_, 20 _10_, at _6:00_ o'clock _P._ M

**Place of Service:** at _27 Miller Creek Lane_, in _Slidell, LA  70458_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Melvin Prange, Jr. Construction, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Melvin Prange, Jr. Person in Charge_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Black_; Facial Hair ____
Approx. Age _35_; Approx. Height _5'9"_; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _19_ day of _March_, 20 _10_
_[signature]_
Notary Public     (Commission Expires)
BRANDI F. ERMAN
#26603

**APS International, Ltd.**