Séan and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0383

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Marigold Court, LLC
Court Case No. 09-7628

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Darren J. Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of March, 20 10, at 8:30 o'clock A-M

**Place of Service:** at 4800 Sharp Rd., in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Marigold Court, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Greg Morend   Person in Charge

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Blck ; Facial Hair ____
Approx. Age 33 ; Approx. Height 5'8" ; Approx. Weight 225

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Daren J Harper
Signature of Server

Subscribed and sworn to before me this 19t day of March, 2010

Brandi F. Ernan #26663
Notary Public       (Commission Expires)

**APS International, Ltd.**