Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
# APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0385

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Drywall
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Darren J. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **March**, 20 **10**, at **5:10** o'clock **P** M

**Place of Service:** at **36276 Sigrid Lane**, in **Slidell, LA 70460**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**La Drywall**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **John Doe (refused to give name)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'10"**; Approx. Weight **300lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **15** day of **March**, 20 **10**

Signature of Server

Notary Public         (Commission Expires)
**BRANDI F. ERMON**
**#2663**

APS International, Ltd.