## CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2010 Plaintiffs' Notice of Compliance with the April 7, 2010 Order Granting Plaintiffs' Motion to Dismiss Certain Defendants, Without Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Amended Class Action Complaint was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

| | |
|---|---|
| Kerry J. Miller, Esquire | Phillip Wittmann, Esquire |
| Frilot LLC | Stone Pigman Walther Wittmann L.L.C. |
| Suite 3700 | 546 Carondelet Street |
| 1100 Poydras Street | New Orleans, LA 70130 |
| New Orleans LA 70130 | *Home Builders and Installers Liaison Counsel* |
| *Defendants' Liaison Counsel* | |

I further certify that service on all domestic defendants on the attached list was made via First Class Mail and via Federal Express upon all foreign defendants with the exception of those defendants listed below who are being served via Registered Mail:

- Taishan Gypsum (Xiangtan) Co., Ltd.;
- Yunnan Taishan Gypsum and Building Material Co., Ltd.;
- Fuxin Taishan Gypsum and Building Material Co., Ltd.;
- Taishan Gypsum (Baotou) Co., Ltd;
- Shaanxi Taishan Gypsum Co., Ltd.; and
- Taishan Gypsum (Chongqing) Co., Ltd.

Dated: April 9, 2010

_____
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| Defendant | Address |
|---|---|
| A & R Hardware Supply, Inc. | 13453 SW 66th Terrace<br>Miami, FL 33183 |
| All Interior Supply, Inc. | W. David Conner, Esquire<br>Moffatt G. McDonald, Esquire<br>P.O. Box 2048<br>Greenville, SC 29602 |
| Banner Supply Co | Jan Douglas Atlas, Esquire<br>Jeffrey A. Backman, Esquire<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd, Ste. 1700<br>Ft. Lauderdale, FL 33301-4217 |
| Bedrock Building Materials, LLC | Michael D. Hung, T.A.<br>J. Alan Harrell, Esquire<br>Phleps Dunbar, LLP<br>II City Plaza<br>400 Convention Street, Ste. 1100<br>Baton Rouge, LA 70802<br><br>and<br><br>Thomas V. Loran, III, Esquire<br>Pillsbury Winthrop Shaw Pittman, LLP<br>50 Fremont Street, Fifth Floor<br>San Francisco, CA 94105 |
| Beijing New Building Materials Public Limited Company (BNBM) | Wang Bing (contact person)<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) | Song Zhiping (contact person)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |

| Defendant | Address |
|---|---|
| Black Bear Gypsum Supply, Inc., and Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials | **Black Bear:**<br>Edward J. Briscoe, Esquire<br>Elizabeth J. Ferry, Esquire<br>Fowler White Burnett, PA<br>Espirito Santo Plaza, 14th Floor<br>1395 Brickell Avenue<br>Miami, FL 33131<br><br>**Smoky Mountain:**<br><br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Builders Gypsum Supply, L.L.P | Harry J. "Skip" Phillips, Esquire<br>Margaret L. Tooke, Esquire<br>Amy C. Lambert, Esquire<br>John M. Parker, Jr., Esquire<br>Taylor, Porter, Brooks & Phillips, LLP<br>451 Florida Street, 8th Floor<br>PO Box 2471<br>Baton Rouge, LA 70821 |
| Builders Gypsum Supply Co., Inc. | Harry J. "Skip" Phillips, Esquire<br>Margaret L. Tooke, Esquire<br>Amy C. Lambert, Esquire<br>John M. Parker, Jr., Esquire<br>Taylor, Porter, Brooks & Phillips, LLP<br>451 Florida Street, 8th Floor<br>PO Box 2471<br>Baton Rouge, LA 70821 |
| Changzhou Yinhe Wood Industry Co., Ltd. | Qianfeng Industrial Park<br>Henglin Town<br>Changzhou, Jiangsu, China<br>213 103 |
| China National Building Materials Co., Ltd. (CNBM) | Song Zhiping (contact person)<br>17th Floor<br>Zhong Guo Jlan Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |

| Defendant | Address |
|---|---|
| China National Building Material Group Corporation (CNBM Group) | Song Zhiping (contact person)<br>17th Floor<br>Zhong Guo Jian Cai Da Sha<br>San Li He Road #11<br>Haidian District<br>Beijing City, PR.China 100037 |
| CNBM USA Corp | J. Jeffrey Patton, Esquire<br>Daniel L. Stanner, Esquire<br>TABET DIVITO & ROTHSTEIN LLC<br>The Rookery Building<br>209 South LaSalle Street, 7th Floor<br>Chicago, IL 60604<br><br>and<br><br>Quentin F. Urquhart, Jr., Esquire<br>John W. Sinnott, Esquire<br>400 Poydras Street, Ste. 2700<br>New Orleans, LA 70130 |
| Davis Construction Supply, LLC | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |
| Devon International Group, Inc. | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731<br>Lake Charles, LA 70602 |
| Elite Supply Corporation | 16 W. Main Street<br>Christiana, DE 19702 |
| Fuxin Taishan Gypsum And Building Material Co., Ltd. | Pingxi Industrial Park North<br>Haizhou District<br>Fuxin<br>Liaoning<br>123000 |

| Defendant | Address |
|---|---|
| Georgia Pacific, LLC | Andrew C. Baak, Esquire<br>Martha M. Pacold, Esquire<br>Bartlit Beck Herman Palenchar & Scott LLP<br>54 West Hubbard Street, Ste. 300<br>Chicago, IL 60654<br><br>and<br><br>William F. Hamilton, Esquire<br>Holland & Knight LLP<br>100 N. Tampa St., Ste. 4100<br>Tampa, FL 33602 |
| Great Western Building Materials | Foster P. Nash, III, Esquire<br>Laura M. Mayes, Esquire<br>2600 Texaco Center<br>400 Poydras Street<br>New Orleans, LA 70130 |
| Guangdong Knauf New Building Products Co., Ltd. | No. 2 Xinsha Development Zone<br>Machong Country<br>RC-523147, Guangdong<br>China |
| Hubei Taishan Building Material Co., Ltd. | Jingmen Gao Xin Ji Shu Chan Ye Kai Fa Qu (Jingmen New and High Technology Industrial Development Zone), Jingmen City, Hubei, China, 450000 |
| I.B.S.A., Inc. Independent Builders Supply Association, Inc. | Gary F. Baumann<br>Flumer, LeRoy, Albee, Baumann & Glass, P.L.<br>2866 East Oakland Park Blvd.<br>Ft. Lauderdale, FL 33306 |

| Defendant | Address |
|---|---|
| Interior/Exterior Building Supply, LP | Richard G. Duplantier, Jr., Esquire<br>Lambert J. Hassinger, Jr., Esquire<br>Galloway, Johnson, Tompkins, Burr & Smith<br>701 Poydras Street<br>Suite 4040 One Shell Square<br>New Orleans, LA 70139 |
| Interior/Exterior Enterprises, LLC | Richard G. Duplantier, Jr., Esquire<br>Lambert J. Hassinger, Jr., Esquire<br>Galloway, Johnson, Tompkins, Burr & Smith<br>701 Poydras Street<br>Suite 4040 One Shell Square<br>New Orleans, LA 70139 |
| International Materials Trading, Incorporated | 204 W. Spear Street<br>Carson City, NV 89703 |
| J.W. Allen & Company Incorporated | J. Dwight LeBlank, Jr., Esquire<br>Chaffe McCall, LLP<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163 |
| Jinan Run & Fly New Materials Co., Ltd. | 3-201, Ruyibei BLD.<br>Hualong Road<br>Jinan, Shandong China<br>250100 |
| King Shing Steel Enterprises Co., Ltd. | No. 21 Sec. 1, Baoan Road<br>Baoan Tsuen Ren Der Shiang<br>Tainan Shian, Taiwan |
| Knauf AMF GMBH& Co. KG | Elsenthal 15<br>Grafenau German 94481 |
| Knauf DO Brasil, Ltd. | Praça Floriano 19 sala 3101 - Centro<br>Cep: 20031-050 Rio de Janeiro / RJ |
| Knauf GIPS KG | Am Bahnhof 7<br>D-97343<br>Ibhofen, Germany |

| Defendant | Address |
|---|---|
| Knauf Gypsum Indonesia | The Landmark Centre Tower A 19th Floor<br>Jl. Jendral Sudirman No. 1<br>Setiabudi, Jakarta Selatan<br>INDONESIA<br>12910 |
| Knauf Insulation GMBH a/k/a Knauf USA | One Knauf Drive<br>Shelbyville, Indiana 46176 |
| Knauf Plasterboard (Tianjin) Co. Ltd. | North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd. | No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241000 China |
| Knauf Plasterboard Dongguan Co., Ltd. | Ma'er Xinsha Development Zone<br>Mayong County<br>Dongguan City<br>Guangdong, 523147<br>P.R. China |
| L & W Supply Corporation d/b/a Seacoast Supply | W. David Conner, Esquire<br>Moffatt G. McDonald, Esquire<br>P.O. Box 2048<br>Greenville, SC 29602 |
| La Suprema Enterprise, Inc. | Eduardo I. Rasco, Esquire<br>Steve Bimston, Esquire<br>Rosenthal Rosenthal Rasco Kaplan, LLC<br>One Aventura, Ste. 600<br>20900 NE 30th Avenue<br>Avenutra, FL 33180 |
| La Suprema Trading, Inc. | Eduardo I. Rasco, Esquire<br>Steve Bimston, Esquire<br>Rosenthal Rosenthal Rasco Kaplan, LLC<br>One Aventura, Ste. 600<br>20900 NE 30th Avenue<br>Avenutra, FL 33180 |

| Defendant | Address |
|---|---|
| Marathon Construction Materials Inc. | The Corporation<br>388 Second Avenue<br>New York, NY 10010 |
| Maurice Pincoffs Company, Inc. | Patrick H. Patrick, Esquire<br>Pierre V. Miller, II<br>Patrick Miller LLC<br>Suite 1680, Texaco Center<br>400 Poydras Street<br>New Orleans, LA 70130 |
| Mazer's Discount Home Centers Inc. | John F. Olinde, Esquire<br>Gregory J. Walsh, Esquire<br>Chaffe McCall, LLP<br>2300 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163<br><br>and<br><br>Larry S. Logsdon<br>Wallace, Jordan, Ratliff & Brandt, L.L.C.<br>Post Office Box 530910<br>Birmingham, Alabama 35253 |
| Metro Resources Corp. | The Corporate Place, Inc.<br>601 East Charleston Blvd.<br>Suite 100<br>Las Vegas, NV 89104 |
| Nanhai Silk Imp. & Exp. Corporation | Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 |
| North Pacific Lumber Co. | C T Corporation System<br>118 North Congress Street<br>Jackson, MS 39205 |
| Oriental Merchandise Company, Inc. f/k/a Oriental Trading Company, Inc | 1406 Selbydon Way<br>Winter Garden, FL 34787 |

| Defendant | Address |
|---|---|
| Phoenix Imports Co., LTD | 660 Hembree PKWY<br>Suite 110<br>Roswell, GA 30076 |
| Pingyi Baier Building Materials Co., Ltd. | Baier Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273300 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd (Chexiang) | Dongyang Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong, China 273300<br>Contact: Mr. WANG, Kaixue<br>Tel:    0539-4181801 |
| Qingdao Yilie International Trade Co., Ltd | Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China 266071 |
| Qinhuangdao Taishan Building Material Co., Ltd | Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 |
| Quiet Solutions Inc. | 708 Wheaton Court<br>Allen, TX 75013 |
| Rightway Drywall | S. Greg Burge, Esquire<br>BURR & FORMAN LLP<br>420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35203 |
| Rothchilt International, Ltd. | N–510 Chia Hsn Bld<br>Annex 96 Chung Shan N. Rd.<br>Sec. 2<br>Taipei, Taiwan R.O.C. |

| Defendant | Address |
|---|---|
| Shaanxi Taishan Gypsum Co., Ltd. | Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City<br>Shaanxi<br>714000 |
| Shandong Oriental International Trading Co., Ltd. | 17 - 21/F Shandong International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 |
| Shandong Yifang Gypsum Industry Co., Ltd. | Industry Park of Taierzhuang, Zaozhuang City, Shandong<br>China 250000 |
| Shanghai East Best Arts & Crafts Co., Ltd. | 273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd | 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010 |
| SIIC Shanghai International Trade (Group) Co., Ltd. | 30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 |
| Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd | Dabancheng Village<br>Dabancheng Township<br>Dabancheng District<br>Urumchi<br>Xinjiang Uygur<br>Autonomous Region<br>830000 |
| Steeler, Inc. | Steven W. Copley, T.A.,<br>Dana Dupre, Esquire<br>Godon, Arata, McCollam,<br>Duplantis & Eagan, LLP<br>201 St. Charles Avenue, 40th Floor<br>New Orleans, LA 70170 |

| Defendant | Address |
|---|---|
| Stock Building Supply, Inc | A. Todd Brown<br>Bank of America Plaza<br>101 South Tryon Street, Ste. 3500<br>Charlotte, NC 28280 |
| Stock Building Supply, LLC | A. Todd Brown<br>Bank of America Plaza<br>101 South Tryon Street, Ste. 3500<br>Charlotte, NC 28280 |
| Sunrise Building Materials Ltd. | Unit 7, 55 Nugget Ave.<br>Scarborough, Toronto, ON<br>Canada, M1S 3L1 |
| Tai'an Jindun Building Material Co., Ltd. | Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Tai'an Kangyijia Building Materials Co., Ltd. | Shigao Industrial Park<br>Dawenkou, Tai'an City<br>Shandong, China<br>271000 |
| Tai'an Taishan Gypsum Board Co., Ltd. | Houzhou Village<br>Dawenkou<br>Daiyue District<br>Tai'an<br>271000 |
| Taian Taishan Plasterboard Co., Ltd. | Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |
| Taishan Gypsum (Baotou) Co., Ltd. | No. 7 Goumen Township<br>Tuyouqi<br>Baotou<br>Inner Mongolia Autonomous Region<br>014100 |

| Defendant | Address |
|---|---|
| Taishan Gypsum (Chongqing) Co., Ltd. | Louhang Industrial Zone (Lou Huang Gon Ye Yuan) Part A (A Qu); Jiangjin, Chongqing, P.R. China 402283 |
| Taishan Gypsum (Henan) Co., Ltd. | Shouyang Industrial Park<br>Beihuan Road North<br>Yanshi<br>Henan<br>471900 |
| Taishan Gypsum (Hengshui) Co., Ltd. | Renmin West Road (Hengfeng Power Plant Ecology Industrial Park)<br>Hengshui City<br>253000 |
| Taishan Gypsum (Jiangyin) Co., Ltd. | Shengang Industrial Park<br>Jiangyin Economic and Technological Development Zone<br>Jiangsu<br>214443 |
| Taishan Gypsum (Pingshan) Co., Ltd. | Dianchang Road<br>Pingshan Township<br>Pingshan County<br>Hong Kong |
| Taishan Gypsum (Pizhou) Co., Ltd. | Yunhe Bridge West<br>Xulian Road<br>Pizhou City<br>Jiangsu<br>212000 |
| Taishan Gypsum (Tongling) Co., Ltd. | Jinqiao Industrial Park<br>Tongling Anhui<br>244000 |
| Taishan Gypsum (Wenzhou) Co., Ltd. | Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |

| Defendant | Address |
|---|---|
| Taishan Gypsum (Xiangtan) Co., Ltd. | Industrial Park<br>Guoqiang Village<br>Shuangma Township<br>Yuetang District<br>Xiangtan<br>Hunan<br>411102 |
| Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd. | Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taishan Gypsum Co., Ltd. Lucheng Branch | Ganlin Road No. 3<br>Lucheng, Shaanxi<br>325088 |
| The China Corporation, LTD | Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong SAR |
| Tianjin Tianbao Century Development Co., Ltd. | 3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, China 300461 |
| TMO Global Logistics, LLC | Donald C. Brown, Esquire<br>Woodley, Williams Law Firm, LLC<br>PO Box 3731 Lake Charles, LA 70602-3731 |
| Tobin Trading Inc. | 5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| Tov Trading Inc. | Tov Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |

| Defendant | Address |
|---|---|
| Triorient Trading, Inc. | 281 Tressor Blvd.<br>Suite 1505<br>Stamford, CT 06901 |
| USG Corporation | W. David Conner, Esquire<br>Moffatt G. McDonald, Esquire<br>P.O. Box 2048<br>Greenville, SC 29602 |
| Venture Supply, Inc. | Brett M. Bollinger, Esquire<br>Mark W. Verret, Esquire<br>Jeffrey S. Valliere, Esquire<br>Allen & Gooch<br>3900 North Causeway Blvd.<br>One Lakeway, Ste. 1450<br>Metairie, LA 70002 |
| Weifang Aotai Gypsum Co., Ltd. | Anqiu Economic Development Zone North Weifang<br>262100 |
| Wide Strategy Limited | Room 203<br>No. 7-19 Tiyudoncheng Street<br>East Tiyu Road<br>Tianhe, Guangzhou, China<br>510635 |
| Yunnan Taishan Gypsum And Building Material Co., Ltd. | Sanjia Village<br>Liujiezhen Factory<br>Yimen County<br>Yunan<br>651107 |