UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION : L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

**This Document Relates to *Blue, et al. v. Auto Club Family Insurance Company*, Case No. 2:10-cv-792**

## MOTION FOR LEAVE TO FILE AMENDED PETITION FOR REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Auto Club Family Insurance Company ("ACFIC"), who hereby moves for an Order granting ACFIC leave to file the Amended Petition for Removal submitted simultaneously herewith for the reasons set forth in the attached Memorandum in Support of Motion for Leave to File Amended Petition for Removal.

Undersigned counsel certifies that he has contacted Plaintiffs' counsel, and Plaintiffs' counsel does not object to this Motion.

1

Respectfully submitted,

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the ___9th___ day of ___April___ 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**