UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
:
: SECTION : L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**This Document Relates to *Blue, et al. v. Auto Club Family Insurance Company*, Case No. 2:10-cv-792**

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE AMENDED PETITION FOR REMOVAL

On March 4, 2010, ACFIC filed a Petition for Removal in this matter, removing the Petition that was filed in Civil District Court for the Parish of Orleans, State of Louisiana, by the Plaintiffs, John B. Blue and Rachelle R. Blue, on January 6, 2010.

Paragraph 7 of the Petition for Removal states:

> The Plaintiffs' Petition itself does not disclose the amount of damages sought by Plaintiffs. However, on February 24, 2009, in response to ACFIC's First Set of Requests for Admissions, Interrogatories and Requests for Production of Documents, Plaintiffs admitted that the damages Plaintiffs seek to recover from ACFIC exceeds $75,000 and produced documentation to support the conclusion that the amount in controversy exceeds $75,000, exclusive of interests and costs.

In actuality, the Plaintiffs' Responses to ACFIC's First Set of Requests for Admissions, Interrogatories and Requests for Production for Documents were served on counsel for ACFIC

1

on February 24, *2010* – not February 24, *2009*. Although it is true that the Plaintiffs' discovery responses themselves (attached as Exhibit "2" to the Petition for Removal) reflect the date of February 24, *2009* on the Certificate of Service, this is obviously a clerical error. Again, as noted above, the *Blue* Petition was not filed in Civil District Court until January 6, 2010. Also, as further proof of the correct date of service of the Plaintiffs' discovery responses, attached hereto is Exhibit "A" is a copy of the February 24, *2010* e-mail transmittal, whereby Plaintiffs' counsel first forwarded to undersigned counsel the Plaintiffs' discovery responses. The Plaintiffs' discovery responses establish that the amount of damages in controversy in this matter exceed $75,000, exclusive of interest and costs, and of course is the "other paper" under 28 U.S.C. § 1446(b) that permitted ACFIC to remove this case; the original *Blue* Petition does not disclose the amount of damages in controversy. Thus, the filing of the Petition for Removal on March 4, 2010, are less than 30 days after February 24, 2010, were timely.

Accordingly, the original Petition for Removal should be amended to reflect the correct date on which the Plaintiffs' discovery responses were received.

Respectfully submitted,

**CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.**

By: _____
**THOMAS M. RICHARD (#2069)**
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the ___9th___ day of ___April___ 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

_____
**THOMAS M. RICHARD**