

**CDW - John Blue, et al v. Auto Club Family Insurance Company - Discovery Responses**

Amy Guidry  to: trichard     02/24/2010 03:20 PM
Cc: "Cayce Peterson", gerry, "Linda Nelson", "Hugh P. Lambert", "Jennifer Minden"

Mr. Richard:

Attached hereto please find Plaintiff's Responses to Admission, Requests for Production of Documents, and Interrogatories. A hard copy is being sent to your office via Federal Express.

Thank you,
Amy

AMY D. GUIDRY
Paralegal
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, Louisiana 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
amy@lambertandnelson.com

LAMBERT & NELSON, PLC
CONFIDENTIALITY NOTICE: INFORMATION IN THIS MESSAGE IS INTENDED ONLY FOR THE PERSONAL AND CONFIDENTIAL USE OF THE RECIPIENT(S) NAMED ABOVE This message is sent by or on behalf of a lawyer at the law firm listed above, and is intended only for the use of the individual or entity to whom it is addressed. This message contains information and/or attachments that are privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or is not the employee or agent responsible for delivering this message to the intended recipient, please do not read, copy, use or disclose this communication to others. Please notify us immediately at 504-581-1750 if you receive this message in error, and immediately delete this message and all of its attachments. Thank you.

 
Answers to ADM.RPD.INT.pdf    Letter with Discovery responses 2.24.10.pdf


EXHIBIT A