UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047   SECTION :  L   JUDGE FALLON  MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**This Document Relates to** *Blue, et al. v. Auto Club Family Insurance Company*, **Case No. 2:10-cv-792**

**ORDER**

**CONSIDERING THE FOREGOING** Motion for Leave to File Amended Petition for Removal;

**IT IS ORDERED** that Auto Club Family Insurance Company be and is hereby **GRANTED** leave of Court to file its Amended Petition for Removal.

New Orleans, Louisiana, this _____ day of April, 2010.

_____
JUDGE

1