**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | **MDL No. 2047** |
| LITIGATION | * | |
| | * | |
| | * | **SECTON "L"** |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| Sean and Beth Payton, et al | * | **JUDGE FALLON** |
| | * | |
| vs. | * | |
| | * | **MAG. JUDGE WILKINSON** |
| Knauf Gips, KG, et al | * | |
| | * | |
| Case No. 2:09-cv-07628-EEF-JCW | * | |

**************************************

**EXCEL CONSTRUCTION OF S.W. FLORIDA, INC.'S
ANSWER, AFFIRMATIVE DEFENSES, RULE 12 DEFENSES TO
PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT
AND DEMAND FOR JURY TRIAL**

NOW INTO COURT, through undersigned counsel, comes **Excel Construction of S.W. Florida, Inc. ("Excel Construction")**, sought to be made defendant herein, which files the following Answer, Affirmative Defenses, Rule 12 Defenses and Demand for Jury Trial in response to Plaintiffs' "Omnibus Class Action Complaint (I)" ("Complaint").

a.  The allegations in the first, unnumbered Paragraph in Plaintiffs' Complaint are not directed at Excel Construction and require no response from Excel Construction.  In the event a response is required, Excel Construction denies that it is liable for damages incurred by Plaintiffs and denies the remaining allegations in this first, unnumbered Paragraph for lack of information sufficient to form a belief as to the truth of the allegations.

**JURISDICTION, PARTIES, AND VENUE**

1.  The allegations in Paragraph 1 assert legal conclusions to which no response is required.  To the extent a response is require, Excel Construction states that it is a Florida

corporation with its principle place of business in Florida.  Excel Construction denies the remaining allegations in Paragraph 1 because Plaintiffs are entitled to no recovery from Excel Construction.

2.      The allegations in Paragraph 2 assert legal conclusions to which no response is required.  To the extent a response is required, Excel Construction denies the allegations in Paragraph 2 for lack of information sufficient to form a belief as to the truth of the allegations.

3.      The allegations in Paragraph 3 assert legal conclusions to which no response is required.  To the extent that a response is required, Excel Construction denies the allegations in Paragraph 3 for lack of information sufficient to form a belief as to the truth of the allegations, but Excel Construction acknowledges that venue in this district for coordinated or consolidated pretrial proceedings is consistent with the Transfer Order of the Judicial Panel on Multidistrict Litigation (JPML).  *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 629 F.Supp.2d 1346 (J.P.M.L. Jun. 15, 2009).

## **PLAINTIFFS**

4.      The allegations in Paragraph 4 are not directed at Excel Construction and require no response from Excel Construction.  In the event a response is required, Excel Construction denies the allegations in paragraph 4 for lack of information sufficient to form a belief as to the truth of the allegations.

5-2072.  The allegations in Paragraphs 5-2072 are not directed at Excel Construction and require no response from Excel Construction.  In the event a response is required, Excel Construction denies the allegations in Paragraphs 5-2072 for lack of information sufficient to form a belief as to the truth of the allegations.

**DEFENDANTS**

2073-2609.  In response to the allegations in Paragraphs 2073-2609, Excel Construction admits that it is a Florida corporation with its principle place of business in Florida.  Excel Construction denies that it has engaged in practices which resulted in harm and damage to Plaintiffs or any proposes class or subclass members.  The remaining allegations in paragraphs 2073-2609 are not directed at Excel Construction and require no response from Excel Construction.  In the event a response is required, Excel Construction denies the remaining allegations in paragraphs 2073-2609 for lack of information sufficient to form a belief as to the truth of the allegations.

**FACTS REGARDING PRODUCT DEFECT**

2610-2620.  Excel Construction denies the allegations in Paragraphs 2610-2620 to the extent that they are directed to Excel Construction.  The remaining allegations in Paragraphs 2610-2620 are not directed at Excel Construction and require no response from Excel Construction

**CLASS ACTION ALLEGATIONS**

2621.        A response to Paragraph 2621 is not required of Excel Construction.

2622-2623.  A response to Paragraphs 2622-2623 is not required by Excel Construction.

2624-2625.  A response to Paragraphs 2624-2625 is not required by Excel Construction.

2626-2627.  Excel Construction denies the allegations in Paragraphs 2626-2627 for lack of information sufficient to form a belief as to the truth of the allegations.

2628-2629.  A response to Paragraphs 2628-2629 is not required by Excel Construction.

2630-2631.   A response to Paragraphs 2630-2631 is not required by Excel Construction. To the extent that a response is required, Excel Construction denies the allegations in Paragraphs 2630-2631 for lack of information sufficient to form a belief as to the truth of the allegations.

2632-2634.   Denied.

2635.   Excel Construction denies the allegations in Paragraph 2635 for lack of information sufficient to form a belief as to the truth of the allegations.

2636-2639.   Denied.

### COUNT I – NEGLIGENCE

2640.   In response to Paragraph 2640, Excel Construction restates its responses to the preceding paragraphs.

2641.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2642.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2643.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2644.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2645.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2646.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2647.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT II – NEGLIGENCE PER SE

2648.   In response to Paragraph 2648, Excel Construction restates its responses to the preceding paragraphs.

2649.   This Paragraph is vague and ambiguous because it does not identify any applicable statutes and therefore requires no responses by Excel Construction.   Furthermore, this Paragraph asserts legal conclusions requiring no response by Excel Construction.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are

denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2650.  This Paragraph is vague and ambiguous because it does not identify any applicable statutes and therefore requires no responses by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2651.  This Paragraph is vague and ambiguous because it does not identify any applicable statutes and therefore requires no responses by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2652.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2653.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2654.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other

defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT III – STRICT LIABILITY

2655.   In response to Paragraph 2655, Excel Construction restates its responses to the preceding paragraphs.

2656.   This Paragraph is vague and ambiguous, including in its use of the phrase "at all times relevant hereto," and requires no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2657.   This Paragraph is vague and ambiguous and therefore requires no response.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2658.    To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2659.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2660.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2661.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2662.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2663.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2664.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this Paragraph is directed at other

defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2665.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2666.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2667.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2668.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2669.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2670.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2671.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2672.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT IV – BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES

2673.   In response to Paragraph 2673, Excel Construction restates its responses to the preceding paragraphs.

2674.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other

defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2675. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2676. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2677. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2678. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2679. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2680.  This Paragraph asserts legal conclusions requiring no response by Excel Construction.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT V – BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203

2681-2692.  The allegations in Paragraphs 2681-2692 are directed at builders of Florida condominiums and require no response from Excel Construction.  To the extent that these Paragraphs are directed at Excel Construction and require a response, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that these Paragraphs are directed at other defendants, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT VI – BREACH OF THE IMPLIED WARRANTY OF HABITABILITY

2693.  In response to Paragraph 2693, Excel Construction restates its responses to the preceding paragraphs.

2694.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2695.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel

Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2696.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2697.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2698.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2699.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT VII – BREACH OF CONTRACT

2700.   In response to Paragraph 2700, Excel Construction restates its responses to the preceding paragraphs.

2701.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2702.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2703.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT VIII – VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT

2704-2710.  The allegations in Paragraphs 2704-2710 are directed at "Louisiana Builders Only" and require no response from Excel Construction.  To the extent that these Paragraphs are directed at Excel Construction and require a response, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that these Paragraphs are directed at other defendants, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT IX – REDHIBITION

2711-2720.  The allegations in Paragraphs 2711-2720 are brought "by Louisiana Plaintiffs" and require no response from Excel Construction.  To the extent that these Paragraphs are directed at Excel Construction and require a response, their allegations are denied for lack of

information sufficient to form a belief as to the truth of the allegations.  To the extent that these Paragraphs are directed at other defendants, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT X – LOUISIANA PRODUCTS LIABILITY ACT

2721-2734.  The allegations in Paragraphs 2721-2734 are "Pleaded in the Alternative Against Distributor Defendants" by Louisiana Plaintiffs and require no response from Excel Construction.  To the extent that these Paragraphs are directed at Excel Construction and require a response, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.  To the extent that these Paragraphs are directed at other defendants, their allegations are denied for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT XI – PRIVATE NUISANCE

2735.  In response to Paragraph 2735, Excel Construction restates its responses to the preceding paragraphs.

2736. To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2737.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2738.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2739.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2740.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2741.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT XII – NEGLIGENCE DISCHARGE OF A CORROSIVE SUBSTANCE

2742.   In response to Paragraph 2742, Excel Construction restates its responses to the preceding paragraphs.

2743.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2744.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2745.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2746.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2747.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2748.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT XIII – UNJUST ENRICHMENT

2749.   In response to Paragraph 2749, Excel Construction restates its responses to the preceding paragraphs.

2750.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2751.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2752.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

## COUNT XIV – VIOLATION OF CONSUMER PROTECTION ACTS

2753.   In response to Paragraph 2753, Excel Construction restates its responses to the preceding paragraphs.

2754.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2755.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other

defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2756.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2757.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

**COUNT XV – EQUITABLE AND INJUNCTIVE RELIEF**

**AND MEDICAL MONITORING**

2758.   In response to Paragraph 2758, Excel Construction restates its responses to the preceding paragraphs.

2759.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2760.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2761.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2762.   This Paragraph asserts legal conclusions requiring no response by Excel Construction.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this Paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2763.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2764.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2765.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2766.   To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.   To the extent that this paragraph is directed at other

defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2767.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2768.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2769.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

2770.  To the extent that this Paragraph is directed at Excel Construction and requires a response, its allegations are denied.  To the extent that this paragraph is directed at other defendants, Excel Construction denies for lack of information sufficient to form a belief as to the truth of the allegations.

**EXCEL CONSTRUCTION'S JURY DEMAND**

Excel Construction also hereby demands a trial by jury.

**EXCEL CONSTRUCTION'S AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

The Complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

This case cannot proceed as a class action under Fed. R. Civ. Pro. 23(a) because the class is not so numerous that joinder of all members is impracticable, there are not questions of law or fact common to the class, the claims or defenses of the proposed representatives are not typical of the claims or defenses of the class, and/or the representative parties will not fairly and adequately protect the interests of any proposed class.  Additionally, Plaintiffs do not meet any of the requirements of Fed. R. Civ. Pro. 23(b) because it would be appropriate for any prospective class members to prosecute separate actions, Excel Construction did not act or refuse to act on grounds that apply generally to the class such that injunctive or declaratory relief is appropriate, and any questions of law or fact common to the proposed class members do not predominate over questions affecting only individual members and a class action is not superior to other methods of adjudicating claims.

## THIRD AFFIRMATIVE DEFENSE

Excel Construction is not subject to, nor has it submitted to, the personal jurisdiction of this Court, and the Eastern District of Louisiana is an improper venue for proceedings against Excel Construction pursuant to Fed. R. Civ. Pro. 12(b)(2) and (3).

## FOURTH AFFIRMATIVE DEFENSE

To the extent that some or all of the Plaintiffs seek application of a state's law other than the state law that governs pursuant to an appropriate choice-of-law analysis, such claims are barred by the Supremacy Clause of the United States Constitution as violative of the Due Process and Full Faith and Credit Clauses.

### FIFTH AFFIRMATIVE DEFENSE

The Complaint fails to join a party under Rule 19 including without limitation the manufacturer(s), supplier(s), installer(s), and/or importer(s) of drywall.

### SIXTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count I of Plaintiffs' Complaint fails to state a cause of action Against Excel Construction and fails to state sufficient facts upon which relief may be granted.

### SEVENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count II of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

### EIGHTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count III of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

### NINTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count IV of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

### TENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count V of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## ELEVENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count VI of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## TWELFTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count VII of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## THIRTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count VIII of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## FOURTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count IX of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## FIFTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count X of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## SIXTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count XI of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## SEVENTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count XII of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## EIGHTEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count XIII of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## NINETEENTH AFFIRMATIVE DEFENSE

As to Excel Construction, Count XIV of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted, including but not limited to plaintiffs' failure to identify Excel Construction's allegedly deceptive act or unfair practice.

## TWENTIETH AFFIRMATIVE DEFENSE

As to Excel Construction, Count XV of Plaintiffs' Complaint fails to state a cause of action against Excel Construction and fails to state sufficient facts upon which relief may be granted.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim under the law for strict liability.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim under the law for attorney fees or penalties.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim under the Alabama Deceptive Trade Practices Act and/or the Florida Deceptive and Unfair Trade Practices Act.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Excel Construction did not know nor could have known of any alleged defect.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Excel Construction did not have reasonable or adequate notice of a claim.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Excel Construction complied with all warranties, whether implied or express.

## TWENTY-SEVENTH AFFIRMATIVE DEFENSE

Excel Construction owed no duty to the plaintiffs.

## TWENTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred, in whole or in part, under the applicable law of prescription, laches, estoppel, waiver, applicable statutes of limitation, and applicable statutes of repose, including but not limited to the limitations for claims brought under the Florida Deceptive and Unfair Trade Practices Act, Fla. Stat. § 95.11(3)(f), and/or the Alabama Deceptive Trade Practices Act, Ala. Code 1975 § 8-19-14.

## TWENTY-NINTH AFFIRMATIVE DEFENSE

Excel Construction denies liability on the basis of contributory/comparative negligence to the extent that Plaintiffs' damages, if any, were the result of acts or omissions of the Plaintiffs or of other parties, named or unnamed in this action, for which Excel Construction bears no control or responsibility.

## THIRTIETH AFFIRMATIVE DEFENSE

Plaintiffs damages, if any, were caused by sources other than Chinese-manufactured drywall.

## THIRTY-FIRST AFFIRMATIVE DEFENSE

Plaintiffs' claims against Excel Construction are premature and must be stayed pursuant to F.S. 558.003 insofar as Plaintiffs did not serve written notice on Excel Construction individually pursuant to Chapter 558, Florida Statutes, governing construction defects.

## THIRTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs fail to plead actual damages but have merely asserted speculative claims or possible losses.

## THIRTY-THIRD AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action for their economic damages, if any, not rooted in contract or governmental mandate.

## THIRTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs lack the requisite consideration and/or privity of contract with Excel Construction to assert contract and/or express/implied warranty claims, including but not limited to claims under implied warranties of habitability.  Alternatively, plaintiffs claims are barred to the extent that they noticed outside the warranties' terms.

## THIRTY-FIFTH AFFIRMATIVE DEFENSE

To the extent that contractual privity exists between Plaintiffs and Excel Construction, which is denied, there have been material breaches of the terms and conditions of such contracts and Plaintiffs are entitled to no relief thereon.

## THIRTY-SIXTH AFFIRMATIVE DEFENSE

Plaintiffs assumed the risk of all damages, if any, of which they now complain.

## THIRTY-SEVENTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Excel Construction under the Florida Deceptive and Unfair Trade Practices Act are waived by the doctrine of assumption of the risk.  Alternatively, to the extent that contractual privity exists between Plaintiffs and Excel Construction, which is denied, Plaintiffs waived by contract any claims under the Florida Deceptive and Unfair Trade Practices Act.  Furthermore, Excel Construction did not knowingly commit any act or knowingly engage in any activity which constitutes a violation of the Florida Deceptive and Unfair Trade Practices Act.  Excel Construction expressly reserves its right to assert all defenses available under F.S. § 501.201, *et seq*.

## THIRTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' claims against Excel Construction under the Alabama Deceptive Trade Practices Act are waived by the doctrine of assumption of the risk.  Alternatively, to the extent that contractual privity exists between Plaintiffs and Excel Construction, which is denied, Plaintiffs waived by contract any claims under the Alabama Deceptive Trade Practices Act.  Furthermore, Excel Construction did not knowingly commit any act or knowingly engage in any activity which constitutes a violation of the Alabama Deceptive Trade Practices Act.  Excel Construction expressly reserves its right to assert all defenses available under Ala. Code 1975 § 8-19-1, *et seq*.

## THIRTY-NINTH AFFIRMATIVE DEFENSE

Any alleged conduct or omission by Excel Construction was not the cause in fact or proximate cause of any injury alleged by Plaintiffs.

## FORTIETH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by their failure to mitigate damages. Alternatively, Plaintiffs' recovery must be reduced by those damages, if any, that the Plaintiffs failed to mitigate.

## FORTY-FIRST AFFIRMATIVE DEFENSE

Excel Construction complied with all local, municipal, state, federal, and international building codes, including but not limited to the International Building Code (IBC).

## FORTY-SECOND AFFIRMATIVE DEFENSE

At all pertinent times, Excel Construction followed manufacturers' design/installation specifications, which bars Plaintiffs' recovery.

## FORTY-THIRD AFFIRMATIVE DEFENSE

Excel Construction performed all services in a workman-like manner for which Excel Construction was paid a proper and adequate sum.

## FORTY-FOURTH AFFIRMATIVE DEFENSE

Plaintiffs are not entitled to injunctive relief in that they fail to assert evidence of irreparable harm.

## FORTY-FIFTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which exemplary or punitive damages may be awarded.

## FORTY-SIXTH AFFIRMATIVE DEFENSE

Excel Construction asserts herein all constitutional defenses to an award of punitive damages, including but not limited to those set forth within:

    (a)          Article I, Sections 1, 6, 11, 13, 15, and 22 of the Constitution of the State of Alabama, separately and severally;

    (b)          Article I, Sections 9, 10, and 17 of the Constitution of the State of Florida, separately and severally;

    (c)          Article I, Section 8 of and the Fifth, Fourteenth, and Eighth Amendments to United States Constitution, separately and severally; and

    (d)          Similar provisions under the constitutions of the United States, Alabama, Florida, or other states.

## FORTY-SEVENTH AFFIRMATIVE DEFENSE

Excel Construction pleads all rights and defenses to Plaintiffs' prayer for punitive damages, including but not limited to those found under Fla. Stat. § 768.72, *et seq*., and Ala. Code 1975 § 6-11-20, *et seq*.

## FORTY-EIGHTH AFFIRMATIVE DEFENSE

Plaintiffs' medical monitoring claims are barred, in whole or in part, because there is no independent cause of action for medical monitoring and Plaintiffs must first prove some other tort to seek damages which constitute medical monitoring.

## FORTY-NINTH AFFIRMATIVE DEFENSE

Plaintiffs' medical monitoring claims are barred, in whole or in part, because Plaintiffs have not alleged and cannot prove all of the required elements.

## FIFTIETH AFFIRMATIVE DEFENSE

Plaintiffs' medical monitoring claims are barred, in whole or in part, because the medical monitoring sought by Plaintiffs is not directly related to a manifest or current physical or mental injury or disease caused by exposure.

### FIFTY-FIRST AFFIRMATIVE DEFENSE

Excel Construction incorporates herein by reference, as if pleaded *in extensio*, each and every affirmative defense pleaded by similarly-situated Defendants.

### FIFTY-SECOND AFFIRMATIVE DEFENSE

Plaintiffs' Complaint is couched in conclusory terms and Excel Construction cannot fully anticipate all affirmative defenses that may be applicable to this action. Accordingly, Excel Construction specifically reserves the right to assert additional affirmative defenses, if and to the extent such affirmative defenses are applicable.

### FIFTY-THIRD AFFIRMATIVE DEFENSE

Excel Construction reserves the right to supplement and to amends its answer, if necessary, as additional facts or information are discovered.

**FURTHER ANSWERING**, Excel Construction of S.W. Florida, Inc., expressly reserves the right to amend this Answer to add additional defenses as they become known to Excel Construction. Excel Construction also reserves the right to file any related claims including cross-claims or counterclaims as the facts supporting such claims become known.

**WHEREFORE**, Excel Construction of S.W. Florida, Inc., sought to be made defendant herein, prays that this, its Answer, Affirmative Defenses, Rule 12 Defenses to Plaintiffs' Omnibus Class Action Complaint and Demand for Jury Trial be deemed good and sufficient, and that after due proceedings be had, there be judgment in favor of Excel Construction and against Plaintiffs, denying the class certification sought by the Complaint, dismissing Plaintiffs' Complaint with prejudice and at Plaintiffs' costs, and for all other equitable and general relief.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (#26252)
DAVID C. COONS (#32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
***Attorneys for Defendant Excel Construction of S.W.
Florida, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison
Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail
and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in
accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the
Clerk of Court of the United States District Court for the Eastern District of Louisiana by using
the CM/ECF System, which will send a notice of electronic filing in accordance with the
procedures established in MDL 2047, on this 9th day of April, 2010.

s/ Christopher A. D'Amour