UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047  SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

## GMI CONSTRUCTION, INC'S OBJECTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER

1. Defendant, GMI Construction, Inc. ("GMI"), by its undersigned counsel and pursuant to Federal Rules of Civil Procedure 45(c) and 26(c), submits the following objection to two subpoenas issued by Plaintiffs and hereby moves the Court to enter an order:  (1) quashing Plaintiffs' Subpoena for Testimony, and; (2) quashing Plaintiffs' Subpoena for Production of Documents served upon GMI on the grounds that (1) Plaintiffs' Subpoenas were served without providing reasonable notice; (2) the Subpoenas are premature, overly broad, unduly burdensome, and largely duplicative of the Court's required profile form; and (3) both Subpoenas improperly request

documents which are protected by the attorney-client and attorney work product privileges.  A memorandum of law in support of this motion is attached.

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
PATRICK & HORN, L.L.C.**


*/s/ Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone: (504) 568-1888
Facsimile: (504) 522-0949
**COUNSEL FOR GMI CONSTRUCTION, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Objection and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April 2010.

*/s/ Drew R. Ballina*
**DREW R. BALLINA**
