IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Case No.09-7628<br>Sean Payton, *et al*, v. Knauf Gips KG, et al., | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant, **St. Joe Home Building, L.P.** ("St. Joe") will bring on for hearing the attached **OBJECTION TO AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER** before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the <u>12th</u> day of May, 2010 at 9:00 a.m., or at a time set further by this Court.

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326

16670906.1

> CARLTON FIELDS
> P.O. Box 3239
> Tampa, Florida 33601-3239
> Telephone:   (813) 223-7000
> Fax:         (813) 229-4133
> ccoutrolis@carltonfields.com
> msmith@carltonfields.com
> mallen@carltonfields.com
>
> *Counsel for St. Joe Home Building, L.P.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2010.

/s/ D. Matthew Allen

16670906.1