IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Case No.09-7628 Sean Payton, *et al*, v. Knauf Gips KG, et al., | * * * * * | |

**************************************************

### KB HOME ORLANDO LLC'S OBJECTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER

Defendant KB HOM Orlando LLC ("KB Orlando"), by its undersigned counsel and pursuant to Federal Rules of Civil Procedure 45(c) and 26(c), submits the following objection to two subpoenas issued by Plaintiffs and hereby moves the Court to enter an order: (1) quashing Plaintiffs' Subpoena for Testimony, and; (2) quashing Plaintiffs' Subpoena for Production of Documents served upon KB Orlando. This relief is warranted because: (1) both of Plaintiffs' Subpoenas were served without providing reasonable notice; (2) the Subpoenas are premature, overly broad, unduly burdensome, and largely duplicative of the Court's required profile forms;

16647494.1

and (3) both Subpoenas improperly request documents which are protected by the attorney client and attorney work product privileges. A memorandum of law in support of this motion is attached.

                Respectfully submitted,

                /s/ D. Matthew Allen
                Chris S. Coutroulis
                Florida Bar No. 300705
                Mark A. Smith
                Florida Bar No. 0022033
                D. Matthew Allen
                Florida Bar No. 866326
                Lannie D. Hough, Jr.
                Florida Bar No.  0149470
                CARLTON FIELDS
                P.O. Box 3239
                Tampa, Florida 33601-3239
                Telephone:    (813) 223-7000
                Fax:          (813) 229-4133
                ccoutrolis@carltonfields.com
                msmith@carltonfields.com
                mallen@carltonfields.com
                lhough@carltonfields.com

                and

                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Telephone:    (504) 581-3200
                Fax:          (504) 581-3361

                *Counsel for KB HOME Orlando LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Objection and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of April, 2010.  (Corrected copy was filed this date:  12th day of April, 2010.)

/s/ D. Matthew Allen

16647494.1