UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
2:09-cv-07628

MAG. JUDGE WILKINSON

_____/

### CORPORATE DISCLOSURE STATEMENT OF THE RYLAND GROUP, INC.

**COMES NOW**, The Ryland Group, Inc., ("**Ryland**") by and through its undersigned counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.3 of the Rules of Procedure of the Judicial Panel on Multidistrict litigation, hereby files its Corporate Disclosure Statement:

1. Ryland has no parent company and there are no publicly traded companies that own 10% or more of The Ryland Group, Inc's stock.

Respectfully submitted this 12th day of April, 2010.

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

**CERTIFICATE OF SERVICE**

I HEREBY certify that on April 12, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email or by hand delivery and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Neal A. Sivyer
Neal A. Sivyer