UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION õLö |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, individually and on beahalf of all others similarly situated,<br>    Plaintiffs | MAG. JUDGE WILKINSON |

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
    Defendants

**ORDER ON DEFENDANT, O.C.D. OF S. FLORIDA, INC.'S
SECOND EX PARTE MOTION FOR EXTENSION OF TIME**

Upon consideration of the Second Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, O.C.D. of S. Florida, Inc.,

IT IS HEREBY ORDERED that the Second Ex Parte Motion for Extension of Time is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, O.C.D. of S. Florida, Inc., be granted an extension of time until May 5, 2010 to serve upon DefendantsøLiaison Counsel the required Defendant Contractor/Installer Profile Forms.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge