UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, individually
and on beahalf of all others similarly situated,
    Plaintiffs

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
    Defendants

MDL NO. 20427

SECTION õLö

JUDGE FALLON

MAG. JUDGE WILKINSON

**ORDER ON DEFENDANT, GLOBAL HOME BUILDERS, INC.'S
SECOND EX PARTE MOTION FOR EXTENSION OF TIME**

Upon consideration of the Second Ex Parte Motion for Extension of Time to serve Defendant Builder Profile Forms filed by Defendant, Global Home Builders, Inc., IT IS HEREBY ORDERED that the Second Ex Parte Motion for Extension of Time is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, Global Home Builders, Inc., be granted an extension of time until May 5, 2010 to serve upon Defendantsø Liaison Counsel the required Defendant Builder Profile Forms.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge