AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| D.R. Horton, Inc. - Gulf Coast | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 10-804 L |
| Interior/Exterior Building Supply, Limited Partnership, et al | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Interior/Exterior Building Supply, Limited Partnership
727 S. Cortez Street
New Orleans, Louisiana 70119

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Taylor, Porter, Brooks and Phillips, L. L. P.
Erick Y. Miyagi, John Stewart, Tharp, Edward J. Laperouse, II, Leslie A. Daniel and Kari A. Bergeron
451 Florida Street, 8th Floor S. Chase Tower
Post Office Box 2471
Baton Rouge, Louisiana 70821

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Mar 09 2010



Loretta G. Whyte

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _Clayton Gerry_
was received by me on *(date)* _03/24/2010_.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* _Michelle Luna (Secretary)_, who is
designated by law to accept service of process on behalf of *(name of organization)* _Clayton Gerry (Interior-Exterior)_
on *(date)* _03/24/2010_ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_.

I declare under penalty of perjury that this information is true.

Date: _03/24/2010_

_____
Server's signature

_Nicholas Creppel — Process Server_
Printed name and title

_4007 Toulouse St., N.O. LA 70119_
Server's address

Additional information regarding attempted service, etc: