AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| D.R. Horton, Inc. - Gulf Coast ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No.  10-804 L |
| Interior/Exterior Building Supply, Limited Partnership, et al ) | |
| *Defendant* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Knauf Insulation GmbH
One Knauf Drive
Shelbyville, Indiana 46176

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Taylor, Porter, Brooks and Phillips, L. L. P.
Erick Y. Miyagi, John Stewart, Tharp, Edward J. Laperouse, II, Leslie A. Daniel
and Kari A. Bergeron
451 Florida Street, 8th Floor S. Chase Tower
Post Office Box 2471
Baton Rouge, Louisiana 70821

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: ___Mar 09 2010___

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for (name of individual and title, if any) **KNAUF INSULATION GmbH**
was received by me on (date) **3/23/10**.

☐ I personally served the summons on the individual at (place) _____ on (date) _____; or

☐ I left the summons at the individual's residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, on (date) _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on (name of individual) **WARREN WISE, CFO**, who is designated by law to accept service of process on behalf of (name of organization) **KNAUF INSULATION GmbH ONE KNAUF DR., SHELBYVILLE, IN 46176** on (date) **3/24/10**; or

☐ I returned the summons unexecuted because _____; or

☐ Other (specify):

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **3-24-10**

_____
Server's signature

**BILL KORIE, PROCESS SERVER**
Printed name and title

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239

Server's address

Additional information regarding attempted service, etc:

# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### Eastern District of Louisiana

Case Number: 10-804-L

Plaintiff:
**D.R. Horton, Inc. - Gulf Coast**
vs.
Defendant:
**Interior/Exterior Building Supply, Limited Partnership, et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 23rd day of March, 2010 at 9:08 am to be served on **Knauf Insulation GmbH, One Knauf Drive, Shelbyville, IN 46176.**

I, Bill Rorie, being duly sworn, depose and say that on the **24th day of March, 2010 at 9:20 am, I:**

SERVED the within named **CORPORATION** by delivering a true copy of the **Summons in a Civil Action and Plaintiff's Original Complaint for Damages** to Warren Wise as CFO of the within named corporation, at the aforementioned address.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: Cauc, Height: 5'7", Weight: 150, Hair: Gray, Glasses: N

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made. I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

Bill Rorie
Process Server

Subscribed and Sworn to before me on the 24th day of March, 2010 by the affiant who is personally known to me.

_____
NOTARY PUBLIC



NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

EXPRESS PROCESS SERVICE, INC.
8418 Brookville Road
Indianapolis, IN 46239-9491
(317) 890-1055

Our Job Serial Number: 2010001352
Ref: D.R.Horton v. Interior/Exterior Bldg.Sup

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r