UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Sean and Beth Payton, et al. v. | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-7628 | * | |

**********************************

### STATEMENT OF COMPLIANCE WITH UNIFORM LOCAL RULE 5.6E AND FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, Bauhaus Solutions, Inc. ("BSI"), fully reserving any and all defenses, who respectfully submits the following corporate disclosure statement in compliance with Local Rule 5.6E and Federal Rule of Civil Procedure 7.1:

1. BSI is a non-governmental corporate party to this action;

2. BSI has no parent corporation;

3. There are no publicly-held corporations that own 10 percent or more of BSI's stock.

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC


/s Chris H. Irwin_____
Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:   (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for Bauhaus Solutions, Inc.


**CERTIFICATE 0F SERVICE**

     I HEREBY CERTIFY that the above and foregoing Statement of Compliance with Uniform Local Rule 5.6E and Federal Rule of Civil Procedure 7.1 Corporate Disclosure document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CMIECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12 day of April, 2010.

                                              /s Chris H. Irwin_____