**IN UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

In re: CHINESE MANUFACTURED DRYWALL       CASE NO. MDL Docket No. 2047
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO THE FOLLOWING
CASES:
SEAN PAYTON, et al v. KNAUF GIPS KG, et al
09-7628
_____/

**NOTICE OF APPEARANCE**

      Attorneys Carlton Jones and Larry M. Roedel of Roedel Parsons Koch Blache Balhoff & McCollister, A L.C., hereby gives notice of their appearance as counsel of record for defendant, DC BUILDERS, L.L.C., in this case, reserving all rights and defenses, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number:

/s/ Carlton Jones, III

_____
Carlton Jones, III, La. Bar Roll No. 25732
Larry M. Roedel, La. Bar Roll No. 11385
ROEDEL PARSONS KOCH BLACHE
    BALHOFF & MCCOLLISTER, A L.C.
8440 Jefferson Hwy., Suite 301
Baton Rouge, Louisiana 70809
Telephone (225) 929-7033
Facsimile (225) 928-4925
Email: cjones@roedelparsons.com
**Attorneys for DC Builders, L.L.C.**

**CERTIFICATE OF SERVICE**

      I HEREBY certify that on April 13, 2010, a copy of the above and foregoing was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

               /s/ Carlton Jones, III
            _____
                 Carlton Jones, III