# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL ) | MDL No. 09-md-2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al. ) | |
| vs. ) | |
| KNAUF GIPS KG, et al. ) | |
| Civil Action No. 09-cv-7628 ) | |

## ORDER

CONSIDERING the Defendants' Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (I) According to Louisiana Law:

IT IS HEREBY ORDERED that the Motion is GRANTED and Counts I, II, XII, XIII, XIV, and XV of Plaintiffs' Complaint are dismissed.

New Orleans, Louisiana, this _____ day of _____, 2010

_____
U.S. District Court Judge

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/Marc T. Thirkell
Marc T. Thirkell