UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) | MDL No. 09-md-2047 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | SECTION: L |
| ) | |
| **THIS DOCUMENT RELATES TO:** ) | JUDGE FALLON |
| ) | MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON, et al. ) | |
| vs. ) | |
| KNAUF GIPS KG, et al. ) | |
| Civil Action No. 09-cv-7628 ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 26th day of May, 2010, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, the attached Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (I) According to Mississippi Law will be brought for hearing.

                                                          Respectfully submitted,

                                                          /s/Marc T. Thirkell
                                                          S. Manoj Jegasothy, Esquire, PA ID #80084
                                                          Jeffrey R. Wilson, Esquire, PA ID #72735
                                                          John G. Ebken, Esquire, PA ID #91031
                                                          Marc T. Thirkell, Esquire, PA ID #90995
                                                          BUCHANAN INGERSOLL & ROONEY PC
                                                          One Oxford Centre, 20th Floor
                                                          Pittsburgh, Pennsylvania 15219
                                                          Phone: 412-562-8800
                                                          Fax:    412-562-1041
                                                          *Counsel for 84 Lumber Company, L.P. and*
                                                          *84 Lumber Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2010.

/s/Marc T. Thirkell
Marc T. Thirkell