UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| **This document relates to:** | ) | |
| **09-7628-EEF-JCW** | ) | MAG. JUDGE WILKINSON |
| | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE

The undersigned hereby gives notice that he is appearing on behalf of

Defendant, GALLOWAY SUNSET ESTATES, INC., as attorney of record and requests

that copies of all pleadings, motions, discovery and papers be served upon him.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2010.

PIEDRA & ASSOCIATES, P.A.
Grove Professional Building
2950 SW 27th Avenue
Suite 300
Miami, Florida 33133
Telephone:   (305) 448-7064
Facsimile:    (305) 448-7085

BY: __s/ Alejandro R. Alvarez_____
ALEJANDRO R. ALVAREZ, ESQUIRE
        Florida Bar No. 19277
        aalvarez@piedralaw.com