UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| This document relates to:<br>09-7628-EEF-JCW | ) ) ) ) ) | |

## NOTICE OF APPEARANCE

The undersigned counsel of the law firm Blizzard, McCarthy & Nabers, L.L.P. hereby files this Notice of Appearance in the above-styled action as counsel of record for plaintiffs, Eric and Stacy Schlabach. All further pleadings, motions, discovery, and papers shall be served upon the following attorneys:

For Attorney Ed Blizzard:       eblizzard@blizzardlaw.com; and

For Attorney Sofia Bruera:      sbruera@blizzardlaw.com.

Respectfully submitted,

By: _Ed Blizzard by Steve McCarty_
Ed Blizzard (Texas Bar No. 02495000)
Sofia Bruera (Texas Bar No. 24062189)
BLIZZARD McCARTHY & NABERS LLC
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-2750
Facsimile: (713) 844-3755
eblizzard@blizzardlaw.com
sbruera@blizzardlaw.com

___ Fee_____
___ Process____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No.___

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to *Lexis Nexis File & Serve* in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2010.

By: *Ed Blizzard by Steve McCarthy*
Ed Blizzard (Texas Bar No. 02495000)
Sofia Bruera (Texas Bar No. 24062189)
BLIZZARD McCARTHY & NABERS LLC
440 Louisiana, Suite 1710
Houston, Texas 77002
Telephone: (713) 844-2750
Facsimile: (713) 844-3755
eblizzard@blizzardlaw.com
sbruera@blizzardlaw.com