UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
Civil Action No.: 09-7628 SECT. L MAG. 2

SEAN AND BETH PAYTON, individually, and
on behalf of all others similarly situated, et al.

Plaintiffs,

vs.

KNAUF GIPS KG; KNAUF, et al.,

Defendants.

_____/

## NOTICE OF UNAVAILABILITY

PLEASE TAKE NOTICE that the undersigned counsel for Defendant, PONCE RIVIERA, LLC, will be unavailable May 13, 2010 through May 21, 2010 and requests that no trials, discovery, hearings, etc., be scheduled during the aforementioned period.

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of April, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

DANIELS, KASHTAN, DOWNS &
ROBERTSON & MCGIRNEY
Counsel for Defendants
3300 PONCE DE LEON BLVD.
CORAL GABLES, FLORIDA 33134
305 448-7988 Telephone
305 448-7978 FAX

By:_____
JEREMY C. DANIELS, ESQ.
FLA. BAR NO. 0493643

P:\EDSISS\DOCS\1009\6409\DQ9015.DOC