UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, *et. al.*,

    Plaintiffs,

v.

KNAUF GIPS KG, *et. al.*,

    Defendants.
_____/

Civil Action No.: 09-7628

### WINDSHIP HOMES OF FLORIDA, INC.'S NOTICE OF APPEARANCE
*(filed with the USDC Eastern District of Louisiana on April 9, 2010)*

The law firm of JOHN H. RAINS III, P.A., enters its appearance as counsel of record for WINDSHIP HOMES OF FLORIDA, INC., defendant in the above-styled cause, and requests that a copy of all pleadings and papers filed in this cause be forwarded to its offices at 501 East Kennedy Boulevard, Suite 750, Tampa, Florida 33602.

### CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Windship Homes of Florida, Inc.'s Answer and Affirmative Defenses has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was paper filed by forwarding via overnight courier with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2010.

    s/ John H. Rains, III
    John H. Rains, III    FBN 280283
    John H. Rains III, P.A.
    Suite 750, 501 East Kennedy Boulevard
    Tampa, FL 33602
    Phone: (813) 221-2777/Fax: (813) 221-3737
    E-mail: jrains@johnrains.com
    Attorneys for Windship Homes of Florida, Inc.