UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et. al.,

    Plaintiffs,

v.

KNAUF GIPS KG, et. al.,

    Defendants.

_____/

Civil Action No.: 09-7628

## WINDSHIP HOMES OF FLORIDA, INC.'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)
(filed with the USDC Eastern District of Louisiana on April 9, 2010)

Defendant, WINDSHIP HOMES OF FLORIDA, INC., by and through its undersigned counsel, hereby files its answers and affirmative defenses to Plaintiffs' Omnibus Class Action Complaint (I), and states that all allegations not specifically admitted are denied and further states as follows:

1. Without knowledge and therefore denied.

2. Without knowledge and therefore denied.

3. Denied.

4-901. No response required by this Defendant since those allegations are not germane as to this Defendant.

902. Without knowledge and therefore denied.

903-2002. No response required by this Defendant since those allegations are not germane as to this Defendant.

2003. Without knowledge and therefore denied.

2004. Without knowledge and therefore denied.

2005. Without knowledge and therefore denied.

2006-2174.   No response required by this Defendant since those allegations are not germane as to this Defendant.

2175.   Admitted that Defendant Windship Homes of Florida, Inc. is a corporation with its principal place of business at 10627 Broadland Pass, Thonotosassa, Florida 33592. Admitted that Defendant Windship Homes of Florida, Inc. is organized under the laws of the State of Delaware.  With respect to the balance of the allegations, without knowledge and therefore denied.

2176-2609.   No response required by this Defendant since those allegations are not germane as to this Defendant.

2610.   Without knowledge and therefore denied.

2611.   Without knowledge and therefore denied.

2612.   Without knowledge and therefore denied.

2613.   Without knowledge and therefore denied.

2614.   Without knowledge and therefore denied.

2615.   Denied as to this Defendant.  Otherwise, without knowledge and therefore denied.

2616.   Denied as to this Defendant.  Otherwise, without knowledge and therefore denied.

2617.   Denied as to this Defendant.  Otherwise, without knowledge and therefore denied.

2618.   Without knowledge and therefore denied.

2619.   Without knowledge and therefore denied.

2620.   Without knowledge and therefore denied.

2621-2629.  No response required by this Defendant since those allegations are not germane as to this Defendant.

2630.  Without knowledge and therefore denied.

2631.  Without knowledge and therefore denied.

2632.  Without knowledge and therefore denied.

2633.  Without knowledge and therefore denied.

2634.  Denied.

2635.  Without knowledge and therefore denied.

2636.  Denied.

2637.  Denied.

2638.  Denied.

2639.  Denied.

2640.  Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2641.  As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2642.  As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2643.  As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2644.  As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2645.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2646.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2647.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2648.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2649.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2650.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2651.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2652.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2653.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2654.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2655.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2656. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2657. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2658. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2659. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2660. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2661. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2662. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2663. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2664. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2665. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2666. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2667.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2668.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2669.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2670.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2671.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2672.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2673.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2674.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2675.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2676.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2677.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2678. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2679. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2680. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2681. Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2682. Without knowledge and therefore denied.

2683. Without knowledge and therefore denied.

2684. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2685. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2686. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2687. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2688. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2689. As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2690.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2691.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2692.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2693.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2694.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2695.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2696.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2697.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2698.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2699.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2700.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2701.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2702.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2703.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2704.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2705.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2706.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2707.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2708.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2709.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2710.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2711.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2712.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2713.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2714.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2715.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2716.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2717.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2718.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2719.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2720.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2721.    Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2722.    As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2723.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2724.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2725.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2726.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2727.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2728.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2729.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2730.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2731.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2732.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2733.   As to this Defendant, denied. Without knowledge and therefore denied as to the other Defendants.

2734.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2735.  Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2736.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2737.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2738.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2739.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2740.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2741.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2742.  Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2743.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2744.  As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2745.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2746.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2747.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2748.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2749.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2750.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2751.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2752.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2753.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2754.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2755.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2756.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2757.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2758.   Defendant Windship Homes of Florida, Inc. reincorporates and realleges by references its prior responses.

2759.   Without knowledge and therefore denied.

2760.   Without knowledge and therefore denied.

2761.   Without knowledge and therefore denied.

2762.   Without knowledge and therefore denied.

2763.   Without knowledge and therefore denied.

2764.   Without knowledge and therefore denied.

2765.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2766.   Without knowledge and therefore denied.

2767.   Without knowledge and therefore denied.

2768.   As to this Defendant, denied.  Without knowledge and therefore denied as to the other Defendants.

2769.   Without knowledge and therefore denied.

2770.   Without knowledge and therefore denied.

**FIRST AFFIRMATIVE DEFENSE**

As to any Plaintiffs other than Svyatoslav Feler and Yelena Smolyanskaya, 10150 Bayou Grande Avenue, Seminole, Florida 33772, this matter should be stayed, abated and dismissed for failure to provide adequate notice Chapter 558, Florida Statutes.

**SECOND AFFIRMATIVE DEFENSE**

To the extent any of the Plaintiffs are seeking damages against this Defendant based on contract, this Defendant would be entitled to factual defenses pursuant to the Defendant's contract with the developer entity. For example and by illustration only, the standard of care called for in the contract with the developer entity is gross negligence, not negligence. Further, the contract with the developer was a cost plus contract, so if additional costs are incurred, then those costs, in turn, would be passed on to anyone making a claim based on or through the developer's contract pursuant to the terms of that contract.

**THIRD AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for negligence under Florida law.

**FOURTH AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for negligence *per se* under Florida law.

**FIFTH AFFIRMATIVE DEFENSE**

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for strict liability under Florida law.

## SIXTH AFFIRMATIVE DEFENSE

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for breach of express and/or implied warranties under Florida law.

## SEVENTH AFFIRMATIVE DEFENSE

With respect to any claims by Plaintiffs against this Defendant, the Complaint does not state a cause of action for breach of implied warranties and merchantability pursuant to Florida Statute § 718.803. Further, there was no "sale of goods" by this Defendant to any of the Plaintiffs. Instead, the "goods" provided by a subcontractor as part of a subcontract furnishing services and materials, and are therefore not "goods" for a claim under the U.C.C., but instead would be real property or fixtures to real property. Title to those "goods" would have not been in the name of this Defendant, but instead would have been transferred by the subcontractor through the installation process to the developer entity.

## EIGHTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action for breach of implied warranty of habitability under Florida law.

## NINTH AFFIRMATIVE DEFENSE

Plaintiffs do not have a claim for breach of contract against this Defendant because of an absence of privity.

## TENTH AFFIRMATIVE DEFENSE

The Louisiana New Home Warranty Act does not apply to this Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

Louisiana Civil Code, Article 2524 and any claims under Count IX do not apply as to this Defendant.

### TWELFTH AFFIRMATIVE DEFENSE

The Louisiana Products Liability Act does not apply to this Defendant.

### THIRTEENTH AFFIRMATIVE DEFENSE

Plaintiffs fail to state a cause of action for private nuisance under Florida law against this Defendant.

### FOURTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action under Florida law for negligent discharge of a corrosive substance as to this Defendant.

### FIFTEENTH AFFIRMATIVE DEFENSE

The Complaint fails to state a claim of unjust enrichment under Florida law as to this Defendant.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to allege the requisite elements for equitable injunctive relief against this Defendant.

### SEVENTEENTH AFFIRMATIVE DEFENSE

As to this Defendant, the Florida Deceptive and Unfair Trade Practices Act does not apply, and therefore, no cause of action has been stated.

### EIGHTEENTH AFFIRMATIVE DEFENSE

Plaintiffs' claim for punitive damages should be stricken as the Plaintiffs have failed to comply with respect to this Defendant to the requirements for proffer of proof of a punitive damages claim and the requirements under Section 768.72, Florida Statutes.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiffs have failed to state a basis in either contract or statute to recover attorneys' fees as this Defendant.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Windship Homes of Florida, Inc.'s Answer and Affirmative Defenses has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was paper filed by forwarding via overnight courier with the Clerk of the Court of the Untied States District Court for the Eastern District of Louisiana, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2010.

s/ John H. Rains, III
John H. Rains, III   FBN 280283
John H. Rains III, P.A.
Suite 750, 501 East Kennedy Boulevard
Tampa, FL 33602
Phone: (813) 221-2777
Fax: (813) 221-3737
E-mail: jrains@johnrains.com
Attorneys for Windship Homes of Florida, Inc.