UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON, individually
and on beahalf of all others similarly situated,
    Plaintiffs

v.

KNAUF GIPS KG, et al
Case No. 2:09-CV-7628
    Defendants

MDL NO. 20427

SECTION õLö

JUDGE FALLON

MAG. JUDGE WILKINSON

## ORDER ON DEFENDANT, O.C.D. OF S. FLORIDA, INC.'S SECOND EX PARTE MOTION FOR EXTENSION OF TIME

    Upon consideration of the Second Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, O.C.D. of S. Florida, Inc.,

IT IS HEREBY ORDERED that the Second Ex Parte Motion for Extension of Time is hereby GRANTED; and IT IS FURTHER ORDERED that Defendant, O.C.D. of S. Florida, Inc., be granted an extension of time until May 5, 2010 to serve upon Defendantsø Liaison Counsel the required Defendant Contractor/Installer Profile Forms.

    New Orleans, Louisiana, this 13th day of _____ April _____, 2010.

Honorable Eldon E. Fallon
United States District Judge