UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SEAN and BETH PAYTON, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>KNAUF GIPS KG, et al.,<br><br>    Defendants.<br><br>CASE NO. 2:09-CV-7628-EEF-JCW | MDL NO. 2047<br><br>SECTION "L":    JUDGE FALLON<br><br>MAG. 2:    JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL
FOR STOCK BUILDING SUPPLY, L.L.C. AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW the undersigned law firm of Pugh, Accardo, Haas, Radecker, Carey & Hymel, L.L.C. and hereby files this notice that Lawrence G. Pugh III, whose contact information appears below, is appearing as additional counsel on behalf of Defendant, Stock Building Supply, L.L.C. f/k/a Stock Building Supply, Inc. ("**Stock**").  It is respectfully requested that all future pleadings, documents, and correspondence in connection with this action be served upon Lawrence G. Pugh III, in addition to A. Todd Brown of Hunton & Williams, L.L.P. (Charlotte, NC) who has previously appeared on behalf of Stock.

Respectfully submitted,

PUGH, ACCARDO, HAAS, RADECKER,
CAREY & HYMEL, L.L.C.

BY:     **/s/ Lawrence G. Pugh, III**
        LAWRENCE G. PUGH, III, T.A. (LA #17351)
        1100 Poydras Street, Suite 3200
        New Orleans, Louisiana 70163-1132
        Telephone:    (504) 799-4500
        Facsimile:    (504) 799-4520
        E-mail:    lpugh@pugh-law.com

*Attorneys for Stock Building Supply, L.L.C.
f/k/a Stock Building Supply, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **Notice of Appearance of Additional Counsel for Stock Building Supply, L.L.C. and Request for Service of All Documents and Pleadings** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2010.

    **/s/  Lawrence G. Pugh, III**
    LAWRENCE G. PUGH, III (LA #17351)
