IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | * | |
| | * | |
| _____ | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Payton, et al. v. Knauf GIPS KG, et al. | * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG. 2 | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

******************************************

## CORPORATE DISCLOSURE STATEMENT OF
## CREOLA ACE HARDWARE, INC.

NOW INTO COURT, through undersigned counsel, comes Defendant, Creola Ace Hardware, Inc., who, pursuant to Federal Rule of Civil Procedure 7.1, files this Corporate Disclosure Statement to aver as follows:

1. Creola Ace Hardware, Inc., is a corporation organized under the laws of the State of Alabama, with its principal place of business located in Creola, Alabama.

2. Creola Ace Hardware, Inc., does not have a parent company nor does any publicly held corporation own 10% or more of its stock.

Respectfully submitted,

**KUCHLER POLK SCHELL
WEINER & RICHESON, LLC**

/s/ Robert E. Guidry\_\_
DEBORAH D. KUCHLER (La. Bar No. 17013)
ROBERT E. GUIDRY (La. Bar No. 28064)
1615 Poydras St., Suite 1300
New Orleans, LA  70112
Telephone:  (504) 592-0691
Facsimile: (504) 592-0696

Counsel for Creola Ace Hardware, Inc.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Corporate Disclosure Statement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of March, 2010.

/s/ Robert E. Guidry_____
ROBERT E. GUIDRY