# Exhibit E

| | |
|---|---|
| **MDL-2047** | UNITED STATES<br>JUDICIAL PANEL ON<br>MULTIDISTRICT LITIGATION |
| UNITED STATES JUDICIAL PANEL<br>on<br>MULTIDISTRICT LITIGATION | **Sep 08, 2009**<br>FILED<br>CLERK'S OFFICE |

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                               MDL No. 2047

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-6)

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 46 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Pleading No. 100

**OFFICIAL FILE COPY**

IMAGED Sep 08 2009

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                   MDL No. 2047

## SCHEDULE CTO-6 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**           **CASE CAPTION**

FLORIDA MIDDLE
  FLM 2  09-557              Winifred S. Gill v. Knauf Gips KG, et al.
  FLM 2  09-558              Larry Campanelli, et al. v. Knauf Gips KG, et al.

FLORIDA SOUTHERN
  FLS 9  09-80743            General Fidelity Insurance Co. v. Katherine L. Foster, et al.

MISSISSIPPI SOUTHERN
  MSS 1  09-645              Patches Oliver, et al. v. Knauf Gips KG, et al.
  MSS 1  09-646              Harold Huckabee v. Knauf Gips KG, et al.
  MSS 1  09-649              Charles Coats, et al. v. Knauf Gips KG, et al.