UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * Case No. 2:09-cv-7628 <br> * MDL No. 09-2047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * MAGISTRATE WILKINSON |
| Docket # 09-7628 <br> SEAN AND BETH PAYTON, individually <br> and on behalf of all others similarly situated | * <br> * <br> * <br> * |
| Plaintiffs | * <br> * |
| v. | * <br> * |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD. et al. | * <br> * <br> * |
| Defendants | * |

_____

## NOTICE OF APPEARANCE

NOW COMES, Sharon B. Kyle, APLC to appear as counsel of record for Defendant, Big Bear Construction Company, Inc.  Big Bear Construction Company, Inc. reserves all rights to object to jurisdiction, venue and service and preserves all defenses. Undersigned counsel respectfully requests that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

This 13th day of April, 2010.

        RESPECTFULLY SUBMITTED:
        SHARON B. KYLE, A.P.L.C.


        SHARON B. KYLE (La Bar Roll # 25437) sk@kylelaw.net
        NANCY A. RICHEAUX (La Bar Roll # 29397) nr@kylelaw.net
        STEVEN K. SCHILLING (La Bar Roll # 27635) ss@kylelaw.net
        4960 Bluebonnet Blvd., Ste. A
        Baton Rouge, Louisiana 70809
        Telephone: 225/293-8400
        Facsimile: 225/291-9501

        Counsel for Defendant Louisiana Home Builder


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of April, 2010.


                                            _____
                                            STEVEN K. SCHILLING