# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

Case No: 2:10-cv-00384

        Plaintiffs,

Judge: Fallon

v.

Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

        Defendants.
_____/

## DEFENDANT GENERAL FIDELITY INSURANCE COMPANY'S MOTION TO DISMISS FOR IMPROPER VENUE AND LACK OF PERSONAL JURISDICTION, OR IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE

Defendant General Fidelity Insurance Company ("General Fidelity"), by and through undersigned counsel and pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3) and Local Rule for the Eastern District of Louisiana 7.1, moves this Court for the dismissal of all claims against General Fidelity, or in the alternative, the transfer of all claims against General Fidelity to the Southern District of Florida pursuant to 28 U.S.C. §

1

1404(a) or 28 U.S.C. § 1406(a). The grounds for this Motion, which are more fully discussed in the accompanying Memorandum of Law, are as follows:

1. Plaintiffs, Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B & A, LLC, ("Northstar"), fail to assert a proper basis for venue in their Complaint.

2. This Court is an improper venue because General Fidelity filed a case with substantially similar issues first in the Southern District of Florida.

3. Northstar has not sufficiently alleged that this Court has general personal jurisdiction over General Fidelity.

4. Exercising personal jurisdiction over General Fidelity would violate the traditional notions of fair play and substantial justice.

5. The Southern District of Florida is a more convenient forum than the Eastern District of Louisiana.

WHEREFORE, General Fidelity respectfully requests that this Court either dismiss all claims against General Fidelity or transfer such claims to the Southern District of Florida, as well as any other relief this Court deems just and proper.

Dated: April 14, 2010

Respectfully submitted,

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
ROBERT J. WITMEYER, ESQ.
Florida Bar No.: 10249

rwitmeyer@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
Louisiana Bar No.: 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3800
New Orleans, LA 70139-3800
Tel: 504-582-1142
Fax: 504-582-1172

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction, or in the Alternative, Motion to Transfer Venue has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2010.

/s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ