# Exhibit D

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



July 16, 2009

United States District Court
Eastern District of Louisiana

RE:  MDL# 2047 Chinese-Manufactured Drywall Products Liability Litigation
     Our Case # See Attached Schedule

Dear Clerk:

In compliance with the Conditional Order of Transfer, we are forwarding herewith copies of the Complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

Steven M. Larimore
Clerk of Court

    s/ Graciela Gomez
by: _____

    Deputy Clerk

Encl.

**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF FLORIDA

STEVEN M. LARIMORE
CLERK OF COURT



July 16, 2009

United States District Court
Eastern District of Louisiana

RE: MDL# 2047
    Our Case #See Attached Schedule

Dear Clerk:

In compliance with the Conditional Order of Transfer, we are forwarding herewith copies of the Complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

Please acknowledge receipt of the above on the enclosed copy of this letter.

Steven M. Larimore
Clerk of Court


    s/ Graciela Gomez
by: _____

    Deputy Clerk

Encl.

```
CLERK'S ACKNOWLEDGMENT OF RECEIPT

Receipt of: 1) court file
            2) Certified copy of
               Transfer Order
            3) Certified copy of
               Docket sheet

is hereby acknowledged.  This case
has been assigned our case number:

_____

by: _____, Deputy Clerk

on: _____
```

A CERTIFIED TRUE COPY
ATTEST

By Tarrell L. Littleton on Jul 07, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  JUL - 7 2009
UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION
LORETTA G. WHYTE
CLERK

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2009

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

## CONDITIONAL TRANSFER ORDER (CTO-1)

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.2d__ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Jul 07, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____

Case 2:09-md-02047-EEF-MBN   Document 2474-7   Filed 04/14/10   Page 5 of 6
Case 9:09-cv-80535-KMM   Document 19   Entered on FLSD Docket 07/16/2009   Page 4 of 5

Page 1 of 2

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                          MDL No. 2047

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

EDLA
SEC.L/2

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| ALABAMA NORTHERN | | | | |
| ALN | 2 | 09-538 | Samuel Ledford v. Knauf Gips KG, et al. | 09-4292 |
| ALABAMA SOUTHERN | | | | |
| ALS | 1 | 09-255 | Sylvia Rayfield, et al. v. Knauf Gips KG, et al. | 09-4293 |
| FLORIDA SOUTHERN | | | | |
| FLS | 1 | 09-20847 | Larry Galvin, et al. v. Knauf Gips KG, et al. | 09-4294 |
| FLS | 1 | 09-21027 | Felix Feliciano, et al. v. Knauf Gips KG, et al. | 09-4295 |
| FLS | 1 | 09-21028 | Jorge Fernandez, et al. v. Knauf Gips KG, et al. | 09-4296 |
| FLS | 1 | 09-21055 | Anna Pelligra v. Knauf Gips KG, et al. | 09-4297 |
| FLS | 1 | 09-21057 | Ricardo Rizzo, et al. v. Knauf Gips KG, et al. | 09-4298 |
| FLS | 1 | 09-21060 | Julian Flores, et al. v. Knauf Gips KG, et al. | 09-4299 |
| FLS | 1 | 09-21061 | Enrique Valdes, et al. v. Knauf Gips KG, et al. | 09-4300 |
| FLS | 1 | 09-21062 | Jose Francisoc Oves v. Knauf Gips KG, et al. | 09-4301 |
| FLS | 1 | 09-21063 | Roger Leben, et al. v. Knauf Gips KG, et al. | 09-4302 |
| FLS | 1 | 09-21145 | Daniel Villalta, et al. v. Knauf Gips KG, et al. | 09-4303 |
| FLS | 1 | 09-21146 | Raymond Sardina, et al. v. Knauf Gips KG, et al. | 09-4304 |
| FLS | 1 | 09-21250 | Carrie Trepkowski, et al. v. Knauf Gips KG, et al. | 09-4305 |
| FLS | 2 | 09-14111 | Ronald Scritchfield, et al. v. Knauf Gips KG, et al. | 09-4306 |
| FLS | 2 | 09-14115 | Arif Shakoor v. Knauf Gips KG, et al. | 09-4307 |
| FLS | 2 | 09-14125 | Francine Kelly v. Knauf Gips KG, et al. | 09-4308 |
| FLS | 2 | 09-14126 | Terel Downs, et al. v. Knauf Gips KG, et al. | 09-4309 |
| FLS | 2 | 09-14127 | Thomas Teefy, et al. v. Knauf Gips KG, et al. | 09-4310 |
| FLS | 2 | 09-14128 | Donna Malkki, et al. v. Knauf Gips KG, et al. | 09-4311 |
| FLS | 2 | 09-14129 | Anne M. O'Hear v. Knauf Gips KG, et al. | 09-4312 |
| FLS | 2 | 09-14137 | Deborah Bradford v. Knauf Gips KG, et al. | 09-4313 |
| FLS | 2 | 09-14138 | Russell Knapp, et al. v. Knauf Gips KG, et al. | 09-4314 |
| FLS | 2 | 09-14139 | John Schurer v. Knauf Gips KG, et al. | 09-4315 |
| FLS | 2 | 09-14140 | Thomas Catalano, et al. v. Knauf Gips KG, et al. | 09-4316 |
| FLS | 2 | 09-14141 | Gregory Skora, et al. v. Knauf Gips KG, et al. | 09-4317 |
| FLS | 2 | 09-14142 | Annette Badchkam v. Knauf Gips KG, et al. | 09-4318 |
| FLS | 2 | 09-14154 | Derrick Peterson, et al. v. Treasure Coast Homes, LLC, et al. | 09-4319 |
| FLS | 9 | 09-80535 | Katherine L. Foster v. NorthStar Holdings, Inc., et al. | 09-4320 |
| FLS | 9 | 09-80644 | Bryan Feuerberg, et al. v. Knauf Gips KG, et al. | 09-4321 |
| FLS | 9 | 09-80730 | Sherley Frais v. Knauf Gips KG, et al. | 09-4322 |

Case 2:09-md-02047-EEF-MBN   Document 2474-7   Filed 04/14/10   Page 6 of 6
Case 9:09-cv-80535-KMM   Document 19   Entered on FLSD Docket 07/16/2009   Page 5 of 5

Page 2 of 2

**MDL No. 2047 - Schedule CTO-1 Tag-Along Actions (Continued)**

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SEC.L/2 |
|---|---|---|
| **LOUISIANA MIDDLE** | | |
| LAM 3 09-301 | Darryl Paul Ledet, et al. v. Knauf Gips KG, et al. | 09-4323 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS 1 09-234 | Christopher Whitfield v. Knauf Gips KG, et al. | 09-4324 |
| **NORTH CAROLINA EASTERN** | | |
| ~~NCE 2 09-25~~ | ~~Curtis Hinkley, et al. v. Taishan Gypsum Co., Ltd., et al.~~ Opposed 6/25/09 | |
| **VIRGINIA EASTERN** | | |
| ~~VAE 2 09-202~~ | ~~Michelle Germano, et al. v. Taishan Gypsum Co., Ltd., et al.~~ Opposed 6/25/09 | |