# Exhibit F

**MDL-2047**

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Dec 02, 2009

FILED
CLERK'S OFFICE

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
General Fidelity Insurance Co. v. Katherine L. Foster, et al., )
S.D. Florida, C.A. No. 9:09-80743 ) MDL No. 2047

### ORDER VACATING CONDITIONAL TRANSFER ORDER

**Before the entire Panel**[*]: Plaintiff in this Southern District of Florida action moves, pursuant to Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), to vacate our order conditionally transferring the action to the Eastern District of Louisiana for inclusion in MDL No. 2047. The individual defendant in the action and the plaintiffs' liaison counsel in MDL No. 2047 oppose the motion to vacate.

After considering all argument of counsel, we will grant the motion to vacate. This action does not share sufficient questions of fact with previously centralized actions to warrant inclusion in MDL No. 2047. Plaintiffs in the majority of the actions in MDL No. 2047 are individuals who seek relief related to property damage or personal injuries arising from drywall manufactured in China and installed in their homes. The plaintiff insurance company in the declaratory judgment action before the Panel seeks to determine its rights and obligations under a commercial general liability policy. Accordingly, this action raises distinctly different factual and legal questions from the core allegations at issue in MDL No. 2047, and transfer would not serve the convenience of the parties and witnesses or promote the just and efficient conduct of the litigation. *See* 28 U.S.C. § 1407(a).

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-6" is vacated insofar as it relates to this action.

PANEL ON MULTIDISTRICT LITIGATION

*/s/ John J. Heyburn II*
John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr. | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager[*] |

---

[*] Judge Trager took no part in the decision of this matter.

**OFFICIAL FILE COPY**

IMAGED DEC 02 2009

Pleading No. 150