UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

: MDL NO. 2047
:
: SECTION : L
:
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**This Document Relates to** *Blue, et al. v. Auto Club Family Insurance Company*, **Case No. 2:10-cv-792**

## NOTICE OF COMPLIANCE WITH REMOVAL ORDER, CERTIFICATION OF FILING STATE COURT RECORD AND LIST OF ATTORNEYS

NOW INTO COURT, through undersigned counsel, comes Defendant, Auto Club Family Insurance Company, who certifies that in compliance with removal order, the following is an index of a certified copy of the pleadings in the state court proceeding entitled, *"John B. Blue and Rachelle R. Blue v. Auto Club Family Insurance Company,"* bearing Civil Action No. 2010-173, pending in Civil District Court for the Parish of Orleans, State of Louisiana, pursuant to the provisions of 28 U.S.C. §1447 (B), are hereby submitted and attached as Exhibit A for filing into the record of these proceedings:

1. Petition for Damages;

2. Citation issued to Auto Club Family Insurance Company;

3. Answer ;

1

4. Request for Notice;

5. Motion and Order to Enroll Additional Counsel of Record; and

6. Notice of Removal.

Additionally, the following is a list of all attorneys of record known to this Defendant involved in this case and the parties they represent:

1. **HUGH P. LAMBERT** (#7933)
   **LAMBERT & NELSON, PLC**
   701 Magazine Street
   New Orleans, Louisiana  70130
   Telephone: (504) 581-1750
   Facsimile (504) 529-2931
   **Co-Counsel for Plaintiffs, John B. Blue and Rachelle R. Blue**

2. **ALLAN KANNER** (#20580)
   **CYNTHIA GREEN ST. AMANT** (#24439)
   **MELISSSA MCCONNELL FUSELIER** (#31163)
   **KANNER & WHITELY, LLC**
   701 Camp Street
   New Orleans, LA  70130
   Telephone: (504) 524-5777
   Facsimile: (504) 524-5763
   **Co-Counsel for Plaintiffs, John B. Blue and Rachelle R. Blue**

3. **THOMAS M. RICHARD** (#2069)
   **CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**
   3850 N. Causeway Blvd., Suite 900
   Metairie, Louisiana 70002
   Telephone: (504) 830-3838
   Facsimile: (504) 836-9540
   **Attorney for Defendant, Auto Club Family Insurance Company**

Respectfully submitted,

*CHOPIN, WAGAR, RICHARD & KUTCHER, LLP*

By: ___/s/ Thomas M. Richard___
    **THOMAS M. RICHARD** #2069)
    Two Lakeway Center, Suite 900
    3850 North Causeway Boulevard
    Metairie, Louisiana 70002
    Telephone: (504) 830-3845
    Facsimile: (504) 836-9543
    ***Attorneys for Defendant, Auto Club Family Insurance Company***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April 2010, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and I served a copy of the foregoing pleading on all counsel for all parties, via the CM/ECF system, electronic mail, facsimile and/or mailing same by United States Mail, properly addressed, and first class postage prepaid, to all counsel of record in this matter.

/s/ *Thomas M. Richard*