Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0417

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Home One Homes

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-7628

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _5th_ day of _March_, 20 _10_, at _3:00_ o'clock _P_ M

**Place of Service:** at _2121 N. Causeway Blvd., #167_, in _Metairie, LA 70001_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Home One Homes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _John Tarab, Jr_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Brn_; Facial Hair ____
Approx. Age _35_; Approx. Height _5'10"_; Approx. Weight _180_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _March_, 20 _10_

_[signature]_ death
Notary Public                (Commission Expires)
BRANDI F. ERMON #26631

**APS International, Ltd.**