Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0411

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--GMI Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _Jefferson_ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _4_ day of _March_, 20 _10_, at _3:00_ o'clock _P_ M

**Place of Service:** at _9 Starbush Circle, Suite 101_, in _Covington, LA 70433_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**GMI Construction, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: _Anna Duprey_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brn_ ; Facial Hair ___
Approx. Age _30_ ; Approx. Height _5'6"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _5th_ day of _March_, 20 _10_

Signature of Server

Notary Public   (Commission Expires)
Brandi F. Erman  deck
#26631

**APS International, Ltd.**