Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 101729-0361

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Chris Cadis
Court Case No. 09-7628

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Davven J. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13** day of **March**, 20 **10**, at **1:00** o'clock **P.** M

**Place of Service:** at 472 East Chase Ct., in Mandeville, LA 70448

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Chris Cadis**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Ann Cadis**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Chris Cadis**
at the place of service, and whose relationship to the person is: **wife**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Red**; Facial Hair ____
Approx. Age **48**; Approx. Height **5'5"**; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **15** day of **March**, 20**10**

Notary Public          (Commission Expires)

BRANDI F. ERMON
#26631