Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #:  101729-0387

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Anthony F. Marino, General Contractor, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Darren J. Harper_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13_ day of _March_ , 20 _10_, at _8:30_ o'clock _A_M

**Place of Service:** at _4800 Sharp rd._ , in _Mandeville, LA  70471_

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Anthony F. Marino, General Contractor, LLC**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.

☑ By delivering them into the hands of _____ , a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Anthony F. Marino, General Contractor, LLC** at the place of service, and whose relationship to the person is: _SON_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Black_ ; Facial Hair_____
Approx. Age _33_ ; Approx. Height _5'8"_ ; Approx. Weight _225_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _19_ day of _March_ , 20 _10_

_____
Notary Public                    (Commission Expires)
BRANDI F. ERMON  #26631