Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0359

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Affordable Homes & Land, LLC
Court Case No. 09-7628

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

Name of Server: _Darron J. Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _13_ day of _March_, 20 _10_, at _3:30_ o'clock _P_. M

Place of Service: at _2232 Caroline St._, in _Mandeville, LA 70448_

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Affordable Homes & Land, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Rob    Person   in Charge_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _W_ ; Hair Color _Blck_ ; Facial Hair _____
Approx. Age _62_ ; Approx. Height _5'9"_ ; Approx. Weight _165_

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _19_ day of _March_, 20 _10_

Signature of Server

Notary Public        (Commission Expires)
BRANDI F. ELNON
#26631

**APS International, Ltd.**