UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

## HPH PROPERTIES, LLC'S OBJECTION AND MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER

COMES NOW Defendant, HPH Properties, LLC ("HPH"), by its undersigned counsel and pursuant to Federal Rules of Civil Procedure 45(c) and 26(c), submits the following objection to two subpoenas issued by Plaintiffs and hereby moves the Court to enter an order: (1) quashing Plaintiffs' Subpoena for Testimony, and; (2) quashing Plaintiffs' Subpoena for Production of Documents served upon HPH on the grounds that (1) Plaintiffs' Subpoenas were served without providing reasonable notice; (2) the Subpoenas are premature, overly broad, unduly burdensome, and largely duplicative of

the Court's required profile form; and (3) both Subpoenas improperly request documents which are protected by the attorney-client and attorney work product privileges. A memorandum of law in support of this motion is attached.

      /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing *Objection and Motion to Quash Subpoena for Testimony and Subpoena for Production and Motion for Protective Order* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of April, 2010.

                                                                                            /s/ Lucy W. Jordan
                                                                                            OF COUNSEL