UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                  JUDGE FALLON
                                                                 MAG. JUDGE WILKINSON

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••••

## NOTICE OF HEARING

    PLEASE TAKE NOTICE, that on the 12th day of May 2010, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, Defendant HPH Properties, LLC's Objection and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order will be brought for hearing.

                                                                 /s/ Lucy W. Jordan
                                                                 James A. Kee, Jr., KEE005
                                                                 Lucy W. Jordan, JOR037
                                                                Attorneys for HPH Properties, LLC

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of April, 2010.

                                              /s/ Lucy W. Jordan
                                              OF COUNSEL