UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ................................... | : | |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS<br>................................... | : : : : : | |

## Mazer's Discount Home Centers, Inc.'s Objection to and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order (Filed April 14, 2010)

Defendant Mazer's Discount Home Centers, Inc. ("Mazer"), in accordance with Rules 45(c) and 26(c), Fed. R. Civ. P., submits the following objections to two subpoenas issued by Plaintiffs and to a notice of deposition issued by the Plaintiffs. Mazer requests that the Court enter an order (a) quashing the Plaintiffs' subpoena for testimony, (b) quashing the Plaintiffs' subpoena for production of documents, and (c) protecting Mazer by forbidding the noticed deposition of Mazer.

As grounds for this motion, Mazer states that (a) the subpoenas and deposition notice were issued without providing reasonable notice or a reasonable time in which

to respond; (b) the subpoenas and deposition notice are premature, overly broad, unduly burdensome, irrelevant, and largely duplicative of both the information provided in the profile form and previous discovery requests; (c) the subpoenas and deposition notice improperly request documents that are protected by the attorney-client privilege and attorney-work-product doctrine; (d) the subpoenas and deposition notice seek information and documents that are beyond the scope of discovery permitted by Rule 26, Fed. R. Civ. P.; (e) the subpoenas and deposition notice were improperly served on Mazer directly and not on its counsel even though Mazer has been represented by counsel in the MDL proceeding since July 2009; (f) the subpoena for deposition testimony is issued by the incorrect court; and (g) the Plaintiffs have already taken the deposition of Mazer in this MDL proceeding and should not be allowed to take a second deposition without some showing of good cause.

Additionally, counsel for Mazer attempted to resolve the discovery matter with counsel for Plaintiffs, but Plaintiffs' counsel would not agree to withdraw the subpoenas and deposition notice.

A memorandum of law in support of this motion is attached.

Respectfully submitted and filed on April 14, 2010, using one of the below-listed attorneys' CM/ECF user log-in and password as a signature in accordance with Rule 8 of the Court's Administrative Procedures for Electronic Case Filing,

   s/ *Larry S. Logsdon*
Larry S. Logsdon
Voice:   (205) 874-0341
Fax:    (205) 874-3241
E-mail: llogsdon@wallacejordan.com

   s/ *Michael L. Jackson*
Michael L. Jackson
Voice:   (205) 874-0315
Fax:    (205) 874-3251
E-mail: mjackson@wallacejordan.com

Attorneys for Defendant Mazer's Discount Home Centers, Inc.

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555

   s/ *Christopher A. Bottcher*
Christopher A. Bottcher
E-mail: cbottcher@sirote.com

Mary Blanche Hankey
E-mail: mhankey@sirote.com

C. Lee Reeves
E-mail: lreeves@sirote.com

Attorneys for Defendant Mazer's Discount Home Centers, Inc.

Of Counsel:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Voice:   (205) 930-5100
Fax:     (205) 930-5101

## Certificate of Service

  I certify that on April 14, 2010, the above and foregoing *Mazer's Discount Home Centers, Inc.'s Objection to and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order* was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

               **s/** *Michael L. Jackson*
               Michael L. Jackson
               Wallace, Jordan, Ratliff & Brandt, L.L.C.
               Post Office Box 530910
               Birmingham, Alabama 35253
               Voice:  (205) 874-0315
               Fax:    (205) 874-3251
               E-mail:  mjackson@wallacejordan.com