UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| ............................................<br><br>THIS DOCUMENT RELATES TO:<br> ALL ACTIONS<br>............................................ | : : : : : | |

# Notice of Hearing

Please take notice that Defendant Mazer's Discount Home Centers, Inc. ("Mazer"), will bring on for hearing the attached **Objection to and Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order (Filed April 14, 2010)** before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L," 500 Poydras Street, New Orleans, Louisiana 70130, on the 12th day of May, 2010 at 9:00a.m., or time set further by this Court.

Respectfully submitted and filed on April 14, 2010, using one of the below-listed attorneys' CM/ECF user log-in and password as a signature in accordance with Rule 8 of the Court's Administrative Procedures for Electronic Case Filing,

  s/ *Larry S. Logsdon*
Larry S. Logsdon
Voice: (205) 874-0341
Fax: (205) 874-3241
E-mail: llogsdon@wallacejordan.com

  s/ *Michael L. Jackson*
Michael L. Jackson
Voice: (205) 874-0315
Fax: (205) 874-3251
E-mail: mjackson@wallacejordan.com

Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555

  s/ *Christopher A. Bottcher*
Christopher A. Bottcher
E-mail: cbottcher@sirote.com

Mary Blanche Hankey
E-mail: mhankey@sirote.com

C. Lee Reeves
E-mail: lreeves@sirote.com

Attorneys for Defendant Mazer's Discount Home Centers, Inc.

Of Counsel:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Voice:   (205) 930-5100
Fax:      (205) 930-5101

## Certificate of Service

    I certify that on April 14, 2010, the above and foregoing *Notice of Hearing* was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                           s/ *Michael L. Jackson*
                                                          Michael L. Jackson
                                                          Wallace, Jordan, Ratliff & Brandt, L.L.C.
                                                          Post Office Box 530910
                                                          Birmingham, Alabama 35253
                                                          Voice:  (205) 874-0315
                                                          Fax:     (205) 874-3251
                                                          E-mail:  mjackson@wallacejordan.com