UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>CASE NO. 2:09-cv-04117<br><br>SECTION: L<br><br>MG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**
Vickers et al v. Knauf GIPS KG et al
Case No.: 09-CIV-20510
_____/

### DEFENDANT BANNER SUPPLY CO.'S
### MOTION TO DISMISS AMENDED FOURTH-PARTY COMPLAINT

Defendant BANNER SUPPLY CO. ("BANNER") hereby files this Motion to Dismiss Fourth-Party Plaintiff ATCO INT. CORP.'s ("AIC") Amended Fourth-Party Complaint (the "Motion"), and respectfully requests that this Court enter an Order dismissing AIC's Amended Fourth-Party Complaint for the reasons set forth in the attached Memorandum of Law filed in support of this Motion.

WHEREFORE, Defendant BANNER SUPPLY CO. respectfully requests that the instant Motion be granted and that an Order be entered dismissing AIC's Amended Fourth-Party Complaint, together with such other and further relief that the Court deems just and proper under the circumstances.

{218429.0005/N0823257_1}

ADORNO & YOSS LLP

/s/ Jeffrey A. Backman
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Jeffrey A. Backman
Florida Bar No.: 662501
jbackman@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Telephone:   (954) 763-1200
Facsimile:   (954) 766-7800

*Attorneys for Defendant BANNER SUPPLY CO.*

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Motion to Dismiss have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2010.


/s/Jeffrey A. Backman