# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

Robert V. Fitzsimmons, Esq., and the law firm of Rumberger, Kirk & Caldwell, P.A., hereby enters their appearance as counsel for Defendants, F. VICINO DRYWALL, INC. and F. VICINO & CO., INC. and requests that copies of all pleadings filed in this matter be forwarded to undersigned.

Respectfully Submitted,

*Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Defendants, F. Vicino Drywall, Inc. and F. Vicino & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of April, 2010.

                                            *Robert V. Fitzsimmons*
                                            ROBERT V. FITZSIMMONS
                                            Florida Bar No. 0355739
                                            RUMBERGER, KIRK & CALDWELL
                                            A Professional Association
                                            Brickell Bayview Centre, Suite 3000
                                            80 S.W. 8th Street (33130-3037)
                                            Post Office Box 01-9041
                                            Miami, Florida  33101
                                            Telephone:  (305) 358-5577
                                            Telecopier:  (305) 371-7580

                                            *Attorneys for Defendants, F. Vicino*
                                            *Drywall, Inc. and F. Vicino & Co., Inc.*

1031587