## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **D. R. HORTON, INC. – GULF COAST** | ) | **CIVIL ACTION NO. 09 MD 2047** |
| **Plaintiff** | ) | |
| **versus** | ) | **JUDGE ELDON E. FALLON** |
| | ) | |
| **INTERIOR EXTERIOR BUILDING** | ) | |
| **SUPPLY, LIMITED PARTNERSHIP** | ) | **MAGISTRATE WILKINSON** |

**This Document Relates to:**
**D. R. Horton v. Interior Exterior, et al,**
**Case No. 10-00804 (E.D. La)**

## ANSWER, AFFIRMATIVE DEFENSES AND CROSS CLAIMS AGAINST KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., KNAUF INSULATION GMBH a/k/a KNAUF USA, and KNAUF INTERNATIONAL GMBH

**NOW INTO COURT**, through undersigned counsel, comes Interior/Exterior Building

Supply, L.P., who respectfully answers plaintiff's Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Interior/Exterior affirmatively avers that it is not a manufacturer of any product

complained in the Petition for Damages and therefore is not liable under La. R.S. 9:2800.52.

### SECOND AFFIRMATIVE DEFENSE

Interior/Exterior affirmatively avers that it is a good faith seller pursuant to La. Civil

Code Article 2531.

### THIRD AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff's damages and/or injuries complained in plaintiff's Petition for Damages were caused either in whole or part by plaintiff's own negligence, and therefore, plaintiff is barred in whole or in part from recovery.

### FOURTH AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff's alleged damages and/or injuries were caused by the fault and/or negligence of third parties and/or non-parties for whom Interior/Exterior is not responsible and over whom Interior/Exterior exercised no control.  These entities include, but are not limited to, all of the Knauf entities named in plaintiff's complaint and Metro Resources Corporation.

### FIFTH AFFIRMATIVE DEFENSE

This action and/or relief sought by plaintiff against Interior/Exterior is or may be barred, in whole or in part, due to additional affirmative defenses that cannot now be articulated by Interior/Exterior; as such, Interior/Exterior reserves its right to supplement this answer and raise additional defenses as may become applicable upon further amplification of plaintiff's claims and discovery of information presently unknown to Interior/Exterior.

### SIXTH AFFIRMATIVE DEFENSE

Interior/Exterior did not have actual or constructive notice of any defect.

### SEVENTH AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff fails to state a claim upon which relief may be granted.

### EIGHTH AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff's claims have prescribed.

## NINTH AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff does not have a viable claim for punitive damages.

## TENTH AFFIRMATIVE DEFENSE

Interior/Exterior avers that plaintiff's recovery of some or all of the damages alleged are barred by the economic loss doctrine.

**And now answering the Complaint:**

1.

The allegations of paragraph 1 are denied for lack of sufficient information to justify a reasonable belief therein.

2.

The allegations of paragraph 2 are admitted to the extent the allegations pertain to Interior/Exterior.  The remaining allegations of Paragraph 2 are denied for lack of sufficient information to justify a reasonable belief therein.

3.

The allegations of paragraph 3 require no response from this defendant.

4.

The allegations of paragraph 4 require no response from this defendant.

5.

The allegations of paragraph 5 require no response from this defendant.  .

6.

The allegations of paragraph 6 contain legal conclusions regarding ultimate issues of the case and are, therefore, denied.

7.

The allegations of paragraph 7 are denied for lack of sufficient information to justify a reasonable belief therein.

8.

The allegations of paragraph 8 require no response from this defendant.

9.

The allegations of paragraph 9 are denied for lack of sufficient information to justify a reasonable belief therein.

10.

The allegations of paragraph 10 are denied for lack of sufficient information to justify a reasonable belief therein.

11.

The allegations of paragraph 11 are denied for lack of sufficient information to justify a reasonable belief therein.

12.

The allegations of paragraph 12 are denied for lack of sufficient information to justify a reasonable belief therein.

13.

The allegations of paragraph 13 are denied for lack of sufficient information to justify a reasonable belief therein.

14.

The allegations of paragraph 14 are denied for lack of sufficient information to justify a reasonable belief therein.

15.

The allegations of paragraph 15 are denied for lack of sufficient information to justify a reasonable belief therein.

16.

The allegations of paragraph 16 are denied for lack of sufficient information to justify a reasonable belief therein.

17.

The allegations of paragraph 17 are denied for lack of sufficient information to justify a reasonable belief therein.

18.

The allegations of paragraphs18 are denied for lack of sufficient information to justify a reasonable belief therein.

19.

The allegations in paragraph 19 are denied for lack of sufficient information to justify a reasonable belief therein.

20.

The allegations of paragraph 20 require no response from this defendant.

21.

The allegations of paragraph 21 are denied for lack of sufficient information to justify a reasonable belief therein.

22.

The allegations of paragraph 22 require no response from this defendant.

23.

To the extent the allegations of paragraph 23 apply to Interior/Exterior, they are denied for lack of sufficient information to justify a reasonable belief therein.  The remaining allegations of paragraph 23 require no response from this defendant.

24.

The allegations of paragraph 24 require no response from this defendant.

25.

The allegations of paragraph 25 require no response from this defendant.

26.

The allegations of paragraph 26 require no response from this defendant.

27.

The allegations of paragraph 27 are admitted.

28.

The allegations of paragraph 28 are admitted.

29.

The allegations of paragraph 29 are admitted.

30.

The allegations of paragraph 30 are denied for lack of sufficient information to justify a reasonable belief therein.

31.

The allegations of paragraph 31 are denied for lack of sufficient information to justify a reasonable belief therein.

32.

The allegations of paragraph 32 are denied for lack of sufficient information to justify a reasonable belief therein.

33.

The allegations of paragraph 33 require no response from this defendant.

34.

The allegations of paragraph 34 require no response from this defendant.

35.

The allegations of paragraph 35 require no response from this defendant.

36.

The allegations of paragraph 36 are admitted.

37.

The allegations of paragraph 37 are admitted.

38.

The allegations of paragraph 38 are admitted.

39.

The allegations of paragraph 39 require no response from this defendant.

40.

The allegations of paragraph 40 are admitted.

41.

The allegations of paragraph 41 require no response from this defendant.

42.

The allegations of paragraph 42 require no response from this defendant.

43.

The allegations of paragraph 43 require no response from this defendant; however, to the extent an answer is deemed required, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

44.

The allegations of paragraph 44 require no response from this defendant

45.

The allegations of paragraph 45 are denied for lack of sufficient information to justify a reasonable belief therein.

46.

The allegations of paragraph 46 are denied for lack of sufficient information to justify a reasonable belief therein.

47.

The allegations of paragraph 47 require no response from this defendant.

48.

The allegations of paragraph 48 are denied for lack of sufficient information to justify a reasonable belief therein.

49.

The allegations of paragraph 49 are denied for lack of sufficient information to justify a reasonable belief therein.

50.

The allegations of paragraph 50 are denied for lack of sufficient information to justify a reasonable belief therein.

51.

The allegations of paragraph 51 are denied for lack of sufficient information to justify a reasonable belief therein.

52.

To the extent the allegations of paragraph 52 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

53.

To the extent the allegations of paragraph 53 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

54.

To the extent the allegations of paragraph 54 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

55.

To the extent the allegations of paragraph 55 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

56.

To the extent the allegations of paragraph 56 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

57.

The allegations of paragraph 57 require no response from this defendant.

58.

The allegations of paragraph 58 contain a legal conclusion regarding an ultimate issue of the case and are, therefore, denied.

59.

To the extent the allegations of paragraph 59 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

60.

To the extent the allegations of paragraph 60 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

61.

To the extent the allegations of paragraph 61 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

62.

To the extent the allegations of paragraph 62 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

63.

Paragraph 63 contains allegations that apply to other defendants and therefore, require no response from Interior/Exterior.

64.

Paragraph 64 contains allegations that apply to other defendants and therefore, require no response from Interior/Exterior.

65.

Paragraph 65 contains allegations that apply to other defendants and therefore, require no response from Interior/Exterior.

66.

Paragraph 66 contains allegations that apply to other defendants and therefore, require no response from Interior/Exterior.

67.

The allegations of paragraph 67 are denied for lack of sufficient information to justify a reasonable belief therein.

68.

The allegations of paragraph 68 are denied for lack of sufficient information to justify a reasonable belief therein.

69.

The allegations of paragraph 69 are denied for lack of sufficient information to justify a reasonable belief therein.

70.

The allegations of paragraph 70 contain legal conclusions regarding ultimate issues of the case and are therefore denied for lack of sufficient information to justify a reasonable belief therein.

71.

The allegations of paragraph 71 are denied for lack of sufficient information to justify a reasonable belief therein.

72.

The allegations of paragraph 72 are denied for lack of sufficient information to justify a reasonable belief therein.

73.

The allegations of paragraph 73 contain legal conclusions regarding ultimate issues of the case and are, therefore, denied for lack of sufficient information to justify a reasonable belief therein.

74.

The allegations of paragraph 74 require no response from this defendant.

75.

The allegations of paragraph 75 require no response from this defendant.

76.

The allegations of paragraph 76 require no response from this defendant.

77.

The allegations of paragraph 77 require no response from this defendant.

78.

The allegations of paragraph 78 require no response from this defendant.

79.

The allegations of paragraph 79 require no response from this defendant.

80.

The allegations of paragraph 80 require no response from this defendant.

81.

The allegations of paragraph 81 require no response from this defendant.

82.

The allegations of paragraph 82 require no response from this defendant.

83.

To the extent that the allegations of paragraph 83 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

84.

To the extent that the allegations of paragraph 84 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

85.

To the extent that the allegations of paragraph 85 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

86.

To the extent that the allegations of paragraph 86 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

87.

To the extent that the allegations of paragraph 87 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

88.

To the extent that the allegations of paragraph 88 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

89.

To the extent that the allegations of paragraph 89 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

90.

To the extent that the allegations of paragraph 90 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

91.

To the extent that the allegations of paragraph 91 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

92.

To the extent that the allegations of paragraph 92 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

93.

To the extent that the allegations of paragraph 93 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

94.

To the extent that the allegations of paragraph 94 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

95.

To the extent that the allegations of paragraph 95 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

96.

To the extent that the allegations of paragraph 96 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

97.

To the extent that the allegations of paragraph 97 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

98.

To the extent that the allegations of paragraph 98 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

99.

To the extent that the allegations of paragraph 99 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

100.

To the extent that the allegations of paragraph 100 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

101.

To the extent that the allegations of paragraph 101 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

102.

To the extent that the allegations of paragraph 102 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

103.

To the extent that the allegations of paragraph 103 apply to Interior/Exterior, the allegations are denied for lack of sufficient information to justify a reasonable belief therein.

104.

The allegations of paragraph 104 require no response from this defendant.

105.

The allegations of paragraph 105 require no response from this defendant.

106.

The allegations of paragraph 106 require no response from this defendant.

107.

The allegations of paragraph 107 require no response from this defendant.

108.

The allegations of paragraph 108 require no response from this defendant.

109.

The allegations of paragraph 109 require no response from this defendant.

110.

The allegations of paragraph 110 require no response from this defendant.

111.

The allegations of paragraph 111 require no response from this defendant.

112.

The allegations of paragraph 112 require no response from this defendant.

113.

The allegations of paragraph 113 require no response from this defendant.

114.

The allegations of paragraph 114 require no response from this defendant.

115.

The allegations of paragraph 115 require no response from this defendant.

116.

The allegations of paragraph 116 require no response from this defendant.

117.

The allegations of paragraph 117 require no response from this defendant.

118.

The allegations of paragraph 118 require no response from this defendant.

119.

The allegations of paragraph 119 require no response from this defendant.

120.

The allegations of paragraph 120 require no response from this defendant.

121.

The allegations of paragraph 121 require no response from this defendant.

122.

The allegations of paragraph 122 require no response from this defendant.

123.

To the extent the allegations of paragraph 123 apply to Interior/Exterior, those allegations are denied.

124.

To the extent the allegations of paragraph 124 apply to Interior/Exterior, those allegations are denied.

125.

To the extent the allegations of paragraph 125 apply to Interior/Exterior, those allegations are denied.

126.

To the extent the allegations of paragraph 126 apply to Interior/Exterior, those allegations are denied.

127.

The allegations of paragraph 127 require no response from this defendant.

**CROSS-CLAIMS AGAINST KNAUF GIPS KG,
KNAUF PLASTERBOARD (TIANJIN) CO., LTD., KNAUF
INSULATION GMBH a/k/a KNAUF USA, and KNAUF INTERNATIONAL GMBH**

128.

Interior/Exterior incorporates herein all of the foregoing responses that are relevant to this cross-claim.

129.

Interior/Exterior asserts a claim against Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Insulation GmbH, a/k/a Knauf USA, and Knauf International GmbH, along with all other applicable affiliates and related entities (collectively hereafter "Knauf") for breach of contract, breach of express warranty, breach of implied warranty, liability under the Louisiana Products Liability Act and under every other theory of recovery and applicable law which affords it relief.

130.

Interior/Exterior purchased a certain quantity of gypsum drywall manufactured by Knauf.

131.

Knauf expressly warranted that the gypsum drywall would be free of defects and fit for the ordinary purpose for which gypsum drywall is used.

132.

Without admitting any liability or damages to the Plaintiff, if it is shown that the drywall manufactured and sold to Interior/Exterior by Knauf was defective and not fit for the ordinary purpose for which gypsum drywall is used, then Knauf is liable to Interior/Exterior for any amount that Interior/Exterior is cast in judgment on plaintiff's claims, and for the damages that Interior/Exterior has sustained.

133.

As a direct and proximate result of Knauf's acts and omissions, Interior/Exterior has incurred damages that include: 1) loss of income; 2) defense costs and attorney's fees; 3) loss of reputation; and 4) other damages to be shown at trial.

## JURY DEMAND

Interior/Exterior demands a trial by jury.

**WHEREFORE**, having fully answered the Plaintiff's Complaint, Interior/Exterior prays:

a)      that plaintiff recovers nothing from Interior/Exterior and that judgment be entered in Interior/Exterior's favor;

b)      that the costs of this action, including attorney's fees and costs that may be allowed by statute, be taxed against plaintiff;

c)      that Interior/Exterior be granted the relief prayed for in its Cross-Claims against Knauf;

d)      for judgment against Knauf for all damages it has sustained as a result of Knauf's acts and omissions as set forth in its cross-claim; and

e)      for all other general and equitable relief that the Court may deem just and proper.

Respectfully submitted,

*/s/ Lambert J. Hassinger, Jr.*_____
Richard G. Duplantier, Jr. #18874
Lambert J. Hassinger, Jr. #21683
Jeffrey P Green, #30531
Carlina C. Eiselen #28524
GALLOWAY, JOHNSON, TOMPKINS,
      BURR & SMITH
701 Poydras Street
Suite 4040 One Shell Square
New Orleans, LA 70139
Telephone:  (504) 525-6802
Facsimile:  (504) 525-2456
rduplantier@gjtbs.com
jhassinger@gjtbs.com
jgreen@gjtbs.com
ceiselen@gjtbs.com
*Counsel for Interior/Exterior Building Supply, L.P.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the _14th_ day of April, 2010 a copy of the foregoing has been forwarded to all counsel of record by filing same electronically with the Clerk of Court using the CM/ECF system and via LexisNeix.com/fileandserve.

/s/ *Lambert J. Hassinger, Jr.*
Lambert J. Hassinger, Jr.