THE PEOPLE'S REPUBLIC OF CHINA
SHANDONG PROVINCE LINXINYI CITY
INTERMEDIATE PEOPLE'S COURT
PROOF OF SERVICE

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-193*
*Judicial Association No. SX-10-91*

| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Transaction No. 21 |
|---|---|---|---|
| Document Served |  | Summary of document, summons, complaint served. | |
| Recipient (Unit) |  | Pinyi Zhong Xing Gypsum Plasterboard Co., Ltd. (former known as Shandong Chen Xiang Building Material Co., Ltd.) | |
| Address for Service |  | Junhe Industrial Park, Pingyi County, Linyi City Shandong Province, China. (Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273000 China.) | |
| Recipient Signature or Seal |  | Date | |
| Recipient in substitution and reason(s) |  | [Signature illegible] (received on behalf)  Feb. 25, 2010 | |
| Notes |  | Servers: Nong, Jian Guang 0539-8128077  Zhao, Xiu Na 0539-8138238 | |

Issuer:  Hou, Pei Dong          Date of Issue:               Server:   Lu, Wen Qi

Note:
    (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
    (2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd., formerly known as Shandong Chenxiang Building Materials Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __February 25th, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Junhe Industrial Park, Pingyi County, Linyi City, Shandong Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __the signature could not be recognized.__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __not mentioned.__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* __Beijing__ , the __March 26th, 2010__
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
   *Rayer les mentions inutiles.*

2

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | **Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*      Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.
      formerly known as Shandong Chenxiang Building Materials Co., Ltd.
   Dongyah Dianzi Cun (Village), Pingyi Zhen (Town), Pingyi Xian (County), Shandong 273300 China
      Tel: 05394181801

[X]   (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]   (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ]   (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                       , the
*Fait à* Minneapolis, Minnesota, U.S.A.      , *le* 4/3/10

Signature and/or stamp.
*Signature et/ou cachet.*



(Formerly OBD-116 which was formerly LAA-116,      USM-94
both of which may still be used)                (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*