**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Given the foregoing Ex Parte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, Penn Construction Company, LLC, is hereby granted a thirty (30) day extension of time, until May 15, 2010, to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
J U D G E