UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORMS

Craftmaster, LLC ("Defendant") by and though undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit a Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states as follows:

1.  On or about March 12, 2010, Defendant was served with Plaintiffs' Omnibus Class Action Complaint as evidenced by the Affidavit of Service filed with the Court.

2.  On March 9, 2010, the Court entered Pre-trial Order No. 1F requiring Defendant to submit appropriate Profile Forms within forty (40) days after service of process.

3.  The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4.  An extension will neither prejudice any of the parties, nor delay this matter.

5.  This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

**WHEREFORE**, Defendant, Craftmaster, LLC, hereby respectfully requests a thirty (30) day extension from the filing of this Motion, or until May 15, 2010, in which to complete and submit the appropriate Profile Form.

        Respectfully submitted,

        **LAWRENCE & ASSOCIATES**

        By: */s/ John S. Lawrence, Jr.*
        John S. Lawrence Jr., a P.L.C. (#19678)
        David P. Curlin (#20771)
        Matthew L. Devereaux (#32125)
        225 St. Ann Drive
        Mandeville, Louisiana 70471
        Telephone: (985) 674-4446
        Facsimile: (985) 674-4450
        *Counsel for Defendant, Craftmaster, LLC*

        AND

        **LOEB & LOEB, LLC**

        By: */s/ J. Scott Loeb*
        J. Scott Loeb (#25771)
        Jonas P. Baker (#25563)
        225 St. Ann Drive
        Mandeville, Louisiana 70471
        Telephone: (985) 674-4446
        Facsimile: (985) 674-4450
        *Counsel for Defendant, Craftmaster, LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of April 2010.

                                                 _/s/ **_John S. Lawrence, Jr._** _____
                                                 John S. Lawrence, Jr.