# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Darwin Sharp Construction, LLC, ("Defendant"), by and though undersigned counsel and pursuant to Local Rule 7.9E, hereby moves for an extension of time within which to respond to Plaintiffs' Omnibus Class Action Complaint, and in support thereof states:

1.

Defendant was served with process in the above-referenced action on February 15, 2010, as evidenced by the Affidavit of Service filed with the Court on April 6, 2010.

2.

As per Pre Trial Order No. 1F, Defendant has fifty (50 days) from the date of service to file a responsive pleading. Undersigned counsel was recently retained to represent Defendant and requires additional time in which to review all file materials and formulate a response to Plaintiffs' Complaint.

3.

Defendant hereby seeks an additional thirty (30) day extension of time from the date the responsive pleadings would be due as per Pre Trial Order No.1F until May 6, 2010 within which

to respond to the Complaint.

4.

Defendant has not sought any previous extensions of time in this matter.

WHEREFORE, Defendant, Darwin Sharp Construction, LLC. hereby respectfully requests a 30-day extension of time until May 6, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: **/s/ *John S. Lawrence, Jr.* **
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Darwin Sharp Construction, LLC*

AND

**LOEB & LOEB, LLC**

By: **/s/ *Scott Loeb* **
Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Darwin Sharp Construction, LLC*

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail

or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of April 2010.

                                                     /s/ **John S. Lawrence, Jr.**
                                                    John S. Lawrence, Jr.