UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

## AFFIDAVIT OF JAMES A. COMPARATO

I, James A. Comparato, being first duly sworn do hereby affirm the following:

1. I am employed as President of RCR Holdings II, Inc. of ("RCR"), and have personal knowledge of the matters stated herein.

2. I am familiar with the organization and operations of RCR, as well as of its affiliated entities.

3. RCR is a real estate developer that builds homes **only** in the State of Florida4. RCR is a Florida corporation with its principal address in Boynton Beach, Florida.

5. Neither RCR nor any of their affiliated entities have ever built a home in Louisiana, sold a home in Louisiana, conducted or sought to conduct business in Louisiana, advertised in Louisiana, nor in any way targeted their activities towards Louisiana.

6.   In fact, neither RCR nor any of their affiliated entities have ever transacted any business in Louisiana, contracted to supply services or things in Louisiana, committed any act or omission in Louisiana, caused injury or damage in Louisiana, done or solicited business in Louisiana, engaged in any persistent course of conduct in Louisiana, derived revenue from goods used or consumed or services rendered in Louisiana, had an interest in, used or possessed a real right on immovable property in Louisiana, manufactured a product or component thereof which caused damage or injury in Louisiana, or placed a product into the stream of commerce that could reasonably be foreseen, expected, or anticipated to eventually be found in Louisiana by reason of its nature and the marketing practices of RCR or their affiliated entities.

7.   All of the homes that are alleged to incorporate Chinese manufactured drywall are located in the State of Florida.

8.   Through counsel RCR has requested the opportunity to inspect the homes pursuant to Florida Statutes 558. RCR's counsel never received a response.

I have read the foregoing and aver that the statements set forth above are true and correct based upon personal knowledge or upon information and belief.

James A. Comparato

Sworn to and Subscribed
Before me this 25 day
Of March, 2010

Notary Public

My Commission Expires: