UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant's Motion to Dismiss or, in the alternative, to Stay of RCR Holdings II, LLC.;

IT IS HEREBY ORDERED that the Motion is hereby GRANTED and that Plaintiffs' claims against RCR Holdings II, LLC are dismissed.

New Orleans, Louisiana, this _____ day of April, 2010.

                                                     Honorable Eldon E. Fallon
                                                   United States District Judge