UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTION LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON |
| Case No. 09-7628<br>Sean Payton, et al v. Knauf Gips KG, et al | MAGISTRATE WILKINSON |

### COX LUMBER CO.'S MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER

Defendant, COX LUMBER CO. ("Cox"), by its undersigned counsel and pursuant to Federal Rules of Civil Procedure 45(c) and 26(c), has filed herein its Objections to two subpoenas issued by Plaintiffs herein; namely (1) Plaintiffs' Subpoena to Produce Documents, Information, Or Objects or to Permit Inspection of Premises in a Civil Action and (2) Plaintiffs' Subpoena to Testify at a Deposition in a Civil Action. Cox hereby moves the Court to enter an order: (1) quashing Plaintiffs' Subpoena for Testimony, and; (2) quashing Plaintiffs' Subpoena for Production of Documents. This relief is warranted because: (1) both of Plaintiffs' Subpoenas were served without providing reasonable notice; (2) the Subpoenas are premature, overly broad, unduly burdensome, and largely duplicative of the Court's required profile forms; (3) both Subpoenas improperly request documents which are protected by the attorney client and attorney work product privileges; and (4) the Subpoenas are otherwise objectionable per the aforementioned Objections filed herein (which are incorporated herein by reference as if set forth at length). A memorandum of law in support of this motion is attached.

Respectfully submitted,

DAIGLE FISSE & KESSENICH, PLC

BY: */s/ Michael D. Fisse*
Michael D. Fisse (#19270)
James L. Bradford, III (#23662)
Klint E. Beckendorf (#32336)
P. O. Box 5350
Covington, LA  70434-5350
Telephone:     985.871.0800
Facsimile:      985.871.0899
E-mail:  mfisse@daiglefisse.com
ATTORNEYS FOR DEFENDANT,
COX LUMBER CO.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of April, 2010.  (Corrected copy was filed this date: 16th day of April, 2010.)

*/s/ Michael D. Fisse*