UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTION LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION:  L |
| **THIS DOCUMENT RELATES TO:** | JUDGE FALLON |
| Case No. 09-7628<br>Sean Payton, et al v. Knauf Gips KG, et al | MAGISTRATE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant, COX LUMBER CO. ("Cox") will bring on for hearing the attached **MOTION TO QUASH PLAINTIFFS' SUBPOENA FOR TESTIMONY AND SUBPOENA FOR PRODUCTION AND MOTION FOR PROTECTIVE ORDER** before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the 12th day of May, 2010 at 9:00 a.m., or at a time set further by this Court.

        Respectfully submitted,

        DAIGLE FISSE & KESSENICH, PLC

        BY: */s/ Michael D. Fisse*
        Michael D. Fisse (#19270)
        James L. Bradford, III (#23662)
        Klint E. Beckendorf (#32336)
        P. O. Box 5350
        Covington, LA  70434-5350
        Telephone:     985.871.0800
        Facsimile:     985.871.0899
        E-mail:  mfisse@daiglefisse.com
        ATTORNEYS FOR DEFENDANT,
        COX LUMBER CO.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of April, 2010.

*/s/ Michael D. Fisse*