United States District Court
Eastern District of Louisiana

In re: Chinese-Manufactured Drywall :
Litigation :

: MDL No. 2047
Products Liability
Section: L
Judge Fallon
Mag. Judge Wilkinson

............................................. :

**This document relates to:**

Samuel Ledford, individually and on behalf )
of others similarly situated, )
   )
   Plaintiff, )   No. CV-09-4292
   )
v. )
   )
Knauf Gips KG; Knauf Plasterboard )
Tianjin Co., Ltd.; and Mazer Super )
Discount Store et al., )
   )
   Defendants. )

---

**Mazer's Discount Home Centers, Inc.'s Response to Plaintiff
Samuel Ledford's Motion for Stay of Discovery**

---

    1.    Plaintiff Samuel Ledford ("Ledford") filed this action against Mazer's Discount Home Centers, Inc., d/b/a Mazer Discount Superstore ("Mazer's") and others in the United States District Court for the Northern

District of Alabama on March 27, 2009.[1] This action was later transferred to this Court by the United States Judicial Panel on Multidistrict Litigation.

2. This action has been pending for nearly 13 months.

3. Mazer's propounded written discovery to Ledford on or about November 12, 2009, to which Ledford responded on February 16, 2010. In his responses, Ledford refused to provide discoverable information about the expert witnesses he has retained. For example,

> **Interrogatories 15-19**
>
> 15. State the name, address, and qualifications of each and every expert witness or person you expect to call as an expert witness at trial.
>
> **ANSWER: Any and all expert witnesses which have been provided to this Defendant thus far by the PSC may be called at the trial of this matter. All names, addresses and qualifications have been provided. Plaintiff may supplement this Answer upon completion of further discovery.**
>
> 16. State the subject matter on which each expert witness is expected to testify.
>
> **ANSWER: This information has also been provided to this Defendant by the PSC, however, Plaintiff may supplement this Answer upon completion of further discovery.**
>
> 17. State the substance of the facts and opinions to which each and every expert is expected to testify.
>
> **ANSWER: This information has also been provided to this Defendant by the PSC, however, Plaintiff may supplement this Answer upon completion of further discovery.**

---

[1] Ledford originally filed this action on March 18, 2009. However, he soon thereafter filed an Amended Complaint on March 27, which named Mazer's as a defendant.

> 18. State a summary of the grounds of each opinion held by each and every said expert.
>
> **ANSWER: This information has also been provided to this Defendant by the PSC, however, Plaintiff may supplement this Answer upon completion of further discovery.**
>
> 19. State the conclusions or opinions of each and every expert you expect to call as a witness at the trial of this lawsuit.
>
> **ANSWER: This information has also been provided to this Defendant by the PSC, however, Plaintiff may supplement this Answer upon completion of further discovery.**

A true and correct copy of Ledford's response to the Interrogatories propounded by Mazer's is attached hereto as Exhibit A. Mazer's is not aware of, nor has Mazer's received any such information from the Plaintiffs' Steering Committee, the "PSC."

4. Mazer's is entitled to discover which experts Ledford will call to testify at trial, the subject matter of that testimony, a summary of the grounds of their opinions, and their conclusions or opinions. *See*, FED. R. CIV. P. 26 (a)(2). It is unfair and contrary to the letter and spirit of the Federal Rules of Civil Procedure to expect Mazer's to depose and prepare to defend against every expert who will testify for any of the plaintiffs in the MDL.

5.  The undersigned wrote counsel for Ledford regarding these (and other) deficient interrogatory responses and requested that Ledford supplement his responses. Thereafter, on or about March 19, 2010, Ledford filed a Motion for Stay asking the Court to stay discovery in this action.

6.  In his Memorandum in Support of Motion for Stay, Ledford states that he is a plaintiff in multiple actions pending in the MDL. *See*, Memorandum ¶ 9 ("Ledford is a named plaintiff and a member of the putative class set forth in the *Payton* action."). Indeed, this fact forms the sole basis for his request to stay discovery in the *Ledford* action. *Id.* ("[D]iscovery of Plaintiff Ledford should proceed in a coordinated manner in *Payton* and should not proceed separately in *Ledford*.").

7.  Ledford is a "named plaintiff and a member of the putative class set forth in the *Payton* action." Memorandum ¶ 9; *Payton, et. al v. Knauf Gips, KG, et al*, Case 2:09-cv-07628 (E.D. La.). Further, Ledford is also a plaintiff in *David Gross, et al v. Knauf Gips Kg, et al*, Case number 2:09-cv-6690 (E.D. La.). Mazer's is a defendant in both the *Payton* and *Gross* actions as well. Therefore, Ledford is asserting his claims against Mazer's in at least three separate actions.

8.  Because Ledford's resistance to participate in the discovery process in the very action he initiated is based upon the pendency of these

two actions, Ledford should dismiss the action he initiated in favor of the *Payton* action. Ledford's Motion, Memorandum, and the arguments contained within clearly indicate his preference for the *Payton* action over the *Ledford* action. *See, generally*, Memorandum.

9. Mazer's opposes Ledford's request to stay discovery and respectfully requests that the Court deny the same. Mazer's additionally requests that the Court direct Ledford to assert his claims against Mazer's in only one proceeding.

WHEREFORE, Mazer's Discount Home Centers, Inc., d/b/a Mazer Discount Superstore respectfully requests that this Court deny Plaintiff's Motion for Stay.

Respectfully submitted this 16th day of April, 2010.

/s/ *Christopher A. Bottcher*
Christopher A. Bottcher (BOT003)
C. Lee Reeves (REE004)
Mary Blanche Hankey (NEE007)

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101

/s/ *Larry S. Logsdon*
Larry S. Logsdon
Michael L. Jackson
Attorneys for Defendant
Mazer's Discount Home Centers, Inc.

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel: (205) 874-0341
Fax: (205) 871-7534

**DEFENDANT RESPECTFULLY REQUESTS ORAL ARGUMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing Mazer's Discount Home Centers, Inc.'s Response to Plaintiff Samuel Ledford's Motion for Stay of Discovery has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 16th day of April, 2010.

/s/ *Christopher A. Bottcher*
Of Counsel