IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY                : MDL No. 2047
LITIGATION                                             : Section L
_____/

This Document Relates to:                          : JUDGE FALLON
Payton, 09-7628                                        : MAG. JUDGE WILKINSON

## NOTICE OF HEARING

Defendants La Suprema Enterprise, Inc. and La Suprema Trading, Inc. hereby give notice that their MOTION TO DISMISS DEFENDANTS, BANNER SUPPLY CO., BANNER SUPPLY COMPANY POMPANO, LLC, BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, BANNER SUPPLY INTERNATIONAL, LLC AND BANNER SUPPLY CO. PORT SAINT LUCIE, LLC'S CROSSCLAIMS shall be heard on AUGUST 25, 2010 AT 9:00 A.M. before the Honorable Eldon E. Fallon.

>ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
>One Aventura, Suite 600
>20900 NE 30th Avenue
>Aventura, Florida 33180
>Tel:    305-937-0300
>Fax:    305-937-1311
>
>
>By:_____
>      EDUARDO I. RASCO, ESQ.
>      FLORIDA BAR NO. 646326
>      STEVE BIMSTON, ESQ.
>      FLORIDA BAR NO. 179205

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S.

Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of April, 2010.

        ROSENTHAL ROSENTHAL RASCO KAPLAN, LLC
        One Aventura, Suite 600
        20900 NE 30th Avenue
        Aventura, Florida 33180
        Tel:    305-937-0300
        Fax:   305-937-1311

        By:_____
            EDUARDO I. RASCO, ESQ.
            FLORIDA BAR NO. 646326
            STEVE BIMSTON, ESQ.
            FLORIDA BAR NO. 179205