UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

**THIS DOCUMENT RELATES TO:**

PAYTON    NO. 09-07628

### MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION AND IMPROPER VENUE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)

**NOW INTO COURT**, through undersigned counsel, comes Defendant, Duo-Fast Construction, Inc. (hereinafter referred to as "Duo-Fast") who moves the court for an Order dismissing the claims of the plaintiff, George Burgess, under Federal Rule of Civil Procedure 12(b) and for the reasons more fully set forth in the memorandum submitted in support of this Motion and attached hereto. Specifically, Duo-Fast Construction, Inc. is not subject to, nor has it submitted to, the jurisdiction of this court, and accordingly, the Eastern District of Louisiana is an improper venue for these proceedings against Duo-Fast Construction, Inc.

Duo-Fast is not a resident of the State of Louisiana and this court has no grounds for the exercise of personal jurisdiction over Duo-Fast as a result. Duo-Fast has no ties to the State of Louisiana, does not do business in the state, does not solicit business in the

state, and is not authorized to do business in the state. The plaintiffs do not make any allegations to the contrary in their complaint. Because the court lacks jurisdiction over Duo-Fast, venue is improper in the Eastern District of Louisiana under 28 U.S.C. §1391 and the plaintiffs claims should be dismissed. Alternatively, for the convenience of the parties and witnesses, and in the interest of justice, this matter should be transferred to Florida.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS AND GREMILLION, LLC**

_____
**THOMAS L. GAUDRY, JR. T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Counsel for Duo-Fast Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Dismiss** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this____16th____ day of April, 2010.

_____
Wade A. Langlois, III, LSBA #17681

G:\2918\0054\Pleadings\Motion to Dismiss\Mt to Dismiss.wpd