UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

**THIS DOCUMENT RELATES TO:**

PAYTON  NO. 09-07628

### AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF JURISDICTION OVER DEFENDANT

STATE OF FLORIDA

COUNTY OF DADE

**BEFORE ME,** the undersigned authority, personally came and appeared

### RAUL RAMOS

a resident of the County of Dade, State of Florida, who after first being duly sworn, did depose and state:

1. He is a resident of the county of Dade, State of Florida, and he is 31 years old and his date of birth is July 16, 1978;
2. He has been employed by Duo-Fast Construction Inc. for 7 years;
3. In his capacity as President for Duo-Fast Construction Inc. he has reviewed the Complaint filed by the Plaintiffs, George and Karen Burgess;
4. Duo-Fast Construction Inc. does not now and has not ever transacted any business in the State of Louisiana;
5. Duo-Fast Construction Inc. does not now and has not ever contracted to supply services or things in the State of Louisiana;



6. Duo-Fast Construction Inc. does not now and has not ever solicited business or engaged in any other course of conduct or derived revenue from goods used or consumed or services rendered in the State of Louisiana;

7. Duo-Fast Construction Inc. does not now and has not ever had an interest in, use of, or possession of a real right on immoveable property in the State of Louisiana;

8. Duo-Fast Construction Inc. is not authorized to do, and has never done any business in the State of Louisiana;

9. Duo-Fast Construction Inc. has never advertised in any publication either targeted to the State of Louisiana, or in anyway intended to draw business from any potential customer in Louisiana;

10. Duo-Fast Construction Inc. does not maintain an office, headquarters, shop, warehouse, or any other facility in the State of Louisiana;

11. Duo-Fast is located in the State of Florida and only does business in the Miami Metropolitan area.

12. The information in this Affidavit is based upon personal knowledge of the general and day to day operations of Duo-Fast Construction Inc.

_____
RAUL RAMOS

SWORN TO AND SUBSCRIBED

BEFORE ME ON THIS __16__ DAY

OF ___April___, 2010.

_____
Notary Public
Printed name: _____
Notary Number _____
My Commission Expires _____

JENNIFER CRUZ
MY COMMISSION # DD798380
EXPIRES: June 16, 2012
1-800-3-NOTARY    Fl. Notary Discount Assoc Co

G:\2918\0054\Pleadings\Affidavit in supp of Mt to Dismiss.wpd