UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

PAYTON    NO. 09-07628

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Duo-Fast Construction, Inc., will bring for hearing its *Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue Pursuant to FRCP Rule 12(b)(2)* on May 26, 2010, at 9:00 a.m. before the Honorable Judge Eldon E. Fallon, in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130.

Respectfully submitted,

**GAUDRY, RANSON, HIGGINS AND GREMILLION, LLC**

_____
**THOMAS L. GAUDRY, JR. T.A. (#5980)
WADE A. LANGLOIS, III (#17681)
GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Counsel for Duo-Fast Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Hearing** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __16th__ day of April 2010.

_____
Wade A. Langlois, III, LSBA #17681

G:\2918\0054\Pleadings\Motion to Dismiss\Mt to Dismiss Notice of Hearing.wpd