UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | MAG. JUDGE WILKINSON |
| | * | |
| V. | * | CIVIL ACTION NO. 09-7628 |
| | * | |
| KNAUF GIPS KG, ET AL. | * | |

**SECOND EX PARTE MOTION FOR EXTENSION OF TIME
TO SUBMIT DEFENDANT DISTRIBUTOR PROFILE FORM**

Defendant, Holmes Building Materials, LLC ("Holmes"), fully reserving any and all defenses, respectfully moves this Honorable Court for an additional thirty (30) day extension of time to submit a Defendant Distributor Profile Form to Plaintiffs' Liaison Counsel in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, Holmes was served with Plaintiffs' Omnibus Class Action Complaint.

2.	The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Distributor Profile Forms are to be filed within (40) forty days from service of a Complaint on a defendant.

3.	The undersigned has worked diligently to obtain all information necessary to complete the Defendant Distributor Profile Form.  However, additional time is needed to ascertain the information required and to confirm its accuracy.

4.	Defendant, therefore, requests that the deadline for submission of its Defendant Distributor Profile Form be extended until May 14, 2010.  The requested deadline request results in an additional thirty (30) day extension.

5.	The requested extension will neither prejudice any of the parties, nor delay this matter.

6.	This motion is being made in good faith and not for the purposes of delay.

7.	Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant Holmes Building Materials, LLC, respectfully requests this Court grant an additional extension of time, until May 14, 2010, to submit its Defendant Distributor Profile Form to Plaintiffs' Liaison Counsel.

Respectfully submitted,

　　　/s/ Ney J. Gehman　　　
Kaye N. Courington (La. Bar # 18582)
William J. Sommers, Jr. (La. Bar #12253)
Barbara B. O'Donnell (La. Bar #17921)
Magali A. Puente-Martin (La. Bar #27279)
Ney J. Gehman (La. Bar #26490)
Duncan, Courington & Rydberg, L.L.C.
400 Poydras Street, Suite 1200
New Orleans, LA 70130
504-524-5566
Counsel for Holmes Building Materials, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of April, 2010.

/s/ Ney J. Gehman