UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL* <br> PRODUCTS LIABILITY LITIGATION * <br> * <br> **THIS DOCUMENT RELATES TO:** * <br> * <br> SEAN AND BETH PAYTON, ET AL. * <br> * <br> V. * <br> * <br> KNAUF GIPS KG, ET AL. * | MDL NO. 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON <br><br> CIVIL ACTION NO. 09-7628 |

## **ORDER**

Upon Motion of Defendant, Holmes Building Materials, LLC, for Second Ex Parte Motion for Extension of Time to Submit Defendant Distributor Profile Form, it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Holmes Building Materials, LLC, shall be granted an extension of time, through and including, May 14, 2010, within which to serve its Defendant Distributor Profile Form.

DONE and ORDERED in New Orleans, Louisiana, this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE