UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION AND ORDER TO SUBSTITUTE AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant **ProBuild East, LLC**, reserving all rights to object to jurisdiction, venue or service and preserving all defenses, and respectfully moves this Honorable Court for an Order allowing Rodney J. Janis and Michael W. Switzer of the firm of Adams, Coogler, Watson, Merkel, Barry & Kellner, PA to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record in their place:

> FOWLER WHITE BURNETT, PA
> Michael W. Switzer (FL Bar No. 0728268)
> mswitzer@fowler-white.com
> Rodney J. Janis (FL Bar No. 0647896)
> rjanis@fowler-white.com
> 777 South Flagler Drive, Suite 901
> West Palm Beach, Florida 33401
> Phone: 561.802.9044
> Fax: 561.802.9976

WHEREFORE, Defendant, ProBuild East, LLC, prays that Rodney J. Janis and Michael W. Switzer of Fowler White Burnett, PA be substituted as counsel of record for the firm Adams, Coogler, Watson, Merkel, Barry & Kellner, PA.

Respectfully Submitted:

Adams, Coogler, et al

By:   /s /Alex Barker
Fla. Bar No. 749443
1555 Palm Beach Lakes Blvd., #1600
West Palm Beach, FL 33401
Telephone: (561)478-4500
Facsimile (561)478-7847

And

Fowler White Burnett, PA

By:   /s/Rodney J. Janis
Fla. Bar No. 647896
By:   /s/Michael W. Switzer
Fla. Bar No. 728268
777 South Flagler Drive, Suite 901
West Palm Beach, FL 33401
Telephone: (561) 802-9044
Facsimile: (561) 802-9976

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2047, on this ____day of _____, 2010.

/s/Michael W. Switzer
Michael W. Switzer