UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al., v. KNAUF GIPS, DG, et al. | MAG. JUDGE WILKINSON |
| Case No 2:09-md-7628, | |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation for Substitution of Counsel for PROBUILD EAST, LLC is GRANTED.

**DONE AND ORDERED** at New Orleans, Louisiana, this ____ day of April, 2010.

_____
U.S. District Judge