UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| McDuffie, et al v. Knauf Gips KG, et al Case No. 2:10-CV-00333, | MAG. JUDGE WILKINSON |
| Defendant. | |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation for Substitution of Counsel for ANDREWS

HARDWARE is GRANTED.

**DONE AND ORDERED** at New Orleans, Louisiana, this ____day of April, 2010.


_____
U.S. District Judge