Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103329-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--D&A Construction Services, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: Florida ) ss.
County of: Martin )

Name of Server: Amy M. Kreyling , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of April , 20 10 , at 3:45 o'clock P M

Place of Service: at 3341 Southwest Islesworth Circle , in Palm City, FL 34994

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**D&A Construction Services, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Annmarie Hatcher, President

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Dark Hair Facial Hair —
Approx. Age 40's ; Approx. Height 5'4" ; Approx. Weight 130

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Amy M. Kreyling
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
12 day of April , 20 10

[signature] 7-14-12
Notary Public        (Commission Expires)

BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services