Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0207

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--L & W Supply Corporation, d/b/a Seacoast Supply Company
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** **ADAM GOLDEN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of April, 2010, at 12:50 o'clock P.M

**Place of Service:** at 1209 Orange Street, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**L & W Supply Corporation, d/b/a Seacoast Supply Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **SCOTT LASCALA, OPERATIONS MANAGER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair ____
Approx. Age **35** ; Approx. Height **6'** ; Approx. Weight **230 lbs**

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 13 day of April, 20 10

Notary Public     MARCH 14, 2011 (Commission Expires)

**APS International, Ltd.**