UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SEAN AND BETH PAYTON, et al.,<br>v.<br>KNAUF GIPS, DG, et al.<br><br>Case No. 2:09-md-7628<br><br>      Defendant. | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## MOTION AND ORDER TO SUBSTITUTE AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, SWIFT LUMBER, reserving all rights to object to jurisdiction, venue or service and preserving all defenses, and respectfully moves this Honorable Court for an Order allowing Rodney J. Janis and Michael W. Switzer of the firm of Adams, Coogler, Watson, Merkel, Bary & Kellner, PA to withdraw as counsel of record and the following attorneys to be formally enrolled and substituted as counsel of record in their place.

FOWLER WHITE BURNETT, PA
Michael W. Switzer (FL Bar No. 0728268)
mswitzer@fowler-white.com
Rodney J. Janis (FL Bar No. 0647896)
rjanis@fowler-white.com
777 South Flagler Drive, Suite 901
West Palm Beach, Florida 33401
Phone: 561.802.9044
Fax: 561.802.9976

WHEREFORE, Defendant, SWIFT LUMBER, prays that Rodney J. Janis and Michael W. Switzer of Fowler White Burnett, PA be substituted as counsel of record for the Firm Adams, Coogler, Watson, Merkel, Barry & Kellner, PA.

        Respectfully Submitted:

        Adams, Coogler, et al

        By: /s/ Alex Barker
        Fla. Bar No. 749443
        1555 Palm Beach Lakes Blvd., #1600
        West Palm Beach, FL 33401
        Phone: 561.478.4500
        Fax: 561.478.7847

        and

        Fowler White Burnett, PA

        By: /s/ Rodney J. Janis
        Fla. Bar No. 647896
        By /s/ Michael W. Switzer
        Fla. Bar No. 728268
        777 South Flagler Drive, Suite 901
        West Palm Beach, FL 33401
        Phone: 561.802.9044
        Fax: 561.802.9976

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in the MDL 2047, on this 19th day of April, 2010.

        /s/ Michael W. Switzer
        Michael W. Switzer