UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> ) <br> This Document relates to: ) <br> ***Pate v. American International Specialty Lines*** ) <br> ***Insurance Company, et al* (09-7791)** ) <br> ) <br> _____ ) | MDL NO. 2047 <br><br> SECTION: L <br><br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

**NOW INTO COURT**, come the following listed counsel, who hereby make their appearance on behalf of defendant, NGM Insurance Company, reserving all rights, defenses and objections, including, without limitation, the right to object to jurisdiction, venue and/or service:

David F. Hassett
Sarah B. Christie
HASSETT & DONNELLY, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (phone)
(508) 791-2652 (Fax)

Respectfully submitted,

 /s/ David F. Hassett
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
NGM INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE OF COUNSEL** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel registered for electronic service, on this 19th day of April, 2010.

/s/ David F. Hassett
David F. Hassett, Esquire