U.S. DISTRICT COURT
Eastern District of Louisiana

FILED   APR - 9 2010

LORETTA G. WHYTE
Clerk

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN and BETH PAYTON, et al.,                    CASE NO. 09-7628
                                                 SECTION: L
    Plaintiffs,                                  MAG. 2

v.

KNAUF GIPS KG, et al.,

    Defendants.
_____/

MOTION FOR CONSENT TO REPRESENT PRO SE

Defendant TREASURE COAST HOMES, LLC, by its President, PAUL ODDO, moves this Court for consent for Defendant TREASURE COAST HOMES, LLC to be represented by its President, PAUL ODDO, Pro Se, and as grounds therefore states:

1. Plaintiffs commenced this action for damages as the result of the installation of drywall in structures allegedly constructed for Plaintiffs by Defendants.

2. Defendant TREASURE COAST HOMES, LLC has filed a Motion to Dismiss Defendant TREASURE COAST HOMES, LLC from this action due to Defendant TREASURE COAST HOMES, LLC being an improper party.

3. Defendant TREASURE COAST HOMES, LLC, being a property management business, has not assets as same have been disposed of as a result in the down turn of the economy of the nation as a whole.

TENDERED FOR FILING

APR - 9 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

4. The President of Defendant TREASURE COAST HOMES, LLC, PAUL ODDO, is indigent as the only source of income for PAUL ODDO is his employment as a plumber earning less than $17,000.00 per year.

5. In the furtherance of justice, Defendant TREASURE COAST HOMES, LLC should not be required to secure the services of legal counsel when it is an improper party to this action and is without the resources to pay for the services of an attorney.

WHEREFORE, Defendant TREASURE COAST HOMES, LLC respectfully requests this Court consent to Defendant TREASURE COAST HOMES, LLC being represented by its President, PAUL ODDO, Pro Se, in this cause.

I HEREBY CERTIFY that a copy of the foregoing was sent by US Mail this __7__ day of APR., 2010, to Russ M. Herman, and Leonard A. Davis, Herman, Herman, Katz & Collar, LLP, 820 O'Keefe Ave., New Orleans LA 70113.

TREASURE COAST HOMES, LLC

by: _____
PAUL ODDO, President
556 Higgs Ave. NW
Palm Bay FL 32907
(321) 508-3909



PAUL ODDO / TREASURE COAST HOMES, LLC
P.O. BOX 100331
PALM BAY, FL 32910

U.S. DIST COURT
EASTERN DISTRICT OF LA
CLERKS OFFICE
500 POYDRAS ST
NEW ORLEANS, LA 70130

7009 3410 0002 0608 3092

U.S. POSTAGE PAID
PALM BAY, FL 32907
APR 10
$6.32