UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN and BETH PAYTON, et al.,       CASE NO. 09-7628
                                     SECTION: L
    Plaintiffs,                      MAG. 2

v.

KNAUF GIPS KG, et al.,

    Defendants.
_____/

### ORDER GRANTING PRO SE REPRESENTATION OF DEFENDANT TREASURE COAST HOMES, LLC

THIS MATTER having come on before the Court on April ___, 2010, on the Motion for Consent to Represent Pro Se filed herein by PAUL ODDO, as President of TREASURE COAST HOMES, LLC. The Court being fully apprised of the premises,

It is, Therefore

ORDERED AND ADJUDGED,

1. The Motion for Consent to Represent Pro Se filed herein by PAUL ODDO, as President of TREASURE COAST HOMES, LLC. is hereby granted.

2. PAUL ODDO, as President of TREASURE COAST HOMES, LLC. may appear before the Court in this matter on behalf of TREASURE COAST HOMES, LLC. until further Order of the Court.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, this _____ day of April, 2010.

                                    _____
                                    District Court Judge