UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN and BETH PAYTON, et al.,          CASE NO. 09-7628
                                        SECTION: L
    Plaintiffs,                         MAG. 2

v.

KNAUF GIPS KG, et al.,

    Defendants.
_____/

ANSWER

    Defendant TREASURE COAST HOMES, LLC, by its President, PAUL ODDO, answers the Omnibus Class Action Complaint (I) filed herein by Plaintiffs, SEAN and BETH PAYTON, et al., by stating that Defendant TREASURE COAST HOMES, LLC is without knowledge of each and every allegation contained in all Paragraphs therein excepting as to Paragraph 2491 to which Defendant TREASURE COAST HOMES, LLC states that Defendant TREASURE COAST HOMES, LLC:

    a.  Did not building any of the homes.

    b.  Did not install defective drywall.

    c.  Did not cause any harm or damages to Subclass members.

    d.  Admits the remaining allegations contained therein.

    I HEREBY CERTIFY that a copy of the foregoing was sent by US Mail this 7 day of ~~March~~ APR, 2010, to Russ M. Herman,

and Leonard A. Davis, Herman, Herman, Katz & Collar, LLP, 820 O'Keefe Ave., New Orleans LA 70113.

```
                              TREASURE COAST HOMES, LLC

                         by: _____
                              PAUL ODDO, President
                              556 Higgs Ave. NW
                              Palm Bay FL 32907
                              (321) 508-3909
```



PAUL ODDO / TREASURE COAST HOMES LLC
P.O. BOX 100331
PALM BAY, FL 32910

U.S. DIST. COURT
EASTERN DISTRICT OF LA
CLERK'S OFFICE
500 POYDRAS ST
NEW ORLEANS, LA 70130

7009 3410 0002 0608 3092