UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN and BETH PAYTON, et al.,            CASE NO. 09-7628
                                               SECTION: L
     Plaintiffs,                                 MAG. 2

v.

KNAUF GIPS KG, et al.,

     Defendants.
_____/

### MOTION TO DISMISS

     Defendant TREASURE COAST HOMES, LLC, by its President, PAUL ODDO, moves this Court to dismiss Defendant TREASURE COAST HOMES, LLC, as a party to this action and as grounds therefore states:

     1. Plaintiffs commenced this action for damages as the result of the installation of drywall in structures allegedly constructed for Plaintiffs by Defendants.

     2. One of the properties was owned by Defendant TREASURE COAST COMMUNITIES, LLC, of which the contractor was STUART SOUTH GROUP, LC d/b/a TREASURE COAST HOMES of Stuart Florida. A copy of the Single Family/Duplex Building Permit Application being attached hereto as Exhibit "A" and a copy of the State of Florida, Division of Corporations registry for STUART SOUTH GROUP, LC being attached as Exhibit "B".

     3. Defendant TREASURE COAST HOMES, LLC., a Florida Limited Liability Corporation, is a property management

business doing business in Palm Bay, Florida; Defendant TREASURE COAST HOMES, LLC, has never owned real property in or done business in Stuart, Florida. A copy of the State of Florida, Division of Corporations registry and the occupational license of TREASURE COAST HOMES, LLC being attached hereto as Exhibit "C".

4. In recognition of the foregoing, Defendant TREASURE COAST HOMES, LLC should be dismissed due to it being an improper party to this action.

WHEREFORE, Defendant TREASURE COAST HOMES, LLC respectfully requests this Court dismiss Defendant TREASURE COAST HOMES, LLC as an improper party to this action.

I HEREBY CERTIFY that a copy of the foregoing was sent by US Mail this __7__ day of ~~March~~ APR., 2010, to Russ M. Herman, and Leonard A. Davis, Herman, Herman, Katz & Collar, LLP, 820 O'Keefe Ave., New Orleans LA 70113.

                              TREASURE COAST HOMES, LLC

                              by: _____
                              PAUL ODDO, President
                              556 Higgs Ave. NW
                              Palm Bay FL 32907
                              (321) 508-3909



**City of Stuart**
Development Department
121 SW Flagler Avenue
Stuart, FL 34994
Ph. 772-288-5326
Fax 772-288-5388

# SINGLE FAMILY / DUPLEX BUILDING PERMIT APPLICATION

RECEIVED JUN 16 2005

*Please print clearly and fill in all spaces*

PERMIT # 05060791

Parcel ID # 05-38-41-005-019-00050-0
Address: 516+518 CALIFORNIA AVE
Project Name: R-3 UNDERLYING ZONING
Zoning: CRA   Unit/Lot #: 5
URBAN NEIGHBORHOOD
Existing Use: SINGLE FAMILY  Proposed Use: DUPLEX
PRIMARY CONTACT: JEFF DOUGHERTY
Phone: (772) 288-0665  Fax: (772) 288-0675

**PROPERTY OWNER**
Name: [redacted]
Company: TREASURE COAST COMMUNITIES, LLC
Address: P.O. BOX 2970
City/State/Zip: [redacted]
Phone: (772) 288-0665  Fax: (772) 288-0675

**REQUIREMENTS:**
- 4 sets of signed and sealed plans
- 4 sets of signed and sealed Boundary Surveys
- Wind Load & Energy Calculations
- Miami Dade County Approvals on building materials
- Impervious vs. Pervious lot coverage
- Finished Floor Elevations/ Density
- Recorded N.O.C. if valuation is greater than $2,500
- Verification forms (i.e. electrical, mechanical, and plumbing)
- Termite Certificate & Soil Density/Compaction Reports
- Tie-In and Form Board Surveys prior to slab inspection
- Health Department Approval if on Septic Tank

Note: If revisions are required, 4 complete sets of plans shall be resubmitted for review and approval.

☒ **CONTRACTOR**  ☐ **OWNER-BUILDER**
Company/Name: [redacted]
Address: P.O. BOX 2970     City/State/Zip: [redacted]
Phone: (772) 288-0665       Fax: (772) 288-0675
City of Stuart Competency # AR01110017  Qualifier: JEFF DOUGHERTY
State of Florida License # CBC1252901

**DESCRIPTION OF WORK:**
EXISTING:  GFA: 400  OTHER: —  # UNITS: 1
PROPOSED:  GFA: 3200  OTHER: —  # UNITS: 2
           4800
Building Area: 3200 Sq. Ft.  Building Height: ___ Ft.
Lot Size: 6250 Sq. Ft.       Lot Dimension (Front/Side/Rear): 50, 125, 50
Coverage: 51 Sq. Ft.         Required Parking: 4   Proposed Parking: 4
Setbacks - Front: 14  Rear: 5  Side (N/S/E/W): 5  Side (N/S/E/W): 5
ACCESSORY STRUCTURE

"A"

| CONSTRUCTION VALUATION | | Plan Review Fee payable with application. |
|---|---|---|
| Building: | $ 170,000 | **Fees Due at Issuance of Permit:** · Permit · Plan Review · Radon · Impact Fees (City & County) · Water & Sewer Inspection Fees (If applicable) |
| Mechanical: | $ 7,000 | |
| Electrical: | $ 7,000 | |
| Plumbing (# of Fixtures): | # 34 | |
| TOTAL: | $ 184,000 | **Fees Due _Prior_ to Issuance of C/O:** · Water & Sewer Availability · Water & Sewer Tap In (Plus a deposit) · Garbage · Storm Water Fee (Included in Monthly Water Bill) |
| **_THIS SECTION MUST BE COMPLETED IN ORDER TO PROCESS APPLICATION_** | | |

Application is hereby made to obtain a Permit to do the work and the installations as indicated. I certify that no work has commenced prior to the issuance of a Permit and that all work will be performed to meet the standards of all laws regulating construction in this jurisdiction. I understand that a Verification Form must be acquired for Electrical, Plumbing, and Air Conditioning. In addition, a separate Permit must be acquired for Pools, Furnaces, Boilers, Heaters, Tanks, Gas, Fire Equipment, and Refrigeration.

**OWNERS AFFIDAVIT:** I certify that all the foregoing information is accurate and that all work will be done in compliance with all applicable laws regulating construction and zoning.

**WARNING TO OWNERS:** Your failure to record a Notice of Commencement may result in your paying twice for improvements to your property. If you intend to obtain financing, consult with your Lender or an Attorney before recording your Notice of Commencement.

Signature (Owner/Owner Agent)

State of Florida, County of Martin
The foregoing instrument was acknowledged before me this 6th day of JUNE, 2005
by: JEFFREY DOUGHERTY
who is personally known to me, or has produced _____
as identification and who did/did not take an oath.

Notary Signature

Seal:
Pamela J. Knott
MY COMMISSION # DD118495 EXPIRES
August 19, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

Signature (Contractor)

State of Florida, County of Martin
The foregoing instrument was acknowledged before me this 6th day of JUNE, 2005
by: JEFFREY DOUGHERTY
who is personally known to me, or has produced _____
as identification and who did/did not take an oath.

Notary Signature

Seal:
Pamela J. Knott
MY COMMISSION # DD118495 EXPIRES
August 19, 2006
BONDED THRU TROY FAIN INSURANCE, INC.

### OFFICE USE ONLY

Route To:
- o Engineering
- • Planning/Zoning
- • Fire
- o Police
- • Public Works

- • Building (Signature, Codes Administrator: _____)
- o Environmental
- o Concurrency/Traffic
- • Utility

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                Entity Name Search
No Events           No Name History                               Submit

## Detail by Entity Name

### Florida Limited Liability Company

███████████████████

### Filing Information

Document Number   ███████████
FEI/EIN Number    ███████████
Date Filed        08/17/1998
State             FL
Status            ACTIVE

### Principal Address

918 SE LINCOLN AVENUE
███████ FL 34994

Changed 03/27/2009

### Mailing Address

PO BOX 3179
STUART ███████

Changed 05/01/2008

### Registered Agent Name & Address

DOUGHERTY, JEFFREY P
918 SE LINCOLN AVE
███████████

Address Changed: 03/27/2009

### Manager/Member Detail

**Name & Address**

Title MGRM

DOUGHERTY, JEFFREY P
918 SE LINCOLN AVE
███████████

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 2007 | 04/13/2007 |
| 2008 | 05/01/2008 |
| 2009 | 03/27/2009 |

### Document Images

"B"

www.sunbiz.org - Department of State
Case 2:09-md-02047-EEF-MBN   Document 2531-3   Filed 04/09/10   Page 6 of 9
Page 1 of 1



# FLORIDA DEPARTMENT OF STATE
## DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

**Previous on List**   **Next on List**   **Return to List**            Fictitious Name Owner Search

**No Filing History**                                                   [ Submit ]

## Fictitious Name Detail

### Fictitious Name

### Filing Information
| | |
|---|---|
| Registration Number | G02016900747 |
| Status | EXPIRED |
| Filed Date | 01/16/2002 |
| Expiration Date | 12/31/2007 |
| Current Owners | 1 |
| County | MARTIN |
| Total Pages | 1 |
| Events Filed | NONE |
| FEI/EIN Number | NONE |

### Mailing Address
P.O. BOX 6116

### Owner Information

P.O. BOX 6116

FEI/EIN Number:
Document Number:

### Document Images
01/16/2002 -- Fictitious Name Filing   [ View image in PDF format ]

Note: This is not official record. See documents if question or conflict.

**Previous on List**   **Next on List**   **Return to List**            Fictitious Name Owner Search

**No Filing History**                                                   [ Submit ]

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                    Entity Name Search
Events              No Name History                                   [Submit]

## Detail by Entity Name

### Florida Limited Liability Company

### Filing Information

Document Number    [redacted]
FEI/EIN Number     202179472
Date Filed         02/16/2005
State              FL
Status             ACTIVE
Last Event         CANCEL ADM DISS/REV
Event Date Filed   03/02/2009
Event Effective Date NONE

### Principal Address

1798 DEGROODT RD
PALM BAY FL 32910

### Mailing Address

PO BOX 100331
PALM BAY FL 32910

### Registered Agent Name & Address

[redacted]
PALM BAY FL 32910 US

### Manager/Member Detail

**Name & Address**

Title MGR

ODDO, PAUL
PO BOX 100331
PALM BAY FL 32910

### Annual Reports

| Report Year | Filed Date |
| --- | --- |
| 2007 | 08/01/2007 |
| 2008 | 03/02/2009 |
| 2009 | 03/02/2009 |

### Document Images

03/02/2009 -- REINSTATEMENT    [View image in PDF format]

**The City of Palm Bay** — Florida
A Perfect Place to Grow

120 Malabar Road SE
Palm Bay, FL 32907-3009

OCCUPATIONAL LICENSE

FY

Ctl nbr . :      9006

Business name . : ▓▓▓▓▓▓▓▓▓▓▓▓▓
Location addr . : ▓▓▓▓▓▓▓▓▓▓▓▓▓

Lic Nbr     Classification
06 00013829 PROPERTY MANAGEMENT
            Issued:  10/27/05    Expires:  9/30/06
06 00013830 MISC PERSONAL SERVICES
            Issued:  10/27/05    Expires:  9/30/06

"C"



PAUL ODDO / TREASURE COAST HOMES LLC
P.O. BOX 100331
PALM BAY FL 32910

U.S. DIST. COURT
EASTERN DISTRICT OF LA
CLERKS OFFICE
500 POYDRAS ST
NEW ORLEANS, LA 70130

CERTIFIED MAIL
7009 3410 0002 0608 3092

U.S. POSTAGE PAID
PALM BAY FL 32907
APR 07, 10
$6.32