Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
APS International, Ltd.
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0568

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS**
County of: **Jones**

Name of Server: **Chuck Boudus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **March**, 20 **10**, at **10** o'clock **A** M

Place of Service: at  Brent P. Benoit , in  Pascagoula, MS 39565
3015 Washington Avenue

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Benoit Builders, LLC, fka Benoit Builders & Realtors, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Meredith Benoit, Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blonde** ; Facial Hair **None**
Approx. Age **40** ; Approx. Height **5'9"** ; Approx. Weight **130**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **26** day of **March**, 20 **10**

*Chuck Boudus*   *Michelle Murray*
Signature of Server   Notary Public   (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY