Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0460

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R.J. Homes, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones**
Name of Server: **Claud Boudin (Williams)**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **19** day of **March**, 20 **10**, at **10** o'clock **A** M

Place of Service: at **13004 Little Bluff Drive**, in **Vancleave, MS 39565**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**R.J. Homes, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **R.J. Jackson, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Gray**; Facial Hair **N/A**
Approx. Age **50**; Approx. Height **6'**; Approx. Weight **185**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
**Claud Williams**
Signature of Server

Subscribed and sworn to before me this **26** day of **March**, 20**10**
**Michelle Murray**
Notary Public        (Commission Expires)

APS International, Ltd.

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83932 MICHELLE MURRAY Commission Expires Jan. 23, 2011 JONES COUNTY]