Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0583

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Custom Homes & Construction, LLC

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 09-7628

| | |
|---|---|
| State of: | LOUISIANA ) ss. |
| County of: | CADDO ) |
| Name of Server: | __BILL RHODES__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the 25th day of MARCH, 20 10, at 6:08 o'clock P. M |
| Place of Service: | at 5309 Bayou Dr. , in Bossier City, LA 71112-4901 |
| Documents Served: | the undersigned served the documents described as: Summons and Complaint; Exhibits |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: Sunrise Custom Homes & Construction, LLC |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: MS. BARBARA J. ALLEN, Corporate Officer |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair none Approx. Age 60 ; Approx. Height 5; 8" ; Approx. Weight 145 <br> To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury   Subscribed and sworn to before me this that the foregoing is true and correct.  26th    day of March  , 2010 <br> Signature of Server Bill Rhodes   Notary Public   (Commission Expires) <br> APS International, Ltd.   WILLIAM H. MALPASS, NOTARY PUBLIC <br> CADDO PARISH, LOUISIANA <br> MY COMMISSION IS FOR LIFE <br> NOTARY # 51924 |