Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Home Builders, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Raymond V. Laakso**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20th** day of **March**, 20 **10**, at **1:10** o'clock **P** M

**Place of Service:** at **1309 CALOOSA VISTA RD**, in Fort Myers, FL 33901-8805

**Documents Served:** the undersigned served the documents described as:
Summons and Complaint; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
United Home Builders, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joseph Sealey, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **white** ; Hair Color **Gray** ; Facial Hair ____
Approx. Age **60** ; Approx. Height **6'0"** ; Approx. Weight **190 lbs**

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Raymond V. Laakso_
Signature of Server  **157154**

Subscribed and sworn to before me this **22nd** day of **March**, 20 **10**

_Elena Alvarado_
Notary Public    (Commission Expires)

APS International, Ltd.



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012