Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0118

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--84 Lumber Company, LP
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Eric Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of February, 20 10, at 11:30 o'clock A M

**Place of Service:** at CT Corporation System, in Plantation, FL 33324
1200 South Pine Islane Road

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**84 Lumber Company, LP**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: CT Corporation System, Registered Agent for contact, Donna Moch, Section Head Process for CT Corp.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair ____
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 5 day of February, 20 10

Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission # DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**