Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0422

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Alternative Source, Inc
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

Name of Server: Darren J. Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 30 day of March, 20 10, at 4:01 o'clock P. M

Place of Service: at 503 South Holly St., in Hammond, LA 70403

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Alternative Source, Inc**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Melany Holiday (person in charge)

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color B; Hair Color B; Facial Hair ___
Approx. Age 25; Approx. Height 5'4"; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 1st day of April, 20 10

Notary Public ___ (Commission Expires)
BRANDI F. ERMON #26631

**APS International, Ltd.**