Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0585

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucra Investments, Inc., c/o Jeffrey Borer, as RA
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Idaho__ ) ss.
County of: __Teton__ )
Name of Server: __Cindy Hatch__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30th__ day of __March__, 20 __10__, at __4:04__ o'clock __P__ M

Place of Service: at __89 n main St.__ ~~47 South Main Street~~, in __Driggs, ID 83422__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Lucra Investments, Inc., c/o Jeffrey Borer, as RA** to Jeffrey Borer.

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _____

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __fair__; Hair Color __salt & pepper__ Facial Hair __no__
Approx. Age __?__; Approx. Height __5'6__; Approx. Weight __150 ?__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Cindy Hatch__
Signature of Server

Subscribed and sworn to before me this __30th__ day of __March__, 20 __10__

__Valee Wells__ __6/30/2013__
Notary Public      (Commission Expires)

**APS International, Ltd.**

*Valee R. Wells, Notary Public, State of Idaho*