AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Empire Construction, LLC__
was received by me on *(date)* __2/10/10__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Kathy Howard__, who is designated by law to accept service of process on behalf of *(name of organization)* __Empire Construction, LLC__ on *(date)* __2/17/10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: __New address: 30441 St. Hwy 59, Loxley, AL__
__Old Address: 112 Spring Dr., Fairhope, AL - Bad address__.

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __2/17/10__

_____Christin Haynes_____
Server's signature

__Christin Haynes__
Printed name and title

__P.O. Box 1421, Florence, AL 35630-888-366-1500__
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

SEAN AND BETH PAYTON, et al )
_____ )
*Plaintiff* )
v. ) Civil Action No. 09-7628
KNAUF GIPS KG, et al )
_____ )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Empire Construction, LLC
112 Spring Dr.
Fairhope, AL 36532

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*CLERK OF COURT*

Date: __Jan 07 2010__           _____
*Signature of Clerk or Deputy Clerk*