UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed jointly by John S. Lawrence, Jr., David P. Curlin and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, as attorneys of record for Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as Sunrise Homes/Sun Construction) in the above-entitled matter. Defendant reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Defendant further avers that this Notice does not constitute a waiver of service.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: _/s/ *John S. Lawrence, Jr.*_____
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, Sunrise Construction and*

*Development, L.L.C. d/b/a Sunrise Homes*

**AND**

**LOEB & LOEB, LLC**

By:  /s/ *J. Scott Loeb* _____
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2010.

 /s/ *John S. Lawrence, Jr.* _____
John S. Lawrence, Jr.