**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2:09-md-02047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al <br> VS. <br> KNAUF GIPS, et al <br> CASE NO. 2:09-cv-7628 | * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Given the foregoing Ex parte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as Sunrise Homes/Sun Construction) is hereby granted a thirty (30) day extension of time until May 19, 2010 in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
J U D G E