## SHANDONG PROVINCE TAI'AN CITY
## INTERMEDIATE PEOPLE'S COURT

# PROOF OF SERVICE

[Seal: Shandong Province Tai'an City Intermediate People's Court]

*Law Association No. FX-10-113*
*Judicial Association No. SX-10-88*

**(To be used by all types of cases)**

| Cause No. | Judicial Assistance | Cause of Action | Law Association No. (2010) 8 |
|---|---|---|---|
| Document Served and Number | Legal proceedings (61 pages) from US District Court, Easter District, Louisiana. | | |
| Recipient (Unit) | TAISHAN GYPSUM CO., LTD. (formerly known as Shandong Taihe Dongxin Co., Ltd) | | |
| Address for Service | This Court. | | |
| Recipient Signature or Seal | Ren, Shang Fu (staff, Company's Appliance Department) <br><br> February 4, 2010 | | |
| Recipient in substitution and reason(s) | <br><br> Date | | |
| Notes | | | |

Issuer:  Server:  Yi, Lei

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matierè civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776     Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)* _____ Taishan Gypsum Co., Ltd, formerly known as Shandong Taihe Dongxin Co., Ltd. _____
_____ Dawenkou, Daiyue District, East of National Road 104, 25km South, Tai'an City, 271000 Taian, Shandong, China _____
            Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    *b)    selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*_____
_____

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                                              , the
*Fait à* Minneapolis, Minnesota, U.S.A.          , *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

[APS INTERNATIONAL stamp: APS International Plaza, 7800 Glenroy Road, Minneapolis, MN 55439]

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                              (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum Co., Ltd. formerly known as Shandong Taihe Dongxin Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date) **February 4th, 2010**
   - *le (date)*
   - at (place, street, number) **the Intermediate People's Court of Tai'an City, Shandong Province, China.**
   - *à (localité, rue numéro)*

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          a) *selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          b) *selon la forme particulière suivante:* _____

      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person) **Shangfu Ren**
   - *(identité et qualité de la personne)*

   - relationship to the addressee (family, business or other): **one staff of the Legal Affairs Department of the addressee**
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*

_____

Done at **Beijing** the **22/3, 2010**
*Fait à* ____ *le* ____

[Stamp: 中华人民共和国 司法部 司法协助专用章]

Signature and/or stamp.
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2