THE PEOPLE'S REPUBLIC OF CHINA
SHANDONG PROVINCE LINYI CITY
INTERMEIDATE PEOPLE'S COURT

# PROOF OF SERVICE

U.S.

[Seal: Shandong Province Linyi City Intermediate People's Court]

*Law Association No. FX-10-114*
*Judicial Association No. SX-10-87*

| | | | |
|---|---|---|---|
| Cause of Action | | Cause No. | Shangdong Superior Court Law Association Receiving No. (2010) 13 |
| Document Served | Summary of document, summons, complaint served. | | |
| Recipient (Unit) | Pingyi Baier Building Material Co., Ltd. | | |
| Address for Service | Baier Industrial Park, Pingyi County, Linyi City, Shandong Province, China. (Baier Inderstrial Park, Ziqiu Town, Pingyi County, Shandong 273300 China.) | | |
| Recipient Signature or Seal | Date | | |
| Recipient in substitution and reason(s) | Huang, Xiao Guo    Deputy General Manager    Feb. 25, 2010 | | |
| Notes | Servers: Nong, Jian Guang 0539-8128077    Zhao, Xiu Na 0539-8138238 | | |

Issuer:  Hou, Pei Dong          Date of Issue:                    Server:   Lu, Wen Qi

Note:
(1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receipt by substitution, the substitute recipient should sign, seal and note his/her relationship with the targeted receiver and the reason(s) for substitution.

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
 - the (date)
 - *le (date)* __February 25th, 2010__
 - at (place, street, number)
 - *à (localité, rue, numéro)* __Baier Industrial Park, Ziqiu Town, Pingyi County, Linyi City, Shandong Province, China.__

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
   [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
       a) *selon les formes légales (article 5, alinéa premier, lettre a).*
   [ ] (b) in accordance with the following particular method*:
       b) *selon la forme particulière suivante:* _____

   [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
       c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* __Huang Somebody__
 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __the vice-president of the addressee__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Piéces renvoyées:*
_____
_____

Done at / *Fait à* __Beijing__, the / *le* __March 26th, 2010__

[Stamp: 华人民共和国 司法部 司法协助专用章]

Signature and/or stamp.
*Signature et/ou cachet.*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

Case Name: Gross v. Knauf Gips, KG
Defendant: Pingyi Baier Building Materials Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __February 25th, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* __Baier Industrial Park, Zoqiu Town, Pingyi County, Linyi City, Shandong Province, China.__

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
     [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
         a) *selon les formes légales (article 5, alinéa premier, lettre a).*
     [ ] (b) in accordance with the following particular method*:
         b) *selon la forme particuliére suivante:* _____

     [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
         c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Huang Somebody__

   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __the vice-president of the addressee__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*

_____
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_____
_____

Done at __Beijing__, the __March 26th, 2010__
*Fait à* _le_
Signature and/or stamp.
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2