## ANHUI PROVINCE SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: The People's Republic of China
Anhui Province Superior People's Court
Judicial Assistance Special Stamp]

*Law Association No. FX-10-179*
*Judicial Association No. SX-10-109*
*(2010) Anhui Province Judicial Assistance (Service) No. 0010*

| | |
|---|---|
| Cause of Action | |
| Servee | TAISHAN GYPSUM (TONGLING) CO. LTD. |
| Address for Service | Jin Qiao Industrial Park, Tongling City, (Anhui Province, China). |
| Document Served and Number | Summary of documents served;  Summons  and  Complaint, one copy each. |
| Recipient Signature or Seal | Ma, Wen Bo |
| Date of Receipt | February 20, 2010    10:00 am |
| Substitute Recipient and Reason | |
| Servers | |
| Notes | No. 2 Head of the company (Deputy) |

Note:  1.  *If the recipient proper is not in, hand the documents to an adult family member for receiving in substitution.*
2.  *In case of receipt by substitution, the recipient shall sign or seal in the recipient's space and note his/her relationship with the servee.*
3.  *If the recipient refuses to accept and sign the documents served, the server shall invite his/her neighbor or other witnesses to be present, and explain to them the situation, note on the Proof of Service the refusal and date, have himself and the witness sign, and leave the process documents at the place of residence of the recipient.  The service is then deemed as executed.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF:  Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*

*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile*
*ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota  55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
| --- | --- |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
     (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

     (identité et adresse)        Taishan Gypsum (Tongling) Co., Ltd.
_____Jinqiao Industrial Park, Tongling Anhui 244000, China_____
                                 Tel:

[X]  **(a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.***
     *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  **(b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:**
     *b)    selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____
_____
_____

[ ]  **(c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.**
     *c)    le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served
_____
_____
_____
_____
_____

Done at
*Fait à*  Minneapolis, Minnesota, U.S.A.                    , the  1/13/10
                                                              *le*

**Signature and/or stamp.**
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,          USM-94
both of which may still be used)                        (Est. 11/22/77)

* Delete if inappropriate/. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Tongling) Co., Ltd.
Court Case No.: 09-6690

## CERTIFICATE
### *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)    **that the document has been served\***
*1.    que la demande a été exécutée*
  - **the (date)**
  - *le (date)*  February 20th, 2010
  - **at (place, street, number)**
  - *à (localité, rue numéro)*  Jingiao Industrial Park, Tongling, Anhui Province, China.

  - **in one of the following methods authorised by article 5-**
  - *dans une des formes suivantes prévues à l'article 5:*
      [X]  **(a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention\*.**
      *a)    selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ]  **(b)  in accordance with the following particular method\*:**
      *b)    selon la forme particulière suivante:* _____

      [ ]  **(c)  by delivery to the addressee, who accepted it voluntarily.\***
      *c)    par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  - **(identity and description of person)**
  - *(identité et qualité de la personne)*  Wenbo Ma

  - **relationship to the addressee (family, business or other):**
  - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:*  the vice-president of the addressee

2)    **that the document has not been served, by reason of the following facts\*:**
*2.    que la demande n'a pas été exécutée, en raison des faits suivants:*
_____
_____
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement\*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*
_____
_____
_____

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*
_____
_____
_____

Done at  Beijing          the  March 26th, 2010
*Fait à* _____ , *le* ____

中 华 人 民 共 和 国
司 法 部
司法协助专用章

**Signature and/or stamp.**
*Signature et/ou cachet.*

\*    **Delete if inappropriate.**
     *Rayer les mentions inutiles.*

2