UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| STATE OF LOUISIANA, *EX REL* | * | |
| JAMES D. ("BUDDY") CALDWELL, | * | SECTION L |
| THE ATTORNEY GENERAL OF LA | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:10-cv-00340 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION AND ORDER TO ENROLL AS COUNSEL OF RECORD

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Sunrise Construction and Development, L.L.C., who moves this Honorable Court for an Order allowing John S. Lawrence, Jr. (La Bar Roll No. 19678), David P. Curlin (La. Bar Roll No. 20771) and Matthew L. Devereaux (La. Bar Roll No. 32125) of the firm Lawrence & Associates and J. Scott Loeb (La. Bar Roll No. 25771) and Jonas P. Baker (La. Bar Roll No. 25563) of the firm Loeb & Loeb, to be enrolled as counsel of record in the above captioned matter.

**WHEREFORE,** Defendant, Sunrise Construction and Development, L.L.C. prays that John S. Lawrence, Jr., David P. Curlin and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb be enrolled as counsel of record in the above captioned matter.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: _/s/ *John S. Lawrence, Jr.*_____
John S. Lawrence Jr., a P.L.C. (#19678)

        David P. Curlin (#20771)
        Matthew L. Devereaux (#32125)
        225 St. Ann Drive
        Mandeville, Louisiana 70471
        Telephone: (985) 674-4446
        Facsimile:  (985) 674-4450\
        *Counsel for Defendant, Sun Construction, L.L.C. d/b/a*
        *Sunrise Homes and Sunrise Construction and*
        *Development, L.L.C.*

        **AND**

        **LOEB & LOEB, LLC**

        By: **/s/ J. Scott Loeb** _____
        J. Scott Loeb (#25771)
        Jonas P. Baker (#25563)
        225 St. Ann Drive
        Mandeville, Louisiana 70471
        Telephone: (985) 674-4446
        Facsimile:  (985) 674-4450
        *Counsel for Defendant, Sun Construction, L.L.C. d/b/a*
        *Sunrise Homes and Sunrise Construction and*
        *Development, L.L.C.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2010.

                                          **/s/ John S. Lawrence, Jr.** _____
                                          John S. Lawrence, Jr.