IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:10-CV-00178 ) |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., | ) ) ) JUDGE ELDON FALLON ) |
| Versus, | ) MAGISTRATE JOSEPH WILKINSON, JR. ) ) |
| MID-CONTINENT CASUALTY COMPANY, ET AL., | ) ) ) |

## AMERISURE INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO JOIN A REQUIRED PARTY

Now comes Defendant, Amerisure Insurance Company (herein "Amerisure"), by and through its attorneys of record, for its motion to dismiss the Complaint of Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, Centerline Homes, Inc., (herein collectively referred to as "Plaintiff" or "Centerline"), because of the Plaintiff's failure to join a required party pursuant to Fed. R. Civ. P. 12(b)(7) and 19. In support thereof, Amerisure states as follows:

1. In this action, Plaintiff filed a Complaint on January 26, 2010, seeking general liability coverage, (i.e., defense and indemnity), from Amerisure under a primary liability policy that was issued to United Framers, Inc., for current and future claims allegedly relating to the installation of "Chinese drywall" in homes constructed by Centerline.

1

2. Plaintiff alleges that it is an additional insured on the Amerisure policy issued to United Framers, Inc., which Amerisure contests.

3. Plaintiff's Complaint fails to include United Framers, Inc. as a party to this litigation.

4. As a party to an insurance contract identified in Plaintiff's Complaint, United Framers, Inc. has an interest in the outcome of this proceeding, and thus, is a party required to be joined in this proceeding pursuant to Fed. R. Civ. P. 19(a).

5. In United Framer, Inc.'s absence, this Court cannot accord complete relief. See Fed. R. Civ. P. 19(a)(1)(A).

6. Thus, United Framers, Inc., the named insured under the Amerisure policy at issue, is indispensable to this proceeding insofar as: any judgment entered in its absence might prejudice its rights under the policy; such prejudice cannot be lessened or avoided; such a judgment will be inadequate; and Plaintiff has an adequate remedy if the matter is dismissed for nonjoinder. See Fed. R. Civ. P. 19(b)(1-4).

7. United Framers, Inc. is a corporation so situated that its presence in this lawsuit will destroy diversity jurisdiction.

8. Equity and good conscience do not warrant allowing this matter to proceed with the existing parties. See Fed. R. Civ. P. 19(b)

9. Thus, because United Framers, Inc. is required to be joined under Fed. R. Civ. P. 19, but cannot be joined under Fed. R. Civ. P. 19(b), this action should be dismissed pursuant to Fed. R. Civ. P. 12(b)(7).

**WHEREFORE,** based on the foregoing, Amerisure respectfully requests that this Court:

a. GRANT Amerisure's Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(7) and 19 for the reasons set forth herein and for those set forth in the supporting memorandum;

b. FIND that the named insured, United Framers, Inc., is a required party under Fed. R. Civ. P. 19;

c. DISMISS Plaintiff's Complaint for failure to join a required party;

d. AWARD Amerisure its costs associated with bringing this motion; and

e. AWARD any and all relief that this Court deems just and proper.

Respectfully submitted,

Defendant, Amerisure Insurance Company

By:     /s/ Brian K. Abels
One of its attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO DISMISS COMPLAINT FOR FAILURE TO JOIN A REQUIRED PARTY** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2010.

_/s/_