IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:10-CV-00178 ) |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., | ) ) ) JUDGE ELDON FALLON ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| Versus, | ) ) |
| MID-CONTINENT CASUALTY COMPANY, ET AL., | ) ) ) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the *Motion to Dismiss Complaint for Failure to Join a Required Party* on behalf of defendant, Amerisure Insurance Company, shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130, on the 7th day of July, 2010, at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

Defendants Amerisure Insurance Company

By: /s/ Brian K. Abels
One of its attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone: (312) 627-4000

Tressler LLP Doc No.: 443487

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **NOTICE OF HEARING** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2010.

[signature]