# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 )  )  ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:10-CV-00178 ) |
| CENTERLINE HOMES CONSTRUCTION, INC., COMPLETED COMMUNITIES II, LLC, CENTERLINE HOMES AT GEORGETOWN, LLC, CENTERLINE HOMES, INC., | ) )  ) JUDGE ELDON FALLON )  ) MAGISTRATE JOSEPH WILKINSON, JR. |
| Versus, | )  ) |
| MID-CONTINENT CASUALTY COMPANY, ET AL., | )  )  ) |

## MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S JOINDER TO THE MOTION OF THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA TO DISMISS FOR IMPROPER VENUE

Defendant, Amerisure Insurance Company (herein "Amerisure"), by and through its attorneys of record, hereby moves to join the "Motion of The Insurance Company of the State of Pennsylvania to Dismiss for Improper Venue," filed on April 1, 2010, by counsel for The Insurance Company Of The State Of Pennsylvania, and the supporting Memorandum of Law. In further support thereof, Amerisure states as follows:

1. On January 26, 2010, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc., (collectively "Centerline"), filed this lawsuit seeking declaratory judgment and relief for alleged breach of contract from Amerisure and other insurers with respect to alleged losses arising

from claims and lawsuits brought in Florida against Centerline by owners of houses allegedly constructed in Florida by Centerline with defective drywall.

2. On April 1, 2010, Defendant The Insurance Company Of The State Of Pennsylvania filed a Motion to Dismiss for Improper Venue (herein "motion") (Doc. 2284) and a supporting Memorandum of Law (herein "memorandum").

3. Amerisure has reviewed the motion and memorandum, and hereby joins and adopts the grounds and arguments set forth in the motion and memorandum solely for the limited purpose of adjudicating the motion.

WHEREFORE, Defendant, Amerisure Insurance Company, respectfully requests that this Court grant the Defendants' Motion to Dismiss Centerline's Complaint pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. §1406(a). Amerisure also requests that this Court award such other and further relief to which Amerisure may be justly entitled.

                Respectfully submitted,

                Defendant, Amerisure Insurance Company

                /s/ Brian K. Abels
By: _____
                One of its attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor

233 South Wacker Drive
Chicago, Illinois  60606-6308
Telephone: (312) 627-4000

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S JOINDER TO THE MOTION OF THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA TO DISMISS FOR IMPROPER VENUE** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of April, 2010.

_____