UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : : : | 2:09-MD-02047 |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

## NOTICE OF MOTION

TO:  Russ M. Herman, Esq.                Kerry J. Miller, Esq.
**Herman, Herman, Katz &         Frilot L.L.C.**
**Cotlar, LLP**                                  Energy Centre
820 O'Keefe Avenue                  1100 Poydras St., Suite 3700
New Orleans, LA 70113              New Orleans, LA 70163-3700

      PLEASE TAKE NOTICE that the defendant, HOME TOWN LUMBER & SUPPLY, INC., has filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) in the above captioned and entitled matter and that the motion is set for hearing on the  12th  day of   May  , 2010, at 9:00 a.m.

Respectfully submitted,

By:   s/ John P. Wolff, III
JOHN P. WOLFF, III, Bar No. 14504
NANCY B. GILBERT, Bar No. 23095
CHRISTOPHER K. JONES, Bar 28101
**KEOGH, COX & WILSON, LTD.**
701 Main Street (70802)
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Email: jwolff@kcwlaw.com;
ngilbert@kcwlaw.com; cjones@kcwlaw.com;
*Attorneys for Home Town Lumber & Supply, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April, 2010, a copy of the foregoing Notice of Motion was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

  s/ John P. Wolff, III
JOHN P. WOLFF, III