A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on Apr 14, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Mar 30, 2010

FILED
CLERK'S OFFICE

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 APR 14  PM 2: 42
LORETTA G. WHYTE
CLERK

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-16)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 130 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Apr 14, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ____
___ Process ____
_X_ Dktd ____
___ CtRmDep ____
___ Doc. No. ____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                MDL No. 2047

## SCHEDULE CTO-16 - TAG-ALONG ACTIONS

EDLA
SEC. L/2

| DIST. | DIV. | C.A. # | CASE CAPTION | |
|---|---|---|---|---|
| **ALABAMA SOUTHERN** | | | | |
| ALS | 1 | 09-554 | Terry L. Pampel, et al. v. Knauf Gips KG, et al. | **10-1109** |
| **FLORIDA MIDDLE** | | | | |
| FLM | 6 | 10-294 | T. Jack Kent v. Lowe's Home Centers, Inc. | **10-1110** |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 1 | 09-21920 | Hilario F. Candela, et al. v. Knauf Plasterboard (Tianjin) Co., Ltd. | **10-1111** |
| FLS | 9 | 10-80320 | Wendy Lee Hobbie, et al. v. RCR Holdings, II, LLC, et al. | **10-1113** |

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**CHAIRMAN:**
John G. Heyburn II
United States District Court
Western District of Kentucky

**MEMBERS:**
Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Kathryn H. Vratil
United States District Court
District of Kansas

David R. Hansen
United States Court of Appeals
Eighth Circuit

W. Royal Furgeson, Jr.
United States District Court
Northern District of Texas

Frank C. Damrell, Jr.
United States District Court
Eastern District of California

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888
http://www.jpml.uscourts.gov

April 14, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-16)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on March 30, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By /s/ Jakeia Mells
Jakeia Mells
Deputy Clerk

Attachments (Conditional Transfer Order is a Separate Document)

cc: Transferee Judge:     Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                         MDL No. 2047

## PANEL SERVICE LIST (CTO-16)

Jan Douglas Atlas
ADORNO & YOSS LLP
350 East Las Olas Blvd., Suite 1700
Fort Lauderdale, FL 33301-4217

Charles David Durkee
ROBERTS & DURKEE PA
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134

Charles Michael Hartz
GEORGE HARTZ & LUNDEEN
4800 Le Jeune Road
Coral Gables, FL 33146

Russ M. Herman
HERMAN HERMAN KATZ & COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116

David Stephen Johnson
SHOOK HARDY & BACON LLP
100 North Tampa Street, Suite 2900
Tampa, FL 33602-5810

Adam Charles Linkhorst
LINKHORST & HOCKIN PA
4060 PGA Boulevard, Suite 201
Palm Beach Gardens, FL 33410

Kerry J. Miller
FRILOT LLC
1100 Poydras Street, Suite 3700
New Orleans, LA 70163-3700

K. Edward Sexton, II
GENTLE TURNER & SEXTON
2 North 20th Street, Suite 1200
Birmingham, AL 35203

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130-3588

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                              MDL No. 2047

## INVOLVED JUDGES LIST (CTO-16)

Hon. Kristi K. DuBose
U.S. District Judge
101 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3606

Hon. Patricia C. Fawsett
Senior U.S. District Judge
1200 U.S. Courthouse
401 West Central Boulevard
Suite 3650
Orlando, FL 32801

Hon. James Lawrence King
Senior U.S. District Judge
1127 James Lawrence King Federal Justice Bldg.
99 N.E. Fourth Street
Miami, FL 33132

Hon. Kenneth L. Ryskamp
Senior U.S. District Judge
416 Federal Building & U.S. Courthouse
701 Clematis Street
West Palm Beach, FL 33401

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2047

## INVOLVED CLERKS LIST (CTO-16)

Charles R. Diard, Jr., Clerk
123 John A. Campbell U.S. Courthouse
113 St. Joseph Street
Mobile, AL 36602-3621

Sheryl L. Loesch, Clerk
300 George C. Young U.S. Courthouse
80 North Hughey Avenue
Orlando, FL 32801

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401