## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| TIMOTHY PERRY AND | * | |
| TRACEY PERRY | * | SECTION L |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-5500 L/2 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing:

**IT IS HEREBY ORDERED** that John S. Lawrence, Jr., David P. Curlin and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb be enrolled as counselors of record in the above captioned matter for Defendants, Sun Construction, L.L.C. and Sun Construction and Development, L.L.C.

New Orleans, Louisiana this \_\_\_\_ day of _____, 2010

_____
**J U D G E**