UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, individually, and
 on behalf of all others similarly situated,
 [ADDITIONAL PLAINTIFFS LISTED ON
 SCHEDULE OF PLAINTIFFS, ATTACHED
 HERETO AS EXHIBIT "A"],

        Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD
 (TIANJIN) CO., LTD; KNAUF
 PLASTERBOARD (WUHU) CO., LTD;
 KNAUF PLASTERBOARD (DONGGUAN)
 CO., LTD; [ADDITIONAL DEFENDANTS
 LISTED ON SCHEDULE OF DEFENDANTS,
 ATTACHED HERETO AS EXHIBIT "B"],

        Defendants.

CASE NO.: 09-7628
_____/

## ORDER ON DEFENDANT, KLEPK BROS. DRYWALL, INC.'S, SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORMS

Upon consideration of the Second Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, Klepk Bros. Drywall, Inc.,

IT IS HEREBY ORDERED that the Second Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant, Klepk Bros. Drywall, Inc., be granted an extension of time until April 30, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Contractor/Installer Profile Forms.

New Orleans, Louisiana, this 16th day of _____April_____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge