UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2:09-md-02047 <br> * <br> * JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: | * MAGISTRATE WILKINSON <br> * |
| SEAN AND BETH PAYTON, et al <br> VS. <br> KNAUF GIPS, et al <br> CASE NO. 2:09-cv-7628 | * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Given the foregoing Ex Parte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, Darwin Sharp Construction, LLC, is hereby granted a thirty (30) day extension of time, until May 15, 2010, to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this   16th day of            April           , 2010.

_____
J U D G E