**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | \* | **MDL NO. 2:09-md-02047** |
| **DRYWALL PRODUCTS LIABILITY** | \* | |
| **LITIGATION** | \* | **JUDGE FALLON** |
| | \* | |
| **THIS DOCUMENT RELATES TO:** | \* | **MAGISTRATE WILKINSON** |
| | \* | |
| **SEAN AND BETH PAYTON, et al** | \* | |
| **VS.** | \* | |
| **KNAUF GIPS, et al** | \* | |
| **CASE NO. 2:09-cv-7628** | \* | |
| | \* | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER ON MOTION FOR EXTENSION TO RESPOND**
**TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT**

**Given the foregoing:**

**IT IS HEREBY ORDERED,** that Defendant, Darwin Sharp Construction, LLC, is

hereby granted a 30-day extension of time until May 6, 2010 within which to respond to

Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this  16th  day of _____ April _____, 2010.

_____

J U D G E