UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL*    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          *
                                       *    SECTION L
**THIS DOCUMENT RELATES TO:**          *
                                       *    JUDGE FALLON
SEAN AND BETH PAYTON, ET AL.           *    MAG. JUDGE WILKINSON
                                       *
V.                                     *    CIVIL ACTION NO. 09-7628
                                       *
KNAUF GIPS KG, ET AL.                  *

## ORDER

Upon Motion of Defendant, Holmes Building Materials, LLC, for Second Ex Parte Motion for Extension of Time to Submit Defendant Distributor Profile Form, it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Holmes Building Materials, LLC, shall be granted an extension of time, through and including, May 14, 2010, within which to serve its Defendant Distributor Profile Form.

DONE and ORDERED in New Orleans, Louisiana, this 18th day of ___April___, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE