## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | : : : | |

## GMI CONSTRUCTION, INC.'S FRCVP RULE 7.1 AND LOCAL RULE 5.6E CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes GMI Construction, Inc., ("GMI"), who files this Corporate Disclosure Statement, pursuant to Fed.R.Civ.P. 7.1 and Uniform District Court Local Rule 5.6E, as follows:

> GMI is a non-governmental corporate entity with no parent corporation and no publically traded company owning 10% or more of its stock.

New Orleans, Louisiana, this 20th day of April 2010.

### [SIGNATURE ON NEXT PAGE]

{00302646-1}

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
PATRICK & HORN, L.L.C.**


*/s/ Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone: (504) 568-1888
Facsimile: (504) 522-0949
**ATTORNEYS FOR GMI CONSTRUCTION, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *GMI Construction, Inc.'s FRCVP Rule 7.1 and Local Rule 5.6E Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of April 2010.


*/s/ Drew R. Ballina*
**DREW R. BALLINA**