## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE:  CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | **MDL No. 2047** |
| **LITIGATION** | * | |
| | * | **Section L** |
| **This pleading applies to:** | * | |
| *Pate v. American International* | * | **Judge Fallon** |
| *Specialty Lines Insurance* | * | |
| *Company, et al.* | * | **Magistrate Judge Wilkinson** |
| *USDC, EDLA No. 09-7791* | * | |
| * * * * * * * * * * * * * * * * * * | | |

## NOTICE OF APPEARANCE

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Hartford Accident & Indemnity Company, appearing herein through LUGENBUHL, WHEATON, PECK, RANKIN & HUBBARD, files this Notice of Appearance, and respectfully requests that all notices given or required to be served in this proceeding also be served upon the following counsel:

>Ralph S. Hubbard III
>Seth A. Schmeeckle
>Heather N. Sharp
>Lugenbuhl, Wheaton, Peck, Rankin & Hubbard
>601 Poydras Street, Suite 2775
>New Orleans, LA 70130
>Telephone:     (504) 568-1990
>Facsimile:      (504) 310-9195

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana.  Further, this filing does not constitute a waiver of any rights and/or defenses, including but not limited to, the right to a trial by jury in any matter.

Respectfully Submitted,

_s/*Ralph S. Hubbard III*_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Heather N. Sharp, La. Bar No. 29987**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:	(504) 568-1990
Facsimile:	(504) 310-9195
e-mail:	rhubbard@lawla.com
	sschmeeckle@lawla.com
	hsharp@lawla.com
**Attorneys for Hartford Accident & Indemnity Company**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of April, 2010.

_s/*Ralph S. Hubbard III*_____
**Ralph S. Hubbard III, La. Bar No. 7040**