IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-7628)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Affidavit of Ralph Jackson

STATE OF MISSISSIPPI

COUNTY OF Jackson

Before me, the undersigned authority, on this day appeared Ralph Jackson, who being duly sworn did say on his oath:

1. I am President of RJ Homes, LLC, and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. RJ Homes, LLC is incorporated under the existing laws of Mississippi with its principal place of business in Mississippi;

3. RJ Homes, LLC is in the business of building and selling single family homes;

4. RJ Homes, LLC has not purchased or sold real property in Louisiana and has not constructed single family homes in Louisiana;

5. RJ Homes, LLC has not been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

6. RJ Homes, LLC has had no offices or employees operating in Louisiana;

7. None of the Plaintiffs named in this action who allegedly own homes built by RJ Homes, LLC reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and RJ Homes, LLC did not negotiate or enter into any contract with Plaintiffs in Louisiana.

8. In light of the above and otherwise having no connection to Louisiana, RJ Homes, LLC did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

*Ralph Jackson*
AFFIANT

SWORN to and subscribed before me, this the 15th day of April, 2010.

Notary Public

My commission expires _____