UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Given the foregoing Ex parte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as Sunrise Homes/Sun Construction) is hereby granted a thirty (30) day extension of time until May 19, 2010 in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this  20th  day of _____April_____, 2010.

_____
J U D G E