388989                                                                                          0179-10072

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  |  | MDL 2047 |
| GWEN CATHCART, HUSBAND OF /AND | * | CIVIL ACTION NO.: 10-1083 |
| CAROLYN CATHCART | * |  |
| Plaintiffs, | * |  |
|  | * | JUDGE: EEF |
| VERSUS | * |  |
|  | * |  |
|  | * | MAGISTRATE: JCW |
| AUTO CLUB FAMILY | * |  |
| INSURANCE COMPANY | * |  |
| Defendant. | * | SECT. L (2) |

*********************************************************************

## O R D E R

Upon considering the foregoing motion;

**IT IS HEREBY ORDERED** that Thomas M. Richard be withdrawn as counsel of record for the defendant, Auto Club Family Insurance Company and that Alan J. Yacoubian, Neal J. Favret, Genevieve K. Jacques. and the law firm of Johnson, Johnson, Barrios & Yacoubian be substituted for the said Thomas M. Richard, as counsel of record for defendant, Auto Club Family Insurance Company.

New Orleans, Louisiana, this 20th day of April, 2010.

_____
JUDGE – EASTERN DISTRICT COURT