# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| STATE OF LOUISIANA, *EX REL* | * | |
| JAMES D. ("BUDDY") CALDWELL, | * | SECTION L |
| THE ATTORNEY GENERAL OF LA | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:10-cv-00340 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that John S. Lawrence, Jr., David P. Curlin, and Matthew

L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the

firm Loeb & Loeb be enrolled as counselors of record in the above-captioned matter for

Defendant Sunrise Construction and Development, L.L.C.

New Orleans, Louisiana this 20th day of _____April_____, 2010

_____

**J U D G E**