IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| 10-cv-1111 (CANDELA) | MAG. JUDGE WILKINSON |

HILARIO F. CANDELA, ET AL.

   Plaintiffs,

      v.

KNAUF PLASTERBOARD TIANJIN CO. LTD.,

   Defendant.

**NOTICE OF FILING OF DEFENDANT KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S ANSWER TO PLAINTIFFS' COMPLAINT**

     Please take notice that Defendant Knauf Plasterboard (Tianjin) Co. Ltd. has filed the attached Answer to Plaintiffs' Complaint on April 21, 2010.

Date:  April 21, 2010                    Respectfully submitted,

                                                 /s/ Douglas B. Sanders

                                                 Douglas B. Sanders
                                                 Richard Franklin
                                                 BAKER & MCKENZIE LLP
                                                 130 E. Randolph Dr.
                                                 Chicago, IL 60601
                                                 Telephone: (312) 861-8075
                                                 Facsimile:  (312) 698-2375
                                                 Email: douglas.b.sanders@bakernet.com

                                                 Donald J. Hayden
                                                 BAKER & MCKENZIE LLP
                                                 1111 Brickell Avenue, Suite 1700
                                                 Miami, Florida 33131
                                                 Telephone: (305) 789-8966

Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Gips KG*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of April, 2010.

s/Douglas B. Sanders