**EXHIBIT "B"**

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS)<br>09-cv-4115 (MITCHELL)<br>09-cv-4119 (MORRIS–CHIN)<br>09-cv-4117 (VICKERS)<br>09-cv-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DECLARATION OF OLIVER FRÖHLICH, KNAUF GIPS KG

I declare that the following is true and correct to the best of my knowledge:

1. My name is Oliver Fröhlich and I am fully competent to testify as to the facts set forth below.

2. I have been employed by Knauf Gips KG ("Knauf Gips") for more than 10 years. I am currently the Sales Director of Knauf Gips and, as such, am fully familiar with its business affairs.

3. Knauf Gips is organized under the laws of Germany and is headquartered in Iphofen, Germany, with its principal place of business in Germany. Knauf Gips manufactures plasterboard and provides systems designed to meet various requirements in the dry construction and plastering sector.

4. Knauf Gips does not own, use, or maintain any property in Florida, Louisiana, Alabama, Mississippi, or elsewhere in the United States. Knauf Gips does not maintain any offices, employees, a license to conduct business, or any agents in Florida, Louisiana, Alabama, Mississippi, or elsewhere in the United States. Knauf Gips does not own any companies, property, or mines in the United States. No direct or indirect

subsidiaries of Knauf Gips are located or operate in Florida, Louisiana, Alabama, Mississippi or elsewhere in the United States. Knauf Gips has never received revenue from businesses conducted in Florida, Louisiana, Alabama or Mississippi. Knauf Gips has no customers in Florida, Louisiana, Alabama or Mississippi and has never advertised in or targeted those states' residents in its marketing efforts.

5. Knauf Plasterboard (Tianjin) Co. ("KPT") is a privately owned Chinese limited company organized under the laws of China. Its principal place of business is at North Yinhe Bridge, East Jingjin Road, RC-300400, Tianjin, China. KPT's sole shareholder is Knauf International GmbH. Knauf Gips has no ownership interest in KPT, nor does KPT have any ownership in Knauf Gips. KPT is not, and never has been, an agent or a subsidiary of Knauf Gips. KPT does not have, and never has had, any authority to bind Knauf Gips.

6. Knauf Plasterboard (Wuhu) Co. Ltd. ("Knauf Wuhu") is a privately owned Chinese limited company organized under the laws of China. Its principal place of business is No. 2 Gang Wan Road, RC-241009, Wuhu Anhui, China. Knauf Wuhu's sole shareholder is Knauf International GmbH. Knauf Gips has no ownership interest in Knauf Wuhu, nor does Knauf Wuhu have any ownership in Knauf Gips. Knauf Wuhu is not, and never has been, an agent of Knauf Gips. Knauf Wuhu does not have, and never has had, any authority to bind Knauf Gips.

7. Guangdong Knauf New Building Material Products Co. Ltd. ("Knauf Dongguan") is a privately owned commercial trade entity organized under the laws of China. Its principal place of business is No. 2 Xinsha Development Zone, RC-523147, Guangdong, China. Knauf Dongguan's sole shareholder is Knauf International GmbH.

Knauf Gips has no ownership interest in Knauf Dongguan, nor does Knauf Dongguan have any ownership in Knauf Gips. Knauf Dongguan is not, and never has been, an agent of Knauf Gips. Knauf Dongguan does not have, and never has had, any authority to bind Knauf Gips.

8. Knauf Gips drywall is manufactured in Germany from raw materials derived from Germany or other European countries. During 2005 and 2006, Knauf Gips did not order, import, or otherwise receive any raw materials used in the manufacture of drywall or finished drywall from KPT, Knauf Wuhu, or Knauf Dongguan, including gypsum from China. Knauf Gips does not own, and has never owned, any companies, property, or mines in China. Knauf Gips has not constructed any plants in China for the manufacture of drywall. Knauf Gips does not distribute or sell drywall manufactured in China, nor does Knauf Gips oversee the distribution or sale of drywall manufactured in China.

9. Knauf Gips has not designed, tested, manufactured, marketed, wholesaled, supplied, or sold any drywall in Louisiana, Alabama, or Mississippi in 2005 or 2006. On March 17, 2006, Knauf Gips sold drywall to L&W Supply Corporation, 125 South Franklin St., Chicago, Illinois. (*See* Invoice, attached as Ex. 1.) Although the materials were sold to L&W Supply in Chicago, the product was imported to the port of "Canaveral," Florida, on March 22, 2006. This sale to L&W Supply is Knauf Gips' sole "contact" with the State of Florida. Knauf Gips obtained minimal "pecuniary gain" from this contact with Florida, billing L&W Supply $1,359,691.19 (including tax), represented less than 0.0265% of Knauf Gips' total sales for 2006.

DECLARATION OF _____, KNAUF GIPS KG - 3

10. The product shipped to L&W Supply via the port of Canaveral, Florida, on March 22, 2006, was drywall that was manufactured in Germany from raw materials derived from Germany and other countries in Europe. The product shipped by Knauf Gips to the United States did not contain any materials that are the source of the allegations in the Complaint, and Knauf Gips has never received any complaints relating to its drywall.

11. Knauf Gips was not informed by L&W Supply, and did not otherwise know, where the drywall it shipped to L&W Supply would ultimately be used. Knauf Gips was not informed by L&W Supply, and was not otherwise aware, where the drywall shipped to L&W was ultimately used.

12. To my knowledge, no other products, materials, or things processed, serviced, or manufactured by Knauf Gips were ever used or consumed within Florida, Louisiana, Alabama, or Mississippi in the ordinary course of commerce, trade, or use.

13. Knauf Gips does not, and never has, supervised, operated, trained, or otherwise exercised control or had the right to control the day-to-day operations of KPT, Knauf Wuhu, or Knauf Dongguan. Knauf Gips has never maintained the production facilities of KPT, Knauf Wuhu or Knauf Dongguan. Knauf Gips does not exercise, nor has it ever exercised, day-to-day control over the manufacturing requirements, practices, or procedures of KPT, Knauf Wuhu or Knauf Dongguan. Knauf Gips does not oversee the day-to-day administrative functions of, or share bank accounts with, pay expenses for, or engage in intercompany lending with, KPT, Knauf Wuhu, or Knauf Dongguan.

14. Knauf Gips did not and does not establish the quality control criteria for the production of drywall by KPT, Knauf Wuhu or Knauf Dongguan. Knauf Gips did not

and does not control the quality of products manufactured by those companies or their internal processes to measure and monitor quality.

15. Knauf Gips did not hire experts, investigators, consultants, or agents in Florida, when claims were made against KPT relating to drywall in Florida. When one or more builders reported complaints by homeowners about odors in their homes, KPT, not Knauf Gips, retained an Arkansas firm called Center for Toxicology and Environmental Health, L.L.C. ("CTEH") to investigate whether any health risk was associated with KPT's drywall.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2010

_____
DECLARANT

DECLARATION OF _____, KNAUF GIPS KG - 5