# EXHIBIT "C"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS)<br>09-cv-4115 (MITCHELL)<br>09-cv-4119 (MORRIS–CHIN)<br>09-cv-4117 (VICKERS)<br>09-cv-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### DECLARATION OF DAVID GREGORY, ON BEHALF OF KNAUF PLASTERBOARD (WUHU) CO. LTD.

I declare that the following is true and correct to the best of my knowledge:

1. My name is David Gregory, and I am fully competent to testify as to the facts set forth below.

2. I have been Chairman of the Board of Knauf Plasterboard (Wuhu) Co. Ltd. ("Knauf Wuhu") since March 2007, and, as such, I am fully familiar with its business affairs and operations.

3. Knauf Wuhu is a Chinese limited liability company organized under the laws of China. Its principal place of business is No. 2 Gang Wan Road, RC-241009, Wuhu Anhui, China. Knauf Wuhu manufactures drywall and also provides systems designed to meet various requirements in the dry construction and plastering sector. Knauf International GmbH is Knauf Wuhu's sole shareholder.

4. Knauf Plasterboard (Tianjin) Co. ("KPT") is a Chinese limited liability company organized under the laws of China. Its principal place of business is at North Yinhe Bridge, East Jingjin Road, RC-300400, Tianjin, China. Knauf Wuhu has no ownership in KPT, nor does KPT have any ownership interest in Knauf Wuhu. Knauf

Wuhu is not, and never has been, an agent of KPT. Knauf Wuhu does not have, and never has had, any authority to bind KPT.

5. Knauf Dongguan is a Chinese limited liability company organized under the laws of China. Its principal place of business is No. 2 Xinsha Development Zone, RC-523147, Guangdong, China. Knauf Wuhu has no ownership in Knauf Dongguan, nor does Knauf Dongguan have any ownership interest in Knauf Wuhu. Knauf Wuhu is not, and never has been, an agent of Knauf Dongguan. Knauf Wuhu does not have, and never has had, any authority to bind Knauf Dongguan.

6. Knauf Gips KG ("Knauf Gips") is a German company located at Postfach 10, D-97343 Iphofen, Germany, and has its principal place of business in Germany. Knauf Wuhu has no ownership in Knauf Gips, nor does Knauf Gips have any ownership interest in Knauf Wuhu. Knauf Gips is not the direct or indirect parent of Knauf Dongguan. Knauf Wuhu is not, and never has been, an agent of Knauf Gips. Knauf Wuhu does not have, and never has had, any authority to bind Knauf Gips.

7. The Knauf Wuhu plant, as well as all other offices, facilities, and other assets owned or leased by Knauf Wuhu, are under the control of Knauf Wuhu personnel.

8. Knauf Wuhu sold plasterboard during the year 2006 that was imported to Cape Canaveral, Charleston and New Orleans ports in the United States in 2006. Knauf Wuhu's drywall products, including all products shipped to the United States, were manufactured in China using raw materials from sources in China.

9. Knauf Wuhu manufactures drywall domestically according to a Chinese standard, GB/T 9755-1999 (now GB/T 9755-2008). Drywall Knauf Wuhu manufactured in 2006 for sale to customers who were selling it in the United States was manufactured

according to the specification standard ASTM C 36 at their request. Knauf Wuhu marked the back of each piece of drywall manufactured and sold to customers that sold Knauf Wuhu drywall in the United States with its own name and mark. Knauf Gips does not monitor the production of drywall at Knauf Wuhu to ensure it meets these standards.

10. Knauf Wuhu employees oversee and conduct the day-to-day operations of Knauf Wuhu. Knauf Gips does not oversee or control the day-to-day operations of Knauf Wuhu, manufacture of drywall in China or sale of drywall in China or the United States.

11. Knauf Wuhu conducted its own sampling of raw materials, products during the manufacturing process and finished product at its own facilities in China. Knauf Gips did not oversee such testing.

12. Knauf Wuhu drafts and creates its own budget. Knauf Gips has no financial interest in Knauf Wuhu. Knauf Wuhu and Knauf Gips do not share bank accounts or engage in any inter-company lending.

13. Knauf Wuhu's accounting, marketing, sales, logistics, shipping, distribution and other administrative functions are performed in China and are supervised by Knauf Wuhu's employees in China. None of these functions have been utilized or provided by Knauf Gips.

14. Knauf Wuhu has never sold drywall or other materials or minerals to Knauf Gips. Knauf Gips has never sold, marketed, or distributed any drywall or other materials manufactured by Knauf Wuhu.

15. Knauf Wuhu did not hire experts or consultants in Florida or any U.S. state.

DECLARATION OF DAVID GREGORY, KNAUF (WUHU) COMPANY LTD. - 3

16.     Knauf Wuhu does not conduct, nor has it ever conducted, any business in the State of Florida, Louisiana, Mississippi, Alabama, or any other state, either on its own or through subsidiaries or affiliates.  Knauf Wuhu does not own, use, or maintain any property in Florida, Louisiana, Mississippi, Alabama, or any other state and does not maintained any offices, employees, or agents in Florida, Louisiana, Mississippi, Alabama, or any other state, unrelated to the litigation.  No direct or indirect subsidiaries of Knauf Wuhu are located or operate in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.
Executed on April 21, 2010.

*[signature]*

_____
DECLARANT