# EXHIBIT "1"



# Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| Number | Date | Sheet |
|---|---|---|
| 76205535 | 17.03.2006 | 1 |

| No. of customer |
|---|
| 113954 |

| Date of order | Order |
|---|---|
| 01.03.2006 | LW2 CAN |
| Your VAT-Reg-No. | Your ILN-No. |

| Our VAT-Reg-No. | Our ILN-No. | |
|---|---|---|
| DE133017134 | 4003982 00000 2 | |
| Delivery note | Service rendered | |
| 94346187 | 17.03.2006 | |
| Order | Date | Offer |
| 5194964 | 01.03.2006 | |
| Contact person | Mode of delivery | |
| HIRTHJ | Seafreight | |
| Currency | County | POD |
| USD | 75945 | 0085 |
| | 99200 | |

**Order Initiater**
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

**Delivery address**
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 10 | 88094 GKB 12,7 1220 3660 AK (68) KOLLO NO. 1 - 1882 STANDARD WALLBOARD 1/2" x 4 x 12 feet TAPERED EDGE 68 pcs. / pallet Customs tariff no.: 68091100 Country of origin: Germany | 127.976 ST    571.412,840 M2 | | | | 236,82 / 100 M2 | 1.353.219,89 |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr.: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790



## Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| *Number* | *Date* | *Sheet* |
| 76205535 | 17.03.2006 | 2 |
| *No. of customer* | | |
| 113954 | | |

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1 - 1882
GROSSWEIGHT: .......................... KGS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
+++++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 1882 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
+++++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| Total amount (items) | | | 1.353.219,89 |
| V.A.T. | 0,00 % | 1.353.219,89 USD | |
| Total amount | | | In USD 1.353.219,89 |
| | | | ========= |
| | | | in Euro 1.132.401,47 |
| Grossweight 5.199.966 KG   Netweight  4.913.902 KG | | | |
| Total freight 0,00  + package (VP) 0,00  + logistic costs (LK) 0,00  incl. V.A.T. | | 0,00 | |
| Discountable amount *(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)* | | 1.353.219,89 | |
| Terms of payment       Up to 16.04.2006 without deduction, payable | | | 1.353.219,89 |
| Terms of delivery        CIF Canaveral | | | |

Knauf Gips KG
Am Bahnhof 7 · 97346 Iphofen

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790

**KNAUF**
Knauf Gips KG - D-97343 Iphofen

Knauf Gips KG · Postfach 10 · D-97343 Iphofen

USG
c/o of L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street
Chicago, Illinois 60680-6237
USA

# Rechnung / Commercial Invoice

76205535 DD, March 17th, 2006

| Kunden-Nr. / Customer-No.: 113954 | Auftrags-Nr. (intern) | Verwaltungsbezirks-Nr. | | | km | Gewicht in KG | Fracht DM o. UST |
|---|---|---|---|---|---|---|---|
| Our Ref. No. | | MGZ | Intern | Verladestelle BREMEN | Schl. 0085 | | |
| Bestellung / Order LW2 CAN | | | | Versandart / Terms of Delivery CIF CANAVERAL | | Liefertermin / Date of Delivery Shipment on March 22nd, 2006 with MV "REBECCA" | |

Warenempfänger (wenn keine Eintragungen, siehe Adressenfeld) / Comm.     Abladestelle / Notify

| Dimensions Abmessungen | PCS. Menge Stück | Quantity m2 | Description Artikelbezeichnung Ausstattung | Unit price 100/m2 Einzelpreis | Total price Gesamtsumme | Item No. Customs Tariff No. |
|---|---|---|---|---|---|---|
| 12,7*1220*3660 mm (1/2" x 4 x 12 feet) | 127,976 | 571,412.84 | STANDARD WALLBOARD TE | USD 236.82 | USD 1,353,219.89 | 6809 1100 |
| COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY | | | TOTAL PACKED ON 1,882 PALLETS | | | |
| SHIPPING MARKS: L & W SUPPLY CORPORATION 125 SOUTH FRANKLIN STREET CHICAGO, ILLINOIS 60680 - 6237 USA PORT OF DESTINATION: CANAVERAL ORDER NO. LW2 CAN KOLLO NO. 1 - 1882 GROSSWEIGHT: ................. KOS COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY | | | TOTAL GROSSWEIGHT: TOTAL NETWEIGHT: Terms of payment: "Transaction between not related parties." | 5,199,966 kos 4,913,902 kos open credit 30 days from arrival | | |
| | | | TOTAL AMOUNT CIF CANAVERAL | | USD 1,353,219.89 | |

Knauf Gips KG
Bahnhof 7 · 97346 Iphofen

Page 1/1

# KNAUF PACKING - LIST

L & W Supply Corporation
125 South Franklin Street
CHICAGO, 60680-6237 ILLINOIS, USA
Order No. LW2 CAN

| Consec. No. Nummer | Number Anzahl | Type of packing Verpackung | Item NO. | one package contains: Inhalt eines Packstückes | Length Länge cm | Width Breite cm | Height Höhe cm | Volume Volumen per piece einzeln m3 | Total Gesamt m3 | GROSSWEIGHT Bruttogewicht per piece einzeln kg | Total Gesamt kg | NETWEIGHT Nettogewicht per piece einzeln kg | Total Gesamt kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1-1882 | 1882 | pallet | 1 | 68 pcs. Standard wallboard 12,5*1220*3660 mm (1/2" x 4 x 12 feet) tapered edge  Shipping marks: L & W Supply Corporation 125 South Franklin Street Chicago, Illinois 60680 - 6237 USA Port of Destination: Canaveral Order No. LW2 CAN Kollo No. 1 - 1882 Grossweight: . . . . . . . . . . . KOS Country of Origin: Federal Republic of Germany | 366 | 122 | 99 | 4,42 | 8319,47 | 2.763 | 5.199.966 | 2.611 | 4.913.902 |
| | 1882 | | | Übertrag / Total : | | | | | 8319,47 | | 5.199.966 | | 4.913.902 |

Versandart / Terms of delivery : CIF Canaveral

Seite / Page: 1/1



# Commercial-Invoice

Knauf Gips KG · Postfach 10 · 97343 Iphofen

L & W Supply Corporation
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

| | | |
|---|---|---|
| *Number* | *Date* | *Sheet* |
| 76205729 | 21.03.2006 | 1 |
| *No. of customer* | | |
| 113954 | | |
| *Date of order* | *Order* | |
| 21.03.2006 | LW2 CAN | |
| *Your VAT-Reg-No.* | *Your ILN-No.* | |
| *Our VAT-Reg-No.* | *Our ILN-No.* | |
| DE133017134 | 4003982 00000 2 | |
| *Delivery note* | *Service rendered* | |
| 94350570 | 21.03.2006 | |
| *Order* | *Date* | *Offer* |
| 5225103 | 21.03.2006 | |
| *Contact person* | *Mode of delivery* | |
| HIRTHJ | Seafreight | |
| *Currency* | *County* | *POD* |
| USD | 75945 | 0085 |
| | 99200 | |

*Order initiater*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

*Delivery address*
L & W Supply Corporation
125 South Franklin Street
US-60680-6237 Chicago / Illinois

ORDER NO. LW2 CAN

SHIPMENT ON 22nd MARCH 2006

WITH MV "REBECCA"

PORT OF DESTINATION: CANAVERAL

| Item | Material | Quantity | Grossprice | Rebate % | USD | Netprice | Item value |
|---|---|---|---|---|---|---|---|
| 10 | 88094 | 612 ST   2.732,580 M2 | | | | 236,82 / 100 M2 | 6.471,30 |
| | GKB 12,7 1220 3660 AK (68) | | | | | | |
| | KOLLO NO. 1882 - 1891 | | | | | | |
| | STANDARD WALLBOARD 1/2" x 4 x 12 feet | | | | | | |
| | TAPERED EDGE | | | | | | |
| | 68 pcs. / pallet | | | | | | |
| | Customs tariff no.: 68091100 | | | | | | |
| | Country of origin: Germany | | | | | | |

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr: 227 155 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790



Knauf Gips KG · Postfach 10 · 97343 Iphofen

**L & W Supply Corporation**
125 South Franklin Street

60680-6237 CHICAGO / ILLINOIS
USA

## Commercial-Invoice

| Number | Date | Sheet |
|---|---|---|
| 76205729 | 21.03.2006 | 2 |

No. of customer
113954

GOODS SEAWORTHY PACKED
SHIPPING MARKS:
L & W SUPPLY CORPORATION
125 SOUTH FRANKLIN STREET
CHICAGO, ILLINOIS 60680-6237
USA
PORT OF DESTINATION: CANAVERAL
ORDER NO. LW2 CAN
KOLLO NO. 1883 - 1891
GROSSWEIGHT: .......................... KGS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++
TOTAL PACKED ON 9 PALLETS
COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY
++++++++++++++++++++++++++++++++++++++++++++++++++
TERMS OF PAYMENT: OPEN CREDIT 30 DAYS FROM ARRIVAL
"TRANSACTION BETWEEN NOT RELATED PARTIES."

| | | | |
|---|---|---|---|
| Total amount (items) | | | 6.471,30 |
| V.A.T. | 0,00 % | 6.471,30 USD | |
| Total amount | | | In USD 6.471,30 |
| | | | ========= |
| | | | In Euro 5.415,31 |

Grossweight  24.867 KG    Netweight  23.499 KG
Total freight 0,00 + package (VP) 0,00 + logistic costs (LK) 0,00 incl. V.A.T.                           0,00
Discountable amount *(Tot.amount less freight charg/pallets and logist.costs incl.V.A.T.)*     6.471,30
Terms of payment    Up to 20.04.2006 without deduction, payable                                   6.471,30
Terms of delivery    CIF Canaveral

Knauf Gips KG
Am Bahnhof 7 · 97346 Iphofen

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen, Tel: +49 9323 31-0, Fax: +49 9323 31-277
www.knauf.de, E-Mail: zentrale@knauf.de, Sitz: Iphofen, Registergericht: Würzburg HRA 2754, Steuer-Nr. 227 166 01602
HypoVereinsbank, Würzburg, BLZ 790 200 76, Kto.-Nr. 149 9041, IBAN: DE 09 7902 0076 0001 4990 41, SWIFT-BIC: HYVEDEMM455
Deutsche Bank AG, Würzburg, BLZ 790 700 16, Kto.-Nr. 0 305 508 00, IBAN: DE 57 7907 0016 0030 5508 00, SWIFT-BIC: DEUTDEMM790

# KNAUF

Knauf Gips KG -D-97343 Iphofen

Knauf Gips KG - Postfach 10 - D-97343 Iphofen

USG
c/o of L & W Supply Corporation
Attn. Tony Muglia
125 South Franklin Street
Chicago, Illinois 60680-6237
USA

## Rechnung / Commercial Invoice

76205729 DD. March 21st, 2006

| Kunden-Nr. / Customer-No.: 113954 | Auftrags-Nr. (intern) | Vertreterbezirks-Nr. | | km | Gewicht in KG | Fracht DM o. UST |
|---|---|---|---|---|---|---|
| Our Ref. No. | | MGZ | Intern | Verladestelle | Schl. | |
| | | | | BREMEN | 0085 | |
| Bestellung / Order LW2 CAN | | | Versandart / Terms of Delivery CIF CANAVERAL | | Liefertermin / Date of Delivery Shipment on March 22nd, 2006 with MV "REBECCA" | |

Warenempfänger (wenn keine Eintragungen, siehe Adressenfeld) / Comm.   Abladestelle / Notify

| Dimensions Abmessungen | PCS. Menge Stück | Quantity m2 | Description Artikelbezeichnung Ausstattung | Unit price 100/m2 Einzelpreis | Total price Gesamtsumme | Item No. Customs Tariff No. |
|---|---|---|---|---|---|---|
| 12,7*1220*3660 mm (1/2" x 4 x 12 feet) | 612 | 2,732.70 | STANDARD WALLBOARD TE | USD 236.82 | USD 6,471.30 | 6809 1100 |
| | | | TOTAL PACKED ON 9 PALLETS | | | |
| COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY | | | TOTAL GROSSWEIGHT: TOTAL NETWEIGHT: | 24,867 kos 23,499 kos | | |
| SHIPPING MARKS: L & W SUPPLY CORPORATION 125 SOUTH FRANKLIN STREET CHICAGO, ILLINOIS 60680 - 6237 USA PORT OF DESTINATION: CANAVERAL ORDER NO. LW2 CAN KOLLO NO. 1883 - 1891 GROSSWEIGHT: ................ KOS COUNTRY OF ORIGIN: FEDERAL REPUBLIC OF GERMANY | | | Terms of payment: open credit 30 days from arrival "Transaction between not related parties." | | | |
| | | | TOTAL AMOUNT CIF CANAVERAL | | USD 6,471.30 | |

Knauf Gips KG
Am Bahnhof 7 · 97346 Iphofen

Page 1/1

# KNAUF   PACKING - LIST

L & W Supply Corporation
125 South Franklin Street
CHICAGO, 60680-6237 ILLINOIS, USA
Order No. LW2 CAN

| Consec. No. Nummer | Number Anzahl | Type of packing Verpackung | Item NO. | one package contains: Inhalt eines Packstückes | Length Länge cm | Width Breite cm | Height Höhe cm | Volume Volumen per piece einzeln m3 | Total Gesamt m3 | GROSSWEIGHT Bruttogewicht per piece einzeln kg | Total Gesamt kg | NETWEIGHT Nettogewicht per piece einzeln kg | Total Gesamt kg |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1883-1891 | 9 | pallet | 1 | 68 pcs. Standard wallboard 12,5*1220*3660 mm (1/2" x 4 x 12 feet) tapered edge<br><br>Shipping marks:<br>L & W Supply Corporation<br>125 South Franklin Street<br>Chicago, Illinois 60680 - 6237<br>USA<br>Port of Destination: Canaveral<br>Order No. LW2 CAN<br>Kollo No. 1883 - 1891<br>Grossweight: . . . . . . . . . . . . . . . KGS<br>Country of Origin: Federal Republic of Germany | 366 | 122 | 99 | 4,42 | 39,78 | 2.763 | 24.867 | 2.611 | 23.499 |
| | 9 | | | Übertrag / Total : | | | | | 39,78 | | 24.867 | | 23.499 |

Versandart / Terms of delivery : CIF Canaveral

Seite / Page: 1/1

Allianz Marine & Aviation
Versicherungs-Aktiengesellschaft



Certificate (Policy) of Marine Insurance

Certificate No.

5922

| Sum Insured | Place and Date of Issue | Issues | Open Cover No. |
|---|---|---|---|
| **USD 7.118,43** | | 21.03.2006 | ITR 70/720/0055225/501 |

This is to certify that insurance has been granted under the above open cover to:

**KNAUF GIPS KG, POSTFACH 10, 97343 IPHOFEN**

for account of whom it may concern, on the following goods:

Order No. LW2 CAN

*Material:*
9 pallets
Standard wallboard TE
12,7*1220*3660 mm
(1/2" x 4 x 12 feet)

*Gewicht:*
24.867 kos

for the following voyage (conveyance, route):
**from Schwarze Pumpe/Germany to CANAVERAL / USA**

Special Conditions for Cargo (ADS Cargo 1973 – Edition 1984), as printed overleaf.
Claims payable to the holder of this certificate. Settlement under one issue shall render all others null and void.

Conditions:
1. German General Rules of Marine Insurance (ADS), Special Conditions for Cargo (ADS Cargo 1973 – Edition 1984).
2. Terms and conditions of the above open cover. In no case shall this insurance cover loss or damage to the insured cargo caused by the use of chemical, biological, bio-chemical substances or electromagnetic waves as weapons dangerous to the public safety, irrespective of any other contributory causes.
3. Form of cover (see overleaf):
4. Clauses (see overleaf):

See overleaf for instructions to be followed in case of loss or damage.

*In case of loss or damage immediately contact:*

Claims Surveyor:

Matthews, Matson & Kelley, Ltd.
77 Marsh Lakes Drive, Suite 235, Fernandina Beach
Florida 32043
UNITED STATES OF AMERICA

Phone:   +1.904.491-7880
Fax:      +1.904.491-7883
E-Mail:   jrparry1@bellsouth.net
Contact: Mr. Roger Parry

Premium paid

*For and on behalf of the leading company and all co-insurers:*

Allianz Marine & Aviation
Versicherungs-Aktiengesellschaft
Großer Burstah 3, 20457 Hamburg
Postfach, 20448 Hamburg
Telephone (040) 3617-0 – Cables Allianzfrank
Facsimile (040) 3617-4492

Dr. Bergeest            Schatz