# EXHIBIT "D"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br>09-cv-6690 (GROSS)<br>09-cv-4115 (MITCHELL)<br>09-cv-4119 (MORRIS–CHIN)<br>09-cv-4117 (VICKERS)<br>09-cv-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DECLARATION OF DAVID GREGORY ON BEHALF OF GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO. LTD.

I declare that the following is true and correct to the best of my knowledge:

1. My name is David Gregory, and I am fully competent to testify as to the facts set forth below.

2. I have been Chairman of the Board of Guangdong Knauf New Building Material Products Co. Ltd. ("Knauf Dongguan") since March 2007, and, as such, I am familiar with its business affairs and operations.

3. Knauf Dongguan is a Chinese limited liability company organized under the laws of China. Its principal place of business is No. 2 Xinsha Development Zone, RC-523147, Guangdong, China. Knauf Dongguan manufactures drywall and also provides systems designed to meet various requirements in the dry construction and plastering sector. Knauf International GmbH is Knauf Dongguan's sole shareholder.

4. Knauf Plasterboard (Tianjin) Co. ("KPT") is a Chinese limited liability company organized under the laws of China. Its principal place of business is at North Yinhe Bridge, East Jingjin Road, RC-300400, Tianjin, China. Knauf Dongguan has no ownership in KPT, nor does KPT have any ownership interest in Knauf Dongguan.

Knauf Dongguan is not, and never has been, an agent of KPT. Knauf Dongguan does not have, and never has had, any authority to bind KPT.

5. Knauf Plasterboard (Wuhu) Co. Ltd. ("Knauf Wuhu") is a Chinese limited liability company organized under the laws of China. Its principal place of business is No. 2 Gang Wan Road, RC-241009, Wuhu Anhui, China. Knauf Dongguan has no ownership in Knauf Wuhu, nor does Knauf Wuhu have any ownership interest in Knauf Dongguan. Knauf Dongguan is not, and never has been, an agent of Knauf Wuhu. Knauf Dongguan does not have, and never has had, any authority to bind Knauf Wuhu.

6. Knauf Gips KG ("Knauf Gips") is a German company located at Postfach 10, D-97343 Iphofen, Germany, and has its principal place of business in Germany. Knauf Gips is not the direct or indirect parent of Knauf Dongguan. Knauf Dongguan has no ownership in Knauf Gips, nor does Knauf Gips have any ownership interest in Knauf Dongguan. Knauf Dongguan is not, and never has been, an agent of Knauf Gips. Knauf Dongguan does not have, and never has had, any authority to bind Knauf Gips.

7. The Knauf Dongguan plant, as well as all other offices, facilities, and other assets owned or leased by Knauf Dongguan, are under the control of Knauf Dongguan personnel.

8. Knauf Dongguan sold plasterboard during the year 2006 that was imported to Cape Canaveral and New Orleans ports in the United States in 2006. Knauf Dongguan's drywall products, including all products shipped to the United States, were manufactured in China using raw materials from sources in China.

9. Knauf Dongguan manufactures drywall domestically according to a Chinese standard, GB/T 9755-1999 (now GB/T 9755-2008). Drywall Knauf Dongguan

manufactured in 2006 for sale to customers who were selling it in the United States was manufactured according to the specification standard ASTM C 36 at their request. Knauf Dongguan marked the back of each piece of drywall manufactured and sold to customers that sold Knauf Dongguan drywall in the United States with its own name and mark. Knauf Gips did not monitor the production of drywall at Knauf Dongguan to ensure it met these standards.

10. Knauf Dongguan employees oversee and conduct the day-to-day operations of Knauf Dongguan. Knauf Gips does not oversee or control the day-to-day operations of Knauf Dongguan, manufacture of drywall in China or sale of drywall in China or the United States.

11. Knauf Dongguan conducted its own sampling of raw materials, products during the manufacturing process and finished product at its own facilities in China. Knauf Gips did not oversee such testing.

12. Knauf Dongguan drafts and creates its own budget. Knauf Gips has no financial interest in Knauf Dongguan. Knauf Dongguan and Knauf Gips do not share bank accounts or engage in any inter-company lending.

13. Knauf Dongguan's accounting, marketing, sales, logistics, shipping, distribution and other administrative functions are performed in China and are supervised by Knauf Dongguan's employees in China. None of these functions have been utilized or provided by Knauf Gips.

14. Knauf Dongguan has never sold drywall or other materials or minerals to Knauf Gips. Knauf Gips has never sold, marketed, or distributed any drywall or other materials manufactured by Knauf Dongguan.

15. Knauf Dongguan did not hire experts or consultants in Florida or any U.S. state.

16. Knauf Dongguan does not conduct, nor has it ever conducted, any business in the State of Florida, Louisiana, Mississippi, Alabama, or any other state, either on its own or through subsidiaries or affiliates. Knauf Dongguan does not own, use, or maintain any property in Florida, Louisiana, Mississippi, Alabama, or any other state and does not maintain any offices, employees, or agents in Florida, Louisiana, Mississippi, Alabama, or any other state related to the litigation. No direct or indirect subsidiaries of Knauf Dongguan are located or operate in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2010.

_D. N. G._

_____
DECLARANT