IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-7628 (PAYTON) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, and ADDITIONAL
PLAINTIFFS AS LISTED ON EXHIBIT "A" TO
CLASS ACTION COMPLAINT

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
(TIANJIN) CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

   Defendants.

**DEFENDANT KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
MOTION TO EXTEND THE PAGE LIMIT FOR MEMORANDUM
<u>IN SUPPORT OF MOTION TO DISMISS</u>**

Defendant Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), by and through its attorneys, Baker & McKenzie LLP, respectfully requests that this Court grant it leave to file a Memorandum in Support of its 12(b)(6) Motion to Dismiss in excess of the page limit prescribed by Local Rule 7.8M.  In support of this Motion, KPT states as follows:

1. Plaintiffs filed an omnibus class action complaint of almost 600 pages with 2770 number of allegations.

2. Plaintiffs' hale from at least five states, whose law may be applied to their claim.

3. Plaintiffs' Complaint, which contains fifteen counts against defendants, does not

specify in each count under which state's law recovery is sought.

4. KPT addresses the laws of each of the states for the counts in which the applicable law is not specified.

5. Plaintiffs plead violations of the consumer protection acts of seven different states in one count of their complaint.

6. KPT has, where appropriate, combined its state arguments for the sake of economy, but are not able to do so for every count.

WHEREFORE, for the foregoing reasons, KPT respectfully requests that this Court grant its Motion to Extend the Page Limit of its Memorandum in Support, *instanter*.

Date:  April 21, 2010                                       Respectfully submitted,

/s/ Douglas B. Sanders

Douglas B. Sanders
Richard Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile:  (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile:  (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.

2

        1100 Poydras Street, Suite 3700
        New Orleans, Louisiana 70163
        Telephone:  (504) 599-8194
        Facsimile:   (504) 599-8145
        Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of April, 2010.

s/Douglas B. Sanders