IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br>**09-cv-6690 (GROSS)** | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

    Plaintiffs,

      v.

KNAUF GIPS KG,  KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD.

    Defendants.

**DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S AND KNAUF INSULATION GmbH a/k/a KNAUF USA'S MOTION TO EXTEND THE PAGE LIMIT FOR MEMORANDUM IN SUPPORT OF MOTION TO DISMISS**

    Defendants Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT") and Knauf Insulation

GmbH a/k/a Knauf USA, by and through their attorney, Baker & McKenzie, respectfully

requests that this Court grant it leave to file a Memorandum in Support of its 12(b)(6)

Motion to Dismiss in excess of the page limit prescribed by Local Rule 7.8M.  In support

of this Motion, KPT and Knauf USA state as follows:

1. Plaintiffs filed a class action complaint of almost 300 paragraphs.

2. Plaintiffs plead violations of the consumer protection acts of seven different states
   in one count of their complaint.

3. KPT erroneously allege all counts against every defendant.

WHEREFORE, for the foregoing reasons, KPT respectfully requests that this Court grant its Motion to Extend the Page Limit of its Memorandum in Support, *instanter*.


Date:   April 21, 2010                    Respectfully submitted,

                                          /s/ Douglas B. Sanders

                                          Douglas B. Sanders
                                          Richard Franklin
                                          BAKER & MCKENZIE LLP
                                          130 E. Randolph Dr.
                                          Chicago, IL 60601
                                          Telephone: (312) 861-8075
                                          Facsimile:  (312) 698-2375
                                          Email: douglas.b.sanders@bakernet.com

                                          Donald J. Hayden
                                          BAKER & MCKENZIE LLP
                                          1111 Brickell Avenue, Suite 1700
                                          Miami, Florida 33131
                                          Telephone: (305) 789-8966
                                          Facsimile:  (305) 789-8953
                                          E-mail: Donald.hayden@bakernet.com

                                          Kerry Miller (LA Bar No. 24562)
                                          Kyle A. Spaulding (LA Bar No. 29000)
                                          FRILOT L.L.C.
                                          1100 Poydras Street, Suite 3700
                                          New Orleans, Louisiana 70163
                                          Telephone:  (504) 599-8194
                                          Facsimile:   (504) 599-8145
                                          Email: kmiller@frilot.com

                                          *Attorneys for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Insulation GmbH, a/k/a Knauf USA.*

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of April, 2010.

s/Douglas B. Sanders