IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-CV-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

CHRISTOPHER WHITFIELD, individually and on behalf of all others similarly situated,

  Plaintiffs,

     v.

KNAUF GIPS KG , KNAUF PLASTERBOARD TIANJIN CO. LTD., FICTITIOUS DEFENDANTS A-Z,

  Defendants.

## DEFENDANTS KNAUF GIPS, KG'S AND KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(b)(6) AND 9(b)

     Defendants Knauf Gips KG ("Knauf Gips") and Knauf Plasterboard (Tianjin) Co. Ltd. move to dismiss Plaintiffs' Amended Class Action Complaint under Fed. R. Civ. P. 12(b)(6) and 9(b) for the reasons given in the accompanying Memorandum in support of this Motion.

Date:  April 21, 2010            Respectfully submitted,

/s/ Douglas B. Sanders

Douglas B. Sanders
Richard Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile:  (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile:  (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone:  (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd. and Knauf Gips KG*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of April, 2010.

s/Douglas B. Sanders