IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

   Plaintiffs,

      v.

KNAUF GIPS KG,  KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD.

   Defendants.

**NOTICE OF HEARING ON DEFENDANT KNAUF GIPS KG'S
MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2)**

Please take notice that Defendant Knauf Gips KG has filed the attached Motion to Dismiss under Fed. R. Civ. P. 12(b)(2).  Please take further notice that the Motion will be brought for hearing on May 27, 2010, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Date:   April 21, 2010                                    Respectfully submitted,

                                                                      /s/ Douglas B. Sanders

                                                                   Douglas B. Sanders
                                                                   Richard Franklin
                                                                   BAKER & MCKENZIE LLP
                                                                   130 E. Randolph Dr.
                                                                   Chicago, IL 60601
                                                                   Telephone: (312) 861-8075
                                                                   Facsimile:  (312) 698-2375

Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Gips KG*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 21st day of April, 2010.

                                                    s/Douglas B. Sanders