UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| | * | |
| Sean and Beth Payton, et al. v. | * | |
| Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.) | * | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL PAPERS AND PLEADINGS

COMES NOW Rusty Savoie who hereby appears as attorney for **Marigold Court, LLC** in the matter entitled Sean and Beth Payton, et al. v. Knauf Gips KG, et al., bearing Civil Action No. 09-7628, and requests:  (1) that his name at the address listed below be added to the matrix, and (2) that he be served with copies of all notices, orders, reports, notices of hearings, motions and any and all other papers and pleadings filed herein.  The address for notice and service is:

    Marigold Court, LLC
    c/o Rusty Savoie
    100 Innwood Dr., Suite B
    Covington, LA  70433
    Phone:  (985) 249-6800
    Facsimile:  (985) 249-6006
    Email:  rsavoie@lamothefirm.com

    Respectfully submitted:

    /s/ Rusty Savoie_____
    RUSTY SAVOIE (LA. #25238)
    100 Innwood Dr., Suite B
    Covington, Louisiana  70433
    Telephone:  (985) 249-6800
    Facsimile:  (985) 249-6006
    COUNSEL FOR MARIGOLD COURT, LLC

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, via U.S. Mail and email, upon all parties by electronic transmission via Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court via the CM/ECF System, this 22nd day of April, 2010.

                                 /s/ Rusty Savoie_____
                                 RUSTY SAVOIE (LA. #25238)