UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) ) | MDL No. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

### MOTION TO DISMISS FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES ON BEHALF OF DEFENDANT, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes American Guarantee and Liability Insurance Company, and respectfully moves the court to dismiss the Complaint and First Amended Complaint of Robert C. Pate, as trustee for the Chinese Drywall Trust for the failure to join necessary and indispensable parties pursuant to Federal Rule of Civil Procedure 12(b)(7) and Federal Rule of Civil Procedure 19. The Complaint and Amended Complaint should be dismissed because the plaintiff has failed to join the necessary and indispensable named insured subcontractor on the American Guarantee and Liability Insurance Company policy and for the reasons more fully set forth in the Memorandum filed in support of this motion.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Guarantee Liability Insurance Company

_/s/ Wade A. Langlois, III_

**THOMAS L. GAUDRY, JR. T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for   American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22 day of April, 2010.

_/s/ Wade A. Langlois, III_
Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Mt Dismiss Failure toJoin\MT Dismiss.wpd