UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL No. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
)
) JUDGE FALLON
) MAG. JUDGE WILKINSON
)

**THIS DOCUMENT RELATES TO:**

ROBERT C. PATE, et al   NO. 09-07791

## MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO JOIN NECESSARY AND INDISPENSABLE PARTIES ON BEHALF OF DEFENDANT, AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY

**MAY IT PLEASE THE COURT:**

The plaintiff, Robert C. Pate, as trustee for the Chinese Drywall Trust has alleged that WCI Communities, Inc. is an additional insured under a policy issued to Distinctive Finishes, LLC by American Guarantee and Liability Insurance Company. As the named insured under the policy and a subcontractor of WCI, Distinctive Finishes, LLC is a necessary and indispensable party to this litigation. Distinctive Finishes, LLC has a legal and financial stake in this litigation. Under Federal Rule of Civil Procedure 19, Distinctive Finishes, LLC is a necessary and indispensable party and Pate's claims should be dismissed under Federal Rule of Civil Procedure 12(b)(7).

In further support of this motion, American Guarantee and Liability Insurance

Company adopts the arguments made by Mid Continent Casualty Company, Landmark American Insurance Company, Amerisure Mutual Insurance Company, Amerisure Insurance Company, FCCI Commercial Insurance Company and FCCI Insurance Company in their Motions to Dismiss for the plaintiff's failure to join necessary and indispensable parties in this litigation.

Respectfully submitted,

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA, LONG & ALDRIDGE, LLP**
303 Peachtree Street, NE, Suite 5300
Atlanta, GA 30308
Phone: 404-527-4000 Fax: 404-527-4198
Emails: sberry@mckennalong.com
Lead counsel for American Guarantee Liability Insurance Company

_/s/ Thomas L. Gaudry, Jr._

**THOMAS L. GAUDRY, JR. T.A. (#5980)**
**WADE A. LANGLOIS, III (#17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
Oakwood Corporate Center
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Telephone: (504) 362-2466   Fax: (504) 362-5938
Emails: tgaudry@grhg.net and wlanglois@grhg.net
Local Counsel for American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR FAILURE TO JOIN INDISPENSABLE PARTIES** has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22 day of April, 2010.

Wade A. Langlois, III, LSBA #17681

G:\0262\2015\Pleadings\Mt Dismiss Failure toJoin\MT Dismiss Memo.wpd