UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 SECTION: L |
| THIS DOCUMENT RELATES TO | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al. | * * | MAG. WILKINSON |
| vs | * * | |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE

**Notice is hereby given that:**

RAYMOND J. PAJARES of the firm of PAJARES & SCHEXNAYDRE, L.L.C., 68031 Capital Trace Row, Mandeville, Louisiana 70471 is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the following named defendant:

Cockerham Construction, L.L.C.

Dated this 22nd day of April 2010.

Respectfully submitted,

PAJARES & SCHEXNAYDRE, L.L.C.

BY:   /s/ Raymond J. Pajares
RAYMOND J. PAJARES

        Louisiana State Bar Association No. 17343
E. ASHLEY CARTER
Louisiana State Bar Association No. 19872
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:  985-292-2000
Facsimile: 985-292-2001
E-Mail:  rpajares@pslawfirm.com

ATTORNEYS FOR DEFENDANTS,
COCKERHAM CONSTRUCTION L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of April, 2010.

PAJARES & SCHEXNAYDRE, L.L.C.

BY:   /s/ Raymond J. Pajares
RAYMOND J. PAJARES
Louisiana State Bar Association No. 17343
68031 Capital Trace Row
Mandeville, Louisiana 70471
Telephone:  985-292-2000
Facsimile: 985-292-2001
E-Mail:  rpajares@pslawfirm.com