UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
ALL ACTIONS

## Mazer's Discount Home Centers, Inc.'s Withdrawal of Its Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order

Mazer's Discount Home Centers, Inc.'s ("Mazer") hereby withdraws the previously filed Motion to Quash Plaintiff's Subpoena for Testimony and Subpoena for Production and Motion for Protective Order, filed and served on April 14, 2010 [Doc No. 2488], because that motion is now moot.

Respectfully submitted and filed on April 22, 2010, using one of the below-listed attorneys' CM/ECF user log-in and password as a signature in accordance with Rule 8 of the Court's Administrative Procedures for Electronic Case Filing,

 s/ Larry S. Logsdon
Larry S. Logsdon
Voice:   (205) 874-0341
Fax:     (205) 874-3241
E-mail: llogsdon@wallacejordan.com

                                        **s/ *Michael L. Jackson***
                                        Michael L. Jackson
                                        Voice:   (205) 874-0315
                                        Fax:     (205) 874-3251
                                        E-mail: mjackson@wallacejordan.com

                                        Attorneys for Defendant
                                        Mazer's Discount Home Centers, Inc.

Of Counsel:

Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
(205) 870-0555

                                        **s/ *Christopher A. Bottcher***
                                        Christopher A. Bottcher
                                        E-mail: cbottcher@sirote.com

                                        Mary Blanche Hankey
                                        E-mail: mhankey@sirote.com

                                        C. Lee Reeves
                                        E-mail: lreeves@sirote.com

                                        Attorneys for Defendant
                                        Mazer's Discount Home Centers, Inc.

Of Counsel:

Sirote & Permutt, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Voice:   (205) 930-5100
Fax:     (205) 930-5101

## Certificate of Service

I certify that on April 22, 2010, the above and foregoing *Mazer's Discount Home Centers, Inc.'s Withdrawal of Its Motion to Quash Plaintiffs' Subpoena for Testimony and Subpoena for Production and Motion for Protective Order* was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

     s/ *Michael L. Jackson*
Michael L. Jackson
Wallace, Jordan, Ratliff & Brandt, L.L.C.
Post Office Box 530910
Birmingham, Alabama 35253
Voice: (205) 874-0315
Fax:     (205) 874-3251
E-mail: mjackson@wallacejordan.com