Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0588

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--AL Brothers, Inc., its Registered Agent: Alan R. Jostes
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __ILLINOIS__ ) ss.
County of: __DuPage__ )

Name of Server: __Robert W. Brindac Jr__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8__ day of __April__, 20 __10__, at __6:25__ o'clock __P__ M

Place of Service: at __919 S. Charlotte St.__, in __Lombard, IL 60148__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
AL Brothers, Inc., its Registered Agent: Alan R. Jostes

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __ALAN R. JOSTES, REGISTERED AGENT__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Salt & Pepper__ ; Facial Hair __None__
Approx. Age __49__ ; Approx. Height __6'0"__ ; Approx. Weight __175__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __9th__ day of __April__, 20 __10__
__Frances R Brindac__
Notary Public       (Commission Expires)

**APS International, Ltd.**

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13