| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s) |  Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 103329-0133

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--KB Home Orlando, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alo_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14_ day of _April_, 20 _10_, at _10:10_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL  32301_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**KB Home Orlando, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Maulkley - process clerk_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair ___
Approx. Age _39_ ; Approx. Height _5:7_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_   4·14·10
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _14_ day of _April_, 20 _10_

_[signature]_
Notary Public            (Commission Expires)


DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019