Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Beazer Homes Corp.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Abel_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14_ day of _April_ , 20 _10_ , at _10:10_ o'clock _A_ M

Place of Service: at 1201 Hays Street , in Tallahassee, FL 32301

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Beazer Homes Corp.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Maubley – process clerk_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair _____
Approx. Age _39_ ; Approx. Height _5'7_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_4·14·10_

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_14_ day of _April_ , 20 _10_

Notary Public          (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019