| | |
|---|---|
| Kenneth and Barbara Wiltz, et. al., Plaintiff(s)<br>vs.<br>Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>**1-800-328-7171**<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 103329-0132

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Florida, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Alo**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14** day of **April**, 20 **10**, at **10:10** o'clock **A** M

Place of Service: at **1201 Hays Street**, in **Tallahassee, FL 32301**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**KB Home Florida, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Joyce Maukly - process clerk**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Br**; Facial Hair ___
Approx. Age **39**; Approx. Height **5'7**; Approx. Weight **141**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

4.14.10
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **14** day of **April**, 20 **10**

Notary Public        (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019