Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0140

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ainslie Group, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: City of Norfolk

**Name of Server:** Brian Nash, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of April, 20 10, at 10:43 o'clock A M

**Place of Service:** at 4525 South Blvd., Ste. 300, in Virginia Beach, VA 23462

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ainslie Group, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ~~Brian Nash~~ Robert E. Ruloff - registered agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color brown ; Facial Hair no
Approx. Age 55 ; Approx. Height 6'0" ; Approx. Weight 180

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 15 day of April, 20 10

Notary Public (Commission Expires) 12-31-2010

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010

**APS International, Ltd.**