Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--American Eastern, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: City of Virginia Beach

**Name of Server:** William L. Sasser, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of April, 20 10, at 4:08 o'clock P M

**Place of Service:** at 632 Hampton Highway, in Yorktown, VA 23693

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Eastern, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Matthew Lusk -- vice president

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color white; Hair Color brown; Facial Hair no
Approx. Age 35-45; Approx. Height 6'0"; Approx. Weight 180

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 16 day of April, 20 10

Mistie Wood   12-31-2010
Notary Public       (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010