Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0157

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atlantic Homes Development Corporation
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Virginia_ ) ss.
County of: _City of Virginia Beach_

**Name of Server:** _William L. Sasser, Jr._, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15_ day of _April_, 20 _10_, at _11:49_ o'clock _A_ M

**Place of Service:** at _109 Nat Turner Blvd._, in _Newport News, VA  23606_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Atlantic Homes Development Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Kenneth Allen - registered agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _white_; Hair Color _grey_; Facial Hair _no_
Approx. Age _60-70_; Approx. Height _6'0"_; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _16_ day of _April_, 20 _10_

_Mistie Wood_  _12-31-2010_
Notary Public          (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010