Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0178

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--City Salvage, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **Davy Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **13th** day of **April**, 20 **10**, at **1:36** o'clock **P.** M

**Place of Service:** at **804 Limbert Street**, in Laurel, MS 39440

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
City Salvage, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Karlyn L. Pugh, Vice President Director**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **W**; Skin Color **F**; Hair Color **Brown**; Facial Hair **N**
Approx. Age **40's**; Approx. Height **5'9**; Approx. Weight **150**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **14** day of **April**, 20 **10**

*Michelle Murray*
Notary Public          (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]