Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0142

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Curb Appeal Home Builders, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _VIRGINIA_ ) ss.
County of: _City of Norfolk_ )

**Name of Server:** _Brian Nath_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16th_ day of _April_, 20 _10_, at _3:07_ o'clock _P_ M

**Place of Service:** at _5040 Corporate Woods Rd. Suite #120_, in _Virginia Beach, VA  23462_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Curb Appeal Home Builders, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Emmanuel D. Voces, Registered agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _B_ ; Hair Color _Brown_ ; Facial Hair _Black_
Approx. Age _30-35_ ; Approx. Height _5" 8"_ ; Approx. Weight _160 lbs._

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_19_ day of _April_, 20 _10_

_Mistie Wood_  _12-31-2010_
Notary Public          (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010