Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0143

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Franciscus Homes, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
~~County of:~~ __City of Virginia Beach__
Name of Server: __Brian Nath__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __15__ day of __April__, 20 __10__, at __3:18__ o'clock __P__ M

Place of Service: at __303 Lynnhaven Parkway Ste. 100__, in __Virginia Beach, VA 23452__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Franciscus Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __David Miller -- registered agent__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __grey__; Facial Hair __no__
Approx. Age __55__; Approx. Height __5'11"__; Approx. Weight __230__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __16__ day of __April__, 20 __10__

_Mistie Wood_  12-31-2010
Notary Public              (Commission Expires)

**APS International, Ltd.**

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010