Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0144

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Genesis Group, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio

510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

---

State of: _Virginia_ ) ss.

~~County of:~~ _City of Virginia Beach_

Name of Server: _William L. Sasser, Jr._ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _15_ day of _April_ , 20 _10_ , at _2:40_ o'clock _P_ M

Place of Service: at _4801 Courthouse Street Ste. 300_ , in _Virginia Beach, VA  23188_

Documents Served: the undersigned served the documents described as:

**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

**Genesis Group, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Paul Gerhardt registered agent_

Description of Person Receiving Documents: The person receiving documents is described as follows:

Sex _M_ ; Skin Color _White_ ; Hair Color _brown_ ; Facial Hair _no_

Approx. Age _50-60_ ; Approx. Height _6'0"_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this

_16_ day of _April_ , 20 _10_

_Mistie Wood_   _12-31-2010_

Notary Public          (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010