Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0169

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Plantation Group, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Virginia__ ) ss.
~~County of:~~ __City of Virginia Beach__
Name of Server: __William L. Sasser, Jr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15__ day of __April__, 20__10__, at __2:47__ o'clock __P__ M

**Place of Service:** at __4029 Ironbound Road, Ste. 200__, in __Williamsburg, VA 23185__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Plantation Group, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michele Ball - registered agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __white__; Hair Color __blonde__; Facial Hair __no__
Approx. Age __40-50__; Approx. Height __5'9"__; Approx. Weight __150__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __16__ day of __April__, 20__10__
_Mistie Wood_   12-31-2010
Notary Public        (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010