Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0206

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stock Building Supply, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **New Mexico** ) ss.
County of: **Santa Fe** )

Name of Server: **Jeff Bowers**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15** day of **April**, 20 **10**, at **1:40** o'clock **P** M

Place of Service: at 123 East Marcy, in Sante Fe, NM  87501

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Stock Building Supply, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leanne Martony**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cau** ; Hair Color **Brn** ; Facial Hair **no**
Approx. Age **30** ; Approx. Height **5'6** ; Approx. Weight **160**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*(signature)* Jeff Bowers
Signature of Server

Subscribed and sworn to before me this **16** day of **April**, 20 **10**

*(signature)* Lisa Toya   6/8/11
Notary Public    (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
Lisa Toya
NOTARY PUBLIC
STATE OF NEW MEXICO
My Commission Expires: 6/8/11