Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0096

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vernon Construction Corporation
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **SARASOTA** )

**Name of Server:** **LYLE M. ROBINSON**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15th** day of **APRIL**, 20 **10**, at **8:15** o'clock **A** M

**Place of Service:** at 3201 Bayou Sound, in Longboat Key, FL 34228

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Vernon Construction Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **JANE VERNON, SECY/TREASURER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **BLOND**; Facial Hair **N/A**
Approx. Age **65**; Approx. Height **5'1"**; Approx. Weight **115**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **15th** day of **April**, 20 **10**

Notary Public      (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012

**APS International, Ltd.**

56485