Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0117

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Walker Homes, Inc.
Court Case No. 10-361 Section L Mag 2

State of: Florida ) ss.
County of: Sarasota )

**Name of Server:** Robert Ernst, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of April, 20 10, at 8:50 o'clock A M

**Place of Service:** at 141 W. Baffin Drive, in Venice, FL 34293

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Walker Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jean Walker, spouse & co-resident of Kenneth Walker, who was the R.A. of this dissolved corporation

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Blonde; Facial Hair —
Approx. Age 72; Approx. Height 5'3"; Approx. Weight 110

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

[signature] #331
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 15th day of April, 20 10

[signature] Shelly Huffman
Notary Public (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

56487