UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION õLö |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, et al v. Knauf, KG, et al<br>Case No. 2:09-CV-7628 | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that O.C.D. of S. FLorida, Inc.øs Motion to Dismiss PlaintiffsøOmnibus Class ACtion Complaint shall be brought up for hearing before the Honorable Eldon E. Fallon, United States District Court for the Eastern Distirct of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130 on June 23, 201 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Dated:  April 22, 2010.

        PETERSON BERNARD
        Attorneys for Defendants Global Home
        Builders, Inc., and O.C.D. of S. Florida, Inc.
        416 Flamingo Ave.
        Stuart, FL  34996
        Phone: (772) 286-9881
        Fax: (772) 220-1784

        By: /s/ Sarah M. Vazquez
           SARAH M. VAZQUEZ
           Florida Bar No.: 0662526
           email: sarahvazquez@stuart-law.net
           EDWIN E. MORTELL, III
           Florida Bar No.:  832758
           email:  edwinmortell@stuart-law.net

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on April 22, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

    /s/ Sarah M. Vazquez