UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE:  CHINESE MANUFACTURED DRYWALL | : |  |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION : L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : |  |

**This Document Relates to *Blue, et al. v. Auto Club Family Insurance Company*, Case No. 2:10-cv-792**

## ORDER

**CONSIDERING THE FOREGOING** Motion for Leave to File Amended Petition for Removal;

**IT IS ORDERED** that Auto Club Family Insurance Company be and is hereby **GRANTED** leave of Court to file its Amended Petition for Removal.

New Orleans, Louisiana, this __21st__ day of April, 2010.

_____
JUDGE

1