IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | Judge Fallon  Magistrate Judge Wilkinson |
| This Document Relates to:  Case No.09-7628 (Payton) _____/ | |

## DEFENDANT RIVERCREST, LLC'S MOTION TO COMPEL ARBITRATION AND STAY PROCEEDINGS AGAINST IT

Defendant, Rivercrest, LLC (improperly named in the Complaint as Rivercrest, LLC/The St. Joe Company and St. Joe Home Building, L.P.; hereafter referred to as "Rivercrest"), by and through its undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1, *et seq.*, respectfully requests that this Court enter an order compelling certain Plaintiffs to arbitrate any dispute they have with Rivercrest and staying further proceedings against Rivercrest in this matter until arbitration is complete.  As grounds for this motion, Rivercrest states that certain Plaintiffs seeking recovery from it contracted in writing to have disputes arising from their houses resolved by binding arbitration, and must be compelled to arbitrate the matters in dispute.

A Memorandum of Law supporting this motion is being filed herewith.

Respectfully submitted,

 /s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513

16712046.1

CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone: (813) 223-7000
Fax: (813) 229-4133
ccoutrolis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com
*Counsel for Rivercrest, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April 2010.

 /s/ D. Matthew Allen