**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | Judge Fallon<br>Magistrate Judge Wilkinson |
| This Document Relates to: Case No.09-7628 (Payton)<br>_____/ | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Defendant, **Rivercrest, LLC** will bring on for hearing the attached Motion to Compel Arbitration and Stay Proceedings Against It before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the 12th day of May, 2010 at 9:00 a.m., or at a time set further by this Court.

Respectfully submitted,

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513
CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:   (813) 223-7000
Fax:             (813) 229-4133
ccoutrolis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com
*Counsel for Rivercrest, LLC*

16744170.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April 2010.

 /s/ D. Matthew Allen

16744170.1