UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION : L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . :

**This Document Relates to *Blue, et al. v. Auto Club Family Insurance Company*, Case No.
2:10-cv-792**

<u>**AMENDED PETITION FOR REMOVAL**</u>

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Auto Club

Family Insurance Company ("ACFIC"), who amends its original Petition for Removal as

follows:

I.

Paragraph 7 of the Petition for Removal is amended to read as follows:

> The Plaintiffs' Petition itself does not disclose the amount of
> damages sought by Plaintiffs.  However, on February 24, 2010, in
> response to ACFIC's First Set of Requests for Admissions,
> Interrogatories and Requests for Production of Documents,
> Plaintiffs admitted that the damages Plaintiffs seek to recover from
> ACFIC exceeds $75,000 and produced documentation to support
> the conclusion that the amount in controversy exceeds $75,000,
> exclusive of interests and costs.

II.

All other allegations of the Petition for Removal, including the enumerated paragraphs

and the preface and prayer are reiterated as if copied *in extenso*.

**WHEREFORE,** ACFIC prays that its original Petition for Removal be amended as set forth above, and that ACFIC be granted all such relief as maybe afforded by the premises.

Respectfully submitted,

CHOPIN, WAGAR,
RICHARD & KUTCHER, L.L.P.

By:_____

THOMAS M. RICHARD (#2069)
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: 504-830-3845
Telefax: 504-836-9543
*Attorneys for Defendant, Auto Club Family Insurance Company*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the _____ day of _____ 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CM/ECF participant.

**THOMAS M. RICHARD**