UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL NO. 09-2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:**

**SAMUEL LEDFORD, ET AL. vs. KNAUF GIPS KG, ET AL.; CASE NO.:  09-4292**

---

### NOTICE OF APPEARANCE

---

Pursuant to Rule 5.2(c), notice is hereby given that:

**DONALD C. BROWN**, of the Woodley, Williams Law Firm, L.L.C., P. O. Box 3731, Lake Charles, LA 70602-3731, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of defendant:

DEVON INTERNATIONAL correctly identified as

DEVON INTERNATIONAL TRADING, INC.

Dated this 23rd day of April, 2010.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY:   **/s/ Donald C. Brown**
      DONALD C. BROWN (#03549)
      P. O. Box 3731
      Lake Charles, LA 70602-3731
      Telephone: (337) 433-6328
      Facsimile: (337) 433-7513
      E-mail: dcbrown@woodleywilliams.com
Attorney for defendant, DEVON
INTERNATIONAL TRADING, INC.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April 2010.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

    /s/ Donald C. Brown
**DONALD C. BROWN**
**LA BAR ROLL #3549**
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
dcbrown@woodleywilliams.com