UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the motion of Scottsdale Insurance Company, it is **ORDERED** that the Motion to Enroll Additional Counsel be granted and Charlotte Jane Sawyer be allowed to appear and participate as additional counsel for the Defendant, Scottsdale Insurance Company in this action..

New Orleans, Louisiana, this  21st  day of  _____April_____, 2010.

_____
UNITED STATES DISTRICT JUDGE

PD.3973040.1