UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

### CALMAR CONSTRUCTION COMPANY, INC.'S EX PARTE MOTION TO WITHDRAW PLEADING

Defendant, CALMAR CONSTRUCTION COMPANY, INC., hereby withdraws the previously filed Ex Parte Motion for Extension of Time to Complete Profile Form, filed on April 23, 2010 [Doc. No. 2683] because the incorrect pleading was attached.

Respectfully Submitted:

**CRAWFORD LEWIS, P.L.L.C.**

By: /s/Catherine S. St. Pierre
Keely Y. Scott (#23932)
Leigh F. Groves (#23737)
Catherine S. St. Pierre (#18419)
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA  70821
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
Attorneys for Calmar Construction Company, Inc.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Complete Defendant Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April, 2010.

                                                By: <u>/s/ Catherine S. St. Pierre</u>
                                                       Catherine S. St. Pierre