## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **ORDER**

Considering the foregoing Ex Parte Motion to Withdraw Pleading:

**IT IS HEREBY ORDERED** that Document No. 2683 filed on behalf of Defendant, Calmar Construction Company, Inc. is withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Judge