# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## CALMAR CONSTRUCTION COMPANY, INC.'S SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORM

Defendant, CALMAR CONSTRUCTION COMPANY, INC., fully reserving any and all defenses, moves this Honorable Court for a thirty (30) day extension of time by which it must serve Plaintiffs' Liaison Counsel with the Defendant Profile Form in the above-captioned matter, and in support thereof states as follows:

1. On or about February 9, 2010, Calmar Construction Company, Inc. was served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be filed forty (40) days from service of process.

3. The undersigned has been working diligently to obtain all necessary information to complete the appropriate Defendant Profile Form. However, additional time is necessary to verify the information required and to confirm its accuracy.

4. Defendant therefore requests that the deadline for its Defendant Profile Form be extended until May 23, 2010.

5.  An extension would neither prejudice any of the parties, nor delay this matter.

6.  This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant Calmar Construction Company, Inc. respectfully requests a thirty (30) day extension of time from the date of the filing of this motion, or until May 23, 2010, to serve Plaintiffs' Liaison Counsel with the Defendant Profile Form.

Respectfully Submitted:

**CRAWFORD LEWIS, P.L.L.C.**

By:    /s/Catherine S. St. Pierre
        Keely Y. Scott (#23932)
        Leigh F. Groves (#23737)
        Catherine S. St. Pierre (#18419)
        450 Laurel Street, Suite 1600
        Post Office Box 3656
        Baton Rouge, LA  70821
        Telephone: (225) 343-5290
        Facsimile: (225) 383-5508
Attorneys for Calmar Construction Company, Inc.

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Complete Defendant Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of April, 2010.

By: <u>/s/ Catherine S. St. Pierre</u>
    Catherine S. St. Pierre