UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## **ORDER**

Considering the foregoing Second Ex Parte Motion for Extension of Time to Complete Defendant Profile Form:

**IT IS HEREBY ORDERED** that Defendant, Calmar Construction Company, Inc. is hereby granted a thirty (30) day extension of time, or until May 23, 2010, in which to complete and submit the appropriate Defendant Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Judge