UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| | **MDL NO. 09-2047** |
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | **SECTION: L** |
| **PRODUCTS LIABILITY LITIGATION** | **JUDGE FALLON** |
| | **MAG. JUDGE** |
| | **WILKINSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**THIS DOCUMENT RELATES TO:**

**DAVID GROSS, ET AL. vs. KNAUF GIPS KG, ET AL; CASE NO. 09-6690**

---

## MOTION TO DIMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, Venture Supply, Inc., who moves this Honorable Court to issue an Order dismissing the claims of the intervening plaintiffs in *Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)* (Rec. Doc. 1867) under Fed. R. Civ. Proc. Rule 12 (b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, Venture Supply, Inc. is not subject to, nor have they submitted to, the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Venture Supply, Inc.

1

This Motion to Dismiss relates to a previously filed Motion to Dismiss. (Rec. Doc. 785), which sought dismissal of the plaintiffs' claims against Venture Supply, Inc. do to the fact that this Honorable Court does not have jurisdiction in this matter over Venture Supply, Inc.

On or about March 18, 2010, over 1,000 additional plaintiffs intervened in this matter along with Mary Anne Benes. (Rec. Doc. 1867). Accordingly, Venture Supply, Inc. files this Motion to Dismiss so as to apply the jurisdictional issue, previously set forth against the original plaintiffs, to the intervening plaintiffs.

**WHEREFORE**, defendant, Venture Supply, Inc., prays that its Motion to Dismiss pursuant to Fed. R. Civ. Pro. Rule 12 be granted, and that this Honorable Court dismiss the intervening plaintiffs' claims made in *Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III)* (Rec. Doc. 1867), as this Court does not have personal jurisdiction over Venture Supply, Inc., and the Eastern District of Louisiana is an improper venue for any claims against Venture Supply, Inc.

Respectfully submitted,

/s/   Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Jeffrey S. Valliere, LSBA #31346
Allen & Gooch
3900 North Causeway Boulevard
One Lakeway, Suite 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:   (504) 836-5289
Attorneys for Venture Supply, Inc.

## C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23th day of April, 2010.

/s/   Brett M. Bollinger___
Brett Bollinger