UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE<br>WILKINSON |

**************************************************
THIS DOCUMENT RELATES TO:

DAVID GROSS, ET AL. vs. KNAUF GIPS KG, ET AL; CASE NO. 09-6690

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Venture Supply, Inc., has filed the attached Motion to Dismiss.  **PLEASE TAKE FURTHER NOTICE** that the Motion will be brought on for hearing on May 12, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

          Respectfully submitted,

          /s/  Brett M. Bollinger
          Brett M. Bollinger, LSBA #24303
          Mark W. Verret, LSBA #23853
          Jeffrey S. Valliere, LSBA #31346
          Allen & Gooch
          3900 North Causeway Boulevard
          One Lakeway, Suite 1450
          Metairie, Louisiana 70002
          Telephone:  (504) 836-5285
          Facsimile:   (504) 836-5289
          Attorneys for Venture Supply, Inc.

**C E R T I F I C A T E**

I hereby certify that a copy of the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL09-2047, on this 23th day of April, 2010.

/s/ Brett M. Bollinger
Brett Bollinger