IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br>09-CV-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

CHRISTOPHER WHITFIELD, individually and on behalf of all others similarly situated,

  Plaintiffs,

     v.

KNAUF GIPS KG , KNAUF PLASTERBOARD TIANJIN CO. LTD., FICTITIOUS DEFENDANTS A-Z,

  Defendants.

### NOTICE OF HEARING ON DEFENDANT KNAUF GIPS KG'S MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(2)

Please take notice that Defendant Knauf Gips KG has filed the attached Motion to Dismiss under Fed. R. Civ. P. 12(b)(2). Please take further notice that the Motion will be brought for hearing on May 27, 2010, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Date:   April 21, 2010            Respectfully submitted,

                                            /s/ Douglas B. Sanders

                                            Douglas B. Sanders
                                            Richard Franklin
                                            BAKER & MCKENZIE LLP
                                            130 E. Randolph Dr.
                                            Chicago, IL 60601
                                            Telephone: (312) 861-8075
                                            Facsimile:  (312) 698-2375
                                            Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile:  (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone:  (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Gips KG*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 23rd day of April, 2010.

s/Douglas B. Sanders