IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

**IN RE: CHINESE MANUFACTURED DRYWALL**
**PRODUCTS LIABILITY LITIGATION**

MDL NO. 2047
SECTION: L

**THIS DOCUMENT RELATES TO:**
**09-cv-6690 (GROSS)**

JUDGE FALLON
MAG. JUDGE WILKINSON

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

    Plaintiffs,

       v.

KNAUF GIPS KG,  KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD.

    Defendants.

**ORDER ON DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S AND**
**KNAUF INSULATION GmbH a/k/a KNAUF USA'S**
**EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**

THIS CAUSE having come before the Court upon Defendant Knauf Plasterboard

(Tianjin) Co. Ltd.'s and Knauf Insulation GmbH a/k/a Knauf USA's Motion to Extend Page

Limitation beyond that prescribed in Local Rule 7.8M, with regard to its Motion to Dismiss the

Complaint Under Rule 12(b)(6) in this action, and after hearing reviewed the file and being

otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

**DONE AND ORDERED** in New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
U.S. District Court Judge

Cc:  All counsel of record