IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-7628 (PAYTON) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, and ADDITIONAL
PLAINTIFFS AS LISTED ON EXHIBIT "A" TO
CLASS ACTION COMPLAINT

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
(TIANJIN) CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

   Defendants.

**ORDER ON DEFENDANT KNAUF PLASTERBOARD (TIANJIN)
CO. LTD.'S EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**

THIS CAUSE having come before the Court upon Defendant Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion to Extend Page Limitation beyond that prescribed in Local Rule 7.8M, with regard to its Motion to Dismiss the Complaint Under Rule 12(b)(6) in this action, and after hearing reviewed the file and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

**DONE AND ORDERED** in New Orleans, Louisiana, this ____ day of _____, 2010.

 

_____
Eldon E. Fallon
U.S. District Court Judge

Cc:  All counsel of record