UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* | * * | MAG: WILKINSON |
| *Case No. 09-7791* | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT, OWNERS INSURANCE COMPANY

Please take notice that Jerry L. Saporito, W. Paul Andersson and Amanda W. Vonderhaar of Leake & Andersson, L.L.P. and Forrest S. Latta, Michael D. Strasavich and Anna L. Scully of Burr & Forman, L.L.P. are entering an appearance for defendant, Owners Insurance Company in the above-numbered and entitled matter.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____
**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
***Attorneys for Owners Insurance Company, Defendant***

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April, 2010.

                                          */s/ Amanda W. Vonderhaar*
                                       **AMANDA W. VONDERHAAR**
                                       **avonderhaar@leakeandersson.com**