UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION: L |
| SEAN and BETH PAYTON, et al. | * * | JUDGE FALLON |
| vs | * * | |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | MAG. WILKINSON |

*  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

### *EXPARTE* MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

NOW INTO COURT, comes the Defendant, Cockerham Construction, LLC ("Defendant"), through undersigned counsel AND PURSUANT TO LOCAL RULE 7.9E, hereby moves on an *ex parte* basis for an extension of time within which to respond to Plaintiffs' Omnibus Class Action Complaint, and in support thereof states:

1.

Defendant was served on February 18, 2010 with Plaintiffs' Omnibus Class Action Complaint.

2.

As per Pretrial Order No. 1F, Defendant has fifty (50) days from the date of service in which to file a responsive pleading. Undersigned counsel was recently retained to represent Defendant and requires additional time in which to review all file materials and formulate a response to Plaintiffs' Complaint.

3.

Defendant hereby seeks an additional thirty (30) day extension of time until May 26, 2010 within which to file a response to Plaintiffs' Complaint.

4.

Defendant has not sought any previous extensions of time in this matter and a thirty-day extension will not further delay this matter.

WHEREFORE, Defendant, Cockerham Construction, L.L.C., hereby respectfully requests a thirty (30) day extension of time until May 26, 2010 to respond to Plaintiffs' Omnibus Class Action Complaint.

Respectfully submitted:

**PAJARES & SCHEXNAYDRE, LLC**

_____
RAYMOND J. PAJARES , T.A.
Louisiana State Bar Association Number 17343
E. ASHLEY CARTER
Louisiana State Bar Association Number 19872
SUZANNE M. GANUCHEAU
Louisiana State Bar Association Number 18902
68031 Capital Trace Row
Mandeville, Louisiana  70471
Telephone: 985-292-2000
Facsimile:  985-292-2001
**ATTORNEYS FOR DEFENDANT,
COCKERHAM CONSTRUCTION, LLC**

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April 2010.

/s/ Raymond J. Pajares
Raymond J. Pajares
68031 Capital Trace Row
Mandeville, Louisiana  70471
Telephone: 985-292-2000
Facsimile:  985-292-2001
E-Mail: rpajares@pslawfirm.com