UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION: L |
| SEAN and BETH PAYTON, et al. | * * | JUDGE FALLON |
| vs | * * | |
| KNAUF GPS, et al.<br>Case No. 2:09-CV-07628-EEF-JCW | * * | MAG. WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

### *EXPARTE* MOTION FOR EXTENSION
### OF TIME TO SUBMIT PROFILE FORM

NOW INTO COURT, comes the Defendant, Cockerham Construction, LLC ("Cockerham"), through undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit a Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states as follows:

1.  On or about February 18, 2010, Defendant was served with Plaintiffs' Omnibus Class Action Complaint;

2.  On March 9, 2010, the Court entered Pretrial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3.	The undersigned have been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4.	An extension will neither prejudice any of the parties, nor delay this matter.

5.	This Honorable Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, Cockerham Construction, L.L.C., hereby respectfully requests a thirty (30) day extension from the filing of this Motion until May 28, 2010, in which to complete and submit the appropriate Profile Form.

Respectfully submitted:

**PAJARES & SCHEXNAYDRE, LLC**

      /s/ Raymond J. Pajares
RAYMOND J. PAJARES , T.A.
Louisiana State Bar Association Number 17343
E. ASHLEY CARTER
Louisiana State Bar Association Number 19872
SUZANNE M. GANUCHEAU
Louisiana State Bar Association Number 18902
68031 Capital Trace Row
Mandeville, Louisiana  70471
Telephone: 985-292-2000
Facsimile:  985-292-2001
**ATTORNEYS FOR DEFENDANT,
COCKERHAM CONSTRUCTION, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of April 2010.

                                                        /s/ Raymond J. Pajares
Raymond J. Pajares
68031 Capital Trace Row
Mandeville, Louisiana  70471
Telephone: 985-292-2000
Facsimile:  985-292-2001
E-Mail: rpajares@pslawfirm.com