UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION: L |
| SEAN and BETH PAYTON, et al. | * * | JUDGE FALLON |
| vs | * * | |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | MAG. WILKINSON |

**ORDER ON *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORM**

Considering the foregoing;

　　IT IS HERBY ORDERED, that Defendant, Cockerham Construction, L.L.C., is hereby granted a 30-day extension of time until May 26, 2010, to submit the appropriate Profile Form.

　　New Orleans, Louisiana this ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE