# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## ORDER

Considering the foregoing Second Ex Parte Motion for Extension of Time to Complete Defendant Profile Form:

**IT IS HEREBY ORDERED** that Defendant, D&B FRAMING, INC. is hereby granted a thirty (30) day extension of time, or until May 23, 2010, in which to complete and submit the appropriate Defendant Profile Form.

New Orleans, Louisiana, this 26th day of April, 2010.

_____
Judge