IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

  Plaintiffs,

    v.

KNAUF GIPS KG,  KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

  Defendants.

**DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S, KNAUF
INSULATION GmbH a/k/a KNAUF USA'S, AND KNAUF GIPS KG'S
EX PARTE MOTION TO WITHDRAW DOCUMENT NUMBER 2698 AND
<u>SUBSTITUTE CORRECTED PLEADING</u>**

      Defendants Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Insulation GmbH a/k/a Knauf USA, and Knauf Gips KG (collectively, "Moving Defendants"), by and through their attorneys, in support of their Motion requesting that the Court permit them to withdraw document number 2698 in its entirety owing to a typographical error and to substitute a corrected pleading that will be deemed timely, state as follows:

      1.    On Friday, April 23, 2010, counsel for the Moving Defendants filed, through the CM/ECF System for the Eastern District of Louisiana, a Motion for Leave to File Excess Pages in order to permit the filing of a 44-page Memorandum in Support of

Their Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) in the above-captioned case. Attached to the Motion for Leave to File Excess Pages were the following related documents: the proposed Order on the Motion for Leave, the Joint Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6), the Memorandum in Support of the Motion to Dismiss, and the Notice of Hearing on the Motion to Dismiss. This filing is document number 2698 on the CM/ECF system.

2. Counsel for the Moving Defendants discovered a typographical error in document number 2698, as follows: Although the Memorandum in Support of the Motion to Dismiss included all three Moving Defendants in the heading, the related documents' headings did not include all three Moving Defendants.

3. To remedy the typographical error, the Moving Defendants, upon this Court's granting of the present Motion, intend to file a corrected Motion for Leave to File Excess Pages and related documents.

4. Moving Defendants request that this Court find that the corrected filing to replace document number 2698 will be deemed timely by the Court if filed within three (3) business days after the day that this Court enters the Order on the present Motion.

For the foregoing reasons, the Moving Defendants request that document number 2698 be withdrawn in its entirety so that they may file a corrected Motion for Leave to File Excess Pages and the related documents as attachments, and that the Court find that a corrected filing to replace document number 2698 will be deemed timely if filed within three (3) business days after the Court's entry of an Order on the present Motion.

Date:   April 27, 2010						Respectfully submitted,

								/s/ Douglas B. Sanders

								Douglas B. Sanders
								Richard Franklin
								BAKER & MCKENZIE LLP
								130 E. Randolph Drive, Suite 3500
								Chicago, IL 60601
								Telephone: (312) 861-8075
								Facsimile:  (312) 698-2375
								Email: douglas.sanders@bakermckenzie.com

								Donald J. Hayden
								BAKER & MCKENZIE LLP
								1111 Brickell Avenue, Suite 1700
								Miami, Florida 33131
								Telephone: (305) 789-8966
								Facsimile:  (305) 789-8953
								E-mail: Donald.hayden@bakernet.com

								Kerry Miller (LA Bar No. 24562)
								Kyle A. Spaulding (LA Bar No. 29000)
								FRILOT L.L.C.
								1100 Poydras Street, Suite 3700
								New Orleans, Louisiana 70163
								Telephone:  (504) 599-8194
								Facsimile:   (504) 599-8145
								Email: kmiller@frilot.com

								*Attorneys for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Insulation GmbH a/k/a Knauf USA, and Knauf Gips KG*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 27th day of April, 2010.

                                                s/Douglas B. Sanders