IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., et al.,

   Defendants.

**ORDER ON DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S, KNAUF INSULATION GmbH a/k/a KNAUF USA'S, AND KNAUF GIPS KG'S EX PARTE MOTION TO WITHDRAW DOCUMENT NUMBER 2698 AND <u>SUBSTITUTE CORRECTED PLEADING</u>**

THIS CAUSE having come before the Court upon Defendants Knauf Plasterboard (Tianjin) Co. Ltd.'s, Knauf Insulation GmbH a/k/a Knauf USA's, and Knauf Gips KG's Ex Parte Motion to Withdraw an Erroneously Filed Pleading and Substitute Corrected Pleading in the above captioned matter, namely, document number 2698, and after having reviewed the file and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is GRANTED. Filing of a corrected Motion for Leave to File Excess Pages to replace document number 2698 will be deemed timely

if filed on or before three (3) business days after entry of the present Order.

**DONE AND ORDERED** in New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Eldon E. Fallon
U.S. District Court Judge

Cc: All counsel of record