IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-4117 (VICKERS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

KARIN VICKERS, FELIX MARTINEZ, JENNY MARTINEZ, JASON SANTIAGO, GENE RAPHAEL, WALTER NIEMCZURA, and JIM TARZY,

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO. LTD., KNAUF PLASTERBOARD (WUHU) CO. LTD., KNAUF PLASTERBOARD (DONGGUAN) CO. LTD., and ROTHCHILT INT'L., LTD., TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C., TOUSA HOMES, INC., f/k/a ENGLE HOMES, and SOUTH KENDALL CONSTRUCTION, CORP.

   Defendants.

### ORDER ON DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S ., KNAUF PLASTERBOARD (WUHU) CO, LTD. AND KNAUF GIPS KG'S EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES

THIS CAUSE having come before the Court upon Defendants Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Gips KG Motion to Extend Page Limitation beyond that prescribed in Local Rule 7.8M, with regard to its Motion to Dismiss the Complaint Under Rule 12(b)(6) in this action, and after hearing reviewed the file and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

**DONE AND ORDERED** in New Orleans, Louisiana, this 26th day of April, 2010.

_____
Eldon E. Fallon
U.S. District Court Judge

Cc: All counsel of record