IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-4119 (MORRIS–CHIN) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

JANET MORRIS–CHIN and DAJAN
GREEN, individually and on behalf of all
others similarly situated,

  Plaintiffs,

     v.

KNAUF PLASTERBOARD TIANJIN CO.
LTD., KNAUF GIPS KG, KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., and ROTHCHILT INT'L.,
LTD.,

  Defendants.

**ORDER ON DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S .,
KNAUF PLASTERBOARD (WUHU) CO, LTD. AND KNAUF GIPS KG'S
<u>EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES</u>**

    THIS CAUSE having come before the Court upon Defendants Knauf Plasterboard (Tianjin) Co. Ltd., Knauf Plasterboard (Wuhu) Co., Ltd. and Knauf Gips KG Motion to Extend Page Limitation beyond that prescribed in Local Rule 7.8M, with regard to its Motion to Dismiss the Complaint Under Rule 12(b)(6) in this action, and after hearing reviewed the file and being otherwise fully advised in the premises, it is hereby:

    ORDERED AND ADJUDGED that the Motion to Exceed Page Limitation is GRANTED.

    **DONE AND ORDERED** in New Orleans, Louisiana, this <u>26th</u> day of <u>  April  </u>, 2010.

_____
Eldon E. Fallon
U.S. District Court Judge

Cc: All counsel of record