003578.00603M

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | CASE NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG: JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br>*PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.*<br><br>**CASE NO. 2:09-CV-7628 (E.D.LA.)** | |

_____/

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by Addison J. Meyers, Esquire and Raul R. Loredo, Esquire of the law firm Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, as attorneys of record for Defendant, Ironwood Properties, Inc. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, Ironwood Properties, Inc. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Ironwood Properties, Inc., further avers that this Notice does not constitute as a waiver of service.

CASE NO.: MDL: 2047  
Page 2 of 3

                                      Respectfully submitted,

Dated: April 27, 2010

                                      /s/ Raul R. Loredo  
Raul R. Loredo, Esquire  
MINTZER SAROWITZ ZERIS  
LEDVA & MEYERS, LLP  
The Waterford at Blue Lagoon  
1000 NW 57th Court, Suite 300  
Miami, FL  33126  
Tel:   305-774-9966  
Fax:  305-774-7743  
rloredo@defensecounsel.com

                                      /s/ Addison J. Meyers  
Addison J. Meyers, Esquire  
MINTZER SAROWITZ ZERIS  
LEDVA & MEYERS, LLP  
The Waterford at Blue Lagoon  
1000 NW 57th Court, Suite 300  
Miami, FL  33126  
Tel:   305-774-9966  
Fax:  305-774-7743  
ameyers@defensecounsel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of April, 2010.

/s/ Raul R. Loredo
Raul R. Loredo