IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

   Defendants.

**DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S, KNAUF INSULATION GmbH a/k/a KNAUF USA'S, AND KNAUF GIPS KG'S <u>EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES</u>**

    Defendants Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT"), Knauf Insulation GmbH a/k/a Knauf USA ("Knauf USA"), and Knauf Gips KG, by and through their attorney, Baker & McKenzie LLP, respectfully request that this Court grant them leave to file a Memorandum in Support of their Joint Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) in excess of the page limit prescribed by Local Rule 7.8. In support of this Motion, KPT, Knauf USA, and Knauf Gips KG state as follows:

1. Plaintiffs filed a class action complaint of almost 300 paragraphs.

2. Plaintiffs plead violations of the consumer protection acts of seven different states

in one count of their complaint.

3. Plaintiffs erroneously allege all counts against every defendant.

WHEREFORE, for the foregoing reasons, KPT, Knauf USA and Knauf Gips KG respectfully request that this Court grant their Motion to Extend the Page Limit of their Memorandum in Support, *instanter*.

Date:   April 28, 2010

Respectfully submitted,

/s/ Douglas B. Sanders

Douglas B. Sanders
Richard Franklin
BAKER & MCKENZIE LLP
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile:  (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile:  (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone:  (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Insulation GmbH, a/k/a Knauf USA, and Knauf Gips KG.*

2

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 28th day of April, 2010.

s/Douglas B. Sanders