IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-6690 (GROSS) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

DAVID GROSS, CHERYL GROSS, AND
LOUIS VELEZ, individually and on behalf of all
others similarly situated,

   Plaintiffs,

      v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
TIANJIN CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

   Defendants.

**ORDER ON DEFENDANTS KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S, KNAUF INSULATION GmbH a/k/a KNAUF USA'S, AND KNAUF GIPS KG'S EX PARTE MOTION FOR LEAVE TO FILE EXCESS PAGES**

THIS CAUSE having come before the Court upon Defendant Knauf Plasterboard (Tianjin) Co. Ltd.'s, Knauf Insulation GmbH a/k/a Knauf USA's, and Knauf Gips KG's Motion for Leave to File Excess Pages beyond that prescribed in Local Rule 7.8, with regard to their Memorandum in Support of their Joint Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) in this action, and after having reviewed the file and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion for Leave to File Excess Pages is GRANTED.

2

**DONE AND ORDERED** in New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

 

_____
Eldon E. Fallon
U.S. District Court Judge

Cc:  All counsel of record