# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | MDL NO. 2047<br>SECTION: L |
| **THIS DOCUMENT RELATES TO:**<br>09-cv-6690 (GROSS)<br>09-cv-4115 (MITCHELL)<br>09-cv-4119 (MORRIS–CHIN)<br>09-cv-4117 (VICKERS)<br>09-cv-4324 (WHITFIELD) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**DECLARATION OF MARK NORRIS ON BEHALF
OF KNAUF PLASTERBOARD (TIANJIN) CO., LTD.**

I declare that the following is true and correct to the best of my knowledge:

1.   My name is Mark Norris, and I am fully competent to testify as to the facts set forth below.

2.   I have been employed by Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT") for more than 5 years. I am currently the Commercial Director of KPT and, as such, am fully familiar with its business affairs.

3.   KPT is a Chinese limited company organized under the laws of China. Its principal place of business is North Yinhe Bridge, East Jingjin Road, RC-300400, Tianjin, China. KPT primarily manufactures drywall and also provides systems designed to meet various requirements in the dry construction and plastering sector. KPT was acquired by Knauf International GmbH from a Thai company in or about the year 2000. Knauf International GmbH is KPT's sole shareholder.

4.   Knauf Plasterboard (Wuhu) Co. Ltd. ("Knauf Wuhu") is a Chinese limited company organized under the laws of China. Its principal place of business is No. 2 Gang Wan

Road, RC-241009, Wuhu Anhui, China. KPT has no ownership interest in Knauf Wuhu, nor does Knauf Wuhu have any ownership interest in KPT. Knauf Wuhu is not, and never has been, an agent of KPT. Knauf Wuhu does not have, and never has had, any authority to bind KPT.

5. Guangdong Knauf New Building Material Products Co. Ltd. ("Knauf Dongguan") is a Chinese limited company organized under the laws of China. Its principal place of business is No. 2 Xinsha Development Zone, RC-523147, Guangdong, China. KPT has no ownership interest in Knauf Dongguan, nor does Knauf Dongguan have any ownership interest in KPT. Knauf Dongguan is not, and never has been, an agent of KPT. Knauf Dongguan does not have, and never has had, any authority to bind KPT.

6. Knauf Gips KG ("Knauf Gips") is a German company with its principal place of business in Germany. Knauf Gips is not the direct or indirect parent of KPT. KPT has no ownership interest in Knauf Gips, nor does Knauf Gips have any ownership interest in KPT. KPT has never been an agent of Knauf Gips. KPT does not have, and never has had, any authority to bind Knauf Gips.

7. The KPT plant, as well as all other offices, facilities, and other assets owned or leased by KPT, are under the control of KPT personnel.

8. KPT sold plasterboard at the end of 2005 and in 2006 that was imported to three ports in the United States, New Orleans, Miami and Tampa, in 2006. KPT's drywall products, including all products shipped to the United States, were manufactured in China using raw materials from sources in China.

9. KPT manufactures drywall domestically according to a Chinese standard, GB/T 9755-1999 (now GB/T 9755-2008). Drywall KPT manufactured in 2006 for sale to customers who were selling it in the U.S. was manufactured according to ASTM C 36 at their request. KPT

marked the back of each piece of drywall manufactured and sold to customers that sold the drywall in the United States with the following stamp: "KNAUF-TIANJIN CHINA-ASTM C 36 [date code/time code]." Knauf Gips did not monitor the production of drywall at KPT to ensure that it met these standards.

10. KPT employees oversee and conduct the day-to-day operations of KPT. Knauf Gips does not oversee or control the day-to-day operations of KPT, manufacture of drywall in China or sale of drywall in China or the United States.

11. KPT conducted its own sampling of raw materials, products during the manufacturing process and finished product at its own facilities in China. Knauf Gips did not perform or oversee such testing.

12. KPT drafts and creates its own budget. Knauf Gips has no financial interest in KPT. KPT and Knauf Gips do not share bank accounts or engage in any inter-company lending.

13. KPT's accounting, marketing, sales, logistics, shipping, distribution and other administrative functions are performed in China and are supervised by KPT's employees in China. None of these functions have been utilized or provided by Knauf Gips.

14. KPT has never sold drywall or other materials or minerals for the manufacture of drywall to Knauf Gips. Knauf Gips has never sold, marketed or distributed any drywall or other materials manufactured by KPT.

15. KPT did not hire experts or consultants in Florida or any US state before claims were made with respect to drywall that was delivered to Florida.

16. KPT does not conduct, nor has it ever conducted, any business in Florida, Louisiana, Mississippi, Alabama or any other state, either on its own or through subsidiaries or affiliates. KPT does not own, use, or maintain any property in Florida, Louisiana, Mississippi,

Alabama or any other state and does not maintained any offices, employees, or agents in Florida, Louisiana, Mississippi, Alabama or any other state, unrelated to the litigation. No direct or indirect subsidiaries of KPT are located or operate in the United States.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 21, 2010.

_____
Mark Norris

DECLARATION OF MARK NORRIS, KNAUF (TIANJIN) COMPANY LTD. - 4