Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0099

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Ironwood Properties, Inc
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of April, 20 10, at 4:30 o'clock P. M

**Place of Service:** at 54 SW Boca Raton Blvd., in Boca Raton, FL 33432

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Ironwood Properties, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: Mr. John Kolter, Attorney / Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex Male ; Skin Color White ; Hair Color Bald ; Facial Hair
Approx. Age 50 ; Approx. Height 5'5" ; Approx. Weight 145

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 16th day of April, 20 10

Jonathan Levy
Notary Public   (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759712
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**