Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0008

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--G. Drywalls Corporation
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15TH** day of **April**, 20 **10**, at **3:00** o'clock **P** M

**Place of Service:** at **12951 SW 124 Street**, in **Miami, FL 33186**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**G. Drywalls Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lydia Alonso  Secretary**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'7**; Approx. Weight **150**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **19** day of **April**, 20 **10**

_____
Notary Public               (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission # DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.