Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Development Co. of Boca Inc., d/b/a Boca Developers
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14th day of April, 20 10, at 5:01 o'clock P. M

**Place of Service:** at 321 E. Hillsboro Blvd., in Deerfield Beach, FL 33441

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Development Co. of Boca Inc., d/b/a Boca Developers**
By delivering them into the hands of an officer or managing agent whose name and title is: Ted Stotzer, Vice President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 50 ; Approx. Height 5'7" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

Subscribed and sworn to before me this 15th day of April, 20 10

Notary Public                (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Lotz
Commission #DD755712
Expires: 11/12/2012
BONDED THRU ATLANTIC BONDING CO., INC.

**APS International, Ltd.**