Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0205

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BE Wholesale
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Georgia__ ) ss.
County of: __Fulton__ )

**Name of Server:** __Eric West__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __15th__ day of __April__, 20 __10__, at __12:13__ o'clock __P__ M

**Place of Service:** at __81 Golden Property Road__, in __Bremen, GA 30110__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**BE Wholesale**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Allen Pigg, President__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __gray__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'7"__ ; Approx. Weight __160__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __16th__ day of __April__, 20 __10__



Notary Public                 (Commission Expires)

**APS International, Ltd.**

64522