Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Devonshire Properties, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _FLORIDA_ ) ss.
County of: _Hillsborough_ )

| | |
|---|---|
| **Name of Server:** | _Christinia Therien_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _15th_ day of _April_, 20_10_, at _9:30_ o'clock _A_ M |
| **Place of Service:** | at _3412 Bay to Bay Blvd_, in _Tampa, FL 33629_ |
| **Documents Served:** | the undersigned served the documents described as: **Summons and Amended Complaint w/Jury Demand; Exhibits** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **Devonshire Properties, Inc.** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _Debbie Layton, Office Manager_ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_ ; Skin Color _Cauc._ ; Hair Color _Short Blond_; Facial Hair _____ Approx. Age _40-45_ ; Approx. Height _5'3"_ ; Approx. Weight _145 lb+_ ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this
_15_ day of _April_, 20 _10_

Signature of Server   _#05-711290_

Notary Public          (Commission Expires)

**APS International, Ltd.**

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters