UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, ET AL Case no. 2:09-cv-7628 | |

## ORDER

Given the foregoing Second Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Great Southern Homes, Inc. is hereby granted a thirty (30) day extension of time, or until May 26, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this __27th__ day of _____April_____, 2010

_____
JUDGE

- 2 -

PD.3984423.1