UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 |
| THIS DOCUMENT RELATES TO | * * | SECTION: L |
| SEAN and BETH PAYTON, et al. | * * | JUDGE FALLON |
| vs | * * | |
| KNAUF GPS, et al. Case No. 2:09-CV-07628-EEF-JCW | * * | MAG. WILKINSON |

## ORDER ON EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Considering the foregoing;

IT IS HERBY ORDERED, that Defendant, Cockerham Construction, L.L.C., is hereby granted a 30-day extension of time until May 26, 2010, within which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 27th day of April, 2010.

_____
UNITED STATES DISTRICT COURT JUDGE