IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to<br>ALL CASES | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

**PRE-TRIAL ORDER #22**

On April 7, 2010, the Court entered Pre-Trial Order No. 20 creating an Insurer Steering Committee to assist the Court in organizing the insurance related litigation before it.  To that end, the Court further orders that, in addition to the privileged communications protected by the Federal Rules of Evidence and Civil Procedure, communications of any kind whatsoever whether written, oral, or electronic, between or among any counsel or representatives for any insurance company and between or among any counsel or representatives for other insurance company arising out of or related to Chinese Drywall litigation shall be privileged.   Additionally, communications of any kind whatsoever whether written, oral, or electronic, between or among any counsel for any insurance company and between or among any other defense counsel, including without limitation Defendants Liaison Counsel, arising out of or related to Chinese Drywall litigation shall be privileged.

New Orleans, Louisiana, this 27th day of April 2010.

_____
UNITED STATES DISTRICT JUDGE