UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2047 |
| | | SECTION: L |
| THIS DOCUMENT RELATES TO ALL CASES | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

# **PRE-TRIAL ORDER NO. 24**

Plaintiffs have recently served in excess of five hundred (500) subpoenas for insurance-related documents and to appear at Rule 30(b)(6) depositions. In many instances, these subpoenas called for short response times. To the extent that such a subpoena and deposition notice were served on an entity that is a party to a pending MDL case whose counsel has entered an appearance on behalf of their client(s) and has submitted the appropriate profile forms in accordance with Pre-Trial Order No. 1F, those subpoenas and deposition notices shall be governed by the following deadlines:

IT IS ORDERED that the document subpoenas shall be treated as document requests served pursuant to Rule 34 of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED that defendants shall respond to these subpoenas (now Rule 34 Requests) within twenty (20) days of entry of this Order or thirty (30) days after service of the subpoenas (now Rule 34 Requests), whichever is later in time.

IT IS FURTHER ORDERED that the Rule 30(b)(6) depositions are continued without date, to be rescheduled without the necessity of resubpoena, if necessary, to a mutually agreeable date at least ten (10) days thereafter.

NEW ORLEANS, LOUISIANA, this __27th__ day of April, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE