UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO: ALL CASES

**GRYPHON CONSTRUCTION, LLC'S RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND TANGIBLE THINGS TO HOMEBUILDERS AND INSTALLERS**

GRYPHON CONSTRUCTION, LLC ("GRYPHON"), pursuant to the applicable Federal Rules of Civil Procedure, by and through undersigned counsel, hereby responds to the First Request for Production of Documents and Tangible Things to Homebuilders and Installers as follows:

As to each of Request Nos. 1 – 6, inclusive, Gryphon states that it does not stockpile Chinese Drywall; consequently, Gryphon has no documents responsive to the Requests.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by US MAIL and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States

2

district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28TH day of April, 2010.

>
> Respectfully submitted,
>
> **THE BARTHET FIRM**
> Attorneys for Gryphon Construction, LLC
> 200 South Biscayne Blvd., Suite 1800
> Miami, Florida 33131
> (305) 347-5290 phone
> alex@barthet.com
>
> /s/ Alexander E. Barthet
> _____
> ALEXANDER E. BARTHET
> Florida Bar No. 173126