UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Sean and Beth Payton, et al. v. Knauff Gips, KG, et al. | JUDGE FALLON |
| Case No.: 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

-----------------------------------------------------------------

### DEFENDANT, MARONDA HOMES, INC. OF FLORIDA'S NOTICE OF SERVING RESPONSES TO DEFENDANTS' LIAISON COUNSEL'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS TO HOMEBUILDERS AND INSTALLERS

Defendant homebuilder, Maronda Homes, Inc. of Florida ("Maronda"), pursuant to the Federal Rules of Civil Procedure and by and through its undersigned counsel, hereby gives notice of servicing its Responses to Defendants' Liaison Counsel's First Set of Interrogatories and First Request for Production of Documents and Things to Homebuilders and Installers.

Respectfully submitted,

*/s/ Robert D. Finkel*
Robert D. Finkel, Esquire
rfinkel@mmlpc.com
Pa. I.D. No. 71130
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served upon Plaintiffs' Liaison Counsel, Russ Herman, Homebuilders' and Installers' Liaison Counsel, Phillip A. Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of April 2010.

/s/ *Robert D. Finkel*
Robert D. Finkel, Esquire
Pa. I.D. No. 71130
rfinkel@mmlpc.com
MANION McDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786