UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO: ALL CASES

**GRYPHON CONSTRUCTION, LLC'S NOTICE OF SERVING UNVERIFIED RESPONSES TO DEFENDANTS' LIAISON COUNSEL'S FIRST SET OF INTERROGATORIES TO HOMEBUILDERS AND INSTALLERS**

GRYPHON CONSTRUCTION, LLC ("GRYPHON"), pursuant to the applicable Federal Rules of Civil Procedure, by and through undersigned counsel, hereby gives notice of the service of its' Unverified Responses to Defendants' Liaison Counsel's First Set of Interrogatories to Homebuilders and Installers. Verified Responses will be provided once they are available.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by US MAIL and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28TH day of April, 2010.

Respectfully submitted,

**THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

/s/ Alexander E. Barthet
_____
ALEXANDER  E. BARTHET
Florida Bar No. 173126