

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, CHERYL GROSS,

AND LOUIS VELEZ, Individually, and    CASE NO. 09-6690

On behalf of all others similarly situated,    SECT. L MAG. 2

PLAINTIFFS

v.

KNAUF GIPS KG, et. Al.

DEFENDANTS

## MOTION TO EXTEND TIME

The Defendant, Shanghai Yu Yuan Import and Export Co., Ltd., respectfully moves the Court for an extension of time to respond to the Plaintiffs' Class Action Complaint. In support of this Motion the Defendant states as follows:

1.   Shanghai Yu Yuan Import and Export Co., Ltd.(Yu Yuan) is a company registered and doing business in Shanghai, PRC.

2.   Yu Yuan received notice of this law suit on February 26, 2010.

3.   Yu Yuan is just an import export company and simply assists in customs clearance of the products being shipped. It does not take title to the goods that are shipped.

4.   Yu Yuan was not aware of any allegations that products it shipped were the subject of product liability complaints in the United States.

5.   Yu Yuan recently learned that drywall shipped from a Chinese factory to Devon International may be at issue in this law suit.

6.   To properly interpose a defense, Yu Yuan must hire a US law firm to defend it. Yu Yuan is speaking to counsel currently in an effort to understand the process and the what steps must be taken for its defense.

YuYuan Motion to Extend Time.doc

7.   Yu Yuan believes that in the next thirty (30) days it can decide upon and hire counsel. Yu Yuan expects that it will need a few additional weeks to coordinate with its counsel to file a defense.

8.   By filing this Motion for Extension of Time, Yu Yuan does not submit to the jurisdiction of this Court and reserves all right to object to the Court's exercise of jurisdiction over this Defendant.

9.   Yu Yuan respectfully asks the Court to allow it an additional 45 days to hire counsel and file its response to the Class Action Complaint.

WHEREFORE Yu Yuan moves for an extension of time to allow for it to hire counsel and respond as necessary.

        Respectfully submitted,

        Yong Peng

        General Counsel

        Shanghai Yuyuan Tourist Mart Co.Ltd.

## CERTIFICATE OF SERVICE

I certify that a copy of this Motion to Extend Time has been sent by facsimile to Plaintiffs' Counsel, Russ M. Herman of Herman, Herman, Katz and Cotlar at (504)561-6024 on this 19th day of April 2010.

_____
Yong Peng, General Counsel