UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U. S. DISTRICT COURT
Eastern District of Louisiana
FILED   APR 21 2010
LORETTA G. WHYTE
Clerk

| | |
|---|---|
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [Additional Plaintiffs Listed on Schedule of Plaintiffs, Attached Hereto as Exhibit "A"], <br><br>  Plaintiffs <br><br> VERSUS <br><br> KNAUF GIPS KG, KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [Additional Defendants Listed on Schedule of Defendants, Attached Hereto as Exhibit "B"], <br>  Defendants. | CIVIL ACTION NO. 09-7628 <br><br> SECT. L., MAG. 3 |

## DEFENDANT STEPHEN SHIVERS' VOLUNTARY WITHDRAWAL OF F.R.C.P. 12(b)(4) MOTION

COMES NOW the Defendant, STEPHEN SHIVERS, pro se ["Shivers"], and with a full reservation of his rights relating to all of the other defenses and objections raised in his Motion relating to files this his Defendants Stephen Shivers' F.R.C.P. 12(b) Motion filed in this Cause on or about February 24, 2010; hereby voluntarily withdraws his Motion objecting to the sufficiency of process and hereby respectfully requests that this Honorable Court grant him 10 days from this date to file his answer and defenses to the allegations of the Complaint filed against him in this Cause.

RESPECTFULLY SUBMITTED, this the _____ day of April, 2010.

BY: _____
Stephen Shivers, Pro Se Defendant
375 Teagarden Road
Gulfport, Mississippi 39507
Tel. No.: 228.896.6000
Fax No.: 228.896.7766

TENDERED FOR FILING
APR 21 2010
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process_____
_X_ Dktd_____
_X_ CtRmDep_____
___ Doc. No._____

## CERTIFICATE OF SERVICE

I hereby certify to this Court that on this day, I have served a copy of this pleading upon counsel for Plaintiffs at the following address by U.S. Mail, postage prepaid in full:

Russ M. Herman
Herman, Herman, Katz & Cotler
820 O'Keefe Avenue
New Orleans, LA 70113
Fax No.: 504.561.6024

SO CERTIFIED, this the ____ day of April, 2010.

/s/ Stephen Shivers
Stephen Shivers

STEPHEN SHIVERS, JR.
375 Teagarden Road
Gulfport, MS  39507

April 5, 2010

VIA FASCIMILE: 504-589-7697
Clerk of Court
U.S. District Court, Eastern District of LA
500 Poydras Street, Room C151
New Orleans, LA  70130

    Re:  Sean Peyton, et al. v. Knauf GIPS KG, et al.

Dear Clerk of Court:

    Please find enclosed Motion for Voluntary Withdrawal of F.R.C.P. 12b(4) to be filed on my behalf in the above-referenced matter. Please contact the court to have this removed from the Docket.

    If you have any questions, please contact me at 228-896-6000.

    Sincerely,

    *Stephen Shivers Jr.* (signature)

    Stephen Shivers, Jr.
    pro se Defendant

TENDERED FOR FILING

APR - 5 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



U.S. POSTAGE PAID
GULFPORT, MS
39507
APR 19, 10
AMOUNT
$5.71
00082973-05

70130

CERTIFIED MAIL

7009 2820 0004 0401 5853

US District Court
Eastern District of LA
500 Poydras street C-151
New Orleans, LA 70130

375 Tegarden
Gulfport, MS 39507