## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| 2:09-CV-03192-EEF-JCW | * | |
| | * | MAGISTRATE JUDGE JOSEPH C. |
| | * | WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT** through undersigned counsel come Leroy J. Laporte, Jr. and Laporte Family Properties, L.L.C., sought to be made Defendants herein, who pursuant to Rule 7.9 of the Uniform Local Rules Of The United States District Courts For The Eastern District Of Louisiana move this Honorable Court to extend the time in which they must file responsive pleadings twenty one (21) days from the original due date, or until May 26, 2010. There has been no previous extension of time to plead and the opposing party has not filed in the record an objection to an extension of time.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

Original /s/ *Martha D. Bowden*

By: _____
JEREMY D. GOUX, LBRN 25065

                    MARTHA D. BOWDEN, LBRN 28316
                    417 North Theard Street
                    Covington, Louisiana 70433
                    985-898-0504 – Telephone
                    985-898-0840 – Facsimile
                    Email: jgoux@wgllawfirm.com
                    Email: mdbowden03@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Motion to Extend Time to File Responsive Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of April, 2010.

            Original /s/ *Martha D. Bowden*
            _____
                  Martha D. Bowden