UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE  ELDON E. FALLON |
| 2:09-CV-03192-EEF-JCW | * | |
| | * | MAGISTRATE JUDGE JOSEPH C. |
| | * | WILKINSON, JR. |

* * * * * * * * * * * * * *    *

## ORDER

Considering the foregoing Ex Parte Motion to Extend Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** said motion is granted allowing Leroy J. Laporte, Jr., and Laporte Family Properties, L.L.C., and additional twenty one (21) days or until May 26, 2010, to answer or otherwise plead in this matter.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE