UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME
### TO FILE REPONSIVE PLEADINGS AND SUBMIT BUILDER PROFILE FORM

COMES NOW defendant, MARIGOLD COURT, LLC, which respectfully represents:

1. Defendant was served with the Complaint on March 13, 2010 but only recently engaged undersigned counsel relative to this matter.

2. Pursuant to the Court's Pretrial Order 1F, Defendant's responsive pleading is due May 2, 2010 and the Builder Profile Form is now due.

3. Defendant and counsel are working diligently to obtain all necessary information to respond to the Complaint and to submit the necessary Builder Profile Form and to place Defendant's carrier on notice of this action.  However, additional time is necessary.

4. Granting the requested extensions of time will neither prejudice any of the parties nor delay this matter unnecessarily.

WHEREFORE, defendant, MARIGOLD COURT, LLC, prays for an extension of time through and including June 1, 2010 to file responsive pleadings and through and including May 15, 2010 to submit the Builder Profile Form required by the Court.

Respectfully submitted:

/s/ Rusty Savoie_____
RUSTY SAVOIE (LA. #25238)
100 Innwood Dr., Suite B
Covington, Louisiana  70433
Telephone:  (985) 249-6800
Facsimile:  (985) 249-6006
COUNSEL FOR MARIGOLD COURT, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, via U.S. Mail and email, upon all parties by electronic transmission via Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court via the CM/ECF System, this 28th day of April, 2010.

/s/ Rusty Savoie_____
RUSTY SAVOIE (LA. #25238)