UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

**ORDER ON MOTION FOR EXTENSION OF TIME
TO FILE REPONSIVE PLEADINGS AND SUBMIT BUILDER PROFILE FORM**

Considering the Motion for Extension of Time to File Responsive Pleadings and to Submit Builder Profile form filed on behalf of Defendant, Marigold Court, LLC;

Defendant, Marigold Court, LLC, is hereby granted through and until June 1, 2010 to file responsive pleadings and through and until May 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE