UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THTS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Sean and Beth Payton, et al. v. | * | MAG. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-7628 | * | |

**********************************

## SECOND AND UNOPPOSED MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORM

Defendant, Bauhaus Solutions, Inc. ("BSI"), fully reserving any and all defenses, moves this Honorable Court for an extension of time until May 31, 2010 by which it must serve Plaintiffs' Liaison Counsel with its Builder Defendant Profile Form(s) in the above-captioned matter, and in support thereof states as follows:

1. On or about February 3, 2010, BSI was served with the Omnibus Class Action Complaint in the above matter;

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be served forty-days from service of process;

3. The Court granted to BSI one prior extension until May 3, 2010 to serve its Builder

1

4. Defendant Profile Form(s);

5. This extension will neither prejudice any of the parties, nor delay this matter;

6. Based on information and belief, BSI will be dismissed from this case by plaintiffs before June of 2010;

7. Plaintiffs' Liaison Counsel has represented to BSI that plaintiffs do not opposed this Motion;

8. BSI therefore requests that the deadline for submitting its Builder Defendant Profile Form(s) be extended until May 31, 2010;

9. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, defendant, Bauhaus Solutions, Inc., respectfully requests this Court grant it an extension of time, until May 31, 2010, to serve Plaintiffs' Liaison Counsel with its Builder Defendant Profile Form(s).

Respectfully submitted:

IRWIN FRITCHIE URQUHART & MOORE LLC

/s Chris H. Irwin
Gus A. Fritchie, III (La. #5751)
Chris H. Irwin (La. #30261)
400 Poydras Street, Suite 2700
New Orleans, Louisiana  70130
Telephone:  (504) 310-2100
Facsimile:   (504) 310-2101
Email: gfritchie@irwinllc.com
Email: cirwin@irwinllc.com

Attorneys for Bauhaus Solutions, Inc.

**CERTIFICATE 0F SERVICE**

    I HEREBY CERTIFY that the above and foregoing Second and Unopposed Motion for Extension of Time to Complete Builder Profile Form document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CMIECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28 day of April, 2010.

                                                        /s Chris H. Irwin