UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al.<br>Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

## SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORMS

Defendant, United Homes, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof, states as follows:

1. On or about February 15, 2010, United Homes, Inc. was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty (40) days after service of process.

3. Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy. United Homes, Inc. also requests an extension of time to investigate what involvement, if any, it had in this matter, as United Homes, Inc. believes that it was improperly named as a Defendant because, among other reasons, it is not a builder and was not in existence or operating as a business during

any of the time material. United Homes, Inc. requires additional time to investigate such issues to properly respond to the Builder Profile Form.

    4.    United Homes, Inc. therefore requests that the deadline for its Builder Defendant Profile Forms be extended until May 30, 2010.

    5.    This extension will neither prejudice any of the parties nor delay this matter.

    6.    Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, United Homes, Inc., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Builder Profile Forms, through and including May 30, 2010.

    Respectfully submitted,

BY: /s/ Abbey L. Kaplan
    Abbey L. Kaplan
    Florida Bar No. 200255
    KLUGER, KAPLAN, SILVERMAN, KATZEN
    & LEVINE, P.L.
    Miami Center, Seventeenth Floor
    201 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile: (305) 379-3428
    Email: akaplan@klugerkaplan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April 2010.

                                            /s/ Abbey L. Kaplan
                                            Abbey L. Kaplan, Esquire

M0682042

KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L., 201 SO. BISCAYNE BLVD., SUITE 1700, MIAMI, FL 33131  305.379.9000