Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0065

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Suarez Housing Corporation
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: FLORIDA                          ) ss.
County of: Hillsborough           )

**Name of Server:**      Christinia Therien, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the 14 day of April, 2010, at 9:00 o'clock A M

**Place of Service:**     at  6522 Gunn Hwy, in  Tampa, FL  33625

**Documents Served:**    the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Suarez Housing Corporation**

**Person Served, and**      By delivering them into the hands of an officer or managing agent whose name and
**Method of Service:**     title is: SARA FLINT, REGISTERED Agent

**Description of**       The person receiving documents is described as follows:
**Person Receiving**     Sex F ; Skin Color Cauc ; Hair Color Blond ; Facial Hair
**Documents:**         Approx. Age 40-45 ; Approx. Height 5'6" ; Approx. Weight 125 lbs
               ☑ To the best of my knowledge and belief, said person was not engaged in the US
                Military at the time of service.

**Signature of Server:**    Undersigned declares under penalty of perjury      Subscribed and sworn to before me this
                that the foregoing is true and correct.            15 day of April, 2010

                _Christinia Therien_                 _____
                Signature of Server                 Notary Public     (Commission Expires)
                       #05-711290

**APS International, Ltd.**



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters