Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103329-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Building Materials, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **KENNETH R STEINBERG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15** day of **April**, 20 **10**, at **2:30** o'clock **P** M

**Place of Service:** at **1102 N 50th St.**, in **Tampa, FL 33619**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**American Building Materials, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **KENNETH Drummond, Chief Executive Officer**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc** ; Hair Color **Gray** ; Facial Hair _____
Approx. Age **50 yrs**; Approx. Height **6'0"** ; Approx. Weight **180 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **19** day of **April**, 20 **10**

Notary Public            (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters