Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--K&B Homes, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Jamie Snyder__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16__ day of __April__, 20__10__, at __7:00__ o'clock __P__ M

**Place of Service:** at __1010 Lumsden Trace Circle__, in __Valrico, FL 33594__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**K&B Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Vincent A. Dinova, Director__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc.__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __45 yrs__ Approx. Height __5'10"__ ; Approx. Weight __190 lbs__
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __19__ day of __April__, 20__10__

_signature_
Notary Public    (Commission Expires)



SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters