Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Harrell's Drywall, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of April, 20 10, at 906 o'clock A M

**Place of Service:** at 1225-B 131st Ave., in Tampa, FL 33612

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Harrell's Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: DEBORAH HARRELL, DIRECTOR

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Cauc. ; Hair Color Brown ; ~~Facial Hair~~ GLASSES
Approx. Age 43 yrs; Approx. Height 5'9"; Approx. Weight 140 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Sean Segel_
Signature of Server

Subscribed and sworn to before me this 19 day of April, 20 10

_/s/ Notary_
Notary Public    (Commission Expires)

**APS International, Ltd.**