UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * CIVIL ACTION NO. 09-md-2047 * * |
| | * JUDGE: FALLON |
| This case relates to: | * * |
| **No. 10-720, Timothy and Ashley Francis v. Colony Ins. Co., et al.** | * MAGISTRATE: WILKINSON * * |

*********************************************

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned counsel hereby files and gives notice of his appearance as counsel on behalf of Defendant, Colony Insurance Company, in *Timothy and Ashley Francis v. Colony Ins. Co.*, United States District Court, Eastern District of Louisiana, Case No. 10-720.

Respectfully submitted,

/s/ Rodney J. Lacoste, Jr.

RODNEY J. LACOSTE, JR., #19659
rlacoste@perrierlacoste.com
PERRIER & LACOSTE, LLC
365 Canal Street, Suite 2550
New Orleans, Louisiana 70130
Tel: (504) 212-8820
Fax: (504) 212-8825
*Attorneys for Colony Insurance Company*

1

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing pleading has been delivered to all counsel of record, either through the CM/ECF system, depositing a copy of same in the United States mail, first class postage prepaid, by hand delivery or by facsimile transmission, this 29th day of April, 2010, at their last known address of record.

*/s/ Rodney J. Lacoste, Jr.*
_____
RODNEY J. LACOSTE, JR.