OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

Date: April 27, 2010

<u>DAVID GROSS, ET AL</u>

vs.

<u>STATE FARM FIRE AND CASUALTY
COMPANY, ETAL</u>

Case No. <u>10-931</u>   Section: L(2)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT to the following:

1. State Farm General Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. State Farm Fire and Casualty Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

Very Truly yours,

HUGH P. LAMBERT (7933)
Attorney for Plaintiffs
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750