OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA 70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 APR 27 PM 4: 04

LORETTA G. WHYTE
CLERK

Date: April 27, 2010

HONORE CANTY, ET AL

vs.

ALLSTATE INSURANCE COMPANY, ETAL

Case No. 10-929   Section: L(2)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT to the following:

1.  Allstate Insurance Company
    *Through its agent for service of process:*
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

2.  Allstate Fire and Casualty Insurance Company
    *Through its agent for service of process:*
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

3.  Allstate Indemnity Company
    *Through its agent for service of process:*
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

Very Truly yours,

HUGH P. LAMBERT (7933)
Attorney for Plaintiffs
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750

Fee _____
✓ Process Em (3) sms
X Dktd _____
___ CtRmDep _____
___ Doc. No. _____