UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO:
Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW

JUDGE FALLON

MAG. JUDGE WILKINSON

## DECLARATION OF JOHN PATRICK MORONEY IN SUPPORT OF MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

John Patrick Moroney, pursuant to 28 U.S.C. § 1746, under penalty of perjury declares:

1. I am the President of Defendant Standard Pacific of Colorado, Inc. ("Defendant").

2. I either have personal knowledge of all matters stated herein or have verified the truth of all statements by reviewing Defendant's corporate records or consulting with appropriate officers or employees of Defendant.

3. Defendant has its principal places of business in Colorado and is engaged in the business of building residential homes in Colorado.

4. Defendant is not incorporated in Louisiana; nor is it qualified to do business in Louisiana. Defendant has no subsidiaries incorporated or qualified to do business in Louisiana.

5. None of Defendant's officers or employees reside or are domiciled in the State of Louisiana.

6. Defendant has not contracted with persons residing in Louisiana to act on its behalf with respect to marketing any of the homes built by Defendant.

7. Defendant has no branch office or comparable facility in Louisiana, and has no telephone listing or mailing address in Louisiana. Defendant has no bank account or other tangible personal or real property in Louisiana.

8. Defendant does not direct any of its advertising specifically towards Louisiana residents, nor does it advertise in any publications that are directed primarily towards Louisiana residents.

9. No meetings of Defendant's officers or employees have been held in Louisiana; and none of its officers or employees have attended business conferences or other similar functions on behalf of Defendant within the State of Louisiana.

10. The acts or omissions for which Defendant is sought to be held liable in this action, as described in the Omnibus Class Action Complaint, all occurred outside of Louisiana.

11. It would be unreasonable to require Defendant to defend this action in courts within Louisiana because of the burden on Defendant of litigating in a distant forum and the availability of an alternate forum within the State of Colorado.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __19__ day of __MARCH__, 2010.

*John P. Moroney*
JOHN PATRICK MORONEY