UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          SECTION: L

THIS DOCUMENT RELATES TO:              JUDGE FALLON

Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.
Case No. 2:09-cv-07628-EEF-JCW         MAG. JUDGE WILKINSON

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Standard Pacific of Colorado, Inc., has filed the attached Motion to Dismiss the Omnibus Class Action Complaint for Lack of Personal Jurisdiction, and that the Motion will be heard on May 26, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: 4/29/10                         Respectfully submitted.

                                       s/ Lara J. Tibbals
                                       Lara J. Tibbals, Florida Bar No. 129054
                                       J. Rocco Cafaro, Florida Bar No. 507121
                                       Brian L. Josias, Florida Bar No. 893811
                                       HILL, WARD & HENDERSON, PA
                                       101 East Kennedy Boulevard, Suite 3700
                                       Tampa, Florida 33602-2231
                                       Tel: (813) 221-3900
                                       Fax: (813) 221-2900

                                       *Counsel for Defendants Standard Pacific of Colorado, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April, 2010.

                                                s/ Lara J. Tibbals
                                                Attorney