OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2010 APR 27  PM 4: 04

LORETTA G. WHYTE
CLERK

Date: April 27, 2010

JESSIE VU, ET AL

vs.

PROGRESSIVE ADVANCED
INSURANCE COMPANY, ETAL

Case No. 10-930   Section: L(2)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT to the following:

1. Progressive Advanced Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. Progressive Casualty Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

3. Progressive Choice Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

4. Progressive Classic Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

Fee _____
✓ Process  ΣM (6) Sm 5
X Dkto _____
___ CtRmDep _____
___ Doc. No. _____

-2-

5.  Homesite Insurance Company
    *Through its agent for service of process:*
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

6.  IDS Property Casualty Insurance Company
    *Through its agent for service of process:*
    Louisiana Secretary of State
    8585 Archives Avenue
    Baton Rouge, LA 70809

Very Truly yours,

_____
HUGH P. LAMBERT (7933)
Attorney for Plaintiffs
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750