OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

Date: April 27, 2010

JORDAN CASSAGNE, ET AL

vs.

REPUBLIC UNDERWRITERS
INSURANCE, ETAL

Case No. 10-928   Section: L(2)

Dear Sir or Madam:

Please ISSUE summons on the COMPLAINT to the following:

1. Republic Underwriters Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

2. Republic Fire and Casualty Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

3. Republic Lloyds
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

4. Republic-Vanguard Insurance Company
   *Through its agent for service of process:*
   Louisiana Secretary of State
   8585 Archives Avenue
   Baton Rouge, LA 70809

-1-

-2-

Very Truly yours,

HUGH P. LAMBERT (7933)
Attorney for Plaintiffs
701 Magazine Street
New Orleans, LA 70130
(504) 581-1750