UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, et al. v. Knauff Gips, KG, et al.<br>Case No. 2:09-cv-07628-EEF-JCW | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DEFENDANT'S MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Standard Pacific of Colorado, Inc., reserving all rights and defenses, including specifically its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss for Lack of Personal Jurisdiction, hereby moves for a stay of discovery with regard to Defendant for the reasons more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant Standard Pacific of Colorado, Inc. respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction, together with such other and further relief that this Court deems just, appropriate and fair.

Dated: 4/29/10                    Respectfully submitted.

s/ Lara J. Tibbals
_____

Lara J. Tibbals , Florida Bar No. 129054
J. Rocco Cafaro, Florida Bar No. 507121
Brian L. Josias, Florida Bar No. 893811
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Defendant Standard Pacific of Colorado, Inc.*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April, 2010.

                                              s/ Lara J. Tibbals
                                              Attorney