<pre>
 1                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF LOUISIANA
 2

 3   ****************************************************************

 4   IN RE: CHINESE-MANUFACTURED
     DRYWALL PRODUCTS LIABILITY
 5   LITIGATION
                              CIVIL DOCKET NO. MDL 2047 "L"
 6                            NEW ORLEANS, LOUISIANA
                              THURSDAY, APRIL 8, 2010, 9:00 A.M.
 7   THIS DOCUMENT RELATES TO
     ALL CASES
 8
     ****************************************************************
 9

10            TRANSCRIPT OF STATUS CONFERENCE PROCEEDINGS
             HEARD BEFORE THE HONORABLE ELDON E. FALLON
11                  UNITED STATES DISTRICT JUDGE

12

13   APPEARANCES:

14

15   FOR THE PLAINTIFFS'
     STEERING COMMITTEE:     HERMAN HERMAN KATZ & COTLAR
16                           BY:  RUSS M. HERMAN, ESQUIRE
                                  LEONARD A. DAVIS, ESQUIRE
17                           820 O'KEEFE AVENUE
                             NEW ORLEANS LA  70113
18

19                           LEVIN, FISHBEIN, SEDRAN & BERMAN
                             BY:  ARNOLD LEVIN, ESQUIRE
20                                FRED S. LONGER, ESQUIRE
                             510 WALNUT STREET, SUITE 500
21                           PHILADELPHIA PA  19106

22
                             GAINSBURGH BENJAMIN DAVID MEUNIER AND
23                           WARSHAUER
                             BY:  GERALD E. MEUNIER, ESQUIRE
24                           2800 ENERGY CENTRE
                             1100 POYDRAS STREET, SUITE 2800
25                           NEW ORLEANS LA  70163
</pre>

```
 1   APPEARANCES CONTINUED:

 2
                            SEEGER WEISS
 3                          BY:  CHRISTOPHER A. SEEGER, ESQUIRE
                            550 BROAD STREET, SUITE 920
 4                          NEWARK NJ  07102

 5

 6   FOR THE HOMEBUILDERS'
     AND INSTALLERS'
 7   STEERING COMMITTEE:    STONE PIGMAN WALTHER WITTMANN
                            BY:  PHILLIP A. WITTMANN, ESQUIRE
 8                          546 CARONDELET STREET
                            NEW ORLEANS LA  70130
 9

10                          GREENBERG TRAURIG
                            BY:  MARK A. SALKY, ESQUIRE
11                          1221 BRICKELL AVENUE
                            MIAMI FL  33131
12

13

14   FOR THE DEFENDANTS'
     STEERING COMMITTEE:    FRILOT
15                          BY:  KERRY MILLER, ESQUIRE
                                 KYLE A. SPAULDING, ESQUIRE
16                          ENERGY CENTRE, 36TH FLOOR
                            1100 POYDRAS STREET
17                          NEW ORLEANS LA  70163

18
                            RUMBERGER KIRK & CALDWELL
19                          BY:  ROBERT V. FITZSIMMONS, ESQUIRE
                            BRICKELL BAYVIEW CENTRE, SUITE 3000
20                          80 SOUTHWEST 8TH STREET
                            MIAMI FL  33130
21

22                          SINNOT NUCKLOS & LOGAN
                            BY:  KENNETH F. HARDT, ESQUIRE
23                          MARK C. NANAVATI, ESQUIRE
                            13811 VILLAGE MILL DRIVE
24                          MIDLOTHIAN VA  23114

25
```

```
 1  APPEARANCES CONTINUED:

 2

 3                          ADORNO & YOSS
                            BY:  JEFFREY A. BACKMAN, ESQUIRE
 4                          350 EAST LAS OLAS BOULEVARD, SUITE 1700
                            FORT LAUDERDALE FL  33301
 5

 6

 7  FOR THE STATE/FEDERAL
    COORDINATION COMMITTEE: BARRIOS, KINGSDORF & CASTEIX, L.L.P.
 8                          BY:  DAWN M. BARRIOS, ESQUIRE
                            701 POYDRAS STREET, SUITE 3650
 9                          NEW ORLEANS LA 70139

10

11

12  FOR THE INSURERS'       BARRASSO USDIN KUPPERMAN
    STEERING COMMITTEE:     FREEMAN & SARVER
                            BY:  JUDY Y. BARRASSO, ESQ.
13                          LL&E TOWER, SUITE 1800
                            909 POYDRAS STREET
14                          NEW ORLEANS, LA 70112

15

16  ALSO PRESENT:           ANDREW LEMMON, ESQUIRE
                            GARY BAUMANN, ESQUIRE
17

18

19  OFFICIAL COURT REPORTER:    CATHY PEPPER, CRR, RMR, CCR
                                500 POYDRAS STREET, ROOM B406
20                              NEW ORLEANS LA  70130
                                (504) 589-7779
21

22  PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY.  TRANSCRIPT
    PRODUCED BY COMPUTER.

23

24

25
```

**I N D E X**

AGENDA ITEMS                                              PAGE

PRETRIAL ORDERS........................................  6

PROPERTY INSPECTIONS...................................  6

PLAINTIFF AND DEFENDANT PROFILE FORMS..................  8

PRESERVATION ORDER.....................................  9

STATE/FEDERAL COORDINATION COMMITTEE................... 10

STATE COURT TRIAL SETTINGS............................ 11

MOTIONS IN THE MDL.................................... 13

DISCOVERY ISSUES...................................... 13

FREEDOM OF INFORMATION ACT............................ 15

TRIAL SETTINGS IN FEDERAL COURT....................... 16

FILINGS THE MDL....................................... 16

NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS........... 17

INSURANCE ISSUES...................................... 17

SERVICE OF PLEADINGS.................................. 17

MASTER COMPLAINT...................................... 18

CLASS ACTION.......................................... 18

OMNIBUS CLASS COMPLAINT............................... 18

KNAUF GIPS PERSONAL JURISDICTION...................... 21

MAY 27, 2010, IS THE NEXT STATUS CONFERENCE........... 23

1        **P-R-O-C-E-E-D-I-N-G-S**

2          M O R N I N G   S E S S I O N

3            THURSDAY, APRIL 8, 2010

4            (COURT CALLED TO ORDER)

5

6

7        THE DEPUTY CLERK:  Everyone rise.

8        THE COURT:  Be seated, please.  Good morning, ladies and

9   gentlemen.  Call the case, please.

10        THE DEPUTY CLERK:  MDL 2047, *In re: Chinese Drywall*.

11        THE COURT:  Counsel, make your appearance for the

12   record.

13        MR. HERMAN:  May it please the Court, good morning,

14   Judge Fallon, Russ Herman for plaintiffs.

15        MR. WITTMANN:  Good morning, Phil Wittmann, liaison

16   counsel for the homebuilders.

17        THE COURT:  Anybody from the defendants Knauf?  Kyle, do

18   you want to make your appearance?

19        MR. SPAULDING:  Good morning, Your Honor, Kyle Spaulding

20   on behalf of the defendants' liaison counsel.  Kerry Miller is

21   supposed to be on the phone.  I'm not sure if he is.

22        MR. HAYDEN:  Your Honor, this is Don Hayden.  I'm on the

23   phone with Kerry Miller.

24        THE COURT:  Fine.  We have 215 others on the phone.  We

25   are meeting today as our monthly agenda.  I've met with lead

1   counsel for the various interests, as well as liaison, in advance

2   and worked out the agenda.  I'll take them in the order

3   presented.  First, pretrial orders, anything on that?

4           MR. HERMAN:  Good morning again, Judge Fallon.  The

5   pretrial orders are all listed at www.laed.uscourts.gov with a

6   link directly to Drywall MDL.

7               Counsel should review particularly pretrial order

8   number 1F, which sets deadlines for profile forms and responding

9   to complaints.

10              There is a new pretrial order number 19, entered

11  March 18, 2010, and which Your Honor has appointed a state and

12  federal coordination committee.

13          THE COURT:  Right.  There are three new ones on the

14  19th.  I conferred again with my colleagues in state court and

15  appointed a committee under the leadership of Dawn Barrios as

16  chair to coordinate the state matters.  I also appointed a

17  committee for the insurers with Judy Barrasso as chair to

18  coordinate the insurers' aspect of the case, so hopefully we'll

19  be able to get a profile form specific to those entities.  Then

20  on 21 I did a retailers profile form to be more specific to the

21  retailers.

22              Property inspections anything on that?

23          MR. WITTMANN:  Yes.  Andrew Lemmon's clients' property,

24  a Louisiana property, has been inspected.  I understand from

25  Dan Bryson (spelled phonetically) this morning that the Romano --

 1    his clients, the Romano properties in Mississippi will be

 2    inspected today.  That would leave, as far as the June Louisiana

 3    trials, MDL trials, Skip's clients' properties in Slidell to be

 4    inspected.

 5          THE COURT:  That's important from the manufacturer's

 6    standpoint.  I need you to focus on those cases because we're

 7    good to go in the last 2 weeks of June, and my thinking is that

 8    if we could do two or three of those cases together, I think a

 9    jury can deal with those, and then we can, in the future, take

10    more cases at one time, but I would like to give the jury an

11    opportunity to look at 3 cases at one time and see whether or not

12    that presents any problems.

13          That's important to at least have the builders

14    focus on those cases, and it's my thinking with bellwether cases

15    is that you get a couple informational points out of them, one is

16    just the organizational aspect of the case.  All of us have been

17    there and done that.  We know you can think about and theorize on

18    a trial, but until you actually do it, you really don't know the

19    full aspect of it.

20          We've now had two opportunities, and I've had the

21    seven *Germano* cases.  By the way, I just issued an opinion on

22    that case, but that was 7 cases, and then the other case we just

23    tried, so that gives you some information.  But it also gives you

24    information on type of cases, so with these picks, let's see if

25    we can get some diversity in the interest because that's another

1   aspect of bellwether that gives you some information on the

2   various cases.  So my point is don't pick 3 cases that are the

3   same.  Let's try to pick 3 cases that that have some difference

4   in them so we can get some intelligence out of it.

5            I would like those cases given to me by next week,

6   so let's get on the ball with that.

7            Plaintiff and defendant profile forms, anything on

8   that?

9       MR. HERMAN:  Your Honor, we would like to have the cases

10  selected by Friday of next week so we can begin discovery.

11      THE COURT:  Yes.

12      MR. HERMAN:  Your Honor, with respect to the next issue,

13  profile forms, there are -- there is a manufacturers profile

14  form; a contractor/installer form, which I'll address in a

15  second; a builder defendant form; a distributor form; an exporter

16  form; a retailer form; and, I believe, we've reached or close to

17  agreement will reach an agreement on an insurers profile form.

18           With respect to the retailer profile form, it's

19  been submitted to the Court after negotiation, and we're awaiting

20  for Your Honor's review.

21      THE COURT:  I'll draft a final on that one.

22           The profile forms, again, it's not an attempt to

23  stop you from getting discovery.  It's not an attempt to short

24  circuit or do away with interrogatories or any of the other

25  devices that are present under the federal rules.  It's really an

1   opportunity to shorten it, to get some information to you as

2   quickly as possible so that your subsequent discovery vehicles

3   can be targeted so that you're not asking questions that are so

4   broad that nobody knows what you want except you, and you're not

5   sure because you just want everything and for all times.  So it

6   just doesn't work that way.  Then I get a lot of motions for not

7   wanting to answer and motions to produce and motions to compel

8   and all of that sort of thing, so this is an opportunity to get

9   some information, but the profile form can't be so specific that

10  it defeats its own purpose.  It has to be kind of a capsule of

11  the critical information that you need, and so don't feel that if

12  you don't put it in the profile form you're not going to be able

13  to get it later.  That's not purpose of the profile form.

14          MR. HERMAN:  Your Honor, may it please the Court, there

15  is one issue on profile forms.  There have been negotiation

16  between the installers and plaintiffs.  We had proposed, that is,

17  plaintiffs have proposed one single form for contractors and

18  installers.  There was a discussion, Your Honor, I believe, by

19  Mr. Fitzsimmons as to wanting a separate installer form.  We're

20  waiting on Your Honor to advise us as to whether there should be

21  a separate form or not.

22          THE COURT:  Preservation order, anything on that?

23          MR. WITTMANN:  Your Honor, on the installer profile

24  form, I understand there were some discussions about perhaps

25  changing the installer profile form.

1          THE COURT:  Yes.

2          MR. WITTMANN:  There has been some discussion about a

3    change in the form.  I don't know that it has been submitted to

4    you yet.

5          THE COURT:  No, it hasn't.

6          MR. WITTMANN:  They are discussing that and they may

7    present something to you later.

8          THE COURT:  Okay.  That's fine.

9          MR. HERMAN:  Your Honor, nothing new under preservation

10   orders, and Ms. Barrios is here.

11         THE COURT:  State/federal coordination committee.

12         MS. BARRIOS:  Good morning, Your Honor, Dawn Barrios for

13   the federal/state committee.  We've had a lot of activity this

14   past month, and I want to thank all those attorneys, particularly

15   Ms. Barrasso, for providing me with additional state court case

16   information.

17              We have just this week sent letters out again to

18   all the state court judges that we know about advising of your

19   web site and of your recent rulings.  I will be sending out your

20   *Germano* opinion and your *Hernandez* opinion as soon as it's

21   rendered to the various state court judges.

22              I have been working with Mr. Richard Serpe to get

23   Judge Hall, who is the coordinating judge in Virginia, to perhaps

24   adopt LexisNexis.  I understand from Mr. Serpe that the defense

25   are in favor of electronic service.  We're trying to get that

1  on-line for you.

2          Judge Hall has a hearing, a large hearing on

3  April 21st, at which time I understand that she'll probably

4  select some cases for trial in the fall.  We just hope that we do

5  get her on LexisNexis so that we can keep up with all of her

6  information.  I also understand that she's considering adopting

7  some of your pretrial orders.

8          THE COURT:  I've been in touch with Judge Hall, who is

9  enthusiastically proceeding with this particular case.  We're

10  trying to work together on it so that we can coordinate our

11  efforts.  She has been very helpful to me in pointing me in the

12  direction of the appropriate Virginia law and other aspects, so

13  hopefully we'll get that on board.

14          I really do think that LexisNexis is the way to go

15  with service.  It's important to give everybody an opportunity to

16  get the information as quickly as possible, and our clerk's

17  offices, even from the federal system, it makes it a little

18  difficult.  They have a better facility for doing that and it

19  works better, so I do encourage her to favorably consider that.

20          MS. BARRIOS:  Your Honor, I present to Your Honor and to

21  all liaison counsel the CD that has all of the state court cases

22  with the judge's contact information through CTO 14.

23          THE COURT:  Thank you.

24          Motions in the MDL.

25          MR. HERMAN:  Your Honor, the state court trial settings.

 1           THE COURT:  I'm sorry, state court trial settings.

 2           MR. HERMAN:  First I want to acknowledge the work that

 3      Dawn has done very quickly in contacting folks and judges to

 4      assemble the material.

 5                With regard to state court trial settings, in

 6      Florida there appear to be three cases, either one or more of

 7      them which will be tried in Florida in early June.  For

 8      identification purposes, one client is Victor Diaz, another is

 9      Jeremy Alters (spelled phonetically), and the third is

10      Irvin Gonzales, and the PAC will be meeting Monday, our trial

11      team members, with those folks in Florida.

12                With regard to other trial settings, Your Honor has

13      directed that in the last two weeks or so of June, there well be

14      cases tried in Louisiana.  Andrew Lemmon's clients' property has

15      been inspected, Dan Bryson's clients' property in Mississippi

16      will be inspected today, and we're also advised that there are

17      several properties of Skip's clients in Slidell that will be

18      quickly scheduled for inspection.

19                The other trial settings that we're familiar with

20      at this point are the seven *Germano* intervenors will be scheduled

21      for trial in late August or September against the distributor,

22      Venture Supply; the builder, Porter-Blaine, and potentially

23      installers that were subcontracted by Porter-Blaine, and that

24      will be a contested litigation.

25           THE COURT:  Judge Farina and I talked several times a

1  week, and I know he's moving forward with his aspect and doing it
2  very well.  He's got a massive amount of issues in his cases, and
3  he's working through them, so I am in touch with him, and I've
4  tried to coordinate our trial dates with his, and hopefully we'll
5  be able to do that.
6           Next item is the motions in the MDL.  I have a
7  number of motions now, several hundred of them.  I've asked the
8  parties to get together and give me a listing of the motions.
9  They have done so, and now what we need to do is group the
10  motions in some grouping that makes sense, and then I would like
11  their input on picking one or more of those motions from each of
12  those groups that have a representative group of issues so that I
13  can focus on those one time as opposed to 250 times.
14           Discovery issues.
15      MR. HERMAN:  Yes, Your Honor.  There are several that
16  need to be addressed.  The Marsh report indicated there might be
17  as many as 40,000 CDW properties based upon the amount of drywall
18  shipped; however, there are some warehouses that have CDW that
19  has not been used.  We have given to manufactures' liaison
20  counsel a list of those.  We will be making joint inspections and
21  conducting inventories of what's there, and they are proceeding
22  next week.
23           Also, both the builders and the plaintiffs, the PSC
24  plaintiffs want to move forward with Knauf discovery, and we
25  would like to get that coordinated with the manufactures and the

1    builders.  Steve Herman from our office will meet with

2    Mr. Whitman and attempt to work out a process for the Knauf

3    depositions and then liaison with Kerry Miller to establish dates

4    and protocols to present to Your Honor.

5          MR. WITTMANN:  Your Honor, with respect to the 30(b)(6)

6    notices that have gone out in connection with the plaintiffs'

7    request for documents, these are set to go forward on April 19th

8    and April 16th.  It's created a lot of confusion, as we mentioned

9    at the conference with you this morning, in terms of what should

10   be done.  There are lawyers whose clients are being served with

11   30(b)(6) notices.  They haven't had time, really, to deal with

12   them.  We believe they should be simply treated as Rule 34

13   requests.  Your Honor directed me to meet with Mr. Davis and work

14   out a protocol to do that and have these go forward as Rule 34

15   requests as opposed to subpoena duces tecum because it's creating

16   a lot of confusion among the homebuilders and other defendants as

17   well.

18         THE COURT:  Yes, the issue that presents itself is that

19   some of the entities haven't been in yet, and some of the

20   entities haven't either formally come in or even retained counsel

21   or, if they have retained counsel, they retained what they call

22   monitoring counsel.  So it's unclear as to who's in and who's

23   out, and so the plaintiffs have just issued it to everyone.

24               Some of the individuals, of course, hopefully a lot

25   of them, have counsel, and in that type situation it creates

1    confusion, so my suggestion was that Phil get with Lenny or

2    someone from the plaintiffs' committee and work out some protocol

3    so that the plaintiff committee knows who's represented and who's

4    the individual that is representing those entities, and in those

5    just treat it in the regular way so we don't have that problem.

6         MR. WITTMANN:  In the meantime I understand Mr. Davis is

7    granting extensions of time to people who have called in.

8    Correct, Lenny?

9         MR. DAVIS:  What we've done, Your Honor, is when counsel

10   has contacted us we have been willing to grant extensions of

11   time.  It gives us an opportunity to speak with counsel and let

12   them know that we're looking for, the information, and hopefully

13   we'll get it promptly.

14        MR. WITTMANN:  We will meet, though, and discuss that,

15   Judge.

16        THE COURT:  Okay.

17        MR. HERMAN:  Your Honor, one more statement on that

18   issue.  We need from defense counsel a list of who they

19   represent.

20        THE COURT:  Sure.  Well, that's what I would hope would

21   be forthcoming in the meeting.  We've got to know who they

22   represent and who is unrepresented or who's not represented or

23   whatever it is and then send the subpoenas to those who are not

24   represented and hopefully they'll get representation.

25             Freedom of information act, anything on that?

1          MR. HERMAN:  No.  Your Honor, as folks know, the CPSC

2     issued an interim report on April 2, 2010.  There are no FOIA

3     requests outstanding of the CPSC.

4          THE COURT:  Trial settings in federal court.  We talked

5     a little bit about that.  The other thing that I want to say with

6     trial settings, we look to the builders to pick a case, and from

7     that standpoint I really am interested in them focusing on a

8     defendant or defendants as opposed to cases in which they have

9     been sued.  I'm looking for them to be a plaintiff in the case

10    that they pick so that we have at least their input.

11             They have been on the ground doing some of the

12    work, and I've heard testimony as to the work and the nature and

13    the scope of the work, but I think it would be helpful from their

14    standpoint to pick the case.  I've given everybody else an

15    opportunity to pick cases.

16         MR. WITTMANN:  We will do that, Your Honor.  I think

17    you're looking at trial date sometime in September maybe.

18         THE COURT:  Yes, some time in the fall.  I'll check with

19    you all after you've had an opportunity to think about it first.

20             Filings the MDL.  It's important to check the web

21    site.  I've tried to put everything on the web site.  I've got

22    some frequently asked questions and methods of doing it, and it's

23    important to check the web site before you call the Court because

24    we have anticipated most of your questions and put the solutions

25    to those questions there.

1           Notices of appearance and default judgments,

2    anything on that?

3           MR. HERMAN:  No, no matters, Your Honor.

4           THE COURT:  Insurance issues?  As I mentioned, I

5    appointed an insurance committee, made Judy Barrasso lead counsel

6    of that.  Anything on it from the insurance committee, counsel?

7           MR. HERMAN:  Your Honor --

8           MS. BARRASSO:  I think Mr. Herman was going to say about

9    appointing a committee.  We have a steering committee now on the

10   insurers' side.  We're working with the plaintiffs on the profile

11   form which we hope should be back to the Court in a day or two to

12   talk about that.

13          THE COURT:  I have received some cases from the MDL on

14   insurance matters, so I don't know, we have been talking about

15   that, what that situation is.

16          MR. LEVIN:  Arnold Levin.  Your Honor, the MDL

17   transferred the first insurance case yesterday.  There are

18   several others, many others in federal courts.  They will be the

19   subject of filings as tag-alongs to get those cases to Your Honor

20   should the MDL panel deem fit.

21          THE COURT:  Right.

22           Service of pleadings.

23          MR. HERMAN:  Your Honor, there is no issue at the

24   present with service of pleadings.  I believe that lead counsel,

25   Mr. Levin, has furnished the Court and all other liaison counsel

 1  a listing showing which complaints have been served on whom.

 2  With respect to the next two items --

 3          THE COURT:  Master complaint and class action.

 4          MR. HERMAN:  And the omnibus class complaint,

 5  Arnold Levin, lead counsel, will discuss those with Your Honor.

 6          MR. LEVIN:  First, the master complaint is easy because

 7  we're not in a position to do it as yet because we're still in

 8  the situation where service is being effectuated on various

 9  foreign defendants.  We've given Your Honor the status of that

10  service today in chambers.

11          In any event, the *Gross* complaint, which is the

12  indeterminate defendant complaint, has started to hit China, and

13  we've gotten responses from some defendants.  They are not in the

14  nature of a Rule 12 or a motion for a summary judgment.  They are

15  narratives, and they are quite revealing.

16          That complaint, the *Gross* complaint, has been the

17  subject of a motion to amend which has been filed with the Court

18  this week, and in that regard, the first omnibus complaint, the

19  *Payton* complaint, a motion to amend will be filed some time in

20  April to correct deficiencies and some new allegations based upon

21  new information that we received.

22          It's my opinion that -- it's mine -- that until

23  that amendment is effectuated in *Payton*, which is the first

24  complaint that's really out there, Rule 12 motions or any other

25  motions should be held in abeyance because the allegations in the

1   amended complaint might be of significance with regard to those

2   motions.

3           We have filed that motion in a very abbreviated

4   form to avoid destroying forests and destroying our bank accounts

5   because these complaints, two complaints cost in excess of

6   $200,000 to translate and file, so we've used an abbreviated

7   matter.  Should Your Honor have any questions, you know, we'll

8   meet with Your Honor with regard to *Gross*.  *Payton* will be

9   structured the same way.

10          Omnibus III and IV are in the process of

11  translation and service.  The insurance omnibus complaint is in

12  the process of being served.  Of course, that's an easier task

13  because it's all domestic.

14          With regard to *Germano*, upon receipt of

15  Your Honor's ruling today, it is our intention to move for class

16  certification in *Germano* as against Taishan.  That's the way the

17  protocol was set up, and we should be able to file that within

18  two weeks, sir.

19          THE COURT:  Okay.  Yes, go ahead, Phil.

20          MR. WITTMANN:  Your Honor, if I may, with respect to

21  these amendments to the Omni complaints, could we simply have an

22  order issued by the Court that would relieve defendants from

23  responding to those until some reasonable time after they have

24  been amended and served?

25          MR. LEVIN:  Yes, we have no problem with that,

1   Your Honor.

2           THE COURT:  Yes.  What you need to do is just get me

3   some kind of an agreement and I'll just do that.

4           MR. WITTMANN:  I'll check with Mr. Levin and get that

5   done.

6           THE COURT:  Okay.  While I'm on that master complaints

7   and class actions and omnibus complaints, let me mention

8   something that's also on number 11, and that is my feeling about

9   this litigation is that a challenge is to get our arms around it

10  to see how big or small or whatever it is out there and how many

11  parties are out there and what the issues are.  I think that's

12  helpful because the parties ought to know what the universe is so

13  that they can begin assessing their specific liability in that

14  particular universe, whether it exists or not, and, if so, the

15  extent of it.

16          Also, the plaintiffs have to get some assessment as

17  to whether they are talking about 3,000 claims or 40,000 claims.

18  That's a big, big difference there.  The truth of the matter is

19  we just don't know at this point.  So I think we need some

20  technical assistance on pulling together a database in an attempt

21  to get the universe established.

22          I was suggesting to the parties that they consider

23  BrownGreer.  Orran Brown.  I've worked with him in several cases,

24  and he's very technically efficient and does a great job in

25  matters of this nature particularly.  I suggested to the parties

1   that they get together and see whether they can work out some

2   sort of payment agreement and agreement to at least get

3   Orran Brown aboard so that he can begin pulling together this

4   litigation.

5            I think it's helpful.  It's very helpful for the

6   defendants.  I would think the insurers would be interested in

7   knowing their potential, if any, exposure, and so would the

8   defendants.  I think from the plaintiffs' standpoint, they ought

9   to know what their universe is, whether it's 3,000 cases or less

10  or 40,000 cases or more.  I think that has some effect on the

11  litigation.  So the parties are going to be doing that, and

12  hopefully we'll have somebody of Orran Brown's qualifications

13  aboard to help us in that regard.

14           Knauf Gips personal jurisdiction, anything on that?

15           MR. HERMAN:  Nothing on that, Your Honor, except we need

16  to move the discovery along, and I know that our colleague

17  Kerry Miller, who is liaison counsel for the manufactures and

18  represents Knauf, hadn't had an opportunity to address the status

19  conference report at all yet orally, and if he's on the phone he

20  may have some comments he would like to make.

21           THE COURT:  Kerry, do you have anything on that?

22           MR. MILLER:  I'm here, Your Honor.

23           It's my appreciation that we are making significant

24  progress in the review of the voluminous documents.  I think some

25  productions have been made, and we're looking to continue with

1   the rolling production over the next, you know, month or so and

2   hopefully be able to wrap up that production probably at some

3   point early this summer and then move into the next phase of that

4   discovery.

5           THE COURT:  Kerry, do you have any opinion in the 706

6   Orran Brown situation?

7           MR. MILLER:  Your Honor, from my perspective, I would

8   tend to agree that there is a need to get some uniform data in

9   place about the size of this issue.  I share your comments that

10  it's a whole different case if it's 3,000 than if it's 40,000,

11  and one of the problems we've all had is I have certain limited

12  data, other defendants have certain limited data, plaintiffs have

13  certain limited data.  It's a lot of data and it's hard to get it

14  to match up.  We need, I think, a centralized database that's

15  going to be the court data that can be relied upon.

16          THE COURT:  Yes.  I agree with that.

17          MR. MILLER:  So I'm happy with meet with Russ and Phil

18  and the insurers and whoever about how -- to see if we can come

19  to an agreement as to how their services are funded.

20          MR. HERMAN:  Kerry, if you're available and Phil is

21  available, we need about eight participants, I think, in a

22  conference call, eight counsel representing each of the various

23  levels of involvement, and if we could do that Monday afternoon,

24  we could get a start on that.

25          THE COURT:  I've asked Phil to kind of take the leading

1  oar on that since he expressed some concern about costs;

2  although, he's interested in the concept.  I think that if you

3  can pull together the group and let's move on that.

4          MR. WITTMANN:  I'll contact everybody after this

5  conference and set it up with Russ.

6          THE COURT:  Get with Russ and get all of the names and

7  addresses.

8          MR. MILLER:  Monday afternoon would work for me, so I

9  would be happy to participate in a call then.

10          MR. WITTMANN:  I know it won't work for me at this point

11  but maybe we could do it Saturday.

12          MR. HERMAN:  Or Sunday.

13          MR. WITTMANN:  Or Sunday.

14          MR. HERMAN:  Your Honor, there are no other issues on

15  the status conference report that need explication.

16          THE COURT:  May 27th is the next status conference.

17  Anything from anybody?

18          MR. HERMAN:  Your Honor, we will have our lead trial

19  counsel, Chris Seeger, contact Kerry Miller and Lexy in order to

20  get a meeting of counsel involved in the June trial some time

21  between now and before the May 27th conference, as Your Honor's

22  calendar permits.

23          THE COURT:  All right.  Thank you very much.  Court will

24  stand in recess.

25          THE DEPUTY CLERK:  All rise.

1    (WHEREUPON, at 9:57 a.m. the proceedings were

2    concluded.)

3                         *     *     *

4

5

6

7

8                    REPORTER'S CERTIFICATE

9

10       I, Cathy Pepper, Certified Realtime Reporter, Registered

11   Merit Reporter, Registered Professional Reporter, Certified Court

12   Reporter of the State of Louisiana, Official Court Reporter for

13   the United States District Court, Eastern District of Louisiana,

14   do hereby certify that the foregoing is a true and correct

15   transcript, to the best of my ability and understanding, from the

16   record of the proceedings in the above-entitled and numbered

17   matter.

18

19

20                         *s/Cathy Pepper*

21                         Cathy Pepper, CRR, RMR, CCR

22                         Official Court Reporter

23                         United States District Court

24

25

1

## $

**$200,000** [1] - 19:6

## 0

**07102** [1] - 2:4

## 1

**10** [1] - 4:9
**11** [2] - 4:10, 20:8
**1100** [2] - 1:24, 2:16
**12** [2] - 18:14, 18:24
**1221** [1] - 2:11
**13** [2] - 4:11, 4:12
**13811** [2] - 2:23
**14** [1] - 11:22
**15** [1] - 4:13
**16** [2] - 4:14, 4:15
**16th** [1] - 14:8
**17** [3] - 4:16, 4:17, 4:18
**1700** [1] - 3:4
**18** [4] - 4:19, 4:20, 4:21, 6:11
**1800** [1] - 3:13
**19** [1] - 6:10
**19106** [1] - 1:21
**19th** [2] - 6:14, 14:7
**1F** [1] - 6:8

## 2

**2** [2] - 7:7, 16:2
**2010** [5] - 1:6, 4:23, 5:3, 6:11, 16:2
**2047** [2] - 1:5, 5:10
**21** [2] - 4:22, 6:20
**215** [1] - 5:24
**21st** [1] - 11:3
**23** [1] - 4:23
**23114** [1] - 2:24
**250** [1] - 13:13
**27** [1] - 4:23
**27th** [2] - 23:16, 23:21
**2800** [2] - 1:24, 1:24

## 3

**3** [3] - 7:11, 8:2, 8:3
**3,000** [3] - 20:17, 21:9, 22:10
**30(b)(6** [2] - 14:5, 14:11
**3000** [1] - 2:19

**33130** [1] - 2:20
**33131** [1] - 2:11
**33301** [1] - 3:4
**34** [2] - 14:12, 14:14
**350** [1] - 3:4
**3650** [1] - 3:8
**36TH** [1] - 2:16

## 4

**40,000** [4] - 13:17, 20:17, 21:10, 22:10

## 5

**500** [2] - 1:20, 3:19
**504** [1] - 3:20
**510** [1] - 1:20
**546** [1] - 2:8
**550** [1] - 2:3
**589-7779** [1] - 3:20

## 6

**6** [2] - 4:5, 4:6

## 7

**7** [1] - 7:22
**701** [1] - 3:8
**70112** [1] - 3:14
**70113** [1] - 1:17
**70130** [2] - 2:8, 3:20
**70139** [1] - 3:9
**70163** [2] - 1:25, 2:17
**706** [1] - 22:5

## 8

**8** [3] - 1:6, 4:7, 5:3
**80** [1] - 2:20
**820** [1] - 1:17
**8TH** [1] - 2:20

## 9

**9** [1] - 4:8
**909** [1] - 3:13
**920** [1] - 2:3
**9:00** [1] - 1:6
**9:57** [1] - 24:1

## A

**A.M** [1] - 1:6

**a.m** [1] - 24:1
**abbreviated** [2] - 19:3, 19:6
**abeyance** [1] - 18:25
**ability** [1] - 24:15
**able** [5] - 6:19, 9:12, 13:5, 19:17, 22:2
**aboard** [2] - 21:3, 21:13
**above-entitled** [1] - 24:16
**accounts** [1] - 19:4
**acknowledge** [1] - 12:2
**act** [1] - 15:25
**ACT...........................** [1] - 4:13
**action** [1] - 18:3
**ACTION...........................**
**.....................** [1] - 4:20
**actions** [1] - 20:7
**activity** [1] - 10:13
**additional** [1] - 10:15
**address** [2] - 8:14, 21:18
**addressed** [1] - 13:16
**addresses** [1] - 23:7
**adopt** [1] - 10:24
**adopting** [1] - 11:6
**ADORNO** [1] - 3:3
**advance** [1] - 6:1
**advise** [1] - 9:20
**advised** [1] - 12:16
**advising** [1] - 10:18
**afternoon** [2] - 22:23, 23:8
**AGENDA** [1] - 4:3
**agenda** [2] - 5:25, 6:2
**agree** [2] - 22:8, 22:16
**agreement** [6] - 8:17, 20:3, 21:2, 22:19
**ahead** [1] - 19:19
**ALL** [1] - 1:7
**allegations** [2] - 18:20, 18:25
**alongs** [1] - 17:19
**ALSO** [1] - 3:16
**Alters** [1] - 12:9
**amend** [2] - 18:17, 18:19
**amended** [2] - 19:1, 19:24
**amendment** [1] - 18:23
**amendments** [1] - 19:21
**amount** [2] - 13:2, 13:17

**AND** [4] - 1:22, 2:6, 4:7, 4:16
**Andrew** [2] - 6:23, 12:14
**ANDREW** [1] - 3:16
**answer** [1] - 9:7
**anticipated** [1] - 16:24
**appear** [1] - 12:6
**APPEARANCE** [1] - 4:16
**appearance** [3] - 5:11, 5:18, 17:1
**APPEARANCES** [3] - 1:13, 2:1, 3:1
**appointed** [4] - 6:11, 6:15, 6:16, 17:5
**appointing** [1] - 17:9
**appreciation** [1] - 21:23
**appropriate** [1] - 11:12
**April** [5] - 11:3, 14:7, 14:8, 16:2, 18:20
**APRIL** [2] - 1:6, 5:3
**arms** [1] - 20:9
**Arnold** [2] - 17:16, 18:5
**ARNOLD** [1] - 1:19
**aspect** [5] - 6:18, 7:16, 7:19, 8:1, 13:1
**aspects** [1] - 11:12
**assemble** [1] - 12:4
**assessing** [1] - 20:13
**assessment** [1] - 20:16
**assistance** [1] - 20:20
**attempt** [4] - 8:22, 8:23, 14:2, 20:20
**attorneys** [1] - 10:14
**August** [1] - 12:21
**available** [2] - 22:20, 22:21
**AVENUE** [2] - 1:17, 2:11
**avoid** [1] - 19:4
**awaiting** [1] - 8:19

## B

**B406** [1] - 3:19
**BACKMAN** [1] - 3:3
**ball** [1] - 8:6
**bank** [1] - 19:4
**BARRASSO** [3] - 3:11, 3:12, 17:8
**Barrasso** [3] - 6:17, 10:15, 17:5
**BARRIOS** [4] - 3:7, 3:8, 10:12, 11:20

**Barrios** [3] - 6:15, 10:10, 10:12
**based** [2] - 13:17, 18:20
**BAUMANN** [1] - 3:16
**BAYVIEW** [1] - 2:19
**BEFORE** [1] - 1:10
**begin** [3] - 8:10, 20:13, 21:3
**behalf** [1] - 5:20
**bellwether** [2] - 7:14, 8:1
**BENJAMIN** [1] - 1:22
**BERMAN** [1] - 1:19
**best** [1] - 24:15
**better** [2] - 11:18, 11:19
**between** [2] - 9:16, 23:21
**big** [3] - 20:10, 20:18
**bit** [1] - 16:5
**Blaine** [2] - 12:22, 12:23
**board** [1] - 11:13
**BOULEVARD** [1] - 3:4
**BRICKELL** [2] - 2:11, 2:19
**broad** [1] - 9:4
**BROAD** [1] - 2:3
**Brown** [3] - 20:23, 21:3, 22:6
**Brown's** [1] - 21:12
**BrownGreer** [1] - 20:23
**Bryson** [1] - 6:25
**Bryson's** [1] - 12:15
**builder** [2] - 8:15, 12:22
**builders** [4] - 7:13, 13:23, 14:1, 16:6
**BY** [14] - 1:16, 1:19, 1:23, 2:3, 2:7, 2:10, 2:15, 2:19, 2:22, 3:3, 3:8, 3:12, 3:21, 3:22

## C

**CALDWELL** [1] - 2:18
**calendar** [1] - 23:22
**CALLED** [1] - 5:4
**capsule** [1] - 9:10
**CARONDELET** [1] - 2:8
**case** [12] - 5:9, 6:18, 7:16, 7:22, 10:15, 11:9, 16:6, 16:9, 16:14, 17:17, 22:10
**CASES** [1] - 1:7
**cases** [26] - 7:6, 7:8,

7:10, 7:11, 7:14, 7:21, 7:22, 7:24, 8:2, 8:3, 8:5, 8:9, 11:4, 11:21, 12:6, 12:14, 13:2, 16:8, 16:15, 17:13, 17:19, 20:23, 21:9, 21:10
**CASTEIX** [1] - 3:7
**CATHY** [1] - 3:19
**Cathy** [2] - 24:10, 24:21
**CCR** [2] - 3:19, 24:21
**CD** [1] - 11:21
**CDW** [2] - 13:17, 13:18
centralized [1] - 22:14
**CENTRE** [3] - 1:24, 2:16, 2:19
certain [3] - 22:11, 22:12, 22:13
**CERTIFICATE** [1] - 24:8
certification [1] - 19:16
**Certified** [2] - 24:10, 24:11
certify [1] - 24:14
chair [2] - 6:16, 6:17
challenge [1] - 20:9
chambers [1] - 18:10
change [1] - 10:3
changing [1] - 9:25
check [4] - 16:18, 16:20, 16:23, 20:4
China [1] - 18:12
Chinese [1] - 5:10
**CHINESE** [1] - 1:4
**CHINESE-MANUFACTURED** [1] - 1:4
Chris [1] - 23:19
**CHRISTOPHER** [1] - 2:3
circuit [1] - 8:24
**CIVIL** [1] - 1:5
claims [2] - 20:17
class [4] - 18:3, 18:4, 19:15, 20:7
**CLASS** [2] - 4:20, 4:21
**CLERK** [3] - 5:7, 5:10, 23:25
clerk's [1] - 11:16
client [1] - 12:8
clients [3] - 7:1, 12:17, 14:10
clients' [4] - 6:23, 7:3, 12:14, 12:15
close [1] - 8:16
colleague [1] - 21:16
colleagues [1] - 6:14

comments [2] - 21:20, 22:9
committee [1] - 6:12, 6:15, 6:17, 10:11, 10:13, 15:2, 15:3, 17:5, 17:6, 17:9
**COMMITTEE** [5] - 1:15, 2:7, 2:14, 3:7, 3:12
**COMMITTEE............. ....** [1] - 4:9
compel [1] - 9:7
complaint [12] - 18:3, 18:4, 18:6, 18:11, 18:12, 18:16, 18:18, 18:19, 18:24, 19:1, 19:11
**COMPLAINT.............. .................** [1] - 4:21
**COMPLAINT.............. .......................** [1] - 4:19
complaints [7] - 6:9, 18:1, 19:5, 19:21, 20:6, 20:7
**COMPUTER** [1] - 3:22
concept [1] - 23:2
concern [1] - 23:1
concluded [1] - 24:2
conducting [1] - 13:21
conference [7] - 14:9, 21:19, 22:22, 23:5, 23:15, 23:16, 23:21
**CONFERENCE** [1] - 1:10
**CONFERENCE.......... .** [1] - 4:23
conferred [1] - 6:14
confusion [3] - 14:8, 14:16, 15:1
connection [1] - 14:6
consider [2] - 11:19, 20:22
considering [1] - 11:6
contact [3] - 11:22, 23:4, 23:19
contacted [1] - 15:10
contacting [1] - 12:3
contested [1] - 12:24
continue [1] - 21:25
**CONTINUED** [2] - 2:1, 3:1
contractor/installer [1] - 8:14
contractors [1] - 9:17
coordinate [4] - 6:16, 6:18, 11:10, 13:4
coordinated [1] - 13:25
coordinating [1] -

10:23
coordination [2] - 6:12, 10:11
**COORDINATION** [2] - 3:7, 4:9
correct [3] - 15:8, 18:20, 24:14
cost [1] - 19:5
costs [1] - 23:1
**COTLAR** [1] - 1:15
counsel [23] - 5:11, 5:16, 5:20, 6:1, 6:7, 11:21, 13:20, 14:20, 14:21, 14:22, 14:25, 15:9, 15:11, 15:18, 17:5, 17:6, 17:24, 17:25, 18:5, 21:17, 22:22, 23:19, 23:20
couple [1] - 7:15
course [2] - 14:24, 19:12
**Court** [14] - 5:13, 8:19, 9:14, 16:23, 17:11, 17:25, 18:17, 19:22, 23:23, 24:11, 24:12, 24:13, 24:22, 24:23
court [10] - 6:14, 10:15, 10:18, 10:21, 11:21, 11:25, 12:1, 12:5, 16:4, 22:15
**COURT** [40] - 1:1, 3:19, 4:10, 5:4, 5:8, 5:11, 5:17, 5:24, 6:13, 7:5, 8:11, 8:21, 9:22, 10:1, 10:5, 10:8, 10:11, 11:8, 11:23, 12:1, 12:25, 14:18, 15:16, 15:20, 16:4, 16:18, 17:4, 17:13, 17:21, 18:3, 19:19, 20:2, 20:6, 21:21, 22:5, 22:16, 22:25, 23:6, 23:16, 23:23
**COURT...................... .** [1] - 4:14
courts [1] - 17:18
**CPSC** [2] - 16:1, 16:3
created [1] - 14:8
creates [1] - 14:25
creating [1] - 14:15
critical [1] - 9:11
**CRR** [2] - 3:19, 24:21
**CTO** [1] - 11:22

22:13, 22:15
database [2] - 20:20, 22:14
date [1] - 16:17
dates [2] - 13:4, 14:3
**DAVID** [1] - 1:22
**DAVIS** [1] - 1:16, 15:9
Davis [2] - 14:13, 15:6
**DAWN** [1] - 3:8
Dawn [3] - 6:15, 10:12, 12:3
deadlines [1] - 6:8
deal [2] - 7:9, 14:11
deem [1] - 17:20
**DEFAULT** [1] - 4:16
default [1] - 17:1
defeats [1] - 9:10
**DEFENDANT** [1] - 4:7
defendant [4] - 8:7, 8:15, 16:8, 18:12
defendants [9] - 5:17, 14:16, 16:8, 18:9, 18:13, 19:22, 21:6, 21:8, 22:12
**DEFENDANTS'** [1] - 2:14
defendants' [1] - 5:20
defense [2] - 10:24, 15:18
deficiencies [1] - 18:20
depositions [1] - 14:3
**DEPUTY** [3] - 5:7, 5:10, 23:25
destroying [1] - 19:4
devices [1] - 8:25
**Diaz** [1] - 12:8
difference [2] - 8:3, 20:18
different [1] - 22:10
difficult [1] - 11:18
directed [2] - 12:13, 14:13
direction [1] - 11:12
directly [1] - 6:6
discovery [7] - 8:10, 8:23, 9:2, 13:14, 13:24, 21:16, 22:4
**DISCOVERY** [1] - 4:12
discuss [2] - 15:14, 18:5
discussing [1] - 10:6
discussion [2] - 9:18, 10:2
discussions [1] - 9:24
distributor [2] - 8:15, 12:21
**DISTRICT** [3] - 1:1, 1:1, 1:11

**District** [3] - 24:13, 24:23
diversity [1] - 7:25
**DOCKET** [1] - 1:5
**DOCUMENT** [1] - 1:7
documents [2] - 14:7, 21:24
domestic [1] - 19:13
**Don** [1] - 5:22
done [6] - 7:17, 12:3, 13:9, 14:10, 15:9, 20:5
draft [1] - 8:21
**DRIVE** [1] - 2:23
**DRYWALL** [1] - 1:4
**Drywall** [2] - 5:10, 6:6
drywall [1] - 13:17
duces [1] - 14:15

**E**

early [2] - 12:7, 22:3
easier [1] - 19:12
**EAST** [1] - 3:4
**Eastern** [1] - 24:13
**EASTERN** [1] - 1:1
easy [1] - 18:6
effect [1] - 21:10
effectuated [2] - 18:8, 18:23
efficient [1] - 20:24
efforts [1] - 11:11
eight [2] - 22:21, 22:22
either [2] - 12:6, 14:20
**ELDON** [1] - 1:10
electronic [1] - 10:25
encourage [1] - 11:19
**ENERGY** [2] - 1:24, 2:16
entered [1] - 6:10
enthusiastically [1] - 11:9
entities [4] - 6:19, 14:19, 14:20, 15:4
entitled [2] - 24:16
**ESQ** [1] - 3:12
**ESQUIRE** [17] - 1:16, 1:16, 1:19, 1:20, 1:23, 2:3, 2:7, 2:10, 2:15, 2:15, 2:19, 2:22, 2:23, 3:3, 3:8, 3:16, 3:16
establish [1] - 14:3
established [1] - 20:21
event [1] - 18:11
except [2] - 9:4, 21:15
excess [1] - 19:5

**D**

Dan [2] - 6:25, 12:15
data [6] - 22:8, 22:12,

**exists** [1] - 20:14
**explication** [1] - 23:15
**exporter** [1] - 8:15
**exposure** [1] - 21:7
**expressed** [1] - 23:1
**extensions** [2] - 15:7, 15:10
**extent** [1] - 20:15

## F

**facility** [1] - 11:18
**fall** [2] - 11:4, 16:18
**FALLON** [1] - 1:10
**Fallon** [2] - 5:14, 6:4
**familiar** [1] - 12:19
**far** [1] - 7:2
**Farina** [1] - 12:25
**favor** [1] - 10:25
**favorably** [1] - 11:19
**FEDERAL** [1] - 4:14
**federal** [5] - 6:12, 8:25, 11:17, 16:4, 17:18
**federal/state** [1] - 10:13
**file** [2] - 19:6, 19:17
**filed** [3] - 18:17, 18:19, 19:3
**filings** [2] - 16:20, 17:19
**FILINGS** [1] - 4:15
**final** [1] - 8:21
**Fine** [1] - 5:24
**fine** [1] - 10:8
**first** [7] - 6:3, 12:2, 16:19, 17:17, 18:6, 18:18, 18:23
**FISHBEIN** [1] - 1:19
**fit** [1] - 17:20
**Fitzsimmons** [1] - 9:19
**FITZSIMMONS** [1] - 2:19
**FL** [3] - 2:11, 2:20, 3:4
**FLOOR** [1] - 2:16
**Florida** [3] - 12:6, 12:7, 12:11
**focus** [3] - 7:6, 7:14, 13:13
**focusing** [1] - 16:7
**FOIA** [1] - 16:2
**folks** [3] - 12:3, 12:11, 16:1
**FOR** [5] - 1:15, 2:6, 2:14, 3:7, 3:11
**foregoing** [1] - 24:14
**foreign** [1] - 18:9
**forests** [1] - 19:4

**form** [21] - 6:19, 6:20, 8:14, 8:15, 8:16, 8:17, 8:18, 9:9, 9:12, 9:13, 9:17, 9:19, 9:21, 9:24, 9:25, 10:3, 17:11, 19:4
**formally** [1] - 14:20
**forms** [5] - 6:8, 8:7, 8:13, 8:22, 9:15
**FORMS...............** [1] - 4:7
**FORT** [1] - 3:4
**forthcoming** [1] - 15:21
**forward** [4] - 13:1, 13:24, 14:7, 14:14
**FRED** [1] - 1:20
**FREEDOM** [1] - 4:13
**freedom** [1] - 15:25
**FREEMAN** [1] - 3:12
**frequently** [1] - 16:22
**Friday** [1] - 8:10
**FRILOT** [1] - 2:14
**full** [1] - 7:19
**funded** [1] - 22:19
**furnished** [1] - 17:25
**future** [1] - 7:9

## G

**GAINSBURGH** [1] - 1:22
**GARY** [1] - 3:16
**gentlemen** [1] - 5:9
**GERALD** [1] - 1:23
**Germano** [5] - 7:21, 10:20, 12:20, 19:14, 19:16
**Gips** [1] - 21:14
**GIPS** [1] - 4:22
**given** [4] - 8:5, 13:19, 16:14, 18:9
**Gonzales** [1] - 12:10
**grant** [1] - 15:10
**granting** [1] - 15:7
**great** [1] - 20:24
**GREENBERG** [1] - 2:10
**Gross** [3] - 18:11, 18:16, 19:8
**ground** [1] - 16:11
**group** [3] - 13:9, 13:12, 23:3
**grouping** [1] - 13:10
**groups** [1] - 13:12

## H

**Hall** [3] - 10:23, 11:2, 11:8
**happy** [2] - 22:17, 23:9
**hard** [1] - 22:13
**HARDT** [1] - 2:22
**HAYDEN** [1] - 5:22
**Hayden** [1] - 5:22
**HEARD** [1] - 1:10
**heard** [1] - 16:12
**hearing** [1] - 11:2
**held** [1] - 18:25
**help** [1] - 21:13
**helpful** [5] - 11:11, 16:13, 20:12, 21:5
**hereby** [1] - 24:14
**HERMAN** [23] - 1:15, 1:16, 5:13, 6:4, 8:9, 8:12, 9:14, 10:9, 11:25, 12:2, 13:15, 15:17, 16:1, 17:3, 17:7, 17:23, 18:4, 21:15, 22:20, 23:12, 23:14, 23:18
**Herman** [3] - 5:14, 14:1, 17:8
**Hernandez** [1] - 10:20
**hit** [1] - 18:12
**homebuilders** [2] - 5:16, 14:16
**HOMEBUILDERS'** [1] - 2:6
**Honor** [39] - 5:19, 5:22, 6:11, 8:9, 8:12, 9:14, 9:18, 9:20, 9:23, 10:9, 10:12, 11:20, 11:25, 12:12, 13:15, 14:4, 14:5, 14:13, 15:9, 15:17, 16:1, 16:16, 17:3, 17:7, 17:16, 17:19, 17:23, 18:5, 18:9, 19:7, 19:8, 19:20, 20:1, 21:15, 21:22, 22:7, 23:14, 23:18
**Honor's** [3] - 8:20, 19:15, 23:21
**HONORABLE** [1] - 1:10
**hope** [3] - 11:4, 15:20, 17:11
**hopefully** [6] - 6:18, 11:13, 13:4, 14:24, 15:12, 15:24, 21:12, 22:2
**hundred** [1] - 13:7

## I

**identification** [1] - 12:8
**III** [1] - 19:10
**important** [5] - 7:5, 7:13, 11:15, 16:20, 16:23
**IN** [3] - 1:4, 4:11, 4:14
**indeterminate** [1] - 18:12
**indicated** [1] - 13:16
**individual** [1] - 15:4
**individuals** [1] - 14:24
**INFORMATION** [1] - 4:13
**information** [13] - 7:23, 7:24, 8:1, 9:1, 9:9, 9:11, 10:16, 11:6, 11:16, 11:22, 15:12, 15:25, 18:21
**informational** [1] - 7:15
**input** [2] - 13:11, 16:10
**inspected** [5] - 6:24, 7:2, 7:4, 12:15, 12:16
**inspection** [1] - 12:18
**inspections** [2] - 6:22, 13:20
**INSPECTIONS..........** .......................... [1] - 4:6
**installer** [3] - 9:19, 9:23, 9:25
**installers** [3] - 9:16, 9:18, 12:23
**INSTALLERS'** [1] - 2:6
**insurance** [6] - 17:4, 17:5, 17:6, 17:14, 17:17, 19:11
**INSURANCE** [1] - 4:17
**insurers** [4] - 6:17, 8:17, 21:6, 22:18
**INSURERS'** [1] - 3:11
**insurers'** [2] - 6:18, 17:10
**intelligence** [1] - 8:4
**intention** [1] - 19:15
**interest** [1] - 7:25
**interested** [3] - 16:7, 21:6, 23:2
**interests** [1] - 6:1
**interim** [1] - 16:2
**interrogatories** [1] - 8:24
**intervenors** [1] - 12:20
**inventories** [1] - 13:21

**involved** [1] - 23:20
**involvement** [1] - 22:23
**Irvin** [1] - 12:10
**IS** [1] - 4:23
**issue** [6] - 8:12, 9:15, 14:18, 15:18, 17:23, 22:9
**issued** [4] - 7:21, 14:23, 16:2, 19:22
**issues** [6] - 13:2, 13:12, 13:14, 17:4, 20:11, 23:14
**ISSUES....................** ....................... [2] - 4:12, 4:17
**item** [1] - 13:6
**ITEMS** [1] - 4:7
**items** [1] - 18:2
**itself** [1] - 14:18
**IV** [1] - 19:10

## J

**JEFFREY** [1] - 3:3
**Jeremy** [1] - 12:9
**job** [1] - 20:24
**joint** [1] - 13:20
**JUDGE** [1] - 1:11
**judge** [2] - 10:23, 12:25
**Judge** [6] - 5:14, 6:4, 10:23, 11:2, 11:8, 15:15
**judge's** [1] - 11:22
**judges** [3] - 10:18, 10:21, 12:3
**judgment** [1] - 18:14
**judgments** [1] - 17:1
**JUDGMENTS...........** [1] - 4:16
**JUDY** [1] - 3:12
**Judy** [2] - 6:17, 17:5
**June** [5] - 7:2, 7:7, 12:7, 12:13, 23:20
**jurisdiction** [1] - 21:14
**JURISDICTION..........** ............. [1] - 4:22
**jury** [2] - 7:9, 7:10

## K

**KATZ** [1] - 1:15
**keep** [1] - 11:5
**KENNETH** [1] - 2:22
**KERRY** [1] - 2:15
**Kerry** [8] - 5:20, 5:23, 14:3, 21:17, 21:21,

4

22:5, 22:20, 23:19
**kind** [3] - 9:10, 20:3, 22:25
**KINGSDORF** [1] - 3:7
**KIRK** [1] - 2:18
**KNAUF** [1] - 4:22
**Knauf** [5] - 5:17, 13:24, 14:2, 21:14, 21:18
**knowing** [1] - 21:7
**knows** [2] - 9:4, 15:3
**KUPPERMAN** [1] - 3:11
**KYLE** [1] - 2:15
**Kyle** [2] - 5:17, 5:19

## L

**L.L.P** [1] - 3:7
**LA** [7] - 1:17, 1:25, 2:8, 2:17, 3:9, 3:14, 3:20
**ladies** [1] - 5:8
**large** [1] - 11:2
**LAS** [1] - 3:4
**last** [2] - 7:7, 12:13
**late** [1] - 12:21
**LAUDERDALE** [1] - 3:4
**law** [1] - 11:12
**lawyers** [1] - 14:10
**lead** [5] - 5:25, 17:5, 17:24, 18:5, 23:18
**leadership** [1] - 6:15
**leading** [1] - 22:25
**least** [3] - 7:13, 16:10, 21:2
**leave** [1] - 7:2
**LEMMON** [1] - 3:16
**Lemmon's** [2] - 6:23, 12:14
**Lenny** [2] - 15:1, 15:8
**LEONARD** [1] - 1:16
**less** [1] - 21:9
**letters** [1] - 10:17
**levels** [1] - 22:23
**LEVIN** [5] - 1:19, 1:19, 17:16, 18:6, 19:25
**Levin** [4] - 17:16, 17:25, 18:5, 20:14
**LexisNexis** [3] - 10:24, 11:5, 11:14
**Lexy** [1] - 23:19
**liability** [1] - 20:13
**LIABILITY** [1] - 1:4
**liaison** [8] - 5:15, 5:20, 6:1, 11:21, 13:19, 14:3, 17:25, 21:17
**limited** [3] - 22:11,

22:12, 22:13
**line** [1] - 11:1
**link** [1] - 6:6
**list** [2] - 13:20, 15:18
**listed** [1] - 6:5
**listing** [2] - 13:8, 18:1
**LITIGATION** [1] - 1:5
**litigation** [4] - 12:24, 20:9, 21:4, 21:11
**LL&E** [1] - 3:13
**LOGAN** [1] - 2:22
**LONGER** [1] - 1:20
**look** [2] - 7:11, 16:6
**looking** [4] - 15:12, 16:9, 16:17, 21:25
**Louisiana** [5] - 6:24, 7:2, 12:14, 24:12, 24:13
**LOUISIANA** [2] - 1:1, 1:6

## M

**MANUFACTURED** [1] - 1:4
**manufacturer's** [1] - 7:5
**manufacturers** [1] - 8:13
**manufactures** [2] - 13:25, 21:17
**manufactures'** [1] - 13:19
**March** [1] - 6:11
**MARK** [2] - 2:10, 2:23
**Marsh** [1] - 13:16
**massive** [1] - 13:2
**MASTER** [1] - 4:19
**master** [3] - 18:3, 18:6, 20:6
**match** [1] - 22:14
**material** [1] - 12:4
**matter** [3] - 19:7, 20:18, 24:17
**matters** [4] - 6:16, 17:3, 17:14, 20:25
**MAY** [1] - 4:19
**MDL** [10] - 1:5, 5:10, 6:6, 7:3, 11:24, 13:6, 16:20, 17:13, 17:16, 17:20
**MDL....................**
**.........** [1] - 4:11
**MDL....................**
**...........** [1] - 4:15
**meantime** [1] - 15:6
**MECHANICAL** [1] - 3:21
**meet** [5] - 14:1, 14:13,

15:14, 19:8, 22:17
**meeting** [4] - 5:25, 12:10, 15:21, 23:20
**members** [1] - 12:11
**mention** [1] - 20:7
**mentioned** [2] - 14:8, 17:4
**Merit** [1] - 24:11
**met** [1] - 5:25
**methods** [1] - 16:22
**MEUNIER** [1] - 1:22, 1:23
**MIAMI** [2] - 2:11, 2:20
**MIDLOTHIAN** [1] - 2:24
**might** [2] - 13:16, 19:1
**MILL** [1] - 2:23
**Miller** [5] - 5:20, 5:23, 14:3, 21:17, 23:19
**MILLER** [5] - 2:15, 21:22, 22:7, 22:17, 23:8
**mine** [1] - 18:22
**Mississippi** [2] - 7:1, 12:15
**Monday** [3] - 12:10, 22:23, 23:8
**monitoring** [1] - 14:22
**month** [2] - 10:14, 22:1
**monthly** [1] - 5:25
**morning** [8] - 5:8, 5:13, 5:15, 6:4, 6:25, 10:12, 14:9
**most** [1] - 16:24
**motion** [4] - 18:14, 18:17, 18:19, 19:3
**MOTIONS** [1] - 4:11
**motions** [12] - 9:6, 9:7, 11:24, 13:6, 13:7, 13:8, 13:10, 13:11, 18:24, 18:25, 19:2
**move** [5] - 13:24, 19:15, 21:16, 22:3, 23:3
**moving** [1] - 13:1
**MR** [44] - 5:13, 5:15, 5:19, 5:22, 6:4, 6:23, 8:9, 8:12, 9:14, 9:23, 10:2, 10:6, 10:9, 11:25, 12:2, 13:15, 14:5, 15:6, 15:9, 15:14, 15:17, 16:1, 16:16, 17:3, 17:7, 17:16, 17:23, 18:4, 18:6, 19:20, 19:25, 20:4, 21:15, 21:22, 22:7, 22:17, 22:20, 23:4, 23:8, 23:10,

23:12, 23:13, 23:14, 23:18
**MS** [3] - 10:12, 11:20, 17:8

## N

**names** [1] - 23:6
**NANAVATI** [1] - 2:23
**narratives** [1] - 18:15
**nature** [3] - 16:12, 18:14, 20:25
**need** [12] - 7:6, 9:11, 13:9, 13:16, 15:18, 20:2, 20:19, 21:15, 22:8, 22:14, 22:21, 23:15
**negotiation** [2] - 8:19, 9:15
**new** [5] - 6:10, 6:13, 10:9, 18:20, 18:21
**NEW** [8] - 1:6, 1:17, 1:25, 2:8, 2:17, 3:9, 3:14, 3:20
**NEWARK** [1] - 2:4
**next** [9] - 8:5, 8:10, 8:12, 13:6, 13:22, 18:2, 22:1, 22:3, 23:16
**NEXT** [1] - 4:23
**NJ** [1] - 2:4
**NO** [1] - 1:5
**nobody** [1] - 9:4
**nothing** [2] - 10:9, 21:15
**notices** [3] - 14:6, 14:11, 17:1
**NOTICES** [1] - 4:16
**NUCKLOS** [1] - 2:22
**number** [4] - 6:8, 6:10, 13:7, 20:8
**numbered** [1] - 24:16

## O

**O'KEEFE** [1] - 1:17
**oar** [1] - 23:1
**OF** [5] - 1:1, 1:10, 4:13, 4:16, 4:18
**office** [1] - 14:1
**offices** [1] - 11:17
**OFFICIAL** [1] - 3:19
**Official** [2] - 24:12, 24:22
**OLAS** [1] - 3:4
**Omni** [1] - 19:21
**OMNIBUS** [1] - 4:21
**omnibus** [5] - 18:4,

18:18, 19:10, 19:11, 20:7
**on-line** [1] - 11:1
**one** [12] - 7:10, 7:11, 7:15, 8:21, 9:15, 9:17, 12:6, 12:8, 13:11, 13:13, 15:17, 22:11
**ones** [1] - 6:13
**opinion** [5] - 7:21, 10:20, 18:22, 22:5
**opportunities** [1] - 7:20
**opportunity** [8] - 7:11, 9:1, 9:8, 11:15, 15:11, 16:15, 16:19, 21:18
**opposed** [3] - 13:13, 14:15, 16:8
**orally** [1] - 21:19
**ORDER** [1] - 5:4
**order** [6] - 6:2, 6:7, 6:10, 9:22, 19:22, 23:19
**ORDER....................**
**............** [1] - 4:8
**orders** [4] - 6:3, 6:5, 10:10, 11:7
**ORDERS....................**
**....................** [1] - 4:5
**organizational** [1] - 7:16
**ORLEANS** [8] - 1:6, 1:17, 1:25, 2:8, 2:17, 3:9, 3:14, 3:20
**Orran** [4] - 20:23, 21:3, 21:12, 22:6
**ought** [2] - 20:12, 21:8
**outstanding** [1] - 16:3
**own** [1] - 9:10

## P

**PA** [1] - 1:21
**PAC** [1] - 12:10
**PAGE** [1] - 4:3
**panel** [1] - 17:20
**participants** [1] - 22:21
**participate** [1] - 23:9
**particular** [2] - 11:9, 20:14
**particularly** [3] - 6:7, 10:14, 20:25
**parties** [6] - 13:8, 20:11, 20:12, 20:22, 20:25, 21:11
**past** [1] - 10:14
**payment** [1] - 21:2

**Payton** [3] - 18:19, 18:23, 19:8
**people** [1] - 15:7
**Pepper** [3] - 24:10, 24:20, 24:21
**PEPPER** [1] - 3:19
**perhaps** [2] - 9:24, 10:23
**permits** [1] - 23:22
**PERSONAL** [1] - 4:22
**personal** [1] - 21:14
**perspective** [1] - 22:7
**phase** [1] - 22:3
**Phil** [6] - 5:15, 15:1, 19:19, 22:17, 22:20, 22:25
**PHILADELPHIA** [1] - 1:21
**PHILLIP** [1] - 2:7
**phone** [4] - 5:21, 5:23, 5:24, 21:19
**phonetically** [2] - 6:25, 12:9
**pick** [6] - 8:2, 8:3, 16:6, 16:10, 16:14, 16:15
**picking** [1] - 13:11
**picks** [1] - 7:24
**PIGMAN** [1] - 2:7
**place** [1] - 22:9
**PLAINTIFF** [1] - 4:7
**plaintiff** [3] - 8:7, 15:3, 16:9
**plaintiffs** [9] - 5:14, 9:16, 9:17, 13:23, 13:24, 14:23, 17:10, 20:16, 22:12
**plaintiffs'** [3] - 14:6, 15:2, 21:8
**PLAINTIFFS'** [1] - 1:15
**pleadings** [2] - 17:22, 17:24
**PLEADINGS**.............. ................... [1] - 4:18
**point** [5] - 8:2, 12:20, 20:19, 22:3, 23:10
**pointing** [1] - 11:11
**points** [1] - 7:15
**Porter** [2] - 12:22, 12:23
**Porter-Blaine** [2] - 12:22, 12:23
**position** [1] - 18:7
**possible** [2] - 9:2, 11:16
**potential** [1] - 21:7
**potentially** [1] - 12:22
**POYDRAS** [5] - 1:24,

2:16, 3:8, 3:13, 3:19
**PRESENT** [1] - 3:16
**present** [5] - 8:25, 10:7, 11:20, 14:4, 17:24
**presented** [1] - 6:3
**presents** [2] - 7:12, 14:18
**PRESERVATION** [1] - 4:8
**preservation** [2] - 9:22, 10:9
**pretrial** [5] - 6:3, 6:5, 6:7, 6:10, 11:7
**PRETRIAL** [1] - 4:5
**problem** [2] - 15:5, 19:25
**problems** [2] - 7:12, 22:11
**proceeding** [2] - 11:9, 13:21
**PROCEEDINGS** [3] - 1:10, 3:21, 5:1
**proceedings** [2] - 24:1, 24:16
**process** [3] - 14:2, 19:10, 19:12
**produce** [1] - 9:7
**PRODUCED** [1] - 3:22
**production** [2] - 22:1, 22:2
**productions** [1] - 21:25
**PRODUCTS** [1] - 1:4
**Professional** [1] - 24:11
**PROFILE** [1] - 4:7
**profile** [16] - 6:8, 6:19, 6:20, 8:7, 8:13, 8:17, 8:18, 8:22, 9:9, 9:12, 9:13, 9:15, 9:23, 9:25, 17:10
**progress** [1] - 21:24
**promptly** [1] - 15:13
**properties** [4] - 7:1, 7:3, 12:17, 13:17
**PROPERTY** [1] - 4:6
**property** [5] - 6:22, 6:23, 6:24, 12:14, 12:15
**proposed** [2] - 9:16, 9:17
**protocol** [3] - 14:14, 15:2, 19:17
**protocols** [1] - 14:4
**providing** [1] - 10:15
**PSC** [1] - 13:23
**pull** [1] - 23:3
**pulling** [1] - 20:20, 21:3

**purpose** [2] - 9:10, 9:13
**purposes** [1] - 12:8
**put** [3] - 9:12, 16:21, 16:24

**Q**

**qualifications** [1] - 21:12
**questions** [5] - 9:3, 16:22, 16:24, 16:25, 19:7
**quickly** [4] - 9:2, 11:16, 12:3, 12:18
**quite** [1] - 18:15

**R**

**re** [1] - 5:10
**RE** [1] - 1:4
**reach** [1] - 8:17
**reached** [1] - 8:16
**really** [6] - 7:18, 8:25, 11:14, 14:11, 16:7, 18:24
**Realtime** [1] - 24:10
**reasonable** [1] - 19:23
**receipt** [1] - 19:14
**received** [2] - 17:13, 18:21
**recent** [1] - 10:19
**recess** [1] - 23:24
**record** [2] - 5:12, 24:16
**RECORDED** [1] - 3:21
**regard** [7] - 12:5, 12:12, 18:18, 19:1, 19:8, 19:14, 21:13
**Registered** [2] - 24:10, 24:11
**regular** [1] - 15:5
**RELATES** [1] - 1:7
**relied** [1] - 22:15
**relieve** [1] - 19:22
**rendered** [1] - 10:21
**report** [4] - 13:16, 16:2, 21:19, 23:15
**Reporter** [6] - 24:10, 24:11, 24:12, 24:22
**REPORTER** [1] - 3:19
**REPORTER'S** [1] - 24:8
**represent** [2] - 15:19, 15:22
**representation** [1] - 15:24
**representative** [1] -

13:12
**represented** [3] - 15:3, 15:22, 15:24
**representing** [2] - 15:4, 22:22
**represents** [1] - 21:18
**request** [1] - 14:7
**requests** [3] - 14:13, 14:15, 16:3
**respect** [5] - 8:12, 8:18, 14:5, 18:2, 19:20
**responding** [2] - 6:8, 19:23
**responses** [1] - 18:13
**retailer** [2] - 8:16, 8:18
**retailers** [2] - 6:20, 6:21
**retained** [2] - 14:20, 14:21
**revealing** [1] - 18:15
**review** [3] - 6:7, 8:20, 21:24
**Richard** [1] - 10:22
**rise** [2] - 5:7, 23:25
**RMR** [2] - 3:19, 24:21
**ROBERT** [1] - 2:19
**rolling** [1] - 22:1
**Romano** [2] - 6:25, 7:1
**ROOM** [1] - 3:19
**Rule** [4] - 14:12, 14:14, 18:14, 18:24
**rules** [1] - 8:25
**ruling** [1] - 19:15
**rulings** [1] - 10:19
**RUMBERGER** [1] - 2:18
**RUSS** [1] - 1:16
**Russ** [4] - 5:14, 22:17, 23:5, 23:6

**S**

**s/Cathy** [1] - 24:20
**SALKY** [1] - 2:10
**SARVER** [1] - 3:12
**Saturday** [1] - 23:11
**scheduled** [2] - 12:18, 12:20
**scope** [1] - 16:13
**seated** [1] - 5:8
**second** [1] - 8:15
**SEDRAN** [1] - 1:19
**see** [5] - 7:11, 7:24, 20:10, 21:1, 22:18
**SEEGER** [2] - 2:2, 2:3
**Seeger** [1] - 2:2
**select** [1] - 11:4
**selected** [1] - 8:10

**send** [1] - 15:23
**sending** [1] - 10:19
**sense** [1] - 13:10
**sent** [1] - 10:17
**separate** [2] - 9:19, 9:21
**September** [2] - 12:21, 16:17
**Serpe** [2] - 10:22, 10:24
**served** [4] - 14:10, 18:1, 19:12, 19:24
**SERVICE** [1] - 4:18
**service** [7] - 10:25, 11:15, 17:22, 17:24, 18:8, 18:10, 19:11
**services** [1] - 22:19
**set** [3] - 14:7, 19:17, 23:5
**sets** [1] - 6:8
**SETTINGS** [1] - 4:14
**settings** [7] - 11:25, 12:1, 12:5, 12:12, 12:19, 16:4, 16:6
**SETTINGS**................ ............ [1] - 4:10
**seven** [2] - 7:21, 12:20
**several** [6] - 12:17, 12:25, 13:7, 13:15, 17:18, 20:23
**share** [1] - 22:9
**shipped** [1] - 13:18
**short** [1] - 8:23
**shorten** [1] - 9:1
**showing** [1] - 18:1
**side** [1] - 17:10
**significance** [1] - 19:1
**significant** [1] - 21:23
**simply** [2] - 14:12, 19:21
**single** [1] - 9:17
**SINNOT** [1] - 2:22
**site** [4] - 10:19, 16:21, 16:23
**situation** [4] - 14:25, 17:15, 18:8, 22:6
**size** [1] - 22:9
**Skip's** [2] - 7:3, 12:17
**Slidell** [2] - 7:3, 12:17
**small** [1] - 20:10
**solutions** [1] - 16:24
**someone** [1] - 15:2
**sometime** [1] - 16:17
**soon** [1] - 10:20
**sorry** [1] - 12:1
**sort** [2] - 9:8, 21:2
**SOUTHWEST** [1] - 2:20
**Spaulding** [1] - 5:19

**SPAULDING** [2] - 2:15, 5:19
**specific** [4] - 6:19, 6:20, 9:9, 20:13
**spelled** [2] - 6:25, 12:9
**stand** [1] - 23:24
**standpoint** [4] - 7:6, 16:7, 16:14, 21:8
**start** [1] - 22:24
**started** [1] - 18:12
**STATE** [1] - 4:10
**State** [1] - 24:12
**state** [10] - 6:11, 6:14, 6:16, 10:15, 10:18, 10:21, 11:21, 11:25, 12:1, 12:5
**state/federal** [1] - 10:11
**STATE/FEDERAL** [2] - 3:7, 4:9
**statement** [1] - 15:17
**States** [2] - 24:13, 24:23
**STATES** [2] - 1:1, 1:11
**status** [4] - 18:9, 21:18, 23:15, 23:16
**STATUS** [2] - 1:10, 4:23
**steering** [1] - 17:9
**STEERING** [4] - 1:15, 2:7, 2:14, 3:12
**STENOGRAPHY** [1] - 3:21
**Steve** [1] - 14:1
**still** [1] - 18:7
**STONE** [1] - 2:7
**stop** [1] - 8:23
**STREET** [9] - 1:20, 1:24, 2:3, 2:8, 2:16, 2:20, 3:8, 3:13, 3:19
**structured** [1] - 19:9
**subcontracted** [1] - 12:23
**subject** [2] - 17:19, 18:17
**submitted** [2] - 8:19, 10:3
**subpoena** [1] - 14:15
**subpoenas** [1] - 15:23
**subsequent** [1] - 9:2
**sued** [1] - 16:9
**suggested** [1] - 20:25
**suggesting** [1] - 20:22
**suggestion** [1] - 15:1
**SUITE** [7] - 1:20, 1:24, 2:3, 2:19, 3:4, 3:8, 3:13
**summary** [1] - 18:14
**summer** [1] - 22:3
**Sunday** [2] - 23:12,

23:13
**Supply** [1] - 12:22
**supposed** [1] - 5:21
**system** [1] - 11:17

**T**

**tag** [1] - 17:19
**tag-alongs** [1] - 17:19
**Taishan** [1] - 19:16
**targeted** [1] - 9:3
**task** [1] - 19:12
**team** [1] - 12:11
**technical** [1] - 20:20
**technically** [1] - 20:24
**tecum** [1] - 14:15
**tend** [1] - 22:8
**terms** [1] - 14:9
**testimony** [1] - 16:12
**THE** [48] - 1:10, 1:15, 2:6, 2:14, 3:7, 3:11, 4:11, 4:15, 4:23, 5:7, 5:8, 5:10, 5:11, 5:17, 5:24, 6:13, 7:5, 8:11, 8:21, 9:22, 10:1, 10:5, 10:8, 10:11, 11:8, 11:23, 12:1, 12:25, 14:18, 15:16, 15:20, 16:4, 16:18, 17:4, 17:13, 17:21, 18:3, 19:19, 20:2, 20:6, 21:21, 22:5, 22:16, 22:25, 23:6, 23:16, 23:23, 23:25
**theorize** [1] - 7:17
**thinking** [2] - 7:7, 7:14
**third** [1] - 12:9
**THIS** [1] - 1:7
**three** [3] - 6:13, 7:8, 12:6
**THURSDAY** [2] - 1:6, 5:3
**TO** [2] - 1:7, 5:4
**today** [5] - 5:25, 7:2, 12:16, 18:10, 19:15
**together** [7] - 7:8, 11:10, 13:8, 20:20, 21:1, 21:3, 23:3
**touch** [2] - 11:8, 13:3
**TOWER** [1] - 3:13
**transcript** [1] - 24:15
**TRANSCRIPT** [2] - 1:10, 3:21
**transferred** [1] - 17:17
**translate** [1] - 19:6
**translation** [1] - 19:11
**TRAURIG** [1] - 2:10
**treat** [1] - 15:5
**treated** [1] - 14:12

**TRIAL** [2] - 4:10, 4:14
**trial** [15] - 7:18, 11:4, 11:25, 12:1, 12:5, 12:10, 12:12, 12:19, 12:21, 13:4, 16:4, 16:6, 16:17, 23:18, 23:20
**trials** [2] - 7:3
**tried** [5] - 7:23, 12:7, 12:14, 13:4, 16:21
**true** [1] - 24:14
**truth** [1] - 20:18
**try** [1] - 8:3
**trying** [2] - 10:25, 11:10
**two** [7] - 7:8, 7:20, 12:13, 17:11, 18:2, 19:5, 19:18
**type** [2] - 7:24, 14:25

**U**

**unclear** [1] - 14:22
**under** [3] - 6:15, 8:25, 10:9
**uniform** [1] - 22:8
**UNITED** [2] - 1:1, 1:11
**United** [2] - 24:13, 24:23
**universe** [4] - 20:12, 20:14, 20:21, 21:9
**unrepresented** [1] - 15:22
**up** [5] - 11:5, 19:17, 22:2, 22:14, 23:5
**USDIN** [1] - 3:11

**V**

**VA** [1] - 2:24
**various** [5] - 6:1, 8:2, 10:21, 18:8, 22:22
**vehicles** [1] - 9:2
**Venture** [1] - 12:22
**Victor** [1] - 12:8
**VILLAGE** [1] - 2:23
**Virginia** [2] - 10:23, 11:12
**voluminous** [1] - 21:24

**W**

**waiting** [1] - 9:20
**WALNUT** [1] - 1:20
**WALTHER** [1] - 2:7
**warehouses** [1] - 13:18

**WARSHAUER** [1] - 1:23
**web** [4] - 10:19, 16:20, 16:21, 16:23
**week** [6] - 8:5, 8:10, 10:17, 13:1, 13:22, 18:18
**weeks** [3] - 7:7, 12:13, 19:18
**WEISS** [1] - 2:2
**WHEREUPON** [1] - 24:1
**Whitman** [1] - 14:2
**whole** [1] - 22:10
**willing** [1] - 15:10
**Wittmann** [1] - 5:15
**WITTMANN** [16] - 2:7, 2:7, 5:15, 6:23, 9:23, 10:2, 10:6, 14:5, 15:6, 15:14, 16:16, 19:20, 20:4, 23:4, 23:10, 23:13
**works** [1] - 11:19
**wrap** [1] - 22:2
**www.laed.uscourts. gov** [1] - 6:5

**Y**

**yesterday** [1] - 17:17
**YOSS** [1] - 3:3