# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| SEAN AND BETH PAYTON v. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et. al. | |
| Defendants**.** | |

## NOTICE OF APPEARANCE

**COME NOW** James T. Patterson and Ryan T. Northrup of the law firm of Vernis & Bowling of Southern Alabama, LLC, and enter their appearance on behalf of Defendant, Bass Homes, Inc. This notice is filed notwithstanding that our appearance was entered per the rules of procedure when we filed an answer and defenses for Bass Homes, Inc. on March 8, 2010 at 3:13 p.m.

*Counsel for Bass Homes is a participant in LexisNexis file and serve in accordance with Pretrial Order No. 6; however, we would request that our appearance in this litigation be noted by Plaintiff's and Defendant's liaison counsel for the purposes of notification of discovery events*

-1-

*outside of that system via whatever means have been prescribed by the Court, as we are not currently receiving notice of these events and wish to participate*.

Dated: April 29 , 2010.

    /s/ *James T. Patterson*
JAMES T. PATTERSON (PATTJ 0784)
*Counsel for Bass Homes, Inc.*

    /s/ *Ryan T. Northrup*
RYAN T. NORTHRUP (NORTR 7673)
*Counsel for Bass Homes, Inc.*

VERNIS & BOWLING of Southern Alabama, LLC
204 S. Royal Street
Mobile, AL 36602
Tel: (251) 432-0337
Fax: (251) 432-0244
JPatterson@Law-Alabama.com
RNorthrup@Law-Alabama.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of April, 2010.

    /s/ *James T. Patterson*
JAMES T. PATTERSON (PATTJ 0784)
*Counsel for Bass Homes, Inc.*