UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: 2:09-CV-03192-EEF-JCW | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * *

## ORDER

Considering the foregoing Ex Parte Motion to Extend Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** said motion is granted allowing Leroy J. Laporte, Jr., and Laporte Family Properties, L.L.C., and additional twenty one (21) days or until May 26, 2010, to answer or otherwise plead in this matter.

New Orleans, Louisiana, this ____29th____ day of ____April____, 2010.

_____
UNITED STATES DISTRICT JUDGE