## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

### ORDER ON MOTION FOR EXTENSION OF TIME
### TO FILE REPONSIVE PLEADINGS AND SUBMIT BUILDER PROFILE FORM

Considering the Motion for Extension of Time to File Responsive Pleadings and to Submit Builder Profile form filed on behalf of Defendant, Marigold Court, LLC;

Defendant, Marigold Court, LLC, is hereby granted through and until June 1, 2010 to file responsive pleadings and through and until May 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this 29th day of April, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE