UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF TIME OF JOHN KORN BUILDERS, LLC

**NOW INTO COURT**, through undersigned counsel, appearing specially herein, comes John Korn Builders, LLC, sought to be made defendant herein, which requests that this Court grant it a 30-day extension of time to file responsive pleadings to the Complaint herein on the following grounds:

1.   John Korn Builders, LLC was served with the Complaint in this case on February 5, 2010.

2.   John Korn Builders, LLC requests an additional 30 days to investigate the allegations in the Complaint and prepare appropriate responsive pleadings.

3.   Plaintiffs' Liaison Counsel has stated to counsel for John Korn Builders, LLC that Plaintiffs have no objection to this request for an extension of time.

4.   Mover certifies that this is its first request for extension of time filed in connection with

filing a response to the Complaint, and that this request is not interposed for purposes of delay.

5.     Mover preserves all of its rights and defenses in this matter (including defenses based on personal jurisdiction), and waives none of those.

                                            Respectfully submitted,

**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

S/ KEVIN L. COLE_____
**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email:  agibson@gjtbs.com
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
Attorneys for John Korn Builders, LLC

       -and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
Attorneys for John Korn Builders, LLC

**CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing *Motion for Extension of Time of John Korn Builders, LLC* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 29th day of April, 2010.

                                                 _____S/ KEVIN L. COLE_____
                                                      **KEVIN L. COLE**