UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING Motion for Extension of Time of John Korn Builders, LLC;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for John Korn Builders, LLC to file responsive pleadings in this case is extended until May 29, 2010.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
U. S. District Court Judge