UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO ALL CASES | * * * * | JUDGE ELDON E. FALLON<br><br>MAG.  JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE OF COUNSEL

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, Jacks Drywall, LLC.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated:  April 30, 2010

                                    Respectfully submitted,

                                    **UNGARINO & ECKERT, L.L.C.**

                                    By:  /s/ Matthew J. Ungarino
                                    Matthew J. Ungarino
                                    3850 N. Causeway Boulevard
                                    Suite 1280
                                    Metairie, LA   70002
                                    Telephone:  (504) 836-7565
                                    Facsimile:  (504) 836-7566
                                    E-Mail: mungarino@ungarino-eckert.com
                                    ***Attorney for Jacks Drywall, LLC***

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 30th day of April 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino