UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, individually, and
  on behalf of all others similarly situated,
  [ADDITIONAL PLAINTIFFS LISTED ON
  SCHEDULE OF PLAINTIFFS, ATTACHED
  HERETO AS EXHIBIT "A"],

        Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD
  (TIANJIN) CO., LTD; KNAUF
  PLASTERBOARD (WUHU) CO., LTD;
  KNAUF PLASTERBOARD (DONGGUAN)
  CO., LTD; [ADDITIONAL DEFENDANTS
  LISTED ON SCHEDULE OF DEFENDANTS,
  ATTACHED HERETO AS EXHIBIT "B"],

        Defendants.

CASE NO.: 09-7628
_____/

**DEFENDANT, NU WAY DRYWALL, LLC'S, THIRD EX PARTE
MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORMS**

Defendant, Nu Way Drywall, LLC, fully reserving any and all defenses, moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with Defendant Contractor/Installer Profile Forms in the above-captioned matter, and in support thereof states as follows:

1. On or about February 4, 2010, Nu Way Drywall, LLC was served with the Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Profile Forms are to be filed forty (40) days from service of process.

3. The undersigned has been diligently working to obtain the information necessary to complete the Defendant Contractor/Installer Profile Forms. Additional time is needed, however, to verify the information required and confirm its accuracy.

4. Additionally, Plaintiffs' filed an Amended Complaint with regard to this action.

5. Defendant therefore requests that the deadline for completing its Defendant Profile Forms be extended until May 30, 2010.

6. The undersigned previously contacted Plaintiffs' Liaison Counsel's office in an attempt to enter into an agreement regarding this request; however, Plaintiffs' Liaison Counsel's office advised that they could not agree to same.

7. This extension will neither prejudice any of the parties, nor delay this matter.

8. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Nu Way Drywall, LLC, respectfully requests this Court grant its extension of time, until May 30, 2010, to serve Plaintiffs' Liaison Counsel with the Defendant Contractor/Installer Profile Forms.

By: /s/ Tammy B. Denbo
**TAMMY B. DENBO, ESQUIRE**
Florida Bar No. 0163597
Masten, Lyerly, Peterson & Denbo, LLC
6906 West Linebaugh Avenue, Suite 101
Tampa, FL 33625
(813) 418-6400/office
(813) 217-9367/fax

TBD/dam

Attorneys for Defendants, KLEPK BROS. DRYWALL, INC. and NU WAY DRYWALL, LLC

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 30th day of April, 2010 this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esquire**; Defendants' Liaison Counsel, **Kerry Miller, Esquire**; Homebuilders' Liaison Counsel, **Phillip A. Wittmann, Esquire**, and Installers' Liaison Counsel, **Robert Voss Fitzsimmons, Esquire**, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

By: /s/ Tammy B. Denbo