UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED            MDL NO. 20427
DRYWALL PRODUCTS LIABILITY
LITIGATION                              SECTION "L"

THIS DOCUMENT RELATES TO:               JUDGE FALLON

                                        MAG. JUDGE WILKINSON

SEAN AND BETH PAYTON, individually, and
 on behalf of all others similarly situated,
 [ADDITIONAL PLAINTIFFS LISTED ON
 SCHEDULE OF PLAINTIFFS, ATTACHED
 HERETO AS EXHIBIT "A"],

            Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD
 (TIANJIN) CO., LTD; KNAUF
 PLASTERBOARD (WUHU) CO., LTD;
 KNAUF PLASTERBOARD (DONGGUAN)
 CO., LTD; [ADDITIONAL DEFENDANTS
 LISTED ON SCHEDULE OF DEFENDANTS,
 ATTACHED HERETO AS EXHIBIT "B"],

            Defendants.

CASE NO.: 09-7628
_____/

**ORDER ON DEFENDANT, NU WAY DRYWALL, LLC'S, THIRD EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORMS**

Upon consideration of the Third Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, Nu Way Drywall, LLC,

IT IS HEREBY ORDERED that the Third Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and

2

IT IS FURTHER ORDERED that Defendant, Nu Way Drywall, LLC, be granted an extension of time until May 30, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Contractor/Installer Profile Forms.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge