# BARRASSO · USDIN · KUPPERMAN FREEMAN & SARVER, L.L.C.
## COUNSELLORS AT LAW

**Catherine F. Giarrusso**
Direct Dial: (504) 589-9767
E-Mail: cgiarrusso@barrassousdin.com

*FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 APR 26  AM 3: 20
LORETTA G. WHYTE
CLERK*

13,738

April 22, 2010

Clerk of Court
USDC-EDLA
500 Poydras Street, Room C151
New Orleans, LA 70130

Re: *In re: Chinese Manufactured Drywall Products Liability Litigation*
    MDL No. 2047, Judge Fallon

Dear Clerk of Court:

Please remove Judy Y. Barrasso from the e-file notifications in the above-referenced matter only. Other attorneys in our office receive these notifications, so it is not necessary for Ms. Barrasso to receive the notifications.

Thank you for your assistance in this matter. Should you have any questions, please do not hesitate to contact me.

Sincerely,

*Catherine Giarrusso*

Catherine F. Giarrusso

CFG/asm

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

504-589-9700 · FAX: 504-589-9701
909 POYDRAS STREET, 24TH FLOOR · NEW ORLEANS, LOUISIANA 70112

157657