## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO.: 2:09-MD-2047 |
| | SECTION L |
| This Document Relates to: *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al.*, Court Case No. 10-361 _____/ | JUDGE FALLON MAGISTRATE WILKINSON |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, the undersigned counsel hereby enters his appearance as counsel of record on behalf of Defendants, MARINER VILLAGE TOWNHOMES, INC., UNITED HOMES, INC., and UNITED HOMES INTERNATIONAL, INC.

Respectfully submitted,

BY: /s/ Abbey L. Kaplan
Abbey L. Kaplan, *Admitted Pro Hac Vice*
Florida Bar No. 200255
KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
Email: akaplan@klugerkaplan.com

M0682025

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 3rd day of May, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      /s/ Abbey L. Kaplan
      Abbey L. Kaplan, Esquire

M0682025