## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al. VS. KNAUF GIPS, et al. CASE NO. 2:09-cv-7628 | * * * * | |

**************************************

## NOTICE OF APPEARANCE

Keely Y. Scott, Leigh F. Groves, and Cathy S. St. Pierre, of the law firm of **CRAWFORD LEWIS, P.L.L.C.**, give notice of their appearance as counsel of record for ROBERT CHAMPAGNE, GREAT SOUTHERN BUILDERS, LLC, in this case, reserving all rights and defenses. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this order. Defendant, ROBERT CHAMPAGNE, GREAT SOUTHERN BUILDERS, LLC, further avers that this Notice does not constitute a waiver of service.

Respectfully Submitted:

**CRAWFORD LEWIS, P.L.L.C.**

By:  /s/Catherine S. St. Pierre
Keely Y. Scott (#23932)
Leigh F. Groves (#23737)
Cathy S. St. Pierre (#18419)
450 Laurel Street, Suite 1600
Post Office Box 3656
Baton Rouge, LA 70821
Telephone: (225) 343-5290

                                            Facsimile: (225) 383-5508
                                    Attorneys for ROBERT CHAMPAGNE,
                                       GREAT SOUTHERN BUILDERS, LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of May, 2010.

                                          By: <u>/s/Catherine S. St. Pierre</u>
                                                  Catherine S. St. Pierre