UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2:09-MD-02047 |
| **This document relates to:** | JUDGE FALLON |
| NORTHSTAR HOLDINGS, INC., *et al.* | |
| v. | MAG: WILKINSON |
| GENERAL FIDELITY INSURANCE COMPANY, *et al.* **(2:10-cv-00384)** (E.D. La.) | |

## MID-CONTINENT CASUALTY COMPANY'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

Defendant, Mid-Continent Casualty Company ("MCC"), moves to dismiss the Complaint filed by Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B & A, LLC based upon lack of personal jurisdiction pursuant to Fed.R.Civ.P. 12(b)(2), for improper venue pursuant to 12(b)(3), and for failure to join necessary indispensable parties pursuant to 12(b)(7). Alternatively, MCC seeks to transfer venue of this action to the United States District Court for the Southern District of Florida pursuant to 28 U.S.C. § 1391 and 28 U.S.C. § 1406(a). The grounds in support of MCC's motion are set forth in the Memorandum concurrently filed with this Motion.

1

Respectfully submitted,

**LARZELERE PICOU WELLS
   SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:      /s/ Lee M. Peacocke
         **MORGAN J. WELLS, JR. (No. 18499)**
              mwells@lpwsl.com
         **LEE M. PEACOCKE (No. 18374)**
              lpeacocke@lpwsl.com

         AND

         **HINSHAW & CULBERTSON LLP
         RONALD L. KAMMER, T.A. (Fl. No. 360859)**
              rkammer@hinshawlaw.com
         **PEDRO E. HERNANDEZ (Fl. No. 30365)**
              phernandez@hinshawlaw.com
         9155 S. Dadeland Blvd., Suite 1600
         Miami, Florida  33156
         Telephone: (305) 428-5100
         Facsimile: (305) 577-1063

         **ATTORNEYS FOR DEFENDANT,
         MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

         /s/ Lee M. Peacocke
         LEE M. PEACOCKE

2