# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| **This document relates to:** | * JUDGE FALLON * * |
| NORTHSTAR HOLDINGS, INC. et al., v. MID-CONTINENT CASUALTY COMPANY., et al. (2:10-cv-00384) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF MICHAEL COON

Michael Coon, first being duly sworn, testifies as follows:

1. I am employed by of Mid-Continent Casualty Company ("MCC"). I am over the age of 21, and this Affidavit is based on my personal knowledge.

2. My former position was Executive Vice-President. My job duties as an Executive Vice President included underwriting, marketing, agency relations, loss control and premium audits. Included in these responsibilities is the determination of MCC's annual revenue on a state-by-state basis and the location of agents who sell insurance and surety bonds for MCC throughout the United States.

3. MCC is an Ohio corporation with its principal place of business in Tulsa, Oklahoma.

4. MCC does not maintain an office or have any employees in Louisiana. In addition, no entity owned or operated by MCC maintains an office in Louisiana.

5. MCC does not have any agreements with agents located in the State of Louisiana who are authorized to sell insurance on MCC's behalf in Louisiana.

*Affidavit of Michael Coon*

6. MCC does not issue commercial general liability ("CGL") insurance for any construction business in Louisiana for developers, general contractors, or subcontractors.

7. All of the policies issued to Precision Drywall referred to in Northstar Holdings, Inc., et al. v. Mid-Continent Casualty Company, Case No: 9:10-cv-80457-JIC, litigation were issued in Florida to a Florida corporation. The policies were delivered to this insured in Florida for the construction of projects located in Florida. All of the policies contain a designated work exclusion specifically excluding coverage for construction work of any kind in Louisiana.

8. The insurance premiums generated in Louisiana were for insureds in the crop dusting and subsurface gas tanks industries.

9. I reviewed premiums generated by MCC in Louisiana.

10. In the past four (4) years, MCC's total premium generated in Louisiana, as compared to MCC's total premium revenue were:

| 2006 | |
|---|---|
| Insurance | .26% |
| Bond/Surety | .13% |
| **Total** | **.39%** |

| 2007 | |
|---|---|
| Insurance | .21% |
| Bond | .07% |
| **Total** | **.28** |

| 2008 | |
|---|---|
| Insurance | .30% |
| Bond | .15% |
| **Total** | **.45%** |

| 2009 | |
|---|---|
| Insurance | .51% |
| Bond | .21% |
| **Total** | **.72%** |

FURTHER AFFIANT SAYETH NAUGHT.

2

*Affidavit of Michael Coon*

_____
MICHAEL COON

STATE OF OKLAHOMA
COUNTY OF Tulsa

SWORN TO AND SUBSCRIBED BEFORE ME this 30th day of April, 2010 by Michael Coon, ☐ who is personally known to me or ☐ who has produced his Drivers License as identification and who ☐ did ☐ did not take an oath.

Notary Public, State of Oklahoma at Large

Type or Print Name: Sharon Hackl

My Commission Expires: 10/11/10

[Notary Seal: State of Oklahoma, SHARON HACKL, TULSA COUNTY, COMMISSION #08008925, Comm. Exp. 10-11-2010]

3