UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED<br>DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2:09-MD-02047 |
| **This document relates to:** | JUDGE FALLON |
| NORTHSTAR HOLDINGS, INC., *et al.* | |
| v. | MAG: WILKINSON |
| GENERAL FIDELITY INSURANCE<br>COMPANY, *et al.*<br>**(2:10-cv-00384)** (E.D. La.) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, will bring Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively, Motion to Transfer Venue on for hearing on July 28, 2010 at 9:00 a.m. in the court room of United States District Court Judge Eldon E. Fallon, which is located in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Respectfully submitted,

**LARZELERE PICOU WELLS
    SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

**BY:**     */s/ Lee M. Peacocke*
**MORGAN J. WELLS, JR. (La. No. 18499)**
    mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
    lpeacocke@lpwsl.com

**AND**

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
    rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
    phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

    /s/ Lee M. Peacocke
    LEE M. PEACOCKE

2