UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2:09-MD-02047 |
| **This document relates to:** | JUDGE FALLON |
| NORTHSTAR HOLDINGS, INC., *et al.* | |
| v. | MAG: WILKINSON |
| GENERAL FIDELITY INSURANCE COMPANY, *et al.* **(2:10-cv-00384)** (E.D. La.) | |

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, defendant, Mid-Continent Casualty Company, respectfully requests that oral argument be heard with respect to the hearing of Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively, Motion to Transfer Venue, which is presently scheduled for July 28, 2010 at 9:00 a.m.

Respectfully submitted,

LARZELERE PICOU WELLS
SIMPSON LONERO, LLC
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:    /s/ Lee M. Peacocke
MORGAN J. WELLS, JR. (La. No. 18499)
mwells@lpwsl.com
LEE M. PEACOCKE (La. No. 18374)
lpeacocke@lpwsl.com

AND

HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)
rkammer@hinshawlaw.com
PEDRO E. HERNANDEZ (Fl. No. 30365)
phernandez@hinshawlaw.com
9155 S.  Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing REQUEST FOR ORAL ARGUMENT has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE