UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KENNETH AND BARBARA WILTZ,
individually, and on behalf of all others
similarly situated,

        Plaintiffs,

v.

BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.

        Defendants.

Civil Action No. 10-361
Section L  Mag 2

## NOTICE OF APPEARANCE

Without waiving any objections, including objections to jurisdiction and venue, undersigned counsel hereby enters a limited appearance on behalf of Defendant Renar Development Company and, pursuant to Pre-Trial Order No. 1F in MDL No. 2047, Section L, will file a responsive pleading within fifty days of service.

Certificate of Service. I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent to all counsel of record via ECF and via telefax (504) 561-6024 and U.S. Mail to Russ M. Herman, Esq., Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, LA 70113 this ___ day of May 2010.

Respectfully submitted,

_____
Eric G. Olsen, Esq.
Florida Bar No. 0310956
Law Offices of Eric G. Olsen
1333 NE Jensen Beach Boulevard
Jensen Beach, Florida 34957
Tel: (772) 225-3393
Fax: (772) 225-3394
Attorney for Defendant
Renar Development Company.

**Notice of Appearance**