UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al.,* Case No. 10-0720 (E.D. La.) | * * * | |

## MOTION AND ORDER FOR LEAVE OF COURT TO FILE THIRD PARTY DEMAND

**NOW INTO COURT**, through undersigned counsel, comes defendant, Hal Collums Construction, L.L.C. ("Collums"), which moves this Honorable Court to permit the filing of this Third Party Demand against Knauf Plasterboard (Tianjin) Co., Ltd; Knauf Gips KG; Knauf International, Gmbh; Knauf Insulation Gmbh; (collectively known as "the Knauf Entities") and Interior/Exterior Building Supply, Limited Partnership; Interior/Exterior Enterprises, L.L.C. (collectively known as "Interior/Exterior"). This Third Party Demand primarily seeks defense and indemnity against the manufacturer(s) and/or the supplier(s) of Chinese drywall. The filing of this Third Party Demand will not impede the orderly progress of the litigation.

**WHEREFORE**, Hal Collums Construction, L.L.C. prays for leave of court to file this Third Party Demand against the Knauf Entities and Interior/Exterior.

1

Respectfully submitted,

BY: /s/ Amos H. Davis
AMOS H. DAVIS, #4718
Attorney at Law
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809
Telephone: (225) 248-1400

**Attorney for Hal Collums Construction, L.L.C.**

## CERTIFICATE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on the 4 day of May, 2010.

/s/ Amos H. Davis
Amos H. Davis

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * * | MDL NO. 2047 SECTION "L" JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: *Timothy and Ashley Francis v. Colony Insurance Company, et al..,* Case No. 10-0720 (E.D. La.) | | |

## ORDER

Considering the Motion and Order for Leave of Court to File Third Party Demand by defendant, Hal Collums Construction, L.L.C.:

IT IS ORDERED that defendant, Hal Collums Construction, L.L.C., be granted leave to file the referenced Third Party Demand.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE