## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al.,* Case No. 10-0720 (E.D. La.) | * * * | |

### MEMORANDUM IN SUPPORT OF MOTION AND ORDER FOR LEAVE OF COURT TO FILE THIRD PARTY DEMAND

MAY IT PLEASE THE COURT:

Plaintiffs, Timothy Francis and Ashley Francis, filed suit against Hal Collums Construction, L.L.C. ("Collums") and Colony Insurance Company ("Colony") in the Civil District Court for the Parish of Orleans, Docket No. 2009-12866, Div. "L" on December 9, 2009. Specifically, the plaintiffs contend that in 2005 Collums, a general contractor, installed Chinese drywall in their home located at 1015 Peniston Street, New Orleans, Louisiana ("the House"). The plaintiffs contend that the Chinese drywall was manufactured by Knauf Plasterboard (Tianjin) Company, Ltd., and/or Knauf's related entities, as evidenced by the labeling on the reverse side "Knauf" and "Tianjin" and "Chin." The plaintiffs further contend that their home suffered physical damage.

On January 6, 2010, Collums filed its Answer denying any liability and asserting its affirmative defenses. On January 22, 2010, the plaintiffs amended their lawsuit to add their homeowner's insurer, Great Northern Insurance Company ("Chubb"), as a defendant. Chubb subsequently removed the state court suit to the United States District Court for the Eastern

District of Louisiana, bearing the above caption and docket number. In response, the plaintiffs filed a Motion to Remand, which is currently pending with the Court.

Collums purchased the drywall that was installed in the House from third party defendant, Interior/Exterior Building Supply, Limited Partnership and/or Interior/Exterior Enterprises, L.L.C. (collectively known as "Interior/Exterior"). Collums did not design, manufacture, construct or treat the Knauf drywall supplied by Interior/Exterior. Accordingly, Knauf, as the manufacturer, and/or Interior/Exterior, as the supplier, should be required to defend and indemnify Collums. Knauf and Interior/Exterior, one or both, are indispensable parties or, alternatively, necessary parties to this litigation.

For the foregoing reasons, Hal Collums Construction, LLC, prays that it be provided with leave of court to file its Third Party Demand against the Knauf entities and Interior/Exterior.

Respectfully submitted,

By: /s/ Amos H. Davis

AMOS H. DAVIS, #4718
Attorney at Law
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809
Telephone: (225) 248-1400

**Attorney for Hal Collums Construction, L.L.C.**

### CERTIFICATE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on the 4 day of May, 2010.

/s/ Amos H. Davis

2