UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al.,* Case No. 10-0720 (E.D. La.) | * * * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Hal Collums Construction, L.L.C.'s, Motion for Leave of Court to File Third Party Complaint is set for hearing before Judge Eldon Fallon on Wednesday, May 26, 2010 at 10:00 a.m., or as soon thereafter as counsel may be heard.

Respectfully submitted,

BY: _/s/ Amos H. Davis_
AMOS H. DAVIS, #4718
Attorney at Law
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809
Telephone: (225) 248-1400

Attorney for Hal Collums Construction, L.L.C.

## CERTIFICATE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on the 4 day of May, 2010.

_____
Amos H. Davis