UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : <br><br> THIS APPLIES TO: PAYTON (09-7628) | MDL NO: 2047 <br><br> SECTION: L <br><br> JUDGE: FALLON <br> MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF
KNAUF PLASTERBOARD (TIANJIN) CO., LTD'S
MOTION TO COMPEL DISCOVERY FROM
PAUL CLEMENT AND CELESTE SCHEXNAYDRE**

Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") hereby submits this memorandum in support of its Motion to Compel Discovery From Paul Clement and Celeste Schexnaydre pursuant to Fed.R.Civ.Proc. Rule 37. KPT requests an Order compelling Plaintiffs, Paul Clement and Celeste Schexnaydre ("Plaintiffs") to respond to those discovery requests without further delay. In support, KPT shows as follows:

On April 16, 2010, KPT served is First Set of Interrogatories and First Request for Production of Documents and Things to Plaintiffs. See Exhibit "A" (DLC's First Request for Production of Document and Things To Defendant Homebuilders Related to Repair or Remediation). KPT's discovery requests were focused on Plaintiffs' claims and alleged damages, and requested, among other things, documents necessary for KPT to prepare its defense.

This Court's desire to move this matter with expediency is well documented. In fact, as the Court is well aware, the trial of this matter is schedule little more than one month from now on June 21, 2010. KPT is mindful of the Court's desire to expedite the hearing, and thus requested a return date on its

discovery to Plaintiffs within ten (10) days from the date of service. However, eighteen (18) days later, Plaintiffs have provided no written objections or responses to KPT's discovery requests.

Given the time constraints imposed by the Court, the need to review Plaintiffs' discovery responses, and the need to conduct Plaintiffs' and expert depositions using the discovery responses, KPT respectfully requests that the Court order Plaintiffs' to respond to KPT's discovery without further delay.

In an effort to expedite service of Plaintiffs' responses and pursuant to Local Rule 37.1, KPT has spoken with counsel for Plaintiffs, inquiring as to the status of the discovery responses, and requesting production of same without Court intervention. While counsel has expressed a desire to resolve this discovery dispute without the need for Court intervention, out of an abundance of caution, and in light of expedited nature of this litigation, undersigned counsel had to file this motion to protect their client's interests. Nevertheless, in the interim, KPT will continue to work with Plaintiffs to resolve this discovery issue.

**WHEREFORE,** KPT prays for entry of an Order directing Plaintiffs to respond to discovery without further delay.

        Respectfully submitted,

        s/Kyle A. Spaulding
        Miles P. Clements (LA Bar No. 4184)
        Peter E. Sperling (LA Bar No. 17812)
        Kerry Miller (LA Bar No. 24562)
        Kyle A. Spaulding (LA Bar No. 29000)
        Paul C. Thibodeaux (LA Bar No. 29446)
        FRILOT L.L.C.
        1100 Poydras Street
        Suite 3700
        New Orleans, Louisiana 70163
        Telephone:   (504) 599-8194
        Facsimile:    (504) 599-8145
        Email: kmiller@frilot.com

Donald J. Hayden  
BAKER & McKENZIE LLP  
Mellon Financial Center  
1111 Brickell Avenue, Suite 1700  
Miami, FL 33131  
Telephone: (305) 789-8966  
Facsimile: (305) 789-8953  
Email:donald.j.hayden@bakermckenzie.com  

Richard M. Franklin  
Douglas B. Sanders  
BAKER & MCKENZIE LLP  
130 E. Randolph Drive  
One Prudential Plaza  
Chicago, IL 60601  
Telephone: (312) 861-8075  
Facsimile: (312) 698-2375  
Email: douglas.b.sanders@bakermckenzie.com  

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail <u>or</u> by hand delivery and counsel for Plaintiff, Paul Clement and Celeste Schexnaydre, by email and U.S. mail, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May 2010.

s/ Kyle A. Spaulding