UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO: 2047 |
| | : | |
| | : | SECTION: L |
| THIS APPLIES TO: PAYTON (09-7628) | : | |
| | : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

## LOCAL RULE 37.1 CERTIFICATE

Pursuant to Local Rule 37.1, the undersigned hereby certifies that counsel for Knauf Plasterboard (Tianjin) Co., Ltd. has corresponded with counsel for Plaintiffs, Paul Clement and Celeste Schexnaydre regarding the delinquent discovery responses, but to date Plaintiffs have failed to provide responses to said discovery.

Respectfully submitted,

s/Kyle A. Spaulding
Miles P. Clements (LA Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
Email:  kmiller@frilot.com

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

                Richard M. Franklin
                Douglas B. Sanders
                BAKER & MCKENZIE LLP
                130 E. Randolph Drive
                One Prudential Plaza
                Chicago, IL 60601
                Telephone:  (312) 861-8075
                Facsimile:  (312) 698-2375
                Email: douglas.b.sanders@bakermckenzie.com

                *Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail <u>or</u> by hand delivery and counsel for Plaintiff, Paul Clement and Celeste Schexnaydre, by email and U.S. mail, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May 2010.

                s/ Kyle A. Spaulding