UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: KENNETH AND BARBARA WILTZ, et al. | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| vs. | * * * | |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. | * * * | |
| CASE NO.: 10-361 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AND REQUEST FOR
## SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Valerie B. Greenberg and Stacy J. Harrison of the law firm of Akerman Senterfitt, and hereby enroll as counsel on behalf of Defendant, Aranda Homes, Inc.  It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Valerie B. Greenberg
 Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
 Stacy J. Harrison, Esq. (Fla. Bar No. 044109)
 One Southeast Third Avenue, 25th Floor
 Miami, FL  33131-1714
 Phone:  (305) 374-5600
 Fax:  (305) 374-5095
 Email:  valerie.greenberg@akerman.com
  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

{M2929666;1}

Co-Counsel for Aranda Homes, Inc.

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

                                                          /s/ Valerie B. Greenberg