UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: PAYTON (09-7628) | : : | JUDGE: FALLON |
| | : | MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR EXPEDITED HEARING ON KNAUF PLASTERBOARD (TIANJIN) CO., LTD'S MOTION TO COMPEL DISCOVERY FROM PAUL CLEMENT AND CELESTE SCHEXNAYDRE

NOW COMES Knauf Plasterboard (Tianjin) Co., Ltd, who moves this Court for an order setting the hearing on its Motion to Compel Discovery From Paul Clement and Celeste Schexnaydre on a date and time chosen by the Court. Due to the expediency with which this case is moving and the need to obtain documents from Plaintiffs, KPT requires responses to its discovery to the homebuilders without further delay, and requests that the Court set the hearing on this issue as soon as possible.

Respectfully submitted,

s/Kyle A. Spaulding
Miles P. Clements (LA Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email:  kmiller@frilot.com

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email:donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, by U.S. Mail and e-mail or by hand delivery and counsel for Plaintiff, Paul Clement and Celeste Schexnaydre, by email and U.S. mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May 2010.

s/ Kyle A. Spaulding