UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : : : THIS APPLIES TO: PAYTON (09-7628) : : : | MDL NO: 2047 <br><br> SECTION: L <br><br> JUDGE: FALLON <br> MAG. JUDGE WILKINSON |

### ORDER

Considering the Motion for Expedited Hearing on Knauf Plasterboard (Tianjin) Co., Ltd's Motion to Compel Discovery From Paul Clement and Celeste Schexnaydre;

IT IS HEREBY ORDERED that the hearing on KPT's Motion to Compel Discovery From Paul Clement and Celeste Schexnaydre will be held on May __, 2010, in this Court, 500 Poydras Street, Room C456, New Orleans, Louisiana.

_____
JUDGE ELDON E. FALLON