UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION          MDL NO. 2047

                                       SECTION: L

THIS DOCUMENT RELATES TO               JUDGE: Fallon
Kenneth and Barbara Wiltz, et al. v. Beijing New    MAG. JUDGE WILKINSON
Building Materials Public Ltd. Co., et al.
Case No: 2:10-cv-00361 (E.D.La.)
_____/

## NOTICE OF SPECIAL APPEARANCE

The law firm of Roetzel & Andress, LPA, and the undersigned attorney, John Armando Boudet, Esquire, hereby file their special appearance to contest personal jurisdiction on behalf of Defendant, Holiday Builders, Inc., a Florida corporation, in Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al., United States District Court for the Eastern District of Louisiana, Case No:10-cv-00361 and request that all future papers filed in this case be served on said undersigned attorney.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*

308343 v_02 \ 108652.0056

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF SPECIAL APPEARANCE, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

/s /John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc.*