

**STALLINGS &
BISCHOFF, P.C.**
ATTORNEYS AND COUNSELORS AT LAW



Direct Dial: 757-416-6012
Direct Fax: 757-428-6982
*Please Reply to Virginia Beach Office

April 29, 2010

Office of the Clerk
United States District Court for the Eastern District of Louisiana
500 Poydras Street, Room C151
New Orleans, LA 70130-3313

Re:   *Kenneth and Barbara Wiltz v. Beijing Building Materials Public, Ltd, et al.*

Dear Sir/Madam:

Please be advised that, due to a clerical error, the attached letter copied to the Court on April 26, 2010 was inadvertently filed for the wrong case.   I sincerely apologize for this inconvenience and respectfully request that the Court disregard the attached letter originally mailed to the Court on Monday, April 26, 2010.

Very truly yours,

Jonathan L. Stone

Enclosures
JLS/cmb

cc:   Russ M. Herman, Esquire

_Fee _____
_Process _____
x _Dktd _____
_CtRmDep_____
_Doc. No._____

VIRGINIA BEACH
2101 Parks Avenue, Suite 801, P.O. Box 1687
Virginia Beach, Virginia 23451-4160
757-422-4700 • Fax 757-422-3320

www.sb-lawgroup.com

SUFFOLK
143 North Main Street
Suffolk, Virginia 23434-4507
757-935-9065 • Fax 757-935-9067