

## STALLINGS & BISCHOFF, P.C.
ATTORNEYS AND COUNSELORS AT LAW

Direct Dial: 757-416-6012
Direct Fax: 757-428-6982
*Please Reply to Virginia Beach Office

April 27, 2010

*CA - 10-361 w/2*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

Re:   *Kenneth and Barbara Wiltz v. Beijing Building Materials Public, Ltd, et al.*

Dear Gentlemen:

Enclosed please find a copy of the summons in a civil action delivered to my office on Wednesday, April 23, 2010. This summons in a civil action is being returned to you as I am not designated by law to accept service on behalf of Stone Development, LLC.

I am not the registered agent of Stone Development, LLC, nor have I made an appearance as attorney of record in the civil action pending in the U.S. District Court for the Eastern District of Louisiana. Your attempt to serve the enclosed summons in a civil action upon an attorney who is not designated by law to accept service on behalf of Stone Development, LLC is a violation of statue and the Rules of the Court. Furthermore, your process server simply leaving a summons on a reception desk is not good service under Virginia law or the Rules of the Court.

You are thereby officially noticed of my objection to your attempt to improperly serve this summons in a civil action.

Very truly yours,

Jonathan L. Stone

Enclosures
JLS/cmb

cc:    United States District Court for the Eastern District of Louisiana

VIRGINIA BEACH
2101 Parks Avenue, Suite 801, P.O. Box 1687
Virginia Beach, Virginia 23451-4160
757-422-4700 • Fax 757-422-3320

www.sb-lawgroup.com

SUFFOLK
143 North Main Street
Suffolk, Virginia 23434-4507
757-935-9065 • Fax 757-935-9067

AO 440 (Rev. 02/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| Kenneth and Barbara Wiltz | ) |
| _____ | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No.  10-361 Section L Mag 2 |
| Beijing New Building Materials Public Ltd. Co., et al | ) |
| _____ | ) |
| *Defendant* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Stone Development, LLC
303 34th Street - Ste. 5
Virginia Beach, VA 23451

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Loretta G. Whyte

Date:  Mar 19 2010

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.   10-361 Section L Mag 2

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

❒ I personally served the summons on the individual at *(place)*

on *(date)*                                                     ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                           , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)*                                                     , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                                    ; or

❒ I returned the summons unexecuted because                                                     ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                                          *Server's signature*

                                                          _____
                                                          *Printed name and title*


                                                          _____
                                                          *Server's address*

Additional information regarding attempted service, etc: