IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## REQUEST FOR COPIES

Comes now Defendant, Management Services of Lee County, Inc. (f/k/a Paul Homes, Inc.), and requests that Defendant, LaSuprema Trading, Inc., produce copies of all documents identified and/or produced by LaSuprema Trading, Inc. in response to Plaintiffs' Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) and Subpoena for Documents filed and served on April 16, 2010.

Defendant will pay reasonable costs incurred for said copies.

Dated this 4th day of May, 2010.

                                                    Respectfully submitted,

                                                    **AKERMAN SENTERFITT**
                                                    *Attorneys for Defendants Managemnt Services of Lee County, Inc. (f/k/a Paul Homes, Inc.*
                                                    Las Olas Centre II, Suite 1600
                                                    350 East Las Olas Boulevard
                                                    Fort Lauderdale, FL  33301-2229
                                                    Phone:  (954) 463-2700
                                                    Fax:     (954) 463-2224
                                                    Email:  leslie.tomczak@akerman.com

                                                    By: /s/ Leslie Miller Tomczak
                                                        STACY BERCUN BOHM
                                                        Florida Bar Number:  022462
                                                        LESLIE MILLER TOMCZAK
                                                        Florida Bar Number:  0126489

{FT670095;1}

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Copies has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

                                            /s/ Leslie Miller Tomczak
                                            Leslie Miller Tomczak