IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT APPLIES TO ALL | * | JUDGE FALLON |
| CASES | * | MAG. JUDGE WILKINSON |

## REQUEST FOR COPIES

Comes now Defendant, Management Services of Lee County, Inc. (f/k/a Paul Homes, Inc.), and requests that Defendant, LaSuprema Enterprise, Inc., produce copies of all documents identified and/or produced by LaSuprema Enterprise, Inc. in response to Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) and Subpoena for Documents filed and served on April 16, 2010.

Defendant will pay reasonable costs incurred for said copies.

Dated this 4th day of May, 2010.

Respectfully submitted,

**AKERMAN SENTERFITT**
*Attorneys for Defendants*
*Management Services of Lee County, Inc.*
*(f/k/a Paul Homes, Inc.).*
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:     (954) 463-2224
Email:  leslie.tomczak@akerman.com

By  /s/ Leslie Miller Tomczack
STACY BERCUN BOHM
Florida Bar Number:  022462
LESLIE MILLER TOMCZAK
Florida Bar Number:  0126489

{FT670094;1}

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a true and correct copy of the foregoing Request for Copies has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail upon all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of May, 2010.

                                                    Leslie Miller Tomczak