**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| SEAN AND BETH PAYTON, *et al.*, individually, and on behalf of all others similarly situated, | MDL No. 2047 |
| | SECTION: "L" |
| **Plaintiffs,** | JUDGE FALLON |
| v. | MAG. JUDGE WILKINSON |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; *et al.*, | JURY TRIAL DEMAND |
| **Defendants.** | |
| CASE NO. 2:09-CV-7628 | |

## NOTICE OF ADDITIONAL APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without

waiver of any defenses, **Dwight J. Davis**, **S. Stewart Haskins**, and **Zachary A. McEntyre,**

King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, ddavis@kslaw.com,

shaskins@kslaw.com, zmcentyre@kslaw.com, hereby enter their appearance as additional

1015075v.1

counsel of record for Defendant The Home Depot U.S.A., Inc. in the captioned matter.  Please

update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

*/s/ Jackie M. McCreary*
Carmelite S. Bertaut, 3054
   cbertaut@stonepigman.com
Jackie M. McCreary, 28676
   jmccreary@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

        and

Dwight J. Davis, Georgia Bar No. 208055
   ddavis@kslaw.com
S. Stewart Haskins, Georgia Bar No. 336104
   shaskins@kslaw.com
Zachary A. McEntyre, Georgia Bar No. 653571
   zmcentyre@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax:    (404) 572-5139

*Counsel for The Home Depot, U.S.A., Inc.*

1015075v.1

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Additional Appearance has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 5th day of May, 2010.

I further certify that the above and foregoing Notice of Additional Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2010.

*/s/Jackie M. McCreary*

1015075v.1