UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, *et al.*, individually, and on behalf of all others similarly situated, | MDL No. 2047 |
| | SECTION: "L" |
| Plaintiffs, | JUDGE FALLON |
| v. | MAG. JUDGE WILKINSON |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.; *et al.*, | JURY TRIAL DEMAND |
| Defendants. | |
| CASE NO. 2:10-CV-361 | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **Carmelite M. Bertaut** and **Jackie M. McCreary,** Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130, 504-581-3200, cbertaut@stonepigman.com and jmccreary@stonepigman.com, and **Dwight J. Davis**, **S. Stewart Haskins**, and **Zachary A. McEntyre,** King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, ddavis@kslaw.com, shaskins@kslaw.com, zmcentyre@kslaw.com,

hereby enter their appearance as counsel of record for Defendant The Home Depot U.S.A., Inc. in the captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

                Respectfully submitted,

                */s/ Jackie M. McCreary*
                Carmelite S. Bertaut, 3054
                  cbertaut@stonepigman.com
                Jackie M. McCreary, 28676
                  jmccreary@stonepigman.com
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax:    504-581-3361

                    and

                Dwight J. Davis, Georgia Bar No. 208055
                  ddavis@kslaw.com
                S. Stewart Haskins, Georgia Bar No. 336104
                  shaskins@kslaw.com
                Zachary A. McEntyre, Georgia Bar No. 653571
                  zmcentyre@kslaw.com
                KING & SPALDING LLP
                1180 Peachtree Street, N.E.
                Atlanta, Georgia 30309
                Phone: (404) 572-4600
                Fax:    (404) 572-5139

                *Counsel for The Home Depot, U.S.A., Inc.*

1015666v.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 5th day of May, 2010.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2010.

                                              */s/Jackie M. McCreary*