UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION:  L |
| THIS DOCUMENT RELATES TO:<br>Kenneth and Barbara Wiltz v. Beijing New Building Materials Public Limited Co., et al.<br>Case No. 2:10-CV-00361<br>.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

  PLEASE TAKE NOTICE that, without acknowledging the jurisdiction of this Court and subject to all reservation of rights and without waiver of any defenses, the law firm of Hill, Ward & Henderson, P.A. enters its appearance as counsel of record for Defendant, Standard Pacific of South Florida GP, Inc., and requests that all future pleadings and correspondence be directed to the undersigned.

                                                                  s/ Brian L. Josias
                                                                  Rocco Cafaro, Florida Bar No. 507121
                                                                  Lara J. Tibbals, Florida Bar No. 129054
                                                                  Brian L. Josias, Florida Bar No. 893811
                                                                  HILL, WARD & HENDERSON, PA
                                                                  101 East Kennedy Boulevard, Suite 3700
                                                                  Tampa, Florida  33602-2231
                                                                  Tel: (813) 221-3900
                                                                  Fax: (813) 221-2900

                                                                  Counsel for Standard Pacific of South Florida GP, Inc.

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2010.

                                  s/ Brian L. Josias
                                  Brian L. Josias
                                  Counsel for Standard Pacific of South Florida GP, Inc.

1610678v1