IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

(This Document Relates to <u>Wiltz, et.al. v.
Beijing New Building, et al;</u> Case No. 2:10-CV-361)

_____/

MDL NO.:  2047

SECTION: L MAG 2

JUDGE FALLON

MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, K. Hovnanian First Homes, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: May 5, 2010

>Respectfully submitted,
>
>BILZIN SUMBERG BAENA PRICE
>& AXELROD LLP
>Attorneys for KHFH
>2500 Wachovia Financial Center
>200 South Biscayne Boulevard
>Miami, Florida 33131
>Tel.: (305)374-7580   Fax: (305)374-7593
>
>BY:    /s/ *Melissa Pallett-Vasquez*
>       ROBERT W. TURKEN, ESQ.
>       Florida Bar No. 306355
>       rturken@bilzin.com
>       ADAM F. HAIMO, ESQ.
>       Florida Bar No. 502731
>       ahaimo@bilzin.com
>       MELISSA PALLETT-VASQUEZ, ESQ.
>       Florida Bar No.  715816
>       mpallett@bilzin.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2010.

By: *Melissa Pallett-Vasquez*
      Melissa Pallett-Vasquez