UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY  LITIGATION | * | MDL ON. 2047 |
| | * | |
| THIS DOCUMENT RELATES TO THE | * | JUDGE FALLON |
| FOLLOWING FOUR CASES: | * | |
| | * | MAG. WILKINSON |
| | * | |
| THOMAS WEST, SR. AND GLORIA WEST | * | |
| Versus STATE FARM FIRE AND CASUALTY | * | |
| COMPANY | * | |
| *Case No. 09-6356* | * | |
| | * | |
| VAL LOUIS HUFT AND AUDREY HUFT | * | |
| versus INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| ET AL, | * | |
| *Case No. 09-7016* | * | |
| | * | |
| LUCILLE BOURDON versus | * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY, ET AL | * | |
| *Case No. 09-7025* | * | |
| | * | |
| PATRICK AND KATHLEEN DENNIS versus | * | |
| STATE FARM FIRE & CASUALTY COMPANY, | * | |
| *Case No. 09-7560* | * | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**STATE FARM'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO COURT,** through undersigned counsel, comes Defendant, State Farm Fire and Casualty Company, which requests that CHARLES L. CHASSAIGNAC, IV  of  Porteous, Hainkel & Johnson's Baton Rouge, Louisiana office be added as additional  counsel of record for State Farm in the four following cases which are  part of the Chinese Drywall Products Liability

1

MDL : (1) No. 09-6356, Thomas West and Gloria West v. State Farm Fire & Casualty Company; (2) No. 09-7016, Val Louis Huft and Audrey Huft vs. Interior/Exterior Building Supply, et al; (3) Lucille Bourdon v. Interior Exterior Building Supply, et al; and (4) No. 09-0756, Kathleen Dennis and Patrick Dennis v. Interior Exterior Building Supply.

**WHEREFORE,** Defendant State Farm Fire and Casualty Company, requests that Charles L. Chassaignac, IV  be enrolled as additional counsel for State Farm Fire and Casualty Company.

PORTEOUS, HAINKEL & JOHNSON, L.L.P.

/s/ Adrianne L. Baumgartner

**ADRIANNE L. BAUMGARTNER (#2861)**
**DARRIN M. O'CONNOR  (#24582)**
**EMILY STICKNEY MORRISON  (#18351)**
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

/s/ Charles L. Chassaignac, IV
**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
Fax: (225-383-7900
cchassaignac@phjlaw.com

                    **JAMES R. NIESET JR. (#24856)**
                    Porteous, Hainkel & Johnson, L.L.P.
                    704 Carondelet Street
                    New Orleans, LA 70130-3774
                    Telephone: (504) 581-3838
                    Facsimile: (504) 581-4069
                    jnieset@phjlaw.com

                    **Counsel for State Farm Fire & Casualty Company**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Enroll Additional Counsel has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of May, 2010.

                                              /s/ Adrianne L. Baumgartner