UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL No. 2047** |
| | * | **Sect. L (2)** |
| | * | **JUDGE FALLON** |
| **THOMAS WEST, SR. AND GLORIA WEST** | * | |
| Versus **STATE FARM FIRE AND CASUALTY** | * | **MAG. WILKINSON** |
| **COMPANY** *Case No. 09-6356* | * | |
| | * | |
| **VAL LOUIS HUFT AND AUDREY HUFT** | * | |
| versus **INTERIOR/EXTERIOR BUILDING SUPPLY,** | * | |
| **ET AL,** *Case No. 09-7016* | * | |
| | * | |
| **LUCILLE BOURDON versus** | * | |
| **INTERIOR/EXTERIOR BUILDING SUPPLY, ET AL** | * | |
| *Case No. 09-7025* | * | |
| | * | |
| **PATRICK AND KATHLEEN DENNIS versus** | * | |
| **STATE FARM FIRE & CASUALTY COMPANY,** | * | |
| *Case No. 09-7560* | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel of Record filed on behalf of Defendant, State Farm Fire and Casualty Company is **GRANTED**, and that Charles L. Chassaignac, IV be enrolled as counsel of record.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____ 2010.

_____
**UNITED STATES DISTRICT JUDGE**
**EASTERN DISTRICT OF LOUISIANA**

4