# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al.<br>Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

## ORDER

Given the foregoing Second Ex Parte Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Mariner Village Townhomes, Inc., is hereby granted an extension of time until May 30, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 4th day of May, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE