UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
   PRODUCTS LIABILITY LITIGATION     : SECTION: L
                                     :
                                     : JUDGE FALLON
                                     : MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Payton, et al. v. Knauf Gips KG, et al.,* **Case No. 09-7628**

## ORDER

In consideration of the forthcoming bellwether trial set to commence on June 21, 2010, IT IS ORDERED that the parties in this trial submit to the Court, within five (5) days, a proposed Pretrial Order, which is to include the name and case number of the cases selected for trial, proposed scheduling and discovery deadlines, a proposed Pretrial Conference date and time, and proposed pretrial form. If the parties are unable to reach an agreement on the proposed Pretrial Order, IT IS FURTHER ORDERED that the parties submit their individual drafts to the Court, from which the Court will formulate and issue a final Pretrial Order.

New Orleans, Louisiana, this 5th day of May 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE