UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al. Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

**ORDER**

Upon consideration of Defendant United Homes, Inc.'s Second Ex-Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, United Homes, Inc., is hereby granted a thirty (30) day extension of time, or until June 7, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint. Should Plaintiffs file an Amended Class Action Complaint prior to June 7, 2010, Defendant, United Homes, Inc., shall have thirty (30) days to respond to Plaintiffs' Amended Class Action Complaint.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE