## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
      PRODUCTS LIABILITY LITIGATION     SECTION L

THIS DOCUMENT RELATES TO:     JUDGE FALLON

Sean and Beth Payton et al. v. Knauf Gips KG et al.     MAGISTRATE WILKINSON
Case No. 2:09-cv-07628-EEF-JCW

_____

## ORDER

Upon consideration of Defendant Mariner Village Townhomes, Inc.'s Second Ex-Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, Mariner Village Townhomes, Inc., is hereby granted a thirty (30) day extension of time, or until June 7, 2010, to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint. Should Plaintiffs file an Amended Class Action Complaint prior to June 7, 2010, Defendant, Mariner Village Townhomes, Inc., shall have thirty (30) days to respond to Plaintiffs' Amended Class Action Complaint.

New Orleans, Louisiana this ___ day of _____, 2010.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE