UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al.,* Case No. 10-0720 (E.D. La.) | * * * | |

## ORDER

Considering the Motion and Order for Leave of Court to File Third Party Demand by defendant, Hal Collums Construction, L.L.C.:

IT IS ORDERED that defendant, Hal Collums Construction, L.L.C., be granted leave to file the referenced Third Party Demand.

New Orleans, Louisiana, this 5th day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE