UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## D&B FRAMING, INC.'S SECOND EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

NOW INTO COURT, through undersigned counsel comes D&B FRAMING, INC., who hereby moves this Court for an additional thirty (30) day extension of time to file responsive pleadings to the Complaint on the following grounds:

1. Defendant was served with the Complaint in this case on February 9, 2010.

2. The Court entered Pretrial Order 1F on March 9, 2010, granting Defendants an automatic extension of time in which to respond, making responsive pleadings due fifty (50) days from service of process on a Defendant.

3. Defendant and counsel are working diligently to obtain all necessary information to file a complete and appropriate responsive pleading. However, additional time is necessary to verify the information required to respond.

4. Defendant previously requested an additional thirty (30) days to file responsive pleadings.

5. At the April 8, 2010 status conference, the Judge indicated that he would be willing to relieve defendants of the need to respond to the Original Omnibus Complaint until after the Complaint is amended.

6. Because an Order has not yet been signed to this effect and because Defendant's responsive pleadings are due on May 9, 2010, Defendant requests an additional thirty (30) days from the date of filing this motion to prepare an appropriate responsive pleading.

7. In addition, Plaintiffs have advised that they will be filing an Amended Omnibus Class Action Complaint; therefore, an extension is warranted to avoid duplicative or unnecessary work associated with responding to the current Complaint that will be amended.  Should the Amended Omnibus Class Action Complaint be filed within thirty days, D&B FRAMING, INC. requests thirty days from the date the Amended Omnibus Class Action Complaint is filed to respond to the Amended Omnibus Class Action Complaint.

8. An extension would neither prejudice any of the parties, nor delay this matter.

WHEREFORE, Defendant D&B FRAMING, INC. respectfully requests a thirty (30) day extension of time, through and including June 6, 2010, to file responsive pleadings in this matter. Should Plaintiffs file an Amended Omnibus Class Action Complaint prior to June 6, 2010, D&B FRAMING, INC. requests thirty days from the date of filing of the Amended Omnibus Class Action Complaint to respond.

Respectfully Submitted:

**CRAWFORD LEWIS, P.L.L.C.**

By:     /s/Catherine S. St. Pierre
        Keely Y. Scott (#23932)
        Leigh F. Groves (#23737)
        Cathy S. St. Pierre (#18419)
        450 Laurel Street, Suite 1600
        Post Office Box 3656

Baton Rouge, LA  70821
Telephone: (225) 343-5290
Facsimile: (225) 383-5508
Attorneys for D&B FRAMING, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Second Ex Parte Motion for Extension of Time to File Responsive Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail, e-mail or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2010.

By: /s/Catherine S. St. Pierre
Catherine S. St. Pierre