UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al. | * | |
| VS. | * | |
| KNAUF GIPS, et al. | * | |
| CASE NO. 2:09-cv-7628 | * | |

**************************************

## ORDER

Considering the foregoing Second Ex Parte Motion for Extension of Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** that Defendant, D&B FRAMING, INC. is granted a thirty (30) day extension of time, or through and including June 6, 2010, to serve responsive pleadings to Plaintiffs' Omnibus Class Action Complaint. Should Plaintiffs file an Amended Omnibus Class Action Complaint prior to June 6, 2010, Defendant D&B FRAMING, INC. shall have thirty (30) days from the date the Amended Omnibus Class Action Complaint is filed within which to respond to the Amended Omnibus Class Action Complaint**.**

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Judge