UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Wiltz, et al. v. Beijing New Building Materials
Limited Co., et al.,   MAG. JUDGE WILKINSON
Case No. 2:10-CV-00361
_____ /

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Ogden, Sullivan & O'Connor, and hereby files its Notice of Appearance as counsel on behalf of Defendant GOVERNOR'S POINTE, LLC. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By:   /s/ Kieran F. O'Connor
      KIERAN F. O'CONNOR, ESQUIRE
      Florida Bar No. 896829
      koconnor@ogdensullivan.com
      DEREK J. ANGELL, ESQUIRE
      Florida Bar No. 73449
      dangell@ogdensullivan.com
      OGDEN, SULLIVAN & O'CONNOR, P.A.
      111 North Orange Avenue
      Suite 850
      Orlando, Florida 32801
      Telephone: (407) 843-2100
      Facsimile: (407) 843-2061
      *Attorneys for Defendant Governor's Pointe, LLC.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2010.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esquire