UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
          PRODUCTS LIABILITY LITIGATION

                                                                    SECTION: L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON
                                                                    MAG. JUDGE WILKINSON

*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co,. et al.*,
Case No. 2:10-cv-361 (E.D. La.)
                                                                    /

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendant, Toll Estero Limited Partnership, incorrectly referred to in the Complaint as "Toll Estero, Ltd. Partnership d/b/a Toll Brothers."  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: May 6, 2010                              Respectfully submitted,

                                                **GREENBERG TRAURIG, P.A.**
                                                *Attorneys for Toll Estero Limited Partnership*
                                                1221 Brickell Avenue
                                                Miami, Florida 33131
                                                Telephone: (305) 579-0500
                                                Facsimile:  (305) 579-0717
                                                E-mail: bassh@gtlaw.com
                                                E-mail: salkym@gtlaw.com

                                                By:    s/ Mark A. Salky
                                                         HILARIE BASS
                                                     Florida Bar No. 334323
                                                       MARK A. SALKY
                                                    Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2010.

                                                              s/ Mark A. Salky
                                                              MARK A. SALKY