UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL No. 2047
         PRODUCTS LIABILITY LITIGATION

                                             SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
                                             MAG. JUDGE WILKINSON

*Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co,. et al.*,
Case No. 2:10-cv-361 (E.D. La.)
                                                      /

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Hilarie Bass, Esq. and Mark A. Salky, Esq. of the law firm of Greenberg Traurig, P.A. hereby enter their appearance on behalf of Defendants, Lennar Corporation and Lennar Homes, LLC.  All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: May 6, 2010                           Respectfully submitted,

                                             **GREENBERG TRAURIG, P.A.**
                                             *Attorneys for Lennar Corporation and Lennar Homes, LLC*
                                             1221 Brickell Avenue
                                             Miami, Florida 33131
                                             Telephone: (305) 579-0500
                                             Facsimile:  (305) 579-0717
                                             E-mail: bassh@gtlaw.com
                                             E-mail: salkym@gtlaw.com

                                             By:    s/ Mark A. Salky
                                                    HILARIE BASS
                                                 Florida Bar No. 334323
                                                    MARK A. SALKY
                                                 Florida Bar No.  058221

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of May, 2010.

                                                                     s/ Mark A. Salky
                                                                     MARK A. SALKY