AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | | |
|---|---|---|
| Otis Ashford, et al | ) | |
| Plaintiff | ) | |
| v. | ) | Civil Action No. **09-7042** |
| Knauf Gips KG, et al | ) | |
| Defendant | ) | |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Gavins Construction Company
By serving its owner,
David Ray Gavins
960 Riverview Drive
Biloxi, Mississippi 39532

A lawsuit has been filed against you.

    Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mikal C. Watts
Watts Hilliard, L.L.C.
4 Dominion Dr., Bldg. 3, Ste. 100
San Antonio, Texas 78257-1390
1-210-447-0500

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: __Mar 08 2010__

Loretta G. Whyte
Name of clerk of court

Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on **Gavins Construction Company**, by:

    (1) personally delivering a copy of each to the individual at this place, _____ ; or

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ ; or

    (5) other *(specify)* **Certified mail return receipt requested #7007 0220 0001 1151 8399, Sent 03/10/10, Received 03/12/19, Registered Agent: David ray Gavins, 960 Riverview Drive, Biloxi, MS 39532**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

Date: __5/5/10__

Server's signature

**Robert C. Hilliard – Attorney for Plaintiff**
Printed name and title

**719 S. Shoreline, Suite 500, Corpus Christi, Texas 78401**
Server's address

# Watts Hilliard, L.L.C.
## Chinese Drywall Litigation

877.713.2166 toll free  
drywall@wgclawfirm.com

2506 N. Port Avenue  
Corpus Christi, TX 78401

Mikal C. Watts, P.C.  
Robert Hilliard, L.L.P.

March 10, 2010

**_Via Certified Mail – Return Receipt Requested_**
Gavins Construction Company
David Ray Gavins
960 Riverview Drive
Biloxi, Mississippi 39532

RE:   Service for Otis Ashford, et al. v. Knauf Gips KG, et al., No. 09-7042

To Whom It May Concern:

You are being served with Plaintiffs' First Amended and Supplemental Complaint for Damages filed on February 25, 2010 in MDL No. 2047, in the Eastern District of Louisiana, styled In Re: Chinese Manufactured Drywall Products Liability Litigation.

Enclosed is the Court issued summons addressed to Gavins Construction Company. Your signature on the Return Receipt serves as your proof of service.

Sincerely,

Robert C. Hilliard



