# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis* *v. Colony Insurance Company, et al..,* **Case No. 10-0720 (E.D. La.)** | * * * | |

## HAL COLLUMS CONSTRUCTION, L.L.C.'S MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT**, through its undersigned counsel, comes defendant, Hal Collums Construction, L.L.C. ("Collums"), which moves this Honorable Court to enroll as additional counsel of record Erick Y. Miyagi, Edward J. Laperouse, II, Leslie Ayres Daniel, and Kari A. Bergeron of the law firm of Taylor, Porter, Brooks & Phillips L.L.P.

**WHEREFORE**, Hal Collums Construction, L.L.C. moves for an Order enrolling additional counsel of record.

Respectfully Submitted,

TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.

BY:   s/ Erick Y. Miyagi

Erick Y. Miyagi, #22533
hiko.miyagi@taylorporter.com
Edward J. Laperouse, II #29310
ted.laperouse@taylorporter.com
Leslie Ayres Daniel, #27948
leslie.daniel@taylorporter.com

532416.1

Kari A. Bergeron #31043
kari.bergeron@taylorporter.com
451 Florida Street, 8th Floor (70801)
P. O. Box 2471
Baton Rouge, LA 70821
Phone: (225) 387-3221
Fax: (225) 346-8049

  s/ Amos H. Davis
 
AMOS H. DAVIS, #4718
Attorney at Law
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809
Telephone: (225) 248-1400

**Attorneys for Hal Collums Construction, L.L.C.**

## CERTIFICATE OF SERVICE

I hereby certify that the above pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, and Kerry Miller, Defendants' Liaison Counsel, by U.S. Mail and email and to all parties by electronically uploading the same to LexisNexis File and Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana, on the 7th day of May, 2010.

   s/ Erick Y. Miyagi

532416.1