## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### REQUEST FOR COPIES

AND NOW, come 84 Lumber Company and 84 Lumber Company, L.P., by and through their attorneys, BUCHANAN INGERSOLL & ROONEY PC, and request that Defendant LaSuprema Trading, Inc., produce copies of all documents identified and/or produced by LaSuprema Trading, Inc., in response to Plaintiffs' Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) and Subpoena for Documents filed and served on April 16, 2010.

Defendant will pay reasonable costs incurred for said copies.

Dated this 7th day of May, 2010.

Respectfully submitted,

/s/Marc T. Thirkell
S. Manoj Jegasothy, Esquire, PA ID #80084
Jeffrey R. Wilson, Esquire, PA ID #72735
John G. Ebken, Esquire, PA ID #91031
Marc T. Thirkell, Esquire, PA ID #90995
BUCHANAN INGERSOLL & ROONEY PC
One Oxford Centre, 20th Floor
Pittsburgh, Pennsylvania 15219
Phone: 412-562-8800
Fax:     412-562-1041
*Counsel for 84 Lumber Company, L.P. and 84 Lumber Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Request for Copies has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail upon all parties by electronically uploading same to LixisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2010.

/s/Marc T. Thirkell
Marc T. Thirkell