AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| Jacque Senac, et al. <br> *Plaintiff* <br> v. <br> State Farm Fire and Casualty Co. <br> *Defendant* | Civil Action No. 10-1242 L (2) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* State Farm Fire and Caualty Co. , through the Louisiana Secretary of State, Jay Dardenne, Administrative Services Section, P.O. Box 94125, Baton Rouge La 70804-9125

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Richard J. Fernandez
3000 West Esplanade Ave., Suite 200
Metaire, LA 70002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
Name of clerk of court

Date: __May 03 2010__

Deputy Clerk's signature

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 10-1242 L (2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* State Farm Fire and Casualty Co.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 

**SERVED ON
JAY DARDENNE

MAY 05 2010

SECRETARY OF STATE
COMMERCIAL DIVISION**

*Server's signature*: Jay Dardenne / adm

*Printed name and title*: Jay Dardenne / adm

*Server's address*: 8585 Archives Ave.
Baton Rouge, LA 70809

Additional information regarding attempted service, etc:

[Print]  [Save As...]                                              [Reset]