UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" (2) |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE ELDON E. FALLON |
| *SEAN AND BETH PAYTON v. KNAUF* | * | |
| (2:09-cv-7628) | * | MAG. JUDGE WILKINSON |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JACKS DRYWALL, LLC'S FIRST EX PARTE MOTION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes JACKS DRYWALL, LLC, who hereby moves this Court for an additional thirty (30) day extension of time to file responsive pleadings to the Complaint on the following grounds:

1) Defendant was served with the Complaint in this case on February 4, 2010;

2) The Court entered Pretrial Order 1F on March 9, 2010, granting defendants an automatic extension of time in which to respond, making responsive pleadings due (50) days from service of process on a defendant.

3) Defendant and counsel are working diligently to obtain all necessary information to file a complete and appropriate responsive pleading. However, additional time is necessary to verify the information required to respond.

4) No previous extension has been requested.

5) At the April 8, 2010 status conference, the Judge indicated that he would be willing to relieve defendants of the need to respond to the Original Omnibus Complaint until after the Complaint is amended.

6) Because an Order has not yet been signed to this effect and because defendant's responsive pleadings are due, defendant requests an additional thirty days from the date of filing this motion to prepare an appropriate responsive pleading.

7) An extension would neither prejudice any of the parties, nor delay this matter.

**WHEREFORE**, defendant, Jacks Drywall, LLC respectfully requests a thirty (30) day extension of time, through and including June 7, 2010, to file responsive pleadings in this matter.

Respectfully submitted,

**UNGARINO & ECKERT, L.L.C.**

By: /s/ Matthew J. Ungarino
Matthew J. Ungarino
3850 N. Causeway Boulevard
Suite 1280
Metairie, LA   70002
Telephone:  (504) 836-7565
Facsimile:  (504) 836-7566
E-Mail: mungarino@ungarino-eckert.com
*Attorney for Jacks Drywall, LLC*

## CERTIFICATE OF SERVICE

 I hereby certify that the above and foregoing First Ex Parte Motion for Extension of Time to File Responsive Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, electronic mail, e-mail or by hand delivery and that the foregoing was electronically filed with the Clerk of the United States District Court for the Easter District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established n MDL 2047, on the 7th day of May, 2010.

                /s/ Matthew J. Ungarino