UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" (2) |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE ELDON E. FALLON |
| *SEAN AND BETH PAYTON v. KNAUF* | * | |
| (2:09-cv-7628) | * | MAG. JUDGE WILKINSON |
| | * | |

* * * * * * * * * * * * * * * * * * *

### O R D E R

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED THAT** Richard Hoover be and he is hereby granted an extension of time to June 7, 2010 within which to file responsive pleadings.

**NEW ORLEANS, LOUISIANA THIS \_\_\_DAY OF _____, 2010.**

_____
**UNITED STATES DISTRICT JUDGE**