UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: *SEAN AND BETH PAYTON v. KNAUF* (2:09-cv-7628) | * * * | JUDGE ELDON E. FALLON MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED THAT** R.L.Drywall, Inc. be and they are hereby granted an extension of time to June 7, 2010 within which to file responsive pleadings.

**NEW ORLEANS, LOUISIANA THIS ___DAY OF _____, 2010.**

_____
**UNITED STATES DISTRICT JUDGE**