**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | MDL NO.:  2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to Wiltz et al, v. Beijing New Building Materials, et al; Case No.  2:10-CV-0361) | MAG. JUDGE WILKINSON |

**DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S
MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant K. Hovnanian First Homes, LLC ("KHFH"), reserving all rights and defenses,[1] including, but not limited to, its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss For Lack of Personal Jurisdiction [DE 2903], hereby moves to stay the requirement of completing the Homebuilder Profile Form, and for a stay of any other discovery currently pending or subsequently served with regard to KHFH including, but not limited to, any depositions, written discovery or subpoenas related to KHFH, for the reasons more specifically set forth in the accompanying Memorandum of Law, until the Motion to Dismiss For Lack of Personal Jurisdiction is resolved.

WHEREFORE, Defendant, KHFH, respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction by issuing a stay of all discovery with respect to KHFH until the Motion to Dismiss for Lack of Personal Jurisdiction is resolved, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] KHFH brings the instant Motion, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses, including but not limited to, the right to compel arbitration.

Dated: May 7, 2010                                  Respectfully submitted,

                                                        BILZIN SUMBERG BAENA PRICE
                                                        & AXELROD LLP
                                                        Attorneys for Defendant, KHFH
                                                        2500 Wachovia Financial Center
                                                        200 South Biscayne Boulevard
                                                        Miami, Florida 33131
                                                        Tel.: (305)374-7580   Fax: (305)374-7593

                                                        BY:     /s/ *Melissa Pallett-Vasquez*
                                                                   ROBERT W. TURKEN, ESQ.
                                                                   Florida Bar No. 306355
                                                                   rturken@bilzin.com
                                                                   ADAM F. HAIMO, ESQ.
                                                                   Florida Bar No. 502731
                                                                   ahaimo@bilzin.com
                                                                   MELISSA PALLETT-VASQUEZ, ESQ.
                                                                   Florida Bar No.  715816
                                                                   mpallett@bilzin.com

## CERTIFICATE OF SERVICE

       I hereby certify that this Motion to Stay has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2010.


                                                                           By: /s/ *Melissa Pallett-Vasquez*
                                                                                 Melissa Pallett-Vasquez