**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

(This Document Relates to Wiltz et al, v. Beijing New
Building Materials, et al; Case No.  2:10-CV-0361)
                                                                    /

MDL NO.:  2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant K. Hovnanian First Homes, LLC ("KHFH"),

has filed the attached Motion to Stay Discovery Pending Resolution of its Motion to Dismiss for

Lack of Personal Jurisdiction, and that the Motion will be heard on June 23, 2010 at 9:00 a.m.

before the Honorable Eldon E. Fallon.


Dated: May 7, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:    /s/ Melissa Pallett-Vasquez
        ROBERT W. TURKEN, ESQ.
        Florida Bar No. 306355
        rturken@bilzin.com
        ADAM F. HAIMO, ESQ.
        Florida Bar No. 502731
        ahaimo@bilzin.com
        MELISSA PALLETT-VASQUEZ, ESQ.
        Florida Bar No.  715816
        mpallett@bilzin.com

## **CERTIFICATE OF SERVICE**

I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2010.


By: /s/ *Melissa Pallett-Vasquez*
     Melissa Pallett-Vasquez