IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | Section L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| David Gross, Cheryl Gross and Louis Velez v. KNAUF GIPS KG, et al. Case No. 09-6690 (E.D. La.) | |

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Defendants Black Bear Gypsum Supply, Inc. and Smoky Mountain Materials, Inc. (hereinafter "Defendants"), by and through their undersigned counsel, hereby move this Honorable Court, pursuant to Local Rule 7.9, for an extension of time of twenty (20) days in which to respond to Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) in the above-captioned matter. Defendants have not requested nor received a previous extension of time to respond to the aforementioned Complaint. This extension of time will not unduly delay this matter or prejudice any other party. Counsel for Defendants has spoken with counsel for Plaintiffs and confirmed that there is no objection to the requested extension of time.

Respectfully submitted,

*/s/Edward J. Briscoe*
Edward J. Briscoe
Fla. Bar No. 109691
Donald W. Hardeman
Fla. Bar No. 180982
Elizabeth J. Ferry
Fla. Bar No. 43823

IN RE: CHINESE-MANUFACTURED  　　　　　　Case No. 09-6690 (E.D. La.)
DRYWALL PRODUCTS LIABILITY LITIGATION 　　　　　　　　　　　　　　Page 2

　　　　　　　　　　　　　　　　　　　　FOWLER WHITE BURNETT P.A.
　　　　　　　　　　　　　　　　　　　　Espirito Santo Plaza, 14th Floor
　　　　　　　　　　　　　　　　　　　　1395 Brickell Avenue
　　　　　　　　　　　　　　　　　　　　Miami, Florida 33131-3302
　　　　　　　　　　　　　　　　　　　　Telephone: (305) 789-9200
　　　　　　　　　　　　　　　　　　　　Facsimile: (305) 789-9201
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*
　　　　　　　　　　　　　　　　　　　　*Black Bear Gypsum Supply, Inc., and*
　　　　　　　　　　　　　　　　　　　　*Smoky Mountain Materials, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served via e-mail on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of March, 2010.

　　　　　　　　　　　　　　　　　　　　*/s/Edward J. Briscoe*
　　　　　　　　　　　　　　　　　　　　Edward J. Briscoe