IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047<br><br>Section L |
| | : : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| David Gross, Cheryl Gross and Louis Velez v. KNAUF GIPS KG, et al.<br>Case No. 09-6690 (E.D. La.) | : : : : | |

## **ORDER**

Considering the above and foregoing Motion for Extension of Time,

IT IS ORDERED that Defendants Black Bear Gypsum Supply, Inc. and Smoky Mountain Materials, Inc. be granted a twenty (20) day extension of time to file responsive pleadings to Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III).

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE