UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO
Kenneth and Barbara Wiltz, et al. v. Beijing New
Building Materials Public Ltd. Co., et al.
Case No: 2:10-cv-00361 (E.D.La.)

JUDGE: Fallon
MAG. JUDGE WILKINSON

## AFFIDAVIT OF RICHARD FADIL IN SUPPORT OF DEFENDANT, HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II) FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Richard A. Fadil**, who, being duly sworn, upon his oath deposed and stated as follows:

1. I am the Chief Financial Officer and Execute Vice President of Holiday Builders, Inc. ("Holiday"), and I make this Affidavit of my own personal knowledge in support of Defendant's Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (II).

2. I am over the age of 18 years. I am otherwise competent to testify as to the matters set forth below.

3. Holiday is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Melbourne, Florida.

4. Holiday is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

5. Holiday has never built a residence in the state of Louisiana or had any contracts or subcontracts with companies located in Louisiana.

308632 v_01 \ 999999.9999



EXHIBIT A

6. In fact, Holiday has never been licensed or registered to do business in Louisiana, nor has Holiday ever had any offices or employees in Louisiana.

7. Holiday does not have an agent for service of process in Louisiana.

8. Holiday does not have any bank accounts in Louisiana or own any property in Louisiana.

9. Holiday does not solicit business in Louisiana and Holiday has never transacted business in Louisiana.

10. According to Schedule 3 and ¶ 453 of Plaintiffs' Complaint, Holiday allegedly built one (1) single-family residence at issue in this lawsuit. The single-family residence at issue is located in Florida. Specifically, the residence is located in Cape Coral, Florida.

11. Any contracts entered into with Plaintiff were negotiated and performed in Florida.

12. Additionally, Holiday has never opened a bank account in Louisiana, maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

13. Consequently, Holiday never anticipated it would be haled into court in Louisiana.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAYETH NAUGHT.

*R. Fadil*

**Richard A. Fadil**
Executive Vice President
Holiday Builders, Inc.

STATE OF FLORIDA
COUNTY OF Brevard

**SWORN TO AND SUBSCRIBED** before me this 6TH day of May 2010, by **Richard A. Fadil** who is personally known to me/has produced Personally Known as identification and who did/did not take an oath.

NOTARY PUBLIC

Print Name: Marcia A. Bartley
Commission No.: _____
My Commission Expires: _____

(SEAL)

MARCIA A. BARTLEY
MY COMMISSION # DD 754110
EXPIRES: February 4, 2012
Bonded Thru Budget Notary Services

308632 v_01 \ 999999.9999