*Morrison Homes*®

501 North Cattlemen Road, Suite100
Sarasota, Florida 34232
Phone: 941-371-3008
Facsimile: 941-379-5248

## Subcontractor Agreement

SUBCONTRACTOR:       NU WAY DRYWALL LLC 111553

ADDRESS:       384 SNAPDRAGON LOOP BRADENTON, FL 34212

CONTACT:       Alex Rivera

PROJECT:       SARASOTA FLORIDA DIVISION

DATE:       Thursday, March 09, 2006

For the considerations herein set forth, Subcontractor and the Sarasota Division of MORRISON HOMES, INC. ("Morrison") agree as follows:

1. Work

(a) Subcontractor shall perform the work described above at the Project in accordance with the Plans and Specifications attached hereto as Exhibit "A" and the Trade Specifications/Scope of work attached hereto as Exhibit "B". (The Documents). The work shall include all work specifically listed as well as all work necessary to accomplish such work, all work necessary to comply with the safety and other requirements of this Agreement and all work customarily performed or reasonably inferable as being required in connection with the foregoing even if not specifically mentioned in this Agreement (the "Work"). The Work shall be performed in strict compliance with this Subcontractor Agreement and the Documents. In addition to complying with the Documents, the Work shall also comply with all applicable building codes, laws, regulations and standards including, but not limited to, all applicable OSHA, FHA, VA and City standards. Subcontractor shall furnish all labor, materials, tools, equipment and services needed to properly perform the Work in a sound, professional and high quality manner.

(b) Subcontractor shall perform all labor in a good and professional manner, according to standard practice in this area, and warrants that all labor done and any materials furnished by Subcontractor will meet or exceed RHA minimum property standard, VA minimum requirements, and all applicable building code requirements, notwithstanding the provisions of the plans and specifications provided by Morrison.

(c) The Documents are incorporated herein by this reference and made a part hereof. Subcontractor has examined the Documents and is fully aware of their provisions. Subcontractor is not aware of any errors or discrepancy in the Documents and Subcontractor will promptly give notice to Morrison if it becomes aware of any errors or discrepancies.

(d) Subcontractor represents, warrants and covenants that the Documents are complete and sufficient to enable the Subcontractor to construct the Work and otherwise to fulfill all obligations hereunder. If applicable to the Work, Subcontractor has visited the site and has examined all physical, legal and other conditions affecting the Work and has satisfied itself as to the accessibility and actual physical conditions and is aware of all labor, materials and professional services necessary to complete the Work in accordance with this

agreement.

(e) The Plans and Specifications and other Documents made available to Subcontractor shall remain Morrison's property and shall not be used by Subcontractor for any purpose other than Subcontractor's Work under this Agreement. All Documents shall be returned to Morrison upon its request. Subcontractor shall keep the Documents confidential and shall not disclose them to any other person.

(f) Subcontractor shall inspect the job site and work areas prior to commencement of work, noting in writing to Morrison's Builder any discrepancies in plans/specifications or prior installations by others. If Subcontractor fails to notify Morrison of such discrepancies, all expenses incurred to complete required corrections shall be at this Subcontractor's expense. Subcontractor shall notify Morrison immediately of materials they have damaged that were installed by others and if others have damaged materials installed by them.

(g) All labor and materials furnished by the Subcontractor shall be in strict accordance with the Plans and Specifications furnished by Morrison and all work thereunder shall be scheduled in accordance with each Work Order and/or Purchase Order to the requirements of Morrison.

(h) If applicable to the Work, Subcontractor will confirm the location of all property pins and stakes with the surveyor prior to commencing the Work. Subcontractor has satisfied itself as to the location of all utilities that may affect or interfere with the Work and agrees to protect all utilities and keep them operational at all times. Subcontractor will utilize Blue Stakes prior to any excavation.

(i) Subcontractor represents, warrants and covenants that it has now and will have for the duration of this Agreement the requisite experience, licenses, financial wherewithal, labor and equipment to perform the Work as required by this Agreement.

(j) Subcontractor will use the materials specified in the Documents and will not make substitutions without the express written consent of Morrison. If Subcontractor believes other materials will be more appropriate, or if Subcontractor is not able to obtain the materials specified, then Subcontractor will give prompt written notice to Morrison. If exact specifications are not given, Subcontractor will request clarification from Morrison. In all events, Subcontractor will use new, high quality materials. All Work shall be performed by qualified tradespersons. Morrison reserves the right to reject any materials which do not, in Morrison's opinion, comply with the terms of the Agreement. All materials shall be installed in accordance with manufacturer's specifications.

(k) It shall be the duty of the Subcontractor to clean the jobsite on the completion of each phase covered by the Work, and upon final completion Subcontractor shall clean the jobsite, removing all materials furnished by Subcontractor, storing on the premises all materials furnished by Morrison, as designated by Morrison. Clean up is required at the end of each workday. All debris generated by your trade shall be deposited in a designated trash bin, or other specified job location. Each Subcontractor is responsible for their debris, and if not properly disposed of, Morrison shall pick it up at the Subcontractors expense. If Morrison removes Subcontractor's debris, a back-charge will be issued in the amount of twenty five ($25) per hour it takes to remove or clean up the trash and/or debris.

(l) Subcontractor shall perform the work designated under the Agreement, and in the event Subcontractor shall not substantially perform in a continuous manner and if Subcontractor shall fail to do so for three (3) consecutive days under any Work Order and/or Purchase Order, Morrison shall have the right to give three (3) days written notice to Subcontractor and shall be entitled to terminate the employment of Subcontractor and declare Subcontractor in breach of this Agreement, in addition to any other right or remedy to which Morrison may be entitled.

(m) In the event of breach of this Agreement by Subcontractor, Morrison shall be entitled to retain all sums due Subcontractor under any Work Order and/or Purchase Order and shall be entitled to cause the work to be performed by others, and shall apply any sums due the Subcontractor against such costs of completion and thereafter to the costs of the two (2) year warranty and after allowed warranties have expired, any excess shall be paid to Subcontractor. In the event costs of such completion result in a deficiency, Subcontractor

shall be fully responsible for the deficiency together with any damages, costs of Court and reasonable attorney fees incurred by Morrison.

(n) It is further agreed that Morrison shall have the right to change or make deviations from the plans and specifications submitted and to make extras and additions thereto by change order or additional Work Order and/or Purchase Order provided; however, Subcontractor shall not be entitled to any claims for extras, amendments or changes unless he has a signed written Work Order or Purchase Order from Morrison.

(o) This Agreement, the approved Bid Prices, the Plans and Specifications, the Scopes of Work and the individual Purchase Orders issued on each job shall constitute the entire contract and there are no other agreements, oral or written, by and between the parties hereto. No payments shall be made by Morrison for any extra work performed unless previously ordered by Morrison in writing. Any request for payment must have a Purchase Order, Variance Purchase Order or Estimated Variance Purchase Order attached to the invoice or it will be returned unpaid to Subcontractor for proper documentation and re-submittal.

(p) Anything to the contrary, notwithstanding, ambiguities, or variances between provisions of this Agreement, and those of any proposal, bid price, work order or contract relating hereafter submitted, from time to time, shall be controlled by the provisions of this Agreement. This Agreement is a renewal and extension of any prior written agreements between Subcontractor and Morrison and shall remain in effect until fully performed or mutually terminated. Subcontractor agrees to remain fully liable and obligated to this Agreement in the event of change of name or legal status of Subcontractor by Incorporation, merger, acquisition or operation of law.

(q) The Subcontractor agrees and represents to Morrison that at all times during this Agreement, the Subcontractor shall comply in all respects with Public Law 99-603, the Immigration Reform and Control Act of 1986, and Subcontractor shall not hire or employ an unauthorized person or illegal alien in contravention of this law. The Subcontractor shall obtain all information which is required by this law, and the Subcontractor will retain this information in the Subcontractor's records for three (3) years from the date of hiring any person and for one (1) year of the date of dismissal of any person.

(r) This Agreement shall remain in full force and effect until terminated in writing; however, anything herein contained to the contrary notwithstanding, the Work to be performed by Subcontractor shall only include such work as if finally authorized by Morrison to Subcontractor.

(s) Subcontractor shall comply with all Federal, State, County, Province, and City safety regulations and laws, including but not limited to the Williams-Steiger Occupational Safety and Health Act of of 1970 and all worker's compensations.

(t) Subcontractor represents to Morrison that he or she holds a valid Contractor's license in conformity with the requirements of the court or other jurisdiction in which the work is being performed and is:

   I.   A Corporation under the laws of the State of ___Florida___

   II.  A partnership owned by _____ and _____

   III. Sole proprietorship owned by ___Alex Rivera___

   A copy of your license must be attached to this Agreement.

(u) The Work to be performed hereunder is generally described as:
   ___Drywall installation, finishing & Texture___

2. Schedule

(a) Morrison shall designate the lot number on which the Work shall be performed. Subcontractor shall begin the Work on the date designated by Morrison and shall proceed diligently to complete the Work in a timely fashion without delays to Morrison or to other subcontractors, time expressly being of the essence hereof. Morrison reserves the right to inspect all Work and the right to determine in good faith whether the Work has been satisfactorily completed.

(b) Promptly after execution hereof and in all events prior to the date Work is to commence, Subcontractor shall complete and deliver to Morrison a Vendor Information Sheet in the form attached hereto as Exhibit "E" and a Certificate of Insurance certifying that Subcontractor has obtained the insurance required by Section 8 hereof.

3. Independent Contractor

(a) Subcontractor is an independent contractor and not an employee of Morrison and in performance of the Work covered hereby, shall have sole discretion in the performance of such work, save and except that the same must be performed in accordance with the terms and conditions of this Agreement.

(b) Subcontractor is responsible for the manner and means of accomplishing the Work; hiring, training, disciplining, firing and scheduling its own employees; withholding appropriate amounts for federal, state and local taxes; and providing benefits to employee, including, but not limited to, workers' compensation benefits. Morrison shall not, under any circumstances, be liable for wages, federal and state employment taxes, benefits or workers' compensation to employees of Subcontractor.

(c) Subcontractor shall be solely responsible for insurance, withholding taxes, social security taxes, and unemployment taxes, if any, for each employee or subcontractor of the Subcontractor.

(d) Morrison reserves the right to control access to the Project, schedule Work and to change the schedule, and stop or direct Work for safety reasons or to ensure conformity of end product with contracted for results.

(e) Subcontractor and its employees shall at all times behave in a professional and courteous manner, shall not disturb other subcontractors, homeowners or customers of Morrison, and shall follow the rules listed in this Agreement as they may be changed from time to time by Morrison.

4. Communication

Morrison will be communicating through its Trade Partner Portal and requires a contact to administer system communication. This person shall be identified as the IT Contact on the Vendor Information Sheet, "Exhibit E". This will be for the purpose of communicating changes to the system, including password notification and other security measures. In order to ensure privacy, please provide a "keyword" that may be used for validation of identity and authority to permit changes. This "keyword" should be kept secure and only available to your company's IT Contact.

Keyword _____

5. Pricing

Morrison shall pay Subcontractor the price listed on the Bid Pricing Form attached as Exhibit "C" hereto (the "Price"), when Subcontractor is not in default for that portion of the Work completed by Subcontractor in accordance with the Bid Pricing Form less any retention which Morrison elects to retain as security for the cure of any default by Subcontractor (provided that Morrison shall have no obligation to pay Subcontractor when Subcontractor is in default). Morrison shall not pay any other fees or expenses of Subcontractor. The Bid Pricing Form may be amended from time to time by written agreement of the parties hereto, with a 90 day written notice prior to price changes. Price changes must be approved by Morrison prior to them being



effective.

(a) Morrison may at any time at its option make payment by joint check to Subcontractor and its subcontractors or material suppliers but Morrison shall have no obligation to do so.

(b) No payments will be made by Morrison until lien releases are provided as required by Paragraph 11 of this agreement. In addition, Morrison may establish other reasonable requirements for processing payments.

(c) If work is to be performed or materials to be furnished in stages, the Bid Prices shall include progress payments for each such stage. Payments for partially or completed works and the quality of workmanship and materials provided shall be subject to the approval of Morrison.

(d) Morrison agrees to pay the sum for each stage of work as set forth on the Bid Prices approved by Morrison, subject to the Subcontractor providing lien releases where stipulated by Morrison, or Morrison may elect to make payments jointly to Subcontractor and any of its material suppliers.

(e) Subcontractor agrees that when their bid prices include labor and material (turnkey), that all applicable sale tax amounts are part of the bid prices and that Morrison shall not be responsible for paying or reporting sale tax amounts.

6. Purchase Orders and Variance Purchase Orders

(a) Purchase Orders

Purchase Orders are created by the Purchasing Department and are accessible to trade partners on their Morrison Homes Trade Partner Portal. All materials, quantities and prices are listed on the Purchase Order. The Purchase Order will also display color and style selections, locations for installation or other pertinent information if applicable.

Purchase Orders are considered a legally binding contract. All work performed under the Purchased order shall be paid in the amounts listed on the Purchase Order and will not be adjusted after the work is complete.

(b) Extra Work Orders or Variance Purchase Orders

Extra Work Orders or Variance Purchase Orders are for construction field variances only and are issued by the Builder. The Builder will send the request to Purchasing to create a Variance Purchase Order, which will be available on the Trade Partner Portal.

If an estimate Variance Purchase Order is displayed on the Portal, Subcontractor shall print the Purchase Order and submit it for payment, attached to their invoice.

(c) Discrepancies

Any discrepancy or perceived error on the Purchase Order MUST be addressed BEFORE the commencement of any work. If incorrect materials are listed on the Purchase Order and installed in a home and the Subcontractor did not contact the Purchasing Department in advance to resolve the discrepancy, the Subcontractor will be held responsible for all costs involved in correcting the error. Discrepancies in materials shall be brought to the Purchasing Department's attention with enough notice to correct the Purchase Order before the scheduled work is to begin.

Pricing discrepancies must also be addressed before the commencement of any work. Subcontractor shall contact the Purchasing Department to correct pricing errors with enough notice to correct the Purchase Order before the scheduled work is to begin.

(d) Work without Purchase Orders

Purchase Orders must be obtained prior to the commencement of any work. No materials should be ordered and no labor shall be performed for which the Subcontractor has not received a Purchase Order.

Purchase Orders and Extra Work Orders cannot be created in the SAP System after the home is owner occupied. It is imperative that all Purchase Orders be obtained in a timely fashion. Work without a Purchase Order will be considered a contribution to Morrison and payment will not be made unless the Vice President of Purchasing and/or the Vice President of Finance for Morrison Homes make an exception.

(e) Payment of Purchase Orders

Payment on purchase orders is made weekly on all work that is completed by Subcontractor and confirmed by a Morrison Builder. Anytime an invoice is mailed to Morrison, it must be attached to the corresponding Purchase Order before payment will be made. The Purchase Order and the Invoice dollar amounts must match exactly. In the event that the invoice does not match the Purchase Order, Subcontractor shall contact the Purchasing Department for a revision to the Purchase Order, before the associated invoice is submitted for payment.

7. Compliance with Laws and Safety Rules

(a) Subcontractor warrants and represents that it is familiar with and covenants to comply with all laws, regulations and rulings of all federal, state, county and municipal jurisdictions and agencies applicable to this Agreement and to the Work, including but not limited to: OSHA, state occupational safety and health laws, workers' compensation laws, minimum wage and overtime laws, I-9 requirements, employment discrimination laws and all regulations and rules promulgated thereunder (collectively, the "Legal Requirements"). Subcontractor shall maintain all records required for compliance with the Legal Requirements.

(b) At all times, Subcontractor shall:

   I. Conduct, operate, and maintain a safe and healthful workplace;

   II. Provide safety training to its employees to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement;

   III. Ensure that all required training certifications for employees are obtained and maintained, as applicable, including but not limited to fall protection training certifications, forklift certifications, etc.

   IV. Inspect and observe the work of its employees to ensure compliance with safety rules;

   V. Ensure that employees are wearing and/or using applicable personal protective equipment;

   VI. Ensure that its employees are wearing and/or using appropriate protective clothing, equipment, tools, and safety devices necessary to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement.

   VII. Maintain required documentation to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement, including but not limited to OSHA 300 Log, MSDS Sheets, training certifications, etc.

   VIII. Ensure that all employees who enter the Controlled Access Zone ("CAZ") at a jobsite are trained and certified with fall protection training prior to entering the CAZ.

   IX. Any non-compliance of OSHA regulations could result in fines, mandatory training or removal from job site.

   X. Any accident that occurs on Morrison property must be immediately reported to the Morrison Homes Safety Coordinator. A follow up accident report must be faxed to 813-910-0454 within 24 hours of

the accident.

(c) Subcontractor shall take all reasonable actions to protect the Work and property of others. Subcontractor shall comply with all provisions of Exhibit "B-1" and "B-2".

8. Insurance

(a) Subcontractor shall obtain and maintain insurance coverage of the types and amounts detailed on the insurance form attached as "Exhibit D" from execution hereof and for so long as the warranty period is in effect for any Work.

(b) Subcontractor's insurance shall be primary and Morrison's liability coverage shall be secondary and non-contributing to any claim covered by Subcontractor's insurance. Subcontractor's insurance shall name Morrison as an additional insured pursuant to an endorsement form CG 20 10 or its equivalent, which shall provide that the insurance may not be canceled without thirty (30) days prior written notice to Morrison. All insurance shall be placed in companies rated A-or higher by A.M. Best Company and certificates certifying that the stated types and amounts of insurance are in effect shall be delivered to Morrison before any Work is performed hereunder. Subcontractor shall provide evidence of renewal of the required insurance to Morrison at least thirty (30) days prior to the expiration date of the insurance coverage.

(c) Subcontractor's General Liability and Product & Completed Operations insurance will provide protection from claims or losses which may arise out of or result from performance of professional services under this Agreement, caused by any error, omission or act. Such insurance shall be endorsed to apply to the liability of Morrison (and Consultant if required) but only to the extent that such liability is a result of an error, omission, or negligent act of the Subcontractor under this Agreement until the expiration of any applicable statute of limitations.

(d) Worker's Compensation Insurance as required by applicable state laws for all of the Subcontractor's employees to be engaged in service or work under this Agreement.

(e) Comprehensive General Liability and Products & Completed Operations Insurance covering the Subcontractor and its agents and employees providing protection from claims for, but not limited to, damages from personal injury, bodily injury, wrongful death or damages to property, including loss of use, which may arise directly or indirectly out of or in connection with the performance of the work of services under this Agreement by the Subcontractor or by its agents or employees.

(f) Owned, hired and non-owned commercial automobile liability insurance as required by applicable state laws.

(g) Excess Liability Insurance providing coverage to the same limits required for General Liability Insurances.

(h) Except for Worker's Compensation Insurance, the insurance described above and in "Exhibit D" shall be endorsed to add Morrison Homes as additional insured. Such coverage shall be primary and shall not contribute with any other insurance in force for other parties.

(i) The Subcontractor shall furnish Morrison Homes with a certificate of insurance, evidencing the insurance carried in compliance with this Agreement, prior to commencement of any work for Morrison. Such insurance shall name Morrison Homes as an additional insured and shall provide that such insurance may not be cancelled until at least thirty (30) days prior written notice has been given to Morrison.

(j) Failure to provide insurance coverage or the insolvency of the of the Subcontractor's insurer shall not act to waive the Subcontractor's obligation under this Agreement.

(k) Where Subcontractor stores materials or equipment on Morrison's jobsite, Morrison shall have no responsibility or liability for any loss or damage suffered by Subcontractor for any cause.

(l) The insurance required of the Subcontractor in accordance with this Agreement shall ensure the performance of Subcontractor's Indemnification obligations as set forth above, but the insurance provisions of the Contract Documents shall not be construed to in any way limit Subcontractors indemnification to the indemnities. Nor shall Subcontractor's indemnification obligations be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under any applicable Worker Compensation Act, Disability Benefits Act, or other employee benefit act.

(m) In the event that the Subcontractor shall fail to provide and furnish on request, the certificates of insurance, or having furnished the same and they are cancelled, Morrison shall be entitled to immediately terminate this Agreement, upon actual notice to Subcontractor. In no event shall such default by Subcontractor and resulting deduction be construed to change the relationship of the Subcontractor from herein from that of an Independent Contractor.

9.  Indemnification

(a) Subcontractor shall indemnify, hold harmless and defend Morrison, its officers, directors, employees, agents, shareholders and affiliates from and against all claims, costs, losses, damages, liability and expense (including but not limited to all fees and charges of engineers, architect, attorneys and other professionals and all dispute resolution costs) (all of the foregoing a "Claim") resulting or rising or alleged to arise from any and all injuries or death of any person or damage to any property resulting from any act or omission or neglect of Subcontractor, its subcontractors or suppliers or their employees, agents, guests, or affiliates regardless of whether caused in part by a person or entity indemnified hereunder, provided that Subcontractor shall not be responsible to an indemnified person for any Claim arising solely from the negligence of that indemnified person. Morrison may, at its option, offset amounts due from Subcontractor under this provision against any amounts due to Subcontractor from Morrison.

(b) All indemnifications, warranties and guarantees made in, required by or given in accordance with this Agreement, as well as all continuing obligations indicated herein, shall survive final payment, completion and acceptance of the Work and termination or completion of this Agreement.

(c) Subcontractor agrees to use and utilize the construction site at his own risk and Subcontractor hereby releases Morrison and Morrison's agents, officers, employees, invitees and other subcontractors from any and all claims and from any damage, loss or injury caused by the construction site or construction facilities, or any part thereof to the full extent permitted by law, so that Morrison shall not be liable to Subcontractor in any manner.

(d) Subcontractor additionally hereby waives any and all claims against Morrison's agents, directors, officers, employees, for any damage and/or theft of property, death or injury to person's from any causes; including but not limited to acts of other subcontractors, vandalism, loss of trade secrets, or confidential information.

(e) Subcontractor agrees that Morrison shall not be responsible or liable to Subcontractor, contractor's employees, agents, customer, or invitees for bodily injury (fatal or non-fatal), or property damage occasioned by the acts or omissions of any other subcontractors or such other subcontractor's employees, agents, officers, or invitees on or within the building site or building facilities.

10. Assignment/Subcontracting

Subcontractor shall not assign any rights or obligations hereunder, and Subcontractor shall not subcontract any obligations hereunder, without the consent of Morrison which it may withhold in its sole discretion.

11. Warranty

Subcontractor represents, warrants and covenants that the Work shall be of high quality, fit for the purpose for which intended and shall fully comply with the other requirements of this Agreement. Subcontractor shall promptly repair any Work which does not conform to these requirements and shall be responsible for any damage to other property or other expenses arising because of a defect in the Work. This warranty of

materials and workmanship shall extend for a period equal to the greater of 2 year(s) from the date on which a housing unit constructed hereunder closes escrow with Morrison's buyer. This warranty shall be in addition to, and not in limitation of, any other rights Morrison has under this Agreement or law.

(a) Subcontractor agrees to make all repairs and correct such defects under the warranty within eight hours of notice of such defect in an emergency and shall commence repairs within forty-eight (48) hours of notice of such defect of non-emergency basis, and complete the same within five (5) working days. For purpose of this paragraph, "emergency" shall be defined as a condition covering Subcontractor's work that requires immediate repair or correction. The following are considered emergencies:
  I. Total loss of heat or air conditioning if inside temperature is above 80 degrees F
  II. Total or substantial loss of electricity
  III. A plumbing leak that may cause permanent water damage to the home
  IV. A gas leak

(b) All major mechanical trades and roofers will have a twenty-four (24) hour, seven (7) days a week emergency number and must respond by phone within 1 hour of notification.

24 Hour Emergency Phone Number (941)345-3793

(c) Warrantable items which are not considered an emergency must be completed within five (5) working days from the date of the notification. In the event that this does not occur, the Subcontractor agrees to a back-charge of $65 per day in addition to the actual costs of the correction for the violation of this requirement.

(d) Subcontractor shall furnish all warranties and/or guaranties by manufacturers on appliances and equipment and shall further furnish all certificates required by any municipality and/or VA and/or FHA.

(e) If Morrison is communicating the complaint from the customer, the Subcontractor will respond by telephone within one (1) working day to schedule the warranty call with the Customer.

(f) At all times, the Subcontractor will attempt to work within the customer's scheduling requests.

(g) If at any time Subcontractor feels the Customer is not entitled to your service, Subcontractor will not argue with the Customer. Contact a Morrison representative to resolve the situation.

(h) All technicians performing the warranty work, shall be properly dressed (preferably wearing a company shirt), shall remove their shoes prior to entering the residence or wear boot covers, shall be courteous and at all times will refrain from blaming the repair on another Subcontractor or make reference that the repair was the result of shoddy workmanship or "cheap" construction practices.

(i) The repair area shall be left clean and all debris will be removed from the residence.

(j) The Subcontractor will not be allowed to work within the customer's residence unless the customer has made arrangements for a representative of their own, who is at least 18 years of age to be present.

(k) Subcontractor shall notify Morrison in writing within twenty-four (24) hours of completing the warranty repair, by providing a copy of the Morrison Homes Service Order signed by the Customer.

(l) If the home was a Morrison Homes Sales Model, Subcontractor will provide the same warranty as for new Morrison Homes, except for items that are not listed in the sales contract for the Model. This warranty shall extend for a period of two (2) years from the date of the Sales Model Grand Opening.

11. Risk of Loss

Risk of loss with regard to the Work and any materials supplied by Subcontractor shall be upon the Subcontractor until final acceptance of the Work by Morrison upon completion. Subcontractor shall be solely responsible for risk of loss with regard to its equipment.

12. Liens

(a) Subcontractor shall promptly deliver to Morrison, if Morrison so requests, unconditional waivers and release from all subcontractors employed by it for any part of the Work for which payment has been made and conditional released from such persons for any portion for which a payment is being requested in forms acceptable to Morrison.

(b) Subcontractor shall pay when due all persons supplying labor or materials to Subcontractor with regard to the Project. Subcontractor shall indemnify, defend, and hold Morrison and the Project harmless from any claims, liability, judgments, cost or expense (including attorneys' fees) arising from or related to any claim that Subcontractor failed to pay such amounts when due. In the event any liens are filed against the Project with regard to amounts claimed to be due from Subcontractor, Subcontractor shall within three (3) days of notice remove such from the Project at Subcontractor's expense. If Subcontractor fails to do so, subcontractor shall be in default and Morrison shall have the right, but not the obligation, to remove such lien in whichever way it determines appropriate and all costs incurred by Morrison in doing so, plus an amount equal to twenty five percent (25%) of such costs, shall be immediately due from Subcontractor to Morrison. Morrison shall have the right at any time, but not the obligation, to pay Subcontractor's subcontractors and suppliers directly with such payments to apply to amounts due Subcontractor hereunder, or to pay by joint check to the subcontractors or suppliers of Subcontractors.

(c) If Morrison receives any notice attempting to garnish, attach, levy or otherwise receive an interest in funds due Subcontractor (a "Levy Notice"), then Morrison may withhold such funds from Subcontractor as Morrison determines are appropriate to provide security for Subcontractor's obligations under this Agreement. Such Levy Notice shall be a default hereunder and Subcontractor shall have three days to remove such Levy Notice. If Subcontractor fails to do so, Morrison shall have all of the same rights and Subcontractor shall have the same obligations as with regard to a lien not timely removed.

(d) At all times during the performance of this Agreement, Morrison shall be entitled to hold, all work in progress statutory retainage or other sums required by state laws. Contractor waives the right to constitutional and statutory liens on any job not full performed by Subcontractor.

(e) The remedies in this Section shall be in addition to any other remedies in this Agreement or at law and all remedies shall be cumulative and not exclusive.

13. Default

If Subcontractor fails to perform any of its obligations hereunder, Subcontractor shall be in default. If such default is not cured within two (2) days after notice, then Morrison may pursue any remedy or combination of remedies available at law or equity, including, without limitation: (a) terminating this Agreement; (b) applying any retention or other amounts due to Subcontractor to cure Subcontractor's defaults or compensate Morrison for damages suffered; (c) taking any action necessary to perform all or any of the Work and Subcontractor's other obligations hereunder by other means, in which case Subcontractor shall upon demand reimburse Morrison for any amounts expended by Morrison in excess of the amounts that would be due hereunder together with an additional amount equal to twenty five percent (25%) of such amount; (d) pursuing an action for all damages; or (e) pursuing any other remedies provided by this Agreement or by law. All remedies shall be cumulative and not exclusive.

14. Termination for Convenience

Morrison may terminate the Subcontractor's performance under this Agreement at any time, at the sole option of Morrison and for its own convenience. In such event, Subcontractor will turn over all equipment and materials ordered, purchased for, or delivered to the Project, and Morrison will pay equitable compensation based on the Price to Subcontractor for Work actually accomplished and equipment and materials ordered to the Project, excluding any payment for unearned profit. Subcontractor will facilitate

transfer of the Work to Morrison by assigning its rights under subcontracts and purchase orders, and by assisting to coordinate the transfer of Work.

15. Patents

Except as otherwise expressly provided by the Documents, Subcontractor shall pay all royalties and license fees which may become due as the result of Subcontractor's inclusion of any patented material in the Work and Subcontractor shall obtain any consents or licenses necessary to use such materials.

16. Incorporation of Exhibits

All exhibits hereto are hereby incorporated into this Agreement by this reference.

17. Integrated Agreement

This Agreement, together with all of the Documents supersedes any and all prior negotiations, agreements or contracts, written or oral, between Morrison and Subcontractor. This Agreement together with all items incorporated by reference herein constitutes the entire Agreement between the parties and may not be amended without the written agreement of both parties.

18. Notice

All notices given hereunder shall be in writing and may be given by hand delivery, private mail or messenger, United States Mail when properly mailed in ___Manatee___ County, or facsimile, to the parties to the addresses listed on the first page of this Agreement. Notice other than by mail shall be effective when delivered. In the case of facsimile, delivery shall occur upon receipt by the recipient's machine as evidenced by the sender's transmission conformation. Notice given by United States Mail shall be effective three days after mailing.

19. Acceptance

This agreement will not be binding unless accepted by Morrison, executed by both parties and delivered to Subcontractor.


IN WITNESS WHEREOF, the parties have executed and unsealed this Agreement as of the date set forth above.

MORRISON HOMES, INC.
A DELAWARE, CORP.

By: _____

Name: Steve Kraguljac

Title: VP, Purchasing

NU WAY DRYWALL LLC
(Subcontractor)

By: _Alex R._____

Name: _Alex Rivera_____

Title: _Owner_____

*Morrison Homes*®

## SCOPE OF WORK
### Exhibit "B"

## GENERAL SPECIFICATIONS

The trade partner shall carefully examine the site, as well as the drawings and specifications in order to fully inform themselves as to the existing conditions and to the work of others that will affect or be affected by their work. The trade partner shall use the on site redline print during his phase of construction.

If there exists conditions that will prohibit the trade partner from properly performing their work, the trade partner shall not begin the work and shall notify the Morrison Homes builder of the condition.

Once the work has started, the builder has the power to direct all the work from start to finish. Should there be any disputes regarding details, workmanship, discrepancies, etc., the matter will be settled by the builder's decision and his decision shall be final.

After the trade contractor completes their work, they will be responsible for inspecting the house and completing and/or correcting any deficiencies before requesting payment. The builder will not approve purchase orders for payment until this has been accomplished. Purchase orders must be reviewed and additional work orders submitted within 30days of completion. Please note: If your trade is at the end of the construction phase, purchase orders must be requested by the last Monday of the month for that month's closings. Failure to comply with this could result in delay or no payment for additional work.

All trade partners will observe and abide by all OSHA rules and regulations. This will include wearing hard hats. All trade partners will supply Morrison Homes with a copy of any hazardous material literature that applies to their trade, such as MSDS sheets.

All trade partners will provide a two (2) year warranty, unless otherwise agreed upon by Morison Homes.

THERE IS TO BE NO SEPARATE AGREEMENT BETWEEN THE TRADE PARTNER AND THE CUSTOMER DURING CONSTRUCTION.

NEVER USE WATER FROM AN OWNER OCCUPIED HOME.

ATR.
Initials

# CONTRACTOR/SUPPLIER GUIDELINES

Morrison Homes is committed to provide outstanding service tour customers.  Our business continues to expand through strong customer referrals.  These referrals are a reflection of a professional contractor base working in conjunction with a highly motivated and skilled sales and construction staff.  Through all of our efforts, we must continue to strive to ensure the customer is the most important part of our business.

To help achieve this complete satisfaction, the following guidelines will be utilized by all contractors and suppliers:

CONSTRUCTION PROCESS:

1.      The contractor/supplier will perform all work in accordance to the specific scope  work provided with their Morrison Homes contracts.

2.      The contactor/supplier will leave the worksite clean and ensure all debris is discarded in <u>designated areas only daily</u>.  **All homes will be locked when leaving the job site at the end of the day.**  The contractor/supplier agrees to a $65.00 backcharge in addition to actual cost of correction for the violation of this agreement.

3.      The contractor/supplier will adhere to all OSHA regulations and ensure a safe work environment.

4.      The contractor/supplier will notify the Morrsion Homes builder of any errors or deficiencies in design, plan, or material prior to commencing work.

5.      The contractor/supplier will not trespass or otherwise infringe on the right of the adjoining property owners.

6.      The contractor/supplier will be courteous to all customers and sales staff entering the work area.

7.      Morrison Homes' sales staff is trained on the importance of "controlled access zone" and will respect your safety and their safety by not entering these areas during hazardous conditions.

8.      Radios that can be heard from the street will not be allowed on Morrison Homes' construction sites.  (This includes vehicle radios, external speaker and boom boxes on the rooftops).  Small portable radios will be allowed with low volume and must be turned off in the presence of customers and sales staff.

9.      Profanity will not be openly displayed nor tolerated.

10.     Alcohol consumption and/or drug abuse will not be tolerated by any person on Morrison Homes' properties.  If any person is observed violating this they will be asked to leave the site and their company will be at risk of losing a Morrison Homes Contract.

11.     The permit placard, stands, and blueprints will be properly maintained by the

Page 2

A.I.R.
Initials

trade contractor.

12.   Any trade contractor that sub-contracts Morrison Homes' work to a third party must get permission from Morrison Homes. The trade contractor must show that his/her subcontractor has their own general liability and worker's compensation, or be covered under the trade contractor's policy.

13.   Any customer that comes to the site and requests that the supplier/contractor make changes to the construction of his/her home should kindly be advised that the supplier/contractor will need to receive a change order from Morrison Homes.

14.   All persons entering the home after carpet is installed shall remove their shoes before entering. If persons are involved in glass installation that would prevent them from removing their shoes, they shall wear boot covers to keep from soiling the carpet.

15.   Portable commodes will be provided by Morrison Homes and at no time shall the contractor/supplier use the customer's facilities. If the portable commode is not being kept clean, please notify Morrison Homes construction staff immediately.

16.   Driveway barricades will be installed and at no time will contractor/supplier drive upon customer's driveways. The contractor/supplier agrees to a $65.00 backcharge in addition to actual cost of correction for the violation of this requirement.

17.   Countertops are not to be used as workbenches.

WARRANTY PROCESS:

Morrison Homes offers an extensive two (2) year warranty program on material and workmanship. All contractors/suppliers are required to warranty their workmanship and materials for this period of time. Major mechanical trades including HVAC, plumbers, appliances and electricians should seed the support of their suppliers to warrant their major equipment for at least the two (2) year program. Roofers will also be expected to warrant their work for a minimum of two (2) years.

Warrantable items must be completed within three (3) working days form the date of notification. Any supplier/contractor that receives a warranty request they feel should not be expected to warrant their work for a minimum of two (2) years.

All contactor/suppliers will adhere to the following guidelines when handeling warranty complaints:

1.   Major mechanical trades, including roofers, will have a twenty-four (24) hour availability service to handle emergency conditions.

2.   None-emergency warranty calls will be handled within three (3) working days of of receiving the complaint. In the event that this does not occur, the contractor/ supplier authorizes Morrison Homes to complete work through the use of alternative contractor/suppliers. The contractor/supplier agrees to a $65.00 backcharge in addition to actual cost of correction for the violation of this

Page 3

Initials

requirement.

3.      If Morrison Homes is communicating the complaint from the customer, the supplier/contractor will respond by telephone within one working day to schedule the warranty call.

4.      At all times the contractor/supplier will attempt to work within the customer's scheduling request. (It is not the customer's fault that it broke!).

5.      If at any time you feel the customer is not entitled to your service, do not argue with the customer, contact a Morrison Homes representative and let them resovle the situation.

6.      Notify Morrison Homes in writing within twenty-four hours of completing the warranty repair.

7.      Contractor or supplier representatives performing the warranty repair shall be property dressed (preferably wearing a company shirt), shall remove their shoes, or wear boot covers, before entering the residence, shall be courteous and at all times refrain from blaming the repair on another contractor or make reference that the repair was the result of shoddy workmanship or "cheap" construction practices.

8.      The repair area shall be left clean and all debris will be removed from the residence.

9.      The contractor/supplier will not be allowed to work within the customer's home unless the customer has made arrangements for a representative of theirs to be present.


_____
Morrison Homes Representative
(Witness)

_____
Contractor/Representative


_____4.4.06_____
Date

No Way Drywall LLC.
Company Name


Page 4

HLR
Initials

*Morrison Homes*®

## SCOPE OF WORK
### Exhibit "B"

## GYPSUM DRYWALL

**A.**   **SCOPE OF WORK – Drywall (Single Family Homes)**

This contract shall include all labor and material for the installation of all drywall, not hereinafter specifically excluded and shall include, but not be limited to the following:

1. All gypsum board, Dens-shield, exterior soffit board, CD board.
2. All drywall accessories such as corner bead, tape, joint cement, casing bead, mastic and nails, etc.
3. All drywall clean up and removal on a daily basis.
4. All required licenses and permits.
5. Texture.
6. Scraping floors/sweeping.
7. Sanding walls.
8. Fastening per gypsum manufacturer's specifications.
9. Marble sills (if applicable).
10. Inspections.
11. Two year warranty from final closing, same as builder's warranty.

**B.**   All work performed under this subcontract shall be in accordance with the model homes, other production units, plans, Morrison Homes specifications, and safety guidelines, OSHA regulations, FHA and VA Minimum Property Standards, local municipalities and/or governmental agencies, State of Florida codes, ordinances and statutes, the specifications hereinafter set forth and any standard production changes incorporated in the model homes.

**C.**   **SPECIFICATIONS**

1. All drywall installed at the interior of the home shall be ½" regular board on walls, ½" high strength ceiling board, or 5/8" on ceilings, per local code requirement. All tub/showers surrounds shall have Dens shield on wall behind the tile areas. Lanai ceilings to be 5/8" exterior soffit board. All installation shall be performed in accordance with the stated codes, ordinances and statutes listed in Paragraph "B". All gypsum board shall be as manufactured by U.S. Gypsum, Gold bond or equal as approved in writing by the contractor.

2. Gypsum board may be installed using GWB54 nails to set in place. Field fastening should be type W 1 ¼" drywall screws 12" o.c., for ceilings, 1 1/8" drywall screws 12" o.c. for walls. All ends and edges of wall board shall occur over and to screwed to supports. Maximum screw spacing at ends (edges in vertical application) shall be 6 inches o.c. at each support. Minimum screw/nail distance

from edge shall be 3/8". This shall apply to both ceiling and wall installation. Drywall shims shall be used only where necessary. Openings cut for outlets, switches, etc. shall be of a tolerance than can be covered adequately with normal switch plates and covers without additional taping or caulking. Drywall shall not be installed without proper backing.

3.  All flat joints shall be factory edge to factory edge.

4.  All A/C closets and alcoves shall have drywall installed complete with no gaps at A/C ducts.

5.  Dens-shield shall be installed behind all wall tile areas. Factory edges shall be at bottom in shower and where abutting tubs. Dens-shield shall be taped and skimmed in. Dens-shield shall go all the way to the floor.

6.  All exterior corners on drywall shall be covered with non-corrosive metal corner bead or plastic bead and covered with an acceptable installation of joint compound. All corner beads shall be install with nails (no crimping allowed), nail schedule per manufacturer's specifications. (Max spacing 9" apart on each flange of the bead with the nails opposite). All interior/exterior corners greater than 90 degrees will have 120 outside spladed installed.

7.  Drywall and metal corner beads shall extend to the concrete and plywood sub floor of all dry walled door openings that receive bifold or bypass doors. All other drywall shall extend from the ceiling to within ½" of the sub floor.

8.  The Subcontractor shall receive all homes in a "broom clean" and shall scrape all drywall mud from floors and leave same in original "broom clean" condition. All debris is to be placed in trash bins.

9.   The Subcontractor shall protect windows, doors, wash/dryer box. A/C supplies and returns, recessed, cans, all exposed A/C ductwork, and tub so that they are left clean. If drywall mud is left on windows, it shall be the Subcontractor's responsibility to remove it. If glass is scratched, it shall be replaced at Subcontractor's expense.

10.  The Subcontractor shall provide temporary lights while installing and finishing drywall in windowless areas, such as bathrooms and walk-in closets.

11.  The Subcontractor shall supply repair servicemen and call inspections (if requested by Builder). Repair work shall be completed within 48 hours of notification.

12.  The Subcontractor shall replace insulation fallen prior to drywall and notify contractor's agent of lack of any insulation, prior to his installation. Subcontractor shall be responsible for walls rocked without insulation.

13.  Walls shall receive orange peel finish. Block walls in garage to receive orange peel finish. Visible seams are not acceptable. Texture heavier than that accepted on the model homes and display samples shall be scraped clean and re-textured. Subcontractor shall mask sufficiently to avoid getting overspray on "knock down" areas, windows and doors.

14. Drywall shall be stocked within 72 hours or with the Builder's scheduling. Damage caused by careless stocking (removal of windows, studs, door openings and damage to walks, etc.) shall be the Subcontractor's responsibility. (if applicable).

15. All materials shall be kept dry, covered with Visqueen prior to installation.

16. Gypsum wallboard shall be neatly stacked flat with care taken to avoid undue sagging or damage to edges, ends and surfaces. Drywall stacked on second floor to be stocked evenly in room so as not to overload truss system.

17. Use existing openings to receive materials, protecting window and doorframes.

18. No windows, doors or slicing glass doors are to be removed from the home for stocking, hanging, finishing, or texturing purposes, with the exception of stocking window. If windows or sliding glass doors are found to be damaged due to drywall operations, it will be drywaller's responsibility for cost of replacement.

19. Subcontractor shall be expected to comply with the schedule established by the construction manager for completing the home.

20. Subcontractor shall guarantee Morrison Homes that the drywall installation shall be performed with above standard workmanship by skilled mechanics only, in accordance with the standard practices of the trade and to meet all nail codes. Defective work or work that is not properly and perfectly executed will not be accepted. All re-inspection fees are to be paid by the Subcontractor. Any sub par work that is covered up will be at subcontractor's cost to repair.

21. All punch-out work to be scheduled with Builder and 100% complete to Builders satisfaction. Any missing attic access covers are to be replaced at this time with proper texture.

22. If general contractor is supplying material, all material counts are to be verified by the purchasing department before Subcontractor starts hanging drywall.

23. All bath areas where tile is to be installed shall be Dens-shield run to 8' in showers. All garden tubs to be 12" above tub deck. Any tub with wood face skirt board shall be Dens-shield.

24. All drop-in tubs shall be Dens-shield on face of tub.

25. Dens-shield on all first floor showers, at bottoms shall run to the floor. Dens-shield on all second floor showers to bottom.

26. Dens-shield fasteners to be either galvanized roofing nails 1 ¼" for walls, or screws non-corrosive 1 ¼" type W buglehead wallboard screws for all walls. Either fastener to be 6" o.c. and flush with material surface. Do not countersink screws/nails. Do not break the membrane surface.

27. Any wall not full height, with top finishing off in wood, drywall needs to be flush with top of wall and all drywall at doors to be cut flush to framing member.

28. Tops of all planter shelves needs to be finished in drywall and textured same as wells, corners and edges to be free of excess drywall mud. Contractor should ensure that planter shelves have decking material on top prior to drywall installation.

29. All air conditioning platforms and water heater platforms are to be corner beaded and finished same as flat walls.

30. Any place where plumbing pipes extend out of wall (at hot water heater, under sinks, etc.) gap between drywall and pipe is to be taped and sealed. Any drywall to be put on any exterior porch or patio ceiling is to be 5/8" exterior soffit board.

31. When starting jobs, all exterior ceilings should be installed first.

32. All nails in plumbing pipes or electrical wiring are the responsibility of Subcontractor if areas are properly marked on floor.

33. Texture binder to be added to all wall texture.

34. At no time should drywall contractor stand on tubs without proper protection. Ladders should never be placed in tubs.

35. Care should be taken to avoid hitting pipes/vents with screws/nails. All piping should be marked by plumbing contractor. Any unmarked pipes should be marked by drywall contractor prior to drywall installation.

36. Drywall contractor to make sure and note location of all electrical/AC boxes so none are covered.

37. Contractor responsible for removing buckets from job site.

**D.** Subcontractor will be responsible to correct all deficiencies found by Morrison Homes Representative within 48 hours and prior to invoice submittal.

**E.** Subcontractor's representative will physically inspect and approve all work within 24 hours of completion of said work.

**F.** It will be the Subcontractors responsibility to bring to the Builders attention any discrepancies in workmanship, prior to starting, that could affect his trade. Subcontractor shall not proceed until discrepancy is corrected. This includes all required inspections.

**G.** Any damage to original drywall application caused by installation of any product is the subcontractor's responsibility to correct or replace at no extra cost to Morrison Homes.

**H.** All trash to be placed in a trash bin in front of building. Nothing, including drywall mud, is to be discarded onto yard. Failure to clean up will be expensed to subcontractor.

**I.** Hard hats must be worn at all times. Failure to do so will result in fines of up to $50.00 per person per occurrence. Subcontractor shall be responsible for any and all

fines for safety violations from negligence of their employees working on a Morrison Homes job site.

**J.**     It is the Subcontractor's responsibility to make sure the insulation inspection has passed before installing drywall.

**K.**     Schedule of Duration. Work shall be completed within the following time frames: Any changes shall have prior written approval by a Morrison Homes Builder.

Single Story – 3 Days – Hanging
Single Story – 3 Days Finishing
Single Story – 1 Day Texturing

2 Story – 4 Days – Hanging
2 Story – 4 Days – Finishing
2 Story – 1 Day – Texturing

Town Homes (4-8 Units) – 3 Days – Hanging
Town Homes (4-8 Units) – 3 Days – Finishing
Town Homes (4-8 Units) – 1 Day Texturing

**L.**     <u>**WARRANTY SERVICE**</u>

1.   Subcontractor is responsible for all warranty work for two (2) years from date of closing.

2.   Subcontractor must respond to Homeowner for an appointment within 24 hours of receipt of the "Service Request Work Order" from Morrison Homes Warranty Department. (Work Orders will be faxed by Warranty).

3.   Subcontractor is responsible to have a "Work Order" signed and dated as completed by the homeowner and faxed to Morrison Homes Warranty Department.

4.   All service personnel representing Subcontractor must speak English fluently, wear a Company Name Badge and provide proper identification when meeting homeowner.

5.   Subcontractor is given two (2) attempts to complete work in a matter satisfactory to Morrison Homes. After two (2) attempts, Morrison Homes reserves the right to employ another contractor to complete the work and "back charge" the original contractor without notice.

6.   All Subcontractors will take responsibility for all warranty issues in the community where they are assigned, or as required by a Morrison Homes Representative. Morrison Homes will pay, through Extra Work Order for any repairs or extra work preformed to correct work that is not original to the Subcontractor.

7.   All Subcontractors will maintain appropriate professional attire at all times while onsite.

**M.**     <u>**COMMUNITY RULES**</u>

The Subcontractor shall comply with the "Community Rules" as posted at the construction trailer. Non-compliance may result in penalties assessed to the Subcontractor. The "Rules" are as follows:

A.   No parking on driveways or graded yards.
B.   No pets allowed on the project at any time.
C.   The consumption of illegal substances or alcohol is cause for immediate termination.
D.   All trash must be placed in bins.
E.   Do not set tools, materials, or trash on countertops, vinyl or ceramic areas or both tubs.
F.   Portable toilet facilities are provided for your convenience. Use of facilities in homes is prohibited.
G.   No eating, drinking or smoking is permitted in homes.
H.   Absolutely no extra work is to be performed for potential homebuyers without express written approval from Morrison Homes. Non-approved work will be removed with all costs charged to Business Partner.

Not withstanding the above noted items, this contractor is totally familiarized with plans and all general notes and requirements as specified. There shall be no deviation from plans unless authorized in writing. No extra allowed unless design change is in writing.

By signing below, Contractor certifies having read, understood and accepted the conditions of this document in full.

Morrison Homes Representative
(Witness)

Contractor/Representative

4·4·06
Date

N/V Way Drywall LLC.
Company Name

# VENDOR INSURANCE REQUIREMENTS
## EXHIBIT D

Minimum insurance required:

| Type of Coverage | Morrison Home's Minimum Insurance Requirements |
|---|---|
|  |  |
| Worker's Compensation and Employer's Liability - Minimum amounts shall be the greater of Upper Statutory limits or the dollar amount indicated |  |
| Bodily Injury by Accident - Each accident | $500,000 |
| Bodily Injury by Disease - Policy Limit | $500,000 |
| Bodily Injury by Disease - Each Employee | $500,000 |
|  |  |
| Commercial General Liability | Occurrence Form |
| General Aggregate Limit (other than Products/Completed Operations) | $1,000,000 |
| Products/Completed Operation Aggregate Limit | $1,000,000 |
| Personal Injury & Advertising Injury Limit | $500,000 |
| Each Occurrence | $500,000 |
| Fire Damage Limit (any one fire) | $50,000 |
| Medical Expenses Limit (any one person) | $5,000 |
| Owner's, Bidder's Protective Liability | $500,000 |
| Blasting, Collapse, Underground - Excavation subcontractors only | $500,000 |
| Contractual Liability | $500,000 |
|  |  |
| Auto Liability (owned, non-owned and hired) | Occurrence Form |
| Bodily Injury Each Person | $500,000 |
| Bodily Injury Each Accident | $500,000 |
| Property Damage Each Accident | $100,000 |
|  |  |

In addition to the above requirements, the Certificate of Insurance must:
- Identify the trade partner by correct legal name, utilizing the same name under which Morrison has contracted with the subcontractor.
- Identify the insurance carrier, policy number and effective date of coverage. The insurance carrier should have a Best Rating of at least A.
- In the case of automobile and general liability policies, name Morrison Homes, Inc. as an additional insured.
- In the case of automobile and general liability policies, specify that the insurance coverage is on an occurrence basis, rather than claims made.
- In the case of automobile and general liability policies, specify that the trade partner's insurance is primary to insurance covered by Morrison Homes.
- In the case of automobile liability, the policy must provide coverage for any auto, or all owned vehicles, hired and non-owned.
- State that Morrison Homes, Inc will be provided a minimum of 30 days notice in the event of cancellation of the subcontractor's coverage.
- Name Morrison Homes, Inc as the certificate holder.