## Morrison Homes

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

### MORRISON HOMES, INC.
### SUBCONTRACTOR AGREEMENT

SUBCONTRACTOR: _FLORIDA STYLE SERVICES, INC._

ADDRESS: _17252 ALICO CENTER ROAD   UNIT #2 FORT MYERS FL 33904_

CONTACT: _MICHAEL J. FLEMING  994-9671_

TRADE(S): _CONCRETE, METAL FRAME, DRYWALL, STUCCO_

PROJECT: _AVALON Preserve_

NO. OF LOTS: _50_

DATE: _4-20-2006_

**THIS AGREEMENT**, together with the written Bid Prices (as hereinafter defined) and Exhibits attached hereto (if applicable) signed by the parties hereto, Purchase Orders, Variance Purchase Orders and Estimate Variance Purchase Orders (as hereinafter defined) issued hereafter shall constitute the agreement (the "Agreement") between Morrison Homes, Inc. d/b/a Morrison Homes, as Owner or General Contractor, hereinafter sometimes called "Morrison" and the undersigned Contractor, for work to be performed in the State of Florida in accordance with the following (capitalized terms are as defined herein whether said definition is after the first use of such term or not):

1. **Work.**

The Work is set forth in the Agreement and described in the General and Trade Specific Scopes of Work, ~~Construction drawings~~ and specifications, bid sheets, and purchase orders. _BID PRINTS_

   (a) Subcontractor shall perform the work described above at the Project in accordance with the Plans and Specifications attached hereto as Exhibit "A" and the Trade Specifications/Scope of work attached hereto as Exhibit "B". (The Documents). The work shall include all work specifically listed as well as all work necessary to accomplish such work, all work necessary to comply with the safety and other requirements of this Agreement and all work customarily performed or reasonably inferable as being required in connection with the foregoing even if not specifically mentioned in this Agreement (the "Work"). The Work shall be performed in strict compliance with this Subcontractor Agreement and the Documents. In addition to complying with the Documents, the Work shall also comply with all applicable building codes, laws, regulations and standards including, but not limited to, all applicable OSHA, FHA, VA and City standards. Subcontractor shall furnish all labor, materials, tools, equipment and services needed to properly perform the Work in a sound, professional and high quality manner.

   (b) Subcontractor shall perform all labor in a good and professional manner, according to standard practice in this area, and warrants that all labor done and any materials furnished by Subcontractor will meet or exceed RHA minimum property standard, VA minimum requirements, and all applicable building code requirements, notwithstanding the provisions of the plans and specifications provided by Morrison.

   (c) The Documents are incorporated herein by this reference and made a part hereof. Subcontractor has examined the Documents and is fully aware of their provisions. Subcontractor is not aware of any errors or discrepancy in the Documents and Subcontractor will promptly give notice to Morrison if it becomes aware of any errors or discrepancies.

   (d) Subcontractor represents, warrants and covenants that the Documents are complete and sufficient to enable the Subcontractor to construct the Work and otherwise to fulfill all obligations hereunder. If applicable to the Work, ~~Subcontractor has visited the site and has examined all physical, legal and other conditions affecting the Work and has satisfied itself as to the accessibility and actual physical conditions and is aware of all~~ labor, materials and professional services necessary to complete the Work in accordance with this agreement. _PER BID PRINTS_

   (e) The Plans and Specifications and other Documents made available to Subcontractor shall remain Morrison's property and shall not be used by Subcontractor for any purpose other than Subcontractor's

Contractor's Initials
_FLORIDA STYLE_
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

Work under this Agreement.  All Documents shall be returned to Morrison upon its request. Subcontractor shall keep the Documents confidential and shall not disclose them to any other person. *BLUEPRINTS EXCLUDED*.

(f)  Subcontractor shall inspect the job site and work areas prior to commencement of work, noting in writing to Morrison's Builder any discrepancies in plans/specifications or prior installations by others. If Subcontractor fails to notify Morrison of such discrepancies, all expenses incurred to complete required corrections shall be at this Subcontractor's expense.  Subcontractor shall notify Morrison immediately of materials they have damaged that were installed by others and if others have damaged materials installed by them.

(g)  All labor and materials furnished by the Subcontractor shall be in strict accordance with the Plans and Specifications furnished by Morrison and all work there under shall be scheduled in accordance with each   Work   Order   and/or   Purchase   Order   to   the   requirements   of   Morrison.

(h)  If applicable to the Work, Subcontractor will confirm the *INSTALLATION* ~~location~~ of all property pins and stakes with the surveyor prior to commencing the Work.  Subcontractor has satisfied itself as to the location of all utilities that may affect or interfere with the Work and agrees to protect all utilities and keep them operational at all times.  ~~Subcontractor~~ *OTHERS* will utilize Blue Stakes prior to any excavation. *MORRISON RESPONSIBLE FOR "NO CUTS" CALL AND LOCATION OF ALL UTILITIES*

(i)  Subcontractor represents, warrants and covenants that it has now and will have for the duration of this Agreement the requisite experience, licenses, financial wherewithal, labor and equipment to perform the Work as required by this Agreement.

(j)  Subcontractor will use the materials specified in the Documents and will not make substitutions without the express written consent of Morrison.  If Subcontractor believes other materials will be more appropriate, or if Subcontractor is not able to obtain the materials specified, then Subcontractor will give prompt written notice to Morrison.  If exact specifications are not given, Subcontractor will request clarification from Morrison.  In all events, Subcontractor will use new, high quality materials. All Work shall be performed by qualified tradespersons.  Morrison reserves the right to reject any materials which do not, ~~in Morrison's opinion,~~ comply with the terms of the Agreement.  All materials shall be installed in accordance with manufacturer's specifications.

(k)  It shall be the duty of the Subcontractor to clean the jobsite on the completion of each phase covered by the Work, and upon final completion Subcontractor shall clean the jobsite, removing all materials furnished by Subcontractor, storing on the premises all materials furnished by Morrison, as designated by Morrison.  Clean up is required at the end of each workday.  All debris generated by your trade shall be deposited in a designated trash bin, or other specified job location.  Each Subcontractor is responsible for their debris, and if not properly disposed of, Morrison shall pick it up at the Subcontractors expense.  If Morrison removes Subcontractor's debris, a back-charge will be issued in the amount of ~~twenty five~~ ($100) per hour it takes to remove or clean up the trash and/or debris. *DUMPSTER OR BIN TO BE LOCATED #25 ON EACH JOB SITE. IF NONE: 1 PILE WILL BE MADE IN FRONT*.

(l)  Subcontractor shall perform the work designated under the Agreement, and in the event Subcontractor shall not substantially perform in a continuous manner and if Subcontractor shall fail to do so for three (3) consecutive days under any Work Order and/or Purchase Order, Morrison shall have the right to give three (3) days written notice to Subcontractor and shall be entitled to terminate the employment of Subcontractor and declare Subcontractor in breach of this Agreement, in addition to any other right or remedy to which Morrison may be entitled. – *WEATHER, STRIKES, MATERIAL SHORTAGES EXCLUDED*

(m)  In the event of breach of this Agreement by Subcontractor, Morrison shall be entitled to retain all sums due Subcontractor under any Work Order and/or Purchase Order and shall be entitled to cause the work to be performed by others, and shall apply any sums due the Subcontractor against such costs of completion and thereafter to the costs of the ~~five~~ *ONE* (1) year warranty and after allowed warranties have expired, any excess shall be paid to Subcontractor.  In the event costs of such completion result in a deficiency, Subcontractor shall be fully responsible for the deficiency together with any damages, costs of Court and reasonable attorney fees incurred by Morrison. *AMOUNT HELD TO BE EQUAL TO REASONABLE AMOUNT TO COMPLETE*.

(n)  It is further agreed that Morrison shall have the right to change or make deviations from the plans and specifications submitted and to make extras and additions thereto by change order or additional Work Order and/or Purchase Order provided; however, Subcontractor shall not be entitled to any claims for extras, amendments or changes unless he has a signed written Work Order or Purchase Order from Morrison.

(o)  This Agreement, the approved Bid Prices, the *BID PRINTS* ~~Plans and Specifications,~~ the Scopes of Work and the individual Purchase Orders issued on each job shall constitute the entire contract and there are no other agreements, oral or written, by and between the parties hereto.  No payments shall be made by Morrison for any extra work performed unless previously ordered by Morrison in writing.  Any request

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

for payment must have a Purchase Order, Variance Purchase Order or Estimated Variance Purchase Order attached to the invoice or it will be returned unpaid to Subcontractor for proper documentation and re-submittal. *NO WORK WILL COMMENCE BY SUBCONTRACTOR WITHOUT PROPER DOCUMENTATION GIVEN TO SUBCONTRACTOR. AND THERE WILL BE NO PENALTY AGAINST SUBCONTRACTOR FOR FOLLOWING THIS POLICY.*

(p) Anything to the contrary, notwithstanding, ambiguities, or variances between provisions of this Agreement, and those of any proposal, bid price, work order or contract relating hereafter submitted, from time to time, shall be controlled by the provisions of this Agreement. This Agreement is a renewal and extension of any prior written agreements between Subcontractor and Morrison and shall remain in effect until fully performed or mutually terminated. Subcontractor agrees to remain fully liable and obligated to this Agreement in the event of change of name or legal status of Subcontractor by Incorporation, merger, acquisition or operation of law.

(q) The Subcontractor agrees and represents to Morrison that at all times during this Agreement, the Subcontractor shall comply in all respects with Public Law 99-603, the Immigration Reform and Control Act of 1986, and Subcontractor shall not hire or employ an unauthorized person or illegal alien in contravention of this law. The Subcontractor shall obtain all information which is required by this law, and the Subcontractor will retain this information in the Subcontractor's records for three (3) years from the date of hiring any person and for one (1) year of the date of dismissal of any person.

(r) This Agreement shall remain in full force and effect until terminated in writing; however, anything herein contained to the contrary notwithstanding, the Work to be performed by Subcontractor shall only include such work as if finally authorized by Morrison to Subcontractor.

(s) Subcontractor shall comply with all Federal, State, County, ~~Province,~~ and City safety regulations and laws, including but not limited to: The Williams-Steiger Occupational Safety and Health Act of 1970, all worker's compensations laws and regulations, etc.

(t) Subcontractor represents to Morrison that he or she holds a valid Contractor's license in conformity with the requirements of the court or other jurisdiction in which the work is being performed and is:

- A Corporation under the laws of the State of:   *FLORIDA*

or

- A Partnership owned & operated by:   *N/A*

or

- A Sole Proprietorship owned & operated by:   *N/A*

  - A copy of your license must be attached to this Agreement.

(u) The Work to be performed hereunder is generally described as:
   *CONCRETE, METAL FRAMING, DRYWALL, STUCCO.*



2.   Schedule.

*MUTUALLY AGREED*

Contractor shall continually perform the Work designated under this Agreement in accordance with ~~Morrison's~~ schedule. In the event Contractor shall not substantially perform in a continuous manner and if Contractor shall fail to do so for three (3) consecutive days under any Purchase Order, Variance Purchase Order, Estimate Purchase Order, Morrison shall have the right to provide Contractor written notice that Contractor has (2) days to cure contracted scope of Work so entitled under any such Purchase Order and in accordance to ~~Morrison's schedule and~~ that failure of Contractor to comply shall entitle Morrison to terminate the employment of Contractor and declare Contractor in breach of this Agreement, in addition to any other right or remedy to which Morrison may be entitled. Contractor shall carry on its Work with sufficient forces so as not to delay the progress of Morrison's Job. Contractor shall prosecute diligently and complete all Work required hereunder in strict accordance with ~~Morrison's~~ schedule, ~~as any such schedule is from time to time revised.~~ Time is of the essence of this Agreement. ~~If Contractor causes any delays, Contractor shall be responsible for all resulting damages, including, without limitation, reasonable lost interest costs based upon the dollar amount expended by Morrison for the project times eleven percent (11%) simple interest for the period of the delay.~~ As part of this Agreement, Contractor shall provide Morrison with the maximum duration in working days required to complete the Work along with the lead-time in working days for Contractor to receive Purchase Order to meet the Work schedule. *WORK IS BASED ON A 5 DAY WORK WEEK. SATURDAYS ARE A MAKE UP DAY FOR WEATHER DELAYS.*
*SUBCONTRACTOR NOT RESPONSIBLE FOR WEATHER, STRIKES, MATERIAL SHORTAGES.*

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 325, Fort Myers, FL  33916
(239) 274-2800 Phone
(239) 274-2801 Fax

(a) Morrison shall designate the lot number on which the Work shall be performed.  Subcontractor shall begin the Work on the date designated by Morrison and shall proceed diligently to complete the Work in a timely fashion without delays to Morrison or to other subcontractors, time expressly being of the essence hereof.  Morrison Homes reserves the right to inspect all Work and has the right to determine in good faith whether the Work has been satisfactorily completed.

(b) Promptly after execution hereof and in all events prior to the date Work is to commence, Subcontractor shall complete and deliver to Morrison a Vendor Information Sheet in the form attached hereto as Exhibit "X" along with a Certificate of Insurance certifying that Subcontractor has obtained the proper insurance required by Morrison Homes.

3.  **Pricing.**

After the execution of this Agreement and as set forth in this Agreement, Contractor will submit "Bid Prices" (as herein after defined) *total sum of all cost to Morrison for Work;* to be attached hereto. Morrison reserves the right to negotiate with the Contractor to accept or decline the Bid Prices and shall further reserve the right to void the execution of this Agreement upon default of such negotiations.  In the event that both parties agree to accept the Bid Prices, Morrison shall create a request for quotation "RFQ" (as herein after defined) *a document containing record of; Bid Prices; Contractor information; and community information.* The RFQ document must be signed by the Contractor and Morrison prior to producing Purchase Orders.  The RFQ shall represent the total compensation due Contractor for services and/or materials to perform and complete the specifications and conditions so described, attached, and set forth in this Agreement and shall be the sole pricing agreement between the Contractor and Morrison and shall remain in effect for all Purchase Orders, absent renegotiation and acceptance of new Bid Prices and execution of a revised RFQ reflecting the validity date of any changes to Bid Prices signed by both Contractor and Morrison. Unless otherwise agreed, Contractor shall provide a minimum of thirty (30) days written notice prior to any intent to renegotiate Bid Prices and a ~~minimum of sixty (60) days~~ prior to the desired execution date of any proposed changes to the Bid Prices.  Purchase Orders issued to the Contractor prior to the execution date of any accepted changes to the Bid Prices, regardless of when the services are rendered and/or materials are shipped, will be paid at the existing Bid Prices reflected within the existing RFQ previous to the Bid Price change.  Purchase Orders with a construction start date (a date assigned by Morrison as to the commencement of construction on a specific lot and community and so prescribed and noted on the Purchase Order) that is prior to the execution date of any negotiated and accepted changes to the Bid Prices will be paid to the Contractor at the costs in the existing Bid Prices.  If the parties do not agree on price and terms within thirty (30) days after the written notification requesting changes to the Bid Prices either party may terminate the Agreement and not accept any future Purchase Order assignments.  Notification of any such termination shall be in writing by either party within five (5) working days after the decision to terminate the Agreement.  Unless otherwise agreed, the Contractor shall furnish any Work through completion of such for any Job (as herein after defined) *a specific location; community; lot; and/or plan; that is so prescribed and noted on the Purchase Order; Variance Purchase Order; Estimate Purchase Order;* for which said Contractor has commenced Work previous to the date of the termination of the Agreement.  If Contractor defaults in providing Work according to the terms of this Agreement through completion of any Job, Morrison may notify Contractor of default in writing, and upon such notification Morrison shall have the right to withhold payment or any portion thereof due to Contractor whether directly related to the specific Job or any other funds due said Contractor and may re-direct such payments to others for the completion of Contractor's Work for any such Job. Morrison may notify the Contractor in writing of any unused material/s that were supplied by the Contractor as part of this Agreement, and such that has been left on Morrison property, and Contractor shall remove these materials within (48) hours from the time of notification from Morrison's property, and shall credit Morrison for the original cost/s of material per the original RFQ.  If contractor fails to remove material/s from Morrison property within the forty eight (48) hours, regardless of Contractor's ability to remove said material/s, and regardless of condition of such, the full credit for unused materials will be deducted from any funds due Contractor by Morrison and Morrison shall be held harmless for any liability of costs of such material/s.  Upon termination of the Agreement Contractor further agrees to provide Morrison any necessary information, documentation, signatures and/or assistance to ~~transfer permits~~ to a replacement Contractor, if applicable. Morrison shall pay Subcontractor the price listed on the Bid Pricing Form attached as Exhibit "C" hereto (the "Price"), when Subcontractor is not in default for that portion of the Work completed by Subcontractor in accordance with the Bid Pricing Form less any ~~retention~~ which Morrison elects to retain as security for the cure of any default by Subcontractor (provided that Morrison shall have no obligation to pay Subcontractor when Subcontractor is in default).  Morrison shall not pay any other fees or expenses of the Subcontractor, *UNLESS SUBCONTRACTOR HAS ADDITIONAL SIGN, PURCHASE ORDERS, VPO'S* [initials]

(a) ~~Morrison may at any time at its option make payment by joint check to Subcontractor and its subcontractors or material suppliers, but Morrison shall have no obligation to do so.~~

(b) No payments will be made by Morrison until lien releases are provided as required by Paragraph 11 of this agreement.  In addition, Morrison may establish other reasonable requirements for processing payments.

[handwritten] *(C.) PRICE INCREASE - 30 DAY WRITTEN NOTICE*
*PRICE EFFECTIVE 45 DAYS FROM NOTICE DATE, ONLY ON LOT'S*
*NOT STARTED / INVOICED.*

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 325, Fort Myers, FL  33916
(239) 274-2800 Phone
(239) 274-2801 Fax

   (c) If work is to be performed or materials to be furnished in stages, the Bid Prices shall include progress payments for each such stage.   Payments for partially or completed works and the quality of workmanship and materials provided shall be subject to the approval of Morrison, ~~based on terms~~ *based on terms of contract*

   (d) Morrison agrees to pay the sum for each stage of work as set forth on the Bid Prices approved by Morrison, subject to the Subcontractor providing lien releases where stipulated by Morrison, ~~Morrison may elect to make payments jointly to Subcontractor and any of its material suppliers.~~

   (e) Subcontractor agrees that when their bid prices include labor and material (turnkey), that all applicable sale tax amounts are part of the bid prices and that Morrison shall not be responsible for paying or reporting sale tax amounts.

4.    **Purchase Orders.**

  (a) Morrison will release Purchase Order/s (as herein after defined) *electronic document/s prescribing information specific to; Contractor; Job; Work and Total Costs for such;* to the Contractor's "Portal" (as herein after defined) *computer software window provided by Morrison ta Contractor on which Contractor can access information such as, but not limited to; Purchase Orders; payment status of Purchase Orders; accounts receivable; Job schedule; and other pertinent information;* via said Contractor's own computer system.   Contractor must possess a Purchase Order on their Portal prior to performing any Work for Morrison unless otherwise agreed to by Morrison as noted in subparagraph (b).   Once a Purchase Order is released to the portal, partial deliveries or backorders are not allowed. Anything to the contrary notwithstanding, ambiguities, and or variances between provisions of this Agreement and those of any proposal, Bid Price, or contract relating hereto hereinafter submitted, from time to time, shall be controlled by the provisions of this Agreement.   This Agreement is in place of any other agreements between Contractor and Morrison and shall remain in effect until fully performed or legally terminated in writing and in the event of conflict between this Agreement and any other Agreements, this Agreement will control.   It is further agreed that Morrison shall have the right to Variance (as herein after defined) *to change; deviate; or make additions to; Work as set forth in this Agreement and such that is prescribed on the Purchase Order;* and that any such Variance may alter the Bid Prices originally submitted to Morrison by the Contractor as part of this Agreement and such that are listed on the Purchase Order as Total Costs for Work original to said Purchase Order, and that Prior to the execution of Work by the Contractor for any Variance, Morrison shall provide the Contractor a Variance Purchase Order (as herein after defined) *electronic document/s prescribing information specific to; changes ta; deviations from; or additions to; Work; Purchase Order; and the Total Cost for such.*   It is further agreed that from time to time conditions may arise in which the Total Variance Cost (as herein after defined) *total compensation due Contractor by Morrison for; changes to; deviations from; or additions to Work; Purchase Order;* for said Variance can be not be determined prior to the Work being commenced and/or completion of such, and when such conditions are presented by the Contractor to Morrison, Contractor must provide to Morrison in writing a "Ceiling Cost" (as herein after defined) *guaranteed maximum limit of the Total Cost for said Variance;* and that Morrison, upon written receipt and agreement to the Ceiling Cost presented by the Contractor, shall issue Contractor an Estimate Variance Purchase Order (as herein after defined) *electronic document/s prescribing information specific to; Contractor; Job; changes to; deviations from; or additions to; Work; Purchase Order; and the Total Variance Cost for such;* and Contractor shall further agree and guaranty that the Total Variance Costs for said Estimate Variance Purchase Order shall be of equal value and/or lesser value than the written Ceiling Cost agreed to by Morrison. As soon as possible thereafter the issue of the Estimate Variance Purchase Order the Contractor shall commence the Work so prescribed within the Estimate Variance Purchase Order and shall, upon completion of the Work for such, present an invoice to Morrison which states the Total Variance Cost for the Work prescribed within the Estimate Variance Purchase Order and such shall be processed for payment upon approval by Morrison.   Contractor shall not be entitled to any claim for additional payments for Variances unless a Variance Purchase Order and/or Estimate Variance Purchase Order has been released to the Contractor's portal.   Morrison agrees to pay the sums for the Work as set forth in a Purchase Order, Variance Purchase Order and/or Estimate Variance Purchase Order approved by Morrison subject to the Contractor providing lien releases where stipulated by Morrison, ~~or Morrison may elect to make payments jointly to Contractor and any of said Contractor's suppliers of labor and/or materials for said Work.~~  *Keep it x*

  (b) Morrison, from time to time as part of this Agreement shall, at the sole discretion of Morrison, define specific Work as Budget Items (as herein after defined) *Work that is not a Variance to which Total Cost can not be determined prior to completion of said Work; such as, but not limited to, sod; trash; irrigation; landscaping; pavers and concrete flatwork;* and shall grant exemption to Contractor (Contractor/s granted such exemption shall be noted as part of this Agreement in Exhibit "G") permitting said Contractor to commence Work for such Budget Items without a Purchase Order, and shall require said Contractor, upon completion of Work for Budget Items, to submit an invoice inclusive of the Total Cost for such to Morrison, and Morrison, upon receipt and approval of said invoice shall release a Purchase Order to said Contractor for payment.   Contractor shall submit all requests for payment (invoices) for any Work provided by Contractor for Morrison within ninety (90) days after completion of Work or said Contractor shall waive any claim against Morrison for such.

c.)   Purchase Orders are created by the Purchasing Department and are accessible to trade partners on their Morrison Homes Trade Partner Portal. All materials, quantities and prices are listed on the Purchase Order. The

Contractor's Initials
*Florida Style*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

Purchase Order will also display color and style selections, locations for installation or other pertinent information if applicable. Purchase Orders are considered a legally binding contract. All work performed under the Purchased order shall be paid in the amounts listed on the Purchase Order and will not be adjusted after the work is complete.

1. Extra Work Orders or Variance Purchase Orders

    a. Extra Work Orders or Variance Purchase Orders are for construction field variances only and are issued by the Builder. The Builder will send the request to Purchasing to create a Variance Purchase Order, which will be available on the Trade Partner Portal.

    b. If an estimate Variance Purchase Order is displayed on the Portal, Subcontractor shall print the Purchase Order and submit it for payment, attached to their invoice.

2. Discrepancies

    a. Any discrepancy or perceived error on the Purchase Order MUST be addressed BEFORE the commencement of any work. If incorrect materials are listed on the Purchase Order and installed in a home and the Subcontractor did not contact the Purchasing Department in advance to resolve the discrepancy, the Subcontractor will be held responsible for all costs involved in correcting the error. Discrepancies in materials shall be brought to the Purchasing Department's attention with enough notice to correct the Purchase Order before the scheduled work is to begin.

    b. Pricing discrepancies must also be addressed before the commencement of any work. Subcontractor shall contact the Purchasing Department to correct pricing errors with enough notice to correct the Purchase Order before the scheduled work is to begin.

3. Work without Purchase Orders

    a. Purchase Orders must be obtained prior to the commencement of any work. No materials should be ordered and no labor shall be performed for which the Subcontractor has not received a Purchase Order.

    b. Purchase Orders and Extra Work Orders cannot be created in the SAP System after the home is owner occupied. It is imperative that all Purchase Orders be obtained in a timely fashion. Work without a Purchase Order will be considered a contribution to Morrison and payment will not be made unless the Vice President of Purchasing and/or the Vice President of Finance for Morrison Homes make an exception.

4. Payment of Purchase Orders

    a. Payment on purchase orders is made weekly on all work that is completed by Subcontractor and confirmed by a Morrison Builder. Anytime an invoice is mailed to Morrison, it must be attached to the corresponding Purchase Order before payment will be made. The Purchase Order and the Invoice dollar amounts must match exactly. In the event that the invoice does not match the Purchase Order, Subcontractor shall contact the Purchasing Department for a revision to the Purchase Order, before the associated invoice is submitted for payment.

5. Warranty.

Contractor shall perform all labor in a workmanlike manner, according to standard practice in this area, but in any event, meeting all manufacturers installation instructions and warrants that all labor done and any materials furnished by Contractor will meet or exceed FHA minimum property standards, VA minimum requirements, and all applicable building code requirements, notwithstanding the provisions of the plans and specifications provided by Morrison. Subcontractor represents, warrants, and covenants that the Work shall be of high quality, fit for the purpose for which intended and shall fully comply with the other requirements of this Agreement. Contractor further warrants all labor and material furnished by him to be free of defect for a period of at least Five (1) years from the date of the Deed conveying the property from Morrison to the ultimate purchaser. Contractor shall furnish all warranties and/or guarantees by manufacturers on appliances and equipment and shall further furnish all certificates required by any

Contractor's Initials
_FLORIDA STYLE_
Company Name

Morrison V.P.P. Initials

Morrison Homes

Page 6 of 14

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

municipality and/or VA and/or FHA.  This warranty shall be in addition to, and not in limitation of, any other rights Morrison has under this Agreement or law.

(a)  Subcontractor agrees to make all repairs and correct such defects under the warranty ~~within eight hours of notice of such defect in an emergency~~ and shall commence repairs within forty-eight (48) hours of notice of such defect of non-emergency basis, and complete the same within five (5) working days.  For purpose of this paragraph, "emergency" shall be defined as a condition covering Subcontractor's work that requires immediate repair or correction.  The following are considered emergencies:

N/A 
1.  Total loss of heat or air conditioning if inside temperature is above 80 degrees F
2.  Total or substantial loss of electricity
3.  A plumbing leak that may cause permanent water damage to the home
4.  A gas leak

N/A  All major mechanical trades and roofers will have a twenty-four (24) hour, seven (7) days a week emergency number and must respond by phone within 1 hour of notification.

24 Hour Emergency Phone Number _____

Keep IN  OK

(c)  Warrantable items which are not considered an emergency must be completed within five (5) working days from the date of the notification.  ~~In the event that this does not occur, the Subcontractor agrees to a back charge of $65 per day in addition to the actual costs of the correction for the violation of this requirement.~~  ACCESS AND SECURITY TO BE BY OWNER OR MORRISON REP.

(d)  Subcontractor shall furnish all warranties and/or guaranties by manufacturers ~~on appliances and equipment~~ and shall further furnish all certificates required by any municipality and/or VA and/or FHA.

(e)  If Morrison is communicating the complaint from the customer, the Subcontractor will respond by telephone within one (1) working day to schedule the warranty call with the Customer.

(f)  At all times, the Subcontractor will attempt to work within the customer's scheduling requests.  MONDAY THRU FRIDAY  7AM TO 4 PM.

(g)  If at any time Subcontractor feels the Customer is not entitled to your service, Subcontractor will not argue with the Customer.  Contact a Morrison representative to resolve the situation.

(h)  All technicians performing the warranty work, shall be properly dressed (preferably wearing a company shirt), shall remove their shoes prior to entering the residence or wear boot covers, shall be courteous and at all times will refrain from blaming the repair on another Subcontractor or make reference that the repair was the result of shoddy workmanship or "cheap" construction practices.

(i)  The repair area shall be left clean and all debris will be removed from the residence.

(j)  The Subcontractor will not be allowed to work within the customer's residence unless the customer has made arrangements for a representative of their own, who is at least 18 years of age to be present. OR A REP FROM MORRISON

(k)  Subcontractor shall notify Morrison in writing within twenty-four (24) hours of completing the warranty repair, by providing a copy of the Morrison Homes Service Order signed by the Customer. VIA FAX

(l)  If the home was a Morrison Homes Sales Model, Subcontractor will provide the same warranty as for new Morrison Homes, except for items that are not listed in the sales contract for the Model.  This warranty shall extend for a period of ~~two (2)~~ years from the date of the Sales Model Grand Opening.  ONE 1

6.    **Compliance with Laws and Safety Rules.**

Contractor agrees to perform its Work in a manner so as to keep the job site (in as much as contractor's Work affects the job site) safe and free from conditions which could cause injuries to persons or property.  Contractor is aware of the requirements of OSHA (occupational, safety, health, association) and shall comply with OSHA requirements and insure that all of its agents, subcontractors or employees comply with OSHA requirements.  Contractor's commencement of Work shall constitute acceptance of the job conditions that the job conditions are satisfactory for Contractor's proper execution and completion of Contractor's Work.  In the event Contractor deems the job conditions inadequate, or defective, Contractor shall be required to report in writing to Morrison the inadequacies or defects that render the job site unsuitable for proper execution of the Contractor's Work.  Said notice must be provided prior to Contractor's commencement of Work or Contractor shall be deemed to have accepted such conditions and perform whatever Work is necessary to accomplish the proper execution of Contractor's Work.

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

(a) Subcontractor warrants and represents that it is familiar with and covenants to comply with all laws, regulations and rulings of all federal, state, county and municipal jurisdictions and agencies applicable to this Agreement and to the Work, including but not limited to: OSHA, state occupational safety and health laws, workers' compensation laws, minimum wage and overtime laws, I-9 requirements, employment discrimination laws and all regulations and rules promulgated there under (collectively, the "Legal Requirements"). Subcontractor shall maintain all records required for compliance with the Legal Requirements.

(b) At all times, the Subcontractor and its employees shall adhere to the following:

1. Conduct, operate, and maintain a safe and healthful workplace;

2. Provide safety training to its employees to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement;

3. Ensure that all required training certifications for employees are obtained and maintained, as applicable, including but not limited to fall protection training certifications, forklift certifications, etc.

4. Inspect and observe the work of its employees to ensure compliance with safety rules;

5. Ensure that employees are wearing and/or using applicable personal protective equipment;

6. Ensure that its employees are wearing and/or using appropriate protective clothing, equipment, tools, and safety devices necessary to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement.

7. Maintain required documentation to ensure compliance with all relevant local, state and federal safety and health standards and any additional standards imposed by this Agreement, including but not limited to OSHA 300 Log, MSDS Sheets, training certifications, etc.

8. Ensure that all employees who enter the Controlled Access Zone ("CAZ") at a jobsite are trained and certified with fall protection training prior to entering the CAZ.

9. Any non-compliance of OSHA regulations could result in fines, mandatory training or removal from job site.

10. Any accident that occurs on Morrison property must be immediately reported to the Morrison Homes Safety Coordinator. A follow up accident report must be faxed to 313-910-0434 within 24 hours of the accident's occurrence.

11. Subcontractor shall take all reasonable actions to protect the Work and property of others. Subcontractor shall comply with all provisions of Exhibit "D-1" and "D-2".

7.   **Internet Access and Proprietary Information.**

Contractor will be provided with information through Morrison's Trade Partner Portal, available through the internet. Contractor shall access the Portal on a daily basis to obtain Purchase Orders, Warranty Service Orders (articles containing information to the Contractor specific to corrective work covered under this Agreement and that which is in need of repair and/or replaced due to defective labor practices and/or materials used by said Contractor), schedule requirements and other communications. Contractor will secure the required computer equipment, and internet connections at Contractor's sole cost and expense. Contractor recognizes and acknowledges that Contractor has had and will continue to have access to certain confidential information about Morrison, its affiliates and parties with whom Morrison does business (collectively, the "Confidential Information") (including, without limitation, ~~product plans and~~ Trade Secrets (as hereinafter defined) *or know-how, including but not limited to: research, ~~product plans and~~ products; services; customer lists and lists of prospective customers; markets; software* (whether or not reduced to writing and whether or not protectable by patent or copyright registration) *and source code; flow charts; routines; compilers; assemblers; designs and all modifications, enhancements and options thereto; developments; Inventions* (as hereinafter defined); *processes; formulas; technology; designs, ~~drawings or specifications~~ ~~engineering;~~ hardware configuration information; marketing; prices; supplies; costs; strategies; financial and business prospects; finances ~~or other business information~~ disclosed to Contractor by Morrison either directly or indirectly, over the internet, in writing, orally, ~~by drawings,~~ or by observation of parts or equipment) and that such information* constitutes valuable, special and unique property of Morrison. For purposes hereof, "Trade Secrets" or "Trade Secret" shall mean information which derives economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means, by other persons who can obtain economic value from its disclosure or use, and is the subject of efforts that are reasonable under the circumstances to maintain its secrecy.

Contractor's Initials

FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 825, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

Contractor acknowledges that the Confidential Information is and shall remain the exclusive property of Morrison. Contractor agrees that Contractor will not at any time (whether during the Term or at any time thereafter) disclose the Confidential Information to anyone outside Morrison, or utilize such Confidential Information for Contractor's own benefit or the benefit of any third party or parties without the prior written consent of Morrison. Contractor agrees that the foregoing restrictions shall apply whether or not such information is marked "Confidential" or "Proprietary." Morrison acknowledges that the term "Confidential Information" shall not include information which: (i) was known by Contractor prior to disclosure by or on behalf of Morrison, its affiliates or parties with whom Morrison does business, (ii) becomes available to Contractor from a source other than Morrison, its affiliates or parties with whom Morrison does business that is not bound by a duty of confidentiality to Morrison, its affiliates or such other parties, or (iii) becomes generally available or known in the industry other than as a result of its disclosure by Contractor. In the event that Contractor becomes legally obligated to disclose any Confidential Information other than to Morrison, Contractor will provide Morrison with prompt notice thereof so that Morrison may seek a protective order or other appropriate remedy and Contractor will cooperate with and assist Morrison in securing such protective order or other remedy. In the event that such protective order is not obtained, or that Morrison waives compliance with the provisions of this paragraph to permit a particular disclosure, Contractor will furnish only that portion of the Confidential Information, which Contractor is legally required to disclose. Contractor further agrees that all memoranda, disks, files, notes, records or other documents which contain Confidential Information, whether in electronic form or hard copy, and whether created by Contractor or others, which come into Contractor's possession, shall be and remain the exclusive property of Morrison to be used by Contractor only in the performance of Contractor's obligations hereunder, ~~and shall be delivered by Contractor to Morrison together with any copies thereof upon the termination of this Agreement or at any other time upon the request of Morrison. Contractor also agrees to execute such confidentiality agreements that Morrison may adopt, and modify from time to time, as a standard form to be executed by Morrison's Contractors.~~ *[signature]*

8.     Independent Contractor.

Contractor, in performance of the Work covered hereby, is an independent contractor and shall have the sole discretion in the performance of such Work, save and except that the same must be performed in accordance with the terms and conditions of this agreement. Contractor shall be solely responsible for withholding taxes and social security taxes, if any, for each employee or subcontractor of Contractor.

(a)   Subcontractor is an independent contractor and not an employee of Morrison and in performance of the Work covered hereby, shall have sole discretion in the performance of such work, save and except that the same must be performed in accordance with the terms and conditions of this Agreement.

(b)   Subcontractor is responsible for the manner and means of accomplishing the Work; hiring, training, disciplining, firing and scheduling its own employees; withholding appropriate amounts for federal, state and local taxes; and providing benefits to employee, including, but not limited to, workers' compensation benefits. Morrison shall not, under any circumstances, be liable for wages, federal and state employment taxes, benefits or workers' compensation to employees of Subcontractor.

(c)   Subcontractor shall be solely responsible for insurance, withholding taxes, social security taxes, and unemployment taxes, if any, for each employee or subcontractor of the Subcontractor.

(d)   Morrison reserves the right to control access to the Project, schedule Work and to change the schedule, and stop or direct Work for safety reasons ~~or to ensure conformity of end product with contracted for results.~~ *[signature]*

(e)   Subcontractor and its employees shall at all times behave in a professional and courteous manner, shall not disturb other subcontractors, homeowners or customers of Morrison, and shall follow the rules listed in this Agreement ~~as they may be changed from time to time by Morrison.~~

9.     Insurance.

The insurance procured and maintained by Contractor in accordance with this Agreement shall insure the performance of Contractor's indemnification obligations as set forth below, but the insurance provisions of this Agreement shall not be construed to in any way limit Contractor's indemnification obligations to the indemnities. Nor shall Contractors indemnification obligations be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by, or for the Contractor under any applicable workers compensation act, disability, benefits act, or other employee benefit act. In the event that Contractor shall fail to provide, and furnish on request, the required insurance certificates, or having furnished the same and they are canceled, Morrison shall be entitled to immediately terminate this Contract, or in lieu thereof at Morrison's option, begin charging Contractor for participation on Morrison's insurance policies upon written notice to Contractor thereafter deducting the insurance costs from sums due Contractor. In no event shall such default by Contractor and resulting deduction be construed to change the relationship of Contractor herein from that of an Independent Contractor.

*[signature]*
Contractor's Initials
FLORIDA STYLE
Company Name

*[signature]*
Morrison V.P.P. Initials

*Morrison Homes*

**Fort Myers Division**
**4415 Metro Parkway, Suite 325, Fort Myers, FL 33916**
**(239) 274-2800 Phone**
**(239) 274-2801 Fax**

(a) Subcontractor shall obtain and maintain insurance coverage of the types and amounts detailed on the insurance form attached as "Exhibit X" from execution hereof ~~and for so long as the warranty period is in effect for any Work~~.

(b) Subcontractor's insurance shall be primary and Morrison's liability coverage shall be secondary and non-contributing for any claim covered by Subcontractor's insurance. Subcontractor's insurance shall name Morrison as an additional insured pursuant to an endorsement form CG 20 10 or its equivalent, which shall provide that the insurance may not be canceled without thirty (30) days prior written notice to Morrison. All insurance shall be placed in companies rated A-or higher by A.M. Best Company and certificates certifying that the stated types and amounts of insurance are in effect shall be delivered to Morrison before any Work is performed hereunder. Subcontractor shall provide evidence of renewal of the required insurance to Morrison at least thirty (30) days prior to the expiration date of the insurance coverage.

(c) Subcontractor's General Liability and Product & Completed Operations insurance will provide protection from claims or losses which may arise out of or result from performance of professional services under this Agreement, caused by any error, omission or act. Such insurance shall be endorsed to apply to the liability of Morrison (and Consultant if required) but only to the extent that such liability is a result of an error, omission, or negligent act of the Subcontractor under this Agreement until the expiration of any applicable statute of limitations.

(d) Worker's Compensation Insurance as required by applicable state laws for all of the Subcontractor's employees to be engaged in service or work under this Agreement.

(e) Comprehensive General Liability and Products & Completed Operations Insurance covering the Subcontractor and its agents and employees providing protection from claims for, but not limited to, damages from personal injury, bodily injury, wrongful death or damages to property, including loss of use, which may arise directly or indirectly out of or in connection with the performance of the work of services under this Agreement by the Subcontractor or by its agents or employees.

(f) Owned, hired and non-owned commercial automobile liability insurance as required by applicable state laws.

(g) Excess Liability Insurance providing coverage to the same limits required for General Liability Insurances.

(h) Except for Worker's Compensation Insurance, the insurance described above and in "Exhibit X" shall be endorsed to add Morrison Homes as additional insured. Such coverage shall be primary and shall not contribute with any other insurance in force for other parties.

(i) The Subcontractor shall furnish Morrison Homes with a certificate of insurance, evidencing the insurance carried in compliance with this Agreement, prior to commencement of any work for Morrison. Such insurance shall name Morrison Homes as an additional Insured and shall provide that such insurance may not be cancelled until at least thirty (30) days prior written notice has been given to Morrison.

(j) Failure to provide insurance coverage or the insolvency of the of the Subcontractor's insurer shall not act to waive the Subcontractor's obligation under this Agreement.

(k) Where Subcontractor stores materials or equipment on Morrison's jobsite, Morrison shall have no responsibility or liability for any loss or damage suffered by Subcontractor for any cause. UNLESS DAMAGE OR LOSS IS CAUSED BY MORRISON.

(l) The insurance required of the Subcontractor in accordance with this Agreement shall ensure the performance of Subcontractor's Indemnification obligations as set forth above, but the insurance provisions of the Contract Documents shall not be construed to in any way limit Subcontractors indemnification to the indemnities. Nor shall Subcontractor's indemnification obligations be limited in any way by any limitation on the amount or type of damages, compensation or benefits payable by or for the Subcontractor under any applicable Worker Compensation Act, Disability Benefits Act, or other employee benefit act.

(m) In the event that the Subcontractor shall fail to provide and furnish on request, the certificates of insurance, or having furnished the same and they are cancelled, Morrison shall be entitled to immediately terminate this Agreement, upon actual notice to Subcontractor. In no event shall such default by Subcontractor and resulting deduction be construed to change the relationship of the Subcontractor from herein from that of an Independent Contractor.

Contractor's Initials
PLORIDA STYLE
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

10. **Indemnity.**

    (a) Subcontractor shall indemnify, hold harmless and defend Morrison, its officers, directors, employees, agents, shareholders and affiliates from, and against all claims, costs, losses, damages, liability and expense (including but not limited to all fees and charges of engineers, architect, attorneys and other professionals and all dispute resolution costs) (all of the foregoing a "Claim") resulting or rising or alleged to arise from any and all injuries or death of any person or damage to any property resulting from any act or omission or neglect of Subcontractor, its subcontractors or suppliers or their employees, agents, guests, or affiliates regardless of whether caused in part by a person or entity indemnified hereunder, provided that Subcontractor shall not be responsible to an indemnified person for any Claim arising solely from the negligence of that indemnified person. Morrison may, at its option, offset amounts due from Subcontractor under this provision against any amounts due to Subcontractor                  from                  Morrison.

    (b) All indemnifications, warranties and guarantees made in, required by or given in accordance with this Agreement, as well as all continuing obligations indicated herein, shall survive final payment, completion and acceptance of the Work and termination or completion of this Agreement.

    (c) Subcontractor agrees to use and utilize the construction site at his own risk and Subcontractor hereby releases Morrison and Morrison's agents, officers, employees, invitees and other subcontractors from any and all claims and from any damage, loss or injury caused by the construction site or construction facilities, or any part thereof to the full extent permitted by law, so that Morrison shall not be liable to Subcontractor in any manner.

    (d) Subcontractor additionally hereby waives any and all claims against Morrison's agents, directors, officers, employees, for any damage and/or theft of property, death or injury to person's from any causes; including but not limited to acts of other subcontractors, vandalism, loss of trade secrets, or confidential information.

    (e) Subcontractor agrees that Morrison shall not be responsible or liable to Subcontractor, contractor's employees, agents, customer, or invitees for bodily injury (fatal or non-fatal), or property damage occasioned by the acts or omissions of any other subcontractors or such other subcontractor's employees, agents, officers, or invitees on or within the building site or building facilities.

11. **Default.**

REASONABLE

In the event of breach of this Agreement by Contractor, Morrison shall be entitled to retain all sums due Contractor under any Purchase Order and shall be entitled to cause the Work to be performed by others, and shall apply any sums then due Contractor against such costs of completion and thereafter to the costs of the ~~two (2)~~ year warranty, one (1) and after all warranties have expired, any excess shall be paid to Contractor. In the event costs of such completion result in a deficiency Contractor shall be fully responsible for the deficiency together with any damages, costs of Court and reasonable attorney's fees incurred by Morrison.

If Subcontractor fails to perform any of its obligations hereunder, Subcontractor shall be in default. If such default is not cured within two (2) days after notice, then Morrison may pursue any remedy or combination of remedies available at law or equity, including, without limitation: (a) terminating this Agreement; (b) applying any retention or other amounts due to Subcontractor to cure Subcontractor's defaults or compensate Morrison for damages suffered; (c) taking any action necessary to perform all or any of the Work and Subcontractor's other obligations hereunder by other means, in which case Subcontractor shall upon demand reimburse Morrison for any amounts expended by Morrison in excess of the amounts that would be due hereunder ~~together with an additional amount equal to twenty five percent (25%) of such amount;~~ (d) pursuing an action for all damages; or (e) pursuing any other remedies provided by this Agreement or by law. All remedies shall be cumulative and not exclusive.

12. **Retainage.**

At all times during the performance of this Agreement, Morrison shall be entitled to hold off all Work in progress, retainage ~~or other sums allowed by state laws, but not less than~~ 10% of amounts owed. Contractor waives his right to constitutional and statutory liens on any job not fully performed by Contractor. IF CONTRACTOR IS IN DEFAULT

13. **Complete Agreement.**

BID PRINT

This Agreement, the approved Bid Prices, the ~~plans and specifications~~, the individual Purchase Orders and the Variance Purchase Orders issued on each job shall constitute the entire Agreement, and there are no other agreements, oral or written, by and between the parties hereto. Contractors shall not submit invoices to Morrison. Purchase Orders and Variance Purchase Orders shall serve as invoices and are not subject to unilateral change by Contractor. No payment shall be made by Morrison for any extra Work performed unless previously ordered by

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P. Initials

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

Morrison. If Contractor is paid through Morrison's auto pay, Contractor will conform to the methods and standards for payment given by Morrison. *PROVIDED COMPLETED WORK THAT IS SATISFACTORY IS PAID WITHIN 11 DAYS OF PROPER SUBMITAL .*

15. **Notices.**

All notices given hereunder shall be in writing and may be given by ~~hand delivery, private mail or messenger,~~ United States Mail when properly by mail, ~~facsimile, or in person to the parties at the address listed on the first page of this Agreement.  Notice other than by mail shall be effective when delivered.  In the case of facsimile, delivery shall occur upon receipt by the recipient's machine as evidenced by the sender's transmission confirmation.~~ Notice given by United States Mail shall be effective three days after mailing. *By Cert mail*

16. **Time is of the Essence.**

Time is of the essence of this Agreement; the performance of all obligations on the precise times stated in this Agreement is of absolute importance, and failure to perform any of them on time is a default, time being of the essence. Any time period provided herein which ends on a Saturday, Sunday or legal holiday shall extend to 5:00 p.m. of the next full business day.

17. **Waiver.**

Neither the failure of either party to exercise any power given such party hereunder or to insist upon strict compliance by the other party with its obligations hereunder, nor any custom practice of the parties at variance with the terms hereof shall constitute a waiver of either party's right to demand exact compliance with the terms hereof.

18. **Trial.**

Contractor agrees to waive the right to trial by jury in the event legal proceedings are instituted by either party hereto in connection with this Agreement.

19. **Litigation.**

In any litigation brought under the terms of this Agreement, whether at trial or appellate level or in bankruptcy court, the prevailing party in such litigation shall be entitled to recover from the non-prevailing party in such litigation all costs, expenses and reasonable attorneys' fees and paralegals' fees.

20. **Venue.**

In the event any litigation arises between the parties regarding the terms and provisions of this Agreement, the venue for such litigation shall be in ~~Orange~~ County, Florida. *LEE*

21. **Heading; Rules of Construction.**

The headings used in this Agreement are for convenience of reference only and shall not be construed to alter or affect the meaning of any of the provisions. All references to the singular shall include the plural, and vise versa. The parties agree that this Agreement is the result of negotiation by the parties, ~~each of whom was represented by counsel,~~ and thus, this Agreement shall not be construed against either party because of authorship.

22. **Severability.**

Each provision of this Agreement is severable from any and all other provisions of this Agreement. Should any provision of this Agreement be for any reason unenforceable, the balance shall nonetheless remain in full force and effect, but without giving effect to such provision.

23. **Communication.**

Morrison will be communicating through its Trade Partner Portal and requires a contact to administer system communication. This person shall be identified as the IT Contact on the Vendor Information Sheet, "Exhibit X" *G* This will be for the purpose of communicating changes to the system, including password notification and other security measures. In order to ensure privacy, please provide a "keyword" that may be used for validation of identity and authority to permit changes. This "keyword" should be kept secure and only available to your company's IT Contact.

24. **Assignment/Subcontracting.**

Subcontractor shall not assign any rights or obligations hereunder, ~~and Subcontractor shall not subcontract any obligations hereunder,~~ without the consent of Morrison which it may withhold in its sole discretion.

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

**Fort Myers Division**
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

25.     **Risk of Loss.**

Risk of loss with regard to the Work and any materials supplied by Subcontractor shall be upon the Subcontractor until ~~final acceptance of the Work by Morrison upon completion.~~ *SATISFACTORY INSTALLATION IS COMPLETE.* Subcontractor shall be solely responsible for risk of loss with regard to its equipment

26.     **Liens.**

(a) Subcontractor shall promptly deliver to Morrison, if Morrison so requests, unconditional waivers and release from all subcontractors employed by it for any part of the Work for which payment has been made and conditional released from such persons for any portion for which a payment is being requested in forms acceptable to Morrison.

(b) Subcontractor shall pay when due all persons supplying labor or materials to Subcontractor with regard to the Project. Subcontractor shall indemnify, defend, and hold Morrison and the Project harmless from any claims, liability, judgments, cost or expense (including attorneys' fees) arising from or related to any claim that Subcontractor failed to pay such amounts when due. In the event any liens are filed against the Project with regard to amounts claimed to be due from Subcontractor, Subcontractor shall within three (3) days of notice remove such from the Project at Subcontractor's expense. If Subcontractor fails to do so, subcontractor shall be in default and Morrison shall have the right, but not the obligation, to remove such lien in whichever way it determines appropriate and all costs incurred by Morrison in doing so, ~~plus an amount equal to twenty-five percent (25%) of such costs,~~ shall be immediately due from Subcontractor to Morrison. Morrison shall have the right ~~at any time,~~ but not the obligation, to pay Subcontractor's subcontractors and suppliers directly with such payments to apply to amounts due Subcontractor hereunder, ~~or to pay by joint check to the subcontractors or suppliers of Subcontractors.~~ *ONLY IF SUBCONTRACTOR FAILS TO PRODUCE RELEASE OF LIENS.*

(c) If Morrison receives any notice attempting to garnish, attach, levy or otherwise receive an interest in funds due Subcontractor (a "Levy Notice"), then Morrison may withhold such funds from Subcontractor as Morrison determines are appropriate to provide security for Subcontractor's obligations under this Agreement. Such Levy Notice shall be a default hereunder and Subcontractor shall have three days to remove such Levy Notice. If Subcontractor fails to do so, Morrison shall have all of the same rights and Subcontractor shall have the same obligations as with regard to a lien not timely removed.

(d) At all times during the performance of this Agreement, Morrison shall be entitled to hold, all work in progress statutory retainage or other sums required by state laws. Contractor waives the right to constitutional and statutory liens on any job not full performed by Subcontractor.

(e) The remedies in this Section shall be in addition to any other remedies in this Agreement or at law and all remedies shall be cumulative and not exclusive.

27.     **Termination for Convenience**     .

Morrison may terminate the Subcontractor's performance under this Agreement at any time, at the sole option of Morrison and for its own convenience. In such event, Subcontractor will turn over all equipment and materials ordered, purchased for, or delivered to the Project, and Morrison will pay equitable compensation based on the Price to Subcontractor for Work actually accomplished and equipment and materials ordered to the Project, ~~excluding~~ any payment for unearned profit. Subcontractor will facilitate transfer of the Work to Morrison by assigning its rights under subcontracts and purchase orders, and by assisting to coordinate the transfer of Work.

28.     **Patents.**

Except as otherwise expressly provided by the Documents, Subcontractor shall pay all royalties and license fees which may become due as the result of Subcontractor's inclusion of any patented material in the Work and Subcontractor shall obtain any consents or licenses necessary to use such materials.

29.     **Integrated Agreement.**

This Agreement, together with all of the Documents supersedes any and all prior negotiations, agreements or contracts, written or oral, between Morrison and Subcontractor. This Agreement together with all items incorporated by reference herein constitutes the entire Agreement between the parties and may not be amended without the written agreement of both parties.

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

*Morrison Homes*

Fort Myers Division
4415 Metro Parkway, Suite 325, Fort Myers, FL 33916
(239) 274-2800 Phone
(239) 274-2801 Fax

30. **Exhibits.**

The following agreements are attached as exhibits hereto and incorporated herein by this reference:

Exhibit "A" Morrison Homes General Conditions for All Sub Contractors and Suppliers, General;
Exhibit "B" Morrison Homes Construction Scopes and Specifications, ~~Trades Specific;~~
Exhibit "C" Morrison Homes Bid sheet and draw addendum;
Exhibit "D" Morrison Homes Contractor Information Sheet;
Exhibit "E" Form W-9, Request for Taxpayer Identification Number and Certification
~~Exhibit "F" Morrison Homes Standard Community Specification Sheet;~~
Exhibit "G" Morrison Homes Vendor File Maintenance Sheet;
~~Exhibit "H" Vendor Portal Instruction~~
~~Exhibit "I" Fall Protection Information~~
~~Exhibit "J" Insurance Requirements~~
EXHIBIT K SCOPES OF WORK- TRADE SPECIFIC 32 PAGES
EXHIBIT L PROPOSALS 14 PAGES
31. Acceptance.

IN WITNESS WHEREOF, the parties have executed and unsealed this Agreement as of the date set forth above.

MORRISON HOMES, INC.                    CONTRACTOR: FLORIDA STYLE SERVICES, INC.

Title: V. P. of Construction / V.P. Purchasing    Title: GENERAL MANAGER

Signature: _____            Signature: _____

Date: 4-20-6                            Date: 4-20-6

Print Name: Sal J. Simonetti            Print Name: MICHAEL J FLEMING

Address: 4415 Metro Parkway, Suite 325   Address: 17252 ALICO CENTER ROAD UNIT # 2
Fort Myers, FL 33916-9470                       FT MYERS, FL 33912

                                         License #: _____
                                         (if applicable)

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

GENERAL CONDITONS FOR ALL CONTRACTORS AND SUPPLIERS
"Exhibit A" to Base Contract

*Morrison Homes*®

Contractor Name: _FLORIDA STYLE_   Trade: _CONCRETE, METAL, DRYWALL, STUCCO_

Address: _____   Project Name: _AVALON Preserve_

**These General Conditions are part of the Agreement and are in force at all times while performing contractual obligations for Morrison and/or are present on any job site under current direction of Morrison and/or it's personnel. It is the responsibility of Contractor so described within this document and represented by signature to adhere to the conditions and specifications herein, and for said Contractor to provide copies and/or educate and oversee that all personnel in the service of said Contractor adhere to same. Within this document "Contractor" shall also define suppliers of materials and the owner and/or General Contractor shall be referred to as "Morrison".**

1. **SCHEDULING**

   A. Morrison expects each Contractor to have the necessary manpower available to meet the schedule and to make up weather delay days. It is the Contractor's responsibility to adhere to master construction schedule. It is the Contractor's responsibility to inform Morrison on site personnel 30 days prior to any concern with meeting construction schedules due to, but not limited to, excessive Work load, material availability, labor or personnel concerns.

   B. It is the Contractor's responsibility to check scheduling commitments on the portal provided by Morrison and so described in section (7) herein below and/or adhere to the schedules ~~mandated by Morrison on site personnel.~~ AGREED TO BETWEEN PARTIES.

   C. If Contractor defaults a prescribed Work schedule for a consecutive (3) working days Morrison the Contractor shall be deemed in default of this Agreement. Contractor understands that upon such default Morrison shall reserve the right to contract an alternate to replace the Contractor. Any expenses incurred by Morrison shall be deducted from the Contractor found to be in default. Such deductions may be taken from any funds due and/or forthcoming Contractor. ~~WEATHER~~, STRIKES, MATERIAL SHORTAGES EXCLUDED

   D. It is Contractor's obligation to check each job to see that the necessary materials to perform Sub-Contactor's Work are on the job site. Contractors will assume full responsibility for all materials, ~~whether~~ supplied by ~~Morrison or~~ Contractor until materials are installed. The Contractor shall not install damaged material or cover existing Work that is damaged without notifying the Morrison site representative, (see section (6) Article B) Upon entering the house, all damage and/or vandalism must be brought to a Morrison site representative before commencing Work.

   E. Contractor must staff all Morrison job sites with a qualified representative to coordinate priorities resulting from delays in the schedule, provide lists of damaged materials supplied by Morrison prior to starting Work, and to schedule Work regarding repairs and re-Work. Scheduling the completion of the Customer Orientation List, within the time specified, shall also be the responsibility of the Contractor's qualified representative.

   F. Time is of the essence; Contractor is to fully staff job site with sufficient qualified installers to insure timely completion.

   G. Morrison reserves the right to request the assistance of Contractor to provide personnel, equipment, product and any other necessary resources to any community location. Morrison expects full cooperation with such requests for assistance. Morrison expects that primary/preferred Contractors assigned within a community to accept the assistance of other Contractors when overflow or production delays present the need to bring in other non-primary/preferred Contractors to assist. AND COSTS WILL BE BILLABLE TO MORRISON

2. **CLEAN UP/GENERAL SITE CONDITIONS**

   A. Waste containers will be provided by Morrison for the use of all Contractors and shall be located in a designated area. ON EACH JOB SITE SC

      i. All debris shall be compacted before putting it into containers.

      ii. All empty boxes are to be broken down.

      iii. Any materials longer than 8' in length shall be cut to a length of not more than 8'. (In certain communities Morrison will be using smaller containers that will be emptied on a bi-weekly schedule and if such containers are used then no materials with a length of more than 6 feet will be allowed).

      iv. All materials shall be placed into waste containers so that minimal voids are created within the refuse.

      v. NO PERSONAL TRASH is to be placed into containers.

      vi. NOTE: Conditions may present themselves during the construction process that may prevent a waste container from being in close proximity to the unit where the Contractor is performing Work. Contractor shall provide necessary labor and equipment to transport any waste material created by said Contractor to the ~~closest waste container. Under no circumstances is the Contractor to discard waste onto~~ ONE PILE IN FRONT OF JOB SITE

   B. Contractor must clean up all of said Contactor's debris caused by said Contractor prior to leaving the job site each day.

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison N.P.P. Initials

Page 1 of 7

GENERAL C  .DI1 ͻNS FOR ALL CONTRACTORS AN. S. ϽPLIERS
"Exhibit A" to Base Contract

*Morrison Homes*

Contractor Name: __FLORIDA-STYLE__   Trade: __CONCRETE METAL, DRYWALL, STUCCO__

Address: _____   Project Name: __AVALON Preserve__

C. Loose articles such as, but not limited to, shingle bundle wrapping, shrink wrap, strapping, cardboard, light weight sheet goods and/or paper that can be blown away from the unit prior to daily clean up shall be contained from doing so during the Work process and disposed of in a waste container.

D. Contractor shall maintain a neat and clean construction environment at all times and shall at no time hinder and/or impede the ability of other Contractors to be able to perform Work due to debris and/or un-used materials.

E. Contractor will keep un-used materials in a neat and orderly fashion until use. Materials needing protection from weather shall be stored in the garage area along the exterior walls to provide easy access in and out of the unit. Materials which are stored outside of the building shall be stacked neatly and shall be kept to a minimal area.

F. Contractor whose Work takes place post slab and/or post secondary floor and whose scope of Work requires any travel in, on and/or creates waste or debris on the slab/floor shall, upon completion of each stage of Contractor's scope of Work scrape and clean debris caused by said contractor and/or representative of such and shall broom sweep the slab and/or interior floor area of the unit.

G. **NO PERSONAL TRASH** such as, but not limited to, cups, wrappers, cans, bottles, food are to be left within the unit and/or on the site at any time. Such items are to be immediately removed after use and disposed of ~~off site.  At no time are these types of items to be thrown in the on site waste container provided by Morrison for construction waste.~~

H. Each Contractor will be responsible for disposing of hazardous waste in a proper manner.

I. Any Contractor and/or representative of Contractor that is found in violations of any part of section 2 articles A – J so described herein may incur a monetary penalty anywhere from ~~$25 to $250 per~~ violation. Such violations and subsequent monetary penalties shall be deducted from any funds due said contractor. ~~No~~ written notification shall be provided by Morrison. ~~Verbal~~ WRITTEN notification shall be deemed adequate for levy of penalties. Contractor has the right to contact Morrison with any dispute for penalties levied. If penalty is found to be invalid any part and/or all monies withheld and/or deducted from said Contractor shall be refunded to Contractor.

J. If upon arrival at the job site a violation of section (2) articles A – J of this Agreement are found to be pre-existing the Contractor, prior to start of Work, is to notify a Morrison site representative or said Contractor may risk being held accountable for the violation of a pre-existing condition and any subsequent penalty levied.

3. **INSPECTION**

A. All trades will respect one another's material and workmanship.

B. Each Contractor's qualified representative will be present at scheduled inspections by county and/or municipal officials for said Contractor's respective trades.

C. It is the responsibility of each Contractor to provide adequate and qualified supervisory personnel to properly over see the Work (as herein after defined) *supervision; labor; services; equipment; tools; machinery; materials; necessary to schedule; execute; and complete; any Job in accordance with the terms set forth in this Agreement; and such that has been assigned to Contractor by Morrison and is so defined and prescribed by Purchase Order; Variance Purchase Order; and/or Estimate Purchase Order* in progress and upon completion of said Contractor's scope of Work pre-inspect said Contactor's Work for quality and completeness. Upon completion the Contractor and/or representative shall contact a Morrison on site representative relevant to that specific job to notify them that the Work is completed. The Morrison on site personnel will inspect the Work with the Contractor per the following; scope of Work, code compliance, specification adherence, cleanliness and quality. Upon a satisfactory inspection by Morrison on site personnel the purchase order and/or invoice will be cleared for payment.

D. It is the ~~Contractors~~ CONTRACTORS responsibility to schedule all necessary inspections relative to said Contractor's scope of Work unless noted otherwise agreed upon by Morrison. The Contractor shall perform any tests needed to receive approval. All tests performed by the Contractor at the request of Morrison or requests made by inspectors will be at the expense of the Contractor. IF TESTS PASS COSTS TO BE PAID BY MORRISON

E. All re-inspection fees shall be paid in part or in whole by Contractor/s responsible for failure of any such inspection.

4. **WARRANTY WORK**

A. It is the responsibility of the Contractor to monitor the Portal provided them by Morrison daily for new Service Orders for Warranty and the Contractor will respond to all Service Orders (as herein after defined) *request by Morrison for warranty service Work;* (~~whether~~ written (on Portal) ~~or verbal~~) within (24) hours and said Contractor shall complete the Warranty Work (as herein after defined) *supervision; labor; equipment; and any applicable materials necessary to repair and/or replace defects to the original services*

_____
Contractor's Initials
__FLORIDA STYLE__
Company Name

_____
Morrison V.P.P. Initials

**GENERAL C    DITIONS FOR ALL CONTRACTORS AND SU    LIERS**
"Exhibit A" to Base Contract

*Morrison Homes*®

Contractor Name: FLORIDA STYLE          Trade: CONCRETE, DRYWALL, METAL, STUCCO

Address: _____          Project Name: _____

*and/or materials that have been found to not be in accordance with the specifications and terms of this Agreement and such as noted and assigned on Service Order;)* per schedule so outlined herein below.

B. All Contractors shall warranty both labor and materials for a period of ~~two (1)~~ year~~)~~after the date of transfer of property over to the buyer. (Also see Base Contract) ONE

C. Service Orders shall be assigned to the Contractor via the Contractor's portal ~~and/or verbally~~ by a Customer Service Representative of Morrison (CSR). ~~If a Service Order is assigned verbally a confirmation number shall be provided to the Contractor by the CSR so that Warranty Work may be scheduled and the Service Order to follow on the portal usually within an hour of the call.~~ OL KeepI IN LEE

D. All Contractors will secure a scheduled date for any Warranty Work with the homeowner within 24 hours after receiving any Warranty Work request and/or customer service Work order. If Contractor is unable to schedule the Work within 24 hours said Contractor must notify the warranty department in writing of the concern or risk being held liable for penalties and/or costs incurred to schedule Work with an alternate Contractor and/or Morrison warranty personnel.

E. Scheduled Warranty Work that is non-emergency is to be commenced within (72) hours of notification and fully complete within (5) working days from the original warranty request. Any such non-emergency Warranty Work where it will be necessary to extend past the (5) day completion deadline must be communicated to the warranty department.

F. Each Contractor shall supply a professional representative from said Contractor's company for any and all contact with Morrison homeowners and any Warranty Work performed. Said representative shall be courteous, neatly dressed, well equipped with materials and tools to complete the Work. Said representative shall be a qualified tradesman with adequate knowledge and skills needed to complete a quality job and shall be tactful and courteous when involved in performing such Warranty Work. Said representatives shall at all times be conscious and sensitive to the homeowner and shall respect homeowner's property. Said representative shall, upon completion of each session of Work, whether Work is totally completed and/or said representative will be returning to complete, leave the area where the Work was being performed and all subsequent areas so disturbed from the homeowner's original state of living, in a clean and orderly manner as close to the original condition prior to any commencement of Work completed as possible.   All tradesmen are instructed not to offer personal opinions and suggestions, which in any way relates to the Warranty Work being performed and or any Work previously performed or existing. No Contractor shall comment on any other Contractors' Work to any homeowner. No Contractor and/or representative of such shall express negative or derogatory comments to any homeowner with regard to Morrison Home's product, employees and/or Contractors.

G. Completed warranty requests must have (2) signatures; the Contractor and/or representative who has completed the Work and the homeowner and/or representative of such. It is the responsibility of the Contractor and/or representative to provide a copy of this signed warranty request to the Morrison warranty department. Any Warranty Work assigned shall not be deemed completed without a properly signed warranty request.

H. The following Contractors must provide a (24) hour emergency service. This service will include a contact number available to Morrison Customer Service Department:  Plumber, Electrician, Gas, HVAC, Roofing and Security. Any Contractor listed must complete emergency service repairs within (8) hours of notification.  [N/A]

I. If determined by Morrison Warranty department that Morrison warranty personnel can be scheduled to complete some types of repairs the Contractor shall provide Morrison Warranty staff with any necessary materials to complete Warranty Work per warranty staff schedule at ~~no~~ cost to Morrison.

J. If a customer is not at home at time of scheduled Work, subcontractor will leave a "We stopped by, no one was here" ticket. Sufficient tickets will be in Contractors and/or respective on site personnel's possession at all times.  The Contractor must immediately notify Morrison warranty personnel of the missed appointment by phone ~~and or radio~~ and a copy of this ticket shall be turned into the Morrison warranty site representative and/or faxed in to the warranty department.  If Contractor does not comply with the guidelines so listed within section (4) article D it will be so deemed by Morrison that said Contractor is in violation of said Contractor's Agreement with Morrison and subsequent penalties may be enforced against said Contractor.

K. Any Contractor and/or representative of Contractor that is found in violations of any part of section (4) articles A – H so described within this document may ~~incur a monetary penalty anywhere from $25 to $250 per violation.~~ Such violations and subsequent monetary penalties shall be deducted from any funds due said contractor. ~~No~~ written notification shall be provided by Morrison. ~~Verbal~~ notification shall be deemed adequate for levy of penalties. Contractor has the right to contact Morrison with any dispute for penalties levied. If penalty is found to be invalid any part and/or all monies withheld and/or deducted from said Contractor shall be refunded to Contractor.

5.  **BUILDING LOCK UP**

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

GENERAL C⟍  ⎔ITOᴎS FOR ALL CONTRACTORS AND ⌐L  ⏘LIERS
"Exhibit A" to Base Contract

*Morrison Homes®*

Contractor Name: FLORIDA STYLE        Trade: CONCRETE METAL DRYWALL STUCCO

Address: _____        Project Name: AVPLOU Preserve.

A.  It is the obligation of each Sub-Contactor to lock the building after the completion of each job function each day.  This will include all exterior doors, patio doors, windows and the turning off of lights.

B.  Once doors and windows have been installed, it is the responsibility of each Contractor to close and/or secure ALL doors and windows upon daily departure and/or during inclement weather in an effort to minimize damage to the house (rain/wind).  If multiple Contractors are working within the same unit, each Contractor, upon daily departure, should notify Morrison on site personnel that said Contractor is leaving the site prior to securing the unit.  If damages are incurred due to the negligence of a Contractor/s to secure doors and/or close windows upon daily completion and/or during inelement weather while performing Work, each Contractor performing Work within said unit immediately prior to and/or during  such damage (rain) shall be responsible for any and/or all costs to repair such damage.

C.  Any Contractor and/or representative of Contractor that is found in violations of any part of section (5) articles A – B so described within this document may incur a monetary penalty ~~anywhere from $25 to $250~~ ~~per violation even~~ if no damage has occurred and may be liable for any costs to repair damage as covered section 5 article C.  Such violations and subsequent monetary penalties shall be deducted from any funds due said contractor. ~~No~~ written notification shall be provided by Morrison. ~~Verbal~~ notification shall be deemed adequate for levy of penalties.  Contractor has the right to contact Morrison with any dispute for penalties levied. If penalty is found to be invalid any part and/or all monies withheld and/or deducted from said Contractor shall be refunded to Contractor.

6.  **GENERAL JOB PROCEDURE**

A.  It is the obligation of each Sub-Contactor to protect the material or Work of all other Contractors preceding him.

B.  Each Contractor shall insure that any Work done previously that may directly affect said Contractor's ability to perform Sub-Contractor's specified scope of Work has been done in a manner consistent to allow Contractor to achieve Sub-Contactor's scope of Work as prescribed within, and in accordance with, specifications of the industry, community specifications, FHA/VA local and state building codes and regulations, Contractor specific scopes of Work and Morrison standards of quality and finish.  Any previous Work that would directly impede and/or prevent said Contractor's ability to perform said Sub-Contactor's scope of Work is to be reported to a Morrison on site representative for corrective measures prior to commencement of Work. Contractors who inadvertently or negligently perform said Contractor's scope of Work in a manner deemed un-acceptable according to the conditions so described, ~~whether or not~~ a direct result of said Sub-Contactor's Work ~~or that which directly affected it,~~ may be held responsible for any part and/or all costs incurred by Morrison to repair and/or replace such Work.

C.  Each Contractor must have a qualified representative on the job that is responsible for the Work done by the employees of that Contractor.  Such a qualified representative shall provide a cell phone ~~and/or Nextel radio~~ ~~number~~ and be available during Working hours to all Morrison on site representatives.

D.  All Contractors are to provide ~~heat,~~ electrical power ~~and water if not available,~~ or designated by Morrison ~~site representative.~~ ALL POTABLE WATER TO BE SUPPLIED BY MORRISON

E.  Back charges are not encouraged by Morrison however may at times be necessary.  Contractors are required to only charge "costs only" for any back chargeable Work and/or labor.

✓F.  Contractor is not, under any circumstances, to use an occupied home's power or water.  Any Contractor and/or representative of such, found in violation shall be fined $500.  Any Contractor and/or representative of such may be subject to additional penalties such as, but not limited to, immediate termination, arrest for criminal trespassing and/or theft, and/or ALL.  THIS WILL NOT BE TOLERATED BY Morrison and is solely the Contractor's responsibility to inform and direct any and all of said Contractor's representatives of this mandate.

G.  All Work shall comply with applicable building codes and must meet FHA/VA, and local regulations.

H.  Contractor materials shall be stored in the ~~Contractors trailer only.~~ Under no circumstances will flammable material be stored in any unit under construction.

I.  The Contractors storage area will be kept clean, neat and orderly at all times.  Loose materials around the exterior of the ~~storage trailer/s~~ will not be permitted and the general condition surrounding such an area is the responsibility of the Contractor and representatives. FOR CONTRACTORS MATERIALS ONLY

J.  All construction will be per Morrison prints.  Any changes must be approved in writing by Morrison site representative or be a new set of prints.

K.  All Contractors will receive, unload, and inspect all products pertinent to said Sub-Contactor's trades, ~~whether~~ supplied by Contractor ~~or Morrison.~~

L.  It is the responsibility of each Contractors representative to police the area for food wrappers and containers left by employees of Contractors.  Under no circumstances is lunch to be eaten in the units after trim carpentry.  Lunch eaten before this stage is to be removed daily with all other personal type trash by the

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

Page 4 of 7

GENERAL CONDITIONS FOR ALL CONTRACTORS AND SUPPLIERS
"Exhibit A" to Base Contract

## *Morrison Homes*

Contractor Name: __FLORIDA STYLE__   Trade: __CONCRETE, METAL, DRYWALL, STUCCO__

Address: _____   Project Name: __AVALON preserve.__

responsible individual(s). These are ~~not~~ to be thrown away in on site containers provided by Morrison. (See section (2) above)

M.  No smoking permitted in homes.

N.  No use of the bathroom facilities in the home at any time. Temporary facilities are provided through out the neighborhood. *by morrison*

O.  No abusive, vulgar, sexist, discriminatory and/or racial type displays are allowed. This includes, but is not limited to, clothing, posters, insignias, jewelry, vehicles and music.

P.  Physical battery of Morrison personnel will result in disciplinary actions which may include, but is not limited to, legal and or contractual.

Q.  No alcohol or non-prescription drugs are allowed on any Morrison job site. Anyone found in violation is subject to immediate termination and/or legal action.

R.  All parking is to be restricted to one side of the street ~~or designated area.~~ No parking or driving of graded lots or driveways will be permitted.  *60*

S.  All invoices must be submitted within ~~30~~ days after completion of Work to be paid timely. Invoices submitted after ninety (90) days post completion of Work will not be paid unless Contractor can provide documentation that the delay for such was the fault of Morrison.

T.  No toll phone calls will be allowed.

U.  Construction site speed limit is 15 m.p.h. Violations will be subject to legal implications and/or disciplinary actions or both.

V.  Stereo equipment will be allowed at a minimal noise level. Should a request be made to lower the sound, it is the Contractors responsibility to comply as asked. Any problems or disputes shall be reported to a Morrison supervisor.

W.  Any violation or non-conformance to any of the above regulations may result in ~~additional monetary penalties,~~ legal action, termination of Contractor and/or each.

7. **ADDITIONAL REQUIREMENTS, NOTES AND COMMENTS**

A.  Contractors of Morrison shall be required to have the following:
   1.  Computer system with internet access, capacity and capabilities necessary to access Morrison portal.
   2.  A portal and user identification code for secure access to Morrison site. (Item (2) will be provided by Morrison )
   3.  A minimum of one representative trained in the procedures and use of portal. (Training provided by Morrison; It is suggested that two representatives be trained) (( See Base Contract Agreement sec. 7))

B.  Each Contractor shall access said portal on a daily basis and/or with adequate frequency to retrieve necessary information to maintain proper scheduling, purchase order information, warranty service requests, job specific criteria, accounts payable information and any general and/or specific information pertaining to said Contractor's obligations, commitments and responsibilities to Morrison.

C.  The Contractor must understand that information displayed within said portal at the specific date and time for commencement of Work is most current. Information so described and displayed within the portal at the scheduled time for the Contractor to commence Work shall take precedence over any and all other information for specifications, materials, colors, options, etc. It is the responsibility of the Contractor to check this information prior to commencement of Work. Contractor will be held liable for any and all costs incurred as a direct contradiction to the current specifications and other pertinent information displayed and so described within the portal at time of scheduled commencement of Work.

D.  Contractors are to use this portal for accounting research prior to contacting Morrison with regard to payment concerns. Information contained within said portal is sufficient and adequate in content so as to minimize the need for direct involvement of the purchasing and/or accounting department personnel at Morrison. Any and all payment concerns should first be thoroughly researched by the Contractor prior to contacting purchasing and/or accounting departments. ~~Any Contractor found to be in negligence of adequate research and/or use of the portal, and as a direct result of such is consistent in unnecessary contact and utilization of Morrison personnel may be charged an administrative fee of $50 per item found to have been paid and so noted on the portal.~~  *30*

*Keep IM* 

E.  Contractors must notify Morrison purchasing department in writing (~~90~~) *60* days prior to any increases for any reason (See Base Contractor Agreement, Section (3)).

F.  These specifications and quality requirements are part and party of your contract and are in force at all times while working for Morrison.

Contractor's Initials
__FLORIDA STYLE__
Company Name

Morrison V.P.P. Initials

**GENERAL C   DITLₙS FOR ALL CONTRACTORS ANL Ǯ.   ʾLIERS**
"Exhibit A" to Base Contract

*Morrison Homes*®

Contractor Name: FLORIDA STYLE   Trade: CONCRETE METAL DRYWALL STUCCO

Address: _____   Project Name: AVALON Preserve.

PASS

G.  Contractor agrees to supply all labor, equipment, materials, ~~necessary permits~~, and ~~obtain~~ necessary inspections required to complete Work, unless otherwise noted on contract.

H.  It is the responsibility of the owner and representatives of Contractor to make sure that anyone working on a Morrison job site has a copy of these specifications and requirements.

I.  Lost working days will be made up by the Contractor to meet the schedule, at no cost to Morrison. — SATURDAYS ARE MAKE UP DAYS

~~J.  No Friday afternoon material deliveries will be allowed unless Saturday Work has be authorized.~~

K.  After carpet installation, all shoes must be removed outside the entry and left outside and/or clean and adequate shoe coverings be placed over the soles of the shoe in order to protect Morrison property. Any Contractor and/or representative found to be in violation of such by Morrison on site personnel shall be held liable for any damage and/or costs associated to the cleaning and or replacement of Morrison property whether or not a direct result of said Contractor or Contractor's representative.

L.  Contractor and/or employee of same must report any conditions found during construction that may cause future concerns with water infiltration and/or are currently allowing (unwanted) water infiltration to Morrison on site personnel.

M.  Any Contractor and/or employee of same who observes any questionable substance that appears to be mold or other fungal growth and/or an unidentified substance within a completed building or an ongoing construction site shall immediately suspend construction operations in the area and report the condition to Morrison on site personnel.

N.  Contractor and/or employee of same shall inspect any materials for excessive moisture and or mold prior to installation.

O.  Contractor and/or employee of same shall notify Morrison on site personnel of any materials that have been installed that have been exposed to excessive moisture. It will be determined whether or not such materials can be allowed to dry, be treated for mold and/or mildew or be removed and replaced.

P.  Contractor and/or employee of same shall at no time place any materials over and/or enclose pre-existing materials that ~~are wet or~~ present the appearance of mold and/or mildew. Morrison on site personnel should be notified before commencement of any further Work.

8.  **SAFETY**

A.  Morrison is an OSHA compliance builder. Each Contractor shall uphold all OSHA rules and regulations

B.  Site built wood ladders will not be allowed on Morrison construction sites.

C.  Hard hats shall be worn at all times while on Morrison construction sites.

D.  Each Contractor will be responsible for complying with all Federal Safety laws when in the employment of Morrison. Each Contractor will familiarize himself with OSHA and MSDS guidelines and will comply with any requests made by Morrison regarding said guidelines.

E.  Contractor must use ground fault interrupted circuits with all electrical operated equipment and will provide ground fault interrupted outlet boxes, extension chords. Extension chords must be free of any insulation deterioration.

F.  Safety goggles must be worn during the use of any power activated tools.

G.  Approved respirators must be used when dictated by OSHA standards for your activity.

H.  All Contractor's must report any accident and/or injury that occurs on Morrison Home's job site to the Area Manager within 1 hour after the accident and/or injury, BEING REPORTED TO FLORIDA STYLE SAFETY COORDINATOR.

I.  Scaffolding must meet OSHA requirements and be properly maintained in good working order and must be securely braced with approved walkways and platforms.

J.  Ladders shall meet OSHA specifications or be removed from service.

K.  Contractor is to ensure that any rolling equipment is equipped with back-up alarms and such alarms are in working order at all times.

L.  Safety guards provided by the manufacturer must be operable and used on any type of power tools.

M.  Nails that are left in discarded materials must be bent over so as not to present a safety hazard.

N.  Approved safety restraints must be used when working above ground according to OSHA standards and quid lines.

O.  Note: Once notified by Morrison personnel of a safety concern the Contractor shall immediately take the appropriate steps needed to resolve the concern and or may face disciplinary action such as, but not limited to, ~~fine and or~~ termination of employment.

Contractor's Initials
*FLORIDA STYLE*
Company Name

Morrison V.P.P. Initials

GENERAL C. .DITONS FOR ALL CONTRACTORS AND SU. .LIERS
"Exhibit A" to Base Contract

*Morrison Homes*®

Contractor Name: _____     Trade: _____

Address: _____     Project Name: ___AVALON Preserve___

\* These specifications are not all-inclusive ~~and may be modified by Morrison at any time without prior notice.~~ By signatures so noted below the undersigned have agreed and accepted all conditions and specifications outlined in this document and so disclosed herein as "General Conditions for all Contractors and Suppliers".

MORRISON, INC.

Title: V. P Construction / V.P. Purchasing

Signature: _____

Date: 4/20/06

Print Name: SA/ J. SIMONETTI

Address: 4415 Metro Pkwy, Suite 325
Fort Myers, FL 33916

CONTRACTOR: FLORIDA STYLE

Title: GENERAL MANAGER

Signature: _____

Date: 4-20-06

Print Name: MICHAEL T. FLEMING

Address: 17252 ALICO CENTER RD

FORT MYERS, FL 33912

9. ALL JOBS ARE TO BUILT PER "SIGNED REDLINE" PRINT. VP OF CONSTRUCTION OR VP OF PURCHASING W
THE MORRISON BUILDER OF EACH HOME IS TO SUPPLY (1) COMPLETE PRINT.
HE IS TO SIGN EACH PAGE. PRINT SHALL INCLUDE WRITTEN INFORMATION
OF THE FOLLOWING ON EACH APPLICABLE PAGE:
   - ALL EXPANSION JOINT LOCATIONS.
   - ALL MASONRY OPENING SIZES.
   - GROUND ROD LOCATION.
   - ANY OPTIONS, NOTES, CHANGES NOT LISTED.
   - JOB SPECIFIC TRUSS LAYOUT.
   - ANY CABINET LAYOUTS AFFECTING FRAMING.
THESE PRINTS AND ASSOCIATED INFORMATION ARE TO BE COMPLETE AND READY
FOR PICK UP EACH MONDAY (TUESDAYS WHEN MONDAY IS A HOLIDAY) BY 8:00 A.M.
THESE PRINTS ARE TO BE READY TWO WEEKS PRIOR TO THE START OF ANY WORK.
PRINTS WILL BE PICKED UP BY THE DESIGNATED FLORIDA STYLE REPRESENTATIVE.
AND NO OTHER PERSON. AN E-MAIL ACKNOWLEDGING RECEIPT WILL BE SENT
BY EACH TUE AT 8:00 A.M. TO THE DESIGNATED MORRISON REPRESENTATIVE. MORRISON HOMES W
THE SIGNED ORIGINALS ARE TO BE KEPT AT THE OFFICE OF FLORIDA STYLE
BUT REMAIN ~~AND ARE THEN THE~~ PROPERTY OF ~~FLORIDA STYLE~~. ALL PERSONNEL OF
FLORIDA STYLE WILL BE ISSUED COPIES OF THESE SIGNED PRINTS TO PERFORM
THE VARIOUS SCOPES OF THEIR WORK, BUT MUST CONFORM TO MORRISON HOMES W
CONFIDENTIALITY AGREEMENT
ANY CHANGES OR MODIFICATIONS AFTER PRINTS ARE COPIED ARE TO
BE DONE AT THE OFFICE OF FLORIDA STYLE BUT REVIEWED AND APPROVED
BY VP OF CONSTRUCTION OR VP PURCHASING
OF MORRISON HOMES.
THESE PRINTS WILL DICTATE RESPONSIBILITY FOR ERRORS AND/OR
OMMISSIONS OF CONSTRUCTED WORK.

Contractor's Initials
FLORIDA STYLE
Company Name

Morrison V.P.P. Initials

Page 7 of 7

**SCOPE OF WORK**
"Exhibit B" to Base Contract

*Morrison Homes®*

Contractor Name: _FLORIDA STYLE_        Trade: _CONCRETE METAL DRYWALL STUCCO_

Address: _____        Project Name: _AVALON Preserve_

These General Terms and Trade Specific Specifications are part of this Agreement and are in force at all times while Contractor is performing contractual obligations for Morrison and/or Contractor is present on any Job under current direction of Morrison and/or Morrison personnel. It is the responsibility of Contractor so described within this document and represented by signature to adhere to the conditions and specifications herein, and for said Contractor to provide copies and/or educate and oversee that all personnel in the service of said Contractor adhere to same.

<u>GENERAL TERMS:</u>

The Contractor shall furnish Work necessary to satisfactorily complete such according to the criteria and specifications so described within this document, and in accordance with Federal, State and local building codes, conditions and specifications described in "Exhibits A and ~~C~~, Base Prices as attached to "Exhibit "C" and in conjunction with Morrison ~~approved architectural~~ ~~drawings,~~ standards and direction of Morrison on site personnel.   _BID PRINTS_

The intent of this document is to express, define and outline specific Job performance criteria and specifications. Contractor agrees that if any mention has been omitted or is in conflict between architectural drawings, specification and/or scope Work that any Work required to complete such shall be performed the same as though specifically mentioned and shall be done to standards that equal and/or exceed industry standards ~~and/or to the standards and direction of~~ Morrison on site personnel once Work has commenced.

<u>GENERAL RESPONSIBLIITIES:</u>

Contractor agrees to the following:

1. Inspect and examine the drawings, specifications, purchase orders and any other pertinent information neeessary to successfully complete scope of Work contained herein and be responsible to assure that employees, supervisors, and/or other contactors employed by said Contractor adhere to same.

2. Supply all labor, materials, equipment and supervisory personnel necessary to complete scope of Work as set forth in this Agreement.

3. Supply all labor, materials, equipment and supervisory personnel neeessary to adhere to schedules set forth by ~~Morrison and as set forth in~~ this Agreement.

4. Be responsible for the delivery, unloading, storage and on site protection and maintenance of equipment and tools necessary to complete scope of Work.

_____
Vendor Initials

Page 1 of 2 Pages

_____
V. P. of Purchasing

**SCOPE OF WORK**
"Exhibit B" to Base Contract

*Morrison Homes*

Contractor Name: _FLORIDA STYLE_  Trade: _CONCRETE / METAL / DRYWALL / STUCCO_

Address: _____  Project Name: _AVALON Preserve_

5. (Turn Key Vendor) Provide delivery, unloading, storage and ~~on site maintenance~~ _INSTALLATION_ of materials necessary to complete scope of Work and shall remove and/or transfer any remaining materials from the site upon completion.

6. Provide temporary electricity if such is not provided at job site. _MAX. 30% OF JOBS_

7. ~~Provide water (non-potable) if such is not provided at job site and is necessary to the performance and completion of scope of Work.~~ _ALL POTABLE WATER TO BE SUPPLIED BY MORRISON_

8. Adhere to all conditions outlined in "Base Contract" and exhibit A, "General Conditions for All Contractors and Suppliers" (contained herein as part of this contract Agreement)

9. Comply with all OSHA safety guidelines and those set forth by Morrison.

10. Represent Morrison in a professional manner at all times.

MORRISON, INC.

Title: V. P Construction / V.P. Purchasing

Signature: _____

Date: _4/20/06_

Print Name: _SAL J. SIMONETTI_

Address: 4415 Metro Pkwy, Suite 325
Fort Myers, FL 33916

CONTRACTOR: _FLORIDA STYLE SERVICES, INC_

Title: _GENERAL MANAGER_

Signature: _____

Date: _4-20-6_

Print Name: _MICHAEL J. FLEMING_

Address: _17252 ALICO CENTER ROAD_
_FT MYERS, FL  33912_

11. PUNCH WORK: IS DEFINED AS A DEFICIENCY IN THE WORK DONE BY FLORIDA STYLE AND IS NON BILLABLE.

12. REPAIR WORK: IS DEFINED AS NOT A DEFICIENCY IN THE WORK DONE BY FLORIDA STYLE AND IS A BILLABLE ITEM.

Vendor Initials          Page 2 of 2 Pages          V.-P. of Purchasing

## BID AND DRAW SCHEDULE
"Exhibit C" to Base Contract

*Morrison Homes*®

Contractor Name: _FLORIDA STYLE_     Trade: _CONC METAL DRYWALL STUCCO_

Address: _____     Project Name: _AURION Preserve_

This document is part of the Agreement between Morrison and the Contractor so described within this document and represented by signature. Bid Prices and draw schedules herein and/or attached to shall be considered the only agreement for such and any changes, alterations to same shall be governed in accordance with the conditions outlined in "Basic Contractor Agreement" document, section (3) and/or Exhibit "A", document, section (7) article E. Herein Exhibit "C", the Contractor/Supplier shall be referred to as "Contractor" and the owner and/or General Contractor shall be referred to as "Morrison".

•••••••••••••••••••••••••••••••••

LIENS AND ENCUMBRANCES: The Contractor agrees that any suppliers, employees and/or said Contractor's Contractors employed, requisitioned or obtained directly by said Contractor and those that have performed work on Morrison projects for said Contractor shall be paid in full. Contractor shall agree that any materials used for Morrison by same shall be free of any liabilities and conditions of third parties or liens and/or claims of any kind. Contractor agrees that any suppliers, employees and/or said Contractor's Contractors employed, for any work performed and/or materials delivered for the purpose and use on Morrison properties, shall, upon notification from Morrison of an issuance of a lien use due process to cancel and discharge any such lien within (7) days from notification of such by Morrison. Morrison shall have the right to cause such lien to be canceled and discharged, and in that event any court fees, interest or other such costs incurred by Morrison and payable to the courts for such cancellation and discharge, any reasonable attorney's fees and all such expenses for cancellation and discharge shall be paid by the Contractor. Morrison reserves the right to deduct any such expenses from any payments then due, Contractor or thereafter becoming due. ~~Morrison reserves the right to join Contractor's payments with any supplier and/or employee and/or Contractor's Contractor who might issue an order of "Notice to Owner".~~ Default of Morrison to pay Contractor according to the terms within this contract document, and such to cause the claim of lien shall hold harmless said Contractor from any costs.

•••••••••••••••••••••••••••••••••••••••••

Costs: The Contractor is responsible to have considered, obtained and included all necessary costs to perform Work (as herein after defined) *supervision; labor; services; equipment; tools; machinery; materials; necessary to schedule; execute; and complete; any Job in accordance with the terms set forth in this Agreement; and such that has been assigned to Contractor by Morrison and is so defined and prescribed by Purchase Order; Variance Purchase Order; and/or Estimate Purchase Order;* and shall have included all costs for such herein by representation of lump sum amounts contained within and/or attached to this document. The Contractor agrees that the lump sum amounts so described and set forth in this Agreement are inclusive of all costs to the following; all Contractor's overhead, travel expenses to job site, all applicable taxes, scopes of Work, conditions and specifications attached hereto as part of this contract and so described as Exhibits "A", "B" and "C". Contractor agrees that costs shall be free of escalator clauses and/or future increases unless submitted in writing in accordance to the Basic Contractors Agreement paragraph three (3) and/or Exhibit "A", paragraph 3, article E, attached hereto as part of the contract documents.

_____
Contractor's Initials

_FLORIDA STYLE_
Company Name

Page 1 of 2

_____
Morrison V.P.P. Initials

**BID AND DRAW SCHEDULE**
"Exhibit C" to Base Contract

*Morrison Homes*®

Contractor Name: _FLORIDA STYLE_    Trade: _CONC METAL DRYWALL STUCCO_

Address: _____    Project Name: _AVALON Preser~_

****************************

## STANDARD & OPTIONAL COSTS

\* See attached RFQ for Costs.

Extra work, over and above this contact, shall be performed at $ _FIFTY (50.⁰⁰)_    per man hour.

Notes: _PLUS MATERIAL COSTS_
_ALL CONCRETE FLATWORK TO BE BILLED AT $3.25 PER SQ FOOT - DRIVES/WALKS ONLY_
(NO extra work is to be done without a purchase order or service order)

**Model Discounts:** The Contractor agrees to provide Morrison with model discounts for # _2_ of models for Morrison Home's Project _PER COMMUNITY_    , and this discount shall be $ _N/A_ and/or _5_ %.

Notes:
_IF SOLD WITHIN 1 YEAR DISCOUNT VOIDED AND MONEY DISCOUNTED_
_SHALL BE PAID TO SUBCONTRACTOR_

*******************************************

The signature of any person to this contract shall be deemed a personal warranty by said person that he/she has the power and the authority to bind this agreement for the corporation, ~~co-partnership or any other business entity~~ named within.

MORRISON, INC.

Title: V.P. Construction / V.P. Purchasing

Signature: _____

Date: _4/6/04_

Print Name: _SAL J. SIMONETTI_

Address: 4415 Metro Pkwy, Suite 325
    Fort Myers, FL 33916

_____
Contractor's Initials

_FLORIDA STYLE_
Company Name

CONTRACTOR: _FLORIDA STYLE SERVICES, INC_

Title: _GENERAL MANAGER_

Signature: _____

Date: _4-20-06_

Print Name: _MICHAEL J. FLEMING_

Address: _17252 UNIT #2 ALICO CENTER RD._
_FT MYERS, FLORIDA 33912_

_____
Morrison V.P.P. Initials

Page 2 of 2

*Morrison Homes*®

**EXHIBIT "D"**
MORRISON HOMES
Ft. Myers Division
Contractor Information Sheet

| DO NOT WRITE IN THIS BOX |
| --- |
| SAP USER ID:_____ |
| Initial Password:_____ |

Contractor: _FLORIDA STYLE SERVICES, INC_   Date: _4-20-6_

Address: _17252 UNIT #2, ALICO CENTER ROAD, FT. MYERS, FL 33912_

Office Phone: _239  437  9488_   Fax: _239 437 9945_

**Below, place a check-mark next to the person to use as the "verification user" when calling for potential account changes.**

☐ Principal: _DAVID M. CASMAN_   Phone: _(239) 437-9488_   M☐P☐ Email: _DC FLSTYLE @EARTHLINK.NET_

☐ Sales Contact: _MICHAEL J. FLEMING_   Phone: _(239) 994-9671_   M☐P☐ Email: _MFFLSTYLE @ EARTHLINK.NET_

☐ Billing Contact: _LISA HRYCIK_   Phone: _(239) 437-9488_   M☐P☐ Email: _ACFLSTYLE@EARTHLINK.NET_

☐ Field Contact: PRODUCTION: MTL/DW/STUCCO _CRAIG LH 994-9674_ 239 994-2920   M☐P☐ Email: N/A _TKFLSTYLE@EARTHLINK.NET_
PUNCH+WARRANTY: _TIM KANE_   Phone: _239 994-2015_   N/A

☐ Tech Contact: _MICHAEL J. FLEMING_   Phone: _(239) 994-9671_   M☐P☐ Email: _MFFLSTYLE @EARTHLINK.NET_

**IRS Information:** In order to comply with IRS and company policies, a completed W-9 form must be submitted with this agreement. The IRS requires that you supply your taxpayer identification number (TIN). Failure to supply your correct TIN will subject future payments to backup withholding at 31%.

**Technology Information:** Morrison Homes will be communicating through its Trade Partner Portal. Morrison will require a contact to administer system communication. This person should be identified in the Tech Contact shown above. This will be for the purposes of communicating changes to the system, including password notification and other security measures. In order to ensure privacy, please provide a KEYWORD that may be used for validation of identity and authority to permit changes. This KEYWORD should be kept secure and only available to your company's technology contact.

KEYWORD: _XESSEX_

**FOR MORRISON'S USE ONLY**

Initial Userid:_____   Change to: _____ date:_____

NDS userid created: _____   Date division notified of change _____

Date Trade Partner notified _____