# SUBCONTRACT AGREEMENT

**THIS SUBCONTRACT AGREEMENT** (the **"Agreement"**) is made by and between **Taylor Woodrow Communities at Vasari, L.L.C.**, a Florida limited liability company ("**Contractor**") and **R&G PLASTERING, INC. "Subcontractor"**).

## WITNESSETH:

| Contractor: | Taylor Woodrow | Subcontractor: | R&G Plastering, Inc. |
|---|---|---|---|
| Address: | 2950 Immokalee Road, Ste. 2 Naples, FL 34110 | Address: | 2477 J&C Blvd. Naples, FL 34109 |
| Telephone: | 239-592-0055 | Telephone: | 239-566-9167 |
| Telecopy: | 239-592-5395 | Telecopy: | 239-566-8628 |

In consideration of the covenants and agreements hereinafter contained, the parties agree as follows:

1.     **Scope of Work**.     Subcontractor agrees to furnish, at Subcontractor's expense, all supervision, labor, tools, services, machinery, equipment, vehicles, transportation, scaffolds, materials, permits, licenses, and other items required to complete the work in compliance with the Plans and Specifications, defined below, and generally described as:  **R&G Plastering to furnish & install Steel Framing, Safety Rails, Interior Railing, Sheetrock, Fire Wall, Stucco & Punch for the New 8 Plex (Matera) in Vasari Country Club, Bonita Springs, FL.**

(the **"Work"**).  Subcontractor acknowledges that the Work performed hereunder will constitute a portion of one or more residential or condominium dwelling units (singularly a "**Residence**") to be sold by Contractor to consumers.  All of Subcontractor's guarantees contained in this Agreement are for the benefit of any person or persons who purchase a completed Residence from Contractor.

2.     **Subcontractor Responsibilities**.  Subcontractor shall complete the Work in strict compliance with the plans, specifications, details and drawings described on **Schedule "D"** attached hereto and made a part hereof ("**Plans and Specifications**") including any and all changes and addenda thereto, all of which Subcontractor acknowledges that Subcontractor has read and is familiar with.  Said Work shall be performed on the real property known as: *VASARI COUNTRY CLUB* (the "**Job Site**").  Copies of the Plans and Specifications will be on file in the Contractor's office and shall be deemed to constitute part of this Agreement as if fully set forth herein.

3.     **Independent Contractor**.  Subcontractor is an independent contractor and not an employee of Contractor.  Subcontractor's employees shall not be deemed to be employees of Contractor.  Subcontractor is solely responsible for securing, protecting and providing insurance for all of its tools, scaffolds, machinery, equipment, vehicles, materials and other apparatus.  Contractor will not be responsible for damage or loss to any of such tools, scaffolds, machinery, equipment, vehicles, materials, or other apparatus from fire, theft or any other cause whatsoever.  Subcontractor understands that, as an independent contractor, Contractor shall not be obligated to, and shall not

Contractor Initials

Subcontractor Initials

1

LGL5401.F.VASARI          (2.18.04)

withhold, or otherwise pay in relation to the Subcontractor, any federal income tax, unemployment compensation tax, social security, state and payroll taxes, worker's compensation insurance or taxes, "red tag" fees, sales or use taxes or charges associated in any way with the work, or employee's liability insurance of any kind or to take any other action with respect to the insurance or taxes of Subcontractor or provide other statutory benefit or right predicated on an employer – employee relationship.

4.    **Insurance.** Subcontractor shall at all times, both during and after the performance of the Work, provide, at its own expense for all Work at the Job Site, insurance as required by this Section and **Schedule "A"** attached hereto and incorporated herein:

(a)    workers compensation insurance in strict accordance with Florida law, and employer's liability insurance. In the event that the Subcontractor is eligible for exemption from Florida's Workers Compensation Act (Chapter 440, Florida Statute) (the **"Act"**), the Subcontractor shall properly file a written notice of its election to be exempt from the provisions of the Act in strict accordance with the provisions of the Act. Subcontractor shall obtain, pay for and deliver to Contractor all licenses, permits and other certificates needed in connection with the Work including, without limitation, a certificate of workers' compensation insurance (or, if applicable, a certificate of election to exemption).

(b)    commercial general liability insurance (to include "completed operations" coverage) insuring Contractor and Subcontractor against liability for injury to persons (including death) and damage or destruction of property arising out of the Work (without regard to the negligence or breach of any duty by Contractor or Subcontractor or their respective employees). The policy shall be issued on an occurrence basis with limits, as to each risk, of not less than the amount set forth on **Schedule "A,"** or such greater amount as then prevails in any like coverage carried by Subcontractor.

(c)    comprehensive automobile liability insurance indemnifying Subcontractor relative to liability for injury to persons, including death, and damage to property, caused by vehicles in the amount, as to each risk on an occurrence basis, and coveraged, all as set forth on **Schedule "A,"** or such greater amount as then prevails in any like coverage carried by Subcontractor.

Subcontractor, for itself and for all those furnishing labor or materials to or through the Subcontractor (herein collectively **"Sub-subcontractors"**), hereby agrees that in any insurance policy procured by Subcontractor or Sub-subcontractors on their own account, as the case may be, relative to any risk, no matter what the risk may be, the policy will contain a waiver of any right of subrogation by the insurance carrier against Contractor, its respective agents, servants, and employees.

All insurance policies shall: (a) be issued using standard unamended Insurance Service Office (ISO), unamended standard forms or carrier forms equivalent to the foregoing, (b) be issued by a company or companies acceptable to Contractor and (c) protect Subcontractor and Contractor against any claims resulting from or in any way arising from Subcontractor's Work.

Prior to starting Work, Subcontractor shall deliver to Contractor (at the address indicated on the first page of this Agreement), certificates showing the required insurance is in effect and that the premiums have been paid for the expected duration of the Subcontractor's Work. Each policy shall require at least thirty (30) days prior written notice to Contractor of premiums being due for payment, lapse of

Contractor Initials

Subcontractor Initials

2

LGL5401.F.VASARI        (2.18.04)

insurance, changes in coverage or any other change affecting protection provided by the insurance. In addition, each policy (other than workers compensation insurance and employer's liability) shall include Contractor as an additional insured. Such policies shall not be restricted by an endorsement or policy provision which limits contractual liability. Neither shall such policies contain any endorsement which restricts or otherwise limits Subcontractor's liability for any coverage of water (with the exception of mold) or other damage as the result of Subcontractor's failure to perform the Work in accordance with the terms of this Agreement. If requested, Subcontractor, within ten (10) days of request, will provide Contractor copies of complete policies of insurance (together with endorsements and any rider(s) required by this Agreement. If Subcontractor fails to provide the insurance required pursuant to this Agreement, Contractor may (but shall not be obligated to) procure it for Subcontractor and deduct the premium cost from payments due to Subcontractor under this Agreement or Contractor may, at its election and without liability, withhold payments to Subcontractor until such insurance is procured. Subcontractor shall deliver to Contractor at the address indicated on the first page of this Agreement, written notice of any accident or incident, within twenty-four (24) hours after occurrence, which notice shall include copies of all accident reports arising out of Subcontractor's Work, which reports shall be in the form required by Contractor and shall specify all personal injury or property damage resulting from said accidents or incidents.

5. **Interpretation of Plans and Specifications**. The Plans and Specifications generally indicate the scope of the Work, but are not guaranteed to be free from errors or omissions. Any Work called for in the Specifications but not shown on the Plans, or vice versa, is to be performed as if called for in both. In the event of any conflict between the requirements of the Plans and the requirements of the Specifications, Subcontractor shall request from Contractor a written clarification and shall perform in accordance with such written clarification. Subcontractor agrees that any and all labor and materials which are obviously necessary to complete the Work shall be provided without any additional cost to Contractor. Subcontractor shall be solely responsible for and make his own measurements, shall guarantee their accuracy, and shall not rely on those made by Contractor or others. Subcontractor acknowledges that the Work provided for in this Agreement constitutes only a part of the work being performed by the Contractor, other subcontractors, vendors and suppliers. Accordingly, Subcontractor agrees to perform the Work in a manner that will not interfere with, injure, delay or damage any other work performed on the Job Site, and agrees to pay Contractor for any damages or delay that may be caused to such other work by Subcontractor, Sub-Subcontractors or by Subcontractor's agents or employees. Compensation for delay damage may be a liquidated daily amount as set forth in the Schedule of Values defined in paragraph 14 below. Contractor and Subcontractor agree that if a liquidated amount has been established, there is no precise method of determining Contractor's actual damages and, accordingly, the parties have agreed upon liquidated damages and any liquidated delay damage is an agreed-to estimate of damage to Contractor and is not a penalty.

6. **Quality of Work**. Subcontractor agrees that all Work shall be done in a good and workmanlike manner and free from defects in materials and workmanship. All Work, including, without limitation, materials furnished by Subcontractor, shall (i) be new, (ii) meet or exceed requirements of the Plans and Specifications, manufacturers' recommendations, applicable governmental authorities and the Contractor's Best Practices Guidelines attached hereto as **Schedule "E"** (if applicable to the Work of the Subcontractor) and (iii) pass all tests and inspections required by applicable public officials. When compliance with two or more of the foregoing requirements is in conflict in quantity or quality, the Subcontractor shall comply with the most stringent requirement. In addition, when provisions in two or more of the requirements set forth in this Paragraph 6 are complementary, the more detailed provision shall control over the more general provision. It is the intent of this Subcontract Agreement, and it shall

Contractor Initials

Subcontractor Initials

3

be so construed, to require a high quality of Work and shall include all items necessary to produce the results intended hereby and desired by the Contractor. The Contractor shall have the sole authority for determining whether or not the Work is acceptable, provided, however, that approval by Contractor shall not be construed to relieve Subcontractor of liability for defects due to faulty or improper materials or workmanship or Work that does not fully comply with the Plans and Specifications, manufacturers' recommendations, the Contractor's Best Practices Guidelines and/or applicable laws (hereafter "**Defects**"). All HVAC subcontractors are responsible for preparing heat load calculations to determine the appropriate size unit for installation within each Residence. Without limiting any remedy or right Contractor has against Subcontractor under this Agreement or applicable law, Subcontractor specifically agrees to remedy all Defects which appear during construction, and to further remedy all Defects which appear during the term set forth in the Contractor's 2-10 Solid Gold Limited Warranty, as amended from time to time, if Residence is a single-family residential dwelling unit, or in Fla. Stat. §718.203 if Residence is a condominium dwelling unit (the "**Warranty**"). Subcontractor acknowledges that a copy of the Warranty has previously been provided to Subcontractor. Subcontractor will have a period of five (5) days in which to correct or repair such Defects, including any other items damaged during the repair of such Defects. If Subcontractor fails to make the specified repairs within five (5) days after notice from Contractor, Contractor may have the Defects repaired or replaced by others, and hold Subcontractor liable for Contractor's overhead and the cost of such remedial work. Contractor may deduct any amounts due Contractor in connection with repairs made pursuant to this paragraph from any payment due to Subcontractor under this Agreement. Further, in the event a customer service call is scheduled by Contractor, and Subcontractor fails to keep the appointment and repair the Defects, as scheduled, Contractor may, at its election, charge Subcontractor One Hundred Fifty and No/100 Dollars ($150.00) as an administrative charge for costs, expenses, and inconvenience to Contractor.

7. **Time Schedule**. Subcontractor shall commence Work on a specified Residence within forty-eight (48) hours of delivery of the initial purchase order (the "**Purchase Order**") from Contractor or as otherwise directed by Contractor in writing. Contractor shall not be liable to Subcontractor for delays caused by Contractor or other subcontractor's work or by any other cause. Contractor will establish a schedule for Subcontractor's Work and Subcontractor shall at all times provide sufficient manpower, equipment, materials and other Subcontractor furnished items to meet or exceed said time schedule and to complete the Work as rapidly as job conditions permit, and Subcontractor shall not delay Contractor or other subcontractors. In the event of any dispute arising among Subcontractor, other Subcontractors and/or Contractor regarding accessibility to the Job Site, Contractor will make the final determination as to work priority and scheduling, which determination shall be final and binding on the parties thereto. It is expressly agreed that time is of the essence of this Agreement and payment of all consideration due hereunder is expressly conditioned upon completion of the Work in accordance with said schedule, the Plans and Specifications, the Contractor's Best Practices Guidelines (if applicable) and the other provisions of this Agreement.

8. **Commencement/Completion of Work**. Except as is otherwise provided in this Agreement, the term of this Agreement shall extend from the delivery of the Purchase Order to Subcontractor until the completion of Subcontractor's Work on each Residence which is the subject of a purchase order, including any warranty work. Contractor shall have the right, at any time, to delay or suspend the commencement of execution of the whole, or any part of the Work, or vary the sequence of performance thereof without compensation to Subcontractor other than extending the time for completing the entire Work for a period equal to that of such delay or suspension.

Contractor Initials

Subcontractor Initials

4

LGL5401.F.VASARI          (2.18.04)

9.    **Supervision of Subcontractor**.  Subcontractor must have a qualified Foreman or Superintendent at the Job Site whenever Subcontractor is performing Work at the Job Site, to coordinate and direct the Work being done.  Said Foreman or Superintendent shall be authorized to consult with Contractor and to make all decisions required for performance of the Work.

10.    **Job Site Cleanup**.  Subcontractor shall clean up all debris and refuse resulting from the Work at the end of each work day, piling same neatly on site in a location designated by Contractor or hauling away, as specified by Contractor.    Upon completion of the Work, Subcontractor shall immediately remove from the Job Site all excess materials, tools, scaffolds, equipment and other Subcontractor furnished items, and shall leave the Job Site in a clean and orderly condition.   If Subcontractor fails to diligently and timely perform the aforementioned duties or if a dispute arises among Subcontractor, other subcontractors and Contractor as to the responsibility under their respective subcontracts for maintaining the Job Site and surrounding area free from waste materials and refuse as described above, the Contractor may clean up and allocate the costs (including Contractor's overhead) among those responsible, as Contractor, in its sole discretion, determines to be just.  Subcontractor agrees that Contractor's decisions as to allocations of costs will be final and binding on the parties thereto.

11.    **Utilities.**  Contractor shall supply electric power and water to within 150 feet of each Residence at the Job Site.

12.    **Subcontracting Others**.   Subcontractor agrees not to underlet, sublet, assign or subcontract any of the Work covered by this Agreement without prior written consent of Contractor which consent shall be at the sole discretion of Contractor.    If Contractor does permit such subcontracting, any such party shall specifically agree in writing to all terms and conditions of this Agreement, including but not limited to, all provisions relating to payments, insurance and liens, and no such subcontracting shall relieve Subcontractor from its obligations under this Agreement, including without limitation liability for defective Work.

13.    **Additional Purchase Orders**.     Subcontractor must secure an additional purchase order ("**Additional Purchase Order**") from Contractor before performing any additional Work or furnishing any materials not included in the Plans or Specifications, except as described in Paragraph 5 hereof.  If Subcontractor fails to secure the Additional Purchase Orders, then Contractor shall not be obligated to pay for any such additional work or materials.  In order to be binding on the Contractor, each Additional Purchase Order must clearly indicate the scope of the additional Work, the lump sum or unit price payment for same, and be signed by the Contractor, the Subcontractor or their respective duly authorized representatives.

14.    **Payments to Subcontractor**.  The amount of any payment for completed and accepted Work shall be based upon the Contractor's Schedule Of Values and/or Payment Schedule attached hereto as **Schedules "B" and "B-1,"** respectively, subject to the terms of this Agreement.  Unless otherwise directed by Contractor in writing, Subcontractor will deliver (i) all Purchase Orders provided by Contractor to Contractor's local office, as shown on page 1 of this Agreement, for Contractor's approval; (ii) the Contractor's Final Payment Affidavit and Waiver And Release Of Lien Upon Final Payment; and (iii) lien waivers from all of Subcontractor's laborers, suppliers, materialmen, and Sub-subcontractors, if any.  Payment otherwise due Subcontractor upon completion of each stage, phase or operation, shall be made only after inspection and acceptance of the Work by Contractor or Contractor's duly authorized representative.  Purchase Orders for such Work shall be delivered to

Contractor Initials

Subcontractor Initials

LGL5401.F.VASARI          (2.18.04)

Contractor within thirty (30) days after Contractor's inspection and acceptance of said Work. Subcontractor understands that time is of the essence of this Agreement and that Subcontractor hereby waives the right to any and all amounts attributable to inspected and accepted Work for which the Contractor has not received a Purchase Order within the aforementioned thirty (30) day period.

Contractor shall have the right at any time without further notice to Subcontractor to pay directly or by joint check any laborers, suppliers, materialmen, Sub-subcontractors or other persons who (i) are listed on the Contractor's Final Payment Affidavit, (ii) have filed a Notice to Owner, or (iii) performed Work or supplied materials on behalf of Subcontractor. Payment made under this Agreement and/or acceptance of the Work (or any portion thereof) shall in no event be deemed as conclusive evidence of the complete or satisfactory performance of the Work, either in whole or in part, and no payment shall be construed to be an acceptance of defective Work. Acceptance of final payment by Subcontractor shall be a waiver and release of all claims against Contractor arising out of or in connection with this Agreement. Subcontractor shall not be entitled to any payment for any Work not performed or any materials or equipment not furnished, even if specified for payment in **Schedules "B" and "B-1."** Notwithstanding anything contained in this Agreement to the contrary, the sums due Subcontractor under this Agreement shall not include such amounts as Contractor, in its sole discretion, deems necessary to ensure Subcontractor's performance of its warranty obligations under this Agreement or to protect itself and save itself harmless against (i) unremedied defective Work, (ii) uncompleted punchlist items, (iii) claims filed (or likely to be filed), (iv) Subcontractor's failure to make payment in full for material or labor, (v) Subcontractor's inability to complete the Work for the remaining balance of the contract price, or (vi) any other liability of damage, including costs and attorneys' fees, arising from or relating to this Agreement or Subcontractor's performance (or non-performance) of the Work. Contractor shall also have the right to retain any and all sums otherwise due Subcontractor hereunder until all punchlist items are completed to the satisfaction of Contractor.

15.     **Lien Waivers and Documents.**  Subcontractor shall furnish proof of payment for all materials and labor, and shall keep accurate records of same. If any claim of lien is filed against any portion of the Job Site because of any claim arising by, through or under Subcontractor, Subcontractor will, immediately upon demand by Contractor, furnish a lien transfer bond complying with the requirements of Chapter 713, Florida Statutes. The furnishing of such bond shall be a condition precedent to any further payment becoming due to Subcontractor. Under no circumstances will Contractor be obligated to make payment to Subcontractor under this Agreement until complete lien waivers have been received from Subcontractor and all persons or entities claiming by, through or under Subcontractor in a form acceptable to Contractor. Contractor may use any monies otherwise due to Subcontractor to furnish any lien transfer bonds required hereunder or to satisfy lien claims or outstanding indebtedness of Subcontractor to his subcontractors, material suppliers and laborers.

16.     **Non-Exclusive.**  This Agreement is non-exclusive and the Contractor is not prohibited from entering into similar contracts with other subcontractors for like Work.

17.     **Defaults.**  In the event that Subcontractor fails to complete the Work in accordance with the Plans and Specifications, the Contractor's Best Practices Guidelines attached hereto as **Schedule "E"** (if applicable to the Work of the Subcontractor) or applicable laws, or the Contractor's schedule for Subcontractor's Work or in the event Subcontractor fails to comply with any provision of this Agreement, the parties hereto understand and acknowledge that any such delay may delay or otherwise adversely affect Contractor's performance of its duties under the contract with the purchaser of the Residence so as to possibly render Contractor liable to such purchaser for damages.

Contractor Initials

Subcontractor Initials

6

LGL5401.F.VASARI          (2.18.04)

Accordingly, Subcontractor shall complete all Work once such Work is commenced pursuant to a purchase order in accordance with the terms of this Agreement. In the event that Subcontractor falls behind any schedule, fails to commence Work in accordance with a purchase order, delays other subcontractors or damages their work, performs defective Work, or fails to comply with any other condition or obligation contained in this Agreement (including, without limitation, the Plans and Specifications), Contractor will issue a two (2) day notice to Subcontractor. Subcontractor must correct the deficiencies listed in said notice to the satisfaction of Contractor within a two (2) day period after said notice. If Subcontractor fails to do so, then Contractor may terminate this Agreement without further notice and may have the Work finished in the most expedient manner. In such case, Subcontractor will receive monies remaining due on this Agreement, if any, only after the total cost of completion and other damages to Contractor (including Contractor's overhead) have been paid and deducted from the sums due Subcontractor for Work actually completed by Subcontractor and accepted by Contractor. However, if the cost of completion and other damages to Contractor are greater than monies remaining due under this Agreement, then Subcontractor will promptly pay the difference to Contractor. Notwithstanding anything contained in this Agreement to the contrary, in the event of a dispute between Contractor and Subcontractor, the Contractor may withhold payment(s) otherwise due Subcontractor for labor, services or materials which are the subject of such dispute as well as payments which are not subject to or affected by the dispute.

In the event that Contractor, without just cause, fails to pay any undisputed sums due Subcontractor as provided for in this Agreement, or materially breaches any of its obligations hereunder, Subcontractor may terminate this Agreement if, upon seven (7) days written notice to Contractor, Contractor fails to pay Subcontractor such sums or commence reasonable action to remedy a material breach of any other obligations hereunder.

In the event a petition in bankruptcy, reorganization or similar creditor-type release proceeding is filed by or against Subcontractor or a writ of attachment, garnishment or levy pertaining to Subcontractor is served or threatened, Contractor, in its sole and exclusive discretion shall have the right to terminate this Agreement without notice to Subcontractor.

Contractor shall have the right to terminate this Agreement without cause upon seven (7) days written notice to Subcontractor. In the event of such termination for convenience, Subcontractor's recovery against Contractor shall be limited to the value of the Work through the date of termination as set forth in the Payment Schedule, together with any retainage withheld. In no event shall Subcontractor be entitled to any other and further recovery against Contractor, including, but not limited to, anticipated profit on Work not performed.

All costs, losses, damages, and expenses including attorneys' fees incurred in the prosecution or defense or enforcement of any arbitration, suit or action (at the trial, appellate, bankruptcy, and post-judgment levels) incurred by or resulting to Contractor arising from this Agreement shall be borne by and charged against Subcontractor and shall be deemed to be included among the damages for breach of this Agreement, and Subcontractor agrees to pay Contractor such costs, losses, damages, expenses and attorneys' fees.

18.   **Compliance with Laws and Safety Policies**.  The Subcontractor agrees to comply with: (i) all municipal, county, state and federal laws, ordinances and rules and regulations and such other labor laws and all union regulations as may be applicable, wherever the same apply to the Work or affect the Work; (ii) the requirements of the applicable Building Department; (iii) all other laws,

Contractor Initials

Subcontractor Initials

LGL5401.F.VASARI          (2.18.04)

ordinances and safety regulations; and (iv) the safety policies of the Contractor as set forth on Schedule "F" attached hereto and incorporated herein, as the same may be amended from time to time by Contractor. Subcontractor further agrees to give proper authorities all requisite notices relating to the Work and to procure and pay for all necessary licenses or permits to carry on the Work. It is agreed that federal and state tax laws, Social Security laws and Unemployment Compensation laws are a part of this Agreement and Subcontractor agrees to comply therewith. Any and all transportation tax, sales tax, or any other tax that might accrue through purchase of materials or amounts paid for labor by Subcontractor or occasioned by performance of this Agreement shall be borne and paid by Subcontractor.

19.     **Notices.**  Any notices provided for in this Agreement shall be in writing to the address set forth in the Preamble shown on the first page of this Agreement and shall be effective (a) upon receipt or refusal if delivered personally or by telecopy; (b) one (1) business day after deposit with a recognized overnight courier or (c) two (2) business days after deposit in the U.S. mail.

20.     **General.**  This Agreement shall not be construed more strongly against either party hereto regardless of who was more responsible for its preparation. If any term or provision of this Agreement shall be held to be invalid, illegal or unenforceable, the validity of other terms or provisions of this Agreement shall in no way be affected thereby. Except as may be expressly and specifically set forth herein, none of the provisions of this Agreement shall be for the benefit of or enforceable by any one other than the parties hereto. This Agreement shall be binding upon and inure to the benefit of and be enforceable by the respective heirs, successors, personal representatives or assigns as applicable of the parties hereto. If Subcontractor is composed of one or more individuals or entities, all of said individuals and entities shall be jointly and severally liable hereunder.

21.     **Indemnification .**  To the fullest extent permitted by law, Subcontractor shall assume the defense of, and indemnify, protect and save harmless Contractor, its subsidiaries, affiliates, officers and employees from all claims, judgments, liability, loss, damage or injuries of any kind or nature whatsoever (including, without limitation, bodily injury, death and any damage to the Work or the work of other subcontractors caused in whole or in part by the Subcontractor), directly or indirectly resulting from the negligence, willful misconduct, performance or failure to perform the Work by Subcontractor, its employees, agents, laborers, or Sub-subcontractors, or any other obligation of Subcontractor under this Agreement or applicable law, and will defend any and all claims or actions which may be brought against Contractor on account of any such accidents, claims, liability, loss, damage or injury, and will reimburse Contractor for any expenditures that Contractor may make by reason of such occurrence. The foregoing indemnity is independent of and not limited to proceeds payable from any of the insurance policies required pursuant to Paragraph 4 of this Agreement.

22.     **No Waiver.**  The failure of the Contractor to enforce at any time or for any period of time any one or more of the provisions of this Agreement shall not be construed to be and shall not be a waiver of any such provision or provisions or of Contractor's right thereafter to enforce each and every provision of this Agreement.

23.     **Cross Default.**  Notwithstanding any other provision herein, in the event that any default or breach by Subcontractor occurs under any other contract or  agreement whatsoever between Contractor, or any of Contractor's affiliates, and Subcontractor, or any of Subcontractor's affiliates, such default or breach shall be deemed to be a default under this Agreement.  In addition to the remedies provided herein, Contractor shall have the right to setoff and deduct any damages or costs incurred by

Contractor Initials

Subcontractor Initials

8

LGL5401.F.VASARI          (2.18.04)

Contractor (including Contractor's overhead) arising from or in any manner related to such default or breach against and from any amounts due to Subcontractor. However, such setoff or deduction by Contractor shall in no event relieve Subcontractor of its obligation to pay in full all of its laborers, suppliers, materialmen, and sub-subcontractors, and otherwise to comply with all other provisions of this Agreement.

24.    **Arbitration.** All claims, disputes, and other matters in question arising out of, or relating to, this Agreement, or the breach thereof, shall be decided by arbitration in accordance with the Construction Industry Arbitration Rules of the American Arbitration Association then applicable unless the parties mutually agree otherwise. At the demand of either party hereto, any such arbitration may be consolidated with related arbitration proceedings involving the Contractor and other subcontractors or material suppliers. Subcontractor agrees that all contracts and agreements between Subcontractor and sub-subcontractors and/or material suppliers shall contain an arbitration provision substantially similar to the provisions set forth in this Paragraph 24.   The foregoing agreement to arbitrate shall be specifically enforceable under the prevailing arbitration law. The award rendered by the arbitrators shall be final, and the judgment may be entered upon it in accordance with the applicable law and any court having jurisdiction thereof. The demand for arbitration in no event shall be made after the date when institution of legal or equitable proceedings based upon such claim, dispute or other matter in question would be barred by the applicable statute of limitations. Unless otherwise agreed in writing or unless this Agreement is terminated in accordance with the terms hereof, the Subcontractor shall carry on the Work and maintain its progress during any arbitration proceeding.

25.    **Governing Law.** This Agreement shall be governed by the laws of the State of Florida.

26.    **Addenda.** The following Addenda are attached hereto and made a part hereof.

**PLEASE REFER TO RESOURCE/USE LEVEL DATED 3/4/04 FOR LISTING/PRICING OF MATERIALS.**

❑ **Schedule "A"** (Insurance Requirement)

❑ **Schedule "B"** (Contractor's Schedule Of Values)

❑ **Schedule "B-1"** (Payment Schedule)

❑ **Schedule "C"** (Contractor's Final Payment Affidavit and Waiver And Release Of lien Upon Final Payment)

❑ **Schedule "D"** (List of Plans and Specifications)

❑ **Schedule "E"** (Contractor's Best Practices Guidelines Applicable to the Work of the Subcontractor)

❑ **Schedule "F"** (Safety Policies)

❑ **Schedule "F.1"** (Code of Safe Practices)

❑ **Schedule "F.2"** (Injury and Illness Incident Report)

In addition to the foregoing, the following attached Addenda (if any) are incorporated herein and made a part hereof (check if applicable):

❑ Schedule "G" (Construction Code of Conduct and Guidelines)

❑ Schedule "H" (Accelerated Schedule Announcement)



Contractor Initials                                                                    Subcontractor Initials

9

LGL5401.F.VASARI          (2.18.04)

❑ Schedule "I" (Job Data Sheet)

❑ Schedule "J" (Vendor Bids)

(All of the foregoing Addenda being hereinafter collectively referred to as the **"Schedules"**).

27.     **Survival.**  All covenants, agreements, representations and warranties made herein or otherwise made by Subcontractor pursuant hereto shall survive the term of this Agreement.

28.     **Reformation**.  To the extent any provision of this Agreement violates law, such provision shall be reformed to the minimum extent necessary to comply with law and the intention of the provision as originally drafted.

29.     **Entire Contract**.  This Agreement, inclusive of the attached Schedules listed under Paragraph 26 of this Agreement, is the entire agreement between the Contractor and Subcontractor. There are no additional agreements of any kind between the parties.  No changes or waivers of this Agreement will be valid unless made in writing and signed by the parties hereto.

**IN WITNESS WHEREOF**, the parties have entered into this Agreement, effective as of the date when the last of the parties shall execute this Agreement.

**CONTRACTOR:**

As to Contractor:

**Taylor  Woodrow Communities at Vasari, L.L.C.**,
A Florida limited liability company

By: _____

Print Name: _____

Print Name: Thomas P. FK Webu JM.

Its: Authorized Representative

Print Name: _____

Date: 5/24/04

**SUBCONTRACTOR:**

As to Subcontractor:

**R&G PLASTERING, INC**
[Print Name of Entity]

By: _____

Print Name: _____

Print Name: Robert Gomes

Title: Res

Print Name: _____

Date: 4/21/04
(Seal)

10

## SCHEDULE "A"

### INSURANCE REQUIREMENTS

The following are the necessary insurance requirements for all subcontractors working for **Taylor Woodrow Communities at Vasari, L.L.C. Taylor Woodrow Communities at Vasari, L.L.C.** must be named "additional insured" under A) COMMERCIAL GENERAL LIABILITY and B) AUTOMOBILE LIABILITY.

### A)   COMMERCIAL GENERAL LIABILITY

|  | **HIGH RISK** | **LOW RISK** |
|---|---|---|
| General Aggregate | $ 1,000,000 | $ 300,000 |
| Prods. Comp/Op Aggregate | $ 1,000,000 | $ 300,000 |
| Personal & Adv Injury | $ 1,000,000 | $ 300,000 |
| Each Occurrence | $ 300,000 | $ 100,000 |
| Fire Damage | $ 50,000 | $ 50,000 |
| Medical Expense | $ 5,000 | $ 5,000 |

#### HIGH RISK TRADES INCLUDE BUT SHALL NOT BE LIMITED TO:

| | |
|---|---|
| Grading | Concrete Labor |
| Rough Carpentry | Block Walls & Lintel Labor |
| Roofing Labor | Plumbing |
| HVAC | Electrical |

### B)   AUTOMOBILE LIABILITY

| | | |
|---|---|---|
| Combined Single Limit | $ | 500,000 |
| "Any Auto" designation must be included | | |

### C)   WORKER'S COMPENSATION AND EMPLOYER'S LIABILITY

Worker's Compensation:                                  Statutory Limits

Employer's Liability:

| | | |
|---|---|---|
| Each Accident | $ | 100,000 |
| Disease - Policy Limit | $ | 500,000 |
| Disease - Each Employee | $ | 100,000 |

### D)   CERTIFICATE HOLDER

**Taylor Woodrow Communities at Vasari, L.L.C.**
8430 Enterprise Circle, Suite 100
Bradenton, Florida   34202

Contractor Initials                                          Subcontractor Initials

11

## SCHEDULE "B"

### CONTRACTOR'S SCHEDULE OF VALUES

**NOTES:**

1.  Subcontractor acknowledges that the above specified product and installation meets or exceeds all applicable statutory requirements and standard industry practice for project location (Florida Building Code 2001).

2.  Coordinate delivery and installation of all scope of work for this contract with the Taylor Woodrow Superintendent in charge of this project. Protect installation as necessary to assure its integrity.

Contractor Initials

Subcontractor Initials

12

LGL5401.F.VASARI          (2.18.04)

## SCHEDULE "B-1"

### PAYMENT SCHEDULE

1. Request for payment will not be considered until 100% of the stage for which the request is being made is complete.

2. All payments require inspection and approval by the Taylor Woodrow Superintendent and/or Manager in charge.

Contractor Initials

Subcontractor Initials

13

LGL5401.F.VASARI          (2.18.04)

# TAYLOR WOODROW COMMUNITIES

## 2004
## VENDOR DRAW SCHEDULE

| INVOICES RECEIVED BY | | SHALL BE PAID BY |
|---|---|---|
| 12/23/03 | IN BY 5:00 PM | 01/15/04 |
| 01/15/04 | | 01/30/04 |
| 01/30/04 | | 02/13/04 |
| 02/13/04 | | 02/27/04 |
| 02/27/04 | | 03/15/04 |
| 03/15/04 | | 03/31/04 |
| 03/31/04 | | 04/15/04 |
| 04/15/04 | | 04/30/04 |
| 04/30/04 | | 05/14/04 |
| 05/14/04 | | 05/28/04 |
| 05/28/04 | | 06/15/04 |
| 06/15/04 | | 06/30/04 |

CHECKS WILL ONLY BE GIVEN OUT AFTER 2:00 PM.  PLEASE HAVE YOUR RELEASES COMPLETED AND NOTARIZED.  IF YOU ARE UNABLE TO GET YOUR RELEASES NOTARIZED, WE CAN PROVIDE THAT SERVICE TO YOU.

YOU MAY CALL A FEW DAYS PRIOR TO CHECK DISBURSEMENT TO CONFIRM WHAT IS BEING PAID IN ORDER TO COMPLETE YOUR RELEASES.

THANK YOU!

## SCHEDULE "C"

**CONTRACTOR'S FINAL PAYMENT AFFIDAVIT**
**and**
**WAIVER AND RELEASE OF LIEN UPON FINAL PAYMENT**

At time of payment you will receive a copy of the Contract's Final Payment and Waiver and Release of Lien Form. This is to signed and left for the Taylor Woodrow Accounting Office.

Contractor Initials

Subcontractor Initials

14

LGL5401.F.VASARI          (2.18.04)

## SCHEDULE D

### List of Plans and Specifications

| Plan Name | Date Prepared | Prepared by |
|-----------|---------------|-------------|
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |
|           |               |             |

The permit set at the Superintendent's office is the binding architectural/construction document for this contract. It is available at the Superintendent's office for Subcontractor's review and use. Also one set of permit issue drawings will be made available to trades requiring it, upon request.

Contractor Initials

Subcontractor Initials

15

LGL5401.F.VASARI          (2.18.04)

## SCHEDULE "E"

**Contractor's Best Practices Guidelines Applicable to the Work of the Subcontractor**

**(Attach if Applicable)**



Contractor Initials

Subcontractor Initials

16

## SCHEDULE "F"

### Safety Policies

Subcontractor agrees as follows:

1) Subcontractor shall maintain a written safety program which meets and exceeds all governmental standards and requirements, and incorporates the matters set forth in the Code of Safe Practices applicable to Contractor (a copy is attached hereto as Schedule "F.1") and other standards and requirements promulgated by Contractor from time to time, including site-specific rules ("Subcontractor's Written Safety Program"). Subcontractor shall, within ten (10) days of request, provide a copy of Subcontractor's Written Safety Program to Contractor.

2) Provide safety training to employees of Subcontractor and all Sub-Subcontractors as reasonably required to educate employees of Subcontractor and all Sub-Subcontractors on requirements and provisions of Subcontractor's Written Safety Program.

3) Supply and maintain equipment (including but not limited to fall protection) reasonably required for employees of Subcontractor and all Sub-Subcontractors to perform the Work safely and in compliance with Subcontractor's Written Safety Program.

4) Designate a management level employee of Subcontractor who frequently visits the site of the Work, as Subcontractor's safety coordinator. The safety coordinator shall, (a) be thoroughly trained and understand Subcontractor's Written Safety Program, (b) perform, as a routine practice, safety inspections of Subcontractor's performance of the Work with frequency and detail necessary to ensure a safe working environment and shall provide written reports on such inspections to Contractor as reasonably requested by Contractor, (c) will be available to respond to employee's Subcontractor and all Sub-Subcontractors inquiries concerning the Subcontractor's Written Safety Program, (d) discipline employees of Subcontractor and all Sub-Subcontractors who violate the Subcontractor's Written Safety Program (including removal of such employees of Subcontractor and all Sub-Subcontractors from the job site), and (e) attend Contractor's safety meetings (as requested by Contractor).

5) Employees of Subcontractor shall attend Contractor sponsored safety meetings, as and when reasonably requested by Contractor.

6) To abide and cause all employees of Subcontractor and all Sub-Subcontractors to comply with Subcontractor's Written Safety Program and applicable provisions of the Code of Safe Practices (described in 1 above) and other standards and requirements as promulgated by Contractor, all as amended by Contractor from time to time.

7) Subcontractor shall maintain records of accidents and injuries (a) occurring to employees of Subcontractor and all Sub-Subcontractors and (b) caused by employees of Subcontractor and all Sub-Subcontractors during performance of the Work, such records shall be maintained in form and substance required by Injury and Illness Incident Report (a copy is attached hereto as Schedule "F.2"). Copies of such reports shall be provided to Contractor within twenty-four (24) hours of any accident or injury and updated pursuant to the condition of employee.

8) Participate in Contractor's safety audits as requested by Contractor. Information requested by Contractor shall be provided by Subcontractor within two (2) business days of request.

Contractor Initials

Subcontractor Initials

17

## SCHEDULE "F.1"

### Code of Safe Practices

**Refer to Schedule "G" attachment**

Contractor Initials

Subcontractor Initials

18

SCHEDULE "F.2"

**Injury and Illness Incident Report**

**Attached**

Contractor Initials

Subcontractor Initials

19

## SCHEDULE "G"

**Code of Conduct & Construction Guidelines**

**Attached**


Contractor Initials

Subcontractor Initials

20

LGL5401.F.VASARI          (2.18.04)

## SCHEDULE "G"

### CODE OF CONDUCT & CONSTRUCTION GUIDELINES

**TAYLOR WOODROW COMMUNITIES PROMOTES THE HIGHEST QUALITY WORKMANSHIP AND PROFESSIONALISM IN ALL PHASES OF OUR OPERATIONS. TO THAT END, THE FOLLOWING CODE AND BEHAVIOR WILL BE REQUIRED ON ALL CONSTRUCTION SITES.**

#### ENTRY

ALL CONTRACTOR PERSONNEL THAT DO **NOT** HAVE THE APPROPRIATE DEVELOPER DECAL **MUST** USE THE DESIGNATED CONTRACTOR ENTRANCE BASED ON PROJECT LOCATION FOR **ALL** ENTRY **AND** EXIT. VIOLATORS WILL BE STOPPED AND SENT AROUND TO THE PROPER ENTRANCE/EXIT POINT!

UPON ENTRANCE, CONTRACTOR PERSONNEL, MUST STOP AND GIVE THE COMMUNITY PATROL OFFICER THE FOLLOWING INFORMATION.

- ❖ THE NAME OF THE COMPNAY THE WORK FOR **AND**
- ❖ WHICH NEIGHBORBOOK THEY ARE WORKING IN **(OR)**
- ❖ THE NAME OF THE BUILDER **(OR)**
- ❖ A STREET ADDRESS **(OR)**
- ❖ SHOW SOME WRITTEN DIRECTIONS

IF THE INFORMATION IS **NOT** PROVIDED THEN THE ENTRY TO DEVELOPMENT WILL BE DENIED.

- ❖ **CONSTRUCTION PARKING IN DESIGNATED AREAS ONLY.**

#### HOURS OF OPERATION

THE HOURS OF OPERATION WILL BE AS FOLLOWS:

**MONDAY – FRIDAY**

- ❖ 7:00 A.M. TO 6:00 P.M

**SATURDAY**

- ❖ 7:00 A.M. TO 6:00 P.M. **(AS APPROVED BY CONSTRUCTION SUPERINTENDENT)**

**SUNDAY**

- ❖ CLOSED

_____
Contractor Initials

_____
Subcontractor Initials

21

❖ THE CLOSING TIMES LISTED UNDER THE HOURS OF OPERATION ALSO SERVES AS THE TIME THAT CONTRACTORS **MUST** HAVE JOB SITE CLEANED UP AND **OFF PROPERTY**!

## SUNDAY/AFTER HOURS WORK PROCEDURE

❖ CONTRACTORS WISHING TO STAY PAST CLOSING TIME MUST COMPLETE AND RETURN AN AFTER HOUR/SUNDAY WORK PERMISSION FORM BEFORE 3PM THE DAY BEFORE THE CONTRACTOR WISHES TO STAY LATER THAN 6PM.
❖ CONTRACTORS WISHING TO WORK PAST THE CLOSING TIME OR ON SUNDAY MUST FOLLOW THIS PROCEDURE.  FAILURE TO FOLLOW THIS PROCEDURE WILL RESULT IN CONTRACTORS BEING ASKED TO LEAVE THE PROPERTY AFTER LISTED CLOSING TIMES OR BEING DENIED ENTRY ON SUNDAYS.
❖ THE CONTRACTOR MUST BE PERMISSION FROM THE SITE CONSTRUCTION SUPERINTENDENT.
❖ THE SITE SUPERINTENDENT MUST FILL OUT AN AFTER HOUR/SUNDAY WORK PERMISSION FORM.
❖ THE COMPLETED FORM MUST BE SUBMITTED FOR APPROVAL TO ONE OF THE PEOPLE LISTED ON THE FORM.
❖ ONCE APPROVAL IS GRANTED, THE FORM CAN BE EITHER BROUGHT TO THE MAIN GATEHOUSE OR FAXED TO THE NUMBER LISTED ON THE FORM BEFORE 3PM THE DAY BEFORE THE CONTRACTOR INTENDS TO STAY LATE.

## SUNDAY ONLY

❖ IF PERMISSION IS GRANTED THEN THE APPROVED CONTRACTORS MUST USE THE MAIN ENTRANCE.  THE HOURS WILL BE FROM 8AM TO 4PM.  EVERYONE MUST BE CLEANED UP AND OFF PROPERTY BY 4PM **NO EXCEPTIONS**
❖ EVEN WITH A COMPLETED FORM, PERMISSION IS NOT AUTOMATIC!  THERE ARE SEVERAL FACTORS THAT ARE TAKEN INTO CONSIDERATION.
❖ ARE THERE RESIDENTS LIVING IN THAT AREA
❖ WHAT TYPE OF WORK WILL BE PERFORMED
❖ NOISE LEVEL
❖ NUMBER OF CONTRACTORS AND/OR NUMBER OF WORKERS ON A GIVEN SITE.

## THE RULES FOR AFTER HOUR/SUNDAY WORK ARE:

❖ NO RADIOS OR OTHER FORMS OF LOUD MUSIC
❖ NO POWER EQUIPMENT SUCH AS SAWS, GENERATORS OR COMPRESSORS
❖ NO HEAVY EQUIPMENT SUCH AS CRANES, DUMP TRUCKS, EARTH MOVERS OR BOBCATS.

IF ANY COMPLAINTS ARE RECEIVED OR IF THE PATROL OFFICERS FINDS ANY VIOLATIONS, ALL CONTRACTORS AT THAT SITE WILL BE ASKED TO LEAVE THE PROPERTY FOR THE DAY!

Contractor Initials

Subcontractor Initials

LGL5401.F.VASARI          (2.18.04)

**HOLIDAY WORK HOURS**

THERE WILL BE **NO** WORK ALLOWED ON THE FOLLOWING HOLIDAYS:

| | |
|---|---|
| CHRISTMAS DAY | MEMORIAL DAY |
| NEW YEAR'S DAY | INDEPENDENCE DAY |
| THANKSGIVING DAY | LABOR DAY |

**NO EXCEPTIONS**

**CONSTRUCTION SITE RULES**

- ❖ CHILDREN UNER 18 YEARS OF AGE ARE NOT PERMITTED ON CONSTRUCTION SITES.
- ❖ PERSONAL VISITORS TO CONTRACTOR PERSONNEL ARE NOT ALLOWED ON JOB SITE. ARRANGMENTS SHOULD BE MADE TO MEET OUTSIDE THE CONTRACTOR SITE TO HANDLE PERSONAL BUSINESS (THIS INCLUDES DROPPING OFF LUNCHES).
- ❖ DRUGS AND ALCOHOL ARE NOT ALLOWED
- ❖ NO PETS
- ❖ NO RADIOS OR OTHER FORMS OF LOUD MUSIC
- ❖ HARD HATS ARE TO BE WORN AT ALL TIMES
- ❖ STEEL-TOED SHOES MUST BE WORN AT ALL TIMES
- ❖ THEFT WILL RESULT IN TERMINATION OF SUB'S CONTRACT AND PROSECUTION
- ❖ ALL CONSTRUCTION DEBRIS AND FOOD WRAPPERS MUST BE PLACED IN DESIGNATED DUMPSTERS AT THE END OF EACH WORK DAY
- ❖ ALL CONTRACTORS MUST BROOM SWEEP UNITS UPON COMPLETION OF EACH WORK DAY.
- ❖ OBEY ALL POSTED SPEED LIMITS (MAX 20 MPH IF NOT POSTED) REPEAT OFFENSES WILL RESULT IN EMPLOYEE AND POSSIBLY SUBCONTRACTOR BANNED FROM JOB SITE.
- ❖ USE OF RESIDENTS ELECTRICITY OR WATER IS PROHIBITED

**SAFETY GUIDELINES**

- ❖ ALL SUBCONTRACTORS MUST FULLY COMPLY WITH O.S.H.A. REGULATIONS
- ❖ M.S.D.S. SHEETS AND EMERGENCY NUMBERS ARE LOCATED INSIDE CONSTRUCTION TRAILER.
- ❖ ALL INJURYS MUST BE REPORTED TO EMPLOYER AND TAYLOR WOODROW REPRESENTATIVE ASAP
- ❖ IN CASE OF EMERGENCY, CALL 911

**PRODUCT GUIDELINES**

- ❖ ALL SUBCONTRACTORS HEREIN ACKNOWLEDGE THE SPECIFIED AND INSTALLED PRODUCTS AND SERVICES MEET OR EXCEED ALL APPLICABLE STATUTORY REQUIREMENTS AND STANDARD INDUSTRY PRACTICE FOR THIS LOCATION.

Contractor Initials                                      Subcontractor Initials

LGL5401.F.VASARI          (2.18.04)

❖ ALL SUBCONTRACTORS ARE TO COORDINATE THE DELIVERY AND INSTALLATION OF ALL ITEMS RELATIVE TO THEIR SCOPE OF WORK FOR THIS CONTRACT WITH THE TAYLOR WOODROW SUPERINTENDENT IN CHARGE OF THIS PROJECT (SEE JOB DATA SHEET).
❖ ALL SUBCONTRACTORS ARE TO PROTECT PRODUCT AND INSTALLATION AS NECESSARY TO ASSURE ITS INTEGRITY.
❖ ALL OF THE MENTIONED POLICIES WILL BE STRICTLY ADHERED TO
❖ CONSTRUCTION PARKING IS DESIGNATED AREAS ONLY.

## ADDITIONAL PROPERTY RULES

❖ EMERGENCY VEHICLES HAVE THE RIGHT AWAY WHILE ON PROPERTY (INCLUDING COMMUNITY PATROL VEHICLES IF THE OVERHEAD LIGHTS ARE FLASHING).
❖ IN THE EVENT OF AN EMERGENCY FOLLOW THE DIRECTION GIVEN BY THE SUPERINTENDENT, EMERGENCY PERSONNEL, OR COMMUNITY PATROL OFFICER.
❖ THERE IS NO PARKING ON OR IN FRONT OF RESIDENT OR MODEL HOME DRIVEWAYS, OR ANY MAILBOXES.  PARKING MAY ONLY OCCUR ON ONE SIDE OF A GIVEN STREET SO AS NOT TO BLOCK OFF A STREET.  NO PARKING IN OR DRIVING THROUGH PROTECTED AREAS.  SEE TAYLOR WOODROW SUPERINTENDENTS FOR PARKING LOCATION.
❖ NO WEAPONS ARE PERMITTED ON PROPERTY.
❖ NO LITTERING, ALL JOBS SITES AND THE ROADWAY ADJACENT TO THEM SHOULD BE CLEANED AT THE END OF EACH WORK DAY.
❖ NO SUBCONTRACTOR WILL BE PERMITTED TO HAVE A SIGN ON THE HOME SITES.
❖ NO STACKING OR STORING SUPPLIES OR EQUIPMENT IN PROTECTED AREAS
❖ ANY DAMAGE TO VEGETATION, COMMON AREA FACILITIES, AND GOLFCOURSE PROPERTY MUST BE CORRECT IMMEDIATELY TO THE SATISFACTION OF TAYLOR WOODROW.  TAYLOR WOODROW MAY REPAIR SUCH DAMAGE AND ASSESS THE COSTS OF THE REPAIR TO THE SUBCONTRACTOR WITHOUT PRIOR NOTICE.

Contractor Initials

Subcontractor Initials

24

## SCHEDULE "H"

Accelerated Schedule Announcement

The Construction Department will provide a standard schedule for each product type.
Accelerated schedules will be addressed in the field.

Contractor Initials

Subcontractor Initials

25

## SCHEDULE "I"

### Job Data Sheet

**Project Names:**        Mediterra:  Porta Vecchio, Villa Lago, Brendisi
                          Shadow Wood Preserve
                          Vasari

**PROJECT CONTACT:        TAYLOR WOODROW**

**Vice President of Construction**: Mike Hartz          **Vice President of Operations**:    Tom Fichter
Administrative Assistant:          Cindee Addessi       **Administrative Assistant:**        Julie Good

**Job Superintendents**                                 **Purchasing Manager:**              David Smith

Bruce Bockholt, Mediterra                               **Custom Design Representative**:
Thad Pauly, Mediterra
Tom Killingsworth, Shadow Wood                          Carolyn Tonachio, Mediterra
Jason Gannon, Shadow Wood                               Tracy Bolcato, Shadow Wood
John Plecki, Vasari                                     Angela Ashley-Leister, Vasari
Brad Edwards, Vasari                                    Jamie Baker, Vasari
Marty Kohoe, Vasari                                     Sandra Ethier, Vasari
Mark Fortson, Vasari                                    Wendi Moore, Vasari

**Accounts Payable:**        Kathy Scalisce
                             Betty Sullivan

Taylor Woodrow Admin Office: (239) 592-0055   Fax: (239) 592-5395
2950 Immokalee Road
Suite 2
Naples, FL  34110

### On Site Construction Trailers:

| | | |
|---|---|---|
| Mediterra: | (239) 597-7735 | Fax: (239) 597-6957 |
| Shadow Wood: | (239) 466-9984 | Fax: (239) 466-9235 |
| Vasari: | (239) 596-3981 | Fax: (239) 596-3983 |

Contractor Initials

Subcontractor Initials

26

LGL5401.F.VASARI        (2.18.04)

**SCHEDULE "J"**

**Vendor Bids**

**(SEE ATTACHED RESOURCE/USE LEVEL DATED 3/4/04 GENERATED BY TAYLOR WOODROW)**

Contractor Initials

Subcontractor Initials

27

LGL5401.F.VASARI          (2.18.04)

Client#: 1     PLAST

# *ACORD*™ CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY)
08/29/03

| PRODUCER | THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. | |
|---|---|---|
| Brown & Brown, Inc. - Naples<br>801 Anchor Rode Dr., Suite 300<br>Naples, FL 34103<br>239 262-5143 | | |
| | INSURERS AFFORDING COVERAGE | NAIC # |
| INSURED<br><br>    R & G Plastering, Inc.<br>    2705 Tamiami Trail N #411<br>    Punta Gorda, FL 33950 | INSURER A. Auto Owners Ins. Co. C/L | |
| | INSURER B. | |
| | INSURER C. | |
| | INSURER D. | |
| | INSURER E. | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | | GENERAL LIABILITY | 2057754103 | 07/25/03 | 07/25/04 | EACH OCCURRENCE | $1,000,000 |
| | X | COMMERCIAL GENERAL LIABILITY | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $100,000 |
| | | CLAIMS MADE   X OCCUR | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | PERSONAL & ADV INJURY | $1,000,000 |
| | | | | | | GENERAL AGGREGATE | $1,000,000 |
| | | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | PRODUCTS - COMP/OP AGG | $1,000,000 |
| | | POLICY   PRO-JECT   LOC | | | | | |
| A | | AUTOMOBILE LIABILITY | 4198995500 | 07/25/03 | 07/25/04 | COMBINED SINGLE LIMIT (Ea accident) | $1,000,000 |
| | X | ANY AUTO | | | | | |
| | | ALL OWNED AUTOS | | | | BODILY INJURY (Per person) | $ |
| | | SCHEDULED AUTOS | | | | | |
| | X | HIRED AUTOS | | | | BODILY INJURY (Per accident) | $ |
| | X | NON-OWNED AUTOS | | | | | |
| | | | | | | PROPERTY DAMAGE (Per accident) | $ |
| | | GARAGE LIABILITY | | | | AUTO ONLY - EA ACCIDENT | $ |
| | | ANY AUTO | | | | OTHER THAN   EA ACC<br>AUTO ONLY     AGG | $<br>$ |
| | | EXCESS/UMBRELLA LIABILITY | | | | EACH OCCURRENCE | $ |
| | | OCCUR    CLAIMS MADE | | | | AGGREGATE | $ |
| | | | | | | | $ |
| | | DEDUCTIBLE | | | | | $ |
| | | RETENTION   $ | | | | | $ |
| | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY | | | | WC STATU-TORY LIMITS   OTH-ER | |
| | | ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? | | | | E.L. EACH ACCIDENT | $ |
| | | If yes, describe under SPECIAL PROVISIONS below | | | | E.L. DISEASE - EA EMPLOYEE | $ |
| | | | | | | E.L. DISEASE - POLICY LIMIT | $ |
| | | OTHER | | | | | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES / EXCLUSIONS ADDED BY ENDORSEMENT / SPECIAL PROVISIONS
General Contractor

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
|     Taylor Woodrow Communities<br>    2950 Immokalee Rd N #2<br>    Naples , FL 34109 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL  10  DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.<br>AUTHORIZED REPRESENTATIVE |

ACORD 25 (2001/08) 1   of 2     #M43867            NCM     © ACORD CORPORATION 1988

01-12-'04 16:26 FROM-

**ACORD** ™  **CERTIFICATE OF LIABILITY INSURANCE**

T-928  P02/05  U-713

Date 1/12/04

| Producer: | Lion Insurance Company<br>805 E. Martin Luther King Jr. Dr.<br>Tarpon Springs, FL 34689<br>Phone: 727-938-5502  Fax: 727-937-2138 | This Certificate is issued as a matter of information only and confers no rights upon the Certificate Holder. This Certificate does not amend, extend or alter the coverage afforded by the policies below. |
|---|---|---|

| Insured: South East Personnel Leasing<br>905 East MLK Jr. Drive   Suite # 110<br>Tarpon Springs, FL 34689<br>Phone : (727)938-5502 | Insurers Affording Coverage | NAIC # |
|---|---|---|

| Insurer A: | Lion Insurance Company |
| Insurer B: | |
| Insurer C: | |
| Insurer D: | |
| Insurer E: | |

### Coverages

The policies of insurance listed below have been issued to the insured named above for the policy period indicated. Notwithstanding any requirement, term or condition of any contract or other document with respect to which this certificate may be issued or may pertain, the insurance afforded by the policies described herein is subject to all the terms, exclusions, and conditions of such policies. Aggregate limits shown may have been reduced by paid claims.

| INSR LTR | ADDL INSRD | Type of Insurance | Policy Number | Policy Effective Date (MM/DD/YY) | Policy Expiration Date (MM/DD/YY) | Limits | |
|---|---|---|---|---|---|---|---|
| | | **GENERAL LIABILITY**<br>☐ Commercial General Liability<br>☐ Claims Made ☐ Occur<br>_____<br>General aggregate limit applies per:<br>☐ Policy ☐ Project ☐ LOC | | | | Each Occurrence | $ |
| | | | | | | Damage to rented premises (EA occurrence) | $ |
| | | | | | | Med Exp | $ |
| | | | | | | Personal Adv Injury | $ |
| | | | | | | General Aggregate | $ |
| | | | | | | Products - Comp/Op Agg | $ |
| | | **AUTOMOBILE LIABILITY**<br>☐ Any Auto<br>☐ All Owned Autos<br>☐ Scheduled Autos<br>☐ Hired Autos<br>☐ Non-Owned Autos | | | | Combined Single Limit (EA Accident) | $ |
| | | | | | | Bodily Injury (Per Person) | $ |
| | | | | | | Bodily Injury (Per Accident) | $ |
| | | | | | | Property Damage (Per Accident) | $ |
| | | **GARAGE LIABILITY**<br>☐ Any Auto | | | | Auto Only - Ea Accident | $ |
| | | | | | | Other Than        EA Acc | $ |
| | | | | | | Autos Only:         AGG | $ |
| | | **EXCESS/UMBRELLA LIABILITY**<br>☐ Occur ☐ Claims Made<br>☐ Deductible<br>☐ Retention | | | | Each Occurrence | |
| | | | | | | Aggregate | |
| A | | **Workers Compensation and Employers' Liability**<br>Any proprietor/partner/executive officer/member excluded?<br>If Yes, describe under special provisions below. | WC 71949 | 12/31/2003 | 12/31/2004 | ☒ WC Statutory Limits    OTHER | |
| | | | | | | E.L. Each Accident | $1000000 |
| | | | | | | E.L. Disease - Ea Employee | $1000000 |
| | | | | | | E.L. Disease - Policy Limits | $1000000 |
| | | Other   1924020<br>R & G Plastering | | COVERAGE APPLIES ONLY TO THOSE EMPLOYEES LEASED, NOT TO SUBCONTRACTORS. | | | |

Descriptions of Operations/Locations/Vehicles/Exclusions added by Endorsement/Special Provisions:    ADD ON DATE: 10/11/99

COVERAGE APPLIES ONLY TO THOSE EMPLOYEES LEASED TO BUT NOT SUBCONTRACTORS OF R & G Plastering & FAX: 239-566-7110 / ISSUE 1-12-04 (LM)

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| TAYLOR WOODROW COMMUNITIES<br><br>2950 IMMOKALEE ROAD #2<br>NAPLES                    FL  34110 | Should any of the above described policies be cancelled before the expiration date thereof, the issuing insurer will endeavor to mail 30 days written notice to the certificate holder named to the left, but failure to do so shall impose no obligation or liability of any kind upon the insurer, its agents or representatives. |

ACORD 25 (1001/08)

ACORD CORPORATION 1988