**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * *

**SECOND EX PARTE MOTION FOR EXTENSION OF TIME**
**TO SUBMIT DEFENDANT BUILDER PROFILE FORM**

Defendant, Southern Star Construction Company, Inc. ("Southern Star"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an additional thirty (30) day extension of time to submit a Defendant Builder Profile Form to Plaintiffs' Liaison Counsel in the above-captioned matter, and in support thereof states as follows:

1. On or about February 26, 2010, Southern Star was served with Plaintiffs' Omnibus Class Action Complaint.

2. The Court entered Pretrial Order 1F on March 9, 2010, providing that Defendant Builder Profile Forms are to be filed within (40) forty days from service of a Complaint on a defendant.

3. The undersigned has worked diligently to obtain all information necessary to complete the Defendant Builder Profile Form. However, additional time is needed to ascertain the information required and to confirm its accuracy.

4. Defendant, therefore, requests that the deadline for submission of its Defendant Builder Profile Form be extended for thirty (30) days, or until June 7, 2010.

5. The requested extension will neither prejudice any of the parties, nor delay this matter.

6. This motion is being made in good faith and not for the purposes of delay.

7. Pursuant to Rule 6, Fed. R. Civ. P., this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Southern Star Construction Company, Inc., respectfully requests this Court grant an additional extension of time, until June 7, 2010, to submit its Defendant Builder Profile Form.

Respectfully Submitted:

MUSGRAVE, McLACHLAN & PENN, L.L.C.

BY: /s/ *Amanda H. Aucoin*
    Ethan N. Penn, Bar No. 24596
    Amanda H. Aucoin, Bar No. 31197
    1515 Poydras St., Suite 2380
    New Orleans, LA 70112
    Telephone: (504) 799-4300
    Facsimile: (504) 799-4301
    *Co-Counsel for Defendant, Southern Star Construction Company, Inc.*

**LOEB & LOEB, LLC**

By: /s/ *Scott Loeb*
    J. Scott Loeb (#25771)
    Jonas P. Baker (#25563)
    225 St. Ann Drive
    Mandeville, Louisiana 70471
    Telephone: (985) 674-4446
    Facsimile: (985) 674-4450
    *Co-Counsel for Defendant, Southern Star Construction Company, Inc.*

**CERTIFICATE OF SERVICE**

      I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May 2010.

                                                            /s/ *Scott Loeb*
                                                             J. Scott Loeb