UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| SEAN AND BETH PAYTON, et al | * | |
| VS. | * | |
| KNAUF GIPS, et al | * | |
| CASE NO. 2:09-cv-7628 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Upon Motion of Defendant, Southern Star Construction Company, Inc., for Second Ex Parte Motion for Extension of Time to Submit Defendant Builder Profile Form, it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Southern Star Construction Company, Inc. shall be granted an extension of time, through and including, June 7, 2010, within which to serve its Defendant Builder Profile Form.

DONE and ORDERED in New Orleans, Louisiana, this _____ day of May, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE