Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0083

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Touchstone At Rapallo, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

**Name of Server:** **Nicholas Krancher**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16th** day of **April**, 20 **10**, at **3:40** o'clock **P** M

**Place of Service:** at **2390 Tamiami Trail N, Ste 204**, in **Naples, FL 34103**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Touchstone At Rapallo, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kathleen Passidomo, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **55** ; Approx. Height **5'6"** ; Approx. Weight **150 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server **15788**

Subscribed and sworn to before me this **22nd** day of **April**, 20 **10**

_____
Notary Public   (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

**APS International, Ltd.**