Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0224

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Bay Homes, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-361 Section L Mag 2

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Nicholas Krancher, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of April, 20 10, at 11:05 o'clock A M

**Place of Service:** at 9990 Coconut Road Ste. 336, in Bonita Springs, FL 34135

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Southern Bay Homes, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Rita Migliorese, Administrative Assistant

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F; Skin Color white; Hair Color Black; Facial Hair ___
Approx. Age 50; Approx. Height 5'4"; Approx. Weight 150 lbs

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server 15788

Subscribed and sworn to before me this 26th day of April, 20 10

_____ Notary Public   (Commission Expires)

**APS International, Ltd.**

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services