Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 103329-0200

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Joseph Scott
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Hope_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _19_ day of _April_, 20 _10_, at _5_ o'clock _P_ M

**Place of Service:** at _4967 Brittany Court_, in _New Orleans, LA 70124_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Joseph Scott**

**Person Served, and Method of Service:**
☒ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Joseph Scott** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _Black_; Hair Color _Black_; Facial Hair _____
Approx. Age _40_; Approx. Height _6'_; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Hope_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _23rd_ day of _April_, 20 _10_

_[signature]_    _death_
Notary Public    (Commission Expires)
BRANDI F. ERMON
#26631