Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0172

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Safeway Contractors, L.L.C.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **April**, 20 **10**, at **10** o'clock **A** M

**Place of Service:** at 705 Florida Street, in River Ridge, LA 70123

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Safeway Contractors, L.L.C.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Carl Straight**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Grey** ; Facial Hair ____
Approx. Age **50** ; Approx. Height **5'11"** ; Approx. Weight **170**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Chris Harp
Signature of Server

Subscribed and sworn to before me this **27th** day of **April**, 20 **10**

_____ _____
Notary Public    (Commission Expires)
BRANDI F. ERMON
#26631

**APS International, Ltd.**