Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0051

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 19th day of April, 20 10, at 11:25 o'clock A M

Place of Service: at 3323 SW 8th Street, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**S3 Enterprises, Inc., d/b/a A1 Brothers Metal Framing and Drywall**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jeff Spencer, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Blonde ; Facial Hair ___
Approx. Age 35-40 ; Approx. Height 5'11" ; Approx. Weight 175 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Barbara Gray_
Signature of Server 157153

Subscribed and sworn to before me this 21st day of April, 20 10

_Elena Alvarado_
Notary Public         (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012