Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0047

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--R.A. Grant Corporation
Court Case No. 10-361 Section L Mag 2

---

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Florida_ ) ss.
County of: _Lee_ )

Name of Server: _Barbara Gray_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _21st_ day of _April_ , 20 _10_ , at _12:48_ o'clock _P_ M

Place of Service: at _860-A S.E. 46th Lane_ , in _Cape Coral, FL  33904_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**R.A. Grant Corporation**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _James G. Matey, Registered Agent_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _white_ ; Hair Color _Gray_ ; Facial Hair _____
Approx. Age _65-70_ ; Approx. Height _5'10"_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.    _23rd_ day of _April_ , 20 _10_

X _Barbara Gray_
Signature of Server   _157153_

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012