Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0093

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J. Galloway Construction, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Putnam__ )
Name of Server: __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __23rd__ day of __April__, 20 __10__, at __11:30__ o'clock __A__ M

Place of Service: at __1146 Highway 20__, in __Interlachen, FL  32148__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**J. Galloway Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Administrative Assistant / Shannon Galloway__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __Blk__; Hair Color __Blk__; Facial Hair __None__
Approx. Age __28__; Approx. Height __5'6__; Approx. Weight __150__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __26__ day of __April__, 20 __10__

Notary Public       (Commission Expires)

APS International, Ltd.

TERRI WOOTEN
Notary Public, State of Florida
Commission# DD630854
My comm. expires Jan. 18, 2011