Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0192

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Sales & Import Company, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _16_ day of _April_, 20 _10_, at _4_ o'clock _P_ M

**Place of Service:** at _1600 N. Upland Avenue_, in _Metairie, LA 70003_

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gulf Sales & Import Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Elsa Egan_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _lt_; Hair Color _brown_; Facial Hair ____
Approx. Age _40_; Approx. Height _5'9_; Approx. Weight _160_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

Subscribed and sworn to before me this _27th_ day of _April_, 20 _10_

_[signature]_
Notary Public      (Commission Expires)
BRANDI F. ERMON
#26631

**APS International, Ltd.**