IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz, et al | * * * | |
| Case No. 10-361, Sect. L MAG 2 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*************************************************

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, S3 Enterprises, Inc., will bring on for hearing the attached Motion to Dismiss before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the 23rd day of June, 2010 at 9:00 a.m., or at a time set further by this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 7th day of May, 2010.

                                           SELLARS, MARION & BACHI, P.A.
                                           Attorneys for S3 Enterprises, Inc.
                                           811 North Olive Avenue
                                           West Palm Beach, FL 33401
                                           Telephone: (561) 655-8111
                                           Facsimile: (561) 655-4994

                                           By: _____/s/ Jeremy D. Bertsch_____
                                                      Florida Bar No.: 0043308