UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 09-2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
Case No. 2:10-cv-00361
Wiltz, et al v. Beijing New Building Materials, et al

___

**NOTICE OF APPEARANCE**
___

Notice is hereby given that:

H. DAVID VAUGHAN II of the firm of **PLAUCHE', SMITH & NIESET, L.L.C.**, 1123 Pithon Street (70601), Post Office Drawer 1705, Lake Charles, LA 70602-1705, is designated to receive service of all pleadings, notices, orders and other papers in the above-captioned matter on behalf of the following named defendant:

"Schear Corp."

Dated this 7th day of May, 2010

Respectfully submitted,

**PLAUCHE', SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
   **H. DAVID VAUGHAN II**
   **LA BAR ROLL #19194**
   1123 Pithon Street (70601)
   Post Office Drawer 1705
   Lake Charles, LA 70602-1705
   Telephone: 337/436-0522
   Facsimile: 337/436-9637
   Email: dvaughan@psnlaw.com

Attorney for defendant, Schear Corp.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May, 2010.

**PLAUCHE', SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
   **H. DAVID VAUGHAN II**
   **LA BAR ROLL #19194**
   1123 Pithon Street (70601)
   Post Office Drawer 1705
   Lake Charles, LA 70602-1705
   Telephone: 337/436-0522
   Facsimile: 337/436-9637
   Email: dvaughan@psnlaw.com