UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**QUANTA INDEMNITY COMPANY'S
MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION,
IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION
<u>TO THE SOUTHERN DISTRICT OF FLORIDA</u>**

Defendant, Quanta Indemnity Company ("Quanta"), files this Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue or, in the Alternative, to Transfer Action to the Southern District of Florida.  This Court cannot exercise general jurisdiction over Quanta and venue does not lie in this district.  Accordingly, the Court should dismiss the action under Rule 12(b)(2), 12(b)(3) or, in the alternative, transfer the action to the Southern District of Florida, where it originally should have been brought.

The reasons for this motion are more fully set forth in the accompanying memorandum in

support which is being filed contemporaneously with this motion.

                Respectfully submitted,

*Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of May 2010.

*Madeleine Fischer*
MADELEINE FISCHER