UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | |
| | * | MAG. JUDGE WILKINSON |
| | * | |
| Northstar Holdings, Inc. v. General Fidelity 2:10-cv-00384-EEF-JCW | * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF JEFFREY J. MISZNER

Pursuant to 28 U.S.C. § 1746, Jeffrey J. Miszner states under penalty of perjury as follows:

   1.   I am employed by Quanta Indemnity Company ("QIC"). I am over the age of 21. I am competent and qualified to make this Affidavit.

   2.   My position with QIC is Vice President, Finance – U.S. Operations. In that capacity I have personal knowledge of the facts contained in this affidavit.

   3.   QIC is a Colorado corporation with its principal place of business in New York, New York.

   4.   QIC does not and never has maintained an office or had employees in Louisiana. In addition, no entity, parent company or subsidiary owned or operated by QIC maintains an office in Louisiana.

   5.   QIC does not own any real property located in the state of Louisiana, nor does QIC maintain Louisiana bank accounts.

   6.   QIC does not have any agreements with agents located in the state of Louisiana who are authorized to sell insurance on QIC's behalf in Louisiana.

   7.   The policies referenced in the complaint in the captioned case were issued by QIC to Northstar Holdings, Inc. as the named insured. The policies were issued in Florida to Northstar Holdings and its affiliated companies for the construction of projects located in Palm Beach County, Florida.

{N2146251.2}

Exhibit I

8.  I reviewed premiums generated by QIC in Louisiana.  In the past seven (7) years, QIC's total premium generated in Louisiana was 1.04% of QIC's total premium revenue.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 5, 2010.

_____
Jeffrey J. Miszner

{N2146251.2}