MINUTE ENTRY
FALLON, J.
MAY 5, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Payton, et al. v. Knauf Gips KG, et al.*, **Case No. 09-7628**

     A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon to address Knauf Plasterboard (Tianjin) Co. Ltd.'s Motion to Compel Discovery (Rec. Doc. No. 2849), and accompanying Motion to Expedite Hearing (Rec. Doc. No. 2852). Kyle Spaulding participated on behalf of Knauf; Hugh Lambert participated on behalf of Plaintiffs. Andrew Lemmon, also on behalf of Plaintiffs, subsequently contacted the Court via telephone and was informed of the discussion that took place during the conference. The parties informed the Court that there were some difficulties meeting discovery deadlines due to the expedited trial schedule. At the Court's direction, the parties agreed to cooperate in meeting these deadlines. The Court further directed the parties to contact it in the case additional problems with discovery arise. Accordingly, IT IS ORDERED that Knauf's Motion to Compel Discovery (Rec. Doc. No. 2849) and Motion to Expedite Hearing (Rec. Doc. No. 2852), are DENIED AS MOOT.

JS10(00:10)