UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 SECTION "L" JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al..,* Case No. 10-0720 (E.D. La.) | * * * | |

### O R D E R

Considering Hal Collums Construction, L.L.C.'s Motion to Enroll Additional Counsel of Record,

**IT IS ORDERED** that Erick Y. Miyagi, Edward J. Laperouse, II, Leslie Ayres Daniel, and Kari A. Bergeron of the law firm of Taylor, Porter, Brooks & Phillips L.L.P. be enrolled as additional counsel of record.

New Orleans, Louisiana, this 10th day of May, 2010.

_____

JUDGE, UNITED STATES DISTRICT COURT