UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047  SECTION: "L" (2) |
| THIS DOCUMENT APPLIES TO: *SEAN AND BETH PAYTON v. KNAUF* (2:09-cv-7628) | * * * | JUDGE ELDON E. FALLON  MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the above and foregoing Motion;

**IT IS HEREBY ORDERED THAT** Richard Hoover be and he is hereby granted an extension of time to June 7, 2010 within which to file responsive pleadings.

**NEW ORLEANS, LOUISIANA THIS** 10th **DAY OF** May, 2010.

_____
**UNITED STATES DISTRICT JUDGE**