IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          :       MDL No.  2047
DRYWALL PRODUCTS LIABILITY           :
LITIGATION                           :       Section  L
                                     :
                                     :       JUDGE FALLON
THIS DOCUMENT RELATES TO:            :
                                     :       MAG. JUDGE WILKINSON
David Gross, Cheryl Gross and Louis Velez :
v. KNAUF GIPS KG, et al.             :
Case No. 09-6690 (E.D. La.)          :
                                     :

## ORDER

Considering the above and foregoing Motion for Extension of Time,

IT IS ORDERED that Defendants Black Bear Gypsum Supply, Inc. and Smoky Mountain

Materials, Inc. be granted a twenty (20) day extension of time to file responsive pleadings to

Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in

Intervention (III).

New Orleans, Louisiana, this   10th   day of _____May_____, 2010.


_____
UNITED STATES DISTRICT JUDGE