Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0045

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Par-Self, Inc
Court Case No. 10-361 Section L Mag 2

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of April, 20 10, at 1:40 o'clock P M

**Place of Service:** at 2525 SE 20th Place, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Par-Self, Inc

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Robert Self, President

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Gray ; Facial Hair ______
Approx. Age 70-75 ; Approx. Height 6'0" ; Approx. Weight 170

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server 157153

**APS International, Ltd.**

Subscribed and sworn to before me this 16th day of April, 20 10
Gloria Alvarado
Notary Public (Commission Expires)

Notary Public State of Florida
Gloria C Alvarado
My Commission DD775441
Expires 04/06/2012