Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0042

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Grand Harbour Homes, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: __Florida__ ) ss.

County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19th__ day of __April__, 20 __10__, at __9:42__ o'clock __A__ M

**Place of Service:** at __4422 Del Prado Blvd.__, in __Cape Coral, FL  33904__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Grand Harbour Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael Kohen, Sales Representative   on 2nd attempt.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __45-50__ ; Approx. Height __5'6"__ ; Approx. Weight __140__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barbara Gray_ 157153
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __21st__ day of __April__, 20 __10__

_Elena Alvarado_
Notary Public      (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD773441
Expires 04/08/2012