Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0191

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Better Boxing
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Chris Hope**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16** day of **April**, 20 **10**, at **4** o'clock **P** M

**Place of Service:** at **1600 N. Upland Avenue**, in **Metairie, LA 70033**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Better Boxing**
By delivering them into the hands of an officer or managing agent whose name and title is: **Elsa Egno**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **brown**; Facial Hair ____
Approx. Age **40**; Approx. Height **5'9**; Approx. Weight **160**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Hope_
Signature of Server

Subscribed and sworn to before me this **22** day of **April**, 20 **10**

_signature_                    _dark_
Notary Public        (Commission Expires)
BRANDI F. ERMON
#26631

**APS International, Ltd.**