UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al. | | |
| Case No. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW Stacy Bercun Bohm and Valerie B. Greenberg of the law firm of Akerman Senterfitt, and hereby enroll as counsel on behalf of Defendant, Hammer Construction Services, Ltd. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Stacy Bercun Bohm
  Stacy Bercun Bohm, Esq. (Fla. Bar No. 022462)
  Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
  Las Olas Centre II, Suite 1600
  Phone: (954) 463-2700
  Fax: (954) 463-2224
  Email: stacy.bohm@akerman.com
       valerie.greenberg@akerman.com

*Attorneys for Hammer Construction Services, Inc.*

{FT675735;1}

Co-Counsel for Hammer Construction Services, Ltd.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
           Susie.morgan@phelps.com
           Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of May, 2010.

/s/ Stacy Bercun Bohm