Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0091

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RJL Drywall, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: VOLUSIA )

**Name of Server:** BILL PHELPS, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13TH day of APRIL, 20 10, at 4:20 o'clock P. M

**Place of Service:** at 813 Deltona Blvd. Ste A Box # 1357305, in Deltona, FL 32725

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
RJL Drywall, Inc. - c/o ALL FLORIDA FIRM INC. —REGISTERED AGENT@ GIVEN ADDRESS
By delivering them into the hands of an officer or managing agent whose name and
title is: JAY BENNETT, OFFICE ASSISTANT, FOR ALL FLORIDA FIRM, INC.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BROWN ; Facial Hair —
Approx. Age 32 ; Approx. Height 5'5" ; Approx. Weight 150

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bill Phelps
Signature of Server

Subscribed and sworn to before me this 14TH day of APRIL, 20 10

Wager W Sharpe Jr
Notary Public            (Commission Expires)

**APS International, Ltd.**



WAGER W. SHARPE, Jr.
MY COMMISSION # DD 92...
EXPIRES: September 21, ...
Bonded Thru Notary Public Unde...