Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103329-0101

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Millenium Homes & Development, Inc.
Court Case No. 10-361 Section L Mag 2

State of: Florida                     ) ss.
County of: Palm Beach                 )

**Name of Server:**   Michael Rocco                          , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the   16th   day of   April              , 20 10 , at   10:25   o'clock   A,  M

**Place of Service:**   at   1599 S.W. 21st Street                     , in   Boca Raton, FL  33486

**Documents Served:**   the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Millenium Homes & Development, Inc.**

**Person Served, and**
**Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is: "Jane Doe: refused to provide name, threw papers in bushes. Residential address

**Description of**
**Person Receiving**
**Documents:**   The person receiving documents is described as follows:
Sex F   ; Skin Color  Hispanic    ; Hair Color  Black        ; Facial Hair
Approx. Age  35      ; Approx. Height  5'5"      ; Approx. Weight   150

☐  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
18th     day of   April            , 20 10

Michael Rocco
Signature of Server

Jonathan Levy
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.