UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>JOYCE W. ROGERS, ET AL.<br>vs.<br>KNAUF GIPS, KG., et al.<br>Case No. 10-00362 | * * * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE AS COUNSEL

Stacy Bercun Bohm and Valerie B. Greenberg of Akerman Senterfitt, hereby file their Notice of Appearance as counsel of record for Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, LLC, and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

        **AKERMAN SENTERFITT**
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, FL  33301-2229
        Phone:  (954) 463-2700
        Fax:  (954) 463-2224

        /s/ Stacy Bercun Bohm
           Stacy Bercun Bohm, Esq.
           Florida Bar Number:  022462
           Email:  stacy.bohm@akerman.com
           Valerie B. Greenberg, Esq.
           Florida Bar Number: 026514
           Email:  valerie.greenberg@akerman.com

*Attorneys for Defendant Management Services of Lee County, Inc. f/k/a Paul Homes, LLC*

{FT675692;1}

Co-Counsel Defendant Management Services
of Lee County, Inc. f/k/a Paul Homes, LLC
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
         Susie.morgan@phelps.com
         Skylar.rosenbloom@phelps.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of May, 2010.

/s/ Stacy Bercun Bohm

{FT675692;1}