Kenneth and Barbara Wiltz, et. al., Plaintiff(s)

vs.

Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

**Service of Process by:**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 103329-0174

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

--Oscar Jiles, dba JJ Construction
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

Name of Server: _Darren J. Harper_ , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _16_ day of _April_ , 20 _10_ , at _4:00_ o'clock _P_ M

Place of Service: at _108 Jiles Lane_ , in _Braithwaite, LA 70040_

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Oscar Jiles, dba JJ Construction**

Person Served, and
Method of Service:

☐ By personally delivering them into the hands of the person to be served.

☒ By delivering them into the hands of _Ana May Jiles_ , a person
of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Oscar Jiles, dba JJ Construction**
at the place of service, and whose relationship to the person is: _Co-resident_

Description of Person
Receiving Documents: The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _____
Approx. Age _60_ ; Approx. Height _5'4"_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at
the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_19_ day of _April_ , 20 _10_

_____
Signature of Server

**APS International, Ltd.**

_____
Notary Public          (Commission Expires)
BRANDI F. ERNON
#26631