# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION:  L |
| **THIS DOCUMENT RELATES TO**<br><br>**CASE NO. 2:09cv-07628**<br>_____/ | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

      Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation, BANNER SUPPLY CO., a Florida corporation, RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

      Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,

      Third-Party Defendant,
_____/

## AMENDED CERTIFICATE OF SERVICE
## FOR CROSSCLAIM OF TAYLOR MORRISON SERVICES, INC. F/K/A MORRISON HOMES, INC. AND CROSSCLAIM AND THIRD-PARTY <u>CLAIM OF TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C.</u>

I HEREBY certify that on May 10, 2010, this document has been served on Plaintiffs' Liaison Counsel, Hugh P. Lambert, Esq., and Russ Herman, Esq., and Defendants' Liaison Counsel, Kerry Miller, Esq., and Homebuilders' Steering Committee Dorothy Wimberly, and Donald J. Hayden, Baker & McKenzie, LLP counsel for Knauf Gips KG and Knauf Plasterboard (Tianjin) Co Ltd.; Tammy B. Denbo, Esq., of Masten, Lyerly, Peterson, Denbo and Gobel, LLC,. counsel for Nu Way Drywall, LLC; Jeremy D. Bertsch, Esq., of Sellers, Marion & Bachi, P.A., counsel for Residential Drywall, Inc.; Robert Fitzsimmons, Esq., of Rumberger Kirk & Cadwell counsel for Florida Styles Services, Inc.; and Jeffrey A. Backman, Esq., of Adorno & Yoss, LLP., counsel for Banner Supply Co., by overnight mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer