IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, *et al.* v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | : : : : : : : | JUDGE: FALLON MAG. JUDGE WILKINSON |

## NOTICE OF SPECIAL APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE of the special appearance of John Franklin, III, Christopher J. Wiemken, and Dannielle Hall-McIvor of the law firm of TAYLOR & WALKER, P.C. as counsel for defendant Harbor Walk Development, LLC in *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd., co., et al.*, United States District Court for the Eastern District of Louisiana, Case No. 2:10-cv-00361. Harbor Walk Development, LLC reserves all rights to object to jurisdiction and preserves all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

HARBOR WALK DEVELOPMENT, LLC

By:_____/S/_____
                Counsel

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Harbor Walk Development, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 10th day of May, 2010.

                                                      /s/
                                         Christopher J. Wiemken

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
James E. Brydges, Jr. (VSB No. 4420)
Brian N. Casey (VSB No. 26710)
TAYLOR & WALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Harbor Walk Developments, LLC

2