Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0187

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Laporte Family Properties
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Darren D. Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 16 day of April, 20 10, at 1:00 o'clock P M

**Place of Service:** at 950 W. Causeway Approach, in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Laporte Family Properties**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Joy Roy  Person in charge

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BRN ; Facial Hair ___
Approx. Age 40 ; Approx. Height 5'10" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 19 day of April, 20 10

Notary Public       (Commission Expires)
BRANDI F. ERMON
#26631

**APS International, Ltd.**