Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 103329-0188

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Leroy Laporte, Jr.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Darren J. Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **16** day of **April**, 20 **10**, at **1:00** o'clock **P** M

**Place of Service:** at **950 W. Causeway Approach**, in **Mandeville, LA 70471**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Laporte, Jr.**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of **Joy Roy**, a person of suitable age, who verified, or who upon questioning stated, that he/**she** resides with **Leroy Laporte, Jr.** at the place of service, and whose relationship to the person is: **Co-worker**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brn**; Facial Hair _____
Approx. Age **40**; Approx. Height **5'10"**; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Darren J. Harper_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **19th** day of **April**, 20 **10**

_Brandi_  (Commission Expires) _death_
Notary Public
BRANDI F. ERMON
#26063