Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Eastmond Enterprises, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Edwin S. Cintron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 17th day of April, 20 10, at 3:15 o'clock P M

**Place of Service:** at 309 Monroe Avenue, in Lehigh Acres, FL 33971

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Eastmond Enterprises, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Stanville Eastmond, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Black ; Hair Color Black ; Facial Hair ____
Approx. Age 57 ; Approx. Height 5'7" ; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server  90021

Subscribed and sworn to before me this 22nd day of April, 20 10

Notary Public     (Commission Expires)

**APS International, Ltd.**



Notary Public, State of Florida
Elena G Alvarado
My Commission DD...
Expires 04/06/2012