Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 93329-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CB Creek, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 15th day of April, 20 10, at 5:55 o'clock P M

Place of Service: at 405 SE 31st Street, in Cape Coral, FL 33904

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**CB Creek, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Nelson Pinney, Registered Agent

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Gray ; Facial Hair ___
Approx. Age 70-75 ; Approx. Height 5'9" ; Approx. Weight 165

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   20th day of April, 20 10

Signature of Server 157153         Notary Public   (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012