Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0039

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Baywood Construction, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **15th** day of **April**, 20 **10**, at **1:20** o'clock **P** M

**Place of Service:** at **3515 Del Prado Blvd. #107**, in **Cape Coral, FL  33990**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Baywood Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Kristy Offerman, Secretary of the Corporation**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Blonde** ; Facial Hair ____
Approx. Age **30-35** ; Approx. Height **5'5"** ; Approx. Weight **165 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**  **157153**
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **16th** day of **April**, 20 **10**

**Elena Alvarado**
Notary Public          (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
Commission DD775441
04/06/2012