Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0170

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aces Towing Enterprises, L.L.C.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __JEFFERSON__ )

Name of Server: __Darren J. Harper__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16__ day of __April__, 20 __10__, at __4:00__ o'clock __P__ M

Place of Service: at __205 W. St. Bernard Hwy.__, in __Chalmette, LA 70043__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Aces Towing Enterprises, L.L.C.**
By delivering them into the hands of an officer or managing agent whose name and title is: __OTTO   Person in Charge__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Blck__ ; Facial Hair ____
Approx. Age __35__ ; Approx. Height __5'10"__ ; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Darren J. Harper_
Signature of Server

Subscribed and sworn to before me this __19__ day of __April__, 20 __10__

_Brandi_ (Commission Expires)
Notary Public
BRANDI F. ELMON
# 26631

**APS International, Ltd.**