Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0136

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ace Hardware Corporation
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Montgomery_ )

**Name of Server:** _Glenn McDaniel_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _14_ day of _April_, 20 _00_, at _2:30_ o'clock _P_. M.

**Place of Service:** at _150 S. Perry Street_, in _Montgomery, AL 36104_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on: _Cecilia Russell_
Ace Hardware Corporation _c/o Lexus Nexus, Agent for Service_
By delivering them into the hands of an officer or managing agent whose name and title is: _____

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this _16_ day of _April_, 20_10_

_signature_
Notary Public            (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 15, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS