003578.00102M

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No. 2047**<br>**SECTION L**<br>**JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | **MAG. JUDGE WILKINSON** |

_____/

### ADVANTAGE BUILDERS OF AMERICA'S
### RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S
### FIRST SET OF INTERROGATORIES
### TO HOMEBUILDERS AND INSTALLERS

ADVANTAGE BUILDERS OF AMERICA, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedure, and to Pre-Trial Order No. 18, , hereby gives notice of the service of its' Unverified Answers to Defendants' Liaison Counsel's First Set of Interrogatories to Homebuilders and Installers, (verified Answers will be provided once they are available) as follows:

**INTERROGATORY NO. 1:**

Identify the locations of all warehouses and/or storage units the homebuilder or installer is aware of containing stockpiled Chinese drywall;

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 2:**

Identify the quantities of stockpiled Chinese drywall contained within any of the warehouses or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 3:**

Identify the length of time the stockpiled Chinese drywall has been located at any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 4:**

Identify the brands of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 5:**

Identifying all markings contained on the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 6:**

Identify the methods by which the PSC came to know of the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ADVANTAGE BUILDERS OF AMERICA states that it does not stockpile Chinese Drywall; consequently, ADVANTAGE BUILDERS OF AMERICA has knowledge responsive to the Interrogatory.

## **JURAT PAGE**

_____  
Affiant

STATE OF _____ )  
                                 ) SS:  
COUNTY OF _____ )

     **BEFORE ME,** personally appeared _____ who, upon being first duly sworn according to law, and being personally known to me or presenting _____ as identification, deposes and says that he/she executed the foregoing Answers to Interrogatories and the responses are true and correct to the best of his/her knowledge and belief.

     Sworn to and subscribed before me this \_\_\_ day of _____, _____.

_____  
NOTARY PUBLIC  
State of Florida

My Commission expires:  
[affix notary seal]

Respectfully submitted,

Dated: May 10, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of May, 2010.

<u>/s/ Raul R. Loredo</u>
Raul R. Loredo