003578.00703M

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CASE NO.: 2047**<br><br>**SECTION: L**<br><br>**JUDGE FALLON**<br><br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.*<br><br>**CASE NO. 2:09-CV-7628 (E.D.LA.)** | |

_____/

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by Addison J. Meyers, Esquire and Raul R. Loredo, Esquire of the law firm Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, as attorneys of record for Defendant, ABURTON HOMES, INC. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, ABURTON HOMES, INC. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, ABURTON HOMES, INC., further avers that this Notice does not constitute as a waiver of service.

MDL No. 2047 (2:09-CV-7628)<br>Page 2 of 3

                Respectfully submitted,

Dated: May 10, 2010

               /s/ Raul R. Loredo
              Raul R. Loredo, Esquire
              MINTZER SAROWITZ ZERIS
              LEDVA & MEYERS, LLP
              The Waterford at Blue Lagoon
              1000 NW 57th Court, Suite 300
              Miami, FL 33126
              Tel: 305-774-9966
              Fax: 305-774-7743
              rloredo@defensecounsel.com

               /s/ Addison J. Meyers
              Addison J. Meyers, Esquire
              MINTZER SAROWITZ ZERIS
              LEDVA & MEYERS, LLP
              The Waterford at Blue Lagoon
              1000 NW 57th Court, Suite 300
              Miami, FL 33126
              Tel: 305-774-9966
              Fax: 305-774-7743
              ameyers@defensecounsel.com

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email, or hand delivery and email, and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of May, 2010.

/s/ Raul R. Loredo
Raul R. Loredo