3578.0402M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.    2047<br>SECTION:   L |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____/

## WESTPOINT DEVELOPMENT, LLC'S RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S FIRST SET OF INTERROGATORIES TO HOMEBUILDERS AND INSTALLERS

WESTPOINT DEVELOPMENT, LLC, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedure, and to Pre-Trial Order No. 18, , hereby gives notice of the service of its' Unverified Answers to Defendants' Liaison Counsel's First Set of Interrogatories to Homebuilders and Installers, (verified Answers will be provided once they are available) as follows:

**INTERROGATORY NO. 1:**

Identify the locations of all warehouses and/or storage units the homebuilder or installer is aware of containing stockpiled Chinese drywall;

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 2:**

Identify the quantities of stockpiled Chinese drywall contained within any of the warehouses or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 3:**

Identify the length of time the stockpiled Chinese drywall has been located at any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 4:**

Identify the brands of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 5:**

Identifying all markings contained on the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 6:**

Identify the methods by which the PSC came to know of the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has knowledge responsive to the Interrogatory.

3578.0402M

                        Respectfully submitted,

Dated: May 10, 2010

                     /s/ Raul R. Loredo
                    Raul R. Loredo, Esquire
                    MINTZER SAROWITZ ZERIS
                    LEDVA & MEYERS, LLP
                    The Waterford at Blue Lagoon
                    1000 NW 57th Court, Suite 300
                    Miami, FL  33126
                    Tel:   305-774-9966
                    Fax:  305-774-7743
                    rloredo@defensecounsel.com


                     /s/ Addison J. Meyers
                    Addison J. Meyers, Esquire
                    MINTZER SAROWITZ ZERIS
                    LEDVA & MEYERS, LLP
                    The Waterford at Blue Lagoon
                    1000 NW 57th Court, Suite 300
                    Miami, FL  33126
                    Tel:   305-774-9966
                    Fax:  305-774-7743
                    ameyers@defensecounsel.com

## CERTIFICATE OF SERVICE

1, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of May, 2010.

/s/ Raul R. Loredo
Raul R. Loredo