3578.0402M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br><br>SECTION:   L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | |

_____/

## WESTPOINT DEVELOPMENT, LLC'S
## RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S
## FIRST REQUEST FOR PRODUCTION
## TO HOMEBUILDERS AND INSTALLERS

WESTPOINT DEVELOPMENT, LLC, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedure, and to Pre-Trial Order No. 18, hereby gives notice of the service of its' Responses to Defendants' Liaison Counsel's First Set of Request for Production to Homebuilders and Installers, (verified Answers will be provided once they are available) as follows:

**REQUEST NO. 1:**

All documents identifying the locations of warehouses and/or storage units that the homebuilder and/or installer is aware of containing stockpiled Chinese drywall.

**RESPONSE**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

**REQUEST NO. 2:**

All documents identifying the quantities of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

**REQUEST NO. 3:**

All documents identifying the length of time the stockpiled Chinese drywall has been located at any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

**REQUEST NO. 4:**

All documents identifying the brands of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

**REQUEST NO. 5:**

All documents identifying all markings contained on the stockpiled Chinese drywall located within any of the aforementioned warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

**REQUEST NO. 6:**

All documents identifying the methods by which the respondent or any other entity came into possession of the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

WESTPOINT DEVELOPMENT, LLC states that it does not stockpile Chinese Drywall; consequently, WESTPOINT DEVELOPMENT, LLC has no documents responsive to the Request.

MDL: 2047
Page 5 of 6

Respectfully submitted,

Dated: May 10, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

## **CERTIFICATE OF SERVICE**

1, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of May, 2010.

/s/ Raul R. Loredo
Raul R. Loredo

1532342