UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.    2047 |
| | SECTION:   L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

**ABURTON HOMES, INC'S
RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S
FIRST SET OF INTERROGATORIES
TO HOMEBUILDERS AND INSTALLERS**

ABURTON HOMES, INC, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedure, and to Pre-Trial Order No. 18, hereby gives notice of the service of its' Unverified Answers to Defendants' Liaison Counsel's First Set of Interrogatories to Homebuilders and Installers, (verified Answers will be provided once they are available) as follows:

**INTERROGATORY NO. 1:**

Identify the locations of all warehouses and/or storage units the homebuilder or installer is aware of containing stockpiled Chinese drywall;

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 2:**

Identify the quantities of stockpiled Chinese drywall contained within any of the warehouses or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 3:**

Identify the length of time the stockpiled Chinese drywall has been located at any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 4:**

Identify the brands of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 5:**

Identifying all markings contained on the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

**INTERROGATORY NO. 6:**

Identify the methods by which the PSC came to know of the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in your response to Interrogatory No. 1.

MDL No. 2047
Page 4 of 5

**ANSWER:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has knowledge responsive to the Interrogatory.

Respectfully submitted,

Dated: May 10, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of May, 2010.

<u>/s/ Raul R. Loredo</u>
Raul R. Loredo