3578.0703M

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE WILKINSON |

## ABURTON HOMES, INC'S
## RESPONSE TO DEFENDANTS' LIAISON COUNSEL'S
## FIRST REQUEST FOR PRODUCTION
## TO HOMEBUILDERS AND INSTALLERS

ABURTON HOMES, INC, by and through undersigned counsel, and pursuant to Rule 34 of the Federal Rule of Civil Procedure, and to Pre-Trial Order No. 18, hereby gives notice of the service of its' Responses to Defendants' Liaison Counsel's First Set of Request for Production to Homebuilders and Installers, as follows:

**REQUEST NO. 1:**

All documents identifying the locations of warehouses and/or storage units that the homebuilder and/or installer is aware of containing stockpiled Chinese drywall.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

MDL No. 2047
Page 2 of 6

**REQUEST NO. 2:**

All documents identifying the quantities of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

**REQUEST NO. 3:**

All documents identifying the length of time the stockpiled Chinese drywall has been located at any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

**REQUEST NO. 4:**

All documents identifying the brands of stockpiled Chinese drywall contained within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

**REQUEST NO. 5:**

All documents identifying all markings contained on the stockpiled Chinese drywall located within any of the aforementioned warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

MDL No. 2047
Page 4 of 6

**REQUEST NO. 6:**

All documents identifying the methods by which the respondent or any other entity came into possession of the stockpiled Chinese drywall located within any of the warehouses and/or storage units identified in response to Interrogatory no.1.

**RESPONSE:**

ABURTON HOMES, INC states that it does not stockpile Chinese Drywall; consequently, ABURTON HOMES, INC has no documents responsive to the Request.

Respectfully submitted,

Dated: May 10, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 10th day of May, 2010.

<u>/s/ Raul R. Loredo</u>
Raul R. Loredo

1532386