IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *     MDL NO. 2047
DRYWALL PRODUCTS LITIGATION     *
    *
_____ *     SECTION: "L"
    *
THIS DOCUMENT RELATES TO:     *
Kenneth and Barbara Wiltz, et al     *
    *     JUDGE FALLON
Case No. 10-361, Sect. L MAG 2     *     MAG. JUDGE WILKINSON
    *
    *
*********************************************

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant, Residential Drywall, Inc., will bring on for hearing the attached Motion to Dismiss before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the 23rd day of June, 2010 at 9:00 a.m., or at a time set further by this Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 11th day of May, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By: _____/s/ Jeremy D. Bertsch_____
         Florida Bar No.: 0043308