UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE -MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| This document relates to:<br>*Hernandez v. Knauf Gips KG, et al*<br>CA 09-6050 | JUDGE FALLON<br>MAGISTRATE WILKINSON |

## __J U D G M E N T__

This matter came on before the Court on previous days for non-jury trial. Now therefore, considering all prior rulings in this matter and the Court's Findings of Fact and Conclusions of Law entered herein on April 27, 2010, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of plaintiffs, Tatum B. Hernandez and Charlene M. Hernandez, individually and on behalf of their minor children, Grant M. Hernandez and Amelia C. Hernandez, and against defendant, Knauf Plasterboard Tianjin Co., Ltd., in the amount of One Hundred Sixty-Four Thousand, Forty-Nine and 64/100 ($164,049.64), plus reasonable attorneys' fees, costs of these proceedings, and legal interest from the date of judicial demand until paid. IT IS FURTHER ORDERED that the issue of the amount of reasonable attorneys' fees and costs of these proceedings recoverable by the plaintiffs is hereby reserved, and shall be determined following appropriate motion practice and a hearing to be conducted on this issue.

New Orleans, Louisiana, this 10th day of May, 2010.

*[signature]*

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**