UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, individually, and
  on behalf of all others similarly situated,
  [ADDITIONAL PLAINTIFFS LISTED ON
  SCHEDULE OF PLAINTIFFS, ATTACHED
  HERETO AS EXHIBIT "A"],

    Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD
  (TIANJIN) CO., LTD; KNAUF
  PLASTERBOARD (WUHU) CO., LTD;
  KNAUF PLASTERBOARD (DONGGUAN)
  CO., LTD; [ADDITIONAL DEFENDANTS
  LISTED ON SCHEDULE OF DEFENDANTS,
  ATTACHED HERETO AS EXHIBIT "B"],

    Defendants.

CASE NO.: 09-7628
_____/

**ORDER ON DEFENDANT, NU WAY DRYWALL, LLC'S, THIRD EX PARTE MOTION FOR EXTENSION OF TIME TO COMPLETE PROFILE FORMS**

  Upon consideration of the Third Ex Parte Motion for Extension of Time to serve Defendant Contractor/Installer Profile Forms filed by Defendant, Nu Way Drywall, LLC,

  IT IS HEREBY ORDERED that the Third Ex Parte Motion for Extension of Time be and same is hereby GRANTED; and

2

IT IS FURTHER ORDERED that Defendant, Nu Way Drywall, LLC, be granted an extension of time until May 30, 2010 to serve upon Plaintiff Liaison Counsel the required Defendant Contractor/Installer Profile Forms.

New Orleans, Louisiana, this 11th day of ____May____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge