IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

## CROSS-NOTICE OF THE PLAINTIFFS' ORAL AND VIDEOTAPED DEPOSITION OF ALEJANDRO CERTAIN

TO: The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Alejandro Certain**, will be held on **May 11, 2010** beginning at **2:00 p.m. (ET)**, at **Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL 33134**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

>   Primary Examiner:         A member of the PSC or its designee
>   Videotaped Deposition:    Yes
>   Call-In Number:           **800-747-5150**
>                             **Participant Code: 1040844**

This cross-notice is based on Cross-Notice of Taking Videotaped Deposition (Exhibit "A" attached hereto) of Alejandro Certain in *Seifart v. Banner Supply Co.*, In

1

the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38887 CA (42) (In re: Chinese Drywall Litigation, Case No. 09-200,000 CA (42)).

        Respectfully submitted,

        /s/ Leonard A. Davis
        **Russ M. Herman** (Bar No. 6819)
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        ***HERMAN, HERMAN, KATZ & COTLAR, LLP***
        820 O'Keefe Avenue
        New Orleans, LA 70113
        PH: (504) 581-4892
        FAX: (504) 561-6024

        **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | |

**PLAINTIFFS' STEERING COMMITTEE**

3

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of May, 2010.

                                        /s/ Leonard A. Davis
                                        Leonard A. Davis
                                        Herman, Herman, Katz & Cotlar, LLP
                                        820 O'Keefe Ave.
                                        New Orleans, LA 70113
                                        PH: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhkc.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION
CASE NO. : 09-200,000 (42)

THIS DOCUMENT RELATES TO:

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LITIGATION

CASE NO.: 09-38887 CA 42
(Seifart v. Banner Supply Co.)

## CROSS-NOTICE OF TAKING VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that the Plaintiffs will take the deposition of the following:

| NAME | DATE & TIME |
|---|---|
| Alejandro Certain | TUESDAY, MAY 11, 2010 AT 2:00 P.M. |

**LOCATION:**   Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL 33134

upon oral examination, before a court reporter and videographer (videographer being provided through Golkow Reporting), or any other Notary Public or officer duly authorized by law to take depositions in the State of Florida.

The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under Florida Rules of Civil Procedure 1.280, 1.310, 1.310(b)(6), 1.350, 1.360, 1.380, 1.390, 1.410; or Federal Rule of Procedure 30.

> In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodation to participate in this proceeding should contact Colson Hicks Eidson at (305) 476-7400 no later than (7) days prior to the proceeding. If hearing impaired contact Florida Relay Service at 1-800-955-8771 for assistance.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, **Ervin A. Gonzalez**, Colson Hicks Eidson, and Defendants' Liaison Counsel, **Bob Fitzsimmons**, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-18, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a

IN RE: CHINESE DRYWALL LITIGATION

CASE NO.: 09-200,000 (42)

THIS DOCUMENT RELATES TO:
Case No.: 09-38887 CA 42
(Seifart v. Banner Supply Co., et. al.)

Cross-Notice of Taking Videotaped Deposition of Alejandro Certain

notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of May, 2010.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*