# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL | MDL NO. 09-2047 |
| | PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:    2010 CV 361

---

## AFFIDAVIT

**COMMONWEALTH OF VIRGINIA**

**COUNTY/(CITY) OF** Newport News

BEFORE ME, the undersigned authority, personally came and appeared:

### KENNETH L. ALLEN

Who, after being duly sworn did depose and state, as follows:

1. He is the President of **Atlantic Homes Development Corporation**, a Virginia corporation, with its principle place of business located in Newport News, Virginia.

-1-



2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Atlantic Homes Development Corporation**.

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **Atlantic Homes Development Corporation** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Atlantic Homes Development Corporation** is a land development company, licensed to do business in the Commonwealth of Virginia, and primarily in the business of developing residential housing communities within the borders of the Commonwealth of Virginia.

6. **Atlantic Homes Development Corporation** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as President of **Atlantic Homes Development Corporation,** aware of **Atlantic Homes Development Corporation** performing any contracting, building or development work in the State of Louisiana.

8. **Atlantic Homes Development Corporation** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

-2-

9. **Atlantic Homes Development Corporation,** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Atlantic Homes Development Corporation**, does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Atlantic Homes Development Corporation**, does not, and has never solicited any business in the State of Louisiana.

By: _____
Kenneth L. Allen
President
Atlantic Homes Development Corporation

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __6__ DAY OF __May__, 2010

_____
NOTARY PUBLIC

[Notary Seal: Nancy B. Thomas, Commonwealth of Virginia, Registration No. 7118261, My Comm. Expires 07/31/2011]

-3-