UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

==========================================================================================

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

==========================================================================================

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants, Atlantic Homes Development Corp., HHJV, LLC, AHJV, LLC, Overlook Point, LLC, and Atlantic Homes, LLC, have filed the attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICES that the Motion will be brought on for hearing on June 2, 2010 at 9:00 am, before the Honorable Eldon E. Fallon.

                                            ATLANTIC HOMES DEVELOPMENT CORP.,
                                            HHJV, LLC,
                                            AHJV, LLC,
                                            OVERLOOK POINT, LLC, and
                                            ATLANTIC HOMES, LLC

                              By: ____/s/_____
                                      Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendants, Atlantic Homes Development Corp.
HHJV, LLC, AHJV, LLC, Overlook Point, LLC, and
Atlantic Homes, LLC,
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendants, Atlantic Homes Development Corp.
HHJV, LLC, AHJV, LLC, Overlook Point, LLC, and
Atlantic Homes, LLC
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

I hereby certify that on this **11th** day of May, 2010, the above and foregoing Notice of Hearing has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____