UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

******************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

---

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/(CITY) OF Newport News

BEFORE ME, the undersigned authority, personally came and appeared:

### KENNETH L. ALLEN

Who, after being duly sworn did depose and state, as follows:

1. He is the Managing Member of **AHJV, LLC**, a Virginia limited liability company, with its principle place of business located in Newport News, Virginia.

-1-



2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **AHJV, LLC**.

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **AHJV, LLC** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **AHJV, LLC** is a land development company, licensed to do business in the Commonwealth of Virginia, and primarily in the business of developing residential housing communities within the borders of the Commonwealth of Virginia.

6. **AHJV, LLC** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as Managing Member of **AHJV, LLC,** aware of **AHJV, LLC** performing any contracting, building or development work in the State of Louisiana.

8. **AHJV, LLC** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **AHJV, LLC,** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **AHJV, LLC**, does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **AHJV, LLC**, does not, and has never solicited any business in the State of Louisiana.

By: _____
Kenneth L. Allen
Managing Member
AHJV, LLC

SWORN TO AND SUBSCRIBED
BEFORE ME THIS __6__ DAY OF __May__, 2010.

_____
NOTARY PUBLIC

[Notary Seal: NANCY B. THOMAS, COMMONWEALTH OF VIRGINIA, REGISTRATION NO. 7118261, MY COMM EXPIRES 07/31/2011, NOTARY PUBLIC]