IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## CROSS-NOTICE OF DEFENDANT BANNER SUPPLY CO'S AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM OF NAZIH B. HARDAN

TO:   The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Nazih B. Hardan**, will be held on **May 14, 2010** beginning at **2:00 p.m. (ET)**, at **Colson Hicks, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL 33134**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

      Primary Examiner:    A member of the PSC or its designee
      Videotaped Deposition:    Yes
      Call-In Number:    **None provided**

This cross-notice is based on Defendant Banner Supply Co.'s Amended Notice of Taking Deposition Duces Tecum (Exhibit "A" attached hereto) of Nazih B. Hardan, in

1

*Seifart v. Knauf Gips KG*, In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38887 CA (42) (In re: Chinese Drywall Litigation, Case No. 09-200,000 CA (42)).

          Respectfully submitted,

          /s/ Leonard A. Davis
          **Russ M. Herman** (Bar No. 6819)
          Leonard A. Davis (Bar No. 14190)
          Stephen J. Herman (Bar No. 23129)
          ***HERMAN, HERMAN, KATZ & COTLAR, LLP***
          820 O'Keefe Avenue
          New Orleans, LA 70113
          PH: (504) 581-4892
          FAX: (504) 561-6024

          **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931 |
| Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630 |
| Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | |

**PLAINTIFFS' STEERING COMMITTEE**

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of May, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

IN RE:
CHINESE DRYWALL LITIGATION

CHINESE DRYWALL DIVISION
CASE NO.: 09-200000 CA (42)

*This Document Relates To:*

CASE NO. 09-038887
*Seifart v. Knauf Gips KG*

### DEFENDANT BANNER SUPPLY CO.'S
### AMENDED NOTICE OF TAKING DEPOSITION DUCES TECUM
### as to location only
### (PLAINTIFF TO ADVISE IF INTERPRETER IS NEEDED)

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

NAME:     **NAZIH B HARDAN**

DATE:     **FRIDAY, MAY 14, 2010**

TIME:     **2:00 P.M.**

PLACE:    **Colson Hicks, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL   33134**

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney of counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until complete, and he/she is to have with them at that time and place, the documents listed on Exhibit A attached to the Subpoena for Deposition Duces Tecum.

                                **ADORNO & YOSS, LLP**
*Attorneys for Defendant Banner Supply Co.*
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200 (Telephone)
(954) 766-7800 (Facsimile)

By: ____/s/ Rachel Coe_____
Jan Douglas Atlas,
   Florida Bar Number: 226246
Jeffrey A. Backman,
   Florida Bar Number: 0662501
Rachel M. Coe
   Florida Bar Number: 108900

Dated: April 29, 2010

> In accordance with the Americans With Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA Coordinator at the Dade County Courthouse, 73 West Flagler, Miami, Florida at 305/375-2006 for assistance, no later than seven days prior to the proceeding; if hearing impaired, please all Court TDD at 375-2007 for assistance.

Cc:    Palm Beach Reporting Service / 800-498-2995

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served on Ervin Gonzalez, Esquire, Plaintiffs' Liaison Counsel, and Robert Fitzsimmons, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order dated November 6, 2009, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, on this __29th__ day of April, 2010.

_____
Rachel M. Coe