IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|   |   |   |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES |   |   |

### AMENDED CROSS-NOTICE OF DEFENDANT BANNER SUPPLY CO'S NOTICE OF TAKING DEPOSITION DUCES TECUM OF LEE WARONKER, MAI, SRA

TO: The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Lee Waronker, MAI, SRA**, will be held on **May 12, 2010** beginning at **10:00 a.m. (ET)**, at **Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL 33134**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

      Primary Examiner:      A member of the PSC or its designee
      Videotaped Deposition:    Yes
      Call-In Number:        **None provided**

This cross-notice is based on Defendant Banner Supply Co.'s Re-Notice of Taking Deposition Duces Tecum (Exhibit "A" attached hereto) of Lee Waronker, MAI,

SRA, in *Seifart v. Knauf Gips KG*, In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38887 CA (42) (In re: Chinese Drywall Litigation, Case No. 09-200,000 CA (42)).

        Respectfully submitted,

        /s/ Leonard A. Davis
        **Russ M. Herman** (Bar No. 6819)
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        ***HERMAN, HERMAN, KATZ & COTLAR, LLP***
        820 O'Keefe Avenue
        New Orleans, LA 70113
        PH: (504) 581-4892
        FAX: (504) 561-6024

        **Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313<br><br>Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973<br><br>James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |

**PLAINTIFFS' STEERING COMMITTEE**

3

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of May, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

IN RE:
CHINESE DRYWALL LITIGATION

CHINESE DRYWALL DIVISION
CASE NO.: 09-200000 CA (42)

*This Document Relates To:*

CASE NO. 09-038887
    *Seifart v. Knauf Gips KG*

### DEFENDANT BANNER SUPPLY CO.'S
### RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
### (PLAINTIFF TO ADVISE IF INTERPRETER IS NEEDED)

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

**NAME:** Lee Waronker, MAI, SRA

**DATE:** WEDNESDAY, MAY 12, 2010

**TIME:** 10:00 A.M.

**PLACE:** Colson Hicks Eidson
255 Aragon Avenue, 2nd Floor
Coral Gables, Florida 33134

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney of counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until

complete, and he/she is to have with them at that time and place, the documents listed on Exhibit A attached hereto.

                **ADORNO & YOSS, LLP**
                *Attorneys for Defendant Banner Supply Co.*
                350 East Las Olas Boulevard, Suite 1700
                Fort Lauderdale, Florida 33301
                (954) 763-1200 (Telephone)
                (954) 766-7800 (Facsimile)

By: _____
        Jan Douglas Atlas,
            Florida Bar Number: 226246
        Jeffrey A. Backman,
            Florida Bar Number: 0662501
        Rachel M. Coe
            Florida Bar Number: 108900

Dated: May 7, 2010

In accordance with the Americans With Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA Coordinator at the Dade County Courthouse, 73 West Flagler, Miami, Florida at 305/375-2006 for assistance, no later than seven days prior to the proceeding; if hearing impaired, please all Court TDD at 375-2007 for assistance.

cc:    Palm Beach Reporting Service / 800-498-2995

## EXHIBIT A

## DOCUMENTS TO BE PRODUCED BY LEE WARONKER, MAI, SRA

1. Your entire file in this matter.

2. Any and all materials you reviewed in this matter including, but not limited to, depositions, correspondence, photographs, reports, books, articles, literature, films, tests, experiments, statements, or other documents including drawings, blueprints or other reference materials that you used or are relying on.

3. Any and all reports you prepared or furnished in this case.

4. Any and all reports which were furnished to you by other experts in this case.

5. Your curriculum vitae.

6. Any and all photographs, films and/or videotapes, which were taken by you, your agents, servants or employees.

7. Any and all results of analysis or calculations conducted by you, your agents, servants or employees in this case.

8. Your complete billing file in this case including, but not limited to, the charges you have rendered, the statements that you have rendered, the time spent on this case, and other relevant materials concerning the time and billings on this case.

9. Any and all notes, writings, memoranda, calculations, measurements, which you or your employees or agents have prepared on this case.

10. Any and all computer printouts from computers used by you or your agents, servants or employees or anyone else connected with this case.

11. The manual used for the program utilized on the computer which you used in this case.

12. Any exhibits prepared for this case, or intended to be used in this case.

13. Any documents that identify what percentage of your expert litigation work has been on behalf of Plaintiffs for the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

14. Any documents that identify what percentage of your expert litigation work has been on behalf of Defendants for the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

15. Any documents that identify what portion of your professional time or work has been devoted to service as a litigation expert for the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

16. Any documents that identify what percentage of your income has been earned from expert litigation related services or work for the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

17. Any documents that identify each case in which you have testified as an expert witness by deposition during the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

18. Any documents that identify each case in which you have testified as an expert witness in trial during the preceding three (3) years (Elkins v. Syken, 672 So.2d 517 [Fla. 1996]).

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served on Ervin Gonzalez, Esquire, Plaintiffs' Liaison Counsel, and Robert Fitzsimmons, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order dated November 6, 2009, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, on this __7th__ day of May, 2010.

_____
Rachel M. Coe