IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | * | |
| | * | |
| _____ | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Kenneth and Barbara Wiltz, et al | * | |
| | * | JUDGE FALLON |
| Case No. 10-361, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

*********************************************

### REQUEST FOR ORAL ARGUMENT
### OF MOTION TO DISMISS SET ON JUNE 23, 2010

COMES NOW the Defendant, Residential Drywall, Inc., and requests oral argument on the

Motion to Dismiss filed by Defendant, Residential Drywall, Inc., scheduled to be heard at the Court's

Motion Docket on the 23rd day of June, 2010 at 9:00 a.m. or at a time further set by this Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing REQUEST FOR ORAL ARGUMENT

OF MOTION TO DISMISS has been  served on Plaintiffs' Liaison Counsel, Russ Herman

(drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S.

Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve

in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the

Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL

NO. 2047, on this 11th day of May, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994

By:_____/s/ Jeremy D. Bertsch_____
    Florida Bar No.:  0043308