UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE<br>WILKINSON |

================================================================================

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

================================================================================

## MOTION TO DISMISS

NOW INTO COURT, through the undersigned counsel, come Defendants, American Eastern, Inc., Wellington, LLC, and Wyndwil, LLC, who move this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, these Defendants are not subject to, nor have they submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Defendants, American Eastern, Inc., Wellington, LLC, and Wyndwil, LLC.

WHEREFORE, Defendants, American Eastern, Inc., Wellington, LLC, and Wyndwil, LLC, pray that their Motion to Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against Defendants, American

Eastern, Inc., Wellington, LLC, and Wyndwil, LLC, as this Court does not have personal jurisdiction over these Defendants, and the Eastern District of Louisiana is an improper venue for any claims against American Eastern, Inc., Wellington, LLC, and Wyndwil, LLC.

          AMERICAN EASTERN, INC.,
          WELLINGTON, LLC, and
          WYNDWIL, LLC

          By: _____/s/_____
                   Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendants, American Eastern, Inc., Wellington, LLC,
and Wyndwil, LLC,
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendants, American Eastern, Inc., Wellington, LLC,
and Wyndwil, LLC,
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

  I hereby certify that on this <u>12th</u> day of May, 2010, the above and foregoing Motion to Dis miss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.



                 /s/