UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 09-2047

PRODUCTS LIABILITY LITIGATION                SECTION: L

                                             JUDGE FALLON

                                             MAG. JUDGE

                                             WILKINSON

*******************************************
THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/CITY OF _____

BEFORE ME, the undersigned authority, personally came and appeared:

**DICK ASHE**

Who, after being duly sworn did depose and state, as follows:

1. He is the President of **American Eastern, Inc.**, a Virginia corporation, with its principle place of business located in Yorktown, Virginia.

-1-


EXHIBIT A

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **American Eastern, Inc.**

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **American Eastern, Inc.** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **American Eastern, Inc.** is a general contractor, licensed in the Commonwealth of Virginia, and is in the business of constructing residential housing within the borders of the Commonwealth of Virginia.

6. **American Eastern, Inc.** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as President of **American Eastern, Inc.** aware of **American Eastern, Inc.** performing any contracting, building or development work in the State of Louisiana.

8. **American Eastern, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **American Eastern, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **American Eastern, Inc.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **American Eastern, Inc.** does not, and has never solicited any business in the State of Louisiana.

By: *Dick Ashe*
Dick Ashe
President
American Eastern, Inc.

**SWORN TO AND SUBSCRIBED
BEFORE ME THIS** 7 **DAY OF** May , 2010.

*[signature]*
NOTARY PUBLIC