UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | : | MDL No. 2047 |
| DRYWALL PRODUCTS | : | |
| LIABILITY LITIGATION | : | SECTION:  L |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | MAG. JUDGE WILKINSON |
| | : | |
| Kenneth and Barbara Wiltz, et al. v. Beijing | : | |
| New Building Materials Public Ltd. Co., et al. | : | |
| Case No. 10-361 (E.D.La.) | : | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for Pukka Development, Inc. in the matter entitled *Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd., Co., et al.*, bearing Civil Action No. 10-361, and request:  (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all papers and pleadings filed in the above-referenced case.  The address for notice and service is as follows:

> Pukka Development, Inc.
> c/o Warren Horn, Esq.
> Drew R. Ballina, Esq.
> **HELLER, DRAPER, HAYDEN,**
>    **PATRICK & HORN, L.L.C.**
> 650 Poydras Street, Suite 2500
> New Orleans, LA  70130
> Phone:  504.299.3300
> E-mail: whorn@hellerdraper.com
>             dballina@hellerdraper.com

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
 PATRICK & HORN, L.L.C.**


*/s/ Drew R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana  70130
Telephone: (504) 568-1888
Facsimile: (504) 522-0949
**COUNSEL FOR PUKKA DEVELOPMENT, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance and Request for Service of All Papers and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May 2010.


*/s/ Drew R. Ballina*
**DREW R. BALLINA**