```
OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130
```

Date: 5/12/10

Gross, et al

vs.

Knauf Gips KG, et al

Case No. 09-6690 Section L

Dear Sir:

Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ~~(          amended complaint)~~ ~~(third party complaint)~~ (other: _____) to the following:

1. (name) Yunnan Taishan Gypsum and Building Material Co. Ltd.
   (address) Sanjia Village, Liujiezhen Factory, Yimen County,
2. ~~(name)~~ Yunan 651107
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____