UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| ROGERS, et al. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al. | * | |
| Case No. 2:10-CV-00362 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF APPEARANCE AND REQUEST FOR
### SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW Robert A. Emmanuel and Matthew M. Villmer of the law firm of Emmanuel, Sheppard & Condon, and hereby enroll as counsel on behalf of Defendant, Adams Homes of North West Florida, Inc.  It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

Emmanuel, Sheppard and Condon

BY:     /s/ Matthew M. Villmer
Matthew M. Villmer
Florida Bar No. 71016
Robert A. Emmanuel, Esq.
Florida Bar No. 283797
Emmanuel, Sheppard & Condon
30 South Spring Street
Post Office Drawer 1271
Pensacola, Florida   32591-1271
Telephone (850) 433-6581
Facsimile   (850) 429-0492
Email: rae@esclaw.com
          mmv@esclaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of April, 2010.

/s/ Matthew M. Villmer