# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL. NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | CASE NO. 10-362 |
| LITIGATION | * | |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| JOYCE W. ROGERS, et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:09-CV-7628 | * | |

**************************************

## NOTICE OF APPEARANCE OF COUNSEL

Elizabeth Haecker Ryan (La. Bar No. 6404), lead attorney, and C. Kieffer Johnson (La. Bar No. 31206), of Lemle & Kelleher, L.L.C. hereby file their Notices of Appearance as counsels of record for Defendant, Holmes Building Materials, LLC, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

LEMLE & KELLEHER, L.L.P.

/s/   *C. Kieffer Johnson*
Elizabeth Haecker Ryan (La. Bar No. 6404)
C. Kieffer Johnson (La. Bar No. 31206)
601 Poydras Street, 21st Floor
New Orleans, LA  70130
Tel:     504.584.9138
Fax:    504.584.9142
E-mail:eryan@lemle.com
E-mail: kjohnson@lemle.com

*Attorneys for Defendant,*
*Holmes Building Materials LLC*

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing **Notice of Appearance of Counsel** has been filed with the Clerk of Court by using the CM/ECF system; that the foregoing pleading has been mailed electronically by the Clerk of Court to all parties who have registered to receive electronic notification; that notice of the filing of the foregoing pleading has been delivered by other means by the Clerk of Court to all parties who have not registered to receive electronic notification on this 12th day of May, 2010.

/s/ *C. Kieffer Johnson*

735901_1.DOC