UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Joyce W. Rogers, et al v. Knauf Gips, KG, et al* Case No. 10-362 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, the law firms of Taylor, Porter, Brooks, & Phillips, L.L.P. and of Fisher, Rushmer, Werrenrath, Dickson, Talley & Dunlap, P.A. hereby enter their appearance as counsels of record on behalf of defendant, D.R. HORTON, INC. Please direct all future pleadings and correspondence to the undersigned.

**Respectfully submitted,**

**TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

BY:  /s/ Kari A. Bergeron
     Erick Y. Miyagi, #22533
       hiko.miyagi@taylorporter.com
     John Stewart Tharp, #24230
       stewart.tharp@taylorporter.com
     Edward J. Laperouse, II #29310
       ted.laperouse@taylorporter.com
     Leslie Ayres Daniel # 27948
       leslie.daniel@taylorporter.com
     Kari A. Bergeron #31043
       kari.bergeron@taylorporter.com
     (451 Florida Street, 8th Floor, 70801)
     P. O. Box 2471
     Baton Rouge, LA 70821
     Telephone:   225-387-3221
     Fax:         225-346-8049

524797.1

1

**FISHER, RUSHMER, WERRENRATH, DICKSON, TALLEY & DUNLAP, P.A.**
James M. Talley, Esq.
Florida Bar No.: 0331961
jtalley@fisherlawfirm.com
Post Office Box 712
Orlando, FL 32802-0712
Telephone: 407-843-2111
Fax: 407-422-1080

*ATTORNEYS FOR D.R. HORTON, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 12th day of May, 2010.

/s/ Kari A. Bergeron
**Kari A. Bergeron**