UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON |
| **This document relates to:** | * * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY CO., *et al.* **(2:10-cv-00178)** (E.D. La.) | * * MAGISTRATE WILKINSON * * * * |

*********************************************

**MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF
INSURER PROFILE FORM AND INSURANCE POLICY
PENDING RESOLUTION OF RULE 12(b) MOTION**

**NOW INTO COURT**, through undersigned counsel, comes THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ISOP"), pursuant to Fed. R. Civ. P. 26(c), and moves this Court for a protective order staying the submission of Insurer Profile Forms and insurance policies pending resolution of ISOP's pending Rule 12(b) motion to dismiss.

1. On January 26, 2010, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc. (collectively, "Centerline"), commenced a lawsuit against ISOP and others in the Eastern District

of Louisiana, captioned *Centerline Homes Constr., Inc. v. Mid-Continent Cas. Co.*, No. 2:10-cv-00178, which is now pending in the Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (the "MDL") before this Court.

2. On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form."

3. In the *Centerline* lawsuit, ISOP and other defendants filed motions to dismiss on the basis that the Eastern District of Louisiana is an improper venue for the *Centerline* lawsuit under 28 U.S.C. § 1391. The primary bases for ISOP's motion is that the events giving rise to Centerline's claims did not take place in Louisiana and the Court lacks personal jurisdiction over certain defendants (Docket No. 2284).

4. The Fifth Circuit has repeatedly instructed trial courts to stay discovery under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving time and expense. The Insurer Profile Form requires disclosures of insurer information under penalty of perjury and the production of insurance policies, and as such, are akin to discovery.

5. Since a ruling in ISOP's favor on the pending Rule 12(b) motion would effectively relieve ISOP of any obligation to prepare and submit an Insurer Profile Form and produce insurance policies, this Court should stay their obligation to comply with the Court's order until after the pending Rule 12(b) motions are resolved.

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum in support, ISOP requests that this Court grant this motion and stay the submission of insurer profile form and disclosure of insurance policies pending resolution of its Rule 12(b) motion.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
              psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com