IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT, IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

| | |
|---|---|
| IN RE:<br>CHINESE DRYWALL LITIGATION | CHINESE DRYWALL DIVISION<br>CASE NO.: 09-200000 CA (42) |
| *This Document Relates To:*<br>CASE NO. 09-038887<br>*Seifart v. Knauf Gips KG* | |

### DEFENDANT BANNER SUPPLY CO.'S
### RE-NOTICE OF TAKING DEPOSITION DUCES TECUM
### (PLAINTIFF TO ADVISE IF INTERPRETER IS NEEDED)
(As to Location Only)

PLEASE TAKE NOTICE that the undersigned attorney will take the deposition of:

**NAME:** Armando Gutierrez, as person with most knowledge of Mandy Drywall, Inc.

**DATE:** MONDAY, MAY 17, 2010

**TIME:** 10:00 A.M.

**PLACE:** Colson Hicks Eidson
255 Aragon Avenue
2nd Floor
Coral Gables, Florida 33134

Said deposition will be taken before a Notary Public or any officer authorized to administer oaths by the laws of the State of Florida, and a person who is neither a relative, nor employee, nor attorney, nor counsel of any of the parties and who is neither a relative nor employee of such attorney of counsel, and who is not financially interested in the action.

Said deposition to be taken pursuant to the Florida Rules of Civil Procedure in such cases provided. The said oral examination will continue from hour to hour and from day to day until


EXHIBIT A

complete, and he/she is to have with them at that time and place, the documents listed on Exhibit A attached hereto.

**ADORNO & YOSS, LLP**
*Attorneys for Defendant Banner Supply Co.*
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301
(954) 763-1200 (Telephone)
(954) 766-7800 (Facsimile)

By: *[signature]*

Jan Douglas Atlas,
   Florida Bar Number: 226246
Jeffrey A. Backman,
   Florida Bar Number: 0662501
Rachel M. Coe
   Florida Bar Number: 108900

Dated: May 11, 2010

In accordance with the Americans With Disabilities Act of 1990 (ADA), disabled persons who, because of their disabilities, need special accommodation to participate in this proceeding should contact the ADA Coordinator at the Dade County Courthouse, 73 West Flagler, Miami, Florida at 305/375-2006 for assistance, no later than seven days prior to the proceeding; if hearing impaired, please all Court TDD at 375-2007 for assistance.

cc:   Palm Beach Reporting Service / 800-498-2995

## EXHIBIT A
## DOCUMENTS TO BE PRODUCED

Your entire file pertaining to **Armin Seifart and Lisa Seifart**, and/or the property located at **4075 Bonita Avenue, Coconut Grove, Florida 33133**, and/or the property that you contend is the subject of this litigation, specifically including, but not limited to, invoices, correspondence, and/or memos to/from Banner Supply, and any and all other documents.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served on Ervin Gonzalez, Esquire, Plaintiffs' Liaison Counsel, and Robert Fitzsimmons, Esquire, Defendants' Liaison Counsel, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with the Electronic Service Order dated November 6, 2009, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, on this ___11th___ day of May, 2010.

_____
Rachel M. Coe

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION
CASE NO. : 09-200,000 (42)

THIS DOCUMENT RELATES TO:

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LITIGATION

CASE NO.: 09-38887 CA 42
(Seifart v. Banner Supply Co.)

_____/

## CROSS-NOTICE OF TAKING VIDEOTAPED DEPOSITION

PLEASE TAKE NOTICE that the Plaintiffs will take the deposition of the following:

**NAME**

Armando Gutierrez, as person
With most knowledge of Mandy
Drywall, Inc.

**DATE & TIME**

MONDAY, MAY 17, 2010 AT 10:00 A.M.

**LOCATION:**   Colson Hicks Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL 33134

upon oral examination, before a court reporter and videographer, or any other Notary Public or officer duly authorized by law to take depositions in the State of Florida.

The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under Florida Rules of Civil Procedure 1.280, 1.310, 1.310(b)(6), 1.350, 1.360, 1.380, 1.390, 1.410; or Federal Rule of Procedure 30.

> In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodation to participate in this proceeding should contact Colson Hicks Eidson at (305) 476-7400 no later than (7) days prior to the proceeding. If hearing impaired contact Florida Relay Service at 1-800-955-8771 for assistance.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, **Ervin A. Gonzalez**, Colson Hicks Eidson, and Defendants' Liaison Counsel, **Bob Fitzsimmons**, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-18,


EXHIBIT B

IN RE: CHINESE DRYWALL LITIGATION

CASE NO.: 09-200,000 (42)

THIS DOCUMENT RELATES TO:
Case No.: 09-38887 CA 42
(Seifart v. Banner Supply Co., et. al.)

Cross-Notice of Taking Videotaped Deposition of Armando Gutierrez

and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2010.

_____
ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:   (305) 476-7444
*Counsel for Plaintiffs*