UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * * JUDGE FALLON * |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

******************************************

### MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(b) MOTIONS

**NOW INTO COURT**, through their respective undersigned counsel, come NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union"), CHARTIS SPECIALTY INSURANCE COMPANY ("Chartis") (f/k/a American International Specialty Lines Insurance Company), and LEXINGTON INSURANCE COMPANY ("Lexington") (collectively the "Insurers"), pursuant to Fed. R. Civ. P. 26(c), and move this Court for a protective order staying the submission of Insurer Profile Forms and insurance policies pending resolution of their Rule 12(b) motions to dismiss.

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust that was created in the Chapter 11 bankruptcy proceeding initiated

-1-

by WCI Communities, Inc., commenced a lawsuit against the Insurers and other insurers in the Eastern District of Louisiana, captioned *Pate v. American International Specialty Lines Insurance Co.*, No. 2:09-cv-0779, which is now pending in the Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (the "MDL") before this Court.

2.      On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form."

3.      In the *Pate* lawsuit, the Insurers have filed motions to dismiss on the basis that the Eastern District of Louisiana is an improper venue for the *Pate* lawsuit under 28 U.S.C. § 1391.  The primary bases for that motion are that the events giving rise to Pate's claims did not take place in Louisiana and the Court lacks personal jurisdiction over certain defendants (Docket Nos. 2157, 2167).  National Union and other insurers have also sought dismissal for failure to join indispensable parties, since Pate failed to name as parties the named insureds under whose policies Pate claims rights as an additional insured (Docket No. 2155).

4.      The Fifth Circuit has repeatedly instructed trial courts to stay discovery under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving time and expense.  The Insurer Profile Forms require disclosures of insurer information under penalty of perjury and the production of insurance policies, and as such, are akin to discovery.

5.      Since a ruling in the Insurers' favor on the pending Rule 12(b) motions would effectively relieve National Union and the other Insurers of any obligation to prepare and

submit Insurer Profile Forms and produce insurance policies, this Court should stay their obligation to comply with the Court's order until after the pending Rule 12(b) motions are resolved.

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum in support, the Insurers jointly request that this Court grant this motion and stay the submission of insurer profile forms and disclosure of insurance policies pending resolution of their respective Rule 12(b) motions.

Dated:  May 12, 2010

Respectfully submitted:

By:  /s/Thomas E. Schwab
Thomas E. Schwab (#02099)
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana 70112
Phone: (504) 595-3370
Fax: (504) 595-3355
E-mail:  tschwab@barkleythompson.com

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH LLP
180 N. Stetson Street, Suite 3400
Chicago, Illinois 60601
Phone: (312) 784-5454
Fax: (312) 784 -5494
Email:     jhinkhouse@hww-law.com
           suffelman@hww-law.com

**Attorneys for Defendant:**
**NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA**

>Erin Fury Parkinson, T.A. (# 22549)
>MCGLINCHEY STAFFORD, PLLC
>601 Poydras Street, 12th Floor
>New Orleans, Louisiana 70130
>Phone: (504) 586-1200
>Fax: (504) 910-9539
>Email: eparkinson@mcglinchey.com
>
>Warren Lutz
>JACKSON & CAMPBELL, P.C.
>1120 20th Street, N.W.
>Suite 300 South
>Washington, D.C. 20036
>Phone: (202) 457-1600
>Fax: (202) 457-1678
>Email: wlutz@jackscamp.com
>
>**Attorneys for Defendants:**
>**CHARTIS SPECIALTY INSURANCE COMPANY** (f/k/a American International Specialty Lines Insurance Company), and **LEXINGTON INSURANCE COMPANY**

### FED. R. CIV. P. 26(c)(1) CERTIFICATION

Undersigned counsel hereby certifies that the movants have in good faith conferred with the Plaintiffs' Steering Committee to seek its joinder in a stipulation for submission to the Court for endorsement that movants' obligation to submit Insurer Profile forms and insurance policies be deferred until the Court resolves movants' pending Rule 12(b) motions. The PSC declined to join in such stipulation.

>*/s/Thomas E. Schwab*
>Thomas E. Schwab

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions has been served on Plaintiffs Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2010.

                                              /s/Thomas E. Schwab
                                      ATTORNEYS FOR DEFENDANT,
                                      National Union Fire Insurance Company of Pittsburgh, Pa.