# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| | * | |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that National Union Fire Insurance Company of Pittsburgh,

Pa., Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance

Company) and Lexington Insurance Company will bring on for hearing their Motion for

Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies

Pending Resolution of Rule 12(b) Motions on June 2, 2010 at 11:00 a.m. before the

Honorable Joseph C. Wilkinson, Jr. United States Magistrate Judge.  The motion will be

decided without oral argument unless so requested by a party or ordered by the Court.

Dated May 12, 2010:

                                      Respectfully submitted,

                                      BY:    */s/Thomas E. Schwab*
                                      Thomas E. Schwab (Bar Roll No. 2099)
                                      BARKLEY & THOMPSON, L.C.
                                      1515 Poydras Street, Suite 2350
                                      New Orleans, LA 70112
                                      Telephone:    (504) 595-3350
                                      Telecopier:    (504) 595-3355
                                      Email:  tschwab@barkleythompson.com

                                           and

                                      Joseph A. Hinkhouse
                                      Sara Uffelman Gattie
                                      HINKHOUSE WILLIAMS WALSH LLP
                                      180 North Stetson Street, Suite 3400
                                      Chicago, Illinois 60601
                                      Telephone: (312) 784-5400
                                      Fax: (312) 784-5494
                                      Email: jhinkhouse@hww-law.com
                                                suffelman@hww-law.com
                                      **Attorneys for Defendant, National Union**
                                      **Fire Insurance Company of**
                                      **Pittsburgh, Pa.**

                                      Erin Fury Parkinson, T.A. (# 22549)
                                      MCGLINCHEY STAFFORD, PLLC
                                      601 Poydras Street, 12th Floor
                                      New Orleans, Louisiana 70130
                                      Phone: (504) 586-1200
                                      Fax: (504) 910-9539
                                      Email: eparkinson@mcglinchey.com

Warren Lutz
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C. 20036
Phone: (202) 457-1600
Fax: (202) 457-1678
Email: wlutz@jackscamp.com

**Attorneys for Defendants:**
**CHARTIS SPECIALTY INSURANCE COMPANY** (f/k/a
American International Specialty Lines Insurance
Company), and **LEXINGTON INSURANCE COMPANY**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of May, 2010.

_____/s/Thomas E. Schwab_____
ATTORNEYS FOR DEFENDANT,
National Union Fire Insurance Company of Pittsburgh, Pa.
