UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047<br>*<br>*<br>*<br>* JUDGE FALLON |
| **This document relates to:** | *<br>* |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*,<br>v.<br>MID-CONTINENT CASUALTY CO., *et al.*<br>**(2:10-cv-00178)** (E.D. La.) | *<br>* MAGISTRATE WILKINSON<br>*<br>*<br>*<br>*<br>* |

*********************************************

## ORDER

Considering the foregoing,

**IT IS HEREBY ORDERED** that THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA be allowed to supplement its Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed May 12, 2010 to include the Fed. R. Civ. P. 26(c)(1) Certification attached as Exhibit "A."

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
J U D G E