## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, <br> v. <br> MID-CONTINENT CASUALTY CO., *et al.* <br> (**2:10-cv-00178**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

*********************************************

### FED. R. CIV. P. 26(c)(1) CERTIFICATION

Undersigned counsel hereby certifies that the movant has in good faith conferred with the Plaintiffs' Steering Committee to seek its joinder in a stipulation for submission to the Court for endorsement that movant's obligation to submit an Insurer Profile form and insurance policies be deferred until the Court resolves movants' pending Rule 12(b) motions.  The PSC declined to join in such stipulation.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
          jbarro@mcglinchey.com
          smurphy@mcglinchey.com