003578.00204M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO.: 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ROGERS, ET. AL. V. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD., ET. AL.*<br><br>CASE NO. 2:10-CV-362 (E.D.LA.) | |

_____/

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by Addison J. Meyers, Esquire and Raul R. Loredo, Esquire of the law firm Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, as attorneys of record for Defendant, The Sterling Collection, Inc. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, The Sterling Collection, Inc. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, The Sterling Collection, Inc., further avers that this Notice does not constitute as a waiver of service.

MDL 2047 (CASE NO. 2:10-CV-362)
Page 2 of 3

Respectfully submitted,

Dated: May 13, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

MDL 2047 (CASE NO. 2:10-CV-362)
Page 3 of 3

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email, or hand delivery and email, and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 13th day of May, 2010.

/s/ Raul R. Loredo
Raul R. Loredo