UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| **This document relates to:**<br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>No. 2:09-cv-7791 | MAG. JUDGE WILKINSON |

### MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(b) MOTIONS

**NOW INTO COURT**, through undersigned counsel, comes Landmark American Insurance Company ("Landmark"), who, pursuant to Fed. R. Civ. P. 26(c), moves this Honorable Court for a protective order staying the submission of Insurer Profile Forms and insurance policies pending resolution of its Rule 12(b) Motion to Dismiss.

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the WCI Chinese Drywall Trust, instituted the instant suit against various insurer Defendants, including Landmark.

2. Landmark has filed a Motion to Dismiss for failure to join indispensable parties pursuant to Fed. R. Civ. P. 19, since Pate failed to name Hinkle Drywall, LLC, the named insured under

1

whose policies Pate seeks to claim rights as an additional insured. Other insurers in *Pate* have also filed Motions to Dismiss predicated on the failure to join indispensable parties, as well as Motions to Dismiss based on improper venue under 28 U.S.C.§1391. (*See e.g.,* Docket Entry Nos. Nos. 2155, 2157, 2167).

3. On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form."

4. The Fifth Circuit has repeatedly instructed trial courts to stay discovery under Rule 26(c), where the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving time and expense. The Insurer Profile Forms require the insurer to disclose certain information under penalty of perjury and further require the production of insurance policies. Thus, they are akin to discovery.

5. Since a ruling in favor of Landmark on its Rule 12(b)(7) motion would effectively relieve Landmark from any obligation to prepare and submit an Insurer Profile Form and produce its insurance policy, this Court should stay its obligation to comply with the Court order until after the pending Rule 12(b) motions are resolved.

Further, Landmark hereby adopts the statements, arguments and citations to jurisprudence and statutory law contained in the Motion for Protective Order and Memorandum in Support submitted by the Chartis, Lexington and Union Fire Defendants (Docket Entry No. 3042), as if copied herein *in extenso*.

**WHEREFORE,** for the reasons set forth above and in the accompany memorandum in support, as well as the reasons set forth in the Motion and Memorandum in Support filed by the above named Defendants, Landmark respectfully requests that this Court grant this motion and stay the submission of insurer profile forms and the disclosure of insurance policies, pending resolution of its Rule 12 motion.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (# 23111)
JIMMY A. CASTEX, JR. (# 24339)
MELISSA M. SWABACKER (# 32710)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141
Fax:  504-566-1201
jhailey@dkslaw.com
mswabacker@dkslaw.com
Counsel for Landmark American Insurance Co.

### FED. R. CIV. P. 26( c)(1) CERTIFICATION

The undersigned counsel hereby certifies that counsel for Landmark has, in good faith, conferred with Russ Herman of the Plaintiffs' Steering Committee to seek its joinder in a stipulation for submission to the Court for endorsement that Landmark's obligation to submit Insurer Profile forms and insurance policies be deferred until the Court resolves Landmark's pending Rule 12(b) motion.  The PSC declined to join in such stipulation.

/s/ James W. Hailey III
JAMES W. HAILEY, III

3

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions, Fed. R. Civ. P. 26( C)(1) Certification, with attached Memorandum in Support and Notice, have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___ day of May, 2010.

                                                        /s/ James W. Hailey, III