UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| | JUDGE FALLON |
| **This document relates to:** *Pate v. American International Specialty Lines Insurance Co., et al.* No. 2:09-cv-7791 | MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORM AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(b) MOTIONS**

Defendant, Landmark American Insurance Company ("Landmark"), respectfully submits this Memorandum in Support of its Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions pursuant to Federal Rule of Civil Procedure 26(c).

Landmark, as well as all other named insurer Defendants in the above captioned action have filed 12(b) Motions to Dismiss, either on the basis of improper venue and/or failure to join indispensable parties. Specifically, Landmark filed a Motion for Dismissal pursuant to Federal Rules of Civil Procedure 12(b)(7) and 19. This motion was predicated on the fact that Pate failed to join Hinkle Drywall, LLC, as a part to the instant action. Because Pate seeks a judicial determination as

1

to its status as an additional insured under the Hinkle Drywall policy, among other things, it is critical that Hinkle Drywall be named a party to the action.

This Hon. Court has recently issued Pretrial Order 23 on April 27, 2010. This Order requires all insurer Defendants in MDL 2047 to complete and sign an Insurer Profile Form and submit a copy of any relevant insurance policies.

Since a ruling in Landmark's favor of its pending 12(b) motion would effectively relieve it from any obligation to submit an Insurer Profile Form and to disclose copies of any policies issued to Hinkle, this Court should stay its obligation to comply with Pretrial Order 23 until after the pending Rule 12(b) Motions are resolved.

Additionally, Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company and Lexington Insurance Company, have filed a Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motions and memorandum in support of that motion, and the arguments made therein are adopted and incorporated herein and in support of this motion.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (# 23111)
JIMMY A. CASTEX, JR. (# 24339)
MELISSA M. SWABACKER (# 32710)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141
Fax:  504-566-1201
jhailey@dkslaw.com
mswabacker@dkslaw.com
Counsel for Landmark American Insurance Co.