UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| **This document relates to:**<br>*Pate v. American International Specialty Lines Insurance Co., et al.*<br>No. 2:09-cv-7791 | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that undersigned counsel will bring the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motions on for hearing before the Hon. Joseph C. Wilkinson, Jr., United States Magistrate Judge for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130 on the 2nd day of June, 2010 at 11:00 a.m.  The motion will be decided without oral argument, unless so requested by a party or ordered by the Court.

    /s/ James W. Hailey, III
JAMES W. HAILEY, III, T.A. (# 23111)
JIMMY A. CASTEX, JR. (# 24339)
MELISSA M. SWABACKER (# 32710)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans  LA  70130
Phone:  504-581-5141

1

        Fax:  504-566-1201
        jhailey@dkslaw.com
        mswabacker@dkslaw.com
        *Counsel for Landmark American Insurance Co.*