UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

### MOTION OF CHARTIS CLAIMS, INC. TO DISMISS
### THE FIRST AMENDED COMPLAINT

**NOW INTO COURT**, through undersigned counsel, comes CHARTIS CLAIMS, INC. ("Chartis Claims"), and moves this Court under Fed. R. Civ. P. 12(b)(3), (b)(6) and 28 U.S.C. § 1406(a) for an order dismissing the claims against Chartis Claims in the first amended complaint of Robert C. Pate ("Pate") in his alleged capacity as Trustee for the Chinese Drywall Trust.  The Eastern District of Louisiana is an improper venue for this action under 28 U.S.C.

§ 1391. For that reason, this action should be dismissed or transferred to the Middle District of Florida. In addition, Count III (tortious interference of contract) of the first amended complaint, the only count alleged against Chartis Claims, fails to state a claim on which relief can be granted. On that basis, Count III should be dismissed and Chartis Claims should be dismissed from this lawsuit.

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum in support, Chartis Claims requests that this Court grant this motion, dismiss this action under Fed. R. Civ. P. 12(b)(3) or transfer it under 28 U.S.C. § 1406, and dismiss Count III and Chartis Claims from this action under Fed. R. Civ. P. 12(b)(6).

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A. (# 22549)**
**JOSE L. BARRO, III (# 30857)**
**SARAH J. MURPHY (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana 70130
Telephone: (504) 586-1200
Facsimile: (504) 910-9539
E-mail: eparkinson@mcglinchey.com
    jbarro@mcglinchey.com
    smurphy@mcglinchey.com

WARREN LUTZ
PAUL D. SMOLINSKY
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
           psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**CHARTIS CLAIMS SPECIALTY INSURANCE COMPANY (**formerly known as American International Specialty Lines Insurance Company),
**LEXINGTON INSURANCE COMPANY** AND **CHARTIS CLAIMS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Motion of Chartis Claims, Inc. to Dismiss the First Amended Complaint*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:  eparkinson@mcglinchey.com
             jbarro@mcglinchey.com
             smurphy@mcglinchey.com