UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| Sean and Beth Payton, et al., v. Knauf Gips, KG, et al. Case No. 2:09-cv-07628-EEF-JCW | JUDGE FALLON MAG. JUDGE WILKINSON |

-------------------------------------------------------------------

**PLAINTIFFS' MICHAEL AND TERRI MCVETY'S
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF
<u>DEFENDANT DAVID WEEKLEY HOMES, LLC A.K.A. WEEKLEY HOMES, LP</u>**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Michael and Terri McVety, hereby dismiss without prejudice all of their claims against Defendant, David Weekley Homes, LLC a.k.a. Weekley Homes, LP, in Plaintiffs' Omnibus Complaint.  Each party is to bear its own attorneys' fees and costs.  The McVetys shall continue to pursue their claims against the remaining Defendants.

By:  /s/ Scott Wm Weinstein
SCOTT WM WEINSTEIN, ESQ.
Florida Bar No. 563080
Morgan & Morgan, P.A.
P.O. Box 9504
Fort Myers, FL 33906
PH:    (239) 433-6880
FAX:  (239) 433-6836
Attorney for Michael & Terri McVety

Date:<u>May 13, 2010</u>

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice filed by Plaintiffs, Michael and Terri McVety,** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **13th day of May, 2010**.

                                /s/Scott Wm Weinstein