UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*,<br>v.<br>MID-CONTINENT CASUALTY COMPANY, *et al.*<br>**(2:10-cv-00178)** (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

*************************************************

### MID-CONTINENT CASUALTY COMPANY'S JOINDER IN THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF <u>INSURER PROFILE FORM AND INSURANCE POLICY</u>

Defendant, Mid-Continent Casualty Company ("MCC"), joins the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed by The Insurance Company of the State of Pennsylvania. [D.E. # 3040]

14477077v1  908840  56475

    Respectfully submitted,

    **LARZELERE PICOU WELLS**
      **SIMPSON LONERO, LLC**
    Two Lakeway Center - Suite 1100
    3850 North Causeway Boulevard
    Metairie, Louisiana  70002
    Telephone: (504) 834-6500
    Facsimile:  (504) 834-6565

**BY:** */s/ Lee M. Peacocke*
    **MORGAN J. WELLS, JR. (La. No. 18499)**
     mwells@lpwsl.com
    **LEE M. PEACOCKE (La. No. 18374)**
     lpeacocke@lpwsl.com

    AND

    **HINSHAW & CULBERTSON LLP**
    **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
     rkammer@hinshawlaw.com
    **PEDRO E. HERNANDEZ (Fl. No. 30365)**
     phernandez@hinshawlaw.com
    9155 S.  Dadeland Blvd., Suite 1600
    Miami, Florida  33156
    Telephone: (305) 428-5100
    Facsimile: (305) 577-1063

    **ATTORNEYS FOR DEFENDANT,**
    **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Mid-Continent Casualty Company's Joinder in the Insurance Company of the State of Pennsylvania's Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(B) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

                                        /s/ Lee M. Peacocke
                                        LEE M. PEACOCKE