UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY COMPANY, *et al.* **(2:10-cv-00178)** (E.D. La.) | * * MAGISTRATE WILKINSON * * * * |

*********************************************

## CERTIFICATE OF DISCOVERY CONFERENCE

In accordance with Federal Rule Civil Procedure 26(c) and Local Rule 37.1, undersigned counsel hereby certifies that he participated in a discovery conference with Leonard Davis, counsel for Plaintiffs' Steering Committee, by telephone on May 13, 2010.  However, the parties were unable to resolve the dispute that is the subject of Mid-Continent Casualty Company's Joinder in the Insurance Company of the State of Pennsylvania's Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion.

1

14477140v1 909729 56475

Respectfully submitted,

**LARZELERE PICOU WELLS
      SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:    /s/ Lee M. Peacocke
      **MORGAN J. WELLS, JR. (La. No. 18499)**
            mwells@lpwsl.com
      **LEE M. PEACOCKE (La. No. 18374)**
            lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
      rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
      phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Certificate of Discovery Conference has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

                                                        /s/ Lee M. Peacocke
                                                        LEE M. PEACOCKE