UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY COMPANY, *et al.* **(2:10-cv-00178)** (E.D. La.) | * * MAGISTRATE WILKINSON * * * * |

*********************************************

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1, defendant Mid-Continent Casualty Company, respectfully requests that oral argument be heard with respect to the hearing of Mid-Continent Casualty Company's Joinder in the Insurance Company of the State of Pennsylvania's Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion, which is presently scheduled for June 2, 2010 at 11:00 a.m.

1

14477141v1 909729 56475

                Respectfully submitted,

                **LARZELERE PICOU WELLS**
                    **SIMPSON LONERO, LLC**
                Two Lakeway Center - Suite 1100
                3850 North Causeway Boulevard
                Metairie, Louisiana  70002
                Telephone: (504) 834-6500
                Facsimile:  (504) 834-6565

**BY:**   */s/ Lee M. Peacocke*
                **MORGAN J. WELLS, JR. (La. No. 18499)**
                    mwells@lpwsl.com
                **LEE M. PEACOCKE (La. No. 18374)**
                    lpeacocke@lpwsl.com

                **AND**

                **HINSHAW & CULBERTSON LLP**
                **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
                    rkammer@hinshawlaw.com
                **PEDRO E. HERNANDEZ (Fl. No. 30365)**
                    phernandez@hinshawlaw.com
                9155 S.  Dadeland Blvd., Suite 1600
                Miami, Florida  33156
                Telephone: (305) 428-5100
                Facsimile: (305) 577-1063

                **ATTORNEYS FOR DEFENDANT,**
                **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

                                              /s/ Lee M. Peacocke
                                              LEE M. PEACOCKE

14477141v1 909729 56475