UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| NORTHSTAR HOLDINGS, INC. *et al.*, <br> v. <br> MID-CONTINENT CASUALTY COMPANY, *et al.* <br> **(2:10-cv-00384)** (E.D. La.). | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF
INSURER PROFILE FORM AND INSURANCE POLICY
<u>PENDING RESOLUTION OF RULE 12(b) MOTION</u>**

Defendant, Mid-Continent Casualty Company ("MCC"), pursuant to Fed. R. Civ. P. 26(c), requests this Court to enter a protective order staying the submission of Insurer Profile Form and insurance policies pending resolution of MCC's pending Rule 12(b) motion to dismiss. The grounds for the motion are:

1.    On February 12, 2010, Northstar Holdings, Inc., Northstar Homes, Inc., and Northstar Holdings at B&A, LLC (collectively "Northstar"), commenced a lawsuit against MCC and others in the Eastern District of Louisiana, captioned *Northstar Holdings, Inc., et. al., v.*

1

*Mid-Continent Cas. Co., et. al*, Case No. 2:10-cv-00384, which is now pending in the Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (the "MDL") before this Court.

2.   On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form."

3.   MCC and other defendants filed motions to dismiss based on, but not limited to, lack of personal jurisdiction, improper venue, and failure to join indispensable parties or, alternatively, to transfer venue to the Middle District of Florida. (D.E. 2843).

4.   The Fifth Circuit has repeatedly instructed trial courts to stay discovery under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving time and expense. The Insurer Profile Form requires disclosure of insurer information under penalty of perjury and the production of insurance policies, and as such, is akin to discovery.

5.   Since a ruling in MCC's favor on the pending Rule 12(b) motion would effectively relieve MCC of any obligation to prepare and submit an Insurer Profile Form and produce insurance policies, this Court should stay their obligation to comply with the Court's order until the pending Rule 12(b) motions are resolved.

**WHEREFORE**, for the reasons set forth above and in the accompanying memorandum of law, MCC respectfully requests this Court grant this motion and stay the submission of Insurer Profile Form and disclosure of insurance policies pending resolution of its Rule 12(b) motion.

Dated:  May 14, 2010

          Respectfully submitted,

          **LARZELERE PICOU WELLS**
              **SIMPSON LONERO, LLC**
          Two Lakeway Center - Suite 1100
          3850 North Causeway Boulevard
          Metairie, Louisiana  70002
          Telephone: (504) 834-6500
          Facsimile:  (504) 834-6565

BY:   */s/ Lee M. Peacocke*
          **MORGAN J. WELLS, JR. (La. No. 18499)**
              mwells@lpwsl.com
          **LEE M. PEACOCKE (La. No. 18374)**
              lpeacocke@lpwsl.com

          **AND**

          **HINSHAW & CULBERTSON LLP**
          **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
              rkammer@hinshawlaw.com
          **PEDRO E. HERNANDEZ (Fl. No. 30365)**
              phernandez@hinshawlaw.com
          9155 S. Dadeland Blvd., Suite 1600
          Miami, Florida  33156
          Telephone: (305) 428-5100
          Facsimile: (305) 577-1063

          **ATTORNEYS FOR DEFENDANT,**
          **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE

4

14477140v1 909729 56475