UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL <br> **(2:09-cv-07791)** (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

*********************************************

### MID-CONTINENT CASUALTY COMPANY'S JOINDER IN NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF <u>INSURER PROFILE FORM AND INSURANCE POLICY</u>

Defendant, Mid-Continent Casualty Company ("MCC"), joins the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed by National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), and Lexington Insurance Company. [D.E. # 3042]

            Respectfully submitted,

            **LARZELERE PICOU WELLS**
                **SIMPSON LONERO, LLC**
            Two Lakeway Center - Suite 1100
            3850 North Causeway Boulevard
            Metairie, Louisiana  70002
            Telephone: (504) 834-6500
            Facsimile:  (504) 834-6565

BY:    */s/ Lee M. Peacocke*
            **MORGAN J. WELLS, JR. (La. No. 18499)**
                mwells@lpwsl.com
            **LEE M. PEACOCKE (La. No. 18374)**
                lpeacocke@lpwsl.com

            **AND**

            **HINSHAW & CULBERTSON LLP**
            **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
                rkammer@hinshawlaw.com
            **PEDRO E. HERNANDEZ (Fl. No. 30365)**
                phernandez@hinshawlaw.com
            9155 S. Dadeland Blvd., Suite 1600
            Miami, Florida  33156
            Telephone: (305) 428-5100
            Facsimile: (305) 577-1063

            **ATTORNEYS FOR DEFENDANT,**
            **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Mid-Continent Casualty Company's Joinder in National Union Fire Insurance Company of Pittsburgh, PA's Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

              /s/ Lee M. Peacocke
              LEE M. PEACOCKE