UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯⋯

**DEFENDANTS' MOTION TO STAY DISCOVERY
PENDING RESOLUTION OF THEIR MOTIONS TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

COME NOW Defendants, HPH Properties, LLC and HPH Homes ( hereinafter "Defenants" or "HPH"), reserving all rights and defenses, including specifically their objections to the jurisdiction of this Court as set forth in their Motions to Dismiss for Lack of Personal Jurisdiction, hereby move for a stay of discovery with regard to HPH for the reasons more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants HPH Properties, LLC and HPH Homes respectfully request that this Court issue an Order granting their Motion to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction, together with such other and further relief that this Court deems just, appropriate and fair.

Respectfully submitted on this the 14th day of May, 2010.

                                              /s/ Lucy W. Jordan
                                              James A. Kee, Jr., KEE005
                                              Lucy W. Jordan, JOR037
                                              Attorneys for HPH Properties, LLC and
                                              HPH Homes

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing *Motion to Stay Discovery Pending Resolution of Their Motions to Dismiss for Lack of Personal Jurisdiction* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of May, 2010.

    /s/ Lucy W. Jordan
OF COUNSEL