UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants HPH Properties, LLC and HPH Homes have filed a Motion to Stay Discovery Pending Resolution of their Motion to Dismiss for Lack of Personal Jurisdiction, and that the Motion will be heard on June 9, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted on this the 14th day of May, 2010.

    /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC and
HPH Homes

<u>OF COUNSEL:</u>

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that a copy of the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14th day of May, 2010.

                /s/ Lucy W. Jordan
                OF COUNSEL