UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

THIS DOCUMENT RELATES TO

SEAN PAYTON, et al., v. KNAUF GIPS KG, et al.
CASE NO. 09-7628

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

### ORDER ON DEFENDANTS HPH PROPERTIES, LLC and HPH HOMES' MOTION TO STAY DISCOVERY PENDING RESOLUTION OF THEIR MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Upon consideration of the Motion to Stay Discovery Pending Resolution of their Motion to Dismiss for Lack of Personal Jurisdiction by Defendants HPH Properties, LLC and HPH Homes,

IT IS HEREBY ORDERED that the Motion to Stay Discovery be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendants HPH Properties, LLC and HPH Homes shall not be required to participate in discovery prior to this Court's disposition of their Motion to Dismiss for Lack of Personal Jurisdiction.

DONE and ORDERED in New Orleans, Louisiana this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge