UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 20427<br><br>SECTION õLö |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, et al v. Knauf, KG, et al<br>Case No. 2:09-CV-7628<br>_____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## DEFENDANT, O.C.D. OF S. FLORIDA INC.'S, NOTICE OF COMPLIANCE WITH SUBPOENA FOR DOCUMENTS

Defendant, O.C.D. of S. Florida, Inc. (improperly named in subpoena as Ocean Coast Drywall, Inc., F/K/A Ocean Coast Drywall of S. Florida, Inc.), hereby gives notice that it has complied with Plaintiffsø Liaison Counselø s Subpoena Duces Tecum for Production of Documents received under certificate of service dated March 10, 2010. Documents referenced in the attached Exhibits A and B have been produced to Ervin A. Gonzalez, Colson, Hicks, Eidson, 255 Aragon Avenue, 2nd Floor, Coral Gables, FL.

Counsel wishing to obtain copies of documents produced should send a written request to undersigned counselø s office.

                                        PETERSON BERNARD
                                        Attorneys for Defendants Global Home
                                        Builders, Inc., and O.C.D. of S. Florida, Inc.
                                        416 Flamingo Ave.
                                        Stuart, FL  34996
                                        Phone: (772) 286-9881
                                        Fax: (772) 220-1784

                                        By: /s/ Sarah M. Vazquez
                                            SARAH M. VAZQUEZ
                                            Florida Bar No.: 0662526
                                            email: sarahvazquez@stuart-law.net
                                            EDWIN E. MORTELL, III
                                            Florida Bar No.:  832758
                                            email:  edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on May 14, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                              /s/ Sarah M. Vazquez

**DEFENDANT, O.C.D. OF S. FLORIDA INC.'S,
RESPONSE TO SUBPOENA FOR DOCUMENTS**

**EXHIBIT A**

1. See response to No. 2.

2. O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 1/10/05 ó 1/10/06
   Insurer: Interstate Fire and Casualty Company

   O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 1/10/06 ó 1/10/07
   Insurer: American Vehicle Insurance Company

   O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 1/10/07 ó 1/10/08
   Insurer: American Vehicle Insurance Company

   O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 1/10/08 ó 1/10/09
   Insurer: American Vehicle Insurance Company

   O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 1/10/09 ó 10/15/09
   Insurer: American Vehicle Insurance Company

   O.C.D. of South Florida, Inc.
   Policy Limits: $1 million each occurrence
   Policy Terms: Commercial General Liability
   Policy Period: 10/16/09 ó 10/16/10
   Insurer: Landmark American Insurance Company

   Policies attached as Exhibit A.

3. None.
4. See response to No. 2.
5. None.
6. None.
7. None.

**EXHIBIT B**

1. None.
2. See response to No. 2, Exhibit A.
3. None.
4. See response to No. 2, Exhibit A.
5. None.
6. None.
7. None.