UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| Plaintiff, | MAG. JUDGE WILKINSON |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

**FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES OR MOTION FOR EXTENSION OF TIME TO FILE INSURER PROFILE FORMS AND INSURANCE POLICIES**

COMES NOW, Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY (collectively "FCCI"), by and through undersigned counsel of record, and hereby moves the Honorable Court for the entry of a Protective Order pursuant to Fed. R. Civ.

P. 26(c) staying the submission of Insurer Profile Forms and insurance policies or in the alternative, entry of an Order granting an extension of time for FCCI to file its Insurer Profile Forms and insurance polices (hereinafter collectively "Motion for Protective Order") pending resolution of its 12(b) motions.

The grounds for this motion are that FCCI has filed a 12(b) Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction, Docket number 2147, and a 12(b) Motion to Dismiss Plaintiff's Amended Complaint for Failure to Join Indispensable Parties, Docket number 2148, (collectively "Motions to Dismiss"), in the matter in which FCCI has been served as a defendant, ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (2:09-cv-07791)(E.D. La.). Additionally, there is established precedent in the Fifth Circuit for staying discovery under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery altogether, as a stay saves both time and expense. Requiring insurance companies to submit Insurer Profile Forms is akin to discovery in that it requires disclosure of insurer information under penalty of perjury.

FCCI has attached a Memorandum in support of this Motion for a Protective Order staying submission of Insurer Profile Forms and insurance policies. FCCI does not waive its previously filed 12(b) Motions to Dismiss in the MDL No. 2047 and does not subject itself to personal jurisdiction in the MDL No. 2047 by filing this Motion for a Protective Order. FCCI certifies that this is the first time FCCI Commercial Insurance Company and FCCI Insurance Company have moved for a protective order staying submission the Insurer Profile Forms and insurance policies.

By filing its Motion for Protective Order and this Brief in support thereof, FCCI does not subject itself to the jurisdiction of MDL No. 2047 and incorporates herein its arguments set forth in its Motions to Dismiss, Docket 2147 and 2148. Additionally, Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company and Lexington Insurance Company, have filed a Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motions and memorandum in support of that motion, and the arguments made therein are adopted and incorporated herein and in support of this motion.

WHEREFORE, Defendants FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY respectfully request their Motion for a Protective Order or in the alternative, their Motion for an extension of time, be GRANTED, and that this Court enter a Protective Order staying submission of the Insurer Profile Forms and insurance policies or an Order granting FCCI an extension of time to file its Insurer Profile Forms and insurance policies with the MDL No. 2047 until such time as this Honorable Court has decided FCCI's 12(b) Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction, Docket number 2147, and FCCI's 12(b) Motion to Dismiss Plaintiff's Amended Complaint for Failure to Join Indispensable Parties, Docket number 2148, in the matter of ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (2:09-cv-07791)(E.D. La.).

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

/s/ ROBERT M. DARROCH
ROBERT M. DARROCH     (GA Bar #205490)
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia 30326-1084
Telephone:    404-264-1500
Facsimile:    404-264-1737
E-mail:        rdarroch@gmlj.com

and

MOULDEOUX, BLAND, LEGRAND & BRACKETT

/s/ Patrick E. Costello
PATRICK E. COSTELLO    (Bar #26619)
JACQUES P. DeGRUY      (Bar #29144)
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:    504-595-3000
Facsimile:    504-522-2121
E-Mail:        pcostello@mblb.com
               jdegruy@mblb.com

Attorneys for Defendants, FCCI Commercial Insurance Company and FCCI Insurance Company

## FED. R. CIV. P. 26(c)(1) CERTIFICATION

Undersigned counsel hereby certifies that the movants have in good faith conferred with the Plaintiffs' Steering Committee (PSC) to seek its joinder in a stipulation for submission to the Court for endorsement that movants' obligation to submit Insurer Profile forms and insurance policies be deferred until the Court resolves movants' pending Rule 12(b) motions. The PSC declined to join such stipulation.

/s/ Robert M. Darroch

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2010, the above and foregoing FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR EXTENTION OF TIME TO FILE INSURER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Patrick E. Costello