UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION:  L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
|     Plaintiff,<br>v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al.<br><br>(2:09-cv-07791) (E.D. La.)<br><br>    Defendants. | |

**MEMORANDUM IN SUPPORT OF FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES OR MOTION FOR EXTENSION OF TIME TO FILE INSURER PROFILE FORMS AND INSURANCE POLICIES**

COMES NOW, Defendants, FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY (collectively "FCCI"), by and through undersigned counsel of record, and hereby files this Memorandum in Support of FCCI's Motion for Protective Order staying submission of Insurer Profile Forms and insurance policies or in the alternative, this Motion for

Extension of Time to File Insurer Profile Forms and insurance policies (hereinafter "Motion for Protective Order").

## I. BACKGROUND

FCCI has been served as a defendant and insurance company in the MDL No. 2047. Specifically, FCCI has been served in ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (2:09-cv-07791)(E.D. La.) (hereinafter, "Pate") on or about January, 13, 2010. In response to the aforementioned complaint, FCCI filed a Motion to Dismiss Plaintiff's Amended Complaint for Lack of Personal Jurisdiction, Docket number 2147, and a Motion to Dismiss Plaintiff's Amended Complaint for Failure to Join Indispensable Parties, Docket number 2148, (collectively, "Motions to Dismiss"), on March 29, 2010. FCCI fully incorporates herein the substance of its Motions to Dismiss.

The Honorable Judge Fallon entered Pretrial Order #23 on April 28, 2010 requiring each insurance company named as a party in the MDL No. 2047 to complete and sign an Insurer Profile Form. Pretrial Order #23 requires these Insurer Profile Forms produced within 15 days of the case being joined into the MDL No. 2047, and within 40 days of service of process of the case being joined into the MDL No. 2047 if the insurance company is a defendant in the case, whichever occurs later. Further, Pretrial Order #23 requires that if the insurance company is already a party to the MDL, the Insurer Profile Form shall be filed within 40 days of the entry of this order. Pursuant to Pretrial Order #23, FCCI is required to complete its Insurer Profile Forms by June 7, 2010.

## II. ARGUMENT

Fed. R. Civ. P. 26(c) dictates that a court, for good cause, may issue an order to protect a party from oppression, undue burden or expense. The Fifth Circuit has repeatedly held under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery and save time and expense it is appropriate to stay discovery to save time and expense. *Enplanar, Inc. v. Marsh*, 11 F.3d 1284, 1291 (5th Cir. 1994)(holding refusal to allow discovery was proper pending a ruling on a motion for change of venue); *Petrus v. Bowen*, 833 F.2d 581, 583 (5th Cir. 1990)(holding stay of discovery was proper pending resolution of summary judgment motions); *see also Dresser v. MEBA Med. & Benefits Plan*, 2008 WL 2705584, at *2(E.D. La. July 10, 2008)(staying discovery pending resolution of motion to dismiss).

The United States District Court for the Eastern District of Louisiana has found it "clearly erroneous" to allow discovery while a motion to dismiss is pending. *Parish of Jefferson v. Southern Recover Mgmt., Inc.*, 1996 WL 144400, at *2 (E.D.La. Mar. 27, 1996). In *Parish of Jefferson*, the court reversed a magistrate judge's order denying a motion to stay discovery where a motion to dismiss on jurisdictional grounds was pending, reasoning that "even minimal cost is unwarranted where immanent jurisdictional rulings may render such discovery altogether moot." *Id*. Additionally, in *Dykes v. Maverick Motion Picture Group, L.L.C.*, 2009 WL 3053738, at *2 n.1 (M.D. La. Sept. 18, 2009), the Middle District of Louisiana refused to permit discovery regarding the merits of the case, reasoning that "defendants…will be dismissed should they prevail on their jurisdictional arguments, so there is no need for merits discovery relating to them (or by them about others) until and unless they actually lose their jurisdictional arguments."

Production of the Insurer Profile Forms under penalty of perjury and of numerous insurance policies imposes upon FCCI an undue burden and expense in litigation in which FCCI should not be

a part.  The instant case is analogous to the Fifth Circuit cases cited above holding that a stay is appropriate pending rulings on dispositive motions.  A decision granting FCCI's 12(b) Motions to Dismiss would discharge FCCI from this litigation and relieve them from producing these documents to non-parties, such as the Plaintiffs' Steering Committee, who would not have been otherwise entitled to obtain such information.  FCCI should not be required to incur the burden and expense of the production of these documents in litigation in which they should not even be a part.  This is the type of relief which Rule 26(c) contemplates.  Therefore, this Court should issue a protective order staying the submission of Insurer Profile Forms and insurance policies or enter an order granting an extension of time to file the same until such time as this Honorable Court has ruled on FCCI's Motions to Dismiss because such discovery will be a waste of time and expense if a decision on FCCI's Motions to Dismiss is granted in FCCI's favor.

By filing its Motion for Protective Order and this Brief in support thereof, FCCI does not subject itself to the jurisdiction of MDL No. 2047 and incorporates herein its arguments set forth in its Motions to Dismiss, Docket 2147 and 2148. Additionally, Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company and Lexington Insurance Company, have filed a Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motions and memorandum in support of that motion, and the arguments made therein are adopted and incorporated herein and in support of this motion.

### III. CONCLUSION

For the reasons stated above, FCCI requests that this Honorable Court grant FCCI's Motion for Protective Order Staying the Submission of Insurer Profile Forms And Insurance Policies or in

the alternative, FCCI's Motion For Extension Of Time To File Insurer Profile Forms And Insurance Policies Pending Resolution of Rule 12(b) Motions.

        Respectfully submitted,

        GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

        /s/ ROBERT M. DARROCH
        ROBERT M. DARROCH    (GA Bar #205490)
        3340 Peachtree Road NE, Suite 2100
        Atlanta, Georgia 30326-1084
        Telephone:   404-264-1500
        Facsimile:    404-264-1737
        E-mail:       rdarroch@gmlj.com

           and

        MOULEDOUX, BLAND, LEGRAND & BRACKETTT

        /s/ Patrick E. Costello
        PATRICK E. COSTELLO    (Bar #26619)
        JACQUES P. DeGRUY     (Bar #29144)
        701 Poydras Street, Suite 4250
        New Orleans, Louisiana 70139
        Telephone:   504-595-3000
        Facsimile:    504-522-2121
        E-Mail:       pcostello@mblb.com
                       jdegruy@mblb.com

        Attorneys for Defendants, FCCI Commercial Insurance
        Company and FCCI Insurance Company

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL <br> (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing BRIEF IN SUPPORT OF FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MOTION FOR EXTENTION OF TIME TO FILE INSURER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Patrick E. Costello