UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTION LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENTS RELATES TO:

ROBERT C. PATE, et al    NO. 09-07791

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendants, FCCI Commercial Insurance Company and FCCI Insurance Company (collectively "FCCI"), will bring on for hearing their Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies or Motion for Extension of Time to File Insurer Profile Forms and Insurance Policies on June 2, 2010 at 11:00 a.m. before the Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge.

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

/s/ ROBERT M. DARROCH
  ROBERT M. DARROCH     (GA Bar #205490)
3340 Peachtree Road NE, Suite 2100
Atlanta, Georgia 30326-1084
Telephone:    404-264-1500
Facsimile:    404-264-1737
E-mail: rdarroch@gmlj.com

   and

MOULEDOUX, BLAND, LEGRAND & BRACKETTT

/s/ Patrick E. Costello
PATRICK E. COSTELLO     (Bar #26619)
JACQUES P. DeGRUY       (Bar #29144)
701 Poydras Street, Suite 4250
New Orleans, Louisiana 70139
Telephone:    504-595-3000
Facsimile:    504-522-2121
E-Mail:       pcostello@mblb.com
              jdegruy@mblb.com

Attorneys for Defendants, FCCI Commercial Insurance Company and FCCI Insurance Company

**CERTIFICATE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman and Leonard Davis, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM-ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

/s/ Patrick E. Costello