UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
|  | SECTION:  L |
| THIS DOCUMENT RELATES TO: |  |
|  | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauff Gips, KG, et al. Case No. 2:09-cv-07628-EEF-JCW | MAG. JUDGE WILKINSON |

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

## DEFENDANTS' OBJECTIONS TO PLAINTIFFS' SUBPOENAS AND MOTION FOR PROTECTIVE ORDER

Defendants Standard Pacific of South Florida GP, Inc., HWB Construction, Inc. and Standard Pacific of South Florida, a Florida General Partnership (collectively "Defendants"), through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 26(c), submit the following objections to the subpoenas issued by Plaintiffs and hereby move for the entry of a protective order.[1]  This relief is warranted because the subpoenas are unduly burdensome and expensive given that Defendants have moved to dismiss the action based on lack of personal jurisdiction and have moved to stay discovery until the issue of jurisdiction has been decided.  A memorandum of law in support of this motion is being filed contemporaneously herewith.

Pursuant to Federal Rule of Civil Procedure 26(c) and Local Rule 37.1, undersigned counsel hereby certifies that she conferred with Plaintiffs' counsel in an attempt to resolve the issues presented herein.  The parties have been unable to reach agreement.

---

[1] Defendants make this motion without waiving any and all defenses, including their objections to personal jurisdiction.  Defendants previously filed a Motion to Dismiss based on Lack of Personal Jurisdiction and a Motion to Stay Discovery, which are pending before the Court.

Dated: 5/14/10

s/ Lara J. Tibbals
Lara J. Tibbals , Florida Bar No. 129054
J. Rocco Cafaro, Florida Bar No. 507121
Brian L. Josias, Florida Bar No. 893811
HILL, WARD & HENDERSON, PA
101 East Kennedy Boulevard, Suite 3700
Tampa, Florida  33602-2231
Tel: (813) 221-3900
Fax: (813) 221-2900

*Counsel for Defendants Standard Pacific of South Florida, GP, Inc., HWB Construction, Inc. and Standard Pacific of South Florida, a Florida General Partnership*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

s/ Lara J. Tibbals
Attorney