IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT APPLIES TO ALL CASES | | |

## CROSS-NOTICE OF THE PLAINTIFFS' ORAL AND VIDEOTAPED DEPOSITION OF MARK J. DAVIES

TO: The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Mark J. Davies**, will be held on **May 18, 2010** beginning at **6:30 p.m. (ET)**, at **Adorno & Yoss, 2525 Ponce de Leon Boulevard, Suite 400, Coral Gables, FL 33134**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

| | |
|---|---|
| Primary Examiner: | A member of the PSC or its designee |
| Videotaped Deposition: | Yes |
| Call-In Number: | **888-337-8218, Participant Code: 9800612** |

This cross-notice is based on the Notice of Taking Videotaped Deposition (Exhibit "A" attached hereto) of Mark J. Davies in *Seifart v. Banner Supply Co.*, In the

1

Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38887 CA (42) (In re: Chinese Drywall Litigation, Case No. 09-200,000 CA (42)).

        Respectfully submitted,

        /s/ Leonard A. Davis
        **Russ M. Herman** (Bar No. 6819)
        Leonard A. Davis (Bar No. 14190)
        Stephen J. Herman (Bar No. 23129)
        ***HERMAN, HERMAN, KATZ & COTLAR, LLP***
        820 O'Keefe Avenue
        New Orleans, LA 70113
        PH: (504) 581-4892
        FAX: (504) 561-6024

        **Plaintiffs' Liaison Counsel**

Dawn M. Barrios
701 Poydras Street
Suite 3650
New Orleans, LA 70139
PH: (504) 524-3300
Fax: (504) 524-3313

Victor M. Diaz
25 Flagler Street
8th Floor
Miami, FL 33130
PH: (305) 358-2800
Fax: (305) 358-2382

Ben Gordon
316 S. Baylen Street
Suite 600
Pensacola, FL 32502
PH: (850) 435-7090
Fax: (850) 436-6091

Arnold Levin
510 Walnut Street
Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
Fax: (215) 592-4663

Jerrold Seth Parker
3301 Bonita Beach Road
Bonita Springs, FL 34134
PH: (239) 390-1000
Fax: (239) 390-0055

Christopher Seeger
One William Street
New York, NY 10004
PH: (212) 584-0700
Fax: (212) 584-0799

Scott Weinstein
12800 University Drive
Suite 600
Ft. Myers, FL 33907
PH: (239) 433-6880
Fax: (239) 433-6836

Daniel E. Becnel, Jr.
425 W. Airline Highway
Suite B
LaPlace, LA 70068
PH: (985) 536-1186
Fax: (985) 536-6445

Ervin Amanda Gonzalez
255 Aragon Avenue
Cora Gables, FL 33134
PH: (305) 476-7400
Fax: 305) 476-7444

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130
PH: (504) 581-1750
Fax: (504) 529-2931

Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
Fax: (504) 528-9973

James Robert Reeves
160 Main Street
Biloxi, MS 39530
PH: (228) 374-5151
Fax: (228) 374-6630

Bruce William Steckler
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
PH: (214) 523-6674
Fax: (214) 520-1181

**PLAINTIFFS' STEERING COMMITTEE**

W:\! DRYWALL\27687 MDL\Discovery\Cross-Notices\Cross-Notice of Depo of Mark Davies 2010-5-14.doc

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Oral and Videotaped Deposition has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of May, 2010.

                                                         /s/ Leonard A. Davis
                                                         Leonard A. Davis
                                                         Herman, Herman, Katz & Cotlar, LLP
                                                         820 O'Keefe Ave.
                                                         New Orleans, LA 70113
                                                         PH: (504) 581-4892
                                                         Fax: (504) 561-6024
                                                         ldavis@hhkc.com

Case 2:09-md-02047-EEF-MBN   Document 3066   Filed 05/14/10   Page 5 of 6

IN THE CIRCUIT COURT OF THE 11TH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION

CASE NO: 09-38887 CA 01 (42)

ARMIN G. SEIFART and LISA M. GORE SEIFART,

      Plaintiffs,

v.

KNAUF GIPS KG, a German Corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation, KNAUF PLASTERBOARD (WUHU) CO. LTD., KNAUF PLASTERBOARD (DONGGUAN) CO. LTD., and ROTHCHILT INTERNATIONAL LTD., a foreign corporation, and BANNER SUPPLY, CO., a Florida corporation, CERTAIN HOMES, INC., MANDY'S DRYWALL & STUCCO CORPORATION, a Florida corporation,

      Defendants
      _____/

## NOTICE OF TAKING VIDEOTAPED DEPOSITION

**(Dial In Number: 888-337-8218, Participant Code: 980061, Moderator Code: 9800612 (The court reporter is the moderator)**

PLEASE TAKE NOTICE that the Plaintiffs will take the deposition of the following:

| **NAME** | **DATE & TIME** |
| --- | --- |
| Mark J. Davies | TUESDAY, MAY 18, 2010 AT 6:30 P.M. |

**LOCATION:**    Adorno & Yoss, 2525 Ponce de Leon Boulevard, Suite 400, Coral Gables, FL 33134

upon oral examination, before a court reporter and videographer, or any other Notary Public or officer duly authorized by law to take depositions in the State of Florida.



EXHIBIT A

Case No.: 09-38887 CA 42
(Seifart v. Banner Supply Co., et. al.)

Notice of Taking Videotaped Deposition of Mark Davies

The oral examination will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or both of the foregoing, or for such other purposes as are permitted under Florida Rules of Civil Procedure 1.280, 1.310, 1.310(b)(6), 1.350, 1.360, 1.380, 1.390, 1.410; or Federal Rule of Procedure 30.

> In accordance with the Americans with Disabilities Act of 1990, persons needing special accommodation to participate in this proceeding should contact Colson Hicks Eidson at (305) 476-7400 no later than (7) days prior to the proceeding. If hearing impaired contact Florida Relay Service at 1-800-955-8771 for assistance.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, **Ervin A. Gonzalez**, Colson Hicks Eidson, and Defendants' Liaison Counsel, **Bob Fitzsimmons**, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-18, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of May, 2010.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*