UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| | | JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) | * * * * * * * | MAGISTRATE WILKINSON |
| * * * * * * * | * | |

**MOTION OF ILLINOIS UNION INSURANCE COMPANY
FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER
PROFILE FORMS AND INSURANCE POLICIES
<u>PENDING RESOLUTION OF RULE 12(b) MOTIONS</u>**

Defendant, Illinois Union Insurance Company, files this Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions, and joins with and adopts the Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions filed by National Union Fire insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company (f/k/a American International

- 1 -

Specialty Lines Insurance Company) and Lexington Insurance Company, for the reasons more fully set forth in their supporting memorandum.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE, III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

BY:   /s/ John W. Hite III
**JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *"Motion of Illinois Union Insurance Company for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions"* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 14th day of May, 2010.

   /s/ John W. Hite III