UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) | * * * * * * * * | MAGISTRATE WILKINSON |
| * * * * * * * * | | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Illinois Union Insurance Company will bring on for hearing its Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions on June 2, 2010 at 11:00 a.m. before the Honorable Joseph C. Wilkinson, Jr. United States Magistrate Judge. The motion will be decided without oral argument unless so requested by a party or ordered by the Court.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE, III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

BY: **/s/ John W. Hite III**
**JOHN W. HITE III**
**ATTORNEYS FOR ILLINOIS**
**UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *"Notice of Hearing on Motion for Protective Order Staying Submssion of Insurer Profile Forms and Insurance Policies Pending Resolution o Rule 12(b) Motions"* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 14th day of May, 2010.

/s/ John W. Hite III