UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| | | JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) | * * * * * * * * | MAGISTRATE WILKINSON |

\* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION OF ILLINOIS UNION INSURANCE COMPANY FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES <u>PENDING RESOLUTION OF RULE 12(b) MOTIONS</u>

MAY IT PLEASE THE COURT:

Defendant, Illinois Union Insurance Company ("Illinois Union"), submits this Memorandum in Support of its Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions. Illinois Union joins with and adopts the Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b)

HOUSTON\75330\1

Motions filed by National Union Fire insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) and Lexington Insurance Company, and adopts their supporting memorandum as if set forth herein *in extenso*.

## CONCLUSION

For the reasons states above, Illinois Union respectfully request the Court grant its Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions.

> Respectfully submitted,
>
> Salley, Hite & Mercer, LLC
> **JOHN W. HITE, III (T.A. 17611)**
> **SUSAN G. GUILLOT (29588)**
> One Canal Place
> 365 Canal Street, Suite 1710
> New Orleans, LA 70130
> Telephone: 504/566-8800
> Facsimile: 504/566-8828
>
> BY:   /s/ John W. Hite III
> **JOHN W. HITE III**
> **ATTORNEYS FOR ILLINOIS**
> **UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *"Memorandum in Support of Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions"* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 14th day of May, 2010.

                                              /s/ John W. Hite III