## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | **CHINESE-MANUFACTURED DRYWALL** | **MDL NO. 09-2047** |
| | **PRODUCTS LIABILITY LITIGATION** | **SECTION: L** |
| | | **JUDGE FALLON** |
| | | **MAG. JUDGE** |
| | | **WILKINSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THIS DOCUMENT RELATES TO:**

**KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,**

**CASE #:     2010 CV 361**

---

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/CITY OF _Virginia Beach_

 BEFORE ME, the undersigned authority, personally came and appeared:

### JOHN AINSLIE

Who, after being duly sworn did depose and state, as follows:

 1. He is President of **Ainslie Group, Inc.**, a Virginia corporation, with its

principle place of business located in Virginia Beach, Virginia.


EXHIBIT
A

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Ainslie Group, Inc**.

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **Ainslie Group, Inc**. is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Ainslie Group, Inc.** is a general contractor, licensed in the Commonwealth of Virginia, and is in the business of constructing residential housing within the borders of the Commonwealth of Virginia.

6. **Ainslie Group, Inc.** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as President of **Ainslie Group, Inc.** aware of **Ainslie Group, Inc.** performing any contracting, building or development work in the State of Lousiana.

8. **Ainslie Group, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Ainslie Group, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10.  **Ainslie Group, Inc.** does not maintain an office, headquarters, warehouse, or
any other physical facility within the bounds of the State of Louisiana.

11.  **Ainslie Group, Inc.** does not, and has never solicited any business in the State
of Louisiana.

By:  _John W Ainslie_
John Ainslie
President
Ainslie Group, Inc.

**SWORN TO AND SUBSCRIBED**
**BEFORE ME THIS** _6_ **DAY OF** _May_ , 2010.

_Rose B. Harrill_
**NOTARY PUBLIC**

Commission expires! 3/31/2011

Rose B. Harrill
Notary Public
Commonwealth of Virginia
Reg. ID# 194895

-3-



Rose B. Hamill
Notary Public
Commonwealth of Virginia
Reg. ID# 184535