IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br>Kenneth and Barbara Wiltz, et al | * * * | |
| Case No. 10-361, Sect. L MAG 2 | * * * * | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*******************************************

## REQUEST FOR ORAL ARGUMENT
## OF MOTION TO DISMISS SET ON JUNE 23, 2010

COMES NOW the Defendant, Al Brothers, Inc., and requests oral argument on the Motion to Dismiss filed by the Defendant, Al Brothers, Inc., scheduled to be heard at the Court's Motion Docket on the 23rd day of June, 2010 at 9:00 a.m. or at a time further set by this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing REQUEST FOR ORAL ARGUMENT OF MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL

NO. 2047, on this 11th day of May, 2010.

                                          SELLARS, MARION & BACHI, P.A.
                                          Attorneys for Al Brothers, Inc.
                                          811 North Olive Avenue
                                          West Palm Beach, FL  33401
                                          Telephone:  (561) 655-8111
                                          Facsimile:  (561) 655-4994

                                          By:_____/s/ Jeremy D. Bertsch_____
                                                     Florida Bar No.:  0043308