IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### <u>AFFIDAVIT OF ALAN JOSTES</u>

STATE OF ILLINOIS      )
                   )SS:
COUNTY OF _Du Page_ )

      BEFORE ME, the undersigned authority, personally appeared ALAN JOSTES, who after being

duly sworn, deposes and says:

1.     My name is ALAN JOSTES. I am over the age of twenty-one (21) years and am otherwise sui

      juris.

2.     I was the President of Al Brothers, Inc. (hereafter "Al Brothers") and have personal knowledge

      of the facts contained within this Affidavit. I also have personal knowledge of the business

      activities of Al Brothers and have within my custody and control the business records of Al

      Brothers related to the following.

3.     Al Brothers was a Florida Corporation with its principal place of business located at 2512 S.W.

      22nd Place, Cape Coral, FL 33914.

1



4.      Al Brothers was and is not authorized to do business in Louisiana.  It did not nor does not

maintain a registered or statutory agent for service in Louisiana.

5.      Al Brothers has never had offices in Louisiana.  It has nor had no address or telephone number

is Louisiana.  It neither owns nor operates, and has never owned nor operated, any property of

any sort in Louisiana.

6.      Al Brothers has nor had no directors, officers or employees in Louisiana.

7.      Al Brothers has never solicited any business in Louisiana and never transacted any business

in the State of Louisiana.  It has no contacts whatsoever with Louisiana.

8.      Al Brothers has never installed any drywall in any building, home or other structure in

Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALAN JOSTES, FORMER PRESIDENT
AL BROTHERS, INC.

The  foregoing  instrument  was  acknowledged  before  me  this  _23RD_  day  of

_APRIL_____, 2010, by ALAN JOSTES, who to me is personally known or who has

produced _Drivers  License_ as identification, and who did/did not take an oath.

_____
Notary Public, State of Illinois
My Commission Expires:  12-6-2011

```
"OFFICIAL SEAL"
J B MURPHY
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires 12/06/2011
```

2