UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    MDL Docket No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION:  L

THIS DOCUMENT RELATES TO:

Joyce W. Rogers, et al. v. Knauf GIPS KG, et al.    JUDGE FALLON

Case No.: 10-cv-362-EEF-JCW

MAG. JUDGE WILKINSON

---------------------------------------------------------------------

**MARONDA HOMES, INC. OF FLORIDA'S**
**MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY**

Defendant Maronda Homes, Inc. of Florida ("Maronda"), by and through its undersigned counsel, moves this Court to dismiss this action pursuant to Fed.R.Civ.P. 12(b)(1), (2) and (6) for the reasons articulated below.  Specifically, Maronda is not subject to, nor has it submitted to, the jurisdiction of this Court.  In the alternative, Maronda moves to dismiss or stay this action pursuant to the 9 U.S.C. § 3 pending arbitration and/or pursuant to Florida Statutes §§ 558.003 and 558.004 pending compliance with the requirements set forth therein and for all the reasons set forth in the accompanying Memorandum of Law, which is incorporated herein by reference.

Respectfully submitted,

*/s/ Robert D. Finkel*

Robert D. Finkel, Esquire
rfinkel@mmlpc.com
Pa. I.D. No. 71130
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, PA 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

/s/ Robert D. Finkel
Robert D. Finkel, Esquire
Pa. I.D. No. 71130
rfinkel@mmlpc.com
MANION McDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786