UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| Joyce W. Rogers, et al. v. Knauf GIPS KG, et al. | JUDGE FALLON |
| Case No.: 10-cv-362-EEF-JCW | MAG. JUDGE WILKINSON |

*************************************************************************************

### NOTICE OF HEARING OF DEFENDANT MARONDA HOMES, INC. OF FLORIDA'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, TO STAY

TO:   Plaintiffs

**PLEASE TAKE NOTICE** that counsel for Movant, Maronda Homes, Inc. of Florida, has requested to bring on for Hearing the attached Motion to Dismiss or, in the Alternative, to Stay before Judge Eldon E. Fallon at United States Courthouse, 500 Poydras Street, Room C468, New Orleans, Louisiana 70130, on June 23, 2010 at 9:00 a.m. or at a time set by the Court.

Respectfully submitted,

*/s/ Robert D. Finkel*
Robert D. Finkel, Esquire
rfinkel@mmlpc.com
PA ID No. 71130
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May 2010.

/s/ *Robert D. Finkel*
Robert D. Finkel, Esquire
PA ID No. 71130
rfinkel@mmlpc.com
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786