UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINEESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| Case No. 10-362 | : | |
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Cornerstone Group Development, LLC and Cornerstone Group.[1] It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.[2]

    Respectfully submitted,

    By: __/s/ Vanessa M. Serrano_____
        PETER R. GOLDMAN
        Florida Bar No. 860565
        VANESSA M. SERRANO
        Florida Bar No. 51555
        BROAD AND CASSEL
        100 S.E. Third Ave., Ste. 2700
        Fort Lauderdale, FL 33394
        Telephone: (954) 764-7060
        Facsimile:  (954) 761-8135
        pgoldman@broadandcassel.com
        vserrano@broadandcassel.com

    *Counsel for Cornerstone Group Development, LLC*

---

[1] "Cornerstone Group" is not a legal entity.  Also, Cornerstone Group Development, LLC is not a proper party to this lawsuit.  The correct legal entity is Boynton Village, LLC, the builder/developer of the subject properties.

[2] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

    __/s/ Vanessa M. Serrano_____
    Vanessa M. Serrano

4828-7791-5910.1
10324/0178