UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| Case No. 10-362 | : |  |
| *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : |  |

**NOTICE OF APPEARANCE**

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Centerline Homes, Inc., Centerline Homes at Georgetown, LLC, Centerline Port St. Lucie, Ltd.[1] and Completed Communities II, LLC.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.[2]

        Respectfully submitted,

        By: __/s/ Vanessa M. Serrano_____
           PETER R. GOLDMAN
           Florida Bar No. 860565
           VANESSA M. SERRANO
           Florida Bar No. 51555
           BROAD AND CASSEL
           100 S.E. Third Ave., Ste. 2700
           Fort Lauderdale, FL 33394
           Telephone: (954) 764-7060
           Facsimile:  (954) 761-8135
           pgoldman@broadandcassel.com
           vserrano@broadandcassel.com

           *Counsel for Centerline Homes, Inc.,*
           *Centerline Homes at Georgetown, LLC,*
           *Centerline Port St. Lucie, Ltd., and*
           *Completed Communities II, LLC*

---

[1]    This entity was merged into Completed Communities II, LLC on or about September 12, 2008.

[2]    This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

                                                          __/s/ Vanessa M. Serrano_____
                                                          Vanessa M. Serrano

4849-0048-4870.1
34720/0062