## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL         MDL NO. 09-2047
       PRODUCTS LIABILITY LITIGATION            SECTION: L

                                               JUDGE FALLON

                                             MAG. JUDGE
                                             WILKINSON

=================================================================================

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS
PUBLIC, LTD., ET. AL.,

CASE #:    2010 CV 361

=================================================================================

### MOTION TO DISMISS

NOW INTO COURT, through the undersigned counsel, comes Defendant, Peak
Building Corporation, who moves this Honorable Court to issue an Order dismissing the
claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons
articulated in the attached Memorandum. Specifically, this Defendant is not subject to, nor
has it submitted to the jurisdiction of this Court, and accordingly, the Eastern District of
Louisiana is an improper venue for the proceedings against Defendant, Peak Building
Corporation.

WHEREFORE, Defendant, Peak Building Corporation, prays that its Motion to
Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be granted, and that this Honorable Court
dismiss the Plaintiffs' claims against Defendant, Peak Building Corporation, as this Court

does not have personal jurisdiction over this Defendant, and the Eastern District of Louisiana

is an improper venue for any claims against Peak Building Corporation.


PEAK BUILDING CORPORATION


By: _____/s/_____
                 Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant, Peak Building Corporation
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant, Peak Building Corporation
 McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org


## CERTIFICATE OF SERVICE

I hereby certify that on this **17th** day of May, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


_____ ____/s/_____