## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:          CHINESE-MANUFACTURED DRYWALL          MDL NO. 09-2047
                PRODUCTS LIABILITY LITIGATION          SECTION: L

                                                       JUDGE FALLON

                                                       MAG. JUDGE
                                                       WILKINSON

====================================================================================

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS
PUBLIC, LTD., ET. AL.,

CASE #:      2010 CV 361

====================================================================================

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Peak Building Corporation, has filed the

attached Motion to Dismiss.

PLEASE TAKE FURTHER NOTICES that the Motion will be brought on for hearing

on June 2, 2010 at 9:00 am, before the Honorable Eldon E. Fallon.


PEAK BUILDING CORPORATION

By:        _____/s/_____
                    Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant, Peak Building Corporation
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant, Peak Building Corporation
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org


## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of May, 2010, the above and foregoing Notice of Hearing has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


_____/s/_____