IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY                       MDL. NO: 2047
LITIGATION

                                                        SECTION: L

(Relates to 2:09-cv-7628)

                                                  JUDGE FALLON
                                          MAG. JUDGE WILKINSON

_____

## NOTICE OF SERVICE
_____

TO:    COUNSEL OF RECORD

        Please take notice that the separate Defendant R. J. Homes, LLC, by and through

undersigned counsel, has on this date, served upon all counsel of record the following pleadings:

        *Defendant R. J. Homes, LLC's, Responses to the Plaintiffs' Requests for*
        *Production of Documents Attached to Notice of Oral and Videotaped Deposition*

        The undersigned retains the original of the above pleading as custodian thereof.

        RESPECTFULLY SUBMITTED, this the 17th day of May, 2010.

                                          R. J. Homes, LLC


                                  By:     /s/ Jeff Moffett_____
                                          JEFFREY S. MOFFETT


JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Service* has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 17th day of May, 2010.


By:   /s/ Jeff Moffett
      JEFFREY S. MOFFETT