IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY               MDL. NO: 2047
LITIGATION
                                          SECTION: L
(Relates to 2:09-cv-7628)
                                          JUDGE FALLON
                                          MAG. JUDGE WILKINSON

_____

**NOTICE OF SERVICE**
_____

TO:   COUNSEL OF RECORD

   Please take notice that the separate Defendant O'Neal/Holliman Corporation, by and through undersigned counsel, has on this date, served upon all counsel of record the following pleadings:

*Defendant O'Neal/Holliman Corporation's, Responses to the Plaintiffs' Requests for Production of Documents Attached to Notice of Oral and Videotaped Deposition*

   The undersigned retains the original of the above pleading as custodian thereof.

   RESPECTFULLY SUBMITTED, this the 17th day of May, 2010.

                                          O'Neal/Holliman Corporation

                                    By:   /s/ Jeff Moffett
                                          JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing *Notice of Service* has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 17th day of May, 2010.

                              By:    */s/ Jeff Moffett*
                                        JEFFREY S. MOFFETT