UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

KENNETH and BARBARA WILTZ,

        Plaintiffs,                CASE NO. 10-361

v.                                  Section L, Mag. 2

BEIJING NEW BUILDING MATERIALS
PUBLIC, LTD., CO., et al.,

        Defendants.

_____/

### AFFIDAVIT OF BRIAN D. GOMER OF TIMBERLINE BUILDERS, INC.

STATE OF FLORIDA  )
                 ss:
COUNTY OF LEE    )

      BEFORE ME, the undersigned authority, personally appeared Brian D. Gomer, who, after being first duly sworn, deposes and says that:

      1.     I am over the age of 18 and have personal knowledge about the matters contained herein.

      2.     I am a citizen of Florida.

      3.     I am Vice President of Timberline Builders, Inc.

      4.     My current address is 3618 Del Prado Boulevard, Cape Coral FL 33904.

      5     Timberline Builders, Inc. has never performed any work in the State of Louisiana.

      6.     Timberline Builders, Inc. does not own any property or any other assets in the State of Louisiana.

      7.     Timberline Builders, Inc. does not maintain an office or have any employees in Louisiana.

      8.     Timberline Builders, Inc. is not licensed to do business in Louisiana.

      9     Timberline Builders, Inc. is not registered to do business in Louisiana

      10.     Timberline Builders, Inc. has not sold any products in Louisiana.

      11.     Timberline Builders, Inc. has not solicited any business in Louisiana.

12.    The work performed by Timberline Builders, Inc. alleged in the complaint was performed solely in Lee County, Florida.

13.    The real property of the class members which the complaint alleges relates to the work performed by Timberline Builders, Inc. is located in Lee County, Florida.

FURTHER AFFIANT SAYETH NAUGHT.

Brian D. Gomer

The foregoing instrument was acknowledged to before me by Brian D. Gomer, who is personally known to me or has produced a _9 560 062 969 183-0_ as identification. _Ik   dc. Are_

_May_ SWORN AND SUBSCRIBED TO before me, this _10_ day of _____, 2010.

Notary Public

Printed Name

_Helen McLluso_

My Commission expires:

HELEN MELLUSO
Notary Public - State of Florida
My Commission Expires Dec 14, 2010
Commission # DD 622781