UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: KENNETH WILTZ, ET AL. | JUDGE FALLON |
| vs. BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY, ET AL. | |
| Case No.: 2:10-CV-00361 | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Timberline Builders, Inc. will bring for hearing its Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint for Lack of Personal Jurisdiction and Improper Venue in the referenced matter before the Honorable Eldon E. Fallon, at the United States District Court, Eastern District of Louisiana, Section L, 500 Poydras Street, C-456, New Orleans, LA 70130 on the 6th day of June at 9:00 a.m. or at a time set further by this court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Timberline
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
        Steven G. Koeppel
        Florida Bar No. 602851