UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## SECOND EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

NOW INTO COURT, though undersigned counsel, comes Darwin Sharp Construction, LLC, ("Defendant"), who hereby moves this Court for an additional thirty (30) day extension of time to file responsive pleadings to the Complaint on the following grounds:

1.

Defendant was served with process in the above-referenced action on February 15, 2010.

2.

The Court entered Pretrial Order 1F on March 9, 2010, granting Defendant an automatic extension of time in which to respond, making responsive pleadings due fifty

(50) days from service of process on a Defendant.

3.

Defendant and counsel are working diligently to obtain all necessary information to file a complete and appropriate responsive pleading. However, additional time is necessary to verify the information required to respond.

4.

Defendant previously requested an additional thirty (30) days to file responsive pleadings.

5.

At the April 8, 2010 status conference, the Court indicated that it would be willing to relieve Defendants of the need to respond to the Original Omnibus Complaint until after the Complaint is amended.

6.

Because an Order has not yet been signed to this effect and because Defendant's responsive pleadings were due on May 6, 2010, Defendant requests an additional thirty (30) days from the date of filing this motion to prepare an appropriate responsive pleading.

7.

An extension would neither prejudice any of the parties, nor delay this matter.

WHEREFORE, Defendant, Darwin Sharp Construction, LLC respectfully request a thirty (30) day extension of time, through and including June 16, 2010, to file responsive pleadings in this matter.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: /John S. Lawrence, Jr.
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450

*Counsel for Defendant, Darwin Sharp Construction, LLC*

AND

**LOEB & LOEB, LLC**

By: /Scott Loeb
Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450

*Counsel for Defendant, Darwin Sharp Construction, LLC*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May 2010.

/John S. Lawrence, Jr.
John S. Lawrence, Jr.