UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Bronaugh v. USAA Casualty Insurance Co.*     Case No. 09-CV-7393 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION TO WITHDRAW AS ATTORNEY FOR USAA CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Company ("USAA-CIC"), and respectfully moves this Court for an order allowing Sandra Varnado to withdraw as attorney for USAA-CIC.  Ms. Varnado will no longer be associated with the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC.  Accordingly, USAA-CIC respectfully moves this Court to allow Ms. Varnado to withdraw her appearance in the above-captioned matter.

Amelia W. Koch, Steven F. Griffith, Jr., and Jennifer McNamara of Baker, Donelson, Bearman, Caldwell & Berkowitz, PC. will remain counsel of record for USAA-CIC. It is requested that Ms. Koch, Mr. Griffith, and Ms. McNamara continue to receive copies of all future service of pleadings and correspondence in the above-captioned matter.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

/s/   Sandra Varnado
SANDRA VARNADO (30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana  70471
Telephone:  (985) 819-8400
Facsimile:  (985) 819-8484
svarnado@bakerdonelson.com

*and*

AMELIA W. KOCH, T.A. (2186)
STEVEN F. GRIFFITH, JR. (27232)
JENNIFER McNAMARA (23946)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana  70170
Telephone:  (504) 566-5200
Facsimile:  (504) 636-4000
akoch@bakerdonelson.com
sgriffith@bakerdonelson.com
jmcnamara@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2010, I electronically filed the foregoing pleading using the Court's CM/ECF system, which sent notification of such filing to all court-appointed liaison counsel.

          /s/ Sandra Varnado
          SANDRA VARNADO