UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Bronaugh v. USAA Casualty Insurance Co.*    Case No. 09-CV-7393 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

The Court, having read and considered the Motion to Withdraw as Attorney for USAA Casualty Insurance Company ("Motion"), hereby **GRANTS** the Motion and **ORDERS** the Clerk of this Court to remove the name of Sandra Varnado as counsel of record for USAA-CIC and to continue to provide Amelia W. Koch, Steven F. Griffith, Jr., and Jennifer McNamara as counsel of record for USAA-CIC, copies of all future service of pleadings and correspondence in the above-captioned matter.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
United States District Judge