UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DONALD J. BOUTTE | * | CIVIL ACTION NO.: |
| | * | |
| | * | JUDGE: |
| VERSUS | * | |
| | * | MAGISTRATE: |
| E. JACOB CONSTRUCTION, INC., INTERIOR EXTERIOR BUILDING SUPPLY, L.P., INTERIOR EXTERIOR ENTERPRISES, L.L.C., ARCH INSURANCE COMPANY, THE NORTH RIVER INSURANCE COMPANY, LIBERTY MUTUAL INSURANCE COMPANY, LANDMARK INSURANCE COMPANY, FIREMANS FUND INSURANCE COMPANY, AND ALLSTATE INDEMNITY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF HEARING**

PLEASE TAKE NOTICE that defendant, Allstate Indemnity Company will bring the attached Motion to Sever and Proceed Separately for hearing before the Honorable Eldon E. Fallon, United States District Court Judge for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana on June 23, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

158882

Respectfully submitted,

/s/ Catherine F. Giarrusso

---

Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Telefax: (504) 589-9701

*Attorneys for Allstate Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 13th day of May, 2010.

/s/ Catherine F. Giarrusso

---

158882