UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L

THIS DOCUMENT RELATES TO:

    CASE NO.: 10-362
    Joyce W. Rogers, et al. v. Knauf Gips KG, et al.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

**JAN DOUGLAS ATLAS, ESQ. and JEFFREY A. BACKMAN, ESQ.**, of the law firm of Adorno & Yoss LLP, file this Notice of Appearance on behalf of the Defendant BANNER SUPPLY CO., a Florida corporation, and request that copies of all correspondence, motions, pleadings and all other documents be served upon the firm.

                                        Respectfully submitted,

                                        /s/Jeffrey A. Backman
                                        JAN DOUGLAS ATLAS
                                        Fla. Bar No. 226246
                                        JEFFREY A. BACKMAN
                                        Fla. Bar No. 0662501
                                        ADORNO & YOSS LLP
                                        350 East Las Olas Boulevard; Suite 1700
                                        Fort Lauderdale, FL 33301-4217
                                        Telephone: (954) 763-1200
                                        Facsimile: (954) 766-7800
                                        Attorneys for Defendant BANNER SUPPLY CO.

{218429.0005/N0828670_1}

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance] has been served on Plaintiffs' Liaision Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010

/s/Jeffrey A. Backman