UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>Section "L" |
| THIS DOCUMENT RELATES TO:<br>JOYCE W. ROGERS, ET AL.. | Judge Fallon<br>Mag. Judge Wilkinson |
| vs. | |
| KNAUF GIPS, KDG, et al.<br>CASE NO. 2:10-cv-00362 _____/ | |

## NOTICE OF APPEARANCE

_____Steven G. Koeppel of Yeslow & Koeppel, P.A., hereby files his Notice of Appearance as counsel of record for Defendant, Timberline Builders, Inc. and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17th, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller by regular U.S. mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial order No. 6 and that the following was electronically filed with the Clerk of the court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

YESLOW & KOEPPEL, P.A.
Attorneys for Timberline Builders
P.O. Box 9266
Fort Myers, FL 33902
(239) 337-4343
steve@yklegal.com

By: /s/ Steven G. Koeppel
     Steven G. Koeppel
     Florida Bar No. 602851_____