IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL:<br>PRODUCTS LIABILITY LITIGATION, | : | MDL NO. 2047 |
| | : | |
| | : | SECTION: L |
| THIS APPLIES TO | : | |
| KENNETH and BARBARA WILTZ, et al. | : | JUDGE: FALLON |
| | : | |
| v. | : | MAGISTRATE JUDGE |
| | : | WILKINSON |
| BEIJING NEW BUILDING MATERIALS | : | |
| PUBLIC, LTD., et al. | : | |
| Case No. 2:10-cv-361-EEF-JCW | : | |

## NOTICE OF SPECIAL APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE of the special appearance of John Franklin, III, Christopher J,

Wiemken and Dannielle Hall-McIvor of the law firm of TAYLOR & WALKER, P.C. as counsel

for defendant Parallel Design & Development, L.L.C. in *Kenneth and Barbara Wiltz, et al. v.*

*Beijing New Building Materials Public Ltd., et al.,* United States District Court for the Eastern

District of Louisiana, Case No. 2:10-cv-00361.  Parallel Design & Development, L.L.C. reserves

all rights to object to jurisdiction and preserves all defenses.  Undersigned counsel requests that

copies of all pleadings served in this case be served upon the undersigned at the following office

and e-mail address.

PARALLEL DESIGN & DEVELOPMENT, L.L.C.

By/s/_____
        Of Counsel

John Franklin, III, Esquire
Christopher J. Wiemken, Esquire
Dannielle Hall-McIvor, Esquire
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, Virginia 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
*Counsel for Parallel Design & Development, L.L.C.*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 18th day of May, 2010.


/s/_____
John Franklin, III

John Franklin, III, Esquire
Christopher J. Wiemken, Esquire
Dannielle Hall-McIvor, Esquire
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, Virginia 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
*Counsel for Parallel Design & Development, L.L.C.*