UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO
Kenneth and Barbara Wiltz, et al. v. Beijing New
Building Materials Public Ltd. Co., et al.
Case No: 2:10-cv-00361 (E.D.La.)

JUDGE: Fallon
MAG. JUDGE WILKINSON

/

## AFFIDAVIT OF RICHARD FADIL IN SUPPORT OF DEFENDANT, HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION TO DISMISS PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (II) FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Richard A. Fadil**, who, being duly sworn, upon his oath deposed and stated as follows:

1.     I am the Executive Vice President of Holiday Builders Construction Inc., which is the managing member of Holiday Builders Construction of Florida, LLC ("Holiday Builders Construction"). I make this Affidavit of my own personal knowledge in support of Defendant's Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (II).

2.     I am over the age of 18 years. I am otherwise competent to testify as to the matters set forth below.

3.     Holiday Builders Construction is a limited liability company organized and existing under the laws of the State of Florida and has its principal place of business in Melbourne, Florida.

4.     Holiday Builders Construction is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.



5.      Holiday Builders Construction has never built a residence in the state of Louisiana or had any contracts or subcontracts with companies located in Louisiana.

6.      In fact, Holiday Builders Construction has never been licensed or registered to do business in Louisiana, nor has Holiday ever had any offices or employees in Louisiana.

7.      Holiday Builders Construction does not have an agent for service of process in Louisiana.

8.      Holiday Builders Construction does not have any bank accounts in Louisiana or own any property in Louisiana.

9.      Holiday Builders Construction does not solicit business in Louisiana and Holiday Builders Construction has never transacted business in Louisiana.

10.     According to Schedule 3 and ¶ 156 of Plaintiffs' Complaint, Holiday Builders Construction allegedly built one (1) single-family residence at issue in this lawsuit. The single-family residence at issue is located in Florida. Specifically, the residence is located in North Port, Florida.

11.     Any contracts entered into with Plaintiff were negotiated and performed in Florida.

12.     Additionally, Holiday Builders Construction has never opened a bank account in Louisiana, maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

13.     Consequently, Holiday Builders Construction never anticipated it would be hauled into court in Louisiana.


[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAYETH NAUGHT.

HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, a limited liability company

By:   Holiday Builders Construction, Inc., a Florida corporation, Managing Member

**Richard A. Fadil**
Executive Vice President

STATE OF FLORIDA

COUNTY OF _Brevard_

**SWORN TO AND SUBSCRIBED** before me this _13_ day of May 2010, by **Richard A. Fadil** who is personally known to me/has produced _personally Known_ as identification and who did/did not take an oath.

NOTARY PUBLIC

Print Name:_ Marcia A. Bartley_
Commission No.:_____
My Commission Expires:_____

MARCIA A. BARTLEY
MY COMMISSION # DD 754110
EXPIRES: February 4, 2012
Bonded Thru Budget Notary Services

(SEAL)