UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION          MDL NO. 2047

                                        SECTION: L

THIS DOCUMENT RELATES TO                JUDGE: Fallon
Kenneth and Barbara Wiltz, et al. v. Beijing New    MAG. JUDGE WILKINSON
Building Materials Public Ltd. Co., et al.
Case No: 2:10-cv-00361 (E.D.La.)
_____/

## NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that Defendant, Holiday Builders Construction of Florida, LLC, has filed the attached Motion to Dismiss for Lack of Personal Jurisdiction. PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on July 28, 2010, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders Construction of Florida, LLC*

308783 v_01 \ 108652.0056

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS CONSTRUCTION OF FLORIDA, LLC, NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL  32801
Telephone No:  407.896-2224
Facsimile No:  407.835.3596
*Counsel for Defendant, Holiday Builders*
*Construction of Florida, LLC*

308783 v_01 \ 108652.0056