UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Wiltz et al v. Beijing New Building Materials Limited Co., et al*
Case No. 2010 CV 361

### AFFIDAVIT OF LAWRENCE KIBLER IN SUPPORT OF DEFENDANT, GRYPHON CONSTRUCTION, LLC'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (II)

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, on this date personally appeared Lawrence Kibler who, after first being duly sworn, deposes and says the following:

1. My name is Lawrence Kibler. I am over the age of eighteen (18) years and have personal knowledge of the facts herein below.

2. I am the President and Manager of GRYPHON CONSTRUCTION, LLC ("GRYPHON").

3. I have reviewed the Amended Omnibus Class Action Complaint (II) filed by the Plaintiffs herein and, in particular, those allegations pertainint to Gryphon Corp. and GRYPHON.

4. GRYPHON is not the same entity as Gryphon Corp., nor is GRYPHON an affiliated entity, subsidiary, parent, successor or assignee of Gryphon Corp. GRYPHON has never operated at or had its principal place of business located at 3635 Bougainvillea Road, Miami, Florida. GRYPHON has never done business as or operated under the fictious name

Exhibit "A"

"Gryphon Corp.".

5. According to the allegations of the Complaint, including the Schdeules and Exhibits attached thereto, the residence allegedly built by GRYPHON (or Gryphon Corp.) is located in Florida, not Louisiana. The alleged homeowner asserting claims against GRYPHON (or Gryphon Corp.) resides in Florida.

6. GRYPHON has never performed construction in Louisiana or had any contracts or subcontracts to perform construction in Louisiana.

7. GRYPHON has never conducted any business in Louisiana.

8. GRYPHON has no subsidiaries or related entities either in Louisiana or conducting business in Louisiana.

9. GRYPHON does not own any real property in Louisiana.

10. GRYPHON does not maintain an office in Louisiana.

11. GRYPHON is not and has never been licensed or registered to do business in Louisiana.

12. GRYPHON has no bank accounts in Louisiana.

13. GRYPHON has no employees in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAWRENCE KIBLER

Sworn to and subscribed before me this 14th day of May 2010 by Lawrence Kibler, as President and Manager of GRYPHON CONSTRUCTION, LLC, who is personally known to me and who did take an oath.

_____
Notary Public, State of Florida at Large
My Commission expires:



SANDRENE ELDEMIRE
MY COMMISSION # DD 948981
EXPIRES: April 6, 2014
Bonded Thru Notary Public Underwriters

_____
Print, Type or Stamp Commissioned
Name of Notary Public

2