

| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List          Entity Name Search
Events              No Name History                          Submit

## Detail by Entity Name

### Florida Profit Corporation
GRYPHON CORPORATION

### Filing Information
Document Number     529891
FEI/EIN Number      000000000
Date Filed          03/23/1977
State               FL
Status              INACTIVE
Last Event          VOLUNTARY DISSOLUTION
Event Date Filed    02/27/1981
Event Effective Date NONE

### Principal Address
3635 BOUGAINVILLEA ROAD
MIAMI FL 33133

### Mailing Address
3635 BOUGAINVILLEA ROAD
MIAMI FL 33133

### Registered Agent Name & Address
WEPMAN, WARREN S.
3635 BOUGAINVILLEA RD
MIAMI FL 33133

### Officer/Director Detail
**Name & Address**

Title PD

WEPMAN, WARREN S.
3635 BOUGAINVILLEA RD
MIAMI FL

Title SD

WEPMAN, MARQUITA
3635 BOUGAINVILLEA RD
MIAMI FL

### Annual Reports

| Report Year | Filed Date |
|---|---|
| 1978 | 10/18/1978 |
| 1979 | 01/18/1979 |

Exhibit "B"

1980      02/26/1980

## Document Images

No images are available for this filing.

Note: This is not official record. See documents if question or conflict.

**Previous on List**     **Next on List**     **Return To List**          Entity Name Search

**Events**               No Name History                                    Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.