**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**


IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION                SECTION: L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:
*Wiltz et al v. Beijing New Building Materials Limited Co., et al*
Case No. 2010 CV 361


**NOTICE OF HEARING**

PLEASE TAKE NOTICE that counsel for Movant/Defendant herein, Gryphon Construction, LLC, will bring its Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint (II) before the Honorable Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of June, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.


**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by US MAIL and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on

this 17th day of May, 2010.

Respectfully submitted,

**THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

[Original signed document on file with the Court]
/s/ Alexander E. Barthet

_____
ALEXANDER  E. BARTHET
Florida Bar No. 173126

2