UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURES DRYWALL          MDL NO. 2047
PRODCUTS LIABILITY LITIGATION               SECTION: L

                                            JUDGE FALLON
                                            MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Wiltz et al v. Beijing New Building Materials Limited Co., et al*
Case No. 2010 CV 361

**DEFENDANT, GRYPHON CONSTRUCTION, LLC'S,
CORPORATE DISCLOSURE STATEMENT**

GRYPHON CONSTRUCTION, LLC ("GRYPHON"), by and through undersigned counsel and pursuant to applicable Rules and hereby discloses the following:

1. GRYPHON is a corporation organized and existing under the laws of the State of Florida. GRYPHON does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liasion Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by US MAIL and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana

by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17TH day of March, 2010.

                                         **THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

[Original signed document on file with the Court]
/s/ Alexander E. Barthet
_____
ALEXANDER E. BARTHET
Florida Bar No. 173126