UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

| | |
|---|---|
| This document relates to: | MDL Case No. 2:09-md-2047 |
| SEAN AND BETH PAYTON, et al. v. KNAUF GIPS, DG, et al. | SECTION: L |
| | JUDGE FALLON |
| Case No. 2:09-cv-7628 | MAG. JUDGE WILKINSON |
| _____/ | |

**DEFENDANT MEDALLION HOMES GULF COAST, INC'S
NOTICE OF COMPLIANCE WITH SUBPOENA TO TESTIFY AT A DEPOSITION IN A
CIVIL ACTION AND SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR
OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant, Medallion Homes Gulf Coast, Inc. hereby gives notice that it has complied with Plaintiffs' Liaison Counsel's Subpoena To Testify at a Deposition in a Civil Action, served under certificate of service dated February 23, 2010, and the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, served under certificate of service dated February 23, 2010. The documents requested in Exhibits A and B have been produced to Scott Weinstein, Esq. of Morgan & Morgan, P.A. 12800 University Drive, Suite 600, Ft. Myers, Florida 33907.

Any counsel wishing to obtain copies of the documents produced should send a written request to undersigned counsel's office.

7013.16026.00209772.WPD V.1

**LEVIN TANNENBAUM**

1680 Fruitville Road
Suite 102
Sarasota, Florida 34236
Telephone:  (941) 308-3157
Facsimile:  (941) 316-0301
Attorneys for Medallion Homes Gulf Coast, Inc.

/s/ Alan E. Tannenbaum
**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@levintannenbaum.com*

/s/ Shane S. Smith
**Shane S. Smith, Esq.**
Florida Bar No. 053130
ssmith@levintannenbaum.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 17th day of May, 2010, this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esq.,** Defendants' Liaison Counsel, **Kerry Miller, Esq.**, Homebuilders' Liaison Counsel, **Philip A. Wittmann, Esq**., and Installers Liaison Counsel, **Robert Voss Fitzsimmons, Esq.**  by e-mail and by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Shane S. Smith
**Shane S. Smith, Esq.**

7013.16026.00209772.WPD V.1

**DEFENDANT MEDALLION HOMES GULF COAST, INC.'S**
**RESPONSE TO SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION**

Defendant, MEDALLION HOMES GULF COAST, INC., (hereinafter "Medallion") by and through its undersigned counsel, hereby responds to Subpoena to Testify at a Deposition in a Civil Action, as follows:

1. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

2. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

3. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

4. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

5. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

6. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

7. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

**DEFENDANT MEDALLION HOMES GULF COAST, INC.'S
RESPONSE TO SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR
OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

Defendant, MEDALLION HOMES GULF COAST, INC., (hereinafter "Medallion") by and through its undersigned counsel, hereby responds to Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action, as follows:

1. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

2. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

3. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

4. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

5. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

6. To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously

produced on March 15, 2010. Defendant reserves the right to supplement this response.

       7.       To the extent that the documents exist or are in the care, custody or control of Medallion, all non-privileged documents responsive to this request were previously produced on March 15, 2010. Defendant reserves the right to supplement this response.

7013.16026.00209772.WPD V.1