IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AL BROTHERS, INC.'S RESPONSE TO THE PLAINTIFF'S STEERING COMMITTEE'S DOCUMENT REQUEST/SUBPOENAS REGARDING INSURANCE DOCUMENTS

Defendant, Al Brothers, Inc. ("Al Brothers"), by special appearance[1] of its undersigned counsel and pursuant to Fed.R.Civ.P. 34, 45 and 26, hereby submits the following objections/response to the two subpoenas, which have by Pretrial Order 24 been turned into a Rule 34 Request for Production and Rule 30(b)(6) deposition, issued by Plaintiffs:

### GENERAL OBJECTIONS

The subpoenas/request for documents are overly broad and burdensome, not limited in time and scope, seek information that is not reasonably calculated to lead to discoverable material, inconsistent with the Federal Rules of Civil Procedure, seek proprietary information, are vague and

---

[1] Al Brothers has been served with a copy of the summons and complaint in Payton v. Knauf Gips, KG et al., Case No. 0907628, and has been responded by special appearance with a motion to dismiss for lack of jurisdiction. It should be noted that this appearance is special, preserving all objections to jurisdiction in Louisiana over Al Brothers. Nothing in this response should be considered as a waiver of its defense of lack of personal jurisdiction.

1

ambiguous, and call for information encompassed by privilege or other exemption from discovery, including without limitation attorney-client, work-product and/or any other applicable privilege or exemption from discovery. Further, neither subpoena is appropriate given that this Defendant has a motion to dismiss this action for lack of personal jurisdiction pending. This Defendant has also filed a Motion for Protective Order regarding these subpoenas and discovery in general concurrent with these objections. This Defendant preserves all other objections.

## OBJECTIONS AND RESPONSE TO DOCUMENT REQUEST

REQUEST NO. 1: Certified copies of any and all documents relative to numbers 1 through 8 of above.

RESPONSE TO REQUEST NO.1:

Subject to the general objections stated above, and without waiving same, Al Brothers hereby agrees to make available for inspection and copying, at a mutually agreeable time, all policies of insurance in its possession, custody or control, responsive to the request, in accordance with Rule 34 of the Federal Rules of Civil Procedure.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing RESPONSE TO THE PLAINTIFF'S STEERING COMMITTEE'S DOCUMENT REQUEST/SUBPOENAS REGARDING INSURANCE DOCUMENTS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

                                  SELLARS, MARION & BACHI, P.A.

                                  By:      /s/ Jeremy D. Bertsch
                                  Florida Bar No.: 0043308
                                  Attorneys for Defendant, Al Brothers, Inc.
                                  811 North Olive Avenue
                                  West Palm Beach, FL  33401
                                  Telephone:  (561) 655-8111
                                  Facsimile:  (561) 655-4994