UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| | * | |
| Sean and Beth Payton, et al. v. | * | |
| Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.) | * | |

### *EX PARTE* SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

COMES NOW defendant, MARIGOLD COURT, LLC, which respectfully represents it requires additional time to respond to the Builder Profile Form but is diligent working to gather the information requested therein. This is the second request for an extension by this party.

WHEREFORE, defendant, MARIGOLD COURT, LLC, prays for an extension of time through and including June 15, 2010 to submit the Builder Profile Form required by the Court.

Respectfully submitted:

/s/ Rusty Savoie_____
RUSTY SAVOIE (LA. #25238)
100 Innwood Dr., Suite B
Covington, Louisiana 70433
Telephone: (985) 249-6800
Facsimile: (985) 249-6006
COUNSEL FOR MARIGOLD COURT, LLC

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, via U.S. Mail and email, upon all parties by electronic transmission via Lexis Nexis File & Serve and that the foregoing was electronically filed with the Clerk of Court via the CM/ECF System, this 17th day of May, 2010.

/s/ Rusty Savoie_____
RUSTY SAVOIE (LA. #25238)