**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| | * | |
| Sean and Beth Payton, et al. v. | * | |
| Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.) | * | |

**ORDER ON SECOND MOTION FOR EXTENSION OF TIME
TO SUBMIT BUILDER PROFILE FORM**

Considering the Second Motion for Extension of Time to Submit Builder Profile form filed on behalf of Defendant, Marigold Court, LLC;

Defendant, Marigold Court, LLC, is HEREBY granted through and until June 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this _____ day of May, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE