UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

*EX PARTE* MOTION FOR EXTENSION OF TIME
TO FILE REPONSIVE PLEADINGS AND SUBMIT BUILDER PROFILE FORM

COMES NOW defendant, ANTHONY F. MARINO GENERAL CONTRACTOR, LLC, which respectfully represents it requires additional time to respond to the Builder Profile Form but is diligent working to gather the information requested therein.  This is the second request for an extension by this party.

WHEREFORE, defendant, ANTHONY F. MARINO GENERAL CONTRACTOR, LLC, prays for an extension of time through and including June 15, 2010 to submit the Builder Profile Form required by the Court.

    Respectfully submitted:

    /s/ Rusty Savoie_____
    RUSTY SAVOIE (LA. #25238)
    100 Innwood Dr., Suite B
    Covington, Louisiana  70433
    Telephone:  (985) 249-6800
    Facsimile:  (985) 249-6006
    COUNSEL FOR ANTHONY F. MARINO
    GENERAL CONTRACTOR, LLC

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, via U.S. Mail and email, upon all parties by electronic transmission via Lexis Nexis File & Serve and that

the foregoing was electronically filed with the Clerk of Court via the CM/ECF System, this 17th day of May, 2010.

/s/ Rusty Savoie_____
RUSTY SAVOIE (LA. #25238)