UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION:  L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

**ORDER ON SECOND MOTION FOR EXTENSION OF TIME
TO SUBMIT BUILDER PROFILE FORM**

Considering the Second Motion for Extension of Time to Submit Builder Profile form filed on behalf of Defendant, Anthony F. Marino General Contractor, LLC;

Defendant, Anthony F. Marino General Contractor, LLC, is HEREBY granted through and until June 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this ____ day of May, 2010.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE