UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| ALL CASES | |
| | MAG. JUDGE WILKINSON |
| _____ / | |

### EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' RULE 34 REQUESTS AND INCORPORATED MEMORANDUM OF LAW

COMES NOW, by and through its undersigned counsel, RJL DRYWALL, INC. (hereinafter "RJL"), fully reserving any and all defenses, and hereby respectfully moves this Honorable Court for a twenty (20) day extension of time to respond to Plaintiffs' requests for documents on the following grounds:

1. On or about March 26, 2010, Defendant RJL was served with a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action in the above-captioned case.

2. On April 27, 2010, this Honorable Court entered Pre-trial Order No. 24, which provides, in part, that subpoenas served upon an entity that is a party to a pending MDL case would be treated as document requests served pursuant to Rule 34 of the Federal Rules of Civil Procedure.  Pre-trial Order No. 24 further provides that the responses to such subpoenas, now treated as Rule 34 requests, are due within twenty (20) days of the date of the Order or thirty (30) days after service of the subpoenas, whichever is later in time.

3. Defendant RJL's responses to Plaintiffs' Rule 34 requests are now due on or before May 17, 2010.

4. The undersigned has been working diligently to obtain all information necessary to respond to Plaintiffs' requests. Additional time is necessary, however, to comply with Plaintiffs' requests.

5. Defendant RJL, therefore, requests an extension of time, through June 6, 2010, to serve its responses to Plaintiffs' Rule 34 requests.

6. This extension will not prejudice any of the parties, nor will it delay the proceedings. Defendant RJL has not previously requested an extension of time to respond to this discovery.

7. This Honorable Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, RJL DRYWALL, INC. moves for an order granting it an extension of twenty (20) days, through and including June 6, 2010, to file its responses to Plaintiffs' Rule 34 document requests.

Respectfully submitted,

By: /s/ Kieran F. O'Connor
KIERAN F. O'CONNOR, ESQUIRE
Florida Bar No. 896829
koconnor@ogdensullivan.com
DEREK J. ANGELL, ESQUIRE
Florida Bar No. 73449
dangell@ogdensullivan.com
OGDEN, SULLIVAN & O'CONNOR, P.A.
111 North Orange Avenue
Suite 850
Orlando, Florida 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
*Attorneys for Defendant RJL Drywall, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

/s/ Kieran F. O'Connor

Kieran F. O'Connor, Esquire