# Exhibit "A"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

## Amended Exhibit "A"–Additional Plaintiffs
## Named in Plaintiffs' Omnibus Class Action Complaint (I)

1100 Valencia LLC
1Gerica, Ramona
Abbott, Carl D. And Adele
Abiega, Elisa
Aboulafia, Steven
Acadia II Condo c/o Russell Foti
Aceto, Anthony/Manevich, Ida
Acevado, John
Acosta, Amparo
Acosta, Carlos
Adams, Candace H
Adams, Edward, Entrust IRA SW
    Florida for IRA #56926
Adams, John and Andrea
Adams, Kevin
Adams. David Creston and Frances
Carolyn Box
Adaniel, Jesue & Amy
Adcock, Jerald/Melissa
Adhin, David and Perlene
Aguilar, Eleanor
Akers, Christine & Robert
Alava, Alicia
Albano, Carol
Albert, James & Mariamma
Alcindor, Nevinsthon & Marlen
Alexandre, Dieuseul and Marie
Alfonso, Cindy
Alford, Edgar & Rita
Allard, John C.
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Brookman/Carolyn
Allen, Kennith & Cora
Allen, Patricia S.
Allen, Shane and Nicole
Almeida, Jeff
Alonzo, Judy
Alvarez-Farre, Emilio and Martha
Amato, Dean and Dawn
Amaya, Jose/Hernandez, Reina
Ambroise, Donald
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ames, Vickie H.
Amey, Tim and Nellie
Ammirato, Salvatrice, Thomas J.
    and James E.; and Marie A. Latoff
Ammons, Dana and Rick
Ancira, Chris and Lilah
Anders, Thomas G. And Nicole P.

Andersen, James and Elizabeth
Anderson, Mark and Jamie; and
Jearl and Betty Sasser
Anderson, Samuel
Anderson, Shawn and Victoria
Andrade, Sean & Katie
Andreason, Grant and Patricia
Andreoli, Robert
Anglada, Mark
Anglada, Mark
Anise, Maikel & Karen
Anton, Kevin and Joann
Antoni, Barry and Marilyn
Arango, Oswaldo
Araujo, Marcos
Arbelo, Luis and Fatima
Arcese, John and Mary
Archer, Steven and Anja
Areces, Miguel and Jacqueline
Aria Properties, LLC
Arias, Evelyn
Arias, Mirtha
Armstrong, Clayton and Amy
Armstrong, David and Bonnie
Armstrong, Richard John and
Virginia Shelley
Arnaud, Lester and Catherine
Arnold, Lee and Maureen
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Ashley, Tatiana and Travis
Ashmore, John Britton
Athouriste, Herold and Gauty
Atkins, Lynard
Atkinson, Christopher and Kristin
Atkinson, William
Auerbach, Suely
Auger, Jerry and Susan
Austin, John
Avalon Preserve Condominium
Association, Inc.
Avello, Daniel and Isbel
Awadallah, Mazen
Awalt, Donald/Awalt, Tatiana
Axelrod, Leonard and Rivka
Co-Trustees of The Leonard and
Rivka Axelrod 2007 Revocable
Trust
Ayers, James and Leona
Aymerich, Jason
Bache, Alan, Charlotte Fuller &

Michael Messner
Badchkam, Annette
Baez, Dava Lucherini
Baggiero, Alan and Dena
Baginski, Andrea
Bagley, Gerald
Bahl, Ashima
Bailey, Gary and Kristi
Bailey, Georgia and William
Bailey, Robert and Anne
Bailey, Vickie deceased, Gale
    Dixon, personal representative
Baker, Garry/Lynn
Baker, Joseph and Brittany
Baker,Adrianna Townsend
Balan, Kirenia and Jorge
Balassone, Arthur and Barbara
Ballard, James Monty and Suzanne
Ballard, Mildred
Bank Plus/Mercado
Banks, Jeremy and Carla
Banner, William and Kitty
Barbert, Reginald V.  and
    Maria Mathis
Barcia, Aurora
Barker, Marion Knox
Baron, Allen
Barone, John and Heather
Barragan, Fernando & Barbara
Barranco, Johnny
Barreca, Antoine and Nicole
Barreca, Corinne
Barrett, Larry Van
Barrios, Orlando/Escalona, Amarilis
Barrios, Reggie
Barrow, Clarencea nd Marion
Barry, Scott and Judy
Bartels, Kerry & Marie
Bartholomen, Alexandra and Craig
Bashein, Joyce
Batteau, Michael and Jennifer
Battista, Leo--c/o Louis Battista
Baudier, Monette
Beard, Marilyn
Beasley, Austin and Betty
Beauvilet, Jean Louis
Becker, Larry and Robin
Bel Burgo, Carlos and Leonor
Bel Sole Condominium Association
Belfiglio, Mark
Bell, Gerald and Helen

1

Bello de Bachek, Nilda
Belson, Luydmila
Benesch, Paul
Benjamin, Jack and Claire
Bennett, James and Barbara
Bennett, John F. & Mary
Bennette, Lillie & Joseph
Benullis, Stephen and Michelle
Berman, Seth and Ginger
Berra, Dale and JaneWoodruff
Henry and Nancy Woodruff
Berson, Gloria and Fuhrman, Keith
Bertram, Beresford and Theresa
Bertucci, Ronnie and Wendy
Besson, Ellen and Michael J.
Bettencourt, Virgil and Mary
Beverly, Martin and Erika
Bicehouse, Daniel and Tracy
Bidigare, Susan
Bienemy, Eric and Gina
Billy, Ronald/Tabitha
Bilski, Walter and Tracey
Birnbaum, Scott and Mary
Bishop, Brian
Bissoon, Suresh and Oma
Bizarro, Julio
Blackhawk Reserve JV/Regency
Constructors, LLC
Blacklidge, Rhonny
Blalock Seafood c/o Peter Blalock
Blanco, Christopher and Cristina
Bloom, Andrew and Ina
Bo, Theresa
Bobinger, Lisa McQueen and
Brandie
Bobrow, Scott and Cheryl
Boersma, Kenneth and Victoria
Boggs, Gary L. and Penelope D.
Boham, Keith and Allison
Bolden, Thomas/Smith, Monica
Bolton, Wade and Robert Raynor
Bolyard, Christopher and Rachel
Bonamour, Mikea nd Deborh
Bonamy, Robert David, Jr. and
Jennifer Ann Bonamy
Bond, Arthur A. and Marilyn J.
Bongiorno, Salvatore and Arlene
Bonnecarrere, Wavi Lee
Bontu, Prakash R. and Rupa
Boothe, Neil
Boquet, Edwin
Bordy, Agnes
Borgardt, David & Kathy
Borges, Haroldo
Borkowski, Julie and Stephen
Borne, Carol
Borodiak, Ivan

Borrello, Donna M./Thomas W.
Stallings
Bosarge, Deborah
Botterill, Thurburn & Caroline
Bouanchaud, Janine
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Bryan & Sandy
Bourgeois, Jason and Felicia
Bourgeois, Richard and Gail
Boxe, Kevin and Roxann
Bradford, Deborah
Bradley, Jimmy and Louise
Brady, John and Joann
Brady, Michael and Barbara
Braithwaite, Judy
Brand, Maryann
Brandolino, Rose
Brandt, Sherolyn V.
Braun Enterprises
Braun, Michael and Ilana
Braun, Steve and Helen
Bravo, David and Cossette Llanes
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Brereton, Matthew
Bretzman, Carl Jr and Amanda
Additional Occupants: Trey (son
10); Brandon (son 6); Kassidy
(daught-1)
Bridges, Paul E. and Marie J.
Bridges
Briscoe, Hopeton
Brito, Juan
Brittain, James and Caroline H.
Brogdon, Carl and Stacey
Bronaugh, David and Heather
Brooks, George
Brotbeck, Charles and Sandra
Brown, Ada and Hillary
Brown, Dorene
Brown, Faith
Brown, Habdon and Carla Joseph
Brown, Judalyne Brown
Brown, Ronald T. & Marilyn
Bruce,Jamie and Erick and Larry
Lunsford
Brumfield, Ollie and Andreienne
Bryant, Robbie and Lizabeth
Bryda, Louis and Karen
Brynn, Gerald E./Betty J. Brynn
Buckingham, Keith/Fasenda, Jose
Buckley, Brenda
Buckner, John
Bunn, James & Michele
Burgess, George and Karen
Burgos, Philip and Robbin

Burke, Jules and Barbara
Burke, Thomas & Mona
Burkman, Ken and Rosi
Burns, Robert E.
Burrus, Jordan
Burt, James and Janie
Burzotta, James and Rita
Bush, Charles and Judy
Bustamante, Jaime and Lynda
Guzman
Butler, Hilliard and Sheral
Butler, James and Joycelyn
Buxton, Darren and Tracy
Byrne, Gertrude
Caballero, Talishia
Cahill, Thomas and Susan;
Lengemann, Robert and Mary
Caliguirie, Jacob
Caliper Capital of Florida, LLC
Callahan, Donald and Joanna
Calvo, Jeannette/Martinez, Tyrone
Camastro, Francesco and Georgina
Cameron, Christine
Caminita, Jennifer and Frank
Cammarata, Louis and Michele
Camp, Michael
Campanelli, Larry and Karen
Campbell, Ann Marie and Andre
Campbell, Daniel and Joan
Campbell, Janet Olive, as Trustee of
the Bryan Olive Trust U/W July 12,
2006
Campbell, John
Campola, Patsy and Maureen
Canciglia, Michael/Runda
Candela, Hilario
Cannestor, Michael and Enny
Cannistraci, Darlene
Canty, Honore and Elaine
Capizola, Edith
Caputo, Mark and Lisa
Carambat, Jr., Joseph
Carbone, David and Rachael
Cardenas, Albert and Lidelis
Carillo, Lou and Marge
Carlin, Charles and Yvonne
Carr, Craig/Windsor, Jill
Carr, Patrick E. Jr.
Carraway, Richard T/Linda
Carraway
Carrion, Kathy
Carter, Alexis and James
Carter, Daniel
Carter, Jack Jr.
Carter-Smith, Jill
Caruso, Leanard and Cheryl
Carvajalino, Carlos
Case, Ronald and Frank

Casey, Hugh
Cash, Charles and Barbara
Casper, Bruce and Barbara
Cassagne, Jordan and Brande
Cassanova, Filberto
Cassard, Jesse and Angela
Castaneda, Juan Carlos
Castillo, Alexis
Catalano, Pete and Annett
Catalano, Thomas and Faye
Catalogna, Michael and Phyllis
Cathcart, Carolyn
Caudle, Annie
Cavalieri, John and Jennifer; and
    Simoni and Candece Cavalieri
Ceglio, Carmine and Donna
Ceminsky, Gerald and Margaret
Cerna, Fernando and Cristina Jones-
    Cerna
Ceruti, Ronald and Sharon
Chadwick, Mark W.
Chanderdat, Jairaj and Taijrance
Chandler, John Eric
Chandler, Leslie and Shamel
Chandra, Shalini
Chaney, Wesley M./Shelia D.
    Chaney
Chapados, Rene and Pierce, Lonnie
Chaplin, David and Arlen/c/o Evan
    Seif, Esq.
Chapman, David and Denise
Chapman, Duane & Sarah
Chapman, Patrick & Elizabeth
Charles, Frantz and Damaris Paulin
Chatman, Funell and Gail
Chavin, Valerie/Shmuely, Rami
Chavous, George and Lorene
Cheeran, David C. and Mary
Chery Jean-Robert and Presina
Chester, Cheryl/Fischer, Donald
Chiappetta, Kevin and Karen
Chiarelli, Zopito and Palma
Child, Quinn and Cheri
Childress, Patricia
Chladny, Ray and Stafford, Debbie
Chowdhry, Pervaiz
Christensen, Richard W., Revocable
    Trust and Linda M. Christensen
    Revocable Trust
Christian, Firdie and Deyse
Christian, Kevin
Christiansen, Jamie Weber
Chrusz, Ryan and Kelli
Chutz, Lily Rose
Cianfrini, Jerry
Ciaramitaro, Dominic
Cindrich, Jeffrey and Tamara
Cintula, Theodore

Clague, Randy and Lisa
Clark, Charles E.
Clark, Jason
Clarke, Glen
Clarke, Michael and Peggy
Clarke, Roger
Clarkson, Arthur, Administrator of
    the Succession Of Mary Clarkson
    DeArmas
Clay, William and Wendy Cook[
Claybaker, Richard W. and
    Klingsick, Judith D
Clement, Paul and Schexnaydre,
    Celeste
Clouse, Ronald and Eileen
Coats, Chuck
Cohan, Bradley
Cohen, Carol
Cohen, Elizabeth
Cohen, Jan and Michele
Cohen, Richard
Colby, Richard and Susan; Jordan,
    Nathan and Nickens, Florette
Cole, Harley and Brenda
Coley, Bryan and Harmony
Collepardi, Frank and Catherine
Collignon, Robert
Collins, John and Brenda
Conner, Virginia
Conrad, Formica/Fayard, Crystal
Conroy, John & Sandra
Constantino, Anthony and Iraida
Conte, Margaret Ann
Coogan, Kevin and Stella
Cook, Thomas and Martha
Coombs, Donald
Cooper, Andy
Cooper, Herbert "Kit"
Cooper, Jon and Sondra
Cooper, Obadiah/Lakeisha Cooper
Coords, Maria
Copeland, Justin and Kelly
Coplin, Jose and Mercedes
Corcos, Menashe and Robin
Cordier, Gregory and Jean
Corell, Robert and Angela
Corley, Kyle & Lorie Szymela
Cornwell, Burl and Sondra
Corr, Thomas Leo, III
Costoya,, Armando and Ileana
Costoya, Jose and Maria
Cotlar, Sideny & Diane
Cox, Donnis P. and Thomas
Cox, Maria and Robert Shane
Cox, Shawn and Lisa
Craig, Bill and Jill
Craig, Brandy & James
Cramer, David and Denise

Crane, Jimmy
Crawford, Dawn and Scott
Crawford, Gary & Linda
Crawford, Michael and Daniel
    Richter
Crawford, Monique and Elaine
    Shand
Creech, Raymond D. and Corrye
Crispino, Peter and Mary Ann
Cronin, William and Margaret
Crosby, Patrick and Jennifer
Csakanyos, Renata and Antal,
    Gyorgy
Cucci, Jacqueline
Cuddapah, Prabhakara and
    Ramathilakam
Cuellar, Javier and Echeverri, Laura
Cuevas, Marvin & Angela
Cullin, Thomas and Delcie
Culpepper, Jonathan and Cindy
Cummings, Barrington/Brown,
    Annmarie
Cummings, Mark
Cuningham, Eddie
Cunningham, Dennis and Susan
Cunningham, Jean
Curcillo,Cynthia as attorney-in-fact
    and next friend of Ann Curcillo
Curthards, Nicholas
D'Agresto, Lewis and Marcia
D'Ambrosio, Angelo and Deborah
D'Ambrosio, John and Pamela
D'Amico Michelle and Daniel
D'Angelo, Mara & James
D'Loughy, Daniel J.
Dabalsa, Ricardo
Dacosta, George
Dalmage, Dilworth & Hyaciinth
Daly, Patricia and Kimberly
    Schrank
Daniel, Michael & Monica
Daniel, William E. and Grace E.
Daniels, Kimberly Carroll
Daniels, Rita
Dano, Robbin
Darden, Reggie
Darmodihardjo, Denny and Tammy
Dauterive, Valliere, Margaret and
    Savoy, Ann Dauterive
David, Tony and Bethany
Davidson, T. Blake
Davis, Bill and Nancy
Davis, Jesse
Davis, Matthew and Tricia
Davis, Michael and Santagata, Paul
Davis, Wendell and Maritza
Davy, Christopher and Amy
De Los Santos, Rosibel and Brian

3

Deakins, John and Beverly
Deane, Robert and Lois
Deano, Madeline T.
DeBenedictis, Frank & Deborah
DeCambre, Nadine and Pansy Bell
Decker, Enid and Harriet
Defalco, John
Defusco, Rob
Deitsch, Erik and Elizabeth
Dejan, Charlotte
Dejan, Leroy and Ann
DeJesus, leslie
Del Torro, Gilbert and Zamira
Delbusto, Barbara
Delgado, Johnnie and Aimee
Delpapa, Pamela
Demers, Jeffrey and Audra
Dempsey, Timothy and Kevin
    Trustees of Agnes G. Dempsey
    Revocable Trust
Denkhaus, David and Diane
Dennis, Jack, Jr. and Sabrina
Dennis, Patrick and Kathleen
DePirro, Stephen
DePompa, Angelo and Bianca
Derzhko, Miroslav and Jaroslawa
    Dzyndra
DeSola, Nick and Heather
Despino, Jason and Brandy
Despote, Eddie & JoAnn
Desrosiers, Marie
Deutsch, Hunting and Mary
DeVita, Gerard and Ellen
Dew Five, LLC, c/o Richard &
    Gilda Podber
Dewberry, Patricia
Dharamsey, Shabbir
Dhawan, Ajay and Ritu Chada
Diallo, Alfa and Molero, Karla
Diamond, James and Heidi
Diaz, Fernando
Diez, Mr. Douglas (agent/member
    and Pelican Point Properties,
    L.L.C.)/Pelican Point Properties,
    LLC
DiFillipo, Steven and Kathleen
Dileo, Carl
DiMaggio, Juanita
Dinitto, Patrick and hevanilson
    Magalhaes
Dion, David and Parks, Eunice
Dishauzi, David
Dishauzi, John and Rose Marie
Dobbins, Margaret & Glenwood
Doby, Brenda
Dodge, Beverly
Doering, Paul
Dolinsky, Chanel

Dominguez, Antonio and Zeneida
Donaldson, Malcom & Kelli
Donlon, Barnaby and Martina
Donnelly, Jerome and Daphine
Donnelly, Paul and Carrie Westphal
Donston, Cubby
Dontje, Mark and Katherine
Doran, Candy
Doreus, Gerta
Doria, Vincent and Mary
Dorsey, Glenda F.
Dowdy, Alfred and Joyce
Dowling, D.J. and Andrea
Doyle, Theodore & Brenda
Drake, Walter L.
Druand, Pedro and Alice
Dube, Tim and Laura
Dugan, James and Kathleen
Duggins, Bruce and Maria
Duhon, Christopher and Kimberly
Dukes, Donald
Dunbar, Jean
Dunne, Cahal
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Duval, Jean and Marie Jacquet
Dye, Eileen
Dykes, Kathleen and Leroy
Earnest, Matthew Brent
Ebersole, Maria/Architectural
    Alliance Holdings, Inc.
Edelman, Michael and Francine
Edmonds, Johnny Lee and Susan
Edmondson, Willie and Margarita
Edwards, Curtis and Kristine
Edwards, Cecile
Edwards, Trenice
Effron, Roger and Salley
Efries, Nathan and Patricia
Egan, Michelle and Giancario Lee
Eisenfelder, Scott and Jilea
Eleuterius, Marshall and Tasha
Elkins, Joseph
Elliot, Dezman
Elliott, Rogert
Elliott, William & Mary Ann Fryc
Ellis, Rayford H. And Kristin Lyn
    Ellis
Elmore, Lillian
Elmurr, Johnny
Elorriaga, Mikel
Elsenberg, Brian and Lauren
Elzein, Hassib
Emerald Greens at Carrollwood,
    LLC
Enslen, Sr., Robert G.
Enyart, James and Constance

Epstein, Kim
Eskenazi, Anna and Mark
Esmail, Nasim
Espinal, Joseph and Fabiola
Espino, Julio and Evangelina
Ess, Thomas and Judith
Estadt, Barry and Jean
Esteves, Jose
Etter, Steve and Cathy
Etzel, William Todd and Rebecca
Eubank, Richard
Evans, Cynthia Kay
Eze, Joann
Ezekiel, James David & Suzanne
Faber, Fred and Irene
Fairburn, Tom & Cherie
Fairley, Billy and Mary
Fairley, Donald Larry and Helen;
    and Margaret Sarin
Fairley, Robert and Barbara
Falke, Kenneth & Maureen
Fallmann, James & Barbara
Fandetti, John and Maria
Farmer, Sherry
Farve, Beverlie
Fasano, Jack
Fath, Tom
Fayard, Amanda
Fazande, Dwayne and Latanja
Fechik, Deborah and Stacker,
    Edwin
Feeney, Fred and Susan
Feinberg, Manley and Diane
Feler, Svyatoslav/Smolyanskaya,
    Yelena
Felicetti, Steven & Gayle
Fellows, David
Felton, Kerturah
Ferguson, Howard and Anna
    Catherine
Ferguson, Kejuana and Livingston,
    Jr.
Ferguson, Lee and Melinda
Fergusson, Monica
Fernandez, Damian
Fernandez, Jorge and Michelle
Fernandez, Jose and Lissette
Fernandez, Vernon and JoAnn
Ferraro, Brenda and Lee
Ferrell, John
Ferri, Albert and Francine
Feuerberg, Bryan and Emily
Field, Theodore and Leslie
Fifteen B's, LC/Bruce,
    Isaac/Santangelo Carl
Figueroa, Kathryn
Finch, Jerry
Finch, Joan

Fincher, Randy and Becky
Finke, Margaret c/o Castillo, Ronda
Firmani, Terry Lee
First East Side Savings Bank
Fischer, Dirk & Svetlana Fisher
Fisher, Steve and Corrinn
Fitz-Patrick, Michael/Karen/KSK
  Investment Group, LLC
Fitzmorris, Mireille McLain
Flaherty, Sean
Flanagan, Barbara C. & John
  Bowman
Flanagan, Jane
Flanagan, John and Mary
Flattmann, Grady and Laura
Fleck, Joe
Fleming, Alan
Fleurantain, Toussaint and Bernite
Flores, Julian and Nathalia Cora
Floyd, Leroy and Bernadette
FMY Ventures, LLC
Fodor, Amy and Angelo
Fogle, James & Tecquinette
Foote, H. David
Forbes, William and Mary Lois
Ford, William and Melanie
Formice, Conrad
Forrest, Adrian and Wendy
Forrester, Ronald, Power of
  Attorney for Tommie Jean
  Forrester
Foster, Katherine
Fothergill, Zen
Fowler, David and Martha
Fox, Edwin and Lisa
Foxwell, Craig Philip and Linda
Frais, Berenise and Sherley/Frais,
  Jonah
Franatovich, Mitchell J.
Frank, David and Catherine
Frank, Stephen and Susan
Frawley, Don and Amy
Frazier, Larry and Dorothy
Freeland, Andrew and Emily
Freeman, Curtis and Jessica
Frenchman, Beth
Frenz, Ray and Barbara
Frew, Brian and Susannah
Fuchs, Steven
Fuentes, Rolando and W. Annia
  Marquirez
Fulks, Bonnie and Richard
Fuqua, Kelly E.
Gagnard, Gary
Gaita, Gina (Promenade)
Galatas, Bernadette
Gall, Earl and Gywnn
Gallo, Louis

Gallotta-Dimassi, Cheryl
Galloway, James and Cynthia
Galloway, Jason and Deborah
Galluci, Gary/Patricia
Galluzzi, Joseph and Heather
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Gandhi, Shailesh and Hemangini
Gant & Shivers Homes, LLC
Ganucheau, Renee
Garcia, Gabriela
Garcia, Jesus/Fernandez, Julio
Garcia, Lorena and Angela
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Gardner, Francesca and Brian
Gardner, Winston and Joyce
Gareave, Sterling and Jean
Garrett, Philip & Courtney
Garrett, Roger
Garton, Timothy
Gascon, Ed
Gatlin, David and Jodi
Gatto, Charles
Gaussiran, Maxi
Gay, Diana
Gaynor, Peter and
  Tracy/Ackerman,Lillian
Gazzal, Joseph and Candace
Gazzier, Neoma
Geensburg, Cary and Patricia
Geissler, Arthur and Sherry
Geloso, Guiseppe and Rosa; and
  Roberto and Lina Mosca
Gels, Daniel and Michelle
Genoune, Meir and Esther
Genovese, Karen
George, Christopher and Natalie
  Vacca
George, Faith
Geraci, Vincent & Joan
Gesualdo, Domenic and Darlene
Ghafari, David
Ghate, Bageshri andDilip
Gibbs, Michael Ray and Eileen
Giffoni, Carlos and Ana
Giggey, Richard and Linda
Gilbert, Tony & Ann
Gilberti, Jeffrey and Chrissie
Gill, Russell and Ashley
Gillane, William and Maureen
Gillard, Rudean
Gillespie, Thomas J.
Gilligan, Brian and Carina
Gimenez, Adriana
Glaum, Leroy and Virginia
Gleason, Herman and Deborah

Glewa, Garrrett
Glick, Brad
Glickman, David and Joan
Glover, Bonnie J. And Craig
Gobos, Peter V.
Godwin, Pamela and Jack
Godwin, Richard and Bridgette
Goldblum, John and Shirali, Asmita
Goldstein, Samuel and Denise
Goldstein, Cindy
Goldstein, Marh and Nina
Gomez, Alfredo/Sylvia
Gomez, Axel and Nicole
Gomez, Gerogina
Gonzales, Angela and Saul
Gonzales, Nina
Gonzalez, Adalberto and Annette
Gonzalez, Dolores
Gonzalez, Hender and Kathrine
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gonzalez, Omar, Victoria and
  Miriam Velez
Gonzalez, Reinaldo and Kariana
Gonzalez, Roberto/Rivera,
  Fernanda
Gonzalez, Victor/Socarras, Yelene
Gonzelez, Oscar
Goodspeed, Jeff and Tracy
Goodus, Richard and Jane
Gopal, Renganathan & Induleisha
Gordon, RoseMarie
Gordon, Russell and Judy
Gotreaux, Dustin & Korie
Gottlieb, David and Lindsey
Gottlieb, Howard and Marilyn
Gottlob, Alan and Toni Ann and
  Melchiorre, John and Barbara
  (Tenants in Common)
Gottung, Douglas and Dolores
  Florio
Grace, Khadijeh
Graham, Marlene and Jay Russell
Graham, Michael/Dayton, Glenn
Graham, William and Martha, Betty
  M. Harrod Trust for the Benefit
  of Martha H. Graham Under the
  Betty M. Harrod Trust
Grajales, Beatriz
Grant, Olga and Ralph
Grasmeier, John and Marie
Graves, Chance Rio and Miriam
Greco, Vincen
Green, Colin and natasha
Green, Jeffrey and Michelle

5

Green, Vaneen

Green, William and Jamie

Greenberg, Jason and Susan

Greenblott, Charles

Greene, Craig and Kristin

Greer, Matthew & Olivia A.

Greever, Jeanne

Gremillion, Paul and Andrea

Griffith, Alan & Zoe

Griffith Richard and Olga

Griffiths, Lilly C. Gaye

Grippa, Vincent and Virginia

Gritter, Joseph and Catherine

Groce, Sue H.

Groom, Richard and Pamela

Gropp, Terry/Hilary

Grote,Joe and Janet/Danielle K and Julia Ruth Grote

Grundvig, Arlen & Brooke

Guerra, Darlyn

Guerrazzi, Diego & Magaly Nano

Guerrera, Anthony and Debbie

Guerrero, Nelson and Gretty Mendoza

Guidry, Christopher and Jerene

Guidry, Richard and Amy

Guillory, Gregory and Cynthia

Guillot, Eno and Frances

Gulf Reflections Condo Assn

Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett

Gumina, Frank and Rosemarie

Gumpert, Melvin and Shirley

Gurley, James F.

Gutierrez de Garcia, Jose and Maribel

Gutierrez, Victor and Bibiana

Hafeez, Muneer and Khalida

Hagmaier, Ray & Dyana

Haiman, Phillip

Hajela, Kuldeep and Karuna

Hakenjo, Candace and Todd

Hall, Eric

Hall, John and Denise

Hamilton, Wayne

Hammersley, Philip and Susannah/Watt, Dana and Kelly

Hamrick, Rebecca

Hand, Lincoln & Mimi Wade

Hansen, Curt and Carrie

Hansen, Deborah

Hanson, Rene

Haralson, Tommy and Sandra

Harbour, James and Jennifer

Harikrishnan, Sundaram and Jeeva

Harkins, Rochelle Frazier

Harmer, David and Heidi Kay

Harmon, Dennis and Nancy

Harper, Robert D.

Harrell, Jason & Melissa

Harris, A. Brent & Judy

Harris, Anthony Richard

Harris, Hugh and Elizabeth

Harris, Norman and Corliss

Harrison, George

Harrison-Wiley, Adria

Hart, Jesse and Sheila

Hartfield, Linda and Robert

Hartley Trust, Loren C.

Hartmann, William/Karen

Hartz, Charles and Joy

Hary, Michael/Sarah

Hatcher, Brian and Amanda

Hatten, Gabriel

Hatzokos, Aris and Angela

Hawkins, Robert and Melissa

Haworth Holdings, LLC

Hay, Robert and Maria

Hayek, Michael and Hensley

Hayes, Brian D.

Haynes, Elvis and Carol

Hayre, Harbhajan

Hebert, Deborah

Hebert, Loney and Vickie

Heck, Joshua and Kelly

Heckman, Gary and Hall, Katherine

Heller, James and Barbara

Helm, Melina and Brandon

Helmkamp, Christopher and Zivile

Henderson, Linda

Henry, Frank

Henry, Michael and Joanne

Hensley, Donna

Henson, James Meredith

Herbert, Jason and Shanique

Herbert, Ken and Margot Foglia

Hernandez, Cynthia and Pedro

Hernandez, Divaldo and Migdalia

Hernandez, Ernest

Hernandez, James (Tripp) and Sherri

Hernandez, John and Diane E.

Hernandez, Jose & Concepcion

Hernandez, Marla

Hernandez, Nicolbe & Sepia Reid

Hernandez,  Ramon L. Rivas  and Nilda Vega Bermudez

Hernandez, Tatum and Charlene

Herrera, Vincente and Maria

Hertel, Larry and JeAnne

Hewitt, Margie

Hick, Todd

Hickey, William

Hidalgo, Tony and Sidney

Hidalgo, Tonya and Sidney

Hierholzer, Brian and Meena

Hill, Chris

Hiller, Billie

Hitt, James and Tammy

Hoagland, Lawrence and Ann

Hochman, Todd and Michelle

Hodge, Debra

Hoffman, Marvin and Dorecia

Hogan, Barbara

Hogan, Christopher & Kristen

Hogan, Rober J. and Joanne

Hoit, Charles and Leta

Holder, David

Holland, Diane

Holleman, Timothy and Lisa, (individually and on behalf of their minor child, Matthew Holleman)

Holley, Charles and Heidi

Holliman, Jimmy & Debra

Holmes, Christine M.

Holmes, Elena

Hontzas, Betty

Hopkins, Terrell and Raeshonda

Hopper, Dean and Dena

Horton, Jamie and Kimberly

6

Horvit, Adam and Marilyn
Howell, Michael, Susan and Ralph
Hueston, Debra
Hovis, Michelle
Howard, Agnes and Terril, John
Howard, Cynthia
Howard, Evelyn
Howard, Hillary K.
Howard, James and Carol Binion
Howard, Walter and Juliette
Hoyos, Hernan
Hubbell, Wendy/Cimo, Christy
Huckabee, Harold
Huckaby, Brian
Huckaby, Michael and Jennifer
Hudson, Adam
Hudson, Arthur and Linda
Hufft, Val and Audrey
Hulsey, Charles and Sarah
Hunter, Stephen and Patricia
Hunter, Thaddeus L. & Pamela R.
Hurley, Harry/Rosemarie
Huzey, John/Brennan, Chun
Iannazzi, Ronald and Florence
Igercich, Richard
Igl, Patrick
Inglis, John and Luella
Insco, John and Ruth
Investment Leaders, LLC
Ivory, James and Mariamma
J. H. P. W., LLC
Jackson, Anthony and Ruth
Jackson, Douglas
Jackson, Leonard and Juliet
Jackson, Ronald
Jackson, Senora B.
Jackson, Stephen and Graciela
Jackson, Steve and Pam
Jackson, Valerie
Jacobsen, Kevin and Rhonda
James, Janelle
James, John and Imie
Janssen, Richard/Tamara
Jaquez, Frank
Jaramillo, Consuello and Martinez, Ana

Jarrell, Chad and Darlene
Jarvin, Francis and Kathy
Jaspers, Peter
Jastremski, Florence
Jeannot, Welcemen & Kathleen
Jendersee, Melvin and Gloria; and Cary Jendersee
Jerone, Victor
Jesus, Manuel and Liliane
Jimenez, Camilo and Lisa
Jioia, Robert and Lori
JJ Hill, Brace & Limb Co.
Joachim, Ronald
Johnson, Charles and Molly
Johnson, Christopher & Loray
Johnson, Christopher Brett
Johnson, George and Millicent
Johnson, Michael and Janet
Johnson, Paul and Patricia
Johnson, Paul and Caron
Johnson, Steve and Knoth, Mark
Johnson, Dr. Scott Raymond
Johnston, Jerry and Linda
Johnston, Victoria
Jones, Charles and Myrna
Jones, Gail
Jones, Roosevelt and Green, Barbara
Jones, Jr., Roy and Carol
Jones, Steven and Jessica
Jordan, William
Joseph, Booker & Brenda F.
Joseph Fernandez Additional Occupants: Megan Cobb (fiancé)
Joseph, Kesnel and Francine
Joseph, Mark and Jody
Josephson, Anthony and Philomin
Judge, Richard
Julian, Marcelo and Maria
Kalish, Joshua and Martin
Kallas, John & Katherine
Kampf, Richard and Patricia
Kapit, Arthur and Michelle
Karaian, George and Bernadette
Karl, Peter and Donna
Karp, Herbert
Kasakowski, Lawrence C. and

Diane Kelly Wonderlick
Kasl, Paul and Melody
Kata, Carlos/Carolina
Katherine Dutten Wallace Trust
Kaufman, Jeffrey M. and Linda G.
Kazor, Joseph and Patricia
Kee, Michael and Pamela
Keenan, Brian and Shannon
Kehoe, Molly
Keller, Brad and Kerry
Kelly, Francine M.
Kelly, P. Clarke and Kathy  G.
Kenney, Catherine and Danny
Kent, T. Jack
Kern, Kevin Mark
Kerr, Anna
Kessler, David and Amanda
Kesterson, Stephen
Khimani, Zareen and Suleman
Killen, Cindy
Kim, Charles and Helen
Kim, Jennifer J. and Phil Won Suh
Kim, Nina
Kinelmi, LLC
King, David and Mary
King, Gregory G.
Kingsnorth, Bob and Grace
Kirn, Joseph Douglas
Kirsch, Yoshi
Kittrell, Glenn Allen and Fawn G. Kittrell
Kittrell, Mark Charles and Laurie Lynn Kittrell
Kitts, Corey and Monique
Klemann, Travis and Rachael
Klemm, Timothy
Klien, Lee
Klujian, Matthew and Sirarpi
Knapp, Russell and Jonas, Audrey
Knight, Marshall J., Sr.
Knock, Luther David
Knouff, John and Jacqueline Clary
Koc, Jeffrey and Lori
Kokoszka, Jason and Heather
Kol, Dan/Phalla/Kol, Frank/Jennie
Kolbenheyer, Howard

Kolich, John and Susanna

Kornegay, Kim P. and Mona J. Kornegay

Kottkamp, Jeffrey and Cynthia

Kovacs, Michael and Judith

Kozlowski, Michael

Kraham, Stuart

Kranstover, John and Linda

Kraut, Lee

Kroll, Brian and Naida

Krulik, Holly and Douglas

Kuhne, Erica and Maurico

Kuhner, James/Laine, Janet

Kupfer, Larry and Robin

Kurutz, Barbara and Stephen

Kynard, Horace and Kimberly

L&M Estates

La Fleur, Marius and Wendy

LaCroix, Jim

Ladner, Brent & Stacy

Ladner, Daniel Christian

LaDow, Gilbert and Dolores

Lagano, Sasha

Laguerre, Lucien

Lahey, Patrick

Lahn, Gerard & Karen

Lake, William and Jacqueline

Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk

Lalama, Frank and Romy

Lamadore, Gary

Lamma, Husein

Landry, Floyd

Landry, Gerard and J. Leatrice Kiefer (homeowner)

Landry, Decker and Julia (landowner)

Landry, Justin and Renee

Lang, Janet

Lang, Joe & Amy

Langdale, James

Langfeld, Stephan

Langlois, Rebecca and Robert Roth

Lapidot, Ori

Laraque, Jean & Gueldie

Lartigue, C.W. & Margaret

LaSala, Anthony and Brian

LaSalle, Julio and Carmen

Lasserre, Paul

Latona, Giovanni/Christine

Lattanzio, Frank

Laudermilk, Richard and Jewelstine

Lauer, David and Dolores

Lawrence, Ericka & Cornelius

Lay, Stephen and Kristen

Lea, Chris and Julie

Leben, Roger and Janet

LeBlance, Calvin and Sara

Ledet, Trisha and Darryl

Ledford, Samuel

Legendre, Eugene

Legendre, Paul and Janet

Leger, Lolly J./Hayden, Leslie J.

Leblang, David and Sharon

Lee, Arnold and Rada Waheed Gendeel Al-Armaish

LeJeune, Michael and Melissa

Lemmon, Dennis and Helen

Leon, Maria Elena

Leonard, Jeff and Denise

Lescault, Henry

Leslie, Kathleen

Lessick, Michael

Lester, John/Jaycine/Schiller, Larry

Levin, Ronald and Carol

Levine, Daniel and Tamara/Joie D. and Landon D. Levine

Levitan, Lev & Rosaliya Makarchuk

Levy, Kenneth and Lynn

Lewinger, Elizabeth

Lewis, Christopher and Natalie

Lewis Eloise

Lewis, Jared and Emily Ella

Lewis, Lesley

Lezama, Juan Carlos and Evelin Rey

Libertella, Rocco and Gladys

Lief, Matthew and Delores

Lightle, Kenneth

Lim, George & Percy

Limbach, Richard A.

Lincoln, David and Margaret

Lindner, Thomas

Lippold, Patricia/Hibbs, Janet

Litten, Randall

Litus, Rodney and Suze

Twin Crest Associates, LLC

Livesay, Michael J.

Lizotte, Richard and Robichaux, Ronald Jr.

Lizotte, Richard and Susan

LLG Investment Properties LLC

Lobb, Karol and Tatiana

Loftis, Dell and Lydia

Logie, Kevin and Nicole

LoMonaco, Philip and Deborah

Loney, Christopher & Rochelle

Lopez, Christie

Lopez, Javiel and Natiai

Lopez, Jose Juan and Carmen Monsalve

Lopez, Stephen

Lorona, Karen

Louis, Adlain

Loutfy, Tarek and Andrea

Lowe, Talut, Lowe, Linton and Mercedes/Lowe, Daniel/Lowe, Arran

Lowry, Jim/Lowry Development, LLC

Luglis, John

Lukaszewski, Lynn

Lumare Properties/c/o Mauricio Reyes Henao

Lundberg, Richard and Kathleen

Lundy, Michael

Lunsford, Lynette and Richard Weiss

Lybarger, Rayman and Chong Suk

Lynch, Richard

Ma, Guofeng & Wei Cheng

Macario, Juan

Machado, Cleber and Sandra

Machado, Williams Bicelis and Franyelina Lopez

Macias, Juan Carlos/Hernandez, Adrianna

Macke, Casey and Adrienne

Mackle, Frank

Mackoff, Arlene & Charles

8

Macmurdo, William and Cornelia

Macri, Joseph and Earl Heller

Maddox, Sidney

Magdalena Gardens Condo Association

Magpantry, Maria Elaine

Mahlstedt, Steve and Martha Mahlstedt

Mahner, John

Maier, William Craft

Mailhes, Debbie

Maillot, Georges and Janice

Maloy, Jack and Louise

Maltby, Wesley and Diane

Mancini, Edward and Grace Solvik

Mancuso, Robert and Lorraine

Mandill, Jami

Mandsaurwala, Ali Asgar and Shadaab

Manes, Ronald

Marcario, Katherine

Marcinkiewicz, Michael and Lillian

Mardeni, Marirose and Roberto

Marines, John and Judy

Marino, Jonathan

Mark Brown and Tracy Brown/Additional Occupant: Hayley

Markowitz, Brian and Nancy

Marr, John

Marsell, Thomas and Peggy

Marshall, Kathryn

Marston II, William Thomas and Janin Marie Hansen Marston

Martin, Aaron

Martin, Donna

Martin, James and Heather

Martin, Michael

Martin, Patrick and Alice

Martin, Robert & Acela

Martinez, Felix and Jenny

Martinez, Gerardo/Pomares, Ivonne

Martinez, Mario and Diane

Martinez-Diaz, Dailyn

Maryfield, David and Jane

Masmela, Bryan

Mason, Fay and Michael

Mason, Hiram, Individually and on behalf of his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr

Mason, Phillip and Candace

Massachi, Amy

Masse Contracting, Inc.

Matherne, Erich & Hayley

Matthew Cotton and Melanie Cotton/Additional Occupant: Luke Cottton

Matus, Aldo and Ghedy

Matzer, Joy and Robert

Maunsbach, Kay

Maya, Adi

Maykut, Kent & Donna

Mayo, Jake C. and Emily

Mazza-Martinez, Tania and Armando

Mazzaca, Philip

McAleer, Joseph and Amanda

McAuliffe, Dixie and Matthew

McAuliffe, James & Carole

McCabe, Lawrence Dean

McCaffrey, Patrick

McCarty, Terrance and Sandra

McCauley, Edward and Jeanette

McCoy, Douglas & Carolyn

McCue, Michael and Ethel

McCullough, Matthew Stuart

McDavid, Fermon and Loretta

McDuffie, Claude Eugene and Jimmie McDuffie

McEneany, Edward

McGarity, Megan Leigh

McHugh Real Estate Holdings, LLC and Ohio Company

McKenzie, James and Elizabeth

McLendon, Brian/Stephanie

McMillan, William and Maleah

McNitt, David and Sharon

McPherson, William & Claudette

McVety, Michael/Terri

Mekras, George

Meltzer, Marc/Carol

Melville, Maundy and John

Mendoza, Esperanza & Adolfo

Mercado, Juan/Irena

Mercado, Marvin and Martha Mercado

Mercante, Joseph and Barbara

Merclop Holding, LLC

Mesa, Mirta

Methvin, William & Deborah

Metzl, Justin

Meyer, John

Meyer, Lawrence and Elizabeth

Meyer, Robert & Lynn

Miano, Bert J. and Ann B.

Michaud, Claude and Laidlaw, Melissa

Middleton, Michael and Megham

Middleton, Valerie T.

Miguelez, David & Stephanie Miguelez

Mikita, Michael

Milano, Jason & Sarah Bennett

Miles, Carl and Tania

Miller, Alan & Christine

Miller, Bradley & Tricia

Miller, Daniel

Miller, Vickie T. Egan

Miller, William and Marlene

Mills, Jeannete

Minafri, Steven

Minor, David

Minuto, Michael

Mirakian, Samuel

Mitchell, Michael

Mitchell, Ronnie and Shirley M. Mitchell

Mizell, Fred & Taffenie

Mizne, Michael and Jeannine

Mogor, Melissa

Molero, Charles and JoAnn

Molina, Cesar and Monica

Molinaro, Joseph and Sharon

Molinaro, Peter

Monahan, Bill and Mary

Moore, Victor

Moreau, Catherine and Patrick

Morgan, Jetson and Lee

Morici, Mark and Maureen, individually and obo their minor children Abigail and Meagan

Morlas, Ralph and Paula

Morrison, Jeffrey/Leigh

Morton, Gary

Morton, Robert

Moser, Mary Catherine

Moses, William and Carolyn

Mosley, Shawn

Moulin, William and JoAnn

Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust

Mozdzonek, Agnes

Muenchen, Stephen Sr.

Mullen, Thomas and Kathleen

Mulligan, Vincent and Virginia

Mumphrey, Frank and Gail Arcement

Murray, Brian

Murray, Paul

Musgrave, Richard and Michele

Nabors, Jason & Charlotte

Naden, Craig & Roberta

Naidus, Gary and Elaine Fisher

Naustdal, Oscar and Donna

Navy Cove Harbor, a Condominium Association

Nearing, Wayne and Virginia

Neel, Kevin and Stacy

Nelson, Brian and Victoria

Nelson, Dick and Nancy

Nelson, Douglas and Maria

Neste, Dave

Neumann, Allan

Nevels, Susan

Newton, Twnica N.

Ng, Winnie & CheeWah

Nguyen, Anthony

Nguyen, Thach Dai and Minhthu Lee

Nichols, Gregory/Jill

Nichols, John W. and Pamela J.

Nichols, W. Barrett and Linda

Niemann, Jason and Renee

Nieto, Peter

Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan

Njie, Josephina

Noel, Patrick & Jacqueline

Nolan, James and Adele

Noldge, Don

Norman, Louis and Patricia

Norton, James P. & Joan C.

Novello, Robin

Nukho, Michael, Edward and George

Nunez, Carmela

Nunez, Ernest and Marie

Nunez, Frederick & Lisa

Nuzzo, James

O'Brien, Wendy

O'Brien, William

O'Connor, Andrew

O'Donnell, Elizabeth

O'Hear, Anne M.

O'Keefe, James

O'Loughlin, William and Mary Ellen

O'Neil, Gerald & Brasch, Jacqueline

Oakbrook Building & Design, Inc./Regency Constructors, LLC

Oceanique Development Company

Oe, Jonathan

Oler, Danette and Raymond

Oliver, Patches & Richard

Olson, Olaf A. and Wanda G., individually and obo their minor children, Coral Olson and Marina Olson

Onori, Paul

Orcutt, Aaron and Tracey/Gallo, Vito

Orduna, Albert and Judith

Origin Capital VII, LLC

Orjuela, Sonia

Orlando, Dario

Orlowski, David

Ornstein, Steven and Jodi Orenstein

Oropesa, Omar & Danielle Brandy & Olivia Oropesa

Orr, James S. and Barbara G. Orr

Ortiz, Amelia & Mark & Candace & Brianna

Ortiz, Leiszardo and Benedicte

Osaiyuwu, Ivie and Richard

Osowsky, Dawn

Oster, Don and Betty

Osterberg, David & Andrea

Otero, Edgar & Kellie Ann

Ott, Elizabeth

Oves, Jose Francisco

Ovicher, Joseph and Celine

Oxman, Samuel

P&M Property Management

Pabon, Fernando

Pagador, Tabitha

Palma, Hector and JoAnn

Palmer, Edith

Palmer, Olga

Palmer, William and Anne

Palsgraf, William and Maria

Pampel, Terry L. and  Nancy J.

Panariello, Agostino and Johanna

Panessa, Bart

Panico, Frank and Fay Teller Panico

Panneton, Ruth and Ovila

Parker, Charles and Rachael

Parr, Shelly and Kelly

Parrillo, Joseph and Dorothy

Pasentine, Judith Ellen

Patel, Mayur

Patin, Danielle

Patino, Hector

Patterson, Gary and Nicole Patterson, Sydney Patterson, Sean

Patterson, Scott A

Patterson, Shawn and Yvonne

Patton, Fredran and Monica

Paukovich, Michael and  Margarita

Pavageau, Craig and Olivia

Payne, James and Vicki

Peace, Daniel and Sharon

Peace Harbor Condo Association

Peace, Stephanie & John

Peach Harbor Clubhouse

Pelland, John and Susan

Pelner, Richard and Debra

Peloquin, Michael and Erin

Pena, Adelky

Penala, Sadanandam and Neeraja Suram

Pensabene, Joseph and Patricia

Pentecost, Mary Louise

Peoples, Daniel and Desire Gionsiewski

Pereira, Fernanda

Peres, Tony and Kathy

Perez, Edgar F.

Perez, Geraldo and Olga Alfonso

Perez, Jorge and Rosa

Perez, Louis

Perez, Tyrone

Perez-Marini, Monique C.

Perga, Anthony and Marcia; and Steven and Suzanne Tanke

Perone, Pat

Perone, Samuel

Perrio, Carla

Perry, James

Perry, Timothy and Tracey

Persaud, Narayan and Durpattie

Persaud, Thakur

Persky, Paula and Wansor

Pestenski, Tirzah and Ryan

Petagna, Brent & Lisa

Peters, Ronald

Petersman, Craig

Peterson, Daniel

Peterson, Derrick & Robin

Peterson, Robert

Petkin, Paul and Therese

Petone, Anthony Peter

Petrella, Robert, on behalf of Albert and Annette Petrella

Petrey, Charles & Marcia

Petrorairo, Michael and Kathy

Pezze, Dan and Carol

Piccolo, John and Ann

Pierre, Rollad

Pierson, Jan and Neil

Pike, Lisa

Pilgram, Bobby Glenn and Mary

Pilkington, Barbara and Joseph Tennet

Piper, Victor

Pisaris-Henderson, Craig and Kelly

Pitre, David

Pitter, Delroy and Jacqueline

Pittman, Robert and Robin

Piwetz, Randy & Jeanne

Pizani, Calvin and Lindsey

Plaza, Ana Maria

Plazas, Luis and Sandra

Plotkin, Peter/McNeel, Diane

Plushko, Valentin and Nadezha

Poliard, Phares and Yolene

Poliseo, Daniel and Donna

Polk, Sarah

Polovin, Annette

Poplano, Mark & Linda

Porch, David and Ashley

Portsmith Condo Association/c/o Kenneth Hinkley, President

Postler, Mark & Deborah

Pote, David and Linda Eugster

Potes, Lino

Pratts, Norberto & Belgica

Price, Joshua and Kimberlea

Price, Kevin

Price, Robert and Edith

Prichard Housing Authoirty

Prickett, Javis Brian

Prieto, Jorge and Jennifer

Pritchard, Thomas and Merrily

Proby, Joseph and Mary

Profit, Russell and Georgina

Promenade at Tradition Community Association, Inc.

Properties in Miami, LLC

Proske, Allan and Rebecca

Provenzano, John & Karen

Pruscha, Calman & Charleen Living Trust

Puig, Donald and Marcelyn

Puri, Antonio Cesar

Purter, Charles N. and Nicole J.

Quaglietti Jr. Trust, Rocco A.

Quebbeman, Brad and Lisa

Quick, William and Maxine

Quilio, Sandra

Quimby, Clayton/Cheryl

Quividia, Joseph Todd

Raborn, Randy and Pamela

Ragsdale, Tara

Raio, Joseph

Ramirez, Fredrick

Ramirez, Julio and Myriam

Ramos, Manuel and Lavinia

Ramos, Mariann and Joseph

Ramsarran, Lloyd and Dinah

Randolph, Vincent L.

Ranelli, Frank J. and Rosalind

Rapp, Chari

Raso, Anthony

Rautenberg, Lee and Alissa

Ravelo, Carlos

Rayman, Birgitta

Real Estate Resolutions Group, LLC

Redmond, Benny

Reece, Ryan and Ashlin

Reed, Dustin & Amy

Reese, Jean

Reese, Virgil

Rehrig, Neil and Carla Ferrel

Reid, Grant and Kathyrn

Reid, Marvin

Reino, Helen

Restrepo, Socorro

Reyes, Evelyn & Viera Lazara

Reyes, Jorge and Joanna

Riccardi, Peter and Rose

Richard, Catherine

Richards, John and Patricia

Richards, Stephen and Donna

Richardson, Cherie & Keith

Richardson, Franklyn and Kimberly

Richardson, M.L.

Rickert, Frederick and Kathleen

Riesz, Lawrence and Schnee, Jennifer

Rigney, George and Raffy

Rinaldi, Jr. Joseph J.

Risko, Dawn

Ristovski, Van

Ritman, William

Ritter, Bill and Elizabeth

11

Riverbend Condominiums, Inc./Allen Young, Owner

Riverbend Condominiums, Inc./James Byers, Owner

Riverbend Condominiums, Inc./Michael Cabrera

Riverbend Homeowners Association

Rizzo, Frank & Christina

Rizzo, Jack & Luz

Rizzo, Ricardo and Alfonso, Madelin

Road and House, LLC

Robair, Alexander

Roberson, Sandra

Roberts, Greg

Roberts, Jeffrey D.

Roberts, Lois Bosarge

Roberts, Michael and Wendy

Roberts, Steven and Jennifer

Roberts, Velda

Robichaux, Ronald, Jr.

Robinhood Terrace, LLC

Robins, Kelvin Hayes and Alecia; Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley

Robinson, Linda

Robinson, Lynne & Edger

Robinson, Robert and Lindy

Roche, Ross D. and Mary Ann K.

Rodenhouse, Robert

Rodgers, Jeremy A.

Rodosta, Toni

Rodriguez, Javier and Sepulveda, Catalina

Rodriguez, Jeryl & Jose

Rodriguez, Jorge A. and Lizet

Rodriguez, Nicole/Canfield, Carrie

Rodriguez, Rudy

Rogers, Brad and Cassandra

Rohan, Patricia and Donald

Rojas, Victor

Rojhani, Ira & Sherri

Roll, Patrick and Jane

Romain, Doug

Romano, Leo and Marie

Romano, Rita

Rome, Erwin and Karen

Romero, Jacqueline and Jose

Ronkin, Joel & Sharri

Rooney, Frank

Rose, George and Marie

Rose, Michael

Rose, Novlet and Lionel

Rose, Tom and Lisa

Roseman, Robert & Linda

Rosen, Michael

Rosen, Richard & Elissa

Rosetta, Dufrene and Ernest

Ross, Agnes

Ross, Bourgeois/McCants, Michael

Ross Jr., Nathan and Ruth

Ross, Robert and Natalie

Rossi, Richard and Joanna

Rottau, Erwin/Cloeren, Mary Jane

Rovezzi, James

Rovira, Jonathan Paul, Jr.

Roy, Gerard and Nancy

Rubenstein, Richard and Cathy Stubins

Rubin, Laurence & Helen

Rucker, Johnnie

Ruesch, Kevin and Dorothy

Ruiz, Vincent & Diana

Runyon, Thomas/Sonia

Rupp, Joseph and Theresa

Russinoff, Ian & Irvia

Ryan, Frank and Lisa

Ryan, Michael and Michele

Sabatino, Dominic and Hiskey, Richard/Sabatino, Dominic/Hiskey, Richard

Saeks, Sieglinde

Saggese, Thomas and Joy

Saieh, Clifford

Saintil, Ducassea and Mereegrace

Salerno, Valerie

Salguero, Diana

Salinas, Maria E.

Salloum, Eddy and Bechara

Samberg, Brian and Lori

Samlal, Nalinie D.

Samos Holdings, LLC

Sampson, Henry

San Filippo, Keith and Linda

Sanchez, Alfonso and Maria

Sanchez, Jacqueline

Sanchez, Jason and Elizabeth

Sanchez, Lisset and Ian

Sanclemente, Leonardo and Nelly

Sanders, Bill and Veglia, Elizabeth

Sanders, Billy

Sanfilippo, Frank

Sanibel Condo Owners Assn.

Santamaria, Carolyn and Daniel

Santiago, Jason

Santos, Luis & Odette

Sardina, Raymond

Sargent, Judith R.

Sarkar, Immanuel and Robinson, Catherin

Satter, Jonathan

Scaletta, Thomas

Scarlett, Perry & Stephanie

Schafer, Clyde and Pauline

Schafer, Thomas and Camille

Schatzle, Ralph and Judith

Schiel, John H. and D'Auby

Schields, Larry

Schlabach, Eric and Stacy

Schlichte, Henry and Cheryl

Schlief, Robert and Krista

Schmidt, Dale and Sheila Ann

Schmidt, David and Karen

Schmidt, John

Schmitt, Gerd (Trust)

Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam

Schneiderman, Leonardo and Jean

Scholand, Martin, Constance and Francis

Schriener, John and Patricia

Schruff, Patrick & Marcile

Schultheis, Gary and Maryann

Schulz, Shannon and Grant

Schumacher, Jay and Carrie

Schwall, Edward and Madaline

Scivley, Dale and Kathleen

Scoone, James

Scott, Janet Gardner

Scott, Robert and Pauline Nelson

Scully, Leroy & Valerie

Seall, Stephen & Barbara

Seavers Jay and Sandra

Segreto, Mark and Victoria

Segundo, Rafael & Ana

Seifart, Armin and Gore, Lisa

Seifert, Charles and Lois

Seiler, Marie

Seliby, William

Semrau, Terrance Scott & Deborah

Senac, Jacque and Dana

Senior, Wendy and Lucianil

Sexton, Brian & Shannon

Seyour, Serge

Sferrazza, Laura

Sharit, Juanita R.

Sharper, Darren

Shaw, John & Barbara

Shaya, Samuel

Shea, Doris

Sheldon Friefeld, Inc. and Southern Homes Development Corp.

Shelton, Michael & Leslie

Sheperd, Wesley

Sheppard, Kenneth and Catherine

Shikley, Ahmed and Shazia

Shirali, Sudheer and Charu/c/o Canton Pediatrics, Inc.

Shirley, Jason

Shurer, John

Sica, Donna

Sicard, Austin, Jr.

Siegel, William and Sandra

Silva, Stephen & Isis

Silverblatt, James and Cheryl

Silvestre, Luis & Melissa

Silvestri, Richard and Lorraine

Silvestri, Susan W.

Simmons, David

Simmons, Kevin and Gayla

Simms, Troy and Carrie

Simon, David and Andrea

Singh, Janet

Singleteary, Stephen B.

Singleton, Enrica

Singley, Wanda Yvette

Sirota, Alli and Paul

Sisk, Robert and Suzanne

Sisso, Alberto and Leon

Sisson, Amanda and Colby

Skinner, Helena

Skora, Gregory and Danielle

Slowley, Andre; Hana King and Leonie Walters

Small, Norma

Smietana, Mark J, Rugiano, Laruel

Smillie, John and Samantha /Chapman, Michael and Heidi

Smith, Adrian & Micaile

Smith, Audra Ray

Smith, Bo and Laura

Smith, Clinton & Kelly

Smith, David and Ellen

Smith, David and Wendy

Smith, Donald and Winsome

Smith, Everett and Maressa

Smith, Frank and Cherylbeth

Smith, Kelly

Smith, Michael & Tatiana

Smith, Nancy

Smtih, Steve

Snow, Olivia

Snyder, Robert and Doreen

Sokich, Kristin and Kristen

Soldavini-Clapper, Brigid

Solomon, Daniel & Grace

Somerholder, Robert

Sontheimer, Shirley

SoSa, Gustavo & Maria

Soska, Frank and Maria

Souza, Juliana

Spallina, Joseph and Mary

Spangler, John and Rita

Spencer, Patricia

Spink-Farmer, Dr. Carol B.

Spivey, Sharon

Sposa, Jacqueline

Spoto, Anthony/Sharon

Squiccirini, Robert and Melissa

St. Cyr, Randa and Emmanuel

St. Germain, Keith and Cheryl

St. Martin, Janell

St. Martin, Steven

Stabile, Anthony and Judith

Stafford, Malcolm and Heather

Stan Pinkus Revocable Trust

Stanley, Billy, Wayne and Amanda

Stanley, David and Patricia

Stanley, Duke

Starkman, Jeffrey and Sharlene

Starnes, Tracey & Vickie

Stastny, Steven and Lauren

Staton, Lori Ann

Steele, Jason and Peny

Steiner, Roland

Steiner, Stephanie

Stephens, Charles

Stephens, Daniel and Stephanie

Stephens, Ricardo

Stephenson, Randy Lynn

Sternstein, Jerry

Stewart, Chester

Stock, Amir and Bella

Stockwell, Shelley

Stokes, Wyman

Stone, Blayne and Charlayne

Stopa, Gary/Sharon

Stovall, Virginia and Daniel

Streufert, Tera Brook and Michael

Stringer, Allen & June

Stringer,  Mark & Denise

Strong, Karrissa M. and Myrus

Styron, Charles

Suarez, Gaston and Marta

Suarez, Humberto

Sulen, Francisco

Sumner, David and Amy

Suo, Qi Ming

Supernaugh, John and Deborah

Surman, Fred

Sutton, James

Sutton Lori

Swanson, Andrew and Maria

Szirovatka, John

Tabor, Donna

Tabor, Edward & Emmilou

Tabor, Lisa and Jordan

Talbert, Bill

Talley, Lawrence and Cathleen

Tanis, Donald & Susan
Tann, Guy & Dorothy
Tapia, Arben and Diana
Tarzy, Jim
Taylor, Bryan
Taylor, David Jason and Amanda B.
Taylor, Eric
Taylor, Russell
Taylor, Russell and Tiffany
Tedesco, Caroline and Robert
Teefy, Thomas M. /Susan E. Teefy
Teegarden, Randy & Teresa
Teixeira, Adelino and Sandra
Tempel, Harvey and Lisa
Tenny, Thomas/Rene
Terlizzi, John
Thayer, Thomas and Aspasia
Theologos, Charles and Sherry
Thomas, Brian and Tamara
Thomas, Craig and Carol
Thomas, Darlene and James
Thomas, Marshall and Michelle
Thomas, Michael
Thomas, Omar & Nordia Nelson
Thomas, Pernice Thomas
Thompson, Otis Darren & Susan
Thompson, Venesia and Logan, Susan
Tiano, Pete & Sharon
Tiburzi, Angelo and Mary Anne
Tiemann, Richard and Jean
Tillery, Robert and Nancy
Timberlake, Frank & Laura
Tinoco, Lester and Soymar
Tobin, Eric and Beth Sorenson
Todd, Debra/Smith, Frank
Todoroski, Vasil and Vera
Toledo, Marcia
Tokiko, Lewis-Zellini
Tom, Jianran and San
Toran, George, Jr.
Toras, Nikolaos
Torbet, Christopher
Toronio, Eric
Torrance, Matthew and Mary
Toscana II at Renaissance, Inc./c/o

James Enyart, President
Toth, Daniel and Gessica
Tracey, Ron and Hazel
Tran, Andy
Tran, Phu and Dao
Transland, LLC
Trees, Eric and Natalie
Trepkowski, Carrie and David
Tronchet, Ryan
Trotman, Shonae
Troutman, Rodney and Sheila
Trump, Chris and Kelly
Tucker, Joseph and Deborah
Tuhro, Raymond W. and Nancy
Turner, Earnest & Pigi Caretti
Turner, Tyrone C.
Tutin, Barry and Barbara
Uli, Peter and Catherine
Umana, Jose and Mirriam Herrera
Urdaneta, Herving & Annielys Aular
Ursu, Flaviu-Emil/Dorina
Valentine, David & Donna
Valle, Gladys
Valverde, Mark
Van House, Robert/Jean
Van Winkle, Ronnie and Anne
Vargas, Jose
Vargo, Julie
Vasquez, Claudia
Vasquez, Martha
Velazques, Andrew and Romney
Venius, Jean-Enor and Rosita
Ventimiglia, Sal
Venturoso, Maria
Vereen, Glenn W.
Verger, Jose & Valerie
Vest, Jason
Vetter, Frank and Gina
Vickers, Karin
Victores, Monica and Didio
Vieau, Mark and Sheryl
Villalta, Daniel
Villamizar, German and Janice
Villarama, Lilia
Villaverde, Gilbert & Gloria

Vincent, Maria Whaley and James Russell
Vinh, Le Ven
Virden, David
Virella, Vilma
Vitiello, Anthony and Laura DiPlacido
Vivante at Boca Lago Homeowner's Association
Volke, Chip and Christina
Vollrath, Richard & Rebecca
Wachter, William and Jill
Wagner, Mark
Wagner, Tracy
Waguespack, Jacques and Nicole
Wahlgren, Henry and Joan
Waite, Gregory Miller and Kelly
Walker, Andrew
Walker, Demetra
Walker, James and Cheryl
Wallace, Stephen L. and Jeanie P.
Walsh, Darion
Walsh, Gladys/Morin, Frank
Walsh, John and Joanne
Walter, Todd
Walters, Charles and Suzanne
Walton, William
Wanounou, Susan and Yacov
Ward, Amy and Truman
Warhurst, Ernest E.
Watson, Gloria
Watson, Patrick and Paula
Watts, James and Linda
Watts, Sharon
Wayne, William and Kelly
WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust
Webb, James and Sandy
Weiner, Darryl
Weldon, Daniel Scott & Kimberly Dawn
Wengel, Lawrence and Susan
Wenzel, John and Lorraine, individually and obo their minor child, Bryan Wenzel
Werner, Udo

14

West Trust, Fern

West, Ralph

Wetzler, Melissa

Whaley, John and Sharon

Wheeler, Alicia, individually and obo Jeffrey Wheeler and Jordan Wheeler

Wheeler, Don and Agnes

Whidden, Tyler

Whipps, Jared

Whitaker, Robert and Dana

White, Taeneia

Whitfield, Christopher

Wilbar Investments LLC

Wiley, Thad

Wilkens, Susan

Wilkinson, Paul & Joann/Clean Tech Buffs, Inc.

Willet, Frank and Deidre

Williams, Demetriys and Latasha

Williams, Dina and Kerry

Williams, Herbert

Williams, Margret Angella

Williams, Mark E.

Williams, Mike

Williamson, Dolly

Willingham, Peter/Marty

Willis, John & Lori

Wilson, Kevin

Wilson, Teresa and Stephen

Wisdom, Katori and Patrick

Witteveen, Michael

Wojciechowski, Thomas

Wojcik, Walter Jr. and Lydia

Wolf, Frederick/Acosta, Ynes

Wolslegel, Walter and Harriette

Wood, Pamela Ann

Wood, Sheila

Woodbridge, Robert and Dale

Woodruff, Henry

Woods, Rechanda

Woodside, John and Jennifer

Woolley, Scott

Wright, Jeff & Suzanne J.

Wynter, Viola

Yarbrough, Rebecca K.

Youmans, Dr. Cassandra

Young, Arne and Jeanie

Young, Linda & Raymond

Young, Michael/Patricia

Young, Ramona and Id-Deen, Suluki/Young, Ramona/Id-Deen, Suluki:

Yourich, Stephen

Yu, Albert and Sarah Yu

Zeber, Michele and Neil

Zeigler, Bart

Zeller, Maria Rosa/Solabella Company Limited OMC Chambers

Zervos, Angelos and Gregoria

Zheltkov, Victor and Lyudmila

Zheng, Weifgang and Xiaojuan

Zhou, Zhongmin and Huang, Qinxi

Ziska, David and Julie

Zito, Anthony and Donna