# Exhibit "B"

## *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

### Amended Exhibit "B"–Additional Defendants
### Named in Plaintiffs' Omnibus Class Action Complaint (I)

84 Lumber Company
911 Drywall, Inc.
A1 Brothers, Inc.
Aburton Homes
Aburton Homes, Inc.
Acadian Buidlers of Gonzales, Inc.
Acadian Builders and Contractors, LLC
Ace Drywall
Aced Interior Drywall, Inc.
Adam Carpenter
Adams Homes of North West Florida, Inc.
Affordable Homes & Land, LLC
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Alternative Source, Inc.
Alvin Royes, Jr., LLC
America's First Home, Inc.
American Dream Builders, Inc.
American Gallery Development Group, LLC d/b/a American Gallery Homes
Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware
Anthony F. Marino General Contractor, LLC
Anthony Raggs
Anthony Skrmetti
Anthony's Drywalls, Inc.
Antilles Vero Beach, LLC
Aranda Homes, Inc.
Aranda Homes of Florida, Inc.
Arizen Homes, Inc.
Arthur Homes (JL Arthur)
Aubuchon Homes, Inc.
Avalon Preserve Developers, LLC
B & B Drywall
B&E Construction of Miami, Corp.
B&W Complete Construction, Inc.
Bagley Construction, LLC
Bailey Lumber & Supply Company
Banner Supply Co.
Banner Supply Company Fort Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Barony Homes, Inc.
Bass Homes, Inc.
Bauhaus Inc.
Bauhaus Solutions, Inc.
Baystate Drywall
Baywood Construction, Inc.
BDG Waterstone, LLC
Belmont Lakes Investments, LLC
Bender Construction & Development, Inc.
Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc.
Big Bear Const. Co.
Big River Construction and Remodeling Co., Inc.
Bill Gregory Drywall
Blackhawk Partners, LLC
BO Builders, LLC
Bonita Beachwalk, LLC
Bove Company
Bradford Plastering, Inc.
Brantly Homes, Inc.
Brian Papania
Brightwater Community 1 LLC
Building Materials Wholesale (B.M.W.)
Burnett Construction Co.
C. Adams Construction and Design, LLC
C.A. Steelman, Inc.
C&C Homebuilders, Inc.
Calmar Construction Company, Inc.
Cape Cement & Supply, Inc.
Cardel Master Builder, Inc. d/b/a Cardel Homes
Caribe Central, LLC
Caribe East LLC
Catalano Custom Homes, LLC
CDC Builders, Inc.
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown LLC
Centerline Homes at Tradition, LLC
Centerline Homes Construction Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Central Peninsula Contracting LLC
Centurion Homes of Louisiana, LLC
Century Homebuilders, LLC
Certain Homes, Inc.
CGF Construction
Chabot Enterprises, Inc.
Chris Booty
Chris Cadis
Chris P. Roberts
Christopher Billot
Christopher M. Odom
Cockerham Construction, LLC
Continental Drywall Contractors, Inc.
Corner Stone Construction of S.W. Florida, Inc. a/k/a Construction of Collier Co., LLC
Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials
Craftmaster, LLC
Craftsmen Builders, Inc.
Creola Ace Hardware, Inc.
Cretin Homes, LLC
Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)
CRF Management Co., Inc.
Crosby Development Company, LLC
CSI Contractor Services, Inc.
D.R. Horton, Inc.
D&B Framing, Inc.
Daelen of Tangiaphoa, LLC

Danal Homes Development, Inc.
Darwin Sharp Construction, LLC
David Ray Gavins
DC Builders, LLC
Dedicated Builders, LLC
DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.
Derby Homes, Inc.
Design Contractors, LLC
Design Drywall of South Florida, LLC
Diamond Court Construction Company
DMH Development, Co.
Dorado Homes Development, Ltd.
Drywall Service, Inc.
Dunn Wright Construction, Inc.
Duo-Fast Construction, Inc.
Dupree Construction Company, Inc. n/k/a Dupree Contruction Company, LLC
E. Jacob Fakouri Construction, Inc.
E.B. Developers, Inc.
E.N. Suttin Construction Company
Eastern Construction Group, Inc.
Ed Price Building Materials
EH Building Group
Elite Construction Co. SW Inc.
Elite Home Construction Inc.
Empire Construction, LLC
Empire Properties, LLC
Enchanted Homes, Inc.
Excel Construction of S.W. Florida, Inc.
Executive Home Builders, LLC
Finish One Drywall, LLC
First Choice Drywall Services, Inc.
First Construction Corporation
Fisher & Son Contractors, LLC
Florida Style Services, Inc.
Floridian Gulf Coast Homes, Inc.
Font Builders, Inc.
Fortis Construction, LLC
Francioni Builders, Inc.
Fusion Building Concepts, Inc.
G. Drywalls Corporation
Galloway Sunset Estates, Inc.
Garram Homes, Inc.
Gatco Construction, Inc.
Gateway Drywall, Inc.
Gavins Construction Company
Genesis Residential Group, Inc.
George Meza
GHO Development Corporation
GL Homes Limited Corporation a/k/a GL Homes Limited Corporation
Global Home Builders, Inc.
Global Home Builders, LLC
Global Home Builders of the Treasure Coast, Inc.
GMI Construction, Inc.
Gold Coast Homes of SW Florida
Gooden Homes, LLC
Graf's Drywall, LLC
Great Southern Homes, Inc.
Gregg Nieberg, Inc.
Gremillion Homes, Inc.

Greystoke Homes at South Point II LLC
Gryphon Construction, LLC
Guillermo Permuy
Gulf Coast Engineering, LLC
Gulfstream Development, LLC
Gulfstream Homes, Inc.
Gwen Core
H & H Custom Homebuilders
H.C. Owen Builder, Inc.
Hallmark Homes, Inc.
Hammer Constructions Services, Ltd.
Hansen Homes, Inc.
Hansen Homes of South Florida, Inc
Harbor Springs Construction and Development, L.L.C.
Hc Seals Drywall Partners
Heights Custom Homes, LLC a/k/a Heights Properties, LLC
Highland Lakes, LLC d/b/a Eddleman Homes, LLC
Hilliard Butler Construction Company, Inc.
Holiday Builders, Inc.
Holmes Building Materials, LLC
Home Depot USA, Inc.
Home One Homes
Home Town Lumber & Supply, Inc.
Homes, Inc.
HPH Homes
HPH Properties, LLC
Hutchinson Homes, Inc.
In-line Contractors, LLC
Independent Drywall Distributors, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
Investment Properties Unlimited Inc.
Ironwood Properties, Inc.
J. Helms Construction, Inc. d/b/a Sundown Development
J.W. Hodges Drywall, Inc.
J&H Distributers
J&J Builders Northshore, Inc.
Jacks Drywall LLC
James LeBlanc
JB Plaster, Inc.
Jim Walter Homes, Inc.
JJK&A Holding Corporation
JM Interiors, Inc.
John Eschete
John Gillespie
John Korn Builders, LLC
John L. Crosby, L.L.C.
John Paul George d/b/a JPG Enterprises, Inc.
John T. Grab, III
Jon A. Wilder, Inc.
Jonathan Scott Shewmake
JP Drywall, LLC
JPG Enterprises, Inc.
JST Properties, LLC of Mississippi
Judson Construction Group, LLC
Just-Rite Supply
K. Hovnanian First Homes, LLC
Kaye Homes, Inc.
KB Home Florida LLC
KB Home Fort Myers, LLC
Keith Warrick Drywall, Inc.

Kemah Construction, Inc.
Ken Roberts
Klepk Bros. Drywall, Inc.
Knauf GIPS KG
Knauf Plasterboard (Tianjin) Co., Ltd.
Knauf Plasterboard (Wuhu), Co., Ltd.
Knauf Plasterboard (Dongguan) Co., Ltd
L&W Supply Corporation d/b/a Seacoast Supply
La Drywall
L.A. Homes, Inc.
La Suprema Enterprise, Inc.
La Suprema Trading, Inc.
Lake Ashton Development Group II LLC
Lakeside Village Development, L.L.C. 1
Land Resources LLC
Laporte Family Properties
Las Playas LLC
Last Minute Properties, LLC
Lawrence Migliar LLJ Construction
Lebaron Bros. Drywall
Lee Harbor Homes of Florida, Inc.
Lee Roy Jenkins
Lee Wetherington Homes, Inc.
Legend Custom Builders, Inc.
Lennar Corporation
Lennar Homes, LLC
Leroy Laporte, Jr.
Lifescape Builders
Liongate Design Structure, LLC
Louisiana Lumber, LLC
Louran Builders, Inc.
Louran Gips KG
Lowe's Home Centers, Inc.
LPR Builders, Inc.
LTL Construction, Inc.
Lucra Investments, Inc.
Lynch Builders, LLC
M/I Homes, Inc.
M/I Homes of Tampa, LLC
M.E. Gibbens, Inc.
Majestic Homes and Realty SW LLC
Majestic Homes, Inc.
Majestic Homes of Port St.Lucie, Inc.
Manny's Drywall
Manuel Gonzales Terra Group Intl.
Marigold Court, LLC
Mariner Village Townhomes Inc.
Maronda Homes Inc. of Florida
Master Builders of South Florida, Inc.
Mavied Corp.
Mayeaux Construction, Inc.
Mazer's Discount Homes Centers, Inc.
McCombs Services, LLC
McDowell Builders, LLC
MCM Building Enterprise, Inc.
Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes
Medallion Homes Gulf Coast, Inc.
Melvin Prange, Jr. Construction, L.L.C.
Meridian Homes USA, Inc.
Meritage Homes of Florida, Inc.
Methodical Builders, Inc.

Midwest Construction & Development, LLC
Millennium Homes & Development, Inc.
Miller Professional Contracting, Inc.
Ming K Wong
Morgan Homes, Inc.
Morrison Homes, Inc.
Murphy Bateman Building Supplies, LLC
Nathanial Crump
Neslo Contracting
Nice Homes, Inc.
North Palm Estates Homes, Inc.
Northeast Drywall Co.
Northstar Holdings at B and A LLC
Northstar Homebuilders, Inc.
Northstar Homes
NuWay Drywall LLC
O'Neal Homes, Inc.
O'Neill/Holliman Corporation
Oak Avenue, LLC
Oak Tree Construction
Oakbrook Building and Design, Inc.
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
Ocean Springs Lumber Company, LLC
Oyster Bay Homes, Inc.
P.D.C. Drywall Contractors, Inc.
Palm Coast Construction, LLC
Palm Isles Holdings, LLC
Paradise Builders of SW Florida, Inc.
Paragon Homes Corporation
Paramount Quality Homes Corp.
Parish Home Center
Paul Homes, Inc. a/k/a Management Services of Lee County, Inc.
Paul Hyde Homes
Penn Construction Co., LLC
Philip Latapie
Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.
Pioneer Construction, LLC
Ponce Riviera, LLC
Ponce Siding & Remodeling
Precision Drywall
Premier Communities, Inc.
Premier Plastering of Naples
Prestige Development, Inc.
Prestige Properties
Pride Homes of Lakes by the Bay - Parcel H. LLC
Promenade Developers, Ltd.
Punta Gorda Partners, LLC
R & B Construction of Northwest, FL, Inc.
R. Fry Builders, Inc.
R.J. Homes, LLC
R.L. Drywall Inc.
Rafuls & Associates Construction Co., Inc.
Randal Maranto Builders, LLC
Ray Bec Inc.
Ray Horvath Drywall, Inc.
RCR Holdings II, LLC
Reed Builders, LLC
Regatta Construction, LLC
Regency Homes, Inc.

3

Residential Drywall Inc.
Resource Rental & Renovation LLC
RFC Homes
Richard Hoover
Richard Jones Construction Company, Inc.
Richardson Drywall
Right Way Finishing, Inc.
Rivercrest, LLC/The St. Joe Company
RJL Drywall, Inc.
RJM Builders North, Inc.
Robert Champagne, Great Southern Builders, LLC
Rookery Park Estates, LLC
Rothchilt International Ltd.
Royal Homes (Anthony Marino)
The Ryland Group, Inc.
S&O Investments, LLC
Sampson Drywall, Inc.
Santa Barbara Estates, Inc.
Saturno Construction AB Inc.
Arm Structural, Inc.
Scott Colson
Sea Coast Construction, LLC
Seals Drywall
Shelby Homes at Meadows, Inc.
Shelby Homes, Inc.
Sidney Sutton Drywall, Inc.
Siesta Bay Custom Homes, LLC
Signature Series Homes, Inc.
Smith and Core, Inc.
Smith Family Homes Corporation
Sorrento Lumber Co., Inc.
South Kendall Construction Corp.
Southern Homes, LLC
Southern Star Construction Company, Inc.
Southwell Homes, LLC
Southwest Innovations, Inc.
Speedy Drywall
Springhill, LLC
Standard Pacific d/b/a Standard Pacific of Colorado, Inc.
Standard Pacific Homes of South Florida, a Florida General Partnership
Standard Pacific Homes of South Florida GP, Inc.
Star Homes of Florida LLC
Stephen Steiner d/b/a Steiner Drywall
Stephen Shivers
Sterling Communities Inc.
Sterling Communities Realty Inc.

Stock Building Supply LLC
Stone Sheetrock
Stonebrook Estates, Inc.
Stonebrook Homes, LLC
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Sun Construction, LLC d/b/a Sunrise Homes
Sundown Development
Sunrise Construction and Development, LLC
Sunrise Custom Homes & Construction, LLC
Sunrise Homes/Sun Construction
Supreme Builders
Swift Supply, Inc.
Taber Construction
Tad Brown
Tallow Creek, LLC
Taylor-Woodrow Communities at Vasari, Inc.
Team Work Construction, LLC
Tepeyac, LLC
The Mitchell Co.
The New Morning, LLC
The Sterling Collection, Inc.
Tikal Construction Co.
Toll Estero, Ltd. Partnership d/b/a Toll Brothers
Total Contracting and Roofing, Inc.
Triumph Construction
Tudela Classic Homes, LLC
Tuscan-Harvey Estate Homes, Inc.
Twin Lakes Reserve & Golf Club, Inc.
United Homes Builders, Inc.
United Homes, Inc.
United Homes International, Inc.
United-Bilt Homes, LLC
USG Corporation
Van Aller Construction
Velvet Pines Construction, LLC
Venture Supply Company
Vicinity Drywall, Inc.
Viking Homes of S.W. Florida, Inc.
Villa Development, Inc.
Vintage Properties, Inc.
Waterways Joint Venture IV, LLC
Wellington Drywall, Inc.
Wilson Heights Development, Inc.
Ybarzabal Contractors, LLC
Zamora Corporation