Exhibit "D"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Amended Exhibit "D"–Plaintiffs' Counsel and Pro Se
Plaintiffs' Contact Information in Plaintiffs' Omnibus Class Action Complaint (I)**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrelaw.com |
| Kea Sherman<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 586-8899<br>ksherman@andrylawfirm.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |

1

Bruce Steckler
Herbert Flowers
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX  75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
hflowers@baronbudd.com

Don Barrett, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bke-law.com

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
ben_law@bellsouth.net

Michael I. Kean
Berman, Kean & Riguera, P.A.
2101 W. Commercial Boulevard
Suite 2800
Fort Lauderdale, FL 33309
Phone: (954) 735-0000
Fax: (954) 735-3636
mik@bemankean.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street
Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
The Lyric Centre Building
440 Louisiana, Suite 1710
Houston, TX 77002-1689
Phone: (713) 844-3750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

Donna Borrello, LLC
206 Decatur Street
New Orleans, LA 70124
Phone: (504) 595-6191
borellodm@cox.net

George C. Gaskell
Brown, Brown & Gaskell
1626 90th Avenue
Vero Beach, FL 32966
ggaskell@brownllp.com

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Andrew J. Cross
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
Across@careydanis.com

Kyle W. Hawthorne
Champlin Law Firm
4137 S. Sherwood Forest Blvd., Suite 120
Baton Rouge, LA 70816
Phone: (225) 295-3600
Fax: (225) 292-3144
kyle@champlintitle.com

4

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Patrick Connick
Law Offices of Patrick Connick
1335 Barataria Blvd.
Marrero, LA 70072
Phone: (504) 347-4535

Jack Reise
Stephen R. Astley
Coughlin, Stoia, Geller, Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561) 750-3364
creynolds@csgrr.com

Peyton B. Burkhalter
Courcelle & Burkhalter, LLC
Executive Tower, Suite 185
3500 North Causeway Boulevard
Metairie, LA 70002
Phone: (504) 828-1315
Fax: (504) 828-1379
pburkhalter@candbllc.com

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
wanderson@cuneolaw.com

John M. Dubreuil
Daigle, Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
Phone: (985) 871-0800
Fax: (985) 871-0899
jdubreuil@daiglefisse.com

Grady J. Flattmann
Henry Dart Attorneys at Law
510 N. Jefferson Street
Covington, LA 70433
Phone: (985) 809-8093
Fax: (985) 809-8094
gflattman@dartlaw.com

Mark G. Duncan
Davis & Duncan, L.L.C.
201 Carroll Street
Mandeville, LA 70448
Phone: (985) 626-5770
Fax: (985) 626-5771
mduncan@davisduncanlaw.com

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Julie Jochum
Gregory Dileo
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Phone: (504) 522-3456
Fax: (504) 522-3888
jjochumnola@gmail.com

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
LisaB@dst-law.com

Richard J. Fernandez
Richard J. Fernandez, LLC
3000 West Esplanade Ave.
Suite 200
Metairie, LA 70002
Phone: (504) 834-8500
Fax: (504) 834-1511
rick@rjfernandezlaw.com

Michael L. Fondren, PC,
906 Convent Avenue
Pascagoula, MS 39567

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
scott@gb-lawfirm.com

Jessica G. Lagos
George Hartz & Lundeen
4800 LeJeune Road
Coral Gables, FL 33146
Phone: (305) 662-4800
Fax: (305) 667-8015
jessicalagos@georgehartz.com

Thomas M. Dougherty
Geraghty, Dougherty & Edwards, P.A.
1531 Hendry Street
Fort Myers, FL 33901
Phone: (239) 334-9500
Fax: (239) 334-8930
linda@7-litagators.com

R. Bowen Gillespie, III
Gillespie & Allison, PA
Suite A165
7601 North Federal Highway
Boca Raton, FL 33487-1683
Phone: (561) 368-5758
Fax: (561) 395-0917
gillespie-allison@prodigy.net

Brian J. Connelly
Jason L. Odom
Gould Cooksey Fennell P.A.
979 Beachland Blvd.
Vero Beach, FL 32963
Phone: (772) 231-1100
Fax: (772) 231-2020
nlr@gouldcooksey.com

Richard H. Gaines
Greenspoon, Marder, PA
100 W. Cypress Creek Rd., Suite 700
Ft. Lauderdale, FL 33309
Phone: (954) 491-1120
Fax: (954) 343-6944
Richard.Gaines@gmlaw.com

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
jpizzirusso@hausfeldllp.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Eric Grindley
Henderson, Franklin Starnes & Holt, PA
1715 Monroe Street
P.O. Box 280
Ft. Myers, FL 33902
Phone: (239) 344-1299
Fax: (239) 344-1526
Eric.Grindley@henlaw.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Christopher Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
ccasper@jameshoyer.com

Samuel Elswick
James F. Humphreys & Associates, L.C.
500 Virginia Street East
Suite 800, United Center
Charleston, WV 25301
Phone: (304) 347-5050
Fax: (304) 347-5055
amcclelland@jfhumphreys.com

L. J. Hymel
Hymel, Davis & Petersen, L.L.C.
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
ljhymel@hymeldavis.com

Irpino Law Firm
One Canal Place
365 Canal Street
Suite 2290
New Orleans. LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
info@louisianalegal.com

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Fax: (504) 524-5763
M.Fuselier@kanner-law.com

Brad Kelsky
Law Offices of Brad Kelsky, PA
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee. P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans. LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

Jack Landskroner
Landskroner, Grieco, Madden. Ltd.
1360 West 9th Street
Suite 200
Cleveland, OH 44113
Phone:  (216) 522-9000
Fax: (216) 522-9007
jack@landskronerlaw.com

Russel Lazega
Law Offices of Russel Lazega, P.A.
13499 Biscayne Blvd., Suite 107
North Miami, FL 33181
Phone: (305) 981-9055
Fax: (305) 981-9053
Joey@LazegaLaw.com

Paul A. Lea, Jr.
Paul A. Lea, Jr., APLC
527 E. Boston St., Suite 201
Covington, LA 70433-2948
Phone: (985) 292-2300
Fax: (985) 292-3501
jean@paullea.com

Andrew A. Lemmon
Lemmon Law Firm
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
tiffany@lemmonlawfirm.com

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
lmarks@leopoldkuvin.com

Andrea S. Lestelle
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard
Suite 602
Metairie, LA 70002-3726
Phone: (504) 828-1224
Fax: (504) 828-1229
lestelle@lestellelaw.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Protor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

13

Alan E. Tannenbaum
Levin, Tannenbaum
1680 Fruitville Road, suite 102
Sarasota, FL 34236
Phone: (941) 316-0794
Fax: (941) 316-0301
ddurik@levintannenbaum.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Mark A. Hanson
The Law Offices of Lobeck & Hanson, P.A.
2033 Main Street, Suite 403
Sarasota, FL 34237
Phone: (941) 955-5622
Fax: (941) 951-1469
law@lobeckhanson.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

F. Gerald Maples.
F. Gerald Maples, PA
365 Canal St.; Suite 2650
New Orleans, LA 70130
ebowler@fgmaples.com

14

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Gary J. Gambel
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139
Phone: (504) 523-0400
Fax: (504) 523-5574
tdepaula@mrsnola.com

Matthew L. Lundy
Older & Lundy
3014 West Palmira Avenue
Suite 301
Tampa, FL 33629
Phone: (813) 254-8998
Fax: (813) 839-4411
MattLundy@olderlundylaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
spita@pdfirm.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

17

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com
jdonner@podhurst.com

Ewell Potts, Jr.
Potts & Potts, APLC
7216 W. Judge Perez Drive
Arabi, LA 70032
Phone: (504) 277-1588
Fax: (504) 277-1589
pottsandpotts@bellsouth.net

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Dianne Nast
Roda & Nast, PC
801 Estelle Dr.
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Richard Kriseman
Saunders & Walker, PA
3491 Gandy Blvd. N., Suite 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
rick@saunderslawyers.com

T. J. Seale, III
Kevin Landreneau
Seale & Ross, APLC
10357 Old Hammond Highway
Baton Rouge, LA 70816
Phone: (225) 293-0886
Fax: (225) 293-0887
kevinlandreneau@sealeross.com

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
egoldberg@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

Michael W. Simon
Simon, Sigalos & Spyredes PA
3839 NW Boca Raton Blvd.
Suite 100
Boca Raton, FL 33431
Phone: (561) 447-0017
Fax: (561) 447-0018
msimon@3slaw.com

George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526
Phone: (251) 626-6696
Fax: (251) 626-2617
gri@sgclaw.com

Richard Taylor
Taylor Martino Zarzaur PC
P.O. Box 894
Mobile, AL 36601
Phone: (251) 433-3131
Fax: (251) 405-5080
richartaylor@taylormartino.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
michael@vilesandbeckman.com
marcus@vilesandbeckman.com

J.E. Cullens, Jr.
Darrel Papillion
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
cullens@lawbr.net

Ryan L. Thomson
Watts, Hilliard, LLC
4 Dominion Drive
Bldg 3, Ste. 100
San Antonio, TX 78257-1300
Phone: (210) 447-0500
Fax: (210) 447-0501
Rthompson@wgclawfirm.com

James M. Scarmozzino, Esquire
Webb & Scarmozzino,
2121 West First Street, Ste. 200
Ft. Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

Rick W. Sadorf
Wilkinson & Sadorf, P.A.
1744 N. Belcher Rd., Suite 150
Clearwater, FL 33765
Phone: (727) 726-1514
Fax: (727) 726-9044
rsadorf@wspalaw.com

Eric Williams
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002
Phone: (504) 832-9898
Fax: (504) 834-1511
eric@amlbenzene.net

Scott G. Wolfe, Jr.
Seth J. Smiley
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
Phone: (504) 894-9653
Fax (866) 761-8934
seth@wolfelaw.com

Eric D. Wooten
Wooten Law Firm, PLLC
1617 25th Avenue
Gulfport, MS 39501
Phone: (228) 214-1281
Fax: (228) 864-8962
edwvbw@gmail.com

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin St.
Suite 318
Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009
rty@yancelaw.com

Gordon Rudd
Zimmerman Reed, PLLP
651 Nicollet Maill, Suite 501
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
Julianne.VanNorman@zimmreed.com

## PRO SE PLAINTIFFS

Batteau, Michael
13270 Little Gem Circle
Fort Myers, FL 33913

Bonamy, Robert David, Jr.
Jennifer Ann Bonamy

Clarkson, Arthur, Administrator of the Succession
Of Mary Clarkson DeArmas
2657 Danbury Drive
New Orleans, LA 70131

Darden, Reggie
1037 Little Sorrell Drive
Calera, Al 35040

David, Tony and Bethany
2405 Chalybe Terrace
Birmingham, AL

Hagmaier, Ray & Dyana
7221 Lemon Grass Drive
Parkland, FL 33076

Hickey, William
16 East Acres Drive
Yardville, NJ 08620

Igercich, Richard
46 Preserve Ln.
Mandeville, LA 70471

Jacobsen, Kevin and Rhonda
1135 NW 15th Terrace
Cape Coral, FL 33993

Leon, Maria Elena
14724 S.W. 7th Street
Pemroke Pines, FL 33027

Rickert, Frederick and Kathleen
P.O. Box 380261
Birmingham, AL 35238

Singleton, Enrica
11413 Longview Drive
New Orleans, LA 70128