# Exhibit "E"

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| | caption; footnote 1; 2079 |
| In each instance where the name(s) Knauf Plasterboard (Dongguan) Co., Ltd. appears in this paragraph, it is deemed to state Guangdong Knauf New Building Materials Products Co., Ltd. | 39 |
| In each instance where the names Gayl and Penelope Boggs appear in this paragraph they are deemed to state Gary L. and Penelope D. Boggs | 68 |
| In each instance where the names Knoth Steve and Mark Johnson appear in this paragraph they are deemed to state Steve Johnson and Mark Knoth | 132 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 181 |
| The address stated in this paragraph is deemed to be replaced with 8127 NW 108th Place, Doral, FL  33178 | 222 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 230 |
| In each instance where the name Karen Vickers appears in this paragraph it is deemed to state Karin Vickers | 277 |
| The address stated in this paragraph is deemed replaced with 3281 Midship Drive, North Fort Myers, FL 33903 | 280 |
| The address stated in this paragraph is deemed replaced with to 3445 NW 18th Terrace, Cape Coral, FL 33993 | 288 |
| Willie L. Johnson, Jr. is deemed to be replaced with Dr. Scott Raymond Johnson | 316 |
| The allegations in this paragraph are deemed replaced with "Intentionally left blank." | 328 |
| In each instance where the name Janeu St. Martin appears in this paragraph it is deemed to state Janell St. Martin | 332 |
| In each instance where the name John Trave Klemann appears in this paragraph it is deemed to state Travis and Rachael Klemann | 374 |
| The address stated in this paragraph is deemed replaced with 3942 SW Hainlin Street, Port Saint Lucie, Florida 34953. | 375 |
| Plaintiffs' residence is deemed to be replaced with Illinois. | 376 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 382 |
| Timothy Dempsey (Trustee) is deemed to be replaced with Timothy and Kevin (Trustees) of Agnes G. Dempsey - Revocable Trust | 383 |
| In each instance where the names Gregory and Jill Nicholas appear in this paragraph they are deemed to state Gregory and Jill Nichols | 384 |
| The address stated in this paragraph is deemed to be replaced with 3523 SW 2nd Avenue, Cape Coral, Florida 33914. | |
| In each instance where the name Rosser Roche appears in this paragraph it is deemed to state Ross D. And Mary Ann K. Roche | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 399 |
| The reference to the properties at 27021 Eder Rock Court, Bonita Springs, Florida 34135 and 27011 Eder Rock Court, Bonita Springs, Florida 34135, are to be deemed stricken from this paragraph of the Complaint. | 402 |
| The address stated in this paragraph is deemed to be replaced with 27041 Eden Rock Ct., Bonita Springs, Florida 34135. | 405 |
| Edward Adams is deemed to be replaced with Entrust IRA SW Florida, LLC, For IRA #56926 Edward Adams, resident of New Jersey | 410 |
| The address stated in this paragraph is deemed to be replaced with 11848 Bayport Lane, Unit #2001, Fort Myers, Florida 33908. | 413 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 415 |
| The address stated in this paragraph is deemed to be replaced with 9326 River Rock Lane, Riverview, Florida 33578. | 417 |
| This paragraph is deemed to include plaintiffs Robert and Mary Lengemann, who are residents of Illinois. | 419 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd. #410, Punta Gorda, Fl 33950. | 420 |
| In each instance where the name Renee Chapados appears in this paragraph it is deemed to state Rene Chapados | 421 |
| The allegation of Steven Christiansen as the plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 428 |
| In each instance where the name Jamie Christiansen appears in this paragraph it is deemed to state Jamie Weber Christiansen. | 429 |
| Richard and Linda Christensen are deemed to be replaced with Richard W. Christensen Revocable Trust and Linda M. Christiansen Revocable Trust | 431 |
| In each instance where the name Jeff Demers appears in this paragraph it is deemed to state Jeffrey Demers. | 432 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., Unit #217, Punta Gorda, Florida 33950. | 433 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #201, Punta Gorda, Florida 33950. | 434 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #208, Punta Gorda, Florida 33950. | 435 |
| The allegation of Dale Dodge as the plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | |
| In each instance where the name Zenedia appears in this paragraph it is deemed to state Zeneida. | |
| The address stated in this paragraph is deemed to be replaced with 14713 Amber Sweet Lane, Wimauma, Florida 33598. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where the name Edward appears in this paragraph it is deemed to state Edwards. | 436 |
| This paragraph is deemed to include plaintiff Susan Frank. | 437 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #205, Punta Gorda, Florida 33950 | 438 |
| The address stated in this paragraph is deemed to be replaced with 7602 Bristol Circle, Naples, Florida 34120. | 439 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Boulevard Unit #303, Punta Gorda, Florida 33950 | 440 |
| In each instance where the name Gelosa appears in this paragraph it is deemed to state Geloso. | |
| In each instance where the name Robert appears in this paragraph it is deemed to state Roberto. | |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #301, Punta Gorda, Florida 33950. | |
| In each instance where the name George Christopher appears in this paragraph it is deemed to state Christopher George. | 441 |
| The address stated in this paragraph is deemed to be replaced with to 391/93 Bell Boulevard South, Lehigh Acres, Florida 33974 | 442 |
| This paragraph is deemed to include plaintiff Ana Giffoni, who is a resident of Florida. | 443 |
| This paragraph is deemed to include plaintiff Marilyn Gottlieb, who is a resident of Florida. | 446 |
| Loren Hartley is deemed to be replaced with Loren C. Hartley, Trust. | 448 |
| The address stated in this paragraph is deemed to be replaced with 11831 Bayport Lane Unit #602, Fort Myers, Florida 33908. | 449 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #210, Punta Gorda, Florida 33950. | 451 |
| This paragraph is deemed to include plaintiff Chun Brennan, who is a resident of Alaska. | 452 |
| This paragraph is deemed to include plaintiff Gloria Jendersee, who is a resident of Minnesota. | 453 |
| Plaintiff, Cary Jendersee's residence is deemed to be replaced with Illinois. | |
| The allegation of Ling Kalish as the plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 454 |
| This paragraph is deemed to include plaintiff Martin Kalish, who is a resident of Florida. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| Plaintiffs' residence is deemed to be replaced with Florida. | 457 |
| Barbara Lewis is deemed to be replaced with Tokiko Lewis-Zillini, who is a resident of Florida. | 461 |
| The address stated in this paragraph is deemed to be replaced with 16050 Via Solera Circle #4, Fort Myers, Florida 33908. | 463 |
| The address stated in this paragraph is deemed to be replaced with 4119 18th Street, South West, Lehigh Acres, Florida 33976. | 464 |
| This paragraph is deemed to include plaintiff Grace Solvik, who is a resident of New Jersey. | 466 |
| The address stated in this paragraph is deemed to be replaced with 11842 Bayport Lane Unit #2104, Fort Myers, Florida 33908. | 468 |
| Joseph and Ellyn McHugh are deemed to be replaced with McHugh Real Estate Holdings, LLC, an Ohio Company. | 470 |
| The address stated in this paragraph is deemed to be replaced with 20209 Heritage Point Drive, Tampa, Florida 33647. | 471 |
| This paragraph is deemed to include plaintiff Benedicte Ortiz. | 476 |
| The allegation of Aida Perez as the plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 479 |
| This paragraph is deemed to include plaintiff Carol Pezze, who is a resident of New York. | 481 |
| The allegation of Frank Reino as the plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 484 |
| This paragraph is deemed to include plaintiff Nancy Roy, who is a resident of Florida. | 485 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #404, Punta Gorda, Florida 33950. | 488 |
| In each instance where the names Ed and Mandy Schwall appear in this paragraph they are deemed to state Edward and Madaline Schwall | 489 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #406, Punta Gorda, Florida 33950. | 490 |
| In each instance where the name Mike Chapman appears in this paragraph it is deemed to state Michael Chapman. | 491 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #209, Punta Gorda, Florida 33950 | |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Blvd., #313, Punta Gorda, Florida 33950. | 492 |
| The address stated in this paragraph is deemed to be replaced with 99 Vivante Boulevard #202, Punta Gorda, Florida 33950. | 494 |

| | PARA # IN COMPLAINT |
|---|---|
| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.*<br>**EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH**<br>**AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | |
| This paragraph is deemed to include plaintiff Dao Pham, who is a resident of Missouri. | 498 |
| The address stated in this paragraph is deemed to be replaced with 19396 La Serena Drive, Fort Myers, Florida 33967. | 500 |
| This paragraph is deemed to include plaintiff Laura DiPlacido, who is a resident of Florida. | 501 |
| In each instance where Vivante at Boca Lago Homeowner's Association appears in this paragraph it is deemed to state Vivante at Boca Lago, Building V, Homeowner's Association. | 502 |
| In each instance where the name Fern West appears in this paragraph it is deemed to state Fern West, Trust. | 504 |
| The addresses stated in this paragraph are deemed to be replaced with 99 Vivante Blvd., Unit #302, Punta Gorda, Florida 33950 and 99 Vivante Blvd., Unit #207, Punta Gorda, Florida 33950, respectively. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 525 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 549 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 561 |
| The reference to the properties at 2104 NE 9th Place, Cape Coral, Florida 33991 and 1404 SW 5th Place, Cape Coral, Florida 33991 are to be deemed stricken from this paragraph of the Complaint. | 562 |
| Florida Waterfront Holdings, LLC is deemed to be replaced with Peter Jaspers. | 663 |
| John and Sam Cavalieri are deemed to replaced with John and Jennifer Cavalieri, who are residents of New York, and Simoni and Candece Cavalieri, who are residents of Florida. | 684 |
| This paragraph is deemed to include plaintiff Kimberly Schrank, who is a resident of Florida. | 687 |
| The address stated in this paragraph is deemed to be replaced with 21597 Baccarat Lane, Unit 102, Estero, Florida 33928. | 692 |
| Craig Foxwell is deemed to be replaced with Philip Foxwell. | 693 |
| This paragraph is deemed to include plaintiff W. Annia Marquirez, who is a resident of Florida. | |
| In each instance where the name Gonzales appears in this paragraph it is deemed to state Gonzalez. | 695 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| This paragraph is deemed to include plaintiff Maria Julian, who is a resident of Florida. | 700 |
| This paragraph is deemed to include Suleman Khimani, who is a resident of Florida. | 701 |
| In each instance where the name Lange appears in this paragraph it is deemed to state Lang. | 702 |
| This paragraph is deemed to include Desiree Gionsiewski, who is a resident of Alabama. | 709 |
| The addresses stated in this paragraph are deemed to be replaced with 1906 Scarlett Avenue, North Port, Florida, 34289, 1908 Scarlett Avenue, North Port, Florida 34289, 1910 Scarlett Avenue, North Port, Florida 34289 and 1914 Scarlett Avenue, North Port, Florida 34289, respectively. | 711 |
| This paragraph is deemed to include plaintiff Linda Eugster, who is a resident of Minnesota. | 712 |
| The address stated in this paragraph is deemed to be replaced with 961 Northwest Leonardo Circle, Port Saint Lucie, Florida 34986. | 714 |
| In each instance where the name Jackie appears in this paragraph it is deemed to state Jacqueline. | 717 |
| This paragraph is deemed to included plaintiffs Hana King and Leonie Walters, who are residents of Florida. | 720 |
| In each instance where the name Todorski appears in this paragraph it is deemed to state Todoroski. | 722 |
| This paragraph is deemed to include plaintiff Sheryl Vieau, who is a resident of Minnesota. | 723 |
| The address stated in this paragraph is deemed to be replaced with 11842 Bayport Lane, Unit 2103, Fort Myers, Florida 33908. | |
| This paragraph is deemed to include plaintiff Stephen Wilson. | 725 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 732 |
| This paragraph is deemed to include plaintiffs Jamie Anderson and Jearl and Betty Sasser. | 736 |
| In each instance where the name Rosie Puello appears in this paragraph it is deemed to state Rosie Burkman. | 743 |
| In each instance where the name Ana Marie appears in this paragraph it is deemed to state Ann Marie. | 745 |
| This paragraph is deemed to include plaintiff Andre Campbell. | 751 |
| This paragraph is deemed to include plaintiff Donna Ceglio. | |
| This paragraph is deemed to include plaintiff Mercedes Coplin. | 753 |

| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.* | |
| --- | --- |
| **EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | **PARA # IN COMPLAINT** |
| In each instance where the name Michael appears in this paragraph it is deemed to state Michele. | 754 |
| This paragraph is deemed to include plaintiff Amy Davy. | 758 |
| Plaintiff's residence is deemed to be replaced with North Carolina. | 759 |
| Plaintiff's residence is deemed to be replaced with California. | 765 |
| This paragraph is deemed to include plaintiff Francine Edelman. | 772 |
| This paragraph is deemed to include plaintiff Barbara Frenz. | 777 |
| This paragraph is deemed to include plaintiff Patricia Geensburg. | 783 |
| In each instance where the name Ross appears in this paragraph it is deemed to state Ralph. | 785 |
| This paragraph is deemed to include plaintiff Rosemarie Gumina. | 789 |
| This paragraph is deemed to include plaintiff Lisa Jimenez. | 790 |
| This paragraph is deemed to include plaintiff Patricia Johnson. | 792 |
| In each instance where the names Johna nd Jacqueline Knouff appear in this paragraph they are deemed to state John Knouff and Jacquline Clary. | 793 |
| The address stated in this paragraph is deemed to be replaced with 6886 Julia Gardens Drive, Coconut Creek, Florida 33073. | 812 |
| The address stated in this paragraph is deemed to be replaced with 9933 Cobblestone Creek Drive, Boynton Beach, FL 33472 | 813 |
| This paragraph is deemed to include plaintiff Merrily Pritchard. | 814 |
| This paragraph is deemed to include plaintiff Alissa Rautenberg. | 818 |
| This paragraph is deemed to include plaintiff Carla Ferrel. | 823 |
| Plaintiffs' residence is deemed to be replaced by Virginia. | 826 |
| This paragraph is deemed to include plaintiff Diana Tapia. | 827 |
| This paragraph is deemed to include plaintiff Mirriam Herrera. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"—PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where the name Robbins appears in this paragraph it is deemed to state Dobbins. | 838 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 854 |
| In each instance where the name Gary appears in this paragraph it is deemed to state Gary. | 855 |
| This paragraph is deemed to include plaintiff Shamel Chandler. | 856 |
| In each instance where the name Gallucii appears in this paragraph it is deemed to state Gallucci. | 858 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 859 |
| In each instance where the name Groupp appears in this paragraph it is deemed to state Gropp. | 861 |
| The address stated in this paragraph is deemed to be replaced with 2530 Boat Ramp Avenue, Palm City, Florida 34990. | |
| Plaintiff's residence is deemed to be replaced with Florida. | 862 |
| The address stated in this paragraph is deemed to be replaced with 904 Irving Avenue, Lehigh Acres, Florida 33972. | 863 |
| In each instance where the name Ivvone appears in this paragraph it is deemed to state Ivonne. | 866 |
| The address stated in this paragraph is deemed to be replaced with 13555 Troia Drive, Estero, Florida 33928. | 868 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 869 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 870 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 871 |
| The address stated in this paragraph is deemed to be replaced with 13596 Citrus Creek, Fort Myers, Florida 33905. | 872 |
| In each instance where the name Ursa appears in this paragraph it is deemed to state Ursu. | 874 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 876 |
| In each instance where the names Diana and Teri appear in this paragraph they are deemed to state Dina and Kerry. | 877 |
| This paragraph is deemed to include plaintiff William Bailey. | 884 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| The address stated in this paragraph is deemed to be replaced with 3513 NW 14th Ct., Lauderhill, Florida 33311. | 887 |
| In each instance where the names Habdon and Carla appear in this paragraph they are deemed to state Habdon and Carla Joseph. | 888 |
| In each instance where the name Tyronne appears in this paragraph it is deemed to state Tyronne. | 890 |
| In each instance where the name Roberto appears in this paragraph it is deemed to state Robert. | 892 |
| In each instance where the names Monique and Elaine Crawford appear in this paragraph they are deemed to state Monique Crawford and Elaine Shand. | 894 |
| In each instance where the names Nadine and Pansy DeCambre appear in this paragraph they are deemed to state Nadine DeCambre and Pansy Bell. | 898 |
| In each instance where the name Svyatoslaw appears in this paragraph it is deemed to state Svyatoslav. | 902 |
| In each instance where the names Marlene and Jay Graham appear in this paragraph they are deemed to state Marlene Graham and Jay Russell. | 907 |
| This paragraph is deemed to include plaintiff Juliette Howard. | 911 |
| In each instance where the names Lawrence and Diane Kasakowski appear in this paragraph they are deemed to state Lawrence C. Kosakowski and Diane Kelly Wonderlick. | 915 |
| Tim McGee is deemed to be replaced with Kinelmi, LLC. | 918 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 920 |
| In each instance where the names Ramon and Nilda Rivas appear in this paragraph they are deemed to state Ramon L. Rivas Hernandez and Nilda Vega Bermudez. | 932 |
| In each instance where the name Qi ing ("Andy") Su appears in this paragraph it is deemed to state Qi Ming Suo. | 939 |
| The address stated in this paragraph is deemed to be replaced with 11503 Centaur Way, Lehigh Acres, Florida 33971 | |
| In each instance where the name Margret Williams appears in this paragraph it is deemed to state Margret Angella Williams. | 944 |
| The allegations of Nicholas Wakeland and Angella Wakeland as plaintiffs and/or owners of the subject property are deemed stricken from this paragraph of the Complaint. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where Leonard and Rivka Axelrod, Co–Trustees of The Leonard and Rivka Axelrod 2007 Revocable Trust appear in this paragraph it is deemed to state Leonard and Rivka Axelrod, Co–Trustees of the Leonard and Rivka Axelrod 2007 Revocable Trust. | 945 |
| The address stated in this paragraph is deemed to be replaced with 535 Toscana Trail, Boynton Beach, Florida 33437. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 947 |
| Plaintiffs' residence is deemed to be replaced with California. | 950 |
| Plaintiffs' residence is deemed to be replaced with New York. | 951 |
| In each instance where the name Jioia appears in this paragraph it is deemed to state Jioia. | 954 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 957 |
| Peter Livaich is deemed to be replaced with Twin Crest Associates, LLC. | 958 |
| Plaintiffs' residence is deemed to be replaced with New York. | 961 |
| In each instance where the name Manuela appears in this paragraph it is deemed to state Manuel. | 963 |
| In each instance where the name Reyna appears in this paragraph it is deemed to state Reina. | 972 |
| The address stated in this paragraph is deemed to be replaced with 11875 Bayport Lane, Unit 1401, Second Floor, Fort Myers, Florida 33908. | 977 |
| Ramon Medrano and Nedy Melo are deemed to be replaced with Road and House, LLC, a Michigan company. | 980 |
| This paragraph is deemed to include plaintiff Jennifer Batteau. | 1008 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1012 |
| In each instance where the name Mackie appears in this paragraph it is deemed to state Mackle. | 1015 |
| In each instance where the name Legland appears in this paragraph it is deemed to state Leblang. | 1021 |
| In each instance where the names Frank Weifang and Ziaojuan Zheng appear in this paragraph they are deemed to state Weifang and Xiaojuan Zheng. | 1026 |
| In each instance where the name Lyudmilla appears in this paragraph it is deemed to state Lyudmila. | 1061 |
| This paragraph is deemed to include plaintiff Robert Raynor. | 1064 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| Plaintiffs' residence is deemed to be replaced with New York. | 1065 |
| This paragraph is deemed to include plaintiff Maurico Kuhne. | 1073 |
| Barry Lunsford is deemed to be replaced with Lynette Lunsford and Richard Weiss. | 1076 |
| This paragraph is deemed to include plaintiff Eliane Fisher. | 1077 |
| In each instance where the name Demitrius appears in this paragraph it is deemed to state Demetriys. | 1080 |
| This paragraph is deemed to include plaintiff Latasha Williams. | |
| This paragraph is deemed to include plaintiffs Thomas J. Ammirato, James E. Ammirato and Marie A. Latoff. | 1086 |
| The allegation of Shaw Marchetti as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 1090 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1095 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1098 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1104 |
| The address stated in this paragraph is deemed to be replaced with 10440 SW Stephanie Way, Unit 4, 202, Port St. Lucie, Florida 34987. | 1126 |
| In each instance where the name Vickie Bailey appears in this paragraph it is deemed to state Personal Representative Gale Dixon for the Estate of Vickie Bailey, Deceased. | 1140 |
| In each instance where the name Michael (Toral) Camp appears in this paragraph it is deemed to state Michael Camp. | 1167 |
| The address stated in this paragraph is deemed to be replaced with 35 SE 3 Avenue, Hallandale, Florida 33009. | 1176 |
| In each instance where the names Ray Chladny and Debbie Stafford (Toral) appear in this paragraph they are deemed to state Ray Chladny and Debbie Stafford. | 1181 |
| The address stated in this paragraph is deemed to be replaced with 608 SW 147 Ave., Pembroke Pines, Florida 33027 | 1199 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1206 |
| In each instance where the name Eileen Dye (Toral) appears in this paragraph it is deemed to state Eileen Dye. | 1211 |
| In each instance where the name Roger Elliott (Toral) appears in this paragraph it is deemed to state Roger Elliott. | 1215 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1227 |
| Leroy and Bernadette Floyd are deemed to be replaced with Allena and Amissa Fordham. | 1229 |
| The address stated in this paragraph is deemed to be replaced with 2602 Rhode Island Avenue, Ft. Pierce, Florida 34947 | 1254 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1258 |
| The address stated in this paragraph is deemed to be replaced with 7871 Camden Lane, Parkland, Florida 33076 | 1322 |
| In each instance where the name Amy Yorelle Hrouch Massachi appears in this paragraph it is deemed to be replaced with Amy Massachi. | 1340 |
| In each instance where the name Paul Onori (Tora) appears in this paragraph it is deemed to state Paul Onori. | 1376 |
| The address stated in this paragraph is deemed to be replaced with 12440 NW 83rd Court, Parkland, Florida 33076. | 1453 |
| In each instance where the name Ronnie appears in this paragraph it is deemed to state Ronald. | 1457 |
| This paragraph is deemed to include Plaintiff Wendy Bertucci. | 1464 |
| In each instance where the name Michelle appears in this paragraph it is deemed to state Michele. | 1465 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1475 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1476 |
| Plaintiff's residence is deemed to be replaced with Florida. | 1478 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1482 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1484 |
| In each instance where the name Fay Teller appears in this paragraph it is deemed to state Fay Teller Panico. | 1487 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1488 |
| The address stated in this paragraph is deemed to be replaced with 1660 Renaissance Commons Blvd., Unit 2109, Boynton Beach, Florida 33426. | 1496 |
| This paragraph is deemed to include plaintiff Narcissa Rovezzi. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| Plaintiff, Susan Logan's residence is deemed to be replaced with Florida. | 1498 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1499 |
| In each instance where the name Nickie appears in this paragraph it is deemed to state Nellie. | 1507 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1508 |
| In each instance where the names Reginald and Constance Barber appear in this paragraph they are deemed to state Reginald V. Barbert and Maria Mathis. | 1512 |
| The address stated in this paragraph is deemed to be replaced with 1832 W. Beach Blvd. #902, Gulf Shores, Alabama  36542. | 1514 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1515 |
| In each instance where the name Bel Sole Condo Owners Assn. appears in this paragraph it is deemed to state Bel Sole Condominium Association. | 1516 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1517 |
| The address stated in this paragraph is deemed to be replaced with 2372 Arbor Glen, Hoover, Alabama  35244. | 1519 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1523 |
| The address stated in this paragraph is deemed to be replaced with 3253 Arbor Hill Trace, Birmingham, Alabama  35242. | 1524 |
| The allegation of Paige Bucker as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the complaint. | 1525 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1526 |
| The address stated in this paragraph is deemed to be replaced with 1295 Washington Drive, Moody, Alabama 35004. | 1529 |
| In each instance where the name Lorine appears in this paragraph it is deemed to state Lorene. | 1533 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1535 |
| In each instance where the name Clay Cook appears in this paragraph it is deemed to state William Clay Cook. | 1537 |
| This paragraph is deemed to include Plaintiff Wendy Cook. | 1541 |
| This paragraph is deemed to include plaintiff Daniel Richter. | 1541 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1542 |

| AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
|---|---|
| *SEAN AND BETH PAYTON, ET AL, V. KNAUF GIPS, KG, ET AL.* EXHIBIT "E" -PARAGRAPH-BY-PARAGRAPH | |
| The address stated in this paragraph is deemed to be replaced with 220 Wild Timber Parkway, Pelham, Alabama 35124. | 1543 |
| In each instance where the name James appears in this paragraph it is deemed to state Bill. | 1546 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1548 |
| The address stated in this paragraph is deemed to be replaced with 7680 Cussfork Road, Wilma, Alabama 36587. | 1550 |
| This paragraph is deemed to include plaintiff Leroy Dykes. | 1551 |
| This paragraph is deemed to include plaintiff Susan Edmonds. | 1553 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1554 |
| In each instance where the name Robert Grady Enslen appears in this paragraph it is deemed to state Robert G. Enslen, Sr. | 1556 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1557 |
| This paragraph is deemed to include plaintiff Maria Fandetti. | 1558 |
| This paragraph is deemed to include plaintiffs Helen Fairley and Margaret Sarin. | 1559 |
| The address stated in this paragraph is deemed to be replaced with 2021 Ansley Drive, Moody, Alabama 35004. | 1561 |
| This paragraph is deemed to include plaintiff Becky Fincher. | 1562 |
| In each instance where the name Ronald Forrester appears in this paragraph it is deemed to state Ronald Forrester, Power of Attorney for Tommie Jean Forrester. | 1565 |
| The address stated in this paragraph is deemed to be replaced with 3758 Abby Glen Way, Hoover, Alabama 35226. | 1567 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1569 |
| This paragraph is deemed to include plaintiff Jessica Freeman. | 1571 |
| This paragraph is deemed to include plaintiff Jodi Gatlin. | 1572 |
| The address stated in this paragraph is deemed to be replaced with 2305 Bellevue Court, Hoover, Alabama 35226. | 1573 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where the name Samel appears in this paragraph it is deemed to state Samuel. | 1577 |
| This paragraph is deemed to include Plaintiff Denise Goldstein. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1581 |
| The address stated in this paragraph is deemed to be replaced with 1832 W. Beach Blvd., Gulf Shores, Alabama 36542. | 1582 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1584 |
| In each instance where the name Jim appears in this paragraph it is deemed to state James. | 1585 |
| This paragraph is deemed to include plaintiff Brandon Helm. | 1590 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1591 |
| This paragraph is deemed to include plaintiff Linda Hudson. | 1598 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1600 |
| In each instance where the name J.H.P.W. Wade Ward Member, LLC appears in this paragraph it is deemed to state J.H.P.W., LLC. | 1602 |
| The address stated in this paragraph is deemed to be replaced with 529 E. 20th Avenue, Gulf Shores, Alabama 36542. | |
| In each instance where the name Roy Jones appears in this paragraph it is deemed to state Roy Jones, Jr. | 1607 |
| This paragraph is deemed to include Plaintiff Carol Jones. | |
| The allegation of Linda Kim as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 1612 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1619 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1621 |
| The address stated in this paragraph is deemed to be replaced with 1832 W. Beach Blvd., 909A, Gulf Shores, Alabama  36547. | 1623 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1628 |
| In each instance where the name Bill appears in this paragraph it is deemed to state William. | 1630 |
| This paragraph is deemed to include plaintiff Ann B. Miano. | 1632 |

| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.* | |
|---|---|
| **EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH** <br> **AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | **PARA # IN COMPLAINT** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1634 |
| This paragraph is deemed to include plaintiff Mary Monahan. | 1636 |
| In each instance where the name Navy Core Harbor, a Condo Owners Association, appears in this paragraph it is deemed to state Navy Cove Harbor Condominium Association. | 1638 |
| The address stated in this paragraph is deemed to be replaced with 2725 W. State Hwy 180, Gulf Shores, Alabama  36542. | 1641 |
| In each instance where the name Scott Nelson appears in this paragraph it is deemed to state Robert Scott Nelson. | |
| This paragraph is deemed to include Plaintiff Pauline Nelson. | |
| The address stated in this paragraph is deemed to be replaced with 2262 Ponce de Leon, Gulf Shores, Alabama  36542. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1642 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1653 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1654 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1655 |
| This paragraph is deemed to include plaintiff Mary Pilgram. | 1656 |
| In each instance where the name Bobb appears in this paragraph it is deemed to state Robert. | 1658 |
| This paragraph is deemed to include Plaintiff Robin Pittman. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1659 |
| The allegation of Jared Alan Kenny as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 1660 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1663 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1664 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1665 |

| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.* | |
|---|---|
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where the name Nathan Ross appears in this paragraph it is deemed to state Nathan Ross, Jr. | 1668 |
| This paragraph is deemed to include plaintiff Ruth Ross. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1672 |
| This paragraph is deemed to include plaintiff Colby Sisson. | 1678 |
| This paragraph is deemed to include plaintiff Cherylbeth Smith. | 1679 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1680 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1681 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1684 |
| The address stated in this paragraph is deemed to be replaced with 1252 Washington Drive, Moody, Alabama 35004. | 1686 |
| This paragraph is deemed to include plaintiff Michael Streufert. | 1688 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1689 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1693 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1695 |
| The allegation of Willie Thomas as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 1696 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1698 |
| In each instance where the name Chris appears in this paragraph it is deemed to state Christopher. | 1699 |
| The allegation of Tracie Torbert as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the complaint. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1700 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1701 |
| This paragraph is deemed to include plaintiff Rommey Velazques. | 1702 |
| This paragraph is deemed to include plaintiff Kelly Waite. | 1703 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1704 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1709 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1712 |
| The reference to the property at 516 Hendricks Isle, Unit #2 C (3), Ft. Lauderdale, Florida 33301 is to be deemed stricken from this paragraph of the Complaint. | 1717 |
| This paragraph is deemed to include plaintiff Travis Ashley. | 1718 |
| This paragraph is deemed to include plaintiff Robin Becker. | 1719 |
| In each instance where Blue Water Condo Association appears in this paragraph it is deemed to state P&M Property Management. | 1721 |
| The address stated in this paragraph is deemed to be replaced with 201 Shadow Cove Circle, Unit 103, 104, 202, 1101, 1301, 1302, 1202, Cape Coral, Florida 33991. | 1722 |
| This paragraph is deemed to include plaintiff Larry Lunsford. | 1722 |
| The address stated in this paragraph is deemed to be replaced with 3769 Juniper Lane, Davie, Florida 33330. | 1725 |
| This paragraph is deemed to include plaintiff Frank Case. | 1726 |
| Plaintiff's residence is deemed to be replaced with New York. | 1729 |
| This paragraph is deemed to include plaintiff Barbara Casper. | 1737 |
| This paragraph is deemed to include plaintiff Marcia D'Agresto. | 1738 |
| This paragraph is deemed to include plaintiff Esther Genoune. | 1740 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1741 |
| In each instance where the name Coral appears in this paragraph it is deemed to state Carol. | 1743 |
| The address stated in this paragraph is deemed to be replaced with 409 NW 38th Avenue, Cape Coral, Florida 33993. | |
| This paragraph is deemed to include plaintiff Ruth Jackson. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| This paragraph is deemed to include plaintiff Denise Leonard. | 1747 |
| This paragraph is deemed to include plaintiff Evelin Rey. | 1748 |
| This paragraph is deemed to include plaintiff Gladys Libertella. | 1749 |
| This paragraph is deemed to include plaintiff Kathleen Lundberg. | 1751 |
| In each instance where the name Rick appears in this paragraph it is deemed to state Richard. | |
| Plaintiff's residence is deemed to be replaced with Minnesota. | |
| This paragraph is deemed to include reference to properties located at 240 West End Avenue, Unit #s 611, 612, 613, 921, 1021, 1022, 1023, 1111, 1112, 1113, 1221, 1223, 1313, 1322, 1513 and 1523, Punta Gorda, Florida 33950. | 1752 |
| In each instance where the name Maryfield appears in this paragraph it is deemed to state Merryfield. | 1753 |
| This paragraph is deemed to include Plaintiff Jane Merryfield. | |
| The address stated in this paragraph is deemed to be replaced with 214 Shadroe Cove Circle, Unit 101, Cape Coral, Florida 33991. | |
| This paragraph is deemed to include plaintiff Carolyn Moses. | 1756 |
| The address stated in this paragraph is deemed to be replaced with 9861 Cobblestone Creek Drive, Boynton Beach, Florida 33472. | |
| This paragraph is deemed to include plaintiff Richard Osaiyuwu. | 1760 |
| Plaintiff's residence is deemed to be replaced with Massachusetts. | 1761 |
| This paragraph is deemed to include plaintiff Wansor Persky. | 1766 |
| This paragraph is deemed to include plaintiff Yolene Poliard. | 1767 |
| This paragraph is deemed to include plaintiff Joanna Reyes. | 1768 |
| In each instance where the name Novelt appears in this paragraph it is deemed to state Novlet. | 1770 |
| This paragraph is deemed to include plaintiff Lionel Rose. | |
| The address stated in this paragraph is deemed to be replaced with 1661 SE Mariner Lane, Port St. Lucie, Florida 34983. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| The allegation of Pauline Sampson as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the complaint. | 1772 |
| In each instance where the names Lenoy and Valrie appear in this paragraph they are deemed to state Leroy and Valerie. | 1773 |
| The address stated in this paragraph is deemed to be replaced with 3604 NW 14th Court Lauderhill, Florida  33311. | 1774 |
| This paragraph is deemed to include plaintiff Carrie Schumacher. | 1776 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1778 |
| This paragraph is deemed to include plaintiff Leon Levy. | 1781 |
| In each instance where the name Brian appears in this paragraph it is deemed to state Bryan. | 1783 |
| This paragraph is deemed to include plaintiff Aspasia Thayer. | 1789 |
| In each instance where the name Martin appears in this paragraph it is deemed to state Morin. | |
| The address stated in this paragraph is deemed to be replaced with 10868 Tibero Drive, Ft. Myers, Florida 33913. | 1791 |
| The allegation of Omar Baker as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | |
| In each instance where the name Adrianna Baker appears in this paragraph it is deemed to state Adrianna Townsend Baker. | 1793 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1795 |
| The address stated in this paragraph is deemed to be replaced with 2889 St. Barts Square, Vero Beach, Florida 32967. | 1806 |
| This paragraph is deemed to include reference to properties located at 10560 SW Stephanie Way Units: 101, 102, 104, 105, 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34986; 10520 SW Stephanie Way, Unit 212, Port St. Lucie, Florida 34986; 10480 SW Stephanie Way, Units 101, 102, 103, 104, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34986; 10440 SW Stephanie Way, Units 101, 102, 103, 104, 105, 106, 201, 202, 203, 204, 205, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34986 and 10360 SW Stephanie Way, Units 101, 102, 103, 104, 105, 201, 202, 204, 206, 207, 208, 209, 210, 211 and 212, Port St. Lucie, Florida 34986. | 1808 |
| Plaintiff's residence is deemed to be replaced with New Jersey. | |
| The address stated in this paragraph is deemed to be replaced with 10480 SW Stephanie Unit #3-202, Port St. Lucie, Florida  34986. | |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH<br>AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
| In each instance where the name Houston appears in this paragraph it is deemed to state Hueston. | 1810 |
| Plaintiff's residence is deemed to be replaced with Rhode Island. | |
| The address stated in this paragraph is deemed to be replaced with  10320 SW Stephanie Way, Unit #211, Bldg. 7, Port St. Lucie, Florida  34987. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1816 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1817 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1818 |
| Peter Blalock is deemed to be replaced with Blalock Seafood c/o Peter Blalock. | 1821 |
| The address stated in this paragraph is deemed to be replaced with 1911 Gulf Shores Parkway, Gulf Shores, Alabama  36542. | |
| The allegation of Rachel Kesterson as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the Complaint. | 1823 |
| In each instance where the name Joe McAleer appears in this paragraph it is deemed to state Joseph McAleer, III. | 1824 |
| This paragraph is deemed to include plaintiff Amanda McAleer. | |
| This paragraph is deemed to include plaintiff Myrus Strong. | 1826 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1835 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1836 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1838 |
| The address stated in this paragraph is deemed to be replaced with 8958 SW 227th Terrace, Cutler Bay, Florida 33190. | 1839 |
| The address stated in this paragraph is deemed to be replaced with 11426 Bride Pine Drive, Riverview, Florida  33569. | 1843 |
| This paragraph is deemed to include Steven and Suzanne Tanke, who are residents of Wisconsin. | 1845 |
| In each instance where the name Kimberley appears in this paragraph it is deemed to state Kimberly. | 1846 |

| SEAN AND BETH PAYTON, ET AL, V. KNAUF GIPS, KG, ET AL. | |
| --- | --- |
| EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH<br>AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN<br>COMPLAINT |
| The address stated in this paragraph is deemed to be replaced with 47991 Largay Way #A201, Bonita Springs, Florida 34134. | 1850 |
| In each instance where the name Anderson appears in this paragraph it is deemed to state Andersen. | 1874 |
| In each instance where the name Lorie Corley appears in this paragraph it is deemed to state Lorie Szymela Corley. | 1882 |
| In each instance where the name David Ezekiel appears in this paragraph it is deemed to state James David Ezekiel. | 1885 |
| In each instance where the names William Graham and Martha Betty M. Harrod Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust appears in this paragraph it is deemed to state William and Martha Graham and Betty M. Harrod Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust. | 1888 |
| In each instance where the name Hillary Howard appears in this paragraph it is deemed to state Hillary K. Howard. | 1894 |
| In each instance where the name Carol Howard appears in this paragraph it is deemed to state Carol Binion Howard. | 1895 |
| In each instance where the names Michael and Susan Randolph appear in this paragraph they are deemed to state Michael and Susan Howell. | 1896 |
| This paragraph is deemed to include plaintiff Ralph Howell. | |
| In each instance where the names William and Janin Marston appear in this paragraph they are deemed to state William Thomas Marston, II and Janin Marie Hansen Marston. | 1903 |
| In each instance where the names Arnold Lee and Rada Ridley appears in this paragraph they are deemed to state Arnold Lee and Rada Waheed Gendeel Al-Armaish. | 1909 |
| In each instance where the name Ortis appears in this paragraph it is deemed to state Otis. | 1913 |
| In each instance where the names James and Maria Vincent appear in this paragraph they are deemed to state James Russell Vincent and Maria Whaley Vincent. | 1914 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1918 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1920 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1922 |

| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.* | |
|---|---|
| **EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH**<br>**AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | **PARA # IN**<br>**COMPLAINT** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1923 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1919 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1929 |
| In each instance where the name Denkhuas appears in this paragraph it is deemed to state Denkhaus. | 1945 |
| This paragraph is deemed to include plaintiff Jaroslawa Dzyndra, who is a resident of Florida. | 1946 |
| In each instance where the name Vicente appears in this paragraph it is deemed to state Vincente. | 1947 |
| In each instance where the name Rocca Quaglietti appears in this paragraph it is deemed to state Rocco A. Quaglietti, Jr., Trust. | 1952 |
| The address stated in this paragraph is deemed to be replaced with 16122 Via Solera Circle, Unit #4, Fort Myers, Florida 33908. | |
| The allegation of Sabine Langfeld as a plaintiff and/or owner of the subject property is deemed stricken from this paragraph of the complaint. | 1957 |
| The address stated in this paragraph is deemed to be replaced with 605 South West 13th Street, Cape Coral, Florida 33991. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1968 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 1988 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2010 |
| In each instance where the name Griffithm appears in this paragraph it is deemed to state Griffith. | 2012 |
| In each instance where the name Persuad appears in this paragraph it is deemed to state Persaud. | 2019 |
| The address stated in this paragraph is deemed to be replaced with 2815 Cabana Lane, Port St. Lucie, Florida 34952. | |
| In each instance where the names Cossette Bravo and David Ilanes appear in this paragraph they are deemed to state David Bravo and Cossette Llanes. | 2023 |
| The address stated in this paragraph is deemed to be replaced with 11031 Gulf Reflections Drive, Ft. Myers, Florida 33908. | 2032 |
| In each instance where the name Maria appears in this paragraph it is deemed to state Mariamma. | 2047 |

| | |
|---|---|
| **SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.** | |
| **EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | **PARA # IN COMPLAINT** |
| The address stated in this paragraph is deemed to be replaced with 10902 NW 83rd Street, Apartment 210, Doral, Florida 33178. | 2052 |
| In each instance where the name Friefield appears in this paragraph it is deemed to state Friefield. | 2067 |
| This paragraph is deemed to include plaintiff Gauty Athouriste. | 2068 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2080 |
| The address stated in this paragraph is deemed to be replaced with 1019 Route 519 Eighty Four, Pennsylvania 15330. | 2081 |
| In each instance where Banner Supply Company Ft. Myers, LLC appears in this paragraph it is deemed to state Banner Supply Company Fort Myers, LLC. | 2087 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2091 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2093 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2116 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2133 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2133 |
| The address stated in this paragraph is deemed to be replaced with 4621 Lee Boulevard, Lehigh Acres, Florida 33971. | 2140 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2142 |
| The address stated in this paragraph is deemed to be replaced with 1310 South West 4th Terrace, Cape Coral, Florida 33991. | 2147 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2153 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2161 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2161 |

| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* | |
| --- | --- |
| **Exhibit "E"–Paragraph-By-Paragraph**<br>**Amendments to Plaintiffs' Omnibus Class Action Complaint (I)** | **Para # in Complaint** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2161** |
| The address stated in this paragraph is deemed to be replaced with 3515 DelPrado Blvd., #107, Cape Coral, Florida 33904. | **2162** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2164** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2169** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2175** |
| The address stated in this paragraph is deemed to be replaced with 5901 South West 74th Street, Suite 411, Miami, Florida 33143. | **2180** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2181** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2181** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2181** |
| The address stated in this paragraph is deemed to be replaced with 5901 South West 74th Street, Suite 411, Miami, Florida 33143. | **2182** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2192** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2202** |
| In each instance where Craftsman Builders, Inc. appears in this paragraph it is deemed to state Craftsmen Builders, Inc. | **2204** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2207** |
| The address stated in this paragraph is deemed to be replaced with 301 Commerce Street, Suite 500, Fort Worth, Texas 76102. | **2208** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | **2211** |
| The address stated in this paragraph is deemed to be replaced with 15091 Flightline Court, Fort Myers, Florida 33905. | **2215** |
| In each instance where Dupree Contractors, Inc. appears in this paragraph it is deemed to state Dupree Construction Company, Inc. n/k/a Dupree Construction Company, LLC. | **2221** |

| *SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.* | |
| --- | --- |
| **EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)** | **PARA # IN COMPLAINT** |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2234 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2240 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2241 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2248 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2249 |
| In each instance where GL Homes appears in this paragraph it is deemed to state G.L. Homes Limited Corporation a/k/a GL Homes Limited Corporation. | 2250 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2264 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2267 |
| The address stated in this paragraph is deemed to be replaced with P.O. Box 388, El Dorado Parkway, Cape Coral, Florida 33904. | 2275 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2276 |
| The address stated in this paragraph is deemed to be replaced with 2293 West Eau Gallie Blvd., Melbourne, Florida 32935. | 2281 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2287 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2288 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2290 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2296 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2300 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2308 |
| The address stated in this paragraph is deemed to be replaced with 12525 New Brittany Boulevard, Building #28, Fort Myers, Florida 33907. | 2310 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2312 |

| SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL. | |
| EXHIBIT "E"—PARAGRAPH-BY-PARAGRAPH AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
|---|---|
| In each instance where La Homes and Properties, Inc. appears in this paragraph it is deemed to state L.A. Homes, Inc. | 2313 |
| In each instance where Century Builders Group, Inc. appears in this paragraph it is deemed to state Century Homebuilders, LLC. | 2332 |
| The address stated in this paragraph is deemed to be replaced with 2301 N.W. 87th Avenue, 6th Floor, Doral, FL 33712. | 2338 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2338 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2339 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2341 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2342 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2345 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2348 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2355 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2359 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2362 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2363 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2368 |
| In each instance where Midwest Construction and Development, Inc. appears in this paragraph it is deemed to state Midwest Construction and Development, L.L.C. | 2369 |

## SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.

### EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH
### AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

| AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
|---|---|
| In each instance where Nelso, LLC appears in this paragraph it is deemed to state Neslo Contracting c/o Ron Olsen, Sr. | 2375 |
| The address stated in this paragraph is deemed to be replaced with 204A Weldon Park Drive, Mandeville, LA 70471. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2390 |
| In each instance where Paragon Homes, Inc. appears in this paragraph it is deemed to state Paragon Homes Corporation. | 2393 |
| The address stated in this paragraph is deemed to be replaced with 772 West Lumsden Road, Brandon, Florida 33511. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2396 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2399 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2403 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2406 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2407 |
| In each instance where R&B Construction & Remodeling, Inc. appears in this paragraph it is deemed to state R&B Construction of Northwest, FL, Inc. | 2411 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2414 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2430 |
| In each instance where RJM Homes, Inc. appears in this paragraph it is deemed to state RJM Builders North, Inc. | 2432 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2433 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2434 |
| In each instance where Ryland Group, Inc. appears in this paragraph it is deemed to state The Ryland Group, Inc. | 2437 |
| Defendant's state of organization is deemed to be replaced with Maryland. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2441 |
| The address stated in this paragraph is deemed to be replaced with 7975 NW 154 Street, Ste. 400, Miami Lakes, Florida 33016. | 2442 |

## SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.

| AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)<br>EXHIBIT "E"-PARAGRAPH-BY-PARAGRAPH | PARA # IN<br>COMPLAINT |
|---|---|
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2444 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2445 |
| In each instance where Schenley Park Homes, LLC appears in this paragraph it is deemed to state ARM Structural, Inc. | 2446 |
| The address stated in this paragraph is deemed to be replaced with 3616 South West 108th Avenue, Miami, Florida 33165. | 2448 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2457 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2462 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2464 |
| The address stated in this paragraph is deemed to be replaced with 200 North West 150th Avenue, Suite 1110, Pembroke Pines, Florida 33028. | 2470 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2471 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2482 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2483 |
| In each instance where Taylor-Woodrow Communities at Vasari appears in this paragraph it is deemed to state Taylor-Woodrow Communities at Vasari, Inc. | 2491 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2495 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2496 |
| The address stated in this paragraph is deemed to be replaced with 1309 Caloosa Vista Road, Fort Myers, Florida 33901. | 2501 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2505 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2506 |
| In each instance where Waterways Development, Inc. appears in this paragraph it is deemed to state Waterways Joint Venture IV, LLC. | 2507 |
| The address stated in this paragraph is deemed to be replaced with 15013 Summit Place Circle, Naples, Florida 34119. | 2508 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | |

Page 29 of 30

*SEAN AND BETH PAYTON, ET AL. V. KNAUF GIPS, KG, ET AL.*

**EXHIBIT "E"–PARAGRAPH-BY-PARAGRAPH**
**AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)**

| AMENDMENTS TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I) | PARA # IN COMPLAINT |
|---|---|
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2510 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2515 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2518 |
| In each instance where Aced Interior Drywall appears in this paragraph it is deemed to state Aced Interior Drywall, Inc. | 2521 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2526 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2541 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2544 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2567 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2573 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2580 |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2592 |
| In each instance where Sampson Drywall appears in this paragraph it is deemed to state Sampson Drywall, Inc. | 2593 |
| In each instance where Bradford Plastering appears in this paragraph it is deemed to state Bradford Plastering, Inc. | 2598 |
| In each instance where Steiner Drywall appears in this paragraph it is deemed to state Stephen Steiner d/b/a Steiner Drywall. | 2601 |
| The address stated in this paragraph is deemed to be replaced with 16344 Three Rivers Road, Biloxi, Mississippi 39532. | |
| The allegations in this paragraph are deemed stricken from the Complaint and replaced with "Intentionally left blank." | 2607 |

Page 30 of 30