# Exhibit "F"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**EXHIBIT "F"—AMENDED VALEDICTION AND SIGANTURE BLOCK
TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)**

## COUNSEL FOR INDIVIDUAL PLAINTIFFS

### Alters, Boldt, Brown, Rash & Culmo,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abbott, Carl D./Adele
Adams, Kevin
Ambroise, Donald
Anderson, Mark and Jamie; Sasser, Jearl and Betty
Anton, Kevin/Joann
Araujo, Marcos
Bongiorno, Salvatore/Arlene
Borkowski, Julie/Stephen
Brown, Dorene
Buckingham, Keith/Fasenda, Jose
Burkman, Ken and Rosi
Caliguirie, Jacob
Campbell, Ann Marie and Andre
Carr, Craig/Windsor, Jill
Carrion, Kathy
Carter-Smith, Jill
Castaneda, Juan Carlos
Catalogna, Michael and Phyllis
Ceglio, Carmine and Donna
Clarke, Roger
Coplin, Jose and Mercedes
Cohen, Jan and Michele
Cox, Shawn and Lisa
Cramer, David and Denise
Cummings, Mark
Davis, Matthew and Tricia
Davy, Christopher and Amy
DeJesus, leslie
DePirro, Stephen
DeSola, Nick and Heather
Diamond, James and Heidi
DiFillipo, Steven and Kathleen
Dube, Tim and Laura
Edelman, Michael and Francine
Fellows, David
Field, Theodore and Leslie
Firmani, Terry Lee
Fleurantin, Toussaint and Bernite
Fodor, Amy and Angelo
Foster, Katherine
Frenz, Ray and Barbara
Fulks, Bonnie and Richard
Garcia, Gabriela
Garcia, Lorena and Angela
Gardner, Francesca and Brian
Geensburg, Cary and Patricia

Giggey, Richard and Linda
Gimenez, Adriana
Gomez, Axel and Nicole
Gomez, Gerogina
Gonzalez, Dolores
Grant, Olga and Ralph
Green, Colin and Natasha
Gumina, Frank and Rosemarie
Hanson, Rene
Insco, John and Ruth
Jackson, Douglas
Jimenez, Camilo and Lisa
Johnson, Paul and Patricia
Kampf, Richard and Patricia
Knouff, John and Clary, Jacqueline
Koc, Jeffrey and Lori
Kraham, Stuart
Lake, William and Jacqueline
Levin, Ronald and Carol
Macias, Juan Carlos/Hernandez, Adrianna
Martin, Aaron
McAuliffe, Dixie and Matthew
Melville, Maundy and John
Mesa, Mirta
Metzl, Justin
Morton, Robert
Nolan, James and Adele
O'Brien, Wendy
Peach Harbor Clubhouse
Pestenski, Tirzah and Ryan
Petroraro, Michael and Kathy
Plaza, Ana Maria
Porch, David and Ashley
Potes, Lino
Pritchard, Thomas and Merrily
Rautenberg, Lee and Alissa
Rehrig, Neil and Ferrel, Carla
Ritman, William
Rodriguez, Rudy
Saintil, Ducassea and Mereegrace
Sanchez, Lisset and Ian
Senior, Wendy and Lucianil
Shea, Doris
Shikley, Ahmed and Shazia
Schneiderman, Leonardo and Jean
Simms, Troy and Carrie

Snyder, Robert and Doreen
Steiner, Roland
Tapia, Arthur and Diana
Umana, Jose and Herrara, Mirriam
Vargas, Jose
Venius, Jean-Enor and Rosita
Victores, Monica and Didio
Wanounou, Susan and Yacov
Whaley, John and Sharon
Williams, Herbert
Zheng, Xiaojuan Weigang
Acosta, Carlos
Andreoli, Robert
Bolton, Wade and Raynor, Robert
Campbell, Daniel and Joan
Del Torro, Gilbert and Zamira
Fleming, Alan
Fothergill, Zen
Goldstein, Cindy
Greever, Jeanne
Hovis, Michelle
James, John and Imie
Kuhne, Erica and Maurico
Lemmon, Dennis and Helen
Logie, Kevin and Nicole
Lunsford, Lynette and Weiss, Richard
Naidus, Gary and Fisher, Elaine
Rucker, Johnnie
Salguero, Diana
Steiner, Stephanie
Williams, Demetriys and Latasha
Yourich, Stephen
Aguilar, Eleanor
Almeida, Jeff
Anderson, Samuel
Aria Properties, LLC
Ashley, Tatiana and Travis
Becker, Larry and Robin
Bidigare, Susan
P & M Property Management
Bruce,Jamie and Erick; Lunsford, Larry
Properties in Miami, LLC
Caliper Capital of Florida, LLC
Case, Ronald and Frank
Casper, Bruce and Barbara

Castillo, Alexis
Dano, Robbin
D'Agresto, Lewis and Marcia
Doreus, Gerta
Dalmage, Dilworth & Hyaciinth
Dunne, Cahal
Elkins, Joseph
Frazier, Larry and Dorothy
Gandhi, Shailesh and Hemangini
Gascon, Ed
Genoune, Meir and Esther
Harrison-Wiley, Adria
Haynes, Elvis and Carol
Hernandez, Ernest
Jackson, Leonard and Juliet
Jackson, Anthony and Ruth
Johnson, Paul
Karp, Herbert
Lagano, Sasha
Leonard, Jeff and Denise
Lezama, Juan Carlos and Evelin
Rey

Libertella, Rocco and Gladys
Merclop Holding, LLC
Lundberg, Richard and Kathleen
Magdalena Gardens Condo
Association
Maryfield, David and Jane
Mason, Fay and Michael
Mazzaca, Philip
Molinaro, Peter
Moses, William and Carolyn
Nelson, Brian and Victoria
Njie, Josephina
Osaiyuwu, Ivie and Richard
Oxman, Samuel
Osowsky, Dawn
Parrillo, Joseph and Dorothy
Peace Harbor Condo Assocaition
Pereira, Fernanda
Persky, Paula and Wansor
Poliard, Phares and Yolene
Reyes, Jorge and Joanna
Risko, Dawn

Rose, Novlet and Lionel
Samlal, Nalinie D.
Sampson, Henry
Scully, Leroy and Valerie
Schumacher, Jay and Carrie
Shirley, Jason
Singh, Janet
Sisso, Alberto and Leon
Sutton Lori
Talley, Lawrence and Cathleen
Taylor, Bryan
Taylor, Eric
Thayer, Thomas and Aspasia
Trees, Eric and Natalie
Trotman, Shonae
Tucker, Joseph and Deborah
Virden, David
Walker, Andrew
Walsh, Gladys/Morin, Frank
Zeigler, Bart
Athouriste, Herold and Gauty
Hansen, Deborah (Debby-Ann)

## The Andry Law Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

Van Winkle, Ronnie and Anne

## Anthony Irpino, *Counsel on Behalf of the Following Individual Plaintiffs*:

Musgrave, Richard and Michele

## Aronfeld Trial ATtorneys, PA *Counsel on Behalf of the Following Individual Plaintiffs*

Maunsbach, Kay

## Baron & Budd and Alters, Boldt, Brown, Rash & Culmo, *Counsel on Behalf of the Following Individual Plaintiffs*:

Maykut, Kent & Donna
Young, Linda & Raymond
Oliver, Patches & Richard
Shelton, Michael & Leslie
Doyle, Theodore & Brenda
Mandill, Jami
Schulz, Shannon and Grant
Mitchell, Michael
Finke, Margaret/c/o Castillo, Ronda
Bourgeois, Bryan & Sandy
Guerrera, Anthony and Debbie
Meyer, John

Molero, Charles and JoAnn
Cooper, Herbert "Kit"
Ferraro, Brenda and Lee
Bouanchaud, Janine
Tedesco, Caroline and Robert
Hogan, Barbara
Arsenaux, Everiste and Lizette
Guillot, Eno and Frances
Collins, John and Brenda
Walker, James and Cheryl
Rupp, Joseph and Theresa
Miles, Carl and Tania

Talbert, Bill
Carr, Patrick E. Jr.
Nuzzo, James
Daniels, Rita
Cornwell, Burl and Sondra
Snow, Olivia
Nelson, Brian and Victoria
WCI Chinese Drywall Property
Damage and Personal Injury
Settlement Trust

## Barrios Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Kokoszka, Jason and Heather | Teefy, Thomas M./Susan E. Teefy |
| Legendre, Eugene | Mosley, Shawn |
| Puig, Donald and Marcelyn | Randolph, Vincent L. |
| Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam | Creech, Raymond D. and Corrye |
| Kelly, Francine M. | Brown, Judalyne Brown |
| O'Hear, Anne M. | |

## Becnel Law Firm and Herman, Herman, Katz and Cotlar LLP,
### *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Alldredge, Emily and Rufus | Despino, Jason and Brandy | Toras, Nikolaos |
| Amerson, Amy Louise | Duhon, Christopher and Kimberly | Torrance, Matthew and Mary |
| Barone, John and Heather | Fazande, Dwayne and Latanja | Woods, Rechanda |
| Chiappetta, Kevin and Karen | Gilberti, Jeffrey and Chrissie | Woodside, John and Jennifer |
| Godwin, Pamela and Jack | Gillane, William and Maureen | Ross, Bourgeois/McCants, Michael |
| Heck, Joshua and Kelly | Guidry, Christopher and Jerene | Rodosta, Toni |
| Quividia, Joseph Todd | Hebert, Loney and Vickie | Dewberry, Patricia |
| Ledet, Trisha and Darryl | Hulsey, Charles and Sarah | Bolden, Thomas/Smith, Monica |
| Nunez, Ernest and Marie | Kerr, Anna | Stockwell, Shelley |
| Panneton, Ruth and Ovila | Lea, Chris and Julie | Childress, Patricia |
| Payton, Sean and Beth | Mercante, Joseph and Barbara | Doran, Candy |
| Staton, Lori Ann | Pavageau, Craig and Olivia | Lewis, Christopher and Natalie |
| Alfonso, Cindy | Rigney, George and Raffy | Ganucheau, Renee |
| Ancira, Chris and Lilah | St. Germain, Keith and Cheryl | Beasley, Austin and Betty |
| Boquet, Edwin | Stabile, Anthony and Judith | Waguespack, Jacques and Nicole |
| Ceruti, Ronald and Sharon | Tiemann, Richard and Jean | |
| Chatman, Funell and Gail | | |

## Becnel Law Firm and Roda and Nast, *Counsel on Behalf of the Following Individual Plaintiffs*

Ruesch, Kevin and Dorothy

## Becnel Law Firm, Morris Bart, and Herman, Herman, Katz & Cotlar
### *Counsel on Behalf of the Following Individual Plaintiffs*

| | |
|---|---|
| Martin, Michael | Spencer, Patricia |
| Cassagne, Jordan and Brande | Brumfield, Ollie and Andreienne |
| Canty, Honore and Elaine | Donnelly, Jerome and Daphine |
| Hall, Eric | Collignon, Robert |
| Gritter, Joseph and Catherine | Gaussiran, Maxi |
| Hidalgo, Tonya and Sidney | |
| Quick, William and Maxine | |

## Bencomo & Associates, *Counsel on Behalf of the Following Individual Plaintiffs*

Bienemy, Eric and Gina

## Berman, Kean & Riguera, P.A., *Counsel on Behalf of the Following Individual Plaintiffs*

First East Side Savings Bank

**Berniard Law,** *Counsel on Behalf of the Following Individual Plaintiffs*

Borne, Carol
Price, Joshua and Kimberlea
Kessler, David and Amanda
Rosetta, Dufrene and Ernest

**Berrigan, Litchfield,** *Counsel on Behalf of the Following Individual Plaintiffs*

Green, William and Jamie
Pizani, Calvin and Lindsey

**Blizzard, McCarthy & Naber, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs*

Schlabach, Eric and Stacy

**Brown, Brown & Gaskell,** *Counsel on Behalf of the Following Individual Plaintiffs*

Poplano, Mark & Linda
Cohen, Elizabeth
Minor, David
Luglis, John

**Carey & Danis, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*

Robinhood Terrace, LLC

**Champlin Law Firm,** *Counsel on Behalf of the Following Individual Plaintiffs*

Rovira, Jonathan Paul, Jr.

**Coughlin, Stoia, Geller, Rudman & Robbins,** *Counsel on Behalf of the Following Individual Plaintiffs*

Riesz, Lawrence and Schnee, Jennifer

**Cuneo, Gilbert,** *Counsel on Behalf of the Following Individual Plaintiffs*

Minafri, Steven
Stanley, Duke

**Daigle, Fisse & Kessenich,** *Counsel on Behalf of the Following Individual Plaintiffs*

Fernandez, Vernon and JoAnn

**Lewis & Roberts, PLLC,** *Counsel on Behalf of the Following Individual Plaintiffs*

| | | |
|---|---|---|
| Dorsey, Glenda F. | Eleuterius, Marshall and Tasha | Catherine |
| Dupre, Ross and Marlo | Eubank, Richard | Garton, Timothy |
| Durham, Scott and Heather | Ferguson, Howard/Anna | Gill, Russell and Ashley |

Grace, Khadijeh
Greco, Vincent
Greene, Craig and Kristin
Green, Jeffrey and Michelle
Guillory, Gregory and Cynthia
Hansen, Curt and Carrie
Harkins, Rochelle Frazier
Harris, Anthony Richard
Hart, Jesse and Sheila
Haworth Holdings, LLC
Hayek, Michael and Hensley
Johnson, Steve/Knoth, Mark
Jones, Charles and Myrna
Kitts, Corey and Monique
Deano, Madeline T.
Landry, Justin and Renee
Ledford, Samuel
Lewis, Lesley
Mailhes, Debbie
Middleton, Michael/Megham
Mogor, Melissa
Mumphrey, Frank/Gail
   Arcement
Nelson, Douglas and Maria
Petone, Anthony Peter
Perez-Marini, Monique C.
Raborn, Randy and Pamela
Roberts, Michael and Wendy
Robinson, Robert and Lindy
Schiel, John H. and D'Auby
Stanley, Billy Wayne/Amanda
Tabor, Lisa and Jordan
Taylor, David Jason/Amanda
Taylor, Russell and Tiffany
Theologos, Charles and Sherry
Thomas, Brian and Tamara
Vereen, Glenn W.
Volke, Chip and Christina
Youmans, Dr. Cassandra
Deakins, John and Beverly
Culpepper, Jonathan and Cindy
Knight, Marshall J., Sr.
Alonzo, Judy
Banner, William and Kitty
Bennett, James and Barbara
Bobinger, Lisa McQueen/   Brandie
Boggs, Gary L. and Penelope D.
Bourgeois, Jason and Felicia

Chadwick, Mark W.
Buxton, Darren and Tracy
Bryant, Robbie and Lizabeth
Chapman, David and Denise
Brandt, Sherolyn V.
Whitfield, Christopher
Mayo, Jake C. and Emily
Fairley, Robert and Barbara
Fairley, Billy and Mary
Etzel, William Todd/Rebecca
Todd, Debra/Smith, Frank
Romano, Leo and Marie
Axelrod, Leonard and
   Rivka,Co-Trustees of The
   Leonard and Rivka Axelrod
   2007 Revocable Trust
Proske, Allan and Rebecca
Piccolo, John and Ann
Murray, Paul
Tom, Jianran and San
Baez, Dava Lucherini
Fox, Edwin and Lisa
Loutfy, Tarek and Andrea
Twin Crest Associates, LLC
Gazzal, Joseph and Candace
Gottlob, Alan and Toni Ann and
   Melchiorre, John and Barbara
Graham, Michael, Dayton,    Glenn
Jioia, Robert and Lori
Kolich, John and Susanna
LLG Investment Properties LLC
Ramos, Manuel and Lavinia
Figueroa, Kathryn
D'Ambrosio, Angel/Deborah
Middleton, Valerie T.
McCabe, Lawrence Dean
Lybarger, Rayman/Chong Suk
Moulin, William and JoAnn
Nearing, Wayne and Virginia
Neel, Kevin and Stacy
Balassone, Arthur and Barbara
Baron, Allen
Bashein, Joyce
Adams. David Creston and
   Frances Carolyn Box
McCullough, Matthew Stuart
Zhou, Zhongmin and Huang,
   Qinxi
Young, Ramona and Id-Deen,

Suluki/Young, Ramona
Id-Deen, Suluki:
Wojcik, Walter Jr. and Lydia
Wiley, Thad
Thompson, Venesia and Logan,
   Susan
Tempel, Harvey and Lisa
Stock, Amir and Bella
Smith, Kelly
Sheperd, Wesley
Sheperd, Wesley
Shaya, Samuel
Schmidt, David and Karen
Schafer, Thomas and Camille
Sabatino, Dominic and Hiskey,
   Richard/
Rovezzi, James and Narcissa
Rayman, Birgitta
Ramos, Mariann and Joseph
Rojas, Victor
Polovin, Annette
Sharit, Juanita R.
Seifert, Charles and Lois
Panico, Frank and Fay Teller
Ovicher, Joseph and Celine
Murray, Brian
Minuto, Michael
Michaud, Claude and Laidlaw,
   Melissa
Lattanzio, Frank
Lasserre, Paul
LaSala, Anthony and Brian
Kroll, Brian and Naida
Klemm, Timothy
Kenney, Catherine and Danny
Jordan, William
Investment Leaders, LLC
Graves, Chance Rio and Miriam
Flaherty, Sean
Edwards, Trenice
Dileo, Carl
Csakanyos, Renata/Antal,
   Gyorgy
Cohen, Richard
Chandra, Shalini
Carbone, David and Rachael
Cammarata, Louis and Michele
Campbell, Janet Olive, as

Trustee of the Bryan Olive Trust U/W July 12, 2006

Camastro, Francesco and Georgina

Burke, Jules and Barbara

Bertucci, Ronald and Wendy

McMillan, William and Maleah

Strong, Karrissa M. and Myrus

Pentecost, Mary Louise

McAleer, Joseph III and Amanda

Kesterson, Stephen

Gurley, James F.

Blalock Seafood, Care of Peter Blalock

Bel Sole Condominium Association

Chaney, Wesley M. and Shelia D. Chaney

Cooper, Obadiah and/Lakeisha Cooper

Crawford, Michael and Richter, Daniel

Drake, Walter L.

Dykes, Kathleen and Leroy

Edmonds, Johnny Lee and Susan

Ellis, Rayford H. And Kristin Lyn Ellis

Fairley, Donald Larry, and Helen; Sarin, Margaret

Forrester, Ronald, Power of Attorney for Tommie Jean Forrester

Gatlin, David and Jodi

Groce, Sue H.

Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett

McGarity, Megan Leigh

Thomas, Pernice Thomas

Williams, Mark E.

Yu, Albert and Sarah Yu

Mahlstedt, Steve and Martha Mahlstedt

Monahan, Bill and Mary

Navy Cove Harbor, a Condominium Association

Limbach, Richard A.

Lay, Stephen and Kristen

Ladner, Daniel Christian

Kynard, Horace and Kimberly

Kornegay, Kim P. and Mona J. Kornegay

Kittrell, Mark Charles and Laurie Lynn Kittrell

Kittrell, Glenn Allen and Fawn G.

Kittrell

Kirn, Joseph Douglas

King, Gregory G.

Kern, Kevin Mark

Kelly, P. Clarke and Kathy G.

Katherine Dutten Wallace Trust

Jones, Roy Jr. and Carol

Jones, Steven and Jessica

Johnston, Jerry and Linda

Johnson, George and Millicent

Johnson, Christopher Brett

J. H. P. W., LLC

Jackson, Valerie

Jackson, Steve and Pam

Hudson, Arthur and Linda

Horton, Jamie and Kimberly

Hopkins, Terrell and Raeshonda

Hontzas, Betty

Hoit, Charles and Leta

Hill, Chris

Hensley, Donna

Martin, Donna

Nelson, Robert Scott and Pauline

Hayes, Brian D.

Hawkins, Robert and Melissa

Hatcher, Brian and Amanda

Haralson, Tommy and Sandra

Harbour, James and Jennifer

Hamrick, Rebecca

Mitchell, Ronnie and Shirley M. Mitchell

Griffiths, Lilly C. Gaye

Gottlieb, David and Lindsey

Gordon, Russell and Judy

Goldstein, Samuel and Denise

Godwin, Richard and Bridgette

Gibbs, Michael Ray and Eileen

Miano, Bert J. and Ann B.

Nguyen, Thach Dai and Minhthu Lee

Nichols, John W. and Pamela J.

Nichols, W. Barrett and Linda

Orr, James S. and Barbara G. Orr

Pampel, Terry L. and Nancy J.

Patel, Mayur

Patterson, Shawn and Yvonne

Patton, Fredran and Monica

Peace, Daniel and Sharon

Perez, Edgar F.

Pilgram, Bobby Glenn and Mary

Pilkington, Barbara and Joseph Tennet

Pittman, Robert and Robin

Prickett, Javis Brian

Purter, Charles N. and Nicole J.

Ranelli, Frank J. and Rosalind

McDuffie, Claude Eugene and Jimmie McDuffie

Roll, Patrick and Jane

Ross, Nathan Jr. and Ruth

Sanibel Condo Owners Assn.

Sargent, Judith R.

Schriener, John and Patricia

Scivley, Dale and Kathleen

Scott, Janet Gardner

Simon, David and Andrea

Sisson, Amanda and Colby

Smith, Frank and Cherylbeth

Spink-Farmer, Dr. Carol B.

Spivey, Sharon

Stastny, Steven and Lauren

Stephens, Daniel and Stephanie

Stephenson, Randy Lynn

Streufert, Tera Brook and Michael

Sumner, David and Amy

Supernaugh, John and Deborah

Penala, Sadanandam and Neeraja Suram

Thomas, Marshall and Michelle

Tillery, Robert and Nancy

Torbet, Christopher

Adams, Candace H

Ames, Vickie H.

Amey, Tim and Nellie

Armstrong, Richard John and Virginia Shelley

Atkinson, Christopher/Kristin

Ballard, James Monty/Suzanne

Barbert, Reginald V. and Mathis, Marie

Barker, Marion Knox

Barrett, Larry Van

Velazques, Andrew and Romney

Waite, Gregory Miller and Kelly

Bicehouse, Daniel and Tracy

Bond, Arthur A. and Marilyn J.

Bridges, Paul E. and Marie J.

Brittain, James and Caroline H.
Buckley, Brenda
Buckner, John
Carlin, Charles and Yvonne
Carraway, Richard T. and Linda
Cash, Charles and Barbara
Caudle, Annie
Chandler, John Eric
Chavous, George and Lorene
Clark, Charles E.
Wallace, Stephen L. and Jeanie
Coley, Bryan and Harmony
Cook, William Clay & Wendy
Cook, Thomas and Martha
Walters, Charles and Suzanne

Cox, Donnis P. and Thomas
Warhurst, Ernest E.
Daniel, William E./Grace E.
Daniels, Kimberly Carroll
Davidson, T. Blake
Davis, Bill and Nancy
Dennis, Jack, Jr. and Sabrina
Donnelly, Paul/Carrie Westphal
Weldon, Daniel Scott &
    Kimberly Dawn
Earnest, Matthew Brent
Robinson, Linda
Wilson, Kevin
Enslen, Robert G. Sr.
Fandetti, John and Maria

Felton, Kerturah
Ferrell, John
Fincher, Randy & Becky
Flanagan, John and Mary
Forbes, William and Mary Lois
Mercado, Marvin/Martha
Fowler, David and Martha
Freeland, Andrew and Emily
Freeman, Curtis and Jessica
Fuqua, Kelly E.
Helm, Melina and Brandon
Gels, Daniel and Michelle

## **David & Duncan,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Wayne, William and Kelly

## **deGravelles, Palmintier, Holthaus & Fruge, LLC** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Arnaud, Lester and Catherine
Bradley, Jimmy and Louise
Matus, Aldo and Ghedy
Turner, Tyrone C.
Wheeler, Don and Agnes

## **Gregory DiLeo** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Cathcart, Carolyn
Niemann, Jason and Renee
St. Martin, Steven

## **Don Barrett, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Bank Plus/Mercado
Elmore, Lillian
Mumphrey, Frank/Arcement, Gail
Perry, Timothy and Tracey
Proby, Joseph and Mary

## **Donna Borrello, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Borrello, Donna M. and Thomas W. Stallings

**F. Gerald Maples, PA,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Dobbins, Margaret & Glenwood

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Allen, Andrew and Nicole | Watts, Sharon |
| Hernandez, John and Diane E. | Baudier, Monette |
| Hopper, Dean and Dena | Clague, Randy and Lisa |
| Jarrell, Chad and Darlene | Hewitt, Margie |
| Meyer, Lawrence and Elizabeth | Petagna, Brent & Lisa |
| Morlas, Ralph and Paula | Benjamin, Jack and Claire |
| Peres, Tony and Kathy | |
| Skinner, Helena | |

**Galante & Bivalacqua,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Guerra, Darlyn

**George Hartz & Lundeen,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Hartz, Charles and Joy
Ziska, David and Julie
Mackle, Frank
Suarez, Gaston and Marta
Candela, Hilario
Ramirez, Julio and Myriam
Sternstein, Jerry
Mekras, George
Leblang, David and Sharon
Fleck, Joe

**Geraghty, Dougtherty & Edwards,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Frawley, Don and Amy

**Gillespie & Allison, PA,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Blackhawk Reserve JV/Regency Constructors, LLC
Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk
Oakbrook Building & Design, Inc./Regency Constructors, LLC

**Gould Cooksey Fenne, P.C.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammirato, Salvatrice, Thomas J., James E.; Latoff,
   Marie A.
Archer, Steven and Anja
Cameron, Christine
Collepardi, Frank and Catherine
Corr, Thomas Leo, III
Harmon, Dennis and Nancy
Hernandez, James (Tripp) and Sherri
Joseph, Mark and Jody
Judge, Richard

Marr, John
McCue, Michael and Ethel
Petrella, Robert, on behalf of Albert and Annette Petrella
Smith, David and Ellen
Stafford, Malcolm and Heather
Vargo, Julie
Villamizar, German and Janice
Zito, Anthony and Donna

**Greenspoon, Marder, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Ross, Agnes

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barrios, Reggie
Beard, Marilyn
Bishop, Brian
Carambat, Jr., Joseph
Clarke, Glen
Cooper, Andy
Crane, Jimmy
Finch, Jerry
Hatten, Gabriel
Henry, Frank
Hudson, Adam
Jerone, Victor
Langdale, James
Lopez, Christie
Lowry, Jim/Lowry Development, LLC
Mahner, John

Noldge, Don
Ott, Elizabeth
Palmer, Edith
Peterson, Robert
Pitre, David
Reese, Virgil
Richard, Catherine
Rose, George and Marie
Smith, Everett and Maressa
Somerholder, Robert
Stephens, Charles
Tracey, Ron and Hazel
Watson, Gloria
West, Ralph
Williamson, Dolly

**Henderson,Franklin, Starnes & Holt, PA** *Counsel on Behalf of the Following Individual Plaintiffs*:

Perry, James

**Henry Dart,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Flattmann, Grady and Laura

**Herman, Herman, Katz & Colar, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Cotlar, Sideny & Diane
Genovese, Karen
Harris, Norman and Corliss
Hernandez, Tatum/Charlene
Kee, Michael and Pamela
Legendre, Paul/Janet
Mills, Jeannete
Morici, Mark and Maureen,
    individually and on behalf of
    their minor children Abigail
    and Meagan
Naden, Craig & Roberta
Nunez, Frederick & Lisa
Orduna, Albert and Judith
Oster, Don and Betty
Pasentine, Judith Ellen
Reece, Ryan and Ashlin
Sanders, Bill/Veglia, Elizabeth
Ward, Amy and Truman

Maillot, Georges and Janice
Barreca, Corinne
Barreca, Antoine and Nicole
Barrow, Clarencea nd Marion
Cordier, Gregory and Jean
Cunningham, Dennis and Susan
Dejan, Charlotte
Dejan, Leroy and Ann
Galatas, Bernadette
Gardette, Michael and Rhonda
Gleason, Herman and Deborah
Henderson, Linda
Lartigue, C.W. & Margaret
Leger, Lolly J./Hayden, Leslie
Mason, Hiram, Individually and
    on behalf of his wife
    Shannon S. Mason, and their
    minor children, Bryce L.
    Mason, and Hiram L. Mason, Jr

Olson, Olaf A. and Wanda G.,
    individually and on behalf of
    their minor children, Coral
    Olson and Marina Olson
Petrey, Charles & Marcia
Reese, Jean
Roberson, Sandra
Rome, Erwin and Karen
Silva, Stephen & Isis
Wenzel, John and Lorraine,
    individually and on behalf of
    their minor child, Bryan
    Wenzel
Wheeler, Alicia, individually
    and on behalf of Jeffrey
    Wheeler and Jordan Wheeler
White, Taeneia

**Hymel, Davis & Petersen,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
Lewis, Jared and Emily Ella
Robins, Kelvin Hayes and Alecia;
Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley

**James F. Humphreys & Assoc.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Boothe, Neil
Walker, Demetra

**James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. and**
**Norton, Hammersley, Lopez & Skokos, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Curcillo,Cynthia as attorney-in-fact and next friend of Ann Curcillo
Grundvig, Arlen & Brooke
Lamadore, Gary
O'Donnell, Elizabeth
Wolslegel, Walter and Harriette
Molinaro, Joseph and Sharon
Anderson, Shawn and Victoria
Hammersley, Philip and Susannah Watt, Dana and Kelly

**Kanner & Whiteley,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bronaugh, David and Heather
Butler, James and Joycelyn
Dennis, Patrick and Kathleen
Galloway, James and Cynthia

**Law Offices of Brad E. Kelsky, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Wetzler, Melissa

**Krupnick, Campbel, Malone,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Acadia II Condo c/o Russell Foti, President
Aceto, Anthony/Manevich, Ida
Acosta, Amparo
Adams, John and Andrea
Adaniel, Jesue & Amy
Adhin, David and Perlene
Alford, Edgar & Rita
Andrade, Sean & Katie
Andreason, Grant and Patricia
Anise, Maikel & Karen
Antoni, Barry and Marilyn
Areces, Miguel and Jacqueline
Arnold, Lee and Maureen
Auger, Jerry and Susan
Awadallah, Mazen
Baggiero, Alan and Dena
Bailey, Robert and Anne
Bailey, Vickie, Deceased; Gale Dickson - Personal Representative
Ballard, Mildred

Battista, Leo/c/o Louis Battista
Belson, Luydmila
Benesch, Paul
Bennett, John F. & Mary
Berra, Dale and Jane
Woodruff Henry and Nancy Woodruff
Bertram, Beresford and Theresa
Beverly, Martin and Erika
Birnbaum, Scott and Mary
Bo, Theresa
Bobrow, Scott and Cheryl
Boersma, Kenneth and Victoria
Boham, Keith and Allison
Bontu, Prakash R. and Rupa
Bordy, Agnes
Borodiak, Ivan
Brandolino, Rose
Braun, Michael and Ilana
Brereton, Matthew

Briscoe, Hopeton
Brogdon, Carl and Stacey
Brynn, Gerald E./Betty J. Brynn
Burns, Robert E.
Burt, James and Janie
Bustamante, Jaime and Lynda Guzman
Caballero, Talishia
Camp, Michael
Campola, Patsy and Maureen
Cannestor, Michael and Enny
Capizola, Edith
Caputo, Mark and Lisa
Cardenas, Albert and Lidelis
Carter, Jack Jr.
Caruso, Leanard and Cheryl
Catalano, Pete and Annett
Cerna, Fernando and Cristina Jones-Cerna
Chanderdat, Jairaj and Taijrance
Cheeran, David C. and Mary

Chiarelli, Zopito and Palma

Child, Quinn and Cheri

Chladny, Ray and Stafford, Debbie

Christian, Firdie and Deyse

Cianfrini, Jerry

Cintula, Theodore

Claybaker, Richard W. and Klingsick, Judith D

Cooper, Jon and Sondra

Corcos, Menashe and Robin

Costoya, Jose and Maria

Crawford, Dawn and Scott

Cuellar, Javier and Echeverri, Laura

Cullin, Thomas and Delcie

Cunningham, Jean

D'Ambrosio, John and Pamela

Darmodihardjo, Denny and Tammy

Davis, Michael and Santagata, Paul

Defusco, Rob

Deitsch, Erik and Elizabeth

Delpapa, Pamela

DePompa, Angelo and Bianca

Desrosiers, Marie

Dew Five, LLC, c/o Richard & Gilda Podber

Dharamsey, Shabbir

Diallo, Alfa and Molero, Karla

Dion, David and Parks, Eunice

Donlon, Barnaby and Martina

Doria, Vincent and Mary

Dowling, D.J. and Andrea

Dunbar, Jean

Duval, Jean and Marie Jacquet

Dye, Eileen

Edwards, Cecile

Effron, Roger and Salley

Eisenfelder, Scott and Jilea

Elliott, Rogert

Elorriaga, Mikel

Enyart, James and Constance

Esmail, Nasim

Espinal, Joseph and Fabiola

Espino, Julio and Evangelina

Estadt, Barry and Jean

Evans, Cynthia Kay

Faber, Fred and Irene

Falke, Kenneth & Maureen

Fechik, Deborah and Stacker, Edwin

Fifteen B's, LC /Bruce, Isaac/Santangelo Carl

Flanagan, Barbara C. & John Bowman

Floyd, Leroy and Bernadette

Frais, Berenise and Sherley/Frais, Jonah

Frank, David and Catherine

Gall, Earl and Gywnn

Gallo, Louis

Gareave, Sterling and Jean

Gatto, Charles

Gaynor, Peter and Tracy/Ackerman,Lillian

Gesualdo, Domenic and Darlene

Ghate, Bageshri andDilip

Gillespie, Thomas J.

Gilligan, Brian and Carina

Glaum, Leroy and Virginia

Glick, Brad

Glickman, David and Joan

Gobos, Peter V.

Goldblum, John and Shirali, Asmita

Goldstein, Marh and Nina

Gonzalez, Reinaldo and Kariana

Goodus, Richard and Jane

Gopal, Renganathan & Induleisha

Gordon, RoseMarie

Gottung, Douglas and Dolores Florio/Joyce Gottung

Grajales, Beatriz

Greenberg, Jason and Susan

Greenblott, Charles

Grote,Joe and Janet

Danielle K and Julia Ruth Grote

Guerrero, Nelson and Gretty Mendoza

Haiman, Phillip

Hajela, Kuldeep and Karuna

Harrison, George

Harikrishnan, Sundaram and Jeeva

Heckman, Gary and Hall, Katherine

Heller, James and Barbara

Helmkamp, Christopher and Zivile

Herbert, Ken and Margot Foglia

Hertel, Larry and JeAnne

Hierholzer, Brian and Meena

Hoffman, Marvin and Dorecia

Hogan, Rober J. and Joanne

Horvit, Adam and Marilyn

Howard, Agnes and Terril, John

Howard, Evelyn

Iannazzi, Ronald and Florence

Inglis, John and Luella

Jeannot, Welcemen & Kathleen

Johnson, Michael and Janet

Johnston, Victoria

Jones, Gail

Jones, Roosevelt and Green, Barbara

Josephson, Anthony and Philomin

Kapit, Arthur and Michelle

Karl, Peter and Donna

Kasl, Paul and Melody

Kaufman, Jeffrey M. and Linda G.

Kim, Charles and Helen

Kim, Jennifer J. and Phil Won Suh

Kirsch, Yoshi

Knock, Luther David

Kovacs, Michael and Judith

Kranstover, John and Linda

Kraut, Lee

Krulik, Holly and Douglas

Kupfer, Larry and Robin

La Fleur, Marius and Wendy

Laguerre, Lucien

Lahn, Gerard & Karen

Lalama, Frank and Romy

Lapidot, Ori

LaSalle, Julio and Carmen

Leslie, Kathleen

Lessick, Michael

Levine, Daniel and Tamara

Joie D. and Landon D. Levine

Levy, Kenneth and Lynn

Lewis Eloise

Lief, Matthew and Delores

Lightle, Kenneth

Lim, George & Percy

Lippold, Patricia/Hibbs, Janet

Lizotte, Richard and Robichaux, Ronald Jr.

Lizotte, Richard and Susan

Lopez, Javiel and Natiai

Lopez, Jose Juan and Carmen Monsalve

Lowe, Talut, Lowe, Linton and Mercedes

Lowe, Daniel/Lowe, Arran

Lumare Properties/c/o Mauricio Reyes Henao

Lynch, Richard

Machado, Williams Bicelis and Franyelina Lopez

Magpantry, Maria Elaine

Mancuso, Robert and Lorraine

Marcario, Katherine

Markowitz, Brian and Nancy

Martin, Robert & Acela

Massachi, Amy

Maya, Adi

McAuliffe, James & Carole

McCarty, Terrance and Sandra

McCauley, Edward and Jeanette

McCoy, Douglas & Carolyn

McEneany, Edward

McNitt, David and Sharon

McPherson, William & Claudette

Meyer, Robert & Lynn

Miguelez, David & Stephanie Miguelez

Miller, Alan & Christine

Molina, Cesar and Monica

Moser, Mary Catherine

Neste, Dave

Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan

Norton, James P. & Joan C.

O'Neil, Gerald & Brasch, Jacqueline

Onori, Paul

Orlando, Dario

Orjuela, Sonia

Ornstein, Steven and Jodi Orenstein

Oropesa, Omar & Danielle Brandy & Olivia Oropesa

Ortiz, Amelia & Mark & Candace & Brianna

Patterson, Gary and Nicole

Patterson, Sydney Patterson, Sean

Patterson, Scott A

Peloquin, Michael and Erin

Perone, Samuel

Pike, Lisa

Plushko, Valentin and Nadezha

Poliseo, Daniel and Donna

Portsmith Condo Association/c/o Kenneth Hinkley, President

Pratts, Norberto & Belgica

Price, Robert and Edith

Prieto, Jorge and Jennifer

Provenzano, John & Karen

Pruscha, Calman & Charleen Living Trust

Raio, Joseph

Ravelo, Carlos

Reyes, Evelyn & Viera Lazara

Richards, John and Patricia

Rizzo, Frank & Christina

Roberts, Velda

Robichaux, Ronald, Jr.

Rodriguez, Jorge A. and Lizet

Rojhani, Ira & Sherri

Romain, Doug

Romano, Rita

Rooney, Frank

Rose, Michael

Ross, Robert and Natalie

Rubenstein, Richard and Cathy Stubins

Rubin, Laurence & Helen

Ruiz, Vincent & Diana

Russinoff, Ian & Irvia

Ryan, Frank and Lisa

San Filippo, Keith and Linda

Schafer, Clyde and Pauline

Schmitt, Gerd (Trust)

Schultheis, Gary and Maryann

Seall, Stephen & Barbara

Sexton, Brian & Shannon

Shirali, Sudheer and Charu/c/o Canton Pediatrics, Inc.

Siegel, William and Sandra

Silverblatt, James and Cheryl

Silvestre, Luis & Melissa

Sisk, Robert and Suzanne

Smietana, Mark J, Rugiano, Laruel

Smith, Donald and Winsome

Solomon, Daniel & Grace

Sontheimer, Shirley

SoSa, Gustavo & Maria

Soska, Frank and Maria

Spallina, Joseph and Mary

Spangler, John and Rita

Sposa, Jacqueline

Squiccirini, Robert and Melissa

Stewart, Chester

Stringer, Allen & June

Szirovatka, John

Tann, Guy & Dorothy

Thomas, Craig and Carol

Tiano, Pete & Sharon

Timberlake, Frank & Laura

Tobin, Eric and Beth Sorenson

Toscana II at Renaissance, Inc. c/o James Enyart, President

Troutman, Rodney and Sheila

Trump, Chris and Kelly

Valentine, David & Donna

Vasquez, Claudia

Ventimiglia, Sal

Verger, Jose & Valerie

Villarama, Lilia

Virella, Vilma

Vollrath, Richard & Rebecca

Weiner, Darryl

Wengel, Lawrence and Susan

Wilbar Investments LLC Dean Barnett, President

Wilkinson, Paul & Joann Clean Tech Buffs, Inc.

Willis, John & Lori

Witteveen, Michael

Wojciechowski, Thomas

Woodruff, Henry

Wynter, Viola

Kim, Nina

**Lambert & Nelson, PLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Guidry, Richard and Amy
Pierson, Jan and Neil
Campbell, John
Amato, Dean and Dawn
Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust
Holleman, Timothy and Lisa,  (individually and on behalf of their minor child, Matthew Holleman)
Gammage, Dr. Dan
Kehoe, Molly
Galloway, Jason and Deborah
Fisher, Steve and Corrinn
Campbell, John

**Landskroner, Grieco, Madden, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Austin, John

**Law Offices of Rusell Lazega,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Orlowski, David

**Law Offices of Patrick Connick** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bartholomen, Alexandra and Craig

**Law Offices of Sidney D. Torres, III,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Gerica, Ramona
Landry, Gerard and J. Leatrice Kiefer and Landry, Decker and Julia
Sicard, Austin, Jr.
Uli, Peter and Catherine

**Lemmon Law,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Clement, Paul and Schexnaydre, Celeste
LaCroix, Jim

**Leopold Kuvin,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Berson, Gloria and Fuhrman, Keith
Bradford, Deborah
Burrus, Jordan
Hamilton, Wayne
Hoagland, Lawrence and Ann
Jarvin, Francis and Kathy
Knapp, Russell and Jonas, Audrey
Palsgraf, William and Maria
Shurer, John
Badchkam, Annette
Catalano, Thomas and Faye
Feuerberg, Bryan and Emily
Skora, Gregory and Danielle

Williams, Mike
Etter, Steve and Cathy
Forrest, Adrian and Wendy
Galluzzi, Joseph and Heather
Wachter, William and Jill
Arcese, John and Mary
Wagner, Tracy
Feinberg, Manley and Diane
Satter, Jonathan
Toth, Daniel and Gessica

**Lestelle & Lestelle, APLC,** *Counsel on Behalf of the Following Individual Plaintiffs***:**

Bennette, Lillie & Joseph

**Levin, Fishbein, Sedran & Berman**
**Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane;**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Sheldon Friefeld, Inc. and
    Southern Homes Development
    Corp.
Abiega, Elisa
Aboulafia, Steven
Alvarez-Farre, Emilio/d Martha
Akers, Christine & Robert
Balan, Kirenia and Jorge
Bagley, Gerald
Bello de Bachek, Nilda
Benullis, Stephen and Michelle
Bloom, Andrew and Ina
Borges, Haroldo
Brady, John and Joann
Burgess, George and Karen
Byrne, Gertrude
Cassanova, Filberto
Christian, Kevin
Coombs, Donald
Dacosta, George

Davis, Jesse
Deane, Robert and Lois
Deutsch, Hunting and Mary
Diaz, Fernando
Egan, Michelle/Giancario Lee
Elsenberg, Brian and Lauren
Elzein, Hassib
Eskenazi, Anna and Mark
Ferguson, Kejuana/Livingston .
Fernandez, Jorge and Michelle
Flores, Julian and Nathalia Cora
Frenchman, Beth
Galvin, Larry and Rene
Gamboa, Hernan
Glover, Bonnie J. And Craig
Gonzalez, Miguel Angel
Gonzelez, Oscar
Gonzalez, Omar, Victoria and
    Miriam Velez

Groom, Richard and Pamela
Guerrazzi, Diego/Magaly Nano
Gutierrez de Garcia, Jose
    and Maribel
Herbert, Jason and Shanique
Charles, Frantz/ Damaris Paulin
Harmer, David and Heidi Kay
Hay, Robert and Maria
Jaramillo, Consuello and
    Martinez, Ana
Jesus, Manuel and Liliane
Johnson, Charles and Molly
Jones, Gail
Kurutz, Barbara and Stephen
Lamma, Husein
Laraque, Jean & Gueldie
Leben, Roger and Janet
Litten, Randall
Lukaszewski, Lynn

Machado, Cleber and Sandra
Mardeni, Marirose and Roberto
Martinez, Felix and Jenny
Mazza-Martinez, Tania and Armando
Miller, Daniel
Nelson, Dick and Nancy
Neumann, Allan
Ng, Winnie & CheeWah
Novello, Robin
Oceanique Development Company
Oves, Jose Francisco
Pabon, Fernando
Ramsarran, Lloyd and Dinah
Reid, Grant and Kathyrn
Rinaldi, Jr. Joseph J.
Rizzo, Ricardo/Alfonso, Madelin
Roberts, Steven and Jennifer
Rodriguez, Jeryl & Jose
Ronkin, Joel & Sharri
Roseman, Robert & Linda
Rosen, Michael
Rossi, Richard and Joanna
Santamaria, Carolyn and Daniel
Santiago, Jason
Sardina, Raymond
Sarkar, Immanuel and Robinson, Catherin
Seifart, Armin and Gore, Lisa
Sirota, Alli and Paul
Souza, Juliana
Starkman, Jeffrey and Sharlene

Tarzy, Jim
Trepkowski, Carrie and David
Turner, Earnest & Pigi Caretti
Urdaneta, Herving/Annielys Aular
Vickers, Karin
Villalta, Daniel
Wisdom, Katori and Patrick
Woodbridge, Robert and Dale
Zeller, Maria Rosa/Solabella Company Limited
Zervos, Angelos and Gregoria
Esteves, Jose
Chester, Cheryl/Fischer, Donald
Mendoza, Esperanza & Adolfo
Pelner, Richard and Debra
Richardson, M.L.
Ameneiro, Sandra and Gino
Asad, Issa and Noha
Fuchs, Steven
Holmes, Elena
Johnson, Paul and Caron
Kolbenheyer, Howard
Lahey, Patrick
Maltby, Wesley and Diane
Manes, Ronald
Mizne, Michael and Jeannine
Puri, Antonio Cesar
Riccardi, Peter and Rose
Samberg, Brian and Lori
Seyour, Serge
Smith, David and Wendy

Stanley, David and Patricia
Vasquez, Martha
Wahlgren, Henry and Joan
Walter, Todd
Harris, Hugh and Elizabeth
Singleteary, Stephen B.
Stephens, Ricardo
Mandsaurwala, Ali Asgar and Shadaab
Saieh, Clifford
Atkinson, William
Arango, Oswaldo
Elliot, Dezman
Fergusson, Monica
Ramirez, Fredrick
Joachim, Ronald
Promenade at Tradition Community Association, Inc.
Fernandez, Damian
Gaita, Gina (Promenade)
Real Estate Resolutions Group, LLC
Hueston, Debra (Promenade)
Mikita, Michael
Ritter, Bill and Elizabeth
L&M Estates
Bush, Charles and Judy
Chery Jean-Robert and Presina
Defalco, John
Cuningham, Eddie

## Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.

*Counsel on Behalf of the Following Individual Plaintiffs*:

DeBenedictis, Frank & Deborah
Felicetti, Steven & Gayle
Rosen, Richard & Elissa
Rohan, Patricia and Donald
Matzer, Joy and Robert
Conrad, Formica/Fayard, Crystal
Richards, Stephen and Donna
Cindrich, Jeffrey and Tamara

**Lobeck & Hanson, P.A.** *Counsel on Behalf of the Following Individual Plaintiffs*:

Burzotta, James and Rita
Tuhro, Raymond W. and Nancy

**Lumpkin & Reeves,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Atkins, Lynard | Whipps, Jared | Willet, Frank and Deidre |
| JJ Hill, Brace & Limb Co. | Allen, Kennith & Cora | Wood, Sheila |
| Brand, Maryann | Anglada, Mark | Bartels, Kerry & Marie |
| Coats, Chuck | Barranco, Johnny | Blacklidge, Rhonny |
| Donston, Cubby | Chapman, Patrick & Elizabeth | Braun, Steve and Helen |
| Farve, Beverlie | Conner, Virginia | Howard, Cynthia |
| Fath, Tom | Craig, Brandy & James | Ladner, Brent & Stacy |
| Gagnard, Gary | Curthards, Nicholas | Smith, Audra Ray |
| Green, Vaneen | Eze, Joann | Cuevas, Marvin and Angela |
| Hiller, Billie | Fath, Tom | Braun Enterprises |
| Hodge, Debra | Feeney, Fred and Susan | Hebert, Deborah |
| Holland, Diane | Formice, Conrad | Ayers, James and Leona |
| Huckabee, Harold | Gazzier, Neoma | Acevado, John |
| Landry, Floyd | Gonzales, Angela and Saul | Roberts, Greg |
| Lescault, Henry | Hartfield, Linda and Robert | Goodspeed, Jeff and Tracy |
| Lorona, Karen | Hick, Todd | Bonamour, Mikea nd Deborh |
| Maddox, Sidney | Nguyen, Anthony | Lewinger, Elizabeth |
| Perrio, Carla | Pagador, Tabitha | Riverbend Homeowners Association |
| Rapp, Chari | Perez, Louis | Masse Contracting, Inc. |
| Redmond, Benny | Perone, Pat | Klien, Lee |
| Reed, Dustin & Amy | Peterson, Daniel | Garrett, Roger |
| Sanders, Billy | Pitre, David | Foote, H. David |
| Seliby, William | Polk, Sarah | |
| Simmons, David | Toronio, Eric | |
| Taylor, Russell | Wagner, Mark | |

**Martzel & Bickford.** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Carillo, Lou and Marge | Ragsdale, Tara |
| Seiler, Marie | Robair, Alexander |
| Burke, Thomas & Mona | Schields, Larry |
| Garrett, Philip & Courtney | Smith, Clinton & Kelly |
| Gotreaux, Dustin & Korie | Tabor, Edward & Emmilou |
| Lang, Joe & Amy | Armstrong, David and Bonnie |
| Matherne, Erich & Hayley | Steele, Jason and Peny |
| Methvin, William & Deborah | Whitaker, Robert and Dana |
| Patin, Danielle | |
| Quilio, Sandra | |

**Matthews & Associates**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Carter, Alexis and James
Dukes, Donald
Doby, Brenda
Klemann, Travis and Rachel
Elliott, William & Mary Ann Fryc
Huckaby, Michael and Jennifer

**McCallum, Hoaglund, Cook & Irby, LLP**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Fairburn, Tom & Cherie
Farmer, Sherry
Graham, William & Martha/
   Betty M. Harrod Trust
   Trust for the Benefit of       Martha
H. Graham Under the Betty M.
Harrod Trust
Gilbert, Tony & Ann
Greer, Matthew & Olivia A.
Griffith, Alan & Zoe
Hand, Lincoln & Mimi Wade
Harper, Robert D.
Ezekiel, James David & Suzanne
Howard, James and Binion, Carol
Howell, Michael, Susan and Ralph
Hunter, Thaddeus L. & Pamela
Joseph, Booker & Brenda F.

Killen, Cindy
Lawrence, Ericka & Cornelius
Loney, Christopher & Rochelle
Maier, William Craft
Marston, William Thomas II and
Janine Marie Hansen Marston
Milano, Jason & Sarah Bennett
Moore, Victor
Newton, Twnica N.
Noel, Patrick & Jacqueline
Richardson, Cherie & Keith
Ridley, Arnold Lee & Rada Waheed
Gendeel Al-Armaish
Rodgers, Jeremy A.
Starnes, Tracey & Vickie
Tanis, Donald & Susan

Thompson, Otis Darren &
   Susan
Vincent, James Russell and Maria
Whaley Vincent
Wilkens, Susan
Wright, Jeff & Suzanne J.
Yarbrough, Rebecca K.
Daniel, Michael & Monica
Crawford, Gary & Linda
Corley, Kyle & Szymela Lorie
Chapman, Duane & Sarah
Bunn, James & Michele

Ashmore, John Britton
Howard, Hillary K.

**McIntosh, Sawran, Peltz & Cartaya**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Casey, Hugh
Gutierrez, Victor and Bibiana

**Michael L. Fondren, P.C.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Roberts, Lois Bosarge

**Milstein, Adelman & Kreger and Roberts & Durkee**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammons, Dana and Rick
Arbelo, Luis and Fatima
Arias, Mirtha
Auerbach, Suely

Avello, Daniel and Isbel
Bailey, Gary and Kristi
Bailey, Georgia and William
Banks, Jeremy and Carla

Bissoon, Suresh and Oma
Braithwaite, Judy
Brown, Habdon and Carla Joseph
Brown

Callahan, Donald and Joanna

Calvo, Jeannette/Martinez, Tyrone

Ceminsky, Gerald and Margaret

Corell, Robert and Angela

Craig, Bill and Jill

Crawford, Monique and Shand, Elaine

Crispino, Peter and Mary Ann

Cummings, Barrington/Brown, Annmarie

Dabalsa, Ricardo

DeCambre, Nadine and Bell, Pansy

Dolinsky, Chanel/Wainstein, Victor

Dowdy, Alfred and Joyce

Epstein, Kim

Feler, Svyatoslav/ /Smolyanskaya, Yelena

Fernandez, Jose and Lissette

Ferri, Albert and Francine

Ford, William and Melanie

Gonzalez, Victor/Socarras, Yelene

Graham, Marlene and Jay Russell

Grasmeier, John and Marie

Gumpert, Melvin and Shirley

Hernandez, Cynthia and Pedro

Howard, Walter and Juliette

Jackson, Stephen and Graciela

James, Janelle

Kingsnorth, Bob and Grace

Kasakowski, Lawrence C. And Wonderlick, Diane Kelly

LaDow, Gilbert and Dolores

Litus, Rodney and Suze

Kinelmi, LLC

Muenchen, Stephen Sr.

Mulligan, Vincent and Virginia

Naustdal, Oscar and Donna

Orcutt, Aaron and Tracey/Gallo, Vito

Palmer, William and Anne

Panessa, Bart

Pena, Adelky

Pensabene, Joseph and Patricia

Perez, Jorge and Rosa

Persaud, Narayan and Durpattie

Pitter, Delroy and Jacqueline

Reid, Marvin

Hernandez, Ramon L Rivas and Bermudez, Nilda Vega

Rodriguez, Nicole/Canfield, Carrie

Schlichte, Henry and Cheryl

Seavers Jay and Sandra

Sica, Donna

Silvestri, Richard and Lorraine

St. Cyr, Randa and Emmanuel

Suo, Qi Ming

Surman, Fred

Walsh, Darion

Watson, Patrick and Paula

Whidden, Tyler

Williams, Margret Angella

Bell, Gerald and Helen

Carvajalino, Carlos

Chrusz, Ryan and Kelli

Conte, Margaret Ann

Costoya,, Armando and Ileana

Cuddapah, Prabhakara and Ramathilakam

De Los Santos, Rosibel/Brian

Efries, Nathan and Patricia

FMY Ventures, LLC

Gillard, Rudean

Gonzalez, Luis and Caridad

Gonzalez, Roberto/Rivera, Fernanda

Hafeez, Muneer and Khalida

Henry, Michael and Joanne

Laudermilk, Richard/Jewelstine

Macario, Juan

Marcinkiewicz, Michael/Lillian

O'Brien, William

Pelland, John and Susan

Rottau, Erwin/Cloeren, Mary Jane

Zheltkov, Victor and Lyudmila

Mullen, Thomas and Kathleen

Peterson, Derrick & Robin

Griffith Richard and Olga

Morgan, Jetson and Lee

Palmer, Olga

Holley, Charles and Heidi

Mullen, Thomas and Kathleen

Werner, Udo

Coords, Maria

Albano, Carol

Albert, James & Mariamma

Beauvilet, Jean Louis

Levitan, Lev & Rosaliya Makarchuk

Persaud, Thakur

Segundo, Rafael & Ana

Smith, Michael & Tatiana

Borgardt, David & Kathy

Bravo, David and Ilanes, Cossette

Cohen, Carol

Conroy, John & Sandra

D'Angelo, Mara & James

Ebersole, Maria Architectural Alliance Holdings, Inc.

Elmurr, Johnny

Fischer, Dirk & Svetlana Fisher

Fogle, James & Tecquinette

Geraci, Vincent & Joan

Gulf Reflections Condo Assn

Peace, Stephanie & John

Saeks, Sieglinde

Shaw, John & Barbara

Suarez, Humberto

Thomas, Omar & Nordia Nelson

Toledo, Marcia

Transland, LLC

Arias, Evelyn

Barcia, Aurora

Barragan, Fernando & Barbara

Fallmann, James & Barbara

Gay, Diana

Henson, James Meredith

Hernandez, Nicolbe & Sepia Reid

Ivory, James and Mariamma

Kallas, John & Katherine

Kent, T. Jack

Ma, Guofeng & Cheng, Wei

Mackoff, Arlene & Charles

Masmela, Bryan

Miller, Bradley & Tricia

Nunez, Carmela

Osterberg, David & Andrea

Patino, Hector

Restrepo, Socorro

Rizzo, Jack & Luz

Scarlett, Perry & Stephanie

Semrau, Terrance Scott & Deborah

Teegarden, Randy & Teresa

Tutin, Barry and Barbara

## **Morgan and Morgan**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Cole, Harley and Brenda

Kottkamp, Jeffrey and Cynthia

Alava, Alicia

Allen, Brookman/Carolyn

Billy, Ronald and Tabitha

Dempsey, Timothy and Kevin, Trustees of Agnes G. Dempsey - Revocable Trust

Hartmann, William/Karen

Hary, Michael/Sarah

Hurley, Harry/Rosemarie

Macri, Joseph and Earl Heller

Mercado, Juan/Irena

Nichols, Gregory and Jill

Perez, Geraldo/Olga Alfonso

Roche, Ross D. And Mary Ann K.

Rodriguez, Javier and
    Sepulveda, Catalina

Spoto, Anthony/Sharon

Valle, Gladys

Willingham, Peter/Marty

Young, Michael/Patricia

Adcock, Jerald/Melissa

Canciglia, Michael/Runda

Kata, Carlos/Carolina

Janssen, Richard/Tamara

Latona, Giovanni/Christine

McLendon, Brian/Stephanie

McVety, Michael/Terri

Morrison, Jeffrey/Leigh

O'Keefe, James

Origin Capital VII, LLC

Quimby, Clayton/Cheryl

Runyon, Thomas/Sonia

Samos Holdings, LLC

Tenny, Thomas/Rene

Tran, Andy

Brooks, George

Delgado, Johnnie and Aimee

Janssen, Richard and Tamara

Joseph, Kesnel and Francine

Klujian, Matthew and Sirarpi

Livesay, Michael J.

Norman, Louis and Patricia

Paukovich, Michael/ Margarita

Perga, Anthony and Marcia; Tanke, Steven and Suzanne

Richardson, Franklyn
    /Kimberly

Scoone, James

Sulen, Francisco

Swanson, Andrew and Maria

Terlizzi, John

Baker, Garry/Lynn

Chandler, Leslie and Shemel

Fitz-Patrick, Michael/Karen/ KSK Investment Group, LLC

Galluci, Gary/Patricia

Gomez, Alfredo/Sylvia

Gropp, Terry/Hilary

Holmes, Christine M.

Kol, Dan/Phalla/Kol,
    Frank/Jennie

Lester, John/Jaycine/
    Schiller, Larry

Marino, Jonathan

Martinez, Gerardo/
    Pomares, Ivonne

Meltzer, Marc/Carol

Mirakian, Samuel

Stokes, Wyman

Stopa, Gary/Sharon

Ursu, Flaviu-Emil/Dorina

Van House, Robert/Jean

## **Murphy, Rogers, Sloss & Gambel**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Butler, Hilliard and Sheral

Crosby, Patrick and Jennifer

Macmurdo, William and Cornelia

## **Older& Lundy**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Lundy, Michael

**Parker, Waichman, Alonson, LLP**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Allen, Shane and Nicole

Campanelli, Larry and Karen

Cronin, William and Margaret

Schatzle, Ralph and Judith

Entrust IRA SW Florida, For IRA # 56926, Edward Adams

Awalt, Donald/Awalt, Tatiana

Aymerich, Jason

Baginski, Andrea

Baker, Joseph/Brittany

Belfiglio, Mark

Bilski, Walter and Tracey

Bizarro, Julio

Bosarge, Deborah

Boxe, Kevin and Roxann

Brazon, Kevin and Jennifer

Brennan, John and Barbara

Cahill, Thomas and Susan; Lengemann, Robert and Mary

Cannistraci, Darlene

Chapados, Rene/Pierce, Lonnie

Christiansen, Jamie Weber

Christensen, Richard W Revocable Trust and Linda M., Revocable Trust

Ciaramitaro, Dominic

Clouse, Ronald and Eileen

Coogan, Kevin and Stella

Copeland, Justin and Kelly

Cucci, Jacqueline

Davis, Wendell and Maritza

Demers, Jeffrey and Audra

DeVita, Gerard and Ellen

Dinitto, Patrick and hevanilson Magalhaes

Dishauzi, David

Dishauzi, John and Rose Marie

Dodge, Beverly

Dominguez, Antonio/Zeneida

Edmondson, Willie/Margarita

Edwards, Curtis and Kristine

Frank, Stephen and Susan

Frew, Brian and Susannah

Geissler, Arthur and Sherry

Geloso, Guiseppe  and Rosa

Mosca, Roberto and Lina

George, Christopher/Vacca, Natalie

George, Faith

Giffoni, Carlos and Ana

Glewa, Garrrett

Gonzales, Nina

Gottlieb, Howard and Marilyn

Grippa, Vincent and Virginia

Hartley, Loren C., Trust

Hatzokos, Aris and Angela

Hayre, Harbhajan

Hochman, Todd and Michelle

Huzey, John/Brennan, Chun

Jendersee, Melvin and Cary, Gloria

Kalish, Joshua and Martin

Karaian, George and Bernadette

Kazor, Joseph and Patricia

Keller, Brad and Kerry

Keenan, Brian and Shannon

Kuhner, James/Laine, Janet

Lauer, David and Dolores

Lewis-Zillini, Tokiko

Lobb, Karol and Tatiana

LoMonaco, Philip and Deborah

Louis, Adlain

Maloy, Jack and Louise

Mancini, Edward and Solvick, Grace

Marines, John and Judy

Martin, Patrick and Alice

McCaffrey, Patrick

McHugh Real Estate Holdings, an Ohio Company

McKenzie, James and Elizabeth

Mozdzonek, Agnes

Nevels, Susan

O'Connor, Andrew

Oe, Jonathan

Ortiz, Leiszardo and Benedicte

Palma, Hector and JoAnn

Panariello, Agostino/Johanna

Perez, Tyrone

Petkin, Paul and Therese

Pezze, Dan and Carol

Pisaris-Henderson, Craig Kelly

Price, Kevin

Reino, Helen

Roy, Gerard and Nancy

Saggese, Thomas and Joy

Salerno, Valerie

Schmidt, Dale and Sheila Ann

Schwall, Edward and Madaline

Small, Norma

Smillie, John and Samantha/Chapman, Michael and Heidi

Sokich, Kristin and Kristen

Sutton, James

Tabor, Donna

Teixeira, Adelino and Sandra

Tiburzi, Angelo and Mary Anne

Tinoco, Lester and Soymar

Tran, Phu and Dao

Venturoso, Maria

Vitiello, Anthony and DiPlacido, Laura

Vivante at Boca Lago, Building V

West, Fern, Trust

Woolley, Scott

Young, Arne and Jeanie

Berman, Seth and Ginger

Bolyard, Christopher\Rachel

Bound, Brenda

Bryda, Louis and Karen

Burgos, Philip and Robbin

Cavalieri, John and Jennifer; Cavalieri, Simoni and Candece

Chowdhry, Pervaiz

Clarke, Michael and Peggy

Daly, Patricia and Schrank, Kimberly

Decker, Enid and Harriet

Delbusto, Barbara

Dontje, Mark and Katherine

Ferguson, Lee and Melinda

Craig, Philip and Foxwell, Linda

Fuentes, Rolando and Marquirez, W. Annia

Gardner, Winston and Joyce

Gonzalez, Hender and Kathrine

Hall, John and Denise

Hernandez, Marla

Hoyos, Hernan

Hunter, Stephen and Patricia
Julian, Marcelo and Maria
Khimani, Zareen and Suleman
Lang, Janet
Lopez, Stephen
Macke, Casey and Adrienne
McDavid, Fermon and Loretta
Miller, William and Marlene
Morton, Gary
O'Loughlin, William\Mary
    Ellen
Peoples, Daniel and Gionsiewski,
    Desiree
Plazas, Luis and Sandra
Plotkin, Peter/McNeel, Diane
Pote, David and Eugster, Linda
Quebbeman, Brad and Lisa
Ristovski, Van
Ryan, Michael and Michele
Salloum, Eddy and Bechara
Sanchez, Jacqueline
Sanclemente, Leonardo/Nelly
Sanfilippo, Frank
Slowley, Andre, King, Hana and
    Walters, Leonie

Stone, Blayne and Charlayne
Todoroski, Vasil and Vera
Vieau, Mark and Sheryl
Walton, William
Wilson, Teresa and Stephen
Wolf, Frederick/Acosta, Ynes
Amaya, Jose/Hernandez, Reina
Armstrong, Clayton and Amy
Bahl, Ashima
Brotbeck, Charles and Sandra
Daly, Patricia
Duggins, Bruce and Maria
Gallotta-Dimassi, Cheryl
Gonzalez, Adalberto /Annette
Hernandez, Divaldo/ Migdalia
Road and House, LLC
Rodenhouse, Robert
Sanchez, Jason and Elizabeth
Scaletta, Thomas
Schlief, Robert and Krista
Sheppard, Kenneth/Catherine
Baker, Omar and Townsend,
    Adrianna
Brito, Juan
Jaquez, Frank

Avalon Preserve Condominium
    Association, Inc.
Bettencourt, Virgil and Mary
Alexandre, Dieuseul and Marie
Clark, Jason
Denkhaus, David and Diane
Derzhko, Miroslav and Dzyndra,
    Jaroslawa
Herrera, Vincente and Maria
Igl, Patrick
Marshall, Kathryn
Nukho, Michael, Edward and
    George
Petersman, Craig
Quaglietti, Rocco A. Jr., Trust
Barry, Scott and Judy
Constantino, Anthony/Iraida
Barrios, Orlando/Escalona,
    Amarilis
Kozlowski, Michael
Langfeld, Stephan
Toran, George, Jr.

## **Paul A. Lea, Jr.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bonnecarrere, Wavi Lee
Bourdon, Lucille
Donaldson, Malcom & Kelli
Gremillion, Paul and Andrea
Harris, A. Brent & Judy
Hufft, Val and Audrey
King, David and Mary
Mizell, Fred & Taffenie

Piwetz, Randy & Jeanne
LeJeune, Michael and Melissa
Segreto, Mark and Victoria
LeBlance, Calvin and Sara
Jackson, Senora B.

## **Peyton B. Burkhalter**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Boudreaux, Virginia R.
Miller, Vickie T. Egan

## **Pita & Del Prado**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sanchez, Alfonso and Maria

**Pittman, Dutton,Kirby & Hellums**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Trott, Darrell and Tammy

**Podhurst Orseck, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Alcindor, Nevinsthon & Marlen
Chaplin, David and Arlene/c/o Evan Seif, Esq.
Druand, Pedro and Alice
Jaspers, Peter
Garcia, Jesus/Fernandez, Julio
Harrell, Jason & Melissa
Hernandez, Jose & Concepcion
Johnson, Christopher & Loray
Otero, Edgar & Kellie Ann
Raso, Anthony
Salinas, Maria E.

Thomas, Michael
Smtih, Steve
Brown, Faith
Bel Burgo, Carlos and Leonor
Chavin, Valerie/Shmuely, Rami
1100 Valencia LLC
Blanco, Christopher and Cristina
Dauterive, Valliere, Margaret and Savoy, Ann Dauterive

**Potts & Potts, APLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Wood, Pamela Ann

**Reich & Binstock**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Martinez, Mario and Diane
Vest, Jason
Doering, Paul
Allard, John C.
Flanagan, Jane
Hitt, James and Tammy
Schmidt, John

**Roberts & Durkee, P.A. and Milstein, Adelman and Kreger, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Peterson, Derrick & Robin

**Saunders & Walker. P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Stan Pinkus Revocable Trust
Bache, Alan, Charlotte Fuller & Michael Messner
Profit, Russell and Georgina
Sferrazza, Laura
Smith, Adrian & Micaile

**Seale & Ross, APLC and Kevin Landreneau**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Anders, Thomas G. And Nicole P.
Cassard, Jesse and Angela

**Seeger Weiss**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Huckaby, Brian
Williams, Dina and Kerry

**Shapiro, Blasi, Wasserman & Gora, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

D'Loughy, Daniel J.

**Simon, Sigalos & Spyredes, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sharper, Darren

**Stone, Granade & Crosby**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Loftis, Dell and Lydia
Styron, Charles

**Taylor, Martino, Zarzaur, P.C.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Valverde, Mark
Allen, Patricia S.
Payne, James and Vicki
Marsell, Thomas and Peggy
Mason, Phillip and Candace
Smith, Bo and Laura
Simmons, Kevin and Gayla
Finch, Joan
Prichard Housing Authoirty
Anglada, Mark
Fayard, Amanda
Allen Young
Michael Cabrera
James Byers

**The Law Office of Joseph M. Bruno, APLC,**
*Counsel on Behalf of the Following Individual Plaintiffs***:**

Gardette, Michael A. and Nicole
Carter, Daniel
Peters, Ronald
Roberts, Jeffrey D.
St. Martin, Janell

**The Thornhill Law Firm, APLC**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Andersen, James and Elizabeth
Besson, Ellen and Michael J.
Chutz, Lily Rose
D'Amico Michelle and Daniel
Fitzmorris, Mireille McLain
Moreau, Catherine and Patrick
DiMaggio, Juanita
Despote, Eddie & JoAnn
Johnson, Dr. Scott Raymond
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
Pelican Point Properties, LLC
Jastremski, Florence
Silvestri, Susan W.
Stovall, Virginia and Daniel
Thomas, Darlene and James

**Vaughn & Bowden, PA. and Wooten Law Firm**, *Counsel on Behalf of the Following Individual Plaintiffs***:**

Brown, Ronald T. & Marilyn
Cuevas, Marvin & Angela
Gant & Shivers Homes, LLC
Hogan, Christopher & Kristen
Holliman, Jimmy & Debra
Nabors, Jason & Charlotte
Postler, Mark & Deborah
Schruff, Patrick & Marcile
Stringer,  Mark & Denise
Webb, James and Sandy

**Viles & Beckman, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Jackson, Ronald
Pierre, Rollad
Cohan, Bradley
Lindner, Thomas

**Walters, Papillion, Thomas, Cullens, LLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Richard and Gail
Dupuy, Cullen and Mary
Holder, David
Langlois, Rebecca and Robert Roth

**Watts Hilliard, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Franatovich, Mitchell J.
Vinh, Le Ven

**Webb & Scarmozzino**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Smith, Nancy
Tronchet, Ryan
Martin, James and Heather
Villaverde, Gilbert & Gloria
Romero, Jacqueline and Jose
Cox, Maria and Robert Shane
Lincoln, David and Margaret
Santos, Luis & Odette
Dugan, James and Kathleen
Walsh, John and Joanne
Scholand, Martin, Constance and Francis
Watts, James and Linda

Fasano, Jack
Brady, Michael and Barbara
Soldavini-Clapper, Brigid
Ess, Thomas and Judith
Dhawan, Ajay and Ritu Chada
Botterill, Thurburn & Caroline
Martinez-Diaz, Dailyn
Piper, Victor
Robinson, Lynne & Edger
Oler, Danette and Raymond
Vetter, Frank and Gina

**Wilkinson & Sadorf, P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Emerald Greens at Carrollwood, LLC

**Williams Law Office, LLC and Richard J. Fernandez, LLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana

**Wolfe Law Group, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Hakenjo, Candace and Todd
Hidalgo, Tonya and Sidney
Hubbell, Wendy/Cimo, Christy
Zeber, Michele and Neil
Nieto, Peter
Parr, Shelly and Kelly
Caminita, Jennifer and Frank
Brown, Ada and Hillary
Rogers, Brad and Cassandra

**Yance Law Firm, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bretzman, Carl Jr and Amanda
Joseph Fernandez
Matthew Cotton and Melanie Cotton
Mark Brown and Tracy Brown
Parker, Charles and Rachael
Singley, Wanda Yvette

**Zimmerman Reed**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ghafari, David
Rose, Tom and Lisa

## Pro Se Plaintiffs

Batteau, Michael and Jennifer
Bonamy, Robert David, Jr. and Jennifer Ann Bonamy
Clarkson, Arthur, Administrator of the Succession Of Mary Clarkson DeArmas
Darden, Reggie
David, Tony and Bethany
Hagmaier, Ray & Dyana
Hickey, William
Igercich, Richard
Jacobsen, Kevin and Rhonda
Leon, Maria Elena
Rickert, Frederick and Kathleen
Singleton, Enrica