# Exhibit "G"

## *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

### EXHIBIT "G" - LIST OF PLAINTIFFS AND DEFENDANTS BEING DISMISSED FROM PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

### I.  PLAINTIFFS BEING DISMISSED WITHOUT PREJUDICE

Antilles Vero Beach, LLC
   c/o Ironwood Development
Arif, Mohammed
Arroyave, Angela
Avery, Janet
Baker, Omar
Bass, William
Bennett, Stephen and Jennifer
Beringhaus, Robert
Blue Water Condo Association
Brown, Larry
Buckner, Paige
Bynum, Denese
Campbell, Thomas/Kelli
Chestang, Russell
Christiansen, Steven
Copello, Victor and Pamela
Cruikshawk, Craig and Jennifer Cruikshawk
DeHenese, Neil and Yolanda
DeSchamps, Adam and Bobbie
Dodge, Dale
Eidson, Austin
Eleuterius, Gregory and Elizabeth
Everett, Michael
Farmer, Richard, Connie and Tracie
Fisher, Norman and Andres
Florida Waterfront Holdings, LLC
Franklin, Doris
Gody, Anthony/Candace
Gray, Bernard
Greenberg, Robert and Barbera
Greenwald, Mike
Gudding Tiffany
Hand, Lincoln and Mimi
Henderson, Jason
Hopmayer, Peter
Jackson, Terrell
James, Jason and Jessica
Johnson, Willie L. Jr.
Kenny, Jared Alan
Kesterson, Rachel
Kirn, Linda
L&L South Florida Realty, LLC
Langfeld, Sabine
Lakind, Alan and Linda
Lamarque, Carroll, Jr., Carrol Lamarque, III and Robin Lamarque
Lee, April
Legere, Michele

Lindsay, Horace and Donna
Livaich, Peter
Logan, Jamie D.
Luntz, George and Adrienne
Marchetti, Shawn
Martineau, Bill and Cynthia
McDuffie, Jason and Burleson
McGee, Tim
McHugh, Joseph and Ellyn
Medrano, Ramon/Melo, Nedy
Miller, William and Teresa
Mills, Stephanie Jo
Morgan, Keith and Shirley
Nguyen, Katie and Khanal Luong
Nuqui, Magno/Aracelli
Pedlar, Lynne
Perez, Aida
Perry, Joshua
Phan, Lisa
Phoenix West Condo/c/o William Robinson, Jr.
Podlasek, Christopher
Poplausky, Maurice and Hanna
Pressnail, Donald and Sherron
Rauci, Steven/Dorothy
Rayfield, Sylvia W.
Reeves, Brandy
Reino, Frank
Roberts, Ashley
Rookery Park Estates, LLC/ KOL Ventures, LLC
Sampson, Pauline
Sanon, Enock/Marie
Schultz, James and Jennifer
Sill, Garth
Siraco, Stephen
Smith, Margaret
Spiers, Susan
Spradlin, Brenda H.
Strout, Katie/Jerrells, Matt J.
Summers, Mary Jo
Tailor, Lloyd and Hoxter, Scott
Taylor, Robert
Thomas, Paula
Thomas, Willie
Tombrello, Pat
Toran, George
Torbet, Tracie
Traffica, Charles
Triche, Susan, Glenn, Nicholas and Sha/Dennis, Shae
Trott, Darrell and Tammy

| | |
|---|---|
| Tynes, Tiffany | Wiatr, Daniel and Kay |
| Walden, Nicholas | Wilkes, Margaret |
| Watson, John/Joan | Wakeland, Angella and Nicholas |
| Webster, James and Rosalie | Woodward, Sam and Kristy |

## II. DEFENDANTS BEING DISMISSED WITHOUT PREJUDICE

| | |
|---|---|
| 53 Enterprises f/k/a A-1 Brothers, Inc. | Mandy Drywall Inc. |
| 84 Lumber Company, LP | Manny Garcia |
| Abington Woods, LLC | MATSA Construction Company, Inc. |
| Advantage Builders of America, Inc. | MCCAR Homes - Tampa, LLC |
| B.B.S. Builders, Inc. | McMath Construction, Inc. |
| Bay Colony - Gateway, Inc | Medallion Homes, LLC |
| Bella Builders, Inc. | Meiben Home Builders, LLC |
| BHD Corp. | MGB Construction, Inc. |
| Blue Oaks/Gulfstream Development, LLC | Ozark Atlantic, LLC |
| Bradford Lumber | Palm State Construction, Inc. |
| Building Supply House, L.L.C. | Paul Homes of Florida, LLC |
| Caribe Homes Corp. | Pine Ridge Real Estate Enterprises, LLC |
| Centerline Homes at Vizcaya, Inc. | Premier Custom Homes |
| Comfort Home Builders, Inc. | Pride Homes, LLC |
| Crown Builders, Inc. | ProBuild East, LLC |
| David Weekley Homes, LLC a.k.a. Weekley Homes, LP | Raintree Construction |
| Duncan Construction of South West Florida, Inc. | Rickelman Construction, Inc. |
| F. Vincino and Company, Inc. | RL Homes IX, LLC |
| First Homes Builders, Inc. | Sail Harbour, LLC |
| Francisco Tomas Permuy | Savoie Construction, Inc. |
| G.I. Homes | Savoie Real Estate Holdings, LLC |
| G.L. Building Corporation | Scott Designer Homes, Inc. |
| G.L.B. and Associates, Inc. d/b/a Balli Construction | Southern Homes of Broward XI, Inc. |
| Groff Construction Inc. | St. Joe Home Building, L.P. |
| HWB Construction, Inc. | Steven R. Carter, Inc. |
| ICI Homes, Inc. | Suarez Housing Corporation |
| Intercoastal Construction Co. | Taylor Morrison of Florida, Inc. |
| Intervest Construction, Inc. | Treasure Coast Homes, LLC |
| JD Custom Homes, Inc. | Twelve Oaks of Polk County, Inc. |
| John G. Finch Construction, LLC | Velez Construction, LLC |
| KB Home of Orlando, LLC | Vincent Montalto Construction, Inc. |
| Kelley Drywall | WB Construction Company, Inc. |
| Kolter Homes, LLC | Westpoint Development, LLC |
| Lucky Strike M.K.Inc. | Windship Homes of Florida, Inc. |
| M. Miller and Company, Inc. | Woodland Enterprises, Inc. |
| M.K. Development, Inc. | |
| Majestic Custom Homes & Development, Inc. | |