*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Perez, Jorge and Rosa<br>19941 NW 77 Court<br>Miami, FL 33015 | G. Drywalls Corporation | 170 |
| ~~Athouriste, Herold~~<br>~~17849 SW 54th Street~~<br>~~Miramar, FL 33069~~ | ~~G.I. Homes~~ | ~~171~~ |
| ~~Ma, Guofeng & Wei Cheng~~<br>~~3450 NW 114 Avenue~~<br>~~Miami, FL 33178~~ | ~~G.L. Building Corporation~~ | ~~172~~ |
| ~~Hernandez, Jose & Concepcion~~<br>~~170 Ocean Lane Drive, # 512~~<br>~~Key Biscayne, FL 33149~~ | ~~G.L.B. and Associates, Inc. d/b/a Balli Construction~~ | ~~173~~ |
| Fernandez, Jorge and Michelle<br>12257 SW 82nd Terrace<br>Miami, FL 33183 | Galloway Sunset Estates, Inc. | 174 |
| Rinaldi, Jr. Joseph J.<br>31423 Ohio Street<br>Miami, FL 33133 | Garram Homes, Inc. | 175 |
| Campanelli, Larry and Karen<br>2802 44th Street SW<br>Lehigh Acres, Florida 33976 | Gatco Construction, Inc. | 176 |
| Joseph, Kesnel and Francine<br>3415 32nd Street West<br>Lehigh Acres, FL 33971 | Gatco Construction, Inc. | 176 |
| Vinh, Le Ven<br>14813 Nassau Drive<br>Biloxi, MS 39532 | Gavins Construction Company | 177 |
| Bache, Alan, Charlotte Fuller & Michael Messner<br>10120 Bayou Grande Avenue<br>Seminole, FL 33772 | Genesis Residential Group, Inc. | 178 |
| Feler, Svyatoslaw<br>Smolyanskaya, Yelena<br>10150 Bayou Grande Avenue<br>Seminole, FL 33772 | Genesis Residential Group, Inc. | 178 |
| Profit, Russell and Georgina<br>10110 Bayou Grande Avenue<br>Seminole, FL 33772 | Genesis Residential Group, Inc. | 178 |
| Sferrazza, Laura<br>10140 Bayou Grande Avenue<br>Seminole, FL 33772 | Genesis Residential Group, Inc. | 178 |
| Chester, Cheryl<br>Fischer, Donald<br>3 Glen Avenue<br>Roslyn, NY 11576 | GHO Development Corporation | 179 |
| Feuerberg, Bryan and Emily<br>11053 Misty Ridge Way<br>Boynton Beach, FL 33473 | GL Homes Limited Corporation a/k/a GL Homes Limited Corporation | 180 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Barcia, Aurora<br>13005 Coronado Lane<br>North Miami, FL 33181 | Global Home Builders, Inc. | 181 |
| Barcia, Aurora<br>13005 Coronado Lane<br>North Miami, FL 33181 | Global Home Builders, Inc. | 181 |
| Esteves, Jose<br>218 W 30 Street<br>Hialeah, FL 33012 | Global Home Builders, Inc. | 181 |
| Mendoza, Esperanza & Adolfo<br>10102 NW 129 Terrace<br>Hialeah Gardens, FL 33108 | Global Home Builders, Inc. | 181 |
| Barrios, Orlando<br>Escalona, Amarilis<br>1282 South West Crost Avenue<br>Port Saint Lucie, FL 34953 | Global Home Builders, LLC | 182 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Global Home Builders of the Treasure Coast, Inc. | 183 |
| Kessler, David and Amanda<br>385 Brown Thrasher Loop<br>Madisonville, LA 70447 | GMI Construction, Inc. | 184 |
| Morlas, Ralph and Paula<br>2 South Court Ville Drive<br>Mandeville, LA 70476 | GMI Construction, Inc. | 184 |
| Anderson, Shawn and Victoria<br>3917 La Vida Way<br>Cape Coral, FL 33993 | Gold Coast Homes of SW Florida | 185 |
| Pavageau, Craig and Olivia<br>105 Historic West St.<br>Garyville, LA 70051 | Gooden Homes, LLC | 186 |
| Tom, Jianran and San<br>602 Charlestone Lane<br>Long Beach, MS 39560 | Great Southern Homes, Inc. | 187 |
| Toth, Daniel and Gessica<br>11039 Muller Road<br>Ft. Pierce, FL | Gregg Nieberg, Inc. | 188 |
| Baudier, Monette<br>3007 Hill Court<br>Mandeville, LA 70498 | Gremillion Homes, Inc. | 189 |
| Dominguez, Antonio and ~~Zenedia~~ Zeneida<br>15539 South West 182 Lane<br>Miami, FL 33187 | Greystoke Homes at South Point II LLC | 190 |
| ~~Elmurr, Johnny~~<br>~~1920 Venice Avenue North~~<br>~~Lehigh Acres, FL 33971~~ | ~~Groff Construction Inc.~~ | ~~191~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Julian, Marcelo and Maria<br>3640 Yacht Club Drive<br>Apartment 708<br>Aventura, FL 33180 | Gryphon Construction, LLC | 192 |
| Mazza-Martinez, Tania and Armando<br>P.O. Box 566105<br>Miami, FL 33256-6105 | Guillermo Permuy | 193 |
| Stan Pinkus Revocable Trust<br>7755 Castle Island Dr.<br>Sarasota, FL 34240 | Gulfstream Development, LLC | 194 |
| Sutton, James<br>101 South Seas Drive Unit #105<br>Jupiter, FL 33477 | Gulfstream Development, LLC | 194 |
| Cox, Maria and Robert Shane<br>2371 8th Street, NE<br>Naples, FL 34120 | Gulfstream Homes, Inc. | 195 |
| Dempsey, Timothy (Trustee)<br>42 Fairmount Street<br>Burlington, VT 05401 | Gulfstream Homes, Inc. | 195 |
| Romero, Jacqueline and Jose<br>3645 7th Avenue NW<br>Naples, FL 34120 | Gulfstream Homes, Inc. | 195 |
| Samos Holdings, LLC<br>1914 Merivale Road<br>Ottowa, Canada K2G IE8 | Gulfstream Homes, Inc. | 195 |
| Samos Holdings, LLC<br>1914 Merivale Road<br>Ottowa, Canada K2G IE8 | Gulfstream Homes, Inc. | 195 |
| Samos Holdings, LLC<br>1914 Merivale Road<br>Ottowa, Canada K2G IE8 | Gulfstream Homes, Inc. | 195 |
| Woodside, John and Jennifer<br>21460 Clear Creek Dr.<br>Abita Springs, LA 70420 | Gwen Core | 196 |
| Stabile, Anthony and Judith<br>44131 Halter Lane<br>Hammond, LA 70403 | H & H Custom Homebuilders | 197 |
| Cassard, Jesse and Angela<br>1768 Ashland Drive<br>Zachary, LA 70791 | H.C. Owen Builder, Inc. | 198 |
| Besson, Ellen and Michael J.<br>710 Summer Lane<br>Mandeville, LA 70471 | Hallmark Homes, Inc. | 199 |
| Perez, Geraldo and Olga Alfonso<br>~~3253~~ 3523 SW 2nd Avenue<br>Cape Coral, FL 33914 | Hammer Constructions Services, Ltd. | 200 |
| ~~Bailey, Georgia~~<br>~~314 NE 10th St.~~<br>~~Cape Coral, FL 33909~~ | ~~Hansen Homes, Inc.~~ | ~~201~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Borgardt, David & Kathy<br>2160 NW 23rd Avenue<br>Cape Coral, FL 33993 | Hansen Homes, Inc. | 201 |
| ~~Efries, Nathan and Patricia~~<br>~~1728 SW 2nd Place~~<br>~~Cape Coral, FL 33991~~ | ~~Hansen Homes, Inc.~~ | ~~201~~ |
| ~~Bailey, Georgia~~<br>~~314 NE 10th St.~~<br>~~Cape Coral, FL 33909~~ | ~~Hansen Homes of South Florida, Inc.~~ | ~~202~~ |
| Baker, Garry/Lynn<br>8741 N. Gilmore Road<br>Fairfield, OH 45014 | Hansen Homes of South Florida, Inc. | 202 |
| Borgardt, David & Kathy<br>2160 NW 23rd Avenue<br>Cape Coral, FL 33993 | Hansen Homes of South Florida, Inc. | 202 |
| Brady, Michael and Barbara<br>330 Mendon Road<br>Attleboro, MA 02703 | Hansen Homes of South Florida, Inc. | 202 |
| Canciglia, Michael/Runda<br>1020 NW 35th Place<br>Cape Coral, FL 33993 | Hansen Homes of South Florida, Inc. | 202 |
| Cohan, Bradley<br>1304 NE 23rd Terrace<br>Cape Coral, FL 33909 | Hansen Homes of South Florida, Inc. | 202 |
| ~~Efries, Nathan and Patricia~~<br>~~1728 SW 2nd Place~~<br>~~Cape Coral, FL 33991~~ | ~~Hansen Homes of South Florida, Inc.~~ | ~~202~~ |
| Fasano, Jack<br>904 NE 32nd Street<br>Cape Coral, FL 33909 | Hansen Homes of South Florida, Inc. | 202 |
| Latona, Giovanni/Christine<br>2056 NE 20th Ter<br>Cape Coral, FL 33909 | Hansen Homes of South Florida, Inc. | 202 |
| Stopa, Gary/Sharon<br>5609 Lancelot Lane<br>Cape Coral, FL 33914 | Hansen Homes of South Florida, Inc. | 202 |
| Valle, Gladys<br>302 NE 14th Street<br>Cape Coral, FL 33909 | Hansen Homes of South Florida, Inc. | 202 |
| ~~Petersman, Craig~~<br>~~120 Elmweed Road~~<br>~~Fairless Hills, PA 19630~~ | ~~Hanson Homes, Inc.~~ | ~~203~~ |
| Spoto, Anthony/Sharon<br>2705 SW 30th Terrace<br>Cape Coral, FL 33914 | Heights Custom Homes, LLC a/k/a Heights Properties, LLC | 204 |
| Rickert, Frederick and Kathleen<br>P.O. Box 380261<br>Birmingham, AL 35238 | Highland Lakes, LLC d/b/a Eddleman Homes, LLC | 205 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Dejan, Charlotte<br>4635 Evangeline Street<br>New Orleans, LA 70127 | Hilliard Butler Construction Company, Inc. | 206 |
| Dejan, Leroy and Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70127 | Hilliard Butler Construction Company, Inc. | 206 |
| Singleton, Enrica<br>11413 Longview Drive<br>New Orleans, LA 70128 | Hilliard Butler Construction Company, Inc. | 206 |
| Marino, Jonathan<br>1236 NW 15th Place<br>Cape Coral, FL 33993 | Holiday Builders, Inc. | 207 |
| O'Keefe, James<br>11072 Vallauris Avenue<br>Englewood, FL 34224 | Holiday Builders, Inc. | 207 |
| Chiappetta, Kevin and Karen<br>727 Arctic Fox Run<br>Madisonville, LA 70447 | Home One Homes | 208 |
| Hulsey, Charles and Sarah<br>701 Arctic Fox Run<br>Madisonville, LA 70447 | Home One Homes | 208 |
| Pierson, Jan and Neil<br>348 Jade Court<br>Madisonville, LA 70447 | Home One Homes | 208 |
| Bonamy, Robert David, Jr. and Jennifer Ann Bonamy | HPH Homes | 209 |
| Darden, Reggie<br>1037 Little Sorrell Drive<br>Calera, Al 35040 | HPH Homes | 209 |
| Armstrong, Clayton and Amy<br>1009 Little Sorrel Drive<br>Calera, AL 35040 | HPH Properties, LLC | 210 |
| Bosarge, Deborah<br>1940 Little Pine Avenue<br>Cocoa, FL 32926 | HPH Properties, LLC | 210 |
| Clark, Jason<br>1017 Little Sorrel Drive<br>Calera, AL 35040 | HPH Properties, LLC | 210 |
| Lange, Janet<br>1245 Glenstone Place<br>Moody, AL 35004 | HPH Properties, LLC | 210 |
| Macke, Casey and Adrienne<br>1021 Little Sorrell Drive<br>Calera, AL 35040 | HPH Properties, LLC | 210 |
| Vest, Jason<br>1013 Little Sorrel Drive<br>Calera, AL 35040 | HPH Properties, LLC | 210 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Kokoszka, Jason and Heather<br>224 Falls Creek Street<br>Fairhope, AL 36532 | Hutchinson Homes, Inc. | 211 |
| ~~Patino, Hector~~<br>~~14718 SW 5th Street~~<br>~~Pembroke Pines, FL 33027~~ | ~~HWB Construction, Inc.~~ | ~~212~~ |
| ~~Rivas, Ramon and Nilda~~<br>~~P.O. Box 1739~~<br>~~Guayama PR 00785~~ | ~~ICI Homes, Inc.~~ | ~~213~~ |
| Macmurdo, William and Cornelia<br>6553 Antoch Crossing<br>Baton Rouge, LA 70817 | In-line Contractors, LLC | 214 |
| ~~Levitan, Lev & Rosaliya Makarchuk~~<br>~~81 Port Royal Drive~~<br>~~Palm Coast, FL 32164~~ | ~~Intercoastal Construction Co.~~ | ~~215~~ |
| ~~Zheltkov, Victor and Lyudmilla~~<br>~~2710 E. 4th Avenue~~<br>~~Spokane, WA 99202~~ | ~~Intercoastal Construction Co.~~ | ~~215~~ |
| ~~Rivas, Ramon and Nilda~~<br>~~P.O. Box 1739~~<br>~~Guayama PR 00785~~ | ~~Intervest Construction, Inc.~~ | ~~216~~ |
| Chapados, Renee and Pierce, Lonnie<br>423 Columbia Drive<br>Tampa, FL 33606 | Investment Properties Unlimited Inc. | 217 |
| Archer, Steven and Anja<br>25 Wheelwright Circle<br>St. Simmons Island, GA 31522 | Ironwood Properties, Inc. | 218 |
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | Ironwood Properties, Inc. | 218 |
| Clarke, Michael and Peggy<br>2827 Saint Barts Square<br>Vero Beach, FL 32967 | Ironwood Properties, Inc. | 218 |
| Corr, Thomas Leo, III<br>~~Marchetti, Shawn~~<br>1265 Little Harbour Ln.<br>Vero Beach, FL | Ironwood Properties, Inc. | 218 |
| Harmon, Dennis and Nancy<br>2816 St. Bart's Square<br>Vero Beach, FL 32967 | Ironwood Properties, Inc. | 218 |
| Harris, Hugh and Elizabeth<br>2889 St. Barts Square<br>Vero Beach, FL ~~32962~~ 32967 | Ironwood Properties, Inc. | 218 |
| Hernandez, James (Tripp) and Sherri<br>266 Live Oak Road<br>Vero Beach, FL 32963 | Ironwood Properties, Inc. | 218 |
| ~~Lindsay, Horace and Donna~~<br>~~5020 N. Harbor Village Drive~~<br>~~Vero Beach, FL 32967~~ | ~~Ironwood Properties, Inc.~~ | ~~218~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Marr, John<br>P.O. Box 1446<br>Vero Beach, FL 32961 | Ironwood Properties, Inc. | 218 |
| Marshall, Kathryn<br>6555 Martinique Way<br>Vero Beach, FL 32967 | Ironwood Properties, Inc. | 218 |
| McCaffrey, Patrick<br>P.O. Box 97241<br>Pittsburgh, PA 15229 | Ironwood Properties, Inc. | 218 |
| ~~Morgan, Keith and Shirley~~<br>~~6545 Caicos Court~~<br>~~Vero Beach, FL 32967~~ | ~~Ironwood Properties, Inc.~~ | ~~218~~ |
| O'Loughlin, William and Mary Ellen<br>102 Field Stone Drive<br>Fortsville, NY 12831 | Ironwood Properties, Inc. | 218 |
| Smith, David and Ellen<br>6655 Martinique Way<br>Vero Beach, FL 32963 | Ironwood Properties, Inc. | 218 |
| Stafford, Malcolm and Heather<br>2095 Lakeshore Blvd.<br>Suite 316<br>Toronto, ON M8V 4G4 | Ironwood Properties, Inc. | 218 |
| Vargo, Julie<br>4875 13th Lane<br>Vero Beach, FL 32966 | Ironwood Properties, Inc. | 218 |
| Villamizar, German and Janice<br>9725 Wyeth Court<br>Wellington, FL 33414 | Ironwood Properties, Inc. | 218 |
| Etter, Steve and Cathy<br>18894 Southeast Jupiter Inlet Way<br>Tequesta, FL 33469 | J. Helm Constructions, Inc. d/b/a Sundown Development | 219 |
| Wagner, Tracy<br>19049 Southeast Robert Drive<br>Tequsta, FL 33469 | J. Helms Construction, Inc. d/b/a Sundown Development | 219 |
| Banner, William and Kitty<br>70486 4th Street<br>Covington, LA 70433 | J&J Builders Northshore, Inc. | 220 |
| Greco, Vincent<br>70461 11th Street<br>Covington, LA 70433 | J&J Builders Northshore, Inc. | 220 |
| Henderson, Linda<br>70510 Fourth Street<br>Covington, LA 70433 | J&J Builders Northshore, Inc. | 220 |
| Guillory, Gregory and Cynthia<br>12060 Clanton Drive<br>Walker, LA 70785 | James LeBlanc | 221 |
| ~~Thomas, Omar & Nordia Nelson~~<br>~~1913 Louis Avenue~~<br>~~Lehigh Acres, FL 33972~~ | ~~JD Custom Homes, Inc.~~ | ~~222~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Ledford, Samuel<br>10308 Renfroe Road<br>Alpine, AL 35014 | Jim Walter Homes, Inc. | 223 |
| Ferraro, Brenda and Lee<br>4415 San Marco Road<br>New Orleans, LA 70129 | JJK&A Holding Corporation | 224 |
| ~~Barone, John and Heather~~<br>~~297 Rue Piper~~<br>~~Slidell, LA 70461~~ | ~~John G. Finch Construction, LLC~~ | ~~225~~ |
| Eleuterius, Gregory and Elizabeth<br>6401 Seawinds Blvd.<br>Biloxi, MS 39532 | John Korn Builders, LLC | 226 |
| Eleuterius, Marshall and Tasha<br>6405 Seawinds Blvd.<br>Biloxi, MS 39532 | John Korn Builders, LLC | 226 |
| Igercich, Richard<br>46 Preserve Ln.<br>Mandeville, LA 70471 | John L. Crosby, L.L.C. | 227 |
| Ammirato, Salvatrice, Thomas J. and James E. and Latoff, Marie A.<br>435 22nd Ave SW<br>Vero Beach, FL 32962 | John Paul George d/b/a JPG Enterprises, Inc. | 228 |
| Pierson, Jan and Neil<br>348 Jade Court<br>Madisonville, LA 70447 | John T. Grab, III | 229 |
| Joseph Fernandez<br>967 Weatherby St S<br>Saraland, AL 36571 | Jonathan Scott Shewmake | 230 |
| Parker, Charles and Rachael<br>963 Weatherby St S<br>Saraland, AL 36571 | Jonathan Scott Shewmake | 230 |
| DeCambre, Nadine and Bell, Pansy<br>18405 NW 9 Court<br>Pembroke Pines, FL 33029 | JPG Enterprise, Inc. | 231 |
| Persaud, Narayan and Durpattie<br>8062 257 Street<br>Floral Park, NY 11004 | JPG Enterprise, Inc. | 231 |
| Stone, Blayne and Charlayne<br>7067 181st Street<br>Jupiter, FL 33458 | JPG Enterprise, Inc. | 231 |
| ~~Griffith Richard and Olga~~<br>~~142 SW Covington Road~~<br>~~Port St. Lucie, FL 34953~~ | ~~JPG Enterprises, Inc.~~ | ~~231~~ |
| Berson, Gloria and Fuhrman, Keith<br>2558 SW Abelard St.<br>Port St. Lucie, FL 34953 | JPG Enterprise, Inc. | 231 |
| Palsgraf, William and Maria<br>2192 SW Fears Ave.<br>Port St. Lucie, FL 34953 | JPG Enterprise, Inc. | 231 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Shurer, John<br>5933 NW Wolverine Rd.<br>Port St. Lucie, FL 34986 | JPG Enterprise, Inc. | 231 |
| Chadwick, Mark W.<br>8434 Kaleiki Way<br>Diamondhead, MS 39525 | JST Properties, LLC of Mississippi | 232 |
| Graves, Chance Rio and Miriam<br>7312 Leke Circle<br>Diamondhead, MS 39525 | JST Properties, LLC of Mississippi | 232 |
| Whidden, Tyler<br>102 NW 29 Avenue<br>Cape Coral, FL 33993 | Judson Construction Group, LLC | 233 |
| Allen, Brookman/Carolyn<br>2 Eric Drive<br>Johnson City, NY 13790 | K. Hovnanian First Homes, LLC | 234 |
| Brooks, George<br>4417 NE 11th Place<br>Cape Coral, FL 33909 | K. Hovnanian First Homes, LLC | 234 |
| Joachim, Ronald<br>155 Belle Grove Lane<br>Royal Palm Beach, FL 33411 | K. Hovnanian First Homes, LLC | 234 |
| Kallas, John & Katherine<br>1107 Dorothy Avenue N.<br>Lehigh Acres, FL 33971 | K. Hovnanian First Homes, LLC | 234 |
| Kata, Carlos/Carolina<br>909 NW Embers Terrace<br>Cape Coral, FL 33993 | K. Hovnanian First Homes, LLC | 234 |
| Glewa, Garrrett<br>4419 North East 10th Court<br>Cape Coral, FL 33909 | K. Hovnanian First Homes, LLC | 234 |
| Salerno, Valerie<br>2512 North West 20th Avenue<br>Cape Coral, FL 33993 | K. Hovnanian First Homes, LLC | 234 |
| ~~Smith, Michael & Tatiana~~<br>~~3207 NE 14th Place~~<br>~~Cape Coral, FL 33909~~ | ~~K. Hovnanian First Homes, LLC~~ | ~~234~~ |
| ~~Origin Capital VII, LLC~~<br>~~1122 N. Lasalle Drive~~<br>~~Chicago, IL 60610~~ | ~~K. Kovnanian First Homes, LLC~~ | ~~234~~ |
| ~~Origin Capital VII, LLC~~<br>~~1122 N. Lasalle Drive~~<br>~~Chicago, IL 60610~~ | ~~K. Kovnanian First Homes, LLC~~ | ~~234~~ |
| ~~Origin Capital VII, LLC~~<br>~~1122 N. Lasalle Drive~~<br>~~Chicago, IL 60610~~ | ~~K. Kovnanian First Homes, LLC~~ | ~~234~~ |
| Origin Capital VII, LLC<br>1122 N. Lasalle Drive<br>Chicago, IL 60610 | K. Kovnanian First Homes, LLC | 234 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Alava, Alicia<br>3860 72nd Avenue, NE<br>Naples, FL 34120 | Kaye Homes, Inc. | 235 |
| Perez-Marini, Monique C.<br>2490 22nd Avenue, NE<br>Naples, FL 34120 | Kaye Homes, Inc. | 235 |
| Chandler, Leslie and Shamel<br>10004 Winding River Road<br>Punta Gorda, FL 33950 | KB Home Florida, LLC | 236 |
| ~~Hernandez, Nicolbe & Sepia Reid~~<br>~~230 SW Lama Avenue~~<br>~~Port St. Lucie, FL 34953~~ | ~~KB Home Florida LLC~~ | ~~236~~ |
| Ivory, James and ~~Maria~~ Mariamma<br>3236 Monarch Court<br>Ft. Collins, CO 80525 | KB Home Florida LLC | 236 |
| ~~Hernandez, Nicolbe & Sepia Reid~~<br>~~230 SW Lama Avenue~~<br>~~Port St. Lucie, FL 34953~~ | ~~KB Home Fort Myers, LLC~~ | ~~237~~ |
| Ivory, James and ~~Maria~~ Mariamma<br>3236 Monarch Court<br>Ft. Collins, CO 80525 | KB Home Fort Myers, LLC | 237 |
| ~~Alexandre, Dieuseul and Marie~~<br>~~4440 26th Street South West~~<br>~~Lehigh Acres, FL 33973~~ | ~~KB Home of Orlando, LLC~~ | ~~238~~ |
| ~~Tinoco, Lester and Soymar~~<br>~~18131 Star Jasmine Court~~<br>~~Lehigh Acres, FL 33972~~ | ~~KB Home of Orlando, LLC~~ | ~~238~~ |
| Toras, Nikolaos<br>3621 Lime St.<br>Metairie, LA 70006 | Ken Roberts | 239 |
| ~~Chery Jean-Robert and Presina~~<br>~~990 NW Leonardo Circle~~<br>~~Port St. Lucie, FL 34986~~ | ~~Kolter Homes, LLC~~ | ~~240~~ |
| Bartholomen, Alexandra and Craig<br>959 Avenue B<br>Westwego, LA 70094 | ~~La Homes and Properties, Inc.~~<br>L.A. Homes, Inc. | 241 |
| Fazande, Dwayne and Latanja<br>963 Avenue B<br>Westwego, LA 70094 | ~~La Homes and Properties, Inc.~~<br>L.A. Homes, Inc. | 241 |
| Manes, Ronald<br>15235 SW 14th Avenue Road<br>Ocala, FL 34473 | Lake Ashton Development Group II LLC | 242 |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | Lakeside Village Development, L.L.C. 1 | 243 |