*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Litten, Randall<br>2235 SE 20th Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Maltby, Wesley and Diane<br>1966 SE 23rd Court<br>Homestead, FL 33035-1243 | Palm Isles Holdings, LLC | 315 |
| Martinez, Felix and Jenny<br>2250 SE 19 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Otero, Edgar & Kellie Ann<br>2155 SE 20 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Oves, Jose Francisco<br>2220 SE 19 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Salinas, Maria E.<br>16306 SW 67 Terrace<br>Miami, FL 33193 | Palm Isles Holdings, LLC | 315 |
| Santiago, Jason<br>2140 SE 19 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Vickers, ~~Karen~~ Karin<br>2259 SE 19 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Walter, Todd<br>29300 SW 173rd Court<br>Homestead, FL 33030 | Palm Isles Holdings, LLC | 315 |
| Wisdom, Katori and Patrick<br>1954 SE 22nd Court<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Woodbridge, Robert and Dale<br>2165 SE 20 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| ~~Gay, Diana~~<br>~~8030 Waterbury Way~~<br>~~Mount Dora, FL 32757~~ | ~~Palm State Construction, Inc.~~ | ~~316~~ |
| ~~Henson, James Meredith~~<br>~~109 Twin Lakes Circle~~<br>~~Umatilla, FL 32784~~ | ~~Palm State Construction, Inc.~~ | ~~316~~ |
| Young, Michael/Patricia<br>3936 SW 26th Avenue<br>Cape Coral, FL 33914 | Paradise Builders of SW Florida, Inc. | 317 |
| Edmondson, Willie and Margarita<br>14713 ~~Ambersweet~~ Amber Sweet Lane<br>Wimauma, FL 33598 | Paragon Homes~~, Inc.~~ Corporation | 318 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Salloum, Eddy and Bechara<br>1576 South East Dome Circle<br>Port Saint Lucie, FL 34952 | Paramount Quality Homes Corp. | 319 |
| Barry, Scott and Judy<br>1264 Route 206<br>Shamong, NJ 08088 | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |
| Nukho, Michael, Edward and George<br>66 Fanshaw Avenue<br>Yonekrs, NY 10705 | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |
| Roy, Gerard and Nancy<br>2832 South West 36th Terrace<br>Cape Coral, FL 33914 | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |
| Runyon, Thomas/Sonia<br>8937 Baytonne Loop<br>Ft. Myers, FL 33908 | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |
| ~~Roy, Gerard and Nancy~~<br>~~2832 South West 36th Terrace~~<br>~~Cape Coral, FL 33914~~ | ~~Paul Homes of Flordia, LLC~~ | ~~321~~ |
| ~~Runyon, Thomas/Sonia~~<br>~~8937 Baytonne Loop~~<br>~~Ft. Myers, FL 33908~~ | ~~Paul Homes of Florida, LLC~~ | ~~321~~ |
| Clement, Paul and Schexnaydre, Celeste<br>612 Ridgewood Drive<br>Metaire, LA 70001 | Paul Hyde Homes | 322 |
| Holder, David<br>5607 Hilltop<br>St. Farncisville, LA 70775 | Penn Construction Co., LLC | 323 |
| Alfonso, Cindy<br>12141 McGee Rd.<br>Covington, LA 70435 | Philip Latapie | 324 |
| ~~Conte, Margaret Ann~~<br>~~30 W 312 White Oak Lane~~<br>~~Wayne, IL 60184~~ | ~~Pine Ridge Real Estate Enterprises, LLC~~ | ~~325~~ |
| ~~Ebersole, Maria Architectural Alliance Holdings, Inc.~~<br>~~612 SW 4th Avenue~~<br>~~Ft. Lauderdale, FL 33315~~ | ~~Pine Ridge Real Estate Enterprises, LLC~~ | ~~325~~ |
| ~~FMY Ventures, LLC~~<br>~~1311 Newport Center Drive W~~<br>~~Suite C~~<br>~~Deerfield Beach, FL 33442~~ | ~~Pine Ridge Real Estate Enterprises, LLC~~ | ~~325~~ |
| ~~Gulf Reflections Condo Assn~~<br>~~12650 White Hall Drive~~<br>~~Ft. Myers, FL 33907~~ | ~~Pine Ridge Real Estate Enterprises, LLC~~ | ~~325~~ |
| Gillane, William and Maureen<br>108 N. Magnolia Dr.<br>Covington, LA 70433 | Pioneer Construction, LLC | 326 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | Ponce Riviera, LLC | 327 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | Ponce Riviera, LLC | 327 |
| Turner, Earnest & Pigi Caretti<br>3109 Grand Avenue #181<br>Coconut Grove, FL 33133 | Ponce Riviera, LLC | 327 |
| Zeller, Maria Rosa<br>586 Loretto Avenue<br>Coral Gables, FL 33146<br><br>Solabella Company Limited<br>OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | Ponce Riviera, LLC | 327 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Premier Communities, Inc. | 328 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Premier Communities, Inc. | 328 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Premier Communities, Inc. | 328 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Premier Communities, Inc. | 328 |
| ~~Petrey, Charles & Marcia~~<br>~~4 Finch Lane~~<br>~~Mandeville, LA 70471~~ | ~~Premier Custom Homes~~ | ~~329~~ |
| Bolden, Thomas<br>Smith, Monica<br>18985 Quail Creek Drive<br>Fairhope, AL 36532 | Prestige Development, Inc. | 330 |
| Panneton, Ruth and Ovila<br>19065 Wuail Creek Drive<br>Fairhope, AL 36532 | Prestige Development, Inc. | 330 |
| Elmore, Lillian<br>6003 Vista Drive<br>Gulfport, MS 39507 | Prestige Properties | 331 |
| ~~Delgado, Johnnie and Aimee~~<br>8958 SW ~~27th~~ 227th ~~Terrace~~<br>~~Cutler Bay, Fl 33190~~ | ~~Pride Homes, LLC~~ | ~~332~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Delgado, Johnnie and Aimee<br>8958 SW ~~27th~~ 227th Terrace<br>Cutler Bay, Fl 33190 | Pride Homes of Lakes by the Bay - Parcel H. LLC | 333 |
| ~~Barragan, Fernando & Barbara~~<br>~~8935 SW 228th Lane~~<br>~~Cutler Bay, FL 33190~~ | ~~Pride Homes of Lakes by the Bay - Parcel H. LLC~~ | ~~333~~ |
| Martinez, Gerardo<br>Pomares, ~~Ivvone~~ Ivonne<br>8962 SW 227th Terrace<br>Cutler Bay, FL 33190 | Pride Homes of Lakes by the Bay - Parcel H., LLC | 333 |
| ~~Restrepo, Socorro~~<br>~~8932 SW 228 Lane~~<br>~~Cutler Bay, FL 33190~~ | ~~Pride Homes of Lakes by the Bay - Parcel H, LLC~~ | ~~333~~ |
| Feinberg, Manley and Diane<br>1524 Isalnd Boulevard<br>Aventura, FL 33160 | Promenade Developers, Ltd. | 334 |
| Roseman, Robert & Linda<br>231 Grant Avenue<br>Dumont, NJ 07628 | Punta Gorda Partners, LLC | 335 |
| Copeland, Justin and Kelly<br>2452 South Lakeview Drive<br>Crestview, FL 32536 | R & B Construction ~~& Remodeling, Inc.~~ of Northwest, FL, Inc. | 336 |
| Hary, Michael/Sarah<br>1922 SW 30th Street<br>Cape Coral, FL 33914 | R. Fry Builders, Inc. | 337 |
| ~~James, Jason and Jessica~~<br>~~518 NW 25th Avenue~~<br>~~Cape Coral, FL 33993~~ | ~~R. Fry Builders, Inc.~~ | ~~337~~ |
| Mercado, Juan/Irena<br>1226 NE 10th Lane<br>Cape Coral, FL 33909 | R. Fry Builders, Inc. | 337 |
| Rohan, Patricia and Donald<br>17407 Popcorn Ave.<br>Vancleave, MS 39565 | R.J. Homes, LLC | 338 |
| O'Connor, Andrew<br>1844 South West Logan Street<br>Port Saint Lucie, FL 34953 | RJM ~~Homes, Inc.~~ Builders North, Inc. | 339 |
| Avello, Daniel and Isbel<br>19871 NW 77 Court<br>Hialeah, FL 33015 | Rafuls & Associates Construction Co., Inc. | 340 |
| Fernandez, Jose and Lissette<br>19911 NW 77 Court<br>Hileah, FL 33015 | Rafuls & Associates Construction Co., Inc. | 340 |
| Gonzalez, Victor<br>Socarras, Yelene<br>19851 NW 77 Court<br>Hialeah, Fl 33015 | Rafuls & Associates Construction Co., Inc. | 340 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Perez, Jorge and Rosa<br>19941 NW 77 Court<br>Miami, FL 33015 | Rafuls & Associates Construction Co., Inc. | 340 |
| ~~Wenzel, John and Lorraine,~~<br>~~80190 Red Hawk Lane~~<br>~~Bush, LA 70431~~ | ~~Raintree Construction~~ | ~~341~~ |
| Durham, Scott and Heather<br>4329 Tupello Street<br>Baton Rouge, LA 70808 | Randal Maranto Builders, LLC | 342 |
| Lea, Chris and Julie<br>213 Summer Place Cove<br>Slidell, LA 70461 | Ray Bec Inc. | 343 |
| Riccardi, Peter and Rose<br>99 Ogden Parma Town Line Road<br>Spencerport, NY 14559 | RCR Holdings II, LLC | 344 |
| Robins, Kelvin Hayes and Alecia<br>1780 Ashland Drive<br>Zachary, LA 70791 | Reed Builders, LLC | 345 |
| Collepardi, Frank and Catherine<br>21 Bridge Dr.<br>Turnersville, NJ 08012 | Regatta Construction, LLC | 346 |
| Joseph, Mark and Jody<br>1875 Bridgepointe Circle #29<br>Vero Beach, FL 32967 | Regatta Construction LLC | 346 |
| Judge, Richard<br>1241 SE 13th Terrace<br>Ft. Lauderdale, FL 33316 | Regatta Construction LLC | 346 |
| McCue, Michael and Ethel<br>61 Polaris Drive<br>Mashpee, MA 02649 | Regatta Construction LLC | 346 |
| Petrella, Robert, on behalf of Albert and Annette Petrella<br>110 Benita Drive<br>Mingo Junction, OH 43938 | Regatta Construction LLC | 346 |
| Zito, Anthony and Donna<br>1875 Bridgepointe Circle #34<br>Vero Beach, FL 32967 | Regatta Construction LLC | 346 |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | Regency Homes, Inc. | 347 |
| Glover, Bonnie J. And Craig<br>1402 SW 150th Terrace<br>Davie, FL 33362 | Regency Homes, Inc. | 347 |
| Glover, Bonnie J. And Craig<br>1402 SW 150th Terrace<br>Davie, FL 33362 | Regency Homes, Inc. | 347 |
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | Regency Homes, Inc. | 347 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Sanchez, Alfonso and Maria<br>3001 East Stonebrook Circle<br>Davie, FL 33330 | Regency Homes, Inc. | 347 |
| Sanchez, Alfonso and Maria<br>3001 East Stonebrook Circle<br>Davie, FL 33330 | Regency Homes, Inc. | 347 |
| Genovese, Karen<br>123 Beau Arbre Court<br>Covington, LA 70433 | Resource Rental & Renovation LLC | 348 |
| Flanagan, Jane<br>554 SE Evergreen Terrace<br>Pot St. Lucie, FL 34983 | RFC Homes | 349 |
| Hitt, James and Tammy<br>558 SE Evergreen Terrace<br>Port St. Lucie, FL 34983 | RFC Homes | 349 |
| D'Loughy, Daniel J.<br>308 Chanford Terrace<br>PB Gardens, FL 33411 | Richard Jones Construction Company, Inc. | 350 |
| ~~Williams, Mike~~<br>~~4639 North Brentwood Drive~~<br>~~Milton, WI 53563~~ | ~~Rickelman Construction, Inc.~~ | ~~351~~ |
| Amaya, Jose<br>Hernandez, Reyna<br>11330 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Bahl, Ashima<br>11410 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Gonzalez, Adalberto and Annette<br>11336 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Road & House, LLC<br>~~Medrano, Ramon~~<br>~~Melo, Nedy~~<br>11411 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Sanchez, Jason and Elizabeth<br>11561 Hammocks Glade Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Aymerich, Jason<br>80 Rock Beach Road<br>Rochester, NY 14617 | Rivercrest, LLC/The St. Joe Company | 352 |
| Burgos, Philip and Robbin<br>11583 Hammocks Glade Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Foxwell, ~~Craig and~~ Linda<br>Craig, Phyllis<br>1705 Palm View Road<br>Sarasota, FL 34240 | Rivercrest, LLC/The St. Joe Company | 352 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Hall, John and Denise<br>11579 Hammocks Glade Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Herrera, ~~Vicente~~ Vincente and Maria<br>11322 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Hunter, Stephen and Patricia<br>11319 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Kozlowski, Michael<br>11563 Hammocks Glade Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Livesay, Michael J.<br>11620 Hammocks Glade Dr.<br>Riverview, fL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| McDavid, Fermon and Loretta<br>11321 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| McLendon, Brian/Stephanie<br>11317 Bridge Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Norman, Louis and Patricia<br>~~20204 Moss Hill Way~~<br>~~Tampa, FL 33647~~<br>11426 Bride Pine Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Paukovich, Michael and Margarita<br>11623 Hammocks Galde Dr.<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| Ryan, Michael and Michele<br>11581 Hammocks Glade Drive<br>Riverview, FL 33569 | Rivercrest, LLC/The St. Joe Company | 352 |
| ~~Mullen, Thomas and Kathleen~~<br>~~142 Lake Road~~<br>~~Morristown, NJ 07960~~ | ~~RJL Drywall, Inc.~~ | ~~353~~ |
| ~~Mullen, Thomas and Kathleen~~<br>~~142 Lake Raod~~<br>~~Morristown, NJ 08960~~ | ~~RJL Drywall, Inc.~~ | ~~353~~ |
| ~~Mullen, Thomas and Kathleen~~<br>~~142 Lake Raod~~<br>~~Morristown, NJ 08960~~ | ~~RJL Drywall, Inc.~~ | ~~353~~ |
| ~~Calvo, Jeannette~~<br>~~Martinez, Tyronne~~<br>~~112 Danielle Court~~<br>~~Weston, FL 33326~~ | ~~RL Homes IX, LLC~~ | ~~354~~ |
| ~~Costoya,, Armando and Ileana~~<br>~~8203 S.W. 190 Terrace~~<br>~~Cuttler Bay, FL 33157~~ | ~~RL Homes IX, LLC~~ | ~~354~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Franatovich, Mitchell J.<br>2251 3rd Street<br>Manderville, LA 70471 | Robert Champagne, Great Southern Builders, LLC | 355 |
| Chavin, Valerie<br>Shmuely, Rami<br>5140 NW 30th Terrace<br>Fort Lauderdale, FL 33309 | Rookery Park Estates, LLC | 356 |
| Hernandez, Tatum and Charlene<br>68034 Marion street<br>Mandeville, LA 70471 | Royal Homes (Anthony Marino) | 357 |
| Keller, Brad and Kerry<br>12472 Ivory Stone Loop Fort<br>Myers, FL 33913 | The Ryland Group, Inc. | 358 |
| Joseph Fernandez<br>967 Weatherby St S<br>Saraland, AL 36571 | S&O Investments, LLC | 359 |
| Parker, Charles and Rachael<br>963 Weatherby St S<br>Saraland, AL 36571 | S&O Investments, LLC | 359 |
| ~~LoMonaco, Philip and Deborah~~<br>~~5335 Hunt Club Way~~<br>~~Sarasota, FL 34238~~ | ~~Sail Harbour, LLC~~ | ~~360~~ |
| Abiega, Elisa<br>8811 SW 203 Terrace<br>Cutler Bay, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Diaz, Fernando<br>20338 SW 88 Court<br>Cutler Bay, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Gonzelez, Oscar<br>8711 SW 203 St.<br>Cutler Bay, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Sardina, Raymond<br>8812 SW 203 Terrace<br>Cutler Bay, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Sarkar, Immanuel and Robinson, Catherin<br>8821 SW 203 Terrace<br>Cutler Bay, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Stephens, Ricardo<br>16923 SW 87 Avenue<br>Miami, FL 33157 | Santa Barbara Estates, Inc. | 361 |
| Villalta, Daniel<br>8782 SW 203 Terrace<br>Miami, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Zervos, Angelos and Gregoria<br>20451 SW 87 Court<br>Miami, FL 33189 | Santa Barbara Estates, Inc. | 361 |
| Nunez, Carmela<br>3000 Stanfort Road<br>West Palm Beach, FL 33405 | Saturno Construction AB Inc. | 362 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Bronaugh, David and Heather~~ ~~2323 Sunset Boulevard~~ ~~Slidell, LA 70461~~ | ~~Savoie Construction, Inc.~~ | ~~363~~ |
| ~~Dennis, Patrick and Kathleen~~ ~~517 Snead Court~~ ~~Slidell, LA 70458~~ | ~~Savoie Real Estate Holdings, LLC~~ | ~~364~~ |
| Sanchez, ~~Jackie~~ Jacqueline 7460 South West 114th Place Miami, FL 33173 | ~~Schenley Park Homes, LLC~~ ARM Structural, Inc. | 365 |
| Proby, Joseph and Mary 762 W. North Street Pass Christian, MS 39571 | Scott Colson | 366 |
| ~~Cathcart, Carolyn~~ ~~132 Timberwood Drive~~ ~~Madisonville, LA 70447~~ | ~~Scott Designer Homes, Inc.~~ | ~~367~~ |
| Hurley, Harry/Rosemarie 19777 Vintage Trace Circle Ft. Myers, FL 33967 | Shelby Homes at Meadows, Inc. | 368 |
| Daly, Patricia and Schrank, Kimberly 1063 Silverstand Drive Naples, FL 34110 | Shelby Homes, Inc. | 369 |
| Daly, Patricia 1063 Silverstrand Drive Naples, FL 34110 | Shelby Homes, Inc. | 369 |
| ~~McGee, Tim~~ ~~4226 Maxwell Drive~~ ~~Mason, OH 45040~~ | ~~Shelby Homes, Inc.~~ | ~~369~~ |
| Bravo, David ~~Cossette & David~~ Ilanes, Cossette 16740 SW 91st Avenue Miami, FL 33157 | Signature Series Homes, Inc | 370 |
| Huzey, John Brennan, Chun 2614 Kelsan Circle Anchorage, AK 99508 | Signature Series Homes, Inc. | 370 |
| Nicholas, Gregory/Jill 2114 NW 14th Lane Cape Coral, FL 33993 | Signature Series Homes, Inc. | 370 |
| Price, Kevin 17081 Pelican Way North Fort Myers, FL 33917 | Signature Series Homes, Inc. | 370 |
| Scoone, James P.O. Box 152191 Cape Coral, FL 33915 | Signature Series Homes, Inc. | 370 |
| Caminita, Jennifer and Frank 42787 Snapper Way Franklinton, LA 70438 | Smith and Core, Inc. | 371 |
| Nieto, Peter 4273 Snapper Way Franklinton, LA 70438 | Smith and Core, Inc. | 371 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Craig, Bill and Jill<br>4143 Wildstar Circle<br>Wesley Chapel, FL 33544 | Smith Family Homes Corporation | 372 |
| Alcindor, Nevinsthon & Marlen<br>1938 SE 22 Court<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Brown, Faith<br>1935 SE 22 Drive<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Charles, Frantz and Damaris Paulin<br>2355 SW 125 Avenue<br>Miramar, FL 33027 | South Kendall Construction Corp. | 373 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Druand, Pedro and Alice<br>19020 SW 74 Avenue<br>Cutler Bay, FL 33157 | South Kendall Construction Corp. | 373 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, Fl 33037 | South Kendall Construction Corp. | 373 |
| ~~Harrell, Jason & Melissa~~<br>~~2955 Dunwoodie Place~~<br>~~Homestead, FL 33035~~ | ~~South Kendall Construction Corp.~~ | ~~373~~ |
| Johnson, Christopher & Loray<br>1958 SE 23 Court<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Kolbenheyer, Howard<br>2708 August Drive<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Kurutz, Barbara and Stephen<br>1982 SE 23rd Court<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Leben, Roger and Janet<br>1912 SE 23 Ct.<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Litten, Randall<br>2235 SE 20th Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Maltby, Wesley and Diane<br>1966 SE 23rd Court<br>Homestead, FL 33035-1243 | South Kendall Construction Corp. | 373 |
| Martinez, Felix and Jenny<br>2250 SE 19 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Otero, Edgar & Kellie Ann<br>2155 SE 20 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Oves, Jose Francisco<br>2220 SE 19 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Salinas, Maria E.<br>16306 SW 67 Terrace<br>Miami, FL 33193 | South Kendall Construction Corp. | 373 |
| Santiago, Jason<br>2140 SE 19 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Seyour, Serge<br>1457 SW 22nd Lane<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Vickers, ~~Karen~~ Karin<br>2259 SE 19 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Walter, Todd<br>29300 SW 173rd Court<br>Homestead, FL 33030 | South Kendall Construction Corp. | 373 |
| Wisdom, Katori and Patrick<br>1954 SE 22nd Court<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Woodbridge, Robert and Dale<br>2165 SE 20 Avenue<br>Homestead, FL 33035 | South Kendall Construction Corp. | 373 |
| Brown, Ada and Hillary<br>812 Cole Ct.<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Doran, Candy<br>804 Cole Court<br>Covingotn, LA 70433 | Southern Homes, LLC | 374 |
| Doyle, Theodore & Brenda<br>371 Tallow Creek Blvd.<br>Covington, LA 70433 | Southern Homes, LLC | 374 |