*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Finke, Margaret<br>c/o Castillo, Ronda<br>40145 Tayors Trail, Unit 1002<br>Slidell, LA 70461<br>504 512-0985 | Southern Homes, LLC | 374 |
| Guerrera, Anthony and Debbie<br>504 Moore Blvd.<br>Covington, LA 70433<br>985-809-1289 | Southern Homes, LLC | 374 |
| Hakenjo, Candace and Todd<br>820 Cole Court<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Harris, Norman and Corliss<br>616 Markham Drive<br>Slidell, LA 70458 | Southern Homes, LLC | 374 |
| Hubbell, Wendy<br>Cimo, Christy<br>802 Cole Court<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Mason, Hiram, Individually and obo his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr<br>1208 Belair Blvd.<br>Slidell LA 70460 | Southern Homes, LLC | 374 |
| Meyer, John<br>372 Tallow Creek Blvd.<br>Covington, LA 70433<br>504-258-5600 | Southern Homes, LLC | 374 |
| Miles, Carl and Tania<br>510 Moore Blvd.<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Molero, Charles and JoAnn<br>505 Moore Blvd.<br>Covington, LA 70433<br>985-246-6795 | Southern Homes, LLC | 374 |
| Parr, Shelly and Kelly<br>683 Solomon Drive<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Puig, Donald and Marcelyn<br>302 Tallow Creek Blvd.<br>Covington, LA 70433 | Southern Homes LLC | 374 |
| Rupp, Joseph and Theresa<br>367 Tallow Creek<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam<br>663 Solomon Drive<br>Covington, LA 70433 | Southern Homes LLC | 374 |

Case 2:09-md-02047-EEF-MBN   Document 3121-16   Filed 05/17/10   Page 2 of 7

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Snow, Olivia<br>628 Soloman Drive<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| St. Germain, Keith and Cheryl<br>363 Tallow Creek<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| Walker, James and Cheryl<br>642 Soloman Drive<br>Covington, LA 70433 | Southern Homes, LLC | 374 |
| ~~Siraco, Stephen~~<br>~~12430 SW 50 Street, #121~~<br>~~Miramar, FL 33027~~ | ~~Southern Homes of Broward XI, Inc.~~ | ~~375~~ |
| Amerson, Amy Louise<br>515 Hewitt Rd.<br>Hammond, LA 70403 | Southern Star Construction Company, Inc. | 376 |
| Ancira, Chris and Lilah<br>1207 Jena Street<br>New Orleans, LA 70115 | Southern Star Construction Company, Inc. | 376 |
| Gammage, Dr. Dan<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | Southern Star Construction Company, Inc. | 376 |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | Southern Star Construction Company, Inc. | 376 |
| Staton, Lori Ann<br>1216 Mangolia Alley<br>Mandeville, LA 70471 | Southern Star Construction Company, Inc. | 376 |
| First East Side Savings Bank<br>9399 W. Commercial Blvd.<br>Tamarac, FL 33351 | Southwell Homes, LLC | 377 |
| Campbell, John<br>P.O. Box 448<br>Wilton, CT 06897 | Springhill, LLC | 378 |
| ~~Amaya, Jose~~<br>~~Hernandez, Reyna~~<br>~~11330 Bridge Pine Drive~~<br>~~Riverview, FL 33569~~ | ~~St. Joe Home Building, L.P.~~ | ~~379~~ |
| ~~Bahl, Ashima~~<br>~~11410 Bridge Pine Drive~~<br>~~Riverview, FL 33569~~ | ~~St. Joe Home Building, L.P.~~ | ~~379~~ |
| ~~Gonzalez, Adalberto and Annette~~<br>~~11336 Bridge Pine Drive~~<br>~~Riverview, FL 33569~~ | ~~St. Joe Home Building, L.P.~~ | ~~379~~ |
| <span style="color:red">Road & House, LLC</span><br>~~Medrano, Ramon~~<br>~~Melo, Nedy~~<br>~~11411 Bridge Pine Drive~~<br>~~Riverview, FL 33569~~ | ~~St. Joe Home Building, L.P.~~ | ~~379~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Sanchez, Jason and Elizabeth~~ ~~11561 Hammocks Glade Drive~~ ~~Riverview, FL 33569~~ | ~~St. Joe Home Building, L.P.~~ | ~~379~~ |
| Doby, Brenda 16578 W. Hadley Street Goodyear, AZ 85338 | Standard Pacific d/b/a Standard Pacific of Colorado, Inc. | 380 |
| ~~Arroyave, Angela~~ ~~14722 SW 7th Street~~ ~~Pembrooke Pines, FL 33027~~ | ~~Standard Pacific of South Florida GP, Inc.~~ | ~~381~~ |
| Gonzalez, Hender and Kathrine 922 South West 146th Terrace Pembroke Pines, FL 33027 | Standard Pacific of South Florida, GP, Inc. | 381 |
| Gutierrez, Victor and Bibiana 2781 Eagle Rock Circle West Palm Beach, FL 33411 | Standard Pacific of South Florida, GP, Inc. | 381 |
| Hoyos, Hernan 877 South West 146th Terrace Pembroke Pines, FL 33027 | Standard Pacific of South Florida, GP, Inc. | 381 |
| ~~Lakind, Alan and Linda~~ ~~2781 Eagle Rock Circle #307~~ ~~West Palm Beach, FL 33411~~ | ~~Standard Pacific of South Florida, GP, Inc.~~ | ~~381~~ |
| Leon, Maria Elena 14724 S.W. 7th Street Pemroke Pines, FL 33027 | Standard Pacific of South Florida, GP, Inc. | 381 |
| Lobb, Karol and Tatiana 9809 64 Road, Apartment 4F Rego Park, NY 11374 | Standard Pacific of South Florida, GP, Inc. | 381 |
| ~~Patino, Hector~~ ~~14718 SW 5th Street~~ ~~Pembroke Pines, FL  33027~~ | ~~Standard Pacific of South Florida GP, Inc.~~ | ~~381~~ |
| Wolf, Frederick Acosta, Ynes 997 South West 146th Terrace Pembroke Pines, FL 33027 | Standard Pacific of South Florida GP, Inc. | 381 |
| Dacosta, George 6859 Julia Gardens Drive Coconut Creek, FL 33073 | Standard Pacific of South Florida, a Florida General Partnership | 382 |
| Jesus, Manuel and Liliane 6857 Julia Gardens Drive Coconut Creek, FL 33073 | Standard Pacific of South Florida, a Florida General Partnership | 382 |
| Machado, Cleber and Sandra 6875 Julia Gardens Drive Coconut Creek, FL 30073 | Standard Pacific of South Florida, a Florida General Partnership | 382 |
| Souza, Juliana 6865 Julia Gardens Drive Coconut Creek, FL 33073 | Standard Pacific of South Florida, a Florida General Partnership | 382 |
| Urdaneta, Herving & Annielys Aular 999 SW 146 Terrace Pembroke Pines, FL 33027 | Standard Pacific of South Florida, a Florida General Partnership | 382 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Ramsarran, Lloyd and Dinah<br>6756 NW Argus Street<br>Port .Lucie, FL 34983 | Star Homes of Florida LLC | 383 |
| Harkins, Rochelle Frazier<br>850 River Oaks Drive<br>Covington, LA 70433 | Stephen Shivers | 384 |
| Fallmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Inc. | 385 |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Inc. | 385 |
| Fallmann, James & Barbara<br>11063 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Realty, Inc. | 386 |
| Miller, Bradley & Tricia<br>11134 Pacifica Street<br>Wellington, FL 33449 | Sterling Communities Realty Inc. | 386 |
| ~~Osterberg, David & Andrea~~<br>~~3404 W. Sevilla Street~~<br>~~Tampa, FL 33629~~ | ~~Steven R. Carter, Inc.~~ | ~~387~~ |
| Sanchez, Alfonso and Maria<br>3001 East Stonebrook Circle<br>Davie, FL 33330 | Stonebrook Estates, Inc. | 388 |
| Sanchez, Alfonso and Maria<br>3001 East Stonebrook Circle<br>Davie, FL 33330 | Stonebrook Homes, LLC | 389 |
| ~~DeHenese, Neil and Yolanda~~<br>~~11314 Flora Spring Drive~~<br>~~Riverview, FL 33579~~ | ~~Suarez Housing Corporation~~ | ~~390~~ |
| Bonnecarrere, Wavi Lee<br>40145 Taylor's Trail, Apt. 1005<br>Slidell, LA 70461 | Summit Contractors, Inc. | 391 |
| Chutz, Lily Rose<br>40145 Taylor's Trail #905<br>Slidell, LA 70461 | Summit Contractors, Inc. | 391 |
| DiMaggio, Juanita<br>40145 Taylor'sTrail, #902<br>Slidell, LA 70461 | Summit Contractors, Inc. | 391 |
| ~~Galloway, James and Cynthia~~<br>~~40145 Taylors Trail, Unit 1001~~<br>~~Slidell, LA 70461~~ | ~~Summit Contractors, Inc.~~ | ~~391~~ |
| Jackson, Senora B.<br>40145 Taylor's Train - Unit 1004<br>Slidell, LA 70461 | Summit Contractors, Inc. | 391 |
| ~~Johnson, Willie L. Jr.~~<br>~~319 Brighton Lane~~<br>~~Slidell, LA 70458~~ | ~~Summit Contractors, Inc.~~ | ~~391~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| LeBlance, Calvin and Sara<br>40145 Taylor's Trail - Unit 1003<br>Slidell, LA 70461 | Summit Contractors, Inc. | 391 |
| Arsenaux, Everiste and Lizette<br>40145 Taylors Trial, Unit 901<br>Slidell, LA 70461 | Summit Homes of LA, Inc. | 392 |
| Galloway, James and Cynthia<br>40145 Taylors Trail, Unit 1001<br>Slidell, LA 70461 | Summit Homes of LA, Inc. | 392 |
| Gleason, Herman and Deborah<br>329 Brighton Lane<br>Slidell, LA 70458 | Summit Homes of LA, Inc. | 392 |
| Guillot, Eno and Frances<br>40145 Taylors Trial, Unit 904<br>Slidell, LA 70461 | Summit Homes of LA, Inc. | 392 |
| Hogan, Barbara<br>40145 Taylors Trail, Unit 900<br>Slidell, LA 70461 | Summit Homes of LA, Inc. | 392 |
| Talbert, Bill<br>40145 Taylors Trail, Unit 903<br>Slidell, LA 70461 | Summit Homes of LA, Inc. | 392 |
| Rome, Erwin and Karen<br>619 Bellingrath Lane<br>Slidell, LA 70458 | Summit Homes of LA, Inc.. | 392 |
| Cunningham, Dennis and Susan<br>288 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Donaldson, Malcom & Kelli<br>460 Lotus Drive, Northmandeville, LA  74071 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Dorsey, Glenda F.<br>39085 Pirougue Avenue<br>Gonzales, LA 70737 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Fisher, Steve and Corrinn<br>405 North Tyler Street<br>Covington, LA 70433 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Gardette, Michael and Rhonda<br>276 Penn Mill Lakes<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Hidalgo, Tony and Sidney<br>273 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Perry, Timothy and Tracey<br>15190 Westin Cove<br>Gulfport, MS 39503 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| ~~Robbins~~ Dobbins, Margaret & Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA 70737 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Rogers, Brad and Cassandra<br>516 Mare Court<br>Covington, LA 70435 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Taylor, David Jason and Amanda B.<br>3216 Joy Lane<br>Ocean Springs, MS 39564 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Wayne, William and Kelly<br>419 W. Suncrest Loop<br>Covington, LA 70458 | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| Williams, ~~Diana and Terry~~ Dina and Kerry<br>520 Mare Court<br>Covington, LA 70435 | Sun Construction LLC d/b/a Sunrise Homes | 393 |
| Perry, Timothy and Tracey<br>15190 Westin Cove<br>Gulfport, MS 39503 | Sunrise Construction and Development, LLC | 394 |
| Shelton, Michael & Leslie<br>568 Huseman Lane<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |
| Tedesco, Caroline and Robert<br>709 Simpson Way<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |
| Young, Linda & Raymond<br>577 Huseman Lane<br>Covington, LA 70435 | Sunrise Construction and Development, LLC | 394 |
| Arnaud, Lester and Catherine<br>17504 Rosemont Drive<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Boquet, Edwin<br>P.O. Box 773<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Brumfield, Ollie and Andreienne<br>608 Husseman Lane<br>Covington, LA 70435 | Sunrise Homes/Sun Construction | 395 |
| Conrad, Formica<br>Fayard, Crystal<br>3216 Rachel Lane<br>Ocean Springs, MS 39564 | Sunrise Homes/Sun Construction | 395 |
| Duhon, Christopher and Kimberly<br>17496 Rosemont Dr.<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Ledet, Trisha and Darryl<br>12479 Highland Drive<br>Geismer, LA 70734 | Sunrise Homes/Sun Construction | 395 |
| Matus, Aldo and Ghedy<br>41299 Tulip Hill Ave.<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Nunez, Ernest and Marie<br>612 Hussman Lane<br>Covington, LA 70435 | Sunrise Homes/Sun Construction | 395 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Quividia, Joseph Todd<br>P.O. Box 1377<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Spencer, Patricia<br>3637 Edgewood Ct.<br>Avondale, LA 70094 | Sunrise Homes/Sun Construction | 395 |
| Turner, Tyrone C.<br>17447 Rosemont Drive<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Wheeler, Don and Agnes<br>41311 Tulip Hill Ave.<br>Prairieville, LA 70769 | Sunrise Homes/Sun Construction | 395 |
| Gardette, Michael A. and Nicole<br>268 Penn Mill Lakes Blvd.<br>Covington, LA 70435 | Sunrise Custom Homes & Construction, LLC | 396 |
| Roberts, Jeffrey D.<br>285 Penn Mill Lakes<br>Covington, LA 70435 | Sunrise Custom Homes & Construction, LLC | 396 |
| Schlabach, Eric and Stacy<br>2303 Tarrytown Crossing Drive<br>Conroe, TX 77304 | Supreme Builders | 397 |
| LaCroix, Jim<br>1429 Natchez Loop<br>Covington, LA 70433 | Taber Construction | 398 |
| Matthew Cotton and Melanie Cotton<br>19815 Indiana St.<br>Citronelle, AL 36522 | Tad Brown | 399 |
| Oster, Don and Betty<br>811 Cole Court<br>Covington, LA 70433 | Tallow Creek, LLC | 400 |
| ~~Dinitto, Patrick and hevanilson Magalhaes~~<br>~~129 River Street, Unit B~~<br>~~Middleton, MA 01949~~ | ~~Taylor Morrison of Florida, Inc.~~ | ~~401~~ |
| ~~Dodge, Dale and Beverly~~<br>~~9720 Asbury Drive~~<br>~~Parrish, FL 34219~~ | ~~Taylor Morrison of Florida, Inc.~~ | ~~401~~ |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Taylor-Woodrow Communities at Vasari, Inc. | 402 |
| Dinitto, Patrick and hevanilson Magalhaes<br>129 River Street, Unit B<br>Middleton, MA 01949 | Taylor-Woodrow Communities at Vasari, Inc. | 402 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | Taylor-Woodrow Communities at Vasari, Inc. | 402 |
| Neumann, Allan<br>37 Court of Greenway<br>Northbrook, IL 60062 | Taylor-Woodrow Communities at Vasari, Inc. | 402 |