*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Tarzy, Jim<br>11 Sunrise Trail<br>Medford, NJ 08055 | Taylor-Woodrow Communities at Vasari, Inc. | 402 |
| Lartigue, C.W. & Margaret<br>4305 Cleary Avenue<br>Metairie, LA 70002 | Team Work Construction, LLC | 403 |
| Groom, Richard and Pamela<br>3138 Ohio Street<br>Coconut Grove, FL 33133 | Tepeyac, LLC | 404 |
| Prichard Housing Authoirty<br>811 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>812 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>814 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>818 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>805 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>820 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>823 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>504 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>804 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>824 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>803 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>800 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>709 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Prichard Housing Authoirty<br>707 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>806 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>705 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>703 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>509 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>508 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>826 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>810 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>507 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>821 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>506 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>505 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>807 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>503 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>825 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |
| Prichard Housing Authoirty<br>808 Sgt Harrison Brown<br>Prichard, AL 36610 | The Mitchell Co. | 405 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Stanley, David and Patricia<br>4845 66th Lane<br>Vero Beach, FL 32967 | The New Morning, LLC | 406 |
| Orlowski, David<br>2722 SW 10th Avenue<br>Cape Coral, FL 33914 | The Sterling Collection, Inc. | 407 |
| Hernandez, Divaldo and Migdalia<br>8242 Santa Cruz Drive<br>Port Charlotte, FL 33981 | Tikal Construction Co. | 408 |
| ~~Denkhuas~~ Denkhaus, David and Diane<br>4211 Colonical Court<br>Howell, MI 48843 | Toll Estero, Ltd. Partnership d/b/a Toll Brothers | 409 |
| Tran, Phu and Dao<br>4009 Newport Court<br>Columbia, MO 65203 | Toll Estero, Ltd. Partnership d/b/a Toll Brothers | 409 |
| Watts, James and Linda<br>9846 S.E. Osprey Pointe Drive<br>Hope Sound, FL 33455 | Toll Estero, Ltd. Partnership d/b/a Toll Brothers | 409 |
| Smith, David and Wendy<br>5101 Lakeview Drive<br>Miami Beach, FL 33140 | Total Contracting and Roofing, Inc. | 410 |
| ~~Peterson, Derrick & Robin~~<br>~~518 SW California Avenue~~<br>~~Stuart, FL 34994~~ | ~~Treasure Coast Homes, LLC~~ | ~~411~~ |
| ~~Peterson, Derrick & Robin~~<br>~~518 SW California Avenue~~<br>~~Stuart, FL 34994~~ | ~~Treasure Coast Homes, LLC~~ | ~~411~~ |
| ~~Peterson, Derrick & Robin~~<br>~~518 SW California Avenue~~<br>~~Stuart, FL 34994~~ | ~~Treasure Coast Homes, LLC~~ | ~~411~~ |
| Despino, Jason and Brandy<br>18635 Lake Stream Dr.<br>Greenwell Springs, LA 70739 | Triumph Construction | 412 |
| ~~Leger, Lolly J.~~<br>~~Hayden, Leslie J.~~<br>~~401 Marigny Avenue~~<br>~~Mandeville, LA~~ | ~~Tudela Classic Homes, LLC~~ | ~~413~~ |
| Van Winkle, Ronnie and Anne<br>70304 8th Street<br>Covington, LA 70433 | Tudela Classic Homes, LLC | 413 |
| Wachter, William and Jill<br>52 Princewood Lane<br>Palm Beach Gardens, FL 33410 | Tuscan-Harvey Estate Homes, Inc. | 414 |
| ~~D'Angelo, Mara & James~~<br>~~9502 Waterford Oaks Blvd.~~<br>~~Winter Haven, FL 33884~~ | ~~Twelve Oaks of Polk County, Inc.~~ | ~~415~~ |
| Gay, Diana<br>8030 Waterbury Way<br>Mount Dora, FL 32757 | Twin Lakes Reserve & Golf Club, Inc. | 416 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Henson, James Meredith<br>109 Twin Lakes Circle<br>Umatilla, FL 32784 | Twin Lakes Reserve & Golf Club, Inc. | 416 |
| Botterill, Thurburn & Caroline<br>510 NE 25th Street<br>Cape Coral, FL 33909 | United Home Builders, Inc. | 417 |
| Dontje, Mark and Katherine<br>11805 Wood Road<br>Dewitt, MI 48820 | United Home Builders, Inc. | 417 |
| Kol, Dan/Phalla<br>870 Minor Creek Way<br>Lilburn, FA 30047<br><br>Kol, Frank/Jennie<br>904 Irving Avenue<br>Lehigh Acres, FL 33972 | United Home Builders, Inc. | 417 |
| Martinez-Diaz, Dailyn<br>1624 NW 37th Avenue<br>Cape Coral, FL 33993 | United Home Builders, Inc. | 417 |
| Ortiz, Leiszardo and Benedicte<br>1420 15th Street Southwest<br>Naples, FL 34117 | United Home Builders, Inc. | 417 |
| ~~Silvestri, Richard and Lorraine~~<br>~~84 Cannon Avenue~~<br>~~Staten Island, NY 10314~~ | ~~United Home Builders, Inc.~~ | ~~417~~ |
| Hartmann, William/Karen<br>824 SW 14th Place<br>Cape Coral, FL 33991 | United Home Builders, Inc. | 417 |
| Vitiello, Anthony and DiPlacido, Laura<br>2619 North West 10th Terrace<br>Cape Coral, FL 33993 | United Home Builders, Inc. | 417 |
| Badchkam, Annette<br>3286 Turtle Cove<br>West Palm Beach, FL 33411 | United Home, Inc. | 418 |
| Bradford, Deborah<br>5201 Bayview Drive<br>Ft. Lauderdale, FL 33308 | United Home, Inc. | 418 |
| Burrus, Jordan<br>4580 Windswept Pines Court<br>Tequesta, FL 33469 | United Home, Inc. | 418 |
| Forrest, Adrian and Wendy<br>6472 Northwest 78th Drive<br>Parkland, FL 33067 | United Home, Inc. | 418 |
| Hamilton, Wayne<br>2806 Rainier Road<br>Rogers, AR 72758 | United Home, Inc. | 418 |
| Hoagland, Lawrence and Ann<br>90 SW 3rd Street, Apt. 3103<br>Miami, FL 33130 | United Homes, Inc. | 418 |

Page 67 of 70

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Knapp, Russell and Jonas, Audrey<br>322 First Street<br>Middlesex, NJ 08846 | United Home, Inc. | 418 |
| Abiega, Elisa<br>8811 SW 203 Terrace<br>Cutler Bay, FL 33189 | United Homes International, Inc. | 419 |
| Christian, Kevin<br>20351 SW 87 Place<br>Miami, FL 33189 | United Homes International, Inc. | 419 |
| Diaz, Fernando<br>20338 SW 88 Court<br>Cutler Bay, FL 33189 | United Homes International, Inc. | 419 |
| Gonzelez, Oscar<br>8711 SW 203 St.<br>Cutler Bay, FL 33189 | United Homes International, Inc. | 419 |
| Sardina, Raymond<br>8812 SW 203 Terrace<br>Cutler Bay, FL 33189 | United Homes International, Inc. | 419 |
| Sarkar, Immanuel and Robinson, Catherin<br>8821 SW 203 Terrace<br>Cutler Bay, FL 33189 | United Homes International, Inc. | 419 |
| Stephens, Ricardo<br>16923 SW 87 Avenue<br>Miami, FL 33157 | United Homes International, Inc. | 419 |
| Villalta, Daniel<br>8782 SW 203 Terrace<br>Miami, FL 33189 | United Homes International, Inc. | 419 |
| Zervos, Angelos and Gregoria<br>20451 SW 87 Court<br>Miami, FL 33189 | United Homes International, Inc. | 419 |
| Raborn, Randy and Pamela<br>31650 Tickfaw Acre Road<br>Holden, LA 70744 | United-Bilt Homes, LLC | 420 |
| Campbell, John<br>P.O. Box 448<br>Wilton, CT 06897 | Van Aller Construction | 421 |
| ~~Cotlar, Sideny & Diane~~<br>~~4532 Transcontinental Drive~~<br>~~Metairie, LA 70006~~ | ~~Velez Construction, LLC~~ | ~~422~~ |
| Collins, John and Brenda<br>69271 3rd Avenue<br>Covington, LA 70433 | Velvet Pines Construction, LLC | 423 |
| Barcia, Aurora<br>13005 Coronado Lane<br>North Miami, FL 33181 | Vicinity Drywall, Inc. | 424 |
| Cole, Harley and Brenda<br>3829 SE 21st Place<br>Cape Coral, FL 33904 | Viking Homes of S.W. Florida, Inc. | 425 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Van House, Robert/Jean<br>4103 SW 28th Avenue<br>Cape Coral, FL 33914 | Villa Development, Inc. | 426 |
| ~~Carvajalino, Carlos~~<br>~~738 SW Estate Avenue~~<br>~~Port St. Lucie, FL 34953~~ | ~~Vincent Montalto Construction, Inc.~~ | ~~427~~ |
| Feinberg, Manley and Diane<br>1524 Isalnd Boulevard<br>Aventura, FL 33160 | Vintage Properties, Inc. | 428 |
| Baker, ~~Omar and~~ Adrianna Townsend<br>7404 Bristol Circle<br>Naples, FL 34120 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Berman, Seth and Ginger<br>4560 5th Avenue Southwest<br>Naples, FL 34119 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Frew, Brian and Susannah<br>21 Adams Avenue<br>Northampton United Kingdom NN14 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Gonzales, Nina<br>7531 Bristol Circle<br>Naples, FL 34120 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Morton, Gary<br>125 Cornwall Drive<br>Pittsburgh, PA 15238 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Palma, Hector and JoAnn<br>17 Leshin Lane<br>Highstown, NJ 08520 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Schlief, Robert and Krista<br>7611 Bristol Circle<br>Naples, FL 34120 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| Sheppard, Kenneth and Catherine<br>3301 First Avenue North West<br>Naples, FL 34120 | Waterways ~~Development, Inc.~~ Joint Venture IV, LLC | 429 |
| ~~Sanon, Enock/Marie~~<br>~~4303 17th Street SW~~<br>~~Lehigh Acres, FL 33976~~ | ~~WB Construction Company, Inc.~~ | ~~430~~ |
| ~~Fogle, James & Tecquinette~~<br>~~8533 Wyngate Manor Court~~<br>~~Alexandria, VA 22309~~ | ~~Westpoint Development, LLC~~ | ~~431~~ |
| Ford, William and Melanie<br>12702 SW 26th Street<br>Davie, FL 33325 | Wilson Heights Development, Inc. | 432 |
| Pensabene, Joseph and Patricia<br>12732 SW 26th Street<br>Davie, FL 33325 | Wilson Heights Development, Inc. | 432 |
| ~~Feler, Svyatoslaw~~<br>~~Smolyanskaya, Yelena~~<br>~~10150 Bayou Grande Avenue~~<br>~~Seminole, FL 33772~~ | ~~Windship Homes of Florida, Inc.~~ | ~~433~~ |

| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* Amended Schedule "3"–Builder/Developer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Builder Defendant** | **Defendants' Subclass #** |
| ~~Satter, Jonathan~~ ~~115 Palmetto Lane~~ ~~West Palm Beach, FL 33405~~ | ~~Woodland Enterprises, Inc.~~ | ~~434~~ |
| Chatman, Funell and Gail 4918 Bancroft Dr. New Orleans, LA 70117 | Ybarzabal Contractors, LLC | 435 |
| Mitchell, Michael 201 St. Charles Ave., Ste 3710 New Orleans, LA 70170 504 529-3830 | Ybarzabal Contractors, LLC | 435 |
| Puri, Antonio Cesar 13101 SW 268 Street Homestead, FL 33032 | Zamora Corporation | 436 |