IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 <br> * <br> * <br> * SECTION: "L" <br> * |
| THIS DOCUMENT RELATES TO: <br> Payton, et al. v. Knauf Gips KG, et al. <br><br> Case No. 09-7628, Sect. L MAG 2 | * <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * <br> * |

*********************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR AL BROTHERS, INC.

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for Al Brothers, Inc. in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 17th day of May, 2010.

> SELLARS, MARION & BACHI, P.A.
> Attorneys for Al Brothers, Inc.
> 811 North Olive Avenue
> West Palm Beach, FL 33401
> Telephone: (561) 655-8111
> Facsimile: (561) 655-4994
>
> By: _/s/ Jeremy D. Bertsch_
> Florida Bar No.: 0043308

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.

                                                SELLARS, MARION & BACHI, P.A.

                                                By:_____/s/ Jeremy D. Bertsch_____
                                                Florida Bar No.: 0043308
                                                Attorneys for Al Brothers, Inc.
                                                811 North Olive Avenue
                                                West Palm Beach, FL 33401
                                                Telephone: (561) 655-8111
                                                Facsimile: (561) 655-4994