IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REQUEST FOR ORAL ARGUMENT
OF MOTION FOR PROTECTIVE ORDER SET ON JUNE 23, 2010**

COMES NOW the Defendant, Al Brothers, Inc., and requests oral argument on the Motion for Protective Order and To Stay Discovery Pending Resolution of Its Motion to Dismiss for Lack of Personal Jurisdiction filed by the Defendant, Al Brothers, Inc., scheduled to be heard at the Court's Motion Docket on the 23rd day of June, 2010, at 9:00 a.m., or at a time further set by this Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing REQUEST FOR ORAL ARGUMENT OF MOTION FOR PROTECTIVE ORDER has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2010.

                                SELLARS, MARION & BACHI, P.A.

                                By:      /s/ Jeremy D. Bertsch
                                Florida Bar No.: 0043308
                                Attorneys for Residential Drywall, Inc.
                                811 North Olive Avenue
                                West Palm Beach, FL 33401
                                Telephone: (561) 655-8111
                                Facsimile: (561) 655-4994