IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | MDL NO.:  2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L MAG 2 |
| | JUDGE FALLON |
| (This Document Relates to <u>Rogers, et.al. v. Knauf Gips KG, et al</u>; Case No. 2:10-CV-362) | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, Hovstone Properties Florida, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: May 18, 2010

                                                Respectfully submitted,

                                                BILZIN SUMBERG BAENA PRICE
                                                & AXELROD LLP
                                                Attorneys for Hovstone Properties Florida, LLC
                                                2500 Wachovia Financial Center
                                                200 South Biscayne Boulevard
                                                Miami, Florida 33131
                                                Tel.: (305)374-7580   Fax: (305)374-7593

                              BY:     <u>/s/ *Melissa Pallett-Vasquez*         </u>
                                                ROBERT W. TURKEN, ESQ.
                                                Florida Bar No. 306355
                                                rturken@bilzin.com
                                                ADAM F. HAIMO, ESQ.
                                                Florida Bar No. 502731
                                                ahaimo@bilzin.com
                                                MELISSA PALLETT-VASQUEZ, ESQ.
                                                Florida Bar No.  715816
                                                mpallett@bilzin.com

Case No. 2:10-CV-362

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2010.

By: *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez