# SCHEDULE 2

## 84 Lumber Company*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/01/2005 - 01/01/2006 | GLO 9302293-03 | Zurich American Insurance Company | | |
| 01/01/2006 - 01/01/2007 | GLO 9302293-04 | Zurich American Insurance Company | | |
| 01/01/2007 - 01/01/2008 | GLO 9302293-05 | Zurich American Insurance Company | | |
| | | | | |
| | | | | |

*Includes Insured Defendants 84 Lumber Company; 84 Lumber Company, LP;

Omni V - Schedule 2   Page 1

**Bailey Lumber***

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 4/1/2008 - 4/1/2009 | TBKZ91445125018 | Wausau Underwriters Insurance Company | | |
| | THCZ91445125038 | | Employers Insurance of Wausau | |

*Includes Insured Defendants Bailey Lumber & Supply Company; Bailey Lumber & Supply Company of Biloxi.

**Banner\***

| Year | Policy No. | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| | | | INSURANCE COMPANY | |
| 01/01/2003 - 01/01/2004 | 982X1642-TIL-03 | Travelers Indemnity Company of Illinois | | |
| 01/01/2004 - 01/01/2005 | 982X1642-TCT-04 | Travelers Indemnity Company of Connecticut | | |
| | BE 5683249 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2005 - 01/01/2006 | 982X1642-TIL-05 | Travelers Indemnity Company of Illinois | | |
| | BE 3835949 | | Illinois National Insurance Company | |
| 01/01/2006 - 01/01/2007 | ZZJ 874016 4-00 | The Hanover American Insurance Company | | |
| | BE 9300273 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2007 - 01/01/2008 | ZZJ 874016 4-02 | The Hanover American Insurance Company | | |
| | BE 3954862 | | American International Specialty Lines Insurance Company | |
| 01/01/2008 - 01/01/2009 | ZZJ 874016 4-03 | The Hanover American Insurance Company | | |
| | BE 553482 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2009 - 01/01/2010 | 7606364 | | National Union Fire Insurance Company of Pittsburgh | |
| 8/28/2006 - 8/28/2007 | GL 0004593 1 | FCCI Insurance Company | | |
| | UMB0004525 1 | | FCCI Commercial Insurance Company | |
| 8/28/2008 - 8/28/2009 | GL 0004593 3 | FCCI Commercial Insurance Company | | |
| | UMB0004524 3 | | FCCI Commercial Insurance Company | |
| 8/28/2007 - 8/28/2008 | GL 0045932 | FCCI Insurance Company | | |
| | UMB0004524 2 | | FCCI Commercial Insurance Company | |

*Includes Insured Defendants Banner Supply Co.; Banner Supply Company Ft. Myers, LLC;
Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC;
Banner Supply Company Tampa, LLC; Banner Supply International, LLC.

# Black Bear Gypsum*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 8/30/2002-8/30/2004 | PAS 041145096 | Zurich North American | | |
| 8/30/2004 - 8/30/2005 | PAS 00131278 | Zurich North America | | |
| 8/30/2005 - 12/4/2005 | | Scottsdale Insurance Company | | |
| 11/22/2005 - 11/22/2006 | Y-630-918K1987-TIL-05 | Travelers Property Casualty Company of America | | |
| 11/22/2006 - 11/22/2007 | Y-630-918K1987-TIL-06 | Travelers Property Casualty Company of America | | |
| 11/22/2007 - 3/12/2008 | CP0004 1251 | FCCI Commercial Insurance Company | | |
| | CM0035291 | FCCI Commercial Insurance Company | | |
| | GL000647d31 | FCCI Commercial Insurance Company | | |
| | CA0097271 | FCCI Commercial Insurance Company | | |
| 9/3/2008 - 12/4/2009 | | Safeco Insurance (Liberty Mutual) | | |

*Includes Insured Defendants Black Bear Gypsum Supply, Inc.; Black Bear Gypsum, LLC.

**Interior Exterior***

| Year | Policy No. | General Liability | INSURANCE COMPANY | |
| | | | Umbrella | Excess |
|---|---|---|---|---|
| 12/31/2002 - 12/31/2003 | CLP3155825B | Bituminous Insurance Companies | American International Specialty Lines Insurance Company | |
| | 6192675 | | | |
| 12/01/2003 - 12/31/2005 | | | | |
| | LHA023499 | | | RSUI Group, Inc. |
| 12/01/2003 - 1/01/2005 | 5530852503 | | The North River Insurance Company | |
| 12/31/2003 - 12/31/2004 | 51GPP35913 | Arch Insurance Company | | |
| 12/31/2004 - 12/31/2005 | 31GPP2006501 | Arch Insurance Company | | |
| 12/31/2005 - 12/31/2006 | 31GPP2067202 | Arch Insurance Company | | |
| 1/1/2005 - 1/01/2006 | 5530868073 | | The North River Insurance Company | |
| | LHA028424 | | | RSUI Group, Inc. |
| 12/31/2006 - 12/31/2007 | 31GPP2115003 | Arch Insurance Company | | |
| 1/1/2006 - 1/1/2007 | 5530881951 | | The North River Insurance Company | |
| | LHA033068 | | | RSUI Group, Inc. |
| 12/31/2007 - 1/1/2009 | TB0191448006017 | Liberty Mutual Insurance Company | | |
| 1/1/2007 - 1/1/2008 | 5530894695 | | The North River Insurance Company | |
| | SHX0099073488 | | | Fireman's Fund Insurance Company |
| 1/1/2008 - 1/1/2009 | 5530907502 | The North River Insurance Company | | |
| | SHX0099073488 | | | Fireman's Fund Insurance Company |
| 1/1/2009 - 1/1/2010 | TB2191448006019 | Liberty Mutual Insurance Company | | |
| | 5530919526 | | The North River Insurance Company | |

*Includes Insured Defendants Interior/Exterior Building Supply, LP; Interior/Exterior Enterprises, LLC.

Omni V - Schedule 2    Page 5

# L & W Supply Corporation d/b/a Seacoast Supply Company

| Year | Policy No. | General Liability | Umbrella | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 | Excess Layer 4 | Excess Layer 5 |
|---|---|---|---|---|---|---|---|---|
| 4/1/2005 - 4/1/2006 | GL 100037797-05 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 4484641 | | Illinois National Insurance Company | | | | | |
| | EXC 5749898 / 4149328 | | | Great American Assurance Company | | | | |
| | AEC 293501704 | | | | Lexington Insurance Company | | | |
| | Q01200747 | | | | | American Zurich Insurance Company | | |
| | 4274648 | | | | | | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/1/2006 - 4/1/2007 | GL 100037797-06 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 4485263 | | Illinois National Insurance Company | | | | | |
| | EXC 5749898-01 / 4565368 | | | Great American Assurance Company | | | | |
| | AEC 293501705 | | | | Lexington Insurance Company | | | |
| | Q01200972 | | | | | American Zurich Insurance Company | | |
| | 6072603 | | | | | | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/1/2007 - 4/1/2008 | GL 100037797-07 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 9834613 | | Illinois National Insurance Company | | | | | |
| | EXC 5749898-02 / 28353 | | | Great American Assurance Company | | | | |
| | AEC 293501706 | | | | Lexington Insurance Company | | | |
| | ELD 10000393000 / 5132036 | | | | | American Zurich Insurance Company | | |
| | | | | | | | Endurance American Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/1/2008 - 4/1/2009 | GL 100037709 | Alabaster Assurance Company Ltd. | | | | | | |
| | 5380790 | | Illinois National Insurance Company | | | | | |
| | EXC 5749898-03 / 3228395 | | | Great American Assurance Company | | | | |
| | AEC 293501707 | | | | Lexington Insurance Company | | | |
| | ELD 10000864100 / 1657374 | | | | | American Zurich Insurance Company | | |
| | | | | | | | Endurance American Insurance Company | AIG Excess Liability Insurance Company |
| 4/1/2009 - 4/1/2010 | GL 100037709 | Alabaster Assurance Company Ltd. | | | | | | |
| | 3323631 | | National Union Fire Insurance Company of Pittsburgh | | | | | |
| | EXC 8243299 / EXC 10001304700 | | | Great American Assurance Company | | | | |
| | AEC 293501708 | | | | Endurance American Insurance Company | American Zurich Insurance Company | | |
| | EXC 10001312200 / 1730984 | | | | | | Endurance American Insurance Company | AIG Excess Liability Insurance Company |

Omni V - Schedule 2    Page 6

## Mazer's Discount Home Centers, Inc.

| Year | Policy No. | General Liability | INSURANCE COMPANY | | Excess |
|---|---|---|---|---|---|
| | | | Umbrella | | |
| 11/3/03 - 11/3/04 | BE 3J2174 | | Harleysville Mutual Insurance Company | | |
| | BE 3J2174 | Harleysville Mutual Insurance Company | | | |
| 11/3/05 - 11/3/06 | BE 3J2174 | Harleysville Mutual Insurance Company | | | |
| | BE 3J2174 | | Harleysville Mutual Insurance Company | | |
| 11/3/06 - 11/3/07 | WPP1010050 00 | Wesco Insurance Company | | | |
| | L2090910085 | | Continental Casualty Company | | |
| 11/3/07 - 11/3/08 | CAP 515 54 48 | Cincinnati Insurance Company | | | |
| | CAP 515 54 48 | | Cincinnati Insurance Company | | |
| 11/3/08 - 11/3/09 | CAP 515 14 89 | | Cincinnati Insurance Company | | |

**Omni V - Schedule 2   Page 7**

**Smoky Mountain Materials, Inc.**
**d/b/a Emerald Coast Building Materials**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 6/1/2006 - 6/1/2007 | 6309062J0712 | Travelers Property Casualty Company of America | | |
| | CUP6378C577 | | Travelers Property Casualty Company of America | |
| 6/1/2007 - 6/1/2008 | 6309062J0712 | Travelers Property Casualty Company of America | | |
| | CUP6378C577 | | Travelers Property Casualty Company of America | |

**Tobin Trading, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|---|---|
| | | General Liability | Umbrella | Excess |
| 5/4/2005 - 3/22/2007 | 96-K7-6686-7 | State Farm Fire and Casualty Company | | |

Omni V - Schedule 2   Page 9

# USG Corporation

| Year | Policy No. | INSURANCE COMPANY | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | General Liability | Umbrella | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 | Excess Layer 4 | Excess Layer 5 |
| 4/1/2005 - 4/1/2006 | GL 100637/97-05 | Alabaster Assurance Company Ltd | Illinois National Insurance Company | | | | | |
| | BE 4484641 | | | | | | | |
| | EXC 5746886 / 4149828 | | | Great American Assurance Company | | | | |
| | AEC 283501704 | | | | Lexington Insurance Company | American Zurich Insurance Company | | |
| | QI01200747 | | | | | | | |
| | 4274848 | | | | | | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd |
| 4/1/2006 - 4/1/2007 | GL 100637/97-06 | Alabaster Assurance Company Ltd | Illinois National Insurance Company | | | | | |
| | BE 4485283 | | | | | | | |
| | EXC 5746886-01 / 4585366 | | | Great American Assurance Company | | | | |
| | AEC 283501705 | | | | Lexington Insurance Company | American Zurich Insurance Company | | |
| | QI 01200972 | | | | | | | |
| | 6072803 | | | | | | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd |
| 4/1/2007 - 4/1/2008 | GL 100637/97-07 | Alabaster Assurance Company Ltd | Illinois National Insurance Company | | | | | |
| | BE 9834813 | | | | | | | |
| | EXC 5746886-02 / 28353 | | | Great American Assurance Co. | | | | |
| | AEC 283501706 | | | | Lexington Insurance Company | American Zurich Insurance Company | Endurance American Insurance Company | |
| | ELD 10000383000 | | | | | | | |
| | 5132036 | | | | | | | Starr Excess Liability Insurance Company Ltd |
| 4/1/2008 - 4/1/2009 | GL 100637/08 | Alabaster Assurance Co. Ltd | Illinois National Insurance Company | | | | | |
| | 5360790 | | | | | | | |
| | EXC 5746886-03 / 5238395 | | | Great American Assurance Company | Lexington Insurance Company | American Zurich Insurance Company | | |
| | AEC 283501707 | | | | | | Endurance American Insurance Company | |
| | ELD 10000984100 | | | | | | | AIG Excess Liability Insurance Company |
| | 1667274 | | | | | | | |
| 4/1/2009 - 4/1/2010 | GL 100637/09 | Alabaster Assurance Company Ltd | National Union Fire Insurance Company (of Pittsburgh) | | | | | |
| | 3323631 | | | Great American Assurance Company | | | | |
| | EXC 6242099 | | | | Endurance American Insurance Company | American Zurich Insurance Company | | |
| | EXC 10001304700 | | | | | | | |
| | AEC 283501708 | | | | | | Endurance American Insurance Company | |
| | EXC 10091317200 | | | | | | | AIG Excess Liability Insurance Company |
| | 1730684 | | | | | | | |

## Venture Supply*

| Year | Policy No. | General Liability | INSURANCE COMPANY Umbrella |
|---|---|---|---|
| 11/15/2005 - 11/15/2006 | XTM69242113 | Fireman's Fund Insurance Company | |
| 11/15/2004 - 11/15/2009 | ZBR 7905525-(00,01,02,03,04) | Hanover Insurance Company | |
| 11/15/2004 - 7/2/2009 | UHR 7917898-(00,01,02,03,04) | Hanover Insurance Company | |
| 7/2/2009 - Present | UHR 7917898-04 | Hanover Insurance Company | |
| 11/15/2005 - 7/15/2008 | SHX-000-8854-0364 | Fireman's Fund Insurance Company | |

*Includes Insured Defendants Venture Supply Company; Venture Supply Inc.

**Omni V - Schedule 2    Page 11**

## Advantage Builders Of America, Inc.*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 06/01/2005 - 07/01/2005 | QAG0004772-00 | Quanta Indemnity Company | | |
| 06/01/2005 - 06/01/2006 | QAG0004772-00 | Quanta Indemnity Company | | |
| 06/01/2006 - 06/01/2007 | 04-GL-000645218 | Mid-Continent Casualty Company | | |
| 06/01/2007 - 06/01/2008 | GLP 0014622 00 | Vinings Insurance Company | | |
| 06/01/2008 - 06/01/2009 | GLP 0014622 01 | Vinings Insurance Company | | |
| 06/01/2009 - 06/01/2010 | GLP 0014622 02 | Vinings Insurance Company | | |

*Includes Insured Defendants Advantage Builders of America, Inc; Advantage Builders of America, Inc a/k/a Advantage Builders of SWFL, Inc.

Omni V - Schedule 2   Page 12

**Alana Development Corporation**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 06/02/2005 - 06/02/2006 | 3CR5939 | Essex Insurance Company | | |
| 06/02/2006 - 06/02/2007 | 3CU5234 | Essex Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Albanese-Popkin The Oaks Development Group, L.P.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 8/14/2005 - 8/14/2006 | 04-GL-000600002 | Mid-Continent Casualty Company | | |
| 1/30/2006 - 8/14/2006 | 04XS144054 | | | Mid-Continent Casualty Company |
| 8/14/2006 - 8/14/2007 | 04-GL-000642383 | Mid-Continent Casualty Company | | |
| | 04XS145572 | | | Mid-Continent Casualty Company |
| 8/14/2007 - 8/14/2008 | 04-GL-000684978 | Mid-Continent Casualty Company | | |
| | 04XS151005 | | | Mid-Continent Casualty Company |
| 1/16/2008 - 1/16/2009 | GL2051427000000 | Amerisure Mutual Insurance Company | | |
| | CU2051428 | | Amerisure Mutual Insurance Company | |
| 1/16/2009 - 1/16/2010 | GL2051427010009 | Amerisure Mutual Insurance Company | | |
| | CU2051428 | | Amerisure Mutual Insurance Company | |

Onmi V - Schedule 2   Page 14

Aubuchon Homes, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 3/1/2004 - 3/1/205 | 04-GL-00551099 | Mid-Continent Casualty Company | | |
| 3/1/2005 - 3/1/2006 | 04-GL-00580859 | Mid-Continent Casualty Company | | |
| 3/1/2006 - 3/1/2007 | 04-GL-00622579 | Mid-Continent Casualty Company | | |
| 3/1/2007 - 3/1/2008 | GLP 0012494 00 | Builders Insurance Company Vinings Insurance Company | | |
| 1/1/2008 - 1/1/2009 | GLP 0012494 02 | Builders Insurance Company Vinings Insurance Company | | |

Barony Homes, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| | 61629038 | The Builders Risk Plan | | |
| | 61629038 | The Builders Risk Plan | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Beazer Homes Corp.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 4/1/06 - 4/1/07 | HBP 3991380-01 | Steadfast Insurance Company | | American Guarantee and Liability Insurance Company |
| | CEO 3991382-01 | | | Endurance Specialty Insurance Ltd. |
| | P003107 002 | | | SR International Business Insurance Company Ltd. |
| | MH 63 326 | | | |
| 4/1/07 - 4/1/08 | HBP 3991380-01 | Steadfast Insurance Company | | SR International Business Insurance Company Ltd. |
| | MH 63 326 1.6 | | | American Guarantee and Liability Insurance Company |
| | CEO 3991382-01 | | | Endurance Specialty Insurance Ltd. |
| | P003107 002 | | | |
| 4/1/08 - 4/1/09 | HBP 3991380-01 | Steadfast Insurance Company | | Swiss Re International SE |
| | MH 63 326 1.9 | | | American Guarantee and Liability Insurance Company |
| | CEO 3991382-01 | | | XL Insurance Company Ltd. |
| 4/1/09 - 4/1/10 | IE00013856LI09A | | | Swiss Re International SE |
| | MH 63 326 1.12 | | | Steadfast Insurance Company |
| | HBP 3991380-02 | | | |

Omni V - Schedule 2   Page 17

**Brightwater Community #1 LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 04/25/2006 - 04/25/2007 | 3CR2662 | Essex Insurance Company | | |
| 01/07/2007 - 01/07/2008 | GL658988 | Mid-Continent Casualty Company | | |
| 04/25/2007 - 04/25/2008 | 3CU5353 | Essex Insurance Company | | |
| 05/07/2008 - 05/07/2009 | 3CY2339 | Essex Insurance Company | | |
| 05/07/2009 - 05/07/2010 | 3DA7503 | Essex Insurance Company | | |
| | | | | |
| | | | | |

Centerline*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/6/2005 - 9/8/2006 | 4105-3242 | | | The Insurance Company of the State of Pennsylvania |
| | | | | |
| 9/8/2004 - 9/8/2005 | 04-GL-000568052 | | Mid-Continent Casualty Company | |
| | 04-GL-000572650 | | Mid-Continent Casualty Company | |
| | | | | |
| 9/8/2005 - 9/8/2006 | 04-GL-000603021 | | Mid-Continent Casualty Company | |
| | 04-GL-000603065 | | Mid-Continent Casualty Company | |
| | 04 XS 140631 | | | Mid-Continent Casualty Company |
| | | | | |
| 9/8/2006 - 9/8/2007 | 04-GL-000645709 | | Mid-Continent Casualty Company | |
| | 04 XS 145904 | | | Mid-Continent Casualty Company |
| | | | | |
| 12/28/2004 - 9/8/2005 | 04 XS 137856 | | | Mid-Continent Casualty Company |
| | | | | |
| 10/28/2003 - 10/28/2004 | AHG510487 | | | Royal & Sunalliance Insurance Agency, Inc. |
| | | | | |
| 1/10/2005 - 1/10/2006 | CLP6273524 | Interstate Fire & Casualty Company (Subcontractor - Ocean Coast Drywall, Inc.) | | |
| | | | | |
| 8/21/2006 - 8/21/2007 | 04-GL000656133 | Mid-Continent Casualty Company (Subcontractor - United Framers, Inc.) | | |
| | | | | |
| 11/27/2007 - 11/27/2008 | GL204115101 | Amerisure Insurance Company (Subcontractor - United Framers, Inc.) | | |
| | | | | |

*Includes Insured Defendants Centerline Homes at Delray, Inc; Centerline Homes at Georgetown, LLC;
Centerline Port St. Lucie, Ltd.; Centerline Homes at Port St. Lucie, LLC; Centerline Homes at Tradition, LLC; Centerline Homes at Vizcaya, Inc.;
Centerline Homes Construction, Inc.; Centerline Homes, Inc.
Completed Communities III, LLC successor entity by merger of Centerline Homes at B&A, LLC, Centerline Homes at Tradition, LLC, Centerline Port St. Lucie, Ltd.

Daelen of Tangipahoa, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/03/2004 - 01/03/2005 | BXG0003522-01 | North American Specialty Insurance Company | | |
| 01/03/2005 - 01/03/2006 | QAG0002521-00 | Quanta Indemnity Company | | |
| 04/10/2008 - 04/10/2009 | BAG0005503-00 | General Fidelity Insurance Company | | |
| 04/10/2009 - 04/10/2010 | BAG0006774-00 | General Fidelity Insurance Company | | |
| | QAG0008062-00 | Quanta Indemnity Company | | |
| | | | | |

**Design Drywall of South Florida, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/29/2004 - 10/29/2005 | 04-GL-000567292 | Mid-Continent Casualty Company | | |
| 01/18/2005 - 10/29/2005 | 04 XS 138364 | | | Mid-Continent Casualty Company |
| 10/29/2005 - 10/29/2006 | 04-GL-000609130 | Mid-Continent Casualty Company | | |
| | 04 XS 142093 | | | Mid-Continent Casualty Company |
| 10/29/2006 - 10/29/2007 | 04-GL-000651378 | Mid-Continent Casualty Company | | |
| | 04 XS 146384 | | | Mid-Continent Casualty Company |
| 10/29/2007 - 10/29/2008 | 04-GL-000693599 | Mid-Continent Casualty Company | | |
| | 04 XS 152083 | | | Mid-Continent Casualty Company |
| | | | | |
| | | | | |
| | | | | |

## E. Jacob*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 12/7/2007 - 12/7/2008 | PSILA0004048 | Praetorian Specialty Insurance Company | | |
| 12/7/2006 - 12/7/2007 | DSA020431 | Clarendon America Insurance Company | | |
| 12/7/2008 - 12/7/2009 | QSILA00026651 | QBE Specialty Insurance Company | | |

*Includes Insured Defendants E. Jacob Construction, Inc.; E. Jacob Fakouri Construction, Inc.

Omni V - Schedule 2   Page 22

**Gooden Homes, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 01/01/2008 - 01/01/2009 | LH0300050-05 | Louisiana Home Builders Association General Liability Trust | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Gryphon Construction*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 5/15/2007 - 5/15/2008 | GL 161-68-52 | American Home Assurance Company | | |
| | | | | |
| 5/15/2006 - 5/15/2007 | GL 178-27-54 | American Home Assurance Company | | |
| | | | | |
| 5/15/2005 - 5/15/2006 | GL 706-58-30 | American Home Assurance Company | | |
| | | | | |

*Includes Insured Defendants Gryphon Construction, LLC; Gryphon Corporation.

Lennar*

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
|------|-----------|-------------------|-------------------|--|--|
| | | | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 |
| 2005 | MYZY57036 | Old Republic Insurance Company | | | |
| 2005 | IE00128021L105A | | XL Europe, Ltd. | | |
| 2005 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2005 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2006 | MYZY57036 | Old Republic Insurance Company | | | |
| 2006 | IE00128021L105A | | XL Europe, Ltd. | | |
| 2006 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2006 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2007 | MYZY57036 | Old Republic Insurance Company | | | |
| 2007 | IE00128021L105A | | XL Europe, Ltd. | | |
| 2007 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2007 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2008 | MYZY57620 | Old Republic Insurance Company | | | |
| 2008 | IE00128021L105A | | XL Europe, Ltd. | | |
| 2008 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2008 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2009 | MYZY57620 | Old Republic Insurance Company | | | |
| 2009 | IE00128021L105A | | XL Europe, Ltd. | | |
| 2009 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2009 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |

*Includes Insured Defendants Lennar Corporation; Lennar Homes, LLC;

Onmi V - Schedule 2   Page 25

**Louran Builders, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 08/24/2004 - 08/24/2005 | 77PR738604-3001 | Nationwide Mutual Fire Insurance Company | | |
| 08/24/2005 - 08/24/2006 | 77PR738604-3001 | Nationwide Mutual Fire Insurance Company | | |
| 08/24/2005 - 08/24/2006 | 77PR738604-3001f | Nationwide Mutual Fire Insurance Company | | |
| 05/02/2006 - 05/02/2007 | 96312-20533014-06 | Owners Insurance Company | | |
| 08/24/2007 - 08/24/2008 | BAG0037010 | General Fidelity Insurance Co. | | |
| 08/24/2008 - 08/24/2009 | 00-28456 | Vinings Insurance Co. | | |

MATZA Construction Company, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/29/2005 - 10/29/2006 | 04GL000609130 | Mid-Continent Casualty Company | | |
| 10/29/2005 - 10/29/2006 | TBA | | | |
| 10/29/2006 - 10/29/2007 | 04-GL-000651378 | Mid-Continent Casualty Company | | |
| 10/29/2006 - 10/29/2007 | 04XS142093 | | | |
| 02/18/2009 - 02/18/2010 | MCF0004914 | Mount Hayley Insurance Company | | |
| | | | | |
| | | | | |

**Mayeaux Construction, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 04-12/2004 - 12/31/2010 | LHD000485-1 | Louisiana Home Builders Association General Liability Trust | | |
| | | | | Markel Insurance Company |
| | | | | |

# Medallion Homes Gulf Coast, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 01/20/2005 - 01/20/2006 | 04GL000575415 | Mid-Continent Casualty Company | | |
| 01/20/2006 - 01/20/2007 | SB3901814 | Sunshine State Insurance Company | | |
| 01/20/2006 - 01/20/2007 | 04-GL-000617859 | Mid-Continent Casualty Company | | |
| 02/17/2006 - 02/17/2007 | 20584101 | Southern Owners Insurance Company (Drywall Subcontractor- BMD, Inc.) | | |
| 02/17/2006 - 02/17/2007 | 9542324001 | | Auto Owners Insurance Company/Southern Owners | |
| 02/17/2008 - 02/17/2009 | 94461 2-20584101-07 | Southern Owners Insurance Company (Drywall Subcontractor- BMD, Inc.) | | |

**M/I Homes***

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/1/2005 - 4/1/2006 | MWZY 57035 | Old Republic Insurance Company | | |
| | CEO 3878228 00 | | | Zurich American Insurance Company |
| | C003999/002 | | | Allied World Assurance Company |
| | 7979-31-15 | | | Chubb Group of Insurance Companies |
| 4/1/2006 - 4/1/2007 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545-001 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2007 - 4/1/2008 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545 002 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2008 - 4/1/2009 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545 003 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2009 - 4/1/2010 | HPB 9383583-01 | Steadfast Insurance Company | | |

*Includes Insured Defendants M/I Homes, Inc.; M/I Homes of Tampa, LLC.

The Mitchell Co.

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- | --- |
| | | | Umbrella | Excess | |
| 01/01/2002 - 01/01/2007 | 014618-4847 1088-06 | Owners Insurance Company | | | |
| 01/01/2002 - 01/01/2007 | 43-479-144-00 | | Auto Owners Insurance Company | | |
| | | | | | |

# Northstar*

| Year | Policy No. | General Liability | INSURANCE COMPANY Umbrella | Excess |
|---|---|---|---|---|
| 12/3/2004 - 10/22/2005 | QAG0002131-00 / QAX0002132-00 | Quanta Indemnity Company | | Quanta Indemnity Company |
| 10/22/2005 - 10/22/2006 | QNX0006138 / QNX0006139-00 | Quanta Indemnity Company | | Quanta Indemnity Company |
| 10/22/2006 - 10/22/2007 | BAG0002215-00 / QAX0001025 | General Fidelity Insurance Company | | Quanta Indemnity Company |
| 10/22/2007 - 10/22/2008 | BAG0004973-00 | General Fidelity Insurance Company | | |
| 2/15/2006 - 2/15/2007 | EAF72473006 | Axis Surplus Insurance Company | | |
| 2/15/2008 - 2/15/2009 | EAM37440-08 | Axis Surplus Insurance Company | | |
| 9/9/2005 - 9/9/2006 | MSG24989 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2006 - 9/9/2007 | 04-GL-000657042 / 04SX147476 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) / Essex Insurance Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2007 - 9/9/2008 | 04-GL-000688059 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2008 - 9/9/2009 | 04-GL-000730055 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 10/22/2008 - 10/22/2009 | BAG 0006227 | General Fidelity Insurance Company | | |

*Includes Insured Defendants Northstar Holdings at B and A, LLC; Northstar Holdings, Inc.; Northstar Homebuilders, Inc.; Northstar Homes, Inc.

**Overlook***

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 5/01/2004 - 5/01/2005 | 53PR 140-682-3001 | Nationwide Mutual Insurance Company; Nationwide Mutual Fire Insurance Company; and Nationwide Property & Casualty Insurance Company (Collectively "Nationwide") | | |
| 5/1/2005 - 5/1/2006 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2006 - 5/1 /2007 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2007 - 5/1/2008 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2008 - 5/1/2009 | ACP CPP 2403232071<br>ACP CAF 2403232071<br>ACP GLO 2403232071 | Nationwide<br>Nationwide<br>Nationwide | | |
| 5/1/2009 - 5/1/2010 | ACP CPP 2413232071<br>ACP CAF 2413232071<br>ACP GLO 2413232071 | Nationwide<br>Nationwide<br>Nationwide | | |
| 5/14/2004 - 5/14/2005 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2005 - 5/14/2006 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2006 - 5/14/2007 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2007 - 5/14/2008 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2008 - 5/14/2009 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2009 - 5/14/2010 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 1/26/2006 - 5/1/2005 | 53 CU 140-682-3002 | | Nationwide | |

*Includes Insured Defendants The Overlook, LLC; Overlook Point, LLC.

**Parallel Design and Development, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 6/1/2006 - 6/1/2007 | CP 0016334 03 | Builders Mutual Insurance Company | | |

Premier Communities, Inc

| Year | Policy No. | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| | | INSURANCE COMPANY | | |
| 02/01/2004 - 01/01/2005 | 4-GL-000546175 | Mid-Continent Casulty Company | | |
| 01/01/2005 - 01/01/2006 | 000-16563 | Quanta Indemnity Company | | |
| 01/01/2005 - 01/01/2006 | QAG0002272-00 | Quanta Indemnity Company | | |
| 01/01/2006 - 01/01/2007 | QAG0006617-00 | Quanta Indemnity Company | | |
| 01/01/2006 - 01/01/2007 | 000-24208 | Quanta Indemnity Company | | |
| 01/01/2007 - 01/01/2008 | 000-31700 | General Fidelity Insurance Company | | |
| 01/01/2007 - 01/01/2008 | QAG0006617-00 | Quanta Indemnity Company | | |
| 01/01/2007 - 01/01/2008 | BAG0002626-00 | General Fidelity Insurance Company | | |
| 01/01/2008 - 01/01/2009 | BAG0004939-00 | General Fidelity Insurance Company | | |
| 01/01/2008 - 01/01/2009 | BAG0002626-00 | General Fidelity Insurance Company | | |
| 01/01/2010 - 01/01/2011 | GLP 0077618 00 | Vinings Insurance Company | | |

Ray Beck, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|--|--|
| | | General Liability | Umbrella | Excess |
| 04/01/2003 - 04/01/2004 | BXG0004787-00 | North American Specialty Insurance Company | | |
| 04/01/2004 - 04/01/2005 | BXG0004787-01 | North American Specialty Insurance Company | | |
| 04/01/2006 - 04/01/2007 | QAG0007965-00 | Quanta Indemnity Company | | |
| 04/01/2009 - 04/01/2010 | 1700401884 | Catlin Specialty Insurance Company | | |

Omni V - Schedule 2   Page 36

## Saturano Construction AB, Inc.

| Year | Policy No. | General Liability | Umbrella | Excess |
|------|-----------|-------------------|----------|--------|
| | | INSURANCE COMPANY | | |
| 05/18/2006 - 05/18/2007 | 3CU5108 | Essex Insurance Company | | |
| 11/29/2006 - 11/29/2007 | TPAT000176 | Underwriters At Lloyd's, London | | |
| 11/29/2007 - 11/29/2008 | TPAT000706 | Underwriters At Lloyd's, London | | |
| 11/29/2008 - 11/29/2009 | ART005360 | Underwriters At Lloyd's, London | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Siesta Bay Custom Homes, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 2/24/2005 - 2/24/2006 | 032312-20629850-05 | Auto Owners Insurance Company | | |
| 3/17/2006 - 3/17/2007 | 09-0005325755-6-00 | Bankers Insurance Company | | |
| 10/13/2006 - 10/13/2007 | GL135427 | Granada Insurance Company | | |
| 10/13/2007 - 10/13/2008 | 0185FLO0003652 | Granada Insurance Company | | |

Omni V - Schedule 2   Page 38

Southwell Homes, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| | | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| 12/11/2007 - 06/11/2008 | NC737240 | Nautilus Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sterling*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 7/1/2004 - 7/1/2005 | BXG0008456-00 | North American Specialty Insurance Company | | |
| 7/1/2005 - 7/1/2006 | QA005091-00 | Quanta Indemnity Company | | |
| 8/22/2006 - 9/21/2006 | BAG0001850-00 | General Fidelity Insurance Company | | |
| 7/1/2006 - 7/1/2007 | QAG0010035-00 | Quanta Indemnity Company | | |
| 1/7/2007 - 1/7/2008 | GLP0012819 00 | Builders Insurance Group Vinings Insurance Company | | |
| 1/1/2008 - 1/1/2009 | GLP0012819 02 | Builders Insurance Group Vinings Insurance Company | | |
| 1/1/2009 - 1/1/2010 | GLP0012819 03 | Builders Insurance Group Vinings Insurance Company | | |

*Includes Insured Defendants Sterling Communities Inc.; Sterling Communities Realty, Inc.; The Sterling Collection, Inc.

Omni V - Schedule 2   Page 40

## Summit*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| | 942657346 633 1 | Standard Fire Insurance Company | | |
| 9/29-2660 - 9/29/2007 | NC570560 | Nautilus Insurance Company | | |
| 9/29/2007 - 9/27/2008 | NC707230 | Nautilus Insurance Company | | |
| 9/29/2008 - 9/9/2009 | NC842571 | Nautilus Insurance Company | | |

*Includes Insured Defendants Summit Contractors, Inc.; Summit Homes of LA, Inc.; Summit Homes, LLC n/k/a PHL Construction, LLC.

Omni V - Schedule 2   Page 41

**Sun***

| Year | Policy No. | General Liability | INSURANCE COMPANY Umbrella | Excess |
|---|---|---|---|---|
| 1/15/2001 - 1/15/2002 | OCC044389 | Audubon Insurance Group | | |
| | ERU002494 | | RLI Insurance Company | |
| 1/15/2002 - 1/15/2003 | AUC 9302513 00 | | Steadfast Insurance Company | |
| | DSA004748 | Clarendon America Insurance Company | | |
| 1/15/2003 - 1/15/2004 | 4 2034232 | | | Heath Insurance Brokers, Inc. |
| | DSA007251 | Clarendon America Insurance Company | | |
| 1/15/2004 - 1/15/2005 | 4204-1277 | | | The Insurance Company of the State of Pennsylvania |
| | DSA010366 | Clarendon America Insurance Company | | |
| 1/15/2005 - 1/15/2006 | 4204-1277 | | | The Insurance Company of the State of Pennsylvania |
| | DSA010366 | Clarendon America Insurance Company | | |
| 1/15/2006 - 1/15/2007 | 4206-3563 | | | The Insurance Company of the State of Pennsylvania |
| | DSA013665 | Clarendon America Insurance Company | | |
| 1/15/2007 - 1/15/2008 | 7275242 | | | The Insurance Company of the State of Pennsylvania |
| | DSA017014 | Clarendon America Insurance Company | | |
| 1/15/2008 - 1/15/2009 | XSO 081 041 | | | Crum & Foster Specialty Insurance Company |
| | PSILA0004408 | Praetorian Specialty Insurance Company | | |
| 1/15/2009 - 1/15/2010 | QSILA0003104 | QBE Specialty Insurance Company | | |
| | XSO 111 010 | | | Crum & Foster Specialty Insurance Company |
| 8/16/2005 - Continuing | BR 62164621 | Assurance Company of America | | |
| | BR 62164647 | Assurance Company of America | | |

*Includes Insured Defendants Sun Construction, LLC; Sun Construction, LLC d/b/a Sunrise Homes; Sunrise Custom Homes & Construction, LLC; Sunrise Construction & Development, LLC.; Sunrise Homes/Sun Construction; Sunrise Construction; Sunrise Homes

Omni V - Schedule 2    Page 42

## TAYLOR MORRISON*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 12/31/2006 - 12/31/2007 | I20856919 002 | ACE Fire Underwriters Insurance Company | | |
| 12/1/2006 - 12/1/2009 | 3731-0950 | Chubb Custom Insurance Company | | |
| 11/1/2005 - 11/1/2008 | IE00012837LI05A; IE00012838LI06A; IE00012839LI07A | | XL Europe Limited | |
| 11/1/2004 - 11/1/2005 | 7410616 | | American International Surplus Lines Agency, Inc. | |
| 3/1/2008 - 3/1/2009 | 7412431 | | | |
| 3/31/2008 - 3/31/2009 | I20729442 005 | Westchester Surplus Lines Insurance Company | | |

*Includes Insured Defendants Taylor Morrison of Florida, Inc.; Taylor Morrison, Inc.;
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.; Morrison Homes, Inc.

# Taylor Woodrow*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 3/1/2006 - 3/1/2007 | EB1-651-283614-016 | | | Liberty Mutual Insurance Company |
| | EB1-651-283614-026 | | | Liberty Mutual Insurance Company |
| 3/1/2005 - 3/1/2006 | EB1-651-283614-015 | | | Liberty Mutual Insurance Company |
| | EB1-651-283614-025 | | | Liberty Mutual Insurance Company |
| 3/1/2004 - 3/1/2005 | EB1-651-283614-014 | | | Liberty Mutual Insurance Company |
| | EB1-651-283614-024 | | | Liberty Mutual Insurance Company |
| 3/31/2007 - 3/31/2008 | I20729442 004 | Westchester Surplus Lines Insurance Company | | |
| 3/31/2006 - 3/31/2007 | I20720442 003 | Westchester Surplus Lines Insurance Company | | |
| 3/31/2005 - 3-31/2006 | I20720442 002 | Westchester Surplus Lines Insurance Company | | |
| | LHD340232 | Landmark American Insurance Company | | |
| 3/1/2006 - 3/1/2007 | 7412123 | | American International Specialty Lines Insurance Company | |
| 3/1/2007 - 3/1/2008 | 7412254 | | American International Specialty Lines Insurance Company | |
| 3/1/2007 - 3/1/2010 | RGD9437292 | Greenwich Insurance Company | | |
| | 04GL000672125 | Mid-Continent Casualty Company (Subcontractor - Cothern Construction Company) | | |
| | 04GL000701763 | Mid-Continent Casualty Company (Subcontractor - Cothern Construction Company) | | |

*Includes Insured Defendants Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company; Taylor Woodrow, Inc.

**Velvet Pines Construction, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/27/2005 - 10/27/2006 | BR62619129 | Zurich Commercial Insurance | | |
| 10/27/2005 - 10/27/2006 | BR62619301 | Zurich Commercial Insurance | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Ybarzabal Contractors, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 06/11/2005 - 06/11/2006 | L032002241 | Atlantic Casualty Insurance Company | | |
| 06/11/2006 - 06/11/2007 | L032002241 | Atlantic Casualty Insurance Company | | |
| 06/11/2007 - 06/11/2008 | L032002241-1 | Atlantic Casualty Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Beta Drywall, LLC**

| Year | Policy No. | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| | | INSURANCE COMPANY | | |
| 02/28/2007 - 02/28/2008 | GL2027317 | Amerisure Insurance Company | | |
| 02/28/2007 - 02/28/2008 | BE 6564380 | Amerisure Insurance Company | | |
| 02/28/2008 - 02/28/2009 | GL2027317 | Amerisure Insurance Company | | |
| 02/28/2008 - 02/28/2009 | CU 2052086 | Amerisure Insurance Company | | |

**F. Vicino and Company, Inc.**

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
|------|-----------|-------------------|-------------------|---|---|
| | | | Umbrella | Excess | |
| 10/29/2003 - 10/29/2004 | 3140702 | | National Union Fire Insurance Company | | |
| 10/28/2004 - 10/28/2005 | 2963978 | | National Union Fire Insurance Company | | |
| 10/28/2005 - 10/28/2006 | 9035995 | | National Union Fire Insurance Company | | |
| | | | | | |

**Gateway Drywall, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 05/17/2005 - 05/17/2006 | 2057457602 | Southern-Owners Insurance Company | | |
| 05/17/2009 - 05/17/2010 | 72707514 | Southern-Owners Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Graf's Drywall, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 9/10/2004 - 9/10/2005 | 17 0005312094 4 00 | Bankers Insurance Company | | |

Hinkle Drywall, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 01/29/2009 - 01/29/2010 | 20693161-09 | Auto Owners Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**JM Interiors, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/18/2006 - 01/18/2007 | GL92645 | Canal Indemnity Company | | |
| 01/18/2007 - 01/18/2008 | GL92645 | Canal Indemnity Company | | |
| 01/22/2008 - 01/22/2009 | GL-23854-0 | First Commercial Insurance Company | | |
| 01/22/2009 - 01/22/2010 | GL-23854-1 | First Commercial Insurance Company | | |
| 09/24/2009 - 09/24/2010 | ILG 009721 | American Reliable Insurance Company | | |
| | | | | |
| | | | | |

**Ocean Coast Drywall, Inc.**
**f/k/a Ocean Coast Drywall of S. Florida, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 1/10/2005 - 1/10/2006 | CLP6273524 | Interstate Fire & Casualty Company | | |

## Precision Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 9/9/2005 - 9/9/2006 | MSG24989 | Mid-Continent Casualty Company | | |
| 9/9/2006 - 9/9/2007 | 04-GL-000657042 | Mid-Continent Casualty Company | | |
| | 04SX147476 | Essex Insurance Company | | |
| 9/9/2007 - 9/9/2008 | 04-GL-000688059 | Mid-Continent Casualty Company | | |
| 9/9/2008 - 9/9/2009 | 04-GL-000730055 | Mid-Continent Casualty Company | | |

Omni V - Schedule 2   Page 54

Residential Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 08/17/2005 - 08/17/2006 | 04-GL-000613271 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2006 - 08/17/2007 | 04-GL-000642804 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2007 - 08/17/2008 | 04-GL-000685324 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2008 - 08/17/2009 | 04-GL-000727442 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 11/09/2005 - 11/09/2006 | CPP0005537 | FCCI Insurance Company | | |

Omni V - Schedule 2    Page 55

**Right Way Finishing, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/01/2002 - 01/01/2007 | 014618-48471088-06 | Owners Insurance Company | | |
| 01/01/2002 - 01/01/2007 | 43-479-144-00 | | Auto Owners Insurance Company | |

RJL Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/17/2005 - 10/17/2006 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/17/2006 - 10/17/2007 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/24/2007 - 10/17/2008 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/24/2008 - 10/24/2009 | IGL 007936 | American Insurance Company | | |

## The Porter-Blaine Corporation

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|--|--|
| | | General Liability | Umbrella | Excess |
| 11/15/2005 - 11/15/2006 | XTM69242113 | Fireman's Fund Insurance Company | | |
| 11/15/2004 - 11/15/2009 | ZBR 7905525-(00,01,02,03,04) | Hanover Insurance Company | | |
| 11/15/2004 - 7/2/2009 | UHR 7917898-(00,01,02,03,04) | Hanover Insurance Company | | |
| 7/2/2009 - Present | UHR 7917898-04 | Hanover Insurance Company | | |
| 11/15/2005 - 7/15/2008 | SHX-000-8854-0364 | Fireman's Fund Insurance Company | | |

Omni V - Schedule 2    Page 58

Vicinity Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 03/24/2006 - 03/24/2007 | FLR35774 | American Strategic Insurance Corp. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |