

| | | | | |
|---|---|---|---|---|
| **Herman Herman Katz & Cotlar** L.L.P. ATTORNEYS AT LAW *Est. 1942* hhkc.com | 820 O'Keefe Avenue New Orleans, Louisiana 70113-1116 p: 504.581.4892 f: 504.561.6024 e: info@hhkc.com | Harry Herman (1914-1987) Russ M. Herman* Maury A. Herman* Morton H. Katz* Sidney A. Cotlar* Steven J. Lane Leonard A. Davis* James C. Klick⸸ Stephen J. Herman | Brian D. Katz Soren E. Gisleson Joseph E. Cain Jennifer J. Greene⸸ John S. Creevy Jeremy S. Epstein⸸ Edmond H. Knoll Joseph A. Kott, M.D. J.D. (Of Counsel) | Offices in New Orleans and Covington, Louisiana This firm and its partners are also partners in **Herman Gerel, LLP** (formerly known as Herman, Mathis, Casey, Kitchens & Gerel, LLP) * A Professional Law Corporation ⸸ Also Admitted in Texas ‡ Also Admitted in Arkansas |

May 14, 2010

Mr. Dale Radosta, Docket Manager
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

        RE:    *In re: Chinese-Manufactured Drywall Products Liability Litigation*
               **MDL 2047**
               Our File No. 27687-00

Dear Dale:

      You requested a summary of the recent filing concerning the Amended Omnibus Class Action Complaint (V). The following is a summary of the amendments which were made to Plaintiffs' Original Class Action Complaint (V):

    1.    Added service information as to all Defendants

    2.    Added new Plaintiffs (See Ex. A - new Plaintfffs listed in bold)

    3.    Added new Defendants (See Ex. B - new Defendants listed in bold)

    4.    Removed the following Plaintiffs:

        David and Heather Bronaugh
        Patrick and Kathleen Dennis
        James and Jocelyn Butler
        Sandra Quilio

    5.    Removed specific reference to Chinese drywall as "defective."

Mr. Dale Radosta, Docket Manager
May 14, 2010
Page 2

      I hope this is sufficient and should you need any further information, please feel free to contact me.

Sincerely,

*[signature]*

LEONARD A. DAVIS

LAD:alc
Enclosures
cc:    Honorable Eldon E. Fallon (w/encl.)
        Kerry Miller, Esq. (w/encl.)
        Russ Herman, Esq. (w/encl.)
        Arnold Levin, Esq. (w/encl.)
        Fred Longer, Esq. (w/encl.)

## *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit A – Additional Plaintiffs Named in Plaintiffs Amended Omnibus Class Action Complaint (V)

1100 Valencia LLC
Akers, Christine and Robert
Alava, Alicia
Albano, Carol
Alcindor, Nevinsthon and Marlen
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Philip and Clarine
Alonzo, Lana
Amato, Dean and Dawn
Arnaud, Lester and Catherine
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ancira, Chris and Lilah
Anders, Thomas G. and Nicole P.
Anderson, Alexander
Anderson, Shawnree and John
Anello, Joe and Delma
Antilles Vero Beach, LLC, c/o Ironwood Development
Archer, Steven and Anja
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Auerbach, Suely
Austin, John
Back, Charles and Mary
Baginski, Andrea
Bagley, Gerald
Balan, Kirenia and Jorge
**Barcia, Aurora**
Barlow, Regine and John
Barone, John and Heather
**Barragan, Fernando & Barbara**
Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Bello de Bachek, Nilda
Benjamin, Jack and Claire
Berry, Keith and Elizabeth
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bissoon, Suresh and Oma
Blalock, Angeles
Bloom, Andrew and Ina
Blue, John and Rachelle
Bonnecarrere, Wavi Lee
Boothe, Neil
Boquet, Edwin
Borne, Barry and Mary
Borne, Carol

Borrello, Donna M. and Stallings, Thomas W.
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Richard and Gail
Boutte, Don and Robinson, Michael
Boxe, Kevin and Roxann
Bradley, Jimmy and Louise
Braithwaite, Judy
Braselman, Holly
Brazon, Kevin and Jennifer
**Brennan, John and Barbara**
Brewton, I.D., III and Sonia
Brian, Wilton and Rita
Brown, Ada and Hillary
**Brown, Judalyne**
Brumfield, Ollie and Andreienne
Burke, Jules and Barbara
Burke, Richard and Rebecca
Buxton, Darren and Tracy
Byrne, Gertrude
Callais, Gary and Michelle
Cameron, Christine
Campbell, Thomas and Kelli
Canty, Honore and Elaine
Carciato, Lisa
Carrol, Cindy
Carter, Daniel
Casey, Hugh
Cassagne, Jordan and Brande
Cassard, Jesse and Angela
Cathcart, Carolyn
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Cheramie, Bertoule and Joan
Chiappetta, Kevin and Karen
Chutz, Lily Rose
**Clague, Randy and Lisa**
Clark, Carolyn
Cohen, Carol
Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
**Collins, John and Brenda**
Conrad, Formica and Fayard, Crystal
Coogan, Kevin and Stella
Cooper, Brenda
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corr, Thomas Leo, III and Marchetti, Shawn

Cotlar, Sideny and Diane
Crawford, Monique and Elaine
Cucci, Jacqueline
Cunningham, Dennis and Susan
Darby, Harry and Melissa
Dauterive, Valliere and Margaret; and Dauterive Savoy, Ann
De Los Santos, Rosibel and Brian
Dejan, Charlotte
Dejan, Leroy and Ann
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Dinette, Rodney and Geraldine
Dinitto, Patrick and Magalhaes, Hevanilson
Dodge, Dale and Beverly
Donahoe, Patrick and Tina
Donaldson, Jill and Oertling, Jared
Donaldson, Malcom and Kelli
Dorsey, Glenda F.
Duhon, Christopher and Kimberly
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Durrance, Barry and Denise
Edmonds, Rick
Egan, Michelle and Giancario Lee
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elliot, Dezman
Elliott, William and Frye, Mary Ann
Elsenberg, Brian and Lauren
Eskenazi, Anna and Mark
Eugene, Adrien
**Evans, Donald and Barbara**
Evans, Jamie Lynn
Fallmann, James and Barbara
Farmer, Richard, Connie and Tracie
**Feler, Svyatoslaw and Smolyanskaya, Yelena**
Felicetti, Steven and Gayle
Fernandez, Joseph
Fernandez, Vernon Leroy and JoAnn Cross
Fineschi, Nicola and Connie
Finke, Margaret
**First East Side Savings Bank**
Fisher, Steve and Corrinn
**Fores, David and Vasquez, Monica**
Franatovich, Mitchell J.
Frenchman, Beth

**Amended Omni V Exhibit A - Plaintiff List - Page 1**

Gaita, Gina (Promenade)
Galatas, Bernadette
Galle, Joey and Amanda
Galle, Joseph and Debbie
Galloway, James and Cynthia
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Ganucheau, Renee
Garcia, Jesus and Fernandez, Julio
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Garrett, Philip and Courtney
Gaussiran, Maxi
Genovese, Karen
**George, Christopher and Vaca, Natalie**
Gerica, Ramona
Gill, Ted and Pamela
Gillane, William and Maureen
Gleason, Herman and Deborah
Goddard, Alan and Annette
Godwin, Franklin & Veronica
Gody, Anthoney and Candace
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gotreaux, Dustin and Korie
Greco, Vincent
Gremillion, Paul and Andrea
Gross, Cheryl and David
Guerra, Darlyn
Guice, Kenneth
Guidry, Christopher and Jerene
**Guillory, Gregory and Cynthia**
Guillot, Eno and Frances
Hakenjo, Candace and Todd
Hankins, Lee and Barbara
Hanlon, Patrick and Ann
Harkins, Rochelle Frazier
Harmon, Dennis and Nancy
Harris, Anthony Richard
Hart, Jesse and Sheila
Hay, Robert and Maria
Headley, Danny and Cathy
Heck, Joshua and Kelly
**Helmick, Timothy and Maria**
Herbert, Jason and Shanique
Hernandez, John and Diane E.
Hernandez, Marla
Hewitt, Margie
Hidalgo, Tony and Sidney
**Hoffman, Hannelore and Lengel, Donna**
Hogan, Barbara
Hopper, Dean and Dena
Houston, Debra (Promenade)
Hubbell, Wendy and Cimo, Christy
Huckaby, Brian
Hufft, Val and Audrey

Hulsey, Charles and Sarah
Jackson, Senora B.
James, Janelle
James, Jason and Jessica
**Janssen, Richard and Tamara**
Jarrell, Chad and Darlene
Jastremski, Florence
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and Johnson Family Living Trust
Johnson, Willie L. Jr.
Jones, Allie and Jeanie
Julian, Marcelo
Kapalin, Daniel and Danielle
Kehoe, Molly
**Kelly, Christopher and Jessica**
Kelly, Gary and Vicki
Kessler, David and Amanda
King, David and Mary
Kitts, Corey and Monique
Knight, Christopher and Rosemary
Kottkamp, Jeffrey and Cynthia
Kustenmacher, Kenneth and Juile
Kuykendall, Beverly
Labell, Barry
LaCroix, Jim
Landry, Gerard and Kiefer, J. Leatrice
Landry, Justin and Renee
Lang, Joe and Amy
Langlois, Rebecca and Roth, Robert
Laraque, Jean and Gueldie
Lartigue, C.W. and Margaret
Lasserre, Paul
**Lau, Donald**
**Lea, Chris and Julie**
LeBlanc, Steven and Dana
LeBlance, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, Kevin
Lefton, David and Garcia, Michelle
LeJeune, Michael and Melissa
**Lukaszewski, Lynn**
Mackoff, Arlene and Charles
Macmurdo, William and Cornelia
Macon, Jeremy
Maillot, Georges and Janice
Martin, Michael
Martineau, Bill and Cynthia
Matus, Aldo and Ghedy
Mayo, Edward and Jacqueline
McCoy, Clyde and Ira
**McKenzie, James and Elizabeth**
McLain, Jon Scott
**McLendon, Brian and Stephanie**
Mercado, Juan and Irena
**Mercedes, William and Carmen**
Metcalfe, George and Amy

Methvin, William and Deborah
Meyer, Lawrence and Elizabeth
Middleton, Michael and Megham
Miller, Bradley and Tricia
Mills, Jeannete
Minafri, Steven
**Mitchell, Michael and Christina**
Mizne, Michael and Jeannine
**Montalvo, Samuel, Jr.**
Morici, Mark and Maureen
Morlas, Ralph and Paula
Morris, Robert
Mosley, Shawn
Mottolo, Gene
Mullen, Thomas and Kathleen
Musgrave, Richard and Michele
Naden, Craig and Roberta
Neumann, Allan
Nevels, Susan
Nichols, James and Kathleen
Niswonger, Mary M.
**Nord, John**
Novello, Robin
**Nunez, Carmela**
Nunez, Ernest and Marie
Nunez, Frederick and Lisa
**O'Hear, Anne M.**
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Orlowski, David
Owens, Brenda
Page, Dwight and Psyche
Parker, Charles and Rachael
Parr, Shelly and Kelly
Pasentine, Judith Ellen
Patin, Danielle
Patterson, Joan
**Pavageau, Craig and Olivia**
Payton, Sean and Beth
**Peace, Stephanie and John**
Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)
Pena, Orlando
**Penny, Andrew and Rachel**
Pentecost, Mary Louise
Peoples, Debra
Peres, Tony and Kathy
**Perga, Anthony and Marcia**
Perry, Timothy and Tracy
Petagna, Brent and Lisa
Peters, Ronald
Peterson, Derrick and Robin
**Petkin, Paul and Therese**
**Petone, Anthony Peter**
Petrey, Charles and Marcia
Pierson, Jan and Neil
Piwetz, Randy and Jeanne
**Plotkin, Peter**

**Amended Omni V Exhibit A - Plaintiff List - Page 2**

Polk, Donna
Price, Joshua and Kimberlea
Prichard Housing Authority
Promenade at Tradition Community Association, Inc.
Pryce, Hazel and Smith, Dionne
Puig, Donald and Marcelyn
Querol, Damien
Quick, William and Maxine
Quividia, Joseph Todd
Raborn, Randy and Pamela
**Ramsarran, Lloyd and Dinah**
**Randolph, Vincent L.**
Real Property Resolutions Group, LLC
Reid, Grant and Kathyrn
Rekhels, Alexander and Irina
**Restrepo, Socorro**
Reynolds, Karen
Riggio, Brenda and Ignatius
Rigney, George and Raffy
Ristovski, Van
Rizzo, Jack and Luz
Robair, Alexander
Robbins, Margaret and Glenwood
Roberson, Sandra
Roberts, Jeffrey D.
Rodosta, Toni
Rogers, Brad and Cassandra
Rogers, Joyce W.
Rohan, Patricia and Donald
Rome, Erwin and Karen
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Rosetta, Dufrene and Ernest

Ruesch, Kevin and Dorothy
Ryckman, Rickey
**Saggese, Thomas and Joy**
Salter, Kenneth and Cindy
**Santiago, Marcos and Carmen**
Schields, Larry
Schmitt, Leah and Todd; Hammond, Anne and Cangelosi, Pam
Scott, Terrance and Semrau, Deborah
**Seddon, Robert and Joan**
Segreto, Mark and Victoria
Segundo, Rafael and Ana
**Seifart, Armin and Gore, Lisa**
Shelton, Michael and Leslie
Sicard, Austin, Jr.
Silvestri, Susan W.
Singleton, Enrica
Skinner, Helena
Smith, Clinton and Kelly
Spencer, Patricia
St. Martin, Steven and Janeau
Stanley, Duke
Staub, Dana and Marcus
Steele, Jason and Peny
Steubben, John and Grace
Stone, Thomas and Lauren
**Sullivan, William and Sheila**
Tabor, Edward and Emmilou
Talbert, Billy
Tarzy, Jim
Taylor, David Jason and Amanda B.
Tedesco, Caroline and Robert
**Tenny, Thomas and Rene**
Theard, Avery and Tjaynell

Thomas, Brian and Tamara
Thomas, Darlene and James
Thornton, Stanley and April
Tiemann, Richard and Jean
Toras, Nikolaos
Torrance, Matthew and Mary
**Transland, LLC**
Turner, Tyrone C.
Uli, Peter and Catherine
**Ursa, Flaviu-Emil and Dorina**
Van Winkle, Ronnie and Anne
Velez, Louis
Vest, Hugh and Tracy
Waguespack, Jacques and Nicole
Walker, Demetra
Ward, Amy and Truman
Watson, Patrick and Paula
Watts, Sharon
Wayne, William and Kelly
Wenzel, John and Lorraine
Wheeler, Don and Agnes
Whitaker, Robert and Dana
White, Taeneia
Wilcox, Eric and Karen
Wilfer, Rosanne
Williams, Diana and Terry
Williams, Margret and Wakeland, Angella and Nicholas
Wilson, Teresa
Wischler, Robert
Wood, Bryan and Kimberly
Woolley, Scott
Youmans, Dr. Cassandra
Young, Linda and Raymond
Zamora, Hope

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit B – Additional Defendants Named in
## Plaintiffs Amended Omnibus Class Action Complaint (V)

**Insurance Company Defendants**
Ace Fire Underwriters Insurance Company
Alabaster Assurance Company, Ltd.
Allied World Assurance Company
American Guarantee and Liability Insurance Company
American Home Assurance Company
American Insurance Company
American International Specialty Lines Insurance Company
American International Surplus Lines Agency, Inc.
**American Reliable Insurance Corporation**
**American Strategic Insurance Corporation**
American Zurich Insurance Company
**Amerisure Insurance Company**
Amerisure Mutual Insurance Company
Arch Insurance Company
Assurance Company of America
**Atlantic Casualty Insurance Company**
Audubon Insurance Group
Auto-Owners Insurance Company
Axis Surplus Insurance Company
Bankers Insurance Company
**Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation**
Builders Insurance Company
Builders Mutual Insurance Company
**The Builders Risk Plan**
**Canal Indemnity Company**
**Catlin Specialty Insurance Company**
Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)
Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company
Chubb Custom Insurance Company
Cincinnati Insurance Company
Clarendon America Insurance Company
Continental Casualty Company
Crum & Forster Specialty Insurance Company
Employers Insurance of Wausau
Endurance American Insurance Company
Endurance Specialty Insurance Ltd.
Essex Insurance Company
FCCI Commercial Insurance Company
FCCI Insurance Company
Fireman's Fund Insurance Company

Amended Omni V Exhibit B – Defendant List – Page 1

First Commercial Insurance Company
General Fidelity Insurance Company
General Security Indemnity Company of Arizona
Granada Insurance Company
Great American Assurance Company
Greenwich Insurance Company
The Hanover American Insurance Company
Hanover Insurance Company
Harleysville Mutual Insurance Company
Heath Insurance Brokers, Incorporated
Illinois National Insurance Company
The Insurance Company of the State of Pennsylvania
Interstate Fire & Casualty Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust
Markel Insurance Company
Mid-Continent Casualty Company
**Mount Hawley Insurance Company**
National Union Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property and Casualty Insurance Company
Nautilus Insurance Company
North American Specialty Insurance Company
The North River Insurance Company
Old Dominion Insurance Company
Old Republic Insurance Company
Owners Insurance Company
Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.
QBE Specialty Insurance Company
Quanta Indemnity Company
RLI Insurance Company
RSUI Group, Inc.
Royal & Sunalliance Insurance Agency Inc.
Safeco Insurance Company of America
Scottsdale Insurance Company
**Southern-Owners Insurance Company**
SR International Business Insurance Company Ltd.
Standard Fire Insurance Company
State Farm Fire and Casualty Company
Steadfast Insurance Company
St. Paul Fire & Marine Insurance Company
**Sunshine State Insurance Company**
Swiss Re International SE
Travelers Indemnity Company of Connecticut

Amended Omni V Exhibit B - Defendant List - Page 2

Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
**Underwriters at Lloyd's, London**
Vinings Insurance Company
Wausau Underwriters Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company
XL Europe Ltd.
XL Insurance Company Ltd., a/k/a XL Insurance America, Inc.
Zurich American Insurance Company
**Zurich North America**

Distributors/Suppliers/Importer/Exporter/Brokers
**84 Lumber Company**
**84 Lumber Company, LP**
Bailey Lumber & Supply Company
Bailey Lumber & Supply Company of Biloxi
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Black Bear Gypsum Supply, Inc.
Black Bear Gypsum, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
L&W Supply Corporation d/b/a Seacoast Supply Company
Mazer's Discount Home Centers, Inc.
Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Tobin Trading, Inc.
USG Corporation
Venture Supply Company
Venture Supply, Inc.

Developer/Builders
**Advantage Builders of America, Inc.**
**Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.**
**Alana Development Corporation**
Albanese-Popkin The Oaks Development Group, L.P.
Aubuchon Homes, Inc.
**Barony Homes, Inc.**
Beazer Homes Corp.
**Brightwater Community #1 LLC**
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.

Amended Omni V Exhibit B - Defendant List - Page 3

Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Completed Communities II, LLC
**Daelen of Tangiaphoa, LLC**
**Design Drywall of South Florida, LLC**
E. Jacob Construction, Inc.
E. Jacob Fakouri Construction, Inc.
**Gooden Homes, LLC**
Gryphon Construction, LLC
Gryphon Corporation
Lennar Corporation
Lennar Homes, LLC
**Louran Builders, Inc.**
**MATSA Construction Company, Inc.**
Mayeaux Construction, Inc.
**Medallion Homes Gulf Coast, Inc.**
M/I Homes, Inc.
M/I Homes of Tampa, LLC
The Mitchell Co.
Morrison Homes, Inc.
Northstar Holdings at B and A, LLC
Northstar Homebuilders, Inc.
Northstar Homes, Inc.
The Overlook, LLC
Overlook Point, LLC
Parallel Design and Development, LLC
**Premier Communities, Inc.**
**Ray Beck, Inc.**
**Saturno Construction AB, Inc.**
Siesta Bay Custom Homes, LLC
**Southwell Homes, LLC**
Sterling Communities, Inc.
Sterling Communities Realty, Inc.
The Sterling Collection, Inc.
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sun Construction, LLC d/b/a Sunrise Homes
Sunrise Construction and Development, LLC
Sunrise Custom Homes and Construction, LLC
Taylor Morrison of Florida, Inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.
Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company
**Velvet Pines Construction, LLC**
**Ybarzabal Contractors, LLC**

Amended Omni V Exhibit B - Defendant List - Page 4

**Contractor/Installers**
**Beta Drywall, LLC**
F. Vicino and Company, Inc.
**Gateway Drywall, Inc.**
Graf's Drywall, LLC
**Hinkle Drywall, Inc.**
**JM Interiors, Inc.**
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
The Porter-Blaine Corporation
Precision Drywall, Inc.
**Residential Drywall, Inc.**
Right Way Finishing, Inc.
RJL Drywall, Inc.
**Vicinity Drywall, Inc.**