UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.
Case No. 10-362-L
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION:  L

JUDGE FALLON

MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that, without acknowledging the jurisdiction of this Court and subject to all reservation of rights and without waiver of any defenses the law firm of Hill, Ward & Henderson, P.A. enters its appearance as counsel of record for Defendants, Standard Pacific of South Florida, Standard Pacific of South Florida, G.P., Inc., and Standard Pacific of Tampa GP, Inc. and requests that all future pleadings and correspondence be directed to the undersigned.

                                 s/ Brian L. Josias
                                 Rocco Cafaro, Florida Bar No. 129054
                                 Lara J. Tibbals, Florida Bar No. 507121
                                 Brian L. Josias, Florida Bar No. 893811
                                 HILL, WARD & HENDERSON, PA
                                 101 East Kennedy Boulevard, Suite 3700
                                 Tampa, Florida  33602-2231
                                 Tel: (813) 221-3900
                                 Fax: (813) 221-2900

                                 *Counsel for Defendants,*
                                 *Standard Pacific of South Florida,*
                                 *Standard Pacific of South Florida GP, Inc. and*
                                 *Standard Pacific of Tampa GP, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2010.

                                                  s/ Brian L. Josias