IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED** | * | **MDL NO. 2047** |
| **DRYWALL PRODUCTS LITIGATION** | * | |
| | * | |
| _____ | * | **SECTION: "L"** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Rogers, et al. v. Knauf GIPS KG, et al.** | * | |
| | * | |
| **Case No. 10-362, Sect. L Mag. 2** | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
DOCUMENTS AND PLEADINGS**

COMES NOW, the undersigned law firm of Kuchler Polk Schell Weiner & Richeson, L.L.C., and hereby files its Notice of Appearance as counsel on behalf of Defendant, Tuscan-Harvey Estate Homes, Inc. It is respectfully requested that all future pleadings, documents, and correspondence be served upon the undersigned in connection with this action.

**[SIGNATURE ON FOLLOWING PAGE]**

                **Respectfully submitted,**

                **KUCHLER POLK SCHELL WEINER & RICHESON, LLC**

BY:   /s/ Michele Hale DeShazo
        LEIGH ANN SCHELL (La. Bar No. 19811)
        MICHELE HALE DESHAZO (La. Bar No. 29893)
        1615 Poydras St., Suite 1300
        New Orleans, LA 70112
        Telephone: (504) 592-0691
        Facsimile: (504) 592-0696

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2010.

                /s/Michele Hale DeShazo
                MICHELE HALE DESHAZO