UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This document relates to:                          MDL Case No. 2:09-md-2047

SEAN AND BETH PAYTON, et al.                       SECTION: L
v.
KNAUF GIPS, DG, et al.                             JUDGE FALLON

Case No. 2:09-cv-7628                              MAG. JUDGE WILKINSON
_____/

## NOTICE OF SERVICE

TO:   COUNSEL OF RECORD

Please take notice that Defendant, Medallion Homes Gulf Coast, Inc., by and through undersigned counsel, has on this date, served on all counsel of record the following pleadings:

*Defendant Medallion Homes Gulf Coast, Inc.'s Responses to the Plaintiff's Requests for Production of Documents Attached to Notice of Oral and Videotaped Deposition.*

The undersigned retains the original of the above pleading as custodian thereof.

RESPECTFULLY SUBMITTED, this 18th day of May, 2010.

By:   /s/ Shane S. Smith
      **Shane S. Smith, Esq.**

      **LEVIN TANNENBAUM**
      1680 Fruitville Road, Suite 102
      Sarasota, Florida 34236
      Telephone: (941) 308-3157
      Facsimile:  (941) 316-0301
      Attorneys for Medallion Homes Gulf Coast, Inc.

**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@levintannenbaum.com*
**Shane S. Smith, Esq.**
Florida Bar No. 053130
ssmith@levintannenbaum.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of May, 2010, this document was served on Plaintiffs' Liaison Counsel, **Russ Herman, Esq.**, Defendants' Liaison Counsel, **Kerry Miller, Esq.**, Homebuilders' Liaison Counsel, **Philip A. Wittmann, Esq.**. by U.S. Mail and by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Shane S. Smith
**Shane S. Smith, Esq.**