UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO:
*Payton et al v. Knauf Gips KG et al;*
Case No. 2:09cv07628-EEF-JCW

## NOTICE OF HEARING

PLEASE TAKE NOTICE that counsel for Movant/Defendant herein, Gryphon Construction, LLC, will bring its Motion to Stay Discovery before the Honorable Eldon Fallon at the United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on the 23rd day of June, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Hearing related to Gryphon Construction, LLC's Motion to Stay Discovery has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittman@stonepigman.com, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States district Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18TH day of May, 2010.

    Respectfully submitted,

**THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

[Original signed document on file with the Court]
/s/ Alexander E. Barthet
_____
ALEXANDER  E. BARTHET
Florida Bar No. 173126