UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al., | * * | MAG. JUDGE WILKINSON |
| vs. | * * * | |
| KNAUF GIPS KG; et al. | * * | |
| CASE NO. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
JOINT MOTION TO DISMISS
CLAIMS OF ROBERT AND LINDY ROBINSON
AGAINST LOWE'S HOME CENTERS UNDER FED. R. CIV. PRO. 41(a)**

Plaintiffs Robert and Lindy Robinson and Lowe's Home Centers, Inc. ("Lowe's") request the dismissal of all claims of the Robinson's against Lowe's pursuant to Fed. R. Civ. Pro. 41(a)(2), without prejudice, for the following reasons.

1.  In the "Omnibus I" Complaint, Plaintiffs Robert and Lindy Robinson mistakenly named Lowe's as a defendant when, in fact, the allegedly defective drywall was provided by another party and not by Lowe's.

2.  Lowe's has already filed an Answer to the Omnibus I Complaint, but agrees to this dismissal and jointly moves for the dismissal of the Robinsons' claims against Lowe's, without prejudice.

**WHEREFORE**, Plaintiffs Robert and Lindy Robinson and Lowe's hereby jointly move for the dismissal of the Robinsons' claims against Lowe's, without prejudice

                Respectfully submitted,

*s/Steve W. Mullins*
STEVE W. MULLINS
LUCKEY & MULLINS, PLLC
2016 Bienville Blvd
P.O. Box 990
Ocean Springs, MS 39564
Telephone: (228) 875-3175
Facsimile: (228) 872-4719
***Attorney for Plaintiffs Robert and Lindy Robinson***

**ADAMS AND REESE LLP**

*s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
4500 One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
***Attorneys for Defendant Lowe's Home Centers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry J. Miller; and Homebuilders and Installers' Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of May, 2010.

                *s/Francis V. Liantonio, Jr.*