Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0552

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--53 Enterprises fka A-1 Brothers, c/o CHRISTOPHER J CANZANO

Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __16th__ day of __March__, 20 __10__, at __10:20__ o'clock __A__ M

Place of Service: at __4414 S DEL PRADO BLVD__, in __Cape Coral, FL__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
53 Enterprises fka A-1 Brothers, c/o CHRISTOPHER J CANZANO

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Katherine Blaze as Office Manager on 2nd attempt__

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Grey__ ; Facial Hair ____
Approx. Age __70-75__ ; Approx. Height __5'4"__ ; Approx. Weight __140 lbs__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X__Barbara Gray__
Signature of Server  157153

Subscribed and sworn to before me this __19th__ day of __March__, 20 __10__

__Elena Alvarado__
Notary Public      (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012