Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0591

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Paragon Homes, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Orange** )
Name of Server: **J. N. Meadows**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **April**, 20**10**, at **10:50** o'clock **A** M

Place of Service: at **247 West Lake Faith Drive**, in **Maitland, FL 37251**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Paragon Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Leonard Witte, Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Balding**; Facial Hair **No**
Approx. Age **60's**; Approx. Height **5'9"**; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   **22** day of **April**, 20**10**

Signature of Server: **J. N. Meadows**  4-22-10      Notary Public       (Commission Expires)
APS International, Ltd.  #423

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission #DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No. 09-7628

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __J. N. Meadows__
was received by me on *(date)* __4-14-10__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* __Leonard Witte__ , who is
designated by law to accept service of process on behalf of *(name of organization)* __Paragon Homes Inc__
on *(date)* __4-21-10__ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: __Leonard Witte, Registered Agent at 10:50 AM.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.

Date: __4-22-10__

Server's signature __[signature] #423__

Printed name and title __J. N. Meadows Special Process Server__

Server's address __P.O. Box 3445, Orlando, FL 32802__

4-22-10
Karen S. Hernandez [signature]

Additional information regarding attempted service, etc:

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.