Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0597

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Millennium Homes and Development, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

Name of Server: **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **April**, 20**10**, at **3:31** o'clock **P** M

Place of Service: at **481 Flamingo Drive**, in Apollo Beach, FL 33572

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Millennium Homes and Development, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Joseph M. Rodrigues - President/Director**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Brown**; ~~Facial Hair~~ **contacts**
Approx. Age **41 yrs**; Approx. Height **5'10**; Approx. Weight **237 lbs**

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **23** day of **April**, 20**10**

_signature_
Notary Public     (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters