Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0595

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Homes and Properties, Inc., c/o Charles D. Brown &
Joellen J. Brown
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __ILLINOIS__ ) ss.
County of: __COOK__ )

**Name of Server:** __Robert W. Brindac Jr.__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20__ day of __APRIL__, 20 __10__, at __6:07__ o'clock __P__ M

**Place of Service:** at __1437 W. Olive Street, Apt #2__, in __Chicago, IL  60660__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
La Homes and Properties, Inc., c/o Charles D. Brown & Joellen J. Brown

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __CHARLES D. BROWN & JOELLEN J. BROWN, OWNERS__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __WHITE__ ; Hair Color __GRAY__ ; Facial Hair __GLASSES__
Approx. Age __55-59__ ; Approx. Height __5'11"__ ; Approx. Weight __190__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __21st__ day of __April__, 20 __10__

__Frances R Brindac__
Notary Public       (Commission Expires)

APS International, Ltd.

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13