Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0594

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M.E. Gibbens, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones**

Name of Server: _Dara Broadus_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **21** day of **April**, 20 **10**, at **11:00** o'clock **A** M

Place of Service: at ~~114 McDonald Lane~~ 1005 Bienville Blvd, in ~~Bay St. Louis, MS 39520~~
~~PO Box 2106~~ Ocean Springs, MS 39564 - Met Subject at Burger King

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
M.E. Gibbens, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mike Gibbens, Owner - Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Bn/Gray**; Facial Hair **N/A**
Approx. Age **55**; Approx. Height **185**; Approx. Weight **5'11"**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Dara Broadus_
Signature of Server

Subscribed and sworn to before me this **23** day of **April**, 20 **10**

_Michelle Murray_
Notary Public        (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]