Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0592

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Punta Gorda Partners, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: ST Johns )

**Name of Server:** Cindy Brown-Roxrode, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15th day of April, 20 10, at 7:35 o'clock P M

**Place of Service:** at 354 Royal Tern Road South, in Ponte Vedra Beach, FL 32082

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Punta Gorda Partners, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Gabe Boye, Manager

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair N/A
Approx. Age 50+ ; Approx. Height 5'7" ; Approx. Weight 160

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cindy Brown-Rox_
Signature of Server

Subscribed and sworn to before me this
16th day of April, 20 10

_Michelle E Reels_
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michelle E Reels
My Commission DD924721
Expires 09/13/2013