✎ AO 440 (Rev. 04/08)  Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| DAVID GROSS, ET AL <br> Plaintiff <br> v. <br> KNAUF GIPS KG, ET AL <br> Defendant | ) <br> ) <br> )  Civil Action No.   09-6690 C/W MDL 2047  L (2) <br> ) <br> ) |

**Summons in a Civil Action**

To: *(Defendant's name and address)*
Oriental Trading Company, LLC
5805 Blue Lagoon Dr., Suite 200
Miami, FL   33126

A lawsuit has been filed against you.

     Within  20   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached **AMENDED** complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, whose name and address are:
Russ Herman
820 O'Keefe Avenue
New Orleans, LA   70113

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_____
Loretta G. Whyte
Name of clerk of court

**Date:**  May 19 2010
_____
Deputy clerk's signature

✎ AO 440 (Rev. 04/08)  Civil Summons (Page 2)

**Proof of Service**

I declare under penalty of perjury that I served the summons and complaint in this case on _____,
by:

 (1) personally delivering a copy of each to the individual at this place, _____
 _____; or

 (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____
  who resides there and is of suitable age and discretion; or

 (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is
 _____; or

 (4) returning the summons unexecuted to the court clerk on _____; or

 (5) other *(specify)* _____
 _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

Date: _____

                      Server's signature

                      Printed name and title

                        Server's address