UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

*****************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

---

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/CITY OF _Virginia Beach_

BEFORE ME, the undersigned authority, personally came and appeared:

### MICHAEL D. NEWSOME

Who, after being duly sworn did depose and state, as follows:

1. He is Vice-President of **Clark-Whitehill Enterprises, Inc.**, a Virginia corporation, with its principle place of business located in Virginia Beach, Virginia.


EXHIBIT A

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Clark-Whitehill Enterprises, Inc.** .

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **Clark-Whitehill Enterprises, Inc.** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Clark-Whitehill Enterprises, Inc.** is a contractor, licensed in the Commonwealth of Virginia, and is in the business of constructing residential housing within the borders of the Commonwealth of Virginia.

6. **Clark-Whitehill Enterprises, Inc.** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as Vice-President of **Clark-Whitehill Enterprises, Inc.** aware of **Clark-Whitehill Enterprises, Inc.** performing any contracting, building or development work in the State of Louisiana.

8. **Clark-Whitehill Enterprises, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Clark-Whitehill Enterprises, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Clark-Whitehill Enterprises, Inc.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Clark-Whitehill Enterprises, Inc.** does not, and has never solicited any business in the State of Louisiana.

By: _____
Michael D. Newsome
Vice-President
Clark-Whitehill Enterprises, Inc.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 6th DAY OF May, 2010.

_____
NOTARY PUBLIC



. ANGELA M. SAY
Notary Public
Commonwealth of Virginia
181104
My Commission Expires Jul 31, 2011



ANGELA M. SAY
Notary Public
Commonwealth of Virginia
181104
My Commission Expires Jul 31, 2011