MINUTE ENTRY
FALLON, J.
MAY 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL   :   MDL NO. 2047
PRODUCTS LIABILITY LITIGATION          :   SECTION: L
                                       :
                                       :   JUDGE FALLON
                                       :   MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

A status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present were Russ Herman, Plaintiffs' Liaison Counsel, Leonard Davis of the Plaintiffs' Steering Committee, and Philip Garrett, CPA. The subject of the status conference was the time and cost submissions and reports for the Plaintiffs' Steering Committee members. Mr. Garrett informed the Court that there are outstanding time and cost submissions, despite efforts on his part and on the part of the PSC to remind counsel to make timely submissions. Accordingly, the Court reminds counsel of their obligation pursuant to Pretrial Order No. 9 to submit time and cost records within six (6) months or otherwise these figures will not be considered except for good cause shown and with Court approval. The Court puts counsel on notice that timely submission of time and cost records will be taken into consideration for the upcoming annual PSC selection.

JS10(00:30)