MINUTE ENTRY
FALLON, J.
MAY 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

    A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present for the Plaintiffs' Steering Committee were Arnold Levin, Lenny Davis, Fred Longer, and Jeff Grand. Present for the Homebuilders' Steering Committee were Philip Wittmann, Hilary Bass, Dorothy Wimberly, and Mark Salky. Present for Defendant Knauf were Kerry Miller, Don Hayden, Doug Sanders, and Kyle Spaulding. The conference was scheduled in response to a letter received by the Court from the PSC regarding issues with jurisdictional discovery responses from Knauf. The Court heard from all parties and directed the following:

1. Knauf provide the requested documents by Thursday, May 20, 2010;

2. Knauf provide the requested electronically stored information as soon as possible, including a privilege log if necessary;

3. The parties create a scheduling order, including dates, for the deposition of Knauf's corporate representatives.

JS10(00:10)