UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER ON SECOND EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Given the foregoing:

**IT IS HEREBY ORDERED,** that the Motion is GRANTED and that the deadlines for Defendant, Darwin Sharp Construction, LLC, to file a response to Plaintiffs' Omnibus Class Action Complaint is extended through and including June 16, 2010.

New Orleans, Louisiana this 18th day of May, 2010.

_____
JUDGE