UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
          PRODUCTS LIABILITY LITIGATION

                                           SECTION L

THIS DOCUMENT RELATES TO:                          JUDGE FALLON
Dean and Dawn Amato, et al. v.
Liberty Mutual Insurance Co., et al.               MAG. JUDGE WILKINSON
Case No. 2:10-cv-00932

## NOTICE OF APPEARANCE

Donald Armand, Jr. and S. Michael Cooper hereby file their Notice of

Appearance as counsel of record for Defendants Clarendon America Insurance Company,

Praetorian Specialty Insurance Company, and QBE Specialty Insurance Company, and

request that copies of all pleadings served in this case be served upon undersigned at the

following office.

                               Respectfully submitted,

                               PETTIETTE, ARMAND, DUNKELMAN,
                               WOODLEY, BYRD & CROMWELL, L.L.P.

                               BY:    s/S. Michael Cooper
                                    Donald Armand, Jr., Bar No. 17444
                                    S. Michael Cooper, Bar No. 24057
                               400 Texas Street, Suite 400
                               Post Office Box 1786
                               Shreveport, Louisiana 71166-1786
                               Telephone:  (318) 221-1800
                               Facsimile:  (318) 226-0390
                               ATTORNEYS FOR PLAINTIFF, CLARENDON
                               AMERICA INSURANCE COMPANY,
                               PRAETORIAN SPECIALTY INSURANCE
                               COMPANY, and QBE SPECIALTY INSURANCE
                               COMPANY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

s/S. Michael Cooper_____