UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| Sean and Beth Payton, et al. v. Knauf Gips KG, et al. Case No. 09-7628 (E.D.La.) | * * * | |

### ORDER ON SECOND MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

Considering the Second Motion for Extension of Time to Submit Builder Profile form filed on behalf of Defendant, Marigold Court, LLC;

Defendant, Marigold Court, LLC, is HEREBY granted through and until June 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this 18th day of May, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE