UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION:  L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. JUDGE WILKINSON |
| | * | |
| Sean and Beth Payton, et al. v. | * | |
| Knauf Gips KG, et al. | * | |
| Case No. 09-7628 (E.D.La.) | * | |

ORDER ON SECOND MOTION FOR EXTENSION OF TIME
TO SUBMIT BUILDER PROFILE FORM

Considering the Second Motion for Extension of Time to Submit Builder Profile form filed on behalf of Defendant, Anthony F. Marino General Contractor, LLC;

Defendant, Anthony F. Marino General Contractor, LLC, is HEREBY granted through and until June 15, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA, this 18th day of May, 2010.


_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE