UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| ALL CASES | |
| | MAG. JUDGE WILKINSON |

## ORDER

CONSIDERING the Ex Parte Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests and Incorporated Memorandum of Law filed by Defendant RJL DRYWALL, INC.,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for RJL DRYWALL, INC. to file its responses to Plaintiffs' Federal Rule of Civil Procedure 34 document requests in this case is extended through and including June 6, 2010.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
Honorable Eldon E. Fallon

United States District Court Judge