UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL   MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

ALL CASES

MAG. JUDGE WILKINSON

_____ /

## ORDER

CONSIDERING the Ex Parte Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests and Incorporated Memorandum of Law filed by Defendant PRECISION DRYWALL,

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for PRECISION DRYWALL to file its responses to Plaintiffs' Federal Rule of Civil Procedure 34 document requests in this case is extended through and including June 6, 2010.

New Orleans, Louisiana, this 18th day of May, 2010.

_____
Honorable Eldon E. Fallon

United States District Court Judge