UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL   :   MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION          :
                                                                :   SECTION: L
                                                                :
                                                                :   JUDGE FALLON
                                                                :   MAG. JUDGE WILKINSON
..............................................:

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

    Lead Counsel for Installers contacted the Court with proposed changes to the current Contractor/Installer Defendant Profile Form.  The Court received feedback from the Plaintiffs' Steering Committee and Lead Counsel for Installers regarding these changes.  The Court has considered the parties respective positions, and concludes that changing the current Contractor/Installer Defendant Profile Form would result in confusion for parties that have already submitted the current form and for parties who are now entering the litigation.  The Court further concludes that any additional information from contractor and installer defendants may be obtained through discovery.  Accordingly, IT IS ORDERED that the current Contractor/Installer Defendant Profile Form remains unaltered and continues to apply to the present litigation.

    New Orleans, Louisiana, this   17th   day of May, 2010.

                                                                             ELDON E. FALLON
                                                                             UNITED STATES DISTRICT JUDGE