# Exhibit "F"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

EXHIBIT "F"—AMENDED VALEDICTION AND SIGANTURE BLOCK
TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

## COUNSEL FOR INDIVIDUAL PLAINTIFFS

### Alters, Boldt, Brown, Rash & Culmo,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abbott, Carl D./Adele
Adams, Kevin
Ambroise, Donald
Anderson, Mark and Jamie; Sasser, Jearl and Betty
Anton, Kevin/Joann
Araujo, Marcos
Bongiorno, Salvatore/Arlene
Borkowski, Julie/Stephen
Brown, Dorene
Buckingham, Keith/Fasenda, Jose
Burkman, Ken and Rosi
Caliguirie, Jacob
Campbell, Ann Marie and Andre
Carr, Craig/Windsor, Jill
Carrion, Kathy
Carter-Smith, Jill
Castaneda, Juan Carlos
Catalogna, Michael and Phyllis
Ceglio, Carmine and Donna
Clarke, Roger
Coplin, Jose and Mercedes
Cohen, Jan and Michele
Cox, Shawn and Lisa
Cramer, David and Denise
Cummings, Mark
Davis, Matthew and Tricia
Davy, Christopher and Amy
DeJesus, leslie
DePirro, Stephen
DeSola, Nick and Heather
Diamond, James and Heidi
DiFillipo, Steven and Kathleen
Dube, Tim and Laura
Edelman, Michael and Francine
Fellows, David
Field, Theodore and Leslie
Firmani, Terry Lee
Fleurantain, Toussaint and Bernite
Fodor, Amy and Angelo
Foster, Katherine
Frenz, Ray and Barbara
Fulks, Bonnie and Richard
Garcia, Gabriela
Garcia, Lorena and Angela
Gardner, Francesca and Brian
Geensburg, Cary and Patricia

Giggey, Richard and Linda
Gimenez, Adriana
Gomez, Axel and Nicole
Gomez, Gerogina
Gonzalez, Dolores
Grant, Olga and Ralph
Green, Colin and Natasha
Gumina, Frank and Rosemarie
Hanson, Rene
Insco, John and Ruth
Jackson, Douglas
Jimenez, Camilo and Lisa
Johnson, Paul and Patricia
Kampf, Richard and Patricia
Knouff, John and Clary, Jacqueline
Koc, Jeffrey and Lori
Kraham, Stuart
Lake, William and Jacqueline
Levin, Ronald and Carol
Macias, Juan Carlos/Hernandez, Adrianna
Martin, Aaron
McAuliffe, Dixie and Matthew
Melville, Maundy and John
Mesa, Mirta
Metzl, Justin
Morton, Robert
Nolan, James and Adele
O'Brien, Wendy
Peach Harbor Clubhouse
Pestenski, Tirzah and Ryan
Petroraira, Michael and Kathy
Plaza, Ana Maria
Porch, David and Ashley
Potes, Lino
Pritchard, Thomas and Merrily
Rautenberg, Lee and Alissa
Rehrig, Neil and Ferrel, Carla
Ritman, William
Rodriguez, Rudy
Saintil, Ducassea and Mereegrace
Sanchez, Lisset and Ian
Senior, Wendy and Lucianil
Shea, Doris
Shikley, Ahmed and Shazia
Schneiderman, Leonardo and Jean
Simms, Troy and Carrie

Snyder, Robert and Doreen
Steiner, Roland
Tapia, Adrian and Diana
Umana, Jose and Herrara, Mirriam
Vargas, Jose
Venius, Jean-Enor and Rosita
Victores, Monica and Didio
Wanounou, Susan and Yacov
Whaley, John and Sharon
Williams, Herbert
Zheng, Xiaojuan Weigang
Acosta, Carlos
Andreoli, Robert
Bolton, Wade and Raynor, Robert
Campbell, Daniel and Joan
Del Torro, Gilbert and Zamira
Fleming, Alan
Fothergill, Zen
Goldstein, Cindy
Greever, Jeanne
Hovis, Michelle
James, John and Imie
Kuhne, Erica and Maurico
Lemmon, Dennis and Helen
Logie, Kevin and Nicole
Lunsford, Lynette and Weiss, Richard
Naidus, Gary and Fisher, Elaine
Rucker, Johnnie
Salguero, Diana
Steiner, Stephanie
Williams, Demetriys and Latasha
Yourich, Stephen
Aguilar, Eleanor
Almeida, Jeff
Anderson, Samuel
Aria Properties, LLC
Ashley, Tatiana and Travis
Becker, Larry and Robin
Bidigare, Susan
P & M Property Management
Bruce,Jamie and Erick; Lunsford, Larry
Properties in Miami, LLC
Caliper Capital of Florida, LLC
Case, Ronald and Frank
Casper, Bruce and Barbara

Castillo, Alexis
Dano, Robbin
D'Agresto, Lewis and Marcia
Doreus, Gerta
Dalmage, Dilworth & Hyaciinth
Dunne, Cahal
Elkins, Joseph
Frazier, Larry and Dorothy
Gandhi, Shailesh and Hemangini
Gascon, Ed
Genoune, Meir and Esther
Harrison-Wiley, Adria
Haynes, Elvis and Carol
Hernandez, Ernest
Jackson, Leonard and Juliet
Jackson, Anthony and Ruth
Johnson, Paul
Karp, Herbert
Lagano, Sasha
Leonard, Jeff and Denise
Lezama, Juan Carlos and Evelin
Rey

Libertella, Rocco and Gladys
Merclop Holding, LLC
Lundberg, Richard and Kathleen
Magdalena Gardens Condo
Association
Maryfield, David and Jane
Mason, Fay and Michael
Mazzaca, Philip
Molinaro, Peter
Moses, William and Carolyn
Nelson, Brian and Victoria
Njie, Josephina
Osaiyuwu, Ivie and Richard
Oxman, Samuel
Osowsky, Dawn
Parrillo, Joseph and Dorothy
Peace Harbor Condo Assocaition
Pereira, Fernanda
Persky, Paula and Wansor
Poliard, Phares and Yolene
Reyes, Jorge and Joanna
Risko, Dawn

Rose, Novlet and Lionel
Samlal, Nalinie D.
Sampson, Henry
Scully, Leroy and Valerie
Schumacher, Jay and Carrie
Shirley, Jason
Singh, Janet
Sisso, Alberto and Leon
Sutton Lori
Talley, Lawrence and Cathleen
Taylor, Bryan
Taylor, Eric
Thayer, Thomas and Aspasia
Trees, Eric and Natalie
Trotman, Shonae
Tucker, Joseph and Deborah
Virden, David
Walker, Andrew
Walsh, Gladys/Morin, Frank
Zeigler, Bart
Athouriste, Herold and Gauty
Hansen, Deborah (Debby-Ann)

## The Andry Law Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

Van Winkle, Ronnie and Anne

## Anthony Irpino, *Counsel on Behalf of the Following Individual Plaintiffs*:

Musgrave, Richard and Michele

## Aronfeld Trial ATtorneys, PA *Counsel on Behalf of the Following Individual Plaintiffs*

Maunsbach, Kay

## Baron & Budd and Alters, Boldt, Brown, Rash & Culmo, *Counsel on Behalf of the Following Individual Plaintiffs*:

Maykut, Kent & Donna
Young, Linda & Raymond
Oliver, Patches & Richard
Shelton, Michael & Leslie
Doyle, Theodore & Brenda
Mandill, Jami
Schulz, Shannon and Grant
Mitchell, Michael
Finke, Margaret/c/o Castillo, Ronda
Bourgeois, Bryan & Sandy
Guerrera, Anthony and Debbie
Meyer, John

Molero, Charles and JoAnn
Cooper, Herbert "Kit"
Ferraro, Brenda and Lee
Bouanchaud, Janine
Tedesco, Caroline and Robert
Hogan, Barbara
Arsenaux, Everiste and Lizette
Guillot, Eno and Frances
Collins, John and Brenda
Walker, James and Cheryl
Rupp, Joseph and Theresa
Miles, Carl and Tania

Talbert, Bill
Carr, Patrick E. Jr.
Nuzzo, James
Daniels, Rita
Cornwell, Burl and Sondra
Snow, Olivia
Nelson, Brian and Victoria
WCI Chinese Drywall Property
Damage and Personal Injury
Settlement Trust

## Barrios Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Kokoszka, Jason and Heather | Teefy, Thomas M./Susan E. Teefy |
| Legendre, Eugene | Mosley, Shawn |
| Puig, Donald and Marcelyn | Randolph, Vincent L. |
| Schmitt, Leah, Todd; Hammond, Anne and Cangelosi, Pam | Creech, Raymond D. and Corrye |
| Kelly, Francine M. | Brown, Judalyne Brown |
| O'Hear, Anne M. | |

## Becnel Law Firm and Herman, Herman, Katz and Cotlar LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Alldredge, Emily and Rufus | Despino, Jason and Brandy | Toras, Nikolaos |
| Amerson, Amy Louise | Duhon, Christopher and Kimberly | Torrance, Matthew and Mary |
| Barone, John and Heather | Fazande, Dwayne and Latanja | Woods, Rechanda |
| Chiappetta, Kevin and Karen | Gilberti, Jeffrey and Chrissie | Woodside, John and Jennifer |
| Godwin, Pamela and Jack | Gillane, William and Maureen | Ross, Bourgeois/McCants, Michael |
| Heck, Joshua and Kelly | Guidry, Christopher and Jerene | Rodosta, Toni |
| Quividia, Joseph Todd | Hebert, Loney and Vickie | Dewberry, Patricia |
| Ledet, Trisha and Darryl | Hulsey, Charles and Sarah | Bolden, Thomas/Smith, Monica |
| Nunez, Ernest and Marie | Kerr, Anna | Stockwell, Shelley |
| Panneton, Ruth and Ovila | Lea, Chris and Julie | Childress, Patricia |
| Payton, Sean and Beth | Mercante, Joseph and Barbara | Doran, Candy |
| Staton, Lori Ann | Pavageau, Craig and Olivia | Lewis, Christopher and Natalie |
| Alfonso, Cindy | Rigney, George and Raffy | Ganucheau, Renee |
| Ancira, Chris and Lilah | St. Germain, Keith and Cheryl | Beasley, Austin and Betty |
| Boquet, Edwin | Stabile, Anthony and Judith | Waguespack, Jacques and Nicole |
| Ceruti, Ronald and Sharon | Tiemann, Richard and Jean | |
| Chatman, Funell and Gail | | |

## Becnel Law Firm and Roda and Nast, *Counsel on Behalf of the Following Individual Plaintiffs*

Ruesch, Kevin and Dorothy

## Becnel Law Firm, Morris Bart, and Herman, Herman, Katz & Cotlar
*Counsel on Behalf of the Following Individual Plaintiffs*

| | |
|---|---|
| Martin, Michael | Spencer, Patricia |
| Cassagne, Jordan and Brande | Brumfield, Ollie and Andreienne |
| Canty, Honore and Elaine | Donnelly, Jerome and Daphine |
| Hall, Eric | Collignon, Robert |
| Gritter, Joseph and Catherine | Gaussiran, Maxi |
| Hidalgo, Tonya and Sidney | |
| Quick, William and Maxine | |

## Bencomo & Associates, *Counsel on Behalf of the Following Individual Plaintiffs*

Bienemy, Eric and Gina

## Berman, Kean & Riguera, P.A., *Counsel on Behalf of the Following Individual Plaintiffs*

First East Side Savings Bank

### Berniard Law, *Counsel on Behalf of the Following Individual Plaintiffs*

Borne, Carol
Price, Joshua and Kimberlea
Kessler, David and Amanda
Rosetta, Dufrene and Ernest

### Berrigan, Litchfield, *Counsel on Behalf of the Following Individual Plaintiffs*

Green, William and Jamie
Pizani, Calvin and Lindsey

### Blizzard, McCarthy & Naber, LLP, *Counsel on Behalf of the Following Individual Plaintiffs*

Schlabach, Eric and Stacy

### Brown, Brown & Gaskell, *Counsel on Behalf of the Following Individual Plaintiffs*

Poplano, Mark & Linda
Cohen, Elizabeth
Minor, David
Luglis, John

### Carey & Danis, LLC, *Counsel on Behalf of the Following Individual Plaintiffs*

Robinhood Terrace, LLC

### Champlin Law Firm, *Counsel on Behalf of the Following Individual Plaintiffs*

Rovira, Jonathan Paul, Jr.

### Coughlin, Stoia, Geller, Rudman & Robbins, *Counsel on Behalf of the Following Individual Plaintiffs*

Riesz, Lawrence and Schnee, Jennifer

### Cuneo, Gilbert, *Counsel on Behalf of the Following Individual Plaintiffs*

Minafri, Steven
Stanley, Duke

### Daigle, Fisse & Kessenich, *Counsel on Behalf of the Following Individual Plaintiffs*

Fernandez, Vernon and JoAnn

### Lewis & Roberts, PLLC, *Counsel on Behalf of the Following Individual Plaintiffs*

| | | |
|---|---|---|
| Dorsey, Glenda F. | Eleuterius, Marshall and Tasha | Catherine |
| Dupre, Ross and Marlo | Eubank, Richard | Garton, Timothy |
| Durham, Scott and Heather | Ferguson, Howard/Anna | Gill, Russell and Ashley |

Grace, Khadijeh
Greco, Vincent
Greene, Craig and Kristin
Green, Jeffrey and Michelle
Guillory, Gregory and Cynthia
Hansen, Curt and Carrie
Harkins, Rochelle Frazier
Harris, Anthony Richard
Hart, Jesse and Sheila
Haworth Holdings, LLC
Hayek, Michael and Hensley
Johnson, Steve/Knoth, Mark
Jones, Charles and Myrna
Kitts, Corey and Monique
Deano, Madeline T.
Landry, Justin and Renee
Ledford, Samuel
Lewis, Lesley
Mailhes, Debbie
Middleton, Michael/Megham
Mogor, Melissa
Mumphrey, Frank/Gail
   Arcement
Nelson, Douglas and Maria
Petone, Anthony Peter
Perez-Marini, Monique C.
Raborn, Randy and Pamela
Roberts, Michael and Wendy
Robinson, Robert and Lindy
Schiel, John H. and D'Auby
Stanley, Billy Wayne/Amanda
Tabor, Lisa and Jordan
Taylor, David Jason/Amanda
Taylor, Russell and Tiffany
Theologos, Charles and Sherry
Thomas, Brian and Tamara
Vereen, Glenn W.
Volke, Chip and Christina
Youmans, Dr. Cassandra
Deakins, John and Beverly
Culpepper, Jonathan and Cindy
Knight, Marshall J., Sr.
Alonzo, Judy
Banner, William and Kitty
Bennett, James and Barbara
Bobinger, Lisa McQueen/   Brandie
Boggs, Gary L. and Penelope D.
Bourgeois, Jason and Felicia

Chadwick, Mark W.
Buxton, Darren and Tracy
Bryant, Robbie and Lizabeth
Chapman, David and Denise
Brandt, Sherolyn V.
Whitfield, Christopher
Mayo, Jake C. and Emily
Fairley, Robert and Barbara
Fairley, Billy and Mary
Etzel, William Todd/Rebecca
Todd, Debra/Smith, Frank
Romano, Leo and Marie
Axelrod, Leonard and
   Rivka,Co-Trustees of The
   Leonard and Rivka Axelrod
   2007 Revocable Trust
Proske, Allan and Rebecca
Piccolo, John and Ann
Murray, Paul
Tom, Jianran and San
Baez, Dava Lucherini
Fox, Edwin and Lisa
Loutfy, Tarek and Andrea
Twin Crest Associates, LLC
Gazzal, Joseph and Candace
Gottlob, Alan and Toni Ann and
   Melchiorre, John and Barbara
Graham, Michael, Dayton,     Glenn
Jioia, Robert and Lori
Kolich, John and Susanna
LLG Investment Properties LLC
Ramos, Manuel and Lavinia
Figueroa, Kathryn
D'Ambrosio, Angel/Deborah
Middleton, Valerie T.
McCabe, Lawrence Dean
Lybarger, Rayman/Chong Suk
Moulin, William and JoAnn
Nearing, Wayne and Virginia
Neel, Kevin and Stacy
Balassone, Arthur and Barbara
Baron, Allen
Bashein, Joyce
Adams. David Creston and
   Frances Carolyn Box
McCullough, Matthew Stuart
Zhou, Zhongmin and Huang,
   Qinxi
Young, Ramona and Id-Deen,

Suluki/Young, Ramona
Id-Deen, Suluki:
Wojcik, Walter Jr. and Lydia
Wiley, Thad
Thompson, Venesia and Logan,
   Susan
Tempel, Harvey and Lisa
Stock, Amir and Bella
Smith, Kelly
Sheperd, Wesley
Sheperd, Wesley
Shaya, Samuel
Schmidt, David and Karen
Schafer, Thomas and Camille
Sabatino, Dominic and Hiskey,
   Richard/
Rovezzi, James and Narcissa
Rayman, Birgitta
Ramos, Mariann and Joseph
Rojas, Victor
Polovin, Annette
Sharit, Juanita R.
Seifert, Charles and Lois
Panico, Frank and Fay Teller
Ovicher, Joseph and Celine
Murray, Brian
Minuto, Michael
Michaud, Claude and Laidlaw,
   Melissa
Lattanzio, Frank
Lasserre, Paul
LaSala, Anthony and Brian
Kroll, Brian and Naida
Klemm, Timothy
Kenney, Catherine and Danny
Jordan, William
Investment Leaders, LLC
Graves, Chance Rio and Miriam
Flaherty, Sean
Edwards, Trenice
Dileo, Carl
Csakanyos, Renata/Antal,
   Gyorgy
Cohen, Richard
Chandra, Shalini
Carbone, David and Rachael
Cammarata, Louis and Michele
Campbell, Janet Olive, as

Trustee of the Bryan Olive Trust U/W July 12, 2006

Camastro, Francesco and Georgina

Burke, Jules and Barbara

Bertucci, Ronald and Wendy

McMillan, William and Maleah

Strong, Karrissa M. and Myrus

Pentecost, Mary Louise

McAleer, Joseph III and Amanda

Kesterson, Stephen

Gurley, James F.

Blalock Seafood, Care of Peter Blalock

Bel Sole Condominium Association

Chaney, Wesley M. and Shelia D. Chaney

Cooper, Obadiah and/Lakeisha Cooper

Crawford, Michael and Richter, Daniel

Drake, Walter L.

Dykes, Kathleen and Leroy

Edmonds, Johnny Lee and Susan

Ellis, Rayford H. And Kristin Lyn Ellis

Fairley, Donald Larry, and Helen; Sarin, Margaret

Forrester, Ronald, Power of Attorney for Tommie Jean Forrester

Gatlin, David and Jodi

Groce, Sue H.

Gulf Shores Surf & Racquet Club/c/o Thomas E. Brett

McGarity, Megan Leigh

Thomas, Pernice Thomas

Williams, Mark E.

Yu, Albert and Sarah Yu

Mahlstedt, Steve and Martha Mahlstedt

Monahan, Bill and Mary

Navy Cove Harbor, a Condominium Association

Limbach, Richard A.

Lay, Stephen and Kristen

Ladner, Daniel Christian

Kynard, Horace and Kimberly

Kornegay, Kim P. and Mona J. Kornegay

Kittrell, Mark Charles and Laurie Lynn Kittrell

Kittrell, Glenn Allen and Fawn G.

Kittrell

Kirn, Joseph Douglas

King, Gregory G.

Kern, Kevin Mark

Kelly, P. Clarke and Kathy G.

Katherine Dutten Wallace Trust

Jones, Roy Jr. and Carol

Jones, Steven and Jessica

Johnston, Jerry and Linda

Johnson, George and Millicent

Johnson, Christopher Brett

J. H. P. W., LLC

Jackson, Valerie

Jackson, Steve and Pam

Hudson, Arthur and Linda

Horton, Jamie and Kimberly

Hopkins, Terrell and Raeshonda

Hontzas, Betty

Hoit, Charles and Leta

Hill, Chris

Hensley, Donna

Martin, Donna

Nelson, Robert Scott and Pauline

Hayes, Brian D.

Hawkins, Robert and Melissa

Hatcher, Brian and Amanda

Haralson, Tommy and Sandra

Harbour, James and Jennifer

Hamrick, Rebecca

Mitchell, Ronnie and Shirley M. Mitchell

Griffiths, Lilly C. Gaye

Gottlieb, David and Lindsey

Gordon, Russell and Judy

Goldstein, Samuel and Denise

Godwin, Richard and Bridgette

Gibbs, Michael Ray and Eileen

Miano, Bert J. and Ann B.

Nguyen, Thach Dai and Minhthu Lee

Nichols, John W. and Pamela J.

Nichols, W. Barrett and Linda

Orr, James S. and Barbara G. Orr

Pampel, Terry L. and Nancy J.

Patel, Mayur

Patterson, Shawn and Yvonne

Patton, Fredran and Monica

Peace, Daniel and Sharon

Perez, Edgar F.

Pilgram, Bobby Glenn and Mary

Pilkington, Barbara and Joseph Tennet

Pittman, Robert and Robin

Prickett, Javis Brian

Purter, Charles N. and Nicole J.

Ranelli, Frank J. and Rosalind

McDuffie, Claude Eugene and Jimmie McDuffie

Roll, Patrick and Jane

Ross, Nathan Jr. and Ruth

Sanibel Condo Owners Assn.

Sargent, Judith R.

Schriener, John and Patricia

Scivley, Dale and Kathleen

Scott, Janet Gardner

Simon, David and Andrea

Sisson, Amanda and Colby

Smith, Frank and Cherylbeth

Spink-Farmer, Dr. Carol B.

Spivey, Sharon

Stastny, Steven and Lauren

Stephens, Daniel and Stephanie

Stephenson, Randy Lynn

Streufert, Tera Brook and Michael

Sumner, David and Amy

Supernaugh, John and Deborah

Penala, Sadanandam and Neeraja Suram

Thomas, Marshall and Michelle

Tillery, Robert and Nancy

Torbet, Christopher

Adams, Candace H

Ames, Vickie H.

Amey, Tim and Nellie

Armstrong, Richard John and Virginia Shelley

Atkinson, Christopher/Kristin

Ballard, James Monty/Suzanne

Barbert, Reginald V. and Mathis, Marie

Barker, Marion Knox

Barrett, Larry Van

Velazques, Andrew and Romney

Waite, Gregory Miller and Kelly

Bicehouse, Daniel and Tracy

Bond, Arthur A. and Marilyn J.

Bridges, Paul E. and Marie J.

Brittain, James and Caroline H.
Buckley, Brenda
Buckner, John
Carlin, Charles and Yvonne
Carraway, Richard T. and Linda
Cash, Charles and Barbara
Caudle, Annie
Chandler, John Eric
Chavous, George and Lorene
Clark, Charles E.
Wallace, Stephen L. and Jeanie
Coley, Bryan and Harmony
Cook, William Clay & Wendy
Cook, Thomas and Martha
Walters, Charles and Suzanne

Cox, Donnis P. and Thomas
Warhurst, Ernest E.
Daniel, William E./Grace E.
Daniels, Kimberly Carroll
Davidson, T. Blake
Davis, Bill and Nancy
Dennis, Jack, Jr. and Sabrina
Donnelly, Paul/Carrie Westphal
Weldon, Daniel Scott &
   Kimberly Dawn
Earnest, Matthew Brent
Robinson, Linda
Wilson, Kevin
Enslen, Robert G. Sr.
Fandetti, John and Maria

Felton, Kerturah
Ferrell, John
Fincher, Randy & Becky
Flanagan, John and Mary
Forbes, William and Mary Lois
Mercado, Marvin/Martha
Fowler, David and Martha
Freeland, Andrew and Emily
Freeman, Curtis and Jessica
Fuqua, Kelly E.
Helm, Melina and Brandon
Gels, Daniel and Michelle

**David & Duncan,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Wayne, William and Kelly

**deGravelles, Palmintier, Holthaus & Fruge, LLC** *Counsel on Behalf of the Following Individual Plaintiffs*:

Arnaud, Lester and Catherine
Bradley, Jimmy and Louise
Matus, Aldo and Ghedy
Turner, Tyrone C.
Wheeler, Don and Agnes

**Gregory DiLeo** *Counsel on Behalf of the Following Individual Plaintiffs*:

Cathcart, Carolyn
Niemann, Jason and Renee
St. Martin, Steven

**Don Barrett, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bank Plus/Mercado
Elmore, Lillian
Mumphrey, Frank/Arcement, Gail
Perry, Timothy and Tracey
Proby, Joseph and Mary

**Donna Borrello, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Borrello, Donna M. and Thomas W. Stallings

**F. Gerald Maples, PA,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Dobbins, Margaret & Glenwood

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Allen, Andrew and Nicole | Watts, Sharon |
| Hernandez, John and Diane E. | Baudier, Monette |
| Hopper, Dean and Dena | Clague, Randy and Lisa |
| Jarrell, Chad and Darlene | Hewitt, Margie |
| Meyer, Lawrence and Elizabeth | Petagna, Brent & Lisa |
| Morlas, Ralph and Paula | Benjamin, Jack and Claire |
| Peres, Tony and Kathy | |
| Skinner, Helena | |

**Galante & Bivalacqua,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Guerra, Darlyn

**George Hartz & Lundeen,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Hartz, Charles and Joy
Ziska, David and Julie
Mackle, Frank
Suarez, Gaston and Marta
Candela, Hilario
Ramirez, Julio and Myriam
Sternstein, Jerry
Mekras, George
Leblang, David and Sharon
Fleck, Joe

**Geraghty, Dougtherty & Edwards,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Frawley, Don and Amy

**Gillespie & Allison, PA,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Blackhawk Reserve JV/Regency Constructors, LLC
Lake Worth Real Estate, Inc./Regency Constructors, LLC/Greyhawk
Oakbrook Building & Design, Inc./Regency Constructors, LLC

**Gould Cooksey Fenne, P.C.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammirato, Salvatrice, Thomas J., James E.; Latoff,
  Marie A.
Archer, Steven and Anja
Cameron, Christine
Collepardi, Frank and Catherine
Corr, Thomas Leo, III
Harmon, Dennis and Nancy
Hernandez, James (Tripp) and Sherri
Joseph, Mark and Jody
Judge, Richard

Marr, John
McCue, Michael and Ethel
Petrella, Robert, on behalf of Albert and Annette Petrella
Smith, David and Ellen
Stafford, Malcolm and Heather
Vargo, Julie
Villamizar, German and Janice
Zito, Anthony and Donna

**Greenspoon, Marder, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Ross, Agnes

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barrios, Reggie
Beard, Marilyn
Bishop, Brian
Carambat, Jr., Joseph
Clarke, Glen
Cooper, Andy
Crane, Jimmy
Finch, Jerry
Hatten, Gabriel
Henry, Frank
Hudson, Adam
Jerone, Victor
Langdale, James
Lopez, Christie
Lowry, Jim/Lowry Development, LLC
Mahner, John

Noldge, Don
Ott, Elizabeth
Palmer, Edith
Peterson, Robert
Pitre, David
Reese, Virgil
Richard, Catherine
Rose, George and Marie
Smith, Everett and Maressa
Somerholder, Robert
Stephens, Charles
Tracey, Ron and Hazel
Watson, Gloria
West, Ralph
Williamson, Dolly

**Henderson,Franklin, Starnes & Holt, PA** *Counsel on Behalf of the Following Individual Plaintiffs*:

Perry, James

**Henry Dart,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Flattmann, Grady and Laura

**Herman, Herman, Katz & Colar, LLP,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Cotlar, Sideny & Diane
Genovese, Karen
Harris, Norman and Corliss
Hernandez, Tatum/Charlene
Kee, Michael and Pamela
Legendre, Paul/Janet
Mills, Jeannete
Morici, Mark and Maureen, individually and on behalf of their minor children Abigail and Meagan
Naden, Craig & Roberta
Nunez, Frederick & Lisa
Orduna, Albert and Judith
Oster, Don and Betty
Pasentine, Judith Ellen
Reece, Ryan and Ashlin
Sanders, Bill/Veglia, Elizabeth
Ward, Amy and Truman

Maillot, Georges and Janice
Barreca, Corinne
Barreca, Antoine and Nicole
Barrow, Clarencea nd Marion
Cordier, Gregory and Jean
Cunningham, Dennis and Susan
Dejan, Charlotte
Dejan, Leroy and Ann
Galatas, Bernadette
Gardette, Michael and Rhonda
Gleason, Herman and Deborah
Henderson, Linda
Lartigue, C.W. & Margaret
Leger, Lolly J./Hayden, Leslie
Mason, Hiram, Individually and on behalf of his wife Shannon S. Mason, and their minor children, Bryce L. Mason, and Hiram L. Mason, Jr

Olson, Olaf A. and Wanda G., individually and on behalf of their minor children, Coral Olson and Marina Olson
Petrey, Charles & Marcia
Reese, Jean
Roberson, Sandra
Rome, Erwin and Karen
Silva, Stephen & Isis
Wenzel, John and Lorraine, individually and on behalf of their minor child, Bryan Wenzel
Wheeler, Alicia, individually and on behalf of Jeffrey Wheeler and Jordan Wheeler
White, Taeneia

**Hymel, Davis & Petersen,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette
Lewis, Jared and Emily Ella
Robins, Kelvin Hayes and Alecia;
Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley

**James F. Humphreys & Assoc.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Boothe, Neil
Walker, Demetra

**James, Hoyer, Newcomer, Smiljanich & Yanchunis, P.A. and**
**Norton, Hammersley, Lopez & Skokos, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Curcillo,Cynthia as attorney-in-fact and next friend of Ann Curcillo
Grundvig, Arlen & Brooke
Lamadore, Gary
O'Donnell, Elizabeth
Wolslegel, Walter and Harriette
Molinaro, Joseph and Sharon
Anderson, Shawn and Victoria
Hammersley, Philip and Susannah Watt, Dana and Kelly

**Kanner & Whiteley,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bronaugh, David and Heather
Butler, James and Joycelyn
Dennis, Patrick and Kathleen
Galloway, James and Cynthia

**Law Offices of Brad E. Kelsky, P.A.,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Wetzler, Melissa

**Krupnick, Campbel, Malone,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Acadia II Condo c/o Russell Foti, President | Battista, Leo/c/o Louis Battista | Briscoe, Hopeton |
| Aceto, Anthony/Manevich, Ida | Belson, Luydmila | Brogdon, Carl and Stacey |
| Acosta, Amparo | Benesch, Paul | Brynn, Gerald E./Betty J. Brynn |
| Adams, John and Andrea | Bennett, John F. & Mary | Burns, Robert E. |
| Adaniel, Jesue & Amy | Berra, Dale and Jane | Burt, James and Janie |
| Adhin, David and Perlene | Woodruff Henry and Nancy Woodruff | Bustamante, Jaime and Lynda Guzman |
| Alford, Edgar & Rita | Bertram, Beresford and Theresa | Caballero, Talishia |
| Andrade, Sean & Katie | Beverly, Martin and Erika | Camp, Michael |
| Andreason, Grant and Patricia | Birnbaum, Scott and Mary | Campola, Patsy and Maureen |
| Anise, Maikel & Karen | Bo, Theresa | Cannestor, Michael and Enny |
| Antoni, Barry and Marilyn | Bobrow, Scott and Cheryl | Capizola, Edith |
| Areces, Miguel and Jacqueline | Boersma, Kenneth and Victoria | Caputo, Mark and Lisa |
| Arnold, Lee and Maureen | Boham, Keith and Allison | Cardenas, Albert and Lidelis |
| Auger, Jerry and Susan | Bontu, Prakash R. and Rupa | Carter, Jack Jr. |
| Awadallah, Mazen | Bordy, Agnes | Caruso, Leanard and Cheryl |
| Baggiero, Alan and Dena | Borodiak, Ivan | Catalano, Pete and Annett |
| Bailey, Robert and Anne | Brandolino, Rose | Cerna, Fernando and Cristina Jones-Cerna |
| Bailey, Vickie, Deceased; Gale Dickson - Personal Representative | Braun, Michael and Ilana | Chanderdat, Jairaj and Taijrance |
| Ballard, Mildred | Brereton, Matthew | Cheeran, David C. and Mary |

Chiarelli, Zopito and Palma

Child, Quinn and Cheri

Chladny, Ray and Stafford, Debbie

Christian, Firdie and Deyse

Cianfrini, Jerry

Cintula, Theodore

Claybaker, Richard W. and Klingsick, Judith D

Cooper, Jon and Sondra

Corcos, Menashe and Robin

Costoya, Jose and Maria

Crawford, Dawn and Scott

Cuellar, Javier and Echeverri, Laura

Cullin, Thomas and Delcie

Cunningham, Jean

D'Ambrosio, John and Pamela

Darmodihardjo, Denny and Tammy

Davis, Michael and Santagata, Paul

Defusco, Rob

Deitsch, Erik and Elizabeth

Delpapa, Pamela

DePompa, Angelo and Bianca

Desrosiers, Marie

Dew Five, LLC, c/o Richard & Gilda Podber

Dharamsey, Shabbir

Diallo, Alfa and Molero, Karla

Dion, David and Parks, Eunice

Donlon, Barnaby and Martina

Doria, Vincent and Mary

Dowling, D.J. and Andrea

Dunbar, Jean

Duval, Jean and Marie Jacquet

Dye, Eileen

Edwards, Cecile

Effron, Roger and Salley

Eisenfelder, Scott and Jilea

Elliott, Rogert

Elorriaga, Mikel

Enyart, James and Constance

Esmail, Nasim

Espinal, Joseph and Fabiola

Espino, Julio and Evangelina

Estadt, Barry and Jean

Evans, Cynthia Kay

Faber, Fred and Irene

Falke, Kenneth & Maureen

Fechik, Deborah and Stacker, Edwin

Fifteen B's, LC /Bruce, Isaac/Santangelo Carl

Flanagan, Barbara C. & John Bowman

Floyd, Leroy and Bernadette

Frais, Berenise and Sherley/Frais, Jonah

Frank, David and Catherine

Gall, Earl and Gywnn

Gallo, Louis

Gareave, Sterling and Jean

Gatto, Charles

Gaynor, Peter and Tracy/Ackerman,Lillian

Gesualdo, Domenic and Darlene

Ghate, Bageshri andDilip

Gillespie, Thomas J.

Gilligan, Brian and Carina

Glaum, Leroy and Virginia

Glick, Brad

Glickman, David and Joan

Gobos, Peter V.

Goldblum, John and Shirali, Asmita

Goldstein, Marh and Nina

Gonzalez, Reinaldo and Kariana

Goodus, Richard and Jane

Gopal, Renganathan & Induleisha

Gordon, RoseMarie

Gottung, Douglas and Dolores Florio/Joyce Gottung

Grajales, Beatriz

Greenberg, Jason and Susan

Greenblott, Charles

Grote,Joe and Janet

Danielle K and Julia Ruth Grote

Guerrero, Nelson and Gretty Mendoza

Haiman, Phillip

Hajela, Kuldeep and Karuna

Harrison, George

Harikrishnan, Sundaram and Jeeva

Heckman, Gary and Hall, Katherine

Heller, James and Barbara

Helmkamp, Christopher and Zivile

Herbert, Ken and Margot Foglia

Hertel, Larry and JeAnne

Hierholzer, Brian and Meena

Hoffman, Marvin and Dorecia

Hogan, Rober J. and Joanne

Horvit, Adam and Marilyn

Howard, Agnes and Terril, John

Howard, Evelyn

Iannazzi, Ronald and Florence

Inglis, John and Luella

Jeannot, Welcemen & Kathleen

Johnson, Michael and Janet

Johnston, Victoria

Jones, Gail

Jones, Roosevelt and Green, Barbara

Josephson, Anthony and Philomin

Kapit, Arthur and Michelle

Karl, Peter and Donna

Kasl, Paul and Melody

Kaufman, Jeffrey M. and Linda G.

Kim, Charles and Helen

Kim, Jennifer J. and Phil Won Suh

Kirsch, Yoshi

Knock, Luther David

Kovacs, Michael and Judith

Kranstover, John and Linda

Kraut, Lee

Krulik, Holly and Douglas

Kupfer, Larry and Robin

La Fleur, Marius and Wendy

Laguerre, Lucien

Lahn, Gerard & Karen

Lalama, Frank and Romy

Lapidot, Ori

LaSalle, Julio and Carmen

Leslie, Kathleen

Lessick, Michael

Levine, Daniel and Tamara

Joie D. and Landon D. Levine

Levy, Kenneth and Lynn

Lewis Eloise

Lief, Matthew and Delores

Lightle, Kenneth

Lim, George & Percy

Lippold, Patricia/Hibbs, Janet

Lizotte, Richard and Robichaux, Ronald Jr.

Lizotte, Richard and Susan

Lopez, Javiel and Natiai

Lopez, Jose Juan and Carmen Monsalve

Lowe, Talut, Lowe, Linton and Mercedes

Lowe, Daniel/Lowe, Arran

Lumare Properties/c/o Mauricio Reyes Henao

Lynch, Richard

Machado, Williams Bicelis and Franyelina Lopez

Magpantry, Maria Elaine

Mancuso, Robert and Lorraine

Marcario, Katherine

Markowitz, Brian and Nancy

Martin, Robert & Acela

Massachi, Amy

Maya, Adi

McAuliffe, James & Carole

McCarty, Terrance and Sandra

McCauley, Edward and Jeanette

McCoy, Douglas & Carolyn

McEneany, Edward

McNitt, David and Sharon

McPherson, William & Claudette

Meyer, Robert & Lynn

Miguelez, David & Stephanie Miguelez

Miller, Alan & Christine

Molina, Cesar and Monica

Moser, Mary Catherine

Neste, Dave

Nijhawan, Balraj and Pushpa/c/o Pradeep Nijhawan

Norton, James P. & Joan C.

O'Neil, Gerald & Brasch, Jacqueline

Onori, Paul

Orlando, Dario

Orjuela, Sonia

Ornstein, Steven and Jodi Orenstein

Oropesa, Omar & Danielle Brandy & Olivia Oropesa

Ortiz, Amelia & Mark & Candace & Brianna

Patterson, Gary and Nicole

Patterson, Sydney Patterson, Sean

Patterson, Scott A

Peloquin, Michael and Erin

Perone, Samuel

Pike, Lisa

Plushko, Valentin and Nadezha

Poliseo, Daniel and Donna

Portsmith Condo Association/c/o Kenneth Hinkley, President

Pratts, Norberto & Belgica

Price, Robert and Edith

Prieto, Jorge and Jennifer

Provenzano, John & Karen

Pruscha, Calman & Charleen Living Trust

Raio, Joseph

Ravelo, Carlos

Reyes, Evelyn & Viera Lazara

Richards, John and Patricia

Rizzo, Frank & Christina

Roberts, Velda

Robichaux, Ronald, Jr.

Rodriguez, Jorge A. and Lizet

Rojhani, Ira & Sherri

Romain, Doug

Romano, Rita

Rooney, Frank

Rose, Michael

Ross, Robert and Natalie

Rubenstein, Richard and Cathy Stubins

Rubin, Laurence & Helen

Ruiz, Vincent & Diana

Russinoff, Ian & Irvia

Ryan, Frank and Lisa

San Filippo, Keith and Linda

Schafer, Clyde and Pauline

Schmitt, Gerd (Trust)

Schultheis, Gary and Maryann

Seall, Stephen & Barbara

Sexton, Brian & Shannon

Shirali, Sudheer and Charu/c/o Canton Pediatrics, Inc.

Siegel, William and Sandra

Silverblatt, James and Cheryl

Silvestre, Luis & Melissa

Sisk, Robert and Suzanne

Smietana, Mark J, Rugiano, Laruel

Smith, Donald and Winsome

Solomon, Daniel & Grace

Sontheimer, Shirley

SoSa, Gustavo & Maria

Soska, Frank and Maria

Spallina, Joseph and Mary

Spangler, John and Rita

Sposa, Jacqueline

Squiccirini, Robert and Melissa

Stewart, Chester

Stringer, Allen & June

Szirovatka, John

Tann, Guy & Dorothy

Thomas, Craig and Carol

Tiano, Pete & Sharon

Timberlake, Frank & Laura

Tobin, Eric and Beth Sorenson

Toscana II at Renaissance, Inc. c/o James Enyart, President

Troutman, Rodney and Sheila

Trump, Chris and Kelly

Valentine, David & Donna

Vasquez, Claudia

Ventimiglia, Sal

Verger, Jose & Valerie

Villarama, Lilia

Virella, Vilma

Vollrath, Richard & Rebecca

Weiner, Darryl

Wengel, Lawrence and Susan

Wilbar Investments LLC Dean Barnett, President

Wilkinson, Paul & Joann Clean Tech Buffs, Inc.

Willis, John & Lori

Witteveen, Michael

Wojciechowski, Thomas

Woodruff, Henry

Wynter, Viola

Kim, Nina

**Lambert & Nelson, PLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Guidry, Richard and Amy
Pierson, Jan and Neil
Campbell, John
Amato, Dean and Dawn
Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust
Holleman, Timothy and Lisa, (individually and on behalf of their minor child, Matthew Holleman)
Gammage, Dr. Dan
Kehoe, Molly
Galloway, Jason and Deborah
Fisher, Steve and Corrinn
Campbell, John

**Landskroner, Grieco, Madden, LLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Austin, John

**Law Offices of Rusell Lazega,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Orlowski, David

**Law Offices of Patrick Connick** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bartholomen, Alexandra and Craig

**Law Offices of Sidney D. Torres, III,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Gerica, Ramona
Landry, Gerard and J. Leatrice Kiefer and Landry, Decker and Julia
Sicard, Austin, Jr.
Uli, Peter and Catherine

**Lemmon Law,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Clement, Paul and Schexnaydre, Celeste
LaCroix, Jim

**Leopold Kuvin,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Berson, Gloria and Fuhrman, Keith | Williams, Mike |
| Bradford, Deborah | Etter, Steve and Cathy |
| Burrus, Jordan | Forrest, Adrian and Wendy |
| Hamilton, Wayne | Galluzzi, Joseph and Heather |
| Hoagland, Lawrence and Ann | Wachter, William and Jill |
| Jarvin, Francis and Kathy | Arcese, John and Mary |
| Knapp, Russell and Jonas, Audrey | Wagner, Tracy |
| Palsgraf, William and Maria | Feinberg, Manley and Diane |
| Shurer, John | Satter, Jonathan |
| Badchkam, Annette | Toth, Daniel and Gessica |
| Catalano, Thomas and Faye | |
| Feuerberg, Bryan and Emily | |
| Skora, Gregory and Danielle | |

**Lestelle & Lestelle, APLC,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bennette, Lillie & Joseph

**Levin, Fishbein, Sedran & Berman**
**Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzales, Kalbac & Kane;**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Sheldon Friefeld, Inc. and Southern Homes Development Corp. | Davis, Jesse | Groom, Richard and Pamela |
| Abiega, Elisa | Deane, Robert and Lois | Guerrazzi, Diego/Magaly Nano |
| Aboulafia, Steven | Deutsch, Hunting and Mary | Gutierrez de Garcia, Jose and Maribel |
| Alvarez-Farre, Emilio/d Martha | Diaz, Fernando | Herbert, Jason and Shanique |
| Akers, Christine & Robert | Egan, Michelle/Giancario Lee | Charles, Frantz/ Damaris Paulin |
| Balan, Kirenia and Jorge | Elsenberg, Brian and Lauren | Harmer, David and Heidi Kay |
| Bagley, Gerald | Elzein, Hassib | Hay, Robert and Maria |
| Bello de Bachek, Nilda | Eskenazi, Anna and Mark | Jaramillo, Consuello and Martinez, Ana |
| Benullis, Stephen and Michelle | Ferguson, Kejuana/Livingston . | Jesus, Manuel and Liliane |
| Bloom, Andrew and Ina | Fernandez, Jorge and Michelle | Johnson, Charles and Molly |
| Borges, Haroldo | Flores, Julian and Nathalia Cora | Jones, Gail |
| Brady, John and Joann | Frenchman, Beth | Kurutz, Barbara and Stephen |
| Burgess, George and Karen | Galvin, Larry and Rene | Lamma, Husein |
| Byrne, Gertrude | Gamboa, Hernan | Laraque, Jean & Gueldie |
| Cassanova, Filberto | Glover, Bonnie J. And Craig | Leben, Roger and Janet |
| Christian, Kevin | Gonzalez, Miguel Angel | Litten, Randall |
| Coombs, Donald | Gonzelez, Oscar | Lukaszewski, Lynn |
| Dacosta, George | Gonzalez, Omar, Victoria and Miriam Velez | |

Machado, Cleber and Sandra
Mardeni, Marirose and Roberto
Martinez, Felix and Jenny
Mazza-Martinez, Tania and Armando
Miller, Daniel
Nelson, Dick and Nancy
Neumann, Allan
Ng, Winnie & CheeWah
Novello, Robin
Oceanique Development Company
Oves, Jose Francisco
Pabon, Fernando
Ramsarran, Lloyd and Dinah
Reid, Grant and Kathyrn
Rinaldi, Jr. Joseph J.
Rizzo, Ricardo/Alfonso, Madelin
Roberts, Steven and Jennifer
Rodriguez, Jeryl & Jose
Ronkin, Joel & Sharri
Roseman, Robert & Linda
Rosen, Michael
Rossi, Richard and Joanna
Santamaria, Carolyn and Daniel
Santiago, Jason
Sardina, Raymond
Sarkar, Immanuel and Robinson, Catherin
Seifart, Armin and Gore, Lisa
Sirota, Alli and Paul
Souza, Juliana
Starkman, Jeffrey and Sharlene

Tarzy, Jim
Trepkowski, Carrie and David
Turner, Earnest & Pigi Caretti
Urdaneta, Herving/Annielys Aular
Vickers, Karin
Villalta, Daniel
Wisdom, Katori and Patrick
Woodbridge, Robert and Dale
Zeller, Maria Rosa/Solabella Company Limited
Zervos, Angelos and Gregoria
Esteves, Jose
Chester, Cheryl/Fischer, Donald
Mendoza, Esperanza & Adolfo
Pelner, Richard and Debra
Richardson, M.L.
Ameneiro, Sandra and Gino
Asad, Issa and Noha
Fuchs, Steven
Holmes, Elena
Johnson, Paul and Caron
Kolbenheyer, Howard
Lahey, Patrick
Maltby, Wesley and Diane
Manes, Ronald
Mizne, Michael and Jeannine
Puri, Antonio Cesar
Riccardi, Peter and Rose
Samberg, Brian and Lori
Seyour, Serge
Smith, David and Wendy

Stanley, David and Patricia
Vasquez, Martha
Wahlgren, Henry and Joan
Walter, Todd
Harris, Hugh and Elizabeth
Singleteary, Stephen B.
Stephens, Ricardo
Mandsaurwala, Ali Asgar and Shadaab
Saieh, Clifford
Atkinson, William
Arango, Oswaldo
Elliot, Dezman
Fergusson, Monica
Ramirez, Fredrick
Joachim, Ronald
Promenade at Tradition Community Association, Inc.
Fernandez, Damian
Gaita, Gina (Promenade)
Real Estate Resolutions Group, LLC
Hueston, Debra (Promenade)
Mikita, Michael
Ritter, Bill and Elizabeth
L&M Estates
Bush, Charles and Judy
Chery Jean-Robert and Presina
Defalco, John
Cuningham, Eddie

## Levin, Papantonio, Thomas, Mitchell Echsner & Proctor, P.A.
### *Counsel on Behalf of the Following Individual Plaintiffs*:

DeBenedictis, Frank & Deborah
Felicetti, Steven & Gayle
Rosen, Richard & Elissa
Rohan, Patricia and Donald
Matzer, Joy and Robert
Conrad, Formica/Fayard, Crystal
Richards, Stephen and Donna
Cindrich, Jeffrey and Tamara

**Lobeck & Hanson, P.A.** *Counsel on Behalf of the Following Individual Plaintiffs*:

Burzotta, James and Rita
Tuhro, Raymond W. and Nancy

**Lumpkin & Reeves,** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | | |
|---|---|---|
| Atkins, Lynard | Whipps, Jared | Willet, Frank and Deidre |
| JJ Hill, Brace & Limb Co. | Allen, Kennith & Cora | Wood, Sheila |
| Brand, Maryann | Anglada, Mark | Bartels, Kerry & Marie |
| Coats, Chuck | Barranco, Johnny | Blacklidge, Rhonny |
| Donston, Cubby | Chapman, Patrick & Elizabeth | Braun, Steve and Helen |
| Farve, Beverlie | Conner, Virginia | Howard, Cynthia |
| Fath, Tom | Craig, Brandy & James | Ladner, Brent & Stacy |
| Gagnard, Gary | Curthards, Nicholas | Smith, Audra Ray |
| Green, Vaneen | Eze, Joann | Cuevas, Marvin and Angela |
| Hiller, Billie | Fath, Tom | Braun Enterprises |
| Hodge, Debra | Feeney, Fred and Susan | Hebert, Deborah |
| Holland, Diane | Formice, Conrad | Ayers, James and Leona |
| Huckabee, Harold | Gazzier, Neoma | Acevado, John |
| Landry, Floyd | Gonzales, Angela and Saul | Roberts, Greg |
| Lescault, Henry | Hartfield, Linda and Robert | Goodspeed, Jeff and Tracy |
| Lorona, Karen | Hick, Todd | Bonamour, Mikea nd Deborh |
| Maddox, Sidney | Nguyen, Anthony | Lewinger, Elizabeth |
| Perrio, Carla | Pagador, Tabitha | Riverbend Homeowners |
| Rapp, Chari | Perez, Louis | Association |
| Redmond, Benny | Perone, Pat | Masse Contracting, Inc. |
| Reed, Dustin & Amy | Peterson, Daniel | Klien, Lee |
| Sanders, Billy | Pitre, David | Garrett, Roger |
| Seliby, William | Polk, Sarah | Foote, H. David |
| Simmons, David | Toronio, Eric | |
| Taylor, Russell | Wagner, Mark | |

**Martzel & Bickford.** *Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Carillo, Lou and Marge | Ragsdale, Tara |
| Seiler, Marie | Robair, Alexander |
| Burke, Thomas & Mona | Schields, Larry |
| Garrett, Philip & Courtney | Smith, Clinton & Kelly |
| Gotreaux, Dustin & Korie | Tabor, Edward & Emmilou |
| Lang, Joe & Amy | Armstrong, David and Bonnie |
| Matherne, Erich & Hayley | Steele, Jason and Peny |
| Methvin, William & Deborah | Whitaker, Robert and Dana |
| Patin, Danielle | |
| Quilio, Sandra | |

**Matthews & Associates**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Carter, Alexis and James
Dukes, Donald
Doby, Brenda
Klemann, Travis and Rachel
Elliott, William & Mary Ann Fryc
Huckaby, Michael and Jennifer

**McCallum, Hoaglund, Cook & Irby, LLP**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Fairburn, Tom & Cherie
Farmer, Sherry
Graham, William & Martha/
  Betty M. Harrod Trust
  Trust for the Benefit of      Martha
H. Graham Under the Betty M.
Harrod Trust
Gilbert, Tony & Ann
Greer, Matthew & Olivia A.
Griffith, Alan & Zoe
Hand, Lincoln & Mimi Wade
Harper, Robert D.
Ezekiel, James David & Suzanne
Howard, James and Binion, Carol
Howell, Michael, Susan and Ralph
Hunter, Thaddeus L. & Pamela
Joseph, Booker & Brenda F.

Killen, Cindy
Lawrence, Ericka & Cornelius
Loney, Christopher & Rochelle
Maier, William Craft
Marston, William Thomas II and
Janine Marie Hansen Marston
Milano, Jason & Sarah Bennett
Moore, Victor
Newton, Twnica N.
Noel, Patrick & Jacqueline
Richardson, Cherie & Keith
Ridley, Arnold Lee & Rada Waheed
Gendeel Al-Armaish
Rodgers, Jeremy A.
Starnes, Tracey & Vickie
Tanis, Donald & Susan

Thompson, Otis Darren &
  Susan
Vincent, James Russell and Maria
Whaley Vincent
Wilkens, Susan
Wright, Jeff & Suzanne J.
Yarbrough, Rebecca K.
Daniel, Michael & Monica
Crawford, Gary & Linda
Corley, Kyle & Szymela Lorie
Chapman, Duane & Sarah
Bunn, James & Michele

Ashmore, John Britton
Howard, Hillary K.

**McIntosh, Sawran, Peltz & Cartaya**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Casey, Hugh
Gutierrez, Victor and Bibiana

**Michael L. Fondren, P.C.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Roberts, Lois Bosarge

**Milstein, Adelman & Kreger and Roberts & Durkee**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ammons, Dana and Rick
Arbelo, Luis and Fatima
Arias, Mirtha
Auerbach, Suely

Avello, Daniel and Isbel
Bailey, Gary and Kristi
Bailey, Georgia and William
Banks, Jeremy and Carla

Bissoon, Suresh and Oma
Braithwaite, Judy
Brown, Habdon and Carla Joseph
Brown

Callahan, Donald and Joanna
Calvo, Jeannette/Martinez, Tyrone
Ceminsky, Gerald and Margaret
Corell, Robert and Angela
Craig, Bill and Jill
Crawford, Monique and Shand, Elaine
Crispino, Peter and Mary Ann
Cummings, Barrington/Brown, Annmarie
Dabalsa, Ricardo
DeCambre, Nadine and Bell, Pansy
Dolinsky, Chanel/Wainstein, Victor
Dowdy, Alfred and Joyce
Epstein, Kim
Feler, Svyatoslav/ /Smolyanskaya, Yelena
Fernandez, Jose and Lissette
Ferri, Albert and Francine
Ford, William and Melanie
Gonzalez, Victor/Socarras, Yelene
Graham, Marlene and Jay Russell
Grasmeier, John and Marie
Gumpert, Melvin and Shirley
Hernandez, Cynthia and Pedro
Howard, Walter and Juliette
Jackson, Stephen and Graciela
James, Janelle
Kingsnorth, Bob and Grace
Kasakowski, Lawrence C. And Wonderlick, Diane Kelly
LaDow, Gilbert and Dolores
Litus, Rodney and Suze
Kinelmi, LLC
Muenchen, Stephen Sr.
Mulligan, Vincent and Virginia
Naustdal, Oscar and Donna
Orcutt, Aaron and Tracey/Gallo, Vito
Palmer, William and Anne
Panessa, Bart
Pena, Adelky
Pensabene, Joseph and Patricia
Perez, Jorge and Rosa
Persaud, Narayan and Durpattie

Pitter, Delroy and Jacqueline
Reid, Marvin
Hernandez, Ramon L Rivas and Bermudez, Nilda Vega
Rodriguez, Nicole/Canfield, Carrie
Schlichte, Henry and Cheryl
Seavers Jay and Sandra
Sica, Donna
Silvestri, Richard and Lorraine
St. Cyr, Randa and Emmanuel
Suo, Qi Ming
Surman, Fred
Walsh, Darion
Watson, Patrick and Paula
Whidden, Tyler
Williams, Margret Angella
Bell, Gerald and Helen
Carvajalino, Carlos
Chrusz, Ryan and Kelli
Conte, Margaret Ann
Costoya,, Armando and Ileana
Cuddapah, Prabhakara and Ramathilakam
De Los Santos, Rosibel/Brian
Efries, Nathan and Patricia
FMY Ventures, LLC
Gillard, Rudean
Gonzalez, Luis and Caridad
Gonzalez, Roberto/Rivera, Fernanda
Hafeez, Muneer and Khalida
Henry, Michael and Joanne
Laudermilk, Richard/Jewelstine
Macario, Juan
Marcinkiewicz, Michael/Lillian
O'Brien, William
Pelland, John and Susan
Rottau, Erwin/Cloeren, Mary Jane
Zheltkov, Victor and Lyudmila
Mullen, Thomas and Kathleen
Peterson, Derrick & Robin
Griffith Richard and Olga
Morgan, Jetson and Lee
Palmer, Olga
Holley, Charles and Heidi
Mullen, Thomas and Kathleen

Werner, Udo
Coords, Maria
Albano, Carol
Albert, James & Mariamma
Beauvilet, Jean Louis
Levitan, Lev & Rosaliya Makarchuk
Persaud, Thakur
Segundo, Rafael & Ana
Smith, Michael & Tatiana
Borgardt, David & Kathy
Bravo, David and Ilanes, Cossette
Cohen, Carol
Conroy, John & Sandra
D'Angelo, Mara & James
Ebersole, Maria Architectural Alliance Holdings, Inc.
Elmurr, Johnny
Fischer, Dirk & Svetlana Fisher
Fogle, James & Tecquinette
Geraci, Vincent & Joan
Gulf Reflections Condo Assn
Peace, Stephanie & John
Saeks, Sieglinde
Shaw, John & Barbara
Suarez, Humberto
Thomas, Omar & Nordia Nelson
Toledo, Marcia
Transland, LLC
Arias, Evelyn
Barcia, Aurora
Barragan, Fernando & Barbara
Fallmann, James & Barbara
Gay, Diana
Henson, James Meredith
Hernandez, Nicolbe & Sepia Reid
Ivory, James and Mariamma
Kallas, John & Katherine
Kent, T. Jack
Ma, Guofeng & Cheng, Wei
Mackoff, Arlene & Charles
Masmela, Bryan
Miller, Bradley & Tricia
Nunez, Carmela
Osterberg, David & Andrea
Patino, Hector

Restrepo, Socorro
Rizzo, Jack & Luz
Scarlett, Perry & Stephanie

Semrau, Terrance Scott & Deborah
Teegarden, Randy & Teresa
Tutin, Barry and Barbara

## **Morgan and Morgan**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Cole, Harley and Brenda
Kottkamp, Jeffrey and Cynthia
Alava, Alicia
Allen, Brookman/Carolyn
Billy, Ronald and Tabitha
Dempsey, Timothy and Kevin, Trustees of Agnes G. Dempsey - Revocable Trust
Hartmann, William/Karen
Hary, Michael/Sarah
Hurley, Harry/Rosemarie
Macri, Joseph and Earl Heller
Mercado, Juan/Irena
Nichols, Gregory and Jill
Perez, Geraldo/Olga Alfonso
Roche, Ross D. And Mary Ann K.
Rodriguez, Javier and
    Sepulveda, Catalina
Spoto, Anthony/Sharon
Valle, Gladys
Willingham, Peter/Marty
Young, Michael/Patricia
Adcock, Jerald/Melissa
Canciglia, Michael/Runda
Kata, Carlos/Carolina
Janssen, Richard/Tamara

Latona, Giovanni/Christine
McLendon, Brian/Stephanie
McVety, Michael/Terri
Morrison, Jeffrey/Leigh
O'Keefe, James
Origin Capital VII, LLC
Quimby, Clayton/Cheryl
Runyon, Thomas/Sonia
Samos Holdings, LLC
Tenny, Thomas/Rene
Tran, Andy
Brooks, George
Delgado, Johnnie and Aimee
Janssen, Richard and Tamara
Joseph, Kesnel and Francine
Klujian, Matthew and Sirarpi
Livesay, Michael J.
Norman, Louis and Patricia
Paukovich, Michael/ Margarita
Perga, Anthony and Marcia; Tanke, Steven and Suzanne
Richardson, Franklyn
    /Kimberly
Scoone, James
Sulen, Francisco

Swanson, Andrew and Maria
Terlizzi, John
Baker, Garry/Lynn
Chandler, Leslie and Shemel
Fitz-Patrick, Michael/Karen/ KSK Investment Group, LLC
Galluci, Gary/Patricia
Gomez, Alfredo/Sylvia
Gropp, Terry/Hilary
Holmes, Christine M.
Kol, Dan/Phalla/Kol,
    Frank/Jennie
Lester, John/Jaycine/
    Schiller, Larry
Marino, Jonathan
Martinez, Gerardo/
    Pomares, Ivonne
Meltzer, Marc/Carol
Mirakian, Samuel
Stokes, Wyman
Stopa, Gary/Sharon
Ursu, Flaviu-Emil/Dorina
Van House, Robert/Jean

## **Murphy, Rogers, Sloss & Gambel**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Butler, Hilliard and Sheral
Crosby, Patrick and Jennifer
Macmurdo, William and Cornelia

## **Older& Lundy**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Lundy, Michael

**Parker, Waichman, Alonson, LLP**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Allen, Shane and Nicole
Campanelli, Larry and Karen
Cronin, William and Margaret
Schatzle, Ralph and Judith
Entrust IRA SW Florida, For IRA #
   56926, Edward Adams
Awalt, Donald/Awalt, Tatiana
Aymerich, Jason
Baginski, Andrea
Baker, Joseph/Brittany
Belfiglio, Mark
Bilski, Walter and Tracey
Bizarro, Julio
Bosarge, Deborah
Boxe, Kevin and Roxann
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Cahill, Thomas and Susan;
   Lengemann, Robert and Mary
Cannistraci, Darlene
Chapados, Rene/Pierce,
   Lonnie
Christiansen, Jamie Weber
Christensen, Richard W Revocable
   Trust and Linda M., Revocable
   Trust
Ciaramitaro, Dominic
Clouse, Ronald and Eileen
Coogan, Kevin and Stella
Copeland, Justin and Kelly
Cucci, Jacqueline
Davis, Wendell and Maritza
Demers, Jeffrey and Audra
DeVita, Gerard and Ellen
Dinitto, Patrick and hevanilson
   Magalhaes
Dishauzi, David
Dishauzi, John and Rose Marie
Dodge, Beverly
Dominguez, Antonio/Zeneida
Edmondson, Willie/Margarita
Edwards, Curtis and Kristine
Frank, Stephen and Susan
Frew, Brian and Susannah
Geissler, Arthur and Sherry
Geloso, Guiseppe  and Rosa
Mosca, Roberto and Lina

George, Christopher/Vacca,
   Natalie
George, Faith
Giffoni, Carlos and Ana
Glewa, Garrrett
Gonzales, Nina
Gottlieb, Howard and Marilyn
Grippa, Vincent and Virginia
Hartley, Loren C., Trust
Hatzokos, Aris and Angela
Hayre, Harbhajan
Hochman, Todd and Michelle
Huzey, John/Brennan, Chun
Jendersee, Melvin and Cary, Gloria
Kalish, Joshua and Martin
Karaian, George and Bernadette
Kazor, Joseph and Patricia
Keller, Brad and Kerry
Keenan, Brian and Shannon
Kuhner, James/Laine, Janet
Lauer, David and Dolores
Lewis-Zillini, Tokiko
Lobb, Karol and Tatiana
LoMonaco, Philip and Deborah
Louis, Adlain
Maloy, Jack and Louise
Mancini, Edward and Solvick,
   Grace
Marines, John and Judy
Martin, Patrick and Alice
McCaffrey, Patrick
McHugh Real Estate Holdings, an
   Ohio Company
McKenzie, James and Elizabeth
Mozdzonek, Agnes
Nevels, Susan
O'Connor, Andrew
Oe, Jonathan
Ortiz, Leiszardo and Benedicte
Palma, Hector and JoAnn
Panariello, Agostino/Johanna
Perez, Tyrone
Petkin, Paul and Therese
Pezze, Dan and Carol
Pisaris-Henderson, Craig Kelly
Price, Kevin

Reino, Helen
Roy, Gerard and Nancy
Saggese, Thomas and Joy
Salerno, Valerie
Schmidt, Dale and Sheila Ann
Schwall, Edward and Madaline
Small, Norma
Smillie, John and
   Samantha/Chapman, Michael
   and Heidi
Sokich, Kristin and Kristen
Sutton, James
Tabor, Donna
Teixeira, Adelino and Sandra
Tiburzi, Angelo and Mary Anne
Tinoco, Lester and Soymar
Tran, Phu and Dao
Venturoso, Maria
Vitiello, Anthony and DiPlacido,
   Laura
Vivante at Boca Lago, Building V
West, Fern, Trust
Woolley, Scott
Young, Arne and Jeanie
Berman, Seth and Ginger
Bolyard, Christopher\Rachel
Bound, Brenda
Bryda, Louis and Karen
Burgos, Philip and Robbin
Cavalieri, John and Jennifer;
   Cavalieri, Simoni and Candece
Chowdhry, Pervaiz
Clarke, Michael and Peggy
Daly, Patricia and Schrank,
   Kimberly
Decker, Enid and Harriet
Delbusto, Barbara
Dontje, Mark and Katherine
Ferguson, Lee and Melinda
Craig, Philip and Foxwell, Linda
Fuentes, Rolando and Marquirez,
   W. Annia
Gardner, Winston and Joyce
Gonzalez, Hender and Kathrine
Hall, John and Denise
Hernandez, Marla
Hoyos, Hernan

Hunter, Stephen and Patricia
Julian, Marcelo and Maria
Khimani, Zareen and Suleman
Lang, Janet
Lopez, Stephen
Macke, Casey and Adrienne
McDavid, Fermon and Loretta
Miller, William and Marlene
Morton, Gary
O'Loughlin, William\Mary
    Ellen
Peoples, Daniel and Gionsiewski,
Desiree
Plazas, Luis and Sandra
Plotkin, Peter/McNeel, Diane
Pote, David and Eugster, Linda
Quebbeman, Brad and Lisa
Ristovski, Van
Ryan, Michael and Michele
Salloum, Eddy and Bechara
Sanchez, Jacqueline
Sanclemente, Leonardo/Nelly
Sanfilippo, Frank
Slowley, Andre, King, Hana and
Walters, Leonie

Stone, Blayne and Charlayne
Todoroski, Vasil and Vera
Vieau, Mark and Sheryl
Walton, William
Wilson, Teresa and Stephen
Wolf, Frederick/Acosta, Ynes
Amaya, Jose/Hernandez, Reina
Armstrong, Clayton and Amy
Bahl, Ashima
Brotbeck, Charles and Sandra
Daly, Patricia
Duggins, Bruce and Maria
Gallotta-Dimassi, Cheryl
Gonzalez, Adalberto /Annette
Hernandez, Divaldo/ Migdalia
Road and House, LLC
Rodenhouse, Robert
Sanchez, Jason and Elizabeth
Scaletta, Thomas
Schlief, Robert and Krista
Sheppard, Kenneth/Catherine
Baker, Omar and Townsend,
Adrianna
Brito, Juan
Jaquez, Frank

Avalon Preserve Condominium
    Association, Inc.
Bettencourt, Virgil and Mary
Alexandre, Dieuseul and Marie
Clark, Jason
Denkhaus, David and Diane
Derzhko, Miroslav and Dzyndra,
Jaroslawa
Herrera, Vincente and Maria
Igl, Patrick
Marshall, Kathryn
Nukho, Michael, Edward and
    George
Petersman, Craig
Quaglietti, Rocco A. Jr., Trust
Barry, Scott and Judy
Constantino, Anthony/Iraida
Barrios, Orlando/Escalona,
    Amarilis
Kozlowski, Michael
Langfeld, Stephan
Toran, George, Jr.

## **Paul A. Lea, Jr.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bonnecarrere, Wavi Lee
Bourdon, Lucille
Donaldson, Malcom & Kelli
Gremillion, Paul and Andrea
Harris, A. Brent & Judy
Hufft, Val and Audrey
King, David and Mary
Mizell, Fred & Taffenie

Piwetz, Randy & Jeanne
LeJeune, Michael and Melissa
Segreto, Mark and Victoria
LeBlance, Calvin and Sara
Jackson, Senora B.

## **Peyton B. Burkhalter**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Boudreaux, Virginia R.
Miller, Vickie T. Egan

## **Pita & Del Prado**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sanchez, Alfonso and Maria

**Pittman, Dutton, Kirby & Hellums**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Trott, Darrell and Tammy

**Podhurst Orseck, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Alcindor, Nevinsthon & Marlen
Chaplin, David and Arlene/c/o Evan Seif, Esq.
Druand, Pedro and Alice
Jaspers, Peter
Garcia, Jesus/Fernandez, Julio
Harrell, Jason & Melissa
Hernandez, Jose & Concepcion
Johnson, Christopher & Loray
Otero, Edgar & Kellie Ann
Raso, Anthony
Salinas, Maria E.

Thomas, Michael
Smtih, Steve
Brown, Faith
Bel Burgo, Carlos and Leonor
Chavin, Valerie/Shmuely, Rami
1100 Valencia LLC
Blanco, Christopher and Cristina
Dauterive, Valliere, Margaret and Savoy, Ann Dauterive

**Potts & Potts, APLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Wood, Pamela Ann

**Reich & Binstock**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Martinez, Mario and Diane
Vest, Jason
Doering, Paul
Allard, John C.
Flanagan, Jane
Hitt, James and Tammy
Schmidt, John

**Roberts & Durkee, P.A. and Milstein, Adelman and Kreger, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Peterson, Derrick & Robin

**Saunders & Walker. P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Stan Pinkus Revocable Trust
Bache, Alan, Charlotte Fuller & Michael Messner
Profit, Russell and Georgina
Sferrazza, Laura
Smith, Adrian & Micaile

**Seale & Ross, APLC and Kevin Landreneau**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Anders, Thomas G. And Nicole P.
Cassard, Jesse and Angela

**Seeger Weiss**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Huckaby, Brian
Williams, Dina and Kerry

**Shapiro, Blasi, Wasserman & Gora, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

D'Loughy, Daniel J.

**Simon, Sigalos & Spyredes, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Sharper, Darren

**Stone, Granade & Crosby**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Loftis, Dell and Lydia
Styron, Charles

**Taylor, Martino, Zarzaur, P.C.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Valverde, Mark
Allen, Patricia S.
Payne, James and Vicki
Marsell, Thomas and Peggy
Mason, Phillip and Candace
Smith, Bo and Laura
Simmons, Kevin and Gayla
Finch, Joan
Prichard Housing Authoirty
Anglada, Mark
Fayard, Amanda
Allen Young
Michael Cabrera
James Byers

### The Law Office of Joseph M. Bruno, APLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Gardette, Michael A. and Nicole
Carter, Daniel
Peters, Ronald
Roberts, Jeffrey D.
St. Martin, Janell

### The Thornhill Law Firm, APLC, *Counsel on Behalf of the Following Individual Plaintiffs*:

Andersen, James and Elizabeth
Besson, Ellen and Michael J.
Chutz, Lily Rose
D'Amico Michelle and Daniel
Fitzmorris, Mireille McLain
Moreau, Catherine and Patrick
DiMaggio, Juanita
Despote, Eddie & JoAnn
Johnson, Dr. Scott Raymond
Diez, Mr. Douglas (agent/member and Pelican Point Properties, L.L.C.)
Pelican Point Properties, LLC
Jastremski, Florence
Silvestri, Susan W.
Stovall, Virginia and Daniel
Thomas, Darlene and James

### Vaughn & Bowden, PA. and Wooten Law Firm, *Counsel on Behalf of the Following Individual Plaintiffs*:

Brown, Ronald T. & Marilyn
Cuevas, Marvin & Angela
Gant & Shivers Homes, LLC
Hogan, Christopher & Kristen
Holliman, Jimmy & Debra
Nabors, Jason & Charlotte
Postler, Mark & Deborah
Schruff, Patrick & Marcile
Stringer, Mark & Denise
Webb, James and Sandy

**Viles & Beckman, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Jackson, Ronald
Pierre, Rollad
Cohan, Bradley
Lindner, Thomas

**Walters, Papillion, Thomas, Cullens, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Richard and Gail
Dupuy, Cullen and Mary
Holder, David
Langlois, Rebecca and Robert Roth

**Watts Hilliard, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Franatovich, Mitchell J.
Vinh, Le Ven

**Webb & Scarmozzino**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Smith, Nancy
Tronchet, Ryan
Martin, James and Heather
Villaverde, Gilbert & Gloria
Romero, Jacqueline and Jose
Cox, Maria and Robert Shane
Lincoln, David and Margaret
Santos, Luis & Odette
Dugan, James and Kathleen
Walsh, John and Joanne
Scholand, Martin, Constance and Francis
Watts, James and Linda

Fasano, Jack
Brady, Michael and Barbara
Soldavini-Clapper, Brigid
Ess, Thomas and Judith
Dhawan, Ajay and Ritu Chada
Botterill, Thurburn & Caroline
Martinez-Diaz, Dailyn
Piper, Victor
Robinson, Lynne & Edger
Oler, Danette and Raymond
Vetter, Frank and Gina

**Wilkinson & Sadorf, P.A.**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Emerald Greens at Carrollwood, LLC

**Williams Law Office, LLC and Richard J. Fernandez, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana

### **Wolfe Law Group, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Hakenjo, Candace and Todd
Hidalgo, Tonya  and Sidney
Hubbell, Wendy/Cimo, Christy
Zeber, Michele and Neil
Nieto, Peter
Parr, Shelly and Kelly
Caminita, Jennifer and Frank
Brown, Ada and Hillary
Rogers, Brad and Cassandra

### **Yance Law Firm, LLC**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Bretzman, Carl Jr and Amanda
Joseph Fernandez
Matthew Cotton and Melanie Cotton
Mark Brown and Tracy Brown
Parker, Charles and Rachael
Singley, Wanda Yvette

### **Zimmerman Reed**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Ghafari, David
Rose, Tom and Lisa

### **Pro Se Plaintiffs**

Batteau, Michael and Jennifer
Bonamy, Robert David, Jr. and Jennifer Ann Bonamy
Clarkson, Arthur, Administrator of the Succession Of Mary Clarkson DeArmas
Darden, Reggie
David, Tony and Bethany
Hagmaier, Ray & Dyana
Hickey, William
Igercich, Richard
Jacobsen, Kevin and Rhonda
Leon, Maria Elena
Rickert, Frederick and Kathleen
Singleton, Enrica