# Exhibit "G"

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

EXHIBIT "G" - LIST OF PLAINTIFFS AND DEFENDANTS BEING DISMISSED
FROM PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

I. PLAINTIFFS BEING DISMISSED WITHOUT PREJUDICE

Antilles Vero Beach, LLC
   c/o Ironwood Development
Arif, Mohammed
Arroyave, Angela
Avery, Janet
Baker, Omar
Bass, William
Bennett, Stephen and Jennifer
Beringhaus, Robert
Blue Water Condo Association
Brown, Larry
Buckner, Paige
Bynum, Denese
Campbell, Thomas/Kelli
Chestang, Russell
Christiansen, Steven
Copello, Victor and Pamela
Cruikshawk, Craig and Jennifer Cruikshawk
DeHenese, Neil and Yolanda
DeSchamps, Adam and Bobbie
Dodge, Dale
Eidson, Austin
Eleuterius, Gregory and Elizabeth
Everett, Michael
Farmer, Richard, Connie and Tracie
Fisher, Norman and Andres
Florida Waterfront Holdings, LLC
Franklin, Doris
Gody, Anthony/Candace
Gray, Bernard
Greenberg, Robert and Barbera
Greenwald, Mike
Gudding Tiffany
Hand, Lincoln and Mimi
Henderson, Jason
Hopmayer, Peter
Jackson, Terrell
James, Jason and Jessica
Johnson, Willie L. Jr.
Kenny, Jared Alan
Kesterson, Rachel
Kirn, Linda
L&L South Florida Realty, LLC
Langfeld, Sabine
Lakind, Alan and Linda
Lamarque, Carroll, Jr., Carrol Lamarque, III and Robin Lamarque
Lee, April
Legere, Michele

Lindsay, Horace and Donna
Livaich, Peter
Logan, Jamie D.
Luntz, George and Adrienne
Marchetti, Shawn
Martineau, Bill and Cynthia
McDuffie, Jason and Burleson
McGee, Tim
McHugh, Joseph and Ellyn
Medrano, Ramon/Melo, Nedy
Miller, William and Teresa
Mills, Stephanie Jo
Morgan, Keith and Shirley
Nguyen, Katie and Khanal Luong
Nuqui, Magno/Aracelli
Pedlar, Lynne
Perez, Aida
Perry, Joshua
Phan, Lisa
Phoenix West Condo/c/o William Robinson, Jr.
Podlasek, Christopher
Poplausky, Maurice and Hanna
Pressnail, Donald and Sherron
Rauci, Steven/Dorothy
Rayfield, Sylvia W.
Reeves, Brandy
Reino, Frank
Roberts, Ashley
Rookery Park Estates, LLC/ KOL Ventures, LLC
Sampson, Pauline
Sanon, Enock/Marie
Schultz, James and Jennifer
Sill, Garth
Siraco, Stephen
Smith, Margaret
Spiers, Susan
Spradlin, Brenda H.
Strout, Katie/Jerrells, Matt J.
Summers, Mary Jo
Tailor, Lloyd and Hoxter, Scott
Taylor, Robert
Thomas, Paula
Thomas, Willie
Tombrello, Pat
Toran, George
Torbet, Tracie
Traffica, Charles
Triche, Susan, Glenn, Nicholas and Sha/Dennis, Shae
Trott, Darrell and Tammy

Tynes, Tiffany
Walden, Nicholas
Watson, John/Joan
Webster, James and Rosalie

Wiatr, Daniel and Kay
Wilkes, Margaret
Wakeland, Angella and Nicholas
Woodward, Sam and Kristy

## II. DEFENDANTS BEING DISMISSED WITHOUT PREJUDICE

53 Enterprises f/k/a A-1 Brothers, Inc.
84 Lumber Company, LP
Abington Woods, LLC
Advantage Builders of America, Inc.
B.B.S. Builders, Inc.
Bay Colony - Gateway, Inc
Bella Builders, Inc.
BHD Corp.
Blue Oaks/Gulfstream Development, LLC
Bradford Lumber
Building Supply House, L.L.C.
Caribe Homes Corp.
Centerline Homes at Vizcaya, Inc.
Comfort Home Builders, Inc.
Crown Builders, Inc.
David Weekley Homes, LLC a.k.a. Weekley Homes, LP
Duncan Construction of South West Florida, Inc.
F. Vincino and Company, Inc.
First Homes Builders, Inc.
Francisco Tomas Permuy
G.I. Homes
G.L. Building Corporation
G.L.B. and Associates, Inc. d/b/a Balli Construction
Groff Construction Inc.
HWB Construction, Inc.
ICI Homes, Inc.
Intercoastal Construction Co.
Intervest Construction, Inc.
JD Custom Homes, Inc.
John G. Finch Construction, LLC
KB Home of Orlando, LLC
Kelley Drywall
Kolter Homes, LLC
Lucky Strike M.K.Inc.
M. Miller and Company, Inc.
M.K. Development, Inc.
Majestic Custom Homes & Development, Inc.

Mandy Drywall Inc.
Manny Garcia
MATSA Construction Company, Inc.
MCCAR Homes - Tampa, LLC
McMath Construction, Inc.
Medallion Homes, LLC
Meiben Home Builders, LLC
MGB Construction, Inc.
Ozark Atlantic, LLC
Palm State Construction, Inc.
Paul Homes of Florida, LLC
Pine Ridge Real Estate Enterprises, LLC
Premier Custom Homes
Pride Homes, LLC
ProBuild East, LLC
Raintree Construction
Rickelman Construction, Inc.
RL Homes IX, LLC
Sail Harbour, LLC
Savoie Construction, Inc.
Savoie Real Estate Holdings, LLC
Scott Designer Homes, Inc.
Southern Homes of Broward XI, Inc.
St. Joe Home Building, L.P.
Steven R. Carter, Inc.
Suarez Housing Corporation
Taylor Morrison of Florida, Inc.
Treasure Coast Homes, LLC
Twelve Oaks of Polk County, Inc.
Velez Construction, LLC
Vincent Montalto Construction, Inc.
WB Construction Company, Inc.
Westpoint Development, LLC
Windship Homes of Florida, Inc.
Woodland Enterprises, Inc.