# Schedule 1

***Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.***
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

Subclass # 1:  84 Lumber Company
Subclass # 2:  ~~84 Lumber Company, LP~~
Subclass # 3:  Aburton Homes
Subclass # 4:  Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware
Subclass # 5:  Bailey Lumber & Supply  Company
Subclass # 6:  Banner Supply Co.
Subclass # 7:  Banner Supply Company ~~Ft.~~ Fort Myers, LLC
Subclass # 8:  Banner Supply Company Pompano, LLC
Subclass # 9:  Banner Supply Company Port St. Lucie, LLC
Subclass # 10:  Banner Supply Company Tampa, LLC
Subclass # 11:  Banner Supply International, LLC
Subclass # 12:  ~~Bradford Lumber~~
Subclass # 13:  Building Materials Wholesale (B.M.W.)
Subclass # 14:  ~~Building Supply House, L.L.C.~~
Subclass # 15:  Cape Cement & Supply, Inc.
Subclass # 16:  Creola Ace Hardware, Inc.
Subclass # 17:  Ed Price Building Materials
Subclass # 18:  Gulf Coast Drywall, LLC
Subclass # 19:  Holmes Building Materials, LLC
Subclass # 20:  Home Depot USA, Inc.
Subclass # 21:  Home Town Lumber & Supply, Inc.
Subclass # 22:  Independent Drywall Distributors, LLC
Subclass # 23:  Interior/Exterior Building Supply, LP
Subclass # 24:  Interior/Exterior Enterprises, LLC
Subclass # 25:  J&H Distributers
Subclass # 26:  Jon A. Wilder, Inc.
Subclass # 27:  Just-Rite Supply
Subclass # 28:  L&W Supply Corporation d/b/a Seacoast Supply
Subclass # 29:  Louisiana Lumber, LLC
Subclass # 30:  Lowe's Home Centers, Inc.
Subclass # 31:  Mazer's Discount Homes Centers, Inc.
Subclass # 32:  Murphy Bateman Building Supplies, LLC
Subclass # 33:  Ocean Springs Lumber Company, LLC
Subclass # 34:  Parish Home Center
Subclass # 35:  Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.
Subclass # 36:  ~~ProBuild East, LLC~~
Subclass # 37:  RJL Drywall, Inc.
Subclass # 38:  Rothchilt International Ltd.

Subclass # 39:  Sea Coast Construction, LLC
Subclass # 40:  Sorrento Lumber Co., Inc.
Subclass # 41:  Stock Building Supply LLC
Subclass # 42:  Swift Supply, Inc.
Subclass # 43: Venture Supply Company

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Brennan, John and Barbara 875 39th Avenue Northwest Naples, FL 34120 | 84 Lumber Company | 1 |
| Guillory, Gregory and Cynthia 12060 Clanton Drive Walker, LA 70785 | 84 Lumber Company | 1 |
| Petone, Anthony Peter 910 Maple Street Waveland, MS 39576 | 84 Lumber Company | 1 |
| ~~Brennan, John and Barbara 875 39th Avenue Northwest Naples, FL 34120~~ | ~~84 Lumber Company, LP~~ | ~~2~~ |
| Carillo, Lou and Marge 2240 North Cypress Bend Drive #605 Pompano Beach, FL 33069 | Aburton Homes | 3 |
| Allen, Patricia S. 2817 Diamond Drive Mobile, AL | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| Bretzman, Carl Jr and Amanda 10000 Bradley Rd. Creola, AL 36525 | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| Mark Brown and Tracy Brown 6167 Charleston Court Saraland, AL 36571 | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| Matthew Cotton and Melanie Cotton 19815 Indiana St. Citronelle, AL 36522 | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| Payne, James and Vicki 12190 Ballard Road Grand Bay, AL 36541 | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| Singley, Wanda Yvette 10006 Bradley Rd. Creola, AL 36525 | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |
| 1100 Valencia LLC 1100 Valencia Avenue Coral Gables, FL 33134 | Bailey Lumber & Supply Company | 5 |
| Alldredge, Emily and Rufus 23554 Woodland Way Pass Christian, MS 39571 | Bailey Lumber & Supply Company | 5 |
| Bettencourt, Virgil and Mary 23473 Woodland Way Pass Christian, MS 39571 | Bailey Lumber & Supply Company | 5 |
| Eleuterius, Gregory and Elizabeth 6401 Seawinds Blvd. Biloxi, MS 39532 | Bailey Lumber & Supply Company | 5 |

**Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.**
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Eleuterius, Marshall and Tasha 6405 Seawinds Blvd. Biloxi, MS  39532 | Bailey Lumber & Supply Company | 5 |
| Harris, Anthony Richard PO Box 1560 Ocean Springs, MS 39566 | Bailey Lumber & Supply  Company | 5 |
| Hewitt, Margie 600 Sunrise Court Biloxi, MS 39532 | Bailey Lumber & Supply Company | 5 |
| Holleman, Timothy and Lisa, 115 Lundgren Lane Gulfport, MS 39507 | Bailey Lumber & Supply  Company | 5 |
| Moyse, Margaret A, individually and on behalf of the Margaret Allen Moyse Revocable Living Trust 15 Poplar Circle Gulfport, MS 39507 | Bailey Lumber & Supply  Company | 5 |
| Robinson, Robert and Lindy 4306 Wisteria Drive Moss Point, MS 39562 | Bailey Lumber & Supply  Company | 5 |
| Romano, Leo and Marie 10761 Plantation Lane Gulfport, MS 39503 | Bailey Lumber & Supply  Company | 5 |
| Schafer, Thomas and Camille 8250 Maunalani Place Diamondhead, MS 39525 | Bailey Lumber & Supply  Company | 5 |
| Schiel, John H. and D'Auby PO Box 1182 Ocean Springs, MS 39566 | Bailey Lumber & Supply Company | 5 |
| Taylor, Russell and Tiffany 29 Bayou View Drive Gulfport, MS 39507 | Bailey Lumber & Supply Company | 5 |
| Tom, Jianran and San 602 Charlestone Lane Long Beach, MS 39560 | Bailey Lumber & Supply  Company | 5 |
| Akers, Christine & Robert 11019 Carrara Court #201 Bonita Springs, FL 34135 | Banner Supply Co. | 6 |
| Alcindor, Nevinsthon & Marlen 1938 SE 22 Court Homestead, FL 33035 | Banner Supply Co. | 6 |
| Ameneiro, Sandra and Gino 2239 SE 19th Avenue Homestead, FL 33035 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Antilles Vero Beach, LLC c/o Ironwood Development 372 W. Cannery Row Circle Delray Beach, FL 33444 | Banner Supply Co. | 6 |
| Asad, Issa and Noha 12767 Equestrian Trail Davie, FL 33330 | Banner Supply Co. | 6 |
| Bagley, Gerald 504 Loretto Avenue Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| Balan, Kirenia and Jorge 14817 SW 161 Street Miami, FL 33187 | Banner Supply Co. | 6 |
| Balassone, Arthur and Barbara 39 Farrington Street West Coldwell, NJ 07006 | Banner Supply Co. | 6 |
| Barcia, Aurora 13005 Coronado Lane North Miami, FL 33181 | Banner Supply Co. | 6 |
| Baron, Allen 9274 NW 9th Court Plantation, FL 33324 | Banner Supply Co. | 6 |
| Bashein, Joyce 2240 Green Cove Drive Wellington, FL 33414 | Banner Supply Co. | 6 |
| Bello de Bachek, Nilda 10757 NW 81 Lane Doral, FL 33178 | Banner Supply Co. | 6 |
| Blanco, Christopher and Cristina 3402 SW 64 Avenue Miami, FL 33155 | Banner Supply Co. | 6 |
| Bloom, Andrew and Ina 17847 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| Brown, Faith 1935 SE 22 Drive Homestead, FL 33035 | Banner Supply Co. | 6 |
| Byrne, Gertrude 17926 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| Calvo, Jeannette Martinez, Tyronne 112 Danielle Court Weston, FL 33326 | Banner Supply Co. | 6 |
| Camastro, Francesco and Georgina 3530 Stedford Road Oakville Ontario, Canada L6L6G1 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Cammarata, Louis and Michelle~~ ~~27 Rockledge Place~~ ~~Cedar Grove, NJ 07009~~ | ~~Banner Supply Co.~~ | 6 |
| ~~Campbell, Janet Olive, as Trustee of the Bryan Olive Trust U/W July 12, 2006~~ ~~30 Holly Street, Apt. 1404~~ ~~Toronto, Ontario Canada M4S3C2~~ | ~~Banner Supply Co.~~ | 6 |
| Candela, Hilario 6201 Granada Blvd. Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| Cannistraci, Darlene 1203 Trafalgar Parkway Cape Coral, FL 33991 | Banner Supply Co. | 7 |
| ~~Carbone, David and Rachael~~ ~~145 Mimosa Drive~~ ~~Sewell, NJ 08080~~ | ~~Banner Supply Co.~~ | 6 |
| Cassanova, Filberto 2704 SW 115th Avenue Miami, FL 33156 | Banner Supply Co. | 6 |
| ~~Chandra, Shalini~~ ~~8533 Briar Rose Point~~ ~~Boynton Beach, FL 33437~~ | ~~Banner Supply Co.~~ | 6 |
| Charles, Frantz and Damaris Paulin 2355 SW 125 Avenue Miramar, FL 33027 | Banner Supply Co. | 6 |
| Chavin, Valerie Shmuely, Rami 5140 NW 30th Terrace Fort Lauderdale, FL 33309 | Banner Supply Co. | 6 |
| Cindrich, Jeffrey and Tamara 4430 SW 12th Place Cape Coral, FL 33914 | Banner Supply Co. | 6 |
| ~~Clarke, Michael and Peggy~~ ~~2827 Saint Barts Square~~ ~~Vero Beach, FL 32967~~ | ~~Banner Supply Company Port St. Lucie, LLC~~ | 6 |
| ~~Cohen, Richard~~ ~~3545 Katrina Drive~~ ~~Yorktown Heights, NY 10598~~ | ~~Banner Supply Co.~~ | 6 |
| Cole, Harley and Brenda 3829 SE 21st Place Cape Coral, FL 33904 | Banner Supply Co. | 6 |
| Coombs, Donald 115 Mollyness Road Kingston 20 Jamaica | Banner Supply Co. | 6 |
| ~~Csakanyos, Renata and Antal, Gyorgy~~ ~~1660 Renaissance Commons Blvd., Unit 2126~~ ~~Boynton Beach, FL 33426~~ | ~~Banner Supply Co.~~ | 6 |

***Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.***
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| D'Loughy, Daniel J.<br>308 Chanford Terrace<br>PB Gardens, FL 33411 | Banner Supply Co. | 6 |
| Dabalsa, Ricardo<br>351 NW 125th Avenue<br>Miami, FL 33182 | Banner Supply Co. | 6 |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | Banner Supply Co. | 6 |
| Davis, Jesse<br>8626 104th Avenue<br>Vero Beach, FL 32967 | Banner Supply Co. | 6 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| ~~Dileo, Carl~~<br>~~634 Glen Court~~<br>~~Turnersville, NJ 08012~~ | ~~Banner Supply Co.~~ | ~~6~~ |
| Druand, Pedro and Alice<br>19020 SW 74 Avenue<br>Cutler Bay, FL 33157 | Banner Supply Co. | 6 |
| ~~Edwards, Trenice~~<br>~~1745 NW 74th Avenue~~<br>~~Plantation, FL 33313~~ | ~~Banner Supply Co.~~ | ~~6~~ |
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Banner Supply Co. | 6 |
| Elsenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Elzein, Hassib<br>10781 NW 81st Lane<br>Doral, FL 33178 | Banner Supply Co. | 6 |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| Etter, Steve and Cathy<br>18894 Southeast Jupiter Inlet Way<br>Tequesta, FL 33469 | Banner Supply Co. | 6 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | Banner Supply Co. | 6 |

***Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.***
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Fernandez, Damian<br>14881 SW 161 St.<br>Miami, FL 33187 | Banner Supply Co. | 6 |
| Fernandez, Jorge and Michelle<br>12257 SW 82nd Terrace<br>Miami, FL 33183 | Banner Supply Co. | 6 |
| ~~Flaherty, Sean~~<br>~~157 Highland Ave.~~<br>~~Midland Park, NJ 07432~~ | ~~Banner Supply Co.~~ | 6 |
| Fleck, Joe<br>554 Loretto Avenue<br>Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Jaspers, Peter<br>~~Florida Watefront Holdings, LLC~~<br>2600 Glades Circle, Ste. 100<br>Weston, FL 33327 | Banner Supply Co. | 6 |
| Ford, William and Melanie<br>12702 SW 26th Street<br>Davie, FL 33325 | Banner Supply Co. | 6 |
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | Banner Supply Co. | 6 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, Fl 33037 | Banner Supply Co. | 6 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | Banner Supply Co. | 6 |
| Garcia, Jesus<br>2801 SW 18 Street<br>Miami, FL 33145<br><br>Fernandez, Julio<br>7110 SW 103 Place<br>Miami, FL 33173 | Banner Supply Co. | 6 |
| ~~Gonzalez, Hender and Kathrine~~<br>~~922 South West 146th Terrace~~<br>~~Pembroke Pines, FL 33027~~ | ~~Banner Supply Co.~~ | 6 |
| Gonzalez, Omar, Victoria and Miriam Velez<br>8002 NW 107 Court<br>Miami, FL 33178 | Banner Supply Co. | 6 |
| Gropp, Terry/Hilary<br>P.O. Box 1518<br>Palm City, FL 34991 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Guerrazzi, Diego & Magaly Nano<br>11220 NW 84 Street<br>Doral, FL 33178 | Banner Supply Co. | 6 |
| Gutierrez de Garcia, Jose and Maribel<br>11143 NW 72nd Terrace<br>Doral, FL 33178 | Banner Supply Co. | 6 |
| ~~Harrell, Jason & Melissa~~<br>~~2955 Dunwoodie Place~~<br>~~Homestead, FL 33035~~ | ~~Banner Supply Co.~~ | 6 |
| Hartz, Charles and Joy<br>25 Tahibit Beach Island<br>Coral Gables, FL 33143 | Banner Supply Co. | 6 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | Banner Supply Co. | 6 |
| Hayre, Harbhajan<br>7 Parsons Way<br>South Natick, MA 07160 | Banner Supply Co. | 6 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Banner Supply Co. | 6 |
| ~~Hoyos, Hernan~~<br>~~877 South West 146th Terrace~~<br>~~Pembroke Pines, FL 33027~~ | ~~Banner Supply Co.~~ | 6 |
| Hurley, Harry/Rosemarie<br>19777 Vintage Trace Circle<br>Ft. Myers, FL 33967 | Banner Supply Co. | 6 |
| ~~Investment Leaders, LLC~~<br>~~7845 Montecito Place~~<br>~~Delray Beach, FL 33446~~ | ~~Banner Supply Co.~~ | 6 |
| Jacobsen, Kevin and Rhonda<br>1135 NW 15th Terrace<br>Cape Coral, FL 33993 | Banner Supply Co. | 6 |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Johnson, Christopher & Loray<br>1958 SE 23 Court<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | Banner Supply Co. | 6 |
| Jones, Gail<br>7281 Lemon Grass Drive<br>Parkland, FL 33076 | Banner Supply Co. | 6 |
| ~~Jordan, William~~<br>~~27 Fernwood Drive~~<br>~~Commack, NY 11725~~ | ~~Banner Supply Co.~~ | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Klemm, Timothy 6737 Columbia Avenue Lake Worth, FL 33467 | Banner Supply Co. | 6 |
| Kolbenheyer, Howard 2708 August Drive Homestead, FL 33035 | Banner Supply Co. | 6 |
| Kroll, Brian and Naida 1640 Oakwood Drive W-102 Narberth, PA 19072 | Banner Supply Co. | 6 |
| Kurutz, Barbara and Stephen 1982 SE 23rd Court Homestead, FL 33035 | Banner Supply Co. | 6 |
| Lamma, Husein 5800 SW 127 Avenue, Apt. 2314 Miami, FL 33183 | Banner Supply Co. | 6 |
| Laraque, Jean & Gueldie 17911 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| LaSala, Anthony and Brian 2 Strathmere Street Waretown, NJ 08758 | Banner Supply Co. | 6 |
| Lattanzio, Frank 4093 Maurice Drive Delray Beach, FL 33445 | Banner Supply Co. | 6 |
| Leben, Roger and Janet 1912 SE 23 Ct. Homestead, FL 33035 | Banner Supply Co. | 6 |
| Legland Leblang, David and Sharon 1150 Madruga Avenue Apt. C02 Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| Litten, Randall 2235 SE 20th Avenue Homestead, FL 33035 | Banner Supply Co. | 6 |
| Livesay, Michael J. 11620 Hammocks Glade Dr. Riverview, FL 33569 | Banner Supply Co. | 6 |
| Lukaszewski, Lynn P.O. Box 4157 Cherry Hill, NJ 08034 | Banner Supply Co. | 6 |
| Luntz, George and Adrienne 907 Hyacinth Drive Delray Beach, FL 33483 | Banner Supply Co. | 6 |
| Mackie Mackle, Frank 13990 S. Dixie Highway #106 Coral Gables, FL 33146 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Maltby, Wesley and Diane<br>1966 SE 23rd Court<br>Homestead, FL 33035-1243 | Banner Supply Co. | 6 |
| Mardeni, Marirose and Roberto<br>10787 NW 81 Lanes<br>Doral, FL 33178 | Banner Supply Co. | 6 |
| Martinez, Felix and Jenny<br>2250 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Maunsbach, Kay<br>9 Island Avenue<br>Apt. 1201<br>Miami Beach, FL 33139 | Banner Supply Co. | 6 |
| Mekras, George<br>434 Indies Drive<br>Vero Beach, FL 32963 | Banner Supply Co. | 6 |
| ~~Michaud, Claude and Laidlaw, Melissa~~<br>~~1690 Renaissance Commons Blvd., Unit 1502~~<br>~~Boynton Beach, FL 33426~~ | ~~Banner Supply Co.~~ | 6 |
| Miller, William and Teresa<br>510 Buxmont Street<br>Philadelphia, PA 19116 | Banner Supply Co. | 6 |
| ~~Minuto, Michael~~<br>~~25 Donner Path~~<br>~~Roundrock, TX 77681~~ | ~~Banner Supply Co.~~ | 6 |
| Mizne, Michael and Jeannine<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| ~~Murray, Brian~~<br>~~19 Maple Avenue~~<br>~~Farmingdale, NY 11735~~ | ~~Banner Supply Co.~~ | 6 |
| Nelson, Dick and Nancy<br>6635 Bobby Jones Ct.<br>Palmetto, FL 34221 | Banner Supply Co. | 6 |
| Nevels, Susan<br>5492 Harbour Castle Drive<br>Fort Myers, FL 33907 | Banner Supply Co. | 6 |
| Ng, Winnie & CheeWah<br>10101 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| ~~O'Loughlin, William and Mary Ellen~~<br>~~102 Field Stone Drive~~<br>~~Fortsville, NY 12831~~ | ~~Banner Supply Co.~~ | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Otero, Edgar & Kellie Ann<br>2155 SE 20 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Oves, Jose Francisco<br>2220 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Ovicher, Joseph and Celine<br>73-37 Austin St. Apt. 5A<br>Forest Hill, NY 11375 | ~~Banner Supply Co.~~ | 6 |
| Pabon, Fernando<br>9740 SW 184th Street<br>Miami, FL 33157 | Banner Supply Co. | 6 |
| Panico, Frank and Fay Teller<br>236 Cardinal Lane<br>Delray Beach, FL 33445 | ~~Banner Supply Co.~~ | 6 |
| Pelner, Richard and Debra<br>345 Mestre Place<br>North Venice, FL 34275 | Banner Supply Co. | 6 |
| Pensabene, Joseph and Patricia<br>12732 SW 26th Street<br>Davie, FL 33325 | Banner Supply Co. | 6 |
| Peterson, Derrick & Robin<br>518 SW California Avenue<br>Stuart, FL 34994 | Banner Supply Co. | 6 |
| Polovin, Annette<br>7622 Playa Rienta Way<br>Delray Beach, FL 33446 | ~~Banner Supply Co.~~ | 6 |
| Poplausky, Maurice and Hanna<br>61 Country Ridge Drive<br>Rye Brook, NY 10573 | Banner Supply Co. | 6 |
| Ramirez, Julio and Myriam<br>550 Loretto Avenue<br>Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| Ramos, Mariann and Joseph<br>1660 Renaissance Commons Blvd., Unit 2227<br>Boynton Beach, FL 33426 | ~~Banner Supply Co.~~ | 6 |
| Raso, Anthony<br>1189 Cunningham Creek Drive<br>Jacksonville, FL 32259 | Banner Supply Co. | 6 |
| Rayman, Birgitta<br>920 SE 5th Terrace<br>Pompano Beach, FL 33060 | ~~Banner Supply Co.~~ | 6 |
| Reino, Frank and Helen<br>322 Fishpond Road<br>Glassboro, NJ 08028 | ~~Banner Supply Co.~~ | 6 |
| Richardson, Franklyn and Kimberley<br>2990 NW 9th Place<br>Ft. Lauderdale, FL 33311 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Roberts, Steven and Jennifer<br>10013 Cobblestone Creek Dr.<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Rodriguez, Jeryl & Jose<br>9725 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Ronkin, Joel & Sharri<br>2505 Provence Circle<br>Weston, FL 33327 | Banner Supply Co. | 6 |
| Roseman, Robert & Linda<br>231 Grant Avenue<br>Dumont, NJ 07628 | Banner Supply Co. | 6 |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | Banner Supply Co. | 6 |
| ~~Rovezzi, James~~<br>~~1660 Renaissance Commons Blvd., Unit 2418~~<br>~~Boynton Beach, FL 33426~~ | ~~Banner Supply Co.~~ | 6 |
| Runyon, Thomas/Sonia<br>8937 Baytonne Loop<br>Ft. Myers, FL 33908 | Banner Supply Co. | 6 |
| ~~Sabatino, Dominic~~<br>~~22718 Rim Rock Ct.~~<br>~~Saugus, CA 91390~~<br><br>~~Hiskey, Richard~~<br>~~2046 Prospect Ave.~~<br>~~Hermosa Beach, CA 90254~~ | ~~Banner Supply Co.~~ | 6 |
| Salinas, Maria E.<br>16306 SW 67 Terrace<br>Miami, FL 33193 | Banner Supply Co. | 6 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | Banner Supply Co. | 6 |
| Santamaria, Carolyn and Daniel<br>8765 Cobblestone Preserve Court<br>Boynton Beach, FL 33472 | Banner Supply Co. | 6 |
| Santiago, Jason<br>2140 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Schatzle, Ralph and Judith~~ ~~3445 SW NW 18th Terrace~~ ~~Cape Coral, Florida 33993~~ | ~~Banner Supply Co.~~ | 6 |
| ~~Schmidt, David and Karen~~ ~~2 Bates Court~~ ~~Sewell, NJ 08080~~ | ~~Banner Supply Co.~~ | 6 |
| Seifart, Armin and Gore, Lisa 2515 Swanson Avenue Miami, FL 33133 | Banner Supply Co. | 6 |
| Seyour, Serge 1457 SW 22nd Lane Homestead, FL 33035 | Banner Supply Co. | 6 |
| ~~Shaya, Samuel~~ ~~641 Banner Avenue~~ ~~Brooklyn, NY 11235~~ | ~~Banner Supply Co.~~ | 6 |
| ~~Sheperd, Wesley~~ ~~2851 S. Ocean Blvd., Apt. 7L~~ ~~Boca Raton, FL 33432~~ | ~~Banner Supply Co.~~ | 6 |
| Sirota, Alli and Paul 8843 Morgan Landing Way Boynton Beach, FL 33473 | Banner Supply Co. | 6 |
| Smith, David and Wendy 5101 Lakeview Drive Miami Beach, FL 33140 | Banner Supply Co. | 6 |
| ~~Smith, Kelly~~ ~~1660 Renaissance Commons Blvd., Unit 2427~~ ~~Boynton Beach, FL 33426~~ | ~~Banner Supply Co.~~ | 6 |
| Smith, Steve 6250 NE 20 Way Ft. Lauderdale, FL 33308 | Banner Supply Co. | 6 |
| Stanley, David and Patricia 4845 66th Lane Vero Beach, FL 32967 | Banner Supply Co. | 6 |
| Starkman, Jeffrey and Sharlene 11224 NW 77th Place Parkland, FL 33076 | Banner Supply Co. | 6 |
| Sternstein, Jerry 526 Loretto Avenue Coral Gables, FL 33146 | Banner Supply Co. | 6 |
| ~~Stock, Amir and Bella~~ ~~18 Cherokee Lane~~ ~~Commack, NY 11725~~ | ~~Banner Supply Co.~~ | 6 |
| Stokes, Wyman 13596 Cirtus Creek Fort Myers, FL 33905 | Banner Supply Co. | 6 |
| Suarez, Gaston and Marta 542 Loretto Avenue Coral Gables, FL 33146 | Banner Supply Co. | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Tailor, Lloyd and Hoxter, Scott<br>7459 South Military Trail<br>Suite E<br>Lake Worth, FL 33463 | Banner Supply Co. | 6 |
| Tempel, Harvey and Lisa<br>2049 Prospect Ave.<br>Hermosa Beach, CA 90254 | ~~Banner Supply Co.~~ | 6 |
| Thomas, Michael<br>P.O. Box 6, Road Town<br>Tortola, British Virgin Islands | Banner Supply Co. | 6 |
| Thompson, Venesia and Logan, Susan<br>1983 Hopkins Street<br>Berkley, CA 94707 | ~~Banner Supply Co.~~ | 6 |
| Trepkowski, Carrie and David<br>3027 Lake Manatee Court<br>Cape Coral, FL 33909 | Banner Supply Co. | 6 |
| Turner, Earnest & Pigi Caretti<br>3109 Grand Avenue #181<br>Coconut Grove, FL 33133 | Banner Supply Co. | 6 |
| Urdaneta, Herving & Annielys Aular<br>999 SW 146 Terrace<br>Pembroke Pines, FL 33027 | Banner Supply Co. | 6 |
| Vickers, ~~Karen~~ Karin<br>2259 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Villalta, Daniel<br>8782 SW 203 Terrace<br>Miami, FL 33189 | Banner Supply Co. | 6 |
| Wachter, William and Jill<br>52 Princewood Lane<br>Palm Beach Gardens, FL 33410 | Banner Supply Co. | 6 |
| Walter, Todd<br>29300 SW 173rd Court<br>Homestead, FL 33030 | Banner Supply Co. | 6 |
| Wetzler, Melissa<br>10189 Cleary Blvd., Ste. 102<br>Plantation, FL 33324 | Banner Supply Co. | 6 |
| Wiley, Thad<br>5809 Irving Ave.<br>Crescenta, CA 91214 | ~~Banner Supply Co.~~ | 6 |
| Wisdom, Katori and Patrick<br>1954 SE 22nd Court<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Wojcik, Walter Jr. and Lydia<br>171 Washington Avenue<br>Clifton, NJ 07011 | ~~Banner Supply Co.~~ | 6 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Woodbridge, Robert and Dale<br>2165 SE 20 Avenue<br>Homestead, FL 33035 | Banner Supply Co. | 6 |
| Young, Michael/Patricia<br>3936 SW 26th Avenue<br>Cape Coral, FL 33914 | Banner Supply Co. | 6 |
| ~~Young, Ramona:~~<br>~~9966 Boynton Gardens Way~~<br>~~Boynton Beach, FL 33437~~<br><br>~~Id-Deen, Suluki:~~<br>~~8429 Bonita Isle Drive~~<br>~~Lake Worth, FL 33467~~ | ~~Banner Supply Co.~~ | 6 |
| Zeller, Maria Rosa<br>586 Loretto Avenue<br>Coral Gables, FL 33146<br><br>Solabella Company Limited<br>OMC Chambers, Wickhams Cay 1, Road Town,<br>Tortola British Virgin Islands | Banner Supply Co. | 6 |
| ~~Zhou, Zhongmin and Huang, Qinxi~~<br>~~7173 Copperfield Circle~~<br>~~Lake Worth, Florida 33467~~ | ~~Banner Supply Co.~~ | 6 |
| Ziska, David and Julie<br>6335 S.W. 110 Street<br>Miami, FL 33156 | Banner Supply Co. | 6 |
| Akers, Christine & Robert<br>11019 Carrara Court #201<br>Bonita Springs, FL 34135 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Bello de Bachek, Nilda<br>10757 NW 81 Lane<br>Doral, FL 33178 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Cannistraci, Darlene<br>1203 Trafalgar Parkway<br>Cape Coral, FL 33991 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Cassanova, Filberto<br>2704 SW 115th Avenue<br>Miami, FL 33156 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Charles, Frantz and Damaris Paulin<br>2355 SW 125 Avenue<br>Miramar, FL 33027 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Coombs, Donald<br>115 Mollyness Road<br>Kingston 20 Jamaica | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Davis, Jesse<br>8626 104th Avenue<br>Vero Beach, FL 32967 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Elsenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Elzein, Hassib<br>10781 NW 81st Lane<br>Doral, FL 33178 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Fernandez, Damian<br>14881 SW 161 St.<br>Miami, FL 33187 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Fernandez, Jorge and Michelle<br>12257 SW 82nd Terrace<br>Miami, FL 33183 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, FL 33037 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Gonzalez, Omar, Victoria and Miriam Velez<br>8002 NW 107 Court<br>Miami, FL 33178 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Guerrazzi, Diego & Magaly Nano<br>11220 NW 84 Street<br>Doral, FL 33178 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Gutierrez de Garcia, Jose and Maribel<br>11143 NW 72nd Terrace<br>Doral, FL 33178 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Jones, Gail<br>7281 Lemon Grass Drive<br>Parkland, FL 33076 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Kolbenheyer, Howard<br>2708 August Drive<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Kurutz, Barbara and Stephen<br>1982 SE 23rd Court<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Lamma, Husein<br>5800 SW 127 Avenue, Apt. 2314<br>Miami, FL 33183 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Laraque, Jean & Gueldie<br>17911 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor<br>Defendant | Defendants' Subclass # |
|---|---|---|
| Leben, Roger and Janet<br>1912 SE 23 Ct.<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Litten, Randall<br>2235 SE 20th Avenue<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Maltby, Wesley and Diane<br>1966 SE 23rd Court<br>Homestead, FL 33035-1243 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Mardeni, Marirose and Roberto<br>10787 NW 81 Lanes<br>Doral, FL 33178 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Martinez, Felix and Jenny<br>2250 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Mizne, Michael and Jeannine<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Nelson, Dick and Nancy<br>6635 Bobby Jones Ct.<br>Palmetto, FL 34221 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Ng, Winnie & CheeWah<br>10101 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Oves, Jose Francisco<br>2220 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Pabon, Fernando<br>9740 SW 184th Street<br>Miami, FL 33157 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Pelner, Richard and Debra<br>345 Mestre Place<br>North Venice, FL 34275 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Reino, Frank and Helen<br>322 Fishpond Road<br>Glassboro, NJ 08028 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Roberts, Steven and Jennifer<br>10013 Cobblestone Creek Dr.<br>Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*

**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**

**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Rodriguez, Jeryl & Jose 9725 Cobblestone Creek Drive Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Ronkin, Joel & Sharri 2505 Provence Circle Weston, FL 33327 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Roseman, Robert & Linda 231 Grant Avenue Dumont, NJ 07628 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Rosen, Michael 17538 Middlebrook Way Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Rossi, Richard and Joanna 21218 St. Andrews Blvd., #225 Boca Raton, FL 33433 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Samberg, Brian and Lori 17682 Middlebrook Way Boca Raton, FL 33496 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Santamaria, Carolyn and Daniel 8765 Cobblestone Preserve Court Boynton Beach, FL 33472 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Santiago, Jason 2140 SE 19 Avenue Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Schatzle, Ralph and Judith 3445 SW NW 18th Terrace Cape Coral, Florida 33993 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Seifart, Armin and Gore, Lisa 2515 Swanson Avenue Miami, FL 33133 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Seyour, Serge 1457 SW 22nd Lane Homestead, FL 33035 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Sirota, Alli and Paul 8843 Morgan Landing Way Boynton Beach, FL 33473 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Smith, David and Wendy 5101 Lakeview Drive Miami Beach, FL 33140 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Stanley, David and Patricia 4845 66th Lane Vero Beach, FL 32967 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Starkman, Jeffrey and Sharlene 11224 NW 77th Place Parkland, FL 33076 | Banner Supply Company Ft. Fort Myers, LLC | 7 |
| Trepkowski, Carrie and David 3027 Lake Manatee Court Cape Coral, FL 33909 | Banner Supply Company Ft. Fort Myers, LLC | 7 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Turner, Earnest & Pigi Caretti 3109 Grand Avenue #181 Coconut Grove, FL 33133 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Urdaneta, Herving & Annielys Aular 999 SW 146 Terrace Pembroke Pines, FL 33027 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Vickers, ~~Karen~~ Karin 2259 SE 19 Avenue Homestead, FL 33035 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Villalta, Daniel 8782 SW 203 Terrace Miami, FL 33189 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Walter, Todd 29300 SW 173rd Court Homestead, FL 33030 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Wisdom, Katori and Patrick 1954 SE 22nd Court Homestead, FL 33035 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Woodbridge, Robert and Dale 2165 SE 20 Avenue Homestead, FL 33035 | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Zeller, Maria Rosa 586 Loretto Avenue Coral Gables, FL 33146 Solabella Company Limited OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | Banner Supply Company ~~Ft.~~ Fort Myers, LLC | 7 |
| Akers, Christine & Robert 11019 Carrara Court #201 Bonita Springs, FL 34135 | Banner Supply Company Pompano, LLC | 8 |
| Ameneiro, Sandra and Gino 2239 SE 19th Avenue Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Asad, Issa and Noha 12767 Equestrian Trail Davie, FL 33330 | Banner Supply Company Pompano, LLC | 8 |
| Bagley, Gerald 504 Loretto Avenue Coral Gables, FL 33146 | Banner Supply Company Pompano, LLC | 8 |
| Balan, Kirenia and Jorge 14817 SW 161 Street Miami, FL 33187 | Banner Supply Company Pompano, LLC | 8 |
| Bello de Bachek, Nilda 10757 NW 81 Lane Doral, FL 33178 | Banner Supply Company Pompano, LLC | 8 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Bloom, Andrew and Ina 17847 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Byrne, Gertrude 17926 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Cassanova, Filberto 2704 SW 115th Avenue Miami, FL 33156 | Banner Supply Company Pompano, LLC | 8 |
| Charles, Frantz and Damaris Paulin 2355 SW 125 Avenue Miramar, FL 33027 | Banner Supply Company Pompano, LLC | 8 |
| Coombs, Donald 115 Mollyness Road Kingston 20 Jamaica | Banner Supply Company Pompano, LLC | 8 |
| Davis, Jesse 8626 104th Avenue Vero Beach, FL 32967 | Banner Supply Company Pompano, LLC | 8 |
| Deane, Robert and Lois 2225 SE 20 Avenue Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Deutsch, Hunting and Mary 590 Loretto Avenue Coral Gables, FL 33146 | Banner Supply Company Pompano, LLC | 8 |
| Elliot, Dezman 9845 Cobblestone Creek Drive Boynton Beach, FL 33437 | Banner Supply Company Pompano, LLC | 8 |
| Elsenberg, Brian and Lauren 9957 Cobblestone Creek Drive Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Elzein, Hassib 10781 NW 81st Lane Doral, FL 33178 | Banner Supply Company Pompano, LLC | 8 |
| Eskenazi, Anna and Mark 17878 Monte Vista Drive Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Ferguson, Kejuana and Livingston, Jr. 1892 SE 23rd Court Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Fernandez, Damian 14881 SW 161 St. Miami, FL 33187 | Banner Supply Company Pompano, LLC | 8 |
| Fernandez, Jorge and Michelle 12257 SW 82nd Terrace Miami, FL 33183 | Banner Supply Company Pompano, LLC | 8 |
| Flores, Julian and Nathalia Cora 2230 SE 19 Avenue Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |

***Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.***
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | Banner Supply Company Pompano, LLC | 8 |
| Fuchs, Steven<br>1500 Ocean Bay Drive<br>Suite G-7<br>Key Largo, FL 33037 | Banner Supply Company Pompano, LLC | 8 |
| Galvin, Larry and Rene<br>203 Buring Street Blvd.<br>Absecon, NJ 08201 | Banner Supply Company Pompano, LLC | 8 |
| Gonzalez, Hender and Kathrine<br>922 South West 146th Terrace<br>Pembroke Pines, FL 33027 | Banner Supply Company Pompano, LLC | 8 |
| Gonzalez, Omar, Victoria and Miriam Velez<br>8002 NW 107 Court<br>Miami, FL 33178 | Banner Supply Company Pompano, LLC | 8 |
| Guerrazzi, Diego & Magaly Nano<br>11220 NW 84 Street<br>Doral, FL 33178 | Banner Supply Company Pompano, LLC | 8 |
| Gutierrez de Garcia, Jose and Maribel<br>11143 NW 72nd Terrace<br>Doral, FL 33178 | Banner Supply Company Pompano, LLC | 8 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | Banner Supply Company Pompano, LLC | 8 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Banner Supply Company Pompano, LLC | 8 |
| Hoyos, Hernan<br>877 South West 146th Terrace<br>Pembroke Pines, FL 33027 | Banner Supply Company Pompano, LLC | 8 |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | Banner Supply Company Pompano, LLC | 8 |
| Jones, Gail<br>7281 Lemon Grass Drive<br>Parkland, FL 33076 | Banner Supply Company Pompano, LLC | 8 |
| Kolbenheyer, Howard<br>2708 August Drive<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Kurutz, Barbara and Stephen<br>1982 SE 23rd Court<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Lamma, Husein<br>5800 SW 127 Avenue, Apt. 2314<br>Miami, FL 33183 | Banner Supply Company Pompano, LLC | 8 |
| Laraque, Jean & Gueldie<br>17911 Monte Vista Drive<br>Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Leben, Roger and Janet<br>1912 SE 23 Ct.<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Litten, Randall<br>2235 SE 20th Avenue<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Banner Supply Company Pompano, LLC | 8 |
| Maltby, Wesley and Diane<br>1966 SE 23rd Court<br>Homestead, FL 33035-1243 | Banner Supply Company Pompano, LLC | 8 |
| Mardeni, Marirose and Roberto<br>10787 NW 81 Lanes<br>Doral, FL 33178 | Banner Supply Company Pompano, LLC | 8 |
| Martinez, Felix and Jenny<br>2250 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Mizne, Michael and Jeannine<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Nelson, Dick and Nancy<br>6635 Bobby Jones Ct.<br>Palmetto, FL 34221 | Banner Supply Company Pompano, LLC | 8 |
| Ng, Winnie & CheeWah<br>10101 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Oves, Jose Francisco<br>2220 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Pabon, Fernando<br>9740 SW 184th Street<br>Miami, FL 33157 | Banner Supply Company Pompano, LLC | 8 |
| Pelner, Richard and Debra<br>345 Mestre Place<br>North Venice, FL 34275 | Banner Supply Company Pompano, LLC | 8 |
| Rizzo, Ricardo and Alfonso, Madelin<br>1987 SE 21 Ct.<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "1"–Distributor/Supplier List of Subclasses to**
**Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Distributor Defendant | Defendants' Subclass # |
|---|---|---|
| Roberts, Steven and Jennifer<br>10013 Cobblestone Creek Dr.<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Rodriguez, Jeryl & Jose<br>9725 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Ronkin, Joel & Sharri<br>2505 Provence Circle<br>Weston, FL 33327 | Banner Supply Company Pompano, LLC | 8 |
| Roseman, Robert & Linda<br>231 Grant Avenue<br>Dumont, NJ 07628 | Banner Supply Company Pompano, LLC | 8 |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | Banner Supply Company Pompano, LLC | 8 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | Banner Supply Company Pompano, LLC | 8 |
| Santamaria, Carolyn and Daniel<br>8765 Cobblestone Preserve Court<br>Boynton Beach, FL 33472 | Banner Supply Company Pompano, LLC | 8 |
| Santiago, Jason<br>2140 SE 19 Avenue<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Seifart, Armin and Gore, Lisa<br>2515 Swanson Avenue<br>Miami, FL 33133 | Banner Supply Company Pompano, LLC | 8 |
| Seyour, Serge<br>1457 SW 22nd Lane<br>Homestead, FL 33035 | Banner Supply Company Pompano, LLC | 8 |
| Sirota, Alli and Paul<br>8843 Morgan Landing Way<br>Boynton Beach, FL 33473 | Banner Supply Company Pompano, LLC | 8 |
| Smith, David and Wendy<br>5101 Lakeview Drive<br>Miami Beach, FL 33140 | Banner Supply Company Pompano, LLC | 8 |
| Stanley, David and Patricia<br>4845 66th Lane<br>Vero Beach, FL 32967 | Banner Supply Company Pompano, LLC | 8 |
| Starkman, Jeffrey and Sharlene<br>11224 NW 77th Place<br>Parkland, FL 33076 | Banner Supply Company Pompano, LLC | 8 |
| Trepkowski, Carrie and David<br>3027 Lake Manatee Court<br>Cape Coral, FL 33909 | Banner Supply Company Pompano, LLC | 8 |