# Schedule 3

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

Subclass #49: ~~Abington Woods, LLC~~
Subclass #50: Aburton Homes, Inc.
Subclass #51: Acadian Buidlers of Gonzales, Inc.
Subclass #52: Acadian Builders and Contractors, LLC
Subclass #53: Adams Homes of North West Florida, Inc.
Subclass #54: ~~Advantage Builders of America, Inc.~~
Subclass #55: Affordable Homes & Land, LLC
Subclass #56: Alana Development Corporation
Subclass #57: Albanese-Popkin The Oaks Development Group, L.P.
Subclass #58: Alternative Source, Inc.
Subclass #59: Alvin Royes, Jr., LLC
Subclass #60: America's First Home, Inc.
Subclass #61: American Dream Builders, Inc.
Subclass #62: American Gallery Development Group, LLC d/b/a American Gallery Homes
Subclass #63: Anthony F. Marino General Contractor, LLC
Subclass #64: Anthony Raggs
Subclass #65: Anthony Skrmetti
Subclass #66: Antilles Vero Beach, LLC
Subclass #67: Aranda Homes, Inc.
Subclass #68: Aranda Homes of Florida, Inc.
Subclass #69: Arizen Homes, Inc.
Subclass #70: Arthur Homes (JL Arthur)
Subclass #71: Aubuchon Homes, Inc.
Subclass #72: Avalon Preserve Developers, LLC
Subclass #73: ~~B.B.S. Builders, Inc.~~
Subclass #74: B&E Construction of Miami, Corp.
Subclass #75: B&W Complete Construction, Inc.
Subclass #76: Bagley Construction, LLC
Subclass #77: Barony Homes, Inc.
Subclass #78: Bass Homes, Inc.
Subclass #79: Bauhaus Inc.
Subclass #80: Bauhaus Solutions, Inc.
Subclass #81: ~~Bay Colony - Gateway, Inc.~~
Subclass #82: Baywood Construction, Inc.
Subclass #83: BDG Waterstone, LLC
Subclass #84: ~~Bella Builders, Inc.~~
Subclass #85: Belmont Lakes Investments, LLC
Subclass #86: Bender Construction & Development, Inc.
Subclass #87: Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc.
Subclass #88: ~~BHD Corp.~~
Subclass #89: Big Bear Const. Co.

Subclass #90:  Big River Construction and Remodeling Co., Inc.
Subclass #91:  Blackhawk Partners, LLC
~~Subclass #92:  Blue Oaks/Gulfstream Development, LLC~~
Subclass #93:  BO Builders, LLC
Subclass #94:  Bonita Beachwalk, LLC
Subclass #95:  Bove Company
Subclass #96:  Brantly Homes, Inc.
Subclass #97:  Brightwater Community 1 LLC
Subclass #98:  Burnett Construction Co.
Subclass #99:  C. Adams Construction and Design, LLC
Subclass #100:  C&C Homebuilders, Inc.
Subclass #101:  Calmar Construction Company, Inc.
Subclass #102:  Cardel Master Builder, Inc. d/b/a Cardel Homes
Subclass #103:  Caribe Central, LLC
Subclass #104:  Caribe East LLC
~~Subclass #105:  Caribe Homes Corp.~~
Subclass #106:  Catalano Custom Homes, LLC
Subclass #107:  CDC Builders, Inc.
Subclass #108:  Centerline Homes at Delray, Inc.
Subclass #109:  Centerline Homes at Georgetown LLC
Subclass #110:  Centerline Homes at Tradition, LLC
~~Subclass #111:  Centerline Homes at Vizcaya, Inc.~~
Subclass #112:  Centerline Homes Construction Inc.
Subclass #113:  Centerline Homes, Inc.
Subclass #114:  Centerline Port St. Lucie, Ltd.
Subclass #115:  Central Peninsula Contracting LLC
Subclass #116:  Centurion Homes of Louisiana, LLC
Subclass #117:  Century ~~Builders Group, Inc.~~ Homebuilders, LLC
Subclass #118:  Certain Homes, Inc.
Subclass #119:  CGF Construction
Subclass #120:  Chabot Enterprises, Inc.
Subclass #121:  Chris Booty
Subclass #122:  Chris Cadis
Subclass #123:  Chris P. Roberts
Subclass #124:  Christopher M. Odom
Subclass #125:  Cockerham Construction, LLC
~~Subclass #126:  Comfort Home Builders, Inc.~~
~~Subclass #127:  Continental Drywall Contractors, Inc.~~
Subclass #128:  Craftmaster, LLC
Subclass #129:  Craftsmen Builders, Inc.
Subclass #130:  Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes)
Subclass #131:  CRF Management Co., Inc.
Subclass #132:  Crosby Development Company, LLC
~~Subclass #133:  Crown Builders, Inc.~~
Subclass #134:  D.R. Horton, Inc.

Subclass #135: Daelen of Tangiaphoa, LLC
Subclass #136: Darwin Sharp Construction , LLC
Subclass #137: David Ray Gavins
~~Subclass #138: David Weekley Homes, LLC a.k.a. Weekley Homes, LP~~
Subclass #139: DC Builders, LLC
Subclass #140: Dedicated Builders, LLC
Subclass #141: DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc.
Subclass #142: Derby Homes, Inc.
Subclass #143: Design Contractors, LLC
Subclass #144: Design Drywall of South Florida, LLC
Subclass #145: Diamond Court Construction Company
Subclass #146: DMH Development, Co.
Subclass #147: Dorado Homes Development, Ltd.
Subclass #148: Dunn Wright Construction, Inc.
Subclass #149: Dupree ~~Contractors, Inc.~~ Construction Company, Inc. n/k/a Dupree Construction Company, LLC
Subclass #150: E. Jacob Fakouri Construction, Inc.
Subclass #151: E.B. Developers, Inc.
Subclass #152: E.N. Suttin Construction Company
Subclass #153: Eastern Construction Group, Inc.
Subclass #154: EH Building Group
Subclass #155: Elite Construction Co. SW Inc.
Subclass #156: Elite Home Construction Inc.
Subclass #157: Empire Construction, LLC
Subclass #158: Empire Properties, LLC
Subclass #159: Enchanted Homes, Inc.
Subclass #160: Excel Construction of S.W. Florida, Inc.
Subclass #161: Executive Home Builders, LLC
Subclass #162: First Construction Corporation
~~Subclass #163: First Homes Builders, Inc.~~
Subclass #164: Fisher & Son Contractors, LLC
Subclass #165: Floridian Gulf Coast Homes, Inc.
Subclass #166: Font Builders, Inc.
Subclass #167: Fortis Construction, LLC
~~Subclass #168: Francisco Tomas Permuy~~
Subclass #169: Fusion Building Concepts, Inc.
Subclass #170: G. Drywalls Corporation
~~Subclass #171: G.I. Homes~~
~~Subclass #172: G.L. Building Corporation~~
~~Subclass #173: G.L.B. and Associates, Inc. d/b/a Balli Construction~~
Subclass #174: Galloway Sunset Estates, Inc.
Subclass #175: Garram Homes, Inc.
Subclass #176: Gatco Construction, Inc.
Subclass #177: Gavins Construction Company
Subclass #178: Genesis Residential Group, Inc.

Subclass #179:  GHO Development Corporation
Subclass #180:  GL Homes Limited Corporation a/k/a GL Homes Limited Corporation
Subclass #181:  Global Home Builders, Inc.
Subclass #182:  Global Home Builders, LLC
Subclass #183:  Global Home Builders of the Treasure Coast, Inc.
Subclass #184:  GMI Construction, Inc.
Subclass #185:  Gold Coast Homes of SW Florida
Subclass #186:  Gooden Homes, LLC
Subclass #187:  Great Southern Homes, Inc.
Subclass #188:  Gregg Nieberg, Inc.
Subclass #189:  Gremillion Homes, Inc.
Subclass #190:  Greystoke Homes at South Point II LLC
~~Subclass #191:  Groff Construction Inc.~~
Subclass #192:  Gryphon Construction, LLC
Subclass #193:  Guillermo Permuy
Subclass #194:  Gulfstream Development, LLC
Subclass #195:  Gulfstream Homes, Inc.
Subclass #196:  Gwen Core
Subclass #197:  H & H Custom Homebuilders
Subclass #198:  H.C. Owen Builder, Inc.
Subclass #199:  Hallmark Homes, Inc.
Subclass #200:  Hammer Constructions Services, Ltd.
Subclass #201:  Hansen Homes, Inc.
Subclass #202:  Hansen Homes of South Florida, Inc
~~Subclass #203:  .Hanson Homes, Inc.~~
Subclass #204:  Heights Custom Homes, LLC a/k/a Heights Properties, LLC
Subclass #205:  Highland Lakes, LLC d/b/a Eddleman Homes, LLC
Subclass #206:  Hilliard Butler Construction Company, Inc.
Subclass #207:  Holiday Builders, Inc.
Subclass #208:  Home One Homes
Subclass #209:  HPH Homes
Subclass #210:  HPH Properties, LLC
Subclass #211:  Hutchinson Homes, Inc.
~~Subclass #212:  HWB Construction, Inc.~~
~~Subclass #213:  ICI Homes, Inc.~~
Subclass #214:  In-line Contractors, LLC
~~Subclass #215:  Intercoastal Construction Co.~~
~~Subclass #216:  Intervest Construction, Inc.~~
Subclass #217:  Investment Properties Unlimited Inc.
Subclass #218:  Ironwood Properties, Inc.
Subclass #219:  J. Helms Construction, Inc. d/b/a Sundown Development
Subclass #220:  J&J Builders Northshore, Inc.
Subclass #221:  James LeBlanc
~~Subclass #222:  JD Custom Homes, Inc.~~
Subclass #223:  Jim Walter Homes, Inc.

Subclass #224: JJK&A Holding Corporation
Subclass #225: ~~John G. Finch Construction, LLC~~
Subclass #226: John Korn Builders, LLC
Subclass #227: John L. Crosby, L.L.C.
Subclass #228: John Paul George d/b/a JPG Enterprises, Inc.
Subclass #229: John T. Grab, III
Subclass #230: Jonathan Scott Shewmake
Subclass #231: JPG Enterprises, Inc.
Subclass #232: JST Properties, LLC of Mississippi
Subclass #233: Judson Construction Group, LLC
Subclass #234: K. Hovnanian First Homes, LLC
Subclass #235: Kaye Homes, Inc.
Subclass #236: KB Home Florida LLC
Subclass #237: KB Home Fort Myers, LLC
Subclass #238: ~~KB Home of Orlando, LLC~~
Subclass #239: Ken Roberts
Subclass #240: ~~Kolter Homes, LLC~~
Subclass #241: ~~La Homes and Properties, Inc.~~ L.A. Homes, Inc.
Subclass #242: Lake Ashton Development Group II LLC
Subclass #243: Lakeside Village Development, L.L.C. 1
Subclass #244: Land Resources LLC
Subclass #245: Laporte Family Properties
Subclass #246: Las Playas LLC
Subclass #247: Last Minute Properties, LLC
Subclass #248: Lawrence Migliar LLJ Construction
Subclass #249: Lee Harbor Homes of Florida, Inc.
Subclass #250: Lee Wetherington Homes, Inc.
Subclass #251: Legend Custom Builders, Inc.
Subclass #252: Lennar Corporation
Subclass #253: Lennar Homes, LLC
Subclass #254: Leroy Laporte, Jr.
Subclass #255: Lifescape Builders
Subclass #256: Liongate Design Structure, LLC
Subclass #257: Louran Builders, Inc.
Subclass #258: Louran Gips KG
Subclass #259: LPR Builders, Inc.
Subclass #260: LTL Construction, Inc.
Subclass #261: ~~Lucky Strike M.K.Inc.~~
Subclass #262: Lucra Investments, Inc.
Subclass #263: Lynch Builders, LLC
Subclass #264: M/I Homes, Inc.
Subclass #265: M/I Homes of Tampa, LLC
Subclass #266: ~~M. Miller and Company, Inc.~~
Subclass #267: M.E. Gibbens, Inc.
Subclass #268: ~~M.K. Development, Inc.~~

Subclass #269: ~~Majestic Custom Homes & Development, Inc.~~
Subclass #270: Majestic Homes and Realty SW LLC
Subclass #271: Majestic Homes, Inc.
Subclass #272: Majestic Homes of Port St.Lucie, Inc.
Subclass #273: ~~Mandy Drywall Inc.~~
Subclass #274: Manuel Gonzales Terra Group Intl.
Subclass #275: Marigold Court, LLC
Subclass #276: Mariner Village Townhomes Inc.
Subclass #277: Maronda Homes Inc. of Florida
Subclass #278: Master Builders of South Florida, Inc.
Subclass #279: ~~MATSA Construction Company, Inc.~~
Subclass #280: Mayeaux Construction, Inc.
Subclass #281: ~~MCCAR Homes - Tampa, LLC~~
Subclass #282: McCombs Services, LLC
Subclass #283: McDowell Builders, LLC
Subclass #284: MCM Building Enterprise, Inc.
Subclass #285: ~~McMath Construction, Inc.~~
Subclass #286: Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes
Subclass #287: Medallion Homes Gulf Coast, Inc.
Subclass #288: ~~Medallion Homes, LLC~~
Subclass #289: ~~Meiben Home Builders, LLC~~
Subclass #290: Melvin Prange, Jr. Construction, L.L.C.
Subclass #291: Meridian Homes USA, Inc.
Subclass #292: Meritage Homes of Florida, Inc.
Subclass #293: Methodical Builders, Inc.
Subclass #294: ~~MGB Construction, Inc.~~
Subclass #295: Midwest Construction & Development ~~Incorporated~~ , <span style="color:red">LLC</span>
Subclass #296: Millennium Homes & Development, Inc.
Subclass #297: Miller Professional Contracting, Inc.
Subclass #298: Ming K Wong
Subclass #299: Morgan Homes, Inc.
Subclass #300: Morrison Homes, Inc.
Subclass #301: Nathanial Crump
Subclass #302: Neslo~~, LLC~~ <span style="color:red">Contracting</span>
Subclass #303: Nice Homes, Inc.
Subclass #304: North Palm Estates Homes, Inc.
Subclass #305: Northstar Holdings at B and A LLC
Subclass #306: Northstar Homebuilders, Inc.
Subclass #307: Northstar Homes
Subclass #308: O'Neal Homes, Inc.
Subclass #309: O'Neill/Holliman Corporation
Subclass #310: Oak Avenue, LLC
Subclass #311: Oak Tree Construction
Subclass #312: Oakbrook Building and Design, Inc.
Subclass #313: Oyster Bay Homes, Inc.

Subclass #314: Palm Coast Construction, LLC
Subclass #315: Palm Isles Holdings, LLC
~~Subclass #316: Palm State Construction, Inc.~~
Subclass #317: Paradise Builders of SW Florida, Inc.
Subclass #318: Paragon Homes~~, Inc.~~ Corporation
Subclass #319: Paramount Quality Homes Corp.
Subclass #320: Paul Homes, Inc. a/k/a Management Services of Lee County, Inc.
~~Subclass #321: Paul Homes of Flordia, LLC~~
Subclass #322: Paul Hyde Homes
Subclass #323: Penn Construction Co., LLC
Subclass #324: Philip Latapie
~~Subclass #325: Pine Ridge Real Estate Enterprises, LLC~~
Subclass #326: Pioneer Construction, LLC
Subclass #327: Ponce Riviera, LLC
Subclass #328: Premier Communities, Inc.
~~Subclass #329: Premier Custom Homes~~
Subclass #330: Prestige Development, Inc.
Subclass #331: Prestige Properties
~~Subclass #332: Pride Homes, LLC~~
Subclass #333: Pride Homes of Lakes by the Bay - Parcel H. LLC
Subclass #334: Promenade Developers, Ltd.
Subclass #335: Punta Gorda Partners, LLC
Subclass #336: R & B Construction ~~& Remodeling, Inc.~~ of Northwest, FL, Inc.
Subclass #337: R. Fry Builders, Inc.
Subclass #338: R.J. Homes, LLC
Subclass #339: RJM ~~Homes, Inc.~~ Builders North, Inc.
Subclass #340: Rafuls & Associates Construction Co., Inc.
~~Subclass #341: Raintree Construction~~
Subclass #342: Randal Maranto Builders, LLC
Subclass #343: Ray Bec Inc.
Subclass #344: RCR Holdings II, LLC
Subclass #345: Reed Builders, LLC
Subclass #346: Regatta Construction, LLC
Subclass #347: Regency Homes, Inc.
Subclass #348: Resource Rental & Renovation LLC
Subclass #349: RFC Homes
Subclass #350: Richard Jones Construction Company, Inc.
~~Subclass #351: Rickelman Construction, Inc.~~
Subclass #352: Rivercrest, LLC/The St. Joe Company
~~Subclass #353: RJL Drywall, Inc.~~
~~Subclass #354: RL Homes IX, LLC~~
Subclass #355: Robert Champagne, Great Southern Builders, LLC
Subclass #356: Rookery Park Estates, LLC
Subclass #357: Royal Homes (Anthony Marino)
Subclass #358: The Ryland Group, Inc.

Subclass #359: S&O Investments, LLC
~~Subclass #360: Sail Harbour, LLC~~
Subclass #361: Santa Barbara Estates, Inc.
Subclass #362: Saturno Construction AB Inc.
~~Subclass #363: Savoie Construction, Inc.~~
~~Subclass #364: Savoie Real Estate Holdings, LLC~~
Subclass #365: ~~Schenley Park Homes, LLC~~ ARM Structural, Inc.
Subclass #366: Scott Colson
~~Subclass #367: Scott Designer Homes, Inc.~~
Subclass #368: Shelby Homes at Meadows, Inc.
Subclass #369: Shelby Homes, Inc.
Subclass #370: Signature Series Homes, Inc.
Subclass #371: Smith and Core, Inc.
Subclass #372: Smith Family Homes Corporation
Subclass #373: South Kendall Construction Corp.
Subclass #374: Southern Homes, LLC
~~Subclass #375: Southern Homes of Broward XI, Inc.~~
Subclass #376: Southern Star Construction Company, Inc.
Subclass #377: Southwell Homes, LLC
Subclass #378: Springhill, LLC
~~Subclass #379: St. Joe Home Building, L.P.~~
Subclass #380: Standard Pacific d/b/a Standard Pacific of Colorado, Inc.
Subclass #381: Standard Pacific Homes of South Florida GP, Inc.
Subclass #382: Standard Pacific Homes of South Florida, a Florida General Partnership
Subclass #383: Star Homes of Florida LLC
Subclass #384: Stephen Shivers
Subclass #385: Sterling Communities Inc.
Subclass #386: Sterling Communities Realty Inc.
~~Subclass #387: Steven R. Carter, Inc.~~
Subclass #388: Stonebrook Estates, Inc.
Subclass #389: Stonebrook Homes, LLC
~~Subclass #390: Suarez Housing Corporation~~
Subclass #391: Summit Contractors, Inc.
Subclass #392: Summit Homes of LA, Inc.
Subclass #393: Sun Construction, LLC d/b/a Sunrise Homes
Subclass #394: Sunrise Construction and Development, LLC
Subclass #395: Sunrise Homes/Sun Construction
Subclass #396: Sunrise Custom Homes & Construction, LLC
Subclass #397: Supreme Builders
Subclass #398: Taber Construction
Subclass #399: Tad Brown
Subclass #400: Tallow Creek, LLC
~~Subclass #401: Taylor Morrison of Florida, Inc.~~
Subclass #402: Taylor-Woodrow Communities at Vasari, Inc.
Subclass #403: Team Work Construction, LLC

Subclass #404:  Tepeyac, LLC
Subclass #405:  The Mitchell Co.
Subclass #406:  The New Morning, LLC
Subclass #407:  The Sterling Collection, Inc.
Subclass #408:  Tikal Construction Co.
Subclass #409:  Toll Estero, Ltd. Partnership d/b/a Toll Brothers
Subclass # 410:  Total Contracting and Roofing, Inc.
~~Subclass #411:  Treasure Coast Homes, LLC~~
Subclass #412:  Triumph Construction
Subclass #413:  Tudela Classic Homes, LLC
Subclass #414:  Tuscan-Harvey Estate Homes, Inc.
~~Subclass #415:  Twelve Oaks of Polk County, Inc.~~
Subclass #416:  Twin Lakes Reserve & Golf Club, Inc.
Subclass #417:  United Homes Builders, Inc.
Subclass #418:  United Homes, Inc.
Subclass #419:  United Homes International, Inc.
Subclass #420:  United-Bilt Homes, LLC
Subclass #421:  Van Aller Construction
~~Subclass #422:  Velez Construction, LLC~~
Subclass #423:   Velvet Pines Construction, LLC
Subclass #424:  Vicinity Drywall, Inc.
Subclass #425:  Viking Homes of S.W. Florida, Inc.
Subclass #426:  Villa Development, Inc.
~~Subclass #427:  Vincent Montalto Construction, Inc.~~
Subclass #428:  Vintage Properties, Inc.
Subclass #429:  Waterways ~~Development, Inc.~~ Joint Venture IV, LLC
~~Subclass #430:  WB Construction Company, Inc.~~
~~Subclass #431:  Westpoint Development, LLC~~
Subclass #432:  Wilson Heights Development, Inc.
~~Subclass #433:  Windship Homes of Florida, Inc.~~
~~Subclass #434:  Woodland Enterprises, Inc.~~
Subclass #435:  Ybarzabal Contractors, LLC
Subclass #436:  Zamora Corporation

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Chester, Cheryl~~ ~~Fischer, Donald~~ ~~3 Glen Avenue~~ ~~Roslyn, NY 11576~~ | ~~Abington Woods, LLC~~ | ~~49~~ |
| Catalano, Thomas and Faye 2643 Southwest Harem Circle Port St. Lucie, FL 34953 | Aburton Homes, Inc. | 50 |
| Demers, ~~Jeff~~ Jeffrey and Audra 7701 Silver Oak Drive Port Saint Lucie, FL 34952 | Aburton Homes, Inc. | 50 |
| Rojas, Victor 531 4th Ave. Elizabeth, NJ 07202 | Aburton Homes, Inc. | 50 |
| Garton, Timothy 5407 LaSalle Way Vallejo, CA 94951 | Acadian Buidlers of Gonzales, Inc. | 51 |
| Guidry, Christopher and Jerene 5396 Courtyard Dr Gonzales, LA 70737 | Acadian Builders and Contractors, LLC | 52 |
| Hebert, Loney and Vickie 5190 Courtyard Dr. Gonzales, LA 70737 | Acadian Builders and Contractors, LLC | 52 |
| Naden, Craig & Roberta 5263 Courtyard Drive Gonzales, LA 70737 | Acadian Builders and Contractors, LLC | 52 |
| Ward, Amy and Truman 5367 Courtyard Drive Gonzales, LA 70737 | Acadian Builders and Contractors, LLC | 52 |
| Davis, Wendell and Maritza 5616 Marigold Way Unit #301 Naples, FL 34119 | Adams Homes of North West Florida, Inc. | 53 |
| ~~Peace, Stephanie & John~~ ~~123 SW 29th Street~~ ~~Cape Coral, FL 33914~~ | ~~Advantage Builders of America, Inc.~~ | ~~54~~ |
| ~~Transland, LLC~~ ~~5000 Southgate, Chrisiansted, VI 00820~~ | ~~Advantage Builders of America, Inc.~~ | ~~54~~ |
| Meyer, Lawrence and Elizabeth 29310 Laurel Drive Lacombe, LA 70445 | Affordable Homes & Land, LLC | 55 |
| ~~Reese, Jean~~ ~~107 Citrus Road~~ ~~River Ridge, LA 70123~~ | ~~Affordable Homes & Land, LLC~~ | ~~55~~ |
| Skinner, Helena 29300 Laurel Drive Lacombe, LA 70445 | Affordable Homes & Land, LLC | 55 |
| Watts, Sharon 29284 Laurel Drive Lacombe, LA 70445 | Affordable Homes & Land, LLC | 55 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Woods, Rechanda<br>29311 Willow Dr.<br>Lacombe, LA 70445 | Affordable Homes & Land, LLC | 55 |
| Petkin, Paul and Therese<br>213 Treasure Beach Road<br>Saint Augustine, FL 32080 | Alana Development Corporation | 56 |
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Galluzzi, Joseph and Heather<br>180 Riverside Boulevard<br>New York, NY 10069 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Laraque, Jean & Gueldie<br>17911 Monte Vista Drive<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | Albanese-Popkin The Oaks Development Group, L.P. | 57 |
| Tiemann, Richard and Jean<br>3613 Lake Providence<br>Harvey, LA 70058 | Alternative Source, Inc. | 58 |
| Gaussiran, Maxi<br>39768 Kellywood Blvd.<br>Ponchatoula, LA 70454 | Alvin Royes, Jr., LLC | 59 |
| Miller, Vickie T. Egan<br>27332 Gregory Lane<br>Ponchatoula, LA 70454 | Alvin Royes, Jr., LLC | 59 |
| Hernandez, Cynthia and Pedro<br>1232 Madison Court<br>Immokalee, FL 34142 | America's First Home, Inc. | 60 |
| Kallas, John & Katherine<br>1107 Dorothy Avenue N.<br>Lehigh Acres, FL 33971 | America's First Home, Inc. | 60 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Smith, Michael & Tatiana~~ ~~3207 NE 14th Place~~ ~~Cape Coral, FL 33909~~ | ~~America's First Home, Inc.~~ | ~~60~~ |
| Teixeira, Adelino and Sandra 30 Cushing Lane Acushnet, MA 02743 | American Dream Builders, Inc. | 61 |
| Tronchet, Ryan 501 NW 38th Place Cape Coral, FL 33993 | American Dream Builders, Inc. | 61 |
| ~~Mullen, Thomas and Kathleen~~ ~~142 Lake Road~~ ~~Morristown, NJ 07960~~ | ~~American Gallery Development Group, LLC d/b/a American Gallery Homes~~ | ~~62~~ |
| ~~Mullen, Thomas and Kathleen~~ ~~142 Lake Raod~~ ~~Morristown, NJ 08960~~ | ~~American Gallery Development Group, LLC d/b/a American Gallery Homes~~ | ~~62~~ |
| ~~Mullen, Thomas and Kathleen~~ ~~142 Lake Raod~~ ~~Morristown, NJ 08960~~ | ~~American Gallery Development Group, LLC d/b/a American Gallery Homes~~ | ~~62~~ |
| Rodriguez, Javier and Sepulveda, Catalina 736 Andover Avenue Lehigh Acres, FL 33874 | American Gallery Development Group, LLC d/b/a American Gallery Homes | 62 |
| Maykut, Kent & Donna 217 Ruelle DuChene Madisonville, LA 70447 | Anthony F. Marino General Contractor, LLC | 63 |
| Price, Joshua and Kimberlea 117 Rue Merlot Abita Springs, LA 70420 | Anthony F. Marino General Contractor, LLC | 63 |
| Richardson, Franklyn and Kimberley 2990 NW 9th Place Ft. Lauderdale, FL 33311 | Anthony Raggs | 64 |
| Gill, Russell and Ashley 4905 Oak Place Drive Vancleave, MS 39565 | Anthony Skrmetti | 65 |
| Brady, John and Joann P.O. Box 1708 Shavertown, PA 18708 | Antilles Vero Beach, LLC | 66 |
| Lahey, Patrick 2817 St. Barts Square Vero Beach, FL 32967 | Antilles Vero Beach, LLC | 66 |
| Aboulafia, Steven 3735 Yucataan Pkwy. Cape Coral, FL 33993 | Aranda Homes, Inc. | 67 |
| ~~Conroy, John & Sandra~~ ~~1750 NW 24th Place~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |

| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*<br>Amended Schedule "3"–Builder/Developer List of Subclasses to<br>Plaintiffs' Omnibus Class Action Complaint (I) | | |
|---|---|---|
| **Plaintiff/Current Address** | **Builder Defendant** | **Defendants' Subclass #** |
| ~~Cuddapah, Prabhakara and Ramathilakam~~<br>~~3317 Ceitos Pkwy~~<br>~~Cape Coral, FL 33991~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |
| DeBenedictis, Frank & Deborah<br>4408 SW 29th Ave.<br>Cape Coral, FL 33914 | Aranda Homes, Inc. | 67 |
| ~~Fischer, Dirk & Svetlana Fisher~~<br>~~424 NW 38th Avenue~~<br>~~Cape Coral, FL 33993~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |
| ~~Geraci, Vincent & Joan~~<br>~~8 Academy Way #122~~<br>~~St. Petersburg, FL 33711~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |
| Holmes, Elena<br>7404 Cobb Road<br>Bokeelia, FL 33993 | Aranda Homes, Inc. | 67 |
| Lindner, Thomas<br>605 SW 28th Terrace<br>Cape Coral, FL 33914 | Aranda Homes, Inc. | 67 |
| Macri, Joseph and Earl Heller<br>1825 SE 2nd Street<br>Cape Coral, FL 33990 | Aranda Homes, Inc. | 67 |
| Maloy, Jack and Louise<br>1328 Southwest 4th Avenue<br>Cape Coral, FL 33991 | Aranda Homes, Inc. | 67 |
| Miller, Daniel<br>1903 SW 46 Terrace<br>Cape Coral, FL 33914 | Aranda Homes, Inc. | 67 |
| Morrison, Jeffrey/Leigh<br>7518 Wedelia<br>Punta Gorda, FL 33955 | Aranda Homes, Inc. | 67 |
| Mozdzonek, Agnes<br>5257 Pocatella Court<br>Cape Coral, FL 33904 | Aranda Homes, Inc. | 67 |
| Perez, Tyrone ~~and Aida~~<br>1201 Rush Avenue<br>Lehigh Acres, FL 33972 | Aranda Homes, Inc. | 67 |
| Pierre, Rollad<br>2601 NW 21st Terrace<br>Cape Coral, FL 33993 | Aranda Homes, Inc. | 67 |
| Quimby, Clayton/Cheryl<br>23976 Vincent Avenue<br>Punta Gorda, FL 33955 | Aranda Homes, Inc. | 67 |
| Roche, Ross~~er~~ D. and Mary Ann K.<br>2816 NW 25th Lane<br>Cape Coral, FL 33993 | Aranda Homes, Inc. | 67 |
| ~~Rottau, Erwin~~<br>~~Cloeren, Mary Jane~~<br>~~2607 N.W. 15th Street~~<br>~~Cape Coral, FL 33993~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Sacks, Sieglinde~~ ~~2810 NW 14th Terrace~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |
| Schatzle, Ralph and Judith 3445 ~~SW~~ NW 18th Terrace Cape Coral, Florida 33993 | Aranda Homes, Inc. | 67 |
| Schwall, ~~Ed and Mandy~~ Edward and Madaline 918 Sloane Court White Lake, MI 48386 | Aranda Homes, Inc. | 67 |
| ~~Shaw, John & Barbara~~ ~~827 SW 17 Street~~ ~~Cape Coral, FL 33991~~ | ~~Aranda Homes, Inc.~~ | ~~67~~ |
| Tran, Andy 82 Western Avenue August, ME 04330 | Aranda Homes, Inc. | 67 |
| Venturoso, Maria 1113 North East 32nd Street Cape Coral, FL 33909 | Aranda Homes, Inc. | 67 |
| ~~Conroy, John & Sandra~~ ~~1750 NW 24th Place~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| ~~Cuddapah, Prabhakara and Ramathilakam~~ ~~3317 Ceitos Pkwy~~ ~~Cape Coral, FL 33991~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| ~~Fischer, Dirk & Svetlana Fisher~~ ~~424 NW 38th Avenue~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| ~~Geraci, Vincent & Joan~~ ~~8 Academy Way~~ ~~#122~~ ~~St. Petersburg, FL 33711~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| Jarvin, Francis and Kathy 1219 NW 38th Place Cape Coral, FL 33993 | Aranda Homes of Florida, Inc. | 68 |
| ~~Rottau, Erwin~~ ~~Cloeren, Mary Jane~~ ~~2607 N.W. 15th Street~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| ~~Sacks, Sieglinde~~ ~~2810 NW 14th Terrace~~ ~~Cape Coral, FL 33993~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| ~~Shaw, John & Barbara~~ ~~827 SW 17 Street~~ ~~Cape Coral, FL 33991~~ | ~~Aranda Homes of Florida, Inc.~~ | ~~68~~ |
| Jackson, Ronald 2200 Kings Lake Blvd. Naples, FL 34112 | Arizen Homes, Inc. | 69 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Bourdon, Lucille<br>15074 Pamela Drive<br>Covington, LA 70433 | Arthur Homes (JL Arthur) | 70 |
| Nunez, Frederick & Lisa<br>123 Dominion Blvd.<br>Madisonville, LA 70447 | Arthur Homes (JL Arthur) | 70 |
| Kottkamp, Jeffrey and Cynthia<br>Buttonwood Harbor<br>4511 Randag Drive<br>North Fort Myers, FL 33903 | Aubuchon Homes, Inc. | 71 |
| ~~Adams, Edward~~<br>Entrust IRA SW Florida, IRA #56926 Edward Adams<br>635 Radley Road<br>Westfield, NJ 07090 | Avalon Preserve Developers, LLC | 72 |
| Adams, Edward<br>635 Radley Road<br>Westfield, NJ 07090 | Avalon Preserve Developers, LLC | 72 |
| Avalon Preserve Condominium Association, Inc.<br>2525 Parkway Street<br>Fort Myers, FL 33901 | Avalon Preserve Developers, LLC | 72 |
| Belfiglio, Mark<br>726 Harbor Island<br>Clearwater, FL 33767 | Avalon Preserve Developers, LLC | 72 |
| ~~Christensen, Richard and Linda~~<br>Richard W. Christensen Revocable Trust and Linda M. Christensen Revocable Trust<br>2075 Charter Point Drive<br>Arlington Heights, IL 60004 | Avalon Preserve Developers, LLC | 72 |
| Cornwell, Burl and Sondra<br>11849 Bayport Lane - Unit 1<br>Fort Myers, FL 33908 | Avalon Preserve Developers, LLC | 72 |
| Gallotta-Dimassi, Cheryl<br>11875 Bayport Lane<br>Unit 1401, Second Floor<br>Fort Myers, FL 33908 | Avalon Preserve Developers, LLC | 72 |
| ~~Hartley,~~ Loren E. Hartley Trust<br>7708 Sea Crest Way<br>Noblesville, IN | Avalon Preserve Developers, LLC | 72 |
| Hatzokos, Aris and Angela<br>1210 Mercury Court<br>Forked River, NJ 08731 | Avalon Preserve Developers, LLC | 72 |
| Karaian, George and Bernadette<br>181 Indian Rock Road<br>Merrimack, NH 03054 | Avalon Preserve Developers, LLC | 72 |
| Kazor, Joseph and Patricia<br>8259 Potomac Lane<br>Naples, FL 34104 | Avalon Preserve Developers, LLC | 72 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Martin, Patrick and Alice<br>11842 Bayport Lane Unit #4 #2104<br>Fort Myers, FL 33908 | Avalon Preserve Developers, LLC | 72 |
| Pote, David and Eugster, Linda<br>7401 Metro Blvd. Ste. 320<br>Edina, MN 55439 | Avalon Preserve Developers, LLC | 72 |
| Scaletta, Thomas<br>1319 Brittany Avenue<br>Naperville, IL 60540 | Avalon Preserve Developers, LLC | 72 |
| Vieau, Mark and Sheryl<br>5994 North Pike Lake Road<br>Duluth, MN 55811 | Avalon Preserve Developers, LLC | 72 |
| Dolinsky, Chanel<br>Wainstein, Victor<br>39 SE 3rd Avenue<br>Hallandale Beach, FL 33009 | B.B.S. Builders, Inc. | 73 |
| Groom, Richard and Pamela<br>3138 Ohio Street<br>Coconut Grove, FL 33133 | B&E Construction of Miami, Corp. | 74 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | B&W Complete Construction, Inc. | 75 |
| Waguespack, Jacques and Nicole<br>1325 West Causeway Approach<br>Mandeville, LA 70471 | Bagley Construction, LLC | 76 |
| Ursa Ursu, Flaviu-Emil/Dorina<br>Prof. Fritz Klee Str. 67<br>Selb Germany 95100 | Barony Homes, Inc. | 77 |
| Beasley, Austin and Betty<br>1608 Grace Lake<br>Fairhope, AL 35653 | Bass Homes, Inc. | 78 |
| Childress, Patricia<br>12156 Twin Oaks Drive<br>Magnolia Springs, AL 36555 | Bass Homes, Inc. | 78 |
| Dewberry, Patricia<br>13861 Leom Court<br>Stapleton, AL 36578 | Bass Homes, Inc. | 78 |
| Lewis, Christopher and Natalie<br>35069 Spring Road S.<br>Stapleton, AL 36578 | Bass Homes, Inc. | 78 |
| Stockwell, Shelley<br>11823 Stucki Road<br>Elbert, AL 36530 | Bass Homes, Inc. | 78 |
| Dabalsa, Ricardo<br>351 NW 125th Avenue<br>Miami, FL 33182 | Bauhaus Inc. | 79 |
| Dabalsa, Ricardo<br>351 NW 125th Avenue<br>Miami, FL 33182 | Bauhaus Solutions, Inc. | 80 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Dugan, James and Kathleen~~ ~~10826 Tiberio Drive~~ ~~Fort Myers, FL 33913~~ | ~~Bay Colony - Gateway, Inc.~~ | ~~81~~ |
| ~~Scholand, Martin, Constance and Francis~~ ~~8 Lee Cove~~ ~~East Berlin, PA 17316~~ | ~~Bay Colony - Gateway, Inc.~~ | ~~81~~ |
| ~~Walsh, John and Joanne~~ ~~10828 Tiberio Drive~~ ~~Fort Myers, FL 33913~~ | ~~Bay Colony - Gateway, Inc.~~ | ~~81~~ |
| Adcock, Jerald/Melissa 1121 NW 9th Avenue Cape Coral, FL 33993 | Baywood Construction, Inc. | 82 |
| Cannistraci, Darlene 1203 Trafalgar Parkway Cape Coral, FL 33991 | Baywood Construction, Inc. | 82 |
| Ferguson, Lee and Melinda 901 South West 12th Avenue Cape Coral, FL 33991 | Baywood Construction, Inc. | 82 |
| Hayre, Harbhajan 7 Parsons Way South Natick, MA 07160 | Baywood Construction, Inc. | 82 |
| Lester, John/Jaycine 1930 NW 10th Street Cape Coral, FL 33909  Schiller, Larry P.O. Box 485 Etowah, TN 37331 | Baywood Construction, Inc. | 82 |
| Mancini, Edward and Solvik, Grace 3 Weber Terrace South Amboy, NJ 08879 | Baywood Construction, Inc. | 82 |
| Reino, ~~Frank and~~ Helen 322 Fishpond Road Glassboro, NJ 08028 | Baywood Construction, Inc. | 82 |
| Mandsaurwala, Ali Asgar and Shadaab 4274 NE 16th Street Homestead, FL 33033 | BDG Waterstone, LLC | 83 |
| Saieh, Clifford 4282 NE 16th St. Homestead FL 33033 | BDG Waterstone, LLC | 83 |
| ~~Henry, Michael and Joanne~~ ~~5424 S.W. 16th Place~~ ~~Cape Coral, FL 33914~~ | ~~Bella Builders, Inc.~~ | ~~84~~ |
| Glover, Bonnie J. And Craig 1402 SW 150th Terrace Davie, FL 33362 | Belmont Lakes Investments, LLC | 85 |
| Brennan, John and Barbara 875 39th Avenue Northwest Naples, FL 34120 | Bender Construction & Development, Inc. | 86 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Dupuy, Cullen and Mary<br>15246 Campanile Court<br>Baton Rouge, LA 70810 | Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc. | 87 |
| Greene, Craig and Kristin<br>3117 McClendon Court<br>Baton Rouge, LA 70810 | Benoit Buidlers, LLC f/k/a Benoit Builders & Realtors, Inc. | 87 |
| ~~Panessa, Bart~~<br>~~30 Brouck Ferris Blvd.~~<br>~~New Paltz, NY 12561~~ | ~~BHD Corp.~~ | ~~88~~ |
| Boudreaux, Virginia R.<br>209 Cottage Green Lane<br>Covington, LA 70435 | Big Bear Const. Co. | 89 |
| ~~Cassagne, Jordan and Brande~~<br>~~209 Place Street Jean~~<br>~~Covington, LA 70433~~ | ~~Big Bear Const. Co.~~ | ~~89~~ |
| Mayo, Jake C. and Emily<br>4268 Arrowhead Street<br>Baton Rouge, LA 70808 | Big River Construction and Remodeling Co., Inc. | 90 |
| Glover, Bonnie J. And Craig<br>1402 SW 150th Terrace<br>Davie, FL 33362 | Blackhawk Partners, LLC | 91 |
| ~~Sutton, James~~<br>~~101 South Seas Drive Unit #105~~<br>~~Jupiter, FL 33477~~ | ~~Blue Oaks/Gulfstream Development, LLC~~ | ~~92~~ |
| Mandill, Jami<br>70465 A Street<br>Covington, LA 70433 | BO Builders, LLC | 93 |
| Fitz-Patrick, Michael/Karen<br>4801 Island Pond Court #1103<br>Bonita Springs, FL 34134<br><br>KSK Investment Group, LLC<br>850 Manor Road<br>Riverton, NJ 08077 | Bonita Beachwalk, LLC | 94 |
| Bilski, Walter and Tracey<br>2071 High Meadow Lane<br>Lock Haven, PA 17745 | Bove Company | 95 |
| Cahill, Thomas and Susan, Lengemann, Robert and Mary<br>2490 Thurston Court<br>Aurora, IL 60572 | Bove Company | 95 |
| Coogan, Kevin and Stella<br>36 Jarombek Drive<br>Towaco, NJ 07082 | Bove Company | 95 |
| DeVita, Gerard and Ellen<br>1412 Surfbird Court<br>Punta Gorda, FL 33950 | Bove Company | 95 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Dishauzi, David<br>3397 Reflection Court<br>Naples, FL 34109 | Bove Company | 95 |
| Dishauzi, John and Rose Marie<br>1453 Serrano Circle<br>Naples, FL 34105 | Bove Company | 95 |
| Frank, Stephen (Esquire) and Susan<br>6450 Dutchman's Parkway<br>Louisville, KY 40205 | Bove Company | 95 |
| Geissler, Arthur and Sherry<br>10202 Windrow Court<br>Louisville, KY 40223 | Bove Company | 95 |
| Gelosa Geloso, Guiseppe and Rosa<br>Mosca, Roberto and Lina<br>18 Fawn Drive<br>Wallingford, CT 06492 | Bove Company | 95 |
| Hammersley, Philip and Susannah<br>Watt, Dana and Kelly<br>4601 Trails Drive<br>Sarasota, FL 34232 | Bove Company | 95 |
| Hochman, Todd and Michelle<br>1725 Epping Road<br>Gates Mills, OH 4404 | Bove Company | 95 |
| Kuhner, James<br>481 Montauk Highway<br>Eastport, NY 11941<br><br>Laine, Janet<br>554 Islamorada Drive<br>Punta Gorda, FL 33955 | Bove Company | 95 |
| McHugh, Joseph and Ellyn<br>McHugh Real Estate Holdings, LLC, an Ohio Company<br>42227 Fulton Court<br>Sterling Heights, MI 48313 | Bove Company | 95 |
| Roseman, Robert & Linda<br>231 Grant Avenue<br>Dumont, NJ 07628 | Bove Company | 95 |
| Schmidt, Dale and Sheila Ann<br>3606 Kings Mill Run<br>Rocky River, OH 44116 | Bove Company | 95 |
| Small, Norma<br>736 Arlington Circle<br>Florence, SC 29501 | Bove Company | 95 |
| Smillie, John and Samantha<br>Chapman, Mike Michael and Heidi<br>4909 East River Road<br>Freeland, MI 48623 | Bove Company | 95 |