*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Sokich, Kristin and Kristen<br>160 Northfield Avenue<br>Dobbs Ferry, NY 10522 | Bove Company | 95 |
| Tabor, Donna<br>12 Sunset View Road<br>Whitehouse Station, NJ 08889 | Bove Company | 95 |
| Vivante at Boca Lago Homeowner's Association<br>99 Vivante Boulevard, Building V<br>Punta Gorda, FL 33950 | Bove Company | 95 |
| Young, Arne and Jeanie<br>19028 Appalossa Lane<br>Shorewood, IL 60404 | Bove Company | 95 |
| Young, Arne and Jeanie<br>19028 Appaloss Lane<br>Shorewood, IL | Bove Company | 95 |
| Green, Jeffrey and Michelle<br>156 Wild Timber Parkway<br>Pelham, AL 35124 | Brantly Homes, Inc. | 96 |
| Feler, Svyatoslaw<br>Smolyanskaya, Yelena<br>10150 Bayou Grande Avenue<br>Seminole, FL 33772 | Brightwater Community 1 LLC | 97 |
| Matzer, Joy and Robert<br>348 Deer Ridge Lane<br>Chelsea, AL 35043 | Burnett Construction Co. | 98 |
| Ceruti, Ronald and Sharon<br>745 Spring Thyme<br>Belle Chasse, LA 70037 | C. Adams Construction and Design, LLC | 99 |
| Borne, Carol<br>835 Montgomery Street<br>Mandeville, LA 70448 | C&C Homebuilders, Inc. | 100 |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | Calmar Construction Company, Inc. | 101 |
| Benullis, Stephen and Michelle<br>6200 twin Bridges Drive<br>Zephyrhills, FL 33541 | Cardel Master Builder, Inc. d/b/a Cardel Homes | 102 |
| Gonzalez, Luis and Caridad<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | Caribe Central, LLC | 103 |
| ~~Segundo, Rafael & Ana~~<br>~~PO Box 771498~~<br>~~Miami, FL 33177~~ | ~~Caribe Central LLC~~ | ~~103~~ |
| Delbusto, Barbara<br>3425 North East 4th Street<br>Homestead, FL 33033 | Caribe East LLC | 104 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Fuentes, Rolando and Marquirez, W. Annia<br>3347 Northeast 4th Street<br>Homestead, FL 33033 | Caribe East LLC | 104 |
| Sanclemente, Leonardo and Nelly<br>3341 North East 4th Street<br>Homestead, FL 33033 | Caribe East LLC | 104 |
| ~~Fuentes, Rolando~~<br>~~3347 Northeast 4th Street~~<br>~~Homestead, FL 33033~~ | ~~Caribe Homes Corp.~~ | ~~105~~ |
| ~~Gonzalez, Luis and Caridad~~<br>~~2944 NE 3rd Drive~~<br>~~Homestead, FL 33033~~ | ~~Caribe Homes Corp.~~ | ~~105~~ |
| ~~Segundo, Rafael & Ana~~<br>~~PO Box 771498~~<br>~~Miami, FL 33177~~ | ~~Caribe Homes Corp.~~ | ~~105~~ |
| Gilberti, Jeffrey and Chrissie<br>733 Cedar Avenue<br>Metairie, LA 70001 | Catalano Custom Homes, LLC | 106 |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Candela, Hilario<br>6201 Granada Blvd.<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Fleck, Joe<br>554 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Hartz, Charles and Joy<br>25 Tahibit Beach Island<br>Coral Gables, FL 33143 | CDC Builders, Inc. | 107 |
| ~~Legland~~ Leblang, David and Sharon<br>1150 Madruga Avenue<br>Apt. C02<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| ~~Mackie~~ Mackle, Frank<br>13990 S. Dixie Highway #106<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Mekras, George<br>434 Indies Drive<br>Vero Beach, FL 32963 | CDC Builders, Inc. | 107 |
| Ramirez, Julio and Myriam<br>550 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Sternstein, Jerry<br>526 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Suarez, Gaston and Marta<br>542 Loretto Avenue<br>Coral Gables, FL 33146 | CDC Builders, Inc. | 107 |
| Turner, Earnest & Pigi Caretti<br>3109 Grand Avenue #181<br>Coconut Grove, FL 33133 | CDC Builders, Inc. | 107 |
| Zeller, Maria Rosa<br>586 Loretto Avenue<br>Coral Gables, FL 33146<br><br>Solabella Company Limited<br>OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | CDC Builders, Inc. | 107 |
| Ziska, David and Julie<br>6335 S.W. 110 Street<br>Miami, FL 33156 | CDC Builders, Inc. | 107 |
| ~~Bissoon, Suresh and Oma~~<br>~~12608 SW 44th Street~~<br>~~Miramar, FL 33021~~ | ~~Centerline Homes at Delray, Inc.~~ | ~~108~~ |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes at Delray, Inc. | 108 |
| Mackoff, Arlene & Charles<br>15582 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes at Delray, Inc. | 108 |
| Rizzo, Jack & Luz<br>15578 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes at Delray, Inc. | 108 |
| Semrau, Terrance Scott & Deborah<br>15435 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes at Delray, Inc. | 108 |
| Tutin, Barry and Barbara<br>15562 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes at Delray, Inc. | 108 |
| Albano, Carol<br>1401 NW 36th Way<br>Lauderhill, FL 33311 | Centerline Homes at Georgetown LLC | 109 |
| Auerbach, Suely<br>2206 Hollywood Blvd.<br>Hollywood, FL 33020 | Centerline Homes at Georgetown, LLC | 109 |
| Braithwaite, Judy<br>4846 N. University Drive #341<br>Lauderhill, FL 33381 | Centerline Homes at Georgetown LLC | 109 |
| Crawford, Monique and Shand, Elaine<br>3609 NW 14th Court<br>Lauderhill, FL 33311 | Centerline Homes at Georgetown LLC | 109 |
| James, Janelle<br>3606 NW 14 Court<br>Lauderhill, FL 33311 | Centerline Homes at Georgetown LLC | 109 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Mulligan, Vincent and Virginia<br>3542 NW 14th Court<br>Lauderhill, FL 33311 | Centerline Homes at Georgetown LLC | 109 |
| Reid, Marvin<br>3605 NW 14th Court<br>Lauderhill, FL 33311 | Centerline Homes at Georgetown LLC | 109 |
| ~~St. Cyr, Randa and Emmanuel~~<br>~~3535 NW 14th Court~~<br>~~Lauderhill, FL 33311~~ | ~~Centerline Homes at Georgetown LLC~~ | ~~109~~ |
| ~~Watson, Patrick and Paula~~<br>~~978 NW Leonardo Circle~~<br>~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes at Georgetown LLC~~ | ~~109~~ |
| ~~Williams, Margret~~<br>~~Wakeland, Angella and Nicholas~~<br>~~967 NW Leonardo Circle~~<br>~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes at Georgetown LLC~~ | ~~109~~ |
| ~~Boxe, Kevin and Roxann~~<br>~~1104 Northwest Leonardo Circle~~<br>~~Port Saint Lucie, FL 34986~~ | ~~Centerline Homes at Tradition, LLC~~ | ~~110~~ |
| Gaita, Gina (Promenade)<br>~~10440 SW Stephanie Way~~<br>~~Unit ____~~<br>~~Port St.Lucie, FL~~<br>25 Dale Road<br>Middleton, NJ 07748 | Centerline Homes at Tradition, LLC | 110 |
| ~~Houston~~ Hueston Debra ~~(Promenade)~~<br>~~10440 SW Stephanie Way~~<br>~~Unit ____~~<br>~~Port St.Lucie, Fl~~<br>140 Greenwood Road<br>N. Kingstown, RI 02852 | Centerline Homes at Tradition, LLC | 110 |
| Mosley, Shawn<br>10751 SW West Park Ave.<br>Port St. Lucie, FL 34987 | Centerline Homes at Tradition, LLC | 110 |
| Promenade at Tradition<br>Community Association, Inc.<br>430 NW Lake Whitney Place<br>Port St. Lucie, FL 34986 | Centerline Homes at Tradition, LLC | 110 |
| ~~Real Estate Resolutions Group, LLC~~<br>~~815 Coral Ridge Drive~~<br>~~Coral Springs, FL 33071~~ | ~~Centerline Homes at Tradition, LLC~~ | ~~110~~ |
| ~~Cucci, Jacqueline~~<br>~~3555 Wading River Road~~<br>~~Manorville, NY 11949~~ | ~~Centerline Homes at Vizcaya, Inc.~~ | ~~111~~ |
| ~~Ristovski, Van~~<br>~~5180 East 81st Avenue~~<br>~~Merrillville, IN 46410~~ | ~~Centerline Homes at Vizcaya, Inc.~~ | ~~111~~ |
| ~~Watson, Patrick and Paula~~<br>~~978 NW Leonardo Circle~~<br>~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes Construction Inc~~ | ~~112~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Williams, Margret~~ ~~Wakeland, Angella and Nicholas~~ ~~967 NW Leonardo Circle~~ ~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes Construction Inc~~ | ~~112~~ |
| Albano, Carol 1401 NW 36th Way Lauderhill, FL 33311 | Centerline Homes Construction, Inc. | 112 |
| Auerbach, Suely 2206 Hollywood Blvd. Hollywood, FL 33020 | Centerline Homes Construction, Inc. | 112 |
| ~~Bissoon, Suresh and Oma~~ ~~12608 SW 44th Street~~ ~~Miramar, FL 33021~~ | ~~Centerline Homes Construction, Inc.~~ | ~~112~~ |
| Braithwaite, Judy 4846 N. University Drive #341 Lauderhill, FL 33381 | Centerline Homes Construction, Inc. | 112 |
| Casey, Hugh 8112 SE Double Tree Drive Hobe Sound, FL 33455 | Centerline Homes Construction, Inc. | 112 |
| Cohen, Carol 15586 Fiorenza Circle Delray Beach, FL 33446 | Centerline Homes Construction, Inc. | 112 |
| Crawford, Monique and Shand, Elaine 3609 NW 14th Court Lauderhill, FL 33311 | Centerline Homes Construction Inc. | 112 |
| ~~De Los Santos, Rosibel and Brian~~ ~~973 NW Leonardo Circle~~ ~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes Construction, Inc.~~ | ~~112~~ |
| Gaita, Gina (Promenade) ~~10440 SW Stephanie Way~~ ~~Unit ___~~ ~~Port St.Lucie, FL~~ 25 Dale Road Middleton, NJ 07748 | Centerline Homes Construction, Inc. | 112 |
| ~~Houston~~ Hueston Debra ~~(Promenade)~~ ~~10440 SW Stephanie Way~~ ~~Unit ___~~ ~~Port St.Lucie, Fl~~ 140 Greenwood Road N. Kingstown, RI 02852 | Centerline Homes Construction, Inc. | 112 |
| James, Janelle 3606 NW 14 Court Lauderhill, FL 33311 | Centerline Homes Construction, Inc. | 112 |
| Mulligan, Vincent and Virginia 3542 NW 14th Court Lauderhill, FL 33311 | Centerline Homes Construction, Inc. | 112 |
| Promenade at Tradition Community Association, Inc. 430 NW Lake Whitney Place Port St. Lucie, FL 34986 | Centerline Homes Construction, Inc. | 112 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Real Estate Resolutions Group, LLC~~ ~~815 Coral Ridge Drive~~ ~~Coral Springs, FL 33071~~ | ~~Centerline Homes Construction, Inc.~~ | ~~112~~ |
| Reid, Marvin 3605 NW 14th Court Lauderhill, FL 33311 | Centerline Homes Construction, Inc. | 112 |
| ~~St. Cyr, Randa and Emmanuel~~ ~~3535 NW 14th Court~~ ~~Lauderhill, FL 33311~~ | ~~Centerline Homes Construction Inc.~~ | ~~112~~ |
| Albano, Carol 1401 NW 36th Way Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| ~~Bissoon, Suresh and Oma~~ ~~12608 SW 44th Street~~ ~~Miramar, FL 33021~~ | ~~Centerline Homes, Inc.~~ | ~~113~~ |
| Braithwaite, Judy 4846 N. University Drive #341 Lauderhill, FL 33381 | Centerline Homes, Inc. | 113 |
| Casey, Hugh 8112 SE Double Tree Drive Hobe Sound, FL 33455 | Centerline Homes, Inc. | 113 |
| Cohen, Carol 15586 Fiorenza Circle Delray Beach, FL 33446 | Centerline Homes, Inc. | 113 |
| Crawford, Monique and Shand, Elaine 3609 NW 14th Court Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| ~~De Los Santos, Rosibel and Brian~~ ~~973 NW Leonardo Circle~~ ~~Port St. Lucie, FL 34986~~ | ~~Centerline Homes, Inc.~~ | ~~113~~ |
| Hansen, Deborah 3537 NW 14th Ct. Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| James, Janelle 3606 NW 14 Court Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| Mackoff, Arlene & Charles 15582 Fiorenza Circle Delray Beach, FL 33446 | Centerline Homes Inc. | 113 |
| Mulligan, Vincent and Virginia 3542 NW 14th Court Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| Reid, Marvin 3605 NW 14th Court Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| Rizzo, Jack & Luz 15578 Fiorenza Circle Delray Beach, FL 33446 | Centerline Homes, Inc. | 113 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Robinhood Terrace, LLC<br>3053 Rancho Vista Blvd. #373<br>Palmdale, CA 93551 | Centerline Homes, Inc. | 113 |
| Semrau, Terrance Scott & Deborah<br>15435 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes, Inc. | 113 |
| Smith, Adrian & Micaile<br>1098 NW Leonardo Cr.<br>Port St. Lucie, FL 34986 | Centerline Homes, Inc. | 113 |
| St. Cyr, Randa and Emmanuel<br>3535 NW 14th Court<br>Lauderhill, FL 33311 | Centerline Homes, Inc. | 113 |
| Tutin, Barry and Barbara<br>15562 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Homes, Inc. | 113 |
| Volke, Chip and Christina<br>7858 NW 7th Court<br>Plantation, FL 33324 | Centerline Homes, Inc. | 113 |
| Watson, Patrick and Paula<br>978 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Centerline Homes, Inc. | 113 |
| Williams, Margret Angella<br><s>Wakeland, Angella and Nicholas</s><br>967 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Centerline Homes, Inc. | 113 |
| <s>Bissoon, Suresh and Oma<br>12608 SW 44th Street<br>Miramar, FL 33021</s> | <s>Centerline Port St. Lucie, Ltd.</s> | <s>114</s> |
| Boxe, Kevin and Roxann<br>1104 Northwest Leonardo Circle<br>Port Saint Lucie, FL 34986 | Centerline Port St. Lucie, Ltd. | 114 |
| Chery Jean-Robert and Presina<br>990 NW Leonardo Circle<br>Port St. Lucie, FL 34986 | Centerline Port St. Lucie Ltd. | 114 |
| Cohen, Carol<br>15586 Fiorenza Circle<br>Delray Beach, FL 33446 | Centerline Port St. Lucie Ltd. | 114 |
| Cucci, Jacqueline<br>3555 Wading River Road<br>Manorville, NY 11949 | Centerline Port St. Lucie Ltd. | 114 |
| Ristovski, Van<br>5180 East 81st Avenue<br>Merrillville, IN 46410 | Centerline Port St. Lucie Ltd. | 114 |
| <s>De Los Santos, Rosibel and Brian<br>973 NW Leonardo Circle<br>Port St. Lucie, FL 34986</s> | <s>Centerline Port St. Lucie, Ltd.</s> | <s>114</s> |
| Litus, Rodney and Suze<br>2351 SW Freeman Street<br>Port St. Lucie, FL 34953 | Central Peninsula Contracting LLC | 115 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Cooper, Herbert "Kit"<br>68448 Bode Avenue<br>Covington, LA 70433<br>985-867-5004 | Centurion Homes of Louisiana, LLC | 116 |
| Macario, Juan<br>1620 Witnerberry Lane<br>Weston, FL 33327 | Century ~~Builders Group, Inc.~~ Homebuilders, LLC | 117 |
| Seifart, Armin and Gore, Lisa<br>2515 Swanson Avenue<br>Miami, FL 33133 | Certain Homes, Inc. | 118 |
| Balan, Kirenia and Jorge<br>14817 SW 161 Street<br>Miami, FL 33187 | CGF Construction | 119 |
| Barcia, Aurora<br>13005 Coronado Lane<br>North Miami, FL 33181 | Chabot Enterprises, Inc. | 120 |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Chabot Enterprises, Inc. | 120 |
| Rovira, Jonathan Paul, Jr.<br>12395 Pendarvis Lane<br>Walker, LA 70785 | Chris Booty | 121 |
| Borne, Carol<br>835 Montgomery Street<br>Mandeville, LA 70448 | Chris Cadis | 122 |
| Taylor, Russell and Tiffany<br>29 Bayou View Drive<br>Gulfport, MS 39507 | Chris P. Roberts | 123 |
| Joseph Fernandez<br>967 Weatherby St S<br>Saraland, AL 36571 | Christopher M. Odom | 124 |
| Parker, Charles and Rachael<br>963 Weatherby St S<br>Saraland, AL 36571 | Christopher M. Odom | 124 |
| Huckaby, Brian<br>4031 Monte Vista Drive<br>Addis, LA 70710 | Cockerham Construction, LLC | 125 |
| Legendre, Eugene<br>7660 Hickory Ridge<br>Denham Springs, LA 70706 | Cockerham Construction, LLC | 125 |
| ~~Werner, Udo~~<br>~~2014 NW 11th Court~~<br>~~Cape Coral, FL 33993~~ | ~~Comfort Home Builders, Inc.~~ | ~~126~~ |
| ~~Calvo, Jeannette~~<br>~~Martinez, Tyronne~~<br>~~112 Danielle Court~~<br>~~Weston, FL 33326~~ | ~~Continental Drywall Contractors, Inc.~~ | ~~127~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| LeJeune, Michael and Melissa<br>680 Silverthorne Lane<br>Covington, LA 70433 | Craftmaster, LLC | 128 |
| Oe, Jonathan<br>18774 Ashford Lane<br>Huntington Beach, CA 92648 | Craftsmen Builders, Inc. | 129 |
| Oe, Jonathan<br>18774 Ashford Lane<br>Huntington Beach, CA 92648 | Craftsmen Builders, Inc. | 129 |
| Colby, Richard and Susan<br>P. O. Box 576<br>Prairieville, LA 70769 | Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | 130 |
| Despote, Eddie & JoAnn<br>28140 Chukkar Lane<br>Folsom, LA 70437 | Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | 130 |
| Rigney, George and Raffy<br>42166 Autumn Run Dr.<br>Hammond, LA 70403 | Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | 130 |
| Youmans, Dr. Cassandra<br>5201 Chamberlain Drive<br>New Orleans, LA 70122 | Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | 130 |
| Zeber, Michele and Neil<br>8949 Glenfield Drive<br>Baton Rouge, LA 70809 | Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | 130 |
| Manes, Ronald<br>15235 SW 14th Avenue Road<br>Ocala, FL 34473 | CRF Management Co., Inc. | 131 |
| Payton, Sean and Beth<br>53 Preserve Lane<br>Mandeville, LA 70471 | Crosby Development Company, L.L.C. | 132 |
| Rodosta, Toni<br>1219 Rue Degas<br>Mandeville, LA 70471 | Crosby Development Company, LLC | 132 |
| ~~Panariello, Agostino and Johanna~~<br>~~62 Willow Drive~~<br>~~Jackson, NJ 08527~~ | ~~Crown Builders, Inc.~~ | ~~133~~ |
| ~~Arias, Evelyn~~<br>~~3601 Malagrotta Circle~~<br>~~Cape Coral, FL 33909~~ | ~~D.R. Horton, Inc.~~ | ~~134~~ |
| Bryant, Robbie and Lizabeth<br>26083 Big Ben Drive<br>Denham Springs, LA 70726 | D.R. Horton, Inc. | 134 |
| Hayek, Michael and Hensley<br>26084 Big Ben Drive<br>Denham Springs, LA 70726 | D.R. Horton, Inc. | 134 |
| Keenan, Brian and Shannon<br>8325 Sumner Avenue<br>Fort Myers, FL 33908 | D.R. Horton, Inc. | 134 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Peoples, Daniel and Gionsiewski, Desiree<br>1121 South Brannon Strand Road<br>Apartment B8<br>Dothan, AL 36305 | D.R. Horton, Inc. | 134 |
| Sulen, Francisco<br>8502 Sumner Avenue<br>Fort Myers, FL 33908 | D.R. Horton, Inc. | 134 |
| Clague, Randy and Lisa<br>4416 Halter Ln.<br>Hammond, LA 70403 | Daelen of Tangiaphoa, LLC | 135 |
| Mizell, Fred & Taffenie<br>14123 Highway 25<br>Franklinton, LA 70435 | Darwin Sharp Construction , LLC | 136 |
| Vinh, Le Ven<br>14813 Nassau Drive<br>Biloxi, MS 39532 | David Ray Gavins | 137 |
| ~~McVety, Michael/Terri~~<br>~~4013 SE 3rd Avenue~~<br>~~Cape Coral, FL 33904~~ | ~~David Weekley Homes, LLC a.k.a. Weekley Homes, LP~~ | ~~138~~ |
| Buxton, Darren and Tracy<br>4331 Wilderness Run<br>Zachary, LA 70791 | DC Builders, LLC | 139 |
| Daniels, Rita<br>12365 Oak Colony Drive<br>Geismar, LA 70734 | Dedicated Builders, LLC | 140 |
| Bolyard, Christopher and Rachel<br>2426 29th Avenue East<br>Palmetto, FL 34221 | DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. | 141 |
| Baker, Joseph and Brittany<br>13910 18th Place East<br>Bradenton, FL 34212 | DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. | 141 |
| George, Faith<br>4029 South West 2nd Court<br>Cape Coral, FL 33914 | Derby Homes, Inc. | 142 |
| Alexandre, Dieuseul and Marie<br>4440 26th Street South West<br>Lehigh Acres, FL 33973 | Derby Homes, Inc. | 142 |
| Tinoco, Lester and Soymar<br>18131 Star Jasmine Court<br>Lehigh Acres, FL 33972 | Derby Homes, Inc. | 142 |
| Etzel, William Todd and Rebecca<br>13575 Slalom Way<br>Prairieville, LA 70769 | Design Contractors, LLC | 143 |
| Gonzalez, Luis and Caridad<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | Design Drywall of South Florida, LLC | 144 |
| Segundo, Rafael & Ana<br>PO Box 771498<br>Miami, FL 33177 | Design Drywall of South Florida, LLC | 144 |

Case 2:09-md-02047-EEF-MBN   Document 3160-11   Filed 05/18/10   Page 11 of 13

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Lewis, ~~Barbara~~ -Zillini, Tokiko<br>2074 South West Beauregard Street<br>Port Saint Lucie, FL 34953 | Diamond Court Construction Company | 145 |
| Culpepper, Jonathan and Cindy<br>3116 N. 3rd Street<br>Ocean Spring, MS 39564 | DMH Development, Co. | 146 |
| Arango, Oswaldo<br>14730 SW 34 Street<br>Miami, FL 33185 | Dorado Homes Development, Ltd. | 147 |
| Borges, Haroldo<br>3424 SW 147 Place<br>Miami, FL 33185 | Dorado Homes Development, Ltd. | 147 |
| Jaramillo, Consuello and Martinez, Ana<br>P.O. Box 832249<br>Miami, FL 33285 | Dorado Homes Development, Ltd. | 147 |
| Vasquez, Martha<br>14740 SW 34 Street<br>Miami, FL 33185 | Dorado Homes Development, Ltd. | 147 |
| Anders, Thomas G. And Nicole P.<br>2042 High Pointe<br>Zachary, LA 70791 | Dunn Wright Construction, Inc. | 148 |
| Bradley, Jimmy and Louise<br>19405 Kelly Wood Court<br>Baton Rouge, LA 10809 | Dupree ~~Contractors, Inc.~~ Construction Company, Inc. n/k/a Dupree Construction Company, LLC | 149 |
| Langlois, Rebecca and Robert Roth<br>7706 N. Jefferson Place Circle - Apt. A<br>Baton Rouge, LA 70809 | Dupree ~~Contractors, Inc.~~ Construction Company, Inc. n/k/a Dupree Construction Company, LLC | 149 |
| Landry, Justin and Renee<br>12302 Dutchtown Villa Drive<br>Geismer, LA 70734 | E. Jacob Fakouri Construction, Inc. | 150 |
| Mills, Jeannete<br>11052 Shoreline Drive<br>Baton Rouge, LA 70809 | E. Jacob Fakouri Construction, Inc. | 150 |
| Roberson, Sandra<br>929 Flora Lane<br>Baton Rouge, LA 70810 | E. Jacob Fakouri Construction, Inc. | 150 |
| Thomas, Brian and Tamara<br>856 Water Oak Drive<br>Brusly, LA 70719 | E. Jacob Fakouri Construction, Inc. | 150 |
| White, Taeneia<br>828 North Sabine Drive<br>Baton Rouge LA  70810 | E. Jacob Fakouri Construction, Inc. | 150 |
| ~~Masmela, Bryan~~<br>~~10902 NW 83rd Street~~<br>~~Doral, FL 33178~~ | ~~E.B. Developers, Inc.~~ | ~~151~~ |
| Thomas, Michael<br>P.O. Box 6, Road Town<br>Tortola, British Virgin Islands | E.B. Developers, Inc. | 151 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Feinberg, Manley and Diane<br>1524 Isalnd Boulevard<br>Aventura, FL 33160 | E.N. Suttin Construction Company | 152 |
| Alvarez-Farre, Emilio and Martha<br>12335 Moss Ranch Road<br>Miami, FL 33156 | Eastern Construction Group, Inc. | 153 |
| Blanco, Christopher and Cristina<br>3402 SW 64 Avenue<br>Miami, FL 33155 | Eastern Construction Group, Inc. | 153 |
| ~~Quaglietti, Rocco~~<br>~~1244 Foothill Street~~<br>~~Redwood City, CA 94061~~ | ~~EH Building Group~~ | ~~154~~ |
| Skora, Gregory and Danielle<br>2074 Southeast Fern Park Drive<br>Port St. Lucie, FL 34952 | EH Building Group | 154 |
| Wolslegel, Walter and Harriette<br>1147 Campbell Street<br>Port Charlotte, FL 33953 | Elite Construction Co. SW Inc. | 155 |
| Ross, Bourgeois<br>McCants, Michael<br>125 Timberwood Drive<br>Madisonville, LA 70447 | Elite Home Construction Inc. | 156 |
| Bretzman, Carl Jr and Amanda<br>10000 Bradley Rd.<br>Creola, AL 36525 | Empire Construction, LLC | 157 |
| Singley, Wanda Yvette<br>10006 Bradley Rd.<br>Creola, AL 36525 | Empire Construction, LLC | 157 |
| Bretzman, Carl Jr and Amanda<br>10000 Bradley Rd.<br>Creola, AL 36525 | Empire Properties, LLC | 158 |
| Singley, Wanda Yvette<br>10006 Bradley Rd.<br>Creola, AL 36525 | Empire Properties, LLC | 158 |
| Deakins, John and Beverly<br>9395 SW 186 Terrace<br>Dunnellon, FL 34432 | Enchanted Homes, Inc. | 159 |
| Holmes, Christine M.<br>~~8060 Pagan Road~~<br>~~Erie, PA 16509~~<br>1130 SE 35 Terrace<br>Cape Coral, FL 33904 | Enchanted Homes, Inc. | 159 |
| Lopez, Stephen<br>622 Wilmington Parkway<br>Cape Coral, FL 33993 | Excel Construction of S.W. Florida, Inc. | 160 |
| Pentecost, Mary Louise<br>17834 e. Augusta Drive<br>Baton Rouge, LA 70810 | Executive Home Builders, LLC | 161 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Harris, A. Brent & Judy<br>241 Whispering Lane<br>Madisonville, LA 70447 | First Construction Corporation | 162 |
| Rosetta, Dufrene and Ernest<br>166 Emerald Oaks Drive<br>Covington, LA 70433 | First Construction Corporation | 162 |
| Wood, Pamela Ann<br>1459 Avenue Des Marques<br>Covington, LA 70433 | First Construction Corporation | 162 |
| ~~Glewa, Garrrett~~<br>~~4419 North East 10th Court~~<br>~~Cape Coral, FL 33909~~ | ~~First Home Builders, Inc.~~ | ~~163~~ |
| ~~Salerno, Valerie~~<br>~~2512 North West 20th Avenue~~<br>~~Cape Coral, FL 33993~~ | ~~First Homes Builders, Inc.~~ | ~~163~~ |
| Canty, Honore and Elaine<br>2785 Hwy 39<br>Braithwaite, LA 70040 | Fisher & Son Contractors, LLC | 164 |
| Pezze, Dan and Carol<br>400 Pinkster Lane<br>Slingerlands, NY 12159 | Floridian Gulf Coast Homes, Inc. | 165 |
| Ferguson, Howard and Anna Catherine<br>6502 Antioch Crossing<br>Baton Rouge, LA 70817 | Font Builders, Inc. | 166 |
| Kasakowski, Lawrence C. and ~~Diane~~ Wonderlick, Diane Kelly<br>1889 SW Clambake Avenue<br>Port St. Lucie, Fl 34953 | Fortis Construction LLC | 167 |
| ~~Todorski~~ Todoroski, Vasil and Vera<br>410 South West Kestor Drive<br>Port Saint Lucie, FL 34953 | Fortis Construction, LLC | 167 |
| ~~Mazza-Martinez, Tania and Armando~~<br>~~P.O. Box 566105~~<br>~~Miami, FL 33256-6105~~ | ~~Francisco Tomas Permuy~~ | ~~168~~ |
| Richardson, M.L.<br>1555 Indian River Blvd., Ste. B120<br>Vero Beach, FL 32960 | Fusion Building Concepts, Inc. | 169 |
| Avello, Daniel and Isbel<br>19871 NW 77 Court<br>Hialeah, FL 33015 | G. Drywalls Corporation | 170 |
| Fernandez, Jose and Lissette<br>19911 NW 77 Court<br>Hileah, FL 33015 | G. Drywalls Corporation | 170 |
| Gonzalez, Victor<br>Socarras, Yelene<br>19851 NW 77 Court<br>Hialeah, Fl 33015 | G. Drywalls Corporation | 170 |