*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Curcillo, Cynthia as attorney-in-fact and next friend of Ann Curcillo<br>2109 Mattamy Court<br>Venice, FL 34292 | Land Resources LLC | 244 |
| Grundvig, Arlen & Brooke<br>2105 Mattamy Court<br>Venice, FL 34292 | Land Resources LLC | 244 |
| Lamadore, Gary<br>2121 Mattamy Court<br>Venice, FL 34292 | Land Resources LLC | 244 |
| O'Donnell, Elizabeth<br>2117 Mattamy Court<br>Venice, FL 34292 | Land Resources LLC | 244 |
| Gammage, Dr. Dan<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | Laporte Family Properties | 245 |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | Laporte Family Properties | 245 |
| Brito, Juan<br>4364 Laurel Place<br>Fort Lauderdale, FL 33332 | Las Playas LLC | 246 |
| Jaquez, Frank<br>17445 North West 10 Street<br>Pembroke Pines, FL 33029 | Las Playas LLC | 246 |
| Toran, George, Jr.<br>8008 North Clarke<br>Tampa, FL 33614 | Las Playas, LLC | 246 |
| ~~Toran, George~~<br>~~8008 North Clarke~~<br>~~Tampa, FL 33614~~ | ~~Las Playas LLC~~ | ~~246~~ |
| Alfonso, Cindy<br>12141 McGee Rd.<br>Covington, LA 70435 | Last Minute Properties, LLC | 247 |
| Lundy, Michael<br>3956 Versailles Drive<br>Tampa, FL 33634 | Lawrence Migliar LLJ Construction | 248 |
| Louis, Adlain<br>4119 18th Street South West<br>Lehigh Acres, FL ~~33971~~ 33976 | Lee Harbor Homes of Florida, Inc. | 249 |
| Burzotta, James and Rita<br>104 Country View Lane<br>McMurray, PA 15317 | Lee Wetherington Homes, Inc. | 250 |
| Tuhro, Raymond W. and Nancy<br>2025 E. Shore Drive<br>Lansing, NY 14882 | Lee Wetherington Homes, Inc., | 250 |
| Villaverde, Gilbert & Gloria<br>1616 SW 52nd Street<br>Cape Coral, FL 33914 | Legend Custom Builders, Inc. | 251 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Baginski, Andrea<br>20095 Larino Loop<br>Estero, FL 33928 | Lennar Corporation | 252 |
| Farmer, Richard, Connie and Tracie<br>5912 French Creek Ct.<br>Ellenton, FL 34222 | Lennar Corporation | 252 |
| Hernandez, Marla<br>11475 Southwest 238 Street<br>Homestead, FL 33032 | Lennar Corporation | 252 |
| Wilson, Teresa and Stephen<br>4301 Avalon Drive<br>Randolph, MA 02368 | Lennar Corporation | 252 |
| Woolley, Scott<br>7050 Montauk Point Crossing<br>Bradenton, FL 34212 | Lennar Corporation | 252 |
| Egan, Michelle and Giancario Lee<br>10860 SW 136 Street<br>Miami, FL 33176 | Lennar Homes, LLC | 253 |
| Elliott, William & Mary Ann Fryc<br>2926 NE 2nd Dr.<br>Homestead, FL 33033 | Lennar Homes, LLC | 253 |
| Gamboa, Hernan<br>523 Cascading Creek Lane<br>Winter Gardens, FL 34787 | Lennar Homes, LLC | 253 |
| Garcia, Jesus<br>2801 SW 18 Street<br>Miami, FL 33145<br><br>Fernandez, Julio<br>7110 SW 103 Place<br>Miami, FL 33173 | Lennar Homes, LLC | 253 |
| Gonzalez, Miguel Angel<br>2908 NE 2nd Drive<br>Homestead, FL 33033 | Lennar Homes, LLC | 253 |
| Klujian, Matthew and Sirarpi<br>3515 N. Merle Lane<br>Northbrook IL 60062 | Lennar Homes, LLC | 253 |
| Mirakian, Samuel<br>P.O. Box 38098<br>Olmsted Falls, OH 44138 | Lennar Homes, LLC | 253 |
| Nelson, Dick and Nancy<br>6635 Bobby Jones Ct.<br>Palmetto, FL 34221 | Lennar Homes, LLC | 253 |
| Gammage, Dr. Dan<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | Leroy Laporte, Jr. | 254 |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | Leroy Laporte, Jr. | 254 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Trott, Darrell and Tammy<br>4346 Boulder Lake Circle<br>Birmingham, AL 35242 | Lifescape Builders | 255 |
| Alvarez-Farre, Emilio and Martha<br>12335 Moss Ranch Road<br>Miami, FL 33156 | Liongate Design Structure, LLC | 256 |
| Brown, Judalyne Brown<br>1414 SE Ladner Street<br>Port St. Lucie, FL 34983 | Louran Builders, Inc. | 257 |
| Randolph, Vincent L.<br>5602 Birch Drive<br>Fort Pierce, FL 34982 | Louran Builders, Inc. | 257 |
| O'Hear, Anne M.<br>2354 SE Avalon Road<br>Port St. Lucie, FL 34952 | Louran Gips KG | 258 |
| Macario, Juan<br>1620 Witnerberry Lane<br>Weston, FL 33327 | LPR Builders, Inc. | 259 |
| Constantino, Anthony and Iraida<br>4441 Sumner Oaks Drive<br>Tampa, FL 33618 | LTL Construction, Inc. | 260 |
| Emerald Greens at Carrollwood, LLC<br>13903 Clubhouse Drive<br>Tampa, FL 33618 | LTL Construction, Inc. | 260 |
| Miller, William and Marlene<br>13930 Clubhouse Drive<br>Tampa, FL 33618 | LTL Construction, Inc. | 260 |
| Perga, Anthony and Marcia<br>Tanke, Steven and Suzanne<br>3909 W. Tacon Street<br>Tampa, FL 33629 | LTL Construction, Inc. | 260 |
| ~~Graham, Marlene and Jay~~<br>~~8217 Sanctuary Drive #1~~<br>~~Naples, FL 34104~~ | ~~Lucky Strike M.K., Inc.~~ | ~~261~~ |
| ~~Palmer, William and Anne~~<br>~~7809 W. 159th street~~<br>~~Tinley Park, IL 60477~~ | ~~Lucky Strike M.K. Inc.~~ | ~~261~~ |
| ~~Rodriguez, Nicole~~<br>~~Canfield, Carrie~~<br>~~110 June Court~~<br>~~Marco Island, FL 34145~~ | ~~Lucky Strike M.K., Inc.~~ | ~~261~~ |
| ~~Surman, Fred~~<br>~~5 Glen Street #103~~<br>~~Greenwich, CT 06830~~ | ~~Lucky Strike M.K., Inc.~~ | ~~261~~ |
| ~~Orcutt, Aaron and Tracey~~<br>~~Gallo, Vito~~<br>~~99 John Street 810~~<br>~~New York, NY 10038~~ | ~~Lucky Strike M.K.Inc.~~ | ~~261~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Alonzo, Judy<br>2014 Lac Cache<br>Baton Rouge, LA 70816 | Lucra Investments, Inc. | 262 |
| Bourgeois, Richard and Gail<br>5960 Siegen Lane (Apt. 9208)<br>Baton Rouge, LA 70809 | Lynch Builders, LLC | 263 |
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL 33578 | M/I Homes, Inc. | 264 |
| Brazon, Kevin and Jennifer<br>9326 River Rock Lane<br>Riverview, FL ~~33569~~ 33578 | M/I Homes, Inc. | 264 |
| ~~Corell, Roberto and Angela~~<br>~~11416 Dutch Iris Drive~~<br>~~Riverview, FL 33578~~ | ~~M/I Homes, Inc.~~ | ~~264~~ |
| ~~Martineau, Bill and Cynthia~~<br>~~9312 River Rock Lane~~<br>~~Riverview, FL 33578~~ | ~~M/I Homes, Inc.~~ | ~~264~~ |
| Minafri, Steven<br>2511 Yukon Cliff Dr.<br>Ruskin, FL 33570 | M/I Homes, Inc. | 264 |
| Stanley, Duke<br>2517 Yukon Cliff Dr.<br>Ruskin, FL 33570 | M/I Homes, Inc. | 264 |
| Austin, John<br>9318 River Rock Lane<br>Riverview, FL 33578 | M/I Homes of Tampa, LLC | 265 |
| Corell, Roberto and Angela<br>11416 Dutch Iris Drive<br>Riverview, FL 33578 | M/I Homes of Tampa, LLC | 265 |
| ~~Martineau, Bill and Cynthia~~<br>~~9312 River Rock Lane~~<br>~~Riverview, FL 33578~~ | ~~M/I Homes of Tampa, LLC~~ | ~~265~~ |
| Minafri, Steven<br>2511 Yukon Cliff Dr.<br>Ruskin, FL 33570 | M/I Homes of Tampa, LLC | 265 |
| Stanley, Duke<br>2517 Yukon Cliff Dr.<br>Ruskin, FL 33570 | M/I Homes of Tampa, LLC | 265 |
| ~~Panessa, Bart~~<br>~~30 Brouck Ferris Blvd.~~<br>~~New Paltz, NY 12561~~ | ~~M. Miller and Company, Inc.~~ | ~~266~~ |
| Theologos, Charles and Sherry<br>143 Lakewood Drive<br>Waveland, MS 39576 | M.E. Gibbens, Inc. | 267 |
| ~~Graham, Marlene and Jay~~<br>~~8217 Sanctuary Drive #1~~<br>~~Naples, FL 34104~~ | ~~M.K. Development, Inc.~~ | ~~268~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Orcutt, Aaron and Tracey~~ ~~Gallo, Vito~~ ~~99 John Street 810~~ ~~New York, NY 10038~~ | ~~M.K. Development Inc.~~ | ~~268~~ |
| ~~Palmer, William and Anne~~ ~~7809 W. 159th street~~ ~~Tinley Park, IL 60477~~ | ~~M.K. Development Inc.~~ | ~~268~~ |
| ~~Rodriguez, Nicole~~ ~~Canfield, Carrie~~ ~~110 June Court~~ ~~Marco Island, FL 34145~~ | ~~M.K. Development Inc.~~ | ~~268~~ |
| ~~Surman, Fred~~ ~~5 Glen Street #103~~ ~~Greenwich, CT 06830~~ | ~~M.K. Development Inc.~~ | ~~268~~ |
| ~~Stone, Blayne and Charlayne~~ ~~7067 181st Street~~ ~~Jupiter, FL 33458~~ | ~~Majestic Custom Homes & Development, Inc.~~ | ~~269~~ |
| ~~Griffith Richard and Olga~~ ~~142 SW Covington Road~~ ~~Port St. Lucie, FL 34953~~ | ~~Majestic Homes and Realty SW LLC~~ | ~~270~~ |
| Martinez, Mario and Diane 17744 44th Place North Loxahatchee, fL 33470 | Majestic Homes and Realty SW LLC | 270 |
| Persaud, Narayan and Durpattie 8062 257 Street Floral Park, NY 11004 | Majestic Homes and Realty SW LLC | 270 |
| DeCambre, Nadine and Bell, Pansy 18405 NW 9 Court Pembroke Pines, FL 33029 | Majestic Homes and Realty SW LLC | 270 |
| Berson, Gloria and Fuhrman, Keith 2558 SW Abelard St. Port St. Lucie, FL 34953 | Majestic Homes and Realty SW LLC | 270 |
| Palsgraf, William and Maria 2192 SW Fears Ave. Port St. Lucie, FL 34953 | Majestic Homes and Realty SW LLC | 270 |
| Shurer, John 5933 NW Wolverine Rd. Port St. Lucie, FL 34986 | Majestic Homes and Realty SW LLC | 270 |
| Arcese, John and Mary 601 Southwest Jada Road Port St. Lucie, FL 34953 | Majestic Homes, Inc. | 271 |
| Klemann, Travis ~~John~~ and Rachael 3942 SW Hainlin Street Port Saint Lucia, FL 34953 | Majestic Homes, Inc. | 271 |
| ~~Berson, Gloria and Fuhrman, Keith~~ ~~2558 SW Abelard St.~~ ~~Port St. Lucie, FL 34953~~ | ~~Majestic Homes, Inc.~~ | ~~271~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Palsgraf, William and Maria~~ ~~2192 SW Fears Ave.~~ ~~Port St. Lucie, FL 34953~~ | ~~Majestic Homes, Inc.~~ | ~~271~~ |
| ~~Shurer, John~~ ~~5933 NW Wolverine Rd.~~ ~~Port St. Lucie, FL 34986~~ | ~~Majestic Homes, Inc.~~ | ~~271~~ |
| Creech, Raymond D. and Corrye 2506 SW National Circle Port St. Lucie, FL 34953 | Majestic Homes of Port St.Lucie, Inc. | 272 |
| ~~Pena, Adelky~~ ~~3021 SW 130 Avenue~~ ~~Miami, FL 33175~~ | ~~Mandy Drywall Inc.~~ | ~~273~~ |
| Maunsbach, Kay 9 Island Avenue Apt. 1201 Miami Beach, FL 33139 | Manuel Gonzales Terra Group Intl. | 274 |
| Hufft, Val and Audrey 71225 Sloope Place Abita Springs, LA 70420 | Marigold Court, LLC | 275 |
| Price, Joshua and Kimberlea 117 Rue Merlot Abita Springs, LA 70420 | Marigold Court, LLC | 275 |
| Teefy, Thomas M. Susan E. Teefy 6107 SE Georgetown Pl. Hobe Sound, FL 33455 | Mariner Village Townhomes Inc. | 276 |
| George, Christopher Vacca, Natalie 977 Narcissus Street North Forty Myers, FL 33903 | Maronda Homes Inc. of Florida | 277 |
| Decker, Enid and Harriet 5131 North West 30 Lane Fort Lauderdale, FL 33309 | Master Builders of South Florida, Inc. | 278 |
| ~~Rookery Park Estates, LLC~~ ~~KOL Ventures, LLC~~ ~~1400 E. Oakland Park Blvd.~~ ~~Suite 111~~ ~~Oakland Park, FL 33334~~ | ~~Master Builders of South Florida, Inc.~~ | ~~278~~ |
| ~~Barragan, Fernando & Barbara~~ ~~8935 SW 228th Lane~~ ~~Cutler Bay, FL 33190~~ | ~~MATSA Construction Company, Inc.~~ | ~~279~~ |
| ~~Restrepo, Socorro~~ ~~8932 SW 228 Lane~~ ~~Cutler Bay, FL 33190~~ | ~~MATSA Construction Company, Inc.~~ | ~~279~~ |
| Jarrell, Chad and Darlene 381 Highland Oaks Madisonville, LA 70447 | Mayeaux Construction, Inc. | 280 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| ~~Teegarden, Randy & Teresa~~ ~~4433 Fielovien Circle~~ ~~Wesley Chapel, FL 33545~~ | ~~MCCAR Homes - Tampa, LLC~~ | ~~281~~ |
| Chapman, David and Denise 60 Shelby Drive Hayden, AL 35079 | McCombs Services, LLC | 282 |
| Lewis, Jared and Emily Ella 9462 Country Lake Drive Baton Rouge, LA 70817 | McDowell Builders, LLC | 283 |
| Brandt, Sherolyn V. 1496 Noland Road Middleburg, FL 32068 | MCM Building Enterprise, Inc. | 284 |
| ~~Butler, James and Joycelyn~~ ~~5720 Wright Road~~ ~~New Orleans, LA 70128~~ | ~~McMath Construction, Inc.~~ | ~~285~~ |
| Soldavini-Clapper, Brigid 40 3rd Ave., South Naples, FL 34102 | Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes | 286 |
| Janssen, Richard/Tamara 2328 Silver Palm Road North Port, FL 34288 | Medallion Homes Gulf Coast, Inc. | 287 |
| Tenny, Thomas/Rene 3470 Kentia Palm Court North Port, FL 34288 | Medallion Homes Gulf Coast, Inc. | 287 |
| <span style="color:red">Awalt, Donald 7 South Stolp Avenue, Apt. #1002 Aurora, IL 60506</span> <span style="color:red">Awalt, Tatiana 3120 Riverbirch Drive, Apt. #109 Aurora, IL 60502</span> | <span style="color:red">Medallion Homes Gulf Coast, Inc.</span> | <span style="color:red">287</span> |
| ~~Awalt, Donald~~ ~~7 South Stolp Avenue, Apt. #1002~~ ~~Aurora, IL 60506~~ ~~Awalt, Tatiana~~ ~~3120 Riverbirch Drive, Apt. #109~~ ~~Aurora, IL 60502~~ | ~~Medallion Homes, LLC~~ | ~~288~~ |
| ~~Litus, Rodney and Suze~~ ~~2351 SW Freeman Street~~ ~~Port St. Lucie, FL 34953~~ | ~~Meiben Home Builders, LLC~~ | ~~289~~ |
| Kerr, Anna 2211 Pelican St. Slidell, LA 70460 | Melvin Prange, Jr. Construction, L.L.C. | 290 |
| Boothe, Neil 483 Tranquill Drive Winder, GA 30680 | Meridian Homes USA, Inc. | 291 |
| Walker, Demetra 485 Tranquill Drive Winder, GA 30680 | Meridian Homes USA, Inc. | 291 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Allen, Shane and Nicole<br>2783 Via Piazza Loop<br>Fort Myers, Florida 33905 | Meritage Homes of Florida, Inc. | 292 |
| Billy, Ronald/Tabitha<br><s>3261 Lee Way Ct. Unit 6</s><br><s>North Fort Myers, FL 33903</s><br>4000 Morsay Drive<br>Rockford, IL 61107 | Meritage Homes of Florida, Inc. | 292 |
| Brotbeck, Charles and Sandra<br>3261 Lee Way Court Unit 8<br>North Fort Myers, FL 33903 | Meritage Homes of Florida, Inc. | 292 |
| Ess, Thomas and Judith<br>2043 Lakeside Lane<br>Mound, MN 55364 | Meritage Homes of Florida, Inc. | 292 |
| <s>Holley, Charles and Heidi</s><br><s>920 Nine Mile Cover St.</s><br><s>Hopkins, MN 55343</s> | <s>Meritage Homes of Florida, Inc.</s> | <s>292</s> |
| Holley, Charles and Heidi<br>920 Nine Mile Cover St.<br>Hopkins, MN 55343 | Meritage Homes of Florida, Inc. | 292 |
| Lincoln, David and Margaret<br>3260 Lee Way Court #601<br>N. Fort Myers, FL 33903 | Meritage Homes of Florida, Inc. | 292 |
| O'Brien, William<br>13011 Sand Key Bend #5<br>North Ft. Myers, FL 33903 | Meritage Homes of Florida, Inc. | 292 |
| <s>Pedlar, Lynne</s><br><s>845 The Esplanade N., Unit 406</s><br><s>Venice, FL 34285</s> | <s>Meritage Homes of Florida, Inc.</s> | <s>292</s> |
| Pelland, John and Susan<br>13011 Sandy Key Bend #4<br>Nort Ft. Myers, FL 33903 | Meritage Homes of Florida, Inc. | 292 |
| Santos, Luis & Odette<br>3250 Lee Way Court #8<br>North Fort Myers, FL 33903 | Meritage Homes of Florida, Inc. | 292 |
| Smith, Nancy<br>3792 San Carlos Drive<br>St. James City, FL  33956 | Meritage Homes of Florida, Inc. | 292 |
| <s>Strout, Katie</s><br><s>Jerrells, Matt J.</s><br><s>13076 Sailor Way</s><br><s>North Fort Myers, FL 33903</s> | <s>Meritage Homes of Florida, Inc.</s> | <s>292</s> |
| <s>Wiatr, Daniel and Kay</s><br><s>4667 Matlock Road</s><br><s>Bowling Green, KY 42104</s> | <s>Meritage Homes of Florida, Inc.</s> | <s>292</s> |
| Godwin, Pamela and Jack<br>11120 Niblick Loop<br>Fairhope, AL 36532 | Methodical Builders, Inc. | 293 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Loftis, Dell and Lydia<br>18994 Quail Creek rive<br>Fairhope, AL 36532 | Methodical Builders, Inc. | 293 |
| ~~Webster, James and Rosalie~~<br>~~1100 Driftwood Drive~~<br>~~Vero Beach, FL 32963~~ | ~~MGB Construction, Inc.~~ | ~~294~~ |
| ~~Arbelo, Luis and Fatima~~<br>~~107 SW Sea Lion Road~~<br>~~Port St. Lucie, FL 34953~~ | ~~Midwest Construction & Development Incorporated~~ | ~~295~~ |
| Ciaramitaro, Dominic<br>7622 Winner's Edge Street<br>Raleigh, NC 27617 | Midwest Construction & Development, ~~Incorporated~~ LLC | 295 |
| Gomez, Alfredo/Sylvia<br>907 S. Wiggins Road<br>Plant City, FL 33566 | Millennium Homes & Development, Inc. | 296 |
| Cronin, William and Margaret<br>117 El Dorado Parkway West<br>Cape Coral, Florida 33914 | Miller Professional Contracting, Inc. | 297 |
| Wheeler, Alicia, individually and obo Jeffrey Wheeler and Jordan Wheeler<br>2022 Lac Cache Court<br>Baton Rouge, LA 70816 | Ming K Wong | 298 |
| Todd, Debra<br>Smith, Frank<br>3396 NE 29 Avenue<br>Lighthouse Point, FL 33064 | Morgan Homes, Inc. | 299 |
| Hay, Robert and Maria<br>94 Fairmount Street<br>Valley Stream, NY 11580 | Morrison Homes, Inc. | 300 |
| Herbert, Jason and Shanique<br>7207 53 Pl E<br>Palmetto, FL 34221 | Morrison Homes, Inc. | 300 |
| Reid, Grant and Kathyrn<br>2820 124 Avenue East<br>Parrish, FL 34219 | Morrison Homes, Inc. | 300 |
| Torrance, Matthew and Mary<br>4240 Tupello St.<br>Baton Rouge, LA 70808 | Nathanial Crump | 301 |
| Boggs, ~~Garyl~~ Gary L. and Penelope D.<br>44 Montego Court<br>Voronado, CA 92118 | Neslo, ~~LLC~~ Contracting | 302 |
| Stanley, Billy Wayne and Amanda<br>4488 Raymond LaBauve Road<br>Brusly, LA 70719 | Nice Homes, Inc. | 303 |
| Avello, Daniel and Isbel<br>19871 NW 77 Court<br>Hialeah, FL 33015 | North Palm Estates Homes, Inc. | 304 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Fernandez, Jose and Lissette<br>19911 NW 77 Court<br>Hileah, FL 33015 | North Palm Estates Homes, Inc; | 304 |
| Gonzalez, Victor<br>Socarras, Yelene<br>19851 NW 77 Court<br>Hialeah, FL 33015 | North Palm Estates Homes, Inc; | 304 |
| Perez, Jorge and Rosa<br>19941 NW 77 Court<br>Miami, FL 33015 | North Palm Estates Homes, Inc; | 304 |
| Elliot, Dezman<br>9845 Cobblestone Creek Drive<br>Boynton Beach, FL 33437 | Northstar Holdings at B and A, LLC | 305 |
| Elsenberg, Brian and Lauren<br>9957 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Frenchman, Beth<br>10133 Cobblestone Creek Drive<br>Boynton, Beach, FL 33437 | Northstar Holdings at B and A, LLC | 305 |
| Johnson, Charles and Molly<br>10125 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Mizne, Michael and Jeannine<br>9621 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Ng, Winnie & CheeWah<br>10101 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Roberts, Steven and Jennifer<br>10013 Cobblestone Creek Dr.<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Rodriguez, Jeryl & Jose<br>9725 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Santamaria, Carolyn and Daniel<br>8765 Cobblestone Preserve Court<br>Boynton Beach, FL 33472 | Northstar Holdings at B and A, LLC | 305 |
| Sirota, Alli and Paul<br>8843 Morgan Landing Way<br>Boynton Beach, FL 33473 | Northstar Holdings at B and A LLC | 305 |
| Gonzalez, Luis and Caridad<br>2944 NE 3rd Drive<br>Homestead, FL 33033 | Northstar Homebuilders, Inc. | 306 |
| Segundo, Rafael & Ana<br>PO Box 771498<br>Miami, FL 33177 | Northstar Homebuilders Inc. | 306 |
| Felicetti, Steven & Gayle<br>9941 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Northstar Homes | 307 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Anglada, Mark<br>20 Kaylen Drive<br>Perkinston, MS 39573 | O'Neal Homes, Inc. | 308 |
| Bennett, James and Barbara<br>39 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Bobinger, Lisa McQueen and Brandie<br>79 Quail Ridge Lane<br>McHenry, MS 39561 | O'Neill/Holliman Corporation | 309 |
| Bourgeois, Jason and Felicia<br>8721 Mermaid Avenue<br>Ocean Springs, MS 39564 | O'Neill/Holliman Corporation | 309 |
| Deano, Madeline T.<br>54 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Hansen, Curt and Carrie<br>75 Quail Ridge Lane<br>McHenry, MS 39561 | O'Neill/Holliman Corporation | 309 |
| Knight, Marshall J., Sr.<br>46 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Mailhes, Debbie<br>168 Sam Mitchell Road<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Mumphrey, Frank and Gail Arcement<br>57 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Mumphrey, Frank<br>Arcement, Gail<br>57 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Roberts, Michael and Wendy<br>60 Navajo Drive<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Whitfield, Christopher<br>600 Ceasar Road<br>Picayune, MS 39466 | O'Neill/Holliman Corporation | 309 |
| Singleteary, Stephen B.<br>3181 Oak Avenue<br>Miami, FL 33133 | Oak Avenue, LLC | 310 |
| Galatas, Bernadette<br>255 Carriage Pines Lane<br>Covington, LA 70435 | Oak Tree Construction | 311 |
| Asad, Issa and Noha<br>12767 Equestrian Trail<br>Davie, FL 33330 | Oakbrook Building and Design, Inc. | 312 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "3"–Builder/Developer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Builder Defendant | Defendants' Subclass # |
|---|---|---|
| Johnson, Paul and Caron<br>12708 Equestrian Trial<br>Davie, FL 33330 | Oakbrook Building and Design, Inc. | 312 |
| Jacobsen, Kevin and Rhonda<br>1135 NW 15th Terrace<br>Cape Coral, FL 33993 | Oyster Bay Homes, Inc. | 313 |
| Oler, Danette and Raymond<br>160 E. Mariana Avenue<br>N. Ft. Myers, FL 33971 | Oyster Bay Homes, Inc. | 313 |
| Willingham, Peter/Marty<br>2330 NE 42nd Terrace<br>Cape Coral, FL 33909 | Oyster Bay Homes, Inc. | 313 |
| Donnelly, Jerome and Daphine<br>224 Old Mill Loop<br>Pearl River, LA 70452 | Palm Coast Construction, LLC | 314 |
| Alcindor, Nevinsthon & Marlen<br>1938 SE 22 Court<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Ameneiro, Sandra and Gino<br>2239 SE 19th Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Brown, Faith<br>1935 SE 22 Drive<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Charles, Frantz and Damaris Paulin<br>2355 SW 125 Avenue<br>Miramar, FL 33027 | Palm Isles Holdings, LLC | 315 |
| Deane, Robert and Lois<br>2225 SE 20 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Druand, Pedro and Alice<br>19020 SW 74 Avenue<br>Cutler Bay, FL 33157 | Palm Isles Holdings, LLC | 315 |
| Ferguson, Kejuana and Livingston, Jr.<br>1892 SE 23rd Court<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Flores, Julian and Nathalia Cora<br>2230 SE 19 Avenue<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| ~~Harrell, Jason & Melissa~~<br>~~2955 Dunwoodie Place~~<br>~~Homestead, FL 33035~~ | ~~Palm Isles Holdings, LLC~~ | ~~315~~ |
| Johnson, Christopher & Loray<br>1958 SE 23 Court<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |
| Kurutz, Barbara and Stephen<br>1982 SE 23rd Court<br>Homestead, FL 33035 | Palm Isles Holdings, LLC | 315 |