# SCHEDULE 4

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Young, Michael/Patricia<br>3936 SW 26th Avenue<br>Cape Coral, FL 33914 | 911 Drywall, Inc. | 437 |
| ~~Van House, Robert/Jean~~<br>~~4103 SW 28th Avenue~~<br>~~Cape Coral, FL 33914~~ | ~~53 Enterprises f/k/a A-1 Brothers, Inc.~~ | ~~438~~ |
| Jacobsen, Kevin and Rhonda<br>1135 NW 15th Terrace<br>Cape Coral, FL 33993 | A1 Brothers Inc. | 439 |
| Oler, Danette and Raymond<br>160 E. Mariana Avenue<br>N. Ft. Myers, FL 33971 | A1 Brothers, Inc. | 439 |
| Van House, Robert/Jean<br>4103 SW 28th Avenue<br>Cape Coral, FL 33914 | A1 Brothers, Inc. | 439 |
| Naden, Craig & Roberta<br>5263 Courtyard Drive<br>Gonzales, LA 70737 | Acadian Builders & Contractors, LLC | 440 |
| Payton, Sean and Beth<br>53 Preserve Lane<br>Mandeville, LA 70471 | Ace Drywall | 441 |
| Hayre, Harbhajan<br>7 Parsons Way<br>South Natick, MA 07160 | Aced Interior Drywall, Inc. | 442 |
| Reino, ~~Frank and~~ Helen<br>322 Fishpond Road<br>Glassboro, NJ 08028 | Aced Interior Drywall, Inc. | 442 |
| Genovese, Karen<br>123 Beau Arbre Court<br>Covington, LA 70433 | Adam Carpenter | 443 |
| Bonamy, Robert David, Jr. and Jennifer Ann Bonamy | Anthony's Drywalls, Inc. | 444 |
| Waguespack, Jacques and Nicole<br>1325 West Causeway Approach<br>Mandeville, LA 70471 | B & B Drywall | 445 |
| ~~Perez, Tyrone and Aida~~<br>~~1201 Rush Avenue~~<br>~~Lehigh Acres, FL 33972~~ | ~~Banner Supply Co.~~ | ~~446~~ |
| Wachter, William and Jill<br>52 Princewood Lane<br>Palm Beach Gardens, FL 33410 | Baystate Drywall | 447 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "4"–Contractor/Installer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Blackhawk Reserve JV<br>2840 University Drive<br>Coral Springs, FL 33065<br><br>Regency Constructors, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 | Baystate Drywall | 447 |
| Lake Worth Real Estate, Inc.<br>7601A North Federal Hwy.<br>Ste. 165<br>Boca Raton, FL 33487<br><br>Regency Constructors, LLC<br>2840 University Drive<br>Coral Springs, FL 33065<br><br>Greyhawk, a Florida joint venture<br>2840 University Drive<br>Coral Springs, FL 33065 | Baystate Drywall | 447 |
| Oakbrook Building & Design, Inc.<br>7227 Clint Moore Road<br>Boca Raton, FL 33496<br><br>Regency Constructors, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 | Baystate Drywall | 447 |
| Boothe, Neil<br>483 Tranquill Drive<br>Winder, GA 30680 | Bill Gregory Drywall | 448 |
| Walker, Demetra<br>485 Tranquill Drive<br>Winder, GA 30680 | Bill Gregory Drywall | 448 |
| Vetter, Frank and Gina<br>15412 Alsask Circle<br>Port Charlotte, FL 33981 | Bradford Plastering, Inc. | 449 |
| Harris, Anthony Richard<br>PO Box 1560<br>Ocean Springs, MS 39566 | Brian Papania | 450 |
| Cole, Harley and Brenda<br>3829 SE 21st Place<br>Cape Coral, FL 33904 | C.A. Steelman, Inc. | 451 |
| Gaussiran, Maxi<br>39768 Kellywood Blvd.<br>Ponchatoula, LA 70454 | Christopher Billot | 452 |
| Pabon, Fernando<br>9740 SW 184th Street<br>Miami, FL 33157 | Continental Drywall Contractors, Inc. | 453 |
| Stokes, Wyman<br>13596 Cirtus Creek<br>Fort Myers, FL 33905 | Corner Stone Construction of S.W. Florida, Inc. a/k/a Construction of Collier Co., LLC | 454 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "4"–Contractor/Installer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

Page 2 of 14

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Cronin, William and Margaret<br>117 El Dorado Parkway West<br>Cape Coral, Florida 33914 | Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials | 455 |
| Colby, Richard and Susan; Jordan, Nathan and Nickens, Florette<br><br>P. O. Box 576<br>Prairieville, LA 70769 | Cretin Homes, LLC | 456 |
| Tronchet, Ryan<br>501 NW 38th Place<br>Cape Coral, FL 33993 | CSI Contractor Services, Inc. | 457 |
| Dupre, Ross and Marlo<br>2063 Rosedale Road<br>Port Allen, LA 70767 | D&B Framing, Inc. | 458 |
| Ronkin, Joel & Sharri<br>2505 Provence Circle<br>Weston, FL 33327 | Danal Homes Development, Inc. | 459 |
| Mizell, Fred & Taffenie<br>14123 Highway 25<br>Franklinton, LA 70435 | Darwin Sharp Construction, LLC | 460 |
| Alldredge, Emily and Rufus<br>23554 Woodland Way<br>Pass Christian, MS 39571 | Drywall Service, Inc. | 461 |
| ~~Dempsey, Timothy (Trustee)~~<br>~~42 Fairmount Street~~<br>~~Burlington, VT 05401~~ | ~~Duncan Construction of South West Florida, Inc.~~ | ~~462~~ |
| Burgess, George and Karen<br>11905 SW 73rd Avenue<br>Pincecrest, FL 33156 | Duo-Fast Construction, Inc. | 463 |
| Mills, Jeannete<br>11052 Shoreline Drive<br>Baton Rouge, LA 70809 | E. Jacob Fakouri Construction, Inc. | 464 |
| ~~Rookery Park Estates, LLC~~<br>~~KOL Ventures, LLC~~<br>~~1400 E. Oakland Park Blvd.~~<br>~~Suite 111~~<br>~~Oakland Park, FL 33334~~ | ~~F. Vincino and Company, Inc.~~ | ~~465~~ |
| Pentecost, Mary Louise<br>17834 e. Augusta Drive<br>Baton Rouge, LA 70810 | Finish One Drywall, LLC | 466 |
| Alava, Alicia<br>3860 72nd Avenue, NE<br>Naples, FL 34120 | First Choice Drywall Services, Inc. | 467 |
| Wood, Pamela Ann<br>1459 Avenue Des Marques<br>Covington, LA 70433 | First Construction Corporation | 468 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "4"–Contractor/Installer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Allen, Shane and Nicole<br>2783 Via Piazza Loop<br>Fort Myers, Florida 33905 | Florida Style Services, Inc. | 469 |
| Martin, Patrick and Alice<br>11842 Bayport Lane Unit #4 #2104<br>Fort Myers, FL 33908 | Florida Style Services, Inc. | 469 |
| Vieau, Mark and Sheryl<br>5994 North Pike Lake Road<br>Duluth, MN 55811 | Florida Style Services, Inc. | 469 |
| Borrello, Donna M. and<br>Thomas W. Stallings<br>5939 Argonne Blvd<br>New Orleans, LA 70124 | Francioni Builders, Inc. | 470 |
| Saggese, Thomas and Joy<br>709 Vocelle Avenue<br>Sebastian, FL 32958 | Gateway Drywall, Inc. | 471 |
| Musgrave, Richard and Michele<br>6864 Colbert Street<br>New Orleans, LA 70124 | George Meza | 472 |
| Barrow, Clarence and Marion<br>3170 St. Bernard Avenue<br>New Orleans, LA 70119 | George Meza | 472 |
| Butler, Hilliard and Sheral<br>5026 Par Four Drive<br>New Orleans, LA 70128 | George Meza | 472 |
| Cordier, Gregory and Jean<br>7441 Eastmore Road<br>New Orleans, LA 70126 | George Meza | 472 |
| Dejan, Charlotte<br>4635 Evangeline Street<br>New Orleans, LA 70127 | George Meza | 472 |
| Dejan, Leroy and Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70127 | George Meza | 472 |
| Singleton, Enrica<br>11413 Longview Drive<br>New Orleans, LA 70128 | George Meza | 472 |
| Brown, Ada and Hillary<br>812 Cole Ct.<br>Covington, LA 70433 | Graf's Drywall, LLC | 473 |
| Hakenjo, Candace and Todd<br>820 Cole Court<br>Covington, LA 70433 | Graf's Drywall, LLC | 473 |
| Hubbell, Wendy<br>Cimo, Christy<br>802 Cole Court<br>Covington, LA 70433 | Graf's Drywall, LLC | 473 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
Amended Schedule "4"–Contractor/Installer List of Subclasses to
Plaintiffs' Omnibus Class Action Complaint (I)

Page 4 of 14

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Parr, Shelly and Kelly<br>683 Solomon Drive<br>Covington, LA 70433 | Graf's Drywall, LLC | 473 |
| Ramsarran, Lloyd and Dinah<br>6756 NW Argus Street<br>Port .Lucie, FL 34983 | Gregg Nieberg, Inc. | 474 |
| Louis, Adlain<br>4119 18th Street South West<br>Lehigh Acres, FL ~~33971~~ 33976 | Gulf Coast Engineering, LLC | 475 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Harbor Springs Construction and Development, L.L.C. | 476 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Harbor Springs Construction and Development, L.L.C. | 476 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Harbor Springs Construction and Development, L.L.C. | 476 |
| Plotkin, Peter<br>McNeel, Diane<br>9700 Aviation Blvd., St. 1<br>Los Angeles, CA 90045 | Harbor Springs Construction and Development, L.L.C. | 476 |
| Gammage, Dr. Dan<br>1206 Magnolia Alley<br>Mandeville, LA 70471 | Hc Seals Drywall Partners | 477 |
| Kehoe, Molly<br>220 Bellingrath Place<br>Madisonville, LA | Hc Seals Drywall Partners | 477 |
| Huckaby, Brian<br>4031 Monte Vista Drive<br>Addis, LA 70710 | Interior/Exterior Building Supply, LP | 478 |
| ~~Robbins~~ Dobbins, Margaret & Glenwood<br>39130 Old Bayou Avenue<br>Gonzales, LA 70737 | Interior/Exterior Building Supply, LP | 478 |
| Huckaby, Brian<br>4031 Monte Vista Drive<br>Addis, LA 70710 | Interior/Exterior Enterprises, LLC | 479 |
| Collepardi, Frank and Catherine<br>21 Bridge Dr.<br>Turnersville, NJ 08012 | J.W. Hodges Drywall, Inc. | 480 |
| Joseph, Mark and Jody<br>1875 Bridgepointe Circle #29<br>Vero Beach, FL 32967 | J.W. Hodges Drywall, Inc. | 480 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Judge, Richard<br>1241 SE 13th Terrace<br>Ft. Lauderdale, FL 33316 | J.W. Hodges Drywall, Inc. | 480 |
| McCue, Michael and Ethel<br>61 Polaris Drive<br>Mashpee, MA 02649 | J.W. Hodges Drywall, Inc. | 480 |
| Petrella, Robert, on behalf of Albert and Annette Petrella<br>110 Benita Drive<br>Mingo Junction, OH 43938 | J.W. Hodges Drywall, Inc. | 480 |
| Zito, Anthony and Donna<br>1875 Bridgepointe Circle #34<br>Vero Beach, FL 32967 | J.W. Hodges Drywall, Inc. | 480 |
| Alonzo, Judy<br>2014 Lac Cache<br>Baton Rouge, LA 70816 | Jacks Drywall LLC | 481 |
| Brennan, John and Barbara<br>875 39th Avenue Northwest<br>Naples, FL 34120 | JB Plaster, Inc. | 482 |
| Dauterive, Valliere, Margaret and Savoy, Ann Dauterive<br>1209 Rue Degas<br>Mandeville, LA 70471 | John Eschete | 483 |
| Maillot, Georges and Janice<br>9 Tupelo Trace<br>Mandeville, LA 70471 | John Eschete | 483 |
| Olson, Olaf A. and Wanda G., individually and obo their minor children, Coral Olson and Marina Olson<br>61880 Shady Pine Road<br>Lacombe, LA 70445 | John Gillespie | 484 |
| Ramsarran, Lloyd and Dinah<br>6756 NW Argus Street<br>Port .Lucie, FL 34983 | JM Interiors, Inc. | 485 |
| Fairley, Robert and Barbara<br>21100 Hwy 57<br>Vancleave, MS 39565 | JP Drywall, LLC | 486 |
| Richards, Stephen and Donna<br>1086 Lionsgate Lane<br>Gulf Breeze, FL 32563 | Keith Warrick Drywall, Inc. | 487 |
| ~~Webster, James and Rosalie~~<br>~~1100 Driftwood Drive~~<br>~~Vero Beach, FL 32963~~ | ~~Kelley Drywall~~ | ~~488~~ |
| Wheeler, Alicia, individually and obo Jeffrey Wheeler and Jordan Wheeler<br>2022 Lac Cache Court<br>Baton Rouge, LA 70816 | Kemah Construction, Inc. | 489 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Ronkin, Joel & Sharri<br>2505 Provence Circle<br>Weston, FL 33327 | Klepk Bros. Drywall, Inc. | 490 |
| Vetter, Frank and Gina<br>15412 Alsask Circle<br>Port Charlotte, FL 33981 | L&W Supply Corporation d/b/a Seacoast Supply | 491 |
| Barone, John and Heather<br>297 Rue Piper<br>Slidell, LA 70461 | La Drywall | 492 |
| Clague, Randy and Lisa<br>4416 Halter Ln.<br>Hammond, LA 70403 | Lebaron Bros. Drywall | 493 |
| Quilio, Sandra<br>225 Carriage Pines Lane<br>Covington, LA 70835 | Lee Roy Jenkins | 494 |
| O'Hear, Anne M.<br>2354 SE Avalon Road<br>Port St. Lucie, FL 34952 | Louran Builders, Inc. | 495 |
| ~~Mazza-Martinez, Tania and Armando~~<br>~~P.O. Box 566105~~<br>~~Miami, FL 33256-6105~~ | ~~Manny Garcia~~ | ~~496~~ |
| Seifart, Armin and Gore, Lisa<br>2515 Swanson Avenue<br>Miami, FL 33133 | Manny's Drywall | 497 |
| Bagley, Gerald<br>504 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Candela, Hilario<br>6201 Granada Blvd.<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Deutsch, Hunting and Mary<br>590 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Fleck, Joe<br>554 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Hartz, Charles and Joy<br>25 Tahibit Beach Island<br>Coral Gables, FL 33143 | Mavied Corp. | 498 |
| ~~Legland~~ Leblang, David and Sharon<br>1150 Madruga Avenue<br>Apt. C02<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| ~~Mackie~~ Mackle, Frank<br>13990 S. Dixie Highway #106<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |

| | *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*<br>Amended Schedule "4"–Contractor/Installer List of Subclasses to<br>Plaintiffs' Omnibus Class Action Complaint (I) | |
|---|---|---|
| **Plaintiff/Current Address** | Contractor/<br>Installer Defendant | |
| Mekras, George<br>434 Indies Drive<br>Vero Beach, FL 32963 | Mavied Corp. | 498 |
| Ramirez, Julio and Myriam<br>550 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Sternstein, Jerry<br>526 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Suarez, Gaston and Marta<br>542 Loretto Avenue<br>Coral Gables, FL 33146 | Mavied Corp. | 498 |
| Turner, Earnest & Pigi Caretti<br>3109 Grand Avenue #181<br>Coconut Grove, FL 33133 | Mavied Corp. | 498 |
| Zeller, Maria Rosa<br>586 Loretto Avenue<br>Coral Gables, FL 33146<br><br>Solabella Company Limited<br>OMC Chambers, Wickhams Cay 1, Road Town, Tortola British Virgin Islands | Mavied Corp. | 498 |
| Ziska, David and Julie<br>6335 S.W. 110 Street<br>Miami, FL 33156 | Mavied Corp. | 498 |
| Lewis, Jared and Emily Ella<br>9462 Country Lake Drive<br>Baton Rouge, LA 70817 | McDowell Builders, LLC | 499 |
| Nelson, Dick and Nancy<br>6635 Bobby Jones Ct.<br>Palmetto, FL 34221 | Northeast Drywall Co. | 500 |
| Burzotta, James and Rita<br>104 Country View Lane<br>McMurray, PA 15317 | NuWay Drywall LLC | 501 |
| Tuhro, Raymond W. and Nancy<br>2025 E. Shore Drive<br>Lansing, NY 14882 | NuWay Drywall LLC | 501 |
| Byrne, Gertrude<br>17926 Monte Vista Drive<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Eskenazi, Anna and Mark<br>17878 Monte Vista Drive<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Laraque, Jean & Gueldie<br>17911 Monte Vista Drive<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Novello, Robin<br>9407 Bridgebrook Drive<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| ~~Roseman, Robert & Linda~~<br>~~231 Grant Avenue~~<br>~~Dumont, NJ 07628~~ | ~~Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.~~ | ~~502~~ |
| Rosen, Michael<br>17538 Middlebrook Way<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Rossi, Richard and Joanna<br>21218 St. Andrews Blvd., #225<br>Boca Raton, FL 33433 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Samberg, Brian and Lori<br>17682 Middlebrook Way<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Bloom, Andrew and Ina<br>17847 Monte Vista Drive<br>Boca Raton, FL 33496 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Casey, Hugh<br>8112 SE Double Tree Drive<br>Hobe Sound, FL 33455 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| D'Loughy, Daniel J.<br>308 Chanford Terrace<br>PB Gardens, FL 33411 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| Robinhood Terrace, LLC<br>3053 Rancho Vista Blvd. #373<br>Palmdale, CA 93551 | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc. | 502 |
| ~~Campbell, Thomas/Kelli~~<br>~~25504 Antler Street~~<br>~~Christmas, FL 32709~~ | ~~Ozark Atlantic, LLC~~ | ~~503~~ |
| ~~Antilles Vero Beach, LLC~~<br>~~c/o Ironwood Development~~<br>~~372 W. Cannery Row Circle~~<br>~~Delray Beach, FL 33444~~ | ~~P.D.C. Drywall Contractors, Inc.~~ | ~~504~~ |
| Archer, Steven and Anja<br>25 Wheelwright Circle<br>St. Simmons Island, GA 31522 | P.D.C. Drywall Contractors, Inc. | 504 |
| Cameron, Christine<br>2885 St. Bart's Square<br>Vero Beach, FL 32967 | P.D.C. Drywall Contractors, Inc. | 504 |
| Clarke, Michael and Peggy<br>2827 Saint Barts Square<br>Vero Beach, FL 32967 | P.D.C. Drywall Contractors, Inc. | 504 |

### Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.
### Amended Schedule "4"–Contractor/Installer List of Subclasses to
### Plaintiffs' Omnibus Class Action Complaint (I)

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Corr, Thomas Leo, III<br>~~Marchetti, Shawn~~<br>1265 Little Harbour Ln.<br>Vero Beach, FL | P.D.C. Drywall Contractors, Inc. | 504 |
| Gropp, Terry/Hilary<br>P.O. Box 1518<br>Palm City, FL 34991 | P.D.C. Drywall Contractors, Inc. | 504 |
| Harmon, Dennis and Nancy<br>2816 St. Bart's Square<br>Vero Beach, FL 32967 | P.D.C. Drywall Contractors, Inc. | 504 |
| Harris, Hugh and Elizabeth<br>2889 St. Barts Square<br>Vero Beach, FL ~~32962~~ 32967 | P.D.C. Drywall Contractors, Inc. | 504 |
| Hernandez, James (Tripp) and Sherri<br>266 Live Oak Road<br>Vero Beach, FL 32963 | P.D.C. Drywall Contractors, Inc. | 504 |
| ~~Lindsay, Horace and Donna~~<br>~~5020 N. Harbor Village Drive~~<br>~~Vero Beach, FL 32967~~ | ~~P.D.C. Drywall Contractors, Inc.~~ | ~~504~~ |
| Marr, John<br>P.O. Box 1446<br>Vero Beach, FL 32961 | P.D.C. Drywall Contractors, Inc. | 504 |
| ~~Morgan, Keith and Shirley~~<br>~~6545 Caicos Court~~<br>~~Vero Beach, FL 32967~~ | ~~P.D.C. Drywall Contractors, Inc.~~ | ~~504~~ |
| O'Loughlin, William and Mary Ellen<br>102 Field Stone Drive<br>Fortsville, NY 12831 | P.D.C. Drywall Contractors, Inc. | 504 |
| Smith, David and Ellen<br>6655 Martinique Way<br>Vero Beach, FL 32963 | P.D.C. Drywall Contractors, Inc. | 504 |
| Stafford, Malcolm and Heather<br>2095 Lakeshore Blvd.<br>Suite 316<br>Toronto, ON M8V 4G4 | P.D.C. Drywall Contractors, Inc. | 504 |
| Vargo, Julie<br>4875 13th Lane<br>Vero Beach, FL 32966 | P.D.C. Drywall Contractors, Inc. | 504 |
| Villamizar, German and Janice<br>9725 Wyeth Court<br>Wellington, FL 33414 | P.D.C. Drywall Contractors, Inc. | 504 |
| Crosby, Patrick and Jennifer<br>2 Cardinal Lane<br>Mandeville, LA 70471 | Ponce Siding & Remodeling | 505 |
| Felicetti, Steven & Gayle<br>9941 Cobblestone Creek Drive<br>Boynton Beach, FL 33472 | Precision Drywall | 506 |

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I) | | |
| Wolslegel, Walter and Harriette<br>1147 Campbell Street<br>Port Charlotte, FL 33953 | Premier Plastering of Naples | 507 |
| Lasserre, Paul<br>14442 Samantha Drive<br>Port Vincent, LA 70726 | R.L. Drywall Inc. | 508 |
| Bound, Brenda<br>112 Jackson Street<br>Lake Placid, FL 33862 | Ray Horvath Drywall, Inc. | 509 |
| Robins, Kelvin Hayes and Alecia; Janeyah Monic Hall, Kaleb and Tylecia Marie Ridgley<br>1780 Ashland Drive<br>Zachary, LA 70791 | Reed Builders, LLC | 510 |
| George, Christopher<br>Vacca, Natalie<br>977 Narcissus Street<br>North Forty Myers, FL 33903 | Residential Drywall Inc. | 511 |
| McKenzie, James and Elizabeth<br>11021 Summer Storm Court<br>Las Vegas, NV 89144 | Residential Drywall, Inc. | 511 |
| Perga, Anthony and Marcia Tanke, Stephen and Suzanne<br>3909 W. Tacon Street<br>Tampa, FL 33629 | Residential Drywall, Inc. | 511 |
| Fernandez, Vernon and JoAnn<br>41555 C.C. Road<br>Ponchatoula, LA 70454 | Richard Hoover | 512 |
| Theologos, Charles and Sherry<br>143 Lakewood Drive<br>Waveland, MS 39576 | Richardson Drywall | 513 |
| Macmurdo, William and Cornelia<br>6553 Antoch Crossing<br>Baton Rouge, LA 70817 | Right Way Finishing, Inc. | 514 |
| Guidry, Christopher and Jerene<br>5396 Courtyard Dr<br>Gonzales, LA 70737 | Right Way Finishing, Inc. | 514 |
| ~~James, Jason and Jessica~~<br>~~518 NW 25th Avenue~~<br>~~Cape Coral, FL 33993~~ | ~~RJL Drywall, Inc.~~ | ~~515~~ |
| Petkin, Paul and Therese<br>213 Treasure Beach Road<br>Saint Augustine, FL 32080 | Sampson Drywall, Inc. | 516 |
| ~~Bronaugh, David and Heather~~<br>~~2323 Sunset Boulevard~~<br>~~Slidell, LA 70461~~ | ~~Seals Drywall~~ | ~~517~~ |

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*
**Amended Schedule "4"–Contractor/Installer List of Subclasses to Plaintiffs' Omnibus Class Action Complaint (I)**

| Plaintiff/Current Address | Contractor/Installer Defendant | |
|---|---|---|
| Dennis, Patrick and Kathleen<br>517 Snead Court<br>Slidell, LA 70458 | Seals Drywall | 517 |
| Dupuy, Cullen and Mary<br>15246 Campanile Court<br>Baton Rouge, LA 70810 | Sidney Sutton Drywall, Inc. | 518 |
| Nevels, Susan<br>5492 Harbour Castle Drive<br>Fort Myers, FL 33907 | Siesta Bay Custom Homes, LLC | 519 |
| Vetter, Frank and Gina<br>15412 Alsask Circle<br>Port Charlotte, FL 33981 | Southwest Innovations, Inc. | 520 |
| Gritter, Joseph and Catherine<br>39 Pamela Pl.<br>Arabi, LA 70032 | Speedy Drywall | 521 |
| Alldredge, Emily and Rufus<br>23554 Woodland Way<br>Pass Christian, MS 39571 | Stephen Steiner d/b/a Steiner Drywall | 522 |
| Kitts, Corey and Monique<br>3123 Riverlanding Drive<br>Addis, LA 70710 | Stone Sheetrock | 523 |
| Etter, Steve and Cathy<br>18894 Southeast Jupiter Inlet Way<br>Tequesta, FL 33469 | Sundown Development | 524 |
| Schlabach, Eric and Stacy<br>2303 Tarrytown Crossing Drive<br>Conroe, TX 77304 | Supreme Builders | 525 |
| Oster, Don and Betty<br>811 Cole Court<br>Covington, LA 70433 | Tallow Creek, LLC | 526 |
| ~~Peterson, Derrick & Robin~~<br>~~518 SW California Avenue~~<br>~~Stuart, FL 34994~~ | ~~Treasure Coast Homes, LLC~~ | ~~527~~ |
| Lukaszewski, Lynn<br>P.O. Box 4157<br>Cherry Hill, NJ 08034 | Vicinity Drywall, Inc. | 528 |
| Bilski, Walter and Tracey<br>2071 High Meadow Lane<br>Lock Haven, PA 17745 | Wellington Drywall, Inc. | 529 |
| Cahill, Thomas and Susan<br>Lengemann, Robert and Mary<br>2490 Thurston Court<br>Aurora, IL 60572 | Wellington Drywall, Inc. | 529 |
| Coogan, Kevin and Stella<br>36 Jarombek Drive<br>Towaco, NJ 07082 | Wellington Drywall, Inc. | 529 |

| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*<br>Amended Schedule "4"–Contractor/Installer List of Subclasses to<br>Plaintiffs' Omnibus Class Action Complaint (I) |||
|---|---|---|
| **Plaintiff/Current Address** | **Contractor/Installer Defendant** | |
| DeVita, Gerard and Ellen<br>1412 Surfbird Court<br>Punta Gorda, FL 33950 | Wellington Drywall, Inc. | 529 |
| Dishauzi, David<br>3397 Reflection Court<br>Naples, FL 34109 | Wellington Drywall, Inc. | 529 |
| Dishauzi, John and Rose Marie<br>1453 Serrano Circle<br>Naples, FL 34105 | Wellington Drywall, Inc. | 529 |
| Frank, Stephen ~~(Esquire)~~ and Susan<br>6450 Dutchman's Parkway<br>Louisville, KY 40205 | Wellington Drywall, Inc. | 529 |
| Geissler, Arthur and Sherry<br>10202 Windrow Court<br>Louisville, KY 40223 | Wellington Drywall, Inc. | 529 |
| ~~Gelosa~~ Geloso, Guiseppe and Rosa<br>Mosca, Roberto and Lina<br>18 Fawn Drive<br>Wallingford, CT 06492 | Wellington Drywall, Inc. | 529 |
| Hammersley, Philip and Susannah<br>Watt, Dana and Kelly<br>4601 Trails Drive<br>Sarasota, FL 34232 | Wellington Drywall, Inc. | 529 |
| Hochman, Todd and Michelle<br>1725 Epping Road<br>Gates Mills, OH 4404 | Wellington Drywall, Inc. | 529 |
| Kuhner, James<br>481 Montauk Highway<br>Eastport, NY 11941<br><br>Laine, Janet<br>554 Islamorada Drive<br>Punta Gorda, FL 33955 | Wellington Drywall, Inc. | 529 |
| ~~McHugh, Joseph and Ellyn~~<br>McHugh Real Estate Holdings, LLC, an Ohio Company<br>42227 Fulton Court<br>Sterling Heights, MI 48313 | Wellington Drywall, Inc. | 529 |
| Schmidt, Dale and Sheila Ann<br>3606 Kings Mill Run<br>Rocky River, OH 44116 | Wellington Drywall, Inc. | 529 |
| Small, Norma<br>736 Arlington Circle<br>Florence, SC 29501 | Wellington Drywall, Inc. | 529 |
| Smillie, John and Samantha<br>Chapman, ~~Mike~~ Michael and Heidi<br>4909 East River Road<br>Freeland, MI 48623 | Wellington Drywall, Inc. | 529 |

| | | |
|---|---|---|
| *Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.*<br>**Amended Schedule "4"–Contractor/Installer List of Subclasses to**<br>**Plaintiffs' Omnibus Class Action Complaint (I)** | | |
| **Plaintiff/Current Address** | **Contractor/<br>Installer Defendant** | |
| Sokich, Kristin and Kristen<br>160 Northfield Avenue<br>Dobbs Ferry, NY 10522 | Wellington Drywall, Inc. | 529 |
| Tabor, Donna<br>12 Sunset View Road<br>Whitehouse Station, NJ 08889 | Wellington Drywall, Inc. | 529 |
| Vivante at Boca Lago Homeowner's Association<br>99 Vivante Boulevard Building V<br>Punta Gorda, FL 33950 | Wellington Drywall, Inc. | 529 |
| Young, Arne and Jeanie<br>19028 Appalossa Lane<br>Shorewood, IL 60404 | Wellington Drywall, Inc. | 529 |
| Young, Arne and Jeanie<br>19028 Appaloss Lane<br>Shorewood, IL | Wellington Drywall, Inc. | 529 |