UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * | |
| | * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

Judy Y. Barrasso hereby gives notice of her appearance as lead counsel on behalf of Homesite Insurance Company, defendant in *Jessie Vu and Kristie Mai, individually and as representatives of all similarly situated individuals v. Progressive Advanced Insurance Company, et al,* United States District Court, Eastern District of Louisiana (10-930). H. Minor Pipes, III and Catherine Fornias Giarrusso give notice of their appearance as additional counsel for Homesite Insurance Company.

    Respectfully submitted,

    */s/ Judy Y. Barrasso*_____
    Judy Y. Barrasso, 2814
    jbarrasso@barrassousdin.com
    H. Minor Pipes, III, 24603
    Catherine Fornias Giarrusso, 29875
    BARRASSO USDIN KUPPERMAN FREEMAN
     & SARVER, LLC
    909 Poydras Street, Suite 2400
    New Orleans, Louisiana 70112
    Telephone:    (504) 589-9700
    Facsimile:    (504) 589-9701

    *Attorneys for Defendant,*
    *Homesite Insurance Company*

159062

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 19, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/__Judy Y. Barrasso_____