OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 MAY 17  PM 3: 20

LORETTA G. WHYTE
CLERK

Date:  _5/12/10_

_Gross, et al_

vs.

_Knauf Gips KG, et al_

Case No. _09-6690_ Section _L_

Dear Sir:

    Please ~~(issue)~~ (re-issue) summons on the ~~(complaint)~~ (amended complaint) ~~(_____ amended complaint)~~ ~~(third party complaint)~~ (other: _ORIENTAL MERCHANDISE COMPANY INC_ the following:

1.  (name) _Oriental Trading Company, LLC_
    (address) _1406 Selbydon Way, Winter Garden, FL 34787_

2.  (name) _____
    (address) _____

3.  (name) _____
    (address) _____

4.  (name) _____
    (address) _____

                    Very truly yours,

                    _____
                        "Signature"

Attorney for  _Plaintiffs_

Address  _____

LEVIN, FISHBEIN, SEDRAN & BERMAN
510 WALNUT STREET - SUITE 500
PHILADELPHIA, PA 19106-3697

___ Fee _____
_✓_ Process
_x_ Dktd
___ CtRmDep _____
___ Doc. No. _____