UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: *Pate v. American International Specialty Lines Insurance Company, et al* (09-7791) | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## **DEFENDANT, NGM INSURANCE COMPANY'S MOTION TO DISMISS**

Defendant, NGM Insurance Company, respectfully moves to dismiss the First Amended Complaint of Robert C. Pate, as Trustee to the Chinese Drywall Trust for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2), for improper venue pursuant to Federal Rule of Civil Procedure 12(b)(3), for insufficient process pursuant to Federal Rule of Civil Procedure 12(b)(4), for insufficient service of process pursuant to Federal Rule of Civil Procedure 12(b)(5) and for failure to join necessary indispensable parties pursuant to Federal Rule of Civil Procedure 12(b)(7). As grounds for this motion, the defendant, NGM Insurance Company incorporates by reference as though fully set forth herein the attached Memorandum of Law and Affidavit of Brian J. Brennan.

Respectfully submitted,

*/s/ Sarah B. Christie*
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C**.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
NGM INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **DEFENDANT, NGM INSURANCE COMPANY'S MOTION TO DISMISS** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel registered for electronic service, on this 19th day of May, 2010.

                                                                          /s/ Sarah B. Christie
                                                                          Sarah B. Christie, Esquire