# **<u>EXHIBIT A</u>**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL ) MDL NO. 2047
PRODUCTS LIABILITY LITIGATION )
) SECTION: L
\ )
This Document relates to: )
*Pate v. American International Specialty Lines* ) JUDGE FALLON
*Insurance Company, et al* **(09-7791)** ) MAG. JUDGE WILKINSON
)
_____ )

## AFFIDAVIT OF BRIAN J. BRENNAN

Now comes Brian J. Brennan, who after being duly sworn, deposes and states as follows:

1. I give this affidavit based upon my own personal knowledge and upon records prepared, kept and maintained by NGM Insurance Company in its regular course of business.

2. I am employed by Main Street America Group, Inc. as a corporate claims consultant.

3. NGM Insurance Company is a Florida corporation with its principal place of business in Jacksonville, Florida.

4. NGM Insurance Company is a Florida stock insurer and is a wholly owned subsidiary of Main Street America Group, Inc., a Florida corporation that is a domestic insurance holding company.

5. Main Street America Group Mutual Holdings, Inc. is a Florida Corporation and a not-for-profit mutual insurance holding company. It owns 94.2% of Main Street America Group, Inc. The remaining shares of Main Street America Group, Inc. are owned by White Mountains Insurance Group, which has its corporate headquarters in Bermuda (4.9%) and Newco Financial Holdings, a Michigan corporation (0.9%).

6. NGM Insurance Company is not and has never been licensed to write any business in Louisiana, is not and has never been authorized to write any coverage in Louisiana and has never written any coverage in Louisiana.

7. NGM Insurance Company has never had any rates on file with the Louisiana Department of Insurance and is not registered with the Louisiana Department of Insurance.

8. NGM Insurance Company has never collected any premiums for insurance written in Louisiana.

9. NGM Insurance Company has never authorized any insurance agent to write any business on its behalf in Louisiana.

10. NGM Insurance Company does not maintain an office in Louisiana and has no employees in Louisiana.

11. NGM Insurance Company does not have a registered agent for service in the State of Louisiana.

12. NGM Insurance Company does not issue or deliver insurance policies in the State of Louisiana.

13. NGM Insurance does not advertise or market their insurance policies in the State of Louisiana.

14. NGM Insurance Company issued a commercial general liability policy to HDS Drywall Services, Inc. HDS Drywall Services, Inc. is a Virginia Corporation. The subject policy was delivered to HDS Drywall Services, Inc. at a Virginia address and billing for the policy was sent to a Virginia address. An insurance agent in Virginia was utilized.

15. NGM Insurance Company received at its Jacksonville, Florida address an uncertified copy of the complaint by mail from the Louisiana Secretary of State. Another uncertified copy of the complaint was received at its Jacksonville, Florida address by registered mail from plaintiff's counsel.

Signed under the pains and penalties of perjury this 19th day of May, 2010.

_____
Brian J. Brennan

On this 19 day of May 2010, before me, the undersigned officer, personally appeared, Brian Brennan known to me (or satisfactorily proven) to be the person whose name is subscribed to the within instrument and acknowledged that he/she executed the same for the purposes therein contained.

In witness whereof, I hereunto set my hand.

_____
Notary Public
My Commission Expires 9/18/11

JAN ZINN
Notary Public - State of Florida
My Commission Expires Sep 18, 2011
Commission # DD 716144
Bonded Through National Notary Assn.