UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: *Pate v. American International Specialty Lines Insurance Company, et al* (09-7791) | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, NGM Insurance Company's Motion to Dismiss shall be brought on for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, New Orleans, Louisiana 70130 on the 9th day of June, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Sarah B. Christie*
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
NGM INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **DEFENDANT, NGM INSURANCE COMPANY'S NOTICE OF HEARING** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel registered for electronic service, on this 19th day of May, 2010.

                                               */s/ Sarah B. Christie*
                                               Sarah B. Christie, Esquire