IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>09-cv-7628 (PAYTON) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

SEAN AND BETH PAYTON, and ADDITIONAL
PLAINTIFFS AS LISTED ON EXHIBIT "A" TO CLASS
ACTION COMPLAINT

      Plaintiffs,

v.

KNAUF GIPS KG, KNAUF PLASTERBOARD
(TIANJIN) CO. LTD., KNAUF PLASTERBOARD
(WUHU) CO. LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO. LTD., *et al.*

      Defendants.

## ORDER

The Court is in receipt of the following Stipulation. IT IS ORDERED that this Stipulation be entered into the Record.

New Orleans, Louisiana, this 17th day of May, 2010.

                                                                U.S. District Judge