## STIPULATION BETWEEN PLAINTIFF ARMIN G. SEIFART AND LISA M. GORE SEIFART AND KNAUF PLASTERBOARD (TIANJIN) CO. LTD.

Knauf Plasterboard Tianjin Co. Ltd. ("KPT") hereby agrees not to raise the defenses of collateral estoppel, res judicata, or impermissible splitting of causes of action against Plaintiffs Armin G. Seifart and Lisa M. Gore Seifart, irrespective of the result in the trial styled *Armin G. Seifart, et al. v. Banner Supply, Co., et al.,* case number 09-39997 CA 42, pending in the Eleventh Judicial Circuit in and for Miami-Dade County, Florida. By this stipulation, KPT does not waive its rights to assert set-off, contribution, contributory negligence or comparative fault or other valid affirmative defenses.

Respectfully submitted,

/s/ Ervin A. Gonzalez
ERVIN A. GONZALEZ
Florida Bar No. 500720
**Ervin@colson.com**
PATRICK S. MONTOYA
Florida Bar No. 524441
**Patrick@colson.com**
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

/s/ Donald J. Hayden
DONALD J. HAYDEN
Florida Bar No. 0097136
**Donald.j.hayden@bakermckenzie.com**
BAKER & McKENZIE, LLP
1111 Brickell Avenue
Suite 1700
Miami, FL 33131
Telephone: (305) 7789-8900
Facsimile: (305) 789-8953
*Counsel for Knauf Plasterboard Tianjin Co. Ltd.*

/s/ Kerry Miller
KERRY MILLER
FRILOT PARTRIDGE KOHNKE & CLEMENTS, LLC
1100 Poydras Street
New Orleans, LA 70163
*Counsel for Knauf Plasterboard Tianjin co. Ltd.*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Stipulation between Plaintiffs Armin Seifart and Lisa Gore Seifart and Defendant Knauf Plasterboard Tianjin has been served on Plaintiffs' Liaison Counsel, Ervin A. Gonzalez, Colson Hicks Eidson and Defendants' Liaison Counsel, Bob Fitzsimmons, Rumberger, Kirk and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-18, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of May, 2010.


/s/ Ervin A. Gonzalez
Ervin A. Gonzalez