# THE PEOPLE'S REPUBLIC OF CHINA

# SHANGHAI SUPERIOR PEOPLE'S COURT

# PROOF OF SERVICE

(Seal: Shanghai Superior People's Court)

*Judicial Association No.SX-10-81*

| | |
|---|---|
| Case No. | Shanghai Superior Court International No. (2010) 010 |
| Cause of Action | Law Association No. (2010) 122   United States |
| Document for Service and Number | Summary of documents served, one copy; Summons, one copy; Complaint, one copy |
| Servee(s) | SHANGHAI YUYUAN TOURIST MART IMPORT & EXPORT CO., LTD. |
| Address for Service | 3rd Floor, No. 1, Lane 135, Old Jiao Chang Road, (Shanghai, China) |
| Recipient's Signature or Seal | [Seal]   Shanghai Yuyuan Tourist Mart Import & Export Co., Ltd.<br><br>February 26, 2010 |
| Mode of Delivery | | Executive Server | Ge, Wen Jun    Chen, Ping |
| Reason(s) for Non-service or Refusal to Accept by Recipient: | Date |

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   *(identité et adresse)*        Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
                    3/F No. 135-1, Jiu Jiao Chang Road, Shanghai 200010, China
                      Tel:

[X]  (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)   selon les formes légales (article 5, alinéa premier, lettre a).*
[ ]  (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)   selon la forme particuliére suivante (article 5, alinéa premier, lettre b):*

[ ]  (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)   le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                          , the
*Fait à* Minneapolis, Minnesota, U.S.A.   *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

(Formerly OBD-116 which was formerly LAA-116,     USM-94
both of which may still be used)                       (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Shanghai Yu Yuan Imp. & Exp. Co., Ltd.
Court Case No.: 09-6690

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
*1. que la demande a été exécutée*
 - the (date)
 - *le (date)* __February 26th, 2010__
 - at (place, street, number)
 - *à (localité, rue numéro)* __3/F, No.1, Lane 135, Jiujiaochang Road, Shanghai, China__

 - in one of the following methods authorised by article 5-
 - *dans une des formes suivantes prévues à l'article 5:*
  [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
     *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  [ ] (b) in accordance with the following particular method*:
     *b) selon la forme particulière suivante:* _____
  [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
     *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
 - (identity and description of person)
 - *(identité et qualité de la personne)* __Shanghai Yuyuan Shangcheng Import and Export Co., Ltd.__
 - relationship to the addressee (family, business or other):
 - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants:*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

**Done at** __Beijing__ , **the** __April 3rd, 2010__
*Fait à*, *le*
**Signature and/or stamp.**
*Signature et/ou cachet.*

[Stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
 *Rayer les mentions inutiles.*

2