US

# THE PEOPLE'S REPUBLIC OF CHINA

## HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

# PROOF OF SERVICE

Judicial Association No. SX-10-105

| Case No. | No._____ |
|---|---|
| Cause of Action | |
| Document Served and Number | 1. Summary of documents served, one copy<br>2. Summons, one copy;    3. Complaint, one copy<br>(All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi  (Deputy Director of the Factory)    March 11, 2010  10:00 am<br>[Finger print] |
| Mode of Service | | Server | |

Reason for non-service or Recipient's refusal:

[Seal]   PINGSHAN COUNTY PEOPLE'S COURT

[Seal]  Pingshan County People's Court

(Translator Note: It seems that this mirrored seal is an imprint from the opposite page.)

# THE PEOPLE'S REPUBLIC OF CHINA

# HEBEI PROVINCE PINGSHAN COUNTY PEOPLE'S COURT

# PROOF OF SERVICE

| Case No. | No._____ |
|---|---|
| Cause of Action | . |
| Document Served and Number | 3. Summary of documents served, one copy<br>4. Summons, one copy;   3. Complaint, one copy<br>(All with translation attached) |
| Servee | Taishan Plasterboard (Pingshan) Co., Ltd. |
| Address for Service | |
| Recipient's Signature and Seal | Wang, Shan Xi (Deputy Director of the Factory)   March 11, 2010   10:00 am<br>[Finger print] |
| Mode of Service | | Server | |

Reason for non-service or
Recipient's refusal:


[Seal]   PINGSHAN COUNTY PEOPLE'S COURT

[Seal]  Taishan Plasterboard (Yunnan) Co., Ltd.

(Translator Note: It seems that this mirrored seal is an imprint from the opposite page.)

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776    Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
(identité et adresse)    Taishan Gypsum (Pingshan) Co., Ltd.
Dian Chang Yuan Nei (Shijiazhuang Hua'ao Dianli Co., Ltd.), Pingshan Zhen, Pingshan Xian, Shijiazhuang, Hebei 050400, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                 , the
*Fait à* Minneapolis, Minnesota, U.S.A.        *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*



APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,        USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: Taishan Gypsum (Pingshan) Co., Ltd.
Court Case No.: 09-6690

SX-10-105

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* ___March 11th, 2010___
    - at (place, street, number)
    - *à (localité, rue numéro)* ___not mentioned___

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* ___
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* ___Bing Wang___
- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* ___the vice-president of the factory___

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

___
___
___

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

___
___

**In appropriate cases, documents establishing the service:**
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* ___Beijing___, le ___April 22nd, 2010___
Signature and/or stamp.
*Signature et/ou cachet.*

[Chinese stamp: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2