Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0137

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bass Homes, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __ALABAMA__ ) ss.
County of: __AT BALDWIN__ )

Name of Server: __NORRIS ARMSTRONG__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28__ day of __APRIL__, 20__10__, at __225__ o'clock __P__ M

Place of Service: at __34661 Highway 59 South__, in __Stapleton, AL  36578__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __PATRICIA DEWBERRY__ ~~Secretary~~ SALES REP MGR FOR BASS HOMES

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __BLONDE__; Facial Hair __NONE__
Approx. Age __37__; Approx. Height __5'6"__; Approx. Weight __104__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __29th__ day of __April__, 20__10__

Notary Public    (Commission Expires) 06/24/2012

**APS International, Ltd.**