Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103329-0059

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Black Bear Gypsum, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: ___Floeida___ ) ss.
County of: ___Hillsborough___ )

**Name of Server:** ___Ray L. Bailey___, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __14th__ day of __April__, 20 _10_, at __1:08__ o'clock _P_ M

**Place of Service:** at __2050 Tall Pines Drive, Suite B__, in __Largo, FL  33771__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Black Bear Gypsum, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Gina milinovich, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_Ray L Bailey_   4-9-10
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
__19th__ day of __April__, 20 _10_

_Elaene F. Jones_
Notary Public        (Commission Expires)
                          3/2/13



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters