UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to Case No. 09-7628 (*Payton*) | MAGISTRATE JUDGE WILKINSON |

### DEFENDANT'S MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Defendant, C. Adams Construction & Design, LLC, in the above-captioned proceeding, and appearing solely for the purpose of this motion, reserving all rights, motions and defenses and without waiver thereof, respectfully moves this Honorable Court for the entry of an Order substituting Brent B. Barriere (#2818), Susie Morgan (#9715) and D. Skylar Rosenbloom (#31309), with the firm of Phelps Dunbar LLP, as counsel of record for Defendant in this matter, in lieu of Raymond A. Pelleteri, Jr. (#10391) and Claudette L. Bienvenu (#20422), with the firm of Pelleteri & Wiedorn, LLC, in accordance with the Local Rules of this Court.

Wherefore, Defendant respectfully requests that Raymond A. Pelleteri, Jr. and Claudette L. Bienvenu be stricken from the record of this matter as counsel for Defendant, and that Brent

B. Barriere, Susie Morgan and D. Skylar Rosenbloom be substituted in lieu thereof on behalf of Defendant, C. Adams Construction & Design, LLC.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
  Susie.morgan@phelps.com
  Skylar.rosenbloom@phelps.com
**ATTORNEYS FOR DEFENDANT,
C. ADAMS CONSTRUCTION & DESIGN LLC**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Substitute Counsel of Record* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of May, 2010.

/s/ Brent B. Barriere
