UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to Case No. 09-7628 (*Payton*) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by Defendant, C. Adams Construction & Design, LLC; accordingly,

IT IS ORDERED BY THE COURT that Defendant's Motion to Substitute Counsel of Record be, and the same is hereby GRANTED, and that, Brent B. Barriere, Susie Morgan and D. Skylar Rosenbloom of the law firm Phelps Dunbar LLP be and are hereby substituted and enrolled as additional counsel of record for Defendant, C. Adams Construction & Design, LLC, in lieu of Raymond A. Pelleteri, Jr. and Claudette L. Bienvenu of the law firm of Pelleteri & Wiedorn, LLC.

New Orleans, Louisiana, this _____ day of May, 2010.

_____
UNITED STATES DISTRICT JUDGE

PD.4012887.1