UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: *Pate v. American International Specialty Lines Insurance Company, et al* (09-7791) | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

## REQUEST FOR ORAL ARGUMENT

Counsel for NGM Insurance Company, pursuant to Uniform Local Rule 78.1E, respectfully requests oral argument on its Motion to Dismiss.

NGM Insurance Company believes that oral argument will assist the Court in its ruling on this matter.

**WHEREFORE** NGM Insurance Company prays that the Court grant oral argument on its Motion to Dismiss.

Respectfully submitted,

*/s/ Sarah B. Christie*
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
NGM INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **DEFENDANT, NGM INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all counsel registered for electronic service, on this 19th day of May, 2010.

                                                      */s/ Sarah B. Christie*
                                                      Sarah B. Christie, Esquire