Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 103329-0201

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Kevin Burton
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Darren J. Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of April, 20 10, at 6:00 o'clock P M

**Place of Service:** at 11120 S. Idlewood Court, in New Orleans, LA 70128

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kevin Burton**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☑ By delivering them into the hands of Mrs Burton, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Kevin Burton** at the place of service, and whose relationship to the person is: wife

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color UNK ; Hair Color UNK ; Facial Hair UNK
Approx. Age UNK ; Approx. Height UNK ; Approx. Weight UNK

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 25 day of May, 20 10

Notary Public    (Commission Expires)
BRANDI F. EEMAN
#76631