Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103329-0028

**AFFIDAVIT OF SERVICE -- Corporate**

Service of Process on:

--Daniel Wayne Homes, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27th day of April, 20 10, at 6:10 o'clock P M

Place of Service: at 725 Matanzas Court, in Fort Myers Beach, FL  33931

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Daniel Wayne Homes, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Karen Dodrill, spouse of the Registered Agent Daniel Dodrill at their residence.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Brown ; Facial Hair ___
Approx. Age 40-45 ; Approx. Height 5'3" ; Approx. Weight 135 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server #157153

**APS International, Ltd.**

Subscribed and sworn to before me this 30th day of April, 20 10

Notary Public         (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012