Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0240

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gryphon Corporation

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 10-361 Section L Mag 2

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Carlos Aguirre**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **28** day of **April**, 20 **10**, at **11:55** o'clock **A** M

Place of Service: at **540 Biltmore Way**, in Coral Gables, FL 33134

Documents Served: the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Gryphon Corporation

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Michelle Sanchez   Secretary**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair ____
Approx. Age **29** ; Approx. Height **5'10** ; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **28** day of **April**, 20 **10**

_____
Notary Public         (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.