Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0118

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lopez Drywall, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Clay** )

Name of Server: **Julie Parker**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22** day of **April**, 20 **10**, at **2:20** o'clock **P** M

Place of Service: at **1416 Kingsly Ave.**, in **Orange Park, FL 32073**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Lopez Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Sheri Davis - Secretary to David King R.A.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **Brn**; Facial Hair **Brn**
Approx. Age **35**; Approx. Height **5'7**; Approx. Weight **145**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Julie Parker*
Signature of Server

Subscribed and sworn to before me this **23** day of **April**, 20 **10**

Notary Public       (Commission Expires)

**APS International, Ltd.**



DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
Fl. Notary Discount Assoc. Co.
1-800-3-NOTARY