Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MacGlen Builders, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **BAKER** )
Name of Server: **DENNIS BARTILUCCI**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **23** day of **April**, 20**10**, at **9:00** o'clock **P** M

Place of Service: at **5985 South River Circle**, in **Macclenny, FL 32063**
**ABOVE ADDRESS IS A RESIDENCE**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MacGlen Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **CLAUDETTE CRAWFORD (MOTHER) REFUSED SERVICE HAD TO DROP SERVE**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown**; Facial Hair ___
Approx. Age **55+**; Approx. Height **5' 2"**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **27** day of **April**, 20**10**

_Signature of Server_

Notary Public (Commission Expires)

**APS International, Ltd.**

KASSIE WIGGINS
MY COMMISSION #DD778969
EXPIRES: APR 14, 2012
Bonded through 1st State Insurance