Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   103329-0057

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Residential Drywall, Inc.
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: __Jamie Snyder__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22__ day of __April__, 20__10__, at __4:30__ o'clock __P__ M

Place of Service: at __16009 Northlake Village Dr.__, in __Odessa, FL 33556__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Residential Drywall, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Sharla Horne, Legal Asst to R.A., Andrea M Fair, Esquire__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Caucasian__ ; Hair Color __Brown__ ; Facial Hair ——
Approx. Age __38 yrs__ ; Approx. Height __5'4"__ ; Approx. Weight __140 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __26__ day of __April__, 20__10__

_Elaine F. Jones_
Notary Public   (Commission Expires)

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters