IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 )  ) ) SECTION "L" ) |
| **This Document Relates to:** | ) CIVIL ACTION NO.: 2:09-CV-7791 ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) JUDGE ELDON FALLON |
| Versus, | ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) ) ) |

**MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER TO NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(B) MOTIONS**

Now comes Defendants, Amerisure Insurance Company, and Amerisure Mutual Insurance Company (herein collectively referred to as "Amerisure"), by and through their attorneys of record, and hereby join "Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions" filed on May 12, 2010, by National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company, and Lexington Insurance Company (Docket No. 3042), and the supporting Memorandum of Law. In further support thereof, Amerisure states as follows:

1.      On December 23, 2009, Robert C. Pate, in his alleged capacity as Trustee for the Chinese Drywall Trust that was created in the Chapter 11 bankruptcy proceeding initiated by WCI Communities, Inc., commenced a lawsuit against Amerisure and other insurers in the

Eastern District of Louisiana, captioned *Pate v. American International Specialty Lines Insurance Co.,* No. 2:09-cv-0779, which is now pending in the Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047 (the "MDL") before this Court.

2. In the *Pate* lawsuit, the insurers, including Amerisure, have filed motions to dismiss on the basis that the Eastern District of Louisiana is an improper venue for the *Pate* lawsuit under 28 U.S.C. § 1391. The primary bases for that motion are that the events giving rise to Pate's claims did not take place in Louisiana and the Court lacks personal jurisdiction over certain defendants. Amerisure and other insurers have also sought dismissal for failure to join indispensable parties, since Pate failed to name as parties the named insureds under whose policies Pate claims rights as an additional insured.

3. On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form."

4. In response, on May 12, 2010, National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company, and Lexington Insurance Company filed a "Motion For Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions" (Docket No. 3042) (herein "motion") and a supporting Memorandum of Law (herein "memorandum").

5. Amerisure has reviewed the motion and memorandum, and hereby joins and adopts the grounds and arguments set forth in the motion and memorandum solely for the limited purpose of adjudicating the motion.

WHEREFORE, Defendants, Amerisure Mutual Insurance Company, and Amerisure Insurance Company, respectfully request that this Court grant the Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies. Finally, Amerisure requests that this Court award such other and further relief to which Amerisure may be justly entitled.

Respectfully submitted,

Defendants, Amerisure Insurance Company
and Amerisure Mutual Insurance Company

/s/ Brian K. Abels

By: _____

One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S AND AMERISURE MUTUAL INSURANCE COMPANY'S JOINDER IN NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(B) MOTIONS** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of May, 2010.

_/s/ BTA_