UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL | MDL NO. 09-2047 |
| | PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

---

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/CITY OF  James City

BEFORE ME, the undersigned authority, personally came and appeared:

### MICHELE Z. BALL

Who, after being duly sworn did depose and state, as follows:

1. She is the Manager of **Plantation Group, LLC**, a Virginia limited liability company, with its principle place of business located in Williamsburg, Virginia.



2. In that capacity, she is familiar with the nature of the business, including the general, day-to-day operations of **Plantation Group, LLC**.

3. That she is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **Plantation Group, LLC** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Plantation Group, LLC** is a general contractor, licensed in the Commonwealth of Virginia, and is in the business of constructing residential housing within the borders of the Commonwealth of Virginia.

6. **Plantation Group, LLC** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. She is not personally, nor in her capacity as Manager of **Plantation Group, LLC** aware of **Plantation Group, LLC** performing any contracting, building or development work in the State of Lousiana.

8. **Plantation Group, LLC** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Plantation Group, LLC** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Plantation Group, LLC** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Plantation Group, LLC** does not, and has never solicited any business in the State of Louisiana.

By: *Michele Z. Ball*
Michele Z. Ball
Manager
Plantation Group, LLC

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY OF May, 2010.

*Gloria M. Judah*
NOTARY PUBLIC

My Notary Expires: 08/31/12

[Notary Seal: GLORIA M. JUDAH, NOTARY PUBLIC, MY COMMISSION NUMBER 183307, COMMONWEALTH OF VIRGINIA]