UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL | MDL NO. 09-2047 |
| | PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA

COUNTY/CITY OF _James City_

BEFORE ME, the undersigned authority, personally came and appeared:

### MICHELE Z. BALL

Who, after being duly sworn did depose and state, as follows:

1. She is Vice-President of **Greensprings Plantation, Inc.**, a Virginia corporation, with its principle place of business located in Williamsburg, Virginia.


EXHIBIT B

2. In that capacity, she is familiar with the nature of the business, including the general, day-to-day operations of **Greensprings Plantation, Inc.**.

3. That she is of proper age, and of sound mind, and capable of providing this Affidavit.

4. **Greensprings Plantation, Inc.** is not authorized to do, and has never done, any business in the State of Louisiana.

5. **Greensprings Plantation, Inc.** is a developer/investment company, licensed to do business in the Commonwealth of Virginia.

6. **Greensprings Plantation, Inc.** does not manufacture any products, and it does not sell any products.

7. She is not personally, nor in her capacity as Vice-President of **Greensprings Plantation, Inc.** aware of **Greensprings Plantation, Inc.** performing any contracting, building or development work in the State of Louisiana.

8. **Greensprings Plantation, Inc.** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Greensprings Plantation, Inc.** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Greensprings Plantation, Inc.** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of

Louisiana.

11. **Greensprings Plantation, Inc.** does not, and has never solicited any business in the State of Louisiana.

By: *Michele Z. Ball*
Michele Z. Ball
Vice-President
Greensprings Plantation, Inc.

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 10th DAY OF May, 2010.

*Gloria M. Judah*
NOTARY PUBLIC

My Notary Expires: 08/31/10

[Notary Seal: GLORIA M. JUDAH, NOTARY PUBLIC, MY COMMISSION NUMBER 183307, COMMONWEALTH OF VIRGINIA]