UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE<br>WILKINSON |

===============================================================================

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

===============================================================================

## MOTION FOR PROTECTIVE ORDER STAYING DISCOVERY AND SUBMISSION OF BUILDER PROFILE FORMS PENDING RESOLUTION OF RULE 12(b) MOTIONS

NOW INTO COURT, through the undersigned counsel, come Defendants, American Eastern, Inc., Wellington, LLC, Wyndwil, LLC, Atlantic Homes, LLC, Atlantic Homes Development Corp., HHJV, LLC, AHJV, LLC, Overlook Point, LLC, Peak Building Corporation, Clark-Whitehill Enterprises, Inc. Ainslie Group, Inc., Plantation Group, LLC and Greensprings Plantation, Inc., who move this Honorable Court, pursuant to Fed.R.Civ.P. 26(c), to issue a Protective Order, staying any discovery requirements or requests to these Defendants, including the submission of any Builder Defendant Profile Forms, pending resolution of their Fed.R.Civ.P. 12(b) motions to dismiss for lack of personal jurisdiction and improper venue.

In support thereof, the Defendants state as follows:

1. On March 15, 2010, Kenneth and Barbara Wiltz, individually, and on behalf of all others similarly situated, filed their Plaintiffs' Amended Omnibus Class Action Complaint (II) (hereinafter "Omnibus II"), in the United States District Court for the Eastern District of Louisiana, a lawsuit bearing Case No. 10-361, which was then subsumed within the "Chinese Drywall" multi-district litigation, bearing MDL No. 2:09-md-02047 ("the MDL").

2. Each of the above-named Defendants was identified by the Plaintiffs in Omnibus II as a builder of homes containing Chinese drywall. While the Defendants dispute this characterization, inasmuch as only some of these entities engage in home building, they feel constrained to respond to the requirements of the Court for "Builder Defendants," based on the Plaintiff's erroneous characterization.

3. On August 17, 2009, Judge Fallon issued Pretrial Order # 11, instructing that the parties prepare and submit profile forms, including forms directed to Builder Defendants.

4. On March 9, 2010, Judge Fallon extended the requirement that various profile forms be completed and submitted to liaison counsel, including Builder Defendant Profile Forms, and the specific deadlines for such submissions, pursuant to Pretrial Order # 1F.

5. In Omnibus II, each of the above-named defendants has filed a Motion to Dismiss pursuant to Fed.R.Civ.P. 12(b), asserting the Court's lack of personal jurisdiction over any of these Defendants, and improper venue. None of these Virginia Defendants have had <u>any</u> contacts with the State of Louisiana, much less the "minimum contacts" required by the United States Supreme Court in its *International Shoe* decision.

6. The United States Court of Appeals for the Fifth Circuit has repeatedly

instructed its trial courts to stay discovery under Fed.R.Civ.P. 26(C) when the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving the time and expense of such litigation efforts.

7. The Builder Defendant Profile Forms are to be submitted by the Defendants under oath, and the submitting party is subject to the penalties for perjury. The Builder Defendant Profile Forms require the disclosure of extensive information, including data regarding all affected properties, the identification of the Defendants' insurers as well as production of claims and insurance policy information. This is discovery, pure and simple.

8. Since a ruling in the Defendants favor on the pending Rule 12(b) motions would relieve them of any obligation to prepare and submit Builder Defendant Profile Forms, produce the data sought by the Court, or disclose insurance and claim information, this Court should stay these Defendants' obligation to comply with the Court's Order until after the pending 12(b) motions are resolved.

WHEREFORE, Defendants, American Eastern, Inc., Wellington, LLC, Wyndwil, LLC, Atlantic Homes, LLC, Atlantic Homes Development Corp. HHJV, LLC, AHJV, LLC, Overlook Point, LLC, Peak Building Corporation, Clark-Whitehill Enterprises, Inc. Ainslie Group, Inc., Plantation Group, LLC and Greensprings Plantation, Inc., pray that their Motion for Protective Order, pursuant to Fed. R. Civ. Proc. 26(c) be granted, and that an Order be entered staying all discovery against these defendants, including the submission of Builder Defendant Profile Forms, pending the outcome of the Defendants' Motion to Dismiss, pursuant to Fed. R. Civ. Proc. 12(b).

        AMERICAN EASTERN, INC.,
        WELLINGTON, LLC,
        WYNDWIL, LLC
        ATLANTIC HOMES, LLC
        ATLANTIC HOMES DEVELOPMENT CORP.
        HHJV,LLC
        AHJV, LLC
        OVERLOOK POINT, LLC
        CLARK-WHITEHILL ENTERPRISES, INC.
        AINSLIE GROUP, INC.
        PLANTATION GROUP, LLC
        GREENSPRINGS PLANTATION, INC.

        By: _____/s/_____
                 Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant, Plantation Group, Inc.
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant, Plantation Group, Inc.
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

## CERTIFICATE OF SERVICE

  I hereby certify that on this <u>21st</u> day of May, 2010, the above and foregoing Motion for Protective Order Staying Discovery and Submission of Builder Profile Forms Pending Resolution of Rule 12(b) Motions has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.


/s/