UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MID-CONTINENT CASUALTY COMPANY'S MOTION FOR JOINDER IN MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF <u>INSURER PROFILE FORM AND INSURANCE POLICY</u>**

Defendant, Mid-Continent Casualty Company ("MCC"), moves to join the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed by National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), and Lexington Insurance Company (R.D. No. 3042), and respectfully requests that this Honorable Court issue a Protective Order staying the submission of Mid-

Continent Casualty Company's Insurer Profile Form and insurance policy, for the reasons set forth more fully in the Memorandum filed in support of this Motion.

                        Respectfully submitted,

                        **LARZELERE PICOU WELLS**
                           **SIMPSON LONERO, LLC**
                        Two Lakeway Center - Suite 1100
                        3850 North Causeway Boulevard
                        Metairie, Louisiana  70002
                        Telephone: (504) 834-6500
                        Facsimile:  (504) 834-6565

BY:    */s/ Lee M. Peacocke*
                        MORGAN J. WELLS, JR. (La. No. 18499)
                            mwells@lpwsl.com
                        LEE M. PEACOCKE (La. No. 18374)
                            lpeacocke@lpwsl.com

                        AND

                        **HINSHAW & CULBERTSON LLP**
                        RONALD L. KAMMER, T.A. (Fl. No. 360859)
                            rkammer@hinshawlaw.com
                        PEDRO E. HERNANDEZ (Fl. No. 30365)
                            phernandez@hinshawlaw.com
                        9155 S. Dadeland Blvd., Suite 1600
                        Miami, Florida  33156
                        Telephone: (305) 428-5100
                        Facsimile: (305) 577-1063

                        **ATTORNEYS FOR DEFENDANT,**
                        **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Mid-Continent Casualty Company's Motion for Joinder in Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 21ST day of May, 2010.

                                      /s/ Lee M. Peacocke
                                      LEE M. PEACOCKE