UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED          *  MDL No. 2:09-md-02047
DRYWALL PRODUCTS LIABILITY            *
LITIGATION                            *
                                      *
                                      *  JUDGE FALLON
**This document relates to:**         *
                                      *
ROBERT C. PATE, as Trustee for the    *
Chinese Drywall Trust                 *  MAGISTRATE WILKINSON
v.                                    *
AMERICAN INTERNATIONAL SPECIALTY      *
LINES INSURANCE COMPANY, ET AL        *
**(2:09-cv-07791)** (E.D. La.)        *
**********************************************

### MEMORANDUM IN SUPPORT OF MID-CONTINENT CASUALTY COMPANY'S MOTION FOR JOINDER IN THE MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION <u>OF INSURER PROFILE FORM AND INSURANCE POLICY</u>

Defendant, Mid-Continent Casualty Company, previously asserted defenses to the claims of plaintiff, Robert C. Pate, in this matter pursuant to Federal Rule of Civil Procedure 12(b). Mid-Continent Casualty Company now moves to join in and adopt the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy filed in this matter by National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company), and Lexington Insurance Company (R.D. No. 3042). The arguments made therein are adopted and incorporated herein by Mid-Continent Casualty Company in support of this Motion.

14477077v1  908840  56475

By filing this Motion for Joinder and seeking a Protective Order in this matter, Mid-Continent Casualty Company reserves all objections and defenses previously asserted to this action pursuant to Federal Rule of Civil Procedure 12(b). Consequently, Mid-Continent Casualty Company respectfully requests that this Honorable Court stay the submission of the Insurer Profile Form and insurance policy pending the disposition of the Rule 12(b) Motion previously filed in this action by Mid-Continent Casualty Company.

        Respectfully submitted,

        **LARZELERE PICOU WELLS**
          **SIMPSON LONERO, LLC**
        Two Lakeway Center - Suite 1100
        3850 North Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 834-6500
        Facsimile: (504) 834-6565

**BY:**    /s/ Lee M. Peacocke
        **MORGAN J. WELLS, JR. (La. No. 18499)**
          mwells@lpwsl.com
        **LEE M. PEACOCKE (La. No. 18374)**
          lpeacocke@lpwsl.com

        AND

        **HINSHAW & CULBERTSON LLP**
        **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
          rkammer@hinshawlaw.com
        **PEDRO E. HERNANDEZ (Fl. No. 30365)**
          phernandez@hinshawlaw.com
        9155 S. Dadeland Blvd., Suite 1600
        Miami, Florida 33156
        Telephone: (305) 428-5100
        Facsimile: (305) 577-1063

        **ATTORNEYS FOR DEFENDANT,**
        **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Mid-Continent Casualty Company's Joinder in Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of May, 2010.

                                        /s/ Lee M. Peacocke
                                        LEE M. PEACOCKE