UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 * * * |
| | *  JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | *  *  MAGISTRATE WILKINSON * * * * |

*********************************************

## NOTICE OF HEARING

**PLEASE TAKE NOTICE THAT** defendant, Mid-Continent Casualty Company, will bring Mid-Continent Casualty Company's Motion for Joinder in Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion on for hearing on June 2, 2010 at 11:00 a.m. in the courtroom of United States Magistrate Judge Joseph C. Wilkinson, Jr., which is located in Room B421 in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

1

                Respectfully submitted,

                **LARZELERE PICOU WELLS**
                    **SIMPSON LONERO, LLC**
                Two Lakeway Center - Suite 1100
                3850 North Causeway Boulevard
                Metairie, Louisiana  70002
                Telephone: (504) 834-6500
                Facsimile:  (504) 834-6565

BY:   */s/ Lee M. Peacocke*
                **MORGAN J. WELLS, JR. (La. No. 18499)**
                    mwells@lpwsl.com
                **LEE M. PEACOCKE (La. No. 18374)**
                    lpeacocke@lpwsl.com

                AND

                **HINSHAW & CULBERTSON LLP**
                **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
                    rkammer@hinshawlaw.com
                **PEDRO E. HERNANDEZ (Fl. No. 30365)**
                    phernandez@hinshawlaw.com
                9155 S. Dadeland Blvd., Suite 1600
                Miami, Florida  33156
                Telephone: (305) 428-5100
                Facsimile: (305) 577-1063

                **ATTORNEYS FOR DEFENDANT,**
                **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of May, 2010.

                                            /s/ Lee M. Peacocke
                                            LEE M. PEACOCKE