UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, | * * | MAGISTRATE WILKINSON |
| v. MID-CONTINENT CASUALTY COMPANY, *et al.* **(2:10-cv-00178)** (E.D. La.) | * * * * | |

******************************************

**MEMORANDUM IN SUPPORT OF MID-CONTINENT CASUALTY COMPANY'S MOTION FOR JOINDER IN THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORM AND INSURANCE POLICY**

Defendant, Mid-Continent Casualty Company, previously asserted defenses to the claims of plaintiffs, Centerline Homes Construction, Inc., Completed Communities, II, LLC, Centerline Homes at Georgetown, LLC, and Centerline Homes, Inc., pursuant to Federal Rule of Civil Procedure 12(b). Mid-Continent Casualty Company now moves to join in and adopt the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy filed in this matter by the Insurance Company of the State of Pennsylvania. The arguments made

therein are adopted and incorporated herein by Mid-Continent Casualty Company in support of this Motion.

By filing this Motion for Joinder and seeking a Protective Order in this matter, Mid-Continent Casualty Company reserves all objections and defenses previously asserted to this action pursuant to Federal Rule of Civil Procedure 12(b). Consequently, Mid-Continent Casualty Company respectfully requests that this Honorable Court stay the submission of the Insurer Profile Form and insurance policy pending the disposition of the Motion previously filed in this action by Mid-Continent Casualty Company.

Respectfully submitted,

**LARZELERE PICOU WELLS SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 834-6500
Facsimile: (504) 834-6565

**BY:** *_/s/ Lee M. Peacocke_*
**MORGAN J. WELLS, JR. (La. No. 18499)**
**mwells@lpwsl.com**
**LEE M. PEACOCKE (La. No. 18374)**
**lpeacocke@lpwsl.com**

**AND**

**HINSHAW & CULBERTSON LLP**
**RONALD L. KAMMER, T.A. (Fl. No. 360859)**
**rkammer@hinshawlaw.com**
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
**phernandez@hinshawlaw.com**
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT, MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Memorandum in Support of Mid-Continent Casualty Company's Joinder in the Insurance Company of the State of Pennsylvania's Motion For Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of May, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE