UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRY WALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * SECTION: L <br> * |
| THIS DOCUMENT RELATES TO: | * <br> * JUDGE FALLON |
| KENNETH AND BARBARA WILTZ, et al., <br> vs. <br> BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. <br> CASE NO.  2:10-cv-00361 | * <br> * <br> * <br> * <br> * MAG. JUDGE WILKINSON |

*************************************************************************

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, John B. Dunlap III, Scott E. Mercer, Jennifer A. Fiore, and Susan N. Eccles, hereby enter their appearance as counsel of record for Defendant, Core Construction Services, Southeast, Inc. in the captioned matter.  Please update and add undersigned counsel to all your service and distribution lists in this case.

[signature block on following page]

Respectfully submitted,

/s/ John B. Dunlap III
John B. Dunlap III (Bar No.19431)
Scott E. Mercer (Bar No. 25794)
Jennifer A. Fiore (Bar No. 28038)
Susan N. Eccles (Bar No. 29847)
CARLETON DUNLAP OLINDE MOORE
 & BOHMAN, L.L.C.
301 Main Street, Suite 900
Baton Rouge, Louisiana 70801
Phone: 225-282-0600
Fax:    225-282-0650
jdunlap@cdomlaw.com
smercer@cdomlaw.com
jfiore@cdomlaw.com
seccles@cdomlaw.com

*Counsel for Core Construction Services, Southeast, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis file & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of May 2010.

 /s/ John B. Dunlap III