UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |
| . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | : | |

**This document relates to *Joyce W. Rogers*, *et al. v. Knauf GIPS KG, et al.,* Case No. 10-362.**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pre-Trial Order No. 1F and without waiving any defenses (including jurisdictional defenses), John M. Barkett, Esq. and Daniel B. Rogers, Esq. of the law firm of Shook, Hardy & Bacon L.L.P. hereby enter their appearance as attorneys of record for Defendant Pride Homes of Lakes by the Bay – Parcel H, LLC in the above-captioned matter and requests that the Court, through its electronic filing system, and all parties serve all further pleadings on the undersigned.

Respectfully submitted this 24th day of May, 2010.

> By:   /s/ Daniel B. Rogers
>       JOHN M. BARKETT
>       Florida Bar No. 197548
>       Email: jbarkett@shb.com
>       DANIEL B. ROGERS
>       Florida Bar No. 195634
>       Email: drogers@shb.com
>       **SHOOK, HARDY & BACON L.L.P.**
>       Miami Center, Suite 2400
>       201 South Biscayne Boulevard
>       Miami, FL  33131-4332
>       Telephone:  305.358.5171
>       Facsimile:   305.358.7470
>
>       *Attorneys for Pride Homes of Lakes by
>       the Bay – Parcel H, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

      /s/ Daniel B. Rogers
      Daniel B. Rogers