UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| KENNETH AND BARBARA WILTZ, ET AL | * | |
| VS. | * | |
| BEIJING NEW BUILDING MATERIALS | * | |
| PUBLIC LIMITED COMPANY, ET AL | * | |
| CASE NO. 2:10-cv-361 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, as attorneys of record in the above-referenced matter, for Defendant, Southern Star Construction Company, Inc.  Defendant reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Defendant further avers that this Notice does not constitute as waiver of service.

Respectfully Submitted:

**LOEB & LOEB, LLC**

By: /s/ *Scott Loeb*
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Southern Star Construction Company, Inc.*

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

/s/ *Scott Loeb*

J. SCOTT LOEB