IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| ------------------------------------------------------- | x | ------------------------------------------------ |
|  | x |  |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
|  |  | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x |  |
| LITIGATION | x | SECTION: L |
|  | x |  |
|  | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x |  |
| CASES |  | MAG. JUDGE WILKINSON |
|  |  |  |
| ------------------------------------------------------- | x | ------------------------------------------------ |

## EX PARTE CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RULE 34 REQUESTS AND CERTIFICATE OF GOOD FAITH CONFERENCE
**(This Motion is being re-filed pursuant to the Court's Notice of Deficient Document Re: D.E. 3079, Dated May 17, 2010)**

Defendant Florida Style Services, Inc. fully reserving any and all defenses, by undersigned counsel, respectfully moves this Honorable Court for a thirty (30) day extension of time to respond to Plaintiffs' Request for Production served in the above-captioned matter. On or about April 1, 2010 Defendant Florida Style Services, Inc. was served with a Subpoena to Testify at a Deposition in A Civil Action.

1. On April 27, 2010, this Honorable Court entered Pre-trial Order Number 24, [D.E. 2779], which provides, in part, that subpoenas served upon an entity that is a party to a pending MDL case would be treated as document requests served pursuant to Rule 34 of the Federal Rules of Civil Procedure. This Pre-Trial Order further provides that the responses to such subpoenas (now Rule 34 requests) are due within twenty (20) days of the date of the Order or thirty (30) days after service of the subpoenas (now Rule 34 Requests), whichever is later in time.

2. Defendant Florida Style Services, Inc.'s response to Plaintiffs' subpoena were due on or before May 17, 2010.

3. The undersigned has been working diligently to obtain all information necessary to respond to Plaintiffs' requests. Additional time is needed, however, to ascertain the information requested.

4. Defendant, therefore, requests an enlargement of time, through June 17, 2010, to serve its response to Plaintiffs' Rule 34 Request. A proposed order is attached as Exhibit A to this motion.

5. This extension will not prejudice any of the parties, nor will it delay the proceedings. Defendant has not previously requested an extension of time to respond to this discovery.

6. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant Bradford Plastering, Inc. respectfully requests a thirty (30) day extension from May 17, 2010, or until June 17, 2010, in which to respond to Plaintiffs' Rule 34 Request.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Undersigned counsel certifies that he conferred with Plaintiffs' Liason Counsel to secure consent and is authorized to represent that counsel consents to the relief requested herein.

Respectfully Submitted,

/s/ Robert V. Fitzsimmons

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant Corner Stone*