OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date: May 20, 2010

TIMOTHY FRANCIS, ET AL

vs.

HAL COLLUMS CONSTRUCTION, LLC, ET AL

Case No. 10-720   Section  L (2)

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) KNAUF INTERNATIONAL GMBH _____
   (address) _____
2. (name) KNAUF INSULATION GMBH _____
   (address) _____
3. (name) KNAUF GIPS KG _____
   (address) _____
4. (name) INTERIOR/EXTERIOR BUILDING SUPPLY, LP _____
   (address) _____

Very truly yours,

"Signature"

Attorney for  HAL COLLUMS

Address  7932 Wrenwood, ste. B.
         B.R., La.  70809

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

Date:  MAY 20, 2010

TIMOTHY FRANCIS, ET AL

vs.

HAL COLLUMS CONSTRUCTION, LLC, ET AL

Case No. 10-720   Section  L(2)

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended
complaint) ( ___ amended complaint) (third party complaint)
(other : _____ ) to the following:

    1.  (name)  INTERIOR/EXTERIOS ENTERPRISES, LLC
        (address) _____

    2.  (name)  KNAUF PLASTERBOARD TIANJIN CO., LTF
        (address) _____

    3.  (name)  _____
        (address) _____

    4.  (name)  _____
        (address) _____

Very truly yours,

"Signature"

Attorney for  HAL COLLUMS

Address  1932 Wrenwood, Ste. B
         Baton Rouge, La 70809

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-720 L(2) |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| KNAUF INTERNATIONAL GMBH | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   KNAUF INTERNATIONAL GMBH

A lawsuit has been filed against defendant   HAL COLLUMS   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
  Amos H. Davis
  7932 Wrenwood Blvd., Suite B
  Baton Rouge, LA 70809

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
  Thomas M. Flanagan
  201 St. Charles Avenue, Suite 2405
  New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:      05/20/2010

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                       _____
                                          *Printed name and title*


                                       _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL <br> *Plaintiff* <br> v. <br> HAL COLLUMS CONSTRUCTION, LLC, ET AL <br> *Defendant, Third-party plaintiff* <br> v. <br> KNAUF INSULATION GMBH <br> *Third-party defendant* | ) ) ) ) ) ) ) ) |

Civil Action No. 10-720 L(2)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   KNAUF INSULATION GMBH

A lawsuit has been filed against defendant ___HAL COLLUMS___ , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff ___TIMOTHY FRANCIS, ET AL___ .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   ___05/20/2010___

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____ .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| KNAUF GIPS KG | ) |
| *Third-party defendant* | ) |

Civil Action No.  10-720 L(2)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  KNAUF GIPS KG

 A lawsuit has been filed against defendant   HAL COLLUMS        , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL    .

 Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

 It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

 If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

 A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:      05/20/2010

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                        *Server's signature*


                                              _____
                                                        *Printed name and title*


                                              _____
                                                        *Server's address*

Additional information regarding attempted service, etc:

A O441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| INTERIOR/EXTERIOR BUILDING SUPPLY, LP | ) |
| *Third-party defendant* | ) |

Civil Action No.  10-720 L(2)

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   INTERIOR/EXTERIOR BUILDING SUPPLY, LP

A lawsuit has been filed against defendant   HAL COLLUMS   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   05/20/2010

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

   ❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

   ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

   ❑ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

   ❑ I returned the summons unexecuted because _____ ; or

   ❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the

Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 10-720 L(2) |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL | ) |
| *Defendant, Third-party plaintiff* | ) |
| v. | ) |
| INTERIOR/EXTERIOR ENTERPRISES, LLC | ) |
| *Third-party defendant* | ) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   INTERIOR/EXTERIOR ENTERPRISES, LLC

A lawsuit has been filed against defendant   HAL COLLUMS   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   05/20/2010

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No.  10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

    ☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ ___0.00___ .

I declare under penalty of perjury that this information is true.


Date: _____                    _____
                                             *Server's signature*

                                 _____
                                          *Printed name and title*


                                           _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Louisiana

| | | |
|---|---|---|
| TIMOTHY FRANCIS, ET AL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  10-720 L(2) |
| HAL COLLUMS CONSTRUCTION, LLC, ET AL | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| KNAUF PLASTERBOARD TIANJIN CO., LTD. | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   KNAUF PLASTERBOARD TIANJIN CO., LTD

A lawsuit has been filed against defendant   HAL COLLUMS   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL   .

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date:   05/20/2010

*CLERK OF COURT*

_____

*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09)  Summons on Third-Party Complaint (Page 2)

Civil Action No.  10-720 L(2)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                                              *Server's signature*

                                            _____
                                                              *Printed name and title*


                                            _____
                                                              *Server's address*

Additional information regarding attempted service, etc: