# EXHIBIT "A"

# INSERT TO MOTION TO TAX COSTS AND FEES

| No. | Date | Description | Amount |
|---|---|---|---|
|  |  | **Court Costs:** |  |
| 1 | 05/01/09 | Filing Fee Clerk of Court - ED VA | 350.00 |
| 2 | 07/02/09 | Service and Translation for *Germano* Complaint | 2,122.60 |
| 3 | 01/29/10 | *Daubert* Hearing Transcript | 708.90 |
| 4 | 02/22/10 | Daily Transcripts of Default Hearing - Morning Sessions | 2,725.50 |
| 5 | 02/22/10 | Daily Transcripts of Default Hearing - Afternoon Sessions | 3,300.50 |

| No. | Date | Witnesses: | Use in the Proceedings | Amount |
|---|---|---|---|---|
| 6 | 01/21/10 | Matthew Perricone, Ph.D. - Video Deposition | *Daubert* Hearing | 2,023.50 |
|  | 01/21/10 | Matthew Perricone, Ph.D. - Deposition Transcript | *Daubert* Hearing | 4,751.10 |
| 7 | 01/22/10 | Donald Galler, P.E. - Video Deposition | *Daubert* Hearing | 1,165.00 |
|  | 01/22/10 | Donald Galler, P.E. - Deposition Transcript | *Daubert* Hearing | 1,553.80 |
| 8 | 01/25/10 | John Scully, Ph.D. - Video Deposition | *Daubert* Hearing | 1,376.00 |
|  | 01/25/10 | John Scully, Ph.D. - Deposition Transcript | *Daubert* Hearing | 2,839.05 |
| 9 | 01/26/10 | Roger Morse, AIA - Video Deposition | *Daubert* Hearing | 2,065.00 |
|  | 01/26/10 | Roger Morse, AIA - Deposition Transcript | *Daubert* Hearing | 2,968.00 |
| 10 | 02/02/10 | Ken Acks - Video Deposition (trial) | By Deposition at Trial | 400.00 |
|  | 02/02/10 | Ken Acks - Deposition Transcript (trial) | By Deposition at Trial | 1,952.00 |
| 11 | 02/04/10 | J. C. Tuthill - Video Deposition (trial) | By Deposition at Trial | 470.00 |
|  | 02/04/10 | J. C. Tuthill - Deposition Transcript (trial) | By Deposition at Trial | 1,393.25 |

IN RE: DRYWALL LITIGATION/GERMANO
CLIENT ID: 09-6326

## INSERT TO MOTION TO TAX COSTS AND FEES

| No. | Date | Witnesses: | Use in the Proceedings | Amount |
|---|---|---|---|---|
| 12 | 02/04/10 | Edward Lyon, P.E. - Deposition Transcript (trial) | By Deposition at Trial | 1,182.00 |
|  | 02/04/10 | Edward Lyon, P.E. - Video Deposition (trial) | By Deposition at Trial | 540.00 |
| 13 | 02/05/10 | William "Sandy" Sharp, Ph.D. - Video Deposition | By Deposition at Trial | 2,140.00 |
|  | 02/05/10 | William "Sandy" Sharp, Ph.D. - Deposition Transcript | By Deposition at Trial | 3,734.00 |
| 14 | 02/12/10 | Jonathan R. Barnett, Ph.D. - Video Deposition (trial) | By Deposition at Trial | 545.00 |
|  | 02/12/10 | Jonathan R. Barnett, Ph.D. - Deposition Transcript (trial) | By Deposition at Trial | 1,359.75 |
| 15 | 02/12/10 | Jack Caravanos, Ph.D. - Video Deposition (trial) | By Deposition at Trial | 837.50 |
|  | 02/12/10 | Jack Caravanos, Ph.D. - Deposition Transcript (trial) | By Deposition at Trial | 1,840.00 |
| 16 | 02/16/10 | Lori A. Streit, Ph.D. - Video Deposition (trial) | By Deposition at Trial | 360.00 |
|  | 02/16/10 | Lori A. Streit, Ph.D. - Deposition Transcript (trial) | By Deposition at Trial | 1,873.30 |
| 17 | 12/16/2009 - 12/17/09 | Samuel G. Porter (Porter Blaine/Venture Supply) - Deposition Transcript | By Deposition at Trial | 5,713.05 |
|  | 12/16/2009 - 12/17/09 | Samuel G. Porter (Porter Blaine/Venture Supply) - Video Deposition | By Deposition at Trial | 3,545.00 |

IN RE: DRYWALL LITIGATION/GERMANO
CLIENT ID: 09-6326

## INSERT TO MOTION TO TAX COSTS AND FEES

| No. | Trial Expenses: | Use in the Proceedings | Amount |
|---|---|---|---|
| 18 | Exhibit Costs/Copy Expense (bench books) - Clarity (Exhibits P1 - P4) | Used at Trial | 12,102.54 |
| 19 | Exhibit Costs/Copy Expense/Branding/Trial Support (bench books) - Venue (Exhibits P1 - P4) | Used at Trial | 23,363.66 |
| 20 | Animation Exhibit Expense (Exhibit P1.1885) | Used at Trial | 52,467.72 |

| No. | Witness Expenses: | Actual Expense | Lesser of Actual vs. Fed Per Diem |
|---|---|---|---|
| 21 | Donald Galler, P.E. (Boston, MA to N.O.) | | |
| | Airfare | 456.80 | 456.80 |
| | Hotel and meal expense | 294.00 | |
| | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 1 day) | 244.00 | 244.00 |
| 22 | John Scully, Ph.D. (Charlottesville, VA to N.O.) | | |
| | Hotel and meal expense | 1,155.00 | |
| | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
| 23 | Lori A. Streit, Ph.D. (Chicago, IL to N.O.) | | |
| | Airfare and transportation (high cost due to Mardi Gras holiday and lack of flight availability) | 1,426.40 | 1,426.40 |
| | Hotel and meal expense | 413.14 | 413.14 |
| | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | |
| 24 | Dean Rutila, P.E. (Boston, MA to N.O.) | | |
| | Airfare (trial) | 704.39 | 704.39 |
| | Hotel and meal expense ($1,265.43 and $240.55) | 1,505.98 | |
| | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 4 days) | 976.00 | 976.00 |
| 25 | Jonathan R. Barnett, Ph.D. (Boston, MA to N.O.) | | |
| | Airfare and transportation (high cost due to Mardi Gras holiday and lack of flight availability) | 1,000.10 | 1,000.10 |
| | Hotel and meal expense ($819.00 and $187.35) | 1,006.35 | |
| | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
| 26 | Ronald E. Wright, P.E. (Wilmington, NC to N.O.) | | |

## INSERT TO MOTION TO TAX COSTS AND FEES

| No. | Witness Expenses: | Actual Expense | Lesser of Actual vs. Fed Per Diem |
|---|---|---|---|
|  | Expense for two trips to N.O. (one for deposition, and one for trial - $2254.06) | 1,127.03 | 1,127.03 |
|  | Hotel and meal expense ($985.04 and $39.21) | 1,024.25 |  |
|  | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
| 27 | Edward Lyon, P.E. (Boston, MA to N.O.) |  |  |
|  | Hotel and meal expense ($646.71 and $172.06) | 818.77 |  |
|  | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 3 days) | 732.00 | 732.00 |
| 28 | Jack Caravanos, Ph.D. |  |  |
|  | Airfare | 623.60 | 623.60 |
|  | Hotels and meals | 928.46 |  |
|  | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
|  |  |  | 153,423.18 |