

**LAW OFFICES OF RICHARD J SERPE, P.C.**
580 E. MAIN STREET
SUITE 310
NORFOLK, VA 23510
(757) 233-0009

WACHOVIA BANK, N.A.
68-54-514

5/1/2009

PAY TO THE ORDER OF   Clerk, U.S. District Court       $ **350.00

Three Hundred Fifty and 00/100*********************************************************************   DOLLARS

Clerk, U.S. District Court
Eastern District of Virginia
600 Granby St.
Norfolk VA 23510

MEMO  441.01; filing fee

AUTHORIZED SIGNATURE

⑈⑉00006862⑈⑉ ⑈:051400549⑈: 20000 2466393 ⑈⑉

| | | | | 6862 |
|---|---|---|---|---|
| Clerk, U.S. District Court | | | 5/1/2009 | |
| 99999 · Ask My Accountant | Filing fee | | | 350.00 |

| Operating Account - | 441.01; filing fee | | | 350.00 |
|---|---|---|---|---|

| | | | | 6862 |
|---|---|---|---|---|
| Clerk, U.S. District Court | | | 5/1/2009 | |
| 99999 · Ask My Accountant | Filing fee | | | 350.00 |

| Operating Account - | 441.01; filing fee | | | 350.00 |
|---|---|---|---|---|

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

```
Court Name: United States District Court
Division: 2
Receipt Number: 24682803073
Cashier ID: davispp
Transaction Date: 05/21/2009
Payer Name: LAW OFFICES OF RICHARD J SERPE

CIVIL FILING FEE
 For: LAW OFFICES OF RICHARD J SERPE
 Amount:        $350.00

CHECK
 Check/Money Order Num: 6660
 Amt Tendered: $350.00

Total Due:      $350.00
Total Tendered: $350.00
Change Amt:     $0.00

LAW OFFICES OF RICHARD J SERPE PC

2:09-2042
```