

# Civil Action Group, Ltd.
## dba APS International, Ltd.
APS International Plaza · 7800 Glenroy Road
Bloomington, Minnesota 55439-3122
(952) 831-7776  Email: Books@CivilActionGroup.com

**INVOICE**
APS File No: 255001-0001

2009-07-07 14:35:01.000

Please make all checks payable to:

Civil Action Group, Ltd.

**BILL TO:**

LEVIN, FISHBEIN, ET AL
Attn: Mr. Daniel C. Levin
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

| | |
|---|---|
| Case Name: | Germano v Taishan Gypsum Co. Ltd. |
| Attorney File #: | |
| Subject: | Taishan Gypsum Co. Ltd. formerly |
| Location: | Tai'an City, Shandong Province, China |

## CHARGES

| Date | Service Type | Quantity | Price | Extended | Amount Paid | Balance Due |
|---|---|---|---|---|---|---|
| 10-Jun-2009 | Hague Processing - China | 1 | 480.00 | 480.00 | | |
| 10-Jun-2009 | Surcharge imposed by foreign court | 1 | 120.00 | 120.00 | | |
| 10-Jun-2009 | Language: Chinese | 19 | 65.00 | 1,235.00 | | |
| 10-Jun-2009 | Translation of Proof-Chinese | 1 | 65.00 | 65.00 | | |
| 10-Jun-2009 | Copy Charges | 69 | 0.40 | 27.60 | | |
| 17-Jun-2009 | Language: Chinese | 1 | 65.00 | 65.00 | | |
| 02-Jul-2009 | Language: Chinese | 2 | 65.00 | 130.00 | | |
| | | | Total Charges: | 2,122.60 | | |

## PAYMENTS

| Date | Check Number | | | | | |
|---|---|---|---|---|---|---|
| 15-Jun-2009 | 1031 | | | | 1,992.60 | |
| | | | Total Payments: | | 1,992.60 | |
| | | | Balance Due: | | | $130.00 |

*pd on Quote*

*final invoice* OK

* accept Visa and Mastercard.

Page 1 of 1

IMPORTANT -- FOR PROPER CREDIT, PLEASE RETURN A COPY OF THIS INVOICE WITH PAYMENT.
APS Federal Tax ID #41-1954233