| | |
|---|---|
| **CHINESE DRYWALL MDL2047**<br>820 O'KEEFE AVE.<br>NEW ORLEANS, LA 70113<br>(504) 680-0521 | 1538<br>14-17-650 |

DATE 3/31/10

PAY TO THE ORDER OF  Cathy Pepper, CCR RMR CRR     $ 708.90

Seven Hundred Eight dollars 90/ —————————— DOLLARS

WHITNEY® Whitney National Bank
New Orleans, Louisiana
whitneybank.com

FOR  Inv tr 20100027

⑆001538⑆ ⑆065000171⑆  717824330⑆

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | 3/31/10 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Cathy Pepper, CCR RMR CRR<br>Official Court Reporter<br>500 Poydras Street, Room B406<br>New Orleans, LA 70130 |
| 4. | Social Security # or TIN # of the payee: | 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 |
| 5. | Invoice No.: | 20100027 |
| 6. | Date check needed (check one): | Now____ 30 Days____ 60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Transcript of Proceedings Held 1/29/10 |
| 8. | Amount of Check: | $708.90 |
| 9. | Documentation[1] | Yes: ___X___     No: _____ |
| 10. | Send Check To (check one): | Requestor_____ OR Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

llocation of costs;

| | | | |
|---|---|---|---|
| $_____ | Court filing fees | $_____ | Common witness expense |
| $ 708.90 | Deposition/court reporter | $_____ | Translation Costs |
| $_____ | Document depository | $_____ | Bank or financial institution charges |
| $_____ | PLC (administration) | $_____ | Investigative services |
| $_____ | PSC group administration | $_____ | Claims administrator charges |
| $_____ | Legal & accounting fees | $_____ | Special master charges |
| $_____ | Expert witness/consultant | $_____ | Other |
| $_____ | Printing, copying & scanning (bulk or 3rd party) | $_____ | |
| $_____ | Research (3rd party) | $_____ | |

**$ 708.90 TOTAL**

**Liaison Counsel Accounting Use Only:**
Check # _____
Approved by Plaintiffs' Liaison Counsel: _____ Date: _____

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

1   Documentation must be provided with check request.
2   By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Documents and Settings\sverges\Desktop\CDW Check Request.doc

| AO 44 (Rev 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

INVOICE NO: 20100027

**MAKE CHECKS PAYABLE TO:**

| | |
|---|---|
| LEONARD A. DAVIS, ESQUIRE<br>HERMAN HERMAN KATZ & COTLAR<br>820 O'KEEFE AVENUE<br>NEW ORLEANS, LA 70113<br><br>Phone: (504) 581-4892<br>FAX: (504) 561-6024 | CATHY PEPPER, CCR RMR CRR<br>Official Court Reporter<br>500 Poydras St, Room B406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7779<br>FAX (504) 589-7726<br>cathy_pepper@laed.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 01-29-2010 | DATE DELIVERED: 02-11-2010 |
|---|---|---|

**Case Style:** MDL 2047, IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION TRANSCRIPT OF PROCEEDINGS HELD BEFORE THE HONORABLE ELDON E. FALLON ON JANUARY 29, 2010. COST SPLIT EVENLY BETWEEN THE PARTIES.

THIS PERTAINS TO #09-6687, GERMANO V TAISHAN GYPSUM CO, LTD.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 51 | 7.25 | 369.75 | 102 | 1.20 | 122.40 | | 0.90 | | 492.15 |
| Realtime | 51 | 3.05 | 155.55 | 51 | 1.20 | 61.20 | | | | 216.75 |
| Misc. Desc. | | | | | | | | | MISC. CHARGES: | |
| | | | | | | | | | TOTAL: | 708.90 |
| | | | | | | | | LESS DISCOUNT FOR LATE DELIVERY | | |
| | | | | | | | | TAX (If Applicable): | | |
| | | | | | | | | LESS AMOUNT OF DEPOSIT: | | |
| | | | | | | | | TOTAL REFUND: | | |
| Date Paid: | | | Amt: | | | | | TOTAL DUE: | | $708.90 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 02-17-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

PDF created with pdfFactory trial version www.pdffactory.com