```
                                                                    1426
CHINESE DRYWALL MDL2047
     820 O'KEEFE AVE.
   NEW ORLEANS, LA 70113
      (504) 680-0521                                              14-17-650
                                              DATE March 1, 10

PAY
TO THE
ORDER OF  Karen Anderson-Ibos, RPR, CRR              $ 2,725.50

Two thousand Seven hundred Twenty Five 50/100        DOLLARS

    WHITNEY  Whitney National Bank
             New Orleans, Louisiana
    whitneybank.com

FOR Daily Transcripts of Default hearing

   ⑈001426⑈  ⑉065000171⑊   717824330⑈
```

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | 2/26/10 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Karen Anderson Ibos, RPR, CRR<br>Official Court Reporter<br>500 Poydras Street<br>Room HB-406<br>New Orleans, LA 70130 |
| 4. | Social Security # or TIN # of the payee: | 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 |
| 5. | Invoice No.: | |
| 6. | Date check needed (check one): | Now____ 30 Days____ 60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Daily Transcripts of the Default Hearing |
| 8. | Amount of Check: | $2,725.50 |
| 9. | Documentation[1] | Yes: ___X___     No: _____ |
| 10. | Send Check To (check one): | Requestor_____ OR Payee_____ |
| 11. | Requesting Attorney's Signature[2] | |

Allocation of costs;

| | | | |
|---|---|---|---|
| $_____ | Court filing fees | $_____ | Common witness expense |
| $_____ | Deposition/court reporter | $_____ | Translation Costs |
| $_____ | Document depository | $_____ | Bank or financial institution charges |
| $ 2,725.50 | PLC (administration) | $_____ | Investigative services |
| $_____ | PSC group administration | $_____ | Claims administrator charges |
| $_____ | Legal & accounting fees | $_____ | Special master charges |
| $_____ | Expert witness/consultant | $_____ | Other |
| $_____ | Printing, copying & scanning (bulk or 3rd party) | $_____ | |
| $_____ | Research (3rd party) | $_____ | |

## $ 2,725.50 TOTAL

**Liaison Counsel Accounting Use Only:**
Check # _14 26_
Approved by Plaintiffs' Liaison Counsel: _____ Date: _____

---

1     Documentation must be provided with check request.
2     By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Documents and Settings\sverges\Desktop\CDW Check Request.doc

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA | | |
|---|---|---|---|
| | INVOICE NO: 20090622 | | |

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| LEONARD A. DAVIS<br>HERMAN, MATHIS<br>820 O'KEEFE AVENUE<br>SUITE 100<br>NEW ORLEANS, LA 70113<br>Phone: (504) 581-4892 | KAREN ANDERSON IBOS, RPR, CRR<br>OFFICIAL COURT REPORTER<br>500 POYDRAS STREET<br>ROOM HB-406<br>NEW ORLEANS, LA 70130<br>Phone: (504) 589-7776<br>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<br>karen_ibos@laed.uscourts.gov |

| ☐ CRIMINAL  ☒ CIVIL | DATE ORDERED: 02-22-2010 | DATE DELIVERED: 02-22-2010 |
|---|---|---|

**Case Style:** 09-CV-6687(L), GERMANO v TAISHAN GYPSUM CO. LTD., ET AL
DAILY TRANSCRIPTS OF THE DEFAULT HEARING HELD ON 2/19 AND 22/ 2010 BEFORE JUDGE FALLON. MORNING SESSIONS.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 237 | 7.25 | 1,718.25 | 237 | 1.20 | 284.40 | | 0.90 | | 2,002.65 |
| Realtime | 237 | 3.05 | 722.85 | | 1.20 | | | | | 722.85 |
| Misc. Desc. | | | | | | | | MISC. CHARGES: | | |
| | | | | | | | | TOTAL: | | 2,725.50 |
| | | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | | LESS AMOUNT OF DEPOSIT: | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| | Date Paid: | | | Amt: | | | | TOTAL DUE: | | $2,725.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 02-25-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Regina Valenti

| | |
|---|---|
| **From:** | karenibos1@bellsouth.net |
| **Sent:** | Thursday, February 25, 2010 10:56 AM |
| **To:** | Lenny Davis; Regina Valenti; hlonian; pennylh14 |
| **Subject:** | Invoice for Germano hearing - morning sessions |
| **Attachments:** | DAVISCDWINV.pdf |

Attached is my invoice for the morning sessions. If you need anything else from me, please let me know!!

--
Karen A Ibos
Official Court Reporter
USDC - EDLA
500 Poydras St., HB-406
New Orleans, LA 70130
(504) 589-7776

2/25/2010