**CHINESE DRYWALL MDL2047**
820 O'KEEFE AVE.
NEW ORLEANS, LA 70113
(504) 680-0521

1421
14-17-650

DATE March 1, 10

PAY TO THE ORDER OF Toni Doyle Tusa, CCR, FCRR       $ 3,300.50

Three thousand three hundred 50/100 DOLLARS

**WHITNEY** Whitney National Bank
New Orleans, Louisiana
whitneybank.com

FOR Afternoon Sessions Vol 1+2

⑈001421⑈ ⑆065000171⑇ 717824330⑈

## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

|     |                                              | GENERAL CHECK REQUEST INFORMATION |
|-----|----------------------------------------------|-----------------------------------|
| 1.  | Date:                                        | 2/26/10 |
| 2.  | I am requesting a check from:                | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3.  | Payable To: (Name & Address)                 | Toni Doyle Tusa, CCR, FCRR<br>Official Court Reporter<br>500 Poydras Street, HB-406<br>New Orleans, LA 70130 |
| 4.  | Social Security # or TIN # of the payee:     | 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 |
| 5.  | Invoice No.:                                 | |
| 6.  | Date check needed (check one):               | Now____  30 Days____  60 Days____  90 Days____  Other____ |
| 7.  | Purpose of Check:                            | Afternoon Sessions Volumes I and II |
| 8.  | Amount of Check:                             | $3,300.50 |
| 9.  | Documentation[1]                             | Yes: __X__         No: _____ |
| 10. | Send Check To (check one):                   | Requestor _____ OR Payee _____ |
| 11. | Requesting Attorney's Signature[2]           | |

Allocation of costs;

| | | | |
|---|---|---|---|
| $ _____ | Court filing fees | $ _____ | Common witness expense |
| $ _____ | Deposition/court reporter | $ _____ | Translation Costs |
| $ _____ | Document depository | $ _____ | Bank or financial institution charges |
| $ 3,300.50 | PLC (administration) | $ _____ | Investigative services |
| $ _____ | PSC group administration | $ _____ | Claims administrator charges |
| $ _____ | Legal & accounting fees | $ _____ | Special master charges |
| $ _____ | Expert witness/consultant | $ _____ | Other |
| $ _____ | Printing, copying & scanning (bulk or 3rd party) | $ _____ | |
| $ _____ | Research (3rd party) | $ _____ | |

### $ 3,300.50 TOTAL

**Liaison Counsel Accounting Use Only:**
Check # _1421_
Approved by Plaintiffs' Liaison Counsel: _____ Date: _____

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

    1    Documentation must be provided with check request.
    2    By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Documents and Settings\sverges\Desktop\CDW Check Request.doc

| AO44 (Rev. 11/07) | UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
|---|---|

INVOICE NO: 20100022

MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Leonard A. Davis, Esq.<br>Herman Herman Katz & Cotlar<br>820 O'Keefe Avenue<br>New Orleans, LA 70113<br><br>Phone: (504) 581-4892<br><br>ldavis@hhkc.com | Toni Doyle Tusa, CCR, FCRR<br>Official Court Reporter<br>500 Poydras Street, HB-406<br>New Orleans, LA 70130<br><br>Phone: (504) 589-7778<br>FAX   (504) 589-7726<br><br>tdtusa1@aol.com |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-19-2010 | DATE DELIVERED: 02-22-2010 |
|---|---|---|

**Case Style:** 09-CV-6687-L, Germano, et al v Taishan Gypsum Co., Ltd, et al

Afternoon Sessions, Volumes I and II, 2/19/10 - 2/22/10, before the Honorable Eldon E. Fallon

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 287 | 7.25 | 2,080.75 | 287 | 1.20 | 344.40 | | 0.90 | | 2,425.15 |
| Realtime | 287 | 3.05 | 875.35 | | 1.20 | | | | | 875.35 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,300.50 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:         Amt: | TOTAL DUE: | $3,300.50 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Toni Doyle Tusa, CCR, FCRR* | DATE: 02-24-2010 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

# Regina Valenti

| | |
|---|---|
| **From:** | TDTusa1@aol.com |
| **Sent:** | Wednesday, February 24, 2010 4:07 PM |
| To: | Lenny Davis; Regina Valenti; hlonian@stonepigman.com; pennylh14@yahoo.com |
| **Cc:** | karenibos1@bellsouth.net |
| **Subject:** | Invoice for Afternoon Sessions, Germano, et al v. Taishan Gypsum Co., et al |
| **Attachments:** | AO44 Invoice Davis.pdf |

Attached is my invoice for the afternoon sessions only. You will receive a separate invoice for the morning sessions from Karen sometime tomorrow.

If you need anything else, please let me know. Thanks!  -toni

*Toni Doyle Tusa, CCR, FCRR*
Official Court Reporter
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room HB-406
New Orleans, Louisiana 70130
504-589-7778

2/25/2010