# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377  Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39886 | 1/29/2010 | 22995 |
| Job Date | Case No. | |
| 1/21/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Matthew J. Perricone, Ph.D.

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 245.00 | 245.00 |
| Additional hours of videotaping | 6.00 | Hours | @ | 75.00 | 450.00 |
| Additional Evening hours of videotaping | 3.00 | Hours | @ | 112.50 | 337.50 |
| Master Tapes - Mini-DV | 7.00 | Tapes | @ | 35.00 | 245.00 |
| DVD - Synched | 7.00 | Hours | @ | 35.00 | 245.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | | 325.00 | 325.00 |
| DVD-Sync Duplication(s) | 2.00 | | @ | 35.00 | 70.00 |
| Shipping & Handling | | | | 36.00 | 36.00 |

**TOTAL DUE >>>    $2,023.50**

Location: New Orleans, LA
LIVENOTE STREAM - VIDEO CONNECTIONS WAIVED DUE TO LIVENOTE NETWORK ISSUE.
DVD-SYNC Duplications requested and shipped to Richard Serpe and Scott Newman.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 39886
Invoice Date  : 1/29/2010
**Total Due   : $ 2,023.50**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.    : 22995
BU ID      : V-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39899 | 1/29/2010 | 22996 |
| Job Date | Case No. | |
| 1/21/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Matthew J. Perricone, Ph.D. | 376.00 Pages | @ | 3.75 | 1,410.00 |
| 2 Day expedited surcharge | | | | 1,353.60 |
| Realtime Connection Surcharge | 376.00 | @ | 1.50 | 564.00 |
| Rough Draft Transcript | 376.00 | @ | 1.25 | 470.00 |
| Color Exhibits | 450.00 Pages | @ | 1.25 | 562.50 |
| Exhibits in binder and scanned to CD | 470.00 Pages | @ | 0.30 | 141.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping to Herman Herman Repository | | | 195.00 | 195.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | 30.00 | 30.00 |
| | | **TOTAL DUE >>>** | | **$4,751.10** |

(2 Day Expedited Delivery/T/V)
Location: New Orleans, LA
Realtime provided to Lambert and Serpe.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 39899 |
| Invoice Date | : | 1/29/2010 |
| **Total Due** | : | **$ 4,751.10** |

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 22996 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |