# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39888 | 1/29/2010 | 22939 |
| **Job Date** | **Case No.** ||
| 1/22/2010 | ||

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Donald Galler, P.E.
    DVD - Synched      5.00 Hours @ 35.00    175.00
    LiveNote Video Streaming Setup      325.00    325.00
    LiveNote Video Stream Connection      7.00 @ 95.00    665.00

**TOTAL DUE >>>**      **$1,165.00**

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

---

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.  : 39888
Invoice Date : 1/29/2010
**Total Due** : **$ 1,165.00**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.   : 22939
BU ID     : V-Main
Case No.  :
Case Name : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39907 | 1/29/2010 | 22940 |
| Job Date | Case No. | |
| 1/22/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Quantity | | Rate | Amount |
|---|---|---|---|---|
| Donald Galler, P.E. | 228.00 Pages | @ | 1.95 | 444.60 |
| 2 Day expedited surcharge | | | | 421.80 |
| Realtime Connection Surcharge | 228.00 | @ | 1.50 | 342.00 |
| Rough Draft Transcript | 228.00 | @ | 1.25 | 285.00 |
| Exhibits in binder and scanned to CD | 43.00 Pages | @ | 0.30 | 12.90 |
| Color Exhibits | 18.00 Pages | @ | 1.25 | 22.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| **TOTAL DUE >>>** | | | | **$1,553.80** |

(2 Day Delivery/T/V/)
Realtime provided to Ben Gordon.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 39907
Invoice Date  : 1/29/2010
**Total Due**   : **$ 1,553.80**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

Job No.    : 22940
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall