# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39956 | 1/29/2010 | 22941 |
| Job Date | Case No. | |
| 1/25/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | |
|---|---|---|---|---|
| John R. Scully, Ph.D. | | | | |
| DVD - Synched | 7.00 Hours | @ | 35.00 | 245.00 |
| LiveNote Video Streaming Setup | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 7.00 | @ | 95.00 | 665.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| Shipping & Handling - Overnight | | | 36.00 | 36.00 |
| **TOTAL DUE >>>** | | | | **$1,376.00** |

DVD-Sync duplications requested and shipped to Scott Newman.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.    :  39956
Invoice Date   :  1/29/2010
**Total Due**   :  **$ 1,376.00**

Remit To:  **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.       :  22941
BU ID         :  V-Main
Case No.      :
Case Name     :  Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
'adelphia, PA  19103
 ne:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39959 | 1/29/2010 | 22942 |
| Job Date | Case No. | |
| 1/25/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| John R. Scully, Ph.D. | 402.00 Pages | @ | 1.95 | 783.90 |
|    3 Day expedited surcharge | | | | 603.00 |
|    Realtime Connection Surcharge | 402.00 | @ | 1.50 | 603.00 |
|    Rough Draft Transcript | 402.00 | @ | 1.25 | 502.50 |
|    Exhibits in binder and scanned to CD | 343.00 Pages | @ | 0.30 | 102.90 |
|    Color Exhibits | 75.00 Pages | @ | 1.25 | 93.75 |
|    ASCII (.txt) | | | 0.00 | 0.00 |
|    E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
|    Minuscript | | | 0.00 | 0.00 |
|    Shipping to Herman Herman Repository | | | 95.00 | 95.00 |
|    CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
|    Overnight Shipping to P. Grisamore | | | 30.00 | 30.00 |
| | | **TOTAL DUE >>>** | | **$2,839.05** |

(3 Day Expedited Delivery/V)

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.    : 39959
Invoice Date   : 1/29/2010
**Total Due**  : **$ 2,839.05**

 nit To: **Golkow Technologies Inc.**
       **One Liberty Place, 51st Floor**
       **1650 Market Street**
       **Philadelphia, PA  19103**

Job No.     : 22942
BU ID       : R-Main
Case No.    :
Case Name   : Chinese Drywall