# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
~adelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39920 | 1/29/2010 | 22933 |
| Job Date | Case No. | |
| 1/26/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Roger G. Morse, AIA

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Video Services - First Two Hours | | | 245.00 | 245.00 |
| Additional hours of videotaping | 5.00 Hours | @ | 75.00 | 375.00 |
| Master Tapes - Mini-DV | 4.00 Tapes | @ | 35.00 | 140.00 |
| DVD - Synched | 5.00 Hours | @ | 35.00 | 175.00 |
| LiveNote Video Streaming Setup | | | 325.00 | 325.00 |
| LiveNote Stream Connection | 7.00 | @ | 95.00 | 665.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | 2.00 | @ | 35.00 | 70.00 |
| **TOTAL DUE >>>** | | | | **$2,065.00** |

Location: New Orleans, LA
DVD-SYNC duplications requested and shipped to Richard Serpe and Scott Newman.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 39920
Invoice Date  : 1/29/2010
**Total Due**  : **$ 2,065.00**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.     : 22933
BU ID       : V-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 39911 | 1/29/2010 | 22934 |
| **Job Date** | **Case No.** | |
| 1/26/2010 | | |

**Case Name**

Chinese Drywall

**Payment Terms**

Due upon receipt

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Roger G. Morse, AIA | 274.00 Pages | @ | 3.75 | 1,027.50 |
| Daily Delivery Surcharge | | | | 986.40 |
| Realtime Connection Surcharge | 274.00 | @ | 1.50 | 411.00 |
| Rough Draft Transcript | 274.00 | @ | 1.25 | 342.50 |
| Color Exhibits | 2.00 Pages | @ | 1.25 | 2.50 |
| Exhibits in binder and scanned to CD | 577.00 Pages | @ | 0.30 | 173.10 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $2,968.00**

(Daily Delivery/V)
Location: New Orleans, LA
Real-Time provided to Richard Serpe.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.     : 39911
Invoice Date    : 1/29/2010
**Total Due**    : **$ 2,968.00**

Remit To:  **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.     : 22934
BU ID       : R-Main
Case No.    :
Case Name   : Chinese Drywall