# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41325 | 2/23/2010 | 23066 |
| Job Date | Case No. | |
| 2/2/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | |
|---|---|---|---|---|
| Kenneth Acks (Trial) | | | | |
| Additional hours of videotaping | 2.00 Hours | @ | 95.00 | 190.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | **$400.00** |

Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 41325 |
| Invoice Date | : | 2/23/2010 |
| **Total Due** | : | **$ 400.00** |

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 23066 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40412 | 2/23/2010 | 23067 |
| Job Date | Case No. | |
| 2/2/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Kenneth Acks (Trial) | 119.00 Pages | @ | 3.75 | 446.25 |
| 2 Day expedited surcharge | | | | 416.50 |
| Realtime Connection Surcharge | 119.00 | @ | 1.50 | 178.50 |
| Rough Draft Transcript | 119.00 | @ | 1.25 | 148.75 |
| Color Exhibits | 30.00 Pages | @ | 2.00 | 60.00 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| Oversize Black & White Exhibits in binder & scanned in CD format | 321.00 | @ | 2.00 | 642.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| | | **TOTAL DUE >>>** | | **$1,952.00** |

(2day expedited delivery/V)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 40412
Invoice Date  : 2/23/2010
**Total Due**   : **$ 1,952.00**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.    : 23067
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall