# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40640 | 2/22/2010 | 23361 |
| Job Date | Case No. | |
| 2/4/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | |
|---|---|---|---|---|
| J.C. Tuthill (Trial) | | | | |
| Additional hours of videotaping | 3.00 Hours | @ | 75.00 | 225.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | **$470.00** |

DVD Sync duplication requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.     : 40640
Invoice Date    : 2/22/2010
**Total Due**   : **$ 470.00**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.     : 23361
BU ID       : V-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40658 | 2/22/2010 | 23362 |
| **Job Date** | **Case No.** | |
| 2/4/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| J.C. Tuthill (Trial) | 123.00 Pages | @ | 3.75 | 461.25 |
| 2 Day expedited surcharge | | | | 430.50 |
| Realtime Connection Surcharge | 123.00 | @ | 1.50 | 184.50 |
| Rough Draft Transcript | 123.00 | @ | 1.25 | 153.75 |
| Exhibits in binder and scanned to CD | 553.00 Pages | @ | 0.25 | 138.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $1,393.25**

(2day expedited delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 40658
Invoice Date  : 2/22/2010
**Total Due**   : **$ 1,393.25**

Job No.    : 23362
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**