# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40735 | 2/23/2010 | 23359 |
| Job Date | Case No. | |
| 2/4/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Edward Lyon, P.E. - Trial

| | | | | |
|---|---|---|---|---|
| Additional hours of videotaping | 3.00 Hours | @ | 75.00 | 225.00 |
| Master Tapes - Mini-DV | 3.00 Tapes | @ | 35.00 | 105.00 |
| DVD - Synched | 3.00 Hours | @ | 35.00 | 105.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| | | **TOTAL DUE >>>** | | **$540.00** |

DVD Sync duplication requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.    : 40735
Invoice Date   : 2/23/2010
**Total Due**  : **$ 540.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.     : 23359
BU ID       : V-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40740 | 2/23/2010 | 23360 |
| **Job Date** | **Case No.** | |
| 2/4/2010 | | |
| | **Case Name** | |
| Chinese Drywall | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Edward Lyon, P.E. (Trial) | 103.00 Pages | @ | 3.75 | 386.25 |
| 2 Day expedited surcharge | | | | 360.50 |
| Realtime Connection Surcharge | 103.00 | @ | 1.50 | 154.50 |
| Rough Draft Transcript | 103.00 | @ | 1.25 | 128.75 |
| Color Exhibits | 46.00 Pages | @ | 2.00 | 92.00 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $1,182.00**

(2day expedited delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.     :  40740
Invoice Date    :  2/23/2010
**Total Due**   :  **$ 1,182.00**

Remit To:  **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.      :  23360
BU ID        :  R-Main
Case No.     :
Case Name    :  Chinese Drywall