# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40678 | 2/23/2010 | 23397 |
| Job Date | Case No. | |
| 2/5/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | | | |
|---|---|---|---|---|
| William Broom Alexander "Sandy" Sharp, Ph.D. | | | | |
| Video Services - First Two Hours | | | 245.00 | 245.00 |
| Additional hours of videotaping | 7.00 Hours | @ | 75.00 | 525.00 |
| Additional Evening hours of videotaping | 2.00 Hours | @ | 112.50 | 225.00 |
| Master Tapes - Mini-DV | 7.00 Tapes | @ | 35.00 | 245.00 |
| DVD - Synched | 8.00 Hours | @ | 35.00 | 280.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 2.00 | @ | 95.00 | 190.00 |
| | | **TOTAL DUE >>>** | | **$2,140.00** |

DVD Sync duplication requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   :  40678
Invoice Date  :  2/23/2010
**Total Due**     :  **$ 2,140.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.     :  23397
BU ID       :  V-Main
Case No.    :
Case Name   :  Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 40707 | 2/23/2010 | 23398 |
| **Job Date** | **Case No.** | |
| 2/5/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| William Broom Alexander "Sandy" Sharp, Ph.D. | 347.00 Pages | @ | 3.75 | 1,301.25 |
| 2 Day expedited surcharge | | | | 1,214.50 |
| Realtime Connection Surcharge | 347.00 | @ | 1.50 | 520.50 |
| Rough Draft Transcript | 347.00 | @ | 1.25 | 433.75 |
| Color Exhibits | 81.00 Pages | @ | 2.00 | 162.00 |
| Exhibits in binder and scanned to CD | 308.00 Pages | @ | 0.25 | 77.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $3,734.00**

(2day expedited delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 40707
Invoice Date  : 2/23/2010
**Total Due   : $ 3,734.00**

Remit To: Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103

Job No.    : 23398
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall