# INVOICE

Golkow Technologies  Inc.
One Liberty Place, 51st Floor
1650 Market Street
adelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41624 | 2/25/2010 | 23309 |

| Job Date | Case No. | |
|---|---|---|
| 2/12/2010 | | |

| Case Name | | |
|---|---|---|
| Chinese Drywall | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | | |
|---|---|---|---|---|---|
| Jonathan R. Barnett, Ph.D., P.E. (Trial) | | | | | |
| Additional hours of videotaping | 4.00 | Hours | @ | 75.00 | 300.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 | Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | | 35.00 | 35.00 |
| | | | **TOTAL DUE  >>>** | | **$545.00** |

DVD Sync duplication requested & shipped to S. Newnam @ Venuw Docket (New Orleans, LA).
Location: New Orleans, LA

nk you. Your business is appreciated.
or billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 41624 |
| Invoice Date | : | 2/25/2010 |
| **Total Due** | : | **$ 545.00** |

emit To: **Golkow Technologies  Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 23309 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# I N V O I C E

Golkow Technologies Inc.
One Liberty Place, 51st Floor
350 Market Street
adelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41617 | 2/25/2010 | 23310 |
| **Job Date** | **Case No.** | |
| 2/12/2010 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Jonathan R. Barnett, Ph.D. (Trial) | 127.00 Pages | @ | 3.75 | 476.25 |
| 2 Day expedited surcharge | | | | 444.50 |
| Realtime Connection Surcharge | 127.00 | @ | 1.50 | 190.50 |
| Rough Draft Transcript | 127.00 | @ | 1.25 | 158.75 |
| Color Exhibits | 5.00 Pages | @ | 2.00 | 10.00 |
| Exhibits in binder and scanned to CD | 219.00 Pages | @ | 0.25 | 54.75 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>**    **$1,359.75**

(2day expedited delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.  :  41617
Invoice Date  :  2/25/2010
**Total Due**  :  **$ 1,359.75**

mit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.  :  23310
BU ID  :  R-Main
Case No.  :
Case Name  :  Chinese Drywall