# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41603 | 2/25/2010 | 23453 |
| Job Date | Case No. | |
| 2/12/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Jack Caravanos, Ph.D. (Trial)

| Description | Qty | Unit | | Rate | Amount |
|---|---|---|---|---|---|
| Additional hours of videotaping | 5.00 | Hours | @ | 75.00 | 375.00 |
| Additional Evening hours of videotaping | | | | 112.50 | 112.50 |
| Master Tapes - Mini-DV | 4.00 | Tapes | @ | 35.00 | 140.00 |
| DVD - Synched | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | | 35.00 | 35.00 |
| **TOTAL DUE >>>** | | | | | **$837.50** |

DVD Sync duplication was requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 41603
Invoice Date  : 2/25/2010
**Total Due** : **$ 837.50**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.    : 23453
BU ID      : V-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41099 | 2/25/2010 | 23454 |
| Job Date | Case No. | |
| 2/12/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Jack Caravanos, Ph.D. (Trial) | 164.00 Pages | @ | 3.75 | 615.00 |
| 2 Day expedited surcharge | | | | 574.00 |
| Realtime Connection Surcharge | 164.00 | @ | 1.50 | 246.00 |
| Rough Draft Transcript | 164.00 | @ | 1.25 | 205.00 |
| Color Exhibits | 7.00 Pages | @ | 2.00 | 14.00 |
| Exhibits in binder and scanned to CD | 364.00 Pages | @ | 0.25 | 91.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping & Handling - Overnight | | | 45.00 | 45.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | 25.00 | 25.00 |
| | | TOTAL DUE >>> | | $1,840.00 |

(2day expedited delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 41099
Invoice Date  : 2/25/2010
**Total Due**    : $ 1,840.00

Remit To:  **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.     : 23454
BU ID       : R-Main
Case No.    :
Case Name   : Chinese Drywall