# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38505 | 1/12/2010 | 22024 |

| Job Date | Case No. | |
|---|---|---|
| 12/16/2009 | | |

| Case Name | | |
|---|---|---|
| Chinese Drywall | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Samuel G. Porter | 260.00 Pages | @ | 4.00 | 1,040.00 |
| 2 Day expedited surcharge | | | | 988.00 |
| Realtime Connection Surcharge | 260.00 | @ | 1.50 | 390.00 |
| Rough Draft Transcript | 260.00 | @ | 1.25 | 325.00 |
| Color Exhibits | 42.00 Pages | @ | 1.25 | 52.50 |
| Exhibits in binder and scanned to CD | 3,324.00 Pages | @ | 0.30 | 997.20 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Teleconference Full Day | | | 85.00 | 85.00 |
| Shipping & Handling - Overnight | | | 245.00 | 245.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | 30.00 | 30.00 |

**TOTAL DUE >>>**    **$4,177.70**

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.    :  38505
Invoice Date  :  1/12/2010
**Total Due**    :  **$ 4,177.70**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.    :  22024
BU ID       :  R-Main
Case No.    :
Case Name  :  Chinese Drywall

# I N V O I C E

Golkow Technologies  Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38556 | 1/12/2010 | 22026 |
| **Job Date** | **Case No.** | |
| 12/17/2009 | | |

| **Case Name** |
|---|
| Chinese Drywall |

| **Payment Terms** |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Samuel G. Porter | 137.00 Pages | @ | 4.00 | 548.00 |
| 2 Day expedited surcharge | | | | 520.60 |
| Realtime Connection Surcharge | 137.00 | @ | 1.50 | 205.50 |
| Rough Draft Transcript | 137.00 | @ | 1.25 | 171.25 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Teleconference Half Day | | | 65.00 | 65.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE  >>>**          **$1,535.35** ✓

2 Day expedited delivery/V)
Participation via telephone conference call in number set up by Golkow Technologies.
Location: Virginia Beach, VA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   :  38556
Invoice Date  :  1/12/2010
**Total Due**    :  **$ 1,535.35**

Remit To: **Golkow Technologies  Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

Job No.     :  22026
BU ID       :  R-Main
Case No.    :
Case Name   :  Chinese Drywall

# I N V O I C E

Golkow Technologies  Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38564 | 1/12/2010 | 22025 |
| **Job Date** | **Case No.** | |
| 12/17/2009 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | | | |
|---|---|---|---|---|---|---|
| Samuel G. Porter | | | | | | |
| Video Services - First Two Hours | | | | | 245.00 | 245.00 |
| Additional hours of videotaping | 2.00 | Hours | @ | 75.00 | | 150.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 35.00 | | 70.00 |
| DVD - Synched | 3.00 | Hours | @ | 35.00 | | 105.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 5.00 | | @ | 95.00 | | 475.00 |

**TOTAL DUE  >>>**                                      **$1,440.00**

Location: Virginia Beach, VA
LiveNote video stream connection made by pennylh14@yahoo.com, bgordon@levinlaw.com, ldavis@hhkc.com, patrick@colson.com & hlambert@lambertandnelson.com.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 38564 |
| Invoice Date | : | 1/12/2010 |
| **Total Due** | : | **$ 1,440.00** |

Remit To: **Golkow Technologies  Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 22025 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies  Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 38565 | 1/12/2010 | 22023 |
| **Job Date** | **Case No.** | |
| 12/16/2009 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | | |
|---|---|---|---|---|---|
| Samuel G. Porter | | | | 245.00 | 245.00 |
| Video Services - First Two Hours | | | | | |
| Additional hours of videotaping | 6.00 | Hours | @ | 75.00 | 450.00 |
| Master Tapes - Mini-DV | 4.00 | Tapes | @ | 35.00 | 140.00 |
| DVD - Synched | 6.00 | Hours | @ | 35.00 | 210.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 7.00 | | @ | 95.00 | 665.00 |
| **TOTAL DUE  >>>** | | | | | **$2,105.00** |

Location: Virginia Beach, VA
LiveNote video stream connection made by pennylh14@yahoo.com, jchaikin@yourlawyer.com, bob@abbrclaw.com, airpino@irpinolaw.com, ldavis@hhkc.com, robbecnel@aol.com, & patrick@colson.com.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 38565 |
| Invoice Date | : | 1/12/2010 |
| **Total Due** | : | **$ 2,105.00** |

Remit To: **Golkow Technologies  Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 22023 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |