# Invoice

Clarity Litigation, L.L.C.

3475 Energy Centre
1100 Poydras Street
New Orleans, LA 70163
26-4141573

| Date | Invoice # |
|---|---|
| 2/19/2010 | 2700 |

**Bill To**

Herman Herman
Penny
820 O'Keefe Street
New Orleans, LA 70113

| P.O. No. | Rep | Terms |
|---|---|---|
| 27687.0000 | ED | Net 30 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 48,305 | B&W Blowbacks | Black and White Blowbacks from disk | 0.11 | 5,313.55T |
| 6,755 | Printing Color Blo... | Blow-back from electronic files in color | 0.70 | 4,728.50T |
| 10,612 | Data Conversion TI... | Conversion to TIFF format per page | 0.10 | 1,061.20T |
|  |  | Sales Tax for Orleans Parish | 9.00% | 999.29 |

**Total**  $12,102.54

| Phone # | 504-304-0591 |
|---|---|