**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

Invoice Number:  NO0110063
Invoice Date:    Jan 29, 2010
Page:            1

Voice:  504-602-6300
Fax:    504-602-6301

| Bill To: | Ship to: |
|---|---|
| Herman, Herman, Katz & Cotlar LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Leonard A. Davis<br>820 O'Keefe Av<br>New Orleans, LA 70113 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HERMAN | CDW 2047 PSC | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Newnam | Hand Deliver | | 2/13/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---:|---|---|---:|---:|
| 105.67 | Tech Time | Technical Time - 1/12/10-2/1/2010 downloading & uploading files, coding | 125.00 | 13,208.75 |
| 18,929.00 | Electronic Label | Image E-Labeled - Branding | 0.04 | 757.16 |
| 18,929.00 | MISC | Process to tiff | 0.10 | 1,892.90 |
| 5,944.00 | PRINTS | Images printed back - Dawn Barrios - 4 sets | 0.10 | 594.40 |
| 1,116.00 | COLOR PRINTS | Color Prints - Dawn Barrios - 4 sets | 1.00 | 1,116.00 |
| 396.00 | PRINTS | Images printed back - Michael Ecuyer | 0.10 | 39.60 |
| 90.00 | COLOR PRINTS | Color Prints - Michael Ecuyer | 1.00 | 90.00 |
| 62.25 | Oversize Prints | Square Feet of Oversize Prints - 4.15 x 15' - Michael Ecuyer | 1.00 | 62.25 |
| 26.00 | Tabs | Tabs -  Michael Ecuyer | 0.25 | 6.50 |
| 3.00 | Binder 4" | 4" 3-Ring Binder, View, Blk or Wte - Michael Ecuyer | 12.95 | 38.85 |
| 1,546.00 | PRINTS | Printing Exhibits P1.115-P1.118 x 3 | 0.10 | 154.60 |
| 26.00 | MISC | Color Phots Prints for War Room | 1.00 | 26.00 |

| | |
|---|---:|
| Subtotal | 17,987.01 |
| Sales Tax | 430.04 |
| Total Invoice Amount | 18,417.05 |
| Payment/Credit Applied | |
| TOTAL | 18,417.05 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

Invoice Number:  NO0110063B
Invoice Date:      Jan 29, 2010
Page:                 1

Voice:  504-602-6300
Fax:     504-602-6301

| Bill To: | Ship to: |
|----------|----------|
| Herman, Herman, Katz & Cotlar LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | Leonard A. Davis<br>820 O'Keefe Av<br>New Orleans, LA 70113 |

| Customer ID | Customer PO | Payment Terms |
|-------------|-------------|---------------|
| HERMAN | CDW 2047 PSC | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|--------------|-----------------|-----------|----------|
| Newnam | Hand Deliver | | 2/13/10 |

| Quantity | Item | Description | Unit Price | Amount |
|----------|------|-------------|------------|--------|
| 15.00 | BINDER 1.5" | Binder 1.5" | 6.95 | 104.25 |
| 400.00 | Tabs | Tabs | 0.25 | 100.00 |
| 6.00 | MISC | DVD's | 30.00 | 180.00 |

| | |
|---|---|
| Subtotal | 384.25 |
| Sales Tax | 34.58 |
| Total Invoice Amount | 418.83 |
| Payment/Credit Applied | |
| **TOTAL** | **418.83** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

# INVOICE

Invoice Number: NO0110035
Invoice Date: Jan 20, 2010
Page. 1
*Duplicate*

Voice:  504-602-6300
Fax:    504-602-6301

**Bill To:**
Law Offices of Richard J. Serpe
580 E. Main St.
Suite 310
Norfolk, VA  23410

**Ship to:**
Richard J Serpe
580 E. Main St.
Suite 310
Norfolk, VA  23410

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SERPE | MDL 782.04 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Newnam | Airborne | | 2/4/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,040.00 | PRINTS | Images printed back | 0.10 | 104.00 |
| 1,000.00 | COLOR PRINTS | Color Prints | 1.00 | 1,000.00 |
| 1.00 | GBC Binding | 19 Hole Punch and Comb Binding-3" | 9.95 | 9.95 |



| | |
|---|---|
| Subtotal | 1,113.95 |
| Sales Tax | |
| Total Invoice Amount | 1,113.95 |
| Payment/Credit Applied | |

Check/Credit Memo No:

| TOTAL | |
|---|---|

Overdue Invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

Invoice Number:  NO0110038
Invoice Date:     Jan 20, 2010
Page:             1

Voice:   504-602-6300
Fax:     504-602-6301

**Bill To:**
Law Offices of Richard J. Serpe
580 E. Main St.
Suite 310
Norfolk, VA  23410

**Ship To:**
Richard Serpe
580 E. Main St.
Suite 310
Norfolk, VA  23410

| Customer ID | Customer P.O. | Payment Terms |
|---|---|---|
| SERPE | MDL 782.04 | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Newnam | Airborne | | 2/4/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 609.00 | Grade B | Light Litigation Black & White Copies | 0.10 | 60.90 |
| 1,672.00 | COLOR PRINTS | Color Prints | 1.00 | 1,672.00 |
| 1.00 | GBC Binding | 19 Hole Punch and Comb Binding – 5" | 29.95 | 29.95 |
| 100.00 | Tabs | Tabs | 0.25 | 25.00 |
| 1.00 | REDWELDS | Legal Redwelds - box | 15.99 | 15.99 |
| 1.00 | Manilla Folders | Legal Manilla folders - box | 12.99 | 12.99 |



| | |
|---|---|
| Subtotal | 1,816.83 |
| Sales Tax | |
| Total Invoice Amount | 1,816.83 |
| Payment/Credit Applied | |

Check/Credit Memo No:

| | 1,816.83 |
|---|---|

Overdue invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA  70123

Tax ID# 42-1667030

# INVOICE

| | |
|---|---|
| Invoice Number: | NO0110048 |
| Invoice Date: | Jan 19, 2010 |
| Page: | 1 |

Voice:    504-602-6300
Fax:       504-602-6301

| Bill To | Ship To |
|---|---|
| Law Offices of Richard J. Serpe<br>580 E. Main St.<br>Suite 310<br>Norfolk, VA  23410 | Richard J. Serpe<br>580 E. Main St.<br>Suite 310<br>Norfolk, VA  23410 |

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| SERPE | MDL 782.04 | Net 15 Days |

| Sales Rep ID | Shipping Method | Due Date |
|---|---|---|
| Newnam | Airborne | 2/3/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 1,597.00 | COLOR PRINTS | Color Prints<br>Tax ID# 42-1667030 | 1.00 | 1,597.00 |

received

| | |
|---|---|
| Subtotal | 1,597.00 |
| Sales Tax | |
| Total Invoice Amount | 1,597.00 |
| Payment/Credit Applied | |

Check/Credit Memo No:

| TOTAL | 1,597.00 |
|---|---|

Overdue invoices are subject to late charges.