# Visual Sciences, Inc.
Post Office Box 90335
Raleigh, NC 27675-0335
919-782-3030

Page 1

Invoice #11757

Federal Tax ID #56-191-5691

March 8, 2010

Lewis & Roberts
Dan Bryson
3700 Glenwood Ave., suite 410
Raleigh, NC 27612

919-981-0191

    Re:    **Chinese Drywall**
              **VSI Case# 1484**

| | |
|---|---:|
| Designer/Modeler | 9,525.60 |
| Modeler/Animator | 18,018.00 |
| Modeler | 1,033.20 |
| Program Manager | 18,585.00 |
| Sr. Programmer | 1,668.00 |
| For Professional Services Rendered | $48,829.80 |

Direct Expenses

| | |
|---|---:|
| 1/5/2010 - Mileage - RT travel to digitize Morgan house | 253.44 |
|           - Digitizing Fee | 1,800.00 |
|           - Travel – supplies | 289.08 |
| 1/6/2010 - Travel - tolls, meals | 7.25 |
|           - Travel - fuel, meals, supplies | 91.96 |
| 1/6/2010 - Travel – meal | 11.96 |
|           Travel – meals | 24.20 |
| 1/8/2010 - Model fee - interior doors | 38.50 |

**Lewis & Roberts – Page 2**
**Invoice # 11757  March 8, 2010**

| | | |
|---|---|---:|
| 2/5/2010 | - Meals | 19.80 |
| | - Materials/Supplies – supplies | 49.50 |
| | - Meals | 13.05 |
| 2/11/2010 | - Other – models | 16.50 |
| 2/12/2010 | - Other – supplies | 186.85 |
| | Other - courier service | 33.00 |
| 2/19/2010 | - Shipping | 41.17 |
| | - Rendering Fee | 8,173.66 |
| | - Archive Fee | 88.00 |

Total Expenses $11,137.92

Total Labor and Expenses $ 59,967.72

2/10/2010   Payment   ($ 7,500.00)

Total payments and adjustments ($ 7,500.00)

**Balance Due** **$ 52,467.72**

Payable upon Receipt

**Finance charge is 1.5% per month (18% APR)
on any balance 15 days past invoice date above**