# Electrical Engineering Solutions

Electrical Engineering Solutions
Mr. D. Galler
15 Birchwood Drive
Bedford, MA  01730

**Invoice**

| DATE | INVOICE # |
|---|---|
| 02/28/2010 | 1937 |

**BILL TO**
Lewis & Roberts, PLCC
3700 Glenwood Avenue
Suite 410
Raleigh, NC  27612

| Project | Period |
|---|---|
| Germano | February 2010 |

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| | **Billable Time** | | | |
| 01/27/2010 | Travel arrangements prep/trial | 1:00 | 250.00 | 250.00 |
| 01/28/2010 | Microscope exam - new light switch | 1:30 | 250.00 | 375.00 |
| 02/01/2010 | Get parts at SGH. Sw, HVAC pcb exam. | 5:30 | 250.00 | 1,375.00 |
| 02/02/2010 | Get parts at SGH. Ckt bkr exam. | 5:00 | 250.00 | 1,250.00 |
| 02/03/2010 | Exam parts, SEM etc | 6:00 | 250.00 | 1,500.00 |
| 02/04/2010 | Examine samples | 4:00 | 250.00 | 1,000.00 |
| 02/07/2010 | Collect files, exam switch | 4:00 | 250.00 | 1,000.00 |
| 02/08/2010 | Exam fridge pcb at SGH | 1:00 | 250.00 | 250.00 |
| 02/08/2010 | Exam of circuit boards | 4:00 | 250.00 | 1,000.00 |
| 02/09/2010 | SEM exam of parts TV set, hvac etc | 3:00 | 250.00 | 750.00 |
| 02/09/2010 | Exam of circuit boards | 2:00 | 250.00 | 500.00 |
| 02/10/2010 | Read galler depo | 2:00 | 250.00 | 500.00 |
| 02/10/2010 | Prep exam reviews | 4:00 | 250.00 | 1,000.00 |
| 02/10/2010 | Outline of testimony | 2:00 | 250.00 | 500.00 |
| 02/10/2010 | p/c Atty Bryson, Barnett | 0:30 | 250.00 | 125.00 |
| 02/11/2010 | Return samples to SGH | 1:00 | 250.00 | 250.00 |
| 02/11/2010 | sample diode, collect microscope photos | 1:00 | 250.00 | 250.00 |
| 02/11/2010 | Write report, send photos to D. Rutila | 5:00 | 250.00 | 1,250.00 |
| 02/12/2010 | Write report | 0:30 | 250.00 | 125.00 |
| 02/12/2010 | Bring DVD files to D. Rutila | 0:30 | 250.00 | 125.00 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|---|---|---|---|---|
| 02/15/2010 | Travel: Boston-NOLA | 6:00 | 250.00 | 1,500.00 |
| 02/17/2010 | Meetings, trial prep | 10:00 | 250.00 | 2,500.00 |
| 02/18/2010 | Prep for trial, exam switches | 8:00 | 250.00 | 2,000.00 |
| 02/19/2010 | Attend trial, testify | 8:00 | 250.00 | 2,000.00 |
| 02/26/2010 | Travel: NOLA-Boston | 6:00 | 250.00 | 1,500.00 |
| | **Subtotal: Billable Time = $22,875.00** | | | |
| | **Billable Expenses** | | | |
| 02/03/2010 | 3 h SEM time | | | 600.00 |
| 02/09/2010 | 2 h SEM time | | | 400.00 |
| 02/12/2010 | Taxi: Bedford-Logan R. T. | | | 200.00 |
| 02/16/2010 | Hotel: Extra nt in NOLA before mtgs | | | 269.00 |
| 02/17/2010 | Airfare: BHM - Boston (913.60/2) | | | 456.80 |
| 02/19/2010 | Meals (2/17-2/20) | | | 25.00 |
| | **Subtotal: = $1,950.80** | | | |

EIN 04-3297462

**TOTAL** $24,825.80

Don Keller