**John R. Scully, Ph.D.**
Consultant
Society Fellow of the National Association of Corrosion Engineers
Society Fellow of the Electrochemical Society
Society Fellow of the American Society for Metals
2245 Ridgeway Lane
Charlottesville, VA 22911
Jrs8d@virginia.edu
434.962.7385 (cell)
434.982.5786 (W)

Invoice #4: Hausfeld LLP
Invoice Period: Feb. 1 through Feb. 28th, 2010

From: John R. Scully, Ph.D. (professional consultant)
*Payable to John R. Scully, 2245 Ridgeway Lane (not Univ. of Virginia)*

To:
Mr. Richard Lewis, Partner
Hausfeld, LLP
1700 K Street, NW, Suite 650,
Washington, DC 20006

Re: *Chinese-Manufactured Drywall Products Liability Litigation United States District Court, Eastern District of Louisiana, MDL Docket: 2047.*

**Professional Services as Expert Witness at $350.00 USD/hour (Charlottesville) and Trial Testimony (NOLA @ $450/hr portal to portal).**

1. Further collection, dissemination, review of additional literature & standards on environmental classification of corrosivity (e.g. NACE RP 0775): *10 hrs*
2. Review and guidance to council for Sharp deposition preparations: *12 hrs*
3. Further calculations for 1 and 2, and 8-9 (provided tables from standards): *12 hrs*
4. Search & dissemination and interpretation of refereed papers dealing with corrosivity classifications on actual equipment: *12 hrs*
5. Preparation and supply of all reference materials: *5 hrs*
6. Dust and hygroscopic salts analysis: *10 hrs*
7. Contact with corrosion experts and summary of comments: *5 hrs*
8. Trial preparations (Charlottesville): *20 hrs*
9. Trial preparations and testimony - Portal to Portal (75 hr @ $450 in NOLA)
10. Hotel, meals, airport car park NOLA: $1155.00
11. Misc (emails, phone calls, conf., admin., pdf docs sent): *5 hrs*

Trip Expense ($1155), Subtotal Professional Services (*90 hrs @ $350.00/hr*) and (*75 hrs@$450/hr*) through Feb. 28th, 2010 = $66,405.00

Net invoice due for services Feb 1 - Feb 28th, invoice #4 = $66,405.00

Payment terms: 15 days from invoice, 10% APR interest after 30 days