

**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

phone: 630/851-4214
fax: 630/851-6957

EIN: 36-4010492

# Invoice for Services
## February 23, 2010

Project: Consulting for Bryson
Unified project number: 4123

Invoice number: 7716
Drywall investigation

**Invoice Total: $22,912.52**     Payment due: March 25, 2010

### Detail of charges

| Date | Hours | Charge | Description |
|---|---|---|---|
| Lawrence, Mark A. | | | |
| 2/3/10 | 6.00 | 183.60 | ICP samples |
| 2/3/10 | 0.75 | 180.00 | consulting on drywall sample prep |
| 2/4/10 | 1.00 | 240.00 | consulting on drywall sample prep |
| 2/5/10 | 2.00 | 61.20 | ICP samples |
| 2/5/10 | 0.50 | 120.00 | consulting on drywall sample prep |
| 2/6/10 | 0.25 | 60.00 | consulting on drywall sample prep |
| 2/7/10 | 0.25 | 60.00 | consulting on drywall sample prep |
| 2/8/10 | 17.00 | 520.20 | ICP samples |
| 2/8/10 | 2.00 | 480.00 | consulting on drywall sample prep |
| 2/9/10 | 0.50 | 120.00 | consulting on drywall sample prep |
| Streit, Lori A. | | | |
| 2/8/10 | 5.00 | 1,200.00 | Organize for deposition and trial preparation. Begin preparation. Consult with Lawrence over past week on samples. Discs with client over past week. |

July 22, 2009  
Project: Consulting for Bryson  
Unified project number: 4123

Invoice number: 7716  
Drywall investigation

### Detail of charges (cont'd)

| Date | Hours | Charge | Description |
|---|---|---|---|
| 2/10/10 | 10.00 | 2,400.00 | Travel to New Orleans, review for preparation, meet with client, review data. |
| 2/11/10 | 11.00 | 2,640.00 | Work with attorneys on deposition trial testimony preparation. |
| 2/12/10 | 5.50 | 1,320.00 | Return to Chicago, meet with Lawrence regarding samples. |
| 2/14/10 | 7.50 | 1,800.00 | Read Goad deposition, prepare for deposition and trial testimony. |
| 2/15/10 | 14.50 | 3,480.00 | Travel to New Orleans, meeting with clients, review materials for testimony. |
| 2/16/10 | 9.50 | 2,280.00 | Meet with client, deposition testimony and trial testimony. |
| 2/17/10 | 8.00 | 1,920.00 | Work on materials for client, meet with client, travel back to Chicago. |
| 2/18/10 | 1.25 | 300.00 | Working on questions from client. |

**Expenses**

| Date | Charge | Description |
|---|---|---|
| 1/29/10 | 93.42 | Fed Express - 2 shipments |
| 2/8/10 | 135.52 | FedEx to Columbia Analytical Services: 869842776271 |
| 2/9/10 | 25.97 | Fed Express |
| 2/10/10 | 856.02 | Airfare to New Orleans=$570.40, transport to hotel=$40, transport to airport=$70, lunch=$20.05, hotel=$215.57. |
| 2/11/10 | 51.70 | Dinner. |
| 2/12/10 | 339.28 | transport to airport=$40, transport to home=$70, breakfast=$13.71, hotel=$215.57. |
| 2/15/10 | 1,702.97 | Airfare $1426.40, Limo $70.00, Lodging $206.57 |
| 2/16/10 | 206.57 | Lodging $206.57 |
| 2/17/10 | 110.00 | Public transport $40.00, limo $70.00 |
| 1/25/20 | 26.07 | Fed Express |