Tax ID No. 04-2256923



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

Leonard A. Davis, Esq.  
Herman Herman Katz & Cotlar, LLP  
820 O'Keefe Avenue  
New Orleans, LA   70113

March 3, 2010

Project No:   090858.00-GYPS  
Invoice No:   0107004

Drywall Investigation, Seven Residential Homes, Williamsburg, VA

<u>Professional Services from February 13, 2010 to February 26, 2010</u>

**Professional Personnel**

|  | Hours | Rate | Amount |  |
|---|---|---|---|---|
| Senior Principal | | | | |
| Nelson, Peter | 10.00 | 265.00 | 2,650.00 | |
| Rutila, Dean | 55.00 | 265.00 | 14,575.00 | |
| Rutila, Dean | 2.00 | 397.50 | 795.00 | |
| Staff Consultant D | | | | |
| Barnett, Jonathan Ross | 17.50 | 230.00 | 4,025.00 | |
| Staff II-A | | | | |
| Jeffrey, Andrew | 32.00 | 122.00 | 3,904.00 | |
| Staff I-A | | | | |
| Chudak, Peter | 6.50 | 115.00 | 747.50 | |
| Mauro, Daniela | 6.50 | 115.00 | 747.50 | |
| Tilley, Jason | 46.00 | 115.00 | 5,290.00 | |
| Technical Aide | | | | |
| Almeida, David | 2.00 | 72.00 | 144.00 | |
| Clark, Daniel | 5.50 | 72.00 | 396.00 | |
| Hambrook, Elliott | 3.00 | 72.00 | 216.00 | |
| Non-Technical B | | | | |
| Schaller Bhuju, Elizabeth | 3.00 | 77.00 | 231.00 | |
| Totals | 189.00 | | 33,721.00 | |
| **Total Labor** | | | | **33,721.00** |

**Reimbursable Expenses**

| | |
|---|---|
| Photo & Reproduction | 121.30 |
| Color Reproduction | 608.75 |
| Mail & Shipping | 412.80 |
| Test Expense | 4,452.39 |
| Special Supplies | 4.46 |
| Mileage, Parking, Tolls, etc. | 1,524.43 |
| Airfare, Train, etc. | 1,408.09 |

SIMPSON GUMPERTZ & HEGER INC.  
41 Seyon Street, Building 1, Suite 500  
Waltham, Massachusetts 02453  
main: 781.907.9000  fax: 781.907.9009  
www.sgh.com

Boston  
Los Angeles  
New York  
San Francisco  
Washington, DC

| Project | 090858.00-GYPS | Residential Drywall Investigations | | Invoice 0107004 | |
|---|---|---|---|---|---|
| Lodging | | | | 272.80 | |
| Meals | | | | 240.55 | |
| Other Reimbursable Expense | | | | 20.00 | |
| **Total Reimbursables** | | | 1.1 times | 9,065.57 | 9,972.13 |
| **Unit Billing** | | | | | |
| Scanning Electron Microscope | | 3.0 Hours @ 150.00 | | 450.00 | |
| **Total Units** | | | 1.1 times | 450.00 | 495.00 |
| | | | **Total this Invoice** | | **$44,188.13** |

**Outstanding Invoices**

| Number | Date | Balance | | |
|---|---|---|---|---|
| 0106670 | 2/18/10 | 57,247.95 | | |
| Total | | 57,247.95 | | |
| | | | **Total Now Due** | **$101,436.08** |

**Billed to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Labor | 33,721.00 | 470,577.50 | 504,298.50 |
| Expense | 9,972.13 | 38,717.65 | 48,689.78 |
| Unit | 495.00 | 4,741.00 | 5,236.00 |
| **Totals** | **44,188.13** | **514,036.15** | **558,224.28** |

Paperless :   Daniel Bryson, danielbryson@lewis-roberts.com

BT:EA:BO    \Peter Nelson      \

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

# Billing Backup

Wednesday, March 03, 2010

Simpson Gumpertz & Heger, Inc.          Invoice 0107004 Dated 3/3/10                              11:38:19 AM

### Professional Personnel

|  |  | Hours | Rate | Amount |
|---|---|---:|---:|---:|
| **Senior Principal** | | | | |
| Nelson, Peter | 2/15/10 | .50 | 265.00 | 132.50 |
|     updates/ prep trial | | | | |
| Nelson, Peter | 2/16/10 | .50 | 265.00 | 132.50 |
|     reports by others | | | | |
| Nelson, Peter | 2/17/10 | 1.50 | 265.00 | 397.50 |
|     dar, aj, updates, trial | | | | |
| Nelson, Peter | 2/18/10 | 3.00 | 265.00 | 795.00 |
|     report | | | | |
| Nelson, Peter | 2/19/10 | 2.00 | 265.00 | 530.00 |
|     aj, billings, updates | | | | |
| Nelson, Peter | 2/22/10 | .50 | 265.00 | 132.50 |
|     aj review | | | | |
| Nelson, Peter | 2/23/10 | 1.00 | 265.00 | 265.00 |
|     reports | | | | |
| Nelson, Peter | 2/24/10 | 1.00 | 265.00 | 265.00 |
|     trial, updates | | | | |
| Rutila, Dean | 2/14/10 | 2.00 | 265.00 | 530.00 |
|     circuit   board sample review for galler | | | | |
| Rutila, Dean | 2/15/10 | 2.00 | 265.00 | 530.00 |
|     trial prep | | | | |
| Rutila, Dean | 2/16/10 | 4.50 | 265.00 | 1,192.50 |
|     hvac boards, baldwin swithches, floor plan nguyen | | | | |
| Rutila, Dean | 2/17/10 | 4.00 | 265.00 | 1,060.00 |
|     trial prep | | | | |
| Rutila, Dean | 2/18/10 | 10.00 | 265.00 | 2,650.00 |
|     travel 2, trial prep 8 | | | | |
| Rutila, Dean | 2/19/10 | 10.00 | 265.00 | 2,650.00 |
|     listen to testimony in court 6prep 4 | | | | |
| Rutila, Dean | 2/20/10 | 4.00 | 265.00 | 1,060.00 |
|     trial prep | | | | |
| Rutila, Dean | 2/21/10 | 8.00 | 265.00 | 2,120.00 |
|     trial prep | | | | |
| Rutila, Dean | 2/22/10 | 5.00 | 265.00 | 1,325.00 |
|     in court to hear testimony 3, prep 2 | | | | |
| Rutila, Dean | 2/22/10 | 5.00 | 265.00 | 1,325.00 |
|     in court to hear testimony 3, prep 2 | | | | |
| Rutila, Dean | 2/22/10 | 2.00 | 397.50 | 795.00 |
|     trial testimony 2 hours | | | | |
| Rutila, Dean | 2/23/10 | 3.50 | 265.00 | 927.50 |
|     files package and return 1, tr25 | | | | |
| **Staff Consultant D** | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0107004 Dated 3/3/10 | | | Wednesday, March 03, 2010 - 11:38:19 |
|---|---|---|---|---|
| Barnett, Jonathan Ross | 2/13/10 | 12.00 | 230.00 | 2,760.00 |
| Travel from NOLA to Boston | | | | |
| Barnett, Jonathan Ross | 2/16/10 | 1.50 | 230.00 | 345.00 |
| Proj. mgmt | | | | |
| Barnett, Jonathan Ross | 2/17/10 | 2.00 | 230.00 | 460.00 |
| review trial deposition | | | | |
| Barnett, Jonathan Ross | 2/18/10 | 2.00 | 230.00 | 460.00 |
| review discovery deposition | | | | |
| **Staff II-A** | | | | |
| Jeffrey, Andrew | 2/16/10 | 12.00 | 122.00 | 1,464.00 |
| file uploads, Nguyen floor plan, rev. samples | | | | |
| Jeffrey, Andrew | 2/17/10 | 6.50 | 122.00 | 793.00 |
| e-mail, estimate wire length w/ JAT | | | | |
| Jeffrey, Andrew | 2/18/10 | 4.00 | 122.00 | 488.00 |
| rev switch samples, coordinate lab work for Dean | | | | |
| Jeffrey, Andrew | 2/20/10 | 2.00 | 122.00 | 244.00 |
| Baldwin floor plan, photos to Dean | | | | |
| Jeffrey, Andrew | 2/21/10 | 1.50 | 122.00 | 183.00 |
| Answer questions for Dean, Baldwin HVAC | | | | |
| Jeffrey, Andrew | 2/22/10 | 4.00 | 122.00 | 488.00 |
| Answer DAR questions, talk w/JAT, file e-mail | | | | |
| Jeffrey, Andrew | 2/23/10 | 1.50 | 122.00 | 183.00 |
| COC forms | | | | |
| Jeffrey, Andrew | 2/26/10 | .50 | 122.00 | 61.00 |
| disc w/JAT | | | | |
| **Staff I-A** | | | | |
| Chudak, Peter | 2/17/10 | 4.50 | 115.00 | 517.50 |
| Getting File Together for Lousiana | | | | |
| Chudak, Peter | 2/18/10 | 2.00 | 115.00 | 230.00 |
| Copy Project Binders for 7 homes | | | | |
| Mauro, Daniela | 2/16/10 | 1.50 | 115.00 | 172.50 |
| SEM exam, rename files | | | | |
| Mauro, Daniela | 2/17/10 | 1.00 | 115.00 | 115.00 |
| SEM | | | | |
| Mauro, Daniela | 2/18/10 | 3.00 | 115.00 | 345.00 |
| SEM exams | | | | |
| Mauro, Daniela | 2/25/10 | 1.00 | 115.00 | 115.00 |
| review of SEM images | | | | |
| Tilley, Jason | 2/16/10 | 7.00 | 115.00 | 805.00 |
| Sample Photos, File Upload, Wire Takeoff | | | | |
| Tilley, Jason | 2/17/10 | 9.00 | 115.00 | 1,035.00 |
| Wire Takeoff, File Assembly and Mailing | | | | |
| Tilley, Jason | 2/18/10 | 8.00 | 115.00 | 920.00 |
| Wire Takeoff | | | | |
| Tilley, Jason | 2/19/10 | 4.00 | 115.00 | 460.00 |
| LA sample list w/report locations, | | | | |
| Tilley, Jason | 2/20/10 | 4.00 | 115.00 | 460.00 |
| Sample Room Photos, JIB diagram | | | | |
| Tilley, Jason | 2/22/10 | 1.00 | 115.00 | 115.00 |
| File Organization | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0107004 Dated 3/3/10 | | | Wednesday, March 03, 2010 - 11:38:19 | |
|---|---|---|---|---|---|
| Tilley, Jason | 2/25/10 | 4.00 | 115.00 | 460.00 | |
| Sample Shipping, AC testing prep | | | | | |
| Tilley, Jason | 2/26/10 | 9.00 | 115.00 | 1,035.00 | |
| AC testing, Sampling, Testing | | | | | |
| Technical Aide | | | | | |
| Almeida, David | 2/16/10 | 2.00 | 72.00 | 144.00 | |
| COC Log | | | | | |
| Clark, Daniel | 2/16/10 | 1.00 | 72.00 | 72.00 | |
| coc log | | | | | |
| Clark, Daniel | 2/17/10 | 1.50 | 72.00 | 108.00 | |
| coc log | | | | | |
| Clark, Daniel | 2/19/10 | .50 | 72.00 | 36.00 | |
| coc log | | | | | |
| Clark, Daniel | 2/20/10 | 2.50 | 72.00 | 180.00 | |
| sample room/sample inventory | | | | | |
| Hambrook, Elliott | 2/16/10 | .50 | 72.00 | 36.00 | |
| organized transmittals | | | | | |
| Hambrook, Elliott | 2/19/10 | 2.50 | 72.00 | 180.00 | |
| organized samples | | | | | |
| Non-Technical B | | | | | |
| Schaller Bhuju, Elizabeth | 2/16/10 | 1.00 | 77.00 | 77.00 | |
| travel for dar, coc follow up, xmits, copy depos to proj file, etc | | | | | |
| Schaller Bhuju, Elizabeth | 2/19/10 | .50 | 77.00 | 38.50 | |
| samples log pdf | | | | | |
| Schaller Bhuju, Elizabeth | 2/22/10 | .50 | 77.00 | 38.50 | |
| changes to dar travel | | | | | |
| Schaller Bhuju, Elizabeth | 2/23/10 | .50 | 77.00 | 38.50 | |
| cocs | | | | | |
| Schaller Bhuju, Elizabeth | 2/26/10 | .50 | 77.00 | 38.50 | |
| cocs and xmits | | | | | |
| Totals | | 189.00 | | 33,721.00 | |
| Total Labor | | | | | 33,721.00 |

**Reimbursable Expenses**

Photo & Reproduction
| 0042740 | 12/8/09 Witmer, Lisa / Sample Photos / 130 photos | 32.50 |
|---|---|---|
| 0000785 | 2/24/10 XEROX BW: 02/11/10 - 02/24/10 / 873.0 copies @ 0.10 | 87.30 |
| 0000785 | 2/24/10 XEROX OCE: 02/11/10 - 02/24/10 / 6.0 Sq Feet @ 0.25 | 1.50 |

Color Reproduction
| 0000785 | 2/24/10 XEROX CLR: 02/11/10 - 02/24/10 / 487.0 copies @ 1.25 | 608.75 |
|---|---|---|

Mail & Shipping
| 0056249 | 2/19/10 Federal Express Corporation (BO) / 2/4SGHBO-Uniford | 112.62 |
|---|---|---|
| 0056249 | 2/19/10 Federal Express Corporation (BO) / 2/4SGHBO-Teslin | 67.46 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0107004 Dated 3/3/10 | Wednesday, March 03, 2010 - 11:38:19 |
|---|---|---|
| 0056249 | 2/19/10 Federal Express Corporation (BO) / 2/4SGHBO-AJeffery | 79.36 |
| 0056249 | 2/19/10 Federal Express Corporation (BO) / 2/4SGHBO-Eng.Systems | 112.62 |
| 0056242 | 2/18/10 Optima Shipping Systems, Inc. / 2/04 SGH-BO - Corrosion Testing Lab Inc. | 15.66 |
| 0056243 | 2/18/10 Optima Shipping Systems, Inc. / 2/12 SGH-BO - Daniel Bryson | 12.54 |
| 0056243 | 2/18/10 Optima Shipping Systems, Inc. / 2/12 SGH-BO - Law Offices of Richard J. Serpe | 12.54 |

Test Expense

| | | |
|---|---|---|
| 0056272 | 2/18/10 Mineral Optics Laboratory / Rush 2x3 Thin Section | 892.39 |
| 0056400 | 2/26/10 Pace Analytical Services, Inc. / Water sample | 3,560.00 |

Special Supplies

| | | |
|---|---|---|
| 0042893 | 1/12/10 Clark, Daniel / Brasso Metal Polis | 4.46 |

Mileage, Parking, Tolls, etc.

| | | |
|---|---|---|
| 0042861 | 1/15/10 Rutila, Dean / Taxi to airport (lga) | 55.00 |
| 0042861 | 1/16/10 Rutila, Dean / Logan Parking | 60.00 |
| 0042861 | 1/16/10 Rutila, Dean / r/t logan on 14th-16th | 18.00 |
| 0042861 | 1/16/10 Rutila, Dean / MA Pike tolls | 6.00 |
| 0042861 | 1/21/10 Rutila, Dean / Taxi | 38.00 |
| 0042861 | 2/18/10 Rutila, Dean / Taxi from airport to hotel | 40.00 |
| 0042861 | 2/23/10 Rutila, Dean / Windsor Court Hotel | 1,265.43 |
| 0042861 | 2/23/10 Rutila, Dean | 18.00 |
| 0042861 | 2/23/10 Rutila, Dean / Tolls (drop off at airport) | 6.00 |
| 0042861 | 2/23/10 Rutila, Dean / p/u at airport | 18.00 |

Airfare, Train, etc.

| | | |
|---|---|---|
| 0056449 | 2/26/10 American Express (Airline Account) / 9401 02/03 A.Jeffery (BOS/PHL/BOS) | 373.30 |
| 0056449 | 2/26/10 American Express (Airline Account) / 9441 02/18 D.Rutila (BOS/MSY/BOS) | 704.39 |
| 0056449 | 2/26/10 American Express (Airline Account) / 9441 02/23 D.Rutila (MSY/DCA/BOS) | 330.40 |

Lodging

| | | |
|---|---|---|
| 0042861 | 1/15/10 Rutila, Dean / Courtyard Marriott-Manassas | 141.90 |
| 0042861 | 1/16/10 Rutila, Dean / Courtyard Marriott-Charlottesville | 130.90 |

Meals

| | | |
|---|---|---|
| 0042861 | 2/19/10 Rutila, Dean | 10.03 |
| 0042861 | 2/20/10 Rutila, Dean / Cresent City Brewhouse | 50.00 |
| 0042861 | 2/20/10 Rutila, Dean / Messinas | 13.63 |
| 0042861 | 2/20/10 Rutila, Dean / Starbucks | 8.56 |
| 0042861 | 2/21/10 Rutila, Dean / Sbarro | 7.22 |
| 0042861 | 2/21/10 Rutila, Dean / Starbucks | 8.56 |
| 0042861 | 2/22/10 Rutila, Dean | 10.25 |
| 0042861 | 2/23/10 Rutila, Dean / Starbucks | 8.56 |
| 0042861 | 2/23/10 Rutila, Dean / Sonic Burger - airport | 8.08 |
| 0042861 | 2/23/10 Rutila, Dean / windsort court hotel | 115.66 |

Other Reimbursable Expense

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | | Invoice 0107004 Dated 3/3/10 | | *Wednesday, March 03, 2010 - 11:38:21* | |
|---|---|---|---|---|---|
| 0042861 | | 2/18/10 Rutila, Dean / tip on 2/18 for shippping 6 boxes in | | 10.00 | |
| 0042861 | | 2/23/10 Rutila, Dean / tip on 2/23 for shipping 6 boxes out | | 10.00 | |
| | **Total Reimbursables** | | **1.1 times** | **9,065.57** | **9,972.13** |
| **Unit Billing** | | | | | |
| Scanning Electron Microscope | | 3.0 Hours @ 150.00 | | 450.00 | |
| | **Total Units** | | **1.1 times** | **450.00** | **495.00** |
| | | | **Total this report** | | **$44,188.13** |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Page 5