
**BURIC**

2512 INDEPENDENCE BLVD.
SUITE 200
WILMINGTON, NC 28412
T: 910-791-3299
F: 910-395-2781
WWW.BURIC.COM

*Daniel K. Bryson, Esq.*
*Lewis & Roberts, PLLC*
*Post Office Box 17529*
*Raleigh, NC 27619-7259*

For services rendered by
R. V. Buric Construction
Consultants, P.C.
Wilmington, NC
EIN 56-1373021
**TERMS: Net 30 days**

| | |
|---|---|
| Invoice No.: | *12940* |
| Date: | *02/25/2010* |
| Project No.: | *09068.1* |
| Project Name: | *Chinese Drywall - Norfolk Residences* |
| Services: | *Through Feb 23, 2010* |
| Due Date: | *Mar 27, 2010* |

*Invoice Total:* $   123,159.53

**Provided the following services:**
* Develop and issue addendum to report;
* Analyze reports, exhibits, and data of defense and Plaintiff experts in preparation of deposition and trial to understand opinions and scope of remediation work necessary;
* Prepare for and provide deposition testimony;
* Develop sketches and graphics for trial exhibits;
* Construct and ship mockup walls for trial demonstrative exhibits;
* Analyze Morse expert and rebuttal report for estimate and scope of work modifications, questions for deposition;
* Analyze Exponent report for Mitchell Homes for estimate and scope of work modifications;
* Meet and perform site reviews with Beazer representatives, document conditions and develop database;
* Analyze contractors' costs and check with RS Means;
* Prepare for and provide trial testimony;
* Attend and observe testimony presented at trial;
* Discuss issues with Counsel.

| STAFF | HOURS | AMOUNT |
|---|---|---|
| Chief Executive Officer | 8.90 | |
| Chief Operating Officer | 214.40 | |
| Project Director | 23.00 | |
| Sr Project Consultant | 63.50 | |
| Project Consultant | 235.00 | |
| Project Analyst | 129.10 | |
| Graphic Design | 6.40 | |
| Technial Support | 27.10 | |

Total For Services    118,324.50

*R V BURIC CONSTRUCTION*
*Chinese Drywall - Norfolk Residences*
*Invoice No.   12940*

*Page 2*

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **EXPENSES:** | | | |
| Airfare | | $ 2,254.06 | |
| Lodging | | 985.04 | |
| Meals | | 39.21 | |
| Materials for Exhibit | | 447.83 | |
| Tolls Park Taxi Fuel | | 192.00 | |
| Tools and Equipment | | 34.88 | |
| Mileage | | 18.70 | |
| UPS Fedex Pkg Delivery | | 423.76 | |
| | | Total For Expenses | 4,395.48 |
| | | Total | 122,719.98 |
| | | Ten Percent Markup on Expenses | 439.55 |
| | | **TOTAL THIS INVOICE** | $ 123,159.53 |

For Billing Inquiries Please Call (910) 338-4244