Tax ID No. 04-2256923 



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

Leonard A. Davis, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

February 18, 2010
Project No:    090858.00-GYPS
Invoice No:    0106670

Drywall Investigation, Seven Residential Homes, Williamsburg, VA

**Professional Services from January 30, 2010 to February 12, 2010**

**Professional Personnel**

| | Hours | Rate | Amount |
|---|---|---|---|
| **Senior Principal** | | | |
| Nelson, Peter | 8.50 | 265.00 | 2,252.50 |
| Rutila, Dean | 13.50 | 265.00 | 3,577.50 |
| **Staff Consultant D** | | | |
| Barnett, Jonathan Ross | 35.00 | 230.00 | 8,050.00 |
| Barnett, Jonathan Ross | 5.00 | 345.00 | 1,725.00 |
| Lyon, Edward | 43.50 | 230.00 | 10,005.00 |
| Lyon, Edward | 5.00 | 345.00 | 1,725.00 |
| **Staff Consultant C** | | | |
| Scali, Mauro | 6.50 | 230.00 | 1,495.00 |
| Scheiner, Paul | 6.00 | 230.00 | 1,380.00 |
| **Senior Staff I-C** | | | |
| Bellemare, Simon | 3.50 | 170.00 | 595.00 |
| **Senior Staff I-A** | | | |
| Tomlinson, Scott | 1.50 | 140.00 | 210.00 |
| **Staff II-B** | | | |
| Vierstra, Kimberly | .50 | 133.00 | 66.50 |
| **Staff II-A** | | | |
| Jeffrey, Andrew | 52.00 | 122.00 | 6,344.00 |
| **Staff I-A** | | | |
| LaMalva, Kevin | 1.00 | 115.00 | 115.00 |
| Mauro, Daniela | 1.00 | 115.00 | 115.00 |
| Tilley, Jason | 68.00 | 115.00 | 7,820.00 |
| Witmer, Lisa | 5.50 | 115.00 | 632.50 |
| **Technical Aide** | | | |
| Almeida, David | 2.00 | 72.00 | 144.00 |
| Clark, Daniel | 11.00 | 72.00 | 792.00 |
| DeMaio, Eric | .50 | 72.00 | 36.00 |
| Krantz, Keegan | 8.50 | 72.00 | 612.00 |
| **Graphics Specialist** | | | |
| Batalian, Raffi | 4.50 | 84.00 | 378.00 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000 fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Project | 090858.00-GYPS | Residential Drywall Investigations | | Invoice 0106670 | |
|---|---|---|---|---|---|
| | Konicki, Matthew | | 10.00 | 84.00 | 840.00 |
| Drafter | | | | | |
| | Caldwell, Brian | | 3.50 | 101.00 | 353.50 |
| Non-Technical B | | | | | |
| | Schaller Bhuju, Elizabeth | | 13.00 | 77.00 | 1,001.00 |
| | Totals | | 309.00 | | 50,264.50 |
| | Total Labor | | | | 50,264.50 |

**Reimbursable Expenses**
| | | | | | |
|---|---|---|---|---|---|
| Photo & Reproduction | | | | 70.80 | |
| Color Reproduction | | | | 33.75 | |
| Mail & Shipping | | | | 993.53 | |
| Publications | | | | 28.19 | |
| Equipment Rental | | | | 110.00 | |
| Laboratory | | | | 52.50 | |
| Special Supplies | | | | 385.05 | |
| Mileage, Parking, Tolls, etc. | | | | 591.50 | |
| Airfare, Train, etc. | | | | 1,229.00 | |
| Auto Rental | | | | 240.70 | |
| Lodging | | | | 2,112.42 | |
| Meals | | | | 501.15 | |
| Total Reimbursables | | 1.1 times | 6,348.59 | | 6,983.45 |
| | | Total this Invoice | | | $57,247.95 |

**Outstanding Invoices**

| Number | Date | Balance | |
|---|---|---|---|
| 0106224 | 2/9/10 | 72,002.66 | |
| Total | | 72,002.66 | |
| | Total Now Due | | $129,250.61 |

**Billed to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Labor | 50,264.50 | 420,313.00 | 470,577.50 |
| Expense | 6,983.45 | 31,734.20 | 38,717.65 |
| Unit | 0.00 | 4,741.00 | 4,741.00 |
| Totals | 57,247.95 | 456,788.20 | 514,036.15 |

Paperless Email copy: Daniel Bryson, danielbryson@lewis-roberts.com

BT:EA:BO  \Peter Nelson        \

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

# Billing Backup

**Simpson Gumpertz & Heger, Inc.**   Invoice 0106670 Dated 2/18/10

*Thursday, February 18, 2010*
*2:47:08 PM*

## Professional Personnel

| | | Hours | Rate | Amount |
|---|---|---|---|---|
| **Senior Principal** | | | | |
| Nelson, Peter | 2/1/10 | 1.50 | 265.00 | 397.50 |
| *mold, morse, articles* | | | | |
| Nelson, Peter | 2/2/10 | 1.50 | 265.00 | 397.50 |
| *aj, scott, reviewing repairs, samples* | | | | |
| Nelson, Peter | 2/3/10 | .50 | 265.00 | 132.50 |
| *updates, articles, aj, samples* | | | | |
| Nelson, Peter | 2/4/10 | .50 | 265.00 | 132.50 |
| *aj inspections* | | | | |
| Nelson, Peter | 2/5/10 | 1.00 | 265.00 | 265.00 |
| *add depo, reviews* | | | | |
| Nelson, Peter | 2/11/10 | .50 | 265.00 | 132.50 |
| *disc egl* | | | | |
| Nelson, Peter | 2/12/10 | 3.00 | 265.00 | 795.00 |
| *report* | | | | |
| Rutila, Dean | 2/2/10 | 1.00 | 265.00 | 265.00 |
| *review samples with galler* | | | | |
| Rutila, Dean | 2/4/10 | 1.00 | 265.00 | 265.00 |
| *testing galler* | | | | |
| Rutila, Dean | 2/5/10 | 2.00 | 265.00 | 530.00 |
| *galler test, barnet deposition* | | | | |
| Rutila, Dean | 2/8/10 | 1.00 | 265.00 | 265.00 |
| *barnett meeting galler samples results* | | | | |
| Rutila, Dean | 2/9/10 | 2.00 | 265.00 | 530.00 |
| *letter for scully on condendation* | | | | |
| Rutila, Dean | 2/10/10 | 1.00 | 265.00 | 265.00 |
| *scully, disc gyp with lori streit* | | | | |
| Rutila, Dean | 2/11/10 | 2.50 | 265.00 | 662.50 |
| *galler report* | | | | |
| Rutila, Dean | 2/12/10 | 3.00 | 265.00 | 795.00 |
| *scully,galler2* | | | | |
| **Staff Consultant D** | | | | |
| Barnett, Jonathan Ross | 2/8/10 | 5.00 | 230.00 | 1,150.00 |
| *deposition prep., etc.* | | | | |
| Barnett, Jonathan Ross | 2/9/10 | 5.00 | 230.00 | 1,150.00 |
| *depos prep* | | | | |
| Barnett, Jonathan Ross | 2/10/10 | 12.00 | 230.00 | 2,760.00 |
| *travel to New Orleans and depo prep* | | | | |
| Barnett, Jonathan Ross | 2/11/10 | 10.00 | 230.00 | 2,300.00 |
| *depo prep* | | | | |
| Barnett, Jonathan Ross | 2/12/10 | 3.00 | 230.00 | 690.00 |
| *deposition (discovery and trial testimony) And prep* | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0106670 Dated 2/18/10 | | | Thursday, February 18, 2010 - 2:47:08 |
|---|---|---|---|---|
| Barnett, Jonathan Ross | 2/12/10 | 5.00 | 345.00 | 1,725.00 |
| deposition (discovery and trial testimony) And prep | | | | |
| Lyon, Edward | 2/1/10 | 3.00 | 230.00 | 690.00 |
| review reports | | | | |
| Lyon, Edward | 2/2/10 | 9.00 | 230.00 | 2,070.00 |
| Travel to New Orleans, meet with client | | | | |
| Lyon, Edward | 2/3/10 | 11.00 | 230.00 | 2,530.00 |
| prep for depositions | | | | |
| Lyon, Edward | 2/4/10 | 3.00 | 230.00 | 690.00 |
| prep for deposition | | | | |
| Lyon, Edward | 2/4/10 | 5.00 | 345.00 | 1,725.00 |
| Legal time - deposition | | | | |
| Lyon, Edward | 2/5/10 | 7.50 | 230.00 | 1,725.00 |
| return travel to Boston | | | | |
| Lyon, Edward | 2/8/10 | .50 | 230.00 | 115.00 |
| review with SGH team | | | | |
| Lyon, Edward | 2/9/10 | 1.00 | 230.00 | 230.00 |
| review with SGH team | | | | |
| Lyon, Edward | 2/10/10 | 1.50 | 230.00 | 345.00 |
| review deposition transcript | | | | |
| Lyon, Edward | 2/11/10 | 5.00 | 230.00 | 1,150.00 |
| review deposition transcript, research VA weather | | | | |
| Lyon, Edward | 2/12/10 | 2.00 | 230.00 | 460.00 |
| review weather and HVAC with Jason T. | | | | |
| Staff Consultant C | | | | |
| Scali, Mauro | 2/10/10 | 2.00 | 230.00 | 460.00 |
| Review of reports and discussion of quention regarding hydroscopic salt in previously examinaed wallboard | | | | |
| Scali, Mauro | 2/10/10 | 1.50 | 230.00 | 345.00 |
| Review report and address issue of hydroscopic salts in wallboard | | | | |
| Scali, Mauro | 2/11/10 | 3.00 | 230.00 | 690.00 |
| Discussion and review of issue and evidence for hydroscopic salts and examination of previously prepared thin sections. | | | | |
| Scheiner, Paul | 2/5/10 | 1.00 | 230.00 | 230.00 |
| discussion about chemistry on sample black deposiit, examine sample | | | | |
| Scheiner, Paul | 2/6/10 | 2.00 | 230.00 | 460.00 |
| ftir of soot on switch, photos of switches | | | | |
| Scheiner, Paul | 2/11/10 | .50 | 230.00 | 115.00 |
| answer questions on lab testing | | | | |
| Scheiner, Paul | 2/12/10 | 2.50 | 230.00 | 575.00 |
| comments on mositure absorbing salts, possible lab tests, summarize soot chemistry | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| | | | | |
|---|---|---|---|---|
| **Senior Staff I-C** | | | | |
| Bellemare, Simon | 2/1/10 | 3.00 | 170.00 | 510.00 |
| review SEM examination results. coordinate photo labeling | | | | |
| Bellemare, Simon | 2/11/10 | .50 | 170.00 | 85.00 |
| Discussion with Andrew | | | | |
| **Senior Staff I-A** | | | | |
| Tomlinson, Scott | 2/2/10 | 1.50 | 140.00 | 210.00 |
| file e-mails, discuss animations/photos, etc for trial with PENelson | | | | |
| **Staff II-B** | | | | |
| Vierstra, Kimberly | 2/4/10 | .50 | 133.00 | 66.50 |
| Typ Elevation | | | | |
| **Staff II-A** | | | | |
| Jeffrey, Andrew | 2/1/10 | 8.00 | 122.00 | 976.00 |
| cdw | | | | |
| Jeffrey, Andrew | 2/2/10 | 7.00 | 122.00 | 854.00 |
| trip preparation | | | | |
| Jeffrey, Andrew | 2/3/10 | 13.50 | 122.00 | 1,647.00 |
| virginia site visits, 1/2 travel time | | | | |
| Jeffrey, Andrew | 2/4/10 | 12.00 | 122.00 | 1,464.00 |
| Virginia home site visits, 1/2 travel time | | | | |
| Jeffrey, Andrew | 2/5/10 | 6.00 | 122.00 | 732.00 |
| download photos, samples, COC forms, talk with PEN and DAR about site visits | | | | |
| Jeffrey, Andrew | 2/8/10 | 2.00 | 122.00 | 244.00 |
| floor plans, XRF photos with graphics, dics w/ Joe B. | | | | |
| Jeffrey, Andrew | 2/9/10 | 3.50 | 122.00 | 427.00 |
| Disc w/Dean, Art, Ned about samples. Coordinate draft with JAT. | | | | |
| **Staff I-A** | | | | |
| LaMalva, Kevin | 2/10/10 | .50 | 115.00 | 57.50 |
| Correspondence with Accounting to find Chicago project case number for Jonathan | | | | |
| LaMalva, Kevin | 2/11/10 | .50 | 115.00 | 57.50 |
| Prepared document summarizing differences between Type NM and Type NMS cable for Jonathan's use | | | | |
| Mauro, Daniela | 2/4/10 | 1.00 | 115.00 | 115.00 |
| review EDS document with SCB | | | | |
| Tilley, Jason | 2/2/10 | 4.00 | 115.00 | 460.00 |
| Document Assembly | | | | |
| Tilley, Jason | 2/3/10 | 5.00 | 115.00 | 575.00 |
| Document Assembly | | | | |
| Tilley, Jason | 2/4/10 | 8.50 | 115.00 | 977.50 |
| Document Assembly | | | | |
| Tilley, Jason | 2/5/10 | 6.00 | 115.00 | 690.00 |
| Document Assembly | | | | |
| Tilley, Jason | 2/8/10 | 8.50 | 115.00 | 977.50 |
| Document Assembly | | | | |
| Tilley, Jason | 2/9/10 | 7.00 | 115.00 | 805.00 |
| Condensation information | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0106670 Dated 2/18/10 | | | Thursday, February 18, 2010 - 2:47:08 |
|---|---|---|---|---|
| Tilley, Jason | 2/10/10 | 12.00 | 115.00 | 1,380.00 |
| Condensation information | | | | |
| Tilley, Jason | 2/11/10 | 8.00 | 115.00 | 920.00 |
| Condensation information, hernandez report | | | | |
| Tilley, Jason | 2/12/10 | 9.00 | 115.00 | 1,035.00 |
| Condensation information, hernandez report | | | | |
| Witmer, Lisa | 2/8/10 | 1.00 | 115.00 | 115.00 |
| writen mounting procedure | | | | |
| Witmer, Lisa | 2/8/10 | 1.00 | 115.00 | 115.00 |
| sample mounting | | | | |
| Witmer, Lisa | 2/9/10 | 2.50 | 115.00 | 287.50 |
| polishing, imaging and meet with SCB | | | | |
| Witmer, Lisa | 2/9/10 | 1.00 | 115.00 | 115.00 |
| meet with SCB to discuss circuit board | | | | |
| **Technical Aide** | | | | |
| Almeida, David | 2/9/10 | 2.00 | 72.00 | 144.00 |
| document cd's | | | | |
| Clark, Daniel | 2/1/10 | 2.00 | 72.00 | 144.00 |
| sample managment/testing | | | | |
| Clark, Daniel | 2/2/10 | 2.00 | 72.00 | 144.00 |
| sample managment/testing | | | | |
| Clark, Daniel | 2/3/10 | 2.00 | 72.00 | 144.00 |
| sample managment/testing | | | | |
| Clark, Daniel | 2/4/10 | 2.00 | 72.00 | 144.00 |
| sample managment/testing | | | | |
| Clark, Daniel | 2/8/10 | 1.00 | 72.00 | 72.00 |
| sample managment/testing | | | | |
| Clark, Daniel | 2/9/10 | 2.00 | 72.00 | 144.00 |
| sample managment/testing | | | | |
| DeMaio, Eric | 2/8/10 | .50 | 72.00 | 36.00 |
| debrief on sample mounting | | | | |
| Krantz, Keegan | 2/10/10 | 4.50 | 72.00 | 324.00 |
| Chinese drywall - photo organization | | | | |
| Krantz, Keegan | 2/11/10 | 4.00 | 72.00 | 288.00 |
| Chinese drywall - photo organization | | | | |
| **Graphics Specialist** | | | | |
| Batalian, Raffi | 2/9/10 | 4.00 | 84.00 | 336.00 |
| assembly-AEJ | | | | |
| Batalian, Raffi | 2/10/10 | .50 | 84.00 | 42.00 |
| markupassembly-AEJ | | | | |
| Konicki, Matthew | 2/10/10 | 5.00 | 84.00 | 420.00 |
| PhotoAssemblieFixes | | | | |
| Konicki, Matthew | 2/11/10 | 4.00 | 84.00 | 336.00 |
| PhotoAssemblys fixing color | | | | |
| Konicki, Matthew | 2/12/10 | 1.00 | 84.00 | 84.00 |
| cd labels | | | | |
| **Drafter** | | | | |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0106670 Dated 2/18/10 | | | Thursday, February 18, 2010 - 2:47:09 |
|---|---|---|---|---|
| Caldwell, Brian | 2/10/10 | .50 | 101.00 | 50.50 |
| CHECKING ACAD FILES, DISCUSSION WITH ANDREW ABOUT ESTIMATE OF DRAFTING TIME FOR THIS PROJECT | | | | |
| Caldwell, Brian | 2/12/10 | 3.00 | 101.00 | 303.00 |
| reviewing drawings in, figuring out what we need to do on the drawings-printing and reviewing-DRAFTING BALDWIN HOUSE | | | | |

**Non-Technical B**

| | | | | |
|---|---|---|---|---|
| Schaller Bhuju, Elizabeth | 2/1/10 | .50 | 77.00 | 38.50 |
| astm spec for bryson's office | | | | |
| Schaller Bhuju, Elizabeth | 2/3/10 | .50 | 77.00 | 38.50 |
| xmits, egl cv, etc | | | | |
| Schaller Bhuju, Elizabeth | 2/4/10 | 1.50 | 77.00 | 115.50 |
| xmits | | | | |
| Schaller Bhuju, Elizabeth | 2/5/10 | .50 | 77.00 | 38.50 |
| photo copy field notes etc of jat | | | | |
| Schaller Bhuju, Elizabeth | 2/8/10 | .50 | 77.00 | 38.50 |
| pics and misc for gypsum | | | | |
| Schaller Bhuju, Elizabeth | 2/10/10 | 2.00 | 77.00 | 154.00 |
| jrb report, etc, formatting, | | | | |
| Schaller Bhuju, Elizabeth | 2/11/10 | 1.50 | 77.00 | 115.50 |
| table formatting, get copies of astm specs, copy cds and send out,. etc | | | | |
| Schaller Bhuju, Elizabeth | 2/12/10 | 6.00 | 77.00 | 462.00 |
| finalize reports, jrb, dg, dar, pen report friday night | | | | |
| Totals | | 309.00 | | 50,264.50 |
| **Total Labor** | | | | 50,264.50 |

**Reimbursable Expenses**

Photo & Reproduction
| | | | |
|---|---|---|---|
| 0042576 | 12/22/09 | Nelson, Peter / 112 photos | 28.00 |
| 0000311 | 2/10/10 | XEROX BW: 01/28/10 - 02/10/10 / 428.0 copies @ 0.10 | 42.80 |

Color Reproduction
| | | | |
|---|---|---|---|
| 0000311 | 2/10/10 | XEROX CLR: 01/28/10 - 02/10/10 / 27.0 copies @ 1.25 | 33.75 |

Mail & Shipping
| | | | |
|---|---|---|---|
| 0056216 | 2/10/10 | Federal Express Corporation (BO) / 1/18 SGH-BO - Windsor Court Hotel | 145.68 |
| 0056216 | 2/10/10 | Federal Express Corporation (BO) / 1/21 SGH-BO/D Rutila - SGH-BO | 117.51 |
| 0056216 | 2/10/10 | Federal Express Corporation (BO) / 1/21 SGH-BO/D Rutila - SGH-BO | 119.77 |
| 0055751 | 1/15/10 | Optima Shipping Systems, Inc. / 12/07 SGH-BO - Mineral Optics Lab | 73.00 |
| 0055983 | 2/3/10 | Optima Shipping Systems, Inc. / 1/19 SGH-BO - Unified Engineering Inc. | 85.23 |
| 0055983 | 2/3/10 | Optima Shipping Systems, Inc. / 1/18 Optima Shipping - SGH-BO | 62.22 |
| 0056098 | 2/10/10 | Optima Shipping Systems, Inc. / 1/05 SGH-BO - Daniel Bryson | 41.05 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0106670 Dated 2/18/10 | Thursday, February 18, 2010 - 2:47:09 |
|---|---|---|
| 0056098 | 2/10/10 Optima Shipping Systems, Inc. / 1/05 SGH-BO - Richard J. Serpe | 19.92 |
| 0056098 | 2/10/10 Optima Shipping Systems, Inc. / 1/06 SGH-BO - Andrew Jeffrey | 312.03 |
| 0056098 | 2/10/10 Optima Shipping Systems, Inc. / 1/07 SGH-BO - John R Scully Prof | 17.12 |
| **Publications** | | |
| 0056240 | 2/12/10 American Express (Corporate) / AMS 1/14 Scitation - PDF document | 25.00 |
| 0056240 | 2/12/10 American Express (Corporate) / AMS 1/11 Natl Data Center | 3.19 |
| **Equipment Rental** | | |
| 0000366 | 2/12/10 BO Lab:FTIR H - PCScheiner 02/06 / 2.0 hours @ 55.00 | 110.00 |
| **Laboratory** | | |
| 0000386 | 2/12/10 Lab Usage - Witmer, Lisa 02/08 / 1.0 Hour @ 15.00 | 15.00 |
| 0000386 | 2/12/10 Lab Usage - Witmer, Lisa 02/09 / 2.5 Hours @ 15.00 | 37.50 |
| **Special Supplies** | | |
| 0056241 | 2/12/10 American Express (Corporate) / RMS 1/08 Wards Natural Science - Supplies | 30.20 |
| 0056241 | 2/12/10 American Express (Corporate) / RMS 1/05 Science Lab - supplies | 68.08 |
| 0056241 | 2/12/10 American Express (Corporate) / RMS 1/06 Wards Natural Science - Supplies | 148.54 |
| 0056140 | 2/11/10 McMaster-Carr Supply Company / Phenolic Cap | 32.30 |
| 0042586 | 1/14/10 Tomlinson, Scott / 1Source2buy.com, Carrier thermostat / Purchased Carrier thermostat similar to a Chinese drywall damaged thermostat for comparison in the SGH lab | 105.93 |
| **Mileage, Parking, Tolls, etc.** | | |
| 0042547 | 2/10/10 Barnett, Jonathan Ross / Use of personal car | 50.00 |
| 0042547 | 2/10/10 Barnett, Jonathan Ross / taxi from airport to hotel | 38.00 |
| 0042547 | 2/12/10 Barnett, Jonathan Ross / parking at Logan | 96.00 |
| 0042547 | 2/12/10 Barnett, Jonathan Ross / taxi from hotel to airport | 38.00 |
| 0042453 | 2/2/10 Lyon, Edward / Cab Airport to Hotel | 37.00 |
| 0042453 | 2/5/10 Lyon, Edward / Cab Hotel to Airport | 37.00 |
| 0042453 | 2/5/10 Lyon, Edward / Logan Airport Parking / Charge 1/2 whole trip parking | 108.00 |
| 0042453 | 2/5/10 Lyon, Edward / Ted Williams Tunnel | 3.00 |
| 0042453 | 2/5/10 Lyon, Edward / drive home from airport / Travel for Deposition | 6.50 |
| 0042576 | 12/22/09 Nelson, Peter / trip logan | 11.00 |
| 0042576 | 12/22/09 Nelson, Peter / trip logan | 27.50 |
| 0042576 | 1/19/10 Nelson, Peter / taxi to no airport | 40.00 |
| 0042576 | 1/19/10 Nelson, Peter / parking tolls | 99.50 |
| **Airfare, Train, etc.** | | |
| 0042547 | 2/10/10 Barnett, Jonathan Ross / travel from Logan to New Orleans | 1,000.10 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0106670 Dated 2/18/10 | | Thursday, February 18, 2010 - 2:47:12 | |
|---|---|---|---|---|
| 0056235 | 2/12/10 | American Express (Airline Account) / 9347 01/13 A.JEFFREY (0) | 12.00 | |
| 0056235 | 2/12/10 | American Express (Airline Account) / 9362 02/04 A.Jeffrey (ORF/PHL/BOS) | 191.90 | |
| 0042453 | 2/5/10 | Lyon, Edward / US Airways / Check Bag Charge | 25.00 | |
| **Auto Rental** | | | | |
| 0056234 | 2/12/10 | Avis (BOS Acct) / 01/14-01/16 D. Rutila - Wash Dulles Ap DC | 240.70 | |
| **Lodging** | | | | |
| 0042547 | 2/10/10 | Barnett, Jonathan Ross / windsor court hotel | 273.00 | |
| 0042547 | 2/11/10 | Barnett, Jonathan Ross / windsor court hotel | 273.00 | |
| 0042547 | 2/12/10 | Barnett, Jonathan Ross / windsor court hotel | 273.00 | |
| 0042453 | 2/2/10 | Lyon, Edward / Windsor Court Hotel | 215.57 | |
| 0042453 | 2/3/10 | Lyon, Edward / Windsor Court Hotel | 215.57 | |
| 0042453 | 2/4/10 | Lyon, Edward / Windsor Court Hotel | 215.57 | |
| 0042576 | 1/19/10 | Nelson, Peter / 3 nights | 646.71 | |
| **Meals** | | | | |
| 0042547 | 2/10/10 | Barnett, Jonathan Ross / windsor court hotel / dinner | 31.08 | |
| 0042547 | 2/11/10 | Barnett, Jonathan Ross / August restaurant / dinner | 82.05 | |
| 0042547 | 2/11/10 | Barnett, Jonathan Ross / windsor court hotel / breakfast | 38.47 | |
| 0042547 | 2/12/10 | Barnett, Jonathan Ross / windsor court hotel / breakfast | 13.25 | |
| 0042547 | 2/12/10 | Barnett, Jonathan Ross / dinner | 22.50 | |
| 0042453 | 2/3/10 | Lyon, Edward / Windsor Court Hotel / Dinner alone | 77.47 | |
| 0042453 | 2/4/10 | Lyon, Edward / 400 N. Peters / Dinner alone | 82.83 | |
| 0042453 | 2/5/10 | Lyon, Edward / New Orleans Airport / Breakfast alone | 11.76 | |
| 0042576 | 12/22/09 | Nelson, Peter / ft meyer fl | 26.33 | |
| 0042576 | 1/18/10 | Nelson, Peter / trip new orleans | 11.57 | |
| 0042576 | 1/19/10 | Nelson, Peter / trip new orleans | 27.71 | |
| 0042576 | 1/19/10 | Nelson, Peter / trip new orleans | 4.00 | |
| 0042576 | 1/19/10 | Nelson, Peter / trip new orleans | 13.96 | |
| 0056060 | 2/4/10 | Pini's Pizzeria / Lunch Meeting: Liz Bhuju, Andrew Jeffrey, Dan Clark, Scott Tomlinson, Mary-Ellen | 58.17 | |
| | **Total Reimbursables** | **1.1 times** | **6,348.59** | **6,983.45** |
| | | **Total this report** | | **$57,247.95** |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC