## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
## CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | 2/22/10 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Jack Caravanos, DrPH |
| 4. | Social Security # or TIN # of the payee: | 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 |
| 5. | Invoice No.: | |
| 6. | Date check needed (check one): | Now____ 30 Days  ·  60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Expert services; depo |
| 8. | Amount of Check: | 9,805.06 |
| 9. | Documentation[1] | Yes: ___x___   No: _____ |
| 10. | Send Check To (check one): | Requestor _____  OR  Payee___x___ |
| 11. | Requesting Attorney's Signature[2] | /s/ RSC |

Allocation of costs;

| | | | |
|---|---|---|---|
| $ _____ | Court filing fees | $ _____ | Common witness expense |
| $ _____ | Deposition/court reporter | $ _____ | Translation Costs |
| $ _____ | Document depository | $ _____ | Bank or financial institution charges |
| $ _____ | PLC (administration) | $ _____ | Investigative services |
| $ _____ | PSC group administration | $ _____ | Claims administrator charges |
| $ _____ | Legal & accounting fees | $ _____ | Special master charges |
| $9,805.06 | Expert witness/consultant | $ _____ | Other |
| $ _____ | Printing, copying & scanning (bulk or 3rd party) | $ _____ | |
| $ _____ | Research (3rd party) | $ _____ | |

$___9,805.06_____ TOTAL

**Liaison Counsel Accounting Use Only:**
Check # _1417_
Approved by Plaintiffs' Liaison Counsel: _____ Date: _____

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

  1  Documentation must be provided with check request.
  2  By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

S:\Cases\Chinese Drywall\Check Request.doc

# Hunter College
### City University of New York

February 16th, 2010

# Invoice

**BILL TO:**  Law Offices of Richard J. Serpe, P.C.
580 East Main Street
Suite 310
Norfolk, VA 23510

**ASSIGNMENT:**
Preparation, deposition and court appearance for Germano et al v. Taishan Gypsum Co

**TIME LOG:**

| | |
|---|---|
| Preparation - February 11th | 8.0 hr |
| Deposition / Court appearance Feb 12th | 10.0 hr |
| Travel (to/from) Feb 10th and 13th | 3.0 hr |

**EXPENSES**

| | |
|---|---|
| Professional time (21 hrs @ $385 / hr.) | $8,085.00 |
| Flight to New Orleans (from Tampa) Feb 10th | $288.90 |
| Baggage charge Feb 10th | $25.00 |
| Taxi to Hotel Feb 10th | $40.00 |
| Hotel, meals, expenses Feb 13th | $928.46 |
| Taxi to Airport Feb 13th | $43.00 |
| Flight to New York (from New Orleans) Feb 13th | $334.70 |
| Baggage charge Feb 13th | $25.00 |
| Taxi to home | $35.00 |

**TOTAL**  $9,805.06

Make check payable to:   Jack Caravanos, DrPH
Mail to:   235 West 102nd Street, Apt 6S
New York, New York 10025

*[signature: Jack Caravanos]*

Thank-you