UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal on behalf of Intervening Plaintiffs' Counsel;

IT IS ORDERED BY THE COURT that the Intervening Plaintiffs' Counsel is granted leave of court to file Exhibits 1 through 7 to Intervening Plaintiffs' Counsel's Petition for Fees and Costs, under seal and that such exhibits remain confidential subject to further orders of this Court.

New Orleans, Louisiana this ____ day of _____, 2010.

                                                              _____
                                                              Honorable Eldon E. Fallon
                                                              U.S. District Judge