UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : : : | 2:09-MD-02047 |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

# MEMORANDUM IN SUPPORT OF *EX PARTE* MOTION FOR LEAVE TO FILE ANSWER, AFFIRMATIVE DEFENSES AND CROSS-CLAIM

Defendant SORRENTO LUMBER CO., INC. ("Defendant" or "Sorrento Lumber") respectfully submits this Memorandum in Support of Motion for Leave to File a First Supplemental and Amending Answer, Affirmative Defenses and Cross-Claim, pursuant to F.R.C.P. Rule 15(a). This request for leave is reasonable given that such an amendment will not prejudice any party, and will not delay this litigation in any way. The sole purpose of the amendment is assert additional affirmative defenses. No discovery has occurred in this case.

RESPECTFULLY SUBMITTED,


BY:    s/Christopher K. Jones
JOHN P. WOLFF, III, Bar #14504
NANCY B. GILBERT, Bar #23095
CHRISTOPHER K. JONES, Bar #28101
VIRGINIA M. MCLIN, Bar #31257
**KEOGH, COX & WILSON, LTD.**
701 Main Street
Post Office Box 1151
Baton Rouge, Louisiana 70821
Telephone: (225) 383-3796
Facsimile: (225) 343-9612
jwolff@kcwlaw.com
ngilbert@kcwlaw.com
cjones@kcwlaw.com
jmclin@kcwlaw.com


**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all known counsel by operation of the court's electronic filing system. I also certify that, as of the date of this mailing, there are no manual recipients identified to receive this mailing.

Baton Rouge, Louisiana, this 24th day of May, 2010.


s/Christopher K. Jones
JOHN P. WOLFF, III
CHRISTOPHER K. JONES