UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | 2:09-MD-02047 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : | JUDGE FALLON |
| | : | |
| | : | MAG. JUDGE WILKINSON |

*************************************************************************

# ORDER

**IT IS ORDERED THAT** Defendant, SORRENTO LUMBER CO., INC., is granted leave to file a First Supplemental and Amending Answer, Affirmative Defenses and Cross-Claim.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____

JUDGE, EASTERN DISTRICT OF LOUISIANA