UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED  DRYWALL PRODUCTS LIABILITY  LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *David Bronaugh and Heather Bronaugh*  *v. USAA Casualty Insurance Co.*      Case No. 09-CV-7393 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS BY DEFENDANT, USAA CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Co. ("USAA-CIC"), to move this Court to dismiss the claims against it for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. Proc. 12(b)(6).

The Fifth Circuit has held repeatedly that a homeowner's insurance carrier is not responsible for "making good" defective construction. *Alton Ochsner Med. Found. v. Allendale Metro. Ins. Co.*, 219 F.3d 501, 507 (5th Cir. 2000). Nevertheless, Plaintiffs' suit seeks recovery from their homeowners' insurance carrier because a third party installed defective drywall in Plaintiffs' house. The suit should be dismissed because:

Page 1 of Exhibit "1"

- the presence of defective drywall is not a "direct, physical loss" so as to trigger coverage;

- the drywall has a latent and inherent defect;

- loss as the result of faulty or defective building materials is excluded;

- the policy excludes coverage for corrosion; and

- the policy excludes coverage for damages as the result of a gaseous irritant or contaminant.

USAA-CIC asks the Court to apply the plain language of its policy, grant its Motion, and dismiss Plaintiffs' suit with prejudice, and at their sole cost.

        Respectfully submitted,

        **BAKER DONELSON BEARMAN**
        **CALDWELL & BERKOWITZ, PC**

        By:    *s/Jennifer McNamara*
              AMELIA W. KOCH (2186)
              STEVEN F. GRIFFITH, JR., T.A. (27232)
              JENNIFER McNAMARA (23946)
              201 St. Charles Ave., Suite 3600
              New Orleans, Louisiana  70170
              Telephone:  (504) 566-5200
              Facsimile:  (504) 636-4000
              E-mail:  akoch@bakerdonelson.com
                       sgriffith@bakerdonelson.com
                       jmcnamara@bakerdonelson.com

        **ATTORNEYS FOR DEFENDANT,**
        **USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

                                              *s/Jennifer McNamara*
                                              JENNIFER McNAMARA