UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL 2047 SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |
| **This document relates to:** **09-7628-EEF-JCW** | | |

### ANSWER TO OMNIBUS CLASS ACTION COMPLAINT

Defendants, GALLOWAY SUNSET ESTATES, INC. ("GALLOWAY") and CGF CONSTRUCTION CORP. ("CGF CORP") (hereinafter collectively referred to as "DEFENDANTS"), by and through their undersigned counsel and pursuant to Rule 12(a), Federal Rules of Civil Procedure, hereby serve their Answer to the Omnibus Class Action Complaint filed in the above-referenced case and state:

### JURISDICTION, PARTIES AND VENUE

1. Admitted.

2. Admitted.

3. Admitted.

### PLAINTIFFS

4. The allegations contained in Paragraph 4 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraph 4, and therefore, same are denied.

5.-2072.  The allegations contained in Paragraphs 5 through 2072 are not directed to DEFENDANTS.  To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraphs 5 through 2072, and therefore, same are denied.

## DEFENDANTS

2073. The allegations contained in Paragraph 2073 are not directed to DEFENDANTS.  To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraph 2073, and therefore, same are denied.

2074.-2195.  The allegations contained in Paragraphs 2074 through 2195 are not directed to DEFENDANTS.  To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraphs 2074 through 2195, and therefore, same are denied.

2196.  Admitted.

2197.-2241.  The allegations contained in Paragraphs 2197 through 2241 are not directed to DEFENDANTS.  To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations set forth in Paragraphs 2197 through 2241, and therefore, same are denied..

2242.  Admitted.

2243.-2609.  The allegations contained in Paragraphs 2243 through 2609 are not directed to DEFENDANTS.  To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2243 through 2609, and therefore, same are denied.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

## FACTS REGARDING PRODUCT DEFECT

2610. Denied.

2611. Denied.

2612. Denied.

2613. Denied.

2614. Denied.

2615. Denied.

2616. Denied.

2617. Denied.

2618. Denied.

2619. Denied.

2620. Denied.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

2621. The allegations contained in Paragraph 2621 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 2621, and therefore, same are denied.

### The Distributor/Supplier Subclasses (Subclasses 1-43)

2622.-2623. The allegations contained in Paragraphs 2622 through 2623 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2622 through 2623, and therefore, same are denied.

3

### The Importer/Exporter/Broker Subclass (Subclasses 44-48)

2624.-2625. The allegations contained in Paragraphs 2624 through 2625 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2624 through 2625, and therefore, same are denied.

### The Builder/Developer Subclass (Subclasses 49-436)

2626. Denied.

2627. Denied.

### The Contractor/Installer Subclass (Subclasses 437-529)

2628.-2629. The allegations contained in Paragraphs 2628 through 2629 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2628 through 2629, and therefore, same are denied.

### General Class Allegations and Exclusions from Class Definitions

2630. The allegations contained in Paragraph 2630 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 2630, and therefore, same are denied.

2631. Denied.

2632. Denied.

2633. Denied.

2634. Denied.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

2635. DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraph 2635, and therefore, same are denied.

2636. Denied.

2637. Denied.

2638. Denied.

2639. Denied.

## COUNT I
## NEGLIGENCE
**(Against All Defendants)**

2640. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2641. Denied.

2642. Denied.

2643. Denied.

2644. Denied.

2645. Denied.

2646. Denied.

2647. Denied.

## COUNT II
## NEGLIGENCE PER SE
**(Against All Defendants)**

2648. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2649. Denied.

2650. Denied.

5

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

2651.  Denied.

2652.  Denied.

2653.  Denied.

2654.  Denied.

## COUNT III
### STRICT LIABILITY
### (Against All Defendants)

2655.  DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2656.  Denied.

2657.  Denied.

2658.  Denied.

2659.  Denied.

2660.  Denied.

2661.  Denied.

2662.  Denied.

2663.  Denied.

2664.  Denied.

2665.  Denied.

2666.  Denied.

2667.  Denied.

2668.  Denied.

2669.  Denied.

2670.  Denied.

2671. Denied.

2672. Denied.

## COUNT IV
### BREACH OF EXPRESS AND/OR IMPLIED WARRANTIES
### (Against All Defendants)

2673. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2674. Denied.

2675. Denied.

2676. Denied.

2677. Denied.

2678. Denied.

2679. Denied.

2680. Denied.

## COUNT V
### BREACH OF IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY PURSUANT TO FLORIDA STATUTES SECTION 718.203
### (On Behalf of Plaintiffs Who Own Condominiums in the State of Florida)
### (Against Builders Only)

2681. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2682.-2692. The allegations contained in Paragraphs 2682 through 2692 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2682 through 2692, and therefore, same are denied.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

## COUNT VI
### BREACH OF IMPLIED WARRANTY OF HABITABILITY
### (Against Builders Only)

2693. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2694. Denied.

2695. Denied.

2696. Denied.

2697. Denied.

2698. Denied.

2699. Denied.

## COUNT VII
### BREACH OF CONTRACT
### (Against Builders Only)

2700. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2701. Denied.

2702. Denied.

2703. Denied.

## COUNT VIII
### VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
### (Against Louisiana Builders Only)

2704. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2705. The allegations contained in Paragraphs 2705 through 2710 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are

without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2705 through 2710, and therefore, same are denied.

### COUNT IX
### REDHIBITION
### (By Louisiana Plaintiffs Against All Defendants)

2711. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2712. The allegations contained in Paragraphs 2712 through 2720 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2712 through 2720, and therefore, same are denied.

### COUNT X
### LOUISIANA PRODUCTS LIABILITY ACT
### (Against Manufacturing Defendants)
### (Pleaded in the Alternative Against Distributor Defendants)

2721. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2722. The allegations contained in Paragraphs 2722 through 2734 are not directed to DEFENDANTS. To the extent a response is required, DEFENDANTS are without sufficient knowledge to form a belief as to the truth of the allegations in Paragraphs 2722 through 2734, and therefore, same are denied.

### COUNT XI
### PRIVATE NUISANCE
### (Against All Defendants)

2735. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2736. Denied.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

2737. Denied.

2738. Denied.

2739. Denied.

2740. Denied.

2741. Denied.

## COUNT XII
## NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE
### (Against All Defendants)

2742. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2743. Denied.

2744. Denied.

2745. Denied.

2746. Denied.

2747. Denied.

2748. Denied.

## COUNT XIII
## UNJUST ENRICHMENT
### (Against All Defendants)

2749. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2750. Denied.

2751. Denied.

2752. Denied.

10

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

### COUNT XIV
### VIOLATION OF COSUMER PROTECTION ACTS
### (Against All Defendants)

2753. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2754. Denied.

2755. Denied.

2756. Denied.

2757. Denied.

### COUNT XV
### EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
### (Against All Defendants)

2758. DEFENDANTS reallege and reaver the Answers contained in Paragraphs 1 through 2639 above as if fully set forth herein.

2759. Denied.

2760. Denied.

2761. Denied.

2762. Denied.

2763. Denied.

2764. Denied.

2765. Denied.

2766. Denied.

2767. Denied.

2768. Denied.

2769. Denied.

11

2770.   Denied.

2771.   All allegations set forth in this Omnibus Class Action Complaint not specifically admitted by DEFENDANTS are denied.

## **AFFIRMATIVE DEFENSES**

1.   For their First Affirmative Defense, DEFENDANTS allege that Plaintiffs' claims are barred in whole or in part by their failure to mitigate their damages.

2.   For their Second Affirmative Defense, DEFENDANTS allege that Plaintiff's claims are barred due their failure to comply with the provisions of Chapter 558, Florida Statutes.

3.   For their Third Affirmative Defense, DEFENDANTS allege that Plaintiffs' damages, if any, were caused by the negligence of unrelated third parties who are not currently joined in this lawsuit, or are otherwise currently unknown, but who will be identified during discovery.  DEFENDANTS are entitled to have those currently unidentified third parties listed on the verdict form so that fault may be apportioned appropriately.

4.   DEFENDANTS reserve the right to amend their Affirmative Defenses to the extent the grounds for those defenses become known through discovery.

## **RESERVATION OF RIGHT TO ADD CROSS CLAIMS AND/OR THIRD PARTY CLAIMS**

DEFENDANTS reserve the right to amend this Answer to assert Cross Claims and/or Third Party Claims against other parties as those claims ripen and become necessary.

LEAD CASE NO.: 09-2047-EEF-JCW
MEMBER CASE NO.: 09-7628-EEF-JCW

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

PIEDRA & ASSOCIATES, P.A.
Grove Professional Building
2950 SW 27th Avenue
Suite 300
Miami, Florida 33133
Telephone:   (305) 448-7064
Facsimile:    (305) 448-7085

BY:   s/ Alejandro R. Alvarez
ALEJANDRO R. ALVAREZ, ESQUIRE
Florida Bar No. 19277
aalvarez@piedralaw.com