UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047<br><br>SECTION "L" |
| **This document relates to:** | * * | JUDGE FALLON |
| *David Bronaugh and Heather Bronaugh v. USAA Casualty Insurance Co.*<br>    Case No. 09-CV-7393 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## RULE 7.1 DISCLOSURE STATEMENT BY
## USAA CASUALTY INSURANCE COMPANY

NOW INTO COURT, through undersigned counsel, comes defendant, USAA Casualty Insurance Company, and in compliance with Federal Rule of Civil Procedure Rule 7.1 and Local Rule 5.6E, hereby certifies as follows:

1. USAA Casualty Insurance Company is a private Texas corporation and a wholly-owned subsidiary of United Services Automobile Association.

2. United Services Automobile Association is a reciprocal interinsurance exchange domiciled in Texas that is an unincorporated association.

3. United Services Automobile Association has no parent and is not a publicly-traded company.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:     *s/Jennifer McNamara*
       AMELIA W. KOCH, T.A. (2186)
       STEVEN F. GRIFFITH, JR. (27232)
       JENNIFER McNAMARA (23946)
       201 St. Charles Ave., Suite 3600
       New Orleans, Louisiana 70170
       Telephone: (504) 566-5200
       Facsimile: (504) 636-4000
       E-mail: akoch@bakerdonelson.com
              sgriffith@bakerdonelson.com
              jmcnamara@bakerdonelson.com

*and*

SANDRA VARNADO (30775)
No. 3 Sanctuary Boulevard, Suite 201
Mandeville, Louisiana 70471
Telephone: (985) 819-8400
Facsimile: (985) 819-8484
E-mail: svarnado@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

                *s/Jennifer McNamara*
                JENNIFER McNAMARA