UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *David Bronaugh and Heather Bronaugh v. USAA Casualty Insurance Co.*   Case No. 09-CV-7393 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS BY DEFENDANT, USAA CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Co. ("USAA-CIC"), and, pursuant to Local Rule 78.1E, requests the opportunity to present oral argument on its Motion to Dismiss, which has been filed by USAA-CIS and set for hearing on June 9, 2010.

USAA-CIC submits that oral argument will facilitate the Court's consideration of the issues presented in its Motion to Dismiss and that oral argument will permit a useful exchange between the Court and counsel.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: ____*s/Jennifer McNamara*____
      AMELIA W. KOCH (2186)
      STEVEN F. GRIFFITH, JR., T.A. (27232)
      JENNIFER McNAMARA (23946)
      201 St. Charles Ave., Suite 3600
      New Orleans, Louisiana  70170
      Telephone:  (504) 566-5200
      Facsimile:  (504) 636-4000
      E-mail:  akoch@bakerdonelson.com
            sgriffith@bakerdonelson.com
            jmcnamara@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

                                                             *s/Jennifer McNamara*
                                                             JENNIFER McNAMARA