US

# BEIJING SUPERIOR PEOPLE'S COURT

## PROOF OF SERVICE

[Seal: Beijing Superior People's Court]

Judicial Association No. SX-10-85

| Cause of Action | | Cause No. | Law Association No. (2010) 197 |
|---|---|---|---|
| Document Served and Number | Summary of Documents, one copy<br>Complaint, one copy | Summons, one copy<br>Document, one copy | |
| Recipient | China National Building Material Company Limited. | | |
| Address for Service | 17th Floor, China Building Material Building, 11 San Li He Road, Haidian District (Beijing, China  100037). | | |
| Recipient Signature or Seal | Chang, Che Li    Vice President         010-88282398<br><br>                                                   February 25, 2010 | | |
| Recipient in substitution and reason(s) | | | |
| Notes | United States.    With translation          . | | |

Issuer:  Chen, Xin                                     Servers:  Zhu, Cheng Fu      Li, Qing

Note:
 (1) The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §57; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.
(2) In case of receiving by substitution, the substitution recipient should sign and seal the document, and note the relationship with the servee, and the reason(s) for substitution.
(3) This Proof of Service applies to Hong Hong and Macao districts.

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### DEMANDE
### AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
### D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota  55439-3122<br>U.S.A.<br>Tel. 952.831.7776      Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
    (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
    *(identité et adresse)*      China National Building Materials Co., Ltd. (CNBM)
    17th Floor, Zhong Guo Jian Cai Da Sha, San Li He Road #11, Haidian District, Beijing City 100037, China
            Tel:

[X] (a)   in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)   in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b)    *selon la forme particulière suivante (article 5, alinéa premier, lettre b):*

[ ] (c)   by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c)    *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

**List of documents**
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                                                                , the
*Fait à* Minneapolis, Minnesota, U.S.A.                          , *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

APS INTERNATIONAL
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439

(Formerly OBD-116 which was formerly LAA-116,           USM-94
both of which may still be used)                                            (Est. 11/22/77)

* Delete if inappropriate.
. *Rayer les mentions inutiles*

Case Name: Gross v. Knauf Gips, KG
Defendant: China National Building Materials Co., Ltd. (CNBM)
Court Case No.: 09-6690

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
    - the (date)
    - *le (date)* __February 25th, 2010__
    - at (place, street, number)
    - *à (localité, rue numéro)* __11/F, Zhongguo Jiancai Mansion, No. 11 Sanlihe Road, Haidian District, Beijing, China.__

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        [X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____
        [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)* __the signature could not be recognized__

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __the vice-president of the addressee__

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at / *Fait à* __Beijing__ the __6/4, 2010__
Signature and/or stamp.
*Signature et/ou cachet* [Chinese seal: 中华人民共和国 司法部 司法协助专用章]

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2