# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DAVID GROSS, et al.,** | ) |
| **Plaintiffs.** | ) |
| v. | ) Case No. 09-6690 |
| **KNAUF GIPS KG, et al.,** | ) |
| **Defendants.** | ) |

## SUGGESTION OF BANKRUPTCY

Please take notice that on April 23, 2008, Kimball Hill, Inc. ("KHI") and certain of its subsidiaries, including defendant Kimball Hill Homes Florida, Inc. ("KHHF") (collectively, the "Debtors") filed voluntary petitions for relief in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court") under chapter 11 of title 11 of the United States Code. The Debtors' bankruptcy cases are being jointly administered by the Bankruptcy Court as Case No. 08-10095.

Please take further notice that, on March 12, 2009, the Bankruptcy Court confirmed the Joint Plan of Kimball Hill, Inc. and its Debtor Subsidiaries Pursuant to Chapter 11 of the United States Bankruptcy Code (the "Plan").[1] The Plan had an effective date of March 24, 2009 (the "Effective Date"). The Plan provides *inter alia* that entities who hold claims against the Debtors, including KHHF, are permanently enjoined, from and after the Effective Date, from commencing or continuing in any manner any action or other proceeding of any kind on account of or in connection with or with respect to any claim against the Debtors.

---

[1] A copy of the Plan is available at http://www.kccllc.net/kimballhill. The KHI Post-Consummation Trust and the KHI Liquidation Trust are successors to the Debtors under the Plan.

{7051 NTC A0262279.DOC}

          Respectfully submitted,

          KHI Post-Consummation Trust and
          KHI Liquidation Trust, as successors to Kimball
          Hill, Inc. and its debtor subsidiaries

Dated: May 25, 2010        By: /s/ Michael P. Cash
                      Michael P. Cash, Louisiana Bar NO. 31655

          GARDERE WYNNE SEWELL LLP
          1000 Louisiana, Suite 3400
          Houston, Texas  77002-5011
          Telephone:  (713) 276-5500
          Telecopier:  (713) 276-5555

Mark L. Radtke (Illinois Bar No. 6275738)
SHAW GUSSIS FISHMAN GLANTZ
   WOLFSON & TOWBIN LLC
321 N. Clark St., Ste. 800
Chicago, Illinois  60654
Telephone: (312) 541-0151

*Counsel to the KHI Post-Consummation Trust and the KHI Liquidation Trust*

{7051 NTC A0262279.DOC}