UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### QUANTA INDEMNITY COMPANY'S MOTION FOR JOINDER IN THE MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORM AND INSURANCE POLICY PENDING RESOLUTION OF RULE 12(b) MOTION

Defendant, Quanta Indemnity Company ("Quanta"), moves to join the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed in this matter by Mid-Continent Casualty Company (D.E. 3058), and respectfully requests that this Honorable Court issue a Protective Order staying the submission of Quanta Indemnity Company's Insurer Profile Form and insurance policy for the reasons set forth more fully in the accompanying memorandum in support, which is being filed contemporaneously with this motion.

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana  70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Joinder in the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May 2010.

/s/ *Madeleine Fischer*
MADELEINE FISCHER