UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| **This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### QUANTA INDEMNITY COMPANY'S MEMORANDUM IN SUPPORT OF MOTION FOR JOINDER IN THE MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORM AND INSURANCE POLICY PENDING RESOLUTION OF RULE 12(b) MOTION

Defendant, Quanta Indemnity Company ("Quanta"), previously asserted defenses to the claims of Northstar Holdings, Inc. and Northstar Homes, Inc., and Northstar Holdings at B & A, LLC (collectively "Northstar") in this matter pursuant to Federal Rules of Civil Procedure 12(b). Quanta now moves to join in and adopt the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motion filed in this matter by Mid-Continent Casualty Company (D.E. 3058). The arguments made therein are adopted and incorporated herein by Quanta Indemnity Company in support of its Motion. By filing this Motion for Joinder and seeking a Protective Order in this matter, Quanta reserves all

objections and defenses previously asserted to this action pursuant to Federal Rules of Civil Procedure Rule 12(b).  Consequently, Quanta respectfully requests that this Honorable Court stay the submission of the Insurer Profile Form and insurance policy pending the disposition of the Rule 12(b) Motion previously filed in this action by Quanta Indemnity Company.

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Memorandum in Support of Motion for Joinder in the Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policies Pending Resolution of Rule 12(b) Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May 2010.

/s/ *Madeleine Fischer*
MADELEINE FISCHER