UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE THAT Defendant, Quanta Indemnity Company, will bring Quanta Indemnity Company's Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policies Pending Resolution of Rule 12(b) Motion on for hearing on June 9, 2010, at 9:00 a.m. in the courtroom of United States District Judge Eldon Fallon, which is located in Room C456 in the United States District Court for the Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

{N2156552.2}                   1

Respectfully submitted,

/s/ *Madeleine Fischer*
_____
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May 2010.

/s/ *Madeleine Fischer*
_____
MADELEINE FISCHER

{N2156552.2}   2