003578.00501M

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES | |

## NOTICE OF FILING NOTICE OF CHAPTER 7 BANKRUPTCY

COMES NOW, Defendant SMITH FAMILY HOMES CORPORATION, by and through the undersigned counsels, hereby files this notice that a Chapter 7 Bankruptcy Petition was filed on its behalf in the U.S. Bankruptcy Court, Middle District of Florida, on July 25, 2008, under Bankruptcy Court Case No. 8:08-bk-11088-KRM. Pursuant to 11 U.S.C. § 362, an automatic stay is in effect, which stays any pending proceeding pursuant to the aforementioned statutory authority.

WHEREFORE, Defendant SMITH FAMILY HOMES CORPORATION requests that this action be stayed by operation of law.

Respectfully submitted,

Dated: May 25, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email <u>or</u> hand delivery and email <u>and</u> upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 25th day of May, 2010.

/s/ Raul R. Loredo
Raul R. Loredo