UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-04117 (E.D.La.) | |

**PLAINTIFFS' JOINT MOTION TO DISMISS CERTAIN DEFENDANTS, WITHOUT PREJUDICE, UNDER FED.R.CIV. P. 41(a) AND TO AMEND THE PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiffs, by and through their counsel, respectfully move this Honorable Court for an Order in the form appended hereto to dismiss certain defendants, without prejudice, under Fed.R.Civ.P. 41(a), and to amend the Plaintiffs' Second Amended Class Action Complaint (the "Complaint") under Fed. R.Civ.P. 15(a).[1]

For the reasons set forth in the Memorandum of law filed in conjunction herewith, Plaintiffs respectfully requests that the Court grant the instant motion to dismiss certain defendants and to amend the Complaint.

Dated: May 25, 2010

Respectfully submitted,

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

---

[1] Plaintiffs Third Amended Complaint–Class Action is attached hereto as Exhibit "A".

Ervin A. Gonzalez
Patrick S. Montoya
COLSON HICKS EIDSON COLSON MATTHEWS
MARTINEZ GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-476-7400
Fax: (305) 476-7444
*Co-Counsel for Plaintiffs*

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2010 Plaintiffs' Joint Motion to Dismiss Certain Defendants, Without Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Second Amended Class Action Complaint, Memorandum of Law in Support thereof and Proposed Order was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve on May 25, 2010 in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that I served the following defendants via Federal Express mail:

ATCO Int Corp.
150 E. 1st Ave., Apt. #310
Hialeah, FL 33010

Rothchilt International, Ltd.
N–510 Chia Hsn Bld
Annex 96 Chung Shan N. Rd.
Sec. 2
Taipei, Taiwan R.O.C.

Guangdong Knauf New Building Materials Products Co., Ltd.
No. 2 Xinsha Development Zone
Machong Country
RC-523147, Guangdong
China

I further certify that service on all other defendants was made by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*