UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>Vickers, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-04117 (E.D.La.) | |

### ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of the Plaintiffs' Joint Motion to Dismiss Certain Defendants, Without Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Second Amended Class Action Complaint, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

The class claims against Taylor Woodrow Communities at Vasari, L.L.C. are hereby DISMISSED without prejudice.

The individual claims by Walter M. Niemczura and Jim Tarzy against Taylor Woodrow Communities at Vasari, L.L.C. are hereby DISMISSED with prejudice.

The claims of Walter M. Niemczura and Jim Tarzy against all other defendants are hereby DISMISSED without prejudice.

The claims of Gene Raphael are hereby DISMISSED without prejudice.

The Clerk is hereby directed to enter Plaintiffs' Third Amended Class Action Complaint (Exhibit "A" to Plaintiffs' Motion to Dismiss and to Amend) on the docket.

1

Since the Court is aware that Plaintiffs have incurred considerable delay and cost in interpreting the Complaint for service on the foreign defendants, the Court does not wish to disrupt or further delay Plaintiffs' efforts to serve the foreign defendants. For this reason, within ten days of learning that any foreign defendant has been served with a copy of the translated Complaint, Plaintiffs are to mail a copy of the Third Amended Complaint to that defendant.

By the Court,

_____
J.