UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL NO. 2047 ) ) SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) JUDGE FALLON |
| Vickers, et al. v. Knauf GIPS KG, et al., Case No. 2:09-cv-04117 (E.D.La.) | ) ) MAG. JUDGE WILKINSON ) |

### NOTICE OF HEARING

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on June 9, 2010, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Plaintiffs' Joint Motion to Dismiss Certain Defendants, without Prejudice, Under Fed.R.Civ.P. 419(a) and to Amend the Plaintiffs' Second Amended Class Action

1

Complaint, and for such other and further relief as the Court may deem just and appropriate.

Dated: May 25, 2010

Respectfully submitted,

/s/ Arnold Levin
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Ervin A. Gonzalez
Patrick S. Montoya
COLSON HICKS EIDSON COLSON MATTHEWS MARTINEZ GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-476-7400
Fax: (305) 476-7444
*Co-Counsel for Plaintiffs*

Richard Serpe, Esquire
LAW OFFICES OF RICHARD J. SERPE
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

2

>Michael D. Hausfeld, Esquire
>Richard S. Lewis, Esquire
>James J. Pizzirusso, Esquire
>Faris Ghareeb, Esquire
>HAUSFELD LLP
>1700 K Street, N.W., Suite 650
>Washington, DC 20006
>Phone: (202) 540-7200
>Fax: (202) 540-7201
>*Co-counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May, 2010.

>/s/ Arnold Levin
>Arnold Levin, Esquire
>Fred S. Longer, Esquire
>Daniel Levin, Esquire
>Matthew C. Gaughan, Esquire
>LEVIN, FISHBEIN, SEDRAN & BERMAN
>510 Walnut Street, Suite 500
>Philadelphia, PA 19106
>Phone: (215) 592-1500
>Fax: (215) 592-4663
>*Co-counsel for Plaintiffs*