UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CASE NO. 2:09-MD-2047 SECTION "L" JUDGE FALLON |
| **This document relates to all cases.** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THE MITCHELL COMPANY'S RESPONSE TO THE PLAINTIFF STEERING COMMITTEE'S DOCUMENT REQUESTS CONCERNING INSURANCE MATERIALS**

Defendant The Mitchell Company ("Mitchell"), pursuant to Federal Rule of Civil Procedure 34 and in accordance with Pre-trial Order No. 24[1], responds to the Plaintiff Steering Committee's document request as follows:

**GENERAL OBJECTIONS**

1. Mitchell objects to the document request to the extent it seeks documents or information protected by the attorney-client privilege, the work product doctrine, or any other privilege recognized by law.

---

[1] Pre-trial Order No. 24 states that the March 26, 2010 subpoena served by the Plaintiff Steering Committee "shall be treated as a document request served pursuant to Rule 34 of the Federal Rules of Civil Procedure."

1

159248

2

2. Mitchell objects to the document request to the extent it seeks documents or information not in Mitchell's possession, custody, or control.

3. Mitchell objects to the document request to the extent it seeks to impose an obligation to provide documents or information beyond that required by the Federal Rules of Civil Procedure or the rules or orders of this Court.

4. Mitchell objects to the Definitions and Instructions as vague, overbroad, and unduly burdensome. Mitchell specifically objects to the definitions of the terms "Defendant," "you," and "your," and will interpret those terms to refer solely to The Mitchell Company.

5. Mitchell states that any production of privileged information is inadvertent and shall not constitute a waiver of any privilege or the right to object to the use of such information during this or any subsequent proceeding.

6. Mitchell reserves the right to supplement its response to this discovery request.

## RESPONSE

**REQUEST NO. 1:**

Certified copies of any and all documents relative to Deposition Topics 1 through 8 of Plaintiffs' Subpoena to Produce Documents, Information or Objects, including:

1. All policies of insurance which you believe should provide insurance coverage for the claims made against you in this litigation.

2. Any and all policies of insurance, issued to you or which you claim provide coverage in effect from 2005 through the present; including, but not limited to, any and all CGL, excess, and/or umbrella policies and state the following: policy holder, policy limits, policy terms, policy period, policy provider/insurance carrier, agent or underwriter that provided and/or

159248

sold the policy in effect or any and all policies of insurance in full force and effect from 2005 through present.

    3. Public Management Liability policies for directors of the corporation, if any.

    4. Primary Policies from 2005 to the present.

    5. Errors and Omissions policies, from 2005 to the present.

    6. Any and all claims made by you to your insurers related to the subject matter of the instant litigation.

    7. Any and all correspondence between you and insurance brokers and/or agents relative to claims made related to the subject matter of the instant litigation; including, but not limited to coverage, scope of coverage, demand for defense, demand for indemnification, reservation(s) of rights, and denial(s) of any potential coverage.

    8. Any and all correspondence/information regarding investigations conducted by insurers pursuant to the insured's request for coverage.

**RESPONSE TO REQUEST NO. 1:**

In addition to the General Objections, Mitchell objects to this request to the extent that it seeks information prepared in anticipation of litigation, constitutes attorney-work product, contains attorney-client communications, or is otherwise privileged. Mitchell further objects to this request as vague, ambiguous, unduly burdensome, and not calculated to lead to the discovery of admissible evidence. Mitchell also objects to the extent that this request requires Mitchell to reproduce any documents or information already provided in the form of Homebuilder Profile Forms. Subject to and without waiving these objections, Mitchell agrees to make available for inspection and copying, at a mutually agreeable time, copies of all non-privileged documents

responsive to this request that are in Mitchell's possession, custody or control. Mitchell specifically reserves the right to supplement this response at any future time.

                        Respectfully submitted,

                        */s/ Christy C. Harowski*
                        Steven W. Usdin, 12896  (TA)
                        susdin@barrassousdin.com
                        Christy C. Harowski, 30712
                        charowski@barrassousdin.com
                        BARRASSO USDIN KUPPERMAN
                           FREEMAN & SARVER, LLC
                        909 Poydras Street, Suite 2400
                        New Orleans, Louisiana  70112
                        Telephone:     (504) 589-9700
                        Facsimile:     (504) 589-9701

                        *Attorneys for The Mitchell Company*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Response to Plaintiff Steering Committee's Discovery Request Concerning Insurance Materials has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of May, 2010.

                        */s/ Christy C. Harowski*

159248