IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY LITIGATION | x | SECTION: L |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests, filed herein by CORNER STONE CONSTRUCTION OF S.W. FLORIDA, INC. A/K/A CORNER STONE CONSTRUCTION OF COLLIER CO., LLC ("CORNER STONE").

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant CORNER STONE shall be granted until June 17, 2010 within which to respond to Plaintiffs' Rule 34 Requests served in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

New Orleans, Louisiana, this __25th__ day of May, 2010.

*/s/ Eldon E. Fallon*

Honorable Eldon E. Fallon
United States District Judge

1062277