UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: **CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **Section L** |
| | * | |
| | * | **Judge Fallon** |
| **This document relates to All Cases** | * | |
| | * | **Mag. Judge Wilkinson** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

Agenda for May 27, 2010 status conference.

I. PRE-TRIAL ORDERS

II. PROPERTY INSPECTIONS

III. PLAINTIFF AND DEFENDANT PROFILE FORMS

IV. PRESERVATION ORDER

V. STATE/FEDERAL COORDINATION

VI. STATE COURT TRIAL SETTINGS

VII. MOTIONS IN THE MDL

VIII. DISCOVERY ISSUES

IX. FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

X. TRIAL SETTINGS IN FEDERAL COURT

XI. FILINGS IN THE MDL

XII. NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

XIII.    INSURANCE ISSUES

XIV.    HOMEBUILDER AND INSTALLER ISSUES

XV.     SERVICE OF PLEADINGS ELECONTRONICALLY

XVI.    MASTER COMPLAINT

XVII.   CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVIII.  OMNIBUS CLASS ACTION COMPLAINTS

XIX.    SPECIAL MASTER

XX.     KNAUF GIPS PERSONAL JURISDICTION MATTER

XXI.    FRE 706 DATABASE MANAGEMENT EXPERT

XXII.   FREQUENTLY ASKED QUESTIONS

XXIII.  MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE

XXIV.   WAREHOUSE INSPECTIONS

XXV.    NEXT STATUS CONFERENCE