UNITED STATES DISTRICKT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DEAN and DAWN AMATO,**<br>**Individually, and on behalf of all**<br>**others similarly situated, ET AL.,** | §<br>§<br>§<br>§ | **CASE NO.: 2:10-cv-00932** |
| *Plaintiffs,* | §<br>§ | **SECTION: L** |
| | § | **JUDGE FALLON** |
| v. | §<br>§ | **MAG: JUDGE WILKINSON** |
| **LIBERTY MUTUAL INSURANCE**<br>**COMPANY, ET AL.,** | §<br>§<br>§ | |
| *Defendants.* | §<br>§ | |

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by John C. Tollefson of the law firm Tollefson Bradley Ball & Mitchell, L.L.P., as attorney of record for Defendant, "Royal & SunAlliance Insurance Agency, Inc." The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, "Royal & SunAlliance Insurance Agency, Inc.," reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Royal & SunAlliance Insurance Agency, Inc., further avers that this Notice does not constitute as a waiver of service.

Dated:  May 26, 2010                              Respectfully submitted,


                                                  /s/ John C. Tollefson_____
                                                  John C. Tollefson
                                                  LBN 12848
                                                  Tollefson Bradley Ball & Mitchell, LLP
                                                  2811 McKinney Avenue, Suite 250 West
                                                  Dallas TX 75204
                                                  Telephone:    214.665.0100
                                                  Facsimile:    214.665.0199
                                                  johnt@tbbmlaw.com

                                                  **ATTORNEY FOR DEFENDANT
                                                  ROYAL & SUNALLIANCE
                                                  INSURANCE AGENCY, INC.**


                         **CERTIFICATE OF SERVICE**

       I hereby certify that on May 26, 2010, I electronically filed the foregoing with the Clerk

of Court by using the CM/ECF system which will send a notice of electronic filing to all parties

that are currently on the list to receive e-mail notices of this case.


                                                  /s/ John C. Tollefson_____
                                                  John C. Tollefson
                                                  LBN 12848
                                                  Attorney for Defendant
                                                  Tollefson Bradley Ball & Mitchell, LLP
                                                  2811 McKinney Avenue, Suite 250 West
                                                  Dallas TX 75204
                                                  Telephone:    214.665.0100
                                                  Facsimile:    214.665.0199
                                                  johnt@tbbmlaw.com

1010-050.10157.doc