UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, individually,
and on behalf of all others similarly situated,

      Plaintiff,

vs.

CASE NO. 09-7628

KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD., KNAUF PLASTERBOARD
(WUHU), CO., LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD.,

      Defendants.

_____/

## DEFENDANT, CAPE CEMENT & SUPPLY, INC.'s ANSWER TO COMPLAINT

COMES NOW the Defendant, CAPE CEMENT & SUPPLY, INC., by and through their undersigned attorney, and hereby file their answer to the Class Action Suit filed by the Plaintiffs as follows:

1. Admitted for jurisdictional purposes only.
2. Admitted for jurisdictional purposes only.
3. Admitted for jurisdictional purposes only.
4. Without knowledge, therefore, denied.

5-2072
    Without knowledge, therefore, denied.

2073-2093
    Without knowledge, therefore, denied.

2094. Admitted that Defendant, Cape Cement & Supply, Inc. is a Florida corporation; however, the remainder of the allegation is denied.

2095-2609
    Without knowledge, therefore, denied.

2610. Without knowledge, therefore, denied.
2611. Without knowledge, therefore, denied.
2612. Without knowledge, therefore, denied.
2613. Without knowledge, therefore, denied.
2614. Denied.
2615. Denied.



2616-2620.
   Denied
2621. Without knowledge, therefore, denied.
2622.. Without knowledge, therefore, denied.
2623. Admitted for identification purposes only.
2624. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2625. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2626. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2627. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2628. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2629. This allegation does not pertain to the Defendant, Cape Cement & Supply, Inc., therefore, denied.
2630. Without knowledge, therefore, denied.
2631. Without knowledge, therefore, denied.
2632. Without knowledge, therefore, denied.
2633. Without knowledge, therefore, denied.
2634. Without knowledge, therefore, denied.
2635. Without knowledge, therefore, denied.
2636. Without knowledge, therefore, denied.
2637. Denied.
2738. Without knowledge, therefore, denied.
2739. Without knowledge, therefore, denied.

## COUNT I
(Negligence All Defendants)

2640. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2641. Denied.
2642.. Denied.
2643. Denied.
2644. Denied.
2645. Denied.
2646. Denied.
2647. Denied.

## COUNT II
(Negligence Per Se)
(Against all Defendants)

2648. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.

2649. Denied.
2650. Denied.
2651. Denied.
2652. Denied.
2653. Denied.
2654. Denied.

## COUNT III
(Strict Liability)
(All Defendants)

2655. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2656. Denied.
2657. Without knowledge, therefore, denied.
2658. Denied.
2659. Admitted that drywall would go to consumers but unknown what drywall would have gone to the Class Members.
2660. Without knowledge, therefore, denied.
2661. Without knowledge, therefore, denied.
2662. Without knowledge, therefore, denied.
2663. Without knowledge, therefore, denied.
2664. Without knowledge, therefore, denied.
2665. Without knowledge, therefore, denied.
2666. Without knowledge, therefore, denied.
2667. Without knowledge, therefore, denied.
2668. Without knowledge, therefore, denied.
2669. Without knowledge, therefore, denied.
2670. Without knowledge, therefore, denied.
2671. Without knowledge, therefore, denied.
2672 Without knowledge, therefore, denied.

## COUNT IV
(Breach of Express and/or Implied Warranties)
(All Defendants)

2673. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2674. Without knowledge, therefore, denied.
2675. Without knowledge, therefore, denied.
2676. Without knowledge, therefore, denied.
2677. Without knowledge, therefore, denied.
2678. Denied.
2679. Denied.
2680. Denied.

## COUNT V
Breach of the Implied Warranty - Condominium Owners

2681. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2682. Unknown, therefore, denied.
2683-2689.
      Without knowledge, therefore, denied.
2690. Denied.
2691. Denied.
2692. Denied.

## COUNT VI
Breach of Implied Warranty of Habitability

This count is against Builders only - not relevant to Cape Cement & Supply, Inc.

## COUNT VII
Breach of Contract - Builders only

This count is against Builders only - not relevant to Cape Cement & Supply, Inc.

## COUNT VIII
Violation of the Louisiana New Home Warranty Act

This count is not applicable to Cape Cement & Supply, Inc.

## COUNT IV
Redhibition against All Defendants

2711. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2712. Without knowledge, therefore, denied.
2713. Denied.
2714. Without knowledge, therefore, denied.
2715. Without knowledge, therefore, denied.
2716. Without knowledge, therefore, denied.
2717. Without knowledge, therefore, denied.
2718. Without knowledge, therefore, denied.
2719. Without knowledge, therefore, denied.
2720. Without knowledge, therefore, denied.

## COUNT X
(Manufacturing Defendants)

2721. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.

2722. Without knowledge, therefore, denied.
2723. Without knowledge therefore, denied.
2724. Without knowledge, therefore, denied.
2725. Without knowledge, therefore, denied.
2726. Without knowledge, therefore, denied.
2727. Without knowledge, therefore, denied.
2728. Without knowledge, therefore, denied. Cape Cement is not a manufacturer.
2729. Without knowledge, therefore, denied.
2730. Denied.
2731. Denied.
2732. Denied.
2733. Denied.
2734. Without knowledge, therefore, denied.

## COUNT XI
### (Private Nuisance)

2735. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2736. Denied.
2737. Denied.
2738. Denied.
2739. Denied.
2740. Denied.
2741. Denied.

## COUNT XII
### (Negligent discharge of Corrosive Substance)

2742. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2743. Denied.
2744. Denied.
2745. Denied.
2746. Denied.
2747. Denied.
2748. Denied.

## COUNT XIII
### (Unjust Enrichment)

2749. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2750. Without knowledge, therefore, denied.
2751. Denied.
2752. Denied.

## COUNT XIV

(Violation of Consumer Protection Acts

2753. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2754. Admitted for jurisdictional purposes only.
2755. Denied.
2756. Denied.
2757. Denied.

## COUNT XV
(Equitable and Injunctive Relief and Medical Monitoring)

2758. Defendant, Cape Cement & Supply, Inc. would respond as previously stated.
2759. Denied.
2760. Denied.
2761. Denied.
2761. Denied.
2762. Denied.
2763. Denied.
2764. Without knowledge, therefore, denied.
2765. Denied.
2766. Denied.
2767. Without knowledge, therefore, denied.
2768. Denied.
2769. Without knowledge, therefore, denied.
2770. Without knowledge, therefore, denied.

I HEREBY CERTIFY that a true and correct copy of the above Answer on behalf of Cape Cement & Supply has been furnished by U.S. Mail to RUSS M. HERMAN, LEONARD A. DAVIS, Herman, Herman, Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 along with copies ot the Plaintiff's Steering Committee, a copy of the names and addresses are attached hereto, this 22nd day of April, 2010.

BURANDT, ADAMSKI, GROSSMAN & POWELL, PL
Attorneys for Cape Cement & Supply, Inc.
1714 Cape Coral Parkway East
Cape Coral, Florida 33904
(239) 542-4733
(239) 542-9203 (facsimile mail)

By: _____
ROBERT B. BURANDT
Florida Bar No. 434477