UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: KENNETH WILTZ, ET AL. | JUDGE FALLON |
| vs. BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY, ET AL. Case No.: 2:10-CV-00361 _____/ | MAG. JUDGE WILKINSON |

**EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

COMES NOW, Defendant, Timberline Builders, Inc. (hereinafter "Timberline"), which respectfully represents it requires additional time to respond to the Builder Profile Form but is diligent working to gather the information requested therein. This is the first request for an extension by this party.

WHEREFORE, Defendant, Timberline Builders, Inc., prays for an extension of time through and including June 20, 2010 to submit the Builder Profile Form required by the Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of May, 2010.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Timberline
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
          Steven G. Koeppel
          Florida Bar No. 602851