UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: KENNETH WILTZ, ET AL. | JUDGE FALLON |
| vs. BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY, ET AL. | |
| Case No.: 2:10-CV-00361 | MAG. JUDGE WILKINSON |

**ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM**

Considering the Motion for Extension of Time to Submit Builder Profile Form filed on behalf of Defendant, Timberline Builders, Inc.

Defendant, Timberline Builders, Inc. is HEREBY granted through and until June 20, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE