UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, individually,
and on behalf of all others similarly situated,

      Plaintiff,

vs.                                      CASE NO. 09-7628

KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD., KNAUF PLASTERBOARD
(WUHU), CO., LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD.,

      Defendants.
_____/

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 MAY 24 PM 12:12
LORETTA G. WHYTE
CLERK

## NOTICE OF APPEARANCE

COMES NOW the Defendant, CAPE CEMENT & SUPPLY, INC., and its attorney, ROBERT B. BURANDT of the law firm of BURANDT, ADAMSKI, GROSSMAN, & POWELL, PL and hereby gives notice of Mr. Burandt's appearance as counsel of record for the Defendant, CAPE CEMENT & SUPPLY, INC..

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the above and foregoing has been furnished by regular U.S. Mail to RUSS M. HERMAN, LEONARD A. DAVIS, Herman, Herman, Katz & Cotlar LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 along with copies of the Plaintiff's Steering Committee, a copy of the names and addresses are attached hereto, this 27 day of April 2010.

BURANDT, ADAMSKI, GROSSMAN, & POWELL, PL
Attorneys for the Defendant
1714 Cape Coral Parkway East
Cape Coral, Florida 33904
(239) 542-4733

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

BY: _____
ROBERT B. BURANDT
Florida Bar No. 434477

**PLAINTIFF'S STEERING COMMITTEE**

Arnold Levin
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106

Dawn M. Barrios
Barrios, Kingsford & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130

Ervin A. Gonzalez
Colson, Hicks, Edison, Colson
Matthews, Martinez, Gonzales, Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
Eschner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Hugh P. Lambert
Lambert & Nelson
701 Magazine Street
New Orleans, LA, 70130

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Ste. 1100
Dallas, TX 75219

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
& Warshauer, LLC
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800

Jerrold Seith Parker
Parker, Waichman, Alonso, LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive
Suite 600
Ft. Myers, FL 33907


**OF COUNSEL TO PLAINTIFF'S STEERING COMMITTEE**
Richard S. Lewis
Hausefeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 NE 2nd Avenue
Suite 201
Miami, FL 33137

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 301
580 East Main Street
Norfolk, VA 23510-2322