UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"], | CASE NO.: 10-361 SEC.L MAG 2 |
| Plaintiffs, | AMENDED CLASS ACTION COMPLAINT |
| v. | JURY TRIAL DEMAND |
| BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"], | |
| Defendants. | |

### NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT R.A. GRANT CORPORATION

**To the Clerk:**

Please enter the appearance of Paul Corley as attorney of record for Defendant R.A. Grant Corporation in the above-referenced action. Service of all papers by U.S. Mail should be addressed as follows:

Paul Corley, Esq.
4915 SW 27th PL
Cape Coral, FL 33914-6637
(239) 628-3545 (phone)
(239) 791-1188 (fax)
pccorleylaw@gmail.com

---

Paul Corley, Esq., 4915 SW 27th PL, Cape Coral, FL 33914, pccorleylaw@gmail.com; tel: 239-628-3545; Fax: 239-791-1188; admitted in
Florida and California – case no.10-361, Sect. L Mag 2

1

Dated this 20th of May, 2010

Respectfully submitted,

*Paul Corley*

Paul Corley, Esq.
Attorney for
R.A. Grant Corporation
4915 SW 27th PL
Cape Coral, FL 33914-6637
(239) 628-3545 (phone)
(239) 791-1188 (fax)
pccorleylaw@gmail.com


**Certificate of Service**: I hereby certify that a true and correct copy of the foregoing was served this 20th of May, 2010 by USPS and facsimile on:

<u>Liaison Counsel for the plaintiffs</u> Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113, fax 504-561-6024; and

<u>Liaison Counsel for the defendants</u> Kerry J. Miller, Frilot L.L.C., Suite 3700, 1100 Polydras Street, New Orleans, LA 70130, fax 504-599-8145; and

<u>Homebuilders' liaison counsel</u> Phillip A. Wittmann, Stone Pigman Walther Wittmann LLC, 546 Carondelet Street, New Orleans, LA 70130-3588, fax 504-596-0804

Paul Corley, Esq., 4915 SW 27th PL, Cape Coral, FL 33914, pccorleylaw@gmail.com; tel: 239-628-3545; Fax: 239-791-1188; Admitted in Florida and California – case no.10-361, Sect. L Mag 2

2