UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| **This document relates to:** **Northstar Holdings, Inc. v General Fidelity, et al.** **2:10-cv-00384-EEF-JCW** | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

An appearance is hereby filed jointly by Emily Sides Bonds and Sara C. Valentine of the law firm of Jones, Walker, Waechter, Poitevent, Carrère & Denègre, LLP, as additional attorneys of record for Defendant, QUANTA INDEMNITY COMPANY.  These attorneys are in addition to the attorneys listed in the Notice of Appearance previously filed on March 19, 2010, as attorneys of record for Quanta Indemnity Company in the above referenced case.  Quanta Indemnity Company expressly reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Quanta Indemnity Company further avers that this Notice does not constitute a waiver of service.

{N2158396.1}                                     1

Respectfully submitted,

/s/ *Sara C. Valentine*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
SARA C. VALENTINE (30773)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  svalentine@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

and

/s/ *Emily Sides Bonds*
Emily Sides Bonds (Alabama Bar No. BON014)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
One Federal Place
1819 5th Ave. North, Ste. 1100
Birmingham, AL 35203
Telephone: (205) 244-5235
Facsimile:  (205) 244-5435
E-mail: ebonds@joneswalker.com

*Attorneys for Quanta Indemnity Company*

{N2158396.1}                             2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of May 2010.

/s/ *Sara C. Valentine*
SARA C. VALENTINE