UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF MICHELLE GERMANO

I, Michelle Germano, declare as follows:

1. I am over the age of 18 and competent to testify to the following facts.

2. I own the residence located at 8171 North View Blvd., Norfolk, VA 23518. It was a new 3 story townhome when I purchased it on June 1, 2006 for $405,000. (It appraised for $426,000 in early 2009.) It is approximately 2,700 square feet. I resided there from June 1, 2006 to April 9, 2009.

3. In 2009, I determined that my home contained Taishan Drywall.

4. I have experienced premature HVAC, appliance and electronic failures in my home beginning the year listed, as follows:

   a. Item: Compressor failure, Year: 2009

   b. Item: Thermostat failure, Year: 2008

   c. Item: Sony DVD burner failure, Year: 2009

1

    d. Item: Portable DVD player failure, Year: 2009

    e. Item: HVAC coils replaced 3 times, Years: 2007, 2009

    f. Item: HVAC coils blackened, Year: 2009

    g. Item: Refrigerator failure, Year: 2007

    h. Item: Washer and dryer failures, Year 2009

    i. Item: Television failure, Year 2008

    j. Item: 2 electric coffee pots failures, Year: 2008

    k. Item: 2 VCRs failures, Years 2008, 2009

    l. Item: 2 telephone sets failures, Years 2007, 2008

    m. Item: 2 cell phones failures, Years 2008, 2009

    n. Item: 4 telephone headsets failures, Years 2007, 2008, 2009

    o. Item: 2 treadmills failed, Year 2008

    p. Item: Blue tooth headset failed, Year 2007

    q. Item: Computer failure, Year 2009

    r. Item: Printer/fax machine failure, Year 2009

    s. Item: Light fixtures malfunctioned, Year 2007

    t. Item: Circuit breaker malfunctioned, Year 2007

    u. Item: Gas burner on stove malfunctioned, Year 2007

    v. Waterford Chrystal Chandelier corroded, Year 2007

5. My townhome was perfect for me as it so suited my life style. I work from home so having the first floor for my office and my living quarters upstairs was ideal. As my home was my office, I spent all my working hours in the townhouse. I made the 3rd floor my gym,

where I worked out 5 days a week.

6. After a divorce, living in the northeast on September 11th, and losing my job, I moved back home to Norfolk in January 2006. I bought the end unit condo at Harbor Walk as it had an open design with sunshine coming in from 3 sides. Because I love to cook I purchased upgrades such as a gas stove and granite tops for the kitchen, and was able to select the tile, cabinets, floor coverings, etc. I grew herbs in the kitchen and had high end cooking implements. My window treatments and bedding were very expensive. My home was beautiful and furnished with fine pieces and accessories I had accumulated over 30 years. I loved to entertain family and friends with lavish meals. I often thanked God for blessing me with a lovely home to live and work in. I dedicated a portion of my bedroom for my prayers and meditation.

7. In the Spring of 2007 I noticed a smell in my home, but didn't know what it was. I have had as much of my furniture, carpets, and clothes cleaned as possible, but the odor still remains. Even bringing in a several different types of ozone machines to rid my home of the smell was unsuccessful.

8. Learning that my ill health was probably caused by the Chinese Drywall and not being able to tolerate the smell any longer, I moved out on April 9, 2009. I now live in an apartment of 1,000 square feet. This small apartment denies me one of my pleasures in life-hosting out of town friends for visits. My home had more than enough room to accommodate out of town guests. It is so small I had to leave most of my belongings in my townhome.

9. Since moving, I have spent more than $40,000 on my rent, purchase of new furniture (I left all my furniture at my home due to the smell), and mortgage and condo fees. Luckily, my mortgage holder extended a moratorium since June 2009; however, because I can no

longer afford the condo association dues, I have been sent to an attorney for collection.

10. I am a financially, physically and emotionally depleted single 60 year old with impaired health, no home, and a 15 year old car. My life was close to perfect before I bought a Chinese Drywall home as I was moving back to where I was raised, Norfolk.

11. I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_5.22.10_
Date

_Michelle Germano_
Michelle Germano

STATE OF VIRGINIA
COUNTY OF _Norfolk_

Sworn to and subscribed before me this _22_ day of _May_, 2010

_Latonya C. Baker_
NOTARY PUBLIC

My Commission Expires: _06/30/2011_

LATONYA S. BAKER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JUNE 30, 2011
COMMISSION # 7085173

4