UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF DENNIS JACKSON

I, Dennis Jackson, declare as follows:

1. I am over the age of 18 and competent to testify to the following facts.

2. I purchased the residence located at 8151 North View Blvd., Norfolk, VA 23518 on October 24, 2008 with my wife. We paid $329,000 for the newly constructed 2500 square foot home, and put $50,000 down.

3. Since the purchase I have continued to work in Northern Virginia and return to the Norfolk area on the weekends. I have lived in our home only on weekends and vacations from work.

4. Some of the premature HVAC, appliance and electronic failures we experienced in our home during the 4 months my wife lived there full time and the dates the failures began are as follows:

    a. My desktop computer would not remain on. Year: 2008

1

  b.  HVAC coils replaced. Year: 2008

  c.  HVAC coils (set 2) blackened sulfur. Year: 2008.

  d.  Copper wires in outlets on all floors blackened. Year 2008.

  e.  Refrigerator coils blackened. Year: 2008.

  f.  Silver jewelry corroded. Year: 2008.

  g.  Television picture continually shrinks. Year: 2008

  h.  My wife's insulin pumps corrode after 3 to 4 weeks use. Year: 2008.

 5. My wife and I had been looking at the Hampton Roads area for retirement for quite a while. We drove to Harbor Walk several times and found it to be a very appealing neighborhood. Because the homes were so large, we felt a home there would be out of our price range. We would have to do something drastic to purchase something as beautiful and so close to the water, but thought it would be worth it because our families would come on vacations. Sharon quit her job in Northern Virginia and I borrowed $50,000 from my 401(k) retirement plan to put into our new investment, our retirement home. We spent a lot of our money buying and furnishing our home and preparing our life in the Norfolk area.

 6. While home on the weekends, I began to notice a pattern- during my weekend visits, I felt like I was getting sick. I would sleep all the time, feeling extremely exhausted and suffering from very painful headaches. When I would travel back to Northern Virginia to begin the work week, these symptoms would disappear.

 7. Sharon moved totally out of our home in March 2009. She lived in our home continually for 4 months, and neither of us has lived in our home due to Chinese Drywall for 15 months. All of our belongings are still there.

8. My weekend trips home have become less frequent since we have abandoned our home. My wife and I now travel for the weekend to give friends and family members a break from taking us in.

9. We had to find a home for our dog until we can get our home remediated and can return; I am absolutely sick over the loss of our home, belongings and dog.

10. After the CPSC determined we had contaminated Taishan Drywall, we knew the source of our problems and that we had to move.

11. We were so happy with the floor plan of our home; the home was just what we wanted. We found a home with wide, open spaces and lots of closets.

12. Although it was a new house, we discovered that the HVAC coils were replaced before we moved into the home. We had no idea why or that the HVAC problem would continue.

13. My wife is living at another person's home and we are paying $800 a month for those living arrangements; additionally, we pay about $150 a month for our home's utilities. After purchasing and furnishing the home and now paying rent and our home's utilities, we are unable to save or invest anything. We put every piece of our hard earned money into a dream home we planned to retire in and because of the Chinese Drywall everything is lost. I am devastated.

14. I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5/22/2010
Date

_____
Dennis Jackson

STATE OF VIRGINIA

COUNTY OF Virginia Beach

Sworn to and subscribed before me this 22 day of May, 2010

_____
NOTARY PUBLIC

My Commission Expires: Feb 28, 2011

DEANNA GOULETTE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2011
COMMISSION # 7132990