UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### DECLARATION OF SHARON JACKSON

I, Sharon Jackson, declare as follows:

1. I am over the age of 18 and competent to testify to the following facts.

2. My husband and I own our home at 8151 North View Blvd., Norfolk, VA 23518. We purchased the newly constructed 2500 square foot home in October 2008 for $329,000. We immediately moved into our home in October 2008, and due to the presence of Chinese Drywall began to move out in January 2009. Since March 2009 we have not resided in our home, although all the belongings and furnishings we have acquired over our lifetimes are still there.

3. In 2008 we determined that our home contained Taishan Drywall.

4. Some of the premature HVAC, appliance and electronic failures we experienced in our home during the 4 months I lived there full time and the date the failures began are as follows:

   a. Desktop computer would not remain on. Year: 2008

1

  b. HVAC coils replaced. Year: 2008

  c. HVAC coils (set 2) blackened. Year: 2008.

  d. Copper wires in outlets on all floors blackened. Year 2008.

  e. Refrigerator coils blackened. Year: 2008.

  f. Silver jewelry corroded. Year: 2008.

  g. Television picture continually shrinks. Year: 2008.

  h. Batteries in insulin pump corrode after 3 to 4 weeks use (with usual lifetime of 2-3 months). Year: 2008.

5. My husband and I worked in Northern Virginia for over 15 years and wanted to move to a place where the traffic and hustle were at a slightly slower pace. We visited the Hampton Roads area several times determining if it was the right location for us and how much we could afford. After several visits we decided that Harbor Walk was where we wanted to have our perfect home. We always dreamed of being by the water, so this was a dream come true. I fell in love with the floor plan at 8151 North View Blvd. in Norfolk as it provided extensive open space for living and entertaining. After making a final decision to purchase it, my husband borrowed $50,000 from his 401(k) retirement plan for the down payment.

6. When we walked through the home before purchase, we questioned the seller about the smell and how strong it was. He acknowledged it and told us the smell was due to the home not being occupied and closed for 2 years.

7. The odor remained even though we lived in the house. My nostrils feel as if they are being burned by a chemical or gas when I am in my home.

8. In the first 4 months we lived there I experienced headaches, fatigue, nose bleeds,

eye irritation, respiratory problems, and shortness of breath. Walking up our stairs was difficult.

9. When the CPSC determined we had Chinese Drywall on all three floors and when we began to associate our health issues with Chinese Drywall, we knew we had to move out. My husband and I began the process of moving out in January 2009, but only found temporary housing at that time. It wasn't until March 2009 that we were able to move into the home of friends. (We pay $800 a month for these living arrangements as well as about $150 a month for our home's utilities. Our mortgage company has extended a forbearance of our mortgage, but only for 3 months at a time.)

10. Our choice of homes was perfect for us and it breaks my heart to not live in our dream home. We invested every spare dollar into our perfect home which has all new furniture, televisions, wall hangings, and window coverings. We rent just a few miles away from our home and it hurts to know we can't live in it.

11. Each season I must go to our home to retrieve clothes for us. I take the clothes from our home to the dry cleaners to attempt to rid them of the smell. Returning to our home periodically is emotionally draining for me.

12. I desperately want to live back in my home.

13. I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5-22-10
Date

Sharon Jackson

STATE OF VIRGINIA

COUNTY OF Virginia Beach

Sworn to and subscribed before me this 22 day of May, 2010.

_Deanna M Goulette_
NOTARY PUBLIC

My Commission Expires: Feb 28, 2011

```
DEANNA GOULETTE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2011
COMMISSION # 7132990
```