UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

### DECLARATION OF JASON DUNAWAY

I, Jason Dunaway, declare as follows:

1) I am over the age of 18 and competent to testify to the following facts.

2) My wife, Lisa Dunaway, and I own the residence located at 27037 Flaggy Run Road, Courtland, VA 23837. We purchased it on February 16, 2007 for $229,000. It has 1985 square feet. We resided in our home from March 2007 to May 2009.

3) In 2009, I determined that my home contained Taishan Drywall.

4) We have experienced premature HVAC, appliance and electronic failures in my home which were discovered on the following dates:

   a. Item: 50" television, Year: 2007

   b. Item: HVAC indoor coils replaced, Year: 2007

   c. Item: HVAC compressor replaced, Year: 2007

   d. Item: HVAC indoor coils replaced, Year: 2007

   e. Item: HVAC outdoor unit replaced, Year: 2007

   f. Item: HVAC indoor coil replaced, Year: 2007

1

g. Item: Hair dryer, Year: 2007

h. Item: Flat iron, Year: 2007

i. Item: Coffee pot, Year: 2007

j. Item: Toaster, Year: 2007

k. Item: Heating strip, Year: 2008

l. Item: Thermostat, Year 2008

m. Item: Hair dryer, Year: 2008

n. Item: Flat iron, Year: 2008

o. Item: HVAC indoor coils, Year: 2008

p. Item: Washing machine, Year: 2008

q. Item: Dryer, Year: 2008

r. Item: 32" television, Year: 2008

s. Item: DVD player, Year: 2008

t. Item: DVD player, Year: 2008

u. Item: Mac laptop computer, Year: 2008

v. Item: Mac computer, Year: 2008

w. Item: Scanner, Year: 2008

x. Item: Printer, Year: 2009

y. Item: External hard drive 500 gb, Year: 2009

z. Item: Refrigerator, Year: 2009

aa. Item: Smooth top stove/convection oven, Year: 2009

bb. Item: Range hood microwave, Year: 2009

cc. Item: Surround sound receiver, Year: 2009

5) In August of 2006, years after being in the construction industry and seeing hundreds of other people's dreams come true through my work, I was finally able to achieve our family's dream. We were able to purchase a piece of land and build our dream home. Our home was to be our safe haven for living and watching our children play and grow; we never would have to worry about renting again. I spent many hours selecting and choosing building materials that were made to last and improve the quality of my home.

6) In March of 2009, I discovered my dream home that I was so proud of building and owning had Chinese Drywall. At first it was hard to believe, but after so many failed electronics and mechanical issues that do not happen in a new house, I had to face the scary reality that my dream home was now ruined.

7) The emotional stress that I have been unfairly put under due to the Chinese Drywall in the home that I worked so hard to build, that was supposed to be safe and secure for my family, is an unsafe environment. Our family has lost everything. I spend many hours wondering what it would have been like living in a house where my family was happy and safe. It is very heartbreaking to drive by my home every morning and evening knowing we have been deprived of living there. We live less than a half of a mile away from my "so called" dream home in a rental property.

8) Our home, our savings and retirement are gone due to Chinese Drywall. I filed for bankruptcy and live with the knowledge that I can't provide a safe shelter for my family; my family has lost everything. As a sole provider, my primary responsibility is to provide them a safe roof over their heads, and I failed due to Chinese Drywall. As a

father, I have spent many tearful nights answering my children's cries of why they have lost everything.

9) I have watched my wife physically suffer while living in our Chinese Drywall house; I now watcher her cry over our loss on a daily basis despite comforting her as best I can. This is the hardest thing I have ever done in my life. My family may never fully recover from how our world has changed due to Chinese Drywall.

10) I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

May 24, 2010
Date

_____
Jason Dunaway

STATE OF VIRGINIA
COUNTY OF Chesapeake

Sworn to and subscribed before me this 24th day of May, 2010

Pamela B Snedecor
NOTARY PUBLIC

My Commission Expires: march 31, 2011

```
PAMELA B. SNEDECOR
Notary Public
Commonwealth of Virginia
196994
My Commission Expires Mar 31, 2011
```

4