UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Germano, et al. v. Taishan Gypsum Co., Ltd.,
f/k/a Shandong Taihe Dongxin Co. Ltd., et
al., Case No. 2:09-cv-6687 (E.D.La.)

## DECLARATION OF LISA DUNAWAY

I, Lisa Dunaway, declare as follows:

1)      I am over the age of 18 and competent to testify to the following facts.

2)      My husband, Jason Dunaway, and I own the residence located at 27037
Flaggy Run Road, Courtland, VA 23837.  We purchased it on February 16, 2007 for
$229,000.  It has 1985 square feet.  We resided in our home from March 2007 to May
2009.

3)      In 2009, I determined that my home contained Taishan Drywall.

4)      We have experienced premature HVAC, appliance and electronic failures
in my home which were discovered on the following dates:

      a.  Item: 50" television, Year: 2007

      b.  Item: HVAC indoor coils replaced, Year: 2007

      c.  Item: HVAC compressor replaced, Year:2007

      d.  Item: HVAC indoor coils replaced, Year: 2007

      e.  Item: HVAC outdoor unit replaced, Year: 2007

f.   Item: HVAC indoor coil replaced, Year: 2007

g.   Item: Hair dryer, Year: 2007

h.   Item: Flat iron, Year: 2007

i.   Item: Coffee pot, Year: 2007

j.   Item: Toaster, Year: 2007

k.   Item: Heating strip, Year: 2008

l.   Item: Thermostat, Year 2008

m.   Item: Hair dryer, Year: 2008

n.   Item: Flat iron, Year: 2008

o.   Item: HVAC indoor coils, Year: 2008

p.   Item: Washing machine, Year: 2008

q.   Item: Dryer, Year: 2008

r.   Item: 32" television, Year: 2008

s.   Item: DVD player, Year: 2008

t.   Item: DVD player, Year: 2008

u.   Item: Mac laptop computer, Year: 2008

v.   Item: Mac computer, Year: 2008

w.   Item: Scanner, Year: 2008

x.   Item: Printer, Year: 2009

y.   Item: External hard drive 500 gb, Year: 2009

z.   Item: Refrigerator, Year: 2009

aa. Item: Smooth top stove/convection oven, Year: 2009

bb. Item: Range hood microwave, Year: 2009

cc. Item: Surround sound receiver, Year: 2009

5)      We designed the home of our dreams and had it custom built.  My husband's parents never owned a home, and mine were only able to own a home when they were much older than we were.  We were so proud of ourselves for being able to build our dream home at our ages, 26 and 35.  We searched for the ideal property in the country in a small town.  It was a quiet, safe place for us to raise our family.  We spend months excitedly discussing what we wanted in our home, and I spent hours choosing every element to be built in our home – the carpet, tile, granite, cabinets, fixtures, lighting, and paint colors.  We were so excited!  Our children (ages at the time were 2 and 5) were ecstatic for they had a new house and a large yeard in which they could play outside.

6)      In March 2007, we moved into our own, new home.  We saved for years to buy all new furniture in 2006 anticipating the move to our home.  My family had lived with "hand-me-down" furniture mixed and matched pieces for years so we could save money for our dream home.

7)      A tragedy occurred in 2009 when we discovered our home had Chinese Drywall and we had to abandon it in May 2009.  We enjoyed our dream home for only 2 years.  My husband, children and I lost all of our belongings.  As a parent, it is sickening to see your children have to abandon their bedroom furniture, clothes, toys, and the security of their home.  My husband and I lost all that we worked for and put into our home.  Due to the health problems we had while living in our Chinese Drywall home, we left everything behind.  When we did try to salvage a few items, they caused such severe skin reactions in our son and illness to myself that we gave up on saving any

belongings. We had to give away 2 family pets as our rental house only allows one dog.

8)     It is almost impossible to adequately describe the stress, devastation and feelings of loss and hopelessness that Chinese Drywall has put on our family. We have endured so much, and still are enduring the aftermath of Chinese Drywall destruction. Our emotional , financial , and physical lives have taken an unfair and unjust blow. We drained our savings and retirement funds, filed bankruptcy and lost our home to keep our family safe from Chinese Drywall.

9)     Filing for bankruptcy and having foreclosure proceedings begun against our home does not even compare to the loss and anguish felt when we had to send our children to live with my parents in another state for more than 2 months while we stayed on couches at various friends' homes waiting for an available rental property. Even though we knew our children were safe with my parents, the sadness of not being together as a family was torture.

10)    Our children now live with the bare essentials due to the financial repercussions of this disaster. My husband and I have had to "put on" the bravest of faces when dealing with the loss of everything to our children; the emotions of explaining to them why we lost everything is heart wrenching. They are too young to have such loss.

11)    We are scarred deeply by this disaster and I am unsure if we will ever truly recover from it. I miss having my home and my belongings we worked so hard for; my security was ripped away from me. I have endured almost daily panic attacks due to the stress this has caused my family. We are now bankrupt, having lost our dream

4

custom built home, our furniture, our clothes, and family heirlooms. The American dream of owning your home has become a nightmare due to Chinese Drywall.

12) I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

May 24, 2010
Date

Lisa Dunaway

STATE OF VIRGINIA

COUNTY OF Southampton

Sworn to and subscribed before me this 24th day of May, 2010



Amy B. Carr
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7075082
My Commission Expires
June 30, 2010

Amy B Carr
NOTARY PUBLIC

My Commission Expires: 6/30/10

City County of Southampton
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this 24th day of May, 2010
by Lisa Dunaway

Amy B. Carr                    **Notary Public**
My commission expires 6/30/10

5