UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF RONALD E. WRIGHT, P.E.

I, Ronald E. Wright, declare as follows:

1.    I graduated with a Bachelor of Science in Civil Engineering and Master of Business Administration degrees from the University of Toledo, and am a licensed Professional Engineer in the states of Virginia, North Carolina, Maryland, New Jersey, South Carolina, and Ohio. I have since been involved in construction for over 30 years. I am currently employed by Buric and have been for the past twenty-one years. With Buric, I have performed forensic investigations and provided opinions regarding construction issues and building problems that included developing the scope of repair necessary and the estimated cost of repairs. I have presented at numerous seminars regarding various construction issues on topics including: problems with mold, water intrusion, and defective materials; their effects on buildings; and the repairs necessary to address these problems. I have formed opinions regarding these construction issues through the use of my technical education and training, twenty-one plus years of hands-on

1

field experience including investigations of over 1,000 buildings and the subsequent remediation needed to address the building problems. I have also extended considerable time and effort in the research of publications and studies by other forensic investigators and trade associations, and the review of national standards and guidelines. I have been retained in numerous matters to provide expert opinions regarding building problems. My curriculum vita is attached as Exhibit 1. A listing of those depositions, arbitrations, and trials in which I have provided expert testimony over the past four years is attached as Exhibit 2. My hourly rate for services rendered on this matter is $225/hour.

2.   I have been asked to evaluate the property damage caused by Taishan Drywall based on the data available for the homes of Michelle Germano, Dennis and Sharon Jackson, and Jason and Lisa Dunaway in the Norfolk/Chesapeake, Virginia area (the "proposed class representatives"). In a prior legal proceeding in the *Germano* case – the February 19 and 22, 2010 remediation trial for the 7 Plaintiff Intervenors (hereinafter the "Germano Remediation Proceeding"), I did extensive evaluation of damages caused by Taishan Dyrwall as summarized in my expert report and trial testimony. Virginia Taishan Drywall Cases Expert Report (12/23/09) (Exhibit 3); *Germano* Trial Transcript, (2/22/10) Vol. II at 62(24) – 125(8). My prior work included the inspection of seven Virginia Taishan Drywall homes selected to represent a cross-section of Virginia homes, and the inspection of "control homes" (similar homes to the seven but with no Chinese Drywall). I participated in the development of a scope of work to remediate these homes to return them to their pre-damaged condition. This scope of work is very similar to that utilized by Florida builders presently doing Chinese Drywall home remediation

such as Beazer Homes. It is also similar to the scope of work recommended by the Consumer Product Safety Commission ("CPSC"). This scope of work for each of the seven Taishan Drywall homes was subjected to two independent construction bids from Virginia general contractors. Evaluating these bids across the cross-section of homes I determined the average cost of remediation for these type of homes is $86/square foot. I also evaluated the need for a professional environmental inspection at the conclusion of the remediation to certify the remediation successfully returned the homes to its pre-damage condition. I determined the cost of such an inspection and certification to be $12,500 per home. Furthermore, I evaluated the occurrence of premature failures of HVAC, appliance and electronics in this cross-section of homes. I rely on this prior work in evaluating the data available for the homes of Michelle Germano, Dennis and Sharon Jackson, and Jason and Lisa Dunaway.

3. I have reviewed the FRE 1006 Summary of Screening Data for Virginia Taishan Homes, P1.1824, pertaining to the homes of Michelle Germano, Dennis and Sharon Jackson, and Jason and Lisa Dunaway. I have also reviewed the proposed class representatives' Declarations filed in this proceeding, their Plaintiff Fact Sheets, and the Venture Supply Delivery Records pertaining to their homes.

4. The homes of Michelle Germano, Dennis and Sharon Jackson, and Jason and Lisa Dunaway are of a similar type of construction, similar size,[1] and similar time period of construction as the cross-section of homes studied in the *Germano* Remediation Proceeding. The proposed class representatives' homes are built with the same Taishan Drywall product as the seven Plaintiff Intervenor homes. The class representatives' homes have experienced the same

type of corrosion damage as the seven Plaintiff Intervenor homes and require the same remediation as that recommended for the seven Plaintiff Intervenors.

5. The screening inspection data for each of these homes shows positive product identification by photographic documentation of Taishan Drywall. The Venture Supply delivery records confirm that significant quantities of Taishan Drywall were used in the construction of these homes.

6. The screening inspection data also documents widespread corrosion damage typical of a Chinese Drywall home. The data show laboratory confirmation that the corroded "scrapings" from the HVAC and wires in these homes are copper sulfide – the type of corrosion product associated with Chinese Drywall. The screening inspection data also includes photographic documentation of corroded HVAC, wires, and outlets in each of the homes.

7. Based on this documentation, it is clear that each of these homes meets the defective Chinese Drywall case definition set out by the CPSC Interim Guidance and the Florida Department of Health. CPSC, P1.1844 at Threshold Inspection (a, b), Corroborating evidence (a, b, c); FDOH, P1.1841 at Criteria 1 (1, 2, 3), and Criteria 2 (1, 2). Similarly, the seven Plaintiff Intervenor homes making up the cross-section of homes that were the subject of the *Germano* Remediation Proceeding, also met these criteria.

8. The homes of the proposed class representatives will require the same remediation as recommended for the Plaintiff Intervenors cross-section, in order to return the homes to their pre-damaged condition. The remediation in the Virginia market for these type of homes will cost an average $86/square foot. The homeowners will also require a post-remediation inspection and

---

[1] The PFS estimated square footage of the proposed class representatives' homes as follows: Germano: 2600 sq. ft.;

4

certification to assure the remediation has repaired all the damage. The cost of this inspection and certification is $12,500 per home. The homeowner will need to vacate the home for a period of six months during the remediation. The average alternative living costs for the Virginia cross-section for this time period is $11,611.80 per household. The Plaintiff Intervenor homeowners also experienced personal property damage to appliances, electronics, and other items as a result of the exposure to corrosive gases. On average, these damages amounted to $4,872.71 per household for the Plaintiff Intervenor cross-section of homes.

9. In addition to reviewing available data on the homes of the proposed class representatives, I have reviewed additional screening data relating to the homes of approximately 100 other Virginia homes with Taishan Drywall, as well as Venture Supply Delivery Records pertaining to hundreds of Virginia residences. The homes that have undergone screening inspections are built with the same Taishan Drywall product as the homes of the seven Plaintiff Intervenors and the proposed class representatives. These homes also demonstrate the characteristic corrosion damage of the other Taishan Drywall homes, such as the ones I have inspected.

10. Relying on the data reviewed above, I will be able to estimate damages based on objective damage values for members of the proposed class for remediation, post-remediation inspection and certification, alternative living costs and personal property losses. I also will be able to estimate the number of Virginia homeowners with Taishan Drywall who are eligible to be class members of the proposed class.

---

Jackson: 2500 sq. ft.; and Dunaway: 2000 sq. ft.

5-21-10
Date

Ronald E. Wright, P.E.

Sworn to and subscribed before me this 21 day of MAY, 2010

Donna M Grochowski
NOTARY PUBLIC

My Commission Expires: march 28 2012

[Notary Public Seal: Donna M Grochowski, New Hanover County, NC]