UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF RICHARD SERPE

I, Richard Serpe, declare as follows:

1. I am a 1986 order of the coif graduate of Tulane University Law School, with a Masters of law from Tulane as an additional per degree in 1991. I have been a member of the United States District Court for the Eastern District of Louisiana since October 14, 1986. I have tried multiple cases in the Eastern District of Louisiana. I practiced environmental and other complex litigation while with the law firm of Martzell and Bickford.

2. For the last 20 years, I have been practicing environmental and other complex litigation across the United States from law offices in Virginia. I am licensed to practice in Louisiana, Texas and Virginia. I have an AV rating from Martindale Hubbell.

3. I am counsel for the proposed Virginia class representatives Michelle Germano, Dennis and Sharon Jackson, and Jason and Lisa Dunaway.

4. Each of these plaintiffs have properly filed a completed Plaintiff Fact Sheet (PFS) which

provides the product identification for Taishan Drywall in their homes. Exhibit ("Ex") 1.

5. I have retained professional environmental scientists to inspect the homes of the proposed class representatives. As a result of these inspections I have obtained photographic product identification of Taishan Drywall in these homes. Ex. 2 (FRE 1006 Summary of Screening Data for Virginia Venture Taishan homes, P1.1824-0001).

6. The screening data indicates that the homes of the proposed class representatives have experienced typical Chinese Drywall corrosion damage to the HVAC systems, the wiring, and other metal surfaces in the homes.

7. The homeowners report that HVAC, appliances and other electronics have prematurely failed in these homes. Summary Screening Data, Ex. 2; Crawford Inspection Forms for Germano, Ex. 3; Declaration of Proposed Class Representatives, Ex. 4.

8. The Summary Screening Data in conjunction with the proposed class representative Declarations provide data addressing the following: product identification, the presence of sulfur odors in the home, the presence of corrosive drywall in the home, the presence of corroded metal surfaces in the home typical of Chinese Drywall exposure (copper sulfide corrosion), and premature failure of HVAC, appliances and electronics. This is similar to the data that existed to support the claims of the seven Plaintiff Intervenors in the *Germano* Proceedings of February 19 and 22.

9. Furthermore, the inspectors have now inspected and analyzed samples from approximately 40 additional Taishan Drywall residences not listed on Ex. 2, which also contain corrosive drywall. Therefore, there are approximately 100 Taishan homes in Virginia for which there exists the same type of data as described immediately above.

10. Discovery materials establish, and the Court has found, that Venture Supply Inc. purchased Chinese Drywall from Taishan in 2005, which was delivered to Venture Supply beginning in February of 2006. All of the drywall was marked with the legend "4x12x1/2 Gypsum Board Distributed by Venture Supply Inc." On the back of each board a stamp indicated "Venture Supply Inc. MFG Shandong Taihe Dongxin, Co Ltd. China." This Taishan Drywall was delivered to home construction sites in Virginia in 2006 and 2007. *Germano et al. v. Taishan,* Findings of Fact and Conclusions of Law ("FOFCOL") at 8-9 (Docket #2380).

11. I have reviewed and summarized the Venture Supply delivery records. Venture Updated Chart, Ex. 5. This delivery database represents shipments that were delivered both within Virginia and outside the state. With respect to deliveries within the state of Virginia, a significant number of deliveries were supplied for commercial, not residential application. The Venture Supply delivery records show the address for each delivery. By utilizing these records, my office has verified that in excess of 400 of the listed addresses are residential addresses. There are additional addresses listed on the delivery records for which at this time it could not be established if they are residential. Ongoing investigations and discovery may allow for a determination of whether there were additional Taishan deliveries to Virginia residences beyond the 400 identified thus far in Ex.5. Of these 400 residences, I am aware that some 100 homeowners have already obtained a remediation and have released and assigned their property damage claims to a third party.

12. Each of the proposed class representatives has fully cooperated with counsel and the court in this litigation. Each has completed and filed a PFS. Each has subjected his or her home to a screening inspection to determine product identification and the fact of corrosion damage. Each

has sworn out a declaration that he or she understands the responsibilities of a class representative and each accepts those responsibilities.

13. The Curriculum Vitae of proposed class counsel Russ Herman, Arnold Levin, Ervin Gonzalez, Richard Lewis and myself are attached hereto as Ex. 6.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5-21-10
Date

Richard Serpe