UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
| --- |
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information

Name Property Owner: Dennis and Sharon Jackson
Address of Affected Property: 8151 N. View Boulevard
Norfolk, Virginia 23518

Is this Property:* (Residential) Commercial Governmental
Name of Person Completing this Form: Sharon Jackson
Is above your primary residence? (Yes) No
Mailing Address (if different):

Phone: (540) 842 - 6009

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant) Owner Only Renter-Occupant
Represented By: Richard J. Serpe, P.C.
Address: 580 E. Main Street, Suite 310
Norfolk, Virginia 23510-2322

Phone: (757) 233-0009
Case No. /Docket Info:

### Section II. Insurance Information

Homeowner/ Renter Insurer: Balboa Insurance Company
Policy #: BH04600563
Agent: Suzanne Harding
Address: P.O. Box 9061
Carlsbad, CA 92018-9061

Phone: (800) 905-7550

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
| --- | --- | --- | --- | --- | --- | --- |
| | Move-In | Leave | | | | |
| Dennis C. Jackson | 10/24/08 | / / | (M)/ F | 04/15/64 | (Yes) No | Owner partial occupant |
| Sharon L. Jackson | 10/24/08 | / / | M /(F) | 04/23/64 | (Yes) No | Owner partial occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? **Yes** / No

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection? **Art Gleason**

      1.2. When did the inspection take place? **04 / 21 / 09**

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? **Yes** / No

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination? **Art Gleason**

      2.2. When was this determination made? **04 / 21 / 09**

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Taishan Gypsum Co. | Venture Supply | All floors |
|  |  |  |
|  |  |  |
|  |  |  |

### Section VI. Home Information

| | |
|---|---|
| Approx. Sq. Ft. of House: | 2500 |
| Estimated Sq. Ft. of Drywall: | |
| Height of Interior Walls: | 9 Ft |
| Number of Bedrooms: | 3 |
| Number of Bathrooms: | 3 1/2 |

| | Yes | No |
|---|---|---|
| Occupied | X | |
| Year-round | | |
| Summer | | |
| Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | X | | |
| Copper Fixtures | | | X |
| Other Fixtures | | X | |
| Were repairs made to the plumbing system? | | X | |
| Dates: N/A | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | X | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)
Start Date: / /    Completion Date: / /
Move In Date: / /    Date Acquired Home: / /

Date Range for Renovations: (Month/Day/Year)
Start Date: / /    Completion Date: / /
Move In Date: / /

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | X | |
| First Floor: Full Wall of drywall replaced | | X | |
| Second Floor: Any drywall replaced | | X | |

### Section VIII. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name: **Clark Whitehill / Harbor Walk LLC**

Address: **8141 Shore Drive, Norfolk, VA**

Phone: **(757) 588-4075**

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section IX. Drywall Installer

(See M. Germano copy)

Drywall Installer's Name: **Porter-Blaine Corp.**

Address: **1140 Azalea Garden Rd, Norfolk, VA**

Phone: **(757) 855-5433**

### Section X. Drywall Supplier

Drywall Supplier's Name: **VENTURE SUPPLY**

Address: **1140 Azalea Garden Rd, Norfolk, VA**

Phone: **(757) 855-5433**

| Section XI. Verification of Plaintiff Profile Form |

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

_Dennis C Jackson_  8-26-09
Claimant's Signature       Date Signed

_[signature]_  8-26-09
Claimant's Signature       Date Signed

_____  _____
Claimant's Signature       Date Signed

_____  _____
Claimant's Signature       Date Signed

_____  _____
Claimant's Signature       Date Signed

_____  _____
Claimant's Signature       Date Signed

Balboa Insurance Company
Processing Center
P.O. Box 9061, Carlsbad, CA 92018-9061

D-BILL: DENNIS JACKSON
NEW POLICY

PAGE: 1

| GA: | 1 | PRODUCER: 150151 | (800) 333-0980 |
|---|---|---|---|
| ARROWHEAD GENERAL INSURANCE AGENCY, INC.<br>P O BOX 9061<br>CARLSBAD, CA 92018-9061 | | NORTHEAST AGENCY INSURANCE SVCS<br>2495 MAIN ST SUITE 209<br>BUFFALO, NY 14214 | |

**NAMED INSURED AND ADDRESS**
DENNIS JACKSON
8151 N VIEW BLVD.
NORFOLK, VA 23518

**LOCATION** (if different from Insured address)

TERR: 083

**POLICY NO:** BHO4600563   **Policy Period:** 5/14/2009 to 5/14/2010
**HOMEOWNERS DECLARATIONS**   12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

COVERAGE PROVIDED WHERE PREMIUM OR LIMIT OF LIABILITY SHOWN FOR THE COVERAGE:

|  | |- - - - - - - SECTION I - - - - - - - -| | |- - SECTION II - -| |
|---|---|---|---|---|---|---|
| COVERAGES AND LIMITS OF LIABILITY | A. DWELLING | B. OTHER STRUCTURES | C. PERSONAL PROPERTY | D. LOSS OF USE | E. PERSONAL LIABILITY | F. MEDICAL PAYMENTS |
| | 33,000 | | 108,500 | 54,250 | 300,000 | 1,000 |

FOR LOSS UNDER SECTION I, WE COVER ONLY THAT PART OF LOSS OVER THE DEDUCTIBLE
STATED:  $1000 LOSS DEDUCTIBLE

SUMMARY OF PREMIUM:
```
    BASIC  PREMIUM       $451              TOTAL PREMIUM   $471.00
    ADDITIONAL PREMIUM    $20              POLICY FEE       $30.00
    TOTAL  PREMIUM       $471              TOTAL POLICY    $501.00
```

EACH INSTALLMENT PAYMENT IS SUBJECT TO A  $7.00 INSTALLMENT FEE, INCLUDING
DOWNPAYMENT.

POLICY SUBJECT TO THE FOLLOWING SURCHARGES, CREDITS, ENDORSEMENTS AND FORMS:

| FORM NO | EDITION | DESCRIPTION | LIMITS | PREMIUM |
|---|---|---|---|---|
| HO 00 06 | 4/91 | HO-6 UNIT OWNERS FRM | | |
| SP 019 | 12/04 | SIGNATURE PAGE | | |
| | | FIRE DEPT SERVC CHRG | $500 | |
| HO 23 22 | 4/91 | WATER BCKUP-$250 DED | | $34 |
| HO 23 72 | 7/93 | REP COST-PERS PROP | | $86 |
| HO 04 16 | 4/91 | PROTCTVE DEVICE CRDT | | $34CR |
| HO 04 35 | 4/91 | LOSS ASMNT - RES PRM | $10000 | $9 |
| | | DEDUCTIBLE $1000 | | $75CR |
| AHHO-11 | 11/06 | ADDL COVERAGE NOTICE | | |
| D 820 | | NOTICE-FLOOD EXCLUSN | | |
| HO 01 45 | 4/99 | SPEC PROVISIONS - VA | | |
| HO 23 37 | 4/91 | NO HOME DAY CARE-VA | | |
| VAHO6-HPD | 11/05 | PREM DISC AVAILABLE | | |
| VAINFO | 9/08 | IMPORTANT INFO | | |
| 66HO100PN1 | 4/09 | PRIVACY NOTICE | | |

OCC: PRIMARY   PGM: PREF CONDO   CONST: 2005 FRAME   PROT CL: 03   #FAM: 01

* CONTINUED *

Date Issued:   05/28/09

PRODUCER COPY

| | |
|---|---|
| Balboa Insurance Company<br>Processing Center<br>P.O. Box 9061, Carlsbad, CA 92018-9061 | INSURED: DENNIS JACKSON    PAGE: 2<br>ADDITIONAL INFORMATION |
| **GA:** 1<br>ARROWHEAD GENERAL INSURANCE<br>AGENCY, INC.<br>P O BOX 9061<br>CARLSBAD, CA 92018-9061 | **PRODUCER:** 150151    (800) 333-0980<br>NORTHEAST AGENCY INSURANCE SVCS<br>2495 MAIN ST SUITE 209<br>BUFFALO, NY 14214 |
| **NAMED INSURED AND ADDRESS**<br>DENNIS JACKSON<br>8151 N VIEW BLVD.<br>NORFOLK, VA 23518 | **LOCATION** (if different from Insured address)<br><br><br><br>TERR: 083 |

**POLICY NO:** BH04600563    **Policy Period:**    5/14/2009 to 5/14/2010

**HOMEOWNERS DECLARATIONS**    12:01 A.M. Standard Time at the Address of the Named Insured as Stated Herein.

*FEE SCHEDULE:
    THIS POLICY IS SUBJECT TO THE FOLLOWING FEES WHEN APPLICABLE.
      INSTALLMENT PAYMENT FEE    $7.00 PER PAYMENT
                                                 IF FULL ANNUAL PAYMENT NOT ELECTED

  INSTALLMENT AND REINSTATEMENT FEES ARE FULLY EARNED AND ARE NOT SUBJECT TO
REFUND IN THE EVENT THE POLICY IS CANCELLED.

                             * END OF POLICY DECLARATIONS *

Date Issued:    05/28/09

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

HO 04 35 04 91

# LOSS ASSESSMENT COVERAGE

1. **Increased Limit--Residence Premises**

   For an additional premium, the limit of liability for Section I Additional Coverage 7 and Section II Additional Coverage 4, Loss Assessment, is increased to:

   | Increase in Limit of Liability* | Total Limit of Liability* |
   |---|---|
   | $9,000 | $10,000 |

   SPECIAL LIMIT--We will not pay more than $1,000 of your assessment that results from a deductible in the policy of insurance purchased by a corporation or association of property owners.

2. **Additional Locations**

   For an additional premium, we agree to pay, up to the limit of liability listed below, your share of covered loss assessments as described in Section I Additional Coverage 7 and Section II Additional Coverage 4 of the policy, arising out of the premises listed below.

   | Location of Unit* | Limit of Liability* |
   |---|---|
   |  |  |

   SPECIAL LIMIT--We will not pay more than $1,000 of your assessment per unit that results from a deductible in the policy of insurance purchased by a corporation or association of property owners.

   Section II--Coverage E--Personal Liability Exclusion 2.a.(1) does not apply to this coverage.

   *Entries may be left blank if shown elsewhere in this policy for this coverage.

   All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1990

Date Issued: 05/28/09

VA

Page 1 of 1

PRODUCER COPY