# VISUAL INSPECTION FORM

| GENERAL PROPERTY INFORMATION | | | | | |
|---|---|---|---|---|---|
| Address ID : | Germano | Date of Inspection: | | 10/20/2009 | |
| Address: | 8171 N. View Blvd. | | | | |
| City: | Norfolk | State: | Va | Zipcode: | 23518 |
| GPS Coordinates | Longitude | -76.247679 | Latitude | | 36.9430951 |
| **INSPECTOR DATA** | | | | | |
| Inspector Name: | Robert Jones | Emp # | | 18819 | Crawford & Company |
| Asst.Inspector Name: | Frank Ruane | Emp # | | 25012 | Crawford & Company |
| Attorney(s) Present | Richard Serpe Mike Malone Ted Brenner John Franklyn Brian Casey Ken Hardt | | | | |
| Camera Serial # 1 | KCGHR5127789 | Camera Make/Model | | Kodak C813 | |
| Camera Serial # 2 | None | Camera Make/Model | | Kodak Z1285 | |
| Borescope 1 Serial # | TW5GB8802 | Borescope Mk/Model | | ExTech Br200 | |
| Borescope 2 Serial # | | Borescope Mk/Model | | ExTech Br200 | |
| **ODOR OBSERVATIONS** | | | | | |
| Sulfur Like Odor Present | YES | Description/Location of Sulfur like odor or masking fragrance present | | | |
| Odor was very strong upon entering the house; more so on the first floor than on the second and third levels | | | | | |

| HVAC/ PLUMBING/ LIGHT FIXTURE REPLACEMENT HISTORY | |
|---|---|
| HVAC | Both coils were replaced three times |
| Plumbing | All plumbing fittings had signs of blackening |
| Light Fixtures | Light fixtures were not chrome or brass |

| DISCOLORATION INSPECTION | | | | |
|---|---|---|---|---|
| **PART** | **LOCATION** | **DISCOLORATION PRESENT/ COLOR** | | **Photo Folder Location** |
| HVAC HE COIL | CEN HALL | YES | BLACK | Camera 1 |
| HVAC ELEC/MECH | ENT HALL | YES | BLACK | Camera 1 |
| CIRCUIT BREAKER | GARAGE | NO | DULL COPPER | Camera 1 |
| REFRIGERATOR | KITCHEN | YES | BLACK | Camera 1 |
| HOT WATER HEATER | CEN HALL | YES | DULL COPPER | Camera 1 |
| LIGHT SWITCH | FAMILY ROOM | YES | BLACK | Camera 1 |
| ELECTICAL OUTLET | CEN HALL | YES | BLACK | Camera 1 |
| ELECTRICAL OUTLET | MA BATH | YES | BLACK | Camera 1 |
| LIGHT SWITCH | LAUNDRY | YES | BLACK | Camera 1 |
| LIGHT SWITCH | MA BEDR | YES | GREY | Camera 1 |
| LIGHT SWITCH | BED 2 | YES | BLACK | Camera 1 |
| LIGHT SWITCH | ENT HALL | YES | BLACK | Camera 1 |
| LIGHT SWITCH | BATH 2 | YES | BLACK | Camera 1 |
| LIGHT SWITCH | BED 3 | YES | BLACK | Camera 1 |
| LIGHT SWITCH | BATH 3 | YES | BLACK | Camera 1 |
| LIGHT SWITCH | CEN HALL | YES | BLACK | Camera 1 |
| LIGHT SWITCH | LIVING ROOM | YES | BLACK | Camera 1 |

| DISCOLORATION INSPECTION | | | | |
|---|---|---|---|---|
| **PART** | **LOCATION** | **DISCOLORATION PRESENT/** | **COLOR** | **Photo Folder Location** |
| LIGHT SWITCH | DINING ROOM | YES | BLACK | Camera 1 |
| LIGHT SWITCH | KITCHEN | YES | BLACK | Camera 1 |
| LIGHT SWITCH | GARAGE | YES | BLACK | Camera 1 |
| #2 HVAC | WIRING AND TUBING | YES | BLACK | Camera 1 |
| CHROME FAUCET | MA BATH | YES | Black Spots | Camera 1 |
| CHROME FAUCET | BED 2 | YES | Black Spots | Camera 1 |
| CHROME FAUCET | BATH 2 | NO | N/A | Camera 1 |
| WALL MIRROR | MA BATH | NO | N/A | Camera 1 |
| WALL MIRROR | BATH 2 | NO | N/A | Camera 1 |
| WALL MIRROR | BATH 3 | NO | N/A | Camera 1 |
| PLUMBING PIPE | KITCHEN | YES | BLACK | Camera 1 |
| PLUMBING PIPE | MA BATH | YES | BLACK | Camera 1 |
| PLUMBING PIPE | BATH 2 | YES | BLACK | Camera 1 |
| PLUMBING PIPE | BATH 3 | YES | BLACK | Camera 1 |
| PLUMBING VALVE | MA BATH | NO | N/A | Camera 1 |
| PLUMBING VALVE | BATH 2 | NO | N/A | Camera 1 |
| PLUMBING VALVE | BATH 3 | NO | N/A | Camera 1 |
| | | | | |
| | | | | |
| | | | | |

| **Visual Inspection Comments** |
|---|
| |

Use N/A for Discoloration Present if required item listed above is not Copper or Chrome
Use additional rows to list all additional parts found made of copper/chrome that show discoloration
All Cells must have an entry.
One Switch or Receptacle must be Inspected in each room.

# VISUAL INSPECTION FORM

## GENERAL PROPERTY INFORMATION

| Address ID : | Germano | | Date of Inspection: | 10/20/2009 |
|---|---|---|---|---|

## DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| 3 | A | | | | | | | Borescope 1 | No markings found |
| | B | 60 | 63 | | | | | Camera 2 | Sample taken no marks found |
| | C | | | | | | 26. Venture Supply Inc. (T: | Camera 2 | Venture Supply |
| | D | | | | | | | Borescope 1 | No markings found |
| 1 | A | | | | | | 26. Venture Supply Inc. (T: | Camera 2 | Markings found sample taken |
| | B | 60 | 83 | | | | | Camera 2 | Sample taken no marks found |
| | C | | | | | | 26. Venture Supply Inc. (T: | Borescope 1 | Markings found no sample taken |
| | D | | | | | | | Borescope 1 | No markings found |
| 5 | A | | | | | | | Borescope 1 | No markings found |
| | B | 60 | 40 | | | | | Camera 2 | Sample taken no marks found |
| | C | | | | | | | Borescope 1 | No markings found |
| | D | | | | | | | Borescope 1 | No markings found |
| 4 | A | | | | | | | Borescope 1 | No markings found |
| | B | 60 | 84 | | | | | Camera 2 | Sample taken no marks found |
| | C | | | | | | | Borescope 1 | No markings found |
| | D | | | | | | | Borescope 1 | No markings found |
| 2 | A | | | | | | | Borescope 1 | No markings found |
| | B | 60 | 43 | | | | | Camera 2 | Sample taken no marks found |
| | C | | | | | | | Borescope 1 | No markings found |
| | D | | | | | | | Borescope 1 | No markings found |

## VISUAL INSPECTION FORM

### GENERAL PROPERTY INFORMATION

| Address ID : | Germano | | Date of Inspection: | 10/20/2009 |
|---|---|---|---|---|

### DRYWALL IDENTIFICATION

| Wall Designation (Number or IMP1 and IMP2) | Panel Designation (A-D) | Vertical Measurement from Floor (inches) | Horizontal Measurement from Left (inches) | Ceiling Designation (CLG#) | Measurement from Entry Wall (inches) | Measurement from Left Wall (inches) | Manufacturer | Photo Folder Location | Comments |
|---|---|---|---|---|---|---|---|---|---|
| | | | | clg 1 | 16 | 24 | 26. Venture Supply Inc. (T | Camera 2 | Venture Supply |
| | | | | clg 2 | | | | N/A | No markings found |
| | | | | clg 3 | | | | N/A | No markings found |
| | | | | clg 4 | | | 26. Venture Supply Inc. (T | Camera 2 | Venture Supply (See notes below for location) |

### Comments

Ceiling 4 markings were located 4 feet from the left wall and 4" from the top facing wall in the second floor stairway ceiling.

4

Kilo Team  Bob Jones - Frank Ruane

## Threshold Inspection Protocol — CHAIN OF CUSTODY FORM

Page 1 of 2  Crawford and Company

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| 2009-10-20-2B | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20 3B | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20 1A | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20-4B | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20-1B | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20-3A | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20-5B | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20 3C | 4" | 1 | Oct 20-09 | PM | Germano | FJR |
| 2009-10-20-3C | 4" | 1 | Oct 20-09 | PM | Germano 2nd 3C | FJR |
| 2009-10-20-3C | 4" | 1 | Oct 20-09 | PM | Germano 3rd 3C | FJR |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### Lab Information

| Company | |
|---|---|
| Attn | |
| Address | |
| City | State | Zip | Country US |
| Phone | FAX | Email | |

10/22/2009

# Threshold Inspection Protocol

Page 2 of 2

## CHAIN OF CUSTODY FORM
Crawford and Company

| Sample Identification | Sample Size | # of Bags | Sample Date | Time | Comments | Initials |
|---|---|---|---|---|---|---|
| 209-10-20-1A | 4" | 1 | Oct 20-09 | PM | Bernard 2nd 1A | JPC |
| 209-10-20-1A Stickers | 4" | 5 | Oct 20-09 | PM | Bernard 2nd 1A | JPC |
| | 1/4" | | Oct 20-09 | PM | Bernard 2nd 1B | JPC |
| NO FURTHER SAMPLES | | | | | Bernard | JPC |

| Custodian Name | Date Received | Date Transferred | Designated Recipient | Method of Transfer |
|---|---|---|---|---|
| | | | | |

### Lab Information

| | | | |
|---|---|---|---|
| Company | | State | Zip | Country US |
| Address | | | Email | |
| Phone | FAX | | | |

10/22/2009



3
1
5
4
2