# EXHIBIT 4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**DECLARATION OF DENNIS JACKSON**

I, Dennis Jackson, declare as follows:

1.      I am over the age of 18 and competent to testify to the following facts.

2.      I purchased the residence located at 8151 North View Blvd., Norfolk, VA 23518 on October 24, 2008 with my wife.  We paid $329,000 for the newly constructed 2500 square foot home, and put $50,000 down.

3.      Since the purchase I have continued to work in Northern Virginia and return to the Norfolk area on the weekends.  I have lived in our home only on weekends and vacations from work.

4.      Some of the premature HVAC, appliance and electronic failures we experienced in our home during the 4 months my wife lived there full time and the dates the failures began are as follows:

     a.      My desktop computer would not remain on. Year: 2008

1

b.     HVAC coils replaced. Year: 2008

c.     HVAC coils (set 2) blackened sulfur. Year: 2008.

d.     Copper wires in outlets on all floors blackened. Year 2008.

e.     Refrigerator coils blackened. Year: 2008.

f.     Silver jewelry corroded. Year: 2008.

g.     Television picture continually shrinks.  Year: 2008

h.     My wife's insulin pumps corrode after 3 to 4 weeks use.  Year: 2008.

5.     My wife and I had been looking at the Hampton Roads area for retirement for quite a while.  We drove to Harbor Walk several times and found it to be a very appealing neighborhood.  Because the homes were so large, we felt a home there would be out of our price range.  We would have to do something drastic to purchase something as beautiful and so close to the water, but thought it would be worth it because our families would come on vacations. Sharon quit her job in Northern Virginia and I borrowed $50,000 from my 401(k) retirement plan to put into our new investment, our retirement home.  We spent a lot of our money buying and furnishing our home and preparing our life in the Norfolk area.

6.     While home on the weekends, I began to notice a pattern- during my weekend visits, I felt like I was getting sick.  I would sleep all the time, feeling extremely exhausted and suffering from very painful headaches.  When I would travel back to Northern Virginia to begin the work week, these symptoms would disappear.

7.     Sharon moved totally out of our home in March 2009.  She lived in our home continually for 4 months, and neither of us has lived in our home due to Chinese Drywall for 15 months. All of our belongings are still there.

2

8.      My weekend trips home have become less frequent since we have abandoned our home. My wife and I now travel for the weekend to give friends and family members a break from taking us in.

9.      We had to find a home for our dog until we can get our home remediated and can return; I am absolutely sick over the loss of our home, belongings and dog.

10.     After the CPSC determined we had contaminated Taishan Drywall, we knew the source of our problems and that we had to move.

11.     We were so happy with the floor plan of our home; the home was just what we wanted. We found a home with wide, open spaces and lots of closets.

12.     Although it was a new house, we discovered that the HVAC coils were replaced before we moved into the home. We had no idea why or that the HVAC problem would continue.

13.     My wife is living at another person's home and we are paying $800 a month for those living arrangements; additionally, we pay about $150 a month for our home's utilities. After purchasing and furnishing the home and now paying rent and our home's utilities, we are unable to save or invest anything. We put every piece of our hard earned money into a dream home we planned to retire in and because of the Chinese Drywall everything is lost. I am devastated.

14.     I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

3

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_5/23/2010_
Date

Dennis Jackson

STATE OF VIRGINIA

COUNTY OF _Virginia Beach_

Sworn to and subscribed before me this _22_ day of _May_ , 2010

NOTARY PUBLIC

My Commission Expires: _Feb 28, 2011_

```
DEANNA GOULETTE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES  FEB. 28, 2011
COMMISSION # 7132990
```

4

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL NO. 2047** |
| | **SECTION: L** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE FALLON** |
| | **MAG. JUDGE WILKINSON** |
| **Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.)** | |

### DECLARATION OF SHARON JACKSON

I, Sharon Jackson, declare as follows:

1.      I am over the age of 18 and competent to testify to the following facts.

2.      My husband and I own our home at 8151 North View Blvd., Norfolk, VA 23518. We purchased the newly constructed 2500 square foot home in October 2008 for $329,000.  We immediately moved into our home in October 2008, and due to the presence of Chinese Drywall began to move out in January 2009.  Since March 2009 we have not resided in our home, although all the belongings and furnishings we have acquired over our lifetimes are still there.

3.      In 2008 we determined that our home contained Taishan Drywall.

4.      Some of the premature HVAC, appliance and electronic failures we experienced in our home during the 4 months I lived there full time and the date the failures began are as follows:

a.      Desktop computer would not remain on. Year: 2008

1

b. HVAC coils replaced. Year: 2008

c. HVAC coils (set 2) blackened. Year: 2008.

d. Copper wires in outlets on all floors blackened. Year 2008.

e. Refrigerator coils blackened. Year: 2008.

f. Silver jewelry corroded. Year: 2008.

g. Television picture continually shrinks. Year: 2008.

h. Batteries in insulin pump corrode after 3 to 4 weeks use (with usual lifetime of 2-3 months). Year: 2008.

5. My husband and I worked in Northern Virginia for over 15 years and wanted to move to a place where the traffic and hustle were at a slightly slower pace. We visited the Hampton Roads area several times determining if it was the right location for us and how much we could afford. After several visits we decided that Harbor Walk was where we wanted to have our perfect home. We always dreamed of being by the water, so this was a dream come true. I fell in love with the floor plan at 8151 North View Blvd. in Norfolk as it provided extensive open space for living and entertaining. After making a final decision to purchase it, my husband borrowed $50,000 from his 401(k) retirement plan for the down payment.

6. When we walked through the home before purchase, we questioned the seller about the smell and how strong it was. He acknowledged it and told us the smell was due to the home not being occupied and closed for 2 years.

7. The odor remained even though we lived in the house. My nostrils feel as if they are being burned by a chemical or gas when I am in my home.

8. In the first 4 months we lived there I experienced headaches, fatigue, nose bleeds,

2

eye irritation, respiratory problems, and shortness of breath.  Walking up our stairs was difficult.

9.     When the CPSC determined we had Chinese Drywall on all three floors and when we began to associate our health issues with Chinese Drywall, we knew we had to move out.  My husband and I began the process of moving out in January 2009, but only found temporary housing at that time.  It wasn't until March 2009 that we were able to move into the home of friends.  (We pay $800 a month for these living arrangements as well as about $150 a month for our home's utilities.  Our mortgage company has extended a forbearance of our mortgage, but only for 3 months at a time.)

10.    Our choice of homes was perfect for us and it breaks my heart to not live in our dream home. We invested every spare dollar into our perfect home which has all new furniture, televisions, wall hangings, and window coverings.  We rent just a few miles away from our home and it hurts to know we can't live in it.

11.    Each season I must go to our home to retrieve clothes for us.  I take the clothes from our home to the dry cleaners to attempt to rid them of the smell.  Returning to our home periodically is emotionally draining for me.

12.    I desperately want to live back in my home.

13.    I have been advised of my duties and responsibilities as a class representative.  I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

5-22-10
Date

Sharon Jackson

STATE OF VIRGINIA

COUNTY OF *Virginia Beach*

Sworn to and subscribed before me this 22 day of *May*, 2010.

NOTARY PUBLIC

My Commission Expires: *Feb 28, 2011*

```
DEANNA GOULETTE
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES FEB. 28, 2011
COMMISSION # 7132990
```

4

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## DECLARATION OF MICHELLE GERMANO

I, Michelle Germano, declare as follows:

1.  I am over the age of 18 and competent to testify to the following facts.

2.  I own the residence located at 8171 North View Blvd., Norfolk, VA 23518.  It was a new 3 story townhome when I purchased it on June 1, 2006 for $405,000.  (It appraised for $426,000 in early 2009.) It is approximately 2,700 square feet. I resided there from June 1, 2006 to April 9, 2009.

3.  In 2009, I determined that my home contained Taishan Drywall.

4.  I have experienced premature HVAC, appliance and electronic failures in my home beginning the year listed, as follows:

    a.  Item: Compressor failure, Year: 2009

    b.  Item: Thermostat failure, Year: 2008

    c.  Item: Sony DVD burner failure, Year: 2009

1

d.   Item: Portable DVD player failure, Year: 2009

e.   Item: HVAC coils replaced 3 times, Years: 2007, 2009

f.   Item: HVAC coils blackened, Year: 2009

g.   Item: Refrigerator failure, Year: 2007

h.   Item: Washer and dryer failures, Year 2009

i.   Item: Television failure, Year 2008

j.   Item: 2 electric coffee pots failures, Year: 2008

k.   Item: 2 VCRs failures, Years 2008, 2009

l.   Item: 2 telephone sets failures, Years 2007, 2008

m.   Item: 2 cell phones failures, Years 2008, 2009

n.   Item: 4 telephone headsets failures, Years 2007, 2008, 2009

o.   Item: 2 treadmills failed, Year 2008

p.   Item: Blue tooth headset failed, Year 2007

q.   Item: Computer failure, Year 2009

r.   Item: Printer/fax machine failure, Year 2009

s.   Item: Light fixtures malfunctioned, Year 2007

t.   Item: Circuit breaker malfunctioned, Year 2007

u.   Item: Gas burner on stove malfunctioned, Year 2007

v.   Waterford Chrystal Chandelier corroded, Year 2007

5.      My townhome was perfect for me as it so suited my life style.  I work from home so having the first floor for my office and my living quarters upstairs was ideal.  As my home was my office, I spent all my working hours in the townhouse.  I made the 3rd floor my gym,

2

where I worked out 5 days a week.

6.     After a divorce, living in the northeast on September 11th, and losing my job, I
moved back home to Norfolk in January 2006. I bought the end unit condo at Harbor Walk as it
had an open design with sunshine coming in from 3 sides.  Because I love to cook I purchased
upgrades such as a gas stove and granite tops for the kitchen, and was able to select the tile,
cabinets, floor coverings, etc.  I grew herbs in the kitchen and had high end cooking implements.
My window treatments and bedding were very expensive. My home was beautiful and furnished
with fine pieces and accessories I had accumulated over 30 years.  I loved to entertain family and
friends with lavish meals.  I often thanked God for blessing me with a lovely home to live and
work in.  I dedicated a portion of my bedroom for my prayers and meditation.

7.     In the Spring of 2007 I noticed a smell in my home, but didn't know what it was.
I have had as much of my furniture, carpets, and clothes cleaned as possible, but the odor still
remains.  Even bringing in a several different types of ozone machines to rid my home of the
smell was unsuccessful.

8.     Learning that my ill health was probably caused by the Chinese Drywall and not
being able to tolerate the smell any longer, I moved out on April 9, 2009.  I now live in an
apartment of 1,000 square feet.  This small apartment denies me one of my pleasures in life-
hosting out of town friends for visits. My home had more than enough room to accommodate out
of town guests. It is so small I had to leave most of my belongings in my townhome.

9.     Since moving, I have spent more than $40,000 on my rent, purchase of new
furniture (I left all my furniture at my home due to the smell), and mortgage and condo fees.
Luckily, my mortgage holder extended a moratorium since June 2009; however, because I can no

3

longer afford the condo association dues, I have been sent to an attorney for collection.

10.     I am a financially, physically and emotionally depleted single 60 year old with impaired health, no home, and a 15 year old car.  My life was close to perfect before I bought a Chinese Drywall home as I was moving back to where I was raised, Norfolk.

11.     I have been advised of my duties and responsibilities as a class representative.  I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.


_5.22.10_
Date

_Michelle Germano_
Michelle Germano


STATE OF VIRGINIA

COUNTY OF _Norfolk_


Sworn to and subscribed before me this _22_ day of _May_, 2010

_Natara C Baker_
NOTARY PUBLIC

My Commission Expires: _06/30/2011_

LATONYA S. BAKER
NOTARY PUBLIC
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JUNE 30, 2011
COMMISSION # 7085173

4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

DECLARATION OF LISA DUNAWAY

I, Lisa Dunaway, declare as follows:

1)      I am over the age of 18 and competent to testify to the following facts.

2)      My husband, Jason Dunaway, and I own the residence located at 27037 Flaggy Run Road, Courtland, VA 23837. We purchased it on February 16, 2007 for $229,000. It has 1985 square feet. We resided in our home from March 2007 to May 2009.

3)      In 2009, I determined that my home contained Taishan Drywall.

4)      We have experienced premature HVAC, appliance and electronic failures in my home which were discovered on the following dates:

        a.  Item: 50" television, Year: 2007

        b.  Item: HVAC indoor coils replaced, Year: 2007

        c.  Item: HVAC compressor replaced, Year:2007

        d.  Item: HVAC indoor coils replaced, Year: 2007

        e.  Item: HVAC outdoor unit replaced, Year: 2007

1

f.   Item: HVAC indoor coil replaced, Year: 2007

g.   Item: Hair dryer, Year: 2007

h.   Item: Flat iron, Year: 2007

i.   Item: Coffee pot, Year: 2007

j.   Item: Toaster, Year: 2007

k.   Item: Heating strip, Year: 2008

l.   Item: Thermostat, Year 2008

m.   Item: Hair dryer, Year: 2008

n.   Item: Flat iron, Year: 2008

o.   Item: HVAC indoor coils, Year: 2008

p.   Item: Washing machine, Year: 2008

q.   Item: Dryer, Year: 2008

r.   Item: 32" television, Year: 2008

s.   Item: DVD player, Year: 2008

t.   Item: DVD player, Year: 2008

u.   Item: Mac laptop computer, Year: 2008

v.   Item: Mac computer, Year: 2008

w.   Item: Scanner, Year: 2008

x.   Item: Printer, Year: 2009

y.   Item: External hard drive 500 gb, Year: 2009

z.   Item: Refrigerator, Year: 2009

aa. Item: Smooth top stove/convection oven, Year: 2009

bb. Item: Range hood microwave, Year: 2009

2

cc. Item: Surround sound receiver, Year: 2009

5)    We designed the home of our dreams and had it custom built.  My husband's parents never owned a home, and mine were only able to own a home when they were much older than we were.  We were so proud of ourselves for being able to build our dream home at our ages, 26 and 35.  We searched for the ideal property in the country in a small town.  It was a quiet, safe place for us to raise our family.  We spend months excitedly discussing what we wanted in our home, and I spent hours choosing every element to be built in our home – the carpet, tile, granite, cabinets, fixtures, lighting, and paint colors.  We were so excited!  Our children (ages at the time were 2 and 5) were ecstatic for they had a new house and a large yeard in which they could play outside.

6)    In March 2007, we moved into our own, new home.  We saved for years to buy all new furniture in 2006 anticipating the move to our home.  My family had lived with "hand-me-down" furniture mixed and matched pieces for years so we could save money for our dream home.

7)    A tragedy occurred in 2009 when we discovered our home had Chinese Drywall and we had to abandon it in May 2009.  We enjoyed our dream home for only 2 years.  My husband, children and I lost all of our belongings.  As a parent, it is sickening to see your children have to abandon their bedroom furniture, clothes, toys, and the security of their home.  My husband and I lost all that we worked for and put into our home.  Due to the health problems we had while living in our Chinese Drywall home, we left everything behind.  When we did try to salvage a few items, they caused such severe skin reactions in our son and illness to myself that we gave up on saving any

3

belongings.  We had to give away 2 family pets as our rental house only allows one dog.

8)      It is almost impossible to adequately describe the stress, devastation and feelings of loss and hopelessness that Chinese Drywall has put on our family.  We have endured so much, and still are enduring the aftermath of Chinese Drywall destruction.  Our emotional , financial , and physical lives have taken an unfair and unjust blow.  We drained our savings and retirement funds, filed bankruptcy and lost our home to keep our family safe from Chinese Drywall.

9)      Filing for bankruptcy and having foreclosure proceedings begun against our home does not even compare to the loss and anguish felt when we had to send our children to live with my parents in another state for more than 2 months while we stayed on couches at various friends' homes waiting for an available rental property. Even though we knew our children were safe with my parents, the sadness of not being together as a family was torture.

10)     Our children now live with the bare essentials due to the financial repercussions of this disaster. My husband and I have had to "put on" the bravest of faces when dealing with the loss of everything to our children; the emotions of explaining to them why we lost everything is heart wrenching.  They are too young to have such loss.

11)     We are scarred deeply by this disaster and I am unsure if we will ever truly recover from it. I miss having my home and my belongings we worked so hard for; my security was ripped away from me.   I have endured almost daily panic attacks due to the stress this has caused my family.  We are now bankrupt, having lost our dream

4

custom built home, our furniture, our clothes, and family heirlooms. The American dream of owning your home has become a nightmare due to Chinese Drywall.

      12)    I have been advised of my duties and responsibilities as a class representative.  I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_May 24, 2010_
Date

_Lisa Dunaway_
Lisa Dunaway

STATE OF VIRGINIA
COUNTY OF _Southampton_

Sworn to and subscribed before me this 24th day of _May_, 2010



Amy B. Carr
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 7075082
My Commission Expires
June 30, 2010

_Amy B. Carr_
NOTARY PUBLIC

My Commission Expires: _6 30 10_

City County of _Southampton_
Commonwealth of Virginia
The foregoing instrument was acknowledged before me
this _24th_ day of _May_, _2010_
by _Lisa Dunaway_
_Amy B. Carr_     **Notary Public**
My commission expires _6 30 10_

5

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

DECLARATION OF JASON DUNAWAY

I, Jason Dunaway, declare as follows:

1)      I am over the age of 18 and competent to testify to the following facts.

2)      My wife, Lisa Dunaway, and I own the residence located at 27037 Flaggy Run Road, Courtland, VA 23837.  We purchased it on February 16, 2007 for $229,000. It has 1985 square feet.  We resided in our home from March 2007 to May 2009.

3)      In 2009, I determined that my home contained Taishan Drywall.

4)      We have experienced premature HVAC, appliance and electronic failures in my home which were discovered on the following dates:

      a.  Item: 50" television, Year: 2007

      b.  Item: HVAC indoor coils replaced, Year: 2007

      c.  Item: HVAC compressor replaced, Year: 2007

      d.  Item: HVAC indoor coils replaced, Year: 2007

      e.  Item: HVAC outdoor unit replaced, Year: 2007

      f.  Item: HVAC indoor coil replaced, Year: 2007

g.  Item: Hair dryer, Year: 2007

h.  Item: Flat iron, Year: 2007

i.  Item: Coffee pot, Year: 2007

j.  Item: Toaster, Year: 2007

k.  Item: Heating strip, Year: 2008

l.  Item: Thermostat, Year 2008

m. Item: Hair dryer, Year: 2008

n.  Item: Flat iron, Year: 2008

o.  Item: HVAC indoor coils, Year: 2008

p.  Item: Washing machine, Year: 2008

q.  Item: Dryer, Year: 2008

r.  Item: 32" television, Year: 2008

s.  Item: DVD player, Year: 2008

t.  Item: DVD player, Year: 2008

u.  Item: Mac laptop computer, Year: 2008

v.  Item: Mac computer, Year: 2008

w.  Item: Scanner, Year: 2008

x.  Item: Printer, Year: 2009

y.  Item: External hard drive 500 gb, Year: 2009

z.  Item: Refrigerator, Year: 2009

aa. Item: Smooth top stove/convection oven, Year: 2009

bb. Item: Range hood microwave, Year: 2009

cc. Item: Surround sound receiver, Year: 2009

5)    In August of 2006, years after being in the construction industry and seeing hundreds of other people's dreams come true through my work, I was finally able to achieve our family's dream. We were able to purchase a piece of land and build our dream home. Our home was to be our safe haven for living and watching our children play and grow; we never would have to worry about renting again. I spent many hours selecting and choosing building materials that were made to last and improve the quality of my home.

6)    In March of 2009, I discovered my dream home that I was so proud of building and owning had Chinese Drywall. At first it was hard to believe, but after so many failed electronics and mechanical issues that do not happen in a new house, I had to face the scary reality that my dream home was now ruined.

7)    The emotional stress that I have been unfairly put under due to the Chinese Drywall in the home that I worked so hard to build, that was supposed to be safe and secure for my family, is an unsafe environment. Our family has lost everything. I spend many hours wondering what it would have been like living in a house where my family was happy and safe. It is very heartbreaking to drive by my home every morning and evening knowing we have been deprived of living there. We live less than a half of a mile away from my "so called" dream home in a rental property.

8)    Our home, our savings and retirement are gone due to Chinese Drywall. I filed for bankruptcy and live with the knowledge that I can't provide a safe shelter for my family; my family has lost everything. As a sole provider, my primary responsibility is to provide them a safe roof over their heads, and I failed due to Chinese Drywall. As a

3

father, I have spent many tearful nights answering my children's cries of why they have lost everything.

     9)    I have watched my wife physically suffer while living in our Chinese Drywall house; I now watcher her cry over our loss on a daily basis despite comforting her as best I can. This is the hardest thing I have ever done in my life. My family may never fully recover from how our world has changed due to Chinese Drywall.

     10)    I have been advised of my duties and responsibilities as a class representative. I am willing to accept these duties and responsibilities, to diligently prosecute this case, and to cooperate with Counsel and the Court as requested.

     I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

May 24, 2010
Date

Jason Dunaway

STATE OF VIRGINIA
COUNTY OF Chesapeake

Sworn to and subscribed before me this 24th day of May, 2010

Pamela B Snedecor
NOTARY PUBLIC

My Commission Expires: march 31, 2011

PAMELA B. SNEDECOR
Notary Public
Commonwealth of Virginia
196994
My Commission Expires Mar 31, 2011

4