UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| SEAN AND BETH PAYTON, | JUDGE FALLON |
| vs. | |
| KNAUF GIPS, et al | |
| Case No.: 2:09-CV-007628 | MAG. JUDGE WILKINSON |

## EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

COMES NOW, Defendant, Judson Construction Group, LLC (hereinafter "Judson"), which respectfully represents it requires additional time to respond to the Builder Profile Form but is diligent working to gather the information requested therein. This is the first request for an extension by this party.

WHEREFORE, Defendant, Judson Construction Group, LLC, prays for an extension of time through and including June 11, 2010 to submit the Builder Profile Form required by the Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Judson
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By: /s/ Mark Yeslow
Mark Yeslow
Florida Bar No. 614701