UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No.: 2047
PRODUCTS LIABILITY LITIGATION
                                                                              SECTION: L
THIS DOCUMENT RELATES TO:

SEAN AND BETH PAYTON.
                                                                              JUDGE FALLON

vs.

KNAUF GIPS, et al
Case No.: 2:09-CV-007628                                           MAG. JUDGE WILKINSON

_____/

## EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

NOW INTO COURT, through undersigned counsel, comes Judson Construction Group, LLC (hereinafter "Defendant"), who hereby moves this Court for an extension of time to file responsive pleadings to the Complaint on the following grounds:

1.      Defendant was served with process in the above-referenced action on February 4, 2010.

2.      The Court entered Pretrial Order 1F on March 9, 2010, granting Defendant an automatic extension of time in which to respond, making responsive pleadings due fifty (50) days from service of process on a Defendant.

3.      Defendant and counsel are working diligently to obtain all necessary information to file a complete and appropriate responsive pleading.  However, additional time is necessary to verify the information required to respond.

4.      At the April 8, 2010 status conference, the Court indicated that it would be willing to relieve Defendants of the need to respond to the Original Omnibus Complaint until after the Complaint is amended.

5.      Because an Order has not yet been signed to this effect and because Defendant's responsive pleadings were due, Defendant requests an extension until June 11, 2010 to prepare an appropriate responsive pleading.

7.      An extension would neither prejudice any of the parties, nor delay this matter.

WHEREFORE, Defendant, Judson Construction Group, LLC respectfully requests an extension

of time through and including June 11, 2010 to file responsive pleadings in this matter.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Judson
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By: __/s/ Mark Yeslow
        Mark Yeslow
        Florida Bar No. 614701