UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| SEAN AND BETH PAYTON. | JUDGE FALLON |
| vs. | |
| KNAUF GIPS, et al | |
| Case No.: 2:09-CV-007628 | MAG. JUDGE WILKINSON |

_____/

## ORDER ON EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, Judson Construction Group, LLC. to file a response to Plaintiffs' Omnibus Class Action Complaint is extended through and including June 11, 2010.

NEW ORLEANS, LOUISIANA this ____ day of May, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE