# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JACQUES SENAC, INDIVIDUALLY AND ON BEHALF OF COURTNEY SENAC, DARA SENAC ET AL | * * * * | MAG. WILKINSON |
| Versus | * * | 2010-01242 |
| STATE FARM FIRE & CASUALTY COMPANY | | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF APPEARANCE AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firms of Porteous, Hainkel and Johnson, L.L.P. and hereby files this Notice of Appearance as counsel on behalf of Defendant, State Farm Fire & Casualty Company.  It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel set forth below in connection with this action.

1

Respectfully submitted.

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER, T.A. ( # 2861)**
**DARRIN M. O'CONNOR (#18188)**
**EMILY STICKNEY MORRISON (#18351)**
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com


**CHARLES L. CHASSAIGNAC, IV (#20746)**
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801-1309
Telephone: (225) 383-8900
cchassaignac@phjlaw.com


**JAMES R. NIESET JR. (#24856)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
jnieset@phjlaw.com

**Counsel for State Farm Fire & Casualty Company**


### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis

Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of May, 2010.

<u>/s/ Adrianne L. Baumgartner</u>