UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE-MANUFACTURED | : | |
| DRYWALL PRODUCTS LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Kenneth and Barbara Wiltz, et al. v.* | : | JUDGE FALLON |
| *Beijing New Building Materials* | : | MAG. JUDGE WILKINSON |
| *Public Limited Co., et al.* | : | |
| | : | |
| Case No. 10-361, Sect. L Mag. 2 | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:.

NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of FORMAN PERRY WATKINS
KRUTZ & TARDY LLP, and hereby files its Notice of Appearance in case no. 10-361
(*Kenneth and Barbara Wiltz*), wherein John C. McCants (MS Bar # 100031), Tim Gray
(LA Bar # 31748) and Molly M. Gattuso (LA Bar # 29204) hereby appear as counsel on
behalf of Defendant, Gulf Sales & Import Company, reserving all defenses to this action
and objections concerning service of process, venue and/or jurisdiction.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

_____*S/ Molly M. Gattuso*_____
TIM GRAY, LA BAR #31748 T.A.
MOLLY MARIE GATTUSO, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant Gulf Sales & Import Company

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this _26th__ day of __May__, 2010.

_____*S/ Molly M. Gattuso*_____
MOLLY MARIE GATTUSO