UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| This Document relates to: ) *Pate v. American International Specialty Lines* ) *Insurance Company, et al* (09-7791) ) ) ) | <br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF THE MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(b) MOTIONS**

Defendant, NGM Insurance Company ("NGM"), respectfully submits this Memorandum in Support of its Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions pursuant to Federal Rule of Civil Procedure 26(c).

NGM, as well as other named insurer Defendants in the above captioned action have filed 12(b) Motions to Dismiss, on the basis of a lack of personal jurisdiction, improper venue and/or failure to join indispensable parties. Specifically, NGM filed a Motion for Dismissal pursuant to Federal Rules of Civil Procedure 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5) and 12(b)(7).

This Honorable Court has recently issued Pretrial Order 23 on April 27, 2010. This Order requires all insurer Defendants in MDL 2047 to complete and sign an Insurer Profile Form and submit a copy of any relevant insurance policies.

Since a ruling in NGM's favor of its pending 12(b) motion would effectively relieve it from any obligation to submit an Insurer Profile Form and to disclose copies of any policies issued to HDS Drywall Services, Inc., this Court should stay its obligation to comply with Pretrial Order 23 until after the pending Rule 12(b) Motions are resolved.

Additionally, Defendants, National Union Fire Insurance Company of Pittsburgh, PA, Chartis Specialty Insurance Company and Lexington Insurance Company have filed a Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policy Pending Resolution of Rule 12(b) Motions and memorandum in support of that motion, and the arguments made therein are adopted and incorporated herein and in support of this motion.

Dated: May 26, 2010

          Respectfully submitted,

          */s/ Sarah B. Christie*
          **David F. Hassett, Esquire (MA No. 544443)**
          dhassett@hassettanddonnelly.com
          **Sarah B. Christie, Esquire (MA No. 566833)**
          schristie@hassettanddonnelly.com
          **HASSETT & DONNELLY, P.C.**
          446 Main Street, 12th Floor
          Worcester, MA 01608
          (508) 791-6287 (Phone)
          (508) 791-2652 (Fax)

          **ATTORNEYS FOR DEFENDANT,**
          **NGM INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(b) MOTIONS** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of May, 2010.

/s/ *Sarah B. Christie*
Sarah B. Christie, Esquire