UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, et al vs. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et al., | * * * * * * * * | MAG. JUDGE WILKINSON |
| Case No. 2:10-cv-00362 | * | |

**ATTORNEY APPEARANCE FORM**

An appearance is hereby filed by the undersigned counsel as attorney for Defendant, Princeton Homes, Inc. ("Princeton"). The filing of this Attorney Appearance form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Princeton reserves all rights to object to jurisdiction, venue or service and preserving all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address.

/s/ L. Louis Mrachek
L. Louis Mrachek (Fla. Bar No. 182880)
Page, Mrachek, Fitzgerald & Rose, P.A.
Suite 600, 505 South Flagler Drive
West Palm Beach, Florida
561-655-2250 (Telephone)
561-655-5537 (Facsimile)
email: lmrachek@pm-law.com
Attorneys for Defendant, Princeton Homes, Inc.

1

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on May 27, 2010, the above and foregoing Attorney Appearance Form has been served upon all parties by electronically uploading the same to *LexisNexis File and Serve*, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                               */s/ L. Louis Mrachek*
                                                               L. Louis Mrachek