IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) MDL Docket No. 2047 ) |
| This Document Relates to: Payton, et al. v. Knauf Gips KG, et al., Case No. 09-cv-7628 (E.D. La.) | ) SECTION L ) JUDGE FALLON ) MAG. JUDGE WILKINSON ) ) |

**REQUEST FOR ORAL ARGUMENT OF DEFENDANT GREGG NIEBERG, INC.'S MOTION FOR SUMMARY JUDGMENT**

**NOW INTO COURT**, through the undersigned counsel, comes Mover and Defendant, Gregg Nieberg, Inc., in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Motion for Summary Judgment of Gregg Nieberg, Inc. at **a time set by this court** to more fully address any questions the court may have concerning Gregg Nieberg, Inc.'s Motion for Summary Judgment.

Respectfully submitted,

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1832975 v1

## CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing REQUEST FOR ORAL ARGUMENT has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

                /s/ S. Greg Burge
                OF COUNSEL