UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, Individually, and on behalf of all others Similarly situated, ( and ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" OF COMPLAINT) | ACTION NO.: 10-361 |
| | SECTION "L", MAGISTRATE 2 |
| Plaintiffs | AMENDED CLASS ACTION |
| versus | |
| BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED CO., (AND ADDITIONAL DEFENDANTS LISTED ON EXHIBIT "B" OF COMPLAINT | COMPLAINT |
| | JURY TRIAL DEMAND |
| Defendants | |

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes Defendant No. 620, Joseph Scott, who respectfully requests that an extension of time be granted to allow his new counsel time within which to answer the Amended Class Action Complaint, on the basis that the complaint is voluminous and counsel for Plaintiffs have agreed to review the facts and circumstances of this particular Defendant to discern if he is, in fact, a proper Defendant in this matter.  Opposing counsel does not object to this extension.

WHEREFORE Defendant prays that he be granted an order granting Defendant an extension of time within which to answer the Complaint

Respectfully Submitted:

/s/ Ermence DeBose-Parent
Ermence DeBose-Parent (#20534)
1956 Hope Street
New Orleans, LA  70119
(504) 343-7421

## Certificate of Service

I hereby certify that a copy of the foregoing Motion for Extension of Time was served upon counselS of record via the electronic filing system which will send notice to all counsels of record, and a copy was sent, via facsimile, to The Becnel Law Office as counsel for Plaintiffs, this 27th day of May, 2010.

/s/ Ermence DeBose-Parent
Ermence DeBose-Parent