UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH AND BARBARA WILTZ,** Individually, and on behalf of all others Similarly situated, ( and ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" OF COMPLAINT) | **ACTION NO.: 10-361**<br><br>**SECTION "L", MAGISTRATE 2** |
| **Plaintiffs** | **AMENDED CLASS ACTION** |
| **versus** | |
| **BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED CO., (AND ADDITIONAL DEFENDANTS LISTED ON EXHIBIT "B" OF COMPLAINT** | **COMPLAINT** |
| **Defendants** | **JURY TRIAL DEMAND** |

## O R D E R

UPON CONSIDERING the Motion for Extension of Time:

IT IS HEREBY ORDERED that Defendant shall be granted an extension of

_____ days within which to file an answer .

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.


_____
HON. ELDON E. FALLON
SECTION "L"
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA