# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL DOCKET: 2047
SECTION: L

THIS DOCUMENT RELATES TO
CASE NO. 2:09-cv-07628
_____/

JUDGE FALLON
MAG. JUDGE WILKINSON

TAYLOR MORRISON SERVICES, INC., a
foreign corporation, and TAYLOR WOODROW
COMMUNITIES AT VASARI, LLC, a Florida
limited liability company,

      Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF
PLASTERBOARD (TIANJIN) CO., LTD., a
Chinese limited liability corporation, BANNER
SUPPLY CO., a Florida corporation,
RESIDENTIAL DRYWALL, INC., a Florida
corporation, NU WAY DRYWALL, LLC, a Florida
limited liability company, FLORIDA STYLE
SERVICES, INC., a Florida corporation,

      Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a
Florida corporation,

      Third-Party Defendant,

_____/

## CONSENT MOTION TO EXTEND TIME
## TO RESPOND TO THE CROSSCLAIM

Crossclaim-Defendant BANNER SUPPLY CO. ("BANNER"), by and through its

undersigned counsel and pursuant to Rule 7.9 of the Local Rules of the U.S. District Court

for the Eastern District of Louisiana, hereby moves this Court for an Order extending the

time by which it must respond to the Crossclaim of TAYLOR MORRISON SERVICES,

{218429.0005/N0830374_1}

INC. F/K/A MORRISON HOMES, INC. and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. (the "Taylor Plaintiffs") filed in the above-captioned matter, Civil Action No. 09-07628 in MDL 2047, (the "Crossclaim"), and in support thereof, states as follows:

1.      On or about May 7, 2010, BANNER SUPPLY CO. was served with the Crossclaim.

2.      Accordingly, BANNER was required to file and serve a response to the Crossclaim on May 27, 2010 pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i).

3.      Undersigned counsel has obtained the consent of the Taylor Plaintiffs' Counsel for a thirty (30)-day extension of time to file and serve a response to the Crossclaim, up through and including June 28, 2010.

5.      This extension will not prejudice any of the parties, nor will it delay the Proceedings.  BANNER has not previously requested an extension of time to respond to the Crossclaim. Accordingly, good cause exists pursuant to Local Rule 7.9 for the granting of this Motion.

WHEREFORE, Defendant BANNER SUPPLY CO. respectfully requests that this Court grant it a thirty (30)-day extension of time to respond to the Taylor Plaintiffs' Crossclaim, filed in the above captioned matter, Civil Action No. 09-07628, within MDL No. 2047; together with such further relief as this Court deems just and reasonable under the circumstances.

Respectfully submitted,

**ADORNO & YOSS LLP**

By: /s/ Jeffrey A. Backman_____
    Jan Douglas Atlas
    Florida Bar Number:  226246
    Jeffrey A. Backman
    Florida Bar Number:  0662501
    350 East Las Olas Boulevard, Suite 1700
    Fort Lauderdale, Florida 33301-4217
    Phone:  (954) 763-1200
    Fax:  (954) 766-7800

    Attorneys for Banner Supply Co.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing Consent Motion to Extend Time to Respond to the Crossclaim and Incorporated Memorandum and Local Rule 7.9 Certificate has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 27th day of May, 2010.  I further certify that the above and foregoing Consent Motion was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.


By: /s/ Jeffrey A. Backman_____