**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED                MDL DOCKET: 2047
DRYWALL PRODUCTS LIABILITY                 SECTION: L
LITIGATION

                                           JUDGE FALLON
THIS DOCUMENT RELATES TO                    MAG. JUDGE WILKINSON
CASE NO. 2:09-cv-07628
_____/

TAYLOR MORRISON SERVICES, INC., a
foreign corporation, and TAYLOR WOODROW
COMMUNITIES AT VASARI, LLC, a Florida
limited liability company,

        Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF
PLASTERBOARD (TIANJIN) CO., LTD., a
Chinese limited liability corporation, BANNER
SUPPLY CO., a Florida corporation,
RESIDENTIAL DRYWALL, INC., a Florida
corporation, NU WAY DRYWALL, LLC, a Florida
limited liability company, FLORIDA STYLE
SERVICES, INC., a Florida corporation,

        Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a
Florida corporation,

        Third-Party Defendant,
_____/

**ORDER**

        Upon consideration of the Consent Motion to Extend Time to Respond to the

Crossclaim, filed herein by Crossclaim Defendant BANNER SUPPLY CO.

("BANNER"),

        IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond

to the Crossclaim be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that BANNER shall be granted a thirty (30)-day extension of time to file and serve a response to the Crossclaim of TAYLOR MORRISON SERVICES, INC. F/K/A MORRISON HOMES, INC. and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. filed in the above-captioned matter, Civil Action No. 09-07628, within MDL No. 2047 (the "Crossclaim"), up through an including June 28, 2010.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge