UNITED STATES DISTRICT COURT

EASTERN OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CIVIL ACTION NO.: 09-MDL-2047 |
| | * * | SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: Kenneth and Barbara Wiltz | * * * | MAGISTRATE: "2" - JUDGE WILKINSON |
| v. | * * | |
| Beijing New Building Materials Public Ltd., Co., et al Civil Action No. 10-361 | * * * | |

*************************************************************************

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Porteous, Hainkel & Johnson, LLP which hereby files its Notice of Appearance as counsel on behalf of Defendant, South Florida Custom Trim.  It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with these actions.

        Respectfully submitted,

        ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT
        _____
        GLENN B. ADAMS (2316)
        DENIA S. AIYEGBUSI (31549)
        Porteous, Hainkel & Johnson, L.L.P.
        704 Carondelet Street
        New Orleans, LA  70130
        Telephone:  (504) 581-3838
        Email: gadams@phjlaw.com
        Email: daiyegbusi@phjlaw.com
        *Attorneys for South Florida Custom Trim*

2

CERTIFICATE OF SERVICE

     I hereby certify that South Florida Custom Trim's above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller, at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

                                       ORIGINAL SIGNED DOCUMENT ON
                                       FILE WITH THE COURT
                                       GLENN B. ADAMS
                                       DENIA S. AIYEGBUSI