UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DAVID AND CHERYL GROSS ET AL | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * * | 2010-0931 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION FOR LEAVE TO FILE AMENDED/CORRECTED NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

On May 25, 2010, State Farm Fire & Casualty Company filed a Notice of Appearance and Request for Notice in the main Chinese Drywall Action, No. 09-md-2047, Dkt. 3276 pertaining to the matter "*David and Cheryl Gross et al v. State Farm Fire & Casualty Company et al*". The notice of appearance should have reflected that undersigned counsel were appearing on behalf of *both* defendants served in the *Gross* lawsuit, State Farm Fire & Casualty Company *and* State Farm General Insurance Company, not just State Farm Fire & Casualty Company. Defendants State Farm Fire & Casualty Company and State Farm General Insurance Company desire to withdraw their previously filed Notice of Appearance and substitute an amended and corrected notice on behalf of both defendants. Additionally in reviewing this filing with the

1

docket clerk, the incorrect docket number was contained on the pleading, i.e. Docket No. 2010-723 rather than the docket number for the *Gross* lawsuit, Docket No. 2010-0931.

WHEREFORE, both State Farm Fire And Casualty Company and State Farm General Insurance Company move that it be granted leave of court to file the attached Amended/Corrected Notice of Appearance on behalf of State Farm Fire & Casualty Company and State Farm General Insurance Company for that previously filed with the court on May 25, 2010.

WHEREFORE, State Farm Fire And Casualty Company also move and request that the notice of appearance filed on May 25, 2010 referencing No. 2010-0723, be withdrawn and the Amended/ Corrected Notice of Appearance attached herein as the Proposed Pleading referencing *David and Cheryl Gross v. State Farm* et al, Docket No. 2010-0931 be filed on behalf of undersigned counsel representing defendants State Farm Fire And Casualty Company and State Farm General Insurance Company.

      Respectfully submitted.

      /s/ Adrianne L. Baumgartner
      **ADRIANNE L. BAUMGARTNER ( La.  2861)**
      PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
      408 North Columbia Street
      Covington, LA 70433-2920
      Telephone: (985) 893-4790
      Facsimile: (985) 893-1392
      abaumgartner@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (La. 20746)**
PORTEOUS, HAINKEL AND JOHNSON,  L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

**WAYNE J. LEE,  (La. 7916), T.A.**
**HEATHER M. LONIAN, ( La.29956**)
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Email: wlee@stonepigman.com
hlonian@stonepigman.com

**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL  (Ga. 029359)**
**SUTHERLAND ASBILL & BRENNAN LLP**
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com

**Counsel for State Farm Fire & Casualty Company and State Farm General Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

/s/ Adrianne L. Baumgartner