UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DAVID AND CHERYL GROSS ET AL | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE & CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * * | 2010-0931 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**AMENDED/CORRECTED NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS BY STATE
FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL
INSURANCE COMPANY**

COMES NOW, the undersigned law firms of Porteous, Hainkel and Johnson, L.L.P., Stone Pigman, Walther, and Wittmann, L.L.C., and Sutherlin, Asbill & Brennan, LLP and file this Amended/Corrected Notice of Appearance and Request for Notice on behalf defendants, State Farm Fire and Casualty Company and State Farm General Insurance Company in the matter entitled " *David and Cheryl Gross et al versus State Farm Fire & Casualty Company and State Farm General Insurance Company, Docket No. 2010-0931*."

1

It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel at the law firms set forth below in connection with this action as counsel for both State Farm Fire & Casualty Company and State Farm General Insurance Company.

Respectfully submitted.

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER ( La.  2861)**
PORTEOUS, HAINKEL, AND JOHNSON, L.L.P.
408 North Columbia Street
Covington, LA 70433-2920
Telephone: (985) 893-4790
Facsimile: (985) 893-1392
abaumgartner@phjlaw.com


**CHARLES L. CHASSAIGNAC, IV (La. 20746)**
PORTEOUS, HAINKEL AND JOHNSON,  L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

**WAYNE J. LEE,  (La. 7916), T.A.**
**HEATHER M. LONIAN, ( La.29956**)
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
Email: wlee@stonepigman.com
hlonian@stonepigman.com

continued  on next page

        **THOMAS W. CURVIN (Ga. 202740)**
        **AMY K. AVERILL  (Ga. 029359)**
        **SUTHERLAND ASBILL & BRENNAN LLP**
        999 Peachtree Street, N.E.
        Atlanta, Georgia  30309-3996
        Telephone:  (404) 853-8000
        tom.curvin@sutherland.com
        amy.averill@sutherland.com

        **Counsel for State Farm Fire & Casualty Company and State Farm General Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

        /s/ Adrianne L. Baumgartner