Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103676-0006

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Standard Pacific of South Florida
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

| | |
|---|---|
| State of: | Florida ) ss. |
| County of: | Broward ) |

**Name of Server:**   Jesse Piccone , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the 28th day of April , 20 10 , at 11:22 o'clock A. M

**Place of Service:**   at 2731 Executive Park Drive, Suite 4 , in Weston, FL 33331

**Documents Served:**   the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Standard Pacific of South Florida**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and title is: Unicka Brown, Registered Agent / Supervisor

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 30 ; Approx. Height 5'2" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30th day of April , 20 10

Jesse Piccone
Signature of Server

**APS International, Ltd.**

Jonathan Levy
Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.