Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0041

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Symphony Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Florida ) ss.
**County of:** Broward )

**Name of Server:** Jesse Piccone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of April, 20 10, at 5:08 o'clock P. M

**Place of Service:** at 815 Coral Ridge Drive, in Coral Springs, FL 33071

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Symphony Builders, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Lisa Roth, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair _____
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Piccone
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this
30th day of April, 20 10

Jonathan Levy
Notary Public     (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.