Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0119

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
  --Tillman Construction, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** _Jimmy K Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _29_ day of _April_, 20 _10_, at _750_ o'clock _A_ M

**Place of Service:** at _570 Bradford Drive_, in _Brandon, MS 39047_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tillman Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Jerry Tillman / Not the Owner of this Company any longer_

**Description of Person Receiving Documents:** The person receiving documents is described as follows: _Went out of business in 2005._
Sex _M_; Skin Color _W_; Hair Color _Gray_; Facial Hair _No_
Approx. Age _60_; Approx. Height _6'0_; Approx. Weight _200_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _3_ day of _May_, 20 _10_

Notary Public                (Commission Expires)

[Notary seal: MICHELLE MURRAY, ID # 83932, Commission Expires Jan. 23, 2011, STATE OF MISSISSIPPI, JONES COUNTY]