COMMONWEALTH OF PENNSYLVANIA

COUNTY OF MONTGOMERY

## AFFIDAVIT OF RUTH WU

1.     My name is Ruth Wu and I am a custodian of the business records for Devon International Industries, Inc., formerly named Devon International Trading, Inc. (hereinafter referred to as "Devon International"), which are maintained in the regular course of business. I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2.     I make this affidavit in connection with the lawsuit styled *Chad Everett Langham, et al. v. Ace Home Center, et al.*, (hereinafter the "Lawsuit") filed in the In the Circuit Court of Baldwin County, State of Alabama as Civil Action Number CV-2009-900948 .

3.     Devon International is a Pennsylvania corporation, and its primary place of business is in King of Prussia, Pennsylvania.

4.     Devon International business records confirm that it has never purchased, sold, delivered, or supplied drywall to any of the named Plaintiffs: Chad Everett Langham, Lauren Ard Langham, Gillian Grace Langham, Emma Kate Langham, Jason Carl Shipp, Jennifer Lynn Shipp, Caroline Elizabeth Shipp, Sarah Lynn Shipp, William G. Mayo, and Deborah H. Mayo.

5.     Devon International business records confirm that it has never sold or supplied drywall to Pate Stevedore Company, Inc. and/or Pensacola Stevedore Company, Inc.

6.     Devon International has never sought a business license in Alabama, or been licensed to conduct business in Alabama.

7. Devon International has never maintained a business listing, telephone number, or business address in Alabama.

8. Devon International has never owned any real property in Alabama.

9. Devon International has never maintained or operated any factories, warehouses, or offices in Alabama.

10. Devon International has never advertised in Alabama.

11. Devon International has never marketed, promoted, or sold any products in Alabama.

12. Devon International has never maintained bank accounts in Alabama.

This the 8th day of April, 2010.

Further Affiant said not.

_____
Ruth Wu

COMMONWEALTH OF PENNSYLVANIA    )

COUNTY OF MONTGOMERY    )

    I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Ruth Wu, who is the custodian of business records for DEVON INTERNATIONAL INDUSTRIES, INC., formerly named DEVON INTERNATIONAL TRADING, INC., is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, she, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

    Given under my hand and official seal, this the __8th__ day of __April__, 2010.

_Pamela L. Davis_
Notary Public
My commission expires: __July 22, 2012__

```
COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
PAMELA L. DAVIS, Notary Public
Upper Merion Twp., Montgomery County
My Commission Expires July 22, 2012
```