## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| This document relates to: Samuel Ledlford, et al v. Knauf Gips KG, et al Case No. 2:09cv04292 | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE BE ADVISED that the defendant, Devon International Trading, Inc. has filed a Motion to Dismiss in the above-captioned and entitled matter. The Motion to Dismiss will be set for hearing on the 23rd day of June, 2010 at 9:00 a.m.

Respectfully submitted,

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

BY: /s/ Donald C. Brown
DONALD C. BROWN (#3549)
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
E-mail: dcbrown@woodleywilliams.com
Attorney for defendant, DEVON INTERNATIONAL TRADING, INC.

s/ Leslie A. Caldwell
Leslie A. Caldwell (CAL049)
Lusk, Caldwell & Dean, P.C.
2101 Highland Ave., Ste. 410
Birmingham, Alabama 35205
Telephone: 205-933-7090

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECG System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

WOODLEY, WILLIAMS LAW FIRM, L.L.C.

/s/ Donald C. Brown
**DONALD C. BROWN**
**LA BAR ROLL #3549**
P. O. Box 3731
Lake Charles, LA 70602-3731
Telephone: (337) 433-6328
Facsimile: (337) 433-7513
dcbrown@woodleywilliams.com