Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0099

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Timberline Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

Name of Server: __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __30th__ day of __April__, 20 __10__, at __9:58__ o'clock __A__ M

Place of Service: at __3618 Del Prado Boulevard__, in __Cape Coral, FL 33904__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Timberline Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Brian Gomer, Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair ____
Approx. Age __40-45__ ; Approx. Height __5'9"__ ; Approx. Weight __165 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server  157153

Subscribed and sworn to before me this __4th__ day of __May__, 20 __10__

__Elena Alvarado__
Notary Public         (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012