Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0100

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Villa Development, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29th** day of **April**, 20 **10**, at **10:05** o'clock **A** M

**Place of Service:** at **4414-6 Delprado Boulevard**, in **Cape Coral, FL 33904**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Villa Development, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Christopher Canzang, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Brown**; Facial Hair ____
Approx. Age **40-45**; Approx. Height **6'0**; Approx. Weight **185**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**
Signature of Server **#15753**

Subscribed and sworn to before me this **30th** day of **April**, 20 **10**

**Elena Alvarado**
Notary Public   (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775041
Expires 04/06/2012