Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodside, fka GHO Properties
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of May, 20 10, at 10:55 o'clock A. M

**Place of Service:** at 3600 Burgundy Drive North, in Palm Beach Gardens, FL 33410

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Woodside, fka GHO Properties**
By delivering them into the hands of an officer or managing agent whose name and title is: Judith Handler, Co-Owner, Co-Resident and Spouse of Mr., Handler, President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex 65+ ; Skin Color White ; Hair Color White ; Facial Hair
Approx. Age 65+ ; Approx. Height 5'5" ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco
Signature of Server

Subscribed and sworn to before me this 4th day of May, 20 10

Jonathan Levy
Notary Public         (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.