Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0121

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--HPH Properties, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Alabama__ ) ss.
County of: __Shelby__ )

**Name of Server:** __Keith A Kelley__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27th__ day of __April__, 20 __10__, at __4__ o'clock __P__ M

**Place of Service:** at __2236 Cahaba Valley Drive, Suite 100__, in __Birmingham, AL 35242__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**HPH Properties, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Paul Tessman, Controller/manager__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __white__; Hair Color __Brown__; Facial Hair __none__
Approx. Age __40__; Approx. Height __5'9"__; Approx. Weight __150__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__/s/ Keith A Kelley__
Signature of Server

Subscribed and sworn to before me this __3rd__ day of __May__, 20 __10__

__Amanda Marie Akins__
Notary Public   (Commission Expires)

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Dec 26, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

**APS International, Ltd.**