UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International* | * | MAG: WILKINSON |
| *Specialty Lines Insurance Company, et al.* | * | |
| *Case No. 09-7791* | * | |

## MEMORANDUM IN SUPPORT OF AUTO-OWNERS INSURANCE COMPANY'S MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(B) MOTIONS

**May it Please the Court:**

Comes now AUTO-OWNERS INSURANCE COMPANY ("Auto-Owners"), a defendant in the above-styled cause, and submits this Memorandum in Support of its Motion for Protective Order to Stay Submission of Insurer Profile Form pending resolution of Rule 12(b) Motions pursuant to Federal Rule of Civil Procedure 26(c).

On December 23, 2009, Pate, in his alleged capacity as Trustee for the WCI Communities, Inc. Chapter 11 bankruptcy Chinese Drywall Trust, instituted this action against various insurer defendants. Pate originally filed suit against, among others, Auto-Owners Insurance Company. (Rec. Doc. No. 1 filed in underlying Case No. 09-7791.) Pate filed a First Amended Complaint on March 15, 2010 naming Owners Insurance Company, one of several wholly-owned subsidiaries of the parent company Auto-Owners Insurance Company. (Rec. Doc. No. 1732 filed in MDL 09-2047.) On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL

No. 2047 must complete and sign the attached Insurer Profile Form." (Rec. Doc. No. 2778.) Motions to Dismiss have been filed on behalf of both Auto-Owners Insurance Company and Owners Insurance Company. (Rec. Doc. Nos. 1321 and 3302, respectively.) The primary bases for Auto-Owners' and Owners' motions to dismiss are that the events giving rise to Pate's claims did not take place in Louisiana and, therefore, the Court lacks personal jurisdiction and that the Eastern District of Louisiana is the improper venue. These motions were properly noticed for hearing on June 23, 2010. Since a ruling in Auto-Owners' favor on its Motion to Dismiss would effectively relieve Auto-Owners from any obligation to prepare and submit an Insurer Profile Form and produce its insurance policies, this Court should stay its obligation to comply with the Court's order until after the pending Rule 12(b) motions are resolved.

Auto-Owners hereby adopts and incorporates by reference as if fully set forth herein the statements, arguments and citations to jurisprudence and statutory law contained in the Motion for Protective Order and Memorandum in Support submitted by National Union Fire Insurance Company, Chartis Specialty Insurance Company and Lexington Insurance Company. (Rec. Doc. No. 3042.)

Requiring Auto-Owners to prepare and submit the Insurer Profile Form and the Rule 7.1 Corporate Disclosure Statement and to produce the insurance policies would impose an undue burden in litigation in which it should not be involved. A ruling in Auto-Owners' favor on lack of personal jurisdiction and/or improper venue would relieve Auto-Owners from the requirements imposed on parties subject to the present MDL, including the requirement to submit Insurer Profile Forms and produce insurance policies, which is akin to Rule 26 discovery. Accordingly, this Court should issue a protective order staying the submission of Insurer Profile

Forms because such discovery will be a waste of time and expense if Auto-Owners prevails on its motion to dismiss.

For the reasons stated above, Auto-Owners requests that the Court grant Auto-Owners' Motion for Protective Order Staying the Submission of Insurer Profile Forms and Insurance Policies Pending Resolution of Rule 12(b) Motions.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*

**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
*Attorneys for Auto-Owners Insurance*
*Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Memorandum in Support of Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

/s/ Amanda W. Vonderhaar

_____
AMANDA W. VONDERHAAR