UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: L |
| | * | JUDGE: FALLON |
| This Document Relates to: | * | |
| *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* | * * | MAG: WILKINSON |
| *Case No. 09-7791* | * | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies, on behalf of defendant, Auto-Owners Insurance Company, shall be brought on for hearing before the Honorable Joseph C. Wilkinson, Jr., United States Magistrate Judge for the Eastern District of Louisiana, U.S. Courthouse, 500 Poydras Street, new Orleans, Louisiana 70130, on the 2nd day of June, 2010, at 11:00 a.m. or as soon thereafter as counsel may be heard.

                LEAKE & ANDERSSON, L.L.P.

                */s/ Amanda W. Vonderhaar*
                _____
                **JERRY L. SAPORITO, T.A. (#11717)**
                jsaporito@leakeandersson.com
                **W. PAUL ANDERSSON (#2474)**
                pandersson@leakeandersson.com
                **AMANDA W. VONDERHAAR (#31350)**
                avonderhaar@leakeandersson.com
                1700 Energy Center
                1100 Poydras Street
                New Orleans, Louisiana 70163-1701
                Telephone: (504) 585-7500
                Fax: (504) 585-7775
                *Attorneys for Auto-Owners Insurance Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Hearing for Owners Insurance Company's Motion to Dismiss First Amended Complaint for Lack of Personal Jurisdiction and Venue** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

/s/ *Amanda W. Vonderhaar*
_____

**AMANDA W. VONDERHAAR**