UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *Robert C. Pate v. American International Specialty Lines Insurance Company, et al.* Case No. 09-7791 | * * * * | MAG: WILKINSON |

### MOTION FOR PROTECTIVE ORDER STAYING SUBMISSION OF INSURER PROFILE FORMS AND INSURANCE POLICIES PENDING RESOLUTION OF RULE 12(B) MOTIONS

**NOW INTO COURT**, through undersigned counsel, comes OWNERS INSURANCE COMPANY ("Owners"), a defendant in the above-styled cause, pursuant to Fed. R. Civ. P. 26(c), and moves this Court for a protective order staying the submission of Insurer Profile Forms and insurance policies pending resolution of its Rule 12(b) motion to dismiss.

On December 23, 2009, Pate, in his alleged capacity as Trustee for the WCI Communities, Inc. Chapter 11 bankruptcy Chinese Drywall Trust, instituted this action against various insurer defendants. Pate originally filed suit against, among others, Auto-Owners Insurance Company. (Rec. Doc. No. 1 filed in underlying Case No. 09-7791.) Pate filed a First Amended Complaint on March 15, 2010 naming Owners Insurance Company, one of several wholly-owned subsidiaries of the parent company Auto-Owners Insurance Company. (Rec. Doc. No. 1732 filed in MDL 09-2047.) Motions to Dismiss have been filed on behalf of both Auto-Owners Insurance Company and Owners Insurance Company. (Rec. Doc. Nos. 1321 and 3302, respectively.) The primary bases for Auto-Owners' and Owners' motions to dismiss are that the

43185 v1

events giving rise to Pate's claims did not take place in Louisiana and, therefore, the Court lacks personal jurisdiction and that the Eastern District of Louisiana is the improper venue.

On April 27, 2010, this Court issued Pretrial Order No. 23 requiring that "each insurance company that is named as a party in any action pending in MDL No. 2047 must complete and sign the attached Insurer Profile Form." (Rec. Doc. No. 2778.) The Fifth Circuit has instructed trial courts to stay discovery under Rule 26(c) where the disposition of pending dispositive motions would preclude the need for discovery altogether, thus saving time and expense. The Insurer Profile Forms require disclosures of insurer information under penalty of perjury and the production of insurance policies, and as such, are akin to discovery. Since a ruling in Owners' favor on its Motion to Dismiss would effectively relieve Owners from any obligation to prepare and submit an Insurer Profile Form and produce its insurance policies, this Court should stay its obligation to comply with the Court's order until after the pending Rule 12(b) motions are resolved.

Further, Owners hereby adopts and incorporates by reference as if fully set forth herein the statements, arguments and citations to jurisprudence and statutory law contained in the Motion for Protective Order and Memorandum in Support submitted by National Union Fire Insurance Company, Chartis Specialty Insurance Company and Lexington Insurance Company. (Rec. Doc. No. 3042.)

WHEREFORE, for the reasons set forth above and in the accompanying supporting memorandum, as well as the reasons set forth in the Motion and Memorandum in Support filed by the above named defendants, Owners Insurance Company respectfully requests that the Court grant this motion and stay the submission of Insurer Profile Forms and the production of insurance policies pending the resolution of it Rule 12(b) motion.

Respectfully submitted:

                              LEAKE & ANDERSSON, L.L.P.

                              */s/ Amanda W. Vonderhaar*

                              JERRY L. SAPORITO, T.A. (#11717)
                              jsaporito@leakeandersson.com
                              W. PAUL ANDERSSON (#2474)
                              pandersson@leakeandersson.com
                              AMANDA W. VONDERHAAR (#31350)
                              avonderhaar@leakeandersson.com
                              1700 Energy Center
                              1100 Poydras Street
                              New Orleans, Louisiana 70163-1701
                              Telephone: (504) 585-7500
                              Fax: (504) 585-7775
                              *Attorneys for Owners Insurance Company, Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

                              */s/ Amanda W. Vonderhaar*
                              AMANDA W. VONDERHAAR