UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * | |
| | * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

Judy Y. Barrasso hereby gives notice of her appearance as lead counsel on behalf of, Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, and Progressive Classic Insurance Company, defendants in *Jessie Vu and Kristie Mai, individually and as representatives of all similarly situated individuals v. Progressive Advanced Insurance Company, et al,* United States District Court, Eastern District of Louisiana (10-930).   H. Minor Pipes, III and Catherine Fornias Giarrusso give notice of their appearance as additional counsel for Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, and Progressive Classic Insurance Company.

159688

Respectfully submitted,


/s/ Judy Y. Barrasso_____
Judy Y. Barrasso, 2814
jbarrasso@barrassousdin.com
H. Minor Pipes, III, 24603
mpipes@barrassousdin.com
Catherine Fornias Giarrusso, 29875
cgiarrusso@barrassousdin.com
BARRASSO USDIN KUPPERMAN FREEMAN
  & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:     (504) 589-9700
Facsimile:      (504) 589-9701

*Attorneys for Defendants,*
*Progressive Advanced Insurance Company,*
*Progressive Casualty Insurance Company,*
*Progressive Choice Insurance Company, and*
*Progressive Classic Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of May, 2010.

/s/   Judy Y. Barrasso_____

159688