UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| SEAN AND BETH PAYTON. | JUDGE FALLON |
| vs. | |
| KNAUF GIPS, et al Case No.: 2:09-CV-007628 | MAG. JUDGE WILKINSON |

## ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

Considering the Motion for Extension of Time to Submit Builder Profile Form filed on behalf of Defendant, Judson Construction Group, LLC.

Defendant, Judson Construction Group, LLC, is HEREBY granted through and until June 11, 2010 to submit the required Builder Profile Form.

NEW ORLEANS, LOUISIANA this 27th day of May, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE