UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| SEAN AND BETH PAYTON. vs. KNAUF GIPS, et al Case No.: 2:09-CV-007628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## ORDER ON EX PARTE MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, Judson Construction Group, LLC. to file a response to Plaintiffs' Omnibus Class Action Complaint is extended through and including June 11, 2010.

NEW ORLEANS, LOUISIANA this 27th day of May, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE