UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>McDuffie, et al v. Knauf Gips KG, et al Case No. 2:10-CV-00333,<br><br>    Defendant. | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation for Substitution of Counsel for ANDREWS HARDWARE is GRANTED.

**DONE AND ORDERED** at New Orleans, Louisiana, this 27th day of May, 2010.

*[signature: Eldon E. Fallon]*
U.S. District Judge