UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| KENNETH AND BARBARA WILTZ, ET AL VS. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY, ET AL CASE NO. 2:10-cv-361 | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**EX PARTE MOTION FOR EXTENSION
OF TIME TO SUBMIT PROFILE FORM**

Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes ("Defendant") (erroneously named as separate defendants in this matter), by and though undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty (30) day extension of time to submit its Profile Forms, and in support thereof states as follows:

1.  On or about April 19, 2010, Defendant was served with Plaintiffs' Omnibus Class Action Complaint.

2.  On March 9, 2010, the Court entered Pre-trial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3.  The undersigned have been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4.  An extension will neither prejudice any of the parties, nor delay this matter.

5.       This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

**WHEREFORE**, Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as separate defendants) hereby respectfully requests a thirty (30) day extension from the filing of this Motion until June 28, 2010, in which to complete and submit the appropriate Profile Form.

Respectfully submitted,

**LAWRENCE & ASSOCIATES**

By:  /s/ *John S. Lawrence, Jr.*
John S. Lawrence Jr., a P.L.C. (#19678)
David P. Curlin (#20771)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes*

**LOEB & LOEB, LLC**

By:  /s/ *J. Scott Loeb*
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
*Counsel for Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis

Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of May 2010.

/s/ Scott Loeb
J. SCOTT LOEB