## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL NO. 2:09-md-02047** |
| | | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * * | **MAGISTRATE WILKINSON** |
| **KENNETH AND BARBARA WILTZ, ET AL VS. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED COMPANY, ET AL CASE NO. 2:10-cv-361** | * * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Given the foregoing Ex parte Motion for Extension of Time to Submit Profile Forms:

**IT IS HEREBY ORDERED,** that Defendant, Sunrise Construction and Development, L.L.C. d/b/a Sunrise Homes (erroneously named as separate defendants) is hereby granted a thirty (30) day extension of time until June 28, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this \_\_\_\_\_ day of _____, 2010.

_____
J U D G E