UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | | |
|---|---|---|
| IN RE: CINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering Defendant's Motion for Protective Order and to Stay Discovery pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction,

IT IS HEREBY ORDERED that the Motion for Protective Order and to Stay Discovery pending Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction is hereby GRANTED.

IT IS FURTHER ORDERED that the Defendant RCR Holdings II, LLC shall not be required to participate in any discovery prior to this Court's disposition of its Motion to Dismiss for Lack of Personal Jurisdiction.

New Orleans, Louisiana, this _____ day of _____, 2010.

Honorable Eldon E. Fallon
United States District Judge