UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL No. 2047  SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al. Case No. 10-361 (E.D.La.) | : : : | |

### EX PARTE MOTION FOR EXTENSION OF TIME
### TO SUBMIT BUILDER DEFENDANT PROFILE FORM

**COMES NOW**, Pukka Development, Inc., sought to be made defendant herein, who respectfully represents it requires additional time to gather the information necessary to prepare the Builder Defendant Profile Form and that it is diligently working to gather the information requested therein.  This is Pukka Development, Inc.'s first request for such an extension.

**WHEREFORE**, Pukka Development, Inc., prays for an extension of time through and including June 30, 2010, to submit the Builder Defendant Profile Form required by the Court.

Respectfully submitted,

**HELLER, DRAPER, HAYDEN
    PATRICK & HORN, L.L.C.**

*/s/ Drew  R. Ballina*
Warren Horn (La. Bar #14380)
Drew R. Ballina (LA Bar #01704)
650 Poydras Street, Suite 2500
New Orleans, Louisiana   70130
Telephone: (504) 568-1888
Facsimile: (504) 522-0949
**COUNSEL FOR PUKKA DEVELOPMENT, INC.**

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that the above and foregoing *Ex Parte Motion for Extension of Time to Submit Builder Defendant Profile Form* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of May 2010.

                                           */s/ Drew R. Ballina*
                                           **DREW R. BALLINA**