UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : : : : | MDL No. 2047  SECTION:  L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | | |
| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Ltd. Co., et al. Case No. 10-361 (E.D.La.) | | |

**ORDER ON EX PARTE MOTION FOR EXTENSION OF
TIME TO SUBMIT BUILDER DEFENDANT PROFILE FORM**

Considering the *Ex Parte Motion for Extension of Time to Submit Builder Defendant Profile Form* filed on behalf of defendant, Pukka Development, Inc.;

Defendant, Pukka Development, Inc., is hereby GRANTED through and until June 30, 2010, to submit the required Builder Defendant Profile Form.

NEW ORLEANS, LOUISIANA, this _____ day of _____ 2010.

_____
**Honorable Eldon E. Fallon
United States District Court Judge**

3423.18897.304392.1