UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO KENNETH AND BARBARA WITLZ, et al. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. Case No. 2:10-CV-361 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *   *   *   *   *   * | * | |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORMS

NOW INTO COURT, through undersigned counsel, appearing specially herein, comes PDC Drywall Contractors, Inc. (hereinafter, "PDC"), which respectfully represents to the Court that it requires additional time within which to complete and submit its profile forms in this matter, but is working diligently to gather and complete the requested information.

WHEREFORE, Defendant, PDC Drywall Contractors, Inc., prays for a 30 day extension of time though June 28, 2010, to submit its profile forms in this matter.

                                                Respectfully submitted,

                                                /s/ Elizabeth L. Gordon
                                                Lloyd N. Shields (La. Bar No. 12022)
                                                Elizabeth L. Gordon (La. Bar No. 21619)
                                                Andrew G. Vicknair (La. Bar No. 28448)
                                                Adrian A. D'Arcy (La. Bar No. 29137)
                                                Shields Mott Lund L.L.P.
                                                650 Poydras Street, Suite 2600
                                                New Orleans, Louisiana 70130
                                                Telephone: (504) 581-4445
                                                Facsimile: (504) 584-4440
                                                lnshields@shieldsmottlund.com
                                                elgordon@shieldsmottlund.com
                                                agvicknair@shieldsmottlund.com
                                                aadarcy@shieldsmottlund.com

                                                Attorneys for
                                                  P.D.C. Drywall Contractors, Inc.

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Ex Parte Motion for Extension of Time to Submit Profile Forms* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 28th day of May, 2010.

/s/ Elizabeth L. Gordon

W:\Clients\62065-03\Pleadings\Wiltz Pleadnigs\Extension of time.profile.wpd

3