UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO KENNETH AND BARBARA WITLZ, et al. vs. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al. Case No. 2:10-CV-361 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| *   *   *   *   *   * | * | |

**ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME
TO SUBMIT PROFILE FORMS**

Considering the *Ex Parte* Consent Motion for Extension of Time to Submit Profile Forms, of PDC Drywall Contractors, Inc.:

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for PDC Drywall Contractors, Inc. to submit its profile forms is extended to is June 28, 2010.

New Orleans, Louisiana this ___ day of May, 2010.

_____
United States District Court Judge