UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SEAN AND BETH PAYTON, et al.,<br>v.<br>KNAUF GIPS, DG, et al.<br><br>Case No 2:09-md-7628,<br><br>    Defendant. | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER

**IT IS HEREBY ORDERED** that the Stipulation for Substitution of Counsel for SWIFT LUMBER is GRANTED.

**DONE AND ORDERED** at New Orleans, Louisiana, this 27th day of May, 2010.

_____
U.S. District Judge