UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER ON MOTION FOR EXTENSION TO RESPOND TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT

**Given the foregoing:**

**IT IS HEREBY ORDERED,** that Defendant, Craftmaster, LLC, is hereby granted a 30-day extension of time until May 31, 2010 within which to respond to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 27th day of May, 2010.

_____
JUDGE