UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *David Gross, et al. v. Knauf Gips KG, et al,* **Case No. 09-6690.**

## ORDER

In consideration of Defendant Shanghai Yu Yuan Import and Export Co., Ltd.'s Motion for Extension of Time to Respond to Plaintiffs' Class Action Complaint (Rec. Doc. No. 2786),

IT IS ORDERED, that Defendant's Motion is GRANTED.

New Orleans, Louisiana, this 27th day of May 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE