Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Florida Style Services, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of April, 20 10, at 11:40 o'clock A M

**Place of Service:** at 5309 Cocoa Court, in Cape Coral, FL 33904

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and**
**Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Florida Style Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Gerald Levy, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Grey ; Facial Hair ____
Approx. Age 82 ; Approx. Height 6'0 ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X Barbara Gray
Signature of Server 157153

**APS International, Ltd.**

Subscribed and sworn to before me this 30th day of April, 20 10

_____ _____
Notary Public        (Commission Expires)

Notary Public State of Florida
Elena G. Alvarado
My Commission DD775441
Expires 04/06/2012