Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0114

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holmes Building Materials, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
County of: EAST BATON ROUGE )

**Name of Server:** CAROL CASSISA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 3rd day of May, 20 10, at 2:15 o'clock P M

**Place of Service:** at 6190 Greenwell Springs Road, in Baton Rouge, LA  70806

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holmes Building Materials, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Madeline Taylor, Customer Service

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair N/A
Approx. Age 48 yrs ; Approx. Height 5'7" ; Approx. Weight 181 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Carol J. Cassisa*
Signature of Server

Subscribed and sworn to before me this 3rd day of May, 20 10

*James Ballader* 4/29/2013
Notary Public        (Commission Expires)

**APS International, Ltd.**