UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISINA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIBILITY LITIGATION | MDL NO. 2:09-md-02047 |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that RCR Holdings II, LLC will bring for hearing its Motion Protective Order and to Stay Discovery Pending Resolution of its Motion to Dismiss in the referenced matter before the Honorable Eldon E. Fallon at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, C-456, New Orleans, Louisiana 70130 on the 29 of June at 9:00 a.m. or at a time further set by this Court.

Respectfully submitted,

/s/ Sherri L. Bauer
SHERRI L. BAUER, ESQUIRE
Florida Bar No.: 531871
LUKS, SANTANIELLO,
  PEREZ, PETRILLO, GOLD & JONES
Attorneys for RCR Holdings II, LLC
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
**Counsel for RCR Holdings II, LLC.**

## SERVICE LIST

     I, hereby certify that on this 1st day of June, 2010, the foregoing has been served on Plaintiffs' Liaison Counsel, **Russ Herman**; Defendants' Liaison Counsel, **Kerry Miller** and Homebuilders'/Installers' Liaison Counsel, **Phillip A. Wittman** by e-mail; and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

    /s/ Sherri L. Bauer
SHERRI L. BAUER, ESQUIRE
Florida Bar No.: 531871
LUKS, SANTANIELLO,
  PEREZ, PETRILLO, GOLD & JONES
Attorneys for RCR
301 Yamato Road, Suite 1234
Boca Raton, FL 33431
Telephone: (561) 893-9088
Facsimile: (561) 893-9048
**Counsel for RCR Holdings II, LLC.**