UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This documents relates to
Case No. 10-0362 (*Rogers*)

MDL Docket No. 2047

SECTION L

DISTRICT JUDGE FALLON

MAGISTRATE JUDGE WILKINSON

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, Brent B. Barriere, Susie Morgan and D. Skylar Rosenbloom of the law

firm of Phelps Dunbar LLP and hereby enroll as additional counsel on behalf of Robert/Charles

Builders, Inc. It is respectfully requested that all future pleadings, orders, notices motions,

documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:      /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com
**ATTORNEYS FOR DEFENDANT,**
**ROBERT/CHARLES BUILDERS, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of June, 2010.

           /s/ Brent B. Barriere