UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION            SECTION: L

                                         JUDGE FALLON
THIS DOCUMENT RELATES TO:                MAG. JUDGE WILKINSON
Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,
Case No. 2:09-cv-07628.
_____/

## DEFENDANT, SHELBY HOMES, INC.'S, MOTION TO SUBSTITUTE COUNSEL

Defendant, Shelby Homes, Inc. ("Shelby"), by and through its undersigned counsel, hereby moves to substitute its counsel of record in this action, and in support thereof, states:

1. Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers are currently Shelby's counsel of record in this action.

2. Mills Paskert Divers also represents an entity related to Shelby in this action, and as a result, it mistakenly filed a notice of appearance on behalf of Shelby.

3. Shelby desires to substitute Robert Turken, Adam Haimo and Melissa Pallett-Vasquez of the law firm of Bilzin Sumberg Baena Price & Alexrod LLP as its counsel of record.

WHEREFORE, Defendant, Shelby Homes, Inc., respectfully requests that the Court enter an Order approving the substitution of Robert Turken, Adam Haimo and Melissa Pallett-Vasquez

of Bilzin Sumberg Baena Price & Alexrod LLP for Mills Paskert Divers in this action.

Dated:  June 1, 2010.

| BILZIN SUMBERG BAENA PRICE & ALEXROD LLP | MILLS PASKERT DIVERS |
|---|---|
| s/ Melissa Pallett-Vasquez | s/ Adam C. King |
| ROBERT TURKEN | JEFFREY M. PASKERT |
| Florida Bar No. | Florida Bar No. 846041 |
| ADAM HAIMO | jpaskert@mpdlegal.com |
| Florida Bar No. | ADAM C. KING |
| MELISSA PALLETT-VASQUEZ | Florida Bar No. 156892 |
| Florida Bar No. | aking@mpdlegal.com |
| 200 S. Biscayne Blvd., Suite 2500 | 100 N. Tampa Street, Suite 2010 |
| Miami, Florida  33131-5340 | Tampa, Florida  33602 |
| (305) 350-2393 – Telephone | (813) 229-3500 – Telephone |
| (305) 351-2298 – Facsimile | (813) 229-3502 - Facsimile |

## CERTIFICATE OF SERVICE

I HEREBY certify that on June 1, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

     s/ Adam C. King
     Attorney