UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

    SECTION:  L

THIS DOCUMENT RELATES TO:

    JUDGE FALLON

Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.,     MAG. JUDGE WILKINSON
Case No. 2:09-cv-07628.

_____/

### ORDER ON SHELBY HOMES, INC.'S MOTION TO SUBSTITUTE COUNSEL

CONSIDERING Defendant, Shelby Homes, Inc.'s Motion to Substitute Counsel,

IT IS ORDERED that Shelby Homes, Inc.'s Motion to Substitute Counsel is hereby GRANTED, and that Robert Turken, Adam Haimo, and Melissa Pallett-Vasquez of the law firm of Bilzin Sumberg Baena Price & Axelrod LLP are hereby substituted and enrolled as counsel of record for Defendant, Shelby Homes, Inc., in lieu and in place of Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
U.S. District Judge