A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on May 27, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
EASTERN DISTRICT OF LOUISIANA

2010 MAY 27 PM 12:33

LORETTA G. WHYTE
CLERK

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 12, 2010

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO-18)**

On June 15, 2009, the Panel transferred nine civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 626 F.Supp.2d 1346 (J.P.M.L. 2009). Since that time, 144 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of June 15, 2009, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed 14 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 14-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 27, 2010

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___ Fee ___
___ Process ___
_x_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                         MDL No. 2047

### SCHEDULE CTO-18 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION | EDLA SEC. L/2 |
|---|---|---|---|---|
| **FLORIDA MIDDLE** | | | | |
| FLM | 2 | 10-121 | Mid-Continent Casualty Co. v. Robert C. Pate, et al. | 10-1584 |
| **FLORIDA SOUTHERN** | | | | |
| FLS | 0 | 10-60484 | Mid-Continent Casualty Co. v. Centerline Homes Construction, Inc., et al. | 10-1585 |
| FLS | 1 | 10-20861 | Mid-Continent Casualty Co. v. Design Drywall of South Florida, LLC, et al. | 10-1586 |
| FLS | 9 | 10-80457 | Mid-Continent Casualty Co. v. Precision Drywall, Inc., et al. | 10-1587 |

**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

| CHAIRMAN: | MEMBERS: | | DIRECT REPLY TO: |
|---|---|---|---|
| John G. Heyburn II<br>United States District Court<br>Western District of Kentucky | Robert L. Miller, Jr.<br>United States District Court<br>Northern District of Indiana | W. Royal Furgeson, Jr.<br>United States District Court<br>Northern District of Texas | Jeffery N. Lüthi<br>Clerk of the Panel<br>One Columbus Circle, NE<br>Thurgood Marshall Federal<br>Judiciary Building<br>Room G-255, North Lobby<br>Washington, D.C. 20002 |
| | Kathryn H. Vratil<br>United States District Court<br>District of Kansas | Frank C. Damrell, Jr.<br>United States District Court<br>Eastern District of California | |
| | David R. Hansen<br>United States Court of Appeals<br>Eighth Circuit | Barbara S. Jones<br>United States District Court<br>Southern District of New York | Telephone: [202] 502-2800<br>Fax:  [202] 502-2888<br>http://www.jpml.uscourts.gov |

May 27, 2010

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re:  MDL No. 2047 -- IN RE: Chinese-Manufactured Drywall Products Liability Litigation

(See Attached CTO-18)

Dear Ms. Whyte:

Attached as a PDF document is a certified copy of a conditional transfer order filed by the Panel in the above-captioned matter on May 12, 2010. As stipulated in Rule 7.4(a) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 14 days to give any party an opportunity to oppose the transfer. The 14-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

A list of involved counsel, judges and clerks are attached.

Very truly,

Jeffery N. Lüthi
Clerk of the Panel

By  *Jakeia Mells*
Jakeia Mells
Case Administrator

Attachments (Conditional Transfer Order is a Separate Document)

cc:   Transferee Judge:        Judge Eldon E. Fallon

JPML Form 36A

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                              MDL No. 2047

## PANEL SERVICE LIST (CTO-18)

Russ M. Herman
HERMAN HERMAN KATZ &
COTLAR LLP
820 O'Keefe Avenue
New Orleans, LA 70113-1116
rwestenfeld@hhkc.com

Pedro E. Hernandez
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Blvd.
Suite 1600
Miami, FL 33156
phernandez@hinshawlaw.com

Thomas G. Long
BARNETT BOLT KIRKWOOD & LONG
601 Bayshore Boulevard
Suite 700
Tampa, FL 33606
jhicks@barnettbolt.com

Kerry J. Miller
FRILOT LLC
1100 Poydras Street
Suite 3700
New Orleans, LA 70163-3700
kmiller@frilot.com

Anna M. Piazza
ANDERSON KILL & OLICK PC
1251 Avenue of the Americas
43rd Floor
New York, NY 10020
apiazza@andersonkill.com

Michael J. Ryan
KRUPNICK CAMPBELL MALONE BUSER
SLAMA ET AL
700 S.E. 3rd Avenue
Courthouse Law Plaza, Suite 100
Fort Lauderdale, FL 33316-1186
mryan@krupnicklaw.com

Vanessa M. Serrano
BROAD & CASSEL
One Financial Plaza
100 SE 3rd Avenue
Suite 2700
Fort Lauderdale, FL 33394
vserrano@broadandcassel.com

Michael K. Wilson
BROAD & CASSEL
390 North Orange Avenue
Suite 1400
Orlando, FL 32801
mkwilson@broadandcassel.com

Phillip A. Wittmann
STONE PIGMAN WALTHER & WITTMANN
LLC
546 Carondelet Street
New Orleans, LA 70130-3588
pwittmann@stonepigman.com

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                                    MDL No. 2047

## INVOLVED JUDGES LIST (CTO-18)

Hon. James I. Cohn
U.S. District Judge
203F U.S. Courthouse
299 East Broward Blvd.
Fort Lauderdale, FL 33332

Hon. Charlene E. Honeywell
U.S. District Judge
United States Courthouse and Federal Building
2110 First Street
Room 6-186
Fort Myers, FL 33901

Hon. Joan A. Lenard
U.S. District Judge
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128

Hon. Federico A. Moreno
Chief Judge, U.S. District Court
1061 James Lawrence King
Federal Justice Building
99 N.E. Fourth Street
Miami, FL 33132

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                           MDL No. 2047

## INVOLVED CLERKS LIST (CTO-18)

Sheryl L. Loesch, Clerk
2-194 U.S. Courthouse & Federal Building
2110 First Street
Fort Myers, FL 33901

Steven Larimore, Clerk
Federal Courthouse Square
301 North Miami Avenue
Miami, FL 33128-7788

Steven Larimore, Clerk
Paul G. Rogers Federal Bldg. & Courthouse
701 Clematis Street
2nd Floor
West Palm Beach, FL 33401