

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

May 27, 2010

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
ATTEST

By Jakeia R. Mells on May 27, 2010

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No. 2047

(SEE ATTACHED SCHEDULE)

ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER

On May 12, 2010, the Panel filed in this docket a conditional transfer order pertaining to the actions on the attached schedule. On May 25, 2010, plaintiff Mid-Continent Casualty Co. proffered a notice of opposition to the proposed transfer. Due to administrative error, that notice was not docketed. The stay of transmittal with regard to these actions was lifted on May 27, 2010, and the actions were transferred to the Eastern District of Louisiana. These circumstances justify reinstatement of the conditional transfer order in order to permit plaintiff the opportunity to pursue its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-18" filed on May 12, 2010, is REINSTATED. Plaintiff's notice of opposition is deemed filed as of the date of this order. In accordance with Rule 7.4, R.P.J.P.M.L., 199 F.R.D. 425, 435-36 (2001), plaintiff shall file the required motion and supporting brief to vacate the conditional transfer order within 14 days of the date of this order.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

___Fee _____
___Process _____
_x_Dktd _____
___CtRmDep _____
___Doc. No. _____

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION                         MDL No. 2047

### SCHEDULE CTO-18 - TAG-ALONG ACTIONS

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 2 | 10-121 | Mid-Continent Casualty Co. v. Robert C. Pate, et al. |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 10-60484 | Mid-Continent Casualty Co. v. Centerline Homes Construction, Inc., et al. |
| FLS | 1 | 10-20861 | Mid-Continent Casualty Co. v. Design Drywall of South Florida, LLC, et al. |
| FLS | 9 | 10-80457 | Mid-Continent Casualty Co. v. Precision Drywall, Inc., et al. |