# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL. NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| **DAVID GROSS**, et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| **Case No. 2:09-CV-6690** | * | |

*********************************************

## NOTICE OF APPEARANCE OF COUNSEL

Elizabeth Haecker Ryan (La. Bar No. 6404), lead attorney, and C. Kieffer Johnson (La. Bar No. 31206), of Lemle & Kelleher, L.L.C. hereby file their Notices of Appearance as counsels of record for Defendant, Holmes Building Materials, LLC, and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

            LEMLE & KELLEHER, L.L.P.

            /s/   *C. Kieffer Johnson*
            Elizabeth Haecker Ryan (La. Bar No. 6404)
            C. Kieffer Johnson (La. Bar No. 31206)
            Pan-American Life Center
            601 Poydras Street, 21st Floor
            New Orleans, LA  70130
            Tel: 504.584.9138
            Fax: 504.584.9142
            E-mail: eryan@lemle.com
            E-mail: kjohnson@lemle.com

            *Attorneys for Defendant,*
            *Holmes Building Materials LLC*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the foregoing **Notice of Appearance of Counsel** has been filed with the Clerk of Court by using the CM/ECF system, and that the foregoing pleading has been filed with and will be served electronically upon all parties by Lexis Nexis File and Serve on this 1st day of June, 2010.

                                        /s/ *C. Kieffer Johnson* 

736938_1.DOC