UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Payton, et al., v. Knauf Gips KG, et al.*, Case No. 09-7628.

## ORDER

The following Motions to Quash, Motions for Protective Order were filed in the above captioned matter, Rec. Doc. Nos.: 2418, 2423, 2424, 2425, 2426, 2427, 2428, 2487, 2488, 2509, and 2593. In response to the issues raised in these Motions, the Court entered Pretrial Order No. 24, resolving the discovery disputes between the parties. Accordingly, IT IS ORDERED that these Motions are DENIED AS MOOT.

New Orleans, Louisiana, this 28th day of May 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE