UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO** *Sean Payton, et al. v. Knauf Gips KG, et al.,* **Case No. 09-7628.**

## ORDER

In consideration of *pro se* Defendant Steven Shivers' Motion for Voluntarily Withdrawal of Federal Rule of Civil Procedure 12(b)(4) Motion and for Extension of Time to Answer (Rec. Doc. No. 2787);

IT IS ORDERED, that Defendant's Motion is GRANTED.

New Orleans, Louisiana, this 27th day of May 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE