UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 2047 |
| | * | Sect. L (2) |
| | * | JUDGE FALLON |
| THOMAS WEST, SR. AND GLORIA WEST | * | |
| Versus STATE FARM FIRE AND CASUALTY | * | MAG. WILKINSON |
| COMPANY *Case No. 09-6356* | * | |
| | * | |
| VAL LOUIS HUFT AND AUDREY HUFT | * | |
| versus INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| ET AL, *Case No. 09-7016* | * | |
| | * | |
| LUCILLE BOURDON versus | * | |
| INTERIOR/EXTERIOR BUILDING SUPPLY, ET AL | * | |
| *Case No. 09-7025* | * | |
| | * | |
| PATRICK AND KATHLEEN DENNIS versus | * | |
| STATE FARM FIRE & CASUALTY COMPANY, | * | |
| *Case No. 09-7560* | * | |
| * * * * * * * * * | * * * * * | |

**ORDER**

**IT IS HEREBY ORDERED** that the Motion to Enroll Additional Counsel of Record filed on behalf of Defendant, State Farm Fire and Casualty Company is **GRANTED**, and that Charles L. Chassaignac, IV be enrolled as counsel of record.

**NEW ORLEANS, LOUISIANA**, this \_\_\_27th\_\_\_ day of \_\_\_May\_\_\_ 2010.

_____
**UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF LOUISIANA**

4