UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| SEAN and BETH PAYTON, et al., | * * | MAG. JUDGE WILKINSON |
| vs. | * * | |
| KNAUF GIPS KG; et al. | * * | |
| CASE NO. 2:09-CV-7628 | * | |

* * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING** the foregoing Joint Motion to Dismiss Claims of Robert and Lindy Robinson Against Lowe's Home Centers Under Fed. R. Civ. Pro. 41(a),

**IT IS HEREBY ORDERED** that the claims of Robert and Lindy Robinson against Lowe's Home Centers, Inc. are hereby dismissed, without prejudice.

New Orleans, Louisiana, this 27th day of May, 2010

_____
DISTRICT COURT JUDGE

1