UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED PRODUCTS LIABILITY LITIGATION | : : : | 2:09-MD-02047 |
| | : | SECTION: L |
| This Relates to Case: 2:09-cv-7626 | : | |
| Payton, et al v. Knauf Gips KG, et al | : : | JUDGE FALLON |
| | : | MAG. JUDGE WILKINSON |

*********************************************************************

# ORDER

**IT IS ORDERED THAT** Defendant, SORRENTO LUMBER CO., INC., is granted leave to file a First Supplemental and Amending Answer, Affirmative Defenses and Cross-Claim.

New Orleans, Louisiana, this 27th day of May, 2010.

_____
JUDGE, EASTERN DISTRICT OF LOUISIANA