UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

_____

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

ATTORNEY APPEARANCE FORM

An appearance is hereby filed by the undersigned counsel as attorney for Defendant, FRANCISCUS HOMES, INC..  The filing of this Attorney Appearance form is done in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant, FRANCISCUS HOMES, INC., reserves all rights to object to the jurisdiction of this Honorable Court.

FRANCISCUS HOMES, INC.

By:_____/s/_____
               Of Counsel

Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant, FRANCISCUS HOMES, INC.
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 1st day of June, 2010, the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                                                _____/s/_____