# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:   2010 CV 361

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA
COUNTY/CITY OF Virginia Beach

BEFORE ME, the undersigned authority, personally came and appeared:

### GARY L. WERNER

Who, after being duly sworn did depose and state, as follows:

1. He is the President of Franciscus Homes, Inc., a Virginia corporation, with its principle place of business located in Virginia Beach, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of Franciscus Homes, Inc..

3. That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4. Franciscus Homes, Inc. is not authorized to do, and has never done, any business in the State of Louisiana.

EXHIBIT 1

5. Franciscus Homes, Inc. is a developer/investment company, licensed to do business in the Commonwealth of Virginia.

6. Franciscus Homes, Inc. does not manufacture any products, and it does not sell any products.

7. He is not personally, nor in his capacity as President of Franciscus Homes, Inc. aware of Franciscus Homes, Inc. performing any contracting, building or development work in the State of Louisiana.

8. Franciscus Homes, Inc. has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Franciscus Homes, Inc. has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. Franciscus Homes, Inc. does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. Franciscus Homes, Inc. does not, and has never solicited any business in the State of Louisiana.

By: _____
Gary L. Werner
President
Franciscus Homes, Inc.

SUBSCRIBED and SWORN to before me this 26 day of May 2010.

_____
Notary Public

248470
Notary Registration Number

My Commission Expires: JUNE 30, 2013