UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| DAVID AND CHERYL GROSS ET AL | * | MAG. WILKINSON |
| | * | |
| Versus | * | |
| | * | 2010-0931 |
| STATE FARM FIRE & CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing motion filed by Defendants State Farm Fire & Casualty Company and State Farm General Insurance Company ("State Farm"):

**IT IS ORDERED** that State Farm's Ex Parte Motion for Leave of Court to File An Amended/Corrected Notice of Appearance is GRANTED.

**IT IS FURTHER ORDERED** that State Farm's Ex Parte Motion to Withdraw its previously filed Notice of Appearance RD# 3276 filed in Docket 09-md-2047 and Docket 10-0723 is also GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the United States District Court for the Eastern District of Louisiana is hereby directed to receive State Farm's Amended Corrected Notice of Appearance into the record of the main drywall suit, Docket No. 09-2037 and David Gross et al v. State Farm et al, Docket No.10-0931.

**NEW ORLEANS, LOUISIANA** this  28th  day of  May , 2010.

_____
**UNITED STATES DISTRICT COURT
HON. ELDON E. FALLON**

1