**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: | **CHINESE-MANUFACTURED DRYWALL** | **MDL NO. 09-2047** |
| | **PRODUCTS LIABILITY LITIGATION** | **SECTION: L** |

**JUDGE FALLON**

**MAG. JUDGE WILKINSON**

_____

**THIS DOCUMENT RELATES TO:**

**KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,**

**CASE #:      2010 CV 361**

<u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Defendant, FRANCISCUS HOMES, INC. has filed the attached Motion for Protective Order Staying Discovery and Submission of Builder Profile Forms Pending Resolution of Rule 12(b) Motions.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on June 23, 2010 at 9:00 am, before the Honorable Eldon E. Fallon.

FRANCISCUS HOMES, INC.


By:     _____/s/_____
                  Of Counsel

Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendant, FRANCISCUS HOMES, INC.
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2010, the above and foregoing Notice of Hearing has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # , and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____