UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br>SECTION: L |
| | | JUDGE FALLON |
| | | MAG. JUDGE WILKINSON |

_____

**THIS DOCUMENT RELATES TO:**

**KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING MATERIALS PUBLIC, LTD., ET. AL.,**

**CASE #:**    **2010 CV 361**

_____

## MOTION TO DISMISS

NOW INTO COURT, through the undersigned counsel, come Defendant, GREENSPRINGS CONDOMINIUMS, LLC, who move this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. Proc. Rule 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, GREENSPRINGS CONDOMINIUMS, LLC. is not subject to, nor has it submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against Defendant, GREENSPRINGS CONDOMINIUMS, LLC.

WHEREFORE, Defendant, GREENSPRINGS CONDOMINIUMS, LLC, prays that said Defendant's Motion to Dismiss, pursuant to Fed. R. Civ. Proc. Rule 12 be

granted, and that this Honorable Court dismiss the Plaintiffs' claims against Defendant, GREENSPRINGS CONDOMINIUMS, LLC as this Court does not have personal jurisdiction over this Defendant, and the Eastern District of Louisiana is an improper venue for any claims against GREENSPRINGS CONDOMINIUMS, LLC.

GREENSPRINGS CONDOMINIUMS, LLC

By: _____/s/_____
         Of Counsel

Todd M. Fiorella, Esquire
Virginia State Bar No. 30238
Attorney for Defendants GREENSPRINGS CONDOMINIUMS, LLC
Fraim & Fiorella, P.C.
150 Boush Street, Suite 601
Norfolk, Virginia 23510
Telephone: (757) 227-5900
Fax: (757) 227-5901
mdl.drywall@ff-legal.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of June, 2010, the above and foregoing Motion to Dismiss has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

_____/s/_____