UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09-cv-07628 _____/ | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

    Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation, BANNER SUPPLY CO., a Florida corporation, RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

    Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,

    Third-Party Defendant,
_____/

**ORDER**

    Upon consideration of the Consent Motion to Extend Time to Respond to the Crossclaim, filed herein by Crossclaim Defendant BANNER SUPPLY CO. ("BANNER"),

    IT IS HEREBY ORDERED that the Consent Motion to Extend Time to Respond

{218429.0005/N0830418_1}

to the Crossclaim be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that BANNER shall be granted a thirty (30)-day extension of time to file and serve a response to the Crossclaim of TAYLOR MORRISON SERVICES, INC. F/K/A MORRISON HOMES, INC. and TAYLOR WOODROW COMMUNITIES AT VASARI, L.L.C. filed in the above-captioned matter, Civil Action No. 09-07628, within MDL No. 2047 (the "Crossclaim"), up through an including June 28, 2010.

New Orleans, Louisiana, this 28th day of ____May____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

{218429.0005/N0830418_1}