## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:     CHINESE-MANUFACTURED DRYWALL          MDL NO. 09-2047
           PRODUCTS LIABILITY LITIGATION          SECTION: L

                                                  JUDGE FALLON

                                                  MAG. JUDGE
                                                  WILKINSON

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. vs. BEIJING NEW BUILDING
MATERIALS PUBLIC, LTD., ET. AL.,

CASE #:     2010 CV 361

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA
COUNTY/CITY OF *James City*

BEFORE ME, the undersigned authority, personally came and appeared:

### MICHELE Z. BALL

Who, after being duly sworn did depose and state, as follows:

1.     She is the Vice President of Greensprings Plantation, Inc., the Manager of

       Greensprings Condominiums, LLC, a Virginia limited liability company, with its

       principle place of business located in Williamsburg, Virginia.

2.     In that capacity, she is familiar with the nature of the business, including the

       general, day-to-day operations of Greensprings Condominiums, LLC.



3.    That she is of proper age, and of sound mind, and capable of providing this Affidavit.

4.    Greensprings Condominiums, LLC is not authorized to do, and has never done, any business in the State of Louisiana.

5.    Greensprings Condominiums, LLC is a real estate developer licensed in the Commonwealth of Virginia, and is in the business of constructing and selling residential housing within the borders of the Commonwealth of Virginia.

6.    Greensprings Condominiums, LLC does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7.    She is not personally, nor in her capacity as Manager of Greensprings Condominiums, LLC aware of Greensprings Condominiums, LLC performing any contracting, building or development work in the State of Louisiana.

8.    Greensprings Condominiums, LLC has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9.    Greensprings Condominiums, LLC has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10.   Greensprings Condominiums, LLC does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11.   Greensprings Condominiums, LLC does not, and has never solicited any business

in the State of Louisiana.

By: _Michele Z. Ball_

Michele Z. Ball, Vice President,
Greensprings Plantation, Inc.
Manager
Greensprings Condominiums, LLC

SUBSCRIBED and SWORN to before me this 26th day of May 2010.

_____
Notary Public

348789
_____
Notary Registration Number

My Commission Expires: August 31, 2012