U.S.

# GUANGDONG PROVINCE

## FOSHAN CITY INTERMEDIATE PEOPLE'S COURT

### PROOF OF SERVICE

[Seal: Guangdong Province Foshan City Intermediate People's Court]

*Law Association No. FX-10-123*
*Judicial Association No. SX-10-80*

| | | | |
|---|---|---|---|
| Cause of Action | Other judicial assistance | Case No. | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5 |
| Document Served and Number | (2010) Foshan Intermediate Court Civil 4/Inferior No. 5<br>Summary of documents served, summons, complaint, one copy each. | | |
| Servee | Nan Hai Silk Import & Export Co. Ltd. | | |
| Address for Service | Building 1, No. 4 West Nan Gui Road, Foshan City, (Guangdong, China). | | |
| Time frame for Receiving Documents | | | |
| Notice to Servee | | Mode of Contact | |
| Name of Servee Signature or Sealt | Signature: [Seal: Guangdong Province Nan Hai Silk Import & Export Co., Ltd.]<br>March 12, 2010 | | |
| Substitute Recipient | Signature:                                                                                   Date: | | |
| Notes | Please sign this Proof of Service and return it to this court.<br>Address of this court: 51Second Kui Qi Road, Chan Cheng District, Foshan City, Guangdong Province, (China).<br>Attn: Han, Zhen Yu<br>Postal Code: 528000 | | |

*Note:* 1. *The service of documents in criminal actions is executed pursuant to Criminal Proceeding Code §81; the service of documents in civil actions and administrative documents is executed in accordance with Civil Proceeding Code §78 and §79.*
2. *In case of receipt by substitution, the recipient shall sign or seal and note his/her relationship with the servee.*

APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

## DEMANDE
## AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER
## D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE

Convention on the Service abroad of judicial and extrajudicial documents in civil or
commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile
ou commerciale, signée à La Haye, le 15 Novembrè 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
   (identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*
   (identité et adresse) _____ Nanhai Silk Imp. & Exp. Corporation _____
_____ Block 1, 4 Nangui Road, West Foshan Guangdong, 528200, China _____
               Tel: _____
[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
    a) *selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
    b) *selon la forme particulière suivante (article 5, alinéa premier, lettre b):* _____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
    c) *le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

Class Action Complaint
Summons in a Civil Action
Translations
Summary of the Document to be Served

Done at                                            , the
*Fait à* Minneapolis, Minnesota, U.S.A.            , *le* 1/13/10

Signature and/or stamp.
*Signature et/ou cachet.*

[signature]

[stamp: APS INTERNATIONAL / APS International Plaza / 7800 Glenroy Road / Minneapolis, MN 55439]

(Formerly OBD-116 which was formerly LAA-116,         USM-94
both of which may still be used)                     (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

## CERTIFICATE
## *ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
    - the (date)
    - *le (date)* __Mar 12, 2010__
    - at (place, street, number)
    - *à (localité, rue numéro)* __No. 4 Nan Gui Xi Ln, Fo Shan__

    - in one of the following methods authorised by article 5-
    - *dans une des formes suivantes prévues à l'article 5:*
        - [ ] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
            a) *selon les formes légales (article 5, alinéa premier, lettre a).*
        - [ ] (b) in accordance with the following particular method*:
            b) *selon la forme particulière suivante:* _____
        - [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
            c) *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
    - (identity and description of person)
    - *(identité et qualité de la personne)* __Nan Hai Silk Imp & Exp. Co__

    - relationship to the addressee (family, business or other):
    - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __Personal Service__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Beijing__, the __May 10, 2010__
*Fait à* _____ *, le* _____
Signature and/or stamp.
*Signature et/ou cachet.*
中华人民共和国
司 法 部
司法协助专用章

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2