## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *   MDL NO. 2047 <br> * <br> *   JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * |
| KIMBER FORET AND RYAN FORET | *   MAG. WILKINSON <br> * |
| Versus | * <br> *   10-1553 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TAINHIN CO., LTD., TAISHAN GYPSUM CO. LTD., F/K/A SHNDONG TAIHE DONGXIN CO., LTD., USG CORPORATION, L&W SUPPLY CORPORATION, D/B/A SEACOAST SUPPLY, INTERIOR/ EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INT. LTD, LEE ROY JENKINS, AND STATE FARM FIRE & CASUALTY COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S
### <u>MOTION TO SEVER</u>

Pursuant to Federal Rule of Civil Procedure 21, Defendant State Farm Fire & Casualty Company moves for an order severing Plaintiffs' claims against Knauf Gips KG; Knauf Plasterboard Tianjin Co., Ltd.; Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd.; USG Corporation; L&W Supply Corporation, d/b/a Seacoast Supply; Interior Exterior Building Supply; Independent Builders Supply Association, Inc.; and Rothchilt International Limited (the "Manufacturer/Supplier Defendants") and Lee Roy Jenkins (the "Builder Defendant") from Plaintiffs' claim against State Farm.

1

State Farm states as the grounds for this motion that the claims against State Farm and against the Manufacturer/Supplier Defendants and the Builder Defendant are improperly joined, are based on entirely different legal theories, involve different factual and legal issues, and can be more efficiently adjudicated in separate cases.

In support of its motion, State Farm relies on its Memorandum of Law in Support of Its Motion to Sever, submitted herewith, and the authorities cited therein.

WHEREFORE, Defendant State Farm Fire & Casualty Company seeks an order severing, pursuant to Federal Rule of Civil Procedure 21, the claim against State Farm from the claims against the Manufacturer/Supplier Defendants and the Builder Defendant.

This 1st day of June, 2010.

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon Brian Houghtaling, counsel for Plaintiffs Kimber Foret and Ryan Foret, Alex Peragine and Amanda Cox, counsel for Defendant Lee Roy Jenkins, and Marc Yellin, counsel for Defendant L&W Supply Corporation by email and by first class mail U.S. Postage Pre-paid pending counsel's registration with Lexis/Nexis File and Serve and on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 1st day of June, 2010.

                                              Adrianne L. Baumgartner