UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| KIMBER FORET AND RYAN FORET | * * | MAG. WILKINSON |
| Versus | * * | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TAINHIN CO., LTD., TAISHAN GYPSUM CO. LTD., F/K/A SHNDONG TAIHE DONGXIN CO., LTD., USG CORPORATION, L&W SUPPLY CORPORATION, D/B/A SEACOAST SUPPLY, INTERIOR/ EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INT. LTD, LEE ROY JENKINS, AND STATE FARM FIRE & CASUALTY COMPANY | * * * * * * * * * | 10-1553 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF HEARING OF DEFENDANT STATE FARM
FIRE & CASUALTY COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS AND MOTION TO SEVER**

**PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing the attached Motion to Dismiss Plaintiffs' Claims and Motion to Sever before Judge Eldon E. Fallon at United States Courthouse, 500 Poydras Street, Room C468, New Orleans, Louisiana, 70130, on **the 23rd day of June, 2010 at 9:00 a.m.**, or at a time set by the court.

1

/s/ Adrianne L. Baumgartner
_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746**)
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com


**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**


### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon Brian Houghtaling, counsel for Plaintiffs Kimber Foret and Ryan Foret,  Alex  Peragine and Amanda Cox, counsel for Defendant Lee Roy Jenkins,  and Marc Yellin, counsel for Defendant L&W Supply Corporation by email and by first class mail U.S. Postage Pre-paid pending counsel's registration with Lexis/Nexis File and Serve and on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that

2

the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 1st day of June, 2010.

<u>Adrianne L. Baumgartner</u>