UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al., | MDL Docket No. 2047 |
| Plaintiffs, | |
| v. | Case No: 09-6690 |
| KNAUF GIPS KG, et al. | |
| Defendants. | |

*********************************************************************************

## NOTICE OF APPEARANCE

Robert D. Finkel, Esquire, and the law firm of Manion McDonough & Lucas, P.C., hereby enters their appearance as counsel for Defendant, MARONDA HOMES, INC. OF FLORIDA and request that copies of all pleadings filed in this matter be forwarded to the undersigned.

Respectfully submitted,

*/s/ Robert D. Finkel*
Robert D. Finkel, Esquire
rfinkel@mmlpc.com
PA ID No. 71130
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of June, 2010.

*/s/ Robert D. Finkel*
Robert D. Finkel, Esquire
PA ID No. 71130
rfinkel@mmlpc.com
MANION MCDONOUGH & LUCAS, P.C.
600 Grant Street, Suite 1414
Pittsburgh, Pennsylvania 15219
(412) 232-0200
(412) 232-0206
Firm I.D. No. 786