UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047 SECTION L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN and BETH PAYTON, *et al*. v. KNAUF GIP KG, *et al*., Case No. 2:09-cv-07628-EEF-JCW | |
| _____/ | |

### DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC.'S CONSENTED MOTION TO EXCEED PAGE LIMITATION

Defendant, Management Services of Lee County, Inc. f/k/a Paul Homes, Inc. ("Paul Homes"), respectfully moves this Court for an Order permitting Paul Homes to exceed the 25 page limit for its Motion to Dismiss the Amended Omnibus Class Action Complaint (the "Payton Omnibus Complaint") served by Plaintiffs Michael Nukho, Edward Nukho, and George Nukho (the "Nukhos"), Scott and Judy Barry (the "Barrys"), Gerard and Nancy Roy (the "Roys"), and Thomas and Sonia Runyon (the "Runyons") (collectively, "Plaintiffs").  In support of this motion, Paul Homes states as follows:

1. Plaintiffs have asserted eleven claims[1] against Paul Homes:  Negligence (Count I); Negligence Per Se (Count II); Strict Liability (Count III); Breach of Express and/or Implied Warranties (Count IV); Breach of Implied Warranty of Habitability (Count VI); Breach of Contract (Count VII); Private Nuisance (Count XI); Negligent Discharge of Corrosive Substance (Count XII); Unjust Enrichment (Count XIII); Violation of Florida's Deceptive and Unfair Trade

---

[1] There are fifteen Counts in the Omnibus Complaint, but only eleven of them arguably apply to Paul Homes.

{FT682369;2}

Practices Act (Count XIV); and Equitable and Injunctive Relief and Medical Monitoring (Count XV).  Each of these claims is governed by and arises under the law of Florida

2. Paul Homes' Motion to Dismiss responds to Plaintiffs' eleven claims, which require a detailed discussion of the legal issues. Given the numerous parties, arguments, points and authorities involved, the Motion to Dismiss will exceed the Court's twenty-five (25) page limit.

3. For this reason, Paul Homes requests leave to exceed the twenty-five (25) page limitation.  Specifically, Paul Homes requests that the Court allow Paul Homes to file a Motion to Dismiss that shall be no longer than thirty (30) pages. The five additional pages Paul Homes is requesting will allow Paul Homes to fairly and adequately address the claims asserted by Plaintiffs, and will assist the parties and the Court in understanding and resolving the legal issues in the case, which is the province of the Court.

4. Plaintiffs have consented to this enlargement of page limits.

5. Accordingly, Paul Homes respectfully requests that the Court grant it leave to file a 30-page Motion to Dismiss.

6. A proposed order granting the relief requested herein is attached to this Motion as **EXHIBIT A**.

Wherefore, Paul Homes respectfully requests that the Court grant the Motion to Exceed Page Limitation and allow Paul Homes to submit a Motion to Dismiss that is thirty (30) pages or less in length.

## CERTIFICATE OF CONSULTATION WITH OPPOSING COUNSEL

I hereby certify that counsel for Paul Homes has consulted with counsel for Plaintiffs, and that Plaintiffs' counsel consent to the relief sought in this Motion.

{FT682369;2}

/s/ Stacy Bercun Bohm

Dated: June 2, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email: stacy.bohm@akerman.com
valerie.greenberg@akerman.com
leslie.tomczak@akerman.com

**PHELPS DUNBAR LLP**

BY: /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.**

{FT682369;2}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Defendant Management Services of Lee County, Inc.'s Motion to Exceed Page Limitation* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this **2nd** day of June, 2010.

/s/ Stacy Bercun Bohm

{FT682369;2}