# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUPF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## ORDER GRANTING MANAGEMENT SERVICES OF LEE COUNTY, INC.'S MOTION TO EXCEED PAGE LIMITATION

This Matter came before the Court upon Defendant's, Management Services of Lee County, Inc. f/k/a Paul Homes, Inc. ("Paul Homes"), Consented Motion to Exceed Page Limitation (the "Motion"). Having reviewed Paul Homes' Motion and finding that Plaintiffs Michael Nukho, Edward Nukho, and George Nukho, Scott and Judy Barry, Gerard and Nancy Roy, and Thomas and Sonia Runyon (collectively, "Plaintiffs") have consented to the enlargement of page limits requested therein, it is hereby

**ORDERED AND ADJUDGED** that:

1. Paul Homes' Motion is **GRANTED**.

2. Paul Homes is granted leave to file its Motion to Dismiss the Amended Omnibus Class Action Complaint up to thirty (30) pages in length.

**DONE AND ORDERED** in Chambers in New Orleans, Louisiana, this ____ day of June, 2010.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

{FT682371;2}

{FT682371;2}