Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103676-0026

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Tuscan-Harvey Estates
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )

**Name of Server:** Michael Rocco , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 29th day of April , 20 10 , at 3:50 o'clock P. M

**Place of Service:** at 902 Clint Moore Road, Suite 120 , in Boca Raton, FL 33487

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Tuscan-Harvey Estates**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Reggie Grenier, Managing Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex MM ; Skin Color White ; Hair Color Grey ; Facial Hair _____
Approx. Age 60 ; Approx. Height 5'5" ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco *Michael Rocco*
Signature of Server

Subscribed and sworn to before me this 30th day of April , 20 10

Jonathan Levy
Notary Public (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.