Joyce W. Rogers, et. al,, Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Maronda Homes, Inc, of Florida
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Seminole )

Name of Server: Jesse P. Williams Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of April, 2010, at 9:28 o'clock A M

Place of Service: at 3993 West First Street, in Sanford, FL 32771

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Maronda Homes, Inc, of Florida**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Jane Forest, Executive Administrative Assistant

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 35-50 ; Approx. Height 5'6" ; Approx. Weight 130

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

4-29-10
Signature of Server
Jesse P. Williams, Jr.
APS International, Ltd. #2009-0818-Wil

Subscribed and sworn to before me this
29 day of April, 2010

Notary Public      (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO, INC.