Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Freemar Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** _Jamie Snyder_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **29** day of **April**, 20 **10**, at **5:18** o'clock **P** M

**Place of Service:** at **5410 Endeavor Avenue**, in **Dover, FL 33527**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Freemar Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Mary Freeman, Authorized Agent for R.A. John T. Freeman_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color _Cauc._ ; Hair Color _Blond_ ; ~~Facial Hair~~ _glasses_
Approx. Age **60** ; Approx. Height **5'5"** ; Approx. Weight **150 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me, this **3** day of **May**, 20 **10**

_signature_
Notary Public   (Commission Expires)

SEAN SEGEL
MY COMMISSION # DD 897202
EXPIRES: June 8, 2013
Bonded Thru Notary Public Underwriters