Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0130

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Treasure Coast
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **4** day of **May**, 20**10**, at **10:45** o'clock **A** M

**Place of Service:** at **6301 SE Federal Hwy**, in **Stuart, FL 34997**

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Treasure Coast**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Grace Haymond - As substitute Registered Agent, in absence of R/A Gerald Bashant, in accordance to Florida Statute,**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **White** ; Facial Hair ———
Approx. Age **70** ; Approx. Height **5'5"** ; Approx. Weight **170 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **4** day of **May**, 20**10**

_Amy M. Kreyling_
Signature of Server

_signature_    7-14-12
Notary Public    (Commission Expires)

APS International, Ltd.



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services

# RETURN OF SERVICE

| | | |
|---|---|---|
| State of LOUISIANA | County of EASTERN DISTRICT | United States District Court |

Case Number: 10-362 SECTION L

Plaintiff:
**JOYCE W. ROGERS, et al**

vs.

Defendant:
**KNAUF GIPS KG, et al**

For:
LEVIN, FISHBEIN, ET AL
510 Walnut Street, Suite 500
Philadelphia, PA 19106-3697

Received by INVESTIGATIVE SUPPORT SPECIALIST, INC. on the 3rd day of May, 2010 at 4:19 pm to be served on TREASURE COAST, 6301 SE FEDERAL HIGHWAY, STUART, FL 34997.

I, Amy M. Kreyling, do hereby affirm that on the 4th day of May, 2010 at 10:45 am, I:

SERVED the within named corporation by delivering a true copy of the **SUMMONS and AMENDED COMPLAINT W/JURY DEMANDS; EXHIBITS** with the date and hour endorsed thereon by me to GRACE HAYMOND, in absence of R/A Gerald Bashant, accordance to Florida Statute as REGISTERED AGENT.

**Additional Information pertaining to this Service:**
5/4/2010 10:45 am SERVED TO GRACE HAYMOND, RECEPTIONIST, AS SUBSTITUTE REGISTERED AGENT IN ABSENCE OF R/A GERALD W. BASHANT, IN ACCORDANCE TO FLORIDA STATUTE. (R/A HOURS ARE MONDAY - FRIDAY 10:00 A.M. - 12:00 P.M.) SPOKE TO R/A, GERALD W. BASHANT, ON THE TELEPHONE. HE AUTHORIZED GRACE HAYMOND TO ACCEPT SERVICE ON HIS BEHALF.

I do hereby certify that I have no interest in the above action, that I am over the age of eighteen, and that I am a Certified Process Server in the circuit in which it was served.

Amy M. Kreyling
PS-04-05

INVESTIGATIVE SUPPORT SPECIALIST, INC.
800 East Ocean Blvd.
Suite D
Stuart, FL 34994
(772) 288-1485
Our Job Serial Number: 2010000080