Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)




Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0117

# AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**Service of Process on:**
--Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware
Court Case No. 10-362 Section L

**State of:** Alabama ) ss.
**County of:** Mobile )

**Name of Server:** Cherie A. Weatherby, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of April, 20 10, at 9:32 o'clock A M

**Place of Service:** at 19750 North 3rd Street, in Citronelle, AL 36522

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Andrews Hardware Company, Inc., d/b/a Andrews Ace Hardware**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Manager, Bruce Andrews

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair No
Approx. Age 56-58 ; Approx. Height 5'11 ; Approx. Weight 150-160 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 28th day of April, 20 10

[signature]
Signature of Server

[signature] 7-15-2013
Notary Public (Commission Expires)

**APS International, Ltd.**

LINDA K. SMITH
My Commission Expires
NOTARY PUBLIC
07-15-2013
ALABAMA STATE AT LARGE