UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

### ORDER

The following motions for protective order staying submission of profile forms have been filed by insurer and homebuilder defendants in the above captioned litigation, Rec. Doc. Nos.: 2904, 3040, 3042, 3058, 3074, 3221, 3222, 3225, 3226, 3227, 3259, 3303, 3335, 3337, and 3356. These motions request similar relief-to stay the submission of profile forms until the Court resolves pending Federal Rule of Civil Procedure 12(b) motions. The Court has considered these motions. At the monthly status conference on May 27, 2010, in response to these motions, the Court stated that the purpose of the profile forms is to provide useful information to the Court and parties, allow for more streamlined discovery, and to assist the Court in resolving pending motions. Accordingly, the Court directed non-complying parties to submit profile forms in accordance with the governing pretrial orders. Consistent with the Court's previous statement, IT IS ORDERED that the motions for protective order listed above are DENIED and that the movants are directed to comply with the governing pretrial orders and properly submit profile forms.

New Orleans, Louisiana, this 1st day of June 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

-2-