UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| This Document Relates to: 09-7628 (Payton) | Judge Fallon |
| | Mag. Judge Wilkinson |
| _____/ | |

## NOTICE OF APPEARANCE OF COUNSEL

Jaret J. Fuente and Carlton Fields, P.A. and Suzanne K. Richards and Vorys Sater Seymour & Pease, LLP, pursuant to the Court's Order, hereby notice their appearance as counsel on behalf of M/I Homes of Tampa, LLC, one of the defendants in <u>Payton v. Knauf Gips KG, et. al.</u>, and request that all correspondence and pleadings be directed to them. M/I Homes of Tampa, LLC specifically reserves all rights and defenses, including the right to object to the sufficiency of process, service of process, venue, and the jurisdiction of this Court. M/I Homes of Tampa, LLC further avers that this notice does not constitute a waiver of service, but is filed per Court order.

Respectfully submitted,

s/Jaret J. Fuente
Jaret J. Fuente
Florida Bar No. 0146773
CARLTON FIELDS, P.A.
Corporate Center Three, International Plaza
4221 West Boy Scout Blvd., Suite 1000
Tampa, FL 33607
Telephone: (813) 223-7000
Facsimile: (813) 229-4133
E-mail: jfuente@carltonfields.com

Suzanne K. Richards
Ohio Bar No. 0012034
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
Columbus, Ohio 43216-1008
Tel.: (614) 464-6458

16378443.1

Fax: (614) 719-4920  
E-Mail: skrichards@vorys.com

*Counsel for M/I Homes of Tampa, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 2nd day of June, 2010.

s/ Jaret J. Fuente  
Attorney

16378443.1

2