UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],** | **CASE NO.: 10-362** <br> **SECT L. MAG 2** |
| **Plaintiffs,** | |
| v. | |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD. [ADDITIONAL DEFENDATNS LISTED ON SCHEDULE OF DEFENDATNS, ATTACHED HERETO AS EXHIBIT "B"],** | |
| **Defendants.** | |

_____/

ORDER ON UNOPPOSED MOTION OF ALAN AND ANNETTE
GODDARD TO INTERVENE AS CLASS PLAINTIFFS

**THIS MATTER,** having come before the Court on the Unopposed Motion for Intervention as Class Plaintiffs by Intervenors Alan and Annette Goddard, and the Court having reviewed the Motion, the accompanying Memorandum of Law, and the Proposed Intervenor Complaint, and being otherwise advised that the Plaintiffs' Steering Committee and Defendants' Steering Committee do not oppose the Motion, it is hereby

**ORDERED, ADJUDGED,** and **DECREED** that the Motion to Intervene is GRANTED. The Proposed Intervenor Complaint of Alan and Annette Goddard shall be deemed filed as of the date of this Order.

New Orleans, Louisiana this  1st  day of _____June_____, 2010.

_____
United States District Judge