UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Hernandez v. Knauf Gips KG, et al.*, **Case No. 09-6050**

## ORDER

On May 11, 2010, the Court entered a Judgment in the above captioned matter. Rec. Doc. No. 3012. The Judgment provided the following "IT IS FURTHER ORDERED that the issue of the amount of reasonable attorneys' fees and costs of these proceedings recoverable by the plaintiffs is hereby reserved, and shall be determined following appropriate motion practice and a hearing to be conducted on this issue." *Id*. The Court now finds it appropriate to focus on resolution of the reasonable attorneys' fees and costs. Accordingly, IT IS ORDERED that the parties are to draft a scheduling order for submission of briefs and a hearing date on these issues within ten (10) days of this Order. IT IS FURTHER ORDERED that if the parties are unable to agree on a scheduling order, the parties are to submit their competing drafts to the Court within ten (10) days of this Order, after which the Court will consider the drafts and enter a final scheduling order.

New Orleans, Louisiana, this 1st day of June 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE