Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0058

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Homes, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

**Name of Server:** CARLOS AGUIRRE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of April, 20 10, at 1:10 o'clock P M

**Place of Service:** at 7975 NW 154th Street, Suite 400, in Miami Lakes, FL 33016

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**United Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Karen Romero Accounting Clerk

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ____
Approx. Age 24 ; Approx. Height 5'2 ; Approx. Weight 115

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 29 day of April, 20 10

Notary Public      (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.