Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0037

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grand Palazzo Hendricks, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 28 day of April, 20 10, at 1:10 o'clock P M

Place of Service: at 7800 Red Road, Suite 127, in South Miami, FL 33143

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Grand Palazzo Hendricks, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Thomas Alfano R.A.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'8 ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 29 day of April, 20 10

Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.