Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103676-0091

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Joseph E. Clouse, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: Florida ) ss.
County of: Lee )

Name of Server: Edwin S. Cintron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7th day of May, 20 10, at 2:20 o'clock P M

Place of Service: at 9384 Agean Circle, in Lehigh Acres FL 33936

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Joseph E. Clouse, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an co-resident whose name and title is: Rosemary Clouse, co-resident with Registered Agent Lorna Clouse and Director Joseph Clouse.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Gray ; Facial Hair _____
Approx. Age 70 ; Approx. Height 5'3" ; Approx. Weight 160 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____ 90021
Signature of Server

Subscribed and sworn to before me this 11th day of May, 20 10

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012