Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0029

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Ft. Myers, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __26__ day of __April__, 20__10__, at __3:44__ o'clock __P__ M

Place of Service: at __Two South Biscayne Boulevard, Suite 3400__, in __Miami, FL 33131__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Ft. Myers, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Mark Scheer R.A. for GY Corporate Services__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __White__; Hair Color __Brown__; Facial Hair __No__
Approx. Age __50__; Approx. Height __5'6__; Approx. Weight __195__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __29__ day of __April__, 20 __10__

Notary Public         (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.