Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0048

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Georgetown, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 27 day of April, 20 10, at 10:15 o'clock A M

Place of Service: at 20801 Biscayne Boulevard, Suite 501, in Aventura, FL 33180

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Georgetown, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: Norman Leopold R.A.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair NO
Approx. Age 55 ; Approx. Height 5'8 ; Approx. Weight 160

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 27 day of April, 20 10

Notary Public       (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission # DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.