UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: Gross (09-6690) | * * | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

George Denegre Jr. hereby gives notice of his appearance as counsel on behalf of Gator Gypsum, Inc. and Capitol Materials, Incorporated, defendants in *David Gross, et al. v. Knauf Gips KG, et al.*, United States District Court, Eastern District of Louisiana (09-6690).

Respectfully submitted,

/s/ George Denegre, Jr.
George Denegre, Jr. (Bar # 8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorneys for Gator Gypsum, Inc. and
Capitol Materials, Incorporated

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 3, 2010, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notice of Electronic Filing.

/s/ George Denegre, Jr.