UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION: L |
| *Kenneth and Barbara Wiltz, et al. v.* *Beijing New Building Materials* *Public Limited Co., et al.* | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361, Sect. L Mag. 2 | : |  |

### ORDER ON DEFENDANT, BETTER BOXING COMPANY'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Upon considering Better Boxing Company's *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form,

**IT IS HEREBY ORDERED** that Better Boxing Company's *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form be and is hereby **GRANTED**, extending the time for Defendant to submit its Defendant Profile Form through and including June 28, 2010.

New Orleans, Louisiana, this 3rd day of June, 2010.

_____
**UNITED STATES DISTRICT JUDGE**