UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION: L |
| *Kenneth and Barbara Wiltz, et al. v.* *Beijing New Building Materials* *Public Limited Co., et al.* | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361, Sect. L Mag. 2 .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..: | : |  |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

**NOW INTO COURT,** through undersigned counsel, comes Gulf Sales & Import Company Inc., named defendant herein, who respectfully represents it requires additional time to gather the information necessary to prepare the Defendant Profile Form and that it is diligently working to gather the information requested therein.  This is Gulf Sales & Import Company, Inc.'s first request for such an extension.

**WHEREFORE**, Gulf Sales & Import Company prays for an extension of time through and including June 28, 2010, to submit the Defendant Profile Form required by the Court.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

_____*s/ Molly M. Gattuso*_____
TIM GRAY, LA BAR #31748
MOLLY MARIE GATTUSO, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant Gulf Sales & Import Company, Inc.

OF COUNSEL:
JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 3rd day of June, 2010.

_____*s/ Molly M. Gattuso*_____
MOLLY MARIE GATTUSO