UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Kenneth and Barbara Wiltz, et al. v.* | : | JUDGE FALLON |
| *Beijing New Building Materials* | : | MAG. JUDGE WILKINSON |
| *Public Limited Co., et al.* | : | |
| | : | |
| Case No. 10-361, Sect. L Mag. 2 | : | |

**ORDER ON DEFENDANT, GULF SALES & IMPORT COMPANY INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM**

Upon considering Gulf Sales & Import Company Inc.'s *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form,

**IT IS HEREBY ORDERED** that Gulf Sales & Import Company Inc.'s *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form be and is hereby **GRANTED**, extending the time for Defendant to submit its Defendant Profile Form through and including June 28, 2010.

New Orleans, Louisiana, this 3rd day of June, 2010.

_____
**UNITED STATES DISTRICT JUDGE**