UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>*David Gross, et al., v. Knauf Gips, KG, et al.*<br>Case No. 09-6690 | MDL No. 2047<br><br>SECTION: L<br><br>Judge Fallon<br>Mag. Judge Wilkinson |

**NOTICE OF APPEARANCE OF
EDMOND E. KOESTER AND COLEMAN, YOVANOVICH & KOESTER, P.A.,
AS COUNSEL FOR INTERVENOR-DEFENDANT, STOCK DEVELOPMENT, LLC**

EDMOND E. KOESTER and COLEMAN, YOVANOVICH & KOESTER, P.A., hereby provide notice to this Court and all parties to this action that Edmond E. Koester and Coleman, Yovanovich & Koester, P.A., represent Intervenor-Defendant, Stock Development, LLC, in the above-captioned matter. Edmond E. Koester and Coleman, Yovanovich & Koester, P.A., hereby request that all pleadings, motions, orders and filings in this case be served upon Edmond E. Koester and Coleman, Yovanovich & Koester, P.A., from this point forward.

(Certificate of Service found on the following page.)

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that the above and foregoing document has been served by electronic mail and U.S. Mail to: **Plaintiffs' Liaison Counsel, Russ M. Herman, Esq.,** Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Ste. 100, New Orleans, LA, 70113, drywall@hhkc.com; **Defendants' Liaison Counsel, Kerry J. Miller, Esq.,** Frilot, LLC, 1100 Poydras Street, Ste. 3700, New Orleans, LA, 70130, kmiller@frilot.com; **Homebuilder and Installer Defendants' Liaison Counsel, Phillip A. Wittmann, Esq.,** Stone, Pigman, Walther, et al., 546 Carondelet Street, New Orleans, LA, 70130, pwittmann@stonepigman.com; **Insurer Defendants' Liaison Counsel, Judy Y. Barrasso, Esq.,** Barrasso, Usdin, Kupperman, et al., 909 Poydras Street, 24th Floor, New Orleans, LA, 70112, jbarrasso@barrassousdin.com; AND upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2010.

                    COLEMAN, YOVANOVICH & KOESTER, P.A.

              By: s/Edmond E. Koester
                 Edmond E. Koester
                 Florida Bar No. 87882
                 4001 Tamiami Trail North, Suite 300
                 Naples, FL  34103
*Attorneys for Intervenor-Defendant, Stock*  239.435.3535
*Development, LLC*           239.435.1218 Facsimile
                 ekoester@cyklawfirm.com