UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

A number of motions to stay discovery pending resolution of motion to dismiss for lack of personal jurisdiction and motions for protective order objecting to Plaintiffs' document and corporate deposition requests pursuant to Pretrial Order No. 24 have been filed in the above captioned litigation. *See* Rec. Doc. Nos. 2805, 2811, 3062, 3065, 3112, 3114, 3136, 3381. These motions similarly request relief from participating in discovery until the Court resolves pending motions to dismiss for lack of personal jurisdiction. *See id.* The Court has considered these motions and would like to hear from opposing parties on the issues raised. Accordingly, IT IS ORDERED that the Plaintiffs' Steering Committee file a response to these motions within 15 days of entry of this Order.

New Orleans, Louisiana, this 1st day of June, 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE