## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT APPLIES TO ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## CROSS-NOTICE OF NOTICE OF INSPECTION OF DRYWALL LOCATED AT DEFENDANT BANNER SUPPLY CO.'S WAREHOUSE

TO:   The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that an inspection of the Chinese manufactured drywall that is located at Defendant Banner Supply Co.'s warehouse located at 7195 NW 30 Street, Miami, Florida will take place on Thursday, **June 3, 2010** beginning at **2:00 p.m. (ET)**.

This cross-notice is based on the Notice of Inspection of Drywall Located at Defendant Banner Supply Co.'s Warehouse (Exhibit "A" attached hereto) in *Seifart v. Knauf Gips KG, et al*, In the Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida, Case No. 09-38887 CA 01 (42) and the Notice of Inspection of Drywall Located at Defendant Banner Supply Co.'s Warehouse (Exhibit "B" attached hereto) in *In re: Chinese Manufactured Drywall Products Litigation*, In the

1

Circuit Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, Chinese

Drywall Division, Case No. 09-200,000(42).

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
**_HERMAN, HERMAN, KATZ & COTLAR, LLP_**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**

2

Dawn M. Barrios
701 Poydras Street
Suite 3650
New Orleans, LA 70139
PH: (504) 524-3300
Fax: (504) 524-3313

Victor M. Diaz
25 Flagler Street
8th Floor
Miami, FL 33130
PH: (305) 358-2800
Fax: (305) 358-2382

Ben Gordon
316 S. Baylen Street
Suite 600
Pensacola, FL 32502
PH: (850) 435-7090
Fax: (850) 436-6091

Arnold Levin
510 Walnut Street
Suite 500
Philadelphia, PA 19106
PH: (215) 592-1500
Fax: (215) 592-4663

Jerrold Seth Parker
3301 Bonita Beach Road
Bonita Springs, FL 34134
PH: (239) 390-1000
Fax: (239) 390-0055

Christopher Seeger
One William Street
New York, NY 10004
PH: (212) 584-0700
Fax: (212) 584-0799

Scott Weinstein
12800 University Drive
Suite 600
Ft. Myers, FL 33907
PH: (239) 433-6880
Fax: (239) 433-6836

Daniel E. Becnel, Jr.
425 W. Airline Highway
Suite B
LaPlace, LA 70068
PH: (985) 536-1186
Fax: (985) 536-6445

Ervin Amanda Gonzalez
255 Aragon Avenue
Cora Gables, FL 33134
PH: (305) 476-7400
Fax: 305) 476-7444

Hugh P. Lambert
701 Magazine Street
New Orleans, LA 70130
PH: (504) 581-1750
Fax: (504) 529-2931

Gerald E. Meunier
2800 Energy Centre
1100 Poydras Street
New Orleans, LA 70163-2800
PH: (504) 522-2304
Fax: (504) 528-9973

James Robert Reeves
160 Main Street
Biloxi, MS 39530
PH: (228) 374-5151
Fax: (228) 374-6630

Bruce William Steckler
3102 Oak Lawn Ave.
Suite 1100
Dallas, TX 75219
PH: (214) 523-6674
Fax: (214) 520-1181

3

## PLAINTIFFS' STEERING COMMITTEE

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Cross-Notice of Notice of Inspection of Drywall Located at Defendant Banner Supply Co.'s Warehouse has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

4

# EXHIBIT "A"

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL CIRCUIT IN AND FOR MIAMI-
DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION

CASE NO: 09-38887 CA 01 (42)

ARMIN G. SEIFART and LISA M. GORE
SEIFART,

               Plaintiffs,

           v.

KNAUF GIPS KG, a German Corporation,
KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD., a Chinese limited liability corporation,
KNAUF PLASTERBOARD (WUHU) CO. LTD.,
KNAUF PLASTERBOARD (DONGGUAN) CO.
LTD., and ROTHCHILT INTERNATIONAL
LTD., a foreign corporation, and BANNER
SUPPLY, CO., a Florida corporation, CERTAIN
HOMES, INC., MANDY'S DRYWALL &
STUCCO CORPORATION, a Florida corporation,

               Defendants

_____/

## NOTICE OF INSPECTION OF DRYWALL LOCATED AT DEFENDANT BANNER SUPPLY CO.'S WAREHOUSE

      Plaintiffs Armin Seifart and Lisa M. Gore Seifart, through undersigned counsel,

hereby give notice of an inspection of the Chinese manufactured drywall that is located at

Defendant Banner Supply Co.'s warehouse located at 7195 NW 30 Street, Miami, Florida

at 2:00 p.m. on Thursday, June 3, 2010.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, **Ervin A. Gonzalez**, Colson Hicks Eidson, and Defendants' Liaison Counsel, **Bob Fitzsimmons**, Rumberger, Kirk, and Caldwell, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Case Management Order No. 09-18, and that the foregoing was filed with the Miami-Dade Clerk of Court by paper, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2d day of June, 2010.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*

# EXHIBIT "B"

IN THE CIRCUIT COURT OF THE 11TH
JUDICIAL   CIRCUIT   IN   AND   FOR
MIAMI-DADE COUNTY, FLORIDA

CHINESE DRYWALL DIVISION
CASE NO. : 09-200,000 (42)

IN RE CHINESE MANUFACTURED DRWYALL
PRODUCTS LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
_____/

## NOTICE OF INSPECTION OF DRYWALL LOCATED AT DEFENDANT BANNER SUPPLY CO.'S WAREHOUSE

Plaintiffs Armin Seifart and Lisa M. Gore Seifart, through undersigned counsel,

hereby give notice of an inspection of the Chinese manufactured drywall that is located at

Defendant Banner Supply Co.'s warehouse located at 7195 NW 30 Street, Miami, Florida

at 2:00 p.m. on Thursday, June 3, 2010.

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs'
Liaison Counsel, **Ervin A. Gonzalez**, Colson Hicks Eidson, and Defendants' Liaison
Counsel, **Bob Fitzsimmons**, Rumberger, Kirk, and Caldwell, and upon all parties by
electronically uploading the same to LexisNexis File & Serve in accordance with Case
Management Order No. 09-18, and that the foregoing was filed with the Miami-Dade
Clerk of Court by paper, which will send a notice of electronic filing in accordance with
the procedures established in MDL 2047, on this _24_ day of June, 2010.

ERVIN A. GONZALEZ
Fla. Bar No. 500720
Ervin@colson.com
PATRICK S. MONTOYA
Fla. Bar No. 524441
Patrick@colson.com
COLSON HICKS EIDSON
COLSON MATTHEWS MARTINEZ
GONZALEZ KALBAC & KANE
255 Aragon Avenue, 2nd Floor
Coral Gables, FL 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Counsel for Plaintiffs*