UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : | MDL No. 2047  SECTION:  L JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : : | MAG. JUDGE WILKINSON |
| David Gross, et al. v. Knauf Gips KG, et al. Case No. 09-6690 (E.D.La.) Mary Anne Benes, et al. v. Knauf Gips KG, et al. | : : : : : | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR SERVICE OF ALL PAPERS AND PLEADINGS

**COME NOW** Warren Horn, Drew R. Ballina and the law firm of Heller, Draper, Hayden, Patrick & Horn, L.L.C., who hereby appear as attorneys for Lee Roy Jenkins, Inc., incorrectly and improperly identified as "Lee Roy Jenkins Builder, Inc.," in the Substituted and Amended Omnibus Class Action Complaint in Intervention (III), *Mary Anne Benes, et al. v. Knauf Gips KG, et al.*, filed in the matter entitled *David Gross, et al. v. Knauf Gips KG, et al.*, bearing Civil Action No. 09-6690, and request:  (1) that their names at the address listed below be added to the matrix; and (2) that they be served with copies of all notices, orders, reports, notices of hearings, motions and any and all

papers and pleadings filed in the above-referenced case.  The address for notice and service is as follows:

>Lee Roy Jenkins, Inc.
>c/o Warren Horn, Esq.
>Drew R. Ballina, Esq.
>**HELLER, DRAPER, HAYDEN,**
>   **PATRICK & HORN, L.L.C.**
>650 Poydras Street, Suite 2500
>New Orleans, LA  70130
>Phone:  504.299.3300
>E-mail:  whorn@hellerdraper.com
>             dballina@hellerdraper.com

>Respectfully submitted,
>
>**HELLER, DRAPER, HAYDEN**
>   **PATRICK & HORN, L.L.C.**
>
>
>*/s/ Drew R. Ballina*
>Warren Horn (La. Bar #14380)
>Drew R. Ballina (LA Bar #01704)
>650 Poydras Street, Suite 2500
>New Orleans, Louisiana   70130
>Telephone: 504.299.3300
>Facsimile: 504.299.3399
>**COUNSEL FOR LEE ROY JENKINS, INC.**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing *Notice of Appearance and Request for Service of All Papers and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and the Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June 2010.

>*/s/ Drew R. Ballina*
>**DREW R. BALLINA**