UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION: L |
| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361, Sect. L Mag. 2 | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:.

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Better Boxing Company, named defendant herein, who respectfully moves for an extension of time of twenty (20) days, up to and including June 28, 2010, within which to complete their investigation and file responsive pleadings to Plaintiffs' Complaint.

Defendant has made no previous requests for an extension of time in which to respond and files this motion with a full reservation of all rights and defenses. Defendant respectfully submits that the proposed extension causes no prejudice to any of the parties in this matter and that Defendant consulted with plaintiffs' counsel, who has no opposition to Defendant's motion. Defendant further submits that all the criteria

for granting a continuance are satisfied in this situation and asks that the attached Order be entered accordingly.

Respectfully Submitted:

**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

_____S/ Molly M. Gattuso_____
TIM GRAY, LA BAR #31748
MOLLY MARIE GATTUSO, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant Better Boxing Company

OF COUNSEL:
JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 3rd day of June, 2010.

_____S/ Molly M. Gattuso_____
MOLLY MARIE GATTUSO