UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | : |  |
|  | : |  |
|  | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : |  |
|  | : |  |
| Kenneth and Barbara Wiltz, et al. v. | : | JUDGE FALLON |
| Beijing New Building Materials | : | MAG. JUDGE |
| WILKINSONPublic Limited Co., et al. |  | : |
|  | : |  |
| Case No. 10-361, Sect. L Mag. 2 | : |  |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:.

## UNOPPOSED MOTION FOR EXTENSION OF TIME
## TO ANSWER COMPLAINT

**NOW INTO COURT,** through undersigned counsel, comes Gulf Sales & Import Company Inc., named defendant herein, who respectfully moves for an extension of time of twenty (20) days, up to and including June 28, 2010, within which to complete their investigation and file responsive pleadings to Plaintiffs' Complaint.

Defendant has made no previous requests for an extension of time in which to respond and files this motion with a full reservation of all rights and defenses. Defendant respectfully submits that the proposed extension causes no prejudice to any of the parties in this matter and that Defendant consulted with plaintiffs' counsel, who has no opposition to Defendant's motion. Defendant further submits that all the criteria

for granting a continuance are satisfied in this situation and asks that the attached Order be entered accordingly.

                                  Respectfully Submitted:

                                  **FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

                                  _____*S/ Molly M. Gattuso*_____
                                  TIM GRAY, LA BAR #31748
                                  MOLLY MARIE GATTUSO, LA BAR # 29204
                                  1515 Poydras Street, Suite 1300
                                  New Orleans, Louisiana 70112
                                  (504) 799-4383 – Telephone
                                  (504) 799-4384 – Telecopy

                                  Attorneys for Defendant Gulf Sales & Import Company, Inc.

OF COUNSEL:
JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

## CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 3rd day of June, 2010.

                                  _____*S/ Molly M. Gattuso*_____
                                  MOLLY MARIE GATTUSO