UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| Kenneth and Barbara Wiltz, et al. v. | : | JUDGE FALLON |
| Beijing New Building Materials | : | MAG. JUDGE WILKINSON |
| Public Limited Co., et al. | : | |
| | : | |
| Case No. 10-361, Sect. L Mag. 2 | : | |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..:.

## ORDER

**Considering the foregoing**;

**IT IS ORDERED** that Defendant, Gulf Sales & Import Company Inc., be and is hereby granted an additional twenty (20) days, up to and including June 28, 2010, within which to file responsive pleadings in the above-captioned matter.

New Orleans, Louisiana, this 3rd day of June, 2010.

_____
**UNITED STATES DISTRICT JUDGE**