UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 10-362<br>*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : : | |

## DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Defendants, Centerline Homes at Georgetown, LLC, Centerline Homes at Port St. Lucie, LLC,[1] Centerline Homes, Inc., and Completed Communities II, LLC (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline an enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms.

WHEREFORE, Defendants, Centerline Homes at Georgetown, LLC, Centerline Homes at Port St. Lucie, LLC, Centerline Homes, Inc., and Completed Communities II, LLC, respectfully request that this Court grant Centerline an extension of time, through and including June 25, 2010, in order to submit the Builder Profile Forms in the above-referenced action.

---

[1] This entity was merged into Completed Communities II, LLC, on or about September 12, 2008.

Dated June 3, 2010					Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
   PETER R. GOLDMAN
   Florida Bar No. 860565
   VANESSA M. SERRANO
   Florida Bar No. 51555
   BROAD AND CASSEL
   100 S.E. Third Ave., Ste. 2700
   Fort Lauderdale, FL 33394
   Ph:   (954) 764-7060
   Fax: (954) 761-8135
   pgoldman@broadandcassel.com
   vserrano@broadandcassel.com

*Counsel for Defendants*
*Centerline Homes at Georgetown, LLC*
*Centerline Homes at Port St. Lucie, LLC*
*Centerline Homes, Inc.*
*Completed Communities II, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June 2010.

                                                                        __/s/ Vanessa M. Serrano_____
                                                                         Vanessa M. Serrano

4850-7010-7142.1
34720/0062