IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DAVID GROSS, ET AL V. KNAUF GIPS KG, ET AL, CASE NO. 09-6690

### NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL FOR BAILEY LUMBER AND SUPPLY COMPANY, INC.

PLEASE TAKE NOTICE that Christopher A. Bottcher, C. Lee Reeves, Mary Blanche Hankey, and the law firm of SIROTE & PERMUTT, P.C., do hereby make this appearance as additional attorneys of record for the Defendant, Bailey Lumber and Supply Company, Inc., in the above-referenced matter. This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced case be served upon the undersigned counsel.

DOCSBHM\1707879\1\

Respectfully submitted,

/s/ Christopher A. Bottcher
Christopher A. Bottcher
C. Lee Reeves
Mary Blanche Hankey

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.: (205) 930-5100
Fax: (205) 930-5101
cbottcher@sirote.com
lreeves@sirote.com
mhankey@sirote.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, via e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 3rd day of June, 2010.

/s/ Christopher A. Bottcher
Of Counsel