IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to: <br> Payton, et al. v. Knauf Gips KG, et al., <br> Case No. 09-cv-7628 (E.D. La.) | MDL Docket No. 2047 <br><br> SECTION L <br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

### AMENDED MOTION FOR SUMMARY JUDGMENT OF GREGG NIEBERG, INC. TO COMPLY WITH COURT NOTED DEFICIENCIES

**COMES NOW** the Defendant named as Gregg Nieberg, Inc. (hereinafter "Nieberg") in the above-styled case, and, in accordance with Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter an Order granting summary judgment in its favor and against Plaintiffs. As grounds therefore, Nieberg would show unto the Court that there are no genuine issues of any material facts as to the lack of personal jurisdiction and, that, as a matter of law, Plaintiffs' claims are barred by the fact that Nieberg has not purposely directed activities toward Louisiana nor conducted any activities there, doing business wholly in the State of Florida.

In support of its motion, the Defendant relies upon and incorporates herein by reference the Omnibus Class Action Complaint ("Payton Complaint"), the Defendant's Statement of the Material Facts, the Defendant's Memorandum in Support, and the Affidavit of Gregg Hunter Nieberg, the latter three documents being filed with the Court contemporaneously herewith.

Wherefore, premises considered, Nieberg respectfully requests the Court to enter a Rule 56 Order granting its Motion for Summary Judgment, dismissing all of the Plaintiffs' claims against it.

1834299 v1

        Respectfully submitted,

        s/ S. Greg Burge
        S. Greg Burge (AL Bar# ASB-0558-B37S)
        gburge@burr.com

        Attorney for Defendant
        GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2010.

        /s/ S. Greg Burge
        OF COUNSEL