**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | ) |
| DRYWALL PRODUCTS LIABILITY | ) |
| LITIGATION | ) MDL Docket No. 2047 |
| _____ | ) |
| | ) SECTION L |
| This Document Relates to: | ) JUDGE FALLON |
| Payton, et al. v. Knauf Gips KG, et al., | ) MAG. JUDGE WILKINSON |
| Case No. 09-cv-7628 (E.D. La.) | ) |
| | ) |

**STATEMENT OF MATERIAL FACTS IN SUPPORT OF**
**AMENDED MOTION FOR SUMMARY JUDGMENT OF GREGG NIEBERG, INC.**
**TO COMPLY WITH COURT NOTED DEFICIENCIES**

**COMES NOW** the Defendant named as Gregg Nieberg, Inc. (hereinafter "Nieberg") in the above-styled case, and, in accordance with Rule 56 of the Federal Rules of Civil Procedure, moves this Court to enter an Order granting summary judgment in its favor and against Plaintiffs. In support of its motion and along with its Memorandum in Support thereof, Nieberg states as follows:

**UNDISPUTED MATERIAL FACTS**

On December 9, 2009, Plaintiffs filed an Omnibus Class Action Complaint ("Payton Complaint") against Gregg Nieberg, Inc. ("Nieberg") and other Defendants, seeking to recover damages allegedly caused by defective Chinese-manufactured drywall installed in their Florida home.  (See Plaintiffs' Omnibus Class Action Complaint [the "Payton Complaint"]).  Plaintiffs seek relief not only for themselves, but allegedly on behalf of others similarly situated.  (Payton Complaint, at 1-2).  Plaintiffs have filed their Complaint in the Eastern District of Louisiana, where, by June 15, 2009 Transfer Order of the Judicial panel of Multidistrict Litigation, other actions involving Chinese-manufactured drywall had previously been transferred only for pretrial proceedings pursuant to 28 U.S.C. § 1407.

Nieberg was a licensed Florida corporation with its principal address in Port St. Lucie in the State of Florida. (Exh. 1, Aff. of Nieberg ¶¶ 3-4.) Nieberg was in the business of installing drywall by hanging, spackling and taping drywall in Florida residences. (Exh. 1 ¶ 5.) Nieberg installed drywall in the residences of six (6) plaintiffs in this case. (Exh. 1 ¶ 14.) Nieberg was never involved in the manufacture of drywall, the distribution of drywall, or the storage of drywall. (Exh. 1 ¶ 20.) Instead, Nieberg received instruction to install drywall in homes from builders. (Exh. 1 ¶ 15.) Nieberg then purchased drywall from Banner Supply. (Exh. 1 ¶ 16.) The work product of Nieberg involved purchasing the drywall from a supplier and bringing it to the job site. (Exh. 1 ¶ 18.) Nieberg purchased as much drywall as it needed for a job and did not store any drywall on site, nor at any other location. (Exh. 1 ¶ 18.)

Out of all the plaintiffs in this case, Nieberg installed drywall in the homes of six (6) plaintiffs, namely: Pete Catalano, Ray Chladny, Lloyd Ramsarran, Brian Sexton, Daniel Toth and Frank Gumina. (Exh. 1 ¶ 14.) All of the homes of these six (6) plaintiffs in which Nieberg installed drywall were located in the State of Florida. (Exh. 1 ¶ 14.). Nieberg has never installed drywall, contracted or subcontracted with businesses in Louisiana, conducted any business, sought to conduct any business, advertised, or in any way targeted its activities toward Louisiana. (Exh. 1 ¶ 6.) Nieberg has never been licensed or registered to do business in Louisiana, nor has Nieberg ever had any offices, headquarters or any other facilities, or employees in Louisiana. (Exh. 1 ¶ 7.) Nieberg does not have an agent for service of process in Louisiana. (Exh. 1 ¶ 8.) Nieberg does not have any bank accounts in Louisiana or own any property in Louisiana. (Exh. 1 ¶ 9.) Nieberg has never maintained a telephone line or kept a post office box or otherwise received mail in Louisiana. (Exh. 1 ¶ 10.) Nieberg has never received any business from contacts in Louisiana. (Exh. 1 ¶ 11.) Nieberg has no contacts with

the State of Louisiana that support the exercise of jurisdiction in Louisiana, nor did it ever anticipate it would be haled into court in Louisiana. (Exh. 1 ¶ 12.)

Respectfully submitted,

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2010.

/s/ S. Greg Burge
OF COUNSEL

1833694 v1                                            3