IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ⎱⎰ | MDL Docket No. 2047 |
| **This Document Relates to:** Payton, et al. v. Knauf Gips KG, et al., Case No. 09-cv-7628 (E.D. La.) | SECTION L JUDGE FALLON MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that on the 23rd day of June, 2010, at 9:00 a.m., before Judge Eldon E. Fallon, United States District Judge, United States District Court for the Eastern District of Louisiana, the attached Amended Motion for Summary Judgment to Comply With Court Noted Deficiencies will be brought for hearing.

    Respectfully submitted,

    s/ S. Greg Burge
    S. Greg Burge (AL Bar# ASB-0558-B37S)
    gburge@burr.com

    Attorney for Defendant
    GREGG NIEBERG, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

1832979 v1

2

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing NOTICE OF HEARING has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of June, 2010.

                                                     /s/ S. Greg Burge
                                                     OF COUNSEL

2