UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JACQUES SENAC INDIVIDUALLY AND ON BEHALF OF COURTNEY SENAC, DARA SENAC INDIVIDUALLY AND ON BEHALF OF COURTNEY SENAC, AND JENNIFER SENAC | * * * * * | MAG. WILKINSON 10-1242 |

Versus

STATE FARM FIRE AND CASUALTY COMPANY

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

NOTICE OF HEARING

**PLEASE TAKE NOTICE** that counsel for Mover and Defendant herein, **State Farm Fire and Casualty Company,** has requested to bring on for Hearing, the attached Motion to Dismiss Plaintiffs' Claims before Judge Eldon E. Fallon at United States Courthouse, 500 Poydras Street, Room C468, New Orleans, Louisiana, 70130, on **the 23rd day of June, 2010 at 9:00 a.m.**, or at a time set by the court.

**/s/ Adrianne L. Baumgartner**
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
Telephone: (985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746**)
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com


**JAMES R. NIESET, JR. (#24856**)
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Rule 12(b)(6) Motion to Dismiss has been served upon Eric Williams and Rick Fernandez, counsel for Plaintiffs Jacques Senac Individually and on Behalf of Courtney Senac, Dara Senac Individually and on Behalf of Courtney Senac, and Jennifer Senac by mail and email pending counsel's registration with Lexis/Nexis File & Serve, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 3rd day of June, 2010.

                                                /s/ Adrianne L. Baumgartner