UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JACQUES SENAC AND DARA SENAC | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * * | 10-1594 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATE FARM FIRE & CASUALTY COMPANY'S
REQUEST FOR ORAL ARGUMENT AS TO ITS RULE 12(b)(6) MOTION TO DISMISS**

**NOW INTO COURT,** through undersigned counsel, comes Mover and Defendant, **State Farm Fire and Casualty Company,** defendant in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Rule 12 (b) (6) Motion to Dismiss set for hearing before this Honorable Court on the **23rd day of June, 2010, at 9:00 a.m. or at a time set by this court** so as to more fully address any questions the court may have concerning State Farm's Motion to Dismiss Plaintiffs' lawsuit with prejudice.

      **/s/ Adrianne L. Baumgartner**
      **ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
      **DARRIN M. O'CONNOR (#24582)**
      **EMILY S. MORRISON  (#18351**)
      PORTEOUS, HAINKEL & JOHNSON
      408 North Columbia Street
      Covington, LA 70434
      Telephone: (985) 893-4790
      abaumgartner@phjlaw.com
      doconnor@phjlaw.com
      emorrison@phjlaw.com

      **CHARLES L. CHASSAIGNAC, IV (#20746)**
      Porteous, Hainkel & Johnson, L.L.P.
      343 Third Street, Suite 202
      Baton Rouge, LA  70801-1309
      Telephone:  (225) 383-8900
      cchassaignac@phjlaw.com

      **JAMES R. NIESET, JR. (#24856)**
      PORTEOUS, HAINKEL & JOHNSON, LLP
      704 Carondelet Street
      New Orleans, LA 70130
      Telephone: (504) 581-3838
      jnieset@phjlaw.com

      **Attorneys for State Farm Fire & Casualty Company**

### CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Rule 12(b)(6) Motion to Dismiss has been served upon Jaques Bezou and Christine Voelkel, counsel for Plaintiffs Jacques  and Dara Senac, by mail and email pending counsel's registration with Lexis/Nexis File & Serve, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using

the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 3rd day of June, 2010.

/s/ Adrianne L. Baumgartner