IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, : : : THIS APPLIES TO: : KENNETH and BARBARA WILTZ, *et al.* : v. : BEIJING NEW BUILDING MATERIALS : PUBLIC LTD., et al. : Case No. 2:10-cv-361-EEF-JCW : : | MDL NO: 2047 SECTION: L JUDGE: FALLON MAG. JUDGE WILKINSON |

## **WERMERS DEVELOPMENT, INC.'S AND GENESIS GROUP, INC.'S MOTION TO DISMISS**

COME NOW, Defendants, Wermers Development, Inc. and Genesis Group, Inc., through undersigned counsel, and move this Honorable Court to issue an Order dismissing the claims of the Plaintiffs under Fed. R. Civ. P. Rules 12(b)(2) and (3) for the reasons articulated in the attached Memorandum. Specifically, Wermers Development, Inc. and Genesis Group, Inc. are not subject to and have not submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Louisiana is an improper venue for the proceedings against them.

WHEREFORE, Defendants, Wermers Development, Inc. and Genesis Group, Inc., pray that their Motion to Dismiss, pursuant to Fed. R. Civ. P. Rule 12 be granted, and that this Honorable Court dismiss the Plaintiffs' claims against them as this Court does not have personal jurisdiction over Wermers Development, Inc. or Genesis Group, Inc..

WERMER'S DEVELOPMENT, INC. and
GENESIS GROUP, INC.

By: /s/
Counsel

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Wermer's Development, Inc. and
    Genesis Group, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 4th day of June, 2010.

```
                              /s/
                    Christopher J. Wiemken
```

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Wermer's Development, Inc. and
    Genesis Group, Inc.