IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA;
~~COUNTY~~/CITY OF _Virginia Beach_

BEFORE ME, the undersigned authority, personally came and appeared:

JEFFREY WERMERS

Who, after being duly sworn, did state as follows:

1. He is the Vice-President of Genesis Group, Inc., a Virginia corporation, with its principal place of business located in Virginia Beach, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of Genesis Group, Inc.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. Genesis Group, Inc. is not authorized to do, and has never done, any business in the State of Louisiana.

5. Genesis Group, Inc. is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of managing construction projects for development companies.

EXHIBIT 2

6. Genesis Group, Inc. does not manufacture or sell any products.

7. He is not personally, or in his capacity as Vice-President of Genesis Group, Inc., aware of Genesis Group, Inc. performing any work in the State of Louisiana.

8. Genesis Group, Inc. has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Genesis Group, Inc. has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. Genesis Group, Inc. does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. Genesis Group, Inc. does not, and has never solicited any business in the State of Louisiana.

By: _____
JEFFREY WERMERS
Vice-President
Genesis Group, Inc.

COMMONWEALTH OF VIRGINIA
CITY/COUNTY OF Norfolk , to-wit:

The foregoing instrument was acknowledged before me this 2nd day of June , 2010, by Jeffrey Wermers.

_____
NOTARY PUBLIC

My Commission Expires: 4/30/2013
My Registration Number: 210584

[Notary seal: VICTORIA A. WILHELM, NOTARY PUBLIC, MY COMMISSION NUMBER 210584, COMMONWEALTH OF VIRGINIA]

2