IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

**AFFIDAVIT**

STATE OF _Florida_ :
COUNTY / CITY OF _Orange_ :

BEFORE ME, the undersigned authority, personally came and appeared:

JEROME HENIN

Who, after being duly sworn, did state as follows:

1. He is the President of International Property Investments of Central Florida, Inc., d/b/a Henin International Services, a Florida corporation, with its principal place of business located in Orlando, Florida.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of International Property Investments of Central Florida, Inc., d/b/a Henin International Services.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. International Property Investments of Central Florida, Inc., d/b/a Henin International Services is not authorized to do, and has never done, any business in the State of Louisiana.

EXHIBIT 1

2

5. International Property Investments of Central Florida, Inc., d/b/a Henin International Services is licensed to do business in the State of Florida and is a company that is in the business providing asset management and property and business development services.

6. International Property Investments of Central Florida, Inc., d/b/a Henin International Services does not manufacture or sell any products.

7. He is not personally, or in his capacity as President of International Property Investments of Central Florida, Inc., d/b/a Henin International Services, aware of International Property Investments of Central Florida, Inc., d/b/a Henin International Services performing any work in the State of Louisiana.

8. International Property Investments of Central Florida, Inc., d/b/a Henin International Services has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. International Property Investments of Central Florida, Inc., d/b/a Henin International Services has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. International Property Investments of Central Florida, Inc., d/b/a Henin International Services does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. International Property Investments of Central Florida, Inc., d/b/a Henin International Services does not, and has never solicited any business in the State of Louisiana.

By: _____
JEROME HENIN
President
International Property Investments of Central
Florida, Inc., d/b/a Henin International Services.

STATE OF Florida
CITY/COUNTY OF Orange , to-wit:

The foregoing instrument was acknowledged before me this 28 day of May , 2010, by Jermone Henin.

_____
NOTARY PUBLIC

My Commission Expires:_____

My Registration Number:_____

ROGER VAN AUKER
MY COMMISSION # DD934997
EXPIRES October 21, 2013
(407) 398-0153    FloridaNotaryService.com

3