UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This document relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

## DEFENDANT J.W. ALLEN & CO., INC.'S MOTION FOR SUMMARY JUDGMENT

Defendant J.W. Allen & Co., Inc., ("J.W. Allen") respectfully moves this Court for summary judgment on the claims brought by plaintiffs who allege that their homes contain defective Chinese drywall. Plaintiffs can show no material fact which would create liability for a customs broker and freight forwarder, like J.W. Allen, under the laws of Louisiana or in any other state in which Plaintiffs reside.

For this, and other reasons set forth in the memorandum in support, J.W. Allen is entitled to a summary judgment as a matter of law.

PD.4014480.2

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Brent B. Barriere
      Brent B. Barriere, (Bar #2818)
      Susie Morgan, (Bar #9715)
      D. Skylar Rosenbloom, (Bar #31309)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: barrierb@phelps.com
             susie.morgan@phelps.com
             skylar.rosenbloom@phelps.com


**CHAFFE MCCALL, LLP**

BY:   /s/ J. Dwight LeBlanc, Jr.
      J. Dwight LeBlanc, Jr. (Bar #8195)
      2300 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone: (504) 585-7013
      Cell: (504) 389-6810
      Telecopier: (504) 585-7075
      Email: leblanc@chaffe.com

ATTORNEYS FOR J. W. ALLEN & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion for Summary Judgment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

                                                    /s/ Brent B. Barriere

PD.4014480.2