Clayton & James Geary
Confidential – Subject to Further Confidentiality Review

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: § | |
| CHINESE-MANUFACTURED § | MDL NO. 2047 |
| DRYWALL PRODUCTS § | |
| LIABILITY LITIGATION § | SECTION: L |
| § | |
| § | JUDGE FALLON |
| This document applies § | |
| to all cases § | MAG. JUDGE WILKINSON |
| § | |

FRIDAY, FEBRUARY 5, 2010

- CONFIDENTIAL -
SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

Videotaped deposition of CLAYTON C. GEARY and JAMES F. GEARY, SR., AS JOINT 30(B)(6) REPRESENTATIVES OF THE INTERIOR/EXTERIOR BUILDING SUPPLY, LP, held at the offices of Frilot, LLC, 3700 Energy Centre, 1100 Poydras Street, New Orleans, Louisiana, commencing at 9:15 a.m., on the above date, before Michael E. Miller, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Reporter.

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

EXHIBIT A

GOLKOW TECHNOLOGIES, INC. - 1.877.370.3377

Clayton & James Geary
February 05, 2010
Confidential – Subject to Further Confidentiality Review
Chinese Drywall MDL

Page 86

1  it for me, please?
2  BY MR. HERMAN:
3  Q. As we sit here today, do you
4  have some knowledge or impression in your own
5  mind about what the difference is between
6  Chinese drywall and domestic drywall?
7  A. Nothing that I could say for
8  sure. You know, again, I've read the
9  articles and seen what people are saying was
10 done, but I -- you know, beyond that, I don't
11 know.
12 Q. Okay. I see this is addressed
13 to your brother, but just so we don't get out
14 of order on the exhibits, I'm just going to
15 identify INEX-30b6-14, which is Bates
16 number 942.
17    (Whereupon, Deposition Exhibit
18 INEX-30b6-14, 12/5/05 Uni-Pac, Ltd.
19 Letter to C. Geary, INT/EXT00942, was
20 marked for identification.)
21    (Whereupon, Deposition Exhibit
22 INEX-30b6-15, E-mail Chain Ending
23 3/31/06 App E-mail to Wei,
24 Subject: Great Immensity,

Page 87

1  INT/EXT03864, was marked for
2  identification.)
3     BY MR. HERMAN:
4  Q. I'm going to show you
5  INEX-30b6-15, which, for the record, is Bates
6  number 3864. You can read that, if you want.
7  A. Okay. I'm sorry, you want me
8  to read '42?
9  Q. If you want to. I was going to
10 ask your brother about it, but --
11 A. Okay. Okay.
12 Q. Have you ever seen that before?
13 We're talking about Exhibit 14 now.
14 A. I'm not sure if I have.
15 Q. Okay. Have you ever seen
16 Exhibit 15 before?
17 A. I believe I have seen this,
18 yes.
19 Q. William App is with a company I
20 think you mentioned, J.W. Allen; is that
21 correct?
22 A. That is correct, yes.
23 Q. And what, in layman's terms,
24 does J.W. Allen do for Interior/Exterior?

Page 88

1  A. They facilitated the shipments,
2  assisted us with, you know, the documents,
3  shored up the letters of credit, also with
4  the shipments and lining up freight
5  forwarders and such like that to just -- we
6  relied on them to help us because we're not
7  experts in the shipping process, and that's
8  what these guys do.
9  Q. Is this some kind of assistance
10 that you had to acquire after the storm?
11 A. We acquired their assistance to
12 help facilitate with importing the drywall
13 from overseas.
14 Q. You didn't have a relationship
15 with them before the drywall shortage?
16 A. Did we have a relationship
17 with -- no, we did not.
18 Q. When you decided that you might
19 want to get drywall from China, you had to go
20 out and enlist the assistance of J.W. Allen
21 to facilitate getting it?
22 A. Right.
23 Q. They didn't come to you and
24 say, "Hey, we've got a great idea, we can

Page 89

1  bring in drywall from China"?
2  A. That is correct; they did not.
3  Q. And who's Victor Wei, to the
4  extent you know?
5  A. I've seen his name. I'm not
6  positive who he is.
7  Q. Okay. Do you know what the
8  "Great Immensity" is?
9  A. I'm sorry, the "great" --
10 where's that?
11 Q. It's the subject, "great" --
12 A. I do not know.
13 Q. Okay. Is "GWB market," gypsum
14 wallboard market?
15 A. That would be my best guess,
16 yes.
17 Q. It's not a term that you
18 commonly use?
19 A. I've seen -- I think I've seen
20 it used, but it's not something we use,
21 typically.
22 Q. Okay. It says something on the
23 second line, "We look forward to you and
24 Mrs. Wei visiting New Orleans."