# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| David Gross, et al. | CIVIL ACTION NO. 09-6690 |
| VERSUS | JUDGE Eldon E. Fallon |
| Knauf Gips KG, et al. | MAGISTRATE JUDGE Joseph C. Wilkinson |

## AFFIDAVIT OF WILLIAM S. APP, JR., CEO OF J.W. ALLEN, & CO., INC.

Before me, the undersigned Notary Public, personally came and appeared:

### WILLIAM S. APP, JR.,

who, after being first duly sworn by me, did depose and state the following:

1. That he is a person of full age and majority, competent to make this affidavit.

2. That he is the CEO of J.W. Allen, & Co., Inc. ("J.W. Allen").

3. That all attached business records supporting this affidavit were timely made by a person with knowledge of the facts, were kept in the course of a regularly conducted business activity, and that it was the regular practice of that business activity to make and to keep these records.

1

4.  That J.W. Allen is a Louisiana corporation with its registered office and principal place of business located at 200 Crofton Road, Building 7D, Suite 800, Kenner, Louisiana 70062. *See* Exhibit 1.

5.  That J.W. Allen is a federally licensed customs broker and has been continuously so licensed since February 13, 1987. *See* License for Customhouse Broker attached hereto as Exhibit 2.

6.  That J.W. Allen is a federally licensed freight forwarder and has been continuously so licensed since October 7, 1963. *See* Independent Ocean Freight Forwarder License attached hereto as Exhibit 3.

7.  That in 2006, J.W. Allen served as the licensed customs broker and freight forwarder for Interior/Exterior Building Supply L.P.'s ("Interior/Exterior") with respect to four shipments of plasterboard (collectively "Plasterboard") manufactured and exported by both Knauf Plasterboard (Wuhu) Co. Ltd. and Knauf Plasterboard (Tianjin) Co. Ltd. (collectively "Knauf"). *See* Bills of Lading attached hereto as Exhibits 4 through 7.

8.  That J.W. Allen performed its duties as customs broker and freight forwarder pursuant to a Customs Power of Attorney with Interior/Exterior attached hereto as Exhibit 8.

9.  That J.W. Allen has no contractual relationship with any of the plaintiffs listed in the captioned action.

10. That in 2006 Rudy J. Remont was an employee of J.W. Allen.

2

11. That Rudy J. Remont traveled to China to view the packaging of the Plasterboard for shipping purposes only and stowage of the Plasterboard on the vessel used for transport to the United States.

12. That J.W. Allen is a separate and distinct corporate entity, unrelated to either Knauf or Interior/Exterior.

13. That J.W. Allen never had custody or physical control over the Plasterboard and did not design, manufacture, modify, inspect, test, distribute, supply, market or install the Plasterboard.

14. That J.W. Allen never purchased, sold, owned, or held title to the Plasterboard.

15. That J.W. Allen had no knowledge during the course of its duties as a customs broker and freight forwarder of the properties of the Plasterboard or any defects in the Plasterboard.

16. That J.W. Allen gave no warranties as to the quality of the Plasterboard.

William S. App, Jr.

Sworn to and subscribed before me this 26th day of May, 2010.

NOTARY PUBLIC

JOSEPH DWIGHT LeBLANC, JR.
NOTARY PUBLIC
STATE OF LOUISIANA
NOTARY ID # 77585
COMMISSION EXPIRES AT DEATH

3



**Jay Dardenne** | **About our Office** | **News Releases** | **A-Z Index** | **Site Support** | **Se**

## Archives
## Commercial

Corporations

File Online

Corporation Forms

Fee Schedule

Newsletter

Quarterly Revocation List

Certified Copies

Search Database

New Corporation Newsletters

Certificate Validation

Order Status / Retrieval

Filing Options & Aids

Frequently Asked Questions

Administrative Services

GeauxBiz.com

Uniform Commercial Code

Department Contacts
## Commissions
## Elections
## Museums
## Notary
## Publications
## Other Services

Home ▸ Commercial ▸ Corporations ▸ Search Database





EXHIBIT
1

| Buy Good Standing Certificate | | Print Detailed Record | |
|---|---|---|---|

**Name** | **Type** | **City**
J. W. ALLEN & COMPANY INCORPORATED | Business Corporation | KENNER

**Business:**      J. W. ALLEN & COMPANY INCORPORATED
**Charter Number:**      24100250 D
**Registration Date:**      1/3/1958

**Domicile Address**

     200 CROFTON ROAD

     BOX 34

     KENNER, LA 70062

**Mailing Address**

     200 CROFTON ROAD, BOX 34

     KENNER, LA 70062

**Status**

**Status:**      **Active**
**Annual Report Status:**      **In Good Standing**
**File Date:**      1/3/1958
**Last Report Filed:**      1/11/2010
**Type:**      Business Corporation

**Registered Agent(s)**

| Agent: | W. S. APP, JR. |
|---|---|
| Address 1: | 200 CROFTON ROAD |
| Address 2: | BOX 34 |
| City, State, Zip: | KENNER, LA 70062 |
| Appointment Date: | 5/2/1994 |

**Officer(s)**      Addition

| Officer: | W. S. APP, JR. |
|---|---|
| Title: | Officer |
| Address 1: | 200 CROFTON ROAD |
| Address 2: | BOX 34 |
| City, State, Zip: | KENNER, LA 70062 |

**Amendments on File (1)**

| Description | Date |
|---|---|
| Amendment | 1/16/1987 |

| Back to Search Results | New Search | View Shopping |
|---|---|---|

Serial No. 10155

# LICENSE FOR CUSTOMHOUSE BROKER

## DEPARTMENT OF THE TREASURY

### UNITED STATES CUSTOMS SERVICE
#### WASHINGTON, D.C.

**This is to certify,** That _____ J.W. Allen and Company, Inc. _____ it is _____ entitled to a

having furnished satisfactory evidence that _____

license as a *Customhouse Broker*, under the provisions of Section 641 of the Tariff Act of 1930,

as amended, and the Regulations pursuant thereto, is hereby *Licensed* to transact business as a

Customhouse Broker in the Customs District of _____ New Orleans. _____

Issued at Washington, D.C., this ____ 13th ____ day of ____ February ____, 19 87



_____
(Commissioner of Customs)

Customs Form 3131 (7-26-73)



EXHIBIT
tabbies
2

# Federal Maritime Commission

## Washington, D.C. 20573

No. _____

# INDEPENDENT OCEAN FREIGHT FORWARDER LICENSE

KNOW ALL MEN BY THESE PRESENTS THAT

J. W. ALLEN & COMPANY, INCORPORATED
NEW ORLEANS, LOUISIANA

is the holder of an Independent Ocean Freight Forwarder License and, as such, is duly authorized to carry on the business of forwarding shipments transported by oceangoing common carriers from the United States, its Territories, or possessions to foreign countries, or between the United States and its Territories or possessions, or between such Territories and possessions.

This license is conferred pursuant to the authority contained in Section 44 of the Shipping Act, 1916, and is subject to the provisions of said Act, Part 510 of Chapter IV of the Code of Federal Regulations as it is or may be amended, the pertinent provisions of other applicable regulations promulgated under the foregoing Act, and any terms and conditions set forth on the reverse side of this license.

Attest:

_____
Secretary

Effective: OCTOBER 7, 1963

_____
DIRECTOR, BUREAU OF DOMESTIC REGULATION

By authority of Federal Maritime Commission, Manual of Orders, Commission Order No. 201.1 Amendment 3.

**EXHIBIT**

**3**

*clock in copy*
*J.W. Allen*



### U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request



| | |
|---|---|
| **Notice Date:** 04/16/2009 | **From:** U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La 70112<br>FAX: 504-670-2028 |
| **Filer:** J.W. Allen<br>**Importer:** INTERIOR EXTERIOR BLDG SUPPLY | |

**Subject:** Paperless/Reconstructed Entry Request

**Document Number:** N90 - 05332891

**Port Code:** 2002

---

**Please address the issue as described below and return this document to the issuing Customs officer:**

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   *MV " MYSTRAS*

*JAN 14, 2006*

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

**Broker/Filer Response:**

| **Customs Officer:** | **Team:** | **Phone:** |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

**EXHIBIT**
tabbies
**4**

JWA-MSJ4-001



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:   04/16/2009 | From:   U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La 70112<br><br>FAX: 504-670-2028 |
| Filer:   J.W. Allen<br>Importer:  INTERIOR EXTERIOR BLDG SUPPLY | |

Subject:        Paperless/Reconstructed Entry Request

Document Number:    N90   - 05332891

Port Code:      2002

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer:<br>Bruce Scandariato,  Customs Technician | Team:<br>Entry Unit | Phone:<br>(504) 670-2064 |
|---|---|---|

JWA-MSJ4-002

JERRY BECNEL DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.7D,
SUITE 800 KENNER, LA 70062

| | | |
|---|---|---|
| ① Entry No. N90 9533289-1 | ② Entry Type Code 01 ABI/A | 3. Entry Summary Date 1/25/06 |
| 4. Entry Date | 5. Port Code 2002 | 502 PAPERLESS |
| 6. Bond No. 572 | 7. Bond Type Code 8 | 9. Broker/Importer File No. AB33289 |
| 10. Consignee No. SAME | ⑪ Importer of Record Name and Address | ⑫ Importer No. 72-1514223 |

8. Ultimate Consignee Name and Address

INTERIOR/EXTERIOR BUILDING SUPPLY
1701 SOUTH LANE
MANDEVILLE, LA 70471

| | |
|---|---|
| ⑬ Exporting Country CN | 14. Export Date 12/08/05 |
| ⑮ Country of Origin CN | 16. Missing Documents |
| ⑰ I.T. No. | ⑱ I.T. Date |

LA
STATE

| | | | | |
|---|---|---|---|---|
| ⑲ B.L or AWB No. POBUXKGNOL59000 | 20. Mode of Transportation 10 | 21. Manufacturer I.D. CNKNAPLATIA | | 22. Reference No. |
| ㉓ Importing Carrier MYSTRAS | 24. Foreign Port of Lading 57043 | 25. Location of Goods/G.O. No. P261 – LOUISIANA AVE WHARF LOUISIANA AVE AND RIVER NEW ORLEANS, LA _ | | |
| 26. U.S. Port of Unlading 2002 | ㉗ Import Date 1/14/06 | | | |

| ㉘ Line No. | 30. ⒶT.S.U.S.A. No. ⒷADA CVD Case No. | 31. ⒶGross Weight ⒷManifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | ⒶEntered Value ⒷCHGS ⒸRelationship | 34. ⒶT.S.U.S.A. Rate ⒷADA/CVD Rate ⒸI.R.C Rate ⒹVisa No. | Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | Mfst Qty: | 1429 PCS | Invoice 001 (0000101) | | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA 6809.11.0000 | 4229840 | 4229840.00KG 446053.77M2 | 420126 C475712 Not Related | Free | 0 | 00 |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.21% 0.125% | 882 525 | 26 16 |
| | Inv Value   : Ent Value   : | $420126 $420126 | | | | | |
| | BLOCK 39 SUMMARY Merchandise Processing Fee Harbor Maintenance Fee TOTAL TOTAL ENTERED VALUE | (499)  485.00 (501)  525.16 1010.16 | 420126 | | | | |

| ㉘ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | U.S. CUSTOMS USE | TOTALS |
|---|---|---|

I declare that I am the
☐ Importer of record and that the actual
owner, purchaser, or consignee for customs **OR** ☐ owner or purchaser or
purposes is as shown above.                                                agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or        ☐ was not obtained pursuant to a purchase or
agreement to purchase and that the prices  **OR**   agreement to purchase and the statements
set forth in the invoice are true.                            in the invoice as to value or price are true
                                                                          to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge
and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and
are true and correct, and that all goods or services provided to the seller of the merchandise either free
or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any
information showing a different state of facts.

| | A. Liq. Code | B. Ascertained Duty | ㉒ Duty | 0 00 |
|---|---|---|---|---|
| | | C. Ascertained Tax | ㉚ Tax | 0 00 |
| | | D. Ascertained Other | Other | 1010 16 |
| | | E. Ascertained Total | Total | 1010 16 |

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

㉛ Signature of Declarant, Title, and Date
J.W. ALLEN & CO., INC. ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (112295)

JWA-MSJ4-003

JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

## ENTRY/IMMEDIATE DELIVERY

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7
TEL:504-464-0181
FAX:504-464-0182

BOX

19 CFR 142.3, 142.16, 142.22, 142.24                 ABI CERTIFIED

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 011406 | | 01 | N90-0533289-3 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB33289 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 72-1514223 | | SAME |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| INTERIOR/EXTERIOR BUILDING SUPPLY | SAME |
| 1701 SOUTH LANE | |
| MANDEVILLE, LA 70471 | |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| POBU | 005IN | P261 / LOUISIANA AVE WHARF |
| 15. VESSEL CODE/NAME | | |
| MYSTRAS | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 2002 | | | 420126 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L, N/O, PAPER FA

| 21. LINE NO. | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M | POBU XNGNOL59000 | 1429 | 6809.11.0000 | CN | CHNXAPLATIA |

### 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

X
J.W. ALLEN & CO., INC.

PHONE NO.                          DATE
TEL:504-464-01-01                 01/13/06

### 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED:

☐ ENTRY REJECTED, BECAUSE:

29. BROKER OR OTHER GOVT. AGENCY USE

CES SITE:

Containers:
BBAB33289-1

| DELIVERY AUTHORIZED: | SIGNATURE | | DATE |
|---|---|---|---|

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ4-004

ORIGINAL 

## COMMERCIAL INVOICE

TO: INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA.
70178

VESSEL: MYSTRAS MYC-005
B/L NO.: POBUXNGNOL59000
FROM: TIANJIN, CHINA
BY SEA TO: NEW ORLEANS, LOUISIANA
NET WEIGHT: 4229.84 T.
GROSS WEIGHT: 4229.84 T.

DATE: 23-Nov-05
INVOICE NO.: 0000101
CONTRACT NO.: EX-USD-20051019
PAYMENT TERM: L/C
L/C NO.: OM51748

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD (TIANJIN) CO., LTD., TIANJIN, CHINA

| NO. | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价($) | AMOUNT 总价($) |
|---|---|---|---|---|---|
| | | FAS TIANJIN, CHINA | | | |
| 1 | N/M | GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2' AS PER CONTRACT NO. EX-USD-20051019 | 100030 PCS AT USD | 4.20 EACH | USD   420,126.00 |

6809.11.0000 Free

FREIGHT COST:

TOTAL:                                                    USD   420,126.00

CONTAINER:   BULK SHIPMENT
QUANTITY:    100030PCS
COUNTRY OF ORIGIN: CHINA

KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

可耐福......有限公司

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN
DISTRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
Lilian.Zhang@mail.knauf.com.cn

TELEPHONE NO 0086-022-26972777
FAX NO.: 0086-022-26970349
POSTAL CODE: 300400
Http:   www.knauf.com.cn

德国技术.专业之选!

CODE NAME:"CONGENBILL", EDITION 1994

page 2

Shipper

KNAUF PLASTERBOARD (TIANJIN)CO., LTD
NORTH YINHE BRIDGE, EAST JINGJIN
ROAR, BEICHEN DISTRICT TIANJIN
300400, P. R. CHINA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

Bill No.
POBLXNCNOL59000
Reference No.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK
228 ST. CHARLES AVENUE NEW ORLEANS,
LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA.
70178 ATTN. JIM OR CLAY GEARY AND J.
W. ALLEN AND CO., INC. 200 CROFTON
ROAD, BOX 34, KENNER, LA. 70062, ATTN.
BILLY APP,

| Vessel | Port of loading |
|---|---|
| WYSTRAS     V. WYC-005 | TIANJIN, CHINA |

Port of discharge

NEW ORLEANS, LOUISIANA

N/M

Shipper's description of goods

Gross weight

1429PALLET
(100030PCS)

GYPSUM BOARD,
TAPERED EDGE 4' X 12' X 1/2''
SHIPMENT UNDER DECK

FREIGHT PAID AS PER
TERMS OF CHARTY
PARTY
OCEAN FREIGHT
WILL BE ON
APPLICANT'S ACCOUNT

FREIGHT COLLECT

4229.84T      6538.533CBM

*ORIGINAL*

TOTAL: ONE THOUSAND FOUR HUNDRED AND TWENTY-NINE PALLET(100030PCS) ONLY.
(of which                                on deck at Shipper's risk; the Carrier not
                being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading _____ days _____ hours.

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.
FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---|---|
| | TIANJIN |
| Number of original Bs/L | Signature |
| THREE | AS AGENT FOR AND ON BEHALF OF THE MASTER |

C.15 Printed and sold by
Witherby & Company Limited, 32/36Aylesbury Street,

JWA-MSJ4-006

JAN-10-2000, 2:21PM        STEAMSHIP AGENTS

**ARRIVAL NOTICE/FREIGHT BILL**

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT TIANJIN 300400. P.R.CHINA | B/L #: XNGNOL59000 REFERENCE NO. |

CONSIGNEE
TO ORDER OF WHITNEY NATIONAL BANK
228 ST. CHARLES AVENUE NEW ORLEANS,
LA.70130

NOTIFY
INTERIOR/EXTERIOR BUILDING SUPPLY,L
P.O.BOX.4002, NEW ORLEANS,LA.
70178 ATTN.JIM OR CLAY  GEARY AND J
W. ALLEN AND CO.,INC, 200 CROFTON
ROAD, BOX 34, KENNER. LA. 70062,ATT        XNGNOL59000

| INITIAL CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| OCEAN VESSEL MYSTRAS, 0051N | PORT OF LADING OTHER PEOPLE'S REPUBLIC OF CHINA | | |
| PORT OF DISCHARGE NEW ORLEANS | PLACE OF DELIVERY | BREAKBULK Port to Port | |

| CONTAINER NOS./MARKS AND NOS. | NUMBER AND KIND OF PACKAGES DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 1429 PALLE GYPSUM GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2", SHIPMENT UNDER DECK 1429PALLET (100030PCS) | 4229840K 9325105.264L 6538.533CBM | 0.000 0 |
| Totals: | 1429 | 4229840K 9325105.264L | 0 0 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 465.20 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 11190.13 |
| L | BASIC FREIGHT | 0.00 | ADVISED | | 0.00 |

Freight Payable at: NEW ORLEANS   Totals:        0.00   11656.39

| YOUR CARGO IS DUE TO ARRIVE | PLACE AND DATE OF ISSUE NEW ORLEANS    01/10/06 |
|---|---|
| ETA SNP 01/13/06 COASTAL CARGO STEVEDORE BARGE CARGO MILE 111 DOCK CARGO LOUISIANA AVE. WHARF | 3330 W. Esplanade Ave, Suite 602 METAIRIE, LA. 70002 (504) 838-3600 |

JWA-MSJ4-007

ORIGINAL



1. Exporter
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.
NORTH YINHE BRIDGE, EAST JINGJIN
ROAD, BEICHEN DISTRICT TIANJIN
300400, P.R.CHINA

Certificate No. 05141346R1

CERTIFICATE OF ORIGIN
OF
THE PEOPLE'S REPUBLIC OF CHINA

2. Consignee
INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.
P. O. BOX 4002, NEW ORLEANS, LA
70178 ATTN. JIM OR CLAY ARRY AND J.
W. TAISAN KNO CO., LTD. 280 CROFTER ROAD, HOU
340 KENNER, LA. 70148 ATTN BILLY WAY S. 03

3. Means of transport and route
BY SEA
FROM TIANJIN, CHINA
TO NEW ORLEANS, LOUISIANA

4. Country/region of destination
UNITED STATES

6. For certifying authority use only

5. Marks and numbers | 6. Number and kind of packages; description of goods | 7. H.S. Code | 8. Quantity

68.09

10. Declaration by the exporter
The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China.

12. Certification
It is hereby certified that the declaration by the exporter is correct.

TIANJIN, CHINA
Place and date, signature and stamp of authorized signatory

TIANJIN, CHINA
Place and date, signature and stamp of certifying authority

APR-17-2009  17:12      CBP 20TH FLOOR                504 670 2028      P.03

*atone in copy*
*J W Allen*



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:    04/16/2009 | From:   U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-613<br>New Orleans, La. 70112<br><br>FAX: 504-670-2028 |
| Filer:   J.W. Allen<br>Importer:  INTERIOR EXTERIOR BLDG SUPPLY | |

Subject:        Paperless/Reconstructed Entry Request

Document Number:   N90   - 06337733

Port Code:      2002

Please address the issue as described below and return this document to the issuing Customs officer.

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   *MV "UBC  TORONTO"*

*JANUARY  28, 2006*

Customs and Border Protection
Attn: Bruce Scandaliato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandaliato,  Customs Technician | Entry Unit | (504) 670-2064 |

**EXHIBIT**
**5**

JWA-MSJ5-001



## U.S. Customs And Border Protection
## Paperless or Reconstructed Entry Request

| | |
|---|---|
| **Notice Date:** 04/15/2009 | **From:** U.S. Customs and Border Protection<br>1515 Poydras St,<br>Suite 2030-013<br>New Orleans, La. 70112<br>FAX: 504-670-2028 |
| **Filer:** J.W. Allen<br>**Importer:** INTERIOR EXTERIOR BLDG SUPPLY | |

**Subject:** Paperless/Reconstructed Entry Request

**Document Number:** N90   - 06337733

**Port Code:** 2002

**Please address the issue as described below and return this document to the issuing Customs officer.**

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following: $\mathcal{M}$

Customs and Border Protection
Attn: Bruce Scandarieto
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

**Broker/Filer Response:**

| **Customs Officer:**<br>Bruce Scandarieto,   Customs Technician | **Team:**<br>Entry Unit | **Phone:**<br>(504) 670-2064 |
|---|---|---|

JWA-MSJ5-002

JERRY BECKER

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

J.W. ALLEN & CO.,INC.
200 CROFTON RD, BOX 34 BLDG.70,
SUITE 800 KENNER, LA 70062

N90

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| 0633773-3 | 01 ABI/A | 2/07/06 |
| 4. Entry Date | 5. Port Code | |
| 2/01/06 | 2002 | 502 PAPERLESS |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
| 572 | 8 | AE33773 |

9. Ultimate Consignee Name and Address

10. Consignee No.
SAME

11. Importer of Record Name and Address
INTERIOR/EXTERIOR BUILDING SUPPLY
1701 SOUTH LANE
MANDEVILLE, LA 70471

12. Importer No.
72-1514223

| 13. Exporting Country | 14. Export Date |
|---|---|
| CN | 12/23/05 |
| 15. Country of Origin | 16. Missing Documents |
| CN | |
| 17. I.T. No. | 18. I.T. Date |

LA
STATE

| 19. B.L. or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| POBUXNGNOL50850 | 10 | CNKNAPLATIA | |
| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| UBC TORONTO | 57043 | P262 - SEVENTH ST WHARF | |
| 26. U.S. Port of Unlading | Import Date | SEVENTH ST WHARF | |
| 2002 | 1/28/06 | NEW ORLEANS, LA __ | |

| 28. Line No. | 30. A. T.S.U.S.A. No. B. ADA CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | 35. Duty and I.R. Tax Dollars | C |
|---|---|---|---|---|---|---|---|
| | Mfst Qty: | 2100 PLTS | Invoice 001 (0000110) | | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA 6809.11.0000 | 6132000 | 6132000.00KG 636773.76M2 | 628320 C681561 Not Related | Free | 0 00 | |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.21% 0.125% | 1319 47 785 40 | |
| | Inv Value : 6628320 Ent Value : 6628320 | | | | | | |
| | BLOCK 39 SUMMARY | | | | | | |
| | Merchandise Processing Fee (499) Harbor Maintenance Fee (501) TOTAL TOTAL ENTERED VALUE | 485.00 785.40 1270.40 | 628320 | | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof.

I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1995. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | 0 00 |
| | C. Ascertained Tax | 38. Tax | 0 00 |
| | D. Ascertained Other | 39. Other | 1270 40 |
| | E. Ascertained Total | 40. Total | 1270 40 |

37. Signature of Declarant, Title, and Date
J.W. ALLEN & CO., INC. ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (112)

JWA-MSJ5-003

JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY

**J.W. ALLEN & CO.,INC.**
**200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7**
**TEL:504-454-0181**
**FAX:504-464-0182**

19 CFR 142.3, 142.16, 142.22, 142.24

BOX
ABI CERTIFIED

| 1. ARRIVAL DATE 012806 | 2. ELECTED ENTRY DATE 020106 | 3. ENTRY TYPE CODE/NAME 01 01 | 4. ENTRY NUMBER N90-0633773-3 |
|---|---|---|---|
| 5. PORT 2002 | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER AB33773 | |
| | | 8. CONSIGNEE NUMBER 72-1514223 | 9. IMPORTER NUMBER SAME |
| 10. ULTIMATE CONSIGNEE NAME INTERIOR/EXTERIOR BUILDING SUPPLY 1701 SOUTH LANE MANDEVILLE, LA 70471 | | 11. IMPORTER OF RECORD NAME | |
| 12. CARRIER CODE POBU | 13. VOYAGE/FLIGHT/TRIP 001 | 14. LOCATION OF GOODS-CODE(S)/NAME(S) P262 / SEVENTH ST WHARF | |
| 15. VESSEL CODE/NAME UBC TORONTO | | | |
| 16. U.S. PORT OF UNLADING 2002 | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE 628320 |

20. DESCRIPTION OF MERCHANDISE
PLASTER,BRD,SIM'L,N/O,PAPER FA

| 21. I.T./B/L/AWB NO. M POBU XNGNOL5C650 | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY 2100 | 24. H.S. NUMBER 6809.11.0000 | 25. COUNTRY ORIGIN CN | 26. MANUFACTURER NO. CNKNAPLXITX |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

## 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

J. W. ALLEN & CO., INC.

PHONE NO.                          DATE
TEL:504-464-0181                   02/04/06

29. BROKER OR OTHER GOVT. AGENCY USE

CES SITE:

Containers:
BBN90-06337

## 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED.

☐ ENTRY REJECTED, BECAUSE:

DELIVERY AUTHORIZED:   SIGNATURE                    DATE

ELECTRONIC ENTRY RELEASE NOTIFICATION PORT C 2002.  I certify that proper release for thi cargo has been received from U.S. Customs.
Date: 02/01/06
J.W. ALLEN & CO., INC.
Signature:

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 16 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ5-004

COPY



## COMMERCIAL INVOICE

TO:   INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.
      P. O. BOX 4002 NEW ORLEANS , LA
      70178

| | | | |
|---|---|---|---|
| VESSEL: | MV UBC TORONTO | DATE: | 23-Dec-05 |
| B/L NO.: | POBUXNQNOL5085C | INVOICE NO.: | 0000110 |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: | E/05-110 |
| BY SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: | L/C |
| NET WEIGHT: | 6132.00 T | L/C NO.: | CM51785 |
| GROSS WEIGHT: | 6132.00 T | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD(TIANJIN) CO., LTD., TIANJIN, CHINA

| NO.: | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价($) | AMOUNT 总价($) |
|---|---|---|---|---|---|
| | | | *FREE ALING SEE(?) TIANJIN, CHINA* | FAS TIANJIN, CHINA | |
| 1 | N/M | GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2'' AS PER CONTRACT NO. EX-USD-20051117 | 142800 PCS | AT USD   4.40 EACH | USD   628,320.00 |
| | | | (2100PALLETS) | | |

*6809,11,0000 Free*

| | | | |
|---|---|---|---|
| FREIGHT COST: | | | |
| TOTAL: | | | |
| CONTAINER: | BULK SHIPMENT | | USD   628,320.00 |
| QUANTITY: | 142800PCS | *CD:CN* | *T&U* |
| COUNTRY OF ORIGIN: CHINA | | | |

可耐福石膏板(天津)有限公司
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

德国技术,专业之选!

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN
DISTRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
Lilian Zhang@mail.knauf.com.cn

TELEPHONE NO 0086-022-26970900
FAX NO.:    0086-022-26973049
POSTAL CODE: 300400
Http:    www.knauf.com.cn

CODE NAME:"CONGENBILL", EDITION 1994

page 2

**Shipper**
KNAUF PLASTERBOARD (TIANJIN)CO., LTD
NORTH YINHE BRIDGE, EAST JINGJIN
ROAR, BEICHEN DISTRICT TIANJIN 300400,
P. R. CHINA

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.
POBUXNGNOL5OE

Reference No.

**Consignee**

TO ORDER OF WHITNEY NATIONAL BANK 228
ST. CHARLES AVENUE NEW ORLEANS, LA. 70130

**Notify address**

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ,
ALLEN AND CC., INC. 200 CROFTON ROAD,
BOX. 34, KENNER, LA. 70062, ATTN. BILLY APP.

| Vessel | Port of loading |
|---|---|
| UBC TORONTO | TIANJIN, CHINA |

**Port of discharge**
NEW ORLEANS, LOUISIANA

**ORIGINAL**

| Shipper's description of goods | | Gross weight |
|---|---|---|

N/M

2100PALLETS
(142800PCS)

GYPSUM BOARD,
TAPERED EDGE 4'X 12'X 1/2''
SHIPMENT UNDER DECK
FREIGHT PAID AS PER TERMS OF
CHARTY PARTY
OCEAN FREIGHT WILL BE ON
APPLICANT'S ACCOUNT

6132.00T        9368.541

CLEAN ON BOARD   **23 DEC 2005**

FREIGHT COLLECT

TOTAL: TWO THOUSAND ONE HUNDRED PALLETS(142800PCS) ONLY.
(of which                          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated _____ | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: _____ | Weight, measure, quality, quantity, condition, contents and value unknown. |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below; all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading _____ days _____ hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue **23 DEC 2005**TIANJIN |
|---|---|
| Number of original Bs/L | Signature |
| THREE | AS AGENT FOR AND ON BEHALF OF THE MASTER:HARLING CHRISTIAN *CHINA MARINE SHIPPING AGENCY TIANJINA DMENTUNLIMITED*   (S6) |

C.15  Printed and sold by
Witherby & Company Limited, 32/36Aylesbury Street,

JWA-MSJ5-006

BIEHL & CO., L.P.   STEAMSHIP AGENTS

ARRIVAL NOTICE/FREIGHT BIL

| | |
|---|---|
| SHIPPER<br>KNAUF PLASTERBOARD (TIANJIN) CO.,LTD<br>NORTH YINHE BRIDGE, EAST JINGJIN<br>ROAR, BEICHEN DISTRICT TIANJIN 3004<br>P.R.CHINA | DOCUMENT<br>B/L #: XNGNOL50850<br>REFERENCE NO. |

CONSIGNEE
TO ORDER OF WHITNEY NATIONAL BANK 2
ST.CHARLES AVENUC NEW ORLEANS, LA.

NOTIFY
INTERIOR/EXTERIOR BUILDING SUPPLY,L
P.O. BOX 400, NE ORLEANS, LA, 70178
ATTN. JIM OR CLAY GEARY AND L W.
ALLEN AND CO.,INC.200 CROFTON ROAD.
BOX.34, KENNER, LA. 70062. ATTN BIL                XNGNOL50850

| INITIAL CARRIAGE BY | PLACE OF RECEIPT | | |
|---|---|---|---|
| OCEAN VESSEL<br>UBC TORONTO.001TN | PORT OF LANDING<br>OTHER PEOPLE'S REPUBLIC OF CHINA | | |
| PORT OF DISCHARGE<br>NEW ORLEANS | PLACE OF DELIVERY | BREAKBULK<br>Port to Port | |

| CONTAINER NOS.MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 2100 PALLE<br>GYPSUM<br>GYPSUM BOARD,<br>TAPERED EDGE 4'X12'X1/2"<br>SHIPMENT UNDER DECK<br>FREIGHT PAID AS PER TERMS OF<br>CHARTY PARTY<br>OCEAN FREIGHT WILL BE ON<br>APPLICANT'S ACCOUNT<br>2100PALLETS<br>(142800PCS) | 6132000K<br>13518607.200L<br><br><br><br><br><br>9368.541CBM | 0.000<br>0 |
| Totals: | 2100 | 6132000K<br>13518607.2L | 0<br>0 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 675.93 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 16222.33 |
| L | BASIC FREIGHT | 0.00 | ADVISED | 0.00 | |

Freight Payable at: NEW ORLEANS   Totals:              0.00   16898.26

| | |
|---|---|
| OUR CARGO IS DUE TO ARRIVE<br><br>ETA SWP ON 01/27/06<br>AVAILABLE AT:<br><br>LOUISIANA AVENUE WHARF<br>NEW ORLEANS, LA.<br>COASTAL CARGO STEVEDORE | PLACE AND<br>DATE ON NEW ORLEANS   01/24/06<br><br><br>3330 W. Esplanade Ave, Suite 602<br>METAIRIE, LA. 70002<br>(504) 836-3600 |

JWA-MSJ5-007

Copy

| 1. Exporter | Certificate No. |
| --- | --- |
| KNAUF PLASTERBOARD (TIANJIN) CO. LTD<br>NORTH TUMB BRIDGE, EAST JINGBIN<br>ROAD, BEICHEN DISTRICT TIANJIN<br>300400 P.R. CHINA | 0514 1 3 4 6 2 |

CERTIFICATE OF ORIGIN
OF
THE PEOPLE'S REPUBLIC OF CHINA

| 2. Consignee |
| --- |
| INDEX OF GAITOR OF HURLIANE AGENCY CO., L.<br>P. O. BOX 4001, NEW ORLEANS, LA.<br>70178 ATTN. ITB OR CLAY GEARY AND I.<br>W. ALLEN AND CO., INC. 200 CROFTON ROAD. BOX<br>34, ORINDA, LA 7068, ATTN. CLAY GEARY (U.S.A.) |

| 3. Means of transport and route | 8. For certifying authority use only |
| --- | --- |
| BY SEA<br>FROM TIANJIN, CHINA<br>TO NEW ORLEANS, LOUISIANA | |

| 4. Country / region of destination |
| --- |
| UNITED STATES |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 8. H.S.Code | 9. Quantity | 10. Number and date of invoices |
| --- | --- | --- | --- | --- |
| N/M | GYPSUM BOARD,<br>TAPERED EDGE 4' X 12' X 1/2''<br>2100 (TWO THOUSAND ONE HUNDRED)<br>PALLETS ONLY.<br>**** **** **** **** **** **** **** | 25.00 | 9192.000<br>143800M2 | 00001 TO<br>Dec. 25, 200 |

| 11. Declaration by the exporter | 12. Certification |
| --- | --- |
| The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct. |
| Place and date, signature and stamp of authorized signatory | Place and date, signature and stamp of certifying authority |

JWA-MSJ5-008

ORIGINAL                          CONTRACT NO.:EX-USD-20051117

# BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ5-009

**ORIGINAL**

CONTRACT NO. : EX-USD-20051117

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTEED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ5-010

ORIGINAL

CONTRACT NO.:EX-USD-20051117

# CERTIFICATE OF QUANTITY,QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 142,800 PCS. 4'X 12' X 1/2''

QUANTITY: 142,800PCS／  2100PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION

KNAUF PLASTERBOARD (TIANJIN CO.,LTD)



ORIGINAL                                    CONTRACT NO.:EX-USD-20051117

## STATEMENT

THIS LETTER OF CREDIT NO. CM51785 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED,WRAPPED,
SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM
WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST
DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER
PROTECT AGAINST DAMAGE AND MOISTURE. EACH PALLET WAS MARKED FOR
SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ5-012

.ORIGINAL

CONTRACT NO. :BX-USD-20051117

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 142,800 PCS. 4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36.

MILL: KNAUF PLASTERBOARD (TIANJIN) CO. , LTD



1-17-2009  17:12        CBP 28TH FLOOR        504 670 2028        P. 04

*clock in copy*
*L Wallen*



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:  04/16/2009 | From:  U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La 70112<br><br>FAX: 504-670-2028 |
| Filer:    J.W. Allen<br>Importer:  INTERIOR EXTERIOR BLDG SUPPLY | |

Subject:        Paperless/Reconstructed Entry Request

Document Number:   N90   · 06340745 ·

Port Code:      2002

Please address the issue as described below and return this document to the issuing Customs officer.

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   *MV "DUAL CONFIDENCE"*
*April 6, 2006*

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer:<br>Bruce Scandariato,  Customs Technician | Team:<br>Entry Unit | Phone:<br>(504) 670-2064 |
|---|---|---|

**EXHIBIT**
**6**
*tabbies*

JWA-MSJ6-001

APR-17-2009  17:12      CBP 28TH FLOOR                    504 670 2028      P.04



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| Notice Date:   04/16/2009 | From: | U.S. Customs and Border Protection |
|---|---|---|
| | | 1515 Poydras St. |
| Filer:   J.W. Allen | | Suite 2030-013 |
| Importer:  INTERIOR EXTERIOR BLDG SUPPLY | | New Orleans, La 70112 |
| | | FAX: 504-670-2028 |

Subject:        Paperless/Reconstructed Entry Request

Document Number:  N90  - 08340745

Port Code:       2002

Please address the issue as described below and return this document to the issuing Customs officer;

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit  all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter.  Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2084 |

JWA-MSJ6-002

JERRY BECKER
DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

| | |
|---|---|
| J.W. ALLEN & CO.,INC. | |
| 200 CROFTON RD, BOX 34 BLDG.7D, | |
| SUITE 800 KENNER, LA 70062 | |

N90

1. Entry No. D534074-5
2. Entry Type Code 01 ABI/A
3. Entry Summary Date 4/20/06
502

4. Entry Date 4/13/06
5. Port Code 2002
PAPERLESS

6. Bond No. 572
7. Bond Type Code 8
8. Broker/Importer File No. AB34074

8. Ultimate Consignee Name and Address

10. Consignee No. SAME
11. Importer of Record Name and Address
12. Importer No. 72-1514223

INTERIOR/EXTERIOR BUILDING SUPPLY
PO BOX 4002
NEW ORLEANS, LA 70178

13. Exporting Country CN
14. Export Date 3/04/06

15. Country of Origin CN
16. Missing Documents

LA
STATE

17. I.T. No.
18. I.T. Date

19. B/L or AWB No. POBUXNGNOL6000A
20. Mode of Transportation 10
21. Manufacturer I.D. CNKNAPLATIA
22. Reference No.

23. Importing Carrier DUAL CONFIDENCE
24. Foreign Port of Lading 57043
25. Location of Goods/G.O. No. P261 - LOUISIANA AVE WHARF
LOUISIANA AVE AND RIVER
NEW ORLEANS, LA _

26. U.S. Port of Unlading 2002
27. Import Date 4/06/06

| 28. Line No. | 29. Description of Merchandise | | 32. Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | 35. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|
| | 30. T.S.U.S.A. No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | | | | Dollars | Cents |
| | POBUXNGNOL6000A | 555 PLTS | | | | | |
| | POBUXNGNOL6000B | 1911 PLTS | | | | | |
| | | | Invoice 001 | (D000181) | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER | FA | | | Free | 0 00 | |
| | 6809.11.0000 | 1620600 | 1620600.00KG | 171056 | | | |
| | | | 169290.20M2 | C193690 | | | |
| | | | | Not Related | | | |
| | Merchandise Processing Fee | | | | 0.21% | 359 22 | |
| | Harbor Maintenance Fee(501 | | | | 0.125% | 213 82 | |
| | Inv Value   : | $171056 | | | | | |
| | Ent Value   : | $171056 | | | | | |
| | | | Invoice 002 | (D000182) | | | |
| | BLOCK 39 SUMMARY | | | | | | |
| | Merchandise Processing Fee | (499) | 485.00 | | | | |
| | Harbor Maintenance Fee(501 | (501) | 947.28 | | | | |
| | TOTAL | | 1432.28 | | | | |
| | TOTAL ENTERED VALUE | | | 757827 | | | |

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. **OR** ☐ owner or purchaser or agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. **OR** ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

▼ U.S. CUSTOMS USE ▼

| A. Liq. Code | B. Ascertained Duty | TOTALS | |
|---|---|---|---|
| | | 37. Duty | 0 00 |
| C. Ascertained Tax | | 38. Tax | 0 00 |
| D. Ascertained Other | | 39. Other | 1432 28 |
| E. Ascertained Total | | 40. Total | 1432 28 |

37. Signature of Declarant, Title, and Date
J.W. ALLEN & CO. INC. ATTORNEY-IN-FACT

RECORD

Customs Form 7501 (112295)

JWA-MSJ6-003

JERRY BECKER
DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

N90

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.7D,
SUITE 800 KENNER, LA 70062

| | | | | |
|---|---|---|---|---|
| ① Entry No. 0634070-5 | ② Entry Type Code | 3. Entry Summary Date | | |
| 4. Entry Date | ⑤ Port Code | | | PAPERLESS |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. | | |
| 9. Ultimate Consignee Name and Address | 10. Consignee No. | ⑪ Importer of Record Name and Address | | ⑫ Importer No. |
| | | ⑬ Exporting Country | | 14. Export Date |
| | | ⑮ Country of Origin | | 16. Missing Documents |
| STATE | | ⑰ I.T. No. | | ⑱ I.T. Date |
| ⑲ B.L. or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | | 22. Reference No. |
| ㉓ Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | | |
| 26. U.S. Port of Unlading | ㉗ Import Date | | | |

| ㉘ Line No. | ㉙ Description of Merchandise 30. A. T.S.U.S.A. No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C. Rate D. Visa No. | ㉟ Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| 002 | PLASTER, BRD, SIM'L, N/O, PAPER FA 6809.11.0000 | 5580120 | 5580120.00KG 579464.12M2 | 586771 C664414 Not Related | Free | 0 | 00 |
| | Merchandise Processing Fee Harbor Maintenance Fee (501 | | | | 0.21% 0.125% | 1232 733 | 22 46 |
| | Inv Value : $586771 Ent Value : $586771 | | | | | | |

| ㊲ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ↓ U.S. CUSTOMS USE ↓ | TOTALS |
|---|---|---|
| I declare that I am the □ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR □ owner or purchaser or agent thereof. I further declare that the merchandise □ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoices are true. OR □ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | A. Liq. Code | B. Ascertained Duty | ㊳ Duty |
| | C. Ascertained Tax | ㊴ Tax |
| | D. Ascertained Other | ㊵ Other |
| | E. Ascertained Total | ㊶ Total |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | ㊲ Signature of Declarant, Title, and Date | |

RECORD

Customs Form 7501 (112286)

JWA-MSJ6-004

JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY

J.W. ALLEN & CO.,INC.
200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7
TEL:504-464-0181
FAX:504-464-0182

BOX
ABI CERTIFIED

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 040606 | 041306 | 01 | N90-0634074-5 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB34074 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 72-1514223 | | SAME |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| INTERIOR/EXTERIOR BUILDING SUPPLY | SAME |
| PO BOX 4002 | |
| NEW ORLEANS, LA 70178 | |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| FOBU | 001 | P261 / LOUISIANA AVE WHARF |
| 15. VESSEL CODE/NAME | | |
| DUAL CONFIDENCE | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 2002 | | | 757827 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L,N/O, PAPER FA

| A. LINE NO. | 22. HTS/L/AWB NO. | 23. MANIFEST QUANTITY | 24. HS NUMBER | 25. COUNTRY | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M FOBU | XNGNOL6000A | 555 | 6809.11.0000 | CN | CNKNAPLATIA |
| M FOBU | XNGNOL6000B | 1911 | 6809.11.0000 | CN | CNKNAPLATIA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met. | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY: |
| SIGNATURE OF APPLICANT | |
| J.W. ALLEN & CO.,INC. | |
| PHONE NO.                              DATE | ☐ CBP EXAMINATION REQUIRED, |
| TEL:504-464-0181            05/04/06 | |
| 29. BROKER OR OTHER GOVT. AGENCY USE | ☐ ENTRY REJECTED, BECAUSE: |

CES SITE:

Containers:
BBAB34074-1

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

ELECTRONIC ENTRY RELEASE NOTIFICATION PORT C
2002.   I certify that proper release for thi
cargo has been received from U.S. Customs.
Date: 4/13/06
J.W. ALLEN & CO., INC.
Signature:

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information to the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ6-005

COPY 

## COMMERCIAL INVOICE

TO:   INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
      P. O. BOX 4002, NEW ORLEANS,
      LA. 70178

| | | | |
|---|---|---|---|
| VESSEL: | DUAL CONFIDENCE | DATE: | 23-Mar-06 |
| B/L NO.: | POBUXNGNOL60000A | INVOICE NO.: | 00001817E |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: | EX-USD-20051221 |
| BY SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: | L/C |
| NET WEIGHT: | 1620600.00 KGS | L/C NO.: | CM51840 |
| GROSS WEIGHT: | 1620600.00 KGS | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD(TIANJIN) CO., LTD., TIANJIN, CHINA

| NO.: | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价($) | AMOUNT 总价($) |
|---|---|---|---|---|---|
| | | | | FAS TIANJIN, CHINA | |
| 1 | N/M | GYPSUM BOARD, TAPERED EDGE 4'X 12'X 1/2'' AS PER CONTRACT NO. EX-USD-20051221 FREE ALNG SH TIANJIN, CHINA | 37740 PCS | AT USD 4.40 EACH | USD 166,056.00 |
| | | (555PALLETS) | | | |
| 2 | | COVER STORAGE FEE | | | USD 5,000.00 |

6809.11.0000

Free

FREIGHT COST:

TOTAL:                                                    USD   171,056.00

CONTAINER:    BULK SHIPMENT
QUANTITY:     37740PCS                                         T&U
COUNTRY OF ORIGIN: CHINA

CO:CN

可耐福石膏板(天津)有限公司
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN
DISTRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
WangLam@mail.knauf.com.cn

TELEPHONE NO:0086-022-26672777
FAX NO.:       0086-022-26673349
POSTAL CODE:300400
Http:       www.knauf.com.cn

JWA-MSJ6-006

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

Shipper

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.
OBUXNGNOL60000A

Reference No.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70180

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

Vessel
DUAL CONFIDENCE

Port of loading
TIANJIN, CHINA.

**ORIGINAL**

Port of discharge
NEW ORLEANS, LOUISIANA

Shipper's description of goods

Gross weight

|  |  |  |  |  |
|---|---|---|---|---|
| N/M | 555 PALLETS<br>37740PCS | GYPSUM BOARD,<br>TAPERED EDGE 4'X 12'X 1/2"<br>SHIPMENT UNDER DECK<br>FREIGHT PAID AS PER<br>TERMS OF CHARTY PARTY<br>OCEAN FREIGHT WILL BE ON<br>APPLICANT'S ACCOUNT | 1620600KGS | 2475.972M3 |

ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD **0 4 MAR 2006**

TOTAL: FIVE HUNDRED AND FIFTY-FIVE PALLETS (37740PCS) ONLY

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated ...........................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ................ days ................ Hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or as near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at

Number of original Bsll.
THREE

Place and date of issue
TIANJIN **0 4 MAR 2006**

Signature
AGENT FOR AND ON
BEHALF OF THE MASTER:
CHINA WORLD SHIPPING AGENCY CO.,LTD.

徐春林

AS AGENTS
FOR AND ON BEHALF OF

C.16 Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel No 0171 251 6345   Fax No 0171 251 1296

JWA-MSJ6-007

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

| Shipper | **BILL OF LADING** | B/L No. |
|---|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LTD. NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN DISTRICT TIANJIN 300400, P. R. CHINA. | TO BE USED WITH CHARTER-PARTIES | ROBUXNGNOL60000A Reference No. |

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 128 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

| Vessel | Port of loading |
|---|---|
| DUAL CONFIDENCE | TIANJIN, CHINA |

Port of discharge

NEW ORLEANS, LOUISIANA

**ORIGINAL**

| Shipper's description of goods | | Gross weight |
|---|---|---|
| | GYPSUM BOARD, | |
| | TAPERED EDGE 4'X 12'X 1/2" | |
| 555 PALLETS | SHIPMENT UNDER DECK | |
| N/M        37740PCS. | FREIGHT PAID AS PER | 1620600KGS   2475.971M3 |
| | TERMS OF CHARTY PARTY | |
| | OCEAN FREIGHT WILL BE ON | |
| | APPLICANT'S ACCOUNT | |
| ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005 | | |

CLEAN ON BOARD   0 4 MAR 2006

TOTAL: FIVE HUNDRED AND FIFTY-FIVE PALLETS (37740PCS) ONLY

(of which ............................ on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated ............................ | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight: ............................ | Weight, measure, quality, quantity, condition, contents and value unknown. |
| ............................ | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ............... days ............... Hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at | Place and date of issue |
|---|---|---|
| | | TIANJIN   0 4 MAR 2006 |
| | Number of original Bills | SIGNATURE FOR AND ON |
| | THREE | BEHALF OF THE MASTER: |
| | | CAPT. DOR VICENTE S. LABARRON TIANJIN LICANG SHIPPING AGENCY CO.,LTD. |
| | | 輸運林   AS AGENTS |

C.15   Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341   Fax No. 0171 251 1296

JWA-MSJ6-008

**BILL OF LADING**

TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGENBILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL  (BIMCO)

## Conditions of Carriage

(1) All terms and conditions, liberties and  exceptions of  the Charter party,  dated as overleaf, including the Law  and  Arbitration Clause, are herewith incorporated.

(2) General Paramount Clause.

(a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of  shipment, shall  apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.

(b) *Trades where Hague-Visby Rules apply.*

In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 – the Hague-Visby Rules – apply compulsorily, the provisions of the respective legislation shall apply to  this  Bill of  Lading.

(c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while  the  cargo is  in the charge of another Carrier, nor in respect  of deck  cargo  or live animals.

(3) General Average.

General Average shall be adjusted ,stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed  in the  Charter Party.
Cargo's contribution to General  Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew, The Charterers, Shippers  and Consignees expressly renounce  the Belgian Commercial Code, Part II, Art, 148.

(4) New Jason Clause.

In the event of accident, danger, damage or disaster before or after the  commencement of the voyage,resulting from any cause whatsoever. Whether due to negligence or not,for which,or for the  consequence of which,the Carrier is not  responsible, by statute, contract or otherwise,the cargo ,shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices,losses or expenses of a General Average nature that may be made  or incurred and shall pay salvage and special charges incurred in respect of the cargo.if a salving vessel is owned  or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged  to  strangers. Such deposit as the Carrier,or his  agents,  may deem  sufficient to cover the  estimated  contribution of the goods and any  salvage  and special charges  thereon shall,  if required, be made by the cargo,shippers, consignees or owners of the goods  to the Carrier before delivery.

(5) Both-to-Blame Collision Clause.

If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default  of the Master, Mariner, Pilot or the servants  of the Carrier in the navigation  or in the management  of the  Vessel, the owners of  the cargo carried  hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off,recouped or recovered by the other or non-carrying vessel  or her  owners as part of their claim against the carrying vessel  or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight,
destination, etc.,see overleaf.

WITHOUT ANY REPRESENTATIONS
OR WARRANTIES OF ANY
KIND AND WITHOUT RECOURSE
TO THE UNDERSIGNED FOR
ANY CAUSE

WHITNEY NATIONAL BANK

AUTHORIZED SIGNATURE

Mar.30. 2006  9:49AM

BIEHL & CO., LP   STEAMSHIP AGENTS

No.0912   P. 2

ARRIVAL NOTICE/FREIGHT BILL

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT NORTH YINHE BRIDGE, EAST JINGJIN RO BEICHEN DISTRICT TIANIN 300400, P.R | B/L #: YNGNOL6000A REFERENCE NO. |

CONSIGNEE

TO ORDER OF WHITNEY NATIONAL BANK 2
CHARLES AVENUE NEW ORLEANS, LA. 701

NOTIFY

INTERIOR EXTERIOR BUILDING SUPPLY,L
P.O.BOX 4002, NEW ORLEANS, LA. 7017
ATTN.JIM OR CLAY GEARY AND J.M. ALL
AND CO.,INC.200 CROPTON ROAD. BOX34
KENNER, LA. 70062, ATTN BILLY ADD

| INITIAL CARRIAGE BY | PLACE OF RECEIPT | | | YNGNOL6000A |

| OCEAN VESSEL | PORT OF LOADING | MOVEMENT |
|---|---|---|
| DUAL CONFIDEN 001IN | PORT OF DELIVERY OTHER PEOPLE'S REPUBLIC OF CHINA | BREAKBULK |
| UNIT OF DISCHARGE | | |
| NEW ORLEANS | | Port to Port |

| CONTAINER NOS./MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 555 PALLE GYPSUM GYPSUM BOARD. TAPERED EDGE 4' X 12' X 1/2" | 1602600K 3533091.960L87433.998 | 2476 |
| | 555PALLETS          37740PCS | | 16 |
| | | | |
| Totals:          555 | | 1602600K 3533091.96L87433.998 | 2476 |

| B/L Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|
| B  PORT SECURITY FEE | 0.10 | 2000 Lbs | | 176.65 |
| B  WHARFAGE | 2.40 | 2000 Lbs | | 4239.71 |
| L  BASIC FREIGHT | 0.00 | ADVISED | 0.00 | |
| Freight Payable at: NEW ORLEANS   Totals: | | | 0.00 | 4416.36 |

| YOUR CARGO IS DUE TO ARRIVE | PLACE AND DATE OF ISSUE  NEW ORLEANS       03/30/06 |
|---|---|
| ETA SWP ON 4/6/06 | |
| | 3330 W. Esplanade Ave, Suite 602 METAIRIE, LA. 70002 (504) 838-3600 |
| LOUISIANA AVE. WHARF NEW ORLEANS, LA. | |
| COASTAL CARGO STEVEDORE | |

JWA-MSJ6-010

**ORIGINAL**                    CONTRACT NO. :BX-USD-20051221

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 37,740 PCS.  4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36

MILL: KNAUF PLASTERBOARD (TIANJIN)CO.,LTD

ORIGINAL                          CONTRACT NO.:EX-USD-20051221

## STATEMENT

THIS LETTER OF CREDIT NO. CM51840 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE, EACH PALLET WAS MARKED FOR SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



**ORIGINAL**

CONTRACT NO.:EX-USD-20051221

# CERTIFICATE OF QUANTITY,QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 37,740 PCS.  4'X 12'X 1/2''

QUANTITY: 37,740PCS      555PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD



JWA-MSJ6-013

ORIGINAL                          CONTRACT NO.:EX-USD-20061221

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTEED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD TIANJIN CO., LTD 

JWA-MSJ6-014

ORIGINAL                    CONTRACT NO.:EX-USD-20051221

# BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ6-015

ORIGINAL



JWA-MSJ6-016

COPY

 KNAUF 可耐福
石膏板及系统

## COMMERCIAL INVOICE

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS,
LA. 70178

| | | | |
|---|---|---|---|
| VESSEL: | DUAL CONFIDENCE | DATE: | 3-Mar-06 |
| B/L NO.: | POBUXNGNOL600000B | INVOICE NO.: | 3000182 |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: | EX-USD-2005/2/3 |
| SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: | L/C |
| NET WEIGHT: | 5580120.00 KGS | L/C NO.: | OM51828 |
| GROSS WEIGHT: | 5580120.00 KGS | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD(TIANJIN) CO., LTD., TIANJIN, CHINA

| SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价（$） | AMOUNT 总价（$） |
|---|---|---|---|---|
| | | | FAS TIANJIN, CHINA | |
| N/M | GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2'' AS PER CONTRACT NO. EX-USD-20051213 FREE ALNG SH TIANJIN, CHINA | 129948 PCS | AT USD 4.40 EACH | USD 571,771.20 |
| | (1911PALLETS) | | | |
| | COVER STORAGE FEE | | | USD 15,000.00 |

6809.11.0000  *free*

FREIGHT COST:

TOTAL:                                    USD 586,771.20

CONTAINER:   BULK SHIPMENT                    *T&U*
QUANTITY:    129948PCS
COUNTRY OF ORIGIN: CHINA

*CO:CN*

*Inv#2*

可耐福石膏板（天津）有限公司
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

BEICHEN BRIDGE, EAST JINGJIN ROAR, BEICHEN
DISTT TIANJIN 300400 P.R. CHINA
E-mail knauf.com.cn

TELEPHONE NO. 0086-022-26972740
FAX NO.:    0086-022-26973049
POSTAL CODE: 300400
Htts:   www.knauf.com.cn

德国技术,专业之选!

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.
OBUXNGNOL600003

Reference No.

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130.

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 54,
KENNER, LA. 70062. ATTN. BILLY APP.

| Vessel | Port of loading |
|---|---|
| DUAL CONFIDENCE | TIANJIN, CHINA |

Port of discharge

NEW ORLEANS, LOUISIANA

**ORIGINAL**

| Shipper's description of goods | | | Gross weight | |
|---|---|---|---|---|

GYPSUM BOARD,
TAPERED EDGE 4'X 12'X 1/2"

| | | | | |
|---|---|---|---|---|
| | 1911 PALLETS | SHIPMENT UNDER DECK | | |
| N/M | 129948PCS | FREIGHT PAID AS PER | 5580120KGS | 8525.372M3 |
| | | TERMS OF CHARTY PARTY | | |
| | | OCEAN FREIGHT WILL BE ON | | |
| | | APPLICANT'S ACCOUNT | | |

ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD   **0 4 MAR 2006**

TOTAL: ONE THOUSAND NINE HUNDRED AND ELEVEN PALLETS (129948PCS) ONLY

(of which          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated ................................. | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight; | Weight, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ................. days ................ Hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue   **0 4 MAR 2006** TIANJIN |
|---|---|
| Number of original B/L | Signature AS AGENT FOR AND ON |
| THREE | BEHALF OF: TIANJIN OCEAN SHIPPING AGENCY CO. LTD CAPT. ADOR VICENTE S. CABARRON AS AGENTS FOR AND ON BEHALF OF |

C.18 Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341   Fax No. 0171 251 1296

JWA-MSJ6-018

**BILL OF LADING**

TO BE USED WITH CHARTER PARTIES
CODE NAME: "CONGENBILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

Page 1

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Charter party, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) General Paramount Clause.
(a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsarily applicable, the terms of the said Convention shall apply.

(b) Trades where Hague-Visby Rules apply.
In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the Hague-Visby Rules - apply, compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.

(c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) General Average.
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part II, Art. 148.

(4) New Jason Clause.
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo shippers, consignees or owners of the goods to the Carrier before delivery.

(5) Both-to-Blame Collision Clause.
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight, destination, etc., see overleaf.

DELIVER TO THE

*Interior Exterior Building*

WITHOUT ANY REPRESENTATIONS
OR WARRANTIES OF ANY
KIND AND WITHOUT RECOURSE
TO THE UNDERSIGNED FOR
ANY CAUSE
WHITNEY NATIONAL BANK

AUTHORIZED SIGNATURE

JWA-MSJ6-019

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

**BILL OF LADING**

B/L No.

TO BE USED WITH CHARTER-PARTIES
QBUXNGNOL600000

Reference No.

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC, 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

| Vessel | Port of loading |
|--------|-----------------|
| DUAL CONFIDENCE | TIANJIN, CHINA |

Port of discharge

NEW ORLEANS, LOUISIANA

Shipper's description of goods

**ORIGINAL**

Gross weight

|  |  |  |  |  |
|--|--|--|--|--|
| N/M | 1911 PALLETS 129948PCS | GYPSUM BOARD,<br>TAPERED EDGE 4"X 12"X 1/2"<br>SHIPMENT UNDER DECK<br>FREIGHT PAID AS PER<br>TERMS OF CHARTY PARTY<br>OCEAN FREIGHT WILL BE ON<br>APPLICANT'S ACCOUNT | 5580120KGS | 8525.372M3 |

ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD **0 4 MAR 2006**

TOTAL: ONE THOUSAND NINE HUNDRED AND ELEVEN PALLETS (129948PCS) ONLY

(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss  or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated .................................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading ............ days ................ Hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue |
|---------------------|--------------------------|
|  | TIANJIN **0 4 MAR 2006** |
| Number of original Bs/L | Signature |
| THREE | AS AGENT FOR AND ON<br>BEHALF OF<br>TIANJIN LUHANG SHIPPING AGENCY CO.,LTD.<br>CAPT. ADOR VICENTE S. CARABRRON<br>AS AGENTS<br>FOR AND ON BEHALF OF |

C.15   Printed and sold by
Witherby & Company Limited,   32/35 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341   Fax No. 0171 251 1296

JWA-MSJ6-020

Mar.30. 2006  9:49AM

BIEHL & CO. LP  STEAMSHIP AGENTS

No.0912  P. 3

**ARRIVAL NOTICE/FREIGHT BILL**

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT<br>NORTH YINHE BRIDGE, EAST JINGJIN RD<br>BEICHEN DISTRICT TIANJN 300400, P.R | B/L #: XNGNOL6000B<br>REFERENCE NO. |

| CONSIGNEE |
|---|
| TO ORDER OF WHITNEY NATIONAL BANK 2<br>CHARLES AVENUE NEW ORLEANS, LA. 701 |

| NOTIFY | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY,L<br>P.O.BOX 4002, NEW ORLEANS, LA. 7017<br>ATTN.JIM OR CLAY GEARY AND J.M. ALL<br>AND CO.,INC.200 CROFTON ROAD. BOX34<br>KENNER. LA. 70062. ATTN. BILLY APP. | XNGNOL6000B |

| INITIAL CARRIAGE BY | PLACE OF RECEIPT |
|---|---|

| OCEAN VESSEL | PORT OF LOADING | MOVEMENT |
|---|---|---|
| DUAL CONFIDEN.003 | INOTHER PEOPLE'S REPUBLIC OF CHINA | |

| PORT OF DISCHARGE | PLACE OF DELIVERY | BREAKBULK |
|---|---|---|
| NEW ORLEANS | | Port to Port |

| CONTAINER, NOS./MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 1911 PALLE<br>GYPSUM<br>GYPSUM BOARD.<br>TAPERED EDGE 4' X 12' X 1/2" | 5580120K<br>12301932.55 | 8525<br>2L301039.915 |
| | 1911PALLETS       129948PCS | | 55 |
| Totals:  1911 | | 5580120K<br>12301932.55 | 8525<br>2L301039.915 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 615,10 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 14762.32 |
| L | BASIC FREIGHT | 0.00 | ADVISED | 0.00 | |
| | Freight Payable at: NEW ORLEANS | | Totals: | 0.00 | 15377.42 |

| OUR CARGO IS DUE TO ARRIVE | PLACE AND DATE OF ISSUE |
|---|---|
| ETA SWP ON 4/6/06 | NEW ORLEANS      03/30/06 |
| LOUISIANA AVE. WHARF<br>NEW ORLEANS, LA. | 3330 W. Esplanade Ave, Suite 602<br>METAIRIE, LA. 70002<br>(504) 838-3600 |
| COASTAL CARGO STEVEDORE | |

JWA-MSJ6-021

ORIGINAL



JWA-MSJ6-022

ORIGINAL                    CONTRACT NO. :BX-USD-20051213

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 129,948 PCS. 4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36.

MILL: KNAUF PLASTERBOARD (TIANJIN) CO., LTD

DATE: 04 MAR 06

**ORIGINAL**                              CONTRACT NO. :EX-USD-20051213

# STATEMENT

THIS LETTER OF CREDIT NO. CM51828 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED,
SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM
WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST
DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER
PROTECT AGAINST DAMAGE AND MOISTURE, EACH PALLET WAS MARKED FOR
SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ6-024

ORIGINAL                        CONTRACT NO.:EX-USD-2C051213

# CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 129,948 PCS. 4'X 12'X 1/2''

QUANTITY: 129,948PCS / 1911PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION



KNAUF PLASTERBOARD (TIANJIN) CO., LTD
DATE: 03 MAR 06

ORIGINAL

CONTRACT NO. :EX-USD-20051213

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTEED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.



KNAUF PLASTERBOARD (TIANJIN) CO., LTD

DATE: 31 MAR. '06

JWA-MSJ6-026

ORIGINAL ·

CONTRACT NO. :EX-USD-20051213

# BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.



KNAUF PLASTERBOARD TIANJIN CO., LTD

DATE:09 MAR. 06
(ZXA) 41

JWA-MSJ6-027

APR 17 2009  11:12        GA  22nd FLOOR                    JAN 018 2020  1:05



## U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date: 04/16/2009 | **From:** U.S. Customs and Border Protection |
| | 1515 Poydras St. |
| Filer: J.W. Allen | Suite 2030-013 |
| Importer: INTERIOR EXTERIOR BLDG SUPPLY | New Orleans, La 70112 |
| | FAX: 504-670-2028 |

Subject:         Paperless/Reconstructed Entry Request

Document Number:   N90  - 06358945

Port Code:       2002

*Please address the issue as described below and return this document to the issuing Customs officer.*

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   "MV" ALEXANDEN Gatch "

           SENT, 13, 2006

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

**EXHIBIT**

**7**

blbbler

JWA-MSJ7-001



## U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request

| Notice Date:   04/16/2009 | From:   U.S. Customs and Border Protection |
|---|---|
| Filer:   J.W. Allen | 1515 Poydras St. |
| Importer:  INTERIOR EXTERIOR BLDG SUPPLY | Suite 2030-013 |
|  | New Orleans, La 70112 |
|  | FAX: 504-670-2028 |

| Subject: | Paperless/Reconstructed Entry Request |
|---|---|
| Document Number: | N90  · 06358945 |
| Port Code: | 2002 |

**Please address the issue as described below and return this document to the issuing Customs officer.**

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

JWA-MSJ7-002

ENTRY SUMMARY

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

| | | |
|---|---|---|
| 1. Entry No. 063599415 | 2. Entry Type Code 01 ABI/A | 3. Entry Summary Date 9/12/06 |

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG 70,
SUITE 800 KENNER, LA 70062

| 4. Entry Date 9/20/06 | 5. Port Code 2002 | | PAPERLESS |
|---|---|---|---|
| 6. Bond No. 572 | 7. Bond Type Code 8 | 8. Broker/Importer File No. A505830 | |

9. Ultimate Consignee Name and Address

| 10. Consignee No. SAME | 11. Importer of Record Name and Address | 11. Importer No. 07-1514223 |
|---|---|---|

INTERIOR/EXTERIOR BUILDING SUPPLY
PO BOX 4002
NEW ORLEANS, LA 70178

| 12. Exporting Country CN | 14. Export Date 7/20/06 |
|---|---|
| 13. Country of Origin CN | 15. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

| 19. B L or AWB No. BMAO01693H | 20. Mode of Transportation 10 | 21. Manufacturer I.D. CNINNAPLAZWUH | 22. Reference No. |
|---|---|---|---|
| 23. Exporting Carrier ALEXANDRIGRACHT | 24. Foreign Port of Lading 57036 | 25. Location of Goods/G.O. No. P261 - LOUISIANA AVE WHARF | |
| 26. U.S. Port of Unlading 2002 | 27. Import Date 9/13/06 | LOUISIANA AVE AND RIVER NEW ORLEANS, LA | |

| 28. Description of Merchandise | | | 31. | 32. | 33. | 34. | 35. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|---|---|
| Line No. | 29. A. T.S.U.S.A. No. / B. ADA/CVD Case No. | 30. | A. Gross Weight / B. Manifest Qty. | Net Country in T.S.U.S.A. Units | A. Entered Value / B. CHGS / C. Relationship | A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C. Rate / D. Visa No. | Dollars | Cents |
| | Mfst Qty: | 1000 PCS | | | | | | |
| | | | Invoice 001 | (US060710) | | | | |
| 001 | PLASTER, BRD, SIM'L, N/C, PAPER FD 6809.11.0000 | | 2780000 | 2780000.00KG 503325.60M2 | 698360 | Free | 0 00 | |
| | Merchandise Processing Fee | | | | Non Related | 0.21% | 1466 56 | |
| | Harbor Maintenance Fee(501) | | | | | 0.125% | 872 95 | |
| | Inv Value : $698360 | | | | | | | |
| | Ent Value : $698360 | | | | | | | |
| | BLOCK 39 SUMMARY | | | | | | | |
| | Merchandise Processing Fee (499) | | 485.00 | | | | | |
| | Harbor Maintenance Fee(501) (501) | | 872.95 | | | | | |
| | TOTAL: | | 1357.95 | | | | | |
| | TOTAL ENTERED VALUE | | | 698360 | | | | |

PERMIT

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | | ▼ U.S. CUSTOMS USE ▼ | TOTALS | |
|---|---|---|---|---|
| I declare that I am the importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above OR owner or purchaser or agent thereof. I further declare that the merchandise was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. | | A. Liq. Code | B. Ascertained Duty 37. Duty 0 00 | |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost were fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | | C. Ascertained Tax | 38. Tax 0 00 | |
| | | D. Ascertained Other | 39. Other 1357 95 | |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | 30. Signature of Declarant, Title, and Date J.W. ALLEN & CO., INC. ATTORNEY-IN-FACT | E. Ascertained Total | 40. Total 1357 95 | |

MULTIPLE USE

Customs Form 7501 (112295)

JWA-MSJ7-003

TABS:
JERRY BECNEL

**U.S. DEPARTMENT OF HOMELAND SECURITY**
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY

J.W. ALLEN & CO.,INC.
200 CROFTON RD, BOX 34 BLDG.7D, SUITE 900 KENNER, LA 7
TEL:504-464-0181
FAX:504-464-0182

BOX
ABI CERTIFIED

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE 091306 | 2. ELECTED ENTRY DATE 092006 | 3. ENTRY TYPE CODE/NAME 01 | 4. ENTRY NUMBER W09-0635498-5 |
|---|---|---|---|
| 5. PORT 2002 | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER AB35894 | |
| | 8. CONSIGNEE NUMBER 72-1514229 | | 9. IMPORTER NUMBER SAME |

| 10. ULTIMATE CONSIGNEE NAME INTERIOR/EXTERIOR BUILDING SUPPLY PO BOX 4002 NEW ORLEANS, LA 70178 | 11. IMPORTER OF RECORD NAME SAME |
|---|---|

| 12. CARRIER CODE BMAO | 13. VOYAGE/FLIGHT/TRIP 001 | 14. LOCATION OF GOODS-CODE(S)/NAME(S) E261 / LOUISIANA AVE WHRF |
|---|---|---|
| 15. VESSEL CODE/NAME  ALEXANDERGRACHT | | |
| 16. U.S. PORT OF UNLADING 2002 | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE $18360 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L, N/O, PAPER FA

| 21. LINE NO. M | 22. IT/BL/AWB NO. BMAO 07655 | 23. MANIFEST QUANTITY 1000 | 24. H.S. NUMBER 6809.11.0000 | 25. COUNTRY CN | 26. MANUFACTURER NO. CNKNAPLA24701 |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

| 27. CERTIFICATION | 28. CBP USE ONLY |
|---|---|
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met. SIGNATURE OF APPLICANT X J.W. ALLEN & CO.,INC. PHONE NO. TEL:504-464-0181  DATE 09/25/06 | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY: <br><br> ☐ CBP EXAMINATION REQUIRED. <br><br> ☐ ENTRY REJECTED, BECAUSE: |
| 29. BROKER OR OTHER GOVT. AGENCY USE | |
| CES SITE: Containers: BBN90-06358 | |
| | DELIVERY AUTHORIZED: / SIGNATURE / DATE |
| | ELECTRONIC ENTRY RELEASE NOTIFICATION PORT 2002.   I certify that proper release for thi cargo has been received from U.S. Customs. Date: 09/28/06 . J.W. ALLEN & CO.,INC. |

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

可耐福石膏板（芜湖）有限公司
# KNAUF PLASTERBOARD（WUHU）CO. LTD.

To: INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.

发票号码: US-060710
Invoice Number:

商 务 发 票
## COMMERICAL INVOICE

订单号: EX-USA-20060705
Sales Confirmation No.:

贸易方式: CIF NEW ORLEANS， LINER IN FREE OUT
Terms of Trade:

发票日期: 2006-7-10
Date of Invoice:

| 品 名<br>Description | 数 量<br>Quantity(PCS) | 单 价<br>Unit price(USD) | 金 额<br>Amount(USD) |
|---|---|---|---|
| Gypsumboard 12.5mm | 68000 | 10.27 | 698360.00 |
| TAPERED    EDGE 68,000PCS(10 PERCENT MORE OR LESS IN QUANTITY)，4'X12'X1/2'AT USD10.27/PC.   LINER IN-FREE OUT, AS PER CONTRACT NO.,EX-USA-20060705. THE   NAME   OF MANUFACTURED AS KNAUF PLASTERBOARD | 6805.11. 0000 - Free<br>CO.CN | | |
| TOTAL | 68000 | | 698360.00 |

TEU

KNAUF PLASTERBOARD (WUHU) COMPANY LTD.
可耐福石膏板
（芜湖）有限公司

可耐福石膏板（芜湖）有限公司
## KNAUF PLASTERBOARD（WUHU）CO., LTD.

To:   Interior/Exterior Building Supply,L.P.

装　箱　单
## PACKING LIST

发票号码: US-060710

Invoice Number:

订单号: EX-USA-20060705

Sales Confirmation No.:

发票日期:2006-7-10

Date of Invoice:

| 品　名<br>Description | 数　量<br>Quantity<br>(packages) | 毛　重 | | | |
|---|---|---|---|---|---|
| | | Kgs/Pkg | TOTAL(kgs) | Kgs/Pkg | TOTAL(kgs) |
| Gypsunboard 12.5mm | 1000 | 2780 | 2780000 | 2580 | 2580000 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | 1000 | | 2780000 | | 2580000 |

装船口岸:
From: Shanghai

目的地:
To:   New Orleans

JWA-MSJ7-006

**BILL OF LADING**

B/L No. WMAO076SH
Nationality of Ocean Vessel

Shipper
KNAUF PLASTERBOARD (WUHU) CO.,LTD
NO.2 GANGWAN ROAD, DEVELOPMENT ZONE,WUHU
ANHUI 241009,P.R.CHINA
ATTN:ZHANG GUANG MIN
TEL:0553-5842053 FAX:0553-5841416

Consignee
WHITNEY NATIONAL BANK 228 ST.CHARLES AVENUE
NEW ORLEANS LA 70130

Shipped on board the vessel named herein in apparent good order and
condition (unless otherwise indicated) the goods or packages specified herein and
to be discharged at the above mentioned port of discharge or as near thereto as the
vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being
particulars furnished by the Shipper, are not checked by the Carrier on loading. The
Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and
agree to all printed, written or stamped provisions, exceptions and conditions of
this Bill of Lading, including those on the back hereof. One of the Bills of Lading
duly endorsed must be surrendered in exchange for the goods or delivery order.

In witness whereof, the Carrier or his Agent has signed Bills of Lading all of
this tenor and date, one of which being accomplished, the others to stand void.

Shippers are requested to note particularly the exceptions and conditions of
this Bill of Lading with reference to the validity of the insurance upon their goods.

Notify Address
INTERIOR/EXTERIOR BUILDING SUPPLY,L.P.
P.O.BOX 4002,NEW ORLEANS,LOUISIANA,USA
ATTN:CLAY GEARY
TEL:001-985-8922334 FAX:001-985-8097599

*Original*

| Pre-carriage by | *Place of Receipt by Pre-carrier | | | |
|---|---|---|---|---|
| Ocean Vessel ALEXANDERGRACHT 07-2006 | Port of Loading SHANGHAI | | | |
| Port of Discharge NEW ORLEANS PORT | *Final destination, if goods to be transhipped at port of discharge | NEW ORLEANS PORT | Freight payable at | Number of original B(s)/L THREE |

| Marks & Nos. (Container Nos.) | Number and kind of packages; description of goods | Gross Weight kgs | Measurement m³ |
|---|---|---|---|
| N/M | 1000PACKAGES GYPSUMBOARD 12.5MM | 2780000KGS | 4346CBM |
| | *J.W.ALLEN AND CO.,INC. 200 CROFTON ROAD, BOX 34,KENNER,LA. 70062 ATTN.BILLY APP | | |
| | SHIPMENT UNDER DECK | | |
| | | FREIGHT PREPAID | |

Particulars Furnished by Merchants

| TOTAL PACKAGES (IN WORDS) | SAY ONE THOUSAND PACKAGES ONLY. |
|---|---|
| Freight and charges | |

Place B(s)/L issue
SHANGHAI

Dated
20 JUL 2006

CHINA MARINE SHIPPING AGENCY
SHANGHAI COMPANY LTD.(G)
Signed for the Carrier

徐慧洁   AS AGENT(S)

FOR THE CARRIER NAMED ABOVE
FOR AND ON BEHALF OF MASTER CAPT.SCHOLTSZ

* ] Applicable only when document used as a Through Bill of Lading

[ PGC FORM 01 ] Printed in 1 -1998

JWA-MSJ7-007

JWA-MSJ7-008

# PRIME MARITIME AGENCY, INC.



## ARRIVAL NOTICE / WHARFAGE INVOICE
## M/V ALEXANDERGRACHT
## VOYAGE 07-2006

DATE: AUGUST 29, 2006

TO:    J.W. ALLEN & CO.
ATT:   BILLY APP
FAX:   504-464-0982

ON BEHALF OF OUR PRINCIPAL, HUADAO SHIPPING (FAR EAST) LTD., WE HEREBY INFORM YOU THAT THE ABOVE VESSEL IS EXPECTED TO ARRIVE AT THE PORT OF NEW ORLEANS, LA, ON SEPTEMBER 15, 2006 TO COMMENCE DISCHARGING AT LOUISIANA AVENUE WHARF

IT IS OUR UNDERSTANDING THAT YOUR COMPANY IS RESPONSIBLE FOR THE FOLLOWING BILL(S) OF LADING.

|  |  |  |
|---|---|---|
| LOAD PORT | : | SHANGHAI, CHINA |
| DISCH PORT | : | NEW ORLEANS, LA. |
| B/L(S) | : | BMAO076SH |
| PIECE COUNT | : | 1000 |
| COMMODITY | : | GYPSUM BOARDS |

PLEASE BE ADVISED THAT WE WILL REQUIRE THE FOLLOWING PRIOR TO RELEASING YOUR CARGO.

1.)    ALL U.S. CUSTOMS RELEASES
2.)    CHECK PAYABLE TO PRIME MARITIME AGENCY, INC. FOR WHARFAGE
       CHARGES AND PORT SECURITY FEES AS DESCRIBED BELOW.

       WHARFAGE CHARGES:
       3058 SHORT TONS AT $2.55 s/t  = $7,797.90

       PORT SECURITY FEES:
       3058 SHORT TONS AT $.10 s/t = $305.80

       **TOTAL CHARGES DUE PRIME MARITIME:**
       **$8,103.70**

IF ANYONE HAS ANY QUESTIONS PLEASE FEEL FREE TO CALL AT ANYTIME.

BEST REGARDS,
PRIME MARITIME AGENCY, INC.

MATTHEW RICHARD

PRIME MARITIME AGENCY, INC., 16710 Hedgecroft, Suite 102  Houston, TX  77060
Tel.: (281) 405-0525, Fax: (281) 405-0529, Telex: 6736347, Cable: PRIMEMAR

JWA-MSJ7-009



中华人民共和国出入境检验检疫
ENTRY-EXIT INSPECTION AND QUARANTINE
OF THE PEOPLE'S REPUBLIC OF CHINA

ORIGINAL

熏蒸 / 消毒 证书   编号 No. : S1040 6206047945
FUMIGATION/DISINFECTION CERTIFICATE

发货人名称及地址       KNAUF PLASTERBOARD (WUHU) CO., LTD.
Name and Address of Consignor   NO. 2 GAOGWAN ROAD, DEVELOPMENT ZONE, WUHU ANHUI 241009, P.R. CHINA
TEL: 0553-5842063  FAX: 0553-5841416, ATTN: ZHANG GUANG-MIN

收货人名称及地址       INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Name and Address of Consignee   P. O. BOX 4002, NEW ORLEANS, LOUISIANA, USA
TEL: 001-985-6099854  FAX: 001-985-6597603

品名           500 PCS OF DRYWALL FOR GYPSUMBOARD 12.5mm   产地           CHINA
Description of Goods                                      Place of Origin

报检数量       -1000-     PACKAGES         标记及号码:
Quantity Declared   -2750000-   KGS G.W.   -2580000-   KGS N.W.   Mark & No.
N/M

启运地
Place of Despatch   SHANGHAI

到达口岸
Port of Destination   NEW ORLEANS

运输工具
Means of Conveyance   BY SEA

FUMIGATION / DISINFECTION TREATMENT

Date:   14-15 JUL., 2006          Duration & Temperature:   24   HOURS   30 ℃

Treatment:   FUMIGATION          Chemical & Concentration:   METHYL BROMIDE   30   g/m³

ADDITIONAL   DECLARATION

ALEXANDERKRIGHT V. 0803
B/L:SWADCT6SH
***+3444+

吴淞

签证地点 Place of Issue   WU SONG, SHANGHAI          签证日期 Date of Issue   21 JUL., 2006

授权签字人 Authorized Officer   YU BO PING          签名 Signature

B 1612232                                          [c?-1(2000.1.1)]

JWA-MSJ7-010



**KNAUF**
可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德 商 独 资                                    German WFOE

CERTIFICATE OF ORIGIN

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN
SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES(68000PCS)

COUNTRY OF ORIGIN: CHINA

KNAUF PLASTERBOARD (WUHU) CO., LTD.

DATE: JULY 20, 2006

中国·安徽省芜湖市经济技术开发区塘海路2号   电话:(0553)584 2053   传真:(0553)584 1416   邮编:241009
No.2Gang Wan Road,Wuhu 241009,Anhui,China   Tel:(86)(553)584 2053   Fax:(86)(553)584 1416

JWA-MSJ7-011



**KNAUF**

可耐福石膏板（芜湖）有限公司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                    German WFOE

MILL CERTIFICATE

WE HEREBY CERTIFY THAT THE 1/2" GYPSUMBOARDS WERE MANUFACTURED
IN ACCORDANCE TO ASTM C36.

KNAUF PLASTERBOARDS (WUHU) CO. LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区银湖南路2号   电话:(0553) 584 2058   代真:(0553)584 1418   邮编:241009
No.2 Geng Wen Road, Wuhu 241009, Anhui, China   Tel:(86)(553)584 2058   Fax:(86)(553)584 1418



# KNAUF

可耐福石膏板（芜湖）有限公司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                     German WFOE

## BENEFICIARY'S SIGNED STATEMENT

WE HEREBY CERTIFY THAT:

A) THE GYPSUMBOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE. EACH PALLET WAS MARKED FOR SIZE, WIDTH, THICKNESS, AND

D) THE GYPSUMBOARDS HAVE END TAPE.

REMARK: CREDIT NO. CM52114



KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2005.7.20

中国·安徽省芜湖市经济技术开发区港湾路2号   电话:(0553) 584 2053   传真:(0553)584 1416   邮编:241009
No.2 Gang Wan Road,Wuhu 241009,Anhui,China   Tel:(86)(553)584 2053   Fax:(86)(553)584 1416



# KNAUF
可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德 商 独 资                                              German WFOE

## CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN
SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES (68000 PCS)

QUALITY : IN ACCORDANCE TO ASTM C36.

CONDITION : IN GOOD CONDITIONS .

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-20

中国 · 安徽省芜湖市经济技术开发区银湖南路2号    电话:(0553) 584 2053    传真:(0553)584 1416    邮编:241009
No.2 Gang Wan Road, Wuhu 241009, Anhui, China    Tel:(86)(553)584 2053    Fax:(86)(553)584 1416

JWA-MSJ7-014



**KNAUF**
可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                                    German WFOE

## CERTIFICATE

WE HEREBY CERTIFY THAT ONE SET TO NON-NEGOTIABLE COPIES OF
REQUIRED DOCUMENTS HAS BEEN SENT TO APPLICANT BY COURIER
SERVICE AT THE ADDRESS OF: 727 SOUTH CORTEZ ST., NEW
ORLEANS, LA. 70119.

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-28

中国·安徽省芜湖市经济技术开发区海棠路2号    电话:(0553)584 2053    传真:(0553)584 1416    邮编:241009
No.2Gang Wan Road,Wuhu  241009,Anhui,China     Tel:(86)(553)584 2053        Fax:(86)(553)584 1416

JWA-MSJ7-015



# KNAUF

可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

German WFOE

## CERTIFICATE OF WARRANTY

WE HEREBY CERTIFY THAT THE GYPSUMBOARDS MANUFACTURED AND SOLD
TO INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. ARE GUARANTEED TO
BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (WUHU) CO., LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区港湾路2号　电话:(0553) 584 2059　传真:(0553)584 1416，邮编:241009
No.2Gang Wan Road,Wuhu  241009,Anhui,China  Tel:(86)(553)584  2059　Fax:(86)(553)584  1416



**AIU Insurance Company Shanghai Branch**

A Member of American International Group, Inc.

ORIGINAL

16/F Bank Of China Tower
300 Yinchang Road Central
Pudong Shanghai
P.R.China 200120
Tel (8621) 18039000
Fax (8621) 28036008 / 39768788
Hotline: 900-920-8019

**CARGO POLICY**

Policy No : CXCD060710

| THE ASSURED : | INTERIOR/EXTERIOR BUILDING SUPPLY,L.P. | | |
|---|---|---|---|
| CONVEYANCE : ALEXANDERGRACHT | DEPARTING ON OR ABOUT : Jul 20, 2006 | AMOUNT INSURED : USD 788,198.00 | |
| FROM : SHANGHAI, CHINA | TO : NEW ORLEANS, U.S.A. | TRANSSHIP AT : | |

SUBJECT MATTER INSURED :
GYPSUMBOARD—石膏板
放具1000件

MARKS & NUMBERS :
US-060710

SO VALUED

INSTITUTE CARGO CLAUSES (A) - 1/1/82
INSTITUTE CLASSIFICATION CLAUSE - 1/8/97
INSTITUTE WAR CLAUSES (CARGO)-1/1/82
INSTITUTE RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE-10/00
YEAR 2000 EXCLUSION CLAUSE OF CIRC
IT IS WARRANTED THAT THE GOODS INSURED ARE BRANDNEW
TERMINATION OF TRANSIT CLAUSE (TERRORISM) OF JOINT CARGO
COMMITTEE
INSTITUTE EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION
CLAUSE
CHEMICAL, BIOLOGICAL, BIO-CHEMICAL, ELECTROMAGNETIC WEAPONS
AND CYBER ATTACK EXCLUSION CLAUSE (U.S.A.)
THIS POLICY IS SUBJECT TO A DEDUCTIBLE OF 5% OF SUM INSURED OF
THE WHOLE CONSIGNMENT FOR EACH AND EVERY LOSS.
NEGOTIABLE INSURANCE CERTIFICATES OF POLICY COVERING MARINE
AND WAR AND ALL RISKS FOR 110 PERCENT OF FULL OF INVOICE VALUE

EXCLUDING ANY LOSS OF OR DAMAGE TO THE INSURED GOODS
CAUSED BY THE CHANGE OF TEMPERATURES AND HUMIDITY DURING THE
NORMAL COURSE OF TRANSIT
WARRANTED THAT THE GOODS SHOULD BE KEPT UNDER DECK WHEN
SHIPPED BY SEA

CLAIM REPRESENTATIVE :

AI Marine Adjusters, Inc.
575 Bering Drive - Ste. 600
Houston, Texas 77057
Tel: (713) 263-8600
Fax (713) 268-8680
Email:USA.MarineCLM@aig.com

Claim, if any, payable at :    NEW ORLEANS

SETTLING AGENT :

AI Marine Adjusters, Inc.
575 Bering Drive - Ste. 600
Houston, Texas 77057
Tel: (713) 263-8600
Fax (713) 268-8680
Email:USA.MarineCLM@aig.com

**IMPORTANT**
PROCEDURE IN THE EVENT OF LOSS OR DAMAGE FOR WHICH UNDERWRITERS MAY BE LIABLE
LIABILITY OF CARRIERS, BAILEES OR OTHER THIRD PARTIES

Issued at :    SHANGHAI
Date :    Jul 19, 2006
UW-4-008-M-01

ORIGINAL

For and on behalf of
AIU Insurance Company Shanghai Branch

Authorised Representative
MARINE DEPT.

JWA-MSJ7-017

28·9·15號碼頭
15·M  FL,  No.728,  Xi
Zang Road (M), Huangpu
District, Shanghai, China

# 上海偉華海事諮詢有限公司
## CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.
### FOUNDED 1953

FAX: 86·21·6359·1775
E-mail: rocky@surveyoms.com.tw

# SURVEY REPORT

**REPORT NO.: MS-B-26056**     **PLACE: SHANGHAI**     **DATE: 21 JULY 2006**

## M.V. "ALEXANDER GRACHT"

## PRE-LOADING SURVEY OF GYPSUM BOARDS IN BUNDLES
## AT SHANGHAI PORT, CHINA ON 20 JULY 2006

THIS IS TO CERTIFY THAT we, at the request of Weida Freight System, Shanghai, China, for the interests of the Receiver -- Interior/Exterior Building Supply, New Orleans, U.S.A., did attend on board

## M.V. "ALEXANDER GRACHT"

on 20 July 2006 whilst she was alongside berth No. 7 of Zhanghuabang Terminal, Shanghai Port, China, in order to survey and report on the pre-loading condition of Gypsum boards to be exported from Shanghai, China to New Orleans, U.S.A.  We hereby report our survey result as follows:

**1.0     SHIP'S PARTICULARS:**

| Name of Vessel: | M.V. "ALEXANDER GRACHT" |
|---|---|
| Port of Registry: | Amsterdam, Netherlands |
| Kind of vessel | Multi-Purpose Dry Cargo Carrier |
| Call Sign | P C K U |
| Official No. | 5676 ZG 1989 |
| IMO No. | 8811950 |
| Year of Built | 1991 |
| Built by | Harlingen, Netherlands |
| Classification | Lloyds 100A1 Iceclasss 1A LMC UMS |
| Owners | C.V. Scheepvaartonderneming Alexandergracht & C. V. Scheepvaartonderneming Raamgracht |
| Operators | Spliethoff's Bevrachtingskantoor Amsterdam |
| Master | Capt. Scheepstra Michel G |

JWA-MSJ7-018

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                No. MS-B-Z6050

**Tonnage:**

| | |
|---|---|
| Gross Tonnage | 7,949 mt |
| Net Tonnage | 4,157 mt |
| Summer DWT | 12,239 mt |
| Summer Draft | 8.613 M |

**Principal Dimensions:**

| | |
|---|---|
| L.O.A. | 129.60 M |
| Breadth Moulded | 18.90 M |

**Ventilation System of Cargo Holds:**

| | |
|---|---|
| Number of hatch ventilator hold | Two (2) ventilators |
| Ventilation system | Machine ventilation |

**Holds' Tank Top Strength:**

According to the vessel's particulars, the strength of the tank top in hold is 20.0 mt/m², the strength of tweendeck in hold is 3.7 mt/m².

**Description of Vessel:**

The vessel is a multi-purpose dry cargo carrier. She is built with a raised forecastle, 3 cargo-holds, 3 hatches and served with hydraulically McGregor folding type steel hatch covers. Each cargo hold is equipped with tween deck. The navigation-bridge, accommodation space and engine room are located aft.

2.0     **STATUTORY CERTIFICATIONS:**

| Title of Certificate | Issued date | Expiry date | Remark |
|---|---|---|---|
| Registration Certificate | 2004.05.25 | 2008.05.25 | Valid |
| International Tonnage Certificate | 1990.12.20 | Permanent | Valid |
| Certificate of Class | 2006.03.02 | 2011.01.11 | Valid |
| Cargo Ship Safety Certificate | 2006.04.20 | 2011.01.10 | Valid |
| Load Line Certificate | 2006.04.20 | 2011.01.10 | Valid |
| Minimum Safe Manning Certificate | 2006.04.20 | 2011.01.10 | Valid |
| IOPP Certificate | 2006.04.20 | 2011.01.10 | Valid |
| SMC Certificate | 2004.03.17 | 2009.03.17 | Valid |
| DOC | 2003.05.20 | 2008.05.20 | Valid |
| International Ship Security Cert. | 2004.06.15 | 2009.05.19 | Valid |
| IAPP Certificate | 2006.03.20 | 2011.01.11 | Valid |

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.            No. MS-B-Z6056

Review of Vessel's Statutory Certificates:

All the vessel's statutory certificates including ship's Registration, International Tonnage, Safety Construction, Safety Equipment, Safety Radiotelegraphy and International Load Line were checked by our attending surveyor and all were noted to be valid.

3.0    CONDITION OF VESSEL'S HOLDS AND HATCHES:

3.1    The vessel arrived and berthed at Zhanghuabang Terminal, Shanghai Port, China at 10:00 hours on 20 July 2006. As per instruction, we attended on board M.V. "ALEXANDER GRACHT" after she was berthed at the wharf on 20 July 2006. Prior to loading, we inspected the condition of the vessel's cargo holds Nos. 1, 2 & 3 and the hatch fittings to be utilized for handling and stowing cargo of Gypsum boards on 20 July 2006.

3.2    Prior to loading we examined the condition of the vessel's holds and hatches on 20 July 2006 and noted the followings:

| No. | Description | Condition |
|---|---|---|
| 1 | Hatch covers: | Satisfactory / Served with hydraulically Mcgregor folding type steel hatch covers. |
| 2 | Hatch closing devices including compression bars, side cleats with their adjustment nuts, and rubber washers, cross joints, and rubber gaskets, etc.: | Satisfactory / There was no evidence of seepage water out of the hatch covers. |
| 3 | Hatch openings/closing riggings: | All hatch openings / closing riggings were tested and in satisfactory condition. |
| 4 | Hatch coamings: | Satisfactory / The hatch coaming sets were 1.55 M in height. |
| 5 | Hold sides: | Satisfactory |
| 6 | Bulkheads: | Satisfactory |
| 7 | Access ladders: | Satisfactory |
| 8 | Tank-tops: | Unable to check because the tank-top was stowed with other cargo. |
| 9 | Bilge wells: | Unable to check because the lower holds were stowed with other cargo. |
| 10 | Top side wing tanks manholes: | Not applicable |
| 11 | Double bottom tank manholes: | Satisfactory |

JWA-MSJ7-020

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                    No. MS-B-Z6056

| 12 | Entrance manhole dogs and rubber packing of the holds: | Satisfactory |
|----|------------------------------------------------------|--------------|
| 13 | Holds' ventilators: | Satisfactory |
| 14 | Holds' sounding pipes and air pipes: | Satisfactory |
| 15 | Condition of the weather deck: | Satisfactory |

Note:

1) From what we have found, we are of the opinion that the vessel's holds were suitable for loading and stowing the cargo of Gypsum Boards in bundles.

2) According to the deck logbook, there was no record of cargo wet damage on account of no water intrusion in the last 3 months.

4.0    DESCRIPTION OF CARGO OF GYPSUM BOARD LOADED IN SHANGHAI, CHINA

According to the cargo manifest, a total of 1,000 packages or 2,780,000 Kgs of Gypsum Board in bundles were loaded on board the M.V. "ALEXANDERGRACHT" at Shanghai, China for New Orleans, U.S.A.

5.0    JOINT SURVEY ATTENDEES:

We attended on board M.V. "ALEXANDER GRACHT" while she was berthed at Zhanghuabang Terminal, Shanghai Port, China on 20 July 2006.

We supervised the loading process of all loading hatches of the vessel in conjunction with the following parties concerned in order to prevent any defective cargo from being loaded on board.

| Capt. Scheepstra Michel G | Master of M.V. "ALEXANDER GRACHT" |
|---------------------------|-----------------------------------|
| Mr. Sinke Cornelis J. D | The Chief Office of M.V. "ALEXANDE RGRACHT" |
| Mr. Sun Feng | The vessel's port agent |
| Mr. Liu Cheng Hui | The vessel's port Captain |
| Mr. Zhang | The surveyor appointed by the Owners |
| Mr. Bonny Gao | The shipper's superintendent |

6.0    PRE-LOADING INSPECTION AT SHANGHAI, CHINA

6.1    The vessel arrived and berthed at Zhanghuabang Terminal, Shanghai Port, China at 10:00 hours on 20 July 2006.

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.        No. MS-B-Z6056

6.2      We attended on board the vessel after she was berthed on 20 July 2006 for cargoworthiness inspection.

6.3      The cargo loading in Zhanghuabang Terminal, Shanghai port, China was commenced at 10:30 hours on 20 July 2006.

6.4      The Gypsum Boards loaded on board the vessel in Shanghai was stowed on the tween decks in the vessel's holds Nos. 1, 2 and 3.

6.5      The loading of Gypsum Boards in Zhanghuabang Terminal, Shanghai port, China was completed at 21:10 hours on 20 July 2006. The cargo of Gypsum Boards in bundles loaded/stowed on the tween decks of the vessel's holds was well secured and chocked.

6.6      After loading and securing/chocking, we checked the hatches closing in conjunction with the vessel's Chief Officer and crewmembers between 21:15 hours and 21:20 hours on 20 July 2006, which was found in a satisfactory condition.

## 7.0    CARGO LOADING AND CHOCKING:

7.1      The cargo loading operation of the bundled Gypsum boards was carried out by two (2) shore gantry cranes and three (3) ship's cranes with wire slings and nylon belt. The cargo of Gypsum boards in bundles was transported by mobile trailers and barges to the ship's side for loading.

7.2      After loading, the cargo of Gypsum boards in bundles stored on the tween decks in the vessel's cargo holds Nos.1, 2 and 3 was well chocked by wooden sticks.

## 8.0    STOWAGE OF GYPSUM BOARD IN HOLDS:

8.1      According to the stowage plan record, a total of 247 packages or 686.6 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.1.

8.2      According to the stowage plan record, a total of 402 packages or 1,117.6 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.2.

8.3      According to the stowage plan record, a total of 351 packages or 975.8 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.3.

JWA-MSJ7-022

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.          No. MS-B-Z6056

9.0    WEATHER CONDITION DURING LOADING:

The weather condition during loading in Shanghai, China on 20 July 2006 was overcast.

10.0    TIME LOG:

1)  The vessel arrived and berthed at No. 7 of Zhanghuabang Terminal, Sahnghai Port, China at 10:00 hours on 20 July 2006.
2)  At 10:30 hours on 20 July 2006, commencing cargo loading.
3)  At 19:30 hours on 20 July 2006, completing loading.
4)  At 21:10 hours on 20 July 2006, the checking/securing operation of the gypsum boards in the vessel's holds was completed.
5)  After completion of loading and the cargo securing, the vessel departed from Shanghai port, China at about 21:30 hours on 20 July 2006.

11.0    CARGO CONDITION:

From what we have surveyed, we are of the opinion that the cargo of Gypsum boards in bundles loaded and stowed on the tween decks in the vessel's cargo holds Nos.1, 2 and 3 remained in normal condition except the followings:

1)  Before loading, 500 bundles of the gypsum boards were stowed in the terminal's sheltered warehouse pending loading.  The rest 500 bundles of the Gypsum boards covered with tarpaulins were stowed on board the barge "WAN CHI ZHOU HUO 0588" pending loading.

2)  Before loading, we inspected the condition of the Gypsum boards in bundles in the sheltered warehouse and on board the barge.  During checking, we assessed about 12% of the bundled Gypsum boards were cracked/damaged at the corners, sides and edges of the bundles.    In addition, the Gypsum boards adjacent to the cracked/damaged areas of the bundles were also damaged to various degrees before loading.

3)  During loading, we assessed about 15% of the bundled gypsum boards were cracked/damaged at the corners, sides and edges of the bundles resulting from rough handling.  In addition, the Gypsum boards adjacent to the cracked/damaged areas of the bundles were also damaged to various degrees during loading.

JWA-MSJ7-023

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                    No. MS-B-Z6056

4)  From what we have surveyed and assessed, we are of the opinion that about a total of 27% of the bundled Gypsum boards were cracked/damaged at the corners, sides and edges of the bundles.

**12.0    ATTACHMENTS:**

12.1    A copy of the vessel's particulars

12.2    A copy of the Load Plan issued by port Captain

12.3    A copy of the cargo manifest

12.4    A copy of the stowage plan issued by China Ocean Shipping Tally Company Shanghai branch. (2 pages)

12.5    A set of photographs taken at the time of our survey

This report is issued in good faith and to the best of our knowledge and ability, but without prejudice to the interests of the parties concerned and without liability on our part.

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.

ROCKY STONE

SHANGHAI MANAGER

# CUSTOMS POWER OF ATTORNEY/
## DESIGNATION AS EXPORT FORWARDING AGENT
### and
### Acknowledgement of Terms and Conditions

Copyright 1995, National Customs Brokers and Forwarders Association of America, Inc.
(Revised 01/01)

☑ appropriate box:

☐ Individual
☑ Partnership – *Limited*
☐ Corporation
☐ Sole Proprietorship
☐ Limited Liability Company

*FEIN # 72-1574223*

KNOW ALL MEN BY THESE PRESENTS: That, ☑ *Interior/Exterior Building Supply, L.P.* (Full name of individual, partnership, corporation, sole proprietorship, or limited liability company) (identity) doing business as a ☑ *limited partnership* (individual, partnership, corporation, sole proprietorship, or limited liability company) (insert one) under the laws of the State of ☑ *Louisiana*, residing or having a principal place of business at ☑ *787 South Carro St. New Orleans, La. 70119*, hereby constitutes and appoints ☑ *J. W. Allen & Co, Inc.* (attorney's name), its officers, employees, and/or specifically authorized agents, to act for and on its behalf as a true and lawful agent and attorney of the grantor for and in the name, place, and stead of said grantor, from this date, in the United States (the "territory") either in writing, electronically, or by other authorized means, to:

Make, endorse, sign, declare, or swear to any customs entry, withdrawal, declaration, certificate, bill of lading, carnet or any other documents required by law or regulation in connection with the importation, exportation, transportation, of any merchandise in or through the customs territory, shipped or consigned by or to said grantor;

Perform any act or condition which may be required by law or regulation in connection with such merchandise deliverable to said grantor; to receive any merchandise;

Make endorsements on bills of lading conferring authority to transfer title; make entry or collect drawback; and to make, sign, declare, or swear to any statement or certificate required by law or regulation for drawback purposes, regardless of whether such document is intended for filing with Customs;

Sign, seal, and deliver for and as the act of said grantor any bond required by law or regulation in connection with the entry or withdrawal of imported merchandise or merchandise exported with or without benefit of drawback, or in connection with the entry, clearance, lading, unlading or navigation of any vessel or other means of conveyance owned or operated by said grantor, and any and all bonds which may be voluntarily given and accepted under applicable laws and regulations, consignee's and owner's declarations provided for in section 485, Tariff Act of 1930, as amended, or affidavits or statements in connection with the entry of merchandise;

Sign and swear to any document and to perform any act that may be necessary or required by law or regulation in connection with the entering, clearing, lading, unlading, or operation of any vessel or other means of conveyance owned or operated by said grantor;

Authorize other Customs Brokers duly licensed within the territory to act as grantor's agent to receive, endorse and collect checks issued for Customs duty refunds in grantor's name drawn on the Treasurer of the United States; if the grantor is a nonresident of the United States, to accept service of process on behalf of the grantor;

And generally to transact Customs business, including filing of claims or protests under section 514 of the Tariff Act of 1930, or pursuant to other laws of the territories, in which said grantor is or may be concerned or interested and which may properly be transacted or performed by an agent and attorney;

Giving to said agent and attorney full power and authority to do anything whatever requisite and necessary to be done in the premises as fully as said grantor could do if present and acting, hereby ratifying and confirming all that the said agent and attorney shall lawfully do by virtue of these presents;

This power of attorney to remain in full force and effect until revocation in writing is duly given to and received by grantee (if the donor of this power of attorney is a partnership, the said power shall in no case have any force or effect in the United States after the expiration 2 years from the dates of its execution);

Appointment as Forwarding Agent Grantor authorizes the above Grantee to act within the territory as lawful agent and sign or endorse export documents (i.e., commercial invoices, bill of lading, insurance invoices, drafts and any other document) necessary for the completion of an export on grantor's behalf as may be required under law and regulation in the territory and to appoint forwarding agents on grantor's behalf;

Grantor acknowledges receipt of ☑ *J. W. Allen's* (Grantee's Name) Terms and Conditions of Service governing all transactions between the Parties. If the Grantor is a Limited Liability Company, the signatory certifies that he/she has full authority to execute this power on behalf of the Grantor.

IN WITNESS WHEREOF, the said ☑ *Interior/Exterior Building Supply, L.P.* (Full name of company) _____ caused these presents to be sealed and signed: (Signature) ☑ _____

(Capacity) ☑ *member* Date: *12/5/05*

Witness: (if required) *Angel M Roe* Angel M Roe

If you are the importer of record, payment to the broker will not relieve you of liability for U.S. Customs charges (duties, taxes or other debts owed Customs) in the event the charges are not paid by the broker. Therefore, if you pay by check, Customs charges may be paid with a separate check payable to the "U.S. Customs Service" which shall be delivered to Customs by the broker. Importers who wish to utilize this procedure must contact our office in advance to arrange timely receipt of duty checks.

APPERSON PRINT MANAGEMENT SERVICES • NCBFAA-2 • WHSE. NO. 02380

**EXHIBIT**
**8**
*tabbies*

## INDIVIDUAL OR PARTNERSHIP CERTIFICATION

CITY _MANDEVILLE_
PARISH COUNTY _ST TAMMANY_ SS:
STATE _LOUISIANA_

On this _5TH_ day of _DECEMBER_ , personally appeared before me _CLAYTON C. GEARY_
residing at _450 FAIRWAY DRIVE NEW ORLEANS, LA 70124_ , personally known or sufficiently identified to me, who
certifies that _HE_ (s) (are) the individual (s) who executed the foregoing instrument and acknowledge
it to be _HIS_ free act and deed.

_____
(Notary Public)
WILLIE WRIGHT KILLGREN
LA BAR NO. 22428

## CORPORATE CERTIFICATION
### (To be made by an officer of other than the one who executes the power of attorney)

I, _____, certify that I am the _____ of _____
_____, organized under the laws of the State of _____ that
_____, who signed this power of attorney on behalf of the donor, is the _____
_____ of said corporation; and that said power of attorney was duly signed, and attested for and in behalf of said
corporation by authority of its governing body as the same appears in a resolution of the Board of Directors passed at a regular
meeting held on the _____ day of _____, now in my possession or custody. I further certify that the resolution is in
accordance with the articles of incorporation and bylaws of said corporation and was executed in accordance with the laws of the State or
Country of Incorporation.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said corporation, at the City of_____
this_____ day of_____ 20____.

_____               _____
(Signature)                                              (date)