UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| David Gross, et al. | CIVIL ACTION NO.  09-6690 |
| VERSUS | JUDGE Eldon E. Fallon |
| Knauf Gips KG, et al. | MAGISTRATE JUDGE Joseph C. Wilkinson |

## AFFIDAVIT OF RUDY J. REMONT, EMPLOYEE OF J.W. ALLEN, & CO., INC.

Before me, the undersigned Notary Public, personally came and appeared:

**RUDY J. REMONT,**

who, after being first duly sworn by me, did depose and state the following:

1. That he is a person of full age and majority, competent to make this affidavit.

2. That he was employed by J.W. Allen, & Co., Inc. ("J.W. Allen") from September 1984 through December 2008 and held the position of Senior Vice President during 2006.

3. That all attached business records supporting this affidavit were timely made by a person with knowledge of the facts, were kept in the course of a regularly conducted business activity, and that it was the regular practice of that business activity to make and to keep these records.

1

4. That in 2006, J.W. Allen served as the licensed customs broker and freight forwarder for Interior/Exterior Building Supply L.P.'s ("Interior/Exterior") with respect to four shipments of plasterboard (collectively "Plasterboard") manufactured and exported by both Knauf Plasterboard (Wuhu) Co. Ltd. and Knauf Plasterboard (Tianjin) Co. Ltd. (collectively "Knauf"). *See* Bills of Lading attached hereto as Exhibits 4 through 7. (Exhibit Nos. 1-3 intentionally omitted)

5. That in 2006 he traveled to China to view the packaging of the Plasterboard for shipping purposes only and stowage of the Plasterboard on the vessel used for transport to the United States.

6. That he did not inspect the Plasterboard to ensure the contents or quality of product.

7. That he did not inspect the materials, equipment or processes used to manufacture the Plasterboard.

8. That he did not take part in the loading or unloading of the Plasterboard on any truck or ship.

9. That he never had custody or physical control over the Plasterboard.

10. That he never purchased, sold, owned, or held title to the Plasterboard.

11. That he had no knowledge during the course of his duties as an employee of J.W. Allen of the contents of the Plasterboard or any defects in the Plasterboard.

12. That he made no representation or warranties as to the content or quality of the Plasterboard.

Rudy J. Remont

Sworn to and subscribed before

me this 26th day of May, 2010.

NOTARY PUBLIC

JOSEPH DWIGHT LeBLANC, JR.
NOTARY PUBLIC
STATE OF LOUISIANA
NOTARY ID # 77585
COMMISSION EXPIRES AT DEATH

3

*clock in copy*
*J. Wallen*



## U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request



| | |
|---|---|
| Notice Date:   04/18/2009 | **From:**   U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La 70112<br>FAX: 504-670-2026 |
| Filer:   J.W. Allen<br>Importer:   INTERIOR EXTERIOR BLDG SUPPLY | |

Subject:       Paperless/Reconstructed Entry Request

Document Number:   N90   - 05332891

Port Code:       2002

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   *MV " MYSTRAS*

Customs and Border Protection                 *JAN 14, 2006*
Attn: Bruce Scandarato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana   70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer:<br>Bruce Scandarato,  Customs Technician | Team:<br>Entry Unit | Phone:<br>(504) 670-2064 |
|---|---|---|

**EXHIBIT**

**4**



# U.S. Customs And Border Protection
## Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:  04/18/2009 | From:   U.S. Customs and Border Protection |
| | 1515 Poydras St. |
| Filer:   J.W. Allen | Suite 2030-013 |
| Importer:  INTERIOR EXTERIOR BLDG SUPPLY | New Orleans, La 70112 |
| | FAX: 504-670-2026 |

Subject:        Paperless/Reconstructed Entry Request

Document Number:   N90   - 05332891

Port Code:      2002

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit  all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter.  Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

JERRY BECNEL DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

## ENTRY SUMMARY

| ① Entry No. | ② Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| N90 9533289 1 | 01 ABI/A | 1/25/06 |
| 5. Entry Date | 6. Port Code | 502 |
| | 2002 | PAPERLESS |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |
| 572 | 8 | AB33289 |

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.7D,
SUITE 800 KENNER, LA 70062

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | ⑪ Importer of Record Name and Address | Importer No. |
|---|---|---|---|
| | SAME | | 72-1514223 |

INTERIOR/EXTERIOR BUILDING SUPPLY
1701 SOUTH LANE
MANDEVILLE, LA 70471

| ⑬ Exporting Country | 14. Export Date |
|---|---|
| CN | 12/08/05 |
| ⑮ Country of Origin | 16. Missing Documents |
| CN | |
| ⑰ I.T. No. | ⑱ I.T. Date |

LA
STATE

| ⑲ B.L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| POBUXNGNOL59000 | 10 | CNKNAPLATIA | |
| ㉓ Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. |
| MYSTRAS | 57043 | P261 - LOUISIANA AVE WHARF |
| 26. U.S. Port of Unlading | ㉗ Import Date | LOUISIANA AVE AND RIVER |
| 2002 | 1/14/06 | NEW ORLEANS, LA |

| ㉘ Line No. | 30. A T.S.U.S.A. No. / B. ADA/CVD Case No. | 31. A Gross Weight / B. Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 33. A Entered Value / B. CHGS / C. Relationship | 34. A T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | ㉟ Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|---|
| | Mfst Qty: | 1429 PCS | Invoice 001 (0000101) | | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA 6809.11.0000 | 4229840 | 4229840.00KG 446053.77M2 | 420126 C475712 Not Related | Free | 0 | 00 |
| | Merchandise Processing Fee Harbor Maintenance Fee | | | | 0.21% 0.125% | 882 525 | 26 16 |
| | Inv Value : 6420126 Ent Value : 6420126 | | | | | | |
| | BLOCK 39 SUMMARY Merchandise Processing Fee (499) 485.00 Harbor Maintenance Fee (501) 525.16 TOTAL 1010.16 TOTAL ENTERED VALUE | | | 420126 | | | |

| 36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ↓ U.S. CUSTOMS USE ↓ | TOTALS | |
|---|---|---|---|
| I declare that I am the ☐ Importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above. OR ☐ owner or purchaser or agent thereof. | A. Liq. Code | B. Ascertained Duty | ㊲ Duty 0 00 |
| I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true. OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief. | | C. Ascertained Tax | ㊳ Tax 0 00 |
| I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts. | | D. Ascertained Other | ㊴ Other 1010 16 |
| Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory. | ㊶ Signature of Declarant, Title, and Date J.W. ALLEN & CO., INC. ATTORNEY-IN-FACT | E. Ascertained Total | ㊵ Total 1010 16 |

RECORD

Customs Form 7501 (112296)

JWA-MSJ4-003

JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

## ENTRY/IMMEDIATE DELIVERY

J.W. ALLEN & CO.,INC.
200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7
TEL:504-464-0181
FAX:504-464-0182

BOX

19 CFR 142.3, 142.16, 142.22, 142.24                      ABI CERTIFIED

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 011406 | | 01 | N90-0533289-1 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB33289 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 2-1514223 | | SAME |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| INTERIOR/EXTERIOR BUILDING SUPPLY 1701 SOUTH LANE MANDEVILLE, LA 70471 | SAME |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| POBU | 005IN | P261 / LOUISIANA AVE WHARF |
| 15. VESSEL CODE/NAME | | |
| MYSTRAS | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 2002 | | | 420126 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L, N/O, PAPER FA

| 21. | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M POBU | XNGNOL59000 | 1429 | 6809.11.0000 | CN | CHNXPLATIA |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

### 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

J.W. ALLEN & CO.,INC.

PHONE NO.                          DATE
TEL:504-464-0181              01/13/06

29. BROKER OR OTHER GOVT. AGENCY USE

CES SITE:

Containers:
BBA533289-1

### 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED:

☐ ENTRY REJECTED, BECAUSE:

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

Paperwork Reduction Act Notice. This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ4-004

ORIGINAL



## COMMERCIAL INVOICE

TO: INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA.
70178

| | | | | |
|---|---|---|---|---|
| VESSEL: | MYSTRAS MYO-005 | | DATE: | 28-Nov-05 |
| B/L NO.: | POBUXNGNOL59000 | | INVOICE NO.: | 0000101 |
| FROM: | TIANJIN, CHINA | | CONTRACT NO.: | EX-USD-20051019 |
| BY SEA TO: | NEW ORLEANS, LOUISIANA | | PAYMENT TERM: | L/C |
| NET WEIGHT: | | 4229.84 T. | L/C NO.: | OM51748 |
| GROSS WEIGHT: | | 4229.84 T. | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD (TIANJIN) CO., LTD., TIANJIN, CHINA

| NO.: | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价 ($) | AMOUNT 总价($) |
|---|---|---|---|---|---|
| | | | FAS TIANJIN, CHINA | | |
| 1 | N/M | GYPSUM BOARD, TAPERED , EDGE 4'X 12'X 1/2' AS PER CONTRACT NO. EX-USD-20051019 | 100030 PCS AT USD | 4.20 EACH | USD 420,126.00 |

6800.11.0000 Free

CO.CN

TEU

| FREIGHT COST: | | |
|---|---|---|
| TOTAL: | | USD 420,126.00 |
| CONTAINER: | BULK SHIPMENT | |
| QUANTITY: | 100030PCS | |
| COUNTRY OF ORIGIN: CHINA | | |

KNAUF PLASTERBOARD (TIANJIN) CO., LTD.
可耐福石膏板（天津）有限公司

德国技术，专业定造！

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
Lilian.Zhang@mail.knauf.com.cn

TELEPHONE NO 0086-022-26972777
FAX NO.: 0086-022-26873349
POSTAL CODE: 300400
Http: www.knauf.com.cn

JWA-MSJ4-005

CODE NAME:"CONGENBILL", EDITION 1994

page 2

| Shipper | BILL OF LADING | B/L No. |
| --- | --- | --- |

KNAUF PLASTERBOARD (TIANJIN) CO., LTD
NORTH YINHE BRIDGE, EAST JINGJIN
ROAR, BEICHEN DISTRICT TIANJIN
300400, P.R. CHINA

TO BE USED WITH CHARTER-PARTIES   POBUXNCNOL59000

Reference No.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK
228 ST. CHARLES AVENUE NEW ORLEANS,
LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.,
P.O. BOX 4002, NEW ORLEANS, LA.
70178 ATTN.JIM OR CLAY GEARY AND J.
W. ALLEN AND CO., INC. 200 CROFTON
ROAD, BOX 34, KENNER. LA. 70062, ATTN.
BILLY APP,

| Vessel | Port of loading | |
| --- | --- | --- |
| WYSTRAS   V.WYC-005 | TIANJIN, CHINA | |
| Port of discharge | | |
| NEW ORLEANS, LOUISIANA | | |

ORIGINAL

| Shipper's description of goods | | Gross weight | |
| --- | --- | --- | --- |
| N/M | | | |
| 1429PALLET (100030PCS) | GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2" SHIPMENT UNDER DECK | 4229.84T | 6538,533CBM |
| | FREIGHT PAID AS PER TERMS OF CHARTY PARTY OCEAN FREIGHT WILL BE ON APPLICANT'S ACCOUNT | | |
| | FREIGHT COLLECT | | |

TOTAL: ONE THOUSAND FOUR HUNDRED AND TWENTY-NINE PALLET(100030PCS) ONLY.
(of which                                      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
| --- | --- |
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void, |
| Time used for loading _____ days _____ hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
| --- | --- |
| | TIANJIN |
| Number of original Bs/L | Signature |
| THREE | AS AGENT FOR AND ON BEHALF OF THE MASTER |

C.15  Placed and sole by
Whitaky & Company Limited, 33/35 Moklasbury Street,

Jan 10 2000 2:11PM   STEAMSHIP AGENTS                    ARRIVAL NOTICE/FREIGHT BILL

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT TIANJIN 300400. P.R.CHINA | B/L #: XNGNOL59000 |
| | REFERENCE NO. |

CONSIGNEE
TO ORDER OF WHITNEY NATIONAL BANK
228 ST. CHARLES AVENUE NEW ORLEANS,
LA.70130

NOTIFY
INTERIOR/EXTERIOR BUILDING SUPPLY,L
P.O.BOX.4002, NEW ORLEANS,LA.
70178 ATTN.JIM OR CLAY  GEARY AND J
W. ALLEN AND CO.,INC, 200 CROFTON
ROAD, BOX 34, KENNER. LA. 70062,ATT          XNGNOL59000

| INITIAL CARRIAGE BY | PLACE OF RECEIPT | |
|---|---|---|
| OCEAN VESSEL MYSTRAS, 0051N | PORT OF LADING OTHER PEOPLE'S REPUBLIC OF CHINA | |
| PORT OF DISCHARGE NEW ORLEANS | PLACE OF DELIVERY | BREAKBULK Port to Port |

| CONTAINER NOS.,MARKS AND NOS. | NUMBER AND KIND OF PACKAGES;DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 1429 PADLE GYPSUM GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2". SHIPMENT UNDER DECK 1429PALLET (100030PCS) | 4229840K 9325105.264L            6538.593CBM | 0.000 0 |
| Totals: | 1429 | 4229840K 9325105.264L | 0 0 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 466.20 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 11190.13 |
| L | BASIC FREIGHT | 0.00 | ADVISED | | 0.00 |

Freight Payable at: NEW ORLEANS    Totals:                0.00   11656.33

| YOUR CARGO IS DUE TO ARRIVE | PLACE AND DATE OF ISSUE |
|---|---|
| ETA SNP 01/13/05 COASTAL CARGO STEVEDORE BARGE CARGO MILE 111 DOCK CARGO LOUISIANA AVE. WHARF | NEW ORLEANS      01/10/06  3330 W. Esplanade Ave, Suite 602 METAIRIE, LA. 70002 (504) 838-3600 |

JWA-MSJ4-007

ORIGINAL

| 1. Exporter | 2. Certificate No. 051413401 |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO., LTD. NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT TIANJIN 300400, P.R.CHINA | KA05C2286-00040 CERTIFICATE OF ORIGIN OF THE PEOPLE'S REPUBLIC OF CHINA |
| 2. Consignee INTERIOR/EXTERIOR BUILDING SUPPLY, L. P. P. O. BOX 4002, NEW ORLEANS, LA. 70178 ATTN: JUNIOR CLAY ARMY AND J. W. ALLEN AND CO., INC. 300 CHARTER ROAD BOX 197 KENNER, LA. 70063 ATTN: BILLY ADAMS | |
| 3. Means of transport and route BY SEA FROM TIANJIN, CHINA TO NEW ORLEANS, LOUISIANA | 6. For certifying authority use only |
| 4. Country/region of destination UNITED STATES | |

| 5. Marks and numbers | 6. Number and kind of packages; description of goods | 7. H.S. Code | 8. Quantity |
|---|---|---|---|
| | GYPSUM BOARD WEIGHT 2016.8 KILOGRAMS SAY ONE THOUSAND TWO HUNDRED AND TWENTY NINE PIECES ONLY *** *** *** *** | 68.09 | |

| 10. Declaration by the exporter | 11. Certification |
| The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct. |
| TIANJIN CHINA Apr. 11, 2006 Place and date, signature and stamp of authorized signatory | TIANJIN CHINA Place and date, signature and stamp of certifying authority |

APR-17-2009  17:12      CBP 20TH FLOOR   *clock in copy*   504 670 2028      P.03
*JWAllen*



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:  04/16/2009 | From:   U.S. Customs and Border Protection,<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La. 70112<br>FAX: 504-670-2028 |
| Filer:   J.W. Allen<br>Importer: INTERIOR EXTERIOR BLDG SUPPLY | |

Subject:          Paperless/Reconstructed Entry Request

Document Number:   N90   - 06337733

Port Code:        2002

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:    MV "UBC TORONTO"

                                                 JANUARY 28, 2006

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer:<br>Bruce Scandariato,  Customs Technician | Team:<br>Entry Unit | Phone:<br>(504) 670-2064 |
|---|---|---|

**EXHIBIT**

**5**

tabbies

JWA-MSJ5-001



# U.S. Customs And Border Protection
## Paperless or Reconstructed Entry Request

| Notice Date:   04/15/2009 | From: | U.S. Customs and Border Protection |
|---|---|---|
| | | 1515 Poydras St, |
| Filer:   J.W. Allen | | Suite 2030-013 |
| Importer: INTERIOR EXTERIOR BLDG SUPPLY | | New Orleans, La. 70112 |
| | | FAX: 504-670-2028 |

| Subject: | Paperless/Reconstructed Entry Request |
|---|---|
| Document Number: | N90   - 06337733 |
| Port Code: | 2002 |

**Please address the issue as described below and return this document to the issuing Customs officer:**

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:          *m*

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

JWA-MSJ5-002

JERRY BECK   DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

N90

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.7D,
SUITE 800 KENNER, LA 70062

9. Ultimate Consignee Name and Address

| 1. Entry No. | 2. Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| 0633773-3 | 01 ABI/A | |
| 4. Entry Date | 5. Port Code | 2/07/06 | 502 |
| 2/01/06 | 2002 | | |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. | PAPERLESS |
| 572 | 8 | AB33773 | |
| 10. Consignee No. | 11. Importer of Record Name and Address | | 12. Importer No. |
| SAME | INTERIOR/EXTERIOR BUILDING SUPPLY | | 72-1514223 |
| | 1701 SOUTH LANE | | |
| | MANDEVILLE, LA 70471 | | |

| 13. Exporting Country | 14. Export Date |
|---|---|
| CN | 12/23/05 |
| 15. Country of Origin | 16. Missing Documents |
| CN | |
| 17. I.T. No. | 18. I.T. Date |

LA
STATE

| 19. B/L or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| POBUXNGNOL50850 | 10 | CNKNAPLATIA | |
| 23. Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| UBC TORONTO | 57043 | P262 – SEVENTH ST WHARF | |
| 26. U.S. Port of Unlading | 27. Import Date | SEVENTH ST WHARF | |
| 2002 | 1/28/06 | NEW ORLEANS, LA | |

| 28. | | 29. Description of Merchandise | | 32. | 33. | 34. | 35. |
|---|---|---|---|---|---|---|---|
| Line No. | 30. T.S.U.S.A. No. / ADA CVD Case No. | 31. A. Gross Weight / B. Manifest Qty. | A. Net Quantity in T.S.U.S.A. Units | A. Entered Value / B. CHGS / C. Relationship | A. T.S.U.S.A. Rate / B. ADA/CVD Rate / C. I.R.C Rate / D. Visa No. | Duty and I.R. Tax / Dollars | |
| | Mfst Qty: 2100 PLTS | | Invoice 001 (0000110) | | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA | | | | | | |
| | 6809.11.0000 | 6132000 | 6132000.00KG | 628320 | Free | 0 00 | |
| | | | 636773.76M2 | C681561 | | | |
| | | | | Not Related | | | |
| | Merchandise Processing Fee | | | | 0.21% | 1319 47 | |
| | Harbor Maintenance Fee | | | | 0.125% | 785 40 | |
| | Inv Value : $628320 | | | | | | |
| | Ent Value : $628320 | | | | | | |
| | | | | | | | |
| | BLOCK 39 SUMMARY | | | | | | |
| | Merchandise Processing Fee (499) 485.00 | | | | | | |
| | Harbor Maintenance Fee (501) 785.40 | | | | | | |
| | TOTAL 1270.40 | | | | | | |
| | TOTAL ENTERED VALUE | | | 628320 | | | |

| 30. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ↓ U.S. CUSTOMS USE ↓ | TOTALS |
|---|---|---|

I declare that I am the ☐ importer of record and that the actual owner, purchaser, or consignee for customs purposes is as shown above, OR ☐ owner or purchaser or agent thereof.

I further declare that the merchandise ☐ was obtained pursuant to a purchase or agreement to purchase and that the prices set forth in the invoice are true, OR ☐ was not obtained pursuant to a purchase or agreement to purchase and the statements in the invoice as to value or price are true to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements and to collect accurate statistical information on imports. Your response is mandatory.

| A. Liq. Code | B. Ascertained Duty | 37. Duty |
|---|---|---|
| | | 0 00 |
| | C. Ascertained Tax | 38. Tax |
| | | 0 00 |
| | D. Ascertained Other | 39. Other |
| | | 1270 40 |
| | E. Ascertained Total | 40. Total |
| | | 1270 40 |

41. Signature of Declarant, Title, and Date

J.W. ALLEN & CO., INC.   ATTORNEY-IN-FACT

RECORD

Customs Form 7501 [112]

JWA-MSJ5-003

TABS.
JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

# ENTRY/IMMEDIATE DELIVERY

**J.W. ALLEN & CO.,INC.**
**200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7**
**TEL:504-464-0181**
**FAX:504-464-0182**

BOX
ABI CERTIFIED

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 012806 | 020106 | 01 | N90-0633773-3 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB33773 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 72-1514223 | | SAME |

| 10. CONSIGNEE NAME/ADDRESS | 11. IMPORTER OF RECORD NAME |
|---|---|
| INTERIOR/EXTERIOR BUILDING SUPPLY 1701 SOUTH LANE MANDEVILLE, LA 70471 | |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| POBU | 001 | P262 / SEVENTH ST WHARF |
| 15. VESSEL CODE/NAME | | |
| UBC TORONTO | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 2002 | | | 628320 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L, N/O, PAPER FA

| 21. | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M POBU XNGNOL50850 | | 2100 | 6809.11.0000 | CN | CNKNAPLATIA |
| | | | | | |
| | | | | | |
| | | | | | |

## 27. CERTIFICATION

I hereby make application for entry/immediate delivery. I certify that the
above information is accurate, the bond is sufficient, valid, and current,
and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT
X
J.W. ALLEN & CO., INC.
PHONE NO.                          DATE
TEL:504-464-0181         02/04/06
29. BROKER OR OTHER GOVT. AGENCY USE

CES SITE:

Containers:
BBN90-06337

## 28. CBP USE ONLY

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED.

☐ ENTRY REJECTED, BECAUSE:

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

ELECTRONIC ENTRY RELEASE NOTIFICATION PORT C
2002.  I certify that proper release for thi
cargo has been received from U.S. Customs.
Date: 02/01/06
J.W. ALLEN & CO, INC.
Signature:

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/86)

JWA-MSJ5-004

COPY 

## COMMERCIAL INVOICE

TO:  INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.
P. O. BOX 4002 NEW ORLEANS, LA
70178

| | | | |
|---|---|---|---|
| VESSEL: | MV UBC TORONTO | DATE: | 23-Dec-05 |
| B/L NO.: | POBUXNGNOL50850 | INVOICE NO.: | 0000110 |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: | E/05-110 |
| BY SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: | L/C |
| NET WEIGHT: | 6132.00 T | L/C NO.: | CM51785 |
| GROSS WEIGHT: | 6132.00 T | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD (TIANJIN) CO., LTD., TIANJIN, CHINA

| NO.: | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价($) | AMOUNT 总价($) |
|---|---|---|---|---|---|
| | | | | FREE ALONG SHIP TIANJIN, CHINA  FAS TIANJIN, CHINA | |
| 1 | N/M | GYPSUM BOARD, TAPERED EDGE 4'X 12'X 1/2''  AS PER CONTRACT NO. EX-USD-20051117 | 142800 PCS | AT USD  4.40 EACH | USD  628,320.00 |
| | | (2100 PALLETS) | | | |

*6809.11.0000 FREE*

| | | | |
|---|---|---|---|
| FREIGHT COST: | | | |
| TOTAL: | | | |
| CONTAINER: | BULK SHIPMENT | | USD  628,320.00 |
| QUANTITY: | 142800PCS   *CO:CN* | | *TEU* |
| COUNTRY OF ORIGIN: CHINA | | | |

KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGHU ROAR, BEICHEN
DISRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
Lijian.Zhang@mail.knauf.com.cn

TELEPHONE NO 0086-022-26970577
FAX NO.: 0086-022-26973049
POSTAL CODE: 300400
Http: www.knauf.com.cn

JWA-MSJ5-005

CODE NAME:"CONGENBILL". EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

page 2

B/L No.

POBUXNGNOL508

Reference No.

Shipper
KNAUF PLASTERBOARD (TIANJIN)CO.,LTD
NORTH YINHE BRIDGE, EAST JINGJIN
ROAR, BEICHEN DISTRICT TIANJIN 300400,
P. R. CHINA

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228
ST.CHARLES AVENUE NEW ORLEANS, LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W.
ALLEN AND CC., INC.200 CROFTON ROAD,
BOX. 34, KENNER, LA. 70062, ATTN. BILLY APP.

| Vessel | Port of loading |
|--------|------------------|
| UBC TORONTO | TIANJIN, CHINA |

Port of discharge

NEW ORLEANS, LOUISIANA

**ORIGINAL**

Shipper's description of goods

Gross Weight

| N/M | 2100PALLETS (142800PCS) | GYPSUM BOARD, TAPERED EDGE 4'X 12'X 1/2'' SHIPMENT UNDER DECK FREIGHT PAID AS PER TERMS OF CHARTY PARTY OCEAN FREIGHT WILL BE ON APPLICANT'S ACCOUNT | | 6132.00T | 9368.54t |

CLEAN ON BOARD  **23 DEC 2005**

FREIGHT COLLECT

TOTAL: TWO THOUSAND ONE HUNDRED PALLETS(142800PCS) ONLY.
(of which                    on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated _____

FREIGHT ADVANCE.
Received on account of freight:

_____

Time used for loading _____ days _____ hours.

SHIPPED at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue **23 DEC 2005** TIANJIN |
|---|---|
| Number of original B/L | Signature |
| THREE | AS AGENT FOR AND ON BEHALF OF THE MASTER:HARLING CHRISTIAN *CHINA MARINE SHIPPING AGENCY TIANJIN COMPANY LIMITED*  (S6) |

C.18  Printed and sold by
Witherby & Company Limited,32/04ylesbury Street,

JWA-MSJ5-006

BIEHL & CO, LP   STEAMSHIP AGENTS

**ARRIVAL NOTICE/FREIGHT BIL**

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN)CC.,LTD NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT TIANJIN 3004 P.R.CHINA | B/L #: XNGNOL50850 |
| | REFERENCE NO. |

CONSIGNEE
TO ORDER OF WHITNEY NATIONAL BANK 2
ST.CHARLES AVENUE NEW ORLEANS, LA.

NOTIFY
INTERIOR/EXTERIOR BUILDING SUPPLY,L
P.O. BOX 400, NE ORLEANS, LA, 70178
ATTN. JIM OR CLAY GEARY AND L W.
ALLEN AND CO.,INC.200 CROFTON ROAD.
BOX.34, KENNER, LA. 70062. ATTN BIL          XNGNOL50850

| INITIAL CARRIAGE BY | PLACE OF RECEIPT |
|---|---|

| OCEAN VESSEL | PORT OF LANDING |
|---|---|
| WBC TORONTO,001TN | OTHER PEOPLE'S REPUBLIC OF CHINA |

| PORT OF DISCHARGE | PLACE OF DELIVERY |
|---|---|
| NEW ORLEANS | BREAKBULK |
| | Port to Port |

| CONTAINER NOS.MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 2100 PALLE GYPSUM CYPSUM BOARD, TAPERED EDGE 4'X12'X1/2" SHIPMENT UNDER DECK FREIGHT PAID AS PER TERMS OF CHARTY PARTY OCEAN FREIGHT WILL BE ON APPLICANT'S ACCOUNT 2100PALLETS (142800PCS) | 6132000K 13518607.200L 9368.541CBM | 0,000 0 |
| Totals: | 2100 | 6132000K 13518607.2L | 0 0 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 675.93 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 16222.33 |
| L | BASIC FREIGHT | 0.00 | ADVISED | 0.00 | |

Freight Payable at: NEW ORLEANS   Totals:          0.00   16898.26

**OUR CARGO IS DUE TO ARRIVE**

| | PLACE AND DATE OF ISSUE NEW ORLEANS | 01/24/06 |
|---|---|---|

ETA SWP ON 01/27/06
AVAILABLE AT:

LOUISIANA AVENUE WHARF
NEW ORLEANS, LA.
COASTAL CARGO STEVEDORE

3330 W. Esplanade Ave, Suite 602
METAIRIE, LA. 70002
(504) 838-3600

JWA-MSJ5-007

Copy

| 1. Exporter | Certificate No. |
| --- | --- |
| KNAUF PLASTERBOARD (TIANJIN) CO. LTD<br>NORTH YIMHE BRIDGE, EAST JINGJIN<br>ROAD, BEICHEN DISTRICT TIANJIN<br>300400 P.R. CHINA | 0514 18462<br>XG06/C22Gi-0002C<br><br>CERTIFICATE OF ORIGIN<br>OF<br>THE PEOPLE'S REPUBLIC OF CHINA |

| 2. Consignee | |
| --- | --- |
| KNAUF OF EXPORT OF WILLIAM AMACY & CO.<br>P. O. BOX 4000, NEW ORLEANS, LA.<br>NOTE ATTN. ITR OF CLAY CHARY AND V.<br>W. ALLEN AND CO., INC. 200 CROFTON ROAD, BOX<br>04, KENNER, LA. 70062 ATTN: CLAY CHARY (U.S.A.) | |

| 3. Means of transport and route | 5. For certifying authority use only |
| --- | --- |
| BY SEA<br>FROM TIANJIN, CHINA<br>TO NEW ORLEANS, LOUISIANA | |

| 4. Country / region of destination | |
| --- | --- |
| UNITED STATES | |

| 6. Marks and numbers | 7. Number and kind of packages; description of goods | 9. H.S.Code | 8. Quantity | 10. Number and date of invoices |
| --- | --- | --- | --- | --- |
| N/M | GYPSUM BOARD,<br>TAPERED EDGE 4' X 12' X 1/2''<br>2100 (TWO THOUSAND ONE HUNDRED)<br>PALLETS ONLY.<br>*** *** *** *** *** *** *** *** | (5.00 | 2100,000 SQMETER<br>14IB00957 Dec. 25,200 | |

| 11. Declaration by the exporter | 12. Certification |
| --- | --- |
| The undersigned hereby declares that the above details and statements are correct, that all the goods were produced in China and that they comply with the Rules of Origin of the People's Republic of China. | It is hereby certified that the declaration by the exporter is correct. |
| Place and date, signature and stamp of authorized signatory | Place and date, signature and stamp of certifying authority |

JWA-MSJ5-008

ORIGINAL                          CONTRACT NO.:EX-USD-20051117

# BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



**ORIGINAL**

CONTRACT NO.:EX-USD-20051117

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD TIANJIN CO., LTD



ORIGINAL                                    CONTRACT NO. :EX-USD-20051117

# CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 142,800 PCS. 4'X 12' X 1/2''

QUANTITY: 142,800PCS/   2100PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION

KNAUF PLASTERBOARD (TIANJIN CO., LTD)

DATE: 23 DEC. 05

ORIGINAL

CONTRACT NO. :EX-USD-20051117

# STATEMENT

THIS LETTER OF CREDIT NO. CW51785 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST DAMAGE. PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE. EACH PALLET WAS MARKED FOR SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ5-012

.ORIGINAL

CONTRACT NO.:EX-USD-20061117

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 142,800 PCS. 4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36.

MILL: KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ5-013

1-17-2009  17:12        CBP 28TH FLOOR  *clock in copy*           504 670 2028      P.04
                                        *J.Wallen*



## U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request

| Notice Date: 04/16/2009 | From: | U.S. Customs and Border Protection |
|---|---|---|
| | | 1515 Poydras St. |
| Filer:   J.W. Allen | | Suite 2030-013 |
| Importer: INTERIOR EXTERIOR BLDG SUPPLY | | New Orleans, La 70112 |
| | | FAX: 504-670-2028 |

Subject:         Paperless/Reconstructed Entry Request

Document Number:   N00   - 06340745

Port Code:         2002

Please address the issue as described below and return this document to the issuing Customs officer.

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:   MV "DUAL CONFIDENCE"
                                                 April 6, 2006

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2387 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

EXHIBIT
tabbies
6



## U.S. Customs And Border Protection

## Paperless or Reconstructed Entry Request

| Notice Date:   04/16/2009 | From: | U.S. Customs and Border Protection |
|---|---|---|
| | | 1515 Poydras St. |
| Filer:   J.W. Allen | | Suite 2030-013 |
| Importer: INTERIOR EXTERIOR BLDG SUPPLY | | New Orleans, La 70112 |
| | | FAX: 504-670-2028 |

| Subject: | Paperless/Reconstructed Entry Request |
|---|---|
| Document Number: | N90  - 06340745 |
| Port Code: | 2002 |

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scanderiato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer: | Team: | Phone: |
|---|---|---|
| Bruce Scanderiato,  Customs Technician | Entry Unit | (504) 670-2064 |

JWA-MSJ6-002

JERRY BECNEL

**DEPARTMENT OF THE TREASURY**
UNITED STATES CUSTOMS SERVICE

## ENTRY SUMMARY

| | | |
|---|---|---|
| N90 | ① Entry No. 0534074-5 | ② Entry Type Code 01 ABI/A | 3. Entry Summary Date 4/20/06 | 502 |

J.W. ALLEN & CO., INC.
200 CROFTON RD., BOX 34 BLDG.7D,
SUITE 800 KENNER, LA 70062

8. Ultimate Consignee Name and Address

| 4. Entry Date 4/13/06 | 5. Port Code 2002 | |
| 6. Bond No. 572 | 7. Bond Type Code 8 | 9. Broker/Importer File No. AB34074 |

PAPERLESS

| 10. Consignee No. SAME | Importer of Record Name and Address | ⑫ Importer No. 72-1514223 |

INTERIOR/EXTERIOR BUILDING SUPPLY
PO BOX 4002
NEW ORLEANS, LA 70178

| ⑬ Exporting Country CN | 14. Export Date 3/04/06 |
| ⑮ Country of Origin CN | 16. Missing Documents |

LA
ROUTE

| ⑰ I.T. No. | ⑱ I.T. Date |

| ⑲ B/L or AWB No. POBUXNGNOL6000A | ⑳ Mode of Transportation 10 | ㉑ Manufacturer I.D. CNKNAPLATIA | 22. Reference No. |
| ㉒ Importing Carrier DUAL CONFIDENCE | 24. Foreign Port of Lading 57043 | ㉕ Location of Goods/G.O. No. P261 - LOUISIANA AVE WHARF |
| 26. U.S. Port of Unlading 2002 | ㉗ Import Date 4/06/06 | LOUISIANA AVE AND RIVER NEW ORLEANS, LA _ |

| Line No. | ㉘㉚ (A) T.S.U.S.A. No. (B) ADA/CVD Case No. ㉛ (A) Gross Weight (B) Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 31. (A) External Value (B) CHGS (C) Relationship | 34. (A) T.S.U.S.A. Rate (B) ADA/CVD Rate (C) I.R.C Rate (D) Visa No. | ㉟ Duty and I.R. Tax Dollars | Cents |
|---|---|---|---|---|---|---|
| | POBUXNGNOL6000A    555 PLTS POBUXNGNOL6000B   1911 PLTS | | | | | |
| | | Invoice 001 | (0000181) | | | |
| 001 | PLASTER,BRD,SIM'L,N/O,PAPER FA 6809.11.0000       1620600 | 1620600.00KG 169290.20M2 | 171056 C193690 Not Related | Free | 0 00 | |
| | Merchandise Processing Fee Harbor Maintenance Fee(501 | | | 0.21% 0.125% | 359 22 213 82 | |
| | Inv Value   :   $171056 Ent Value   :   $171056 | | | | | |
| | | Invoice 002 | (0000182) | | | |
| | BLOCK 39 SUMMARY Merchandise Processing Fee (499)   485.00 Harbor Maintenance Fee(501 (501)   947.28 TOTAL              1432.28 TOTAL ENTERED VALUE | | 757827 | | | |

| ㉞ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent | ▼ U.S. CUSTOMS USE ▼ | | | TOTALS | |
|---|---|---|---|---|---|

I declare that I am the
☐ importer of record and that the actual
owner, purchaser or consignee for customs
purposes is as shown above. **OR** ☐ owner or purchaser or
agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or
agreement to purchase and that the prices **OR** ☐ was not obtained pursuant to a purchase or
agreement to purchase and the statements
set forth in the invoices are true. in the invoice as to value or price are true
to the best of my knowledge and belief.

| A. Liq. Code | B. Ascertained Duty | �37 Duty 0 00 |
| | C. Ascertained Tax | �38 Tax 0 00 |
| | D. Ascertained Other | �39 Other 1432 28 |
| | E. Ascertained Total | �40 Total 1432 28 |

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge
and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and
are true and correct, and that all goods or services provided to the seller of the merchandise either free
or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any
information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that impor-
ters/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount
of money, to enforce other agency requirements, and to collect accurate statistical information on imports.
Your response is mandatory.

| ㉛ Signature of Declarant, Title, and Date J.W. ALLEN & CO., INC. ATTORNEY-IN-FACT |

RECORD

Customs Form 7501 (112295)

JWA-MSJ6-003

JERRY BECKER

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

| ① Entry No. | ② Entry Type Code | 3. Entry Summary Date |
|---|---|---|
| N90    0634071-5 | | |
| 4. Entry Date | ⑤ Port Code | |
| 6. Bond No. | 7. Bond Type Code | 8. Broker/Importer File No. |

PAPERLESS

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG. 70,
SUITE 800 KENNER, LA 70062

| 9. Ultimate Consignee Name and Address | 10. Consignee No. | ⑪ Importer of Record Name and Address | ⑫ Importer No. |
|---|---|---|---|

| ⑬ Exporting Country | 14. Export Date |
|---|---|
| ⑮ Country of Origin | 16. Missing Documents |

STATE

| ⑰ I.T. No. | ⑱ I.T. Date |
|---|---|

| ⑲ B.L. or AWB No. | 20. Mode of Transportation | 21. Manufacturer I.D. | 22. Reference No. |
|---|---|---|---|
| ㉓ Importing Carrier | 24. Foreign Port of Lading | 25. Location of Goods/G.O. No. | |
| 26. U.S. Port of Unlading | ㉗ Import Date | | |

| ㉘ Line No. | ㉙ Description of Merchandise 30. A. T.S.U.S.A. No. B. ADA/CVD Case No. | 31. A. Gross Weight B. Manifest Qty. | ㉜ Net Quantity in T.S.U.S.A. Units | 33. A. Entered Value B. CHGS C. Relationship | 34. A. T.S.U.S.A. Rate B. ADA/CVD Rate C. I.R.C Rate D. Visa No. | �35 Duty and I.R. Tax |
|---|---|---|---|---|---|---|
| | | | | | | Dollar / Cents |
| 002 | PLASTER, BRD, SIM'L, N/O, PAPER, FA 6809.11.0000 | 5580120 | 5580120.00KG 579464.12M2 | 586771 C664414 Not Related | Free | 0 00 |
| | Merchandise Processing Fee Harbor Maintenance Fee (501 | | | | 0.21% 0.125% | 1232 22 733 46 |
| | Inv Value    :   $586771 Ent Value    :   $586771 | | | | | |

㉚ Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ importer of record and that the actual
owner, purchaser, or consignee for customs   OR   ☐ owner or purchaser or
purposes is as shown above.                              agent thereof.
I further declare that the merchandise
☐ was obtained pursuant to a purchase or   OR   ☐ was not obtained pursuant to a purchase or
agreement to purchase and that the prices                  agreement to purchase and the statements
set forth in the invoice are true.                                 in the invoice as to value or price are true
                                                                                to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ▼ U.S. CUSTOMS USE ▼ | | TOTALS |
|---|---|---|
| A. Liq Code | B. Ascertained Duty | ㊲ Duty |
| | C. Ascertained Tax | ㊳ Tax |
| | D. Ascertained Other | ㊴ Other |
| | E. Ascertained Total | ㊵ Total |

㊶ Signature of Declarant, Title, and Date

RECORD

Customs Form 7501 (112295)

JWA-MSJ6-004

JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

## ENTRY/IMMEDIATE DELIVERY

**J.W. ALLEN & CO.,INC.**
**200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7**
**TEL:504-464-0181**
**FAX:504-464-0182**

BOX
ABI CERTIFIED

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
|---|---|---|---|
| 040606 | 041306 | 01 | N90-0634074-5 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB34074 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 72-1514223 | | SAME |

| 10. ULTIMATE CONSIGNEE NAME | 11. IMPORTER OF RECORD NAME |
|---|---|
| INTERIOR/EXTERIOR BUILDING SUPPLY | SAME |
| PO BOX 4002 | |
| NEW ORLEANS, LA 70178 | |

| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) |
|---|---|---|
| POBU | 001 | P261 / LOUISIANA AVE WHARF |
| 15. VESSEL CODE/NAME | | |
| DUAL CONFIDENCE | | |

| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
|---|---|---|---|
| 2002 | | | 757827 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L,N/O, PAPER FA

| 21. M | 22. C/BL/AWB NO. | 23. MANIFEST QUANTITY | 24 H.S. NUMBER | 25. | 26. MANUFACTURER NO. |
|---|---|---|---|---|---|
| M POBU | XNGNOL6000A | 555 | 6809.11.0000 | CN | CNXNAPLATIA |
| M POBU | XNGNOL6000B | 1911 | 6809.11.0000 | CN | CNXNAPLATIA |
| | | | | | |
| | | | | | |
| | | | | | |

**27. CERTIFICATION**

I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.

SIGNATURE OF APPLICANT

J.W. ALLEN & CO.,INC.

PHONE NO.                                    DATE

TEL:504-464-0181                    05/04/06

**28. CBP USE ONLY**

☐ OTHER AGENCY ACTION REQUIRED, NAMELY:

☐ CBP EXAMINATION REQUIRED,

☐ ENTRY REJECTED, BECAUSE:

29. BROKER OR OTHER GOVT. AGENCY USE

CRS SITE:

Containers#
BBAB34074-1

| DELIVERY AUTHORIZED: | SIGNATURE | DATE |
|---|---|---|

ELECTRONIC ENTRY RELEASE NOTIFICATION PORT C
2002.  I certify that proper release for thi
cargo has been received from U.S. Customs.
Date: 4/13/06
J.W. ALLEN & CO., INC.
Signature:

Paperwork Reduction Act Notice:  This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of this cargo and to establish the liability for payment of duties and fees.  Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances.  Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ6-005

COPY

**KNAUF 可耐福**
石膏板及系统

## COMMERCIAL INVOICE

TO:  INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
     P. O. BOX 4002, NEW ORLEANS,
     LA. 70178

| | | | |
|---|---|---|---|
| VESSEL: | DUAL CONFIDENCE | DATE: | 03-Mar-06 |
| B/L NO.: | POBUXNGNOL60000A | INVOICE NO.: | 00001817E |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: | EX-USD-20051221 |
| BY SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: | L/C |
| NET WEIGHT: | 1620600.00 KGS | L/C NO.: | CM51840 |
| GROSS WEIGHT: | 1620600.00 KGS | | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD(TIANJIN) CO., LTD., TIANJIN, CHINA

| NO.: | SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价（$） | AMOUNT 总价（$） |
|---|---|---|---|---|---|
| | | | | FAS TIANJIN, CHINA | |
| 1 | N/M | GYPSUM BOARD, TAPERED EDGE 4'X 12' X 1/2'' AS PER CONTRACT NO. EX-USD-20051221 FREE ALNG SH TIANJIN, CHINA | 37740 PCS | AT USD 4.40 EACH USD | 166,056.00 |
| | | (555PALLETS) | | | |
| 2 | | COVER STORAGE FEE | | USD | 5,000.00 |

6805.11.0000

Free

FREIGHT COST:

TOTAL:

| CONTAINER: | BULK SHIPMENT | | USD 171,056.00 |
|---|---|---|---|
| QUANTITY: | 37740PCS | | |
| COUNTRY OF ORIGIN: CHINA | | | |

可耐福石膏板（天津）有限公司
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

ADDRESS:
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT, TIANJIN 300400 P.R. CHINA
E-MAIL:
wangl.an@mail.knauf.com.cn

TELEPHONE NO.0086-022-26972777
FAX NO.:    0086-022-26973346
POSTAL CODE:300400
Http:    www.knauf.com.cn

JWA-MSJ6-006

Page 2

CODE NAME: "CONGENBILL". EDITION 1994

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.

OBUXNGNOL60000A

Reference No.

| | |
|---|---|
| Shipper | |

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

| Vessel | Port of loading |
|---|---|
| DUAL CONFIDENCE | TIANJIN, CHINA |

Port of discharge
NEW ORLEANS, LOUISIANA

## ORIGINAL

| Shipper's description of goods | | | Gross weight |
|---|---|---|---|

GYPSUM BOARD,
TAPERED EDGE 4'X 12'X 1/2"

N/M    555 PALLETS    SHIPMENT UNDER DECK
37740PCS    FREIGHT PAID AS PER    1620600KGS  2475.972M3
    TERMS OF CHARTY PARTY
    OCEAN FREIGHT WILL BE ON
    APPLICANT'S ACCOUNT
ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD 0 4 MAR 2006

TOTAL: FIVE HUNDRED AND FIFTY-FIVE PALLETS (37740PCS) ONLY

(of which                on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER-PARTY dated .................. | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or as near thereto as she may safely get the goods specified above. |
| FREIGHT ADVANCE. Received on account of freight: | Weight, measure, quality, quantity, condition, contents and value unknown. |
| | IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ............. days .............. Hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue TIANJIN 0 4 MAR 2006 |
|---|---|
| Number of original Bsl/L THREE | Signature AGENT FOR AND ON BEHALF OF THE MASTER: |
| | AS AGENTS FOR AND ON BEHALF OF |

C.1S   Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341  Fax No. 0171 251 1296

徐春林

JWA-MSJ6-007

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

**Shipper**

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJING ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No. ORUXNGNOL60000A
Reference No.

**Consignee**

TO ORDER OF WHITNEY NATIONAL BANK 228 ST,
CHARLES AVENUE NEW ORLEANS, LA. 70130

**Notify address**

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC, 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

| Vessel | Port of loading |
|---|---|
| DUAL CONFIDENCE | TIANJIN, CHINA |

**Port of discharge**
NEW ORLEANS, LOUISIANA

**ORIGINAL**

| Shipper's description of goods | | Gross weight |
|---|---|---|

GYPSUM BOARD,
TAPERED EDGE 4'X 12'X 1/2"

555 PALLETS     SHIPMENT UNDER DECK
N/M     37740PCS.     FREIGHT PAID AS PER     1620600KGS   2475.972M3
TERMS OF CHARTY PARTY
OCEAN FREIGHT WILL BE ON
APPLICANT'S ACCOUNT
ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD  0 4 MAR 2006

TOTAL: FIVE HUNDRED AND FIFTY-FIVE PALLETS (37740PCS) ONLY

(of which          on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per | SHIPPED at the Port of Loading in apparent good order and |
|---|---|
| CHARTER-PARTY dated .................... | condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
| | Weight, measure, quality, quantity, condition, contents and value unknown. |
| FREIGHT ADVANCE. | IN WITNESS whereof the Master or Agent of the said Vessel has signed |
| Received on account of freight: | the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| .................... | |
| Time used for loading .................... days .................... Hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | TIANJIN  0 4 MAR 2006 |
| Number of original Bs/L | **SIGNMENT** FOR AND ON |
| THREE | BEHALF OF THE MASTER: |

CART. DOR VICENTE S. CABARRON
TIANJIN HUANG SHIPPING AGENCY CO.,LTD.

稔霖娠      AS AGENTS

C.15  Printed and sold by
Witherby & Company Limited, 32/38 Aylesbury Street,
London EC1R 0ET.
Tel No 0171 251 5341  Fax No 0171 251 1296

JWA-MSJ6-008

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES
CODE NAME: "CONGENBILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL  (BIMCO)

Page 1.

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Charter party, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) General Paramount Clause.

(a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.

(b) Trades where Hague-Visby Rules apply.

In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the Hague-Visby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.

(c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) General Average.

General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part II, Art. 148.

(4) New Jason Clause.

In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequences of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) Both-to-Blame Collision Clause.

If the Vessel comes into collision with another Vessel as a result of the negligence of the other Vessel and any act, neglect or default of the Master, Mariner, Pilot or the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

*[stamp:]* WITHOUT ANY REPRESENTATIONS
OR WARRANTIES OF ANY
KIND AND WITHOUT RECOURSE
TO THE UNDERSIGNED FOR
ANY CAUSE
WHITNEY NATIONAL BANK
*[signature]*
AUTHORIZED SIGNATURE

For particulars of cargo, freight, destination, etc., see overleaf.

JWA-MSJ6-009

Mar.30. 2006 9:49AM                                                    No.0912   P. 2
*FHHL & CO, LP*  STEAMSHIP AGENTS                          ARRIVAL NOTICE/FREIGHT BILL

| SHIPPER | DOCUMENT |
|---|---|
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT NORTH YINHE BRIDGE, EAST JINGJIN RO BEICHEN DISTRICT TIANIN 300400, P.R | B/L #: XNGNOL6000A REFERENCE NO. |

| CONSIGNEE |
|---|
| TO ORDER OF WHITNEY NATIONAL BANK 2 CHARLES AVENUE NEW ORLEANS, LA. 701 |

| NOTIFY | |
|---|---|
| INTERIOR EXTERIOR BUILDING SUPPLY,L P.O. BOX 4002, NEW ORLEANS, LA. 7017 ATTN.JIM OR CLAY GEARY AND J.M. ALL AND CO.,INC.200 CROFTON ROAD. BOX34 KENNER LA. 70062. ATTN BILLY ADD | XNGNOL6000A |

| INITIAL CARRIAGE BY | PLACE OF RECEIPT |
|---|---|

| OCEAN VESSEL | PORT OF LANDING | MOVEMENT |
|---|---|---|
| DUAL CONFIDEN 001 | NOTHER PEOPLE'S REPUBLIC OF CHINA | BREAKBULK |
| PORT OF DISCHARGE | PLACE OF DELIVERY | Port to Port |
| NEW ORLEANS | | |

| CONTAINER NOS.,MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 555 PALLE GYPSUM GYPSUM BOARD. TAPERED EDGE 4' X 12' X 1/2" | 1602600K 2476 3533091.960L87433.998 | |
| | 555PALLETS          37740PCS | 16 | |
| Totals: | 555 | 1602600K 2476 3533091.96L87433,998 | |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 176.65 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 4239.71 |
| L | BASIC FREIGET | 0.00 | ADVISED | 0.00 | |
| | Freight Payable at: NEW ORLEANS | | Totals: | 0.00 | 4416.36 |

| YOUR CARGO IS DUE TO ARRIVE | PLACE AND DATE OF ISSUE |
|---|---|
| | NEW ORLEANS.        03/30/06 |
| ETA SWP ON 4/6/06 | |
| LOUISIANA AVE. WHARF NEW ORLEANS, LA. | 3330 W. Esplanade Ave, Suite 602 METAIRIE, LA. 70002 (504) 838-3600 |
| COASTAL CARGO STEVEDORE | |

JWA-MSJ6-010

**ORIGINAL**                    CONTRACT NO.:BX-USD-20051221

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 37,740 PCS. 4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36

MILL: KNAUF PLASTERBOARD (TIANJIN)CO.,LTD

ORIGINAL                          CONTRACT NO. :EX-USD-20051221

## STATEMENT

THIS LETTER OF CREDIT NO. CM51840 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE, EACH PALLET WAS MARKED FOR SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ6-012

**ORIGINAL**                    CONTRACT NO.:EX-USD-20051221

# CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 37,740 PCS. 4' X 12' X 1/2''

QUANTITY: 37,740PCS    555PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



DATE: 03 MAR 06

JWA-MSJ6-013

ORIGINAL                    CONTRACT NO.:EX-USD-20061221

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTEED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (TIANJIN)CO.,LTD



DATE:08.MAR.96

JWA-MSJ6-014

ORIGINAL

CONTRACT NO.:EX-USD-20051221

# BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD



JWA-MSJ6-015

ORIGINAL



JWA-MSJ6-016

COPY



## COMMERCIAL INVOICE

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS,
LA. 70178

| | | |
|---|---|---|
| VESSEL: | DUAL CONFIDENCE | DATE: 3-Mar-06 |
| B/L NO.: | POBUXNGNOL60000G | INVOICE NO.: 0000182 |
| FROM: | TIANJIN, CHINA | CONTRACT NO.: EX-USD-200512-13 |
| SEA TO: | NEW ORLEANS, LOUISIANA | PAYMENT TERM: L/C |
| NET WEIGHT: | 5580120.00 KGS | L/C NO.: OM51828 |
| GROSS WEIGHT: | 5580120.00 KGS | |

THE NAME OF MANUFACTURER AS KNAUF PLASTERBOARD(TIANJIN) CO., LTD., TIANJIN, CHINA

| SHIPPING MARKS 唛头 | DESCRIPTIONS 货描 | QUANTITIES 数量 | UNIT PRICE 单价（$） | AMOUNT 总价（$） |
|---|---|---|---|---|
| | | | FAS TIANJIN, CHINA | |
| 1    N/M | GYPSUM BOARD, TAPERED EDGE 4' X 12' X 1/2'' AS PER CONTRACT NO. EX-USD-20051213 FREE ALNS SH TIANJIN, CHINA | 128948 PCS | AT USD 4.40 EACH | USD 571,771.20 |
| | (1911PALLETS) | | | |
| | COVER STORAGE FEE | | | USD 15,000.00 |

680,311.0000   free

| | | |
|---|---|---|
| FREIGHT COST: | | |
| TOTAL: | | USD 586,771.20 |
| CONTAINER: | BULK SHIPMENT | T&U |
| QUANTITY: | 129948PCS | |
| COUNTRY OF ORIGIN: CHINA | | |

CO:CN

可耐福石膏板（天津）有限公司
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.

Inv#2

CUHE BRIDGE, EAST JINGJIN ROAR, BEICHEN
TIANJIN 300400 P.R. CHINA
www.knauf.com.cn

TELEPHONE NO.0086-022-28972700
FAX NO.:   0086-022-28973349
POSTAL CODE: 300400
Http:    www.knauf.com.cn

德国技术 专业之选！

JWA-MSJ6-017

Page 2

CODE NAME: "CONGENBILL" EDITION 1994

Shipper

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

**BILL OF LADING**
TO BE USED WITH CHARTER PARTIES

B/L No.
COBUX NCNOL600000

Reference No.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130,

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062. ATTN. BILLY APP,

| Vessel | Port of loading |
|---|---|
| DUAL CONFIDENCE | TIANJIN, CHINA |

**ORIGINAL**

Port of discharge

NEW ORLEANS, LOUISIANA

| Shipper's description of goods | | Gross weight |
|---|---|---|
| N/M | GYPSUM BOARD, TAPERED EDGE 4'X 12'X 1/2" 1911 PALLETS 129948PCS SHIPMENT UNDER DECK FREIGHT PAID AS PER TERMS OF CHARTY PARTY OCEAN FREIGHT WILL BE ON APPLICANT'S ACCOUNT ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005 | 5580120KGS   8525.372M3 |

CLEAN ON BOARD   **0 4 MAR 2006**

TOTAL: ONE THOUSAND NINE HUNDRED AND ELEVEN PALLETS (129948PCS) ONLY

(of which                      on deck at Shipper's risk; the Carrier not
being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER-PARTY dated ....... | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above. |
|---|---|
| FREIGHT ADVANCE. Received on account of freight; | Weight, measure, quality, quantity, condition, contents and value unknown. IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
| Time used for loading ............ days ............ Hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue |
|---|---|
| | TIANJIN   **0 4 MAR 2006** |
| Number of original B/L | Signature |
| THREE | S AGENT FOR AND ON BEHALF OF AND ON TIANJIN OCEAN SHIPPING AGENCY CO.,LTD. CAPT. ADOR VICENTE S. CABARRON AS AGENTS 徐春林 FOR AND ON BEHALF OF |

C.15   Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341   Fax No. 0171 251 1296

JWA-MSJ6-018

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES
CODE NAME "CONGENBILL"
EDITION 1994
ADOPTED BY
THE BALTIC AND INTERNATIONAL MARITIME COUNCIL (BIMCO)

Page 1

## Conditions of Carriage

(1) All terms and conditions, liberties and exceptions of the Charter party, dated as overleaf, including the Law and Arbitration Clause, are herewith incorporated.

(2) General Paramount Clause.
(a) The Hague Rules contained in the International Convention for the Unification of certain rules relating to Bills of Lading, dated Brussels the 25th August 1924 as enacted in the country of shipment, shall apply to this Bill of Lading. When no such enactment is in force in the country of shipment, the corresponding legislation of the country of destination shall apply, but in respect of shipments to which no such enactments are compulsorily applicable, the terms of the said Convention shall apply.

(b) *Trades where Hague-Visby Rules apply.*
In trades where the International Brussels Convention 1924 as amended by the Protocol signed at Brussels on February 23rd 1968 - the Hague-Visby Rules - apply compulsorily, the provisions of the respective legislation shall apply to this Bill of Lading.

(c) The Carrier shall in no case be responsible for loss of or damage to the cargo, howsoever arising prior to loading into and after discharge from the Vessel or while the cargo is in the charge of another Carrier, nor in respect of deck cargo or live animals.

(3) General Average.
General Average shall be adjusted, stated and settled according to York-Antwerp Rules 1994, or any subsequent modification thereof, in London unless another place is agreed in the Charter Party.
Cargo's contribution to General Average shall be paid to the Carrier even when such average is the result of a fault, neglect or error of the Master, Pilot or Crew. The Charterers, Shippers and Consignees expressly renounce the Belgian Commercial Code, Part II, Art. 148.

(4) New Jason Clause.
In the event of accident, danger, damage or disaster before or after the commencement of the voyage, resulting from any cause whatsoever, whether due to negligence or not, for which, or for the consequence of which, the Carrier is not responsible, by statute, contract or otherwise, the cargo, shippers, consignees or the owners of the cargo shall contribute with the Carrier in General Average to the payment of any sacrifices, losses or expenses of a General Average nature that may be made or incurred and shall pay salvage and special charges incurred in respect of the cargo. If a salving vessel is owned or operated by the Carrier, salvage shall be paid for as fully as if the said salving vessel or vessels belonged to strangers. Such deposit as the Carrier, or his agents, may deem sufficient to cover the estimated contribution of the goods and any salvage and special charges thereon shall, if required, be made by the cargo, shippers, consignees or owners of the goods to the Carrier before delivery.

(5) Both-to-Blame Collision Clause.
If the Vessel comes into collision with another vessel as a result of the negligence of the other vessel and any act, neglect or default of the Master, Mariner, Pilot or of the servants of the Carrier in the navigation or in the management of the Vessel, the owners of the cargo carried hereunder will indemnify the Carrier against all loss or liability to the other or non-carrying vessel or her owners in so far as such loss or liability represents loss of, or damage to, or any claim whatsoever of the owners of said cargo, paid or payable by the other or non-carrying vessel or her owners to the owners of said cargo and set-off, recouped or recovered by the other or non-carrying vessel or her owners as part of their claim against the carrying Vessel or the Carrier.
The foregoing provisions shall also apply where the owners, operators or those in charge of any vessel or vessels or objects other than, or in addition to, the colliding vessels or objects are at fault in respect of a collision or contact.

For particulars of cargo, freight, destination, etc., see overleaf.

DELIVER TO
Interim Between Builders
WITHOUT ANY REPRESENTATION
OR WARRANTIES OF ANY
KIND AND WITHOUT RECOURSE
TO THE UNDERSIGNED FOR
ANY CAUSE
WHITNEY NATIONAL BANK
AUTHORIZED SIGNATURE

JWA-MSJ6-019

Page 2

CODE NAME: "CONGENBILL", EDITION 1994

Shipper

KNAUF PLASTERBOARD (TIANJIN) CO.,LTD.
NORTH YINHE BRIDGE, EAST JINGJIN ROAD, BEICHEN
DISTRICT TIANJIN 300400, P. R. CHINA.

**BILL OF LADING**
TO BE USED WITH CHARTER-PARTIES

B/L No.
QBUXNGNOL600006
Reference No.

Consignee

TO ORDER OF WHITNEY NATIONAL BANK 228 ST.
CHARLES AVENUE NEW ORLEANS, LA. 70130

Notify address

INTERIOR/EXTERIOR BUILDING SUPPLY, L. P.,
P. O. BOX 4002, NEW ORLEANS, LA. 70178
ATTN. JIM OR CLAY GEARY AND J. W. ALLEN
AND CO., INC. 200 CROFTON ROAD, BOX 34,
KENNER, LA. 70062, ATTN. BILLY APP,

Vessel
DUAL CONFIDENCE

Port of loading
TIANJIN,. CHINA

## ORIGINAL

Port of discharge
NEW ORLEANS, LOUISIANA

Shipper's description of goods

Gross weight

|  |  | GYPSUM BOARD, |  |  |
|---|---|---|---|---|
|  |  | TAPERED EDGE 4'X 12'X 1/2" |  |  |
|  | 1911 PALLETS | SHIPMENT UNDER DECK |  |  |
| N/M | 129948PCS | FREIGHT PAID AS PER | 5580120KGS | 8525.372M3 |
|  |  | TERMS OF CHARTY PARTY |  |  |
|  |  | OCEAN FREIGHT WILL BE ON |  |  |
|  |  | APPLICANT'S ACCOUNT |  |  |

ALL TERMS AND CONDITION AS PER CHARTER PARTY DATED 17TH/NOV. 2005

CLEAN ON BOARD **0 4 MAR 2006**

TOTAL :ONE THOUSAND NINE HUNDRED AND ELEVEN PALLETS (129948PCS)  ONLY

(of which                           on deck at Shipper's risk; the Carrier not
being responsible for loss  or damage howsoever arising)

Freight payable as per
CHARTER-PARTY dated ..................................

FREIGHT ADVANCE.
Received on account of freight.

Time used for loading ..................... days ..................... Hours.

**SHIPPED** at the Port of Loading in apparent good order and
condition on board the Vessel for carriage to the Port
of Discharge or so near thereto as she may safely get the goods
specified above.
Weight, measure, quality, quantity, condition, contents and value
unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed
the number of Bills of Lading indicated below all of this tenor and date,
any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

Freight payable at

Place and date of issue
TIANJIN **0 4 MAR 2006**

Number of original Bs/L.

THREE

Signature
AS AGENT FOR AND ON
TIANJIN LIBAND SHIPPING AGENCY CO.,LTD.
CAPT. ADOR VICENTE S. CABARRON
AS AGENTS
FOR AND ON BEHALF OF

C.15   Printed and sold by
Witherby & Company Limited, 32/36 Aylesbury Street,
London EC1R 0ET.
Tel. No. 0171 251 5341   Fax No. 0171 251 1296

JWA-MSJ6-020

Mar.30. 2006  9:49AM

*BIEHL & CO., LP*  STEAMSHIP AGENTS

No.0812  P. 3

# ARRIVAL NOTICE/FREIGHT BILL

| | |
|---|---|
| **SHIPPER** | **DOCUMENT** |
| KNAUF PLASTERBOARD (TIANJIN) CO.,LT NORTH YINHE BRIDGE, EAST JINGJIN RO BEICHEN DISTRICT TIANIN 300400, P.R | B/L #: XNGNOL6000B **REFERENCE NO.** |
| **CONSIGNEE** | |
| TO ORDER OF WHITNEY NATIONAL BANK 2 CHARLES AVENUE NEW ORLEANS, LA. 701 | |
| **NOTIFY** | |
| INTERIOR EXTERIOR BUILDING SUPPLY,L P.O.BOX 4002, NEW ORLEANS, LA. 7017 ATTN.JIM OR CLAY GEARY AND J.M. ALL AND CO.,INC.200 CROFTON ROAD. BOX34 KENNER. LA. 70062, ATTN. BILLY APP. | XNGNOL6000B |
| **INITIAL CARRIAGE BY** | **PLACE OF RECEIPT** |

| | | |
|---|---|---|
| **OCEAN VESSEL** | **PORT OF LANDING** | **MOVEMENT** |
| DUAL CONFIDEN.001 | INOTHER PEOPLE'S REPUBLIC OF CHINA | |
| **PORT OF DISCHARGE** | **PLACE OF DELIVERY** | BREAKBULK |
| NEW ORLEANS | | Port to Port |

| CONTAINER, NOS./MARKS AND NOS. | NUMBER AND KIND OF PACKAGES/DESCRIPTION OF GOODS | WEIGHT (KILOS) | MEASUREMENT |
|---|---|---|---|
| N/M | 1911 PALLE GYPSUM GYPSUM BOARD. TAPERED EDGE 4' X 12' X 1/2" | 5580120K 12301932.552L301039.915 | 8525 |
| | 1911PALLETS        129948PCS | | 55 |
| **Totals:** | 1911 | 5580120K 12301932.552L301039.915 | 8525 |

| B/L | Charges | Rate | Basis | Prepaid | Collect |
|---|---|---|---|---|---|
| B | PORT SECURITY FEE | 0.10 | 2000 Lbs | | 615.10 |
| B | WHARFAGE | 2.40 | 2000 Lbs | | 14762.32 |
| L | BASIC FREIGHT | 0.00 | ADVISED | 0.00 | |
| | Freight Payable at: NEW ORLEANS   Totals: | | | 0.00 | 15377.42 |

| **OUR CARGO IS DUE TO ARRIVE** | **PLACE AND DATE OF ISSUE** NEW ORLEANS    03/30/06 |
|---|---|
| ETA SWP ON 4/6/06 LOUISIANA AVE. WHARF NEW ORLEANS, LA. COASTAL CARGO STEVEDORE | 3330 W. Esplanade Ave, Suite 602 METAIRIE, LA. 70002 (504) 838-3600 |

JWA-MSJ6-021

ORIGINAL



JWA-MSJ6-022

ORIGINAL                              CONTRACT NO. :EX-USD-20051213

# MILL CERTIFICATE

GOODS: GYPSUM BOARD, TAPERED EDGE 129,948 PCS. 4' X 12' X 1/2''

THE 1/2'' GYPSUM BOARDS WERE MANUFACTURED IN ACCORDANCE TO ASTM C36.

MILL: KNAUF PLASTERBOARD (TIANJIN) CO., LTD

DATE : 03 MAR 06

ORIGINAL

CONTRACT NO. :EX-USD-20051213

# STATEMENT

THIS LETTER OF CREDIT NO. CM51828 STATING AS FOLLOWS:

WE HEREBY CERTIFY THAT:

A) THE GYPSUM BOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED, WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE AS TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO FURTHER PROTECT AGAINST DAMAGE AND MOISTURE, EACH PALLET WAS MARKED FOR SIZE/WIDTH/THICKNESS, AND

D) THE GYPSUM BOARDS HAVE END TAPE.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD

**ORIGINAL**                                    CONTRACT NO. :EX-USD-20051213

# CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT:

GOODS: GYPSUM BOARD, TAPERED EDGE 129,948 PCS. 4' X 12' X 1/2'

QUANTITY: 129,948PCS / 1911PALLET

QUALITY: IN ACCORDANCE TO ASTM C36

CONDITION: IN GOOD CONDITION



KNAUF PLASTERBOARD (TIANJIN) CO., LTD
DATE: 03.MAR.06

JWA-MSJ6-025

ORIGINAL                    CONTRACT NO. :EX-USD-20051213

# CERTIFICATE OF WARRANTY

THE GYPSUM BOARDS MANUFACTURED AND SOLD TO INTERIOR/EXTERIOR
BUILDING SUPPLY, L. P. ARE WARRANTEED TO BE FREE FROM DEFECTS
IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (TIANJIN) CO., LTD 

JWA-MSJ6-026

ORIGINAL ·

CONTRACT NO. :EX-USD-2G051219

BENEFICIARY CERTIFICATE

ONE SET OF NON-NEGOTIABLE COPIES OF REQUIRED DOCUMENTS HAS
BEEN SENT TO APPLICANT BY COURIER SERVICE AT THE ADDRESS OF:
1701 SOUTH LANE, MANDEVILLE, LA. 70471.



KNAUF PLASTERBOARD TIANJIN CO., LTD



# U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request

| | |
|---|---|
| Notice Date:  04/16/2009 | From:   U.S. Customs and Border Protection<br>1515 Poydras St.<br>Suite 2030-013<br>New Orleans, La 70112<br>FAX: 504-670-2026 |
| Filer:      J.W. Allen<br>Importer:  INTERIOR EXTERIOR BLDG SUPPLY | |

| | |
|---|---|
| Subject:        Paperless/Reconstructed Entry Request | |
| Document Number:   N90  - 06356945 | |
| Port Code:      2002 | |

Please address the issue as described below and return this document to the issuing Customs officer:

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163; demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:  *"MV" ALEXANDER Gutsch"*

*SEPT. 13, 2006*

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana  70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter.  Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2367 or FAX 504-670-2385.

Broker/Filer Response:

| Customs Officer:<br>Bruce Scandariato,  Customs Technician | Team:<br>Entry Unit | Phone:<br>(504) 670-2064 |
|---|---|---|



EXHIBIT

7



## U.S. Customs And Border Protection

# Paperless or Reconstructed Entry Request

| | |
|---|---|
| **Notice Date:** 04/16/2009 | **From:** U.S. Customs and Border Protection |
| | 1515 Poydras St. |
| **Filer:** J.W. Allen | Suite 2030-013 |
| **Importer:** INTERIOR EXTERIOR BLDG SUPPLY | New Orleans, La 70112 |
| | FAX: 504-670-2028 |

**Subject:** Paperless/Reconstructed Entry Request

**Document Number:** N90 - 06358945

**Port Code:** 2002

**Please address the issue as described below and return this document to the issuing Customs officer.**

Pursuant to Title 19, United States Code, Section 1509 and Title 19, Code of Federal Regulations, Part 163, demand is made for the production of records related to the consumption entry noted above.

Specifically, you must submit the entry documents pertaining to the entries requested including but not limited to the 7501, 3461, invoices, etc.

You have ten (10) working days in which to submit all supporting documents pertaining to the paperless/reconstructed entry summary noted above.

Documents should be mailed to the following:

Customs and Border Protection
Attn: Bruce Scandariato
1515 Poydras Street
Room 2030-13
New Orleans, Louisiana 70112

Failure to submit the requested document within the time period given will result in referral to the Office of Fines, Penalties, and Forfeitures for issuance of a penalty for violation of Title 19, United States Code, Section 1509. The statutory maximum penalty for negligence is 40% of the appraised value of the merchandise or $10,000.00, whichever is less.

Thank you for your prompt attention in this matter. Should you have any questions, please contact Supervisory Entry Officer Patricia Burke at 504-670-2387 or FAX 504-670-2385.

**Broker/Filer Response:**

| **Customs Officer** | **Team:** | **Phone:** |
|---|---|---|
| Bruce Scandariato,  Customs Technician | Entry Unit | (504) 670-2064 |

JWA-MSJ7-002

JERRY BROOKS

DEPARTMENT OF THE TREASURY
UNITED STATES CUSTOMS SERVICE

**ENTRY SUMMARY**

| | | |
|---|---|---|
| ① Entry No. 0635894-5 | ② Entry Type Code 01 ABI/A | ③ Entry Summary Date 592 |
| 4. Entry Date 9/20/06 | 5. Port Code 2002 | PAPERLESS |
| 6. Bond No. 572 | 7. Bond Type Code 8 | 8. Broker/Importer File No. AB35834 |

N90

J.W. ALLEN & CO., INC.
200 CROFTON RD, BOX 34 BLDG.70,
SUITE 800 KENNER, LA 70062

9. Ultimate Consignee Name and Address

10. Consignee No.  SAME

11. Importer of Record Name and Address  Importer No. 05-1214223

INTERIOR/EXTERIOR BUILDING SUPPLY
PO BOX 4002
NEW ORLEANS, LA 70178

| 12. Exporting Country CN | 13. Export Date 7/20/06 |
|---|---|
| 15. Country of Origin CN | 16. Missing Documents |
| 17. I.T. No. | 18. I.T. Date |

LA STATE

| 19. B.L. or AWB No. BMR00765H | 20. Mode of Transportation 10 | 21. Manufacturer I.D. CNRNAPLA2WDH | 22. Reference No. |
|---|---|---|---|
| 23. Importing Carrier ALEXANDERGRACHT | 24. Foreign Port of Lading 57036 | 25. Location of Goods/G.O. No. P261 - LOUISIANA AVE WHARF LOUISIANA AVE AND RIVER NEW ORLEANS, LA | |
| 26. U.S. Port of Unlading 2002 | 27. Import Date 9/13/06 | | |

| 28. Description of Merchandise | | 32. | 33. | 34. | 35. Duty and I.R. Tax | |
|---|---|---|---|---|---|---|
| 29. No. 30. A. T.S.U.S.A. No.  B. ADA/CVD Case No. | 31. A. Gross Weight  B. Manifest Qty. | A. Net Quantity in T.S.U.S.A. Units | A. Entered Value  B. CHGS  C. Relationship | A. T.S.U.S.A. Rate  A. ADA/CVD Rate  B. I.R.C. Rate  C. Visa No. | Dollars | Cents |
| Mfst Qty: | 1000 PCS | Invoice 001 (J9060710) | | | | |
| 001 PLASTER,BRD,SIM'L,N/C,PAPER FA 6809.11.0000 | 2780000 | 2780000.00KG 403215.60M2 | 698360 CN | Free | 0.00 | |
| Merchandise Processing Fee | | | | 0.21% | 1466.56 | |
| Harbor Maintenance Fee(501 | | | Mdf Related | 0.125% | 872.95 | |
| Inv Value  : $698360 | | | | | | |
| Ent Value  : $698360 | | | | | | |

PERMIT

BLOCK 39 SUMMARY
Merchandise Processing Fee (499)   (499)   485.00
Harbor Maintenance Fee (501)   (501)   872.95
TOTAL                                         1357.95
TOTAL ENTERED VALUE                      698360

36. Declaration of Importer of Record (Owner or Purchaser) or Authorized Agent

I declare that I am the
☐ Importer of record and that the actual
  owner, purchaser or consignee for customs
  purposes is as shown above.     OR
☐ owner or purchaser or
  agent thereof.

☐ I further declare that the merchandise
  ☐ was obtained pursuant to a purchase or
  agreement to purchase and that the prices
  set forth in the invoice are true.     OR

☐ was not obtained pursuant to a purchase or
  agreement to purchase and the statements
  in the invoice as to value or price are true
  to the best of my knowledge and belief.

I also declare that the statements in the documents herein filed fully disclose to the best of my knowledge and belief the true prices, values, quantities, rebates, drawbacks, fees, commissions, and royalties and are true and correct, and that all goods or services provided to the seller of the merchandise either free or at reduced cost are fully disclosed. I will immediately furnish to the appropriate customs officer any information showing a different state of facts.

Notice required by Paperwork Reduction Act of 1980. This information is needed to ensure that importers/exporters are complying with U.S. Customs laws, to allow us to compute and collect the right amount of money, to enforce other agency requirements, and to collect accurate statistical information on imports. Your response is mandatory.

| ↓ U.S. CUSTOMS USE ↓ | | TOTALS | |
|---|---|---|---|
| A. Liq. Code | B. Ascertained Duty | 37. Duty | 0.00 |
| C. Ascertained Tax | | 38. Tax | 0.00 |
| D. Ascertained Other | | 39. Other | 1357.95 |
| E. Ascertained Total | | 40. Total | 1357.95 |

41. Signature of Declarant, Title, and Date  J. W. ALLEN & CO., INC.  ATTORNEY-IN-FACT

MULTIPLE USE

Customs Form 7501 (112295)

JWA-MSJ7-003

TABS:
JERRY BECNEL

U.S. DEPARTMENT OF HOMELAND SECURITY
Bureau of Customs and Border Protection

Form Approved
OMB No. 1651-0024

## ENTRY/IMMEDIATE DELIVERY

J.W. ALLEN & CO.,INC.
200 CROFTON RD, BOX 34 BLDG.7D, SUITE 800 KENNER, LA 7
TEL:504-454-0181
FAX:504-454-0182

BOX
ABI CERTIFIED

19 CFR 142.3, 142.16, 142.22, 142.24

| 1. ARRIVAL DATE | 2. ELECTED ENTRY DATE | 3. ENTRY TYPE CODE/NAME | 4. ENTRY NUMBER |
| --- | --- | --- | --- |
| 091306 | 092006 | 01 | NOR-0635098-5 |
| 5. PORT | 6. SINGLE TRANS. BOND | 7. BROKER/IMPORTER FILE NUMBER | |
| 2002 | | AB35994 | |
| | 8. CONSIGNEE NUMBER | | 9. IMPORTER NUMBER |
| | 72-1614223 | | SAME |
| 10. ULTIMATE CONSIGNEE NAME | | 11. IMPORTER OF RECORD NAME | |
| INTERIOR/EXTERIOR BUILDING SUPPLY | | SAME | |
| PO BOX 4002 | | | |
| NEW ORLEANS, LA 70178 | | | |
| 12. CARRIER CODE | 13. VOYAGE/FLIGHT/TRIP | 14. LOCATION OF GOODS-CODE(S)/NAME(S) | |
| BMAO | 001 | P261 / LOUISIANA AVE WHRF | |
| 15. VESSEL CODE/NAME | | | |
| ALEXANDERGRACHT | | | |
| 16. U.S. PORT OF UNLADING | 17. MANIFEST NUMBER | 18. G.O. NUMBER | 19. TOTAL VALUE |
| 2002 | | | 698360 |

20. DESCRIPTION OF MERCHANDISE
PLASTER, BRD, SIM'L,N/O, PAPER FA

| 21. B/L AWB CODE | 22. IT/BL/AWB NO. | 23. MANIFEST QUANTITY | 24. H.S. NUMBER | 25. COUNTRY | 26. MANUFACTURER NO. |
| --- | --- | --- | --- | --- | --- |
| M | BMAO 0768H | 1000 | 6809.11.0000 | CN | CNXNAPIA2WGH |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 27. CERTIFICATION | 28. CBP USE ONLY |
| --- | --- |
| I hereby make application for entry/immediate delivery. I certify that the above information is accurate, the bond is sufficient, valid, and current, and that all requirements of 19 CFR Part 142 have been met.<br><br>SIGNATURE OF APPLICANT<br>J.W. ALLEN & CO.,INC.<br>PHONE NO.                    DATE<br>TEL:504-454-0181          09/25/06 | ☐ OTHER AGENCY ACTION REQUIRED, NAMELY:<br><br><br>☐ CBP EXAMINATION REQUIRED.<br><br>☐ ENTRY REJECTED, BECAUSE: |
| 29. BROKER OR OTHER GOVT. AGENCY USE<br><br>CES SITE:<br><br>Containers:<br>BBN90-06350 | |
| | DELIVERY AUTHORIZED:   SIGNATURE          DATE |
| | ELECTRONIC ENTRY RELEASE NOTIFICATION PORT C<br>2002.  I certify that proper release for thi<br>cargo has been received from U.S. Customs.<br>Date: 09/25/06-<br>J.W. ALLEN & CO.,INC. |

Paperwork Reduction Act Notice: This information is to determine the admissibility of imports into the United States and to provide the necessary information for the examination of the cargo and to establish the liability for payment of duties and taxes. Your response is necessary. The estimated average burden associated with this collection of information is 15 minutes per respondent depending on individual circumstances. Comments concerning the accuracy of this burden estimate and suggestions for reducing this burden should be directed to Bureau of Customs and Border Protection, Information Services Branch, Washington, DC 20229, and to the Office of Management and Budget, Paperwork Reduction Project (1651-0024), Washington, DC 20503.

CBP Form 3461 (01/89)

JWA-MSJ7-004

可耐福石膏板（芜湖）有限公司
# KNAUF PLASTERBOARD （WUHU) CO. LTD.

To: INTERIOR/EXTERIOR BUILDING SUPPLY,L.P.

## 商 务 发 票
## COMMERICAL INVOICE

发票号码: US-060710
Invoice Number:

订单号: EX-USA-20060705

贸易方式: CIF NEW ORLEANS， LINER IN FREE OUT
Terms of Trade:

Sales Confirmation No.:
发票日期:2006-7-10
Date of Invoice:

| From: Shanghai 装船口岸: | | To: New Orleans 目的地: | |
|---|---|---|---|
| 品 名<br>Description | 数 量<br>Quantity(PCS) | 单 价<br>Unit price(USD) | 金 额<br>Amount(USD) |
| Gypsumboard 12.5mm | 68000 | 10.27 | 698360.00 |
| TAPERED EDGE 68,000PCS(10 PERCENT MORE OR LESS IN QUANTITY) 4'X12'X1/2"AT USD10.27/PC.  LINER IN-FREE OUT, AS PER CONTRACT NO.,EX-USA-20060705. THE NAME OF MANUFACTURED AS KNAUF PLASTERBOARD | | | |
| TOTAL | 68000 | | |

6809.11. 0000 - FEEE.
CO:CN

可耐福石膏板（芜湖）有限公司
KNAUF PLASTERBOARD（WUHU）CO. LTD.

To: Interior/Exterior Building Supply,L.P.

发票号码: US-060710
Invoice Number:

装　箱　单
PACKING LIST

订单号: EX-USA-20060705

Sales Confirmation No.:
发票日期:2006-7-10
Date of Invoice:

| 装船口岸:<br>From: Shanghai | 目的地:<br>To:  New Orleans | | | | | |
|---|---|---|---|---|---|---|
| 品　名<br>Description | 数　量<br>Quantity<br>(packages) | 毛　重<br>Kgs/Pkg | TOTAL(kgs) | Kgs/Pkg | TOTAL(kgs) | |
| Gypsunnboard 12.5mm | 1000 | 2780 | 2780000 | 2580 | 2580000 | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| TOTAL | 1000 | | 2780000 | | 2580000 | |

| | B/L NO. WMAQ076SH |
|---|---|
| **Shipper** KNAUF PLASTERBOARD (WUHU) CO.,LTD NO.2 GANGWAN ROAD, DEVELOPMENT ZONE,WUHU ANHUI 241009,P.R.CHINA ATTN:ZHANG GUANG MIN TEL:0553-5842053 FAX:0553-5841416 | **BILL OF LADING** Nationality of Ocean Vessel |

**Consignee**
WHITNEY NATIONAL BANK 228 ST.CHARLES AVENUE
NEW ORLEANS LA 70130

Shipped on board the vessel named herein in apparent good order and
condition (unless otherwise indicated) the goods or packages specified herein and
to be discharged at the above mentioned port of discharge or as near thereto as the
vessel may safely get and be always afloat.

The weight, measure, marks, numbers, quality, contents and value, being
particulars furnished by the Shipper, are not checked by the Carrier on loading. The
Shipper, Consignee and the Holder of this Bill of Lading hereby expressly accept and
agree to all printed, written or stamped provisions, exceptions and conditions of
this Bill of Lading, including those on the back hereof. One of the Bills of Lading
duly endorsed must be surrendered in exchange for the goods or delivery order.

**Notify Address**
INTERIOR/EXTERIOR BUILDING SUPPLY,L.P.
P.O.BOX 4002,NEW ORLEANS,LOUISIANA,USA
ATTN:CLAY GEARY
TEL:001-985-8922334 FAX:001-985-8097599

In witness whereof, the Carrier or his Agent has signed Bill's of Lading all of
this tenor and date, one of which being accomplished, the others or stand void.

Shippers are requested to note particularly the exceptions and conditions of
this Bill of Lading with reference to the validity of the insurance upon their goods.

**Original**

| Pre-carriage by | *Place of Receipt by Pre-carrier | | | | |
|---|---|---|---|---|---|
| **Ocean Vessel** ALEXANDERGRACHT 07-2006 | **Port of Loading** SHANGHAI | | | | |
| **Port of Discharge** NEW ORLEANS PORT | **Final destination, if goods to be transhipped at port of discharge** NEW ORLEANS PORT | | Freight payable at | Number of original B(s)/L THREE | |
| **Marks & Nos./ Container Nos.** N/M | **Number and kind of packages; description of goods** 1000PACKAGES  GYPSUMBOARD 12.5MM *J.W.ALLEN AND CO.,INC. 200 CROFTON ROAD, 34,KENNER,LA. 70062 ATTN.BILLY AEF SHIPMENT UNDER DECK | | **Gross weight kgs** 2780000KGS BOX FREIGHT PREPAID | **Measurement m³** 4346CBM | |

| **TOTAL PACKAGES (IN WORDS)** | SAY ONE THOUSAND PACKAGES ONLY. |
|---|---|
| Freight and charges | Place B(s)/L issue SHANGHAI **Dated** 20 JUL 2006 |

Signed for the Carrier
~~CHINA MARINE SHIPPING AGENCY~~
SHANGHAI COMPANY LTD.(G)

徐慧洁 AS AGENT(S)

FOR THE CARRIER NAMED ABOVE
FOR AND ON BEHALF OF MASTER CAPT.SCHOLTSZ

* ) Applicable only when document used as a Through Bill of Lading

( PGC FORM 01 ) Printed in ) -1798

JWA-MSJ7-007

# PRIME MARITIME AGENCY, INC.



## ARRIVAL NOTICE / WHARFAGE INVOICE
### M/V ALEXANDERGRACHT
### VOYAGE 07-2006

DATE: AUGUST 29, 2006

TO:   J.W. ALLEN & CO.
ATT:   BILLY APP
FAX:   504-464-0182

ON BEHALF OF OUR PRINCIPAL, HUADAO SHIPPING (FAR EAST) LTD., WE HEREBY INFORM YOU THAT THE ABOVE VESSEL IS EXPECTED TO ARRIVE AT THE PORT OF NEW ORLEANS, LA, ON SEPTEMBER 15, 2006 TO COMMENCE DISCHARGING AT LOUISIANA AVENUE WHARF

IT IS OUR UNDERSTANDING THAT YOUR COMPANY IS RESPONSIBLE FOR THE FOLLOWING BILL(S) OF LADING.

| | | |
|---|---|---|
| LOAD PORT | : | SHANGHAI, CHINA |
| DISCH PORT | : | NEW ORLEANS, LA, |
| B/L(S) | : | BMAO076SH |
| PIECE COUNT | : | 1000 |
| COMMODITY | : | GYPSUM BOARDS |

PLEASE BE ADVISED THAT WE WILL REQUIRE THE FOLLOWING PRIOR TO RELEASING YOUR CARGO.

1.)   ALL U.S. CUSTOMS RELEASES
2.)   CHECK PAYABLE TO PRIME MARITIME AGENCY, INC. FOR WHARFAGE
      CHARGES AND PORT SECURITY FEES AS DESCRIBED BELOW.

WHARFAGE CHARGES:
3058 SHORT TONS AT $2.55 s/t  = $7,797.90

PORT SECURITY FEES:
3058 SHORT TONS AT $.10 s/t = $305.80

TOTAL CHARGES DUE PRIME MARITIME:
$8,103.70

IF ANYONE HAS ANY QUESTIONS PLEASE FEEL FREE TO CALL AT ANYTIME.

BEST REGARDS,
PRIME MARITIME AGENCY, INC.

MATTHEW RICHARD

---

PRIME MARITIME AGENCY, INC., 16710 Hedgecroft, Suite 102  Houston, TX  77060
Tel.: (281) 405-0525, Fax: (281) 405-0529, Telex: 6736347, Cable: PRIMEMAR

1

JWA-MSJ7-009



中华人民共和国出入境检验检疫
ENTRY-EXIT INSPECTION AND QUARANTINE
OF THE PEOPLE'S REPUBLIC OF CHINA

**ORIGINAL**

熏蒸 / 消毒证书   编号 No.: 31040 82060479 45
FUMIGATION/DISINFECTION CERTIFICATE

发货人名称及地址　KNAUF PLASTERBOARD (WUHU) CO., LTD.
Name and Address of Consignor　NO. 2 GAOGWAN ROAD, DEVELOPMENT ZONE, WUHU ANHUI 241009, P.R. CHINA
TEL: 0553-5842083  FAX: 0553-5841416 ATTN: ZHANG GUANG MEN

收货人名称及地址　INTERIOR/EXTERIOR BUILDING SUPPLY, L.P.
Name and Address of Consignee　P.O. BOX 4002, NEW ORLEANS, LOUISIANA, USA
TEL: 001-985-6082234  FAX: 001-985-9997630

品名　300 PCS OF PORTACE FOR GYPSUMBOARD 12.5MM 产品
Description of Goods

Place of Origin　CHINA

报检数量　~1000~ PACKAGES
Quantity Declared　~2780000~ KGS G.W.　~2560000~ KGS N.W.

标记及号码
Mark & No.
N/M

启运港　SHANGHAI
Place of Despatch

到达口岸　NEW ORLEANS
Port of Destination

运输工具　BBYIKKA
Means of Conveyance

## FUMIGATION / DISINFECTION TREATMENT

Date:　14-15 JUL, 2006　　Duration & Temperature:　24　HOURS　20 ℃

Treatment:　FUMIGATION　　Chemical & Concentration:　METHYL BROMIDE 20　g/m³

## ADDITIONAL DECLARATION

ALEXANDERGRACHT V. 0802
B/L: PMA0076SH
**·****



签证地点 Place of Issue　WU SONG, SHANGHAI　签证日期 Date of Issue　21 JUL, 2006

授权签字人 Authorized Officer　WU GUI PING　签 名 Signature

中华人民共和国出入境检验检疫机关及其签证人员对本证书所列内容不负法律责任 No legal liability with respect to this certificate shall attach to the exit/entry inspection and quarantine of the P.R.C. of China or to any of its officers or representatives.

B 1612232

[c¾¹(2000.1.1)]



# KNAUF

可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                                                German WFOE

## CERTIFICATE OF ORIGIN

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN
SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES(68000PCS)

COUNTRY OF ORIGIN: CHINA

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: JULY 20, 2006

中国·安徽省芜湖市经济技术开发区银湖路2号   电话:(0553) 584 2053   传真:(0553)584 1416   邮编:241009
No.2Gong Wan Road,Wuhu 241009,Anhui,China      Tel:(86)(553)584 2053       Fax:(86)(553)584 1416

JWA-MSJ7-011



**KNAUF**
可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.
德商独资                                                     German WFOE

MILL CERTIFICATE

WE HEREBY CERTIFY THAT THE 1/2" GYPSUMBOARDS WERE MANUFACTURED
IN ACCORDANCE TO ASTM C36.

KNAUF PLASTERBOARDS (WUHU) CO. LTD.

DATE: 2006-7-

中国·安徽省芜湖市经济技术开发区港湾路2号    电话:(0553) 584 2053    传真:(0553)584 1418    邮编:241009
No.2Gang Wan Road,Wuhu 241009,Anhui,China    Tel:(86)(553)584 2059    Fax:(86)(553)584 1418

JWA-MSJ7-012



# KNAUF

可耐福石膏板

## 可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
### Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                                        German WFOE

## BENEFICIARY'S SIGNED STATEMENT

WE HEREBY CERTIFY THAT:

A) THE GYPSUMBOARDS (GOODS) SHIPPED WERE PROPERLY PALLETIZED,
WRAPPED, SEALED TO PROTECT THEM AGAINST DAMAGE IN SHIPMENT, AND

B) THAT THE PACKING OF EACH 68 PIECE PALLET CONSISTED OF
WRAPPING THEM WITH 6 PIECES OF REJECTED BOARDS ON EACH SIDE
TO PROTECT AGAINST DAMAGE, PALLETS ARE CONSTRUCTED SO AS TO
ALLOW FOR FORKLIFT LOADING, AND

C) THAT EACH PALLET WAS WRAPPED IN PLASTIC SHEET AND BELTS TO
FURTHER PROTECT AGAINST DAMAGE AND MOISTURE. EACH PALLET WAS
MARKED FOR SIZE, WIDTH, THICKNESS, AND

D) THE GYPSUMBOARDS HAVE END TAPE.

REMARK: CREDIT NO. CM52114


KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE

中国·安徽省芜湖市经济技术开发区银湖路2号   电话:(0553)584 2053   传真:(0553)584 1416   邮编:24 ' 009
No.2Gang Wan Road,Wuhu 241000,Anhui,China     Tel:(86)(553)584  2053     Fax:(86)(553)584  1418

JWA-MSJ7-013



# KNAUF
可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德 商 独 资                                    German WFOE

CERTIFICATE OF QUANTITY, QUALITY AND CONDITION

WE HEREBY CERTIFY THAT THE FOLLOWING GYPSUMBOARDS HAVE BEEN
SHIPPED FROM SHANGHAI, CHINA TO NEW ORLEANS, LOUISIANA.

QUANTITY: 1000 PACKAGES (68000 PCS)

QUALITY : IN ACCORDANCE TO ASTM C36.

CONDITION : IN GOOD CONDITIONS .

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-20

中国·安徽省芜湖市经济技术开发区相岗路2号    电话:(0553) 584 2053    传真:(0553)584 1415    邮编:241009
No.2Gang Wan Road(Wuhu) 241009,Anhui,China    Tel:(86)(553)584 2053    Fax:(86)(553)584 1415



可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

注册商标                                                         German WFOE

CERTIFICATE

WE HEREBY CERTIFY THAT ONE SET TO NON-NEGOTIABLE COPIES OF
REQUIRED DOCUMENTS HAS BEEN SENT TO APPLICANT BY COURIER
SERVICE AT THE ADDRESS OF: 727 SOUTH CORTEZ ST., NEW
ORLEANS, LA. 70119.

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-

中国·安徽省芜湖市经济技术开发区翔湾路2号    电话:(0553) 584 2053    传真:(0553)584 1416    邮编:241009
No.2Xiang Wan Road,Wuhu 241009,Anhui,China    Tel:(86)(553)584 2053    Fax:(86)(553)584 1416

JWA-MSJ7-015



**KNAUF**

可耐福石膏板

可 耐 福 石 膏 板 （ 芜 湖 ） 有 限 公 司
Knauf Plasterboard (Wuhu) Company LTD.

德商独资                                              German WFOE

## CERTIFICATE OF WARRANTY

WE HEREBY CERTIFY THAT THE GYPSUMBOARDS MANUFACTURED AND SOLD
TO INTERIOR/EXTERIOR BUILDING SUPPLY, L.P. ARE GUARANTEED TO
BE FREE FROM DEFECTS IN MATERIALS AND WORKMANSHIP.

KNAUF PLASTERBOARD (WUHU) CO. LTD.

DATE: 2006-7-26

中国，安徽省芜湖市经济技术开发区港湾路2号   电话:(0553) 584 2053   传真:(0553)584 1410，邮编:241009
No.2Gang Wan Road,Wuhu  241009,Anhui,China   Tel:(86)(553)584  2053       Fax:(86)(553)584  1410

JWA-MSJ7-016



**AIU Insurance Company Shanghai Branch**

A Member of American International Group, Inc.

18/F Bank Of China Tower
200 Yincheng Road Central
Pudong Shanghai
P.R.China 200120
Tel: (8621) 28938000
Fax: (8621) 28938008 / 58758789
Hotline: 800-920-8019

**CARGO POLICY**

Policy No : _____

| | | |
|---|---|---|
| THE ASSURED : | INTERIOR/EXTERIOR BUILDING SUPPLY,L.P. | |

| CONVEYANCE : | ALEXANDERGRACHT | DEPARTING ON OR ABOUT : | Jul 20, 2006 | AMOUNT INSURED : | USD 788,198.00 |
|---|---|---|---|---|---|
| FROM: | SHANGHAI, CHINA | TO: | NEW ORLEANS, U.S.A. | TRANSHIP AT : | |

| SUBJECT MATTER INSURED : | MARKS & NUMBERS : |
|---|---|
| GYPSUMBOARD—石膏板<br>板共1000件 | IJS-050710 |

SO VALUED

INSTITUTE CARGO CLAUSES (A) - 1/1/82
INSTITUTE CLASSIFICATION CLAUSE - 1/8/97
INSTITUTE WAR CLAUSES (CARGO)-1/1/82
INSTITUTE RADIOACTIVE CONTAMINATION EXCLUSION CLAUSE 1/10/90.
YEAR 2000 EXCLUSION CLAUSE OF CIRC
IT IS WARRANTED THAT THE GOODS INSURED ARE BRAND NEW
TERMINATION OF TRANSIT CLAUSE (TERRORISM) OF JOINT CARGO
COMMITTEE
INSTITUTE EXTENDED RADIOACTIVE CONTAMINATION EXCLUSION
CLAUSE
CHEMICAL, BIOLOGICAL, BIO-CHEMICAL, ELECTROMAGNETIC WEAPONS
AND CYBER ATTACK EXCLUSION CLAUSE (U.S.A.)
THIS POLICY IS SUBJECT TO A DEDUCTIBLE OF 5% OF SUM INSURED ON
THE WHOLE CONSIGNMENT FOR EACH AND EVERY LOSS.
NEGOTIABLE INSURANCE CERTIFICATE OF POLICY COVERING MARINE
AND WAR AND ALL RISKS FOR 110 PERCENT OF FULL OF INVOICE VALUE

EXCLUDING ANY LOSS OR OR DAMAGE TO THE INSURED GOODS
CAUSED BY THE CHANGE OF TEMPERATURE AND HUMIDITY DURING THE
NORMAL COURSE OF TRANSIT
WARRANTED THAT THE GOODS SHOULD BE KEPT UNDER DECK WHEN
SHIPPED BY SEA

| CLAIM REPRESENTATIVE : | SETTLING AGENT : |
|---|---|
| AI Marine Adjusters, Inc.<br>975 Baring Drive - Ste. 600<br>Houston, Texas 77057<br>Tel: (713) 268-8600<br>Fax: (713) 268-8680<br>Email:USA.MarineCLM@aig.com | AI Marine Adjusters, Inc.<br>975 Baring Drive - Ste. 600<br>Houston, Texas 77057<br>Tel: (713) 268-8600<br>Fax: (713) 268-8680<br>Email:USA.MarineCLM@aig.com |

| Claim, if any, payable at : | NEW ORLEANS |
|---|---|

IMPORTANT
PROCEDURE IN THE EVENT OF LOSS OR DAMAGE FOR WHICH UNDERWRITERS MAY BE LIABLE
LIABILITY OF CARRIERS, BAILEES OR OTHER THIRD PARTIES

[small print paragraphs]

Issued at :   SHANGHAI
Date :   Jul 19, 2006
UWI-4-003-M-01

For and on behalf of
AIU Insurance Company Shanghai Branch

Authorized Representative
MARINE DEPT.

28-9-15号501室
15-M. FL., No.728, Xi
Zang Road (M), Huangpu
District, Shanghai, China

上海伟华海事谘询有限公司
CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.
FOUNDED 1953

FAX: 86-21-6350-1775
E-mail: rocky@surveycms.com.tw

# SURVEY REPORT

**REPORT NO.: MS-B-Z6056**       **PLACE: SHANGHAI**       **DATE: 21 JULY 2006**

## M.V. "ALEXANDER GRACHT"

## PRE-LOADING SURVEY OF GYPSUM BOARDS IN BUNDLES AT SHANGHAI PORT, CHINA ON 20 JULY 2006

THIS IS TO CERTIFY THAT we, at the request of Weida Freight System, Shanghai, China, for the interests of the Receiver – Interior/Exterior Building Supply, New Orleans, U.S.A., did attend on board

## M.V. "ALEXANDER GRACHT"

on 20 July 2006 whilst she was alongside berth No. 7 of Zhanghuabang Terminal, Shanghai Port, China, in order to survey and report on the pre-loading condition of Gypsum boards to be exported from Shanghai, China to New Orleans, U.S.A. We hereby report our survey result as follows:

**1.0**    **SHIP'S PARTICULARS:**

| Name of Vessel: | M.V. "ALEXANDER GRACHT" |
|---|---|
| Port of Registry: | Amsterdam, Netherlands |
| Kind of vessel | Multi-Purpose Dry Cargo Carrier |
| Call Sign | P C K U |
| Official No. | 5676 ZG 1989 |
| IMO No. | 8811950 |
| Year of Built | 1991 |
| Built by | Harlingen, Netherlands |
| Classification | Lloyds 100A1 Iceclasss 1A LMC UMS |
| Owners | C.V. Scheepvaartondernaming Alexandergracht & C. V. Scheepvaartondernaming Raamgracht |
| Operators | Spliethoff's Bevrachtingskantoor Amsterdam |
| Master | Capt. Scheepstra Michel G |

JWA-MSJ7-018

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                    No. MS-B-Z6050

**Tonnage:**

| Gross Tonnage | 7,949 mt |
|---|---|
| Net Tonnage | 4,157 mt |
| Summer DWT | 12,239 mt |
| Summer Draft | 8.613 M |

**Principal Dimensions:**

| L.O.A. | 129.60 M |
|---|---|
| Breadth Moulded | 18.90 M |

**Ventilation System of Cargo Holds:**

| Number of hatch ventilator hold | Two (2) ventilators |
|---|---|
| Ventilation system | Machine ventilation |

**Holds' Tank Top Strength:**

According to the vessel's particulars, the strength of the tank top in hold is 20.0 mt/m², the strength of tweendeck in hold is 3.7 mt/m².

**Description of Vessel:**

The vessel is a multi-purpose dry cargo carrier. She is built with a raised forecastle, 3 cargo-holds, 3 hatches and served with hydraulically McGregor folding type steel hatch covers. Each cargo hold is equipped with tween deck. The navigation-bridge, accommodation space and engine room are located aft.

2.0     STATUTORY CERTIFICATIONS:

| Title of Certificate | Issued date | Expiry date | Remark |
|---|---|---|---|
| Registration Certificate | 2004.05.25 | 2008.05.25 | Valid |
| International Tonnage Certificate | 1990.12.20 | Permanent | Valid |
| Certificate of Class | 2006.03.02 | 2011.01.11 | Valid |
| Cargo Ship Safety Certificate | 2006.04.20 | 2011.01.10 | Valid |
| Load Line Certificate | 2006.04.20 | 2011.01.10 | Valid |
| Minimum Safe Manning Certificate | 2006.04.20 | 2011.01.10 | Valid |
| IOPP Certificate | 2006.04.20 | 2011.01.10 | Valid |
| SMC Certificate | 2004.03.17 | 2009.03.17 | Valid |
| DOC | 2003.05.20 | 2008.05.20 | Valid |
| International Ship Security Cert. | 2004.06.15 | 2009.05.19 | Valid |
| IAPP Certificate | 2006.03.20 | 2011.01.11 | Valid |

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.            No. MS-B-Z6056

Review of Vessel's Statutory Certificates:

All the vessel's statutory certificates including ship's Registration, International Tonnage, Safety Construction, Safety Equipment, Safety Radiotelegraphy and International Load Line were checked by our attending surveyor and all were noted to be valid.

3.0     CONDITION OF VESSEL'S HOLDS AND HATCHES:

3.1     The vessel arrived and berthed at Zhanghuabang Terminal, Shanghai Port, China at 10:00 hours on 20 July 2006.  As per instruction, we attended on board M.V. "ALEXANDER GRACHT" after she was berthed at the wharf on 20 July 2006.  Prior to loading, we inspected the condition of the vessel's cargo holds Nos. 1, 2 & 3 and the hatch fittings to be utilized for handling and stowing cargo of Gypsum boards on 20 July 2006.

3.2     Prior to loading we examined the condition of the vessel's holds and hatches on 20 July 2006 and noted the followings:

| No. | Description | Condition |
|-----|-------------|-----------|
| 1 | Hatch covers: | Satisfactory / Served with hydraulically Mcgregor folding type steel hatch covers. |
| 2 | Hatch closing devices including compression bars, side cleats with their adjustment nuts, and rubber washers, cross joints, and rubber gaskets, etc.: | Satisfactory / There was no evidence of seepage water out of the hatch covers. |
| 3 | Hatch openings/closing riggings: | All hatch openings / closing riggings were tested and in satisfactory condition. |
| 4 | Hatch coamings: | Satisfactory / The hatch coaming sets were 1.55 M in height. |
| 5 | Hold sides: | Satisfactory |
| 6 | Bulkheads: | Satisfactory |
| 7 | Access ladders: | Satisfactory |
| 8 | Tank-tops: | Unable to check because the tank-top was stowed with other cargo. |
| 9 | Bilge wells: | Unable to check because the lower holds were stowed with other cargo. |
| 10 | Top side wing tanks manholes: | Not applicable |
| 11 | Double bottom tank manholes: | Satisfactory |

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                 No. MS-B-Z6056

| 12 | Entrance manhole dogs and rubber packing of the holds: | Satisfactory |
|----|--------------------------------------------------------|--------------|
| 13 | Holds' ventilators: | Satisfactory |
| 14 | Holds' sounding pipes and air pipes: | Satisfactory |
| 15 | Condition of the weather deck: | Satisfactory |

Note:

1) From what we have found, we are of the opinion that the vessel's holds were suitable for loading and stowing the cargo of Gypsum Boards in bundles.

2) According to the deck logbook, there was no record of cargo wet damage on account of no water intrusion in the last 3 months.

**4.0   DESCRIPTION OF CARGO OF GYPSUM BOARD LOADED IN SHANGHAI, CHINA**

According to the cargo manifest, a total of 1,000 packages or 2,780,000 Kgs of Gypsum Board in bundles were loaded on board the M.V. "ALEXANDERGRACHT" at Shanghai, China for New Orleans, U.S.A.

**5.0   JOINT SURVEY ATTENDEES:**

We attended on board M.V. "ALEXANDER GRACHT" while she was berthed at Zhanghuabang Terminal, Shanghai Port, China on 20 July 2006.

We supervised the loading process of all loading hatches of the vessel in conjunction with the following parties concerned in order to prevent any defective cargo from being loaded on board.

| Capt. Scheepstra Michel G | Master of M.V. "ALEXANDER GRACHT" |
|---------------------------|-----------------------------------|
| Mr. Sinke Cornelis J. D | The Chief Office of M.V. "ALEXANDE RGRACHT" |
| Mr. Sun Feng | The vessel's port agent |
| Mr. Liu Cheng Hui | The vessel's port Captain |
| Mr. Zhang | The surveyor appointed by the Owners |
| Mr. Benny Gao | The shipper's superintendent |

**6.0   PRE-LOADING INSPECTION AT SHANGHAI, CHINA**

6.1   The vessel arrived and berthed at Zhanghuabang Terminal, Shanghai Port, China at 10:00 hours on 20 July 2006.

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.          No. MS-H-Z5056

6.2     We attended on board the vessel after she was berthed on 20 July 2006 for cargoworthiness inspection.

6.3     The cargo loading in Zhanghuabang Terminal, Shanghai port, China was commenced at 10:30 hours on 20 July 2006.

6.4     The Gypsum Boards loaded on board the vessel in Shanghai was stowed on the tween decks in the vessel's holds Nos. 1, 2 and 3.

6.5     The loading of Gypsum Boards in Zhanghuabang Terminal, Shanghai port, China was completed at 21:10 hours on 20 July 2006. The cargo of Gypsum Boards in bundles loaded/stowed on the tween decks of the vessel's holds was well secured and chocked.

6.6     After loading and securing/chocking, we checked the hatches closing in conjunction with the vessel's Chief Officer and crewmembers between 21:15 hours and 21:20 hours on 20 July 2006, which was found in a satisfactory condition.

7.0     **CARGO LOADING AND CHOCKING:**

7.1     The cargo loading operation of the bundled Gypsum boards was carried out by two (2) shore gantry cranes and three (3) ship's cranes with wire slings and nylon belt. The cargo of Gypsum boards in bundles was transported by mobile trailers and barges to the ship's side for loading.

7.2     After loading, the cargo of Gypsum boards in bundles stored on the tween decks in the vessel's cargo holds Nos.1, 2 and 3 was well chocked by wooden sticks.

8.0     **STOWAGE OF GYPSUM BOARD IN HOLDS:**

8.1     According to the stowage plan record, a total of 247 packages or 686.6 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.1.

8.2     According to the stowage plan record, a total of 402 packages or 1,117.6 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.2.

8.3     According to the stowage plan record, a total of 351 packages or 975.8 M/T of Gypsum boards in bundles were loaded on the tween deck to a height of 6 tiers in the vessel's cargo hold No.3.

JWA-MSJ7-022

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                    No. MS-B-Z6056

9.0     WEATHER CONDITION DURING LOADING:

The weather condition during loading in Shanghai, China on 20 July 2006 was overcast.

10.0    TIME LOG:

1) The vessel arrived and berthed at No. 7 of Zhanghuabang Terminal, Sahnghai Port, China at 10:00 hours on 20 July 2006.
2) At 10:30 hours on 20 July 2006, commencing cargo loading.
3) At 19:30 hours on 20 July 2006, completing loading.
4) At 21:10 hours on 20 July 2006, the checking/securing operation of the gypsum boards in the vessel's holds was completed.
5) After completion of loading and the cargo securing, the vessel departed from Shanghai port, China at about 21:30 hours on 20 July 2006.

11.0    CARGO CONDITION:

From what we have surveyed, we are of the opinion that the cargo of Gypsum boards in bundles loaded and stowed on the tween decks in the vessel's cargo holds Nos.1, 2 and 3 remained in normal condition except the followings:

1) Before loading, 500 bundles of the gypsum boards were stowed in the terminal's sheltered warehouse pending loading. The rest 500 bundles of the Gypsum boards covered with tarpaulins were stowed on board the barge "WAN CHI ZHOU HUO 0588" pending loading.

2) Before loading, we inspected the condition of the Gypsum boards in bundles in the sheltered warehouse and on board the barge. During checking, we assessed about 12% of the bundled Gypsum boards were cracked/damaged at the corners, sides and edges of the bundles. In addition, the Gypsum boards adjacent to the cracked/damaged areas of the bundles were also damaged to various degrees before loading.

3) During loading, we assessed about 15% of the bundled gypsum boards were cracked/damaged at the corners, sides and edges of the bundles resulting from rough handling. In addition, the Gypsum boards adjacent to the cracked/damaged areas of the bundles were also damaged to various degrees during loading.

JWA-MSJ7-023

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.                    No. MS-H-Z6056

4)  From what we have surveyed and assessed, we are of the opinion that about a total of 27% of the bundled Gypsum boards were cracked/damaged at the corners, sides and edges of the bundles.

**12.0      ATTACHMENTS:**

12.1     A copy of the vessel's particulars
12.2     A copy of the Load Plan issued by port Captain
12.3     A copy of the cargo manifest
12.4     A copy of the stowage plan issued by China Ocean Shipping Tally Company Shanghai branch. (2 pages)
12.5     A set of photographs taken at the time of our survey

This report is issued in good faith and to the best of our knowledge and ability, but without prejudice to the interests of the parties concerned and without liability on our part.

CHINA MARINE SURVEYORS & SWORN MEASURERS' CORP.

ROCKY STONE

SHANGHAI MANAGER