UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 *(Gross)* | MAGISTRATE JUDGE WILKINSON |

### DEFENDANT J.W. ALLEN & CO., INC.'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant J.W. Allen & Co., Inc., ("J.W. Allen") respectfully submits this statement of undisputed facts in support of its motion for summary judgment in the above captioned case.

1. That J.W. Allen is a Louisiana corporation with its registered office and principal place of business located at 200 Crofton Road, Building 7D, Suite 800, Kenner, Louisiana 70062. Affidavit of William S. App, Jr. ¶ 4 (Exhibit 1 attached thereto).

2. That J.W. Allen is a federally licensed customs broker and has been continuously so licensed since February 13, 1987. Affidavit of William S. App, Jr. ¶ 5 (Exhibit 2 attached thereto).

PD.4018808.1

3. That J.W. Allen is a federally licensed freight forwarder and has been continuously so licensed since October 7, 1963. Affidavit of William S. App, Jr. ¶ 6 (Exhibit 3 attached thereto).

4. That in 2006, J.W. Allen served as the licensed customs broker and freight forwarder for Interior/Exterior Building Supply L.P. ("Interior/Exterior") with respect to four shipments of plasterboard (collectively "Plasterboard") manufactured and exported by both Knauf Plasterboard (Wuhu) Co. Ltd. and Knauf Plasterboard (Tianjin) Co. Ltd. (collectively "Knauf"). Affidavit of William S. App, Jr. ¶ 7 (four bills of lading and related documents attached as Exhibits 4-7 thereto); Affidavit of Rudy J. Remont ¶ 4 (four bills of lading and related documents attached as Exhibits 4-7 thereto).

5. That J.W. Allen performed its duties as customs broker and freight forwarder pursuant to a Customs Power of Attorney with Interior/Exterior. Affidavit of William S. App, Jr. ¶ 8 (Customs Power of Attorney attached as Exhibit 8 thereto).

6. That J.W. Allen has no contractual relationship with any of the plaintiffs listed in the captioned action. Affidavit of William S. App, Jr. ¶ 9.

7. That in 2006 Rudy J. Remont was an employee of J.W. Allen. Affidavit of William S. App, Jr. ¶ 10; Affidavit of Rudy J. Remont ¶ 2.

8. That Rudy J. Remont traveled to China to view the packaging of the Plasterboard for shipping purposes only and stowage of the Plasterboard on the vessel used for transport to the United States. Remont did not take part in physically loading the

Plasterboard onto a truck or ship. Affidavit of William S. App, Jr. ¶ 11; Affidavit of Rudy J. Remont ¶¶ 5, 8.

9. That J.W. Allen is a separate and distinct corporate entity, unrelated to either Knauf or Interior/Exterior. Affidavit of William S. App, Jr. ¶ 12.

10. That J.W. Allen never had custody or physical control over the Plasterboard and did not design, manufacture, modify, inspect, test, distribute, supply, market or install the Plasterboard. Affidavit of William S. App, Jr. ¶ 13; Affidavit of Rudy J. Remont ¶¶ 9–10.

11. That J.W. Allen never purchased, sold, owned, or held title to the Plasterboard. Affidavit of William S. App, Jr. ¶ 14; Affidavit of Rudy J. Remont ¶ 10.

12. That J.W. Allen had no knowledge during the course of its duties as a customs broker and freight forwarder of the properties of the Plasterboard or any defects in the Plasterboard. Affidavit of William S. App, Jr. ¶ 15; Affidavit of Rudy J. Remont ¶ 11.

13. That J.W. Allen gave no warranties as to the quality of the Plasterboard. Affidavit of William S. App, Jr. ¶ 16; Affidavit of Rudy J. Remont ¶ 12.

14. That J.W. Allen did not suggest that Interior/Exterior seek to import Chinese drywall. 30(b)(6) Deposition of Interior/Exterior p. 88–89 (Attached as Exhibit A to Memorandum in Support).

PD.4018808.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Brent B. Barriere
      Brent B. Barriere, (Bar #2818)
      Susie Morgan, (Bar #9715)
      D. Skylar Rosenbloom, (Bar #31309)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: barrierb@phelps.com
             susie.morgan@phelps.com
             skylar.rosenbloom@phelps.com

**CHAFFE MCCALL, LLP**

BY:   /s/ J. Dwight LeBlanc, Jr.
      J. Dwight LeBlanc, Jr. (Bar #8195)
      2300 Energy Centre
      1100 Poydras Street
      New Orleans, Louisiana 70163
      Telephone: (504) 585-7013
      Cell: (504) 389-6810
      Telecopier: (504) 585-7075
      Email: leblanc@chaffe.com

ATTORNEYS FOR J. W. ALLEN & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *J.W. Allen & Co., Inc.'s Statement of Undisputed Facts in Support of Its Motion for Summary Judgment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

/s/ Brent B. Barriere