UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, J.W. Allen & Co., Inc.'s Motion for Summary Judgment shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 23rd day of June, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

PD.4014350.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: /s/ Brent B. Barriere
    Brent B. Barriere, (Bar #2818)
    Susie Morgan, (Bar #9715)
    D. Skylar Rosenbloom, (Bar #31309)
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    Email: barrierb@phelps.com
        susie.morgan@phelps.com
        skylar.rosenbloom@phelps.com


**CHAFFE MCCALL, LLP**

BY: /s/ J. Dwight LeBlanc, Jr.
    J. Dwight LeBlanc, Jr. (Bar #8195)
    2300 Energy Centre
    1100 Poydras Street
    New Orleans, Louisiana 70163
    Telephone: (504) 585-7013
    Cell: (504) 389-6810
    Telecopier: (504) 585-7075
    Email: leblanc@chaffe.com

ATTORNEYS FOR J. W. ALLEN & CO., INC.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

/s/Brent B. Barriere