UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Uniform Local Rule 78.1E, defendant J.W. Allen & Co., Inc. respectfully requests oral argument on its Motion for Summary Judgment.

J.W. Allen & Co., Inc. believes that oral argument will assist the Court in its ruling on this matter.

**WHEREFORE** J.W. Allen & Co., Inc. prays that the Court grant oral argument on its Motion for Summary Judgment.

PD.4014208.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:  /s/ Brent B. Barriere
     Brent B. Barriere, (Bar #2818)
     Susie Morgan, (Bar #9715)
     D. Skylar Rosenbloom, (Bar #31309)
     Canal Place
     365 Canal Street • Suite 2000
     New Orleans, Louisiana 70130-6534
     Telephone: (504) 566-1311
     Telecopier: (504) 568-9130
     Email: barrierb@phelps.com
          susie.morgan@phelps.com
          skylar.rosenbloom@phelps.com


**CHAFFE MCCALL, LLP**

BY:  /s/ J. Dwight LeBlanc, Jr.
     J. Dwight LeBlanc, Jr. (Bar #8195)
     2300 Energy Centre
     1100 Poydras Street
     New Orleans, Louisiana 70163
     Telephone: (504) 585-7013
     Cell: (504) 389-6810
     Telecopier: (504) 585-7075
     Email: leblanc@chaffe.com

ATTORNEYS FOR J. W. ALLEN & CO., INC.

2

PD.4014208.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Request for Oral Argument* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

/s/ Brent B. Barriere