UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION: "L" (2) |
| | * | |
| THIS DOCUMENT APPLIES TO: | * | JUDGE ELDON E. FALLON |
| (*Joyce W. Rogers v. Knauf Gips, et al*) | * | |
| (2:10-cv-362)                                          * | | MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE OF COUNSEL**

**TO THE HONORABLE JUDGE ELDON E. FALLON:**

Defendant gives notice to the Court that Matthew J. Ungarino of the firm of Ungarino & Eckert, L.L.C., will be counsel of record for defendant, Richard B. Hoover.  Notice of this designation is provided to all of the parties as required by the Federal Rules of Civil Procedure.

Dated: June 4, 2010

                                         Respectfully submitted,

                                         **UNGARINO & ECKERT, L.L.C.**

                                         By: /s/ Matthew J. Ungarino
                                         Matthew J. Ungarino
                                         3850 N. Causeway Boulevard
                                         Suite 1280
                                         Metairie, LA   70002
                                         Telephone:  (504) 836-7565
                                         Facsimile:  (504) 836-7566
                                         E-Mail: mungarino@ungarino-eckert.com
                                         ***Attorney for Richard B. Hoover***

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 4th day of June 2010, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Matthew J. Ungarino