IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| _____ | * * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT, RESIDENTIAL DRYWALL, INC.'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Defendant, RESIDENTIAL DRYWALL, INC. (hereinafter "RESIDENTIAL"), by and through counsel, hereby moves this Honorable Court for the entry of an Order granting RESIDENTIAL an enlargement of time in which to submit Installer Profile Forms in the above-referenced action. RESIDENTIAL is diligently working to gather the information requested therein, but is in need of additional time to complete the Installer Profile Forms.

WHEREFORE, Defendant, RESIDENTIAL DRYWALL, INC., respectfully request that this Court grant RESIDENTIAL an extension of time, through and including June 25, 2010, in order to submit the Installer Profile Forms in the above-referenced action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically uploading the same

to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED<br>DRYWALL PRODUCTS LITIGATION | * <br> * <br> * <br> * <br> * | MDL NO. 2047 <br><br> SECTION: "L" |
| THIS DOCUMENT RELATES TO:<br>Payton, et al. v. Knauf Gips KG, et al.<br><br>Case No. 09-7628, Sect. L MAG 2 | * <br> * <br> * <br> * <br> * <br> * | <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

*********************************************

## ORDER ON DEFENDANT, RESIDENTIAL DRYWALL, INC.'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendants, RESIDENTIAL DRYWALL, INC.'s Ex Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Ex Parte Motion if GRANTED. Defendant shall have up to and including June 25, 2010, to submit their Installer Profile Forms.

New Orleans, Louisiana this _____ day of June 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE