UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | |
| Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al. | : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361, Sect. L Mag. 2 | : | |

## ORDER

**Considering the foregoing**;

**IT IS ORDERED** that Defendant, Better Boxing Company, be and is hereby granted an additional twenty (20) days, up to and including June 28, 2010, within which to file responsive pleadings in the above-captioned matter.

New Orleans, Louisiana, this 4th day of June, 2010.

_____
**UNITED STATES DISTRICT JUDGE**