UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 10-362<br>*Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : : |  |

### ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendants, Centerline Homes at Georgetown, LLC, Centerline Homes at Port St. Lucie, LLC, Centerline Homes, Inc., and Completed Communities II, LLC's *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including June 25, 2010, to submit their respective Builder Profile Forms.

New Orleans, Louisiana this   4th   day of June 2010.

*[signature]*
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**