## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, *et al.* v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | : : : : : : : | JUDGE: FALLON MAG. JUDGE WILKINSON |

### HARBOR WALK DEVELOPMENT, LLC'S MOTION TO DISMISS

COMES NOW the defendant, Harbor Walk Development, LLC ("Harbor Walk"), by counsel, and moves this Court for an Order dismissing the claims of the Plaintiffs pursuant to Rules 12(b)(2) and 12(b)(3) of the Federal Rules of Civil Procedure for the reasons stated in the attached Memorandum. Specifically, Harbor Walk is not subject to, nor has it submitted to the jurisdiction of this Court, and accordingly, the Eastern District of Virginia is an improper venue for the proceedings against Harbor Walk.

WHEREFORE, Defendant Harbor Walk Development, LLC prays that its Motion to Dismiss, pursuant to F.R.C.P. Rule 12 be granted and that this Honorable Court dismiss the Plaintiffs' claims against it as this Court does not have personal jurisdiction over Harbor Walk, and the Eastern District of Louisiana is an improper venue for any claims against Harbor Walk.

HARBOR WALK DEVELOPMENT, LLC

By: /s/ _____
       Counsel

John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Harbor Walk Development, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 4th day of June, 2010.

_____/s/_____
Christopher J. Wiemken

Christopher J. Wiemken (VSB No. 43299)
John Franklin, III (VSB No. 13267)
James E. Brydges, Jr. (VSB No. 4420)
Brian N. Casey (VSB No. 26710)
TAYLOR & WALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
 Counsel for Harbor Walk Development, LLC