IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

IN RE: CHINESE-MANUFACTURED DRYWALL    :    MDL NO: 2047
PRODUCTS LIABILITY LITIGATION,         :
                                        :    SECTION: L
THIS APPLIES TO:                        :
KENNETH and BARBARA WILTZ, *et al.*     :    JUDGE: FALLON
v.                                      :    MAG. JUDGE WILKINSON
BEIJING NEW BUILDING MATERIALS          :
PUBLIC LTD., et al.                     :
Case No. 2:10-cv-361-EEF-JCW            :
                                        :

## AFFIDAVIT

COMMONWEALTH OF VIRGINIA;
~~COUNTY~~ / CITY OF _Dayolle_

BEFORE ME, the undersigned authority, personally came and appeared:

JEFFREY WERMERS

Who, after being duly sworn, did state as follows:

1. He is the Vice-President of Genesis Group, Inc, which was a member of Harbor Walk
   Development, LLC through approximately November 17, 2007.

2. Harbor Walk Development, LLC is a Virginia limited liability company with its principal
   place of office located in Los Angeles, California.

3. In that capacity, he is familiar with the nature of the business, including the general, day-
   to-day operations of Harbor Walk Development, LLC.

4. He is of proper age, of sound mind, and capable for providing this Affidavit.

5. Harbor Walk Development, LLC was not authorized to do, and has never done, any
   business in the State of Louisiana to the best of my knowledge.

EXHIBIT 1

6. Harbor Walk Development, LLC is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of the development land for residential construction.

7. Harbor Walk Development, LLC does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

8. He is not personally, or in his capacity as Vice-President of Genesis Group, Inc, which was a member of Harbor Walk Development, LLC, aware of Harbor Walk Development, LLC performing any work in the State of Louisiana.

9. Harbor Walk Development, LLC has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana to the best of his knowledge.

10. Harbor Walk Development, LLC has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers to the best of his knowledge.

11. Harbor Walk Development, LLC does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana to the best of his knowledge.

12. Harbor Walk Development, LLC does not, and has never solicited any business in the State of Louisiana to the best of his knowledge.

13. To the best of his knowledge, Harbor Walk Development, LLC has not done any business in the State of Louisiana since November, 2007.

By: _____

**JEFFREY WERMERS**
Vice-President
Genesis Group, Inc., as former member
of Harbor Walk Development, LLC


COMMONWEALTH OF VIRGINIA
CITY/~~COUNTY~~ OF _____, to-wit:

The foregoing instrument was acknowledged before me this _____ day of _____, 2010, by Jeffrey Wermers.

_____
NOTARY PUBLIC

My Commission Expires: _____
My Registration Number: _____