## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : : : : : : : : : | MDL NO: 2047 SECTION: L JUDGE: FALLON MAG. JUDGE WILKINSON |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, *et al.* v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, Parallel Design and Development, LLC (misidentified as "Parellel Design and Development, LLC"), has filed its Motion to Dismiss.

PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on June 24, 2010 at 9:00 am, before the Honorable Eldon E. Fallon.

                              PARALLEL DESIGN AND DEVELOPMENT, LLC

                              By:_____/s/_____
                                                     Counsel

Christopher J. Wiemken (VSB #43299)
John Franklin, III (VSB #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 (fax)
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Parallel Design and Development, LLC

**CERTIFICATE OF SERVICE**

     I hereby certify that the above Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 4th day of June, 2010.

                                                                                  /s/
                                                       Christopher J. Wiemken

Christopher J. Wiemken (VSB No. #43299)
John Franklin, III (VSB No. #13267)
Dannille Hall-McIvor. (VSB #74098)
TAYLOR & WALKER, P.C.
555 East Main Street, Suite 1300
Norfolk, VA 23510
(757) 625-7300
(757) 625-1504 Facsimile
jfranklin@taylorwalkerlaw.com
cwiemken@taylorwalkerlaw.com
dhall-mcivor@taylorwalkerlaw.com
Counsel for Parallel Design and Development, LLC