IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, et al. v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW | JUDGE: FALLON MAG. JUDGE WILKINSON |

### AFFIDAVIT

COMMONWEALTH OF VIRGINIA:
~~COUNTY~~ / CITY OF Norfolk :

BEFORE ME, the undersigned authority, personally came and appeared:

JEFFREY WERMERS

Who, after being duly sworn, did state as follows:

1. He is the President of Wermers Development, Inc., a Virginia corporation, with its principal place of business located in Norfolk, Virginia.

2. In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of Wermers Development, Inc.

3. He is of proper age, of sound mind, and capable for providing this Affidavit.

4. Wermers Development, Inc. is not authorized to do, and has never done, any business in the State of Louisiana.

5. Wermers Development, Inc. is licensed to do business in the Commonwealth of Virginia and is a company that is in the business of managing construction projects for development companies.

EXHIBIT 1

6. Wermers Development, Inc. does not manufacture or sell any products.

7. He is not personally, or in his capacity as President of Wermers Development, Inc., aware of Wermers Development, Inc. performing any work in the State of Louisiana.

8. Wermers Development, Inc. has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. Wermers Development, Inc. has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. Wermers Development, Inc. does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. Wermers Development, Inc. does not, and has never solicited any business in the State of Louisiana.

By: _____
JEFFREY WERMERS
President
Wermers Development, Inc.

COMMONWEALTH OF VIRGINIA
CITY/~~COUNTY~~ OF _Norfolk_, to-wit:

The foregoing instrument was acknowledged before me this 2nd day of _June_, 2010, by Jeffrey Wermers.

_____
NOTARY PUBLIC

My Commission Expires: 4/30/2013
My Registration Number: 210584

[Notary Seal: VICTORIA A. WILHELM, NOTARY PUBLIC, MY COMMISSION NUMBER 210584, COMMONWEALTH OF VIRGINIA]

2