UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ALL CASES | JUDGE FALLON |
| _____ / | MAG. JUDGE WILKINSON |

## **ORDER**

CONSIDERING the Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss for Lack of Personal Jurisdiction by Defendant RJL DRYWALL, INC.,

IT IS HEREBY ORDERED that the Motion to Stay Discovery is GRANTED; and

IT IS FURTHER ORDERED that Defendant RJL DRYWALL, INC. shall not be required to participate in discovery prior to this Court's disposition of RJL DRYWALL, INC.'s Motion to Dismiss for Lack of Personal Jurisdiction.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon

United States District Court Judge