UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON

Payton, et al. v. Knauf GIPS KG, et al.
Case No. 2:09-CV-07628                       MAG. JUDGE WILKINSON
_____ /

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant PRECISION DRYWALL will bring for hearing its Motion to Stay Discovery Pending Resolution of Its Motion to Dismiss for Lack of Personal Jurisdiction, in the referenced matter before the Honorable Eldon E. Fallon at the United States District Court, Eastern District of Louisiana, Section L, 500 Poydras Street, C-456, New Orleans, Louisiana 70130 on the 23rd of June, 2010, at 9:00 a.m. or at a time set further by this Court.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of June, 2010.

Respectfully submitted,

By:   /s/ Kieran F. O'Connor
Kieran F. O'Connor, Esquire
Florida Bar No. 896829
Ogden, Sullivan & O'Connor, P.A.
111 N Orange Ave.
Suite 850
Orlando, FL 32801
Telephone: (407) 843-2100
Facsimile: (407) 843-2061
koconnor@ogdensullivan.com
*Attorneys for Defendant Precision Drywall*