UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>**Kenneth and Barbara Wiltz, et. al. v. Beijing New Building Materials Public Ltd. Co., et al**<br><br>**Case No. 10-361 (E.D. La.)** | **MDL NO.: 2047**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE WILKINSON** |

*EX PARTE* **MOTION FOR EXTENSION OF TIME**
**TO SUBMIT DISTRIBUTOR PROFILE FORM**

**NOW INTO COURT**, through undersigned counsel, comes ACE Hardware Corporation, sought to be made Defendant in this matter, who respectfully represents that it requires additional time to gather the information necessary to complete the Distributor Profile Form. This is ACE Hardware Corporation's first request for such an extension.

**WHEREFORE**, ACE Hardware Corporation prays for an extension of time up to and including June 30, 2010, to submit the Distributor Profile Form required by the Court.

Respectfully submitted,

___/s/ Kevin P. Kress_____
MICHAEL R. SISTRUNK (12111)
PETER J. WANEK (23353)
KEVIN P. KRESS (31490)
MCCRANIE, SISTRUNK, ANZELMO,
HARDY, MCDANIEL & WELCH
400 Lafayette Street, Suite 100
New Orleans, Louisiana 70130
Telephone: (504) 831-0946
Facsimile: (504) 529-9796
ATTORNEYS FOR DEFENDANT,
ACE HARDWARE CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Consent Motion for Further Extension of Time has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of June, 2010.

_/s/ Kevin P. Kress___