## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID & AMANDA KESSLER** | * | CIVIL ACTION |
| | * | NO: 09-6072 |
| **VERSUS** | * | |
| | * | JUDGE: |
| **GMI CONSTRUCTION, INC., ABC** | * | ELDON E. FALLON |
| **INSURANCE COMPANY, MNO** | * | |
| **INSURANCE COMPANY, INTERIOR** | * | MAGISTRATE: |
| **EXTERIOR BUILDING SUPPLY,** | * | JOSEPH C. WILKINSON, JR. |
| **ASI LLOYDS and HBW INSURANCE** | * | |
| **SERVICES LLC** | * | IN RE: CHINESE-MANUFACTURED |
| | * | PRODUCTS LIABILITY LITIGATION |
| | * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CORPORATE DISCLOSURE STATEMENT

**NOW INTO COURT**, through undersigned counsel, comes Petitioner, ASI Lloyds, who, pursuant to Fed. R. Civ. P. 7.1 and L.R. 516E, respectfully submits the following statement of its corporate interests and affiliations for use by this Court.

1. ASI Lloyds is a Texas corporation with its principal place of business in Dallas, Texas.

2. ASI Lloyds is a subsidiary of Arx Holdings.

3. XL Bermuda is the only publicly held corporation owning 10% or more of ASI Lloyd's stock.

Respectfully submitted,

CHOPIN, WAGAR, RICHARD
& KUTCHER, LLP

By: _____
JASON P. FOOTE (#25050) T.A.
BRITTANY M. COURTENAY (#31846)
Two Lakeway Center – Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Telefax: (504) 836-9579
*Attorneys for Petitioner, ASI Lloyds Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of June, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to persons electronically noticed. I further certify that I mailed by first-class mail and/or forwarded by facsimile the foregoing document and the notice of electronic filing of any non-CMJECF participant.

_____
JASON P. FOOTE

2