UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | |
| | MDL NO.: 2047 |
| This Document relates to | JUDGE: FALLON |
| *Pate v. American International Specialty Lines Insurance Co., et al.* E.D. La., C.A. No. 09-7791 | MAG: WILKINSON |
| *Centerline Homes Construction, Inc., et al. v. Mid-Continent Casualty Company, et al.* E.D. La., C.A. No. 10-178 | |
| *Northstar Holdings, Inc. et al. v. General Fidelity Insurance Co., et al.* E.D. La., C.A. No. 10-384 | |

**EX PARTE MOTION OF MID-CONTINENT
CASUALTY COMPANY FOR EXTENSION OF TIME TO
<u>SUBMIT INSURER PROFILE FORM AND INSURANCE POLICY</u>**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Mid-Continent Casualty Company ("Mid-Continent"), and hereby respectfully moves this Honorable Court for the entry of an Order granting Mid-Continent an extension of time in which to submit the Insurer Profile Form and any policy of insurance required by Pretrial Order #23. In support of this

Motion, Mid-Continent respectfully submits that its Motions for Protective Order regarding the submission of these documents were denied on June 2, 2010. At that time, the trial attorney for Mid-Continent in this matter, Ronald L. Kammer, was in trial in the case of *American Guarantee & Liability Insurance Co. v. Cascoe et al.*, Case No. 09-61168, which is presently underway in the United States District Court for the Southern District of Florida. This trial is anticipated to last until June 8, 2010. Consequently, Mid-Continent respectfully requests that the current deadline for the submission of this defendant's Insurer Profile Form and any policy of insurance required by Pretrial Order #23 be extended from June 7, 2010 to June 25, 2010.

In requesting this relief, Mid-Continent Casualty Company reserves all objections to jurisdiction, venue and joinder in the MDL proceeding.

**WHEREFORE**, defendant, Mid-Continent Casualty Company, respectfully prays that this court grant this defendant an extension of time, through and including June 25, 2010, in which to submit its Insurer Profile Form and any policy of insurance required by Pretrial Order #23.

                Respectfully submitted,

                **LARZELERE PICOU WELLS**
                   **SIMPSON LONERO, LLC**
                Two Lakeway Center - Suite 1100
                3850 North Causeway Boulevard
                Metairie, Louisiana 70002
                Telephone: (504) 834-6500
                Facsimile: (504) 834-6565

BY:    /s/ Lee M. Peacocke
                **MORGAN J. WELLS, JR. (La. No. 18499)**
                    mwells@lpwsl.com
                **LEE M. PEACOCKE (La. No. 18374)**
                    lpeacocke@lpwsl.com

                **AND**

                **HINSHAW & CULBERTSON LLP**
                **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
                  rkammer@hinshawlaw.com
                **PEDRO E. HERNANDEZ (Fl. No. 30365)**
                  phernandez@hinshawlaw.com
                9155 S. Dadeland Blvd., Suite 1600
                Miami, Florida 33156
                Telephone: (305) 428-5100
                Facsimile: (305) 577-1063

                **ATTORNEYS FOR DEFENDANT,**
                **MID-CONTINENT CASUALTY COMPANY**

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Ex Parte Motion of Mid-Continent Casualty Company for Extension of Time to Submit Insurer Profile Form and Insurance Policy has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2010.

                /s/ Lee M. Peacocke
                LEE M. PEACOCKE