UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| This Document Relates to: | * * | SECTION: L |
| JOYCE W. ROGERS, ET AL.          vs. KNAUF GIPS KG, ET AL. | * * * | JUDGE: FALLON MAGISTRATE JUDGE WILKINSON |
| Case No.: 2:10-CV-00362 | * * | |
| ***************************************** | * | |

### DEFENDANT LENNAR HOMES, LLC'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER DEFENDANT PROFILE FORMS

Defendant, Lennar Homes, LLC, by and through undersigned counsel, hereby respectfully represents that it requires additional time to submit its Builder Defendant Profile Forms, but is diligently working to gather the information requested therein.  This is the first request for an extension by this party.

WHEREFORE, Defendant, Lennar Homes, LLC, prays for twenty-one (21) day extension of time, through and including June 28, 2010, to submit its Builder Defendant Profile Forms to Defendants' Liaison Counsel.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Lennar Homes, LLC*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile:  (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:      s/ Mark A. Salky
           HILARIE BASS
        Florida Bar No. 334323
          MARK A. SALKY
         Florida Bar No.  058221

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendant Lennar Homes, LLC's *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 7th day of June, 2010.

                                                                  s/ Mark A. Salky
                                                                     MARK A. SALKY