UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2047 |
| | * | SECTION: L |
| This Document Relates to: | * | |
| | * | JUDGE: FALLON |
| JOYCE W. ROGERS, ET AL.         vs. KNAUF GIPS KG, ET AL. | * * * | MAGISTRATE JUDGE WILKINSON |
| Case No.: 2:10-CV-00362 | * * | |
| ****************************************** | * | |

**ORDER ON DEFENDANT LENNAR HOMES, LLC'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER DEFENDANT PROFILE FORMS**

Upon consideration of Defendant Lennar Homes, LLC's *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms,

IT IS HEREBY ORDERED that Defendant Lennar Homes, LLC's *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant, Lennar Homes, LLC, be granted an extension of time, through and including June 28, 2010, to submit its Builder Defendant Profile Forms to Defendants' Liaison Counsel.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge