UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL　　　　MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

        **SECTION L**
        **JUDGE FALLON**
        **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
*Case No. 10-362*
_____/

## ORDER

Upon consideration of the Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Albanese-Popkin The Oaks Development Group, L.P., shall be granted an extension of time, through and including, August 9, 2010, in which to serve its Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana, this _____ day of _____, 2010.

                                      _____
                                      Honorable Eldon E. Fallon
                                      United States District Judge