IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

> MDL NO. 09-2047
> SECTION: L
> JUDGE FALLON
> MAG. JUDGE WILKINSON

*************************************************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361

-----------------------------------------------------------------------------

## AFFIDAVIT

**COMMONWEALTH OF VIRGINIA**

**CITY OF NORFOLK, to wit:**

BEFORE ME, the undersigned authority, personally came and appeared:

**SAMUEL A. McFIE**

Who, after being duly sworn did depose and state, as follows:

1.  He is the Managing Member of **Woodall, LLC**, a Virginia corporation, with its principle place of business located in Norfolk, Virginia.

2.  In that capacity, he is familiar with the nature of the business, including the general, day-to-day operations of **Woodall, LLC**.

3.  That he is of proper age, and of sound mind, and capable of providing this Affidavit.

4.  **Woodall, LLC** is not authorized to do, and has never done, any business in the State of Louisiana.

1

5. **Woodall, LLC** is a general contractor, licensed in the Commonwealth of Virginia, and is in the business of constructing residential housing within the borders of the Commonwealth of Virginia.

6. **Woodall, LLC** does not manufacture any products, and it does not sell any products separate and apart from components incorporated into its residential housing construction projects.

7. He is not personally, nor in his capacity as Managing Member of **Woodall, LLC, Inc.** aware of **Woodall, LLC** performing any contracting, building or development work in the State of Louisiana.

8. **Woodall, LLC** has never advertised in any publications, either targeted to the State of Louisiana, or in any way intended to draw business from any potential customers in Louisiana.

9. **Woodall, LLC** has never received any business from any contacts in the State of Louisiana, whether individual customers, or business customers.

10. **Woodall, LLC** does not maintain an office, headquarters, warehouse, or any other physical facility within the bounds of the State of Louisiana.

11. **Woodall, LLC** does not, and has never solicited any business in the State of Louisiana.

By: _____
Samuel A. McFie
Managing Member
Woodall, LLC

STATE OF VIRGINIA        )

CITY OF NORFOLK          ), to wit:

I, the undersigned, a Notary Public in and for the City/County and State aforesaid, do hereby certify that Samuel A. McFie, whose name is signed to the foregoing, has signed and acknowledged the same before me this 2nd day of June, 2010, in my aforesaid City and State.

_____
NOTARY PUBLIC

My Commission Expires: May 31, 2011

Notary Registration No.: 7109249

TIA T. ANTHONY HAYES
Notary Public
Commonwealth of Virginia
My Commission Expires May 31, 2011

3