UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION:  L |
| This Document relates to:<br>*Pate v. American International Specialty Lines Insurance Company, et al* **(09-7791)** | ) ) ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**CORPORATE DISCLOSURE STATEMENT OF NGM INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant, NGM Insurance Company provides the following corporate disclosure:

1. Defendant, NGM Insurance Company is a Florida corporation with its principal place of business in Jacksonville, Florida.  NGM Insurance Company is a Florida stock insurer and is a wholly owned subsidiary of Main Street America Group, Inc., a Florida corporation that is a domestic insurance holding company.  Main Street America Group Mutual Holdings, Inc. is a Florida Corporation and a not-for-profit mutual insurance holding company.  It owns 94.2% of Main Street America Group, Inc.  The remaining shares of Main Street America Group, Inc. are owned by White Mountains Insurance Group (4.9%) and Newco Financial Holdings (0.9%).

1

2. No publicly held corporation owns 10% or more of the stock of NGM Insurance Company, Main Street America Group, Inc. or Main Street America Group Mutual Holdings, Inc.

DATED: June 7, 2010

                                      Respectfully submitted,

                                      */s/ Sarah B. Christie*
                                    **David F. Hassett, Esquire (MA No. 544443)**
                                    dhassett@hassettanddonnelly.com
                                    **Sarah B. Christie, Esquire (MA No. 566833)**
                                    schristie@hassettanddonnelly.com
                                    **HASSETT & DONNELLY, P.C.**
                                    446 Main Street, 12th Floor
                                    Worcester, MA 01608
                                    (508) 791-6287 (Phone)
                                    (508) 791-2652 (Fax)

                                    **ATTORNEYS FOR DEFENDANT,**
                                    **NGM INSURANCE COMPANY**