IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * * * | MAG. JUDGE WILKINSON |

*********************************************

### ORDER ON DEFENDANT, RESIDENTIAL DRYWALL, INC.'S EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendants, RESIDENTIAL DRYWALL, INC.'s Ex Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Ex Parte Motion if GRANTED. Defendant shall have up to and including June 25, 2010, to submit their Installer Profile Forms.

New Orleans, Louisiana this __7th__ day of June 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE