UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This Document Relates to:**<br><br>**Kenneth and Barbara Wiltz, et. al. v. Beijing New Building Materials Public Ltd. Co., et al**<br><br>**Case No. 10-361 (E.D. La.)** | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

The Court, having considered ACE Hardware Corporation's *Ex Parte Motion for Extension of Time to Submit Distributor Profile Form*, HEREBY ORDERS:

ACE Hardware Corporation shall have up to and including June 30, 2010, to submit the required Distributor Profile Form.

New Orleans, Louisiana, this __7th__ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE