UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al.<br>Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

### DEFENDANT MARINER VILLAGE TOWNHOMES, INC.'S THIRD EX PARTE MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendant, Mariner Village Townhomes, Inc. ("Mariner Village"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time to file its response to Plaintiffs' Omnibus Class Action Complaint in the above-captioned matter, and in support thereof, states as follows:

1. On or about February 15, 2010, Mariner Village was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, providing that Defendants had fifty (50) days from the date of service to respond to the Omnibus Class Action Complaint.

3. Mariner Village obtained an extension until and including June 7, 2010 to respond to the Omnibus Class Action Complaint.

4. Mariner Village requests an additional thirty (30) days to respond to Plaintiffs' Omnibus Class Action Complaint in order to continue to investigate and analyze the allegations contained in the Omnibus Class Action Complaint, including substantive and jurisdictional issues, and prepare the appropriate responsive pleading(s).

5. In addition, Plaintiffs have confirmed that they will be filing an Amended Omnibus Class Action Complaint, and therefore, an extension is warranted to avoid duplicative or unnecessary work associated with responding to the current Complaint that is certain to be amended. Should the Amended Omnibus Class Action Complaint be filed within thirty days, Marine Village requests thirty days to respond to the Amended Omnibus Class Action Complaint as previously discussed between liaison counsel.

6. The undersigned certifies that this request is not intended for purposes of delay.

7. Mariner Village preserves all of its rights and defenses in this matter, including defenses based on personal jurisdiction, and waives none.

8. This extension will neither prejudice any of the parties nor delay this matter.

9. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Mariner Village Townhomes, Inc., respectfully requests that this Court grant it an extension of time of thirty (30) days, through and including July 7, 2010, to respond to Plaintiffs' Omnibus Class Action Complaint, or alternatively, should Plaintiffs file an Amended Omnibus Class Action Complaint prior to July 7, 2010, Mariner Village requests thirty days to respond to the Amended Omnibus Class Action Complaint.

Respectfully submitted,

BY: /s/ Abbey L. Kaplan
Abbey L. Kaplan
Florida Bar No. 200255
KLUGER, KAPLAN, SILVERMAN, KATZEN
& LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000

Facsimile: (305) 379-3428
Email: akaplan@klugerkaplan.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire