**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
      PRODUCTS LIABILITY LITIGATION          SECTION L

THIS DOCUMENT RELATES TO:                                    JUDGE FALLON

Sean and Beth Payton et al. v. Knauf Gips KG et al.          MAGISTRATE WILKINSON
Case No. 2:09-cv-07628-EEF-JCW

---

**ORDER**

      Given the foregoing Third Ex Parte Motion for Enlargement of Time to Complete Builder Profile Forms:

      **IT IS HEREBY ORDERED** that Defendant, United Homes, Inc., is hereby granted an enlargement of time until July 1, 2010, in which to complete and submit the appropriate Profile Form.


      New Orleans, Louisiana this ____ day of _____, 2010.


                            _____
                            HONORABLE ELDON E. FALLON
                            UNITED STATES DISTRICT JUDGE