# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Kenneth and Barbara Wiltz, et al<br>v. Beijing New Building Materials, et al.<br>Case No. 10-361 | |

## ORDER

Upon consideration of Defendant Mariner Village Townhomes Inc.'s Ex-Parte Motion for Enlargement of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, Mariner Village Townhomes Inc., is hereby granted an enlargement of time through and including July 2, 2010 to serve its responsive pleading(s) to Plaintiffs' Amended Omnibus Class Action Complaint.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE