UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Kenneth and Barbara Wiltz, et al<br>v. Beijing New Building Materials, et al.<br>Case No. 10-361 | |

## DEFENDANT UNITED HOMES INTERNATIONAL, INC.'S EX PARTE MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant, United Homes International, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an enlargement of time to file its response to Plaintiffs' Omnibus Class Action Complaint in the above-captioned matter, and in support thereof, states as follows:

1. On or about April 13, 2010, United Homes International, Inc. was served with the Amended Omnibus Class Action Complaint.

2. Pursuant to Pretrial Order 1F, Defendants have fifty (50) days from the date of service to respond to the Amended Omnibus Class Action Complaint.

3. United Homes International, Inc. requests an additional extension to respond to Plaintiffs' Amended Omnibus Class Action Complaint in order to continue to investigate and analyze the allegations contained in the Amended Omnibus Class Action Complaint, including substantive and jurisdictional issues, and prepare the appropriate responsive pleading(s). United Homes International, Inc. also requests an extension of time to investigate what involvement, if any, it had in this matter, as United Homes International, Inc. believes that it was improperly named as a Defendant because, among other reasons, it is not a builder.

4. This is United Homes International, Inc.'s first request for an extension of time to respond to the complaint, and the undersigned certifies that this request is not intended for purposes of delay.

5. United Homes International, Inc. preserves all of its rights and defenses in this matter, including defenses based on personal jurisdiction, and waives none.

6. This extension will neither prejudice any of the parties nor delay this matter.

7. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, United Homes International, Inc., respectfully requests that this Court grant it an enlargement of time through and including July 2, 2010, to respond to Plaintiffs' Amended Omnibus Class Action Complaint.

Respectfully submitted,

BY: /s/ Abbey L. Kaplan
Abbey L. Kaplan
Florida Bar No. 200255
KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
Miami Center, Seventeenth Floor
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 379-9000
Facsimile: (305) 379-3428
Email: akaplan@klugerkaplan.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in

accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire
