## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
        PRODUCTS LIABILITY LITIGATION     SECTION L

THIS DOCUMENT RELATES TO:         JUDGE FALLON

Kenneth and Barbara Wiltz, et al
v. Beijing New Building Materials, et al.
Case No. 10-361

_____

## EX PARTE MOTION FOR ENLARGEMENT OF TIME TO COMPLETE BUILDER PROFILE FORMS

     Defendant, United Homes International, Inc. ("United Homes International"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an enlargement of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof, states as follows:

     1.    On or about April 13, 2010, United Homes International was served with the Amended Omnibus Class Action Complaint.

     2.    Pursuant to Pretrial Order 1F, Defendant Profile Forms are to be filed forty (40) days after service of process.

     3.    Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

     4.    United Homes therefore requests that the deadline for its Builder Defendant Profile Forms be enlarged until July 1, 2010.

     5.    This extension will neither prejudice any of the parties nor delay this matter.

6.      Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, United Homes International, Inc., respectfully requests that this Court grant this Motion for Enlargement of Time to complete and serve the Builder Profile Forms, through and including July 1, 2010.

Respectfully submitted,


BY: /s/ Abbey L. Kaplan
    Abbey L. Kaplan
    Florida Bar No. 200255
    KLUGER, KAPLAN, SILVERMAN, KATZEN
    & LEVINE, P.L.
    Miami Center, Seventeenth Floor
    201 South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 379-9000
    Facsimile:  (305) 379-3428
    Email: akaplan@klugerkaplan.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk oft the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June 2010.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire