UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

************************************************************************

### ATTORNEY APPEARANCE FORM

An appearance is hereby filed by Thomas E. Schwab of Barkley & Thompson, L.C., as attorney for defendant, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and defendant, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167, reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court.

Respectfully submitted,

**BARKLEY & THOMPSON, L.C.**

BY:    /s/Thomas E. Schwab
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone:    (504) 595-3350
Telecopier:    (504) 595-3355
Email:  tschwab@barkleythompson.com
**Attorneys for Defendant, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2010.

       /s/Thomas E. Schwab
**ATTORNEYS FOR DEFENDANT, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**