UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| This document relates to: | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the | * | |
| Chinese Drywall Trust | * | |
| VERSUS | * | |
| AMERICAN INTERNATIONAL SPECIALTY | * | |
| LINES INSURANCE, ET AL | * | |
| **(2:09-07791)** (E.D. La.) | * | |
| | * | |

**************************************************************************

## NOTICE OF APPEARANCE *PRO HAC VICE*

In accordance with the Uniform Local Rules for the United States District Court, Eastern District of Louisiana, Local Rule 83.2.6E, and Pretrial Order 1, Paragraph 12, notice is made by Joseph A. Hinkhouse and Sara Uffelman Gattie of the law firm Hinkhouse Williams Walsh LLP to appear *pro hac vice* to the bar of this court for the purpose of appearing on behalf of American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167, in the above described action.  Counsel are ineligible to become members of the bar of this Court, but they are members in good standing of the bar of the United States District Court for the Northern District of Illinois.  There have been no disciplinary

proceedings or criminal charges instituted against them. Also, in accordance with the Uniform Local Rules for the United States District Court, for the Eastern District of Louisiana, local counsel is Thomas E. Schwab of the law firm of Barkley & Thompson, L.C.

American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167, reserves all rights and defenses, including to object to jurisdiction or venue of this Honorable Court.

    Respectfully submitted,

**BARKLEY & THOMPSON, L.C.**

BY:    /s/Thomas E. Schwab
Thomas E. Schwab Bar Roll No. 2099
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, LA 70112
Telephone:   (504) 595-3350
Telecopier:   (504) 595-3355
Email:  tschwab@barkleythompson.com
**Attorneys for Defendant, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**

    and

Joseph A. Hinkhouse
Sara Uffelman Gattie
Hinkhouse Williams Walsh LLP
180 North Stetson Street, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Fax: (312) 784-5494
Email: jhinkhouse@hww-law.com
suffelman@hww-law.com
**Attorneys for Defendant, American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167,**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance Pro Hac vice has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7th day of June, 2010.

/s/Thomas E. Schwab
ATTORNEYS FOR DEFENDANT,
American International Specialty Lines
Insurance Company as alleged insurer of
Beta Drywall, LLC pursuant to Policy No.
CPL 1732167