**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**


IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
      PRODUCTS LIABILITY LITIGATION          SECTION L

THIS DOCUMENT RELATES TO:          JUDGE FALLON

Joyce W. Rogers et al
v. Knauf Gips KG, et al.
Case No. 10-362

_____

**ORDER**

      Given the foregoing Ex Parte Motion for Enlargement of Time to Complete Builder

Profile Forms:

      **IT IS HEREBY ORDERED** that Defendant, United Homes Inc., is hereby granted an

enlargement of time until July 1, 2010, in which to complete and submit the appropriate Profile

Form.


      New Orleans, Louisiana this ____ day of _____, 2010.


                                      _____
                                      HONORABLE ELDON E. FALLON
                                      UNITED STATES DISTRICT JUDGE