# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |

Joyce W. Rogers et al
v. Knauf Gips KG, et al.
Case No. 10-362

## ORDER

Given the foregoing Ex Parte Motion for Enlargement of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, United Homes International, Inc., is hereby granted an enlargement of time until July 1, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE