## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | CASE NO.: 2:09-MD-2047 |
| | SECTION L |
| This Document Relates to: *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.*, Court Case No. 10-362 | JUDGE FALLON |
| _____/ | MAGISTRATE WILKINSON |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, the undersigned counsel hereby enters his appearance as counsel of record on behalf of Defendants, UNITED HOMES, INC., UNITED HOMES INTERNATIONAL, INC. and SANTA BARBARA TOWNHOMES, INC.

        Respectfully submitted,

        BY: /s/ Abbey L. Kaplan
        Abbey L. Kaplan, *Admitted Pro Hac Vice*
        Florida Bar No. 200255
        KLUGER, KAPLAN, SILVERMAN, KATZEN & LEVINE, P.L.
        Miami Center, Seventeenth Floor
        201 South Biscayne Boulevard
        Miami, Florida 33131
        Telephone: (305) 379-9000
        Facsimile: (305) 379-3428
        Email: akaplan@klugerkaplan.com

M0686638

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of June, 2010, the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Homebuilder and Installer Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Abbey L. Kaplan
Abbey L. Kaplan, Esquire

M0686638