UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| LUCILLE BOURDON | * | |
| Versus | * | MAG. WILKINSON |
| INTERIOR/EXTERIOR BUILDING SUPPLY, | * | |
| LIMITED PARTNERSHIP, INTERIOR/EXTERIOR | * | 09-7025 |
| ENTERPRISES, L.L.C., ARCH INSURANCE | * | |
| COMPANY, LIBERTY MUTUAL FIRE INSURANCE | * | |
| COMPANY, ARTHUR HOMES, L.L.C., JOSEPH L. | * | |
| ARTHUR, LOUISIANA HOME BUILDERS | * | |
| ASSOCIATION GENERAL LIABILITY TRUST, | * | |
| MARKEL INSURANCE COMPANY, AND STATE | * | |
| FARM FIRE AND CASUALTY COMPANY | * | |

*************************************************************************

## STATEMENT IN COMPLIANCE WITH FEDERAL RULE OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE

**NOW INTO COURT,** through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and, for the purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectfully submits the following:

Defendant, State Farm Fire and Casualty Company, is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and

1

no stockholders.  No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

Respectfully submitted,

/s/ ADRIANNE L. BAUMGARTNER(2861)
PORTEOUS, HAINKEL & JOHNSON
408 N. Columbia Street
Covington, LA  70434-2086
Telephone:  (985) 893-4790

### CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on June 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Paul Lea

/s/ ADRIANNE L. BAUMGARTNER

2