UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| THOMAS WEST, SR. AND GLORIA WEST | * * | MAG. WILKINSON |
| Versus | * * | 09-6356 |
| STATE FARM FIRE & CASUALTY COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STATEMENT IN COMPLIANCE WITH FEDERAL RULE
OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and, for the purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectfully submits the following:

Defendant, State Farm Fire and Casualty Company, is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and no stockholders. No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

1

Respectfully submitted,

/s/ ADRIANNE L. BAUMGARTNER(2861)
PORTEOUS, HAINKEL & JOHNSON
408 N. Columbia Street
Covington, LA 70434-2086
Telephone: (985) 893-4790

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on June 7, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

John Houghtaling

/s/ ADRIANNE L. BAUMGARTNER