UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| *David Gross, et al v.* | * | MAG. JUDGE WILKINSON |
| *Knauf Gips, KG, et al* | * | |
| Case No. 09-6690 (E.D. La.) | * | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, the law firm of Taylor, Porter, Brooks, & Phillips, L.L.P. hereby enters its appearance as counsel of record on behalf of defendants, D.R. HORTON, INC. and D.R. HORTON – TEXAS, LTD. Please direct all future pleadings and correspondence to the undersigned.

        Respectfully submitted,

        **TAYLOR, PORTER, BROOKS & PHILLIPS L.L.P.**

        BY: **/s/ Leslie Ayres Daniel**
            Erick Y. Miyagi, #22533
              hiko.miyagi@taylorporter.com
            John Stewart Tharp, #24230
              stewart.tharp@taylorporter.com
            Edward J. Laperouse, II #29310
              ted.laperouse@taylorporter.com
            Leslie Ayres Daniel #27948
              leslie.daniel@taylorporter.com
            Kari A. Bergeron #31043
              kari.bergeron@taylorporter.com
            (451 Florida Street, 8th Floor, 70801)
            P. O. Box 2471
            Baton Rouge, LA 70821
            Telephone:    225-387-3221
            Fax:             225-346-8049

*ATTORNEYS FOR D.R. HORTON, INC. and*
*D.R. HORTON – TEXAS, LTD..*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 8th day of June, 2010.

    **/s/ Leslie Ayres Daniel**
    **Leslie Ayres Daniel**