## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| **DAVID GROSS,** et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| **Case No. 2:09-CV-6690** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF APPEARANCE OF COUNSEL

Frank G. Taylor (AL Bar No. ASB-3380-Y88F), of The Atchison Firm, P.C., hereby files his Notice of Appearance as counsel of record for Defendant, Infinity Homes, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

THE ATCHISON FIRM, P.C.

/s/ *Frank G. Taylor*
Frank G. Taylor (AL Bar No. ASB-3380-Y88F)
frank.taylor@atchisonlaw.com
3030 Knollwood Drive
Mobile, AL  36693
Tel:  251.665.7200
Fax:  251.665.7250

*Attorney for Defendant Infinity Homes, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **Notice of Appearance of Counsel** has been filed with the Clerk of Court by using the CM/ECF system, and that the foregoing pleading has been filed with and will be served electronically upon all parties by Lexis Nexis File & Serve on this 8th day of June 2010.

*/s/ Frank G. Taylor*