**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: KENNETH and BARBARA WILTZ, *et al.* v. BEIJING NEW BUILDING MATERIALS PUBLIC LTD., et al. Case No. 2:10-cv-361-EEF-JCW  _____/ | JUDGE: FALLON MAG. JUDGE WILKINSON |

**NOTICE OF APPEARANCE AS COUNSEL**

Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of Appearance as counsel of record for Defendant O.C.D. of S. Florida, Inc., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

      PETERSON BERNARD
      Attorneys for Defendant O.C.D. of S. Florida, Inc.
      416 Flamingo Ave.
      Stuart, FL  34996
      Phone: (772) 286-9881
      Fax:   (772) 220-1784

      By: /s/ Sarah M. Vazquez
         SARAH M. VAZQUEZ
         Florida Bar No.: 0662526
         E-mail: sarahvazquez@stuart-law.net
         EDWIN E. MORTELL, III
         Florida Bar No.  832758
         E-mail:  edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on June 8, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                                  /s/ Sarah M. Vazquez