# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
       PRODUCTS LIABILITY LITIGATION      SECTION L

THIS DOCUMENT RELATES TO:            JUDGE FALLON

Sean and Beth Payton et al. v. Knauf Gips KG et al.    MAGISTRATE WILKINSON
Case No. 2:09-cv-07628-EEF-JCW

## ORDER

Upon consideration of Defendant Mariner Village Townhomes, Inc.'s Second Ex-Parte

Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, Mariner Village Townhomes, Inc., is

hereby granted a fifteen (15) day extension of time, or until June 23, 2010 to serve its responsive

pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 8th day of _____ June _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE