# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL No. 2047
    PRODUCTS LIABILITY LITIGATION      SECTION L

THIS DOCUMENT RELATES TO:      JUDGE FALLON

Kenneth and Barbara Wiltz, et al
v. Beijing New Building Materials, et al.
Case No. 10-361

## ORDER

Given the foregoing Ex Parte Motion for Enlargement of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Mariner Village Townhomes, Inc., is hereby granted an enlargement of time until June 23, 2010 in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 8th day of June, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE