**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUSIANA**

IN RE: CHINESE-MANUFACTURED	MDL NO: 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

    SECTION: L

THIS APPLIES TO:
JOYCE W. ROGERS, *et al.*	JUDGE: FALLON
v.	MAG. JUDGE WILKINSON
KNAUF GIPS, KG, et al.
Case No. 2:10-cv-362-EEF-JCW
_____/

**NOTICE OF APPEARANCE AS COUNSEL**

    Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of Appearance as counsel of record for Defendant BAYSTATE DRYWALL, INC., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

    PETERSON BERNARD
    Attorneys for Defendant Baystate Drywall, Inc.
    416 Flamingo Ave.
    Stuart, FL  34996
    Phone: (772) 286-9881
    Fax:    (772) 220-1784


    By: /s/ Sarah M. Vazquez
        SARAH M. VAZQUEZ
        Florida Bar No.: 0662526
        E-mail: sarahvazquez@stuart-law.net
        EDWIN E. MORTELL, III
        Florida Bar No.  832758
        E-mail:  edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on June 8, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sarah M. Vazquez