UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Sean and Beth Payton et al. v. Knauf Gips KG et al. Case No. 2:09-cv-07628-EEF-JCW | MAGISTRATE WILKINSON |

## ORDER

Upon consideration of Defendant United Homes International, Inc.'s Third Ex-Parte Motion for Extension of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, United Homes International, Inc., is hereby granted a fifteen (15) day extension of time, or until June 23, 2010 to serve its responsive pleading(s) to Plaintiffs' Omnibus Class Action Complaint.

New Orleans, Louisiana this 8th day of June, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE