UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 20427

SECTION õLö

THIS DOCUMENT RELATES TO:
Sean and Beth Payton, et al v. Knauf, KG, et al
Case No. 2:09-CV-7628

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

**NOTICE OF APPEARANCE AS COUNSEL**

Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of
Appearance as counsel of record for Defendant, BAYSTATE DRYWALL, INC. and
request that copies of all pleadings served in this case be served upon the undersigned at
the following office and telephone number.

PETERSON BERNARD
Attorneys for Defendant Baystate Drywall, Inc.
416 Flamingo Ave.
Stuart, FL  34996
Phone: (772) 286-9881
Fax:    (772) 220-1784


By: /s/ Sarah M. Vazquez
    SARAH M. VAZQUEZ
    Florida Bar No.: 0662526
    E-mail: sarahvazquez@stuart-law.net
    EDWIN E. MORTELL, III
    Florida Bar No.  832758
    E-mail:  edwinmortell@stuart-law.net

 

 

**I HEREBY CERTIFY** that on June 8, 2010  this document was served on

Plaintiffsø Liaison Counsel, Russ Herman, and Defendantsø Liaison Counsel, Kerry

Miller, by e-mail and by e-mail on all parties by electronically uploading the same to

Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing

was electronically filed with the Clerk of the United States District Court for the Eastern

District of Louisiana by using the CM/ECF System, which will generate a notice of

electronic filing in accordance with the procedures established in MDL 2047.


/s/ Sarah M. Vazquez