# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL No. 2047
      PRODUCTS LIABILITY LITIGATION          SECTION L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON

Kenneth and Barbara Wiltz, et al
v. Beijing New Building Materials, et al.
Case No. 10-361

## ORDER

Upon consideration of Defendant United Homes International, Inc.'s Ex-Parte Motion for Enlargement of Time to Respond to Plaintiffs' Omnibus Class Action Complaint:

**IT IS HEREBY ORDERED** that Defendant, United Homes International, Inc., is hereby granted an enlargement of time through and including June 23, 2010 to serve its responsive pleading(s) to Plaintiffs' Amended Omnibus Class Action Complaint.

New Orleans, Louisiana this 8th day of June, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE