UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |

Joyce W. Rogers et al
v. Knauf Gips KG, et al.
Case No. 10-362

## ORDER

Given the foregoing Ex Parte Motion for Enlargement of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, United Homes Inc., is hereby granted an enlargement of time until June 23, 2010 in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 8th day of June, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE