IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Payton   v. Knauf Plasterboard (Tianjin) Co., Ltd ( KPT)* Case No. 09-7628

# O R D E R

Considering the above and foregoing, Motion to Enroll **Steven Glickstein, Jay P. Mayesh,  Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP as additional counsel in the above-captioned cause;

IT IS ORDERED that **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey and Mark Spatz** of the law firm of Kay Scholer LLP be and are hereby enrolled as additional counsel for Knauf Plasterboard (Tianjin) Co., Ltd ("KPT") in the above-captioned cause.

New Orleans, LA., this _____ day of _____, 2010.

JUDGE ELDON E. FALLON