IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED  DRYWALL PRODUCTS  LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047  SECTION L  JUDGE FALLON  MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:**  *Janet Morris-Chin v. Knauf Plasterboard (Tianjin) Co., Ltd (KPT)*   Case No. 09-4119

---

**MOTION TO ENROLL ADDITIONAL COUNSEL**

---

NOW INTO COURT, through undersigned counsel, comes defendant, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd, and Knauf Plasterboard (Wuhu) Co., Ltd ("Served Knauf Entities") who requests this Court to enroll **Steven Glickstein** (NY Bar No. 1038157), **Jay P. Mayesh** (NY Bar No. 1081603), **Gregory Wallance** (NY Bar No. 1247337), **Robert Grass** (NY Bar No. 2501278), **Karin Garvey** (NY Bar No. 2997831), and **Mark Spatz** (NY Bar No. 4180303), of the law firm of Kaye Scholer LLP as additional counsel for the served Knauf Entities in the above-captioned cause.

1

Respectfully submitted,

BY: s/Kerry J. Miller
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:   (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:   (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakernet.com

*Counsel for Defendants, Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd and Knauf Plasterboard Wuhu) Co., Ltd*

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Homebuilders' Liaison Counsel, and Insurers' Liaison Counsel by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with pretrial Order No. 6, on this 8th day of June, 2010

/s/ Kerry J. Miller\_\_\_\_

**#272768**