IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047  SECTION L  JUDGE FALLON  MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Lisa Lebron v. Breezes at Galloway, et al*
Case No. 09-6741

## O R D E R

Considering the above and foregoing, Motion to Enroll **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP as additional counsel in the above-captioned cause;

IT IS ORDERED that **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP be and are hereby enrolled as additional counsel for Knauf Plasterboard (Wuhu) Co., Ltd and Knauf Plasterboard (Tianjin) Co., Ltd in the above-captioned cause.

New Orleans, LA, this _____ day of _____, 2010.

_____
JUDGE ELDON E. FALLON