IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Whitfield v.Knauf Gips KG, et al*
Case No. 09-4324

## MOTION TO ENROLL ADDITIONAL COUNSEL

NOW INTO COURT, through undersigned counsel, comes defendant, Knauf Plasterboard (Tianjin) Co., Ltd ("KPT"), who requests this Court to enroll **Steven Glickstein** (NY Bar No. 1038157), **Jay P. Mayesh** (NY Bar No. 1081603), **Gregory Wallance** (NY Bar No. 1247337), **Robert Grass** (NY Bar No. 2501278), **Karin Garvey** (NY Bar No. 2997831) and **Mark Spatz** (NY Bar No. 4180303) of the law firm of Kaye Scholer LLP as additional counsel for KPT in the above-captioned cause.

1

Respectfully submitted,

BY: _s/Kerry J. Miller_____
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-


DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:   (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:   (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakernet.com

*Counsel for Defendants, Knauf Plasterboard (Tianjin) Co., Ltd*

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Homebuilders' Liaison Counsel, and Insurers' Liaison Counsel by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with pretrial Order No. 6, on this 8th day of June, 2010.

/s/ Kerry J. Miller\_\_\_\_

**#273030**