UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
Case No. 10-362
_____/

## ORDER

Upon consideration of the Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Albanese-Popkin The Oaks Development Group, L.P., shall be granted an extension of time, through and including, June 23, 2010, in which to serve its Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana, this  8th  day of  June , 2010.

_____
Honorable Eldon E. Fallon
United States District Judge