UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE ELDON E. FALLON |
| DAVID GROSS, ET AL | * | |
| VERSUS | | |
| KNAUF GIPS, KG, ET AL | * | MAGISTRATE JUDGE JOSEPH C. |
| 2:09-CV-06690-EEF-JCW | * | WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

The undersigned counsel of the law firm Wynne, Goux & Lobello, Attorneys At Law, L.L.C., hereby file this Notice of Appearance in the above captioned matter as counsel of record for **Thompson Wood Products, Inc**., sought to be made defendant herein. All further pleadings, motions, orders, discovery, and any and all other documents shall be served upon the following attorneys:

Attorney Jeremy D. Goux        jgoux@wgllawfirm.com

Attorney Martha D. Bowden      mbowden@wgllawfirm.com

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

Original /s/ *Martha D. Bowden*

By: _____
JEREMY D. GOUX, LBRN 25065 - TA

        MARTHA D. BOWDEN, LBRN 28316
        417 North Theard Street
        Covington, Louisiana 70433
        985-898-0504 – Telephone
        985-898-0840 – Facsimile
        jgoux@wgllawfirm.com
        mbowden@wgllawfirm.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of June, 2010.

    Original /s/ *Martha D. Bowden*
    _____
           Martha D. Bowden