UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL        MDL No. 2047
    PRODUCTS LIABILITY LITIGATION        SECTION L

THIS DOCUMENT RELATES TO:        JUDGE FALLON

Joyce W. Rogers et al
v. Knauf Gips KG, et al.
Case No. 10-362

## ORDER

Given the foregoing Ex Parte Motion for Enlargement of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Santa Barbara Townhomes, Inc., is hereby granted an enlargement of time until June 23, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 8th day of _____June_____, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE