UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | JUDGE ELDON E. FALLON |
| DAVID GROSS, ET AL | | |
| VERSUS | * | |
| KNAUF GIPS, KG, ET AL | * | MAGISTRATE JUDGE JOSEPH C. |
| 2:09-CV-06690-EEF-JCW | * | WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADINGS

**NOW INTO COURT** through undersigned counsel comes Thompson Wood Products, Inc., sought to be made Defendant herein, who pursuant to Rule 7.9 of the Uniform Local Rules Of The United States District Courts For The Eastern District Of Louisiana moves this Honorable Court to extend the time in which it must file responsive pleadings twenty one (21) days from the original due date, or until July 2, 2010. There has been no previous extension of time to plead and the opposing party has not filed in the record an objection to an extension of time.

RESPECTFULLY SUBMITTED:

WYNNE, GOUX & LOBELLO
Attorneys At Law, L.L.C.

Original /s/ *Martha D. Bowden*
By: _____

> JEREMY D. GOUX, LBRN 25065
> MARTHA D. BOWDEN, LBRN 28316
> 417 North Theard Street
> Covington, Louisiana 70433
> 985-898-0504 – Telephone
> 985-898-0840 – Facsimile
> Email: jgoux@wgllawfirm.com
> Email: mdbowden03@yahoo.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** the above and foregoing Motion to Extend Time to File Responsive Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email OR by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of June, 2010.

Original /s/ *Martha D. Bowden*
———————————————————
Martha D. Bowden