UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE ELDON E. FALLON |
| DAVID GROSS, ET AL | | |
| VERSUS | * | |
| KNAUF GIPS, KG, ET AL | * | MAGISTRATE JUDGE JOSEPH C. |
| 2:09-CV-06690-EEF-JCW | * | WILKINSON, JR. |
| * * * * * * * * * * * * * * | * | |

## ORDER

Considering the foregoing Ex Parte Motion to Extend Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** said motion is GRANTED allowing Thompson Wood Products, Inc., an additional twenty one (21) days or until July 2, 2010, to answer or otherwise plead in this matter.

New Orleans, Louisiana, this _____ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE