UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: MDL NO. 2047 SECTION L – FALLON/WILKINSON

ACTION IS PENDING IN EASTERN DISTRICT OF LOUISIANA
(Case No.: 09 – 7628)

IN RE: Chinese Manufactured
Drywall Products Liability,
_____/

## ANSWER OF NORTH PALM ESTATES HOMES, INC. TO PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)

Defendant, North Palm Estates Homes, Inc. (hereinafter, "North Palm"), by and through its undersigned counsel, files this, it's ANSWER, to Plaintiff's Complaint and states:

### JURISDICTION AND VENUE

1. North Palm admits the allegations in paragraphs 1 through 3 of the Omnibus Complaint.

### PLAINTIFFS

2. North Palm admits the allegations in paragraphs 4 through 2072 of the Omnibus Complaint.

### DEFENDANTS

3. North Palm admits the allegations in paragraph 2073 of the Omnibus Complaint.

### The Manufacturing Defendants

4. North Palm admits the allegations in paragraph 2074 through 2079 of the Omnibus Complaint.

___Fee _____
___Process_____
_X_Dktd _____
___CtRmDep_____
___Doc. No._____

### The Distributer and Supplier Defendants

5. North Palm admits the allegations of paragraphs 2080 through 2123 of the Omnibus Complaint.

### The Importer/Exporter/Broker Defendants

6. North Palm admits the allegations of paragraphs 2123 through 2128 of the Omnibus Complaint.

### The Developer/Builder Subclasses

7. North Palm admits the allegations of paragraphs 2129 through 2376 and 2380 through 2516 of the Omnibus Complaint.

8. North Palm denies the allegations in paragraphs 2377, 2378 and 2379 of the Omnibus Complaint.

### The Contractor/Installer Subclass

9. North Palm admits the allegations in paragraphs 2517 through 2609 of the Omnibus Complaint.

## FACTS REGARDING PRODUCT DEFECT

10. North Palm denies the allegations in paragraphs 2610 through 2620 of the Omnibus Complaint.

## CLASS ACTION ALLEGATIONS

### The Knauf Class

11. North Palm denies that the "Chinese drywall" is defective, but admits the balance of the allegations in paragraph 2621 of the Omnibus Complaint.

### The Distributor/Supplier Subclasses (Subclasses 1-43)

12.     North Palm denies that the "Chinese drywall" is defective, but admits the balance of the allegations in paragraph 2622 of the Omnibus Complaint.

13.     North Palm admits the allegations of paragraph 2623 of the Omnibus Complaint.

### The Importer/Exporter/Broker Subclasses (Subclasses 44-48)

14.     North Palm denies that the "Chinese drywall" is defective, but admits the balance of the allegations in paragraph 2624.

15.     North Palm admits the allegations in paragraph 2625 of the Omnibus Complaint.

### The Builder/Developer Subclasses (Subclasses 49-436)

16.     North Palm denies that the "Chinese drywall" is defective, but admits the balance of the allegations in paragraph 2626 of the Omnibus Complaint.

17.     North Palm denies that G. Drywalls Corporation (#170), North Palm Estates Homes, Inc. (#304) and/or Rafuls & Associates Construction, Inc. (#340) are properly classified as part of this subclass, but admits the balance of the allegations of paragraph 2627 of the Omnibus Complaint.

### The Contractor/Installer Subclasses (Subclasses 437-529)

18.     North Palm denies that the "Chinese drywall" is defective, but admits the balance of the allegations in paragraph 2628.

19.     North Palm admits the allegations in paragraph 2629 of the Omnibus Complaint.

## General Class Allegations and Exclusions from Class Definitions

20.     North Palm admits the allegations in paragraph 2630 of the Omnibus Complaint.

21.     North Palm denies that the drywall was defective or unfit, but admits the balance of the allegations in paragraph 2631 of the Omnibus Complaint.

22.     North Palm denies the allegations of paragraph 2632 of the Omnibus Complaint.

23.     North Palm admits the allegations of paragraphs 2633 through 2637 of the Omnibus Complaint.

24.     North Palm denies the allegations of paragraph 2638 or the Omnibus Complaint.

25.     North Palm admits the allegations of paragraph 2639 or the Omnibus Complaint.

## COUNT I
## NEGLIGENCE
## (Against All Defendants)

26.     North Palm adopts and restates the preceding paragraphs 1 through 26, as if fully set forth herein.

27.     North Palm denies the allegations in paragraphs 2641 through 2647 of the Omnibus Complaint.

## COUNT II
## NEGLIGENCE PER SE
## (Against All Defendants)

28. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

29. North Palm denies the allegations of paragraphs 2649 through 2654 of the Omnibus Complaint.

## COUNT III
## STRICT LIABILITY
## (All Defendants)

30. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

31. North Palm denies the allegations of paragraphs 2655 through 2672 of the Omnibus Complaint.

## COUNT IV
## BREACH OF EXPRESS WARRANTY AND/OR IMPLIED WARRANTIES
## (All Defendants)

32. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

33. North Palm denies the allegations of paragraphs 2674 through 2680 of the Omnibus Complaint.

## COUNT V
## BREACH OF THE IMPLIED WARRANTY OF FITNESS AND MERCHANTABILITY
## PURSUANT TO FLORIDA STATUTES SECTION 718.203
## (On Behalf of Plaintiffs Who Own Condominiums in the state of Florida)

34. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

35. North Palm states that paragraphs 2682 through 2692 do not apply to North Palm, but to the extent that these paragraphs refer to North Palm, North Palm denies the allegations in paragraphs 2682 through 2692 of the Omnibus Complaint.

## COUNT VI
## BREACH OF IMPLIED WARRANTY OF HABITABILITY
## (Against Builders Only)

36. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

37. North Palm states that paragraphs 2684 through 2699 do not apply to North Palm, but to the extent that these paragraphs refer to North Palm, North Palm denies the allegations in paragraphs 2684 through 2699 of the Omnibus Complaint.

## COUNT VII
## BREACH OF CONTRACT
## (Against Builders Only)

38. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

39. North Palm states that paragraphs 2701 through 2703 do not apply to North Palm, but to the extent that these paragraphs refer to North Palm, North Palm denies the allegations in paragraphs 2701 through 2703 of the Omnibus Complaint

## COUNT VIII
## VIOLATION OF THE LOUISIANA NEW HOME WARRANTY ACT
## (Against Louisiana Builders Only)

40. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

41. North Palm is not a Louisiana Builder and therefore denies all allegations in this Count VIII of the Omnibus Complaint.

## COUNT IX
## REDHIBITION
## (By Louisiana Plaintiffs Against All Defendants)

42. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein

43. North Palm denies the allegations in paragraphs 2711 through 2720 of the Omnibus Complaint.

## COUNT X
## LOUISIANA PRODCUTS LIABILITY ACT
## (Pleaded in the Alternative Against All Distributor Defendants

44. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

45. North Palm denies the allegations in paragraphs 2722 through 2734 of the Omnibus Complaint.

## COUNT XI
## PRIVATE NUISANCE
## (All Defendants)

46. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

47. North Palm denies the allegations in paragraphs 2736 through 2741 of the Omnibus Complaint.

## COUNT XII
## NEGLIGENT DISCHARGE OF A CORROSIVE SUBSTANCE
## (All Defendants)

48.  North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

49.  North Palm denies the allegations in paragraphs 2743 through 2748 of the Omnibus Complaint.

## COUNT XIII
## UNJUST ENRICHMENT
## (All Defendants)

50.  North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

51.  North Palm denies the allegations in paragraphs 2749 through 2752 of the Omnibus Complaint.

## COUNT XIV
## VIOLATION OF CONSUMER PROTECTION ACTS
## (All Defendants)

52.  North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

53.  North Palm denies the allegations in paragraphs 2754 through 2757 of the Omnibus Complaint.

## COUNT XV
## EQUITABLE AND INJUNCTIVE RELIEF AND MEDICAL MONITORING
## (All Defendants)

54. North Palm adopts the preceding paragraphs 1 through 26 as if fully set forth herein.

55. North Palm denies the allegations in paragraphs 2759 through 2770.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail, postage prepaid to: Russ M. Herman, Esquire, Leonard A. Davis, Esquire, Stephen J. Herman, Esquire, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, New Orleans, Louisiana 70113 and C. David Durkee, Esquire, Roberts & Durkee, P.A., Alhambra Towers, Penthouse I, 121 Alhambra Plaza, Suite 1603, Coral Gables, Florida 33134, on this 6th day of June, 2010.

Palmer, Lugo & Olea, P.A.
Attorney For: North Palm & Associates Construction Co, Inc. and North Palm Estates Homes, Inc.
5353 North Federal Highway
Suite 207
Fort Lauderdale, Florida 33308
Telephone (954) 491-1300
Facsimile (954) 491-1997

By: _____
ANDREW J. PALMER; FBN: 0016194
E-mail: ajpalmer@palmerlawgroup.com
ANTHONY E. PALMER; FBN: 996122
E-mail: tpalmer@palmerlawgroup.com