IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED       MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                          SECTION: L MAG 2

                                    JUDGE FALLON

(This Document Relates to Gross, et al, v.
Knauf Gips KG et al, Case No. 2:09-CV-6690)    MAG. JUDGE WILKINSON

_____/

## NOTICE OF APPEARANCE

The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the undersigned counsel, hereby enters its appearance on behalf of Defendant, Shelby Homes, Inc., in this matter, and requests that counsel and the Court henceforth serve all pleadings and papers on the undersigned.

Dated: June 08, 2010

                                                            Respectfully submitted,

                                                             BILZIN SUMBERG BAENA PRICE
                                                             & AXELROD LLP
                                                             Attorneys for Shelby Homes, Inc.
                                                             2500 Wachovia Financial Center
                                                             200 South Biscayne Boulevard
                                                             Miami, Florida 33131
                                                             Tel.: (305)374-7580   Fax: (305)374-7593

                                      BY:    /s/ *Melissa Pallett-Vasquez*
                                                  ROBERT W. TURKEN, ESQ.
                                                  Florida Bar No. 306355
                                                  rturken@bilzin.com
                                                  ADAM F. HAIMO, ESQ.
                                                  Florida Bar No. 502731
                                                  ahaimo@bilzin.com
                                                  MELISSA PALLETT-VASQUEZ, ESQ.
                                                  Florida Bar No.  715816
                                                  mpallett@bilzin.com

Case No. 2:09-CV-6690

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of June, 2010.

By: *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez