003578.00114M

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES | MAG. JUDGE WILKINSON |

_____/

## MOTION TO DISMISS

COMES NOW, Advantage Builders of SWFL, Inc., by and through its undersigned counsel and pursuant to Rule 5 of the Federal Rules of Civil Procedure, moves this Court to grant its Motion to Dismiss or in the alternative Quash Service of Process of the Plaintiffs Omnibus Class Action Complaints on the arguments set forth below.

1. Advantage Builders of SWFL, Inc., was served with Plaintiffs' Omnibus Class Action Complaints on May, 25, 2010.

2. Advantage Builders of SWFL, Inc, was not incorporated as a business within the State of Florida or any other State of the United States until June 25, 2009. (A copy of the Articles of Incorporation are attached hereto as Exhibit A).

3. Advantage Builders of SWFL, Inc, did not and has not built any homes within the State of Florida or any other State of the United States at any time. (Affidavit of Steve Magner to be filed with the Court)

MDL 2047 (Re All Cases)
Page 2 of 4

4. Advantage Builders of SWFL, Inc, did not and has not installed, purchased, supplied or distributed any Chinese manufactured Gypsum Drywall boards.

5. Advantage Builders of SWFL, Inc, moves the Court to dismiss the action because the complaints fail to state a claim against Advantage Builders of SWFL, Inc upon which relief can be granted.

6. Advantage Builders of SWFL, Inc, moves the Court to dismiss the action and quash the return of service of the summons on the grounds that Advantage Builders of SWFL, Inc not in existence at any time material to the Plaintiffs' cause of action.

7. Federal courts cannot exercise personal jurisdiction over a defendant without proper service of process. *Omni Capital Int'l, Ltd. v. Wolff & Co.*, 484 U.S. 97, 104 (1987). Insufficient service can result in dismissal under Rule 12(b)(4) and Rule 12(b)(5) FRCP.

8. Rule 12 of the Federal Rules of Civil Procedures states: Every defense to a claim for relief in any pleading must be asserted in the responsive pleading if one is required. But a party may assert the following defenses by motion:

    (1) lack of subject-matter jurisdiction;

    (2) lack of personal jurisdiction;

    (3) improper venue;

    (4) insufficient process;

    (5) insufficient service of process;

(6) failure to state a claim upon which relief can be granted; and

(7) failure to join a party under Rule 19.

A motion asserting any of these defenses must be made before pleading if a responsive pleading is allowed. If a pleading sets out a claim for relief that does not require a responsive pleading, an opposing party may assert at trial any defense to that claim. No defense or objection is waived by joining it with one or more other defenses or objections in a responsive pleading or in a motion.

Respectfully submitted,

Dated: June 8, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax: 305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:  305-774-9966
Fax: 305-774-7743
ameyers@defensecounsel.com

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 8th day of June, 2010.

/s/ Raul R. Loredo
Raul R. Loredo

# Electronic Articles of Incorporation For

ADVANTAGE BUILDERS OF SWFL, INC.

P09000055188
FILED
June 25, 2009
Sec. Of State
jshivers

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
ADVANTAGE BUILDERS OF SWFL, INC.

## Article II
The principal place of business address:
11796 METRO PKWY
SUITE C
FORT MYERS, FL.  33966

The mailing address of the corporation is:
11796 METRO PKWY
SUITE C
FORT MYERS, FL.  33966

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
STEVEN J MAGNER
11796 METRO PKWY
SUITE C
FORT MYERS, FL.  33966



EXHIBIT A

I certify that I am familiar with and accept the responsibilities of registered agent.

Registered Agent Signature:   STEVEN J MAGNER

## Article VI

The name and address of the incorporator is:

STEVEN J MAGNER
11796 METRO PKWY
SUITE C
FORT MYERS, FL 33966

Incorporator Signature:   STEVEN J MAGNER

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

Title:   DIR
STEVEN J MAGNER
11796 METRO PKWY, SUITE C
FORT MYERS, FL.   33966

## Article VIII

The effective date for this corporation shall be:

06/25/2009

P09000055188
FILED
June 25, 2009
Sec. Of State
jshivers