# Electronic Articles of Incorporation
# For

ADVANTAGE BUILDERS OF SWFL, INC.

P09000055188
FILED
June 25, 2009
Sec. Of State
jshivers

The undersigned incorporator, for the purpose of forming a Florida profit corporation, hereby adopts the following Articles of Incorporation:

## Article I
The name of the corporation is:
ADVANTAGE BUILDERS OF SWFL, INC.

## Article II
The principal place of business address:
11796 METRO PKWY
SUITE C
FORT MYERS, FL.   33966

The mailing address of the corporation is:
11796 METRO PKWY
SUITE C
FORT MYERS, FL.   33966

## Article III
The purpose for which this corporation is organized is:
ANY AND ALL LAWFUL BUSINESS.

## Article IV
The number of shares the corporation is authorized to issue is:
1000

## Article V
The name and Florida street address of the registered agent is:
STEVEN J MAGNER
11796 METRO PKWY
SUITE C
FORT MYERS, FL.   33966

I certify that I am familiar with and accept the responsibilities of registered agent.

P09000055188
FILED
June 25, 2009
Sec. Of State
jshivers

Registered Agent Signature:   STEVEN J MAGNER

## Article VI

The name and address of the incorporator is:

>STEVEN J MAGNER
>11796 METRO PKWY
>SUITE C
>FORT MYERS, FL 33966

Incorporator Signature:   STEVEN J MAGNER

## Article VII

The initial officer(s) and/or director(s) of the corporation is/are:

>Title:   DIR
>STEVEN J MAGNER
>11796 METRO PKWY, SUITE C
>FORT MYERS, FL.   33966

## Article VIII

The effective date for this corporation shall be:

>06/25/2009