UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| CASE NO. 2:09cv-07628 _____ / | MAG. JUDGE WILKINSON |

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

    Defendants/Crossclaim Plaintiffs,

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation. RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

    Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,

    Third-Party Defendant.
_____/

**CONSENT MOTION FOR EXTENSION OF TIME FOR FLORIDA STYLE SERVICES, INC. TO RESPOND TO TAYLOR MORRISON SERVICES, INC'S CROSSCLAIM**

    Defendant, FLORIDA STYLE SERVICES, INC., ("FLORIDA STYLE"), fully reserving any and all defenses, by and through undersigned counsel, respectfully requests this Honorable

Court to grant a forty (40) day extension of time to respond to TAYLOR MORRISON SERVICES, INC.'S ("TAYLOR MORRISON'S) Crossclaim and in support thereof states:

1. TAYLOR MORRISON filed a Crossclaim against FLORIDA STYLE in the above-style action, pending the Eastern District of Louisiana.

2. FLORIDA STYLE was served with TAYLOR MORRISON'S Crossclaim on May 11, 2010.

3. FLORIDA STYLE requires additional time through and including July 12, 2010 to respond to the Crossclaim. A proposed order is attached as Exhibit A to this motion.

4. This extension will not prejudice any of the parties, nor will it delay the proceedings. FLORIDA STYLE has not previously asked the Court for an extension of time to respond to the Crossclaim.

5. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, FLORIDA STYLE respectfully requests an extension of time to respond to TAYLOR MORRISON'S Crossclaim.

### CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Eastern District of Louisiana Local Rule 7.9E, undersigned counsel certifies that he conferred with counsel for TAYLOR MORRISON and is authorized to represent that counsel consents to the relief requested herein.

Respectfully Submitted,

/s/ *Robert V. Fitzsimmons*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant Florida Style Services, Inc.*