UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| CASE NO. 2:09cv-07628 _____/ | MAG. JUDGE WILKINSON |

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

    Defendants/Crossclaim Plaintiffs
v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation. RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

    Crossclaim Defendants,
v.

COTHERN CONSTRUCTION COMPANY, a Florida corporation,

    Third-Party Defendant.
_____/

## **ORDER**

Upon consideration of FLORIDA STYLE SERVICES, INC.'s Motion for Extension of Time to Respond to TAYLOR MORRISON SERVICES, INC.'s Crossclaim,

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Crossclaim is hereby GRANTED; and

IT IS FURTHER ORDERED that FLORIDA STYLE SERVICES, INC. shall be granted forty (40) days, through and including July 12, 2010, to respond to TAYLOR MORRISON's Crossclaim.

New Orleans, Louisiana, this _____ day of June, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1071653