# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING Motion for Extension of Time of John Korn Builders, LLC;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for John Korn Builders, LLC to file responsive pleadings to Plaintiff's Amended Omnibus Class Action Complaint in this case is extended until the _____ day of _____, 2010.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
U. S. District Court Judge