UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | : |  |
| *David Gross, et al. v. Knauf Gips KG, et al.* | : |  |

## **NOTICE OF APPEARANCE**

COMES NOW, the undersigned law firm of Broad and Cassel and hereby files its Notice of Appearance as counsel on behalf of the following Defendants: Centerline Homes at Tradition, LLC,[1] Centerline Homes Construction, Inc., Centerline Homes, Inc., and Completed Communities II, LLC. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.[2]

        Respectfully submitted,

        By: __/s/ Vanessa M. Serrano_____
            PETER R. GOLDMAN
            Florida Bar No. 860565
            VANESSA M. SERRANO
            Florida Bar No. 51555
            BROAD AND CASSEL
            100 S.E. Third Ave., Ste. 2700
            Fort Lauderdale, FL 33394
            Telephone: (954) 764-7060
            Facsimile: (954) 713-0996
            pgoldman@broadandcassel.com
            vserrano@broadandcassel.com

---

[1]     This entity was merged into Completed Communities II, LLC on or about December 28, 2007.

[2]     This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction.

*Counsel for Centerline Homes at Tradition, LLC, Centerline Homes Construction, Inc., Centerline Homes, Inc., and Completed Communities II, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2010.

                                                            __/s/ Vanessa M. Serrano_____
                                                            Vanessa M. Serrano

4819-9267-2518.1
34720/0062