UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATED TO:
*Hernandez v. Knauf Gips KG, et al.*, No. 09-6050

******************************************************************

### NOTICE OF APPEAL

Notice is hereby given that Defendant, KNAUF PLASTERBOARD TIANJIN CO., LTD., hereby appeals to the Court of Appeals for the Fifth Circuit from the judgment of May 10, 2010, entered in favor of Plaintiffs, TATUM HERNANDEZ and CHARLENE HERNANDEZ, in the amount of $164,049.64, plus attorneys' fees and costs. Although the District Court has awarded a reasonable attorney's fee to plaintiffs' counsel, the amount of that award has not yet been reduced to final judgment and may be subject to a separate appeal.

Date: June 9, 2010

Respectfully submitted,

/s/ Kerry J. Miller

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

Richard Franklin (IL Bar 0864390)
Douglas Sanders (IL Bar 6256621)
BAKER & MCKENZIE LLP
130 E. Randolph Dr.
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
douglas.sanders@bakermckenzie.com

Donald J. Hayden (FL Bar 0097136)
BAKER & MCKENZIE LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

*Attorneys for Defendant Knauf Plasterboard (Tianjin) Co., Ltd.*

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Homebuilders' Liaison Counsel and Insurers' Liaison Counsel by e-mail and U.S. Mail, and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pre-Trial Order No. 6 on this 9th day of June, 2010.

/s/ Kerry J. Miller