UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MDL NO.: 2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

**STIPULATION OF DISMISSAL
AS TO OLD REPUBLIC INSURANCE COMPANY**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Robert C. Pate, as Trustee for the Chinese Drywall Trust ("Pate"), by and through his respective undersigned counsel, hereby stipulates that this action is dismissed with prejudice against Old Republic Insurance Company ("Old Republic") only.

Pate and Old Republic agree and stipulate that Old Republic and Pate will bear their own fees and costs.

Dated: June 9, 2010

/s/ Kevin P. Kress
Michael R. Sistrunk (12111)
Peter J. Wanek (23353)
Kevin P. Kress (31490)
McCranie, Sistrunk, Anzelmo
Hardy, McDaniel & Welch
400 Lafayette Street - Suite 100
New Orleans, Louisiana 70130
P: 504-831-0946 / F: 504-529-9796
msistrunk@mcsalaw.com
pwanek@mcsalaw.com
kkress@mcsalaw.com

*Defendant Old Republic Insurance Company's Counsel*

Respectfully submitted,

/s/ Anna M. Piazza
Robert M. Horkovich
Anna M. Piazza
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020
P: 212-278-1000 / F: 212-278-1733
rhorkovich@andersonkill.com
apiazza@andersonkill.com

*Plaintiff Robert C. Pate's Lead Counsel*

        Burton LeBlanc (#20491)
        Baron & Budd, P.C.
        9015 Bluebonnet Blvd.
        Baton Rouge, Louisiana 70810
        P:  225-927-5441
        F:  225-927-5449
        bleblanc@baronbudd.com

        Renée Melançon
        Baron & Budd, P.C.
        3102 Oak Lawn Avenue, Suite 1100
        Dallas, TX  75219
        P:  214-521-3605
        F:  214-520-1181
        RMelanco@baronbudd.com

        *Plaintiff's Local Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all counsel of record by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2010.

        /s/ Anna M. Piazza
        Anna M. Piazza