**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:   CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to Pate v. American International Specialty Lines Insurance Company, et al. (09-7791) | MDL NO.:  2047<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## ORDER

Considering the Stipulation of Dismissal as to Old Republic Insurance Company submitted by Plaintiff, Robert C. Pate

**IT IS HEREBY ORDERED** that Old Republic Insurance Company is hereby **DISMISSED** from this action, with prejudice, each party to bear its own costs, and reserving Plaintiff's rights against all other parties.

New Orleans, Louisiana, this _____ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE