IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Payton v. Knauf Plasterboard (Tianjin) Co., Ltd ( KPT)* Case No. 09-7628

---

### O R D E R

---

Considering the above and foregoing, Motion to Enroll **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP as additional counsel in the above-captioned cause;

IT IS ORDERED that **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey and Mark Spatz** of the law firm of Kay Scholer LLP be and are hereby enrolled as additional counsel for Knauf Plasterboard (Tianjin) Co., Ltd ("KPT") in the above-captioned cause.

New Orleans, LA., this ___9th___ day of ___June___, 2010.

_____
JUDGE ELDON E. FALLON