UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL            MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                               SECTION L
                                                                               JUDGE FALLON
                                                                               MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*David Gross, et al. v. Knauf Gips, KG, et al.*
Case No. 09-6690
_____/

## NOTICE OF LIMITED APPEARANCE

      PLEASE TAKE NOTICE that the law firm of Sachs Sax Caplan hereby enters its limited appearance as counsel of record for the Defendant, ALBANESE-POPKIN THE OAKS DEVELOPMENT GROUP, L.P. This Limited Notice of Appearance is being made, and is expressly subject to and without waiver of, any and all objections to venue, service of process and/or jurisdiction. However, please direct all future pleadings and correspondence to the undersigned.

## CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of June, 2010.

                                          SACHS SAX CAPLAN
                                          Attorneys for Defendant, Albanese-Popkin The Oaks
                                          Development Group, L.P.
                                          6111 Broken Sound Parkway NW, Suite 200
                                          Boca Raton, Florida 33487
                                          Tele:   (561) 994-4499
                                          Fax:    (561) 994-4985

                                          By:  /s/     Brett A. Duker_____
                                                     Lysa M. Friedlieb
                                                     Florida Bar No. 898538
                                                     lfriedlieb@ssclawfirm.com
                                                     Brett A. Duker
                                                     Florida Bar No. 0021609
                                                     bduker@ssclawfirm.com