UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al, Case No. 2:09-cv-06690. | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for Southern Homes of Broward XI, Inc., in this case and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated:  June 9, 2010.

            s/ Adam C. King
            JEFFREY M. PASKERT
            Florida Bar No. 846041
            jpaskert@mpdlegal.com
            ADAM C. KING
            Florida Bar No. 156892
            aking@mpdlegal.com
            MILLS PASKERT DIVERS
            100 N. Tampa Street, Suite 2010
            Tampa, Florida  33602
            (813) 229-3500 − Telephone
            (813) 229-3502 − Facsimile
            *Attorneys for Southern Homes of Broward XI, Inc.*

**CERTIFICATE OF SERVICE**

 I HEREBY certify that on June 9, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

               s/ Adam C. King
               Attorney