# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Janet Morris-Chin v. Knauf Plasterboard (Tianjin) Co., Ltd (KPT)* Case No. 09-4119

## O R D E R

Considering the above and foregoing, Motion to Enroll **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP as additional counsel in the above-captioned cause;

IT IS ORDERED that **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP be and are hereby enrolled as additional counsel for Knauf Gips KG, Knauf Plasterboard (Tianjin) Co., Ltd, and Knauf Plasterboard (Wuhu) Co., Ltd in the above-captioned cause.

New Orleans, LA, this \_\_\_9th\_\_\_ day of \_\_\_June\_\_\_, 2010.

_____
JUDGE ELDON E. FALLON