UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.    2047** |
| | **SECTION:    L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** *WILTZ, ET. AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.* | **MAG. JUDGE WILKINSON** |
| **CASE No.    2:10-cv-00361 (E.D.LA.)** | |

_____/

## DEFENDANT, DANIEL WAYNE HOMES, INC.'S, MOTION TO SUBSTITUTE COUNSEL

Defendant, Daniel Wayne Home, Inc., by and through its undersigned counsel, hereby moves to substitute its counsel of record in this action, and in support thereof, states:

1. Dorothy Hudson Wimberly and Brooke C. Tigchelaar of the law firm of Stone, Pigman, Walther, Wittmann, LLC are currently Daniel Wayne Home, Inc.'s counsel of record in this action.

2. Daniel Wayne Home, Inc. desires to substitute Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP as its counsel of record.

WHEREFORE, Defendant, Daniel Wayne Home, Inc., respectfully requests that the Court enter an Order approving the substitution of Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP for Daniel Wayne Home, Inc. in this action.

Respectfully submitted,

**Dated: June 9, 2010**

| | |
|---|---|
| **MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP** | **STONE, PIGMAN, WALTHER, WITTMANN, LLC** |
| /s/ Raul R. Loredo | /s/ Dorothy Hudson Wimberly |
| **Raul R. Loredo, Esquire** | **Dorothy Hudson Wimberly, Esquire** |
| Addison J. Meyers, Esquire | **Brooke C. Tigchelaar, Esquire** |
| The Waterford at Blue Lagoon | 546 Carondelet St. |
| 1000 NW 57th Court, Suite 300 | New Orleans, LA 70130-3588 |
| Miami, FL 33126 | Tel:   504-593-0849 |
| Tel:  305-774-9966 | Fax:  504-596-0849 |
| Fax: 305-774-7743 | dwimberly@stonepigman.com |
| rloredo@defensecounsel.com | btigchelaar@stonepigman.com |
| ameyers@defensecounsel.com | |

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 9th day of June, 2010.

/s/ Raul R. Loredo
Raul R. Loredo

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.   2047<br><br>SECTION:   L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*WILTZ, ET. AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*<br><br>CASE No.   2:10-cv-00361 (E.D.LA.) | |

_____/

**ORDER ON DANIEL WAYNE HOMES, INC.'S MOTION TO SUBSTITUTE COUNSEL**

CONSIDERING Defendant, Daniel Wayne Home, Inc.'s Motion to Substitute Counsel, IT IS ORDERED that Daniel Wayne Home, Inc.'s Motion to Substitute Counsel is hereby **GRANTED,** and that Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP are hereby substituted and enrolled as counsel of record for Defendant, Daniel Wayne Home, Inc., in lieu and in place of Dorothy Hudson Wimberly and Brooke C. Tigchelaar of the law firm of Stone, Pigman, Walther, Wittmann, LLC.

New Orleans, Louisiana, this \_\_\_\_ day of _____, 2010.

_____
U.S. District Judge

729483