# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Gross v. Knauf Gips KG, et al*
Case No. 09-6690

# O R D E R

Considering the above and foregoing, Motion to Enroll **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP as additional counsel in the above-captioned cause;

IT IS ORDERED that **Steven Glickstein, Jay P. Mayesh, Gregory Wallance, Robert Grass, Karin Garvey** and **Mark Spatz** of the law firm of Kay Scholer LLP be and are hereby enrolled as additional counsel for Knauf AMF GmbH & Co., KG, Knauf Insulation GmbH, a/k/a Knauf USA, Knauf Gips, KG and Knauf Plasterboard (Tianjin) Co., Ltd in the above-captioned cause.

New Orleans, LA, this __9th__ day of __June__, 2010.

_____
JUDGE ELDON E. FALLON