UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: DAVID GROSS, ET AL VERSUS KNAUF GIPS, KG, ET AL 2:09-CV-06690-EEF-JCW | * * * * | JUDGE ELDON E. FALLON MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER

Considering the foregoing Ex Parte Motion to Extend Time to File Responsive Pleadings:

**IT IS HEREBY ORDERED** said motion is GRANTED allowing Thompson Wood Products, Inc., an additional twenty one (21) days or until July 2, 2010, to answer or otherwise plead in this matter.

New Orleans, Louisiana, this ____9th____ day of June, 2010.

_____
UNITED STATES DISTRICT JUDGE