| | |
|---|---|
| From: | CN=WangLan/OU=BeiFang/O=Knauf_China |
| To: | Mark Norris <Mark Norris/BeiFang/Knauf_China@Knauf> |
| Sent: | 3/13/2006 6:49:54 AM |
| Subject: | Salomon sole agent for one year |
| Attachments: | SALOMON sole agent.xls |

Dear Mark,

Salomon confirmed to be sole agent for one year, 60 containers per month, total 3000 containers from NOW to Mar, 2007.

Pls confirm the contract.

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656


Mark Norris/BeiFang/Knauf_China
2006-03-10 14:59

收件人
WangLan/BeiFang/Knauf_China@Knauf
抄送

主题
 e: Salomon sole agent for one year




Ok....but if he wants 20 extra containers a week it will cost 4.69per/piece.




WangLan/BeiFang/Knauf_China
2006-03-10 14:42

To
Mark Norris/BeiFang/Knauf_China@Knauf
cc

Subject
Salomon sole agent for one year




   ar Mark,

Pls see belows.

Best Regards,

KPT0023321

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
----- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-03-10 14:44 -----

"jawahar" <jawahar@rothchilt.zjip.com>
2006-03-10 14:30

收件人
<WangLan@mail.knauf.com.cn>
抄送

主题
Re: sample


Dear Cecilia,

I discussed with Salomon and he says, he is willing to sign contract for one year is no problem, but

1) Price should be same USD4.50/pc as per current contract.

2) Contract will start from the shipment of 12th March 2006, means, he will sign contract for 3000 containers
   be shipped in one year, including containers which are not shipped yet.

3) Salomon wants upto 80 containers per week, is it possible?

4) Most important thing is, if the demand in Florida market drops, then Salomon will advise us atleast 30 days
in advance to stop production and shipments or reduce quantity etc....
depending on the market situation.

Hope you will consider all above seriously and confirm with us.

bst rgds
Jawahar

KPT0023322