|   | A | B |
|---|---|---|
| 1 |   |   |
| 2 |   | **SOLE AGENT CONT** |
| 3 |   |   |
| 4 |   |   |
| 5 |   |   |
| 6 |   |   |
| 7 |   |   |
| 8 |   |   |
| 9 | Seller: KNAUF PLASTERBOARD (TIANJIN) CO.,LTD. |   |
| 10 | Address: NORTH YINHE BRIDGE, EAST JINGJIN ROAR, BEICHEN DISTRICT,TIANJIN 300400 P.R.CHINA |   |
| 11 | Attn: MARK NORRIS | TEL NO.: 86 22-26972777 |
| 12 |   |   |
| 13 | Buyer:ROTHCHILT INTERNATIONAL LIMITED |   |
| 14 | Address:  N-510 CHIA HSIN BLDG.ANNEX 96 CHUNG SHAN N.RD.SEC 2 TAIPEI  TAIWAN R.O.C. |   |
| 15 | Attn: SALOMON | 02-25224518 |
| 16 |   |   |
| 17 |   |   |
| 18 | DESCRIPION | SPECIFICATION |
| 19 |   |   |
| 20 |   |   |
| 21 | STD Board | 1220*3660*12.5mm TE |
| 22 |   |   |
| 23 |   |   |
| 24 |   |   |
| 25 | TOTAL |   |
| 26 | SAYING: US DOLLARS EIGHT MILLION FIVE  HUNDRED AND FIVE THOUSAND  ONLY. |   |
| 27 | **REMARKS:** |   |
| 28 | 1. 630PCS per 40'HQ, buyer will pay airbag cost if we use airbag as protect stuff . |   |
| 29 | 2. Seller: will deliver 60 containers weekly. Buyer: responsible to arrange shipping in advance. |   |
| 30 | **SOLE AGENT AREAS** : FLORIDA ,USA |   |
| 31 | The seller appoint buyer as sole agent of above plasterboard in Florida ,USA. |   |
| 32 | Seller will not ship goods to any port in Florida through other customers. |   |
| 33 | **SHIPPING DATE:** |   |
| 34 | From Mar.11th ,2006 to Mar.11th,2007, 60 containers per week, total 3000 containers for one year. |   |
| 35 | According to  market situation increase/drop, buyer should advise seller at least 30 days in advance to stop production |   |
| 36 | If buyer stop the shipment before this contract expiry date , seller will despatch boards to others in Florida. |   |
| 37 | **PAYMENT TERMS:**  By T/T payment within 3 days after receipt copy of B/L. |   |
| 38 | Deposit of USDUSD170,100.00( amount of 60 containers)will be deducted from the payment of the last shipment |   |
| 39 | effected under this contract. |   |
| 40 | **INSURANCE**  : To be covered by buyer |   |
| 41 | **DELIVERY TERMS:**  FOB  Tianjin, China |   |
| 42 |   |   |
| 43 |   |   |
| 44 |   |   |
| 45 | SELLER |   |
| 46 | SIGNATURE: |   |

KPT0023323

|   | C | D | E | F | G |
|---|---|---|---|---|---|
| 1 | | | | | |
| 2 | RACT | | | | |
| 3 | | | | | |
| 4 | | | | | |
| 5 | | | CONTRACT NO.: **EX-USA-20060313** | | |
| 6 | | | | | |
| 7 | | | DATE: Mar.13, 2006 | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |
| 11 | | FAX: 86 22-26973349 | | | |
| 12 | | | | | |
| 13 | | | | | |
| 14 | | | | | |
| 15 | | FAX: 02-25683167 | | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | QUANTITY | | UNIT PRICE | AMOUNT | |
| 19 | (PCS) | (M2) | USD/pc | (USD) | |
| 20 | | | **FOB Tianjin,China** | | |
| 21 | 1890000 | 8439228 | 4.50 | $8,505,000.00 | |
| 22 | | | | | |
| 23 | | | | | |
| 24 | | | | | |
| 25 | | | | $8,505,000.00 | |
| 26 | | | | | |
| 27 | | | | | |
| 28 | | | | | |
| 29 | | | | | |
| 30 | | | | | |
| 31 | | | | | |
| 32 | | | | | |
| 33 | | | | | |
| 34 | | | | | |
| 35 | | | | | |
| 36 | | | | | |
| 37 | | | | | |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | **DESTINATION:** Miami port, USA. | | | | |
| 42 | | | | | |
| 43 | **ARBITRATION:** | | TIANJIN, P.R.C | | |
| 44 | | | | | |
| 45 | BUYER | | | | |
| 46 | SIGNATURE: | | | | |

KPT0023324