| | |
|---|---|
| From: | Saemann, Ingrid <Saemann.Ingrid@knauf.de> |
| To: | mark@mail.knauf.com.cn <mark@mail.knauf.com.cn> |
| Sent: | 11/8/2006 1:28:14 PM |
| Subject: | AW: RE:Prof Hummel USA |

Wednesday, 08. Nov. 2006:
?
depart??? 12.55 p.m. Dallas??? AA 1899
arrival???? 04.35 p.m. Miami???
?
Please arrange the pickup at the airport und the hotel reservation for 2 nights.
Thank you.
?
?

Mit freundlichen Grü?en

?

Knauf Gips KG

Forschung und Entwicklung

?

Ingrid S?mann

?

   Bahnhof 7, 97346 Iphofen

Tel.-Nr. +49 9323 31-281

Fax-Nr. +49 9323 31-1164

mailto:saemann.ingrid@knauf.de

?
?
-----Ursprüngliche Nachricht-----
Von: mark@mail.knauf.com.cn [mailto:mark@mail.knauf.com.cn]
Gesendet: Mittwoch, 8. November 2006 13:58
An: Saemann, Ingrid
Betreff: Fw: RE:Prof Hummel USA
Wichtigkeit: Hoch


Dear Ingrid

Do you have Prof Hummels flight arrival numbers and times please.

Regards
Mark


----- Forwarded by Mark Norris/BeiFang/Knauf_China on 08/11/2006 08:55 PM
-----

"Isabel Knauf" <knauf.isabel@knauf.com.tr>

08/11/2006 07:26 PM

KPT0024366

To
"'Hummel Prof. Dr., Hans-Ulrich'" <Hummel.Hans-Ulrich@knauf.de>
cc
"'Saemann, Ingrid'" <Saemann.Ingrid@knauf.de>, <mnorris@mail.knauf.com.cn>,
nn.zhong@mail.knauf.com.cn>
ject
RE:

Dear Prof. Hummel,

We have made it very clear to Solomon that if anybody wants to sue us, they will have to sue Knauf Tianjin in a Tianjin court. Second of all, we only have a contract with Solomon, not with a third party.

However, for the reputation of Knauf in the market and to avoid that they sue Knauf's American entity, we need to show up there and find out what the hell is going on. The contractor is currently talking about unscrewing all Knauf boards in all the buildings again...

Mr. Norris will arrange that an official from Solomon meets you and goes to the site with you. They are the supplier to the contracter, not us.
Mr. Norris will give you as many details as he can.

We ask Mrs. Saemann to make the necessary flight an hotel arrangements.

Mr. Norris can be reached at any time via his mobile phone
86.1.3901379332)

Best regards,

Isabel Knauf
Mobile +90.533.7614578


-----Original Message-----
From: Hummel Prof. Dr., Hans-Ulrich [mailto:Hummel.Hans-Ulrich@knauf.de]
Sent: 08 Kas?m 2006 ?ar?amba 08:49
To: Isabel Knauf
Cc: Saemann, Ingrid
Subject: WG:

Hallo Frau Knauf,

In der Anlage finden Sie ein Schreiben, das ich vorhin an Tracy geschickt habe, die ebenfalls bezüglich meines Besuches angefragt hat.
Ich habe kein pers?nliches Problem damit, morgen, also am Mittwoch, nach Miami zu fliegen.

Bitte bedenken Sie aber, dass ich dort eigentlich nur als Verlierer auftreten kann, denn ich wei? bislang NICHTS!!! über den Vorgang, das Ausma? und die Ursachen und das ist auch vor Ort nicht zu kl?ren.

Wenn die Gegenseite dort mit Anw?lten vertreten sein sollte, k?nnte das für uns fatal sein.
Ich würde daher die besonnene Weise bevorzugen, da mir das wesentlich
elführender erscheint.

Sollten Sie meinen Besuch aber dennoch schon Donnerstag/Freitag wünschen, bitte ich um eine gute Vorortorganisation mit Reservierung eines Hotels für zwei N?chte.

KPT0024367

Die Kosten, die durch die Umbuchungen entstehen, muß ich Ihnen belasten.

Wegen des groβen Zeitunterschiedes können wir nicht mehr kommunizieren - es ist jetzt schon nahezu 11 pm hier und um 4 am geht's weiter.

"te sagen Sie dann einfach Frau Sßmann Bescheid. Reisebüro wird sich dann um alles weitere kümmern.

Mit freundlichen Grüssen

Hans-Ulrich Hummel

-----Ursprüngliche Nachricht-----
Von: Hummel Prof. Dr., Hans-Ulrich
Gesendet: Mittwoch, 8. November 2006 03:42
An: tracy@bannersupply.com
Cc: Halbach, Martin
Betreff:


Dear Tracy
I am Hans-Ulrich Hummel, working ?for Knauf in Germany as head of R&D. Currently I am on the westcoast of US together with people from USG.

Of course I am aware of big problems with Knauf boards from China. What I have done so far is to forward board samples to Germany were we will investigate very quick the natur of the odour by gas chromatography. When I have controled the samples yesterday at Chicago ?I just ?could detect some "sweet small".

On the other hand I have been told today that an independent lab has identified oil as reason for the problem.

Before I don?t have a detailed knowledge about the emission, from wherever comes from, I can?t not really help. Tomorrow were are flying to Dallas I could stop my tour with USG and flying to Miami instead. But what can I do there without the detailed results of analysis?

I therefor suggest first to perform analysis and decide on this results about how to proceed.

If you want me to come to Florida without this background, I could get to Miami Wednesday at about 6 pm. But please keep in mind I will give no recommendations and no comment at all.

Let me know what you are thinking.

Best regards
Hans-Ulrich

Cell: +491716500713

KPT0024368