| | |
|---|---|
| **From:** | CN=WangLan/OU=BeiFang/O=Knauf_China |
| **To:** | Mark Norris <Mark Norris/BeiFang/Knauf_China@Knauf> |
| **Sent:** | 11/30/2006 4:11:11 AM |
| **Subject:** | Gorden Yeh |

Dear Mark,

This is the last mail from "Gorden Yeh " .

I will contact Taiwan Soon.

Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
----- 转发人 WangLan/BeiFang/Knauf_China 时间 2006-11-30 12:09 -----

"Gordon Yeh" <gyeh@marnellcorrao.com>
2006-11-14 10:44

收件人
<WangLan@mail.knauf.com.cn>
抄送

主题
Product certificate, dimension

Hello Cecilia,

The types of project we build in Las Vegas are in top niche in terms of
grandeur and elegance and they
all have high construction standard. The tolerance we can accept is: +0, -3mm
in width and length, +/-0.4 in thickness for the size of 4'x9'x5/8" (1219.2mm x
2743.2mm x 15.87mm). So the size you mentioned (1220mm x 2745mm x 15mm) won't
be acceptable. Do you think you can make the product to our size requirement?

Since Type "X" (fire-proof) in 4' x9' x5/8"" is the item we are looking for I'd
appreciate if you can send me a certificate for this.

Thanks,

Gordon Yeh
Director/China Outsourcing
Marnell Corrao Associates
Las Vegas, NV USA

www.marnellcorrao.com
Shanghai office: 021-63589588

From: WangLan@mail.knauf.com.cn [mailto:WangLan@mail.knauf.com.cn]
Sent: Mon 11/13/2006 12:15 AM
To: Gordon Yeh
Subject: ??: Product certificate



Dear Gordon,

    response to your questions.

1.1. The certificate is for gypsum plasterboard of 1200mm x 2400mm x 10mm. The size we will require in big demand is: 4'x9'x5/8" (1219.2mm x 2743.2mm x 15.87mm). Do you manufacture products of this size and have a certificate for it?

Yes , we can supply 4'*9'*5/8" , usually we produce by 1220*2745*15mm .Our board complies with the ASTM C36 regardless of individal thickness . 10mm was a indicative size we tested , all the USA board accepted this result in the past .

2. As you can see we use British system, is your production to metric system only? Will conversion result in any minor difference?

No real difference. The plant may require an extra 2 days to program it in.

3. It seems the certificate is for regular wallboard, not for "type X" which requires fire-resistance rating since it doesn't include any test result of retardant feature. We need "type X" gypsum plasterboard.

Yes you are right. However the ASTM C36 covers "plasterboard" in its generic form(stablilty etc) we have used this certificate etc supply various sizes and thickness to the states with no problem at all. I wasn't aware you needed Type"X" specific test, I will look into it further.


4. Dimensional tolerance is also an issue but no assessment of compliance with dimensional tolerance was undertaken as the report states.

    mensional tolerance generally is not required to be tested as part of the certification as all provided samples were entered in as stable 2400 x 1200 boards. This has never been an issue for previous exports and we normally send a ISO 9001/2 accreditation citing that our boards conforms with the most stringent ISO QA systems.


Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656


"Gordon Yeh"
<gyeh@marnellcorr
ao.com> ???
<WangLan@mail.knauf.com.cn>
2006-11-13 10:45 ??

??
Product certificate

KPT0025332

Hello Cecilia,

Thanks for your explanation and the information you provided.
Do you have any product certificate or test report for 4'x9'x5/8" by an authorized
institute? If yes, I would appreciate if you can send me a soft copy.

Gordon

---

From: WangLan@mail.knauf.com.cn [mailto:WangLan@mail.knauf.com.cn]
Sent: Wed 11/1/2006 5:51 PM
To: Gordon Yeh
Cc: mark@mail.knauf.com.cn
Subject: ??: Price and Loading

Dear Mr Yeh,

Thank you for your e-mail of the 31st.

I appreciate your comment of the pricing and would like to point out the
following to you.

 like many other local manufacturers Knaufs' certification of ISO and ASTM
tests are authentic and are supported by a company with over 80 years of
international experience. The age old saying of "you get what you pay for"
is certainly true in China and Knauf plasterboard pride themselves on
delivering international standard products that will performance as we
claim, all products are backed up with authentic international tests and
certification. Knauf also can guarantee through a independent international
test facility based outside China that our products do not contain Phosphor
Gypsum (which contains radioactivity) and does not contain asbestos which
is still commonly used in China as a fire retarder. Surely, this peace of
mind is reflected in our board prices.

We have exported to many US ports with a large variety of freight
configurations for some years now and understand your loading issues.

In our experience 20' and 40' GP container pricing from the US is cheaper
than from China and also shipping companies tend to do a better deal on
container rates for continuity as opposed to "one off shipments"

According to your container weight limit of 16.5 mt for 20' container/19.6
mt for 40' container, we can load :
size :1220*2743*15mm (4'x9'x5/8") , load by pallets , 54pcs/pallet,
standard board : 37.8kg/pc ,428pcs/1432m2 /20' container ,
502pcs/1680m2/40'
fire shield : 43.8kg/pc ,370pcs/1238m2/20' container, 434pcs/1452m2/40'
For your reference , the contaier we exported to USA before weight limit is
26tons .

 find that using either airbags or insulation (ASTM accredited) as
 .cking material has reduced the damage to almost nil.

Once again bulk shipment may be cheaper from your end via your broker. I am
happy to send you and indicative figures to help you on freight and send

That's a lot for our first communication. Thank you.

Gordon Yeh
Director/China Outsourcing
Marnell Corrao Associates
 s Vegas, NV USA

.ww.marnellcorrao.com
Shanghai office: 021-63589588

_____

From: WangLan@mail.knauf.com.cn [mailto:WangLan@mail.knauf.com.cn]
Sent: Mon 10/30/2006 6:25 PM
To: Gordon Yeh
Cc: mark@mail.knauf.com.cn
Subject: Las Vegas inquiry


Dear Mr. Marnell Corrao Assosiates,

I am glad to have your inquiry from my Dongguan colleague and I am aware
you are in the line of construction material purchasing from China market ,
have intention to import Knauf plasterboard to USA market .

My name is Cecilia , in charge of export business from Knauf Tianjin plant
.As our plant nearby sea port and we have plenty experience in export , and
we do export boards to USA both by bulk and containers .

I realized Emily already offered the price you need .Please contact me
directly if you need more information from us .
Please let me know details of how we can help and I would be happy to be of
assistance .

  st Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656
cell: 13821140232

KPT0025336