dear boy,

ng here checking my email... not sure if it is possible to get on the whole msn thing but will try again later when im officially given my password and things like that. SO.... ill go get tash from the airport today and actually it would be exceedingly useful if you could quickly email me what time she gets in so i dont have to find someone to borrow their phone to call you to find out the time. If you get the chance that is. SO lovely waking up and going off to work with you... i get such a kick out of it. That and you getting so excited you scratched my back last night... scratching and teethmarks are a good sign i think.

Love you darling

XXXXXXXXXXXxxx

@ "N"

KPT0018932