SMTPOriginator: karin@accesspacific.co.nz
$MessageStorage: 0
RouteServers: CN=Wuhu_Domino/O=Knauf_China;CN=BeiFang_Domino/O=Knauf_China
RouteTimes: 04/04/2005 11:12:34-04/04/2005 11:12:37;04/04/2005 11:14:25-04/04/2005 11:14:26
$Orig: C01D0FF20132A15446256FD90011A088
    datedBy: CN=Wuhu_Domino/O=Knauf_China;CN=BeiFang_Domino/O=Knauf_China


  -=_Part_167_9144903.1265361509953
Content-Type: text/plain; charset=us-ascii
Content-Transfer-Encoding: 7bit

  - att-1.htm - Letter to Supplier QD.doc - containers-declaration.pdf
-----=_Part_167_9144903.1265361509953
Content-Type: text/html; charset=us-ascii; name=att-1.htm
Content-Transfer-Encoding: 7bit
Content-Disposition: attachment; filename=att-1.htm

<!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0
Transitional//EN">
<HTML xmlns:o = "urn:schemas-microsoft-com:office:office"><HEAD>
<STYLE type=text/css> P, UL, OL, DL, DIR,
MENU, PRE { margin: 0 auto;}</STYLE>

<META content="MSHTML 6.00.2800.1491" name=GENERATOR></HEAD>
<BODY leftMargin=1 topMargin=1 rightMargin=1><FONT
face=Tahoma size=2>
<DIV>Please see attached documents.</DIV>
<DIV> </DIV>
<DIV>Regards<BR><BR></DIV>
<P><B><FONT face=Verdana color=#000066 size=2><SPAN
style="FONT-WEIGHT: bold; FONT-SIZE: 10pt;
COLOR: #000066; FONT-FAMILY: Verdana"></SPAN></FONT></B> </P>
<P><B><FONT face=Verdana color=#000066 size=2><SPAN
style="FONT-WEIGHT: bold; FONT-SIZE: 10pt;
COLOR: #000066; FONT-FAMILY: Verdana">Karin
    nie</SPAN></FONT></B></P>
    <FONT face=Verdana color=#000066 size=1><SPAN
style="FONT-SIZE: 7.5pt; COLOR: #000066;
FONT-FAMILY: Verdana">Shipping Manager -
<B><SPAN style="FONT-WEIGHT: bold">ACCESS
PACIFIC LTD</SPAN></B></SPAN></FONT><B><FONT
face=Verdana size=1><SPAN style="FONT-WEIGHT:
bold; FONT-SIZE: 7.5pt; FONT-FAMILY: Verdana"><BR><FONT
color=#999999><SPAN style="COLOR: #999999">p</SPAN></FONT></SPAN></FONT></B><FONT
face=Verdana color=#999999 size=1><SPAN style="FONT-SIZE:
7.5pt; COLOR: #999999; FONT-FAMILY: Verdana"> +64
9 302 9552 <B><SPAN style="FONT-WEIGHT: bold">f</SPAN></B>
+64 9 302 9550 <B><SPAN style="FONT-WEIGHT:
bold">m</SPAN></B> +64 21 541 330</SPAN></FONT></P>
<P><FONT face=Verdana color=#999999 size=1><SPAN
style="FONT-SIZE: 7.5pt; COLOR: #999999;
FONT-FAMILY: Verdana"><B><SPAN style="FONT-WEIGHT:
bold">e</SPAN></B> <A href="mailto:<<&amp;user_var.email>>">karin@accesspacific.co.nz</A><B><SPAN
style="FONT-WEIGHT: bold"> w</SPAN></B> <A
title=http://www.accesspacific.co.nz/ href="http://www.accesspacific.co.nz"
target=_blank>http://www.accesspacific.co.nz</A></SPAN></FONT></P>
<P><FONT face=Verdana color=#999999 size=1><SPAN
style="FONT-SIZE: 7.5pt; COLOR: #999999;
FONT-FAMILY: Verdana"></SPAN></FONT> </P>
<DIV><SPAN style="FONT-SIZE: 7.5pt; COLOR:
#cccccc; FONT-FAMILY: Arial">This e-mail
message and attachments are confidential
to Access Pacific and subject to legal privilege.
If you have received this e-mail in error,
   ise advise the sender immediately and
   .troy the message and any attachments.
If you are not the intended recipient you
are notified that any use, distribution,
amendment, copying or any action taken or

KPT0021092

omitted to be taken in reliance of this message
or attachments is prohibited.</SPAN></DIV></FONT>
<DIV></DIV></BODY></HTML>

------=_Part_167_9144903.1265361509953
Content-Type: application/octet-stream; name="Letter to Supplier QD.doc"
Content-Transfer-Encoding: base64
Content-Disposition: attachment; filename="Letter to Supplier QD.doc"

0M8R4KGxGuEAAAAAAAAAAAAAAAAAAAAAPgADAP7/CQAGAAAAAAAAAAAAAAABAAAASAAAAAAAAAAA
EAAASgAAAEAAAD+////AAAAAEcAAAD/////////////////////////////////
///////////////////////////////////////////////////
///////////////////////////////////////////////////
///////////////////////////////////////////////////
///////////////////////////////////////////////////
///////////////////////////////////////////////////
///////////////////////////////////////////////////s
pcEAcWAJBAAA+BK/AAAAAAAAEAAAAAAABgAADAsAAA4AYmpianFQcVAAAAAAAAAAAAAAAAAAAAAAA
AAAJBBYAOBQAABM6AQATOgEADAMAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAD//w8AAAAA
AAAAAAD//w8AAAAAAAAAAAD//w8AAAAAAAAAAAAAAAAAAKQAAAAAAKQDAAAAAAAApAMAAAKQD
AAAAAAAApAMAAAAAAAAACkAwAAAAAAAAKQDAAAAAAAAApAMABQAAAAAAAAAAAAALgDAAAAAAAA3AcA
AAAAAADcBwAAAAAAANwHAAAAAAAA3AcAAwAAADoBwAAFAAAALgDAAAAAAAAOAsAALYAAAICAAA
AAAAAAglAAAAAAAACAgAAAAAAAICAAAAAAAAgiAAAAAAAACgAAAAAAAAICAAAAAAAAAglAAAA
AAAAtwoAAAIAAAAC5CgAAAAAAALkKAAAAAAAAuQoAAAAAAAC5CgAAAAAAALkKAAAAAAAuQoAACQA
AADuCwAAaAIAAFFAAFYOAABOAAAA3QoAABUAAAAAAAAAAAAAAAAAAAAAAAAAAApAMAAAAAAAAVCgAAAAAA
AAAAAAAAAAAACkAwAAAAAAAKQDAAAAAAAACAgAAAAAAAAAAAAAAAAAAgiAAAAAA8goAABYAAAACL
AAAAAAAAtwoAAAAAAAAAAAAAAAAAAAIsKAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAFQoAAAAAAC3CgAAAAAAAAAAAAAAAiwoAAAAAAAAAAAAAAAAAA
AAAAAIsKAAAAAAApAMAAAAAAACkAwAAAAAAAAAAAAAAiwoAAAAAAIAAAAAAAPwHAAAMAAAcPAYjMM4
xQEAAAAAAAANwHAAAAAAAANwoAACIAAACLCgAAAAAAAAAAAAAAAtwoAAAAAAAICwAAMAAA
^DgLAAAAAAAiwoAAAAAAACkDgAAAAAAAFkKAAAcAAAApA4AAAAAAACLCgAAAAAAAAAAAAAAAAAA
   AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
   ,AAAAAKQOAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
   ,AAAAAAAKQOAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAA0ggAAEQAAAAWCQAA/wAAAAAAAAAAAAAAAAACkAwAAAAAAIsKAAAsAAAACAgAAHYAAAB+CAAAVAAAAAAAAAK
AAAAAAIsKAAAAAAAAAAAAAAAglAAAAAAAAA3QoAAAAAAAADdCgAAAAAAAAAAAAAAAAAAAAAAAAAAAACAgA
AAAAAAAgiAAAAAAAAAAAAAAAdQoAABYAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAglAAAA
AAAACAgAAAAAAAiAAAAAADgLAAAAAAAAAAAAAAAAFQoAAAAAAAAAVCgAAAAAAAABUKAAAAAAAAFQoAAAAAA
AAAAAAAAAAACkAwAAAAAAKQDAAAAAAAApAMAAAAAAAD//////AAAAAIADAEAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
DQ0JCQkJCQkJCQkJMDQgQXByaWwgMjAwNQ0NDUINUE9SVEFOVCBOT1RJRJQ0UNDQ1TdWJqZWN0OiBJ
bXBvcnQgQ2FyZZ28gdG8gTkVXIFpFFQUxBTkQNDQ0NQXMgcHJldmlvdXNseSBhZHZpc2VkLGFuZCB
YXJbyB3ZSBidXkgZm9yIGRlc3RpbmF0aW9uIHNhcGVzLBOBOZXcgWmVhbGFuZCB1c2UgVXVZZwgYXMg
QXVja2xhbmQslFdlbGxpbmd0b24sLSBGEguUVVBUkFOVFINRMQVJBEIPTiBtdXN0IGJlGJIHNI
bnQgYnkgZmFsRG9IGVGtYWlslHRvIEFjYyVzzyBQYWNpZmljIEx0ZCBhdCBfaWxsG9mlHNoaXBt
ZW50IGZyciBDdXN0b21lcilENsZWFyYW5jZTS4NDVBsZWFzZSBub3RlIHRoRoaXMgZG9jdW1lbnQgaA
dmVyeSBpbXBvcnRhbnQgaGQgXMulFdllHdpbGwgaGF2ZSB0byBkZZGSvdW1lbnQgaGFv
dSBpZiB5b3UgY2Fubm90IHJlYmd3ZUgGhpcyBkb2N1bWVudCB0bGluZGXjBzaGlwbWVudCBHlv
DVBsZWFzZZSB3aWxlIEl0IdyBaZWFsYW5kIHY5W2kIEN1c3RvbXMgbFdzIC4BhnaXZIIHZzIGEgRmluZGZSBpBiB
ZSBjYW5vb3QgQgcHJvdmIkZSB0aGlyIGRvY3VtZW5hdGlvbiA uIFBsZWFzZSBnbNlEkgaZGEgEgRmluZSBpBiB3
   hbXBsZSBzZVBIZBRdWFyYW50aW5lIGRvY3Zhe29thmt0aW9ulElEgaSB250YYMlZXJzIGNvbNyZBpZiB3
   .vIE5IdyBaZWFyFsYW5ka4g0NUGxfYXNIIGRvIGl5dCBoZXNpdGF0ZSBOYBiB250YWN0IGNvbNyZBpZiB3
IHIvdSBSZXF1aXJIGFueSBmdXJ0aGVylGNsYXJpZmljYXRpb24sLIDQ0NDDUtpbmdQgcmVnYXJkcywNDQ1
DQ1LYXJpbiBHYWxpbllDVNoaBwbmllIDVNoaBwbmllIDVBwaW5nTGlhbmFnZXINDQ1NANDA0QAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

KPT0021093

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAllAAADCAAAIQgAADIIAAA0CAAAWQgAAMgIAADeCAAAKAoAAIgKAACJCgAACwsAAAwLAAD27Nvs
yey57KvsoeyhIAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
\AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAABgVaLEYLQAWaNJ/mQBPSgIAUUoCAF5KAgAAEhZoGw7nAE9KAgBRSgIAXkoCAAAbFWjSf5kA
FmjSf5kANQIBT0oCAFFKAgBeSgIAHhVo0n+ZABZo0n+ZADUIgT4qAU9KAgBRSgIAXkoCAAAjFWjS
f5kAFmjSf5kANQIBQ0oogAE9KAgBRSgIAXkoCAGFKIAAhA2oAAAAAFWjSf5kAFmjSf5kAT0oCAFFK
AgBVCAFeSgIAEhZo0n+ZAE9KAgBRSgIAXkoCAAASFmgPPwMAT0oCAFFKAgBeSgIADgAGAAABCAAA
AggAAAQIAAAGCAAABwgAAB8IAAAgCAAAIQgAADIIAAAzCAAANgAAAFkIAABaCAAAVVwgAAFwIAAA9
CQAAPgkAAM0JAADOCQAAJgoAAcKAACJCgAAigoAANkKAADaCgAA2woAAAP0AAAAAAAAAAAAAAAD9
AAAAAAAAAAAAAAAA8AAAAAAAAAAAAAAAP0AAAAAAAAAAAAAAAAd9AAAAAAAAAAAAAAAAA/QAAAAAAA
AAAAAAAAAAP0AAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAA6AAAAAAAAAAAAAAAAP0AAAAAAAAAAAAA
AAD9AAAAAAAAAAAAAAAA/QAAAAAAAAAAAAAAAAP0AAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAA/QAA
AAAAAAAAAAAAAOAAAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAA4AAAAAAAAAAAAAAAAOAAAAAAAAAAA
AAAAAADgAAAAAAAAAAAAAAAAA/QAAAAAAAAAAAAAAAP0AAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAAA
/QAAAAAAAAAAAAAAP0AAAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAAABwAAAyQDYSQDZ2QbDucA
AAcAAAMkAWEkAWdk0n+ZAAAMAAAAPhOAQEYTQAI6E4BBghNACZ2TSf5kAAAEAAAAaAAYAAAwLAAD9
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAEBAABAQHbCgAA3AoAAOoK
AADrCgAA7AoAAPoKAAALCwAADAsAAP0AAAAAAAAAAAAAAAD9AAAAAAAAAAAAAAAA/QAAAAAAAAAAA
AAAAAP0AAAAAAAAAAAAAAD9AAAAAAAAAAAAAAA/QAAAAAAAAAAAAAAAAP0AAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
^^AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
.AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAAABzYAJIABADGQaAE6
cPQvggAfsNAviLDgPSGwBQcisAUHI5CgBSSQoAUIsAAAF7DFAhiwxQIMIkMQCAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAADhCSU0ECgAAAAAAQAOEgEJJTScQAAAAAAAKAAEA
AAAAAAAAAjhCSU0D9QAAAAAASAAvZmYAAQBsZmYABgAAAAAAAQAvZmYAAQChZmYABgAAAAAAAQA
AAAAQBaAAAABgAAAAAAAQA1AAAAAQAtAAAABgAAAAAAAThCSU0D+AAAAAAAcAAA/////
///////////wPoAAAAAP///////////////8D6AAAAAD/////////
///////////A/+gAAAA/////////////////wPoAAAA4QkINBAgAAAAAAABAA
AAABAAAACQAAAAkAAAAAAAOEJJTQQUAAAAAAAOEJJTQQEAAAAThCSU0EDAAAAAOQAAAAAEAAABAA
AAAAAAAAAAgAAAAOJhCSU0D9QAAAAAASAvZmYAAQBsZmYABgAAAAAAAQAvZmYAAQChZmYABgAAAAQAy
AAAAQBaAAAABgAAAAAAAQA1AAAAAQAtAAAABgAAAAAAAThCSU0D+AAAAAcAAAAcAAA/////////
//////////////wPoAAAAAP//////////////////8D6AAAAAD//////////////////A
/+gAAAA//////////////////wPoAAAA4QkINBA/+gAAAA/////////////wPoAAAAAQkINBAAAAAA
AAABAAAAQABaAAAABgAAAAAQA1AAAAAQAtAAAABgAAAAAAAThCSU0D+AAAAAAAcAAAAcAAA/////////
////////////wPoAAAAAP//////////////////8D6AAAAAD//////////////////A/+gAAAA//
AAABAAAAAHg4QkINA/MAAAAAwgAAAAAAAAAADhCSU0ECgAAAAAAAAQAOEgEJJTScQAAAAAAAKAAAE
AAAAAAjhCSU0D9QAAAASAAvZmYAAQBsZmYABgAAAAAAAQAvZmYAAQChZmYABgAAAAAAAQAy
AAAAQBaAAAABgAAAAAAAQA1AAAAAQAtAAAABgAAAAAAAThCSU0D+AAAAAcAAAAcAAA/////////
////////////wPoAAAAP///////////////////8D6AAAAAD0D6AAAAAAAAwABgAAQFBgcICQoLAQAB
///////////wPoAAAAP///////////////////8D6AAAAAD//8D6AAAAAwABgAAQFBgcICQoLAQAB
//////////A/+gAAAA//////////////wPoAAAAQklNBAgAAAAAAAAAAA
AAABAAAAQABaAAAABgAAAAAAAQA1AAAAAQAtAAAABgAAAAAAAThCSU0ECgAAAAAAAAQAOEJJTQQUAAAAAAAAOEJJTQQEAAAAAThCSU0ECgAAAAAAAAKAAA
AVAAADxgAAAAOJAAAYAAH/2P/gABBKRfklGAAECAQBIAEgAAP/+ACZGaVWxIHdyaAXR0ZW4gYYnkgQWRv
YmUUgUGhvdG9zaGF9G9zaGwqCA1LjD/7gAOQWRvYmUmUAZIAAAAAAB/9sAhAAMCAgICQgMCQkMEQsKCxEVDXwwM
DxUYEpEMVExMYEQwMDBEMDAwMDBEMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMDAwMAMQcLCw0ODRAODhAz/wAAR
Dg4OFBQODg4QEMDAwMDBERDAwMMEQwMDAwMDAwMMEQwMDAwMDAwMDAwMMEQwMDAwMDAwMMEQwMDAz/wAAR
CAAuAHADASIAAhEBAxEB/90ABAAH/8QBPwAAAQUBAQEBAQEAAAAAAAAAAAAEAAAwAABAgQFBgcICQoLAQAB
BAQEBAQAAAAAABBAAIDBAUGBwgJCgsQAAEEAQMCBAIFBwYIBQMMMwAAAEAQKBCkEBwwBYIBQMMMwwwwEAAhEDECESMQBSUWET
BMgYUkaGxQIMkFVLBYjM0coLRwclRpw4fJczUWorKDkSTVGRFwqN0NhfSVeJl8rOEw9N14/NGJ5SkhbSVxNTk9KW1xdXl9WZ2hpamtsbW5v

BgU1AQACEQMhMRIEQVFhcSITBTKBkRShsUIjwVLR8DMkYuFygJDUxVjczTxJQYWorKDByY1wiJE

k1SjF2RFVTZ0ZeLys4TD03Xiczi80aUplWlcTU5PSltcXV5fVmdoaWprbG1ub2R1dnd4eXp7fH

KPT0021094

/9oADAMBAAIRAxEAPwD03qGW3BwiMnNcNzcap9xbMTsabNs/2V5lTj/tTDt699Y+p2U1G000tY02P
fZHqPrxqXb66aK/oNZXX+ZY+3/SWdt9ecj0fqzltmHXmukefqPY2wf8AbXqLIXdL6fn/AFU6ZXX1
LEx+oY3qXejdcxrXfaXerZVbqbKrmfo/zfzPSf8A8Ha5fSHFtxS4elCyl0w5dZVvQuvFiPqt0bl6
Hd1fp/Ub7xWHNZU9jGH19GV49zdgezfa+r+w/fWodZ+r/wBWVOj5AxsrquU/lgOfVTUyxzGn6L7dr
PZ/U/nf5CP0b0un0OxrL6RVmZGJGd6br6X7bsbfk5TfVqtez7PkPwsb0Ln/6f0LK/Xr/SVquhYvU8
'°/1LquLhNtcX5Tjk1W5Nryfe8Mre/DwWVbf0ePVXbrnfZ6mV/zylEiJHimeEbUBZWGIrSlto/WLpG
zDbhZT8xmZR9p3vDQNjl37O5mxrP539J9JZuJiZGdl04WK3dkZLxXWDIMAnVz37f8AB1MD7bP+
.X6234lvWJTguY7CwsejFxjW7ezYxvqeyyXb9vren9L8xb31E6bj4GDk/WjqBFdTa3lhzhO2hn
uycmBLv0zq9jPb/NVez+kJ5yGGISOsiNL3MpfKtEOKZA2/gg+sP1CxOldFyeo42TkX3YzWvNb/T2
Fu5ovq7KmP8AZVvs+muLK9R+rfUbfrT9Xuo0NzZV7IsyMd1ehNdVrd9NXtaz+Zx8hle7897F5Vucy
ndYlexp3jwc36Y/zghy8pnijM3KJ/NWWMRRjsXsfq/8AUTE6t0SnqmTm24xu3uLGhmxrGvfWx26x
me5jPUV3/xsum3Nc3F6tY6wCdW1PA/rMr9N3/TVv6zVjpv+LmrAf7bHVYmlfR4uLqfXH+Y25cL9W
KrG/WXphw27Ljksk1gNPp/Symnb/AiP7M271EyJyTE5jJwgGXCKGwXkQjwxMbJAQ9a6RndG6hZ07
KaHXtDTU5s7LGvO2qyufd7n/AKN37li2vrf9TcX6u4FGSzMsybci4Uit7WNAGyy2yz2Dd/gv+muq
+uNFeZ9dvq5iMAdduNtw7+nXZXks3fyf1bJWf/jYmvzum4YOtNVt7x/xjq6av8Az1enQyzlLENu
IGU/p/6Kg44xEz2+V4FyL0vGGZ1fBxHCW5GVTU7+q6xjbP8AwPchuW59QMX7T9cMCW7mUere7y2V
uYx39m62pWMh4YSPYEsMBcgPF//Q6H/GdkOHT8LDZq+651gHj6bHVJwTJrVfr/1pPSbB0TjNdQl
hMrpvzLmh+2GN0pplrn91dRY7fbZ/wfpoP1+2Qz6yYAcw3V4Ndd7qtYcXW+o6ou2o+3o3+03FrVHM+sv
Rs7P/aGX9Xm3ZB27y7is2OLRtZ61Ax/Qu2tbt/S1q7jh6MdxMhUpbj5pfL8zXnL1S9XCdB9HWxrO
qZPT]kOsssyjh5edhuta31RDaMfCe+itjaKW5rHZn6tR/N0WV/pH5PqZNlX6v/W3J3Kv63Ri WNOVgZ
z2sqbc1r7qiWep7chgb9ooZYLPdkfp/suy19nqeokz/GFYzqF2cemFxupqpFfqu9oqdfZu3fZv8A
C/af/AISwvrP0np+VZmYH1fbRIPDg2z17HBrn/wCl6NT8f05G/wAij0v3 3Efbl Ugce49NGPpv/AL1H
GLFT666Fp1YNn1j+tF+PSSK8rJussbpsx2P2Os49rvS9Oqr/N7a13PXc76msxx9X+q5NdNVLaic
Rr3t2tZ7sdj/AEPc1v6Nj/S3f6NcT9WvfrKPq7VaK+n/a/779ofkPtdUqxg9TaxjZHt3F9jnb/wOC
LHyMnJysi3/36zlyHutufdBc7szdO2utuymln5lNdadLFKcwDcYQHpo6mXdEZiMbFGUt30/wCq
t31QqtvxPq9kCyywC66r1LHmGxV6n6wWXzfvM/jAXy7yWWb0f/ABcnqtmFI+k3qORaN+Ob7muNuQfVa30m
2hv621v0Grieg9au6J1NvUK6XXkVvqdSS6sOD9p/nPTt+i+tj/5tWcz60HL+smN193f9hx2t8xRY
4iixzd6djr/szT2+uz/AANn8ymHBMTJjJKVGFzcvkqp3Gfo6j4FFz9q5e52Dc0lpnyy0taKVVgVVAf
wZ9eZZjnFb/VSKVVVUc60TudZZZZv8ARAro+n+ibt2f4JZBJ8H5r5v7H5by+dY/+/EZTnsn61AlfJI2F
L6pZuV9Yfr27q2WAx9OPZZZXzzZ+ooDbMjJUbjMefpe3Jvvsf1Jvuusesr/GJI/aPrZks/Jxhhyueetfh
°°H6uz+c3pZ8h9mXEOCUJQjffErHAcYIPEB1qn//RX1i+uX1t/wCcnU8To+YYYmYmFvFpiuhwYzrHrYc
   X1Oe7baLfz/8Aqq1Ux/rP/jIlyRS6jMc8ZPpin9FiDd6z7sfH+lUP5y3Eyf+t0+t/NLLFnVP29
  ,qj1y/KOdVlekahWchhvY/wBd7KfZkeh/N/2r+BqxQ76z/sfH+lUP5y3Eyf+t0+t/NLLFnVP29
6/6PD/aX2L1Ws/65d6C0B7QAA9o0B83C1yZVWh/67F8DagxrG/ZnN9D1S00Zo2T1vd
Z7rW4mS9lf8AObKkzfrH/jFAXifT9pYYXfTUtru9e/dX+rV/+nfT/7P5xP5LxrXf5f89x3
P+03q/aP0P2+4/L9 9YAKn5Ien/AFAfiV1v+vzs/9mj/9mjOcc31Tjmn0sX+daTWnanf1r4HVRG2A4
su9X7J6Z9P8mrW+yeh/w/h9/wehyeh/XX2eh/8BLcY+s4mAmvW/+yeh/ezyeh+eh/eyeh//
P8YNLbHvzXdeh/XX2VyehyehyehyehGyehyehyeh
P8YNLbHvzXdeh/XX2VyehyehyehyehGyehyehyeh
su9X7J6Z9P8mrW+yeh/w/h9/wehyeh/XX2eh/8BLcY+s4mAmvW/+yeh/ezyeh+eh/eyeh//
P8YNLbHvzXdeh/XX2VyehyehyehyehGyehyehyeh

KPT0021095

AAAAAAAAAAAAAAAGRlc2MAAAAAAAAAFJIZmVyZW5jZSBWaWV3aW5nV5W5nlENvbmRpdGlvbiBpbBJ
RUM2MTk2Ni0yLjEAAAAAAAAAAAAACxSZWZlcmVuY2UgVmlld2luZyBDb25kaXRpb24gaW4gSUVD
NjE5NjYtMi4xAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAB2aWV3AAAAAAATpP4AFF8uABDPFAAD
AAAAAAAAAAKPAAAAAnNpZyAAAAAAQ1JUIGN1cnYAAAAAAAAEAAAAAAUAACgAPABQAGQAeACMAKAAt
^DIANWA7AEAARQBKAE8AVABZAF4AYwBoAG0AcgB3AHwAgQCGAIsAkACVAJoAnwCkAKkArgCyALcA
BAMYAywDQANUA2wDgAOUA6wDwAPYA+wEBAQcBDQETARkBHwElASsBMgE4AT4BRQFMAVIBWOFg
 .cBbgF1AXwBgwGLAZIBmgGhAakBsQG5AcEByQHRAdkB4QHpAfiB+glDAgwCFAldAiYCLwl4AKEC
SwJUAI0CZwJxAnoChAKOApgCogKsArYCwQLLAtUC4AlrAvUDAAMLAxYDIQMtAzgDQwNPA1oDZgNy
A34DigOWA6IDrgO6A8cD0wPgA+wD+QQGBBMEIAQtBDsESARVBGMEcQR+BlwEmgSoBLYExATTBOEE
8AT+BQ0FHAUrBToFSQVYBWoFdwWGBZYFpgW1BcUF1QXlBfYGBgYWBicGNwZIBlkGagZ7BowGnQav
BsAG0QbjBvUHBwcZBysHPQdPB2EHdAeGB5kHrAe/B9IH5QH4CAslHwgyCEYIWghuCIIIlgigCL4I
0gjnCPsJEAkICToJTwlkCXkJjwmkCboJzwnlCfsKEQonCj0KVApqCoEKmAquCsUK3ArzCwsLIgs5
C1ELaQuAC5gLsAvIC+EL+QwSDCoMQwxcDHUMjgynDHAM2QzzDQ0NJg1ADVoNdA2ODakNww3eDfgO
Ew4uDkkOZA5/DpsOtg7SDu4PCQ8ID0EPXg96D5YPsw/PD+wQCRAmEEMQYRB+EJsQuRDXEPURExEx
EU8RbRGMEaoRyRHoEgcSJHJFEmQShPkBKjESMS4xMDEyMTQxNjE4MTpBPFE+UUBhQnFEkUahSLFK0U
zhTwFRIVNBVWFXgVmxW9FeAWAxYmFkkWbBaPFrIW1hb6Fx0XQRdF2KFeWfIVB2KFYVwhdhhJP5KU
GNUY+hkgGUUZaxmRGbcZ3RoEGioaURp3Gp4axRrsGxDbOxtjG4obshvaHAIcKhxSHHscoxzMHPUd
Hh1HHXAdmR3DHeweFh5AHmoeIB6+HzkflB+/H+ogFSBBIGwgmCDEIPEnHCFlXUhoSHO
lfsiJyJVloliryLdlwojOCNml5QjwiPwJB8kTSR8JKsk2iUJJTglaCWXJJcl9yYnJJernhya3Jugn
GGdJJ3onqyfcKA0oPyhxKKlo1CKGKTgpaymdKdAqAio1KmgqmyrPKwIrNtpK50r0SwFLDksbiyi
LNctDC1BLXYtqy3hLhYuTC6CLrcu7i8kL1ovkS/HL/4wNTBsMKQw2zESMUoxgjG6MFyKJJMpsy
1DMNM0YzfzO4M/E0KzRlNJ402DUTNU01hzXCNf02ZyJyNq426TckN2A3nDfXOBQ4UDiMOMg5BTIC
OX85vDn5OjY6dDqyOu87LTtrO6o76DwnPGU8pDzjPSI9YT2hPeA+ID5gPqA+4D8hP2E/oj/QQNA
ZECmQOdBKUFqQaxB7klwQnJCtUL3QzpDfUPARANER0SKRM5FEkVVRZpF3kYiRmdGqwbwRzVHe0fA
SAVIS0IRSNdJHUIjSalJ8Eo3Sn1KxEsMS1NLmkviTCpMcky6TQJNSk2TTdxOJU5uTrdPAE9JT5NP
3VAnUHFQu1EGUVBRm1HmUjFSfLHUxNTX1OqU/ZUQlSPVNtVKFV1VcJWD1ZcVqlW6dEV5JX4Fgv
WH1Yy1kaWWlZJJFoHWlZaplr1W0Vb/vviXDVchizWXSddeF3JXhpebF69Xw9fYV+zYrVAVgV2CqYTPxn
T2GiYfViSWKcYvBjQ2OXY+tkQGSUZOIPWWSZedmPWaSZuhnPWeTZ+loP2lWeOxpQ2maafFqSGqf
avdrT2una/9sV2yvbQhtYG25bHJua27Ebx5veG/RcCtwhnDgcTpxlXXwctyphMBc1zuHQUdHB0
zHUodYV14XY+dpt2+HdWd7N4EXhueMx5Knm Jeed6RnqlewR7Y3v CfCF8gXzhfUF9oX4XBfmJ+wn8J
f4R/5YBHgKiBCoFrgc2CMIKSgvSDV4O6hB2EglTjhUeFq4YOhNK6k14c7h5+IBlhpiM6JM4m Zif6K
ZIrKizClov8jGOMyo0xjZIN/45mjs6PNo+ekAaQbpDWkT+RqJIRkrqjS45NNk7aUIJSKIPSVX5XJ
IjSWh5cKI3WX4JhMmLiZJJmQmfyaaJrVm0Kbr5wcnlmc951kndKeQJ6unx2f5/6oGmg2KFHboai
1+KWowajdqPmpFakx6U4pammGqaLpv2nbqfgqFKoxK83qamqHKqPqwKrdavprFysOK0ErBiuLa6h
i7AAsHVw6rFgsdayS7LCszizr0It4E7WKtgG2ebbwt2i34LfuZUKnZuEb5tuu6e8
yjjKt8s2y7bMNNcy1zTNtc42zrbPN8740PSP9L8b00TTxtR1MWVTtXR1IXW2Ndc1+Dz1
ZNjo2WzZ8dp22vywbgNwF3l4dEN2W3hzeot8b36g3MuC94UnYTTxtRy1MvVTtXX1iXW2Ndc1+Py
56noMui86Ubp0Opb6uXrcOv77IbtEe2c7iju9JmOMi86lVEJ5OjszsyP6B0BF6Au/KM8xnzpyJQ99Ltk
+/eK+Bn4qPk4+cf6V/rn+3f8By/Wr9Sn9uv5L/tz/bf///+4AJkZpbGUgUgdd3JpdHRlbmBieSBA
ZSBGqwt/t70iMj DHFQ94rVC++PGUBPOcXiCAHQ2naQQOBGBGqd/WC1lHoAKKiQRXvJqMOKLcCDCQoYGYSU
BwgGBgcGBBggKCAkJCQKICgoMDAwMDAwMDAwMwGAMBEGwcqBBgcFBAFQBQAQBWGGBQHBBwBAwQQMGEIAPf2
Dg4UFA4DGg4UEQwMBWEMEREMBAwMDAwWRDAwMDAwMwMDAwMDBBWMBBAUFCAcIDwoKDxQO
AFLAyAMBEQACEQEDEQH/3QAEABn/xAGiAAAABwEBAQEBAAAAAAAAAAAAEBQMCBgEABwgEBQkDCgsQAAIC
AwEAAQECBAAAAAAAAAAEAgMAABEEEIMQoMBEQYiYcIkxRYNhQIEAgYHAYwQEBgBAQIzAQIDEQQCAQIE
InGBFDKoQcQvsUljwVLR4TMyAkckpLxYwTyuvg ksbnxzjEnJJ2IsTPxJ5YKwHE80FjzkVWsyMUQ/DCpXAD
RUaktFbTVSga8uPzxNTk9GV1hZWKrKFdRRmdYSKRkdJGzObjbIRPFlcmBteX18hJCQmd5y4mJWmppeGh4iJSoh
uMj Y6PgpOUIIZaXmJmaoseqrq8CqsLTtLGFub23p7fH1+foUyR2uvj5OnssbY4bqyTnp+P/fbL9sl MlvHLeWEn2jgxo
EjFBBVETYSIGcYGRMqGx8BTBQeEjQhVSYnLxMyQoQ4 IVkLMom OywbwprK2r83uNood3DziM6RIMXVJ MlClCQoYGSY2
RRonZHRVN/Kjs8MoKdPj84SUpLTE101OZXWFIaW1xdXloZUZWZnaGlqa2xtbm9kdXZ3dH3N6e3x9fn
9zhlVWGh4iJiouMj/Y6P5SVlpeYmZqbnJ2en5KhoqOkpaanqsrO5z5BANObKMcDlvhDXvN/5jfm3
KsU/MbzzYfll5RvVF+nrG3A iLUHiZ7mU8Y8/a9e/9yp/533r+Uy/zXmZ65sH
EVHrhVNPLXlnXPOOtWV3I3y5a91146c91e78jAGVB9NSNzMzQQqoANyTIWVXLHFAkaZwg2Zmo83oR/5xk/
Orc/4ej/AOk60/6q5g/yppv532FyvyWbu+0PipEAN3iccZI2ZHU9yEqYqR9BGbOG30UhQjdqE0PVf
Mur2eg6HbNeatfv6VpbKVUu9C1KsQO2BNSchkyRHrEykaAZxiZGnZZ+f+ccfzr/6lOb/pltP+q2YP
8pab+f8AYfF1OR+Uy/wA1Y/H?E3aHnD87O3O3Kb/pltP+q2T9f/ d96/k6fh/tLtKK/Jv8
XPKt/b2Ml5TXUaLeN4zRivW4tZ1SdyNsnN PXYIVcu7y9iyqpxbk5Qn4+7dSS5oiM5f(5lZ/8AO3pah/s
API62/6q5D+UdP5EAA+Fzhfb8YhY/tiR+f6jof90fQvYYGzyZ8s1+c51YgJapqsVxbV ZBAyAb5mp
EWHrhVNPLXlnXPOOtWV3I3y5a91146c91e78jAGVB9NSNzMzQQqoANyTAINyTWzIWVLXPOOtV3l3y3a5a91rg
Orc/4ej/AOk60/6q5g/yppv532FyvyWbu+0Pip EAN3cccZI23iccZI2sYVEqYr9BGbOG30UhQjdqE0PVf
Mur2eg6HbNeatfv6VpbKVUu9C1KsQO2BNSchkyNsnPXYIVcu7y9iyqpxbk5Qn4+7dSS5oiM5f/l5WLz7
bt9j/lv+YNp588WfhKWfik9KQalAPqsVxbXxbJXY/JYZyeqxwdxTD5O9mB JI88g+bdI/L
/wDJBPPvmAsg1Se81h4F/vZzUrUqSSKJ9K K9WSsO+XxdMy9ky84fXXd Msy88+KxdMy9+2XXr6V6+Wmr
r8fYw0hGPFLXm1/m/A5H/m7eADUl1tbOMPjz06CCl2iqDshDqWYyLcuWbCPZmn4a8+Ll Ea4b8+riWS
bt9f/lv+YNp588wfHWfhKWfGK+9kSqb9wYXbEqI9ti b4NPkl+d +hqp+qntY/AZ6dxfKMBlm8C8
/wDJBPMyFbvTm+j FE 4 SivrX4JxR9Y Y RBIslRY 4 VYjYPM/vf 6f t1fccT5jJRQl4gRg/

KPT0021096

/nl781df1N72y1htDsgxNvp9gqBESuwd3Vmc+JO3+SM6HF2ZghGiOI95dVPW5ZGwae/eS/zb1nzN
+QPmjzXr5Q63o0F9YvdlojWaQQKYpCo2DEyqGC7VGaPPo449VGEeUqP2uzxagzwSkeYt8RgcVA8B
TOwefaPXFX2h/wA4oflp+gfLsvn7VYeOra8np6arj4otOU1DexmYcv8AUVPHOR7Wf1XHPwxyjz/rf
sd9oMPDHjPM/c+jc0LtH5lfm5ol8sfmh5v0VVKQxanNcW6ntDfUu0p7AS0z0HRZOPBA+X3bPK6mP
DkkPNhR65muO9u/5xO0dtT/OC1velaLSLG7vHJ7M6I3X6f3uattefDp67yP1ufol3I9wfbXnjzto
·eWrvzZ5mlkh0eyMSzPDG00haeRYkCou5JZh0zj8OGWaYhHmXf5MghHiPJ5MP+cwvyWrQ3WqD3
KH/NObL+SNR3D5hw/z+LvPyeq+StZrA8ofmNpLax5Q1OPUrJG9K4UBo5oZCK8JYpAroafzLv2zX
__.8MuGYouXjyxyC4m3x3/zlr+U+meTNa0/zr5ctktNH1+R4L+ziHGKLUFUyBkUbKJVDEqP2kb+b
Op7l1ZyRMjGzHl/Y/6XX4BA8Q5FFf8AOE2jG688eYteeOsenaalqkh/ZkvJg3/EYTke251jjHvP
3f2p7NjcyfJ7D/zmPrQ0z8lbzTw/GTXNQsdPVQaFlEv1lx8uMJrmq7lhxagHuBLna+VYj5vzxfO6
ebKg+LFDSYq9f/5xS0JNc/PjywJVLRab9a1J6djbQOEJ/wBmy5qu1Z8OmI50HO0MbzB//9H39ir4
p/5yz1c3v5j2mmBqx6XpsSlfCS5keRvvUJnYdjQrCT3I0HaEryV3B6poP5X3Hmr/AJxn0vynastr
q17brq1s0myNcvMblA57BllWvbrmryasY9aZncA8P+9cyGDj04j15vliHyjJonm+z8ufmLHc+W7W
aUwXV1LH/dBgVSVSQVeMPxLMhPwVzpjm48ZliqTphj4ZiM/S9q/LLU9Y8j/iX+bXIbU/3OqaQge0
QGqs2qwm2jkiYbMkjKjRsNm5DNPqoxy58Uxyl/vd3YYJGGKcTzH6UL+c1pEY8veU/iMV3NbeUfJ1
Ib2Nvpen8fruq6rHCiTCiuCscUlAjedg1HMiRq78uJ0Ql6pxHqnbs/TCP6z/ADUakjaM/uUR/ppME
8mfkN5/6/X3r2WkyaD5dlkLLf6pyUJCTUBFYLJMwHcKqt/MuZ2ftDFhG54pf0fxs42LSTyHYUPN7
j+c/IzR/ym/5x8/wXoruy6heW9vNcSbS3Mzv9Ymkamwqla U7LxXNNoskRq+OXQ/Lo7HUwGHBwh8
bnOsdEzz8nfy6m/MzzzZ6EwYaPB/pmszL+zaRKVQHs0hpGvz5fs5g63U+BiMuvKPvcnTYfFnXTq+
7vzD86aN+VXkHUvNF1Gq2WkWWjsLFKL6s5Ajt7dAP5mKrt9ld-2cVgwyz5BEcz+C9JkmMcCe5jP/
ADjl5u1Xzp+VWmatr1wbrXkuLyHUpj3m+sPLQeCqkiqvsMyO0oclxZjGPLavk06TlcmME83zl/wA5
h6B+jtzK07XUFitd0tQ5p1n0+Uxt/wAJLH92b/sXJelx/mn73JWdoRqYPeHz0c3zxq31/zhRoytd+
b/MLV5RpaadH4fGXmf8AUmcz25PaEfeXcdrmx+oss/wCc09X+qflnpOjllYjQixSePf+q7uIzAAe
JmJ2LC8xPcHl7QIWMDVuL4dOdi8++jf8AnC6e9T8x9atoXlsZdHd7/qOp4l47iT8Y6Lw+f02RHF
ClevF+h2fZxPiH3PZv8AnMMhIT+TTySgerFq2nNAT1DtiUNP9izDNT2Of8l+Bc/tD+6+ISL/nCbRD
a+RvMGvt9rVNUECf8Y7KFR/xKVsv7bneWMe4fe1dmxqBPeWVMf851a3+78k++WUP25b3VJxXtCiQR7
fOV8u7ChvOXuDDtKVW0Q+N26Z1jpCoNIwQsmFX1X/AM4Ha/G1z5281eY2SsVWn6bDZ157SXs3qb/7GD
Ob7dnWOMe838v7Xb9m9mR9RPK//9L39ir88Pzz/cc0l9IhlFWiWaCmw7P4dr/xO490MeDTx
91/peY1J4ssve+u9Js/z10jS7HSbWr28n/2R3SbVw28p/yrG7eu8e+wEKEFf2u2o8et8NwhsSdi+q
n7UNr9t+bl9p0qeZ9O8izd/yM+9n3e/D3e/aBdrtR8ny1jQdO/4cGbdj/BJ/nNBD/bkvs8vFtIYB6k/+q1zAa6
fKRF+MeX9iYTytHH+q+q1XHXdmGaj4V4D+K9Fp6g5IRb/WQJ3Nnq6Nwh4G2W4b/Mg+tULlalDlLdlwy
E1ffv+TK9KvPMc3mW4vdOi/Lp/NyVdpZbi++uuj7o0jrnj5GNuqG+YsH9hf9NuAcx1gAcN
l24L+LfWfWy/B/5f8skPtHjxze9IQxX/wA/v8b/AA6/vg9AG/k/7yf1tfy+8d/t5frt2cAcNrR
ZdFeSengRe+6+skRtPHjxze/9OY7/D5bxd8v5fyfitg/wAl4N/f/D9b/48D5yf1/f1f/ef/+wPfz
"v67"wvdT5D441l/cwf7BTVv8tmzh+0dV42Xb6V7V79D9b0bujw+HDtxoH/x8zhfrg5S/bBAO24DaD
tT48tM2sSLQlfH6uhp/xkdv5c3tZ6GMfiM6Hnl/U/w87X5rwDkHo/8Axhx3fzo+0s+APLpIDG
..L6GMEEhbqMxsfvhGYfbeOpRl3ivk39my9JCYf85maAb3yLofmKNeUmjamlZS6BUiC/jaM/R6ix
ZV2LkrKY/wA4fc2doQuAPcXxSVb+U/oc7B0L7t/5xD0c6f68AlS2oPHwk1bUrq4DEULRxcbdforG2
cX2xPiz13Afreg0Eax3315d/zm/rKvr3kny+ZAf2J2f9t6lIhiFFWiaKCM/cHpmw7DhtOXuDjdpDS3iH
yurLl6xxmm7GionxMSewA3Odi6d9y/8AOJf5Vat5N0TUvN/mS0ey1fXhFFZFFZZWcwKTRWMVVWDSKd1Mj
GvE7hVXxzj+1tXHLiQbEfvd/oc8gDKXMsT/AOc3/ONv9U8fI9I9fyhynirW4b4WbXXNbjUfj//dLdlXhg5D/L
eRiP+MeX9iYTxSyH+q1dpZNLZNlH4vY/wDnGlriFH04KSGaP05r6GXUUl.qqihLxczyKT/ALArms7Tnxai
Xll8nM0mcaxB8n/8AOZGtHU/zm/zm/Ryyj0PSLS34Dosly8y30lWTOj7GhWC+8l1XaYEry13B8+Pm+d
aVB8WVCGlcxV96f84/86YT/Lx9Xfb7erasYYV/4x2UKKP8AhpHzje3J3J3UKKP8Vw/v8q/8U/f8mixY/f8wvd
xHZ2s93KaRQRvK5/yUUsfwGECzSCaD87vy8tn84fmzoQ/uF9Y97r9YY/9T9/Jay/dcr7cr7qgIDg
l1+h5jCOPKPMvpP88A?nIiTyRqE3IDydDfceYolH1+/nHOC0LryVFQu5yUIJr8K9+R2HPaDs3dxh
xz+n73a6rWeGeGPN81/4xTzFcXOtfmVqmqeY7+Ji/RnI9GKWl1zKxqBl4lVKIHYpDHi6)9FZPtZ0Pg
eGBHEBEd2dR+s+91PlcZuZJ8n035S8uajp3nD8udj1ZU/SinP+qeZ9ahjUJFDPcxxWUEMcY2RiEc
woo/kznM2SMseSQ5ExhH/dH/AE3N2+OBE4A86Mlj9z5o80XtppEXmn8vdet3mudD1OU+U7sAepZst
0RNCWJB9CWl8wv7Mqhl+02dDiiZGGWP8Q9f9Lbn/AFrdTklHFA9D6Wff848/nN5o0vzzzNixm1Wr2X
U/LmrSCztkuWMstpO4PpmN2PLgSOLIT0V5LmF2IoYSxnJEVIb+9ydHqZCCQ1TYKVW/fB5Xax+kfzVaw
V+Uekafb3W3WUyLyuG+mki5Z2RDhwX3ksNfK8tdwQn/ON35a/wCOvO6atqUPPy55cKXVOGFUrmuq1
gh32lqPUYfyrT9rJdp6rwsfCPqI93VGiw+JOzyD7yZ0Td2Cg9KmmcU9GIL6D5VweR5X0zT2lfYySO
0EBZnY1LMSu5J6nLRkmOpYcMe4lmx07RbCRm020tbvWW0cXNvHHGzAb0PACuRIKR5kpAA5I1445V4
SqHT+VgCNvY5BkpfUrP/AJZ4v+AX+mHiKKCqiJGoSNQlDoqig+4YEpdf6R5e1GcT5pYWV3covprJ
cwxSuqVrxBcEgVNaZOM5R5EhiYxPMKUGi+VbCT61badp9rLH8QmjhhjZad+QUUwmczsSUCMR0DzP
80f+clPy4/LiymgttGUb3eaipFpoemSrO5k3oZ5U5JCgP2ix5fyo2Z+I7Oy5jy4Y/wA4uNm1cMY5
2X5++Z/MXmXHz35l1DzR5in+s+YNZ1HPhX0ol+xFBECTRlxRVH09c7bDijhglx5B5zJkIkIZ5l+qH
hbVT8v3WegaGHBggPL793I9TLiyyPmwJ8znHKHfCwQ0mKv09/wCcXDDGhfkX5SilMpzXtvJqM1RQ
s15M8qk/7Bizz/tOfFQZeW3yeq0ceHFF/9T2P+cOrHRPyv8ANWcfbWdCQafNDGw2PO5HerT3q+Zmih
x54DzcfISU4ccj5PIT/n/FbRzf/mkl9QelpGn3Nwf9aXjbr+4py1ofzd/zn/aPZmpfzXt/qPzg/JP
8wT5/wBY13Q9n1vSNauGvlJ7MV42ckA5RyJXkvE/ZP2eePla/2ef/EZO/a66/wCfyN/zv/y/N/q2qp
n/OOWqaXq9t5y/MGBIJLMiX3SELLI4mc6zbTlSVVHDqkYJ+L4sd/zxzed9Zpk1t5pSDxT+
.../528l6e2qQamqDU7G3K+vHcxqE9RUYjkrqBXJurA+Obfs3XwjDw5mq5OBrNlJy4oi7bIlUnH3
zLpnma087eebT9Gw6YTYNpmmsSMrXElyQVWSQlSEVK1Ck8i11NqdXtHlGEoHHJIN3zK6TSSEEuKW1PD/z
NvLvzf8Amt5jk0+Nrm6v9Wks7GFPiaQxuLaJR8+AzcaUDHqjfQlX+II+cmeU13vuz8qflNkrT
/Lk1Vr5V+sapcL/u28IAMjV8B9hf8hV2i9XQXcyDnyGXDpt7Dgx7Tp7no8HGIY4CL4m/5yM/MVfMa5tbvkSX1vK

KPT0021097

HlUyaZpiAkxT3lQLq4oNj8SiJD/KIR9rOs7M03g4rP1S3+HQOj1ubxJ00QeSmwsv98J92bYFwGUf
liqUHlX8xPK+vxllvqmpW/qsmx9GVxFlPkUdhmNqoeJhlHybsEuGYPm/T2WNJonhkHKORSjjxVhQ
5529Y/LTUfLd9Y+c7zyY810bq31eXRwDPPyNLowlft91oc9FhOJxCdD6eL7Hk5RlmY+dP1Gt4lNO
sYraF4LW0iVWNST9mOJaCpPgBnnZNm3qxsH5R+ZNSj80+Zdd8zzj1X1nUr2+V3qT6c07tGPkE40z0
jDDgxxj3API5JcUie8pU1pbdDEpGWsKaSGKFeMMaxr4lAo/DCrLfyu0ZPMP5leUtGkXlDdaraiZf
'OQSv8A8KhzF1c+DDOXkW3BHiyRHm/U3POnrXg1x/ziD+Td1cT3dxBqb3FzLJcTOb+SrSTOXc9O
:R7X1AAArbycCWhxE2bUT/wA4b/kqettqf/cQl/pkv5z51HePkx/k/F5/N5h/zkB/zjv8AlN+W
.x6r5r0S2vv03Hja22n+veySRiW5nRCShFGohY0zYaDtHPnzCEiK9zi6rSY8eMyF2+M2iknZYlh
WWVhHGPFnPEfic6rn6dl/YTyvpA0Dyzo2hLQDTLG2shx2H+jwrHt/wOeYZZ8czLvL2d18MJQO5/9X0
Z/zldrC6f+WC6fy4yarqFtbgVp8EXKdv+TYzc9kQ4s99wP6nX6+VY67y+QvKfn3zN5Fubm88qal+
jrq8JWG4kVlpS0aNyA/eq1N/DOrzaeGYATF06PFllj+k0yr/AKGl/N//AKmp/wDpHtP+qWY38m6f
+b9pbfzmX+ct/wChifzf/wCpqf8A6R7T/qlj/Jmn/m/aV/OZf5yXab+d35l6Pc6ld6d5hMFzxq1x9
d1GT0LVjLPwVPkeUZp8KKAFouTloMMgAY8hQ5sRqskSaPNMD/wA5F/nD/wBTU3/SPaf9Ush/Jun/
AJv2ll+cy/zmj/zkZ+cNP+Uqb/pHs/8Aqjj/ACbp/wC29w9x85l/nMB0nzLq2g6zH5i0i8FtrkLyT
QXrJFMySyghnCyqy8viNCRmbPFGceEjZx4zMTxDmyi5/Pj86Lm3ltpvPd16MyNFJxtrBG4uCpoyw
Ag0PUGozDHZ2nB+j72/85l/nfc86gjt7WCO2hYCOJeK1lr8z7nNi4q4yR/zj7xiFWiZUZXSQB0lZ
SCKgg1BxpXoj/wDOQ/52FyV88zop6KLXTyAPDe3rmv8A5N0/8z7T+ty/zmX+d9zCX8169N5mbznd
6n9Y80NdpqB1Fo4VP1mLjwf00QR7cB+zmYMEBDgA9NVTQckjLivdl1i/zkB+dF3bzWix54uWgul3
iIT6tYCqSKVYVFuCNj1GYo7N04N8H3/rbjq8p/i+55pGlYYo4UYcI1CLUitFFM2DiuaSP+dfvGKq
bSR/zr94xpCY+XvM+reU9Yt/MHl29FjrNnzNrdhY5T5TGZEaNiFIVlJ4seoyvJijkiYyFgsoZDA2Ob
OD/zkn+eQ/6bmb/pE0//ALJ8wv5M038z7T+tzuX+d9ym3/ADkv/e4Y/6bib/pE0/wD7J8f5M038
z7T+tfzuX+d9ymf+cm/z0H/1QyX8i6b+1QyX8l6uL/O+5jsVt85vzJ+xXNfrkH2EBxdD0K1hpwdTqY16Eh
P57F/Mb/AOhxPym/8tSH/AABAdJ/OJ/sn5S4cx/h+jzk/84V8S/6dxF4/fAxjcK0eLgRFFM2/WIwkxk
Z/8AVf8AdAL+exfzPucP1cvPynPA8PTs/+qfev5rH/Me5AjM+SXJ+R4+s/6AXQ+t/6E6vt/wAvk
'+Z9yov/ORP5UP/wCUvg/5E6f/ANU8jer8+0d/ANU8jux/wDVPHOvq4f1XK0A45PO6ixeOCuJr8/t
.3P8A6p/uk/msf8z7lVfz3A/vwDymDnwt/ysDPsbyP6suguqTN1Hvk0Z/dvT+nbNmx+rd2QODRzR
mX4o2EFipDDpul6jins7N/qn3p/NY/5n3A+5WMn5k+frW09CPTPLun2891JYwMlXZyFESerQ
KgF6hQFX55jarRwwYru5Et2HPLJPuAc75pHYP//Xi/8AzmfrY1f88LuxR+SarylY707B3V/rph/yW
Gdz2NDh09/ziT+h5tGV5fcHk/mDyaPL/k/yf5mJuzJd+a4?+5F/xyWAEFtZXP1aN+VSWMjK5pQU49
82OPNx5JxraNfaLcOePhhE/zmnW6Q9Em1aW3h2qnueQ9Eml+aV3/BzXp0Z+abnkFt3bSGkbxSN9Sdfrb
vncGtFFpf1CO2QydoCGVUCNoj5y29P8AsmUdLxQBvmfx9ydW0F1h/olv8A1w3H2Mq/Jqb2fxIbf5o
0tBff1CO2AzydoCWkGirFxPl88q2iRCBoAzBPqNrFMMsGBIxmp8XSGB5/Qt8t/JnfsNEnVs+s3Pmbz/AKVSbuSN
tRsPJ1pDcs+k2Ec+pT23Dwp9Wp+rvMqCSMyOslJeNMnoaqOfaZEBG6AMry/YNonodSq5xSG5sM
PiOiafDd6heXF8pZ6Q6QvNGlrFxxP88JfBgGbqSG6Gn4oy59Gbr5Q0yn2p2Pnr3P5mbz/AKVSN6nbxH
tRsPJ1p0cs+k2c+pT23Dwp9Wp+rvMYtpN3XF5o4uesK8TUY0X3p9/fbx//zdLDrzwRcUYvbCdBbxI+dRn
O0nol0c+nR5ykV6mFnoz1GfinGBRX5UP0/n/mzcXsyQkyAUsoZNMnSldwcWk70Bys5tpfk6xWr
HV6jwYiquR4dzQZYxCxiE+/zS1befbyHONantpLRaRD5h17UUtTt8a3mkWUUtQTy8ibyxq5dpxAAK5
ROXxGVMxY64nEz11vfDEA7TP9E9zdYdN6wuLc2P1P9Fvyr+R935h/n/zhM/z+X/Mi2p2Cxk8s83e3a1A
BaKQWAUTtLHOP7Xw4cuEMMclXxXwAe+SYaYyyG8F8/iv8Aj9j9L+V/Kvtlq+vvLu31HWtEvtf1e2g
tlluLRbOS4jjgiRnX1HkMFFPiK/E+DJruGEpaCoyeR53X61hp7kb7k22cxr3+b/7r8m3+l3qW7r3e9g
rmqvr1hb2txDBY28kG64lODkkv4dyEzYX4kl3XrGcbK/vwBkebj2jhc
CubMul92CK78vo/P95rUc8l8l8l8trounrUJLHtlvb2qzlRNCkUUTOgIbmTlu3R0nwdXdgPBAP5eo16iQciD
i8QnyHRWV/I+mw2PnTVLKfUQYbLyodPtY4UUtora8lv7-f0mhmjjkkEfALl2zMx470yMdRlmRNeu/
pO3DFJxxCpHf01z1bzb+XmleVfLWn+aBrXlp3ltre48sWixBblUQbxrkVpHzb4c7hf0AlmNeu/
YdTJJMw4aMTt6v97ZikwiMFK+fJvWfy/QKfiBfLf8l6ftp/05kqeFPkjleVNtebevlAJ0AyqL0hqtU
fD9kMnjhx6rymAG1Gpfzutl6lll4YCV793vLY3Z65tl6l6l9Hq2q3jutea/4bnTLO6srCNIJbx
rT1M0c7EEHaMKG5dyuQo6dj5Jgfol8l+9oYc3lk3t8Y7Hk0l1eo?d+8Sl32V83Yyd1N8vS?r/+3+3i8l+
tHp2mW2qaRdSRll3cmopG9nburMfTeT1OBALfYf0yqeaU4YRkv8l+sdzrrr1r3cflXS9o1cbq1rq6
zDpGgPdSx3V7okeu3u3su3gc6bdS3jkeNXiZFGzrzdtftt5cOColcXNCyCxO/AMePkiOG5AeV/sQn
uvMGGsH/dcdvZp/oy0y3jzxXZpzxxrizipnW9SNNBl9F9FY/fyTot4mMjHhjwcgfvQNTsbf2eJUi/Ou+nLazjpu2G

'P+FjGej6KHBggPJ5HUy4skj5ojVvzH0zXfKekeW9T8oWM1/oeijR9L1sXd6k8MYkeb1PRSUQs
,mPJD19sENNKEzlTNSPERQ/tZSzCUQCOQpMpfzpvpNFhtY/L2nw+alNBHlJPNKyXP1kaSEMRRI
PU9BZGjJjMvHlQnvlY0l4r4jw8XHw7fV7+afzJ4areuG/JFaR+fXmXRvLo8rr2WnWi6Z+tjL0hqtU
z+r6XczXLkGuzXP1iSOYj9hvhwT7PhKfESbsy/0wr/Y0yyj5AVXQfj4qdt+chlt/MNr5h8rWWuR+
ZNebzPd+rd31oUVCrqiKbVWWMmNBl9FY/tYTot4mMjHhjwcgfvQNTsbf2eN1Su/Ou+nLnzjP5o8uG

KPT0021098

ur50ubK51KFprqxWlabyFvFE1tlr8FBGzMeXEcq4PyiAhwyMeC65H6ufNH5knisA8X6Elt/zEvdL
07zHpnljT4tBg8w3mn3oktZ7iSazGlu0kUUMsrs5Vnbmxdidhx0okYmR4uEEdN+JgMxAliKuvsS
/wA6+aZvPHme/wDNd1Y2+n32plJb6G0qlXuQipJMAejSsvNx05McswYvCglA2AjJPjlxFW8uecNU
8r6P5h0vSf3M3mOC2tJ9QjkkiuYlba4W5liaMinqMoV/8nBlwxySiT/D0+xMMhiCB1TXy5+Z3mny
loucab5bmFhqmrXSXWqa9tcX08UKFY7cmcOojDMZDtyZ6VPw5Vk0sMkgZbgDaPT3soZ5QFDmeqY6
ˎOvazf+Z9XNrBaav5rj0tL+9gZw6PpDxSrJGK0DTSQo8nav2chDRxIli7EL/2TKIWeRJPWV/fYnd
er6x5x1jzjruh2OoTa5ow8u3Vh6lxbwraniZGjaF1dVkIPKjfttlUdBGOMQjljhlx9ObM6kmR
ˎHClOifmHpuha1qupad5RsE03WNKk0W60dru+elQ3DKZXWZpTMGcLx2egXpls9MZxAMzYPFdD+
xjHMlkkRG4rqxnV72w1LUZLzTdLh0aydVEen20s08aFVoSHuHdyWO5qflmTCJiKJ4j3/ANjTIgnY
Ummk+aLzSPLmu+XbSJFTzA1I9aveTrOkdhK0yxpxiHF3IL1/GVTxCU4yP8ADf8AsmcchjEgdUVp
fmuWx8vzeWZ7KK80q81W11jUFkeRJLj6iHJGluzlaiMmRmYj4698jLDc+IGiAYj49UjJUeGtrtk2
q/mxq/mS3tLTzLptnqdnp+qrqum2zB4YrW3EaxHTolji42pVE+H7Xw8uXJmyiGjjAkwJBi4T5/0/
6zZLOZcwDRv/Al77ITWfza85+aNH1vRPMVvymoWmsz290odFj+pyW0xkUW4jC/DxPpUclRKY49Fjx
yjKOxj/svemWonIEHqoJ54vf8S+W/MfIG3L+V7fT7SwsiX9B00wl0Mm9au7M707nJfxwSjf1k3/
AJyPFPEDX019iZaV5+eLSZtG13Q7HzDZyalNrVut61xEYL26FJiDbylWR6DIGxpkJab1CUZGJrh2
/mso5dqive1aPz95heTVruSSP9K6zqFhqdxqCKYnjbSmLW8MKKeKRL8AC9ijTB+VhsOkQR/puafG
lv3kj7E5uvzBuNb8ya75j13RLDUv07FBDJYSetHHbrarGljbyxuJYyPTqaN8XJh0yqOlERjGRHD
19/ezOa5EkA2hdU1nUvNetfpG7jX6zlkFnaWdsrII4LdBFDDGGZ3agHVmZ3Y5bjxxxRoe9jKRrmbf
YH5NeS7nyX5Pjt9ST09X1CQ3I5Hi3jLKFSMnxVQK/5ROcprtQMuSxyGwd1p8fBHfm9CzXuS//0flMG
rf8AHWV1D7f8AvVP/AH397/eN9v8Ayv5fPUlfSPc8XPmUhN37NiuGKeq8YuLxKlj64SMm4FIR0XUZBkmEGRS95/wCcd/8A
II4/!+OJ0b/ev/jq/9G/8fbhNJ2n9H8X8+LsNJ9J9X9rvXl/k
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAhgIPABIAAQCcAA8ABAAAAAAAAAAAAAQAAAAAAAAAAQAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
ΔAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
ˎAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
ˎAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AG0AYQBsAAAAgAQ0oYAF9IAQRhShgAbUgJBHNICQR0SAkEAAAAAAAAAAAAAAAAAAAAGAE4AbwBy
RABBAPL/oQBEAAwFAAAAAAAAAAAWAEQAZQBmAGEAdQBsAHQAIABQAGEAcgBhAHAaAAAg
AEYAbwBuAHQAAAAAAFIAaQDz/7MAUgAMBQAAAAAAAAADABUAGEAYgBsAGUAIABOAGEAcgBtAGEA
bAAAABwAF/YDAAA01gYAAQoDbAA01gYAAQUDAABh9gMAAAIACwAAACgAawD0/8EAAAAABAQAAAA
AAAABwBOAG8BAlMAGKkAcwB0AAAAAAgAAAAAAAAAAAAAAAADAMAAAgABQAABBQAAAA
AgAAAAQAAAAAGAAAABwAAAB8AAAAAAAAAAAAAAAAIQAAADIAAAzAAAzABBh9gMAAAIACwAAAA!!!/wAAAAABAAAA
AQAAPgEAAM0BAADOAQAAQAAJgIAACcCAACJAgAAigIAANAAAAAAAFkAAABaAAAAWwWAAAA9
AAD6AgAACwMAAAC7AAAACAAAADAAAAAAAAgAAA2wIAANwCAACDAgAA6AwIAA6wIAAOwC
AAuDAgAAAAAAAAAAJgAAAA1MAAAAAACAAAACAAAAAAAAACYAAAACAAAAAmAAAAACYAAAAACAAAA
gAAAAAAAAAAAACYAAAADAAAAAAAAAgAAA1/AAAAAAAAmAAAAAwAAAAAIAAAACAAAAAAIAAAACA
AAAAAAAAAAAAJgAAAAMAAAAAAAACAAAAAAAIAAAACAAAAAAAAADAAAAAAAAAgAAAAgAAAAAIAAAA
AAAAAAAACYAAAADAAAAAAAAAgAAAAgAAAAAAIAAAAAAAAAmAAAAAwAAAAAIAAAACAAAAAgAAA
AAAAAAJgAAAAMAAAAAAAACAAAAgAAAAAAAAAACYAAAADAAAAAAAAAgAAAAIAAAACAAAA
AAAAAAmAAAAAwAAAAAAAAAIAAAACAAAAAAAAACYAAAADAAAAAAAAgAAAAMAAAAAIAAAACA
AAAAYAAAACYAAAADAAAAAAAAAgAAAgAAAAAAAAAAAAACYAAAADAAAAAAAAAgAAAAIAAAACAAAA
AAAAmAAAAAwAAAAAAAAAIAAAACAAAAAAAAAAJgAAAAMAAAAAAAAAgAAAAMAAAAAAAgAAAAAAAAAA
AACYAAAADAAAAAAAAAgAAAAIAAAACAAAAAAAAmAAAAAwAAAAAAAAAIAAAACAAAAAAAAAAA
AJgAAAAMAAAAAAAAACAAAAgAAAAAAAAAACYAAAADAAAAAAAAAgAAAAIAAAACAAAAAAAAAAA
mAAAAAwAAAAAAAAAIAAAACAAAAAAAAAAJgAAAAMAAAAAAAAAgAAAIAAAACAAAAAAAAAAAACY
AAAAMAAAAAAAACAAAAgAAAAAAAAAAAAABgAADAsAAAYAAAAABgAA2woAAAwLAAAAAAAAACQAA
AAGAAAAMCwAACAAAAP//CAAAAAYAwkdAABAAAAQDcz3sCBgDDR0AAEQABACzugglGAMRHQAARAAEA
ˎBgDJR0AAEQABALSzfAJNAAAAATQAAAJcAAACwAAAAugAAALoAAAABAgAAfAIAAA4DAAAAAAAAAA
ˎBAAAAAgACAAAQAADAAAAAQAEAAAAAgAFAAAAAgAHAAAAAgBYAAAAAWAAAWAAAKIAAAAC4
AAAAxAAAAMQAAACHAgAAhwIAAA4DAAAAAAAAAAQAAAAIAAAADAAAAABAAAAAUAAAAGAAAABwAAAAMA
AAA4AAAABAAAACqAdXJuOnNjaGVtYXMtbWljcm9zb2Z0LWNvbTpvZmZpY2U6b2ZmaWNlIiB4bWxuczp
aXR5AlBCAAAABwAAACqAdXJuOnNjaGVtYXMtbWljcm9zb2Z0LWNvbTpvZmZpY2U6b2ZmaWNlIiB4bWxuczp

KPT0021099

DdBjb3VudHJ5LXJlZ2lvbgCAOQAAAAgAAAAqgHVybjpzY2hlbWFzLW1pY3Jvc29mdC1jb206b2Zm
aWNlOnNtYXJ0dGFncwWAcGxhY2UyUAgAwAAAEYdv4DAAAAAgAAAAAAcAAAAAAcAAAAAAUAAAAA
AAUAAAAAAAgAAAAAAgAAAAAAcAAAAAAAAADyAgAA+QIAAAMDAAAKAwAADgMAAAcAHAAHAAQA
BwAAAAAxgAAAMcAAAD6AgAACwMAAA4DAAAHADMABwAEAAcAAAAAACkCAAAKAwACwMAAA4DAAAD
AAQAAwAHAAAAAAADAwAACgMAAA4DAAAHAAQABwAFAAAABAAAAAAAAQAAADIAAAAAAAAAAQAAAPPwMA
^ntAPQvggDSf5kAGw7nAP9AA4ABAAoDAAAKAwAAPGM0AQEAAQAKAwAAAAAAAAoDAAAAAAAAAhAA
.AAAAADAMAAIAAABAAQAAA//8BAAAABwBVAG4AawBuAG8AdwBuAAP//AQAIAAAAAAAAAAAAAAAD/
_AAAAAP//AAACAP//AAAAAP//AAACAP//AAAAAAMAAABHFpABAAACAgYDBQQFFAgMEh3oAlAAA
AlAlAAAAAAAAAP8BAAAAAAAAAVABpAG0AZQBzACAATgBlAHcAIABSAG8AbQBhAG4AAAAAAz1FpABAgAF
BQECAQcGAgUHAAAAAAAAAABAAAAAAAAAAAAAAIAAAAAAUwB5AG0AYgBvAGwAAAzJpABAAACCwYE
AgICAgIEh3oAlAAAAlAlAAAAAAAAP8BAAAAAAAAAAQQByAGkAYQBsAAAAIgAEAHIIBgA8NACAABo
AQAAADII5QmyCOUJgAAAACAAQAAAB0AAAmAlAAAAEAAQAAAQAAxAFAAAdAAAAJgCAAAAABAAEAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
EAAZAGQAAAZAAAAACwfMAAAsDAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAUHoAV4ALQAgolyNAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAACAAAAAAAAAAADKDEQDwEAAIAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAABIWAAAAAAp8P8PAQABPwAA5AQAAP//3////9/////1f///3////9/////
f////3+xGC0AAAAAADIAAAAAAAAAAAAAAAAAAAAAP//EgAAAAAAAAABACAAAAAAAADABEAGEA
dgBpAGQAAIABDDAGEAbgBuBuAG8AbgAgAFAGsAYQByAGsAbgBgAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AP7/AAAFAQIAAAAAAAAAAAAAAAAAAAAAAAEAAADghZ/y/+U9oEKuRCAArJ7PZMAAAAHABAAAAARAAAA
AQAAAJAAAAACAAAAmAAAAAMAAACkAAAAAAAAAAAAAAFAAAAyAAAAAYAAAAYAAAAYAAADUAAAABwAAAOAAAAAI
AAA5AAAAKAAEGAAAAQAAEQAAAAALAEAAALAEAAwAAAAALAEAAwAAAAAAAAAAUAEQAAAAALAEAAQAADQOAAAAQAAEQABwAA8A
AABYAQAEAAAAGABAAAT AAAAaAEAAAAIAAADkBAAAHgAAAAAHgAAAAAAHgAAAAAAAAAHgAA
ABAAAABEYXZZpZCBDYYW5ub24a24AAAAHgAAAAQAAAAAQAAAAAgAAAAAAAAAAAAAAAAAHgAAAAAgAAAAAAAAABOb3Jt
^v/wwAAB4AAAAIAAAa2FyaW4W4AAAAeAAAAADIAAAAABAAAADIAAAAAeAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA1pY3Jvc29mdCBPZmZpY2U2Ug6
yZAAAAEAAAAAGA2PAAAAAEAAAAAAqPSBwzjFAUAAAAAqPSBwzjFAQMPAAAAAAAAAAAAwBAAAAAA
.ADAAAmAIAAAMAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
\AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
-AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA

KPT0021100

KPT0021101

AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
^^AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAABAAA
'AAAAGAAAABwAAAAgAAAAJAAAACgAAAP7////8MAAAADQAAAA4AAAAPAAAAEAAAABEAAAASAAAA
,AABQAAAAVAAAAFgAAABcAAAAYAAAAGQAAABoAAAAbAAAAHAAAAB0AAAAeAAAAHwAAACAAAAAh
AAAAIgAAACMAAAAkAAAAJQAAACYAAAAnAAAAKAAAACkAAAAqAAAAKwAAACwAAAAtAAAALgAAAP7/
//8wAAAAMQAAADIAAAAzAAAANAAAADUAAAA2AAAA/v///zgAAAA5AAAAOgAAADsAAAA8AAAAPQAA
AD4AAAD+////QAAAAEEAAABCAAAAQwAAAEQAAAAFAAAARgAAAP7////9////SQAAAP7////++////
/v/////////////////////////////////
///////////////////////////////////
///////////////////////////////////
///////////////////////////////9SAG8AbwB0ACAARQBuAHQA
cgB5AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAFgAFAf//////
////AwAAAYJAgAAAAAwAAAAAAAAAEYAAAAAAAAAAAABQSCeMwzjFAUsAAACAAAAAAAAAEQA
YQB0AGEAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAKAAIB/////////AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
CwAAAANHAAAAAAAAMQBUAGEGEAYgBsAGUAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAA4AAAgEBAAAABgAAAP////8AAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAvAAAAABAAAAAABXAG8ACgBkAEQAbwBjAHUAbQBlAG4AdAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAGgACAQIAAAAGAAAA/////wAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAGgACAQIAAAAGAAAA/////wAAAAAAAAAAAAAAAAAAAAA4F
AG4AZgBvAHIAbQBBdABpAG8AbgAaAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAoAAIB/////
///////AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAANwAAAAQAAAAAAABQBE
AG8AYwB1AG1AZZQBuAHQAUwB1AG0AbQBhAHIAeQBJAG4AZZQBvAHIAbQBhAHQAaQBvAG4AAAAAAAA
AAAADgAAgEEAAAA///////8AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA/
AAAAABAAAAAABAEMAbwBtAHAAAHAATwBiAGoAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAABxAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAA//////////////AAAAAAAAAA
AAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAAQAAAP7//////////
///////////////////////////////
"///////////////////////////////////
'///////////////////////////////
,///////////////////////////////////
////////////////////////////////////
////////////////////////////////////
/////////////////////////////////

KPT0021102

b250IC9UaW1lc05ld1JvbWFuUFNNVCANL0Zvbn REZXNjcmIwdG9yIDE2IDAgUiANPj4gDWVuZG9i
ag0yMCAwIG9iag1bIbA0vQ2FsUkdClDw8IC9XaGI0ZVBvaW50W50IFsgMC45NTA1IDEgMS4wODkgXSAv
R2FtbWEgWyAyLjIyMjIxIDIuMjIyMjEgMi4yMjIyMSBdIA0vTWF0cmI4IFsgMC40MTI0IDAuMjEy
NiAwLjAxOTMgMC4zNTc2IDAuNzE1MTkgMC4xMTkzIDAuMTgwNSAwLjA3MjIgMC45NTA1IF0gPj4g
DQ1dDWVuZG9iag0yNSAwIG9iag08PCAvTGVuZ3RoIDIxOTAgL0ZpbHRlciAvRmxhdGVEZWNvZGUg
lteSEMLCzMFMVd7dOnz6X79xer2eX63UKFtbbmU0hwf/4Y9MiztOkgGVZxlmRZLC+n11e9TIU
IJeaik0Fezy6/eWdj1s3kSJwnRVLOwOs1uzb8eXOeaoW48XPvqgJuhbhsYWwiiiub4gKnaaG6TODP3
kU3jpTIG80VsjWse4aptBodXu54u3PhTNC/xE/zo3cE1m+jn9Tck+Ulkx2tFBvMsXuDb1ylQqqEC
0YoEeuuq976DtoMvf8OHbZyaY9sNeERimG+jVVwYH82X8clMeLzXtYfS/DC+qdZKYJ7GWTq+lyxG
Ayw+aoCtcEXdE/zpzlR9pnV/kJaTRqNCxN987/veH+DG3ftX0foXJV9NAq1GgVYi0Pdi75V5jOyK
DE2SWLPzcPNwf+dl16G21rxiWUTHiWM5ciyF4yi7cGDjsjFl27/6E6PZUUarMl4dBATeNdE8R1Do
vpYfPUTVIRBs5Af+7fuhU7Jq8OH4bVSixo4dvjLVezl+ym73O2bTrbNLbvfsmnxm7yp0yceybOVj
88ypKAXlg+OMV0v0R4GRlpel3kQiLWGjsJNtTK7F64UaMF7meBtfZ0C/BNPGZcmcg20L4ilGRaeX
guySdCpMc6j1tCFpUzSoBNhzDBlni/hBXWxGwL6eTX6bnzvui6hAkwwROhhNMuw9Rly1ISrJ2nSK
YU5W9VFCodxu4YgRSaGPFM1OFheRDferyJIZxYr8Ubm7Gnki6NBHpbmUsx5OLICnS114vG76o1z1
zA1hMX4hwUSUTtm7Ax4dHmWDkNiA/00f1scaluYJ3QWEfJSwIRY2G620mKykOcF1rFeC2Q/9gi4n
gWnnJB00hETkm5kNJgpMvhiPqF9ufFBp27Vsx4WBCqMvWtJIPakbgh+dYJ45yWrYw4EXtbz3Qdh7
eQ8DdicHQQC51SvH/gl0Z+iBkoiBssDUyRPsU2Gn2gVtBmhI0bGp1p/Nppw5P0+arqnxJU67BxQO
2eljKKKI3+YC+IbXB7UHuenkMHfnLBTRxyQySRf/U//wgdyi83/wPdA/VipbnkWfHcuBuN4w3U1L
QTvPyriwq4KToc05HZ7FfPpJMc9PiRPgNEO/pVJLmYzEpWhbEF52dSOrHZ/Dd04qMFIQwgPdZ/SQ
XPmXE0MxSVCIBF9jXCpuUkNpmwMHwdK3hDXhj58u4MixgHl2uFDndu7Et2EndzgYELy+UR5Ub5hS
Y2GpsVBwLGAREDI9o2RSmB5B/dCPmaDXJJSHJDTRq9BoldqJaKOse6FUCIXp4uU8kI420U4EC5XW
F7pMKILiSzGi947gbc12q9KhgnrURPoOpseQOFdB5hXLHDiywIfJMkLB2bNkA63YPBFifLSDCFDz
FtOFnO/xOQ/uTu62H+TXwx0aHx5k15P2ygJjFo0+7INYZ6blI0zSY4oWll1S/4qQ1RNQXOkKnISRI
qUfiqL6kSoUZSdU61H1ETcyU0t0dScn3PkdVLSXsfywD/l0plCBlygDZJ2eACVWWWrHvf9p2g/0M
Ivdc4VG9V0jteEsQ+uPgJiFDcNspuJX51y5EtIETPaTIxBRDfwWdRkFDDisZLRT4CNO90MDAW9wR
mLCs0TE2luTWVErMUuo9gmDJWaQnBJpqD06YQqXUve9D8qg6PRuEg1cK9NyTSFV43poji7FUghzp
B30MY/AU5RQF9CgqOWkiJC1LDr0/6oskKqcGSqkXYgl+q/wFV0jJZKVwDPJVKi7XSqFYEVc5rh46
XY3Kcu02LYwm1DtcdU2vVsZgKEj6PwSxNT+weI4kFjwLWFVtNpZiqaamLB8Bl00BrYNf5mKAN5RB
MY+RaoWBx4jnLQ5o7C5oqMsgBCyeY0KlGk7hTajgMwHUne4QQNpQdqqVVdwOXBr/5nLQgA/6fsbwa
YzkE6jgDpWVa/D7Exnye3anGou9S9bWWb6H6ulFhywq3J2IcsIFpG5Q+09Sqpplouilj0XrVeKH3
Sclzt04Nfpgesyq4dckxREB0UHHPhR0ygs1sa4FwlAJ/qzVIghSDecttW4rhLp/so4VzC6466C39+
jfs//NxwINAtsqpRG2GnH6sllst4wJ3AfZOtqjODA6l7VWVAqyDDH3P4lhexEMZRjeeGEXqQxv2aKg
DM+zDm+TOTFN/6Pt/MjQyckdhF5KSbMF/aWrUwyqi8NvjbskDCJZF+dBKsjjqF+4CeL9pSDcuGYL
                    IC6n4+EonVP7J20h9TzUBzxu9NYzveRakkyIXmNR6acuA5Z0J5C5w9D9FoZKkHx93s5QsqOPu
            SG8YWD0c61GwfQ2Ds3TAuqUnR4QJRQBkhjHg9tzI8QtHM8uB5pgtdkfLuvM5jQ/ysCtpUBE9H
qdNVEacLaIxE6mws2bfmHU0pGXZphOaCoamRIcXZ2BNI/2Nu3L2nQv5kDro11z4ie/bEiocxjHcG
DbutbpswPJ3zusY+l3h9uZ5ZoP99Nbu86nO4esfyJ/DuCr98g4tfAP2awglsAt/B7c8JbPBLDTOb
ocQLC0u0X4IwRrxAgTmngM7PXn82e70+9+IoF7tYxUrmJhsEulS4SdSd/7aXzSaeWIdVW4c0W3Zlr
WrksU43BGsa+2qJfchk3icYJKaoOndYo+vvrQ32+3Ognzq+BXQ9NK5exWTgeD7WSgj5AFJR1tu0D
vZyajYoVql26oO5gOfnO5rnM/l4sqdxQh5G8CH/luQw+dnbQPssOORJuYlaLyBzSfkoa0cY+y7Xyv
5Np-DOGS8oRe9zs9qLfS1OlxxW86/TjA5lwU5ekeqV3TL8/4V513OBWx9gjznLX/WONetf2AzVED
ruvqDzhvYBty40/RfEkT248R/Qig3QEffBCIP53APM/Jx8KZW5kc3RyZWWFtDWVuZG9biag0yMiAw
IG9iag08PCANL1R5cGUgL0ZvbnQgN9TdWJ0eXBIIC9UcnVIVHlwZSANL0ZpcnN0Q2hhcidFQXhhMiAN
L0xhc3RDaGFyGy!DMylA0vV2lkdGhzIFsgMjc4IF0gUcs0G0yGgwmVndC0uVIU9saUVuV29saWN6h
IA0vQmFzZZUzVbnQgL0FyaWVFsTVQgDS9Gb29FbmNvZGluZy /8cdVxxslFOgDT4+IA1IbmRvYmolN
MjMgMCBvYmoNPDwgDS9UeXBIIC9Gb250I/0Z0ta1ImRvYmoNMjQgMCBvYmoNPDwgDS9Z0DYXBiZWln
aHQgMCANL0Ric2NlbnQgLTIxMSANL0zsYWdzIDMyIA0vRm9udEJCb3ggWyAtNjYlIC0zMjUgMjUJx
OCAxMDM3lF0gDS9Gb250SmFtZSAvQXJpYWxNVCANL0l0YWxpY0FuZ2xlIDAgDS9TdGVtVIAiVuA0+
PiANZW5kb2JqDQ1TIODAgb2JqDQ1Twi8lA0vVHIwZSAvRXh0R1N0YXRlIA0vRBIA0vQ1EmFsc2UgDS9TTSAw
LjAylA0vVFlgL0lkZW50aXR5IA0vU0EgYWIseSA0vQ1EmFsc2UgDS9TRENTRSAvQXJpYWxNVCANL0v9Rmly
c3QQMiAwlFlgDS9MYXN0IDIgMCBSIA0+PiANZW5kb2JqDQTIgMCByYmoNPDwgDS9Db3VudCAxIA0vRmly
ZSkNL0Ric3QgWyAxMyAwIFglA0vQ291bnQgIGX5ANL1BhcmVudCAxIDAgUiANP4gDWVuZG9iag0zIDQw
b2JqDTw8IA0vRCBbIDEzIDAgUiA0vWFlaIG51bGwgbnVsbCBudWxsIF0gDT4+IA1lbmRvYmoNCAw
IG9iag08PCANL0xpbXl0cyBblChQYWdlIMSkoUGFnZTEpXSANL05hbWVzWzlFsgKF8zMFsc2dzMMhC
IF0gDT4+IA1lbmRvYmoNcaNLWlig08PCANL0pZE4nDAyIDAgUiBdIA0+PiANZW5kb2JqDQTYg
MCByYmoNPDwgDS9Qcm9kdWNlciAoQVVNyb2JhdCXIgNC4wIGZvciBzbDc3dGtQ0
Q3JIYXRvciWjcm9zb2200FdvcmQgQC4wIC0TW9kRGF0ZSAoRDoyMDAyMTAyMDE2MTcyOSsx
NCcwMCcpDS9BdXRob3IgKEFsZXhhbmRlck1EKQ0vVGl0bGUgKF1YXJhbnRjbmuRmVjbGFyYXRp
b24gdG8gQWNjb21wYW55IENEKSANL0NyZWF0b3IgKE1pY3Jvc29mdCBXb3JkIEA0+PiANZW5kb2JqDQTYg
KEQ6MjAwMzEwMjAxNjE2MTIpDT4+IA1lbmRvYmolNjAwIG9iag08PCANL1R5cGUgL1BhZ2VzIA0v
S2lkcyBblDEzIDAgUiBdIA0vQ291bnQgMSANPj4gDWVuZG9iag14cmVmDQ0zNCBvYmoNCMyIDVzIA0v
MCA2NTUzNSBmDQowMDAwMDMDA1OTU5IDAwMDAwIG4NCjAwMDAwMyMwMTgyIDAwMDAwIG4NDAw
        lNSAwMDAwMCBuDQowMDAwMDA2MTUzIDAwMDAwIG4NCjAwMDAwMyMwMTkzIDAwMDAwIG4NCjAwMDAw
              +wNjl20CAwMDAwMCBuDQowMDAwMDA2MTUzIDAwMDAwIG4NCjAwMDAwMzMwMTkzIDAwMDAw
SURbPDI0ODQxODZjZEFkODYxeTNtdTk2Z1ZNNzk4yzlyYnU1OTA1PjwyNDQ0ZNGYxMzg2MTUzZjUwNmY1
YTc5MWM4Y2JINTkwN5dDT4+DXN0YXJ0eHJlZg0xNzcxMNJJSVFT0YN
------_Part_167_9144903.1265361509953--

KPT0021104