

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4117, 09-6741 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

*********************************************

**KNAUF PLASTERBOARD (WUHU) CO., LTD.'S PRIVILEGE LOG SUBMITTED IN CONNECTION WITH ITS PRODUCTION OF DOCUMENTS TO PLAINTIFF STEERING COMMITTEE**

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu"), by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., and pursuant to Federal Rule of Civil Procedure 26(b)(5), hereby submits its Privilege Log, attached as Exhibit 1, in connection with production of documents to Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). Knauf Wuhu objects to the production of the following documents based upon the privilege(s) asserted. Knauf Wuhu further states that

all documents listed in Exhibit 1 are in the custody and control of Baker McKenzie, LLP and Frilot L.L.C., counsel for Knauf Wuhu. Knauf Wuhu reserves the right to supplement this privilege log as documents are produced to the PSC, HSC and DSC on a rolling basis. Given the volume of documentation being produced, Knauf Wuhu does not intend to waive attorney client privileges or work product doctrine protections by inadvertent disclosure.

Respectfully submitted by,

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com
*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PRIVILEGE LOG** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 26th day of May, 2010.

By: /s/ Donald J. Hayden

MIADMS/361174.1

EXHIBIT 1

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement Alleg With Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000001 | 2/14/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000002 | 2/15/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000003 | 7/28/2006 | Mark Innis | David N. Gregory | Confidential communication from client to counsel regarding information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000004-WUHU-PRIV0000009 | 9/4/2005 | David N. Gregory | Dian Knauf | Confidential communication between client representatives attaching an engagement letter from counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000010 | 12/7/2006 | David N. Gregory | Isabel Knauf | Confidential communication between client representatives regarding legal advice provided by in-house counsel related to employee relations. | Attorney-Client; and Work Product |
| WUHU-PRIV0000011 | 12/6/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000013 | 8/9/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000015 | 9/4/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000016 | 3/21/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing counsel with information requested in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000017 | 4/14/2005 | David N. Gregory | Mark Innis; and CC to Sugianto Osman | Confidential communication from client to counsel providing information requested by counsel in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000019 | 1/23/2005 | David N. Gregory | Rizal A. Dharma; and CC to Duane J. Gingerich; Mark Innis; Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000020 | 2/24/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000021 | 9/28/2006 | David N. Gregory | Tony Budidjaja; rhalaw@indosat.net.id | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

EXHIBIT 1

Page 1 of 11

| Bate Number | Date | From | Recipient (if applicable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000022 | 9/28/2006 | David N. Gregory | mhutagalung@yahoo.com | Confidential communication between client representatives regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000023-WUHU-PRIV0000037 | 10/9/2006 | David N. Gregory | Isabel Knauf | Confidential legal memorandum attached to a confidential communication between client representatives regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000038 | 4/11/2005 | David N. Gregory | Sugianto Osman; Mark Innis | Confidential communication from client to counsel providing information to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000039 | 2/2/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000040-WUHU-PRIV0000042 | 1/26/2005 | David N. Gregory | Rizal A. Dharma; Sugianto Osman; and CC to Ismail Abu Tamam | Confidential communication between client and counsel attaching a confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000043 | 12/8/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication between counsel and client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000044-WUHU-PRIV0000047 | 2/3/2005 | David N. Gregory | Sugianto Osman | Confidential communication between counsel and client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000048-WUHU-PRIV0000051 | 4/20/2006 | David N. Gregory | mpangestu@pacific.net.id | Confidential communication between client and client representative or consultant regarding a business dispute against PT Knauf Gypsum Indonesia with confidential memorandum from counsel providing legal assessment regarding a business dispute against PT Knauf Gypsum Indonesia and confidential communication between client and client representative or consultant regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000052-WUHU-PRIV0000054 | 2/16/2005 | David N. Gregory | Tony Robson | Confidential communication between client representatives attaching confidential documents drafted by counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000055 | 1/24/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000056-WUHU-PRIV0000061 | 2/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000062 | 2/2/2005 | David N. Gregory | Silke Hauk | Confidential communication to in-house counsel from client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000064 | 1/27/2005 | David N. Gregory | Silke Hauk | Confidential communication from client representative to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000065 | 1/28/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication between client and counsel regarding an unrelated corporate legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000066 | 2/3/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000067-WUHU-PRIV0000069 | 1/26/2006 | David N. Gregory | Mark Innis; Tony Budidjaja | Confidential communication from client to counsel attaching confidential work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000070-WUHU-PRIV0000072 | 1/20/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000073 | 1/23/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000075 | 1/11/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000077-WUHU-PRIV0000079 | 1/25/2006 | David N. Gregory | Tony Budidjaja | Confidential communication between client and counsel regarding a business dispute against PT Knauf Gypsum Indonesia with confidential attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000080 | 1/11/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000081-WUHU-PRIV0000083 | 1/26/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching a draft letter regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000084-WUHU-PRIV0000088 | 12/2/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000089-WUHU-PRIV0000091 | 12/2/2005 | David N. Gregory | Ilya U. Sumono | Confidential communication from client to consultant regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000092 | 1/16/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000094 | 1/16/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000095 | 12/7/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000096-WUHU-PRIV0000103 | 11/8/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000104 | 6/7/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client and corporate counsel regarding an unrelated intellectual property issue. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (If applicable) and CC (If applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000105 | 5/27/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client and corporate counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000106-WUHU-PRIV0000109 | 8/16/2005 | David N. Gregory | Ramses Panjaitan | Confidential communication between client representatives attaching a confidential communication from in-house counsel to client regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000110-WUHU-PRIV0000117 | 8/22/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives attaching a confidential document from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000118 | 7/13/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding an intellectual property legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000119 | 6/24/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding an unrelated intellectual property legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000121 | 9/6/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding an unrelated matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000123 | 10/1/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000124 | 6/7/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000126-WUHU-PRIV0000134 | 7/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel attaching confidential documents regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000135-WUHU-PRIV0000137 | 6/29/2005 | David N. Gregory | Mark Norris | Confidential communication between client representatives attaching confidential work product from intellectual property counsel regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000138-WUHU-PRIV0000140 | 8/4/2005 | David N. Gregory | Mark Norris | Confidential communication between client representatives attaching confidential work product regarding an unrelated intellectual property matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000141-WUHU-PRIV0000143 | 8/23/2006 | David N. Gregory | Silke Hauk; and CC to Ann Zhong | Confidential communication from client to in-house counsel regarding an unrelated intellectual property matter with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000144 | 6/16/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives and in-house counsel regarding unrelated corporate legal documents. | Attorney-Client; and Work Product |
| WUHU-PRIV0000145 | 7/28/2006 | David N. Gregory | Joerg Schanow | Confidential communication between client representative and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000146-WUHU-PRIV0000148 | 1/27/2005 | David N. Gregory | Joerg Schanow | Confidential communication between client representative and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000149-WUHU-PRIV0000161 | 6/12/2006 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000162 | 4/20/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000163-WUHU-PRIV0000172 | 7/25/2006 | David N. Gregory | admin@knauf.com.sg | Confidential communication between client representatives attaching confidential communications from counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000173-WUHU-PRIV0000179 | 12/9/2005 | David N. Gregory | mpangestu@pacific.net.id; and CC to John Johnson | Confidential communication between client representatives or consultant attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000180 | 1/15/2006 | David N. Gregory | Silke Plank | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000182 | 1/15/2006 | David N. Gregory | Silke Plank | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and |
| WUHU-PRIV0000183-WUHU-PRIV0000186 | 9/9/2005 | David N. Gregory | Silke Hauk | Confidential communication from client to in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000187 | 1/26/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives forwarding confidential communication to client from counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000190-WUHU-PRIV0000191 | 12/18/2006 | David N. Gregory | Ann Zhong | Confidential communication between client representatives and in-house counsel regarding an unrelated corporate matter with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000192-WUHU-PRIV0000194 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000195 | 4/11/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000196-WUHU-PRIV0000197 | 3/16/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000198 | 2/28/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000199 | 10/7/2005 | David N. Gregory | Rizal A. Dharma; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000200 | 3/15/2006 | David N. Gregory | Tony Budidjaja; Andi Y. Kadir; and CC to Mark Innis; Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000201 | 1/28/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000203 | 2/1/2006 | David N. Gregory | Andy Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000205- WUHU-PRIV0000220 | 7/27/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000221- WUHU-PRIV0000225 | 2/17/2005 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives regarding communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000226 | 7/14/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000229 | 7/28/2006 | David N. Gregory | Mark Innis; and CC to Joerg Schanow | Confidential communication from client to counsel and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000230 | 8/24/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000231- WUHU-PRIV0000235 | 8/3/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000236 | 7/28/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel requesting the rendition of legal advice from counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000237- WUHU-PRIV0000240 | 8/24/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia attaching work product. | Attorney-Client; and Work Product |
| WUHU-PRIV0000241- WUHU-PRIV0000245 | 2/17/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia attaching work product. | Attorney-Client; and Work Product |
| WUHU-PRIV0000246- WUHU-PRIV0000271 | 2/15/2005 | David N. Gregory | Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000272 | 9/19/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000274 | 8/10/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000275 | 7/31/2006 | David N. Gregory | Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000276 | 6/26/2005 | David N. Gregory | Mark Innis | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000278-WUHU-PRIV0000281 | 2/8/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel providing information requested by counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000282-WUHU-PRIV0000285 | 2/7/2005 | David N. Gregory | Rizal A. Dharma; and CC to Sugianto Osman | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000286-WUHU-PRIV0000290 | 11/8/2005 | David N. Gregory | Rizal A. Dharma; and CC to Andi Y. Kadir; Ismail Abu Tamam; Mark Innis; Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000291 | 8/31/2005 | David N. Gregory | Andi Y. Kadir; and CC to Rizal A. Dharma | Confidential communication from client to counsel regarding legal strategy in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000298-WUHU-PRIV0000301 | 8/26/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel requesting legal advice regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000302 | 2/8/2005 | David N. Gregory | Ismail Abu Tamam; and CC to Rizal A. Dharma | Confidential communication between client representatives and counsel regarding the organizational structure of PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000304 | 9/13/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000306 | 9/14/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000309 | 9/13/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000310-WUHU-PRIV0000314 | 2/22/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000315 | 4/6/2006 | David N. Gregory | Andir Y. Kadir | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000317 | 9/12/2006 | David N. Gregory | Tony Budidjaja; and CC to Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000318 | 9/12/2006 | David N. Gregory | Tony Budidjaja; and CC to Mark Innis | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000319-WUHU-PRIV0000325 | 4/6/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; and CC to Ismail Abu Tamam | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000326-WUHU-PRIV0000396 | 7/10/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product to counsel for the rendition of legal advice in a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000397-WUHU-PRIV0000409 | 7/10/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000410-WUHU-PRIV0000423 | 6/16/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000424 | 2/15/2005 | David N. Gregory | Sugianto Osman | Confidential communication between client and counsel attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000428 | 2/2/2005 | Silke Hauk | David N. Gregory | Confidential communication from in-house counsel to client regarding a shareholder resolution. | Attorney-Client; and Work Product |
| WUHU-PRIV0000429 | 6/14/2005 | Joerg Schanow | David N. Gregory | Confidential communication from in-house counsel regarding legal interpretation of decision in an unrelated legal matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000430 | 12/22/2006 | David N. Gregory | Silke Hauk | Confidential communication between client and in-house counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000432-WUHU-PRIV0000472 | 4/26/2006 | David N. Gregory | Ismail Abu Tamam | Confidential communication between client representatives regarding attached work product, draft petition for appeal prepared by counsel in a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000473-WUHU-PRIV0000485 | 4/20/2006 | David N. Gregory | John Johnson | Confidential communication between client representatives or consultant regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000486-WUHU-PRIV0000498 | 5/23/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Work Product |
| WUHU-PRIV0000499-WUHU-PRIV0000511 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |
| WUHU-PRIV0000512 | 12/22/2006 | David N. Gregory | Joerg Schanow | Confidential communication from client to in-house counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000514-WUHU-PRIV0000526 | 4/18/2006 | David N. Gregory | Intan Darmawan | Confidential communication between client representatives attaching work product regarding a business dispute against PT Knauf Gypsum Indonesia with attachments. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000527 | 7/13/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding a trademark application for PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000528 | 12/19/2006 | David N. Gregory | Joerg Schanow | Confidential communication from client to in-house counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; Work Product |
| WUHU-PRIV0000529 | 12/1/2006 | Yuan Hongwen | Gunnar.Wiessner@eac-consulting.de cc to Isabel Knauf; David Gregory; Martin Halbach; Ann Zhong | Confidential communication among client and counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000530 | 1/6/2006 | Andi Y. Kadir; Tony Budidjaja; | David N. Gregory, Ismail Abu Tamam | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000531 | 1/24/2005 | Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000532 | 1/11/2006 | Andi Y. Kadir | David N. Gregory, Ismail Abu Tamam | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000533 | 4/6/2006 | David N. Gregory | Andi Y. Kadir; Tony Budidjaja; | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000534 | 3/29/2006 | Andi Y. Kadir; Tony Budidjaja; | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000535 | 12/4/2006 | Xu Ping | Gunnar.Wiessner@eac-consulting.de, Isabel Knauf, David Gregory, Martin Halbach, Ann Zhong, Yuan Hongwen, Wayne Studdon, Cheg.Ming@eac-consulting.de, lailili@kingandwood.com | Confidential communication among client and counsel regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |
| WUHU-PRIV0000536 | 9/26/2005 | David N. Gregory | Rizal Adi Dharma | Confidential communication from client to counsel requesting legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000537 | 7/31/2006 | Mark Innis | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000539 | 9/12/2006 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel providing information requested by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000540 | 6/15/2005 | David N. Gregory | Johann Stadler | Confidential communication from client to intellectual property counsel regarding an intellectual property matter related to PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000544 | 1/16/2006 | David N. Gregory | N/A | Confidential document prepared by counsel in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bates Number | Date | From | Recipient (if applicable) and CC (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Grounds Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000548 | 3/7/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000550 | 1/23/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client |
| WUHU-PRIV0000551 | 2/6/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000552 | 3/7/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000554 | 12/5/2005 | Tony Budidjaja and Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client rendering legal advice regarding a in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000555 | 4/28/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000556 | 12/7/2005 | Rizal Adi Dharma | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000557 | 2/2/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client rendering legal advice in a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000558 | 1/7/2006 | David N. Gregory | Andi Yusuf Kadir, Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000559 | 1/15/2006 | David N. Gregory | Silke Hauk | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000560 | 3/17/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; Work Product; and Confidential |
| WUHU-PRIV0000561 | 1/16/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000562 | 10/21/2005 | David N. Gregory | Tony Budidjaja | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000563 | 8/26/2005 | David N. Gregory | Rizal A. Dharma | Confidential communication from client to counsel regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000564 | 9/20/2005 | Rizal A. Dharma | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000565 | 3/7/2006 | Andi Yusuf Kadir | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |
| WUHU-PRIV0000566 | 1/4/2006 | Andi Yusuf Kadir, Tony Budidjaja | David N. Gregory | Confidential communication from counsel to client regarding a business dispute against PT Knauf Gypsum Indonesia. | Attorney-Client; and Work Product |

| Bate Number | Date | From | Recipient (if applicable) and cc (if applicable) | Description of Withheld Document, Communication or Tangible Thing | Statement of Ground Alleged for Withholding Document |
|---|---|---|---|---|---|
| WUHU-PRIV0000567-WUHU-PRIV0000570 | 3/10/2006 | David N. Gregory | Tony Robson; Cheng Yi Heng | Confidential communication between client representatives attaching confidential attorney client communication regarding a business dispute against PT Knauf Gypsum Indonesia with attachment. | Attorney-Client; and Work Product |
| WUHU-PRIV0000571-WUHU-PRIV0000622 | 12/15/2006 | David N. Gregory | Zhao Si Yuan | Confidential communication reflecting attorney client communications regarding provision of legal advice relating to potential transaction unrelated to this matter. | Attorney-Client; and Work Product |