| | |
|---|---|
| Received: | from net1.glhomes.com ([208.62.7.253])          by mail.knauf.com.cn (Lotus Domino Release 6.5.3)          with ESMTP id 2006112302455828-8951 ;          Thu, 23 Nov 2006 02:45:58 +0800 |
| Received: | from net1.glhomes.com ([208.62.7.253])          by mail.knauf.com.cn (Lotus Domino Release 6.5.3)          with ESMTP id 2006112302455828-8951 ;          Thu, 23 Nov 2006 02:45:58 +0800 |
| Received(Date): | Wed, 22 Nov 2006 10:47:07 -0800 (PST) |
| From: | "Mike Toll" <mike.toll@glhomes.com> |
| To: | <mnorris@mail.knauf.com.cn> |
| Subject: | South Florida issue |
| MIME-Version: | 1.0 |
| Content-Type: | text/plain; charset=GBK |
| Content-Transfer-Encoding: | 7bit |
| X_MimeOLE: | Produced By Microsoft Exchange V6.5 |
| MIME_Version: | 1.0 |
| $MessageID: | <2AF9AE7D23EB084AAAA2546EC0CC3A6EA65285@VEX1.glhomes.com> |
| Thread_Topic: | South Florida issue |
| Thread_Index: | AccOZoUCcmvsFcXQSGOitaoyZ0exQA== |
| Return_Path: | mike.toll@glhomes.com |
| X_OriginalArrivalTime: | 22 Nov 2006 18:46:28.0898 (UTC) FILETIME=[85496020:01C70E66] |
| $MIMETrack: | Itemize by SMTP Server on Wuhu_Domino/Knauf_China(Release 6.5.3\|September 14, 2004) at 2006-11-23 02:45:58;MIME-CD by Router on BeiFang_Domino/Knauf_China(Release 6.5.3\|September 14, 2004) at 2006-11-23 02:47:07;MIME-CD complete at 2006-11-23 02:47:07 |
| SMTPOriginator: | mike.toll@glhomes.com |
| Form: | Memo |
| RouteServers: | CN=Wuhu_Domino/O=Knauf_China;CN=BeiFang_Domino/O=Knauf_China |
| RouteTimes: | 2006-11-22 10:45:58-2006-11-22 10:46:00;2006-11-22 10:47:02-2006-11-22 10:47:07 |
| $Orig: | 82E809B22AD41E274825722E00671619 |
| $UpdatedBy: | ;CN=Wuhu_Domino/O=Knauf_China;CN=BeiFang_Domino/O=Knauf_China |
| $Revisions: | 2006-11-22 10:47:06 |
| $MsgTrackFlags: | 0 |
| $RespondedTo: | 2 |

Mark,

I appreciate you having Doug Sanders call us with an update on the status of the reports.? We are looking forward to seeing the written reports next week.? You may email me at this address.? Thank you for your immediate attention and concern shown to date.?

"R"

KPT0024281

Mike Toll
Director of Construction
GLHOMES
954.603.0257 office
954.825.4793 Fax

KPT0024282