UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: David Gross, Cheryl Gross and Louis Velez, individually on an behalf of all others similarly situated v. Knauf Gips KG, et al Civil Action No. 09-06690 | * * * * * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

NOW INTO COURT COME, Glenn B. Adams and Denis S. Aiyegbusi, of the law firm of Porteous, Hainkel & Johnson, LLP, and Lee E. Bains, Jr., Thomas W. Thagard, III and James L. Mitchell of Maynard, Cooper & Gale, P.C., who hereby file their Notice of Appearance as counsel on behalf of Defendant, CMH Manufacturing, Inc.  It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel in connection with this action.

Respectfully submitted,


s/ Glenn B. Adams

GLENN B. ADAMS (LA# 2316)
DENIA S. AIYEGBUSI (LA# 31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com
Email: daiyegbusi@phjlaw.com

-AND-

LEE E. BAINS, JR. (ASB-2369-I60L)
THOMAS W. THAGARD III (ASB-200-D62T)
JAMES L. MITCHELL (ASB-6541-A52M)
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
2400 Regions Harbert Plaza
Birmingham, AL 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
Email: lbains@maynardcooper.com
Email: tthagard@maynardcooper.com
Email: jmitchell@maynardcooper.com

*Attorneys for CMH Manufacturing, Inc.*

CERTIFICATE OF SERVICE

I hereby certify that CMH Manufacturing, Inc.'s above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

                                                                           s/ Glenn B. Adams  
                                                                           GLENN B. ADAMS  
                                                                           DENIA S. AIYEGBUSI