### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### AMENDED ANSWER AND DEFENSES OF JOHN KORN BUILDERS, LLC TO THE ORIGINAL OMNIBUS CLASS ACTION COMPLAINT (I)

**NOW INTO COURT** comes Defendant, John Korn Builders, LLC, by and through its attorneys at Galloway, Johnson, Tompkins, Burr & Smith, and files its Amended Answer and Defenses to Plaintiffs' Omnibus Class Action Complaint (I) (hereinafter "Complaint"). John Korn Builders re-adopts and re-alleges all defenses and answers contained in its original Answer, and it further asserts the following defenses:

### FIFTEENTH DEFENSE

John Korn Builders affirmatively states that all or some of Plaintiffs' claims have prescribed.

### SIXTEENTH DEFENSE

John Korn Builders affirmatively states the Complaint is premature because no plaintiff provided John Korn Builders with builder written notice and a reasonable opportunity to comply

as provided for in the Mississippi New Home Warranty Act, Miss. Code Ann. § 83-58-7.

## SEVENTEENTH DEFENSE

John Korn Builders affirmatively states that Plaintiffs have failed to state a claim upon which relief may be granted under the Mississippi New Home Warranty Act, Miss. Code Ann. § 83-58-1, *et. seq.*, because 1) no home built by John Korn Builders was in noncompliance with the building standards, 2) Plaintiffs have not alleged a major structural defect due to noncompliance with building standards, and 3) the Act excludes any defect in, or any defect caused by, materials or work supplied by anyone other than the builder, or any employee, agent or subcontractor of the builder.

## EIGHTEENTH DEFENSE

John Korn Builders affirmatively states Plaintiffs have failed to state a claim for strict liability against it upon which relief may be granted, because John Korn Builders is not a manufacturer or in the business of selling drywall.

## NINETEENTH DEFENSE

John Korn Builders affirmatively states that it is not an expert in drywall and did not know and had no way of knowing that drywall purchased by Plaintiffs and installed by others was defective; furthermore, John Korn Builders had no duty to inspect the drywall for latent defects.

## TWENTIETH DEFENSE

John Korn Builders affirmatively states that Plaintiffs have failed to state a claim for violation of the Mississippi Consumer Protection Act, Miss. Code Ann. § 75-24-1, *et. seq.*

## TWENTY-FIRST DEFENSE

John Korn Builders affirmatively states that the Complaint is premature because

Plaintiffs failed to attempt to resolve their claims under the Mississippi Consumer Protection Act through an informal dispute settlement program approved by the Attorney General as provided for in Miss. Code Ann. 75-24-15(2).

## **TWENTY-SECOND DEFENSE**

John Korn Builders affirmatively states that it did not violate the Mississippi Consumer Protection Act, Miss. Code Ann § 75-24-1, *et. seq.*, because it made no representations or misrepresentations regarding the drywall purchased by Plaintiffs and installed by others.

**WHEREFORE,** Defendant, John Korn Builders, LLC, prays its Amended Answer with Defenses be deemed good and sufficient and, after a jury trial had, the Complaint filed on behalf of the Plaintiffs be dismissed, with prejudice, and for all further general and equitable relief, to which this Defendant is entitled and which this Honorable Court is competent to grant.

        Respectfully submitted,

        GALLOWAY, JOHNSON, TOMPKINS,
          BURR & SMITH

By:  */s/ KEVIN L. COLE*
     KEVIN L. COLE, LA Bar No. 04248

**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com

3

GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Answer and Defenses of John Korn Builders, LLC* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 10th day of June, 2010.

                                                   /s/         KEVIN L. COLE
                                                  KEVIN L. COLE, LA Bar No. 04248