UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *David Gross, et al. v. Knauf Gips KG, et al.* Case No. 09-6690 | * * * * | MAG: WILKINSON |

## NOTICE OF BANKRUPTCY FILING OF DEFENDANTS FLEETWOOD HOMES OF FLORIDA, INC. AND FLEETWOOD HOMES OF GEORGIA, INC. AND AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Fleetwood Enterprises, Inc and forty-nine (49) of its affiliates, including defendants Fleetwood Homes of Florida, Inc. and Fleetwood Homes of Georgia, Inc. ("Fleetwood"), are debtors in possession in chapter 11 bankruptcy proceedings commenced on March 10, 2009, which are currently pending in administratively consolidated proceedings before the United States Bankruptcy Court in Riverside, California. *In re Fleetwood Enterprises, Inc., et al.*, Case No. 09-14254-MJ. As a result of the filing of the Fleetwood bankruptcy cases, all actions to recover on account of a claim that arose before the commencement of the bankruptcy cases is stayed, including the Complaint against the Debtors on file herein. 11 U.S.C. § 362(a).

The Complaint against Fleetwood filed in this action has been filed in violation of the stay. Therefore, the Complaint and each purported cause of action set forth therein, as well as any action to prosecute the claims, is void. *Schwartz v. United States (In re Schwartz)*, 954 F.2d 569 (9th Cir. 1992). By operation of the United States Bankruptcy Code, this Court is without jurisdiction to adjudicate the claims for relief alleged in the Complaint or to determine and liquidate the purported claims against Fleetwood.

Fleetwood sold its operating assets in 2009, including its manufactured housing business, and is no longer conducting manufacturing operations in Florida, Georgia or elsewhere. Fleetwood is

winding up its affairs and is not engaged in any activity or business operations.  Plaintiff must pursue any claim it may have against Fleetwood by appropriate process in accordance with the Federal Rules of Bankruptcy Procedure filed in Fleetwood's bankruptcy proceedings pending before the United States Bankruptcy Court.

Dated:  June 10, 2010

                Respectfully submitted:

**LEAKE & ANDERSSON LLP**

*/s/ Amanda W. Vonderhaar*
_____
JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**GIBSON, DUNN & CRUTCHER LLP**
CRAIG H. MILLET (CA Bar No. 106027)
Email:cmillet@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA  92612
Tel: (949) 451-3800
Fax: (949) 451-4220

*Counsel to Fleetwood Homes of Georgia Inc. and Fleetwood Homes of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Bankruptcy Filing of Defendants Fleetwood Homes of Florida, Inc. and Fleetwood Homes of Georgia, Inc. and Automatic Stay** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

*/s/ Amanda W. Vonderhaar*
_____
**AMANDA W. VONDERHAAR**