UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE: FALLON |
| This Document Relates to: *David Gross, et al. v. Knauf Gips KG, et al.* Case No. 09-6690 | * * * * * | MAG: WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS FLEETWOOD HOMES OF GEORGIA, INC. AND FLEETWOOD HOMES OF FLORIDA, INC.

Please take notice that Jerry L. Saporito and Amanda W. Vonderhaar of Leake & Andersson, LLP and Craig H. Millet of Gibson, Dunn & Crutcher, LLP are entering an appearance for defendants Fleetwood Homes of Georgia, Inc. and Fleetwood Homes of Florida, Inc. in the above-numbered and entitled matter.

Respectfully submitted:

**LEAKE & ANDERSSON LLP**

*/s/ Amanda W. Vonderhaar*

JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**GIBSON, DUNN & CRUTCHER LLP**
CRAIG H. MILLET (CA Bar No. 106027)
Email:cmillet@gibsondunn.com
3161 Michelson Drive, Suite 1200
Irvine, CA  92612
Tel: (949) 451-3800
Fax: (949) 451-4220

*Counsel to Fleetwood Homes of Georgia Inc. and Fleetwood Homes of Florida, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

  */s/ Amanda W. Vonderhaar*
  _____
  **AMANDA W. VONDERHAAR**