UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL No. 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |
| This Document relates to<br>Silva v. Arch Insurance Co., et al<br>(09-8034) | : : : | |

## ENTRY OF APPEARANCE

Gary J. Russo and Megan E. Donohue from the firm Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. hereby enter their appearance as counsel for National Surety Corporation incorrectly referred to as Fireman's Fund Insurance Companies.

        Respectfully submitted:

        /S/ GARY J. RUSSO
        GARY J. RUSSO (10828)
        MEGAN E. DONOHUE  (32429)
        *Attorneys for National Surety Corporation, incorrectly referred to as Fireman's Fund Insurance Companies*
        Jones, Walker, Waechter, Poitevent,
         Carrère & Denègre, L.L.P.
        P. O. Drawer 3408
        Lafayette, LA 70502-3408
        Telephone: (337) 262-9000
        Fax: (337) 262-9001
        Email: grusso@joneswalker.com
        Email: mdonohue@joneswalker.com

{L0082281.1}

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Corporate Disclosure Statement o*f National Surety Corporation* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010

                                                /S/ Gary J. Russo  
                                                GARY J. RUSSO

{L0082281.1}