UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL No. 2047 |
| | : : | JUDGE: FALLON |
| | : : | MAG: WILKINSON |
| This Document relates to Centerline 10-178 | : : | |

**ENTRY OF APPEARANCE**

Gary J. Russo and Megan E. Donohue from the firm Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. hereby enter their appearance as counsel for Interstate Fire & Casualty Company.

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
*Attorneys for Interstate Fire & Casualty Company*
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

{L0098579.1}

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Corporate Disclosure Statement o*f Interstate Fire & Casualty Company* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010

                                      /S/ Gary J. Russo
                                      GARY J. RUSSO