## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL. NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | CASE NO. 10-362 |
| LITIGATION | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| JOYCE W. ROGERS, et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:10-CV-0362 | * | |

**************************************

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANT DISTRIBUTOR PROFILE FORM

**NOW INTO COURT,** through undersigned counsel, comes defendant, Holmes Building Materials, LLC ("Holmes"), with full reservation of all rights and defenses, and requests a thirty-day extension of time to serve its Defendant Distributor Profile Form, on the grounds that it needs more time to gather the information required for the form and to confirm the accuracy of the information. The defendant requires additional time to investigate the specific plaintiffs and the claims made by those plaintiffs against it. This extension will not prejudice any of the parties or result in a delay of this matter. Pursuant to Fed. R. Civ. P. 6, this Court maintains the authority to grant Holmes an extension to serve the Defendant Distributor Profile Form. For the foregoing reasons, Holmes requests a thirty-day (30) extension, up to and including the 12th day of July 2010, to serve its Defendant Distributor Profile Form.

**WHEREFORE,** defendant, Holmes Building Materials, LLC, respectfully requests that this Court extend its deadline to serve its Distributor Profile Form up to and including July 12, 2010.

> Respectfully submitted,
>
> LEMLE & KELLEHER, L.L.P.
>
> /s/  C. Kieffer Johnson
> Elizabeth Haecker Ryan (La. Bar No. 6404)
> C. Kieffer Johnson (La. Bar No. 31206)
> 601 Poydras Street, 21st Floor
> New Orleans, LA  70130
> Telephone:  504.584.9138
> FAX:  504.584.9142
> E-mail:  eryan@lemle.com
> E-mail:  kjohnson@lemle.com
>
> **Attorneys for Defendant,**
> **Holmes Building Materials LLC**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing pleading has been filed with the Clerk of Court by using the CM/ECF system; that the foregoing pleading will be mailed electronically by the Clerk of Court in accordance with the procedures established in MDL 2047; and that this filing has been uploaded electronically to Lexis Nexis File & Serve and served upon all parties in accordance with Pre-Trial Order No. 6, on this 10th day of June, 2010.

> /s/ C. Kieffer Johnson

738060_1.DOC

2