UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047 <br><br> SECTION L <br><br> JUDGE ELDON E. FALLON <br><br> MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 09-6687; *The Mitchell Co., Inc. v. Knauf Gips KG et al.,* Case No. 09-4115; *Steiner et al. v. Beijing New Building Material, PLC et. al.,* Case No. 09-06545; *Gross et al. v. Knauf Gips KG et al.,* Case No. 09-6690

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

The undersigned law firms of Stanley, Reuter, Ross, Thornton & Alford, LLC and Hogan Lovells US LLP, and their respective individual counsel, hereby file this Notice of Appearance as counsel on behalf of the Defendant Taishan Gypsum Co. Ltd. pursuant to Pretrial Order No. 1(f) in MDL No. 2047. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue, or jurisdiction. It is respectfully requested that all future pleadings, documents, and correspondence in connection with these actions be served upon undersigned counsel.

Respectfully submitted,

_____
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr
Eric Statman
Christina Taber-Kewene
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
E-mail: joe.cyr@hoganlovells.com
eric.statman@hoganlovells.com
christina.taber-kewene@
hoganlovells.com
matthew.galvin@hoganlovells.com

**Attorneys for Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court

2

of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

_____