UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Case No. 10-362<br>*Joyce W. Rogers, et al v. Knauf Gips KG, et al* | Judge Eldon Fallon<br>Mag. Judge Joseph Wilkinson |

******************************************************************************************

## NOTICE OF APPEARANCE

The undersigned counsel of the law firm Voorhies & Labbé hereby files this Notice of Appearance in the above-captioned matter as counsel of record for **West Construction, Inc.,** sought to be made defendant herein. It is respectfully requested that all future correspondence and pleadings be served upon the undersigned counsel.

Respectfully submitted,

By: _____/s/ Julie A. Scheib_____
Julie A Scheib, Bar No.18426
Voorhies & Labbé
P.O. Box 3527
Lafayette, LA 70502
Telephone: 337.232.9700
Fax: 337.232.4943
jas@volalaw.com

1

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

                                                        /s/ Julie A. Scheib
                                                Julie A Scheib, Bar No.18426