UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Germano v. Taishan Gypsum Co. Ltd*, Case No. 09-6687

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendant in the above-referenced action, Taishan Gypsum Co., Ltd, f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan Gypsum") hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Default Judgment against Taishan Gypsum entered on May 11, 2010, and from any and all prior orders and opinions embodied therein or upon which such Default Judgment was based, including but not limited to: (1) the Order entered on November 20, 2009 granting a preliminary default against Taishan Gypsum; and (2) the Order entered on December 21, 2009 granting the motion to intervene by William and Deborah Morgan, Preston and Rachael McKellar, Frederick and Vanessa Michaux, J. Jerry and Inez Baldwin, Joseph and Kathy Leach, Robert and Lea Orlando, and Steven and Elizabeth Heischober.

Respectfully submitted,

/s/ Richard C. Stanley

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
         tpo@stanleyreuter.com

Joe Cyr
Eric Statman
Christina Taber-Kewene
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
E-mail: joe.cyr@hoganlovells.com
         eric.statman@hoganlovells.com
         christina.taber-kewene@
          hoganlovells.com
         matthew.galvin@hoganlovells.com

**Attorneys for Taishan Gypsum Co. Ltd.**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appeal has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern

2

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

                                                                                                                           */s/*