UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:     SECTION: L

Case No. 10-362     Judge Eldon Fallon
*Joyce W. Rogers, et al v. Knauf Gips KG, et al*     Mag. Judge Joseph Wilkinson

*******************************************************************************************

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO COMPLETE BUILDER PROFILE FORM

Defendant, **West Construction, Inc.**, by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Profile Form in the above-captioned matter, and in support thereof, states as follows:

1. On or about April 29, 2010, West Construction, Inc., was served with the Amended Omnibus Class Action Complaint (IV);

2. Pursuant to Pretrial Order 1F, Defendant Profile forms are to be filed forty (40) days after service of process;

3. Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Form. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

4. West Construction, Inc. therefore requests that the deadline for its Builder Defendant Profile Form be extended until August 2, 2010;

1

5. This is the first request for an extension of time. An extension will neither prejudice any of the parties nor delay this matter;

6. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, West Construction, Inc., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Builder Profile Form through and including August 2, 2010.

Respectfully submitted,

By: _____/s/ Julie A. Scheib_____
Julie A Scheib, Bar No.18426
Voorhies & Labbé
P.O. Box 3527
Lafayette, LA  70502
Telephone: 337.232.9700
Fax: 337.232.4943
jas@volalaw.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion for Extension of Time to Complete Builder Profile form has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010.

_____/s/ Julie A. Scheib_____
Julie A Scheib, Bar No.18426