UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| Case No. 10-362<br>*Joyce W. Rogers, et al v. Knauf Gips KG, et al* | Judge Eldon Fallon<br>Mag. Judge Joseph Wilkinson |

*********************************************************************************************

## ORDER

Given the foregoing *Ex Parte* Motion for Extension of Time to Complete Builder Profile:

**IT IS HEREBY ORDERED** that Defendant, West Construction, Inc., is granted an extension of time until August 2, 2010 in which to complete and submit the appropriate Profile form.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE