UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CLEMENT/SCHEXNAYDRE* (09-7628)

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S
## PROPOSED JURY VERDICT FORM

**NOW COMES** Defendant, Knauf Plasterboard (Tianjin) Co., Ltd., who submits the following Proposed Jury Verdict Form to the Court for its consideration.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile: (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center

1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:	(305) 789-8966
Facsimile:	(305) 789-8953
Email:  donald.j.hayden@bakernet.com


DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:	(312) 861-8075
Facsimile:	(312) 698-2375
Email:  douglas.b.sanders@bakernet.com

*Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd*

## **CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all counsel for *Campbell and Clement* by email, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 10th day of June, 2010.

/s/ Kyle A. Spaulding