**JURY VERDICT FORM**
**(CLEMENT PROPERTY-METAIRIE)**

1. For the 1710 square feet on the first floor of the Clement property (612 Ridgewood, Metairie, LA) known to contain Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT") drywall, how much do you find should be awarded for remediation?

    $_____ per square foot

    Proceed to Question 2.

2. Do you find that the KPT drywall on the first floor of the Clement property was the proximate cause of damage, if any, to the second floor of the Clement property?

    YES  _____          NO _____

    If you answered "YES" to Question No. 2, please proceed to Question No. 3.

    If you answered "NO" to Question No. 2, please skip Question 3 and proceed to Question 4.

3. For the 797.32 square feet on the second floor of the Clement property, how much do you find should be awarded for remediation?

    $_____ per square foot

    Proceed to Question 4.

4.   If you find that the Clements will repair or remediate their property, do you find that the property will thereafter in the future suffer a diminution in value (stigma) as a result of KPT drywall on the first floor, if and when they sell the property?

        YES  _____        NO _____

        If you answered "NO" to Question No. 4, please sign and date the Verdict Form and return to the courtroom.

        If you answered "YES" to Question No. 4, please indicate the amount of damages due to diminution in value.

        $_____

Please sign and date this form and return to the courtroom.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JURY FOREPERSON