**<u>JURY VERDICT FORM</u>**
**(CAMPBELL PROPERTY-SLIDELL)**

1.      For the 577 square feet of the property known to contain Knauf Plasterboard (Tianjin)

Co., Ltd. ("KPT") drywall, what amount of money do you find should be awarded for remediation

to the Campbell property (1032 Clairise Court, Slidell, LA)?


        $_____ per square foot

        Proceed to Question 2.


2.      Do you find by a preponderance of the evidence that the KPT drywall known to be

located in 577 square feet of the Campbell property was the proximate cause of damage, if any,

to any portion of the other 961.84 square feet of the Campbell property?


        YES   _____                    NO _____


        If you answered "YES" to Question No. 2, please proceed to Question No. 3.

        If you answered "NO" to Question No. 2, skip Question No. 3 and proceed to
        Question No. 4.

3.      For the other 961.84 square feet of the Campbell property, how much do you find should

be awarded for remediation?


        $_____ per square foot

        Proceed to Question 4.

4.      Do you find that the plaintiff, Campbell, suffered lost rental income as a result of KPT's drywall.

            YES    _____                    NO _____

            If you answered "NO" to Question No. 4, please skip Question NO. 5, and proceed to Question 6.

            If you answered "YES" to Question No. 4, please proceed to Question No. 5.

5.      What amount of money do you find should be awarded to plaintiff, Campbell, for lost rental income?

                                                    $_____

6.      If you find that Campbell will repair or remediate his property, do you find that the property will thereafter in the future suffer a diminution in value (stigma) as a result of KPT drywall, if and when he sells the property?

            YES    _____                    NO _____

            If you answered "NO" to Question No. 6, please sign and date the Verdict Form and return to the courtroom.

            If you answered "YES" to Question No. 6, please indicate the amount of damages due to diminution in value.

                                                    $_____

        Please sign and date this form and return to the courtroom.

        New Orleans, Louisiana, this _____ day of _____, 2010.


                                    _____
                                    JURY FOREPERSON