IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: JOHN CAMPBELL v. KPT, et al., Case No. 2:09-cv-7628 (E.D. La.) and PAUL CLEMENT AND CELESTE SCHEXNAYDRE CLEMENTv. KPT, et al., Case No. 2:09-cv-7628 (E.D. La.) | * | MAG. JUDGE WILKINSON |

******************************************************************

## PLAINTIFFS' PROPOSED JURY VERDICT FORM

**MAY IT PLEASE THE COURT:**

Attached is the plaintiffs' proposed Jury Verdict Form to the Court for its consideration in this matter.

Dated: June 10, 2010                    Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Christopher Seeger
Jeffrey S. Grand
Seeger Weiss, LLP
One William Street

New York, NY 10004
212-584-0700 (phone)
212-584-0799 (fax)
cseeger@seegerweiss.com

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | James Robert Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite  650<br>Washington, DC 20006 | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201 |

| | |
|---|---|
| Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010

                  /s/ Leonard A. Davis_____
                Leonard A. Davis
                Herman, Herman, Katz & Cotlar, LLP
                820 O'Keefe Ave.
                New Orleans, LA  70113
                PH:  (504) 581-4892
                Fax:  (504) 561-6024
                ldavis@hhkc.com

                 s/Andrew A. Lemmon_____
                ANDREW A. LEMMON (#18302)
                IRMA L. NETTING (#29362)
                LEMMON LAW FIRM, L.L.C.
                P.O. Box 904
                Hahnville, LOUISIANA 70057
                (985) 783-6789 Telephone
                (985) 783-1333 Facsimile
                andrew@lemmonlawfirm.com

                *Attorneys for Petitioners Paul Clement and*

                *Celeste Schexnayder Clement*

**PLAINTIFFS' PROPOSED JURY VERDICT FORM**

1. Do you find that the Clement home was damaged as a result of the Chinese Drywall?

    Yes _____          No _____

If your answer to Number 1 is yes, please proceed to Number 2.

2. What amount do you award to Paul and Celeste Clement for the damage to their home as a result of the Chinese Drywall?

    $

3. Do you find that the Clement home is diminished in value as a result of the reputation of having Chinese Drywall in their home?

    Yes _____          No _____

If your answer to Number 3 is yes, please proceed to Number 4.

   4. What amount do you award to Paul and Celeste Clement for the reduction in value of their home caused by the reputation of having had Chinese Drywall?

        $

   5. Do you find that the Paul and Celeste Clement's personal property was damaged as a result of the Chinese Drywall?

        Yes _____          No _____

If your answer to Number 5 is yes, please proceed to Number 6.

   6. What amount do you award to Paul and Celeste Clement for the damage to their personal property?

        $

   7. Do you find that Paul and Celeste Clement will be required to move out of their home during the repairs required by Chinese Drywall?

        Yes _____          No _____

If your answer to Number 7 is yes, please proceed to Number 8.

8. What amount do you award to Paul and Celeste Clement for the moving, storage, and rental costs during the repair of their home.

    $ _____

9. Do you find that the Campbell property was damaged as a result of the Chinese Drywall?

    Yes _____        No _____

If your answer to Number 9 is yes, please proceed to Number 10.

10. What amount do you award to John Campbell for the damage to his property as a result of the Chinese Drywall?

    $ _____

11. Do you find that the Campbell property is diminished in value as a result of the reputation of having Chinese Drywall in it?

    Yes _____        No _____

If your answer to Number 11 is yes, please proceed to Number 12.

12. What amount do you award to John Campbell for the reduction in value of his property caused by the reputation of having had Chinese Drywall?

    $ _____

13. Do you find that John Campbell sustained a loss in rental income as a result of the Chinese Drywall?

    Yes _____        No _____

If your answer to Number 13 is yes, please proceed to Number 14.

14. What amount do you award to John Clement for the loss of rental income?

    $ _____

_____        _____
**FOREPERSON**                                **DATE**