IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L  JUDGE FALLON |
| THIS DOCUMENT RELATES TO: JOHN CAMPBELL v. KPT, et al., Case No. 2:09-cv-7628 (E.D. La.)  and PAUL CLEMENT AND CELESTE SCHEXNAYDRE CLEMENT v. KPT, et al., Case No. 2:09-cv-7628 (E.D. La.) | * | MAG. JUDGE WILKINSON |

*****************************************************************

## PLAINTIFFS' WITNESS LIST

Plaintiffs may call one or more of the following witnesses during the trial on the merits of this matter scheduled to commence on June 21, 2010:

1. Ronald Bailey – expert re: scope of remediation and air movement within home

2. Donald Galler – expert re: corrosion and its effect on switches, wiring, receptacles, circuit boards, electronic appliances and electric mechanical systems

3. Bradley D. Krantz - expert re: corrosion process and pitting

4. Alexis Mallet, Jr. . – expert/fact re: remediation costs and scope of repair

5. Timothy Moore – fact re: home inspector for United Fire of the Clement home

6. Ray Phillips – fact/expert re: remediation, scope, costs, real world/practical concerns and experiences

7. Dean Rutila -  expert re: construction/scope/off-gassing effects on homes and appliances

8. Lori Streit – expert re: chemical analysis of the drywall

9. Arthur Sterbcow – expert re: real estate value/stigma

10. Robert Walsh (by deposition) – NEC expert re: electrical codes and wiring methods

11. John Campbell – fact witness/plaintiff

12. Celeste Schexnayder Clement – fact witness/plaintiff

13. Paul Clement – fact witness/plaintiff

14. Brent Driskill – expert/fact witness re: home inspections of the plaintiffs'

15. Paul Hyde - fact witness

16. John Adams - fact witness

17. Chris Shuler - fact witness/contractor

18. Kenneth Day – homeowner of 2508 Creely Drive, Chalmette, LA – fact re: purchase of a "remediated" Chinese Drywall home

19. Homeowner of 3612 Veronica Drive, Chalmette, LA - fact re: purchase of a "remediated" Chinese Drywall home

20. James Silk, 1701 Colquitt Street, Houston, TX  77098 – fact re: withdrawal from sale of a Chinese Drywall home

21. Meagan Silk, 1701 Colquitt Street, Houston, TX  77098 - fact re: withdrawal from sale of a Chinese Drywall home

22. Any Other Witness Listed or Called by Any Other Party

23. Any Witness needed to authenticate or introduce any exhibit

24. Any party or subcontractor necessary to authenticate or explain estimates provided to any witness including Alexis Mallet, Jr.

25. Any witness necessary to rebut any witness of KPT

Dated: June 10, 2010  Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Christopher Seeger
Jeffrey S. Grand
Seeger Weiss, LLP
One William Street
New York, NY 10004
212-584-0700 (phone)
212-584-0799 (fax)
cseeger@seegerweiss.com

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios | Daniel E. Becnel, Jr. |
| 701 Poydras Street | 425 W. Airline Highway |
| Suite 3650 | Suite B |
| New Orleans, LA 70139 | LaPlace, LA 70068 |
| PH: (504) 524-3300 | PH: (985) 536-1186 |
| Fax: (504) 524-3313 | Fax: (985) 536-6445 |
| | |
| Victor M. Diaz | Ervin Amanda Gonzalez |
| 25 Flagler Street | 255 Aragon Avenue |

| | |
|---|---|
| 8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973<br><br>James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |

| | |
|---|---|
| Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of June, 2010

    /s/ Leonard A. Davis_____
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

s/Andrew A. Lemmon_____
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
LEMMON LAW FIRM, L.L.C.
P.O. Box 904
Hahnville, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com

*Attorneys for Petitioners Paul Clement and*

*Celeste Schexnayder Clement*