10-240/blb/tth

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Louisiana

**DAVID GROSS, et al.,**                          Civil Action No.: 09-6690

         Plaintiff,

vs.

**KNAUF GIPS, KG, et al.**

         Defendants.

_____/

## NOTICE OF APPEARANCE

COMES NOW the law firm of ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A., reserving all rights including the right to object to the jurisdiction of this Court, on behalf of Defendant, CEMEX, Inc., and hereby enters its appearance for and on behalf of said Defendant in the above-styled cause.

It is requested that all future pleadings be copied to the undersigned, Attention:

BENJAMIN L. BEDARD, ESQUIRE.

It is requested that Roberts, Reynolds, Bedard & Tuzzio, P.A. be added to the Certificate of Service list effective immediately.

                                            Respectfully submitted,

                                            **ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A.**
                                            Counsel for CEMEX, Inc.
                                            470 Columbia Drive, Bldg 101C
                                            West Palm Beach, FL 33409
                                            PHONE:     561 688-6560
                                            FAX:          561 688-2343
                                            EMAIL:      bbedard@rrbpa.com

                                            By:_____
                                               **BENJAMIN L. BEDARD**
                                               FBN: 983772

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY this 10th day of June, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/EFC. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Counsel list in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

                                          ROBERTS, REYNOLDS, BEDARD & TUZZIO, P.A.
                                          470 Columbia Drive, Bldg. C101
                                          West Palm Beach, FL 33409
                                          Phone: 561/688-6560
                                          Fax: 561/688-2343
                                          Email: bbedard@rrbpa.com
                                          Attorneys for CEMEX, Inc.

                                          BENJAMIN L. BEDARD
                                          Florida Bar No: 983772

STYLE:         Gross, et al. v. CEMEX
CASE NO.:      09-6690
OUR FILE NO.:  **10-240**

## COUNSEL LIST

RUSS M. HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
PHONE:    504/581-4892
FAX:      504/561-6024
Counsel for Plaintiffs
EMAIL:    rherman@hhkc.com
EMAIL:    ldavis@hhkc.com
Scty: Lillian:  lflemming@hhkc.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*


GEORGE DENEGRE, JR., ESQUIRE
Liskow & Lewis
One Shell Square
701 Poydras Street, Ste. 5000
New Orleans, LA 70139-5099
Co-Counsel for CEMEX, Inc.
PHONE:    504/556-4119
FAX:      504/556-4108
EMAIL:    gdenegre@liskow.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

**********************************
BENJAMIN L. BEDARD, ESQUIRE
Roberts, Reynolds, Bedard & Tuzzio, P.A.
470 Columbia Drive, Bldg. C101
West Palm Beach, FL 33409
Counsel for CEMEX, Inc.
PHONE:    561/688-6560
FAX:      561/688-2343
EMAIL:    bbedard@rrbpa.com
Scty: Tiffanie:  tharris@rrbpa.com

KERRY J. MILLER, ESQUIRE
Frilot L.L.C.
Ste. 3700
1100 Poydras Street
New Orleans, LA 70130
Counsel for
PHONE:    504/599-8194
FAX:      504/599-8145
EMAIL:    kmiller@frilot.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

PHILLIP A. WITTMAN, ESQUIRE
Stone, Pigman, Walther, Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Counsel for
PHONE:    504/581-3200
FAX:      504/581-3361
EMAIL:    pwittmann@stonepigman.com
*Served via transmission of Notices of
Electronic filing generated by CM/ECF*

JUDY Y. BARRASSO, ESQUIRE
Barrasso, Usdin Kupperman, Freeman
& Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Counsel for
PHONE:    504/589-9700
FAX:      504/589-9701
EMAIL:    jbarrasso@barrassousdin.com