UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>KENNETH and BARBARA WILTZ, individually, and on behalf of all others similarly situated, et.al.,<br><br>           Plaintiff,<br>v.<br><br>BEJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et.al.,<br><br>           Defendants.<br><br>CASE NO. 10-00361 Section L Mag 2 | CIVIL ACTION NO:  09-MDL-2047<br><br>SECTION L - JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE

The law firm of Coleman, Hazzard & Taylor, P.A., 2640 Golden Gate Parkway, Suite 304, Naples, Florida  34105-3220, hereby gives notice of its appearance in the above-styled cause as counsel on behalf of Defendant, A.R.B.C. Corporation and requests that all documents filed in this cause from this date forward be served on J. Michael Coleman, Esquire, of Coleman, Hazzard & Taylor, P.A., at the address previously given.

## **CERTIFICATE OF SERVICE**

   ***I HEREBY CERTIFY***, that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>10th</u> day of June, 2010.

                COLEMAN, HAZZARD & TAYLOR, P.A.

      By:   /s/J. Michael Coleman
                J. Michael Coleman, Esq.
                Florida Bar No. 606681
                mcoleman@chtlegal.com
                Tamara C. Jordan
                Florida Bar No. 69270
                tjordan@chtlegal.com
                Attorneys for Defendant ARBC Corporation
                2640 Golden Gate Parkway
                Suite 304
                Naples, FL 34105
                (239) 298-5200
                (239) 298-5236 telefax

M:\ARBC\Krause\Word File\Pleadings\notice.appearance.doc

**SERVICE LIST**

Russ M. Herman, Esq. - drywall@hhk.com
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
*Plaintiffs' Liaison Counsel MDL 2047*

**Plaintiffs' Steering Committee**

| | |
|---|---|
| Arnold Levin, Esq. | Hugh P. Lambert, Esq. |
| Fred S. Longer, Esq. | Lambert and Nelson |
| Levin, Fishbein, Sedran & Berman | 701 Magazine Street |
| 510 Walnut Street, Suite 500 | New Orleans, LA  70130 |
| Philadelphia, PA  19106 | |
| *Plaintiffs' Lead Counsel MDL 2047* | |
| | |
| Dawn M. Barrios, Esq. | Bruce William Steckler, Esq. |
| Barrios, Kingsdorf & Casteix, LLP | Baron & Budd, P.C. |
| 701 Poydras Street, Ste. 3650 | 3102 Oak Lawn Avenue, Ste. 1100 |
| New Orleans, LA 70139 | Dallas, TX  75219 |
| | |
| Daniel E. Becnel, Jr., Esq. | Gerald E. Meunier, Esq. |
| Becnel Law Firm, LLC | Gainsburgh, Benjamin, David, et. al. |
| P.O. Drawer H | 2800 Energy Centre, 1100 Poydras St. |
| 106 W. Seventh Street | New Orleans, LA  70163-2800 |
| Reserve, LA  70084 | |
| | |
| Victor Manuel Diaz, Esq. | Jerrold Seith Parker, Esq. |
| Podhurst Orseck, P.A. | Parker, Waichmann, Alonso, LLP |
| 25 Flagler Street, 8th Floor | 27399 Riverview Center Blvd. |
| Miami, FL  33130 | Bonita Springs, FL  34134 |
| Ervin A. Gonzalez, Esq. | James Robert Reeves, Esq. |
| Colson, Hicks, Eidson, Colson, et.al. | Lumpkin & Reeves |
| 255 Aragon Avenue, 2nd Floor | 160 Main Street |
| Coral Gables, FL  33134 | Biloxi, MS  39530 |
| | |
| Ben W. Gordan, Jr., Esq. | Christopher Seeger, Esq. |
| Levin, Papantonio, Thomas, Mitchel, et.al. | Seeger Weiss, LLP |
| 316 S. Baylen Street, Suite 600 | One William Street |
| Pensacola, FL  32502 | New York, NY  10004 |

Scott Wm. Weinstein, Esq.

Morgan & Morgan
12800 University Drive, Ste. 600
Ft. Myers, FL  33907

## Of Counsel to Plaintiffs' Steering Committee

Richard S. Lewis, Esq.
Hausfeld LLP
1700 K Street, N.W., Suite 650
Washington, DC  20006

Daniel K. Bryson, Esq.
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC  27612

Jeremy W. Alters, Esq.
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL  33137

Richard Serpe, Esq.
Law offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk VA  23510-2322