

CDW-0119-0001



Exhibit P1.1891



CDW-0119-0002

Exhibit P1.1891



CDW-0119-0003

Exhibit P1.1891