**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

**ORDER**

Considering the foregoing:

IT IS HEREBY ORDERED that Plaintiffs' Steering Committee's Motion for Leave to Substitute Photographs in Place of Physical Exhibit from the Germano Default hearing labeled P1.1891 (a four gang switch box) is GRANTED.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United Sates District Court Judge