## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to <u>Rogers et al, v. Knaupf Gips KG, et al</u>; Case No. 2:10-CV-0362) | MAG. JUDGE WILKINSON |

## DEFENDANT HOVNANIAN DEVELOPMENTS OF FLORIDA, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Defendant Hovnanian Developments of Florida, Inc., a Florida corporation ("Hovnanian Developments"), pursuant to Rule 12(b)(2) of the Federal Rules of Civil Procedure, hereby files its Motion to Dismiss For Lack of Personal Jurisdiction. As more specifically and fully set forth in the accompanying Memorandum of Law in support of this Motion, Hovnanian Developments is not within the personal jurisdiction of this Court.[1]

WHEREFORE, Defendant Hovnanian Developments respectfully requests that this Court issue an Order dismissing the claims against Hovnanian Developments for lack of personal jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

---

[1] Hovnanian Developments brings the instant Motion to Dismiss for Lack of Personal Jurisdiction, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses.

Dated: June 11, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant Hovnanian Developments
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580   Fax: (305)374-7593

BY:     /s/ *Melissa Pallett-Vasquez*
          ROBERT W. TURKEN, ESQ.
          Florida Bar No. 306355
          rturken@bilzin.com
          ADAM F. HAIMO, ESQ.
          Florida Bar No. 502731
          ahaimo@bilzin.com
          MELISSA PALLETT-VASQUEZ, ESQ.
          Florida Bar No.  715816
          mpallett@bilzin.com

### CERTIFICATE OF SERVICE

I hereby certify that this Motion to Dismiss For Lack of Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of June, 2010.

By: /s/ *Melissa Pallett-Vasquez*
    Melissa Pallett-Vasquez

MIAMI 2176431.1 7860333069