IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED　　　　　　　MDL NO.: 2047

DRYWALL PRODUCTS LIABILITY
LITIGATION　　　　　　　　　　　　　　　　　SECTION: L MAG 2

　　　　　　　　　　　　　　　　　　　　　　　JUDGE FALLON

(This Document Relates to Rogers, et.al. v.
Knauf Gips KG, et al; Case No. 2:10-CV-362)　　MAG. JUDGE WILKINSON

_____/

### AFFIDAVIT OF PETER S. REINHART IN SUPPORT OF DEFENDANT HOVNANIAN DEVELOPMENTS OF FLORIDA, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Peter S. Reinhart**, who, being duly sworn, says:

1. My name is Peter S. Reinhart. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the Senior Vice President of Hovnanian Developments of Florida, Inc. ("Hovnanian Developments"), and submit this Affidavit in support of Defendant Hovnanian Developments' Motion to Dismiss for Lack of Personal Jurisdiction.

3. Hovnanian Developments is a corporation organized and existing under the laws of Florida with its principal place of business in New Jersey.

4. Hovnanian Developments has never purchased or sold real property in Louisiana, has never built a residence in Louisiana, and has never entered into any contracts or subcontracts with any company located or based in Louisiana.

5. Hovnanian Developments has never been licensed or registered to do business in Louisiana.

6. Hovnanian Developments has never had any offices or employees in Louisiana.

7. Hovnanian Developments has never had an agent for service of process in Louisiana.



EXHIBIT A

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to Case No. 2:10-CV-362)

8. Hovnanian Developments has never had any bank accounts in Louisiana or owned any property in Louisiana.

9. Hovnanian Developments has never solicited business in Louisiana, has never transacted business in Louisiana, and has never contracted to supply services or things in Louisiana.

10. Hovnanian Developments has never purposely directed any marketing activities toward Louisiana residents.

11. Hovnanian Developments has never maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

12. The one Plaintiff named in the Complaint in this action who allegedly owns a home built by Hovnanian Developments does not reside in Louisiana, and Hovnanian Developments did not negotiate or perform any contract with any of the Plaintiffs in Louisiana.

13. In light of having no connections with Louisiana, Hovnanian Developments never anticipated that it would be haled into Court in Louisiana.

_____
Peter S. Reinhart
Senior Vice President
Hovnanian Developments of Florida, Inc.

STATE OF New Jersey        )
                           )SS:
COUNTY OF Monmouth         )

The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of New Jersey, this 10th day of June, 2010, by Peter S. Reinhart, who X is personally known to me or __ has produced a _____ driver's license as identification.

_____
Shauna Ehlers
Printed Name:
Notary Public, State of
My Commission Expires:

(NOTARIAL STAMP)

Shauna Ehlers
Notary Public
New Jersey
My Commission Expires 7-28-2014

2