MINUTE ENTRY
FALLON, J.
JUNE 10, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL   :   MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION   :   SECTION: L
       :
       :   JUDGE FALLON
       :   MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO ALL CASES**

      A telephone status conference was held on this date in the Chambers of Judge Eldon E. Fallon. Chris Seeger and Russ Herman participated on behalf of the Plaintiffs. Peter Sperling and Doug Sanders participated on behalf of the Defendants. Counsel contacted the Court to resolve two objections during the deposition of Dr. Lee Perricone. The first objection was Dr. Perricone's objection to testifying about his company's connection to another case involving defective Chinese products on the basis that Dr. Perricone was unsure of whether there was a confidentiality order issued in that case and his company's exact role in the case. The Court heard from the parties on the objection. The Court directed Dr. Perricone to answer questions about the other case, but required that this portion of the deposition remain sealed until the Court orders otherwise.

      The second objection involved whether Dr. Perricone was required to answer questions involving his meeting on Knauf Plasterboard Tianjin's behalf with the Consumer Products Safety Commission (CPSC) to discuss Chinese drywall. Mr. Sanders vigorously objected to

JS10(00:20)

these questions on behalf of the CPSC because it did not have a representative at the deposition. The Court considered the arguments raised by counsel, and overruled Mr. Sanders' objection and directed Dr. Perricone to answer the questions.