UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*CLEMENT (09-7628)*

### KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S WITNESS LIST

**NOW COMES** Defendant, Knauf Plasterboard (Tianjin) Co., Ltd., through undersigned counsel, who file their list of witnesses who may be called to testify at the trial of this matter, in accordance with the Court's May 17, 2010 Case Management Order, as follows:

1. Dr. Matthew Perricone, Ph.D.
2. Dr. Craig L. Beyler, Ph.D.
3. Dr. Robert W. Sproles, Ph.D.
4. Dr. Jerry L. Householder, Ph.D.
5. Bruce Fuselier
6. Mark Hartenstein
7. Richard J. Roddewig, MAI, CRE
8. Peter M. McEnery, MAI
9. Chris Shuler

10. Dr. Joseph R. Serio

11. Ray Phillips

12. Brent J. Driskill, CMC, CMRS

13. Paul Hyde

14. Tim Moore

15. Wayne Catalano

16. Fritz Gurtler

17. Michael Gurtler

18. Any witness listed by any other party.

19. Further expert witnesses in connection with the plaintiffs' claims.

20. Any other persons identified throughout continuing discovery.

Knauf Plasterboard (Tianjin) Co., Ltd. reserves the right to supplement and amend this list as discovery continues.

Respectfully submitted,

BY: /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

2

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:	(305) 789-8966
Facsimile:	(305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:	(312) 861-8075
Facsimile:	(312) 698-2375
Email:  douglas.b.sanders@bakernet.com

*Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd*

**CERTIFICATE**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all counsel for *Clement*, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 11th day of June, 2010.

/s/ Kyle A. Spaulding