UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO** *Germano, et al. v. Taishan Gypsum Co. Ltd., et al.*, **Case No. 09-6687**

### ORDER

The Court previously entered a Default Judgment in the above captioned matter. Rec. Doc. No. 3010. The Default Judgment granted attorneys' fees and court costs to Intervening Plaintiffs counsel, but provided that the amount of the fees and costs would be determined at a subsequent date. *Id*. The Intervening Plaintiffs were directed to file a fee petition and supporting memorandum by May 24, 2010, *id*., and thereafter a Petition for Fees and Costs was filed with the Court. Rec. Doc. No. 3248. Then, on June 10, 2010, the Defendant filed a Notice of Appeal, appealing the Default Judgment. Rec. Doc. No. 3670.

The Notice of Appeal does not divest the Court of jurisdiction to make a determination on attorneys' fees and court costs. *See Bank of Louisiana v. Sungard Availability Servs., L.P.,* 2010 WL 1189496, at *1 (5th Cir. Mar. 29, 2010); *Kira, Inc. v. All Star Maint., Inc.,* 294 Fed. App'x 139, at **2 (5th Cir. 2008); *Proctor & Gamble Co. v. Amway Corp.*, 280 F.3d 519, 524-25 (5th Cir. 2002). The Court has reviewed the briefing and now invites the Defendant to file a response. Accordingly, IT IS ORDERED that the Defendant submit briefing in response to the Plaintiff Intervenors' Petition for Fees and Costs within ten (10) days of entry of this Order.

Thereafter, the Court will issue a decision on attorneys' fees and court costs.

New Orleans, Louisiana, this 11th day of June 2010.

_____
UNITED STATES DISTRICT JUDGE