## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

This document relates to:                                         MDL Case No. 2:09-md-2047

SEAN AND BETH PAYTON, et al.
v.
KNAUF GIPS, DG, et al.

Case No. 2:09-cv-7628
_____/

### NOTICE OF CHANGE OF FIRM NAME AND E-MAIL ADDRESS

Defendant, MEDALLION HOMES GULF COAST, INC., gives notice that the firm of Levin Tannenbaum has been renamed Tannenbaum Scro. Please forward pleadings to the undersigned at Tannenbaum Scro. The firm's mailing address and phone numbers remain unchanged. Alan Tannenbaum and Shane S. Smith can be reached by e-mail at:

atannenbaum@tannenbaumscro.com
ssmith@tannenbaumscro.com

Respectfully submitted:

By:   /s/ Shane S. Smith
**Shane S. Smith, Esq.**

**TANNENBAUM SCRO**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone:   (941) 308-3157
Facsimile:   (941) 316-0301
Attorneys for Defendant Medallion Homes
Gulf Coast, Inc.

7013.16026.00212066.WPD V.1

**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@tannenbaumscro.com*
**Shane S. Smith, Esq.**
Florida Bar No. 053130
*ssmith@tannenbaumscro.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Change of Firm Name and E-mail Address has been served on Plaintiffs' Liasion Counsel, Russ Herman, and Defendants' Liasion Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of June, 2010.

**TANNENBAUM SCRO**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone:   (941) 308-3157
Facsimile:   (941) 316-0301
Attorneys for Medallion Homes

/s/ Alan E. Tannenbaum
**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@tannenbaumscro.com*

/s/ Shane S. Smith
**Shane S. Smith, Esq.**
Florida Bar No. 053130
*ssmith@tannenbaumscro.com*

7013.16026.00212066.WPD V.1