UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Sean and Beth Payton, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-7628 | * | |

**********************************

### TRAVIS AND RACHAEL KLEMANN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT MAJESTIC HOMES, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Travis and Rachael Klemann, hereby dismiss without prejudice all of their claims against Defendant, Majestic Homes, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Travis and Rachael Klemann shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Christopher L. Coffin, counsel for Travis and Rachael Klemann,

dated June 11, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                Respectfully Submitted,

                /s/ Leonard A. Davis
                RUSS M. HERMAN, ESQ. (#6819)
                LEONARD A. DAVIS, ESQ. (#14190)
                STEPHEN J. HERMAN, ESQ. (#23129)
                Herman, Herman, Katz & Cotlar, LLP
                820 O'Keefe Avenue
                New Orleans, LA 70113
                Tel: 504/581/4892
                Fax: 504/561/6024
                LDavis@hhkc.com
                *Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ____ day of June, 2010.

                /s/ Leonard A. Davis

# EXHIBIT "A"

# PENDLEY, BAUDIN & COFFIN, L.L.P.

**PBC**
— ATTORNEYS AT LAW —

Patrick W. Pendley
Stan P. Baudin
Christopher L. Coffin*†

Pamela Pendley Baudin
Nicholas R. Rockforte
*Also admitted in Georgia
†Registered nurse

Of Counsel:
Allen M. Edwards

June 11, 2010

**Via Facsimile 504/561/6024 and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

    In Re: Chinese Manufactured Drywall Products Liability Litigation
           Sean and Beth Payton, et al. v. KNAUF, et al.
           Case No.: 09-7628

Dear Lenny and Russ:

    My clients, Travis and Rachael Klemann, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Majestic Homes, Inc., in the above referenced matter, reserving the rights and claims against any and all other defendants therein.

                              Very truly yours,

                              Christopher L. Coffin

CLC/rd