UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 SECTION L |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, et al vs. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et al., Case No. 2:10-cv-00362 | * * * * * * * * * | MAG. JUDGE WILKINSON |

## DEFENDANT, PRINCETON HOMES, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Defendant, Princeton Homes, Inc., submits its corporate disclosure statement, confirming that it has no parent corporation and confirming that no publicly held corporation owns 10% or more of its stock.

Date: June 11, 2010

PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
505 South Flagler Drive, Suite 600
West Palm Beach, FL 33401
(561) 655-2250 Telephone
(561) 655-5537 Facsimile
e-mail: lmrachek@pm-law.com
Counsel for Defendant Princeton Homes

By:  *s/L. Louis Mrachek*
L. Louis Mrachek
Florida Bar No. 182880

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 11, 2010, the above and foregoing Rule 7.1 Disclosure Statement has been served upon all parties by electronically uploading the same to *LexisNexis File and Serve*, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                               */s/ L. Louis Mrachek*
                                               L. Louis Mrachek