UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**STATEMENT IN COMPLIANCE WITH**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1, CORPORATE DISCLOSURE**

**NOW INTO COURT,** through undersigned counsel, comes defendant, Quanta Indemnity Company, and, for purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectively, submits the following:

Defendant, Quanta Indemnity Company, is a wholly owned subsidiary of Quanta U.S. Holdings, Inc. No publicly held company owns ten percent or more of the stock of Quanta Indemnity Company.

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)

{N2165695.1}

JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing [name of pleading] has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of June 2010.

/s/ *Madeleine Fischer*
MADELEINE FISCHER

{N2165695.1}