IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL Docket No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Campbell-Clement/Schexnaydre v. Knauf Plasterboard (Tianjin) Co., Ltd, et al*   Case No. 09-7628

**KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S
MOTION TO STRIKE AND/OR LIMIT THE
EXPERT OPINION TESTIMONY OF PLAINTIFF'S EXPERT, DEAN RUTILA**

**NOW INTO COURT**, through undersigned counsel comes defendant, Knauf Plasterboard Tianjin Company, Limited, who respectfully moves this Honorable Court to exclude the expert report and testimony of Dean Rutila for the reasons more fully provided in the accompanying memorandum in support.

Respectfully submitted,

BY: _s/Kerry J. Miller_____
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L. L. C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:      (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:      (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Counsel for Defendant, Knauf Plasterboard
(Tianjin) Co., Ltd

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, by email, and to all parties in the *Campbell and Clement* proceeding by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana under seal, on this 12th day of June, 2010.

                                                    ____s/Kerry J. Miller_____