APPENDIX 6

CDW-276-0064



**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| | | SHEET NO. | 1 |
| | | PROJECT NO. | 090858.07 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample JC-03 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/23/2010                                   Photo

*Sample Examination and Testing*



Initial Observations
    Date  26 Apr 10
      By  DMMauro
    Photos
    Notes  AC copper refrigerant suction line.

Disassembly
    Date  7-May-10
      By  EADeMaio
    Photos
    Notes  Refrigerant pipe sectioned.



Laboratory Observations
    Date  11-May-10
      By  LMWitmer
    Photos
    Notes  Segments polished and examined in cross section.

Laboratory Testing
    Date  11-May-10
      By  LMWitmer
    Photos
    Notes  Sulfur corrosion products confirmed on sample surface using
          SEM/EDS.

Laboratory Testing
    Date  11-May-10
      By  DMMauro
    Photos
    Notes  Corrosion pit detected in brazed elbow region by SEM.

CDW-276-0065



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**          6 through 12 May 2010

**LABORATORY REPORT**

**BY**            Lisa M. Witmer, Eric A. DeMaio and Simon C. Bellemare

**PROJECT**       090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**       Laboratory Examination and Analysis for Corrosion

**SAMPLES**       JC-03

**PROCEDURES**

Sample JC-03 is an AC copper refrigerant suction line.  We sectioned the line for examination.
We mounted and polished two pipe segments in cross section for optical microscopy and
examined two other segments and the elbow for corrosion deposits using a Scanning Electron
Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the surface of the AC copper refrigerant suction line
using SEM/EDS (Chart 1, Table 1 and Photos JC-03-1 through JC-03-7).  The corrosion
products and corrosion pits we measured in cross section were up to approximately
100 microns in size (Photos JC-03-3 and JC-03-4).  The EDS results indicate that the braze
material is made of a copper rich alloy with a small amount of silver.  We found a deep pit on the
surface of the brazed area on the elbow section of the suction line (Photos JC-03-6
and JC-03-7).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on surface
of the copper refrigerant suction line (see Photo JC-03-5 for location).**



**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009

**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

**Table 1: Elemental data quantification from EDS scan performed at 20kV on surface of the copper refrigerant suction line and brazed area at the elbow (see Photos JC-03-5 and JC-03-6 for locations).**

| Element | Sample Surface | Braze Alloy |
|---|---|---|
| | Wt% | Wt% |
| Carbon | 13.0 | 12.05 |
| Oxygen | 9.1 | 11.93 |
| Sulfur | 15.7 | 0.29 |
| Iron | 5.6 | --- |
| Copper | 56.5 | 71.01 |
| Manganese | --- | 0.8 |
| Aluminum | --- | 0.23 |
| Silicon | --- | 0.67 |
| Phosphorous | --- | 0.79 |
| Chlorine | --- | 0.81 |
| Silver | --- | 1.17 |
| Calcium | --- | 0.25 |

I:\BOS\Projects\2009\090858.07-SL\DWP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-03.090858.07.esb.doc



**Photo JC-03-1**

General overview of Sample JC-03, an AC copper refrigerant suction line.



**Photo JC-03-2**

Pipe sample after cutting. Red arrows indicate polished sections. Blue arrows indicate sections examined by SEM.



Copper Pipe

**Photo JC-03-3**

Cross section of copper pipe showing large corrosion pits up to approximately 100 microns deep.

CDW-276-0068



**Photo JC-03-4**

Cross section of copper pipe showing large corrosion pit up to approximately 60 microns deep.



**Photo JC-03-5**

Surface of the sample showing corrosion build-up. Cross hairs indicate the location of the EDS analysis shown in Chart 1 and Table 1.

(Because of beam dispersion, chemistry reading included material from features surrounding the feature identified).



**Photo JC-03-6**

Large corrosion pit in brazed area of elbow section shown by red arrow. EDS analysis adjacent to the pit indicates a copper rich braze alloy with a small amount of silver (Chemistry scan included in Table 1).

CDW-276-0069



**Photo JC-03-7**

Large corrosion pit in brazed area of elbow section. Pit wall surface is visible through the opening.

SGH Project 090858.07 / May 2010

CDW-276-0070

APPENDIX 7

CDW-276-0071



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**    10 through 11 May 2010

## LABORATORY REPORT

**BY**    Daniela M. Mauro

**PROJECT**    090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**    Laboratory Examination and Analysis for Corrosion

**SAMPLE**    JC-06

## PROCEDURES

Sample JC-06 is an outlet box, ground fault circuit interrupter (GFCI), and attached Romex cables.  We examined the white wire from Romex Cable 1, a resistor lead, a wire binding screw terminal, and an upper contact from the GFCI, with a Scanning Electron Microscope (SEM).

## RESULTS

We detected sulfur corrosion product along the white wire from Romex Cable 1, resistor lead, wire binding screw terminal, and upper contact, using SEM/EDS (Charts 1 through 4, Tables 1 through 4, and Photos JC-06-1 through JC-06-15).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on the white wire from Romex Cable 1 (see Photo JC-06-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on the white wire from Romex Cable 1 (see Photo JC-06-4 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 35.93 | 65.13 |
| OK | 05.44 | 07.41 |
| SK | 21.91 | 14.88 |
| CuK | 36.71 | 12.58 |

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000   fax 781.907.9009
**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-276-0072

**Chart 2: Graphical output of element data from EDS scan performed at 20kV on the wire binding screw terminal (see Photo JC-06-6 for location).**



**Table 2: Elemental data quantification from EDS scan performed at 20kV on the wire binding screw terminal (see Photo JC-06-7 for location).**

| Element | Wt% | At% |
|---|---|---|
| CK | 22.99 | 47.18 |
| OK | 13.64 | 21.02 |
| SK | 19.17 | 14.74 |
| CuK | 35.63 | 13.82 |
| ZnK | 08.57 | 03.23 |

Laboratory Report – Project 090858.07          - 3 -          10 through 11 May 2010

**Chart 3: Graphical output of element data from EDS scan performed at 20kV on the upper contact of GFCI (see Photo JC-06-9 for location).**



**Table 3: Elemental data quantification from EDS scan performed at 20kV on the upper contact of GFCI (see Photo JC-06-10 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| SK | 14.39 | 36.12 |
| AgL | 85.61 | 63.88 |

**Chart 4: Graphical output of element data from EDS scan performed at 20kV on the resistor lead (see Photo JC-06-12 for location).**



**Table 4: Elemental data quantification from EDS scan performed at 20kV on the resistor lead (see Photo JC-06-13 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| OK | 30.04 | 56.04 |
| SK | 24.06 | 22.40 |
| CuK | 45.90 | 21.56 |

I:\BOS\Projects\2009\090858.07-SLID\WP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-06.090858.07.esb.doc



**Photo JC-06-1**

Overview of GFCI and outlet box.  Red arrows points to Romex Cable 1.



**Photo JC-06-2**

Close-up of white wire from Romex Cable 1 after removal. Red arrow point to location of SEM/EDS examination.



**Photo JC-06-3**

Microscope image at 6X of white wire from Romex Cable 1.  Red arrow points to location of SEM/EDS analysis.

SGH Project 090858.07 / May 2010

CDW-276-0075



**Photo JC-06-4**

Location of spot analysis (red crosshair) on white wire from Romex Cable 1.  SEM image at 5000X magnification.



**Photo JC-06-5**

Close-up of wire binding screw terminal.  Red arrow points to location of SEM/EDS examination.



**Photo JC-06-6**

Microscope image at 6X of piece of wire binding screw terminal.  Red arrow shows location of SEM/EDS analysis.

CDW-276-0076



**Photo JC-06-7**

Location of spot analysis (red crosshair) on wire binding screw terminal. SEM image at 3500X magnification.



**Photo JC-06-8**

Overview of disassembled GFCI. Red arrow points to location of SEM/EDS analysis.



**Photo JC-06-9**

Microscope image at 8X of upper contact of the GFCI. Red arrow shows location of SEM/EDS analysis.

SGH Project 090858.07 / May 2010

CDW-276-0077



**Photo JC-06-10**

Location of spot analysis (red crosshair) on upper contact. SEM image at 4500X magnification.



**Photo JC-06-11**

Close-up of disassembled GFCI. Blue arrow points to location of resistor and red arrow points to location of SEM/EDS examination.



**Photo JC-06-12**

Microscope image at 12X of resistor lead. Red arrow points to location of SEM/EDS examination.

CDW-276-0078



**Photo JC-06-13**

Location of spot analysis (red
crosshair) on resistor lead.
SEM image at 2000X
magnification.

SGH Project 090858.07 / May 2010

CDW-276-0079

APPENDIX 8

CDW-276-0080

**SIMPSON GUMPERTZ & HEGER**

| | |
|---|---|
| SHEET NO. | 1 |
| PROJECT NO. | 090858.07 |
| DATE | 5/12/2010 |
| BY | DMM |
| CHECKED BY | DAR |

CLIENT   Plaintiff Steering Committee
SUBJECT   Sample JC-13

Date Taken   4/23/2010                                              Photo

### Sample Examination and Testing

**Initial Observations**
Date 26 Apr 10
By DMMauro
Photos
Notes Insulated wire from hanging light.



**Disassembly**
Date 10-May-10
By JATilley
Photos
Notes Insulation cut and peeled back, individual strands of wire removed
from insulating sleeve for examination.

**Laboratory Observations**
Date 10-May-10
By DMMauro
Photos
Notes Apparent black corrosion material on wire strands.



**Laboratory Testing**
Date 11-May-10
By DMMauro
Photos
Notes Sulfur corrosion deposits confirmed on wire strands using
SEM/EDS.

SGH Project 090858.07

CDW-276-0081



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        10 through 11 May 2010

**LABORATORY REPORT**

**BY**          Daniela M. Mauro

**PROJECT**     090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**     Laboratory Examination and Analysis for Corrosion

**SAMPLE**      JC-13

**PROCEDURES**

Sample JC-13 is clear insulated two-wire cable that was attached to a hanging light in the kitchen. We removed and then examined individual strands of wire from the cable with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the individual strand of wire from the insulated two-wire cable, using SEM/EDS (Chart 1, Table 1, and Photos JC-13-1 through JC-13-4).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on individual strand of wire (see Photo JC-13-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on the on individual strand of wire (see Photo JC-13-4 for location).**

| Element | Wt% | At% |
|---------|------|------|
| C K | 41.78 | 68.84 |
| O K | 10.38 | 12.84 |
| S K | 11.17 | 06.89 |
| Cu K | 36.68 | 11.42 |

I:\BOS\Projects\2009\090858.07-SLID\WP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-13.090858.07.esb.doc

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009

**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-276-0082



**Photo JC-13-1**

Overview of insulated two-wire cable.



**Photo JC-13-2**

Close-up of insulated two-wire cable.  Red arrow points to location of individual strand removed.



**Photo JC-13-3**

Microscope image at 6X of individual wire strand.  Red arrow points to location of SEM/EDS examination.

SGH Project 090858.07 / May 2010

CDW-276-0083



**Photo JC-13-4**

Location of spot analysis (red crosshair) on individual wire strand. SEM image at 1000X magnification.

SGH Project 090858.07 / May 2010

CDW-276-0084

APPENDIX 9

CDW-276-0085

SIMPSON GUMPERTZ & HEGER 

| | | |
|---|---|---|
| SHEET NO. | 1 | |
| PROJECT NO. | 090858.07 | |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample JC-14 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/23/2010                                          Photo

*Sample Examination and Testing*

**Initial Observations**
    Date 26 Apr 10
    By DMMauro
    Photos
    Notes Light switch and wires.



**Disassembly**
    Date 10-May-10
    By DPClark
    Photos
    Notes The light switch was disassembled. The red wire and screw
            terminal with attached contact were removed for examination.

**Laboratory Observations**
    Date 10-May-10
    By DMMauro
    Photos
    Notes Apparent black corrosion on contact attached to red wire screw
            terminal.



**Laboratory Testing**
    Date 11-May-10
    By DMMauro
    Photos
    Notes Sulfur corrosion deposits confirmed on contact attached to red wire
            screw terminal.

SGH Project 090858.07

CDW-276-0086



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**      10 through 11 May 2010

**LABORATORY REPORT**

**BY**      Daniela M. Mauro

**PROJECT**      090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**      Laboratory Examination and Analysis for Corrosion

**SAMPLE**      JC-14

**PROCEDURES**

Sample JC-14 is a three-way switch with ground, red, black, and white wires attached.  We disassembled the receptacle, and removed the wire binding screw terminal attached to the red wire and examined the contact pad with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the contact pad of the wire binding screw terminal, using SEM/EDS (Chart 1, Table 1, and Photos JC-14-1 through JC-14-4).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on individual strand of wire (see Photo JC-14-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on the on individual strand of wire (see Photo JC-14-4 for location).**

| Element | Wt% | At% |
|---|---|---|
| CK | 36.55 | 71.38 |
| OK | 08.42 | 12.35 |
| SK | 08.37 | 06.13 |
| AgL | 46.65 | 10.15 |

I:\BOS\Projects\2009\090858.07-SLID\WP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-14.090858.07.esb.doc

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000   fax 781.907.9009

**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-276-0087



**Photo JC-14-1**

Overview of disassembled switch. Red arrow points to location of wire bearing screw terminal attached to red wire.



**Photo JC-14-2**

Close-up of contact pad on wire bearing screw terminal attached to red wire. Red arrow points to location of microscopy imaging.

SGH Project 090858.07/ May 2010

CDW-276-0088



**Photo JC-14-3**

Microscope image at 12X of wire bearing screw terminal. Red arrow shows location of SEM/EDS analysis.



**Photo JC-14-4**

Location of spot analysis (red crosshair) on contact pad of wire bearing screw terminal. SEM image at 3300X magnification.

SGH Project 090858.07/ May 2010

APPENDIX 10

CDW-276-0090

**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| | | SHEET NO. | 1 |
| | | PROJECT NO. | 090858.07 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample JC-32 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken   4/23/2010                                                        Photo

*Sample Examination and Testing*

**Initial Observations**
    Date 26 Apr 10
      By DMMauro
    Photos
      Notes Duplex receptacle, box, and Romex cable.

**Disassembly**
    Date 10-May-10
      By DPCLark
    Photos
      Notes Receptacle disassembled. Ground wire removed from Romex
             Cable 2 for analysis.

**Laboratory Observations**
    Date 10-May-10
      By DMMauro
    Photos
      Notes Apparent black corrosion on ground wire.

**Laboratory Testing**
    Date 11-May-10
      By DMMauro
    Photos
      Notes Sulfur corrosion deposits confirmed on ground wire.



SGH Project 090858.07



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**       10 through 11 May 2010

**LABORATORY REPORT**

**BY**         Daniela M. Mauro

**PROJECT**    090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**    Laboratory Examination and Analysis for Corrosion

**SAMPLE**     JC-32

**PROCEDURES**

Sample JC-32 is a duplex receptacle with a white, black, and ground wire attached.  We disassembled the receptacle and removed the wires.  We examined the ground wire with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the ground wire using SEM/EDS (Chart 1, Table 1, and Photos JC-32-1 through JC-32-4).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on individual strand of wire (see Photo JC-32-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on the on individual strand of wire (see Photo JC-32-4 for location).**

| Element | Wt% | At% |
|---------|------|------|
| CK | 38.74 | 66.75 |
| OK | 10.32 | 13.35 |
| SK | 10.36 | 06.69 |
| CuK | 40.58 | 13.22 |

I:\BOS\Projects\2009\090858.07-SLID\WP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-32.090858.07.esb.doc

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000   fax 781.907.9009

Boston
Los Angeles
New York
San Francisco
Washington, DC

www.sgh.com

CDW-276-0092



**Photo JC-32-1**

Overview of duplex receptacle.



**Photo JC-32-2**

Close-up of ground wire from Romex Cable 2.  Red arrow points to location of SEM/EDS examination.



**Photo JC-32-3**

Microscope image at 6X of ground wire from Romex Cable 2.  Red arrow points to location of SEM/EDS analysis.

SGH Project 090858.07 / May 2010



**Photo JC-32-4**

Location of spot analysis (red crosshair) on ground wire of Romex Cable 2.  SEM image at 4500X magnification.

SGH Project 090858.07 / May 2010

CDW-276-0094

APPENDIX 11

CDW-276-0095

**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| | | SHEET NO. | 1 |
| | | PROJECT NO. | 090858.07 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample JC-Control-01 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken     4/23/2010                                                     Photo

*Sample Examination and Testing*



| |
|---|
| *Initial Observations* |
|      Date 26 Apr 10 |
|      By DMMauro |
|      Photos |
|      Notes Kitchen sink faucet and copper pipe. |

| |
|---|
| *Disassembly* |
|      Date 7-May-10 |
|      By EADeMaio |
|      Photos |
|      Notes Faucet and valve removed, pipes and brazed joint sectioned. |



| |
|---|
| *Laboratory Observations* |
|      Date 11-May-10 |
|      By LMWitmer |
|      Photos |
|      Notes Segment polished and examined in cross section. |

| |
|---|
| *Laboratory Testing* |
|      Date 11-May-10 |
|      By LMWitmer |
|      Photos |
|      Notes Sulfur corrosion products confirmed on sample surface using |
|                  SEM/EDS. |

| |
|---|
| *Laboratory Testing* |
|      Date 11-May-10 |
|      By DMMauro |
|      Photos |
|      Notes Corrosion pit detected in brazed joint region by SEM. |

SGH Project 090858.07

CDW-276-0096



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        6 through 12 May 2010

**LABORATORY REPORT**

**BY**          Lisa M. Witmer, Eric A. DeMaio and Simon C. Bellemare

**PROJECT**     090858.07 –   Residential Drywall Investigation, Campbell Home, Slidell, LA

**SUBJECT**     Laboratory Examination and Analysis for Corrosion

**SAMPLES**     JC-Control-01

**PROCEDURES**

Sample JC-Control-01 is a kitchen sink faucet and copper pipe.  We disassembled the sample and sectioned the faucet and copper pipe for examination.  We mounted and polished one pipe segment in cross section for optical microscopy and examined another segment and the joint assembly for corrosion deposits using a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion products on the surface of the cold water copper pipe using SEM/EDS (Chart 1, Table 1 and Photos JC-Control-01-1 through JC-Control-01-6).   The corrosion products we measured in cross section were up to approximately 10 microns in size (Photo JC-Control-01-3).  The EDS results of the brazed area on the joint assembly indicate that the braze material is a copper rich alloy with multiple alloying elements including tin and zinc. We found pits on the brazed joint and on the pipes, but these pits were smaller than those we reported for Sample JC-03 for instance.

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on surface of cold water pipe (see Photo JC-Control-01-3 for location).**



SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-276-0097

Laboratory Report — Project 090858.07          - 2 -          6 through 12 May 2010

**Table 1: Elemental data quantification from EDS scan performed at 20kV on surface of cold water pipe and brazed area at joint assembly (see Photos JC-Control-01-3 and JC-Control-01-5 for locations).**

| Element | Sample Surface Wt% | Braze Alloy Wt% |
|---|---|---|
| Carbon | 28.5 | 17.7 |
| Oxygen | 20.2 | 24.9 |
| Silicon | 1.9 | 0.9 |
| Sulfur | 1.2 | 0.5 |
| Chlorine | 2.6 | 0.2 |
| Copper | 45.6 | 47.6 |
| Manganese | --- | 1.3 |
| Phosphorous | --- | 2.8 |
| Tin | --- | 1.6 |
| Calcium | --- | 0.8 |
| Zinc | --- | 1.8 |

I:\BOS\Projects\2009\090858.07-SLID\WP\008DARutila-R.090858.07.Appendices\008DARutila-LR.JC-Control-01.090858.07.esb.doc

CDW-276-0098



**Photo JC-Control-01-1**

General overview of Sample JC-Control-01, a kitchen sink faucet and copper pipe.



**Photo JC-Control-1-2**

Sample sectioned for examination.  Red arrow indicates polished section (middle).  Blue arrows indicate sections examined by SEM (left and right).



**Photo JC-Control-01-3**

SEM image of sample surface.  Cross hairs indicate the location of the EDS analysis shown in Chart 1 and Table 1.

SGH Project 090858.07 / May 2010

CDW-276-0099



**Photo JC-Control-01-4**

Cross section of copper pipe showing corrosion products near the center and a pit on the surface approximately 3 microns deep on the right hand side.



**JC-Control-01-5**

Pit in brazed area of joint assembly shown by red arrow.  EDS analysis adjacent to the pit indicates a copper rich braze alloy with a small amount of tin and zinc (Chemistry scan included in Table 1).



**JC-Control-01-6**

Large corrosion pit in brazed area of joint assembly.  Pit wall surface is visible through the opening.

SGH Project 090858.07 / May 2010

CDW-276-0100