# Investigation of Alleged Damage Due to Drywall, Clement Home, Metairie, LA

Plaintiff Steering
Committee
MDL 2047
14 May 2010

SGH Project 090858.06



SIMPSON GUMPERTZ & HEGER

Engineering of Structures
and Building Enclosures

CDW-277-0001



EXHIBIT
B-1

**PREPARED FOR:**

Plaintiff Steering Committee
Daniel Bryson, Esq
Lewis & Roberts PLLC
3700 Glenwood Avenue
Suite 410
Raleigh, NC 27612

**PREPARED BY:**

Dean A. Rutila, P.E.

Simpson Gumpertz & Heger Inc.
41 Seyon Street
Building 1, Suite 500
Waltham, MA 02453
Tel:    781.907.9000
Fax:    781.907.9009

Design, Investigate,
and Rehabilitate

Boston
Los Angeles
New York
San Francisco
Washington, DC

www.sgh.com



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

14 May 2010

Plaintiff Steering Committee
Daniel Bryson, Esq.
Lewis & Roberts PLLC
3700 Glenwood Avenue
Suite 410
Raleigh, NC 27612

Project 090858.06 – Investigation of Alleged Damage Due to Drywall, Paul Clement and Mary
Schexnaydre Home, Metairie, LA

Dear Mr. Bryson:

Enclosed is our report that provides a summary of our investigation into the drywall
manufactured in China used in the Clement home.  It contains a summary of our scope, our
methodology and materials reviewed, and our conclusions and repair recommendations.  We
include our observations at the home, our laboratory observations and test results for electrical,
HVAC, plumbing, and other building components and property.

Sincerely yours,

Dean A. Rutila, P.E.
Senior Principal
I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-L.090858.06.esb.doc

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

# Table of **Contents**

**Letter of Transmittal**

| CONTENTS | | Page |
|---|---|---|
| 1. | QUALIFICATIONS | 1 |
| 2. | SCOPE OF WORK | 1 |
| 3. | EXECUTIVE SUMMARY | 2 |
| 4. | METHODOLOGY AND MATERIALS REVIEWED | 3 |
| | 4.1    Documents Reviewed | 3 |
| | 4.2    Observations of the Home and Sample Collection | 4 |
| | 4.3    Sample Testing | 6 |
| 5. | REPAIR REQUIREMENTS | 7 |

**CONCLUSIONS**

**ILLUSTRATIONS**

Photos 1 through 9
Clement Photos 1-6

APPENDIX
APPENDIX 1 – Qualifications
APPENDIX 2 – Document List
APPENDIX 3 – SGH Sample Log
APPENDIX 4 – SGH Photo Log
APPENDIX 5 – PMC-10 Laboratory Report
APPENDIX 6 – PMC-15 Laboratory Report
APPENDIX 7 – PMC-18 Laboratory Report
APPENDIX 8 – PMC-20 Laboratory Report
APPENDIX 9 – PMC-25 Laboratory Report
APPENDIX 10 – PMC-28 Laboratory Report
APPENDIX 11 – PMC-29 Laboratory Report
APPENDIX 12 – PMC-32 Laboratory Report
APPENDIX 13 – PMC-33 Laboratory Report

CDW-277-0004

## 1.    QUALIFICATIONS

**Dean A. Rutila, P.E.**

I, Dean A. Rutila, Senior Principal with Simpson Gumpertz & Heger Inc. (SGH), have a B.S. and M.S. in Civil Engineering from the University of Michigan (1979). I have over 30 yrs experience in the design and construction of buildings including wood framed homes, and in the investigation and repair of deteriorated buildings with complex causes and multiple system failures. These failures include moisture and chemical related corrosion of iron and copper components, contaminated gypsum wallboard, soil and airborne chemical contaminants. Examples include copper roofing deterioration due to nearby combustion of high sulfur fuel, and phenolic acid induced corrosion of steel, corrosion of galvanized and resin-coated structural connectors and copper electrical components (routine requirement at leaking buildings), removal and replacement of gypsum wallboard with fungal contamination (e.g. Polk County Courthouse), and contaminated soil (liquid and gas) deterioration of membranes and building materials (common consideration for below-grade waterproofing and moisture vapor resisting systems). My experience includes organizing and directing multi-disciplinary teams of SGH staff scientists and engineers, and other consultants to investigate complex building failures, design repairs, and evaluate repair options for cost effective solutions.

We attach curricula vitae for Rutila in Appendix 1.

## 2.    SCOPE OF WORK

Simpson Gumpertz & Heger Inc. (SGH) was retained by the Plaintiffs' Steering Committee (PSC) of MDL 2047 to investigate the Paul Clement and Mary Schexnaydre home (Clement home) in Metairie, Louisiana as well as other homes in the MDL 2047 lawsuit, and to provide expert opinions on the following topics:

1.    Analyze Knauf drywall manufactured in China and used in the home.

2.    Evaluate damage to building components in the homes and determine if the damage was caused by Knauf drywall.

3.    Evaluate the need for repairs as a result of damage caused by Knauf drywall in the homes.

4.    Determine the necessary scope of repairs to the homes based on the damage caused by Knauf drywall, and based on practical and cost effective options.

- 1 -

The SGH scope of work does not include evaluating potential health risks associated with Knauf drywall.

## 3.   EXECUTIVE SUMMARY

SGH was retained to investigate the Clement home thought to have problems caused by drywall manufactured in China by Knauf and other homes in the MDL 2047 lawsuit.  We reviewed numerous documents about possible problems associated with "Chinese drywall", including documents prepared by the Consumer Products Safety Commission, the Environmental Protection Agency, Sandia National Laboratory, and many others.   We also reviewed documents prepared by other consultants related to the MDL 2047 lawsuit (Appendix 2).  We made observations at the Clement home as well as numerous other homes in Virginia, Florida, and Louisiana that contain drywall manufactured in China; made observations in three Virginia and two Louisiana control homes (homes believed not to contain drywall manufactured in China); reviewed observations by others; collected samples; examined samples we collected and samples collected by others; performed laboratory tests and directed the work of subcontractors; and visited homes renovated and being renovated by contractors to remediate problems caused by drywall manufactured in China.   The SGH team involved in this investigation is identified in our 30 December 2009 *Germano* case and additional reports; additionally, SGH staff members Lisa Witmer, Jason Tilley, and Daniela Mauro assisted in our work.

To a reasonable degree of scientific and engineering certainty within our field of expertise we conclude the following:

- The Clement home contains Knauf gypsum wallboard (drywall) manufactured in China. This drywall is significantly different from domestically manufactured drywall and creates sulfur off-gases that cause corrosion and a strong noxious odor.  It is more probable than not that the gypsum wallboard is the source of the damage and there is no plausible alternative source of corrosive sulfur gases in this home.

- The Clement home was damaged in numerous locations by the sulfur off-gases from the Knauf drywall.   The sulfur off-gases caused corrosion to numerous building components within the homes, including but not limited to electrical components such as receptacles (outlets) and switches, and other copper components such as evaporator coils in HVAC units.

- The Clement home must have significant repairs to corrosion-damaged components to prevent further damage from sulfur compounds that remain within the home.

- 2 -

CDW-277-0006

- The current corrosion (and future corrosion absent remediation) creates an increased risk of fire or electrical shock within the home.  The use of electrical cables not "listed" for use in a corrosive environment (i.e., Type NM-B and older NM cables) as required by the building code compromises the wiring.  There is a risk of future corrosion even if the drywall is removed.  The consequences of these risks make it necessary to replace electrical wiring and devices in the homes.

- The repairs to the Clement home should include stripping the interior components of the home to the studs and reconstructing the home with new drywall and building components.   This includes proper removal and disposal of all Knauf drywall, all domestically manufactured drywall, plywood interior sheathing likely structural shear walls, all electrical components, copper plumbing, and all HVAC components.

- Based on our work on other MDL 2047 homes and our experience, there is no significant damage to wood product framing (sawn lumber studs, joists and truss elements, plywood and OSB sheathing, etc.), steel framing and connectors (studs, nails, plate connectors), concrete and concrete masonry pier foundations, or windows and doors (aluminum-framed and wood-framed windows and doors, and glass, aluminum and steel doors).   These elements should be thoroughly cleaned and allowed to off-gas before reconstruction.  As a result of the lack of damage to these elements, the homes are repairable.

- Personal possessions (e.g., jewelry and silverware) and sorbent materials should be cleaned where cleaning fully restores the possessions; otherwise, they should be replaced.

- Appliances and electronics with contact switches and/or printed circuit boards, such as televisions and computers should be replaced.  Plug-in devices, such as lamps, should be replaced unless proven safe.

## 4.     METHODOLOGY AND MATERIALS REVIEWED

Our investigation consisted of review of documents, observations of the home, and laboratory observations and testing by SGH staff and by other consultants as further described, in part, below:

### 4.1     Documents Reviewed

- Florida Division of Environmental Health, Case Definition (12-18-09) for Drywall Associated Corrosion in Residences, and the U.S Consumer Products Safety Commission and the Department of Housing and Urban Development, Interim Guidance – Identification of Homes with Corrosion from Problem Drywall, 28 January 2010.

- All documents previously produced by Plaintiffs to Defendants in this case, and all documents identified in the SGH reports in the *Germano* case, *Hernandez* case, and *Harrell case* (Appendix 2)

- 3 -

- Reports and data of the testing of components by Bradley D. Krantz, Donald Galler, P.E., Dr. Lori Streit, Dr. John Scully, and by Simpson Gumpertz & Heger in the *Germano* case, the *Hernandez* case, and *Harrell case*.

- Photographs taken by Paul Clement in 2005 after the Hurricane Katrina (Clement Photo 1) and during the 2006 reconstruction of the home to remediate damage from Hurricane Katrina (Clement Photos 2 through 6).

- All available consultant reports disclosed in the *Germano, Hernandez, and Harrell* cases.

- Report by Donald Galler, P.E. dated 13 May 2010.  Galler identifies corrosion and corrosion products on light switches and wiring (PMC-02, first floor; and PMC-20, second floor), a smoke detector (PMC-06, first floor), an HVAC thermostat and wiring (PMC-11, first floor) and two attic HVAC circuit boards (PMC-19 and 26).

- Report by Bradley D. Krantz (Corrosion Testing Laboratories, Inc.), 12 May 2010. Krantz examined seven samples including electrical wire, copper plumbing and refrigerant lines, and low-voltage wire.

## 4.2      Observations of the Home and Sample Collection

**General**

Rutila visited the Clement home (Photo 1) at 612 Ridgewood Street, Metairie, Louisiana on 22 April 2010 with Andrew Jeffery of SGH to observe conditions and direct the collection of samples.  A list of samples and a floor plan showing the location of samples is provided in Appendix 3.  A list of photos taken during our site visit is provided in Appendix 4.

Paul Clement reports that the home was constructed about 1948 and significantly renovated and modified about 1994/1995 with and addition that includes some or all of the living room, family room, and master bedroom.  The home was damaged during Hurricane Katrina in 2005 and substantially repaired, including the removal of gypsum wallboard (drywall) on the first floor. Mr. Clement showed us photographs of flooding (Clement Photo 1) related to Hurricane Katrina (approximately 3 to 4 ft above the first floor elevation) and the subsequent repair as it was then in progress on 18 May 2006 (Clement Photos 2 through 6). Repairs included removal and replacement of first floor damage included all drywall to an elevation of 8 ft about the finished first floor, ceiling, floor finishes, electrical wiring, insulation, doors, trim boards, and kitchen cabinets and appliances.  It appears that some copper pipes were not replaced during these repairs.  Fiberglass insulation is placed in the first-floor ceiling in some locations.

The Clement home is a one and one-half story structure supported on masonry piers with crawl space below the first floor.  The steep sloped roof at the front of the house reduces the area of

- 4 -

the second floor compared to the first floor, with second-floor closets under the front roof.  A front porch extends the width of the home and is covered by a sloped roof.  The building is clad with vinyl siding except the front facade and front dormers have stucco or a stucco-like cladding. The home has approximately 2,700 sq ft.

The first floor has a bedroom, 1-1/2 baths, laundry room, office, kitchen, dining room, and family room.  The dining room two story "cathedral ceiling" is open to a second floor balcony.  The second floor also has two bedrooms, a master bath, and closets including those under the front sloping roof. (See floor plans in Appendix 3).

Two air handling units (AHU) located in the attic provide heated and cooled air distributed through flexible ducts and supply registers in the ceiling of each floor.  AHU #1 provides conditioned air to the first floor with return air drawn though a return register located in the east wall of the family room.  AHU #2 provides conditioned air to the second floor and draws air through a return register in the east wall of the master bedroom.  Copper refrigerant line sets from both AHUs run to the east floor of the attic, vertically though an unfinished closet and first floor partition wall between the Bedroom #3 and a bathroom; there is a third, apparently abandoned line set in the closet as well.  The line sets run horizontally under the home in the crawl space from the east end to compressors located outside near the southwest house corner.

The attic air handling units and the attic tankless water heater have natural gas heating elements (there are two "abandoned" hot water heater tanks in the attic as well).  The gas pipes are steel and some of the pipes appear older than the 1995 or 2006 renovations/repairs.  The kitchen range also uses natural gas as do gas lamps in the front porch.

The potable water supply pipes are copper.  Waste pipes are plastic.

The home is constructed with sawn lumber framing.  The front wall of the home has 2x4 studs with batt insulation and exterior plywood sheathing.  The south exterior wall has 2x4 studs and batt insulation with kraft paper facing.  The west wall has plywood sheathing behind the drywall on the interior.  We also observed plywood on an interior wall (Photo 2) behind the drywall. Fiberglass insulation is placed between the ceiling framing for the second floor and is visible within the attic.

- 5 -

Interior walls and ceilings are finished with painted drywall.  Drywall on the first floor has printed marking "TIAN..N CHINA" (Clement Photo 3). The first floor has hardwood flooring and tile in the bathrooms.  The second floor has hardwood flooring in the hall and master bedroom, ceramic tile in the master bathroom, and carpet in Bedroom #2 and in the under-the-roof closet. The first floor is supported by wood joists.  The ceilings are covered with gypsum wallboard (drywall) and there is fiberglass batt ceiling insulation between the attic framing members.  The attic has apparent venting devices (e.g. gable).

Electrical wiring (110V and 220V) is copper; the 110V wiring is Type NM-B and NM cable.

**Observations of Damage**

Rutila observed an odor similar to a wet match upon entering the home.  After a few minutes in the home, Rutila observed irritation to his tongue that persisted until after he left the home.

We observed corrosion damage to many components within the home including the following:

- Copper wire connected to electrical receptacles and switches are black with apparent corrosion where the copper is exposed at most of the first floor devices (e.g., ground, hot, and neutral connections Photo 3).  Second-floor devices have exposed copper that is not black but that has some darkening and some black spots that differs from the first floor copper.

- Copper tubing connected to the dishwasher in the kitchen, clothes washing machine (Photo 4) and first-floor half bathroom have black deposits from apparent corrosion. The first-floor full bath and the second-floor master bathrooms have copper tubing that has some darkening that differs from the kitchen and half bath.  Copper tube in both AHUs and both line sets are black from apparent corrosion (Photos 5 and 6).

- Other electrical components, including the copper wire for a hanging lamp and copper wire at the first-floor thermostat have black deposits of apparent corrosion.

- Guitars strings (Photo 7) on the second-floor balcony (Mr. Clement reports that the antique guitars have been in the home about one year), piano "strings" in the family room, the latch set for a door in the  master bedroom (Photo 8) and a child's keepsake set in Bedroom #2 have apparent black corrosion deposits(Photo 9).

**4.3   Sample Testing**

Dean Rutila and Andrew Jeffrey identified samples for removal and collection by LaGrange Consulting, Inc., including electrical, copper pipe, gypsum wallboard, and personal item samples from the Clement home.  These samples were then sent to SGH (received on 27 April 2010).

- 6 -

CDW-277-0010

We collected and examined thirty-four samples.  We sent samples to Donald Galler, P.E., Bradley D. Krantz (Corrosion Testing Laboratories, Inc.), and Lori Streit, Ph.D. (Unified Engineering) for laboratory observations and testing necessary to identify corrosion damage and the causes of corrosion.  We also made laboratory observations and performed testing of samples in our laboratory.   Reports by Galler and Krantz are listed above.   Laboratory observations and test results completed to date by SGH are provided in Appendices 5 through 13.   Our laboratory observations and testing demonstrate corrosion of copper and silver components, including electrical wire, copper pipes for plumbing and HVAC equipment, printed circuit boards, and household items as a result of sulfur gases from the Knauf drywall.

## 5.    REPAIR REQUIREMENTS

The Clement home has several features that affect repair decisions:

- The home was constructed about 1948 and was significantly modified about 1994/1995 with the addition that includes of some or all of the living room, family room, and master bedroom.

- The home was damaged during Hurricane Katrina in 2005 and substantially repaired, including the removal of gypsum wallboard (drywall) on the first floor and some but not all of the plumbing and electrical system (pre-1994 electrical wiring remains in the home as shown by apparent Type NM cable without ground conductors).

- The home has plywood sheathing on the interior of some interior and exterior walls (Clement Photos 3 and 5, and Photo 2).  This interior application of plywood is likely a code-required upgrade after the 2005 hurricane.

- Repairs require removal of Chinese manufactured drywall to and damaged electrical, plumbing, and HVAC components, and cleaning to remove demolition dust.  This repair work requires the following:

- Removal of all Chinese manufactured drywall and all domestically manufactured drywall.

    It is impractical to replace electrical wire, copper plumbing, gas lines, and HVAC and ducts without significantly removing the second-floor drywall.

    It is impractical to keep the second-floor ceiling drywall even if the repair contractor can remove and replace electrical, plumbing and HVAC ducts, air handlers and line sets with the drywall present, because the contractor must remove the attic insulation and adequately clean the demolition dust from within the attic with a HEPA vacuum.   The narrow work locations near eaves in the attic make cleaning with the second-floor ceiling still in place impractical.

    A contractor attempting to perform the work while leaving domestically manufactured drywall in place must, in addition to removing damaged components and cleaning

- 7 -

CDW-277-0011

demolition dust, be able to identify any Chinese manufactured drywall in the house that remains. Such identification is possible, but impractical and not cost effective (refer to SGH report on the John Campbell owned home).

- All electrical wiring and devices, and copper pipes examined in the laboratory, from both first and second floors, and the attic of the home show corrosion from the sulfur gases. The corrosion on some wiring and devices and copper pipe is less severe in that it lacks the continuous black deposits found in some homes with Chinese drywall but the corrosion is significant and requires replacement of wiring, devices, and plumbing.

- The repairs to the Clement home should include stripping the interior components from the homes to the studs and reconstructing the homes with new drywall and building components. This includes proper removal and disposal of all Knauf drywall, all domestically manufactured drywall, plywood interior sheathing (likely structural shear walls), all electrical components, and all HVAC components.

- Based on our work on other MDL 2047 homes and our experience, there is no significant damage to wood product framing (sawn lumber studs, joists and truss elements, plywood and OSB sheathing, etc.), steel framing and connectors (studs, nails, plate connectors), concrete and concrete masonry foundations, or windows and doors (aluminum-framed and wood-framed windows and doors, and glass, aluminum and steel doors). These elements should be thoroughly cleaned and allowed to off-gas before reconstruction. As a result of the lack of damage to these elements, the homes are repairable.

- Personal possessions (e.g., jewelry and silverware) and sorbent materials should be cleaned where cleaning fully restores the possessions; otherwise, they should be replaced.

- Appliances and electronics with contact switches and/or printed circuit boards, such as televisions and computers should be replaced. Plug-in devices, such as lamps, should be replaced unless proven safe.

We reserve the opportunity to review further evidence provided by any party or other entity to supplement opinions herein.

Respectfully Submitted,

*[signature]*

Dean A. Rutila, P.E.
Louisiana License No. 35296

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R.090858.06.esb.doc

CDW-277-0012



**Photo 1**

Clement home, 612 Ridgewood Street, Metairie, Louisiana.



**Photo 2**

Plywood behind gypsum wall board in east partition wall of master bedroom.

SGH Project 090858.06 / May 2010

CDW-277-0013



**Photo 3**

Electrical receptacle first floor half bathroom with black apparent corrosion on the exposed copper ground conductor.



**Photo 4**

Black apparent corrosion on copper plumbing in east wall of first-floor family room (Copper pipe sample PMC-25).

CDW-277-0014



**Photo 5**

Apparent corrosion on first floor AHU coils in attic.



**Photo 6**

Black apparent corrosion on copper first-floor AHU refrigerant liquid line in attic

(Samples PMC-16 and PMC 17)

SGH Project 090858.06 / May 2010



**Photo 7**

Apparent corrosion on antique guitar strings of located on the second-floor balcony.



**Photo 8**

Black apparent on balcony door latch set in second-floor master bedroom.

CDW-277-0016



**Photo 9**

Apparent corrosion on
exterior surfaces of child's
keepsake in second-floor
bedroom (yellow arrow).
Interior surfaces are a shiny
silver color (red arrow).



**Clement Photo 1**

Clement House,
612 Ridgewood
Street, Metairie,
Louisiana.
After Hurricane
Katrina in 2005.

Photo courtesy of
Mr. Paul Clement,
(undated).



**Clement Photo 2**

Marking on back of drywall
"TIAN..N CHINA" (Circles
added by SGH).

Photo courtesy of Mr. Paul
Clement, dated 18 May
2006.

SGH Project 090858.06 / May 2010



**Clement Photo 3**

West wall of dining room during post Katrina renovation. Plywood is installed interior of the studs.

Photo courtesy of Mr. Paul Clement, dated 18 May 2006.



**Clement Photo 4**

North wall of 1/2 bathroom on first floor during post Katrina renovation.  Yellow and blue Knauf board joint tape on installed GWB.

Photo courtesy of Mr. Paul Clement, dated 18 May 2006.

CDW-277-0019



**Clement Photo 5**

West wall and ceiling in Family room during post Katrina renovation.

Photo courtesy of Mr. Paul Clement, dated 18 May 2006.



**Clement Photo 6**

East wall at front entrance during post Katrina flood renovation.

Photo courtesy of Mr. Paul Clement, dated 18 May 2006.

APPENDIX 1

CDW-277-0021



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

# Dean A. Rutila, P.E.

Senior Principal
781-907-9243
darutila@sgh.com

### Registrations
**Engineer**
Alabama (P.E)
Connecticut (P.E.)
Florida (P.E.)
Georgia (P.E.)
Illinois (P.E.)
Louisiana (P.E., Civil)
Maine (P.E.)
Massachusetts (P.E., Structural)
Michigan (P.E.)
Mississippi (P.E.)
New Hampshire (P.E.)
New Jersey (P.E.)
New York (P.E.)
North Carolina (P.E.)
Ohio (P.E.)
Pennsylvania (P.E.)
Rhode Island (P.E., Civil)
South Carolina (P.E.)
South Dakota (P.E., Civil)
Vermont (P.E., Structural)
Virginia (P.E.)
West Virginia (P.E.)
Wisconsin (P.E.)

**Other Registrations**
NCEES

### Education
University of Michigan, Ann Arbor, MI
  M.S. in Civil Engineering, 1979
  B.S. in Civil Engineering, 1978

Dean Rutila joined SGH in 1987 and has extensive experience in the design and investigation of building envelope systems. He has led major design projects involving roofing and waterproofing for buildings of all types. Prior to joining SGH, Mr. Rutila practiced structural engineering for over eight years and worked with general contractors.

### Experience
- Giffels Associates, Southfield, MI:  May 1979 to Feb 1987
- Spalding Dedecker Associates, Rochester Hills, MI,  May 1978 to Sept 1978

### Investigation
*Structural*
- Patrick Henry Middle School, Woodhaven, MI (masonry distress from interaction with the structural frame)
- Dilboy Field Stadium, Somerville, MA (movement of precast concrete structural elements)
- Newton Falls Wine Company, Newton, MA (plaster ceiling collapse)
- Grove City College, Memorial Dormitory, Grove City, PA (survey of structural framing)
- University of Alabama, Indoor Practice Facility, Tuscaloosa, AL (roof deck and purlin failure)
- Tyson's Corner Center Shopping Mall, McLean, VA (collapse of precast concrete T-beams during construction)
- Tyson's Corner Center Shopping Mall, McLean, VA (partial collapse of cantilevered walkway during construction)
- Church Street Fire Station, Newton, MA (evaluation of existing bar joists for added roof loads)
- Hooks Drugs Warehouse, Pawtucket, RI (condition survey of mill buildings built between 1910 and 1930)

*Curtain Wall / Window / Cladding*
- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA (thermal and moisture analysis to address humidity issues; restoration of bronze windows and interior storm windows to address condensation; roofing rehabilitation)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA (new cladding, double curtain walls, steel-framed additions, new entrance lobbies, and canopies and construction administration)
- Brown University, John Carter Brown Library, Providence, RI (limestone and granite cracking)
- First Union Financial Center, Miami, FL (granite strength and weathering)
- Southwinds at Sandestin, Destin, FL (stucco and window leakage)
- Children's Hospital of Philadelphia, Philadelphia, PA (aluminum and glass curtain wall leakage)
- Omni New Haven Hotel, New Haven, CT (aluminum and glass curtain wall anchorage and leakage)
- Post Village Apartments, Tampa, FL (siding deterioration)

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009

**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

- St. Andrews at Westwood, Orlando, FL (garden style apartment siding and balcony deterioration, and window leakage)
- Franklin County Courthouse, Columbus, OH (precast concrete and metal window frame leakage on twenty-seven-story tower)
- Lenox Marriott, Atlanta, GA (granite veneer anchorage and window leakage)
- Champion International Building, Hamilton, OH (thin marble and granite cladding failure)
- West Avenue Office Building, Norwalk, CT (masonry leakage)
- Best Western Hotel, Lead, SD (stucco cladding and roofing leakage and condensation)
- Imperial Polk County Justice Complex, Bartow, FL (masonry cracking and attachment)
- Harvard University, Mather House, Cambridge, MA (roofing reconstruction and precast concrete wall panel waterproofing)
- Three Washington Circle Condominiums, Washington, DC (masonry leakage, deterioration, attachment, and flashing)
- Apple Hill Office Building, Tewksbury, MA (masonry leakage and relieving angles)
- University of Massachusetts, Fine Arts Center, Amherst, MA (window and skylight leakage)
- University of Alabama, Football Building, Tuscaloosa (glass curtain wall leakage)
- Atlantic Palace Condominium, Atlantic City, NJ (precast concrete wall panel and window leakage)
- Northern Canal Apartments, Lowell, MA (condensation and wall leakage)

*Plaza Waterproofing*
- New Cominsky Park, Chicago, IL (concourse and seating area leakage)
- Hawthorne Place, Boston, MA (garage deck leakage)
- Salem Hospital, Salem, MA (tunnel and storage tank).
- The Office Center at Short Hills, Millburn, NJ (plaza leakage, evaluation of structural deterioration)
- Cabot Estate Condominium, Boston, MA (patio deck leakage)
- Copley Square Park, Boston, MA (fountain leakage)
- Hampton Place Condominium, Newton, MA (plaza leakage)
- Atlantic Palace Condominium, Atlantic City, NJ (plaza leakage)

*Roofing*
- Harvard University, Leverett Dining Hall, Cambridge, MA (built-up-roofing leakage)
- Southwinds at Sandestin, Destin, FL (metal-roofing leakage and framing corrosion)
- Royal Foods Distribution Center, North East, MD (condensation and insulation instability)
- Hadley Center, Lead, SD (pool condensation and envelope leakage)
- Fuller Pond Condominiums, Middleton, MA (asphalt shingle splitting)
- Roberts School, Cambridge, MA (failure of liquid-applied deck coating)
- Hewlett-Packard Office Building, Billerica, MA (built-up roofing damaged by building creep)
- The Meadows Condominiums, Sarasota, FL (sliding of tile roofing)
- Imperial Polk County Justice Complex, Bartow, FL (tile roofing leakage)
- Junior High School and High School Buildings, Maynard, MA (built-up-roofing leakage)
- Regional Transit Garage, Ottawa, Ontario (built-up-roofing attachment and leakage)
- 25 Braggs Lane, Barnstable, MA – (accident evaluation, shingle roofing)

- George Robert White Health Fund Center, Hyde Park, MA -- (precast, reinforced concrete tiles deterioration)
- 40-42 Mt. Vernon Street, Boston, MA (slate roofing condition assessment)
- CED Construction, FL, GA, SC, and MI (shingle and tile roofing leakage)
- Brier Creek Country Club, Raleigh, NC (shingle roofing leakage)
- Edgewood Retirement Community, North Andover, MA (shingle and membrane roofing leakage)
- Solstice Townhouses, Stratton Mountain, VT (shingle roofing and siding leakage)
- C & D Farms Horse Barn, Cornwall, CT (slate shingle leakage and condensation)
- Welsch Residence, North Andover, MA (metal roofing leakage and condensation)
- NAVCC, Library of Congress, Culpeper, VA (cold process built-up roofing/waterproofing)
- Hangar 19, Andrews Air Force Base, MD (white EPDM, urethane foam adhesive wind failure)
- Water Filtration Facility, Rutland, VT (adhered IRMA roofing leakage)
- Airside 4, Orlando International Airport, Orlando, FL (modified bitumen built-up roofing hurricane loss)
- Symphony Hall, Boston, MA, (copper and built-up roofing)
- Marriott Custom House, Boston, MA (granite roofing evaluation)
- Hartford Convention Center, Hartford, CT (adhered PVC roofing wind failure)
- Glenn Residence, Winter Haven, FL (tile roofing)
- Santa Rosa County Jail, Milton, FL (adhered EPDM roofing hurricane loss)

**Design**
*Design and Project Administration*
- First Church of Christ, Scientist, Mary Baker Eddy Library, Boston, MA (exterior restoration design consulting)
- University of Massachusetts Medical Center, Campus Modernization Project, Worcester, MA (new cladding, double curtain walls, steel-framed additions, new entrance lobbies, and canopies and construction administration)
- Sterling Memorial Law School, Yale University, New Haven, CT (slate roofing, steel-framed windows, leaded glass, and brick, granite, and limestone masonry reconstruction)
- Sterling Memorial Library, Yale University, New Haven, CT (book stack environmental modifications, envelope restoration, window replacement, and main reading roof, masonry and leaded glass window reconstruction)
- Harbor Apartments at Lake Howell, Orlando, FL (siding, stucco, and balcony repairs)
- St. Andrews at Westwood, Orlando, FL (siding replacement, and balcony, roofing, and window repairs)
- Pentagon Basement and River Terrace Reconstruction, Washington, DC (basement slab and terrace waterproofing),
- Mission Park, Boston, MA (plaza-waterproofing reconstruction and foundation repair)
- Imperial Polk County Justice Complex, Bartow, FL (roofing and curtain wall replacement, and structural repairs)
- Cabarrus Plant Expansion, Philip Morris Company, Concord, NC (courtyard waterproofing)
- Central Library Addition, Cornell University, Ithaca, NY (below-grade waterproofing)
- Mullins Memorial Center, University of Massachusetts, Amherst, MA (sports center courtyard waterproofing)
- Cabot Estate Condominium, Boston, MA (patio waterproofing, shingle roofing, and

CDW-277-0024

wood siding)

- 285 Beacon Street Condominiums, Boston, MA (solaria, roofing, and waterproofing replacement)
- Lakeville State Hospital, Lakeville, MA (EPDM roofing)
- Leverett Dining Hall, Harvard University, Cambridge, MA (terrace waterproofing and built-up roofing)
- Mather House Master's House, Harvard University, Cambridge, MA (built-up roofing, IRMA neoprene roofing, windows, skylights, and new structural roof framing)
- Mather House Commons, Harvard University, Cambridge, MA (IRMA neoprene roofing and replacement windows)
- Honeywell Bull, Building One, Billerica, MA (built-up roofing)
- Fogg Art Museum, Harvard University, Cambridge, MA (PVC roofing, skylights, and doors)
- Mather House Dormitory, Harvard University, Cambridge, MA (built-up roofing)
- Mather House Tower, Harvard University, Cambridge, MA (wall panel perimeter sealant)
- 157 Pleasant Street, Cambridge, MA (shingle and EPDM roofing, cement board siding, and below-grade waterproofing design and construction phase consulting).
- Butler Library, Columbia University, New York, NY (built-up roofing investigation, reconstruction)
- Stowe Mountain Lodge Resort, Stowe, VT (shingle and PVC roofing)

**Professional Activities**
- American Concrete Institute: Member
- American Society of Civil Engineers: Member

**Presentations**
- Structural Issues Related to Curtain Walls, Perkins + Will Building Science Forum, Boston, MA, April 28, 2009
- Plaza & Below Grade Waterproofing, Daniel O'Connell's Construction Education Program, Springfield, MA, April 13, 2009
- Rutila, D.A., "Facade Cladding Failures and Remedial Solutions", ICRI – Metro New York Chapter Technical Meeting, New York, NY, 22 January 2009
- Rutila, D.A., "SGH Green:  How Engineers and Architects can Apply the Green Principles to Their Work", Simpson Gumpertz & Heger Inc., San Francisco, CA, 27 July 2007, Rockville, MD; 27 Nov 2007, Los Angeles, CA, Waltham, MA, Jan 2008 (AIA accredited)
- Rutila, D.A., "Structural Issues Related to Curtain Walls" and "Thin Stone Veneers," presented at the Symposium on How to Avoid Building Envelope Problems, Harvard Design School, Harvard University, Cambridge, MA, Jul 1996, 1997, 1998, 1999, 3-4 Aug 2000, 14 – 15 Jun 2001, 8 – 9 Jul 2002, Jun 2003, Jun 2004, and Jun 2005, Jul 2006, Jul 2007, Jul 2008
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing -- Slab On Ground Vapor Control," College of Engineering, University of Wisconsin – Madison, WI, Feb 2002, Mar 2003, Feb 2004, Mar 2005, Mar 2006, and Mar 2007, Mar 2008
- Rutila, D.A., "Building Technology Design Practice," "Below-Grade Waterproofing Basics," and "Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 12 Dec 2006, Dec 2007, Dec 2008
- Rutila, D.A., "Low-Slope Roofing," Turner Construction Company, Milford, CT, 30 Nov 2006 (AIA accredited)
- Rutila, D.A., "State of the Industry for Sub-Grade Waterproofing:  Design Strategies & Installation Techniques", W.R. Grace Company, Cambridge, MA, 20 Nov  2006 (AIA accredited)

- Rutila, D.A., "Roofing and Waterproofing", Building Science & Technology Symposium, New York, NY 19 May 2006 (AIA accredited)

- Rutila, D.A., "Below-Ground Waterproofing," "Design Practice," and "General Site Safety," Building Technology Boot Camp, Simpson Gumpertz & Heger Inc., 8 Dec 2005
- Rutila, D.A., "Safety Review for Managers," Company Retreat, Simpson Gumpertz & Heger Inc., 8 Dec 2005
- Rutila, D.A., "Subgrade Waterproofing:  Design Strategies and Installation Techniques," Continuing Education Course, American Institute of Architects Connecticut Branch, 18 Oct 2005
- Rutila, D.A., "Cladding Curtain Wall Materials and Design, Expression of Skin Studio," Boston Architectural Center, 17 Oct 2005 and 14 Nov 2005
- Rutila, D.A., "Thin Stone Veneers and Structural Issues Related to Curtain Walls, Payette Associates, Inc. – Young Designers, Boston, MA, 29 Apr 2003
- Rutila, D.A. "Building Deck Waterproofing – Principles and Experiences, International Concrete Repair Institute, Vancouver, BC, 27 Mar 2003
- Rutila, D.A., "Effective Below-Grade and Plaza Deck Waterproofing," College of Engineering, University of Wisconsin – Madison, Aug 1996 and 1997, Nov 1998, Nov 1999, Mar 2000 (Las Vegas), and Feb 2001
- Rutila, D.A., Panel Presentation, "The Top Ten Ways to Prevent Screw ups", 2001 SMACNA Convention, Boca Raton, FL, 23 Oct 2001
- Rutila, D.A., "Common Problems with Below-Grade Waterproofing Design Documents (The most common problems, Looking for them, and pre-construction view and resolution), Sealant and Waterproofing Institute (SWRI) Convention, San Juan, PR, 19 Feb 2001
- Rutila, D.A., "Modified Asphalt Sheet Waterproofing," presentation to the Boston Society of Architects, Building Envelope Committee, 2000
- Rutila, D.A., "Building Durability – Know What You Know or Let's Use The Knowledge We Already Have Before We Improve Upon It," Eighth International Conf. on Durability of Building Materials and Components (Service Life), Vancouver, BC, Canada, 30 May-3 Jun 1999
- Rutila, D.A., "Masonry Prevention Maintenance," moderator of panel discussion, Community Associations Institute – New England Chapter, Oct 1998
- Rutila, D.A., "Contract Administration Lessons Illustrated by Building Envelope Problems," CSI 42nd Annual Convention and Exhibit, Jun 1998
- Rutila, D.A., "Avoiding Curtain Wall Waterproofing Problems," RCI Symposium, Newark, NJ, January 1998
- Rutila, D.A., "Masonry, Leaded Glass Window, and Slate Roofing Evaluation and Restoration at Yale University," AIA Conference on Managing Historic Educational Facilities, New Haven, CT, Jun 1997
- Rutila, D.A., and N.W. Vigener, "Investigation and Repair of Water Leakage through Masonry Barrier Walls in a Gothic Collegiate Building," Proceedings of the Seventh North American Masonry Conference, The Masonry Society, 1996
- Rutila, D.A., "Investigation and Repair of Leakage in Recently Constructed Curtain Walls," ASTM Symposium on Water Leakage through Building Facades, Orlando, FL, Mar 1996
- Rutila, D.A., "Below-Grade and Plaza Waterproofing," International Concrete Repair Institute, New England Meeting, Feb 1994

**Publications**
- Rutila, D.A., "Plaza Waterproofing Basics," The Applicator, Vol. 22, No. 1, winter 2000
- Rutila, D.A., "Brick Veneer Innovations – Do You Really Want to Do That?" The Construction Specifier, Oct 1998

- Rutila, D.A., "Investigation and Repair of Leakage Problems in Recently Constructed Curtain Walls," Water Leakage Through Building Facades, ASTM STP1314, R.J. Kudder and J.I. Erdly, Eds., American Society for Testing and Materials, pp. 168-186, Philadelphia, 1997
- Rutila, D.A., and S.S. Ruggiero, "Expansion Joints in Deck Waterproofing Systems," ASTM STP1254, American Society for Testing and Materials, Philadelphia, Jun 1994
- Rutila, D.A., and S.S. Ruggiero, "Plaza Waterproofing – Design Fundamentals," The Construction Specifier, Jan 1991
- Rutila, D.A., and S.S. Ruggiero, "Principles of Design and Installation of Building Deck Waterproofing," ASTM STP1084, 1990

(03/10)

APPENDIX 2

CDW-277-0028

**SIMPSON GUMPERTZ & HEGER**
Engineering of Structures
and Building Enclosures

CLIENT  Plaintiff Steering Committee MDL 2047

SUBJECT  SGH Document List - Paul Clement and Mary Schexnaydre, 612 Ridgewood St, Metairie, LA

SHEET NO. ___see footer___
PROJECT NO. ___090858___
DATE ___14 May 2010___
BY ___SATrantlowaki/ATBen/JEsaltew___
CHECKED BY ___DARollie___

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 1 | 23-Nov-09 | USCPSC | U.S. Consumer Product Safety Commission Staff Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall |
| 2 | 18-Nov-09 | Environmental Health & Engineering, Inc. (incl. w/Document 1) | Draft Final Report on an Indoor Environmental Quality Assessment of Residences containing Chinese Drywall |
|  | 29-Oct-09 | USCPSC, Interagency Task Force on Chinese Drywall | Draft Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Studies |
|  | 28-Oct-09 | Tab A: USCPSC, Div. of Hazard Analysis | Draft Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall |
|  | Oct-2009 | Tab B | Draft CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results |
|  | 29-Oct-09 | Tab C | No Title: Draft report of air sampling results from 10 homes in FL and LA |
| 3 | 6-Jul-09 | Materials Analytical Services, Inc. (MAS) | Drywall Analysis Report: Results of Carbon Disulfide Verification (SGH Note: results, spectra, and custody not included) |
| 4 | 31-Oct-08 | Environ International Corporation | Memorandum: Re: October 2, 2008 Meeting in Sarasota regarding sulfur compound emissions from imported gypsum board |
| 5 | 22-Dec-08 | Environ International Corporation | Memorandum: Re: Indoor Air Results Relating to Chinese Drywall |
| 6 | 13-Feb-07 | Center for Toxicology and Environmental Health, L.L.C. (CTEH) | Knauf Tianjin Plasterboard Evaluation |
| 7 | 16-Jul-09 | Harold I. Zeliger, Inc. | Letter: ASI Claim No. 101101-091005, inspection and drywall testing result from condominiums in Punta Gorda, FL |
| 8 | 7-Aug-09 | Environ International Corporation | Letter: Preliminary Evaluation of Wallboard Characteristics (SGH Note: residence address blocked) |
| 9 | 21-Jul-09 | Spiderman Mulholland (US Building Consultants, Inc. (USBCI)) | Forensic Investigation: Drywall Inspection, Testing, and Analysis Report (SGH Note: residence address blocked) |
| 10 | 7-Jul-09 | TestAmerica Laboratories, Inc. | Analytical Report, Job No. 400-40806-1, Fluharty Drywall |
| 11 | 29-Nov-06 | Knauf Plasterboard (Tianjin) Co. Ltd. | Letter: Shipment of Plasterboard Under Contract No. EX-USA-20060313 |
| 12 | – | USCPSC | Drywall Information Center (SGH Note: from CPSC website) |
| 13 | 7-May-09 | USEPA | Drywall Sampling Analysis |
| 14 | 26-Jan-09 | First Environmental Laboratories, Inc. | Standard Operating Procedure (Revision 2) |
| 15 | 17-Mar-09 | Lori Streit, Ph.D. (Unified Engineering Inc.) | First Report on Florida Drywall Samples |
| 16 | 26-Jun-09 | Environment, Safety and Health (ES&H) | Request for Chain of Custody Forms |
| 17 | 24-Mar-09 | State of Illinois EPA | Environmental Laboratory Accreditation of First Environmental Laboratories, Inc. |
| 18 | range in 2009 | Air Toxics Ltd | Sulfur Emissions Analysis by GC/SCD |
| 19 | 17-Feb-09 | A. Burdack-Freitag, F. Mayer, K. Breur | Research Article: Identification of Odor-Active Sulfur Compounds in Gypsum Products |
| 20 | 19-Jun-05 | Y. Chen, H. Joly, N. Belzile | Determination of elemental sulfur in environmental samples by gas chromatography-mass spectrometry |
| 21 | 31-Oct-02 | First Environmental Laboratories, Inc. | Standard Operating Procedure |
| 22 | Nov-1988 | EPRI | FGD Chemistry and Analytical Methods Handbook, Volume 2: Chemical and Physical Test Methods, Revision 1 |
| 23 | 23-Nov-09 | USCPSC | Press Statement on Corrosion in Homes and Connections to Chinese Drywall |
| 24 | Aug-1981 | R. Tatnall (pub. National Assoc. of Corrosion Engineers) | Case Histories: Bacteria Induced Corrosion |

Page 1 of 10

SGH Project 090858.06

Appendix 2

CDW-277-0029

SIMPSON GUMPERTZ & HEGER
Engineering of Structures
and Building Enclosures

CLIENT   Plaintiff Steering Committee MDL 2047

SUBJECT   SGH Document List - Paul Clement and Mary Schexnaydre, 612 Ridgewood St, Metairie, LA

SHEET NO. ___ see footer
PROJECT NO. ___ 090858
DATE ___ 14 May 2010
BY ___ SATcmlinez/JATBev/AEAcHev
CHECKED BY ___ DASofia

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 25 | Sept-2009 | Global Gypsum Magazine | Gypsum Association comments on Imported Chinese Wallboard Issue |
| 26 | 7-May-09 | Gypsum Association | Geochemistry of Flooded Underground Mine Workings Influenced by Bacteria Sulfate Reduction |
| 27 | 14-Jul-07 | A. Roesler, C. Gammons, G. Druschel, H. Oduro, S. Poulson | The Development of the Gypsum Board Industry in China |
| 28 | May 2008 | L. Xiaohui, L. Churong, S. Cuayou, T. Hu (pub. Global Gypsum Magazine) | As Recession Looms, Has Congress Addressed IAQ? |
| 29 | Aug-2009 | T. Scarlett (pub. Indoor Environment Connections) | Quality Management Systems – Requirements |
| 30 | 15-Dec-00 | International Standard ISO 9001 (Third Ed.) | The Relationship Between Corrosion and The Biological Sulfur Cycle |
| 31 | -- | B. Little, R. Ray, R. Pope (pub. Corrosion2000, Paper No. 00394) | Treatment and Disposal of Gypsum Board Waste (Part 1 and 2) |
| 32 | Feb/Mar-1992 | Gypsum Association (pub. Construction Dimensions) | Recycled Gypsum from Waste Plasterboard (Draft) |
| 33 | April 2009 | Environment Agency | E-mail |
| 34 | 17-Sep-09 | Mathew Gould | Lab Results (Parts 1-6) |
| 35 | -- | Engineering Systems Inc. | Website Test Results Spreadsheet |
| 36 | -- | -- | US District Court, Eastern District of Louisiana, Pre-Trial Order No. 1(B), Preservation of Physical Evidence |
| 37 | 9-Oct-09 | Judge Eldon E. Fallon | Sulfur Dioxide Vapor Pressure Chart (.bmp file) |
| 38 | -- | -- | Hydrogen Chloride Vapor Pressure Chart (.bmp file) |
| 39 | -- | -- | Executive Summary of November 23, 2009 Release |
| 40 | 23-Nov-09 | USCPSC | Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall |
| 41 | Nov-2009 | USCPSC | Interim Report on the Examination of Corrosion Damage in Homes Constructed with Imported Wallboard |
| | | Tab A: NIST-MSEL | Activity Report... "Performance Evaluations of Fire Safety Components Exposed to Emissions from Imported Drywall" |
| | | Tab B: NIST-BFRL | Draft Interim Report on The Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall |
| 42 | 23-Nov-09 | USCPSC | Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components |
| | | Tab A: Sandia National Laboratories | |
| 43 | -- | | Intervenor Profile Chart |
| 44 | April 1983 | edited by R. Kuntze (ASTM STP 861: The Chemistry and Technology of Gypsum) | all articles within the STP |
| 45 | 2009 | M. Curtis, P. Jones, et. al. (pub. Amer. Society for Mass Spectrometry) | Determination of the Presence or Absence of Sulfur Materials in Drywall Using Direct Analysis in Real Time in Conjunction with an Accurate-Mass Time of Flight Mass Spectrometer |
| 46 | -- | | Gypsum Chemistry: A Short Course (SGH Note: .pdf of slides) |
| 47 | -- | L. Luckevich, R. Kuntze | Analysis and Evaluation of Synthetic Gypsum |
| 48 | -- | L. Luckevich, R. Kuntze | Synthetic Gypsum Test Methods (SGH Note: Gypsum PowerPoint presentation) |
| 49 | -- | R. Pellegrino (Centek Laboratories, LLC) | Chinese Drywall: Air and Headspace Analysis; The Importance of Sampling Media and Environmental Conditions During Sampling and Analysis (SGH Note: slide) |

**SIMPSON GUMPERTZ & HEGER**
Engineering of Structures and Building Enclosures

CLIENT: Plaintiff Steering Committee MDL 2047
SUBJECT: SGH Document List - Paul Clement and Mary Scheonaydre, 612 Ridgewood St. Metairie, LA

SHEET NO. see footer
PROJECT NO. 090858
DATE 14 May 2010
BY SA Tomlinson/ATiffany/ESetliw
CHECKED BY DARuths

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 50 | 12-Jun-05 | Sandeep Kumar Chawla (thesis, Case Western Reserve University) | Film formation on copper in moist air-sulfur dioxide |
| 51 | -- | Canadian Certified Reference Materials | Certificate of Analysis: Four North-American by-product Reference Gypsum Samples Type: Calcium Sulfate Dihydrate, $CaSO_4$, $2H_2O$; FGD-1, FGD-2, TIG-1, and GYP-4 |
| 52 | 10-Aug-09 | State and Federal Drywall Technical Evaluation Team | Technical evaluation of "EPA's analysis of Florida drywall samples and review of analytical results from the Florida Department of Health," from the EPA's National Air and Radiation Environmental Health Laboratory (NAREL), 7/31/09 |
| 53 | 28-Sep-09 | NIST-MSEL | Imported Wallboard |
| 54 | 2-Feb-00 | Y. Ren, R. Pierre, J. Desmarchelier | The necessity of using pure carbonyl sulfide to prevent corrosion on copper |
| 55 | -- | Ronald Bailey (Bailey Engineering Corporation) | Chinese (reactive) Drywall Protocol (SGH Note: slide) |
| 56 | -- | M. Rigler, W. Longo (Materials Analytical Services, Inc. (MAS)) | Quantitative Sulfur Gas Emission as a Specific Marker for Problematic Reactive Drywall |
| 57 | 1-Jul-05 | P. Singh, J. Prisco, R. Schmidt (pub. ASHRAE) | Particulate and Gaseous Contamination: Effect on Computer Reliability and Monitoring |
| 58 | -- | GB Freeman (Material Analysis Group, Inc. (MAGII)) | Chinese Wallboard - The Corrosion Challenges (SGH Note: slides) |
| 59 | 6-Jun-05 | C. Flaud, M. Safavi, J. Vedel | Identification of the Corrosion Products Formed on Copper in Sulfur Containing Environments |
| 60 | 1983 | T. Graedel, J. Franey, G. Kammlott | The Corrosion of Copper by Atmospheric Sulphurous Gases |
| 61 | July 1987 | T. Graedel, J. Franey, G. Kammlott, J. Vandenberg | The Atmospheric Sulfidation of Copper Single Crystals |
| 62 | 25-May-06 | T. Sydberger and N. Vannerberg | The Influence of the Relative Humidity and Corrosion Products on the Adsorption of Sulfur Dioxide on Metal Surfaces |
| 63 | -- | R. DeMott, M. Alessandroni, H. Hayes, G. Freeman, T. Gauthier (Environ) | Wallboard (SGH Note: slide) |
| 64 | -- | R. DeMott (Environ International Corporation) | Corrosive Imported Wallboard: Investigating Emissions (SGH Note: slides) |
| 65 | -- | R. DeMott (Environ International Corporation) | Human Responses to Sulfide Gases and Irritants: Easy Concepts, Complex Details (SGH Note: slides) |
| 66 | 5-6 Nov-2009 | T. Gauthier, M. Masonjones, M. Alessandroni, R. DeMott (Environ) | Proposed Mechanism for the Release of Reduced Sulfur Compounds from Corrosive Imported Drywall |
| 67 | -- | D. Krause, C. Eldredge, and R. Salazar (FL Dept. of Health) | Results of Indoor Air Testing in Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall |
| 68 | -- | Mason. Black, Worthan (Air Quality Sciences) | Environmental Chamber Test Protocol for Measuring Chemical Emission, Including Sulfur Compounds for Drywall with Preliminary Results (SGH Note: slide) |
| 69 | -- | D. Krause, C. Eldredge, and R. Salazar (FL Dept. of Health) | Comparison of Methods Utilized by Commercial Laboratories for Analysis of Bulk Drywall Samples (SGH Note: slide) |
| 70 | 5-6 Nov-2009 | T. Townsend, Ph.D. (University of Florida) | Mitigation and Remedial Options Associated with Drywall Disposal (SGH Note: presentation slides) |
| 71 | -- | T. Worthan (Air Quality Sciences, Inc.) | Chemical Emissions, Including Sulfur Compounds, from Chinese Produced Drywall (SGH Note: presentation slides) |
| 72 | 8-Dec-2009 | First Environmental Laboratories, Inc. | Test Results to Ms. Lori Streit |
| 73 | 1988 | J. Franey (ASTM STP 965: Degradation of Metals in the Atmosphere) | Degradation of Copper and Copper Alloys by Atmospheric Sulfur |
| 74 | Nov-1995 | B. Rickett, J. Payer | Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide |

CDW-277-0031

SIMPSON GUMPERTZ & HEGER
Engineering of Structures and Building Enclosures

CLIENT   Plaintiff Steering Committee MDL 2047
SUBJECT   SGH Document List - Paul Clement and Mary Schexnaydre, 612 Ridgewood St. Metaire, LA

SHEET NO. _____ see footer
PROJECT NO. _____ 090858
DATE _____ 14-May-2010
BY _____ SATomlinson/ATilley/AEoffrey
CHECKED BY _____ DABville

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 75 | July-1953 | J. Byrne, M. Kahn, H. Kristinsson, C. Maddox | The Relative Effect of Traces of Hydrogen Sulfide and Sulphur Dioxide On the Corrosion of Copper |
| 76 | 14-Sep-2001 | R. Larson (pub. Journal of The Electrochemical Society, ECS) | A Physical and Mathematical Model for the Atmospheric Sulfidation of Copper by Hydrogen Sulfide |
| 77 | 23-Dec-2009 | Ronald E. Wright (R.V. Buric Construction Consultants, P.C.) | Virginia Taishan Drywall Cases Expert Report for Plaintiff Steering Committee MDL 2047 |
| 78 | 10-Dec-2009 | Ronald Bailey (Bailey Engineering Corporation) | Virginia Taishan Drywall Cases Expert Report for Plaintiff Steering Committee MDL 2047 |
| 79 | 10-Dec-2009 | Fadi Debbas (ABC Consulting, Inc.) | Virginia Taishan Drywall Cases Expert Report for Plaintiff Steering Committee MDL 2047 |
| 80 | 8-Dec-2009 | D. Wojcieszak (Wojcieszak& Associates, Inc.) | Repairing Electrical Installations Associated with Chinese Drywall |
| 81 | -- | B. Beland (pub. Fire Technology) | Heating of Damaged Conductors |
| 82 | May-1987 | S. Dean (pub. ASTM Standardization News) | A New Quantitative Approach to Classifying Atmospheric Corrosion |
| 83 | 1989 | Edited by A. Schniewind, R. Cahn, M. Bever | Concise Encyclopedia of Wood & Wood-Based Materials |
| 84 | 15-Dec-2009 | Sabre Environmental Services, LLC | Chlorine Dioxide (ClO2) as a Permanent, Nondestructive Solution to Problem Drywall (SGH Note: www.sabretechservices/drywall) |
| 85 | 18-Dec-09 | FL Division of Environmental Health | Case Definition (12-18-09) for Drywall Associated Corrosion in Residences |
| 86 | 28 Dec 2009 | Lori Streit, Ph.D. (Unified Engineering Inc.) | Taishan Drywall Investigation Virginia for Plaintiff Steering Committee MDL 2047 |
| 87 | 29-Dec-2009 | B. Krantz, J. Ely (Corrosion Testing Laboratories, Inc. (CTL)) | Assessment of Copper Materials From Residences Containing Chinese Drywall Products |
| 88 | 30 Dec 2009 | C. Batich (University of Florida) | Virginia Drywall Expert Report |
| 89 | -- | C. Batich (University of Florida) | Wire Insulating FTIR graphs (SGH Note: slides, told from Batich by client) |
| 90 | 23-Dec-2009 | -- | Spreadsheet: 12-23-09 ESI Spreadsheet for 59 VA homes |
| 91 | May-2002 | J. Field (Trane Residential Systems) | Corrosion of Aluminum-Fin, Copper-Tuber Heat Exchange Coils |
| 92 | 1985 | T. Graedel, J. Franey, et. al. (pub. Corrosion Science) | On The Mechanism of Silver and Copper Sulfidation by Atmospheric H2S and OCS |
| 93 | 30-Sep-2002 | W. Andersen, A. Abdulagatov, T. Bruno (pub. Energy & Fuels) | The ASTM Copper Strip Corrosion Test: Application to Propane with Carbonyl Sulfide and Hydrogen Sulfide |
| 94 | 1984 | Dr. T. Behera | Effect of Strain Rate on Corrosion of Some Sheet Metals |
| 95 | 1999 | P. Korzhavyi, I. Abrikosov, B. Johansson | Dilute Copper Alloys Intended for Nuclear Waste Containers |
| 96 | Aug-2002 | C. Taxen (Swedish Corrosion Institute) | Tech. Report TR-01-22: Pitting Corrosion of Copper: An Equilibrium - Mass Transport Study |
| 97 | 19-Aug-2005 | A. Zaky | Role of Cl in Breakdown of Cu-Ag alloys passivity in aqueous carbonate solutions |
| 98 | -- | S. Simko, A. Lee, et. al. (General Motors Research Laboratories) | Film Formation on Silver-Based Switching Contacts |
| 99 | Apr-1982 | B. Etling (Technical Fire Investigation Services) | Glowing Connections |
| 100 | 8-May-1981 | T. Graedel, G. Kammlott, J. Franey (pub. Science) | Carbonyl Sulfide: Potential Agent of Atmospheric Sulfur Corrosion |
| 101 | -- | W. Brad, M. Stanley, C. Muller (Purafil, Inc.) | Advances in Reactivity Monitoring for Semiconductor Manufacturing |
| 102 | 28-Dec-09 | -- | Spreadsheet: FRE 1006 Summary of Screening Data for Virginia Venture Taishan Homes (ESI VA) |
| 103 | 4-Jul-05 | edited by R. Meyer, R. Kellogg (Society of Wood Science and Technology) | Structural Use of Wood in Adverse Environments |
| 104 | 13-Jun-05 | G. Tsoumis | Science and Technology of Wood - Structure, Properties, Utilization |

CDW-277-0032

SIMPSON GUMPERTZ & HEGER

Engineering of Structures
and Building Enclosures

| | |
|---|---|
| SHEET NO. | see footer |
| PROJECT NO. | 090858 |
| DATE | 14-May-2010 |
| BY | SATomlinson/ATitley/ASEastbay |
| CHECKED BY | DJMullin |

CLIENT   Plaintiff Steering Committee MDL 2047

SUBJECT   SGH Document List - Paul Clement and Mary Schexnaydre, 612 Ridgewood St. Metairie, LA

| SGH Document No. | Date | Prepared by | Title |
|---|---|---|---|
| 105 | 21-Jun-05 | Forest Products Society | Wood Handbook |
| 106 | – | Taylor Morrison (contractor) | Repair and Relocation Agreement |
| 107 | 12-Oct-09 | Beazer Homes (contractor) | Pre-Repair Information Packet and Defective Chinese Drywall Repair Process |
| 108 | 12-Oct-09 | The Dragas Companies (contractor) | Remediation Authorization and Agreement |
| 109 | – | KB Home (contractor) | Work Authorization Agreement |
| 110 | 27-Oct-09 | Lennar Corporation (contractor) | Protocol for the Investigation and Repair of Homes That Contain Defective Chinese-Manufactured Drywall |
| 111 | 1-Jul-05 | The Florida Professional Coalition of Chinese (reactive) Drywall | Chinese (reactive) Drywall Removal Guidance (Public Review Draft 4PR) |
| 112 | 22-Jun-05 | Virginia Uniform Statewide Building Code (USBC) | Excerpts |
| 113 | 25-Jun-05 | Virginia Construction Code, Part I USBC (VCC) | Excerpts |
| 114 | 28-Jun-05 | Virginia Construction Code, Part I USBC (VCC) | Excerpts |
| 115 | 28-Jun-05 | Virginia Rehabilitation Code, Part II USBC (VRC) | Excerpts |
| 116 | 22-Jun-05 | International Building Code (IBC) | Excerpts |
| 117 | 25-Jun-05 | International Building Code (IBC) | Excerpts |
| 118 | 22-Jun-05 | International Residential Code (IRC) | Excerpts |
| 119 | 28-Jun-05 | International Residential Code (IRC) | Excerpts |
| 120 | 21-Jun-05 | National Electric Code (NEC, NFPA 70) | Excerpts |
| 121 | 24-Jun-05 | National Electric Code (NEC, NFPA 70) | Excerpts |
| 122 | 27-Jun-05 | National Electric Code (NEC, NFPA 70) | Excerpts |
| 123 | 30-Jun-05 | NFPA 921: Guidance for Fire and Explosion Investigations | Excerpts |
| 124 | – | UL 719: Nonmetallic-Sheathed Cables | Excerpts, purchased 12/15/2009 |
| 125 | – | ASTM C1264-05 | Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage or Gypsum Panel Products |
| 126 | – | ASTM C11-97a | Standard Terminology Relating to Gypsum and Related Building Materials and Systems |
| 127 | – | ASTM C22/C22M-00 (Reapproved 2005) | Standard Specification for Gypsum |
| 128 | – | ASTM C28/C28M-00 (Reapproved 2005) | Standard Specification for Gypsum Plasters |
| 129 | – | ASTM C35-01 (Reapproved 2005) | Standard Specification for Inorganic Aggregates for Use in Gypsum Plaster |
| 130 | – | ASTM C36-97 | Standard Specification for Gypsum Wallboard |
| 131 | – | ASTM C472-99 (Reapproved 2004) | Standard Testing Methods for Physical Testing of Gypsum, Gypsum Plasters and Gypsum Concrete |
| 132 | – | ASTM C1396/C1396M-06a | Standard Specification for Gypsum Board |
| 133 | – | ASTM D6968/03 | Standard Test method for Simultaneous Measurement of Sulfur Compounds and Minor Hydrocarbons in Natural Gas and Gaseous Fuels by Gas Chromatography and Atomic Emission Detection |
| 134 | – | ASTM D5504-01 (Reapproved 2006) | Standard Test Method for Determination of Sulfur Compounds in Natural Gas and Gaseous Fuels by Gas Chromatography and Chemiluminescence |
| 135 | – | ASTM B3-01 (Reapproved 2007) | Standard Specification for Soft or Annealed Copper Wire |
| 136 | 16-Dec-09 | – | Contract between Shandon Taihe Dongxin Co. LTD and Venture Supply, Inc. |
| 137 | 17-Nov-05 | – | Contract between Shandon Taihe Dongxin Co. LTD and Venture Supply, Inc. |

SGH Project: 090858.06

Appendix 2

CDW-277-0033