

**Photo PMC-15-1**

General overview of Sample PMC-15, a hot water copper pipe. The arrow was added to indicate the plane of the cross-section to be polished.



**Photo PMC-15-2**

Cold water pipe sectioned with two segments taken for examination. Red arrow (left) indicates polished section. Blue arrow (right) indicates section for SEM/EDS analysis.



**Photo PMC-15-3**

Cross-section of the hot water pipe showing corrosion pits (approximately 5 microns deep) and corrosion product (up to 16 microns thick) on the pipe's surface.

SGH Project 090858.06 / May 2010



EXHIBIT
B-3



**Photo PMC-15-4**

SEM image showing the surface of the hot water pipe. Corresponding chemistry for the crosshair location is in Table 1.

(Because of beam dispersion, chemistry reading included material from features surrounding the feature identified)

CDW-277-0065

APPENDIX 7

CDW-277-0066

**SIMPSON GUMPERTZ & HEGER**

| | | SHEET NO. | 1 |
|---|---|---|---|
| | | PROJECT NO. | 090858.06 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample PMC-18 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/22/2010                                                    Photo

*Sample Examination and Testing*



**Initial Observations**
        Date 27 Apr 10
        By DMMauro
        Photos
        Notes First-floor AHU (#1) copper refrigerant suction line.

**Disassembly**
        Date 7-May-10
        By EADeMaio
        Photos
        Notes Refrigerant suction line sectioned.



**Laboratory Observations**
        Date 11-May-10
        By LMWitmer
        Photos
        Notes Segment polished and examined in cross section.

**Laboratory Testing**
        Date 12-May-10
        By LMWitmer
        Photos
        Notes Silver, aluminum, and phosphorous detected on sample surface by
               SEM/EDS.

SGH Project 090858.06

CDW-277-0067



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**      6 through 12 May 2010

**LABORATORY REPORT**

**BY**      Lisa M. Witmer, Eric A. DeMaio and Simon C. Bellemare

**PROJECT**      090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**      Laboratory Examination and Analysis for Corrosion

**SAMPLES**      PMC-18

**PROCEDURES**

Sample PMC-18 is the copper refrigerant suction line from the first floor AHU.  We sectioned the copper pipe for examination.  We mounted and polished one section of the suction line in cross section for examination by optical microscopy.

**RESULTS**

The surface of the copper pipe contains small amounts of aluminum, phosphorous and silver (Chart 1, Table 1 and Photos PMC-18-1 through PMC-18-5).  The polished cross section showed corrosion pits up to approximately 31 microns deep at various positions around the outside of the pipe (Photos PMC-18-3 and PMC-18-4).  Some pits are branching and they have a high depth to width ratio.

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on surface of copper pipe (see Photo PMC-18-5 for location).**



**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Laboratory Report – Project 090858.06          - 2 -          6 through 12 May 2010

**Table 1: Elemental data quantification from EDS scan performed at 20kV on surface of copper pipe (see Photo PMC-18-5 for location).**

| Element | Wt% |
|---|---|
| Carbon | 18.2 |
| Oxygen | 17.1 |
| Aluminum | 1.1 |
| Phosphorous | 0.4 |
| Silver | 2.4 |
| Copper | 60.8 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R-Appendices\008DARutila-LR.PMC-18.090858 06.esb.doc

CDW-277-0069



**Photo PMC-18-1**

General overview of Sample PMC-18, a copper refrigerant suction line.



**Photo PMC-18-2**

Sample with two segments sectioned. Red arrow (right) indicates polished section used for cross sectional examination. Blue arrow (left) indicates the sample used for SEM/EDS examination.



**Photo PMC-18-3**

Corrosion pits on the outside surface.



**Photo PMC-18-4**

Branching corrosion pits on the outside surface.



**Photo PMC-18-5**

SEM image showing the sample surface. Corresponding chemistry for the entire field of view is in Table 1.

(Because of beam dispersion, chemistry reading included material from features surrounding the feature identified)

CDW-277-0071

APPENDIX 8

CDW-277-0072

**SIMPSON GUMPERTZ & HEGER**

| | |
|---|---|
| CLIENT | Plaintiff Steering Committee |
| SUBJECT | Sample PMC-20 |

| | |
|---|---|
| SHEET NO. | 1 |
| PROJECT NO. | 090858.06 |
| DATE | 5/12/2010 |
| BY | DMM |
| CHECKED BY | DAR |

Date Taken 4/22/2010                                    Photo

*Sample Examination and Testing*

*Initial Observations*
  Date 27 Apr 10
  By DMMauro
  Photos
  Notes  Light switches, box, and Romex cables.

*Disassembly*
  Date 8-May-10
  By DPClark
  Photos
  Notes  Wire nut disassembled on 8 May 2010.  Ground wire section
           detached for examination.

*Laboratory Observations*
  Date 9-May-10
  By DMMauro
  Photos
  Notes  Apparent black corrosion on ground wire.

*Laboratory Testing*
  Date 9-May-10
  By DMMauro
  Photos
  Notes  Sulfur corrosion deposits confirmed using SEM/EDS.





SGH Project 090858.06

CDW-277-0073



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        9 May 2010

**LABORATORY REPORT**

**BY**          Daniela M. Mauro

**PROJECT**     090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**     Laboratory Examination and Analysis for Corrosion

**SAMPLE**      PMC-20

**PROCEDURES**

Sample PMC-20 is a junction box with five Romex wires attached.  We detached and then disassembled a wire nut and removed a section of ground wire from Romex Cable 3.  We examined the ground wire with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the ground wire (Chart 1, Table 1, and Photos PMC-20-1 though PMC-20-4).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on ground wire (see Photo PMC-20-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on the ground wire (see Photo PMC-20-3 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 26.53 | 56.06 |
| OK | 04.21 | 06.68 |
| SK | 24.48 | 19.37 |
| CuK | 44.78 | 17.89 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\DARutila-R-Appendices\008DARutila-LR.PMC-20.090858.06.esb.doc

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC



**Photo PMC-20-1**

Overview of junction box.



**Photo PMC-20-2**

Close-up of ground wire of romex cable 3. Red arrow points to location of SEM/EDS examination.



**Photo PMC-20-3**

16x microscopy image of ground wire from romex cable 3. Red arrow points to location of SEM/EDS analysis.

CDW-277-0075



**Photo PMC-20-4**

Location of spot analysis (red crosshair) on ground wire. SEM image at 2000X magnification.

SGH Project 090858.06 / May 2010

CDW-277-0076

APPENDIX 9

CDW-277-0077

**SIMPSON GUMPERTZ & HEGER**

| | |
|---|---|
| SHEET NO. | 1 |
| PROJECT NO. | 090858.06 |
| DATE | 5/12/2010 |
| BY | DMM |
| CHECKED BY | DAR |

CLIENT Plaintiff Steering Committee
SUBJECT Sample PMC-25

Date Taken    4/22/2010                                      Photo

*Sample Examination and Testing*



*Initial Observations*
    Date   27 Apr 10
    By     DMMauro
    Photos
    Notes  Cold water copper pipe with two 90 degree elbows .

*Disassembly*
    Date
    By
    Photos
    Notes  N/A



*Laboratory Observations*
    Date   9-May-10
    By     DMMauro
    Photos
    Notes  Copper oxide deposits and apaprent black corrosion material on
           pipe section.

*Laboratory Testing*
    Date   11-May-10
    By     DMMauro
    Photos
    Notes  Sulfur corrosion products confirmed using SEM/EDS.

SGH Project 090858.03



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        10 through 11 May 2010

**LABORATORY REPORT**

**BY**          Daniela M. Mauro

**PROJECT**     090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**     Laboratory Examination and Analysis for Corrosion

**SAMPLE**      PMC-25

**PROCEDURES**

Sample PMC-25 is a section of the cold water copper pipe with two 90 degree elbows.  We
examined the  copper pipe section with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the cold water pipe section using SEM/EDS (Chart 1,
Table 1 and Photos PMC-25-1 through PMC-25-3).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on copper
pipe section (see Photo PMC-25-2 for location).**



**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000   fax 781.907.9009
**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

Laboratory Report – Project 090858.06          - 2 -                    10 through 11 May 2010

**Table 1: Elemental data quantification from EDS scan performed at 20kV on cold water copper pipe section (see Photo PMC-25-2 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 22.58 | 36.97 |
| OK | 38.48 | 47.30 |
| AlK | 00.37 | 00.27 |
| SiK | 00.70 | 00.49 |
| SK | 05.22 | 03.20 |
| ClK | 04.46 | 02.48 |
| KK | 01.60 | 00.81 |
| SnL | 05.65 | 00.94 |
| CaK | 06.30 | 03.09 |
| CuK | 06.58 | 02.04 |
| ZnK | 08.05 | 02.42 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R-Appendices\008DARutila-LR.PMC-25.090858 06.esb.doc

CDW-277-0080



**Photo PMC-25-1**

Overview of copper pipe section.



**Photo PMC-25-2**

Close-up image of the copper pipe section. Red arrow point to location of SEM/EDS examination.



**Photo PMC-25-3**

Location of spot analysis (red crosshair) on copper pipe. SEM image at 6000X magnification.

CDW-277-0081

APPENDIX 10

CDW-277-0082

**SIMPSON GUMPERTZ & HEGER**

| | | SHEET NO. | 1 |
|---|---|---|---|
| CLIENT | Plaintiff Steering Committee | PROJECT NO. | 090858.06 |
| SUBJECT | Sample PMC-28 | DATE | 5/12/2010 |
| | | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/22/2010                                                Photo

*Sample Examination and Testing*

Initial Observations
         Date 27 Apr 10
             By DMMauro
         Photos
             Notes Child's keepsake box (2 circular boxes and a tray).



Disassembly
         Date
             By
         Photos
             Notes N/A

Laboratory Observations
         Date 7-May-10
             By DMMauro
         Photos
             Notes Apparent black corrosion on sample.



Laboratory Testing
         Date 7-May-10
             By DMMauro
         Photos
             Notes Sulfur corrosion products confirmed on tray using SEM/EDS.

SGH Project 090858.06

CDW-277-0083



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**     7 through 9 May 2010

**LABORATORY REPORT**

**BY**       Daniela M. Mauro

**PROJECT**  090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**  Laboratory Examination and Analysis for Corrosion

**SAMPLE**   PMC-28

**PROCEDURES**

Sample PMC-28 is child's keepsake box that contains two containers, two lids, and a tray. We examined the tray with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the tray using SEM/EDS (Chart 1, Table 1 and Photos PMC-28-1 through PMC-28-4).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on tray of child's keepsake box (see Photo PMC-28-3 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on tray of child's keepsake box (see Photo PMC-28-3 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 08.62 | 38.09 |
| SK | 13.15 | 21.76 |
| AgL | 74.15 | 36.47 |
| NiK | 04.07 | 03.68 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R-Appendices\008DARutila-LR.PMC-28.090858.06.esb.doc

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000   fax 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-277-0084



**Photo PMC-28-1**

Overview of child's keepsake box.



**Photo PMC-28-2**

Close-up of tray from child's keepsake box. Red arrow points to location of SEM/EDS examination.



**Photo PMC-28-3**

Microscope image at 8x of tray from child's keepsake box. Red arrow points to location of SEM/EDS analysis.

CDW-277-0085



**Photo PMC-28-4**

Location of spot analysis (red crosshair) on tray from child's keepsake box.  SEM image at 2000X magnification.

CDW-277-0086

APPENDIX 11

CDW-277-0087

**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| | | SHEET NO. | 1 |
| | | PROJECT NO. | 090858.06 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample PMC-29 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/22/2010                                             Photo

### Sample Examination and Testing



| Initial Observations |
|---|
| Date 27 Apr 10 |
| By DMMauro |
| Photos |
| Notes Copper pipe and handle valve. |

| Disassembly |
|---|
| Date 7-May-10 |
| By EADeMaio |
| Photos |
| Notes |
| Handle valve removed. Copper pipe and brazed joint sectioned. |



| Laboratory Observations |
|---|
| Date 11-May-10 |
| By LMWitmer |
| Photos |
| Notes Segment polished and examined in cross section. |

| Laboratory Testing |
|---|
| Date 12-May-10 |
| By LMWitmer |
| Photos |
| Sulfur corrosion deposits confirmed on sample surface using |
| Notes SEM/EDS; corrosion pit at brazed joint imaged using SEM. |

SGH Project 090858.06

CDW-277-0088



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        6 through 12 May 2010

**LABORATORY REPORT**

**BY**        Lisa M. Witmer, Eric A. DeMaio and Simon C. Bellemare

**PROJECT**        090858.06 –    Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**        Laboratory Examination and Analysis for Corrosion

**SAMPLES**        PMC-29

**PROCEDURES**

Sample PMC-29 is a cold water pipe and valve from the master bathroom sink. We disassembled the sample and sectioned a cold water pipe from a sink. The cold water copper pipe was mounted and polished in cross section for examination by optical microscopy. We examined the joint assembly for corrosion deposits using a Scanning Electron Microscope (SEM). We also used Energy Dispersive Spectroscopy (EDS) in the SEM to characterize the chemical composition of the corrosive product.

**RESULTS**

We confirmed the presence of sulfur corrosion product on the surface of the joint assembly using SEM/EDS (Chart 1, Table 1 and Photos PMC-29-1 through PMC-29-6). The polished cross section shows corrosion products and corrosion pits up to approximately 10 microns in depth at various positions around the outside of the cold water pipe. The EDS results indicate that the braze material is made of a copper rich alloy with a small amount of silver. We found a deep pit on the surface of the brazed area on the joint assembly of the faucet (Photos PMC-29-5 and PMC-29-6).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on surface of the joint assembly (see Photo PMC-29-4 for location).**



**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Laboratory Report – Project 090858.06          - 2 -          6 through 12 May 2010

**Table 1: Elemental data quantification from EDS scan performed at 20kV on surface of the joint assembly and at the brazed area (see Photos PMC-29-4 and PMC-29-5 for locations).**

| Element | Sample Surface Wt% | Braze Alloy Wt% |
|---------|--------------------|-----------------|
| Carbon | 54.1 | 28.0 |
| Oxygen | 5.09 | 7.5 |
| Sulfur | 1.37 | --- |
| Chlorine | 0.9 | --- |
| Copper | 38.51 | 55.0 |
| Phosphorous | --- | 2.0 |
| Silver | --- | 7.6 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R-Appendices\008DARutila-LR.PMC-29.090858.06.esb.doc

CDW-277-0090



**Photo PMC-29-1**

General overview of Sample PMC-29, a cold water pipe and handle valve from a sink



**Photo PMC-29-2**

Sample sectioned for examination. Red arrow (right) indicates small pipe section polished for examination in cross section. Blue arrow (left) indicates section examined by SEM.



Lab-applied coating for polishing

Copper Pipe

**Photo PMC-29-3**

Cross section showing corrosion products and corrosion pits (approximately 10 microns deep) at the pipe surface.

CDW-277-0091



**Photo PMC-29-4**

SEM image showing the sample surface. Corresponding chemistry for the crosshair location is in Table 1

(Because of beam dispersion, chemistry reading included material from features surrounding the featured identified.)



**Photo PMC-29-5**

Large corrosion pit in brazed area of joint assembly shown by red arrow.  EDS analysis adjacent to the pit indicates a copper rich braze alloy with a small amount of silver (Chemistry scan included in Table 1).



**Photo PMC-29-6**

Large corrosion pit in brazed area of joint assembly.

SGH Project 090858.06 / May 2010

CDW-277-0092

APPENDIX 12

CDW-277-0093



**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| CLIENT | Plaintiff Steering Committee | SHEET NO. | 1 |
| SUBJECT | Sample PMC-32 | PROJECT NO. | 090858.06 |
| | | DATE | 5/12/2010 |
| | | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/22/2010                                          Photo

### Sample Examination and Testing

**Initial Observations**
Date 27 Apr 10
By DMMauro
Photos
Notes Light switch and wire.



**Disassembly**
Date 9-May-10
By DPClark
Photos
Notes We disassembled the receptacle, and removed the white wire and a contact from the upper plate for analysis.

**Laboratory Observations**
Date 9-May-10
By DMMauro
Photos
Notes Apparent black corrosion on white wire and upper plate.



**Laboratory Testing**
Date 9-May-10
By DMMauro
Photos
Notes Sulfur corrosion products confirmed on white wire and upper plate using SEM/EDS.





SGH Project 090858.06

CDW-277-0094



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**        9 through 10 May 2010

**LABORATORY REPORT**

**BY**          Daniela M. Mauro

**PROJECT**    090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**    Laboratory Examination and Analysis for Corrosion

**SAMPLE**     PMC-32

**PROCEDURES**

Sample PMC-32 is a three-way switch with a ground, red, black, and white wire attached.  We disassembled the receptacle, and removed the white wire and a contact from the upper plate. We examined the white wire and contact with a Scanning Electron Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the white wire and contact using SEM/EDS (Charts 1 and 2, Tables 1 and 2 and Photos PMC-32-1 through PMC-32-5).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV at the contact (see Photo-PMC-32-2 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV at the contact (see Photo-PMC-32-2 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 51.18 | 87.48 |
| SK | 06.58 | 04.21 |
| AgL | 40.16 | 07.64 |
| CuK | 02.08 | 00.67 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Laboratory Report – Project 090858.06          - 2 -                    9 through 10 May 2010

**Chart 2: Graphical output of element data from EDS scan performed at 20kV on the white wire (see Photo-PMC-32-4 for location).**



**Table 2: Elemental data quantification from EDS scan performed at 20kV on the white wire (see Photo-PMC-32-4 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 45.25 | 73.75 |
| OK | 06.44 | 07.88 |
| SK | 11.51 | 07.03 |
| CuK | 36.79 | 11.34 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\DARutila-R-Appendices\008DARutila-LR.PMC-32.090858.06.esb.doc



**Photo PMC-32-1**

Overview of dissembled switch.



**Photo PMC-32-2**

Close-up of contact after removal. Red arrow points to location of SEM/EDS examination.



**Photo PMC-32-3**

Location of spot analysis (red crosshair) on the contact. SEM image at 1000X magnification.



**Photo PMC-32-4**

Close-up of white wire.  Red arrow points to location on the white wire of SEM/EDS examination.



**Photo PMC-32-5**

Location of spot analysis (red crosshair) on the white wire. SEM image at 2500X magnification.

CDW-277-0098

APPENDIX 13

.

CDW-277-0099

**SIMPSON GUMPERTZ & HEGER**

| | | | |
|---|---|---|---|
| | | SHEET NO. | 1 |
| | | PROJECT NO. | 090858.06 |
| CLIENT | Plaintiff Steering Committee | DATE | 5/12/2010 |
| SUBJECT | Sample PMC-33 | BY | DMM |
| | | CHECKED BY | DAR |

Date Taken    4/22/2010                                          Photo

Sample Examination and Testing



*Initial Observations*
    Date 27 Apr 10
      By DMMauro
    Photos
    Notes Guitar string

*Disassembly*
    Date
      By
    Photos
    Notes N/A



*Laboratory Observations*
    Date 10-May-10
      By DMMauro
    Photos
    Notes Apparent black corrosion on guitar string.

*Laboratory Testing*
    Date 9-May-10
      By DMMauro
    Photos
    Notes Sulfur corrosion products confirmed on guitar string using
           SEM/EDS.

SGH Project 090858.06

CDW-277-0100



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

**DATE**      11 May 2010

**LABORATORY REPORT**

**BY**        Daniela M. Mauro

**PROJECT**   090858.06 –   Residential Drywall Investigation, Clement Home, Metairie, LA

**SUBJECT**   Laboratory Examination and Analysis for Corrosion

**SAMPLE**    PMC-33

**PROCEDURE**

Sample PMC-33 is a guitar string.    We examined the guitar string with a Scanning Electron
Microscope (SEM).

**RESULTS**

We detected sulfur corrosion product on the guitar string using SEM/EDS (Chart 1, Graph 1,
Photos PMC-33-1 through PMC-33-3).

**Chart 1: Graphical output of element data from EDS scan performed at 20kV on guitar
string (see Photo PMC-33-2 for location).**



**Table 1: Elemental data quantification from EDS scan performed at 20kV on guitar string
(see Photo PMC-33-2 for location).**

| Element | Wt% | At% |
|---------|-------|-------|
| CK | 18.12 | 46.16 |
| OK | 04.53 | 08.67 |
| SK | 16.79 | 16.02 |
| CuK | 60.56 | 29.16 |

I:\BOS\Projects\2009\090858.06-CLEM\WP\008DARutila-R-Appendices\008DARutila-LR.PMC-33.090858 06.esb.doc

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000   fax: 781.907.9009

**www.sgh.com**

Boston
Los Angeles
New York
San Francisco
Washington, DC

CDW-277-0101



**Photo PMC-33-1**

Overview of guitar string.



**Photo PMC-33-2**

Microscope image at 16X magnification of guitar string. Red arrow points to location of SEM/EDS examination.



**Photo PMC-33-3**

Spot analysis (red crosshair) on guitar string. SEM image at 3000X magnification.

SGH Project 090858.06 / May 2010

CDW-277-0102