UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| | § | MDL NO. 2047 |
| IN RE: | § | |
| CHINESE-MANUFACTURED | § | SECTION: L |
| DRYWALL PRODUCTS LIABILITY | § | ORIGINAL |
| LITIGATION | § | |
| | § | JUDGE FALLON |
| | § | |
| Payton v. Knauf, | § | MAG.  JUDGE |
| Case No. 09-7628 (E.D.La.) | § | WILKINSON |
| | § | |

WEDNESDAY, JUNE 2, 2010

CONFIDENTIAL -- SUBJECT TO FURTHER REVIEW

DISCOVERY TESTIMONY

— — —

Videotaped deposition of DEAN RUTILA, held at the offices of GAINSBURGH BENJAMIN, 1100 POYDRAS STREET, SUITE 2800, New Orleans, Louisiana, commencing at 10:09 a.m., on the above date, before Lori Cobb, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

— — —



1       the reports you prepared in connection with the

2       Campbell and Clement homes.  I want to first --- I

3       want to talk about the Clement home first, if

4       that's okay with you.  But before we really get

5       into the body of the report, I want to make sure

6       I'm clear on a couple of things.

7               You're not a corrosion expert; is that

8       correct?

9       A       No.  I'm not a corrosion expert.

10      Q       And you don't have any specific training

11      in corrosion?

12      A       I have only specific training as part of

13      my bachelor's degree, which included coursework in

14      materials, and included metallurgy.  So there's

15      some specific training, but not as a corrosion

16      engineer.

17      Q       Okay.  In terms of your area of

18      expertise in this particular litigation, you won't

19      be offering any opinions on the corrosion;

20      correct?

21      A       It depends on the opinions.  For

22      example, I will be offering opinions on my

23      observations.  My observations include the

24      existence of apparent corrosion product, which

25      were identified, then confirmed as corrosion

```
 1      product, either in our laboratories or in the
 2      laboratories of others.
 3             I'll be offering opinions in terms of
 4      the significance of that in terms of making
 5      repairs.
 6             I'll be offering opinions in terms of
 7      the reasons for that corrosion based on both our
 8      work and the work of others.
 9        Q    Well -- and maybe you just answered my
10      question.  The testing that you referred to was
11      done by others, not yourself; correct?
12        A    Not by me personally in terms of
13      testing, using, for example, an electron
14      microscope, to identify corrosion products.
15             In terms of working in the laboratory
16      with our scientists at SGH, you also could mean my
17      company; and in terms of working with them making
18      visual observations in the laboratory and
19      directing their testing, I certainly was a part
20      and parcel of that.  Those individuals doing
21      testing did so at my direction.
22        Q    But those individuals -- and we're going
23      to get into this -- they did the actual testing,
24      not yourself; correct?
25        A    In terms of using machinery, yes.
```

Page 12

```
 1          A     That's correct.

 2          Q     So if you remove that, there's no longer

 3     a source for corrosion; correct?

 4          A     In terms of the initial source.  The

 5     incorrect part of your question is that the

 6     corrosion products, your description of the KPT

 7     protocol did not include removing all of the items

 8     that have sulfur corrosion on them, so maybe you

 9     didn't get to it.

10                But once those things have corrosion on

11     them, they're -- sulfur corrosion on there, there

12     still is a source for corrosion at those

13     locations.

14          Q     Well, if one were to remove pursuant to

15     the KPT protocol all of the Chinese drywall on the

16     first floor, what sulfur source would be remaining

17     in that home?

18          A     The corrosion products that remain on

19     items that you haven't removed.  Now, again, you

20     may have just started with the KPT protocol, but

21     in terms of as you described it to me, you would

22     be leaving corrosion product on other things.

23          Q     Such as?

24          A     Such as copper pipes.

25          Q     Copper pipes where?
```

1          A     Oh, I know he did not.

2          Q     Did not.  Okay.

3                All right.  Let's go back to your

4     report, if we could, please, on page 2, and

5     there's a discussion here of off-gassing.  Let me

6     make sure that we're clear here.

7                You're not an expert in off-gassing; is

8     that right?

9          MR. BRYSON:

10               Object to the form.

11         THE WITNESS:

12         A     I'm not a chemist nor a chemistry

13    expert.  My expertise is leading this

14    investigation.  That's my expertise.

15    BY MR. SPERLING:

16         Q     The answer is, no, you're not an expert

17    in off-gassing?

18         MR. BRYSON:

19               Same objection.

20         THE WITNESS:

21         A     I'm not a chemist or expert in

22    chemistry, which I would take to mean including

23    off-gassing.

24    BY MR. SPERLING:

25         Q     Off-gassing.  Okay.

Page 30

```
1       and image.
2                   Those were her directions, and that's
3       what she did.
4           Q    And how many other spots of copper
5       sulfur corrosion did she find on PMC-20, other
6       than the one depicted with this red cross on
7       PMC-20-4?
8           A    I didn't ask her to capture that
9       information, so it's not recorded.
10          Q    Do you know whether or not she found any
11      other spots of copper sulfur?
12          A    I don't know.  In general, my directions
13      to her were to confirm that the blackening that I
14      see visually is copper sulfide when she does that.
15      She quits unless I give her another instruction; I
16      didn't give her any additional instruction on this
17      wire.
18          Q    Well, did you ask her to look at PMC-20
19      and find all evidence she could find of copper
20.     sulfur?
21          A    No.  Because she would still be there
22      counting crystals.  It's not a practical exercise.
23          Q    And there was no -- you didn't do any
24      testing to effects of the functionality or safety
25      of PMC-20, based on this microscopic evidence of
```

1      copper sulfur; correct?

2          A    Not based on the visual evidence or the

3      microscopic.  I did not test the wire for

4      functionality.

5          Q    And you're not in a position to say

6      whether or not this microscopic --- less than 10

7      micron spot of copper sulfur would have any

8      bearing on the functionality of this wire;

9      correct?

10         A    I disagree with that.

11         Q    Okay.  All right.

12              Well, then give me your opinion on how

13     this less than 10 micron microscopic spot of

14     copper sulfur would impact the functionality of

15     this copper wire identified as PMC-20.

16         A    We know that the copper wire in this

17     home was not intended for use in a corrosive

18     environment with sulfur gases; it's not what its

19     purpose is.  Its purpose is to be used as copper

20     wiring in a residential environment that is not a

21     corrosive environment.

22              We know that the copper wire itself with

23     the amount of corrosion here, whether depicted in

24     the image that I could see with my own eyes or

25     depicted in the micrograph, we know that that

1    amount of corrosion will still allow the wire to

2    conduct the current it's intended to.  That's one

3    element of functionality.

4              We also know that the hazard that we are

5    dealing with is both one of connections, how

6    corrosion in the copper wiring affects connections

7    in the wires.  That's a hazard that's been

8    identified.

9              And the other is the future corrosion.

10   We know that copper on the surface will --- excuse

11   me -- copper sulfide on the crew -- on the surface

12   left there, combined with moisture, will continue

13   to corrode.

14             Those are the hazards that we're aware

15   of that affect the long term functionality of this

16   wire.

17       Q    Well, if you were to remove the Chinese

18   drywall from the first floor of the Clement home,

19   would that not remove the corrosive sulfur

20   environment and not lead to any further problems

21   with regard to the electrical wiring on the second

22   floor?

23       A    No.  For several reasons.  First, the

24   second floor wiring passes through the first

25   floor, and that is one particular cause of future

```
1     risk of corrosion, because -- and the second

2     reason is because the wire in the second floor

3     already has copper sulfide corrosion on it; and

4     that that copper sulfide still there is a source

5     of future corrosion, even without the Chinese

6     drywall adding additional sulfur gases.

7         Q    Well, when you say the electrical wiring

8     on the second floor has evidence of copper sulfide

9     corrosion, you're referring to PMC-20, this

10    microscopic, less than 10 micron spot; correct?

11        MR. BRYSON:

12            Objection to form.

13            You said first floor; you meant second

14        floor?

15    BY MR. SPERLING:

16        Q    Second floor.

17            And where else?  What other evidence do

18    you have of corrosion of electrical wiring on the

19    second floor of the Clement home?

20        MR. BRYSON:

21            You want to him go back and look through

22        his report again?

23        MR. SPERLING:

24            Sure.

25        THE WITNESS:
```

1      outside of the house; correct?

2           A     It is.

3           Q     Now, let's move on to page 3, bullet

4      point 1, please.

5               What do you mean by stating here:  The

6      current corrosion and future corrosion absent

7      remediation?

8               Are you saying there that if you remove

9      the Chinese drywall, you avoid --- that's the

10     remediation that avoids future corrosion?

11         MR. BRYSON:

12              Objection to form.

13         THE WITNESS:

14         A     In terms of future corrosion absent

15     remediation, I'm specifically addressing the home

16     as it now stands without remediation.  That's what

17     that parenthetic specifically addresses.  The

18     current corrosion is a separate item.

19     BY MR. SPERLING:

20         Q     All right.  Well, what type of testing

21     would be required to determine whether or not

22     corrosion on electrical components resulted in an

23     increased risk of fire or electric shock?

24         A     If we look at the UL standard -- the

25     number I don't recall, but it's listed in my

Page 42

```
 1      documents -- for the listing of electrical

 2      components, you'll see that there is a many-step

 3      process for that listing.

 4              As an example, if -- in order to study

 5      the risks from this corrosion, that process would

 6      have to be implemented on a sufficient variety of

 7      corroded cables and devices to fully understand

 8      it.

 9          Q    You haven't done any of that testing;

10      correct?

11          A    No.

12          Q    You're not a fire or safety expert;

13      correct?

14          A    I'm not an electrical safety expert.  I

15      am a safety expert in that I am qualified by the

16      OSHA Training Institute to provide construction

17      safety training, but I don't think that was the

18      intent of your question.

19          Q    Right.  You're not a fire safety expert?

20          A    I'm not a fire safety expert.

21          Q    You're not aware of any documented

22      instances of fire caused by KPT or other Chinese

23      drywall; correct?

24          A    No, I'm not.

25          Q    Not aware of any documented instances of
```

1    electric shock having been caused by KPT or other

2    Chinese drywall; correct?

3         A    The only reason for hesitation is I was

4    given a video of a device creating electric shock.

5    And the hypothesis of the person who sent it was

6    that it was caused by Chinese drywall.

7              I don't know, have no knowledge that

8    that was ever followed up upon in terms of

9    investigation; whether that the Chinese drywall

10   question was Knauf drywall, or whether that was

11   the cause of that particular device creating a

12   very obvious electric shock.  The video didn't

13   show the person getting shocked, but had they put

14   their hand in the right place, they would have.

15             That's the only instance I'm aware of.

16        Q    And that's nowhere in your report;

17   correct, no mention of that in your report?

18        A    That specific video is not mentioned in

19   my report, no.

20        Q    You don't intend to rely upon that for

21   any of the opinions you intend to offer at the

22   trial of this matter in June; correct?

23        A    No, it's not sufficiently proven for

24   that purpose.

25        Q    Okay.

Page 44

```
1              Let's go to page 3, if you could,

2      please, bullet point number 3 -- bullet point 1,

3      I'm sorry, the one where you talk about a building

4      code.  Do you see that?

5          A    I do.

6          Q    It just says in general "as required by

7      the building code."  What building code are you

8      talking about specifically?

9          A    The current building codes throughout

10     the United States, including Louisiana, rely upon

11     the National Electric Code; and that's the

12     specific source that requires electrical cables to

13     be listed for a corrosive environment, and that

14     the particular cable is not.

15         Q    Well, did you specifically review the

16     electrical codes applicable to Jefferson Parish

17     with regard to the Clement home in St. Tammany

18     Parish with regard to the Campbell property?

19         A    I did not.  I reviewed the National

20     Electric Code previously as it related to other

21     parishes.

22         Q    Have you ever done any electrical work

23     in Louisiana?

24         A    No.

25         Q    Have you ever done any electrical work
```

```
 1      anywhere?

 2           A     Yes.   I grew up with a contractor father

 3      and he did everything.

 4           Q     But you're not a licensed electrician;

 5      correct?

 6           A     I am not.

 7           Q     You're not a licensed electrical

 8      inspector; correct?

 9           A     I'm not.

10           Q     And you've not taken any class regarding

11      the electrical code applicable here beyond just

12      basic electrical engineering courses taken in your

13      civil engineering curriculum?

14           A     I have not.   That's correct.

15           Q     And you're not familiar with the

16      electrical codes applicable in Louisiana,

17      including Jefferson and St. Tammany Parish;

18      correct?

19           A     No, I'm familiar with the National

20      Electric Code.

21           Q     Right.   I understand that.

22                 But you're not familiar with the code

23      specifically applicable to Jefferson and

24      St. Tammany Parish; correct?

25           A     That's correct.
```

1    Q    The impact of that chlorine, though, is

2    just unknown to you; correct?

3    A    That's correct.

4    Q    We had talked earlier about the risk of

5    future corrosion, even if the drywall on the first

6    floor is removed in the Clement home, so I don't

7    want to go into that and be repetitious, but I

8    don't think I did ask you that question.

9         You're unable to quantify that risk;

10   correct?

11   A    That's correct.  The risk has not been

12   studied of use of corroded copper wire in homes,

13   and there simply is not a body of experience that

14   allows us to know that it's one event per thousand

15   or one event per million, which would be a

16   quantification of risk that we could then

17   understand.

18        The work has not been done; the body of

19   experience doesn't exist.

20   MR. SEEGER:

21        I'm just going to put a late objection

22        to the question, if you don't mind, Peter.

23   MR. SPERLING:

24        Fine.

25   BY MR. SPERLING:

Page 48

1      Q     I'm still on page 3 on bullet point 1.

2    The last sentence of that bullet point says:   The

3    consequences of these risks make it necessary to

4    replace electrical wiring and devices in the home.

5         Is the risk of future corrosion the only

6    risk you're referring to?

7      A     The risk of -- the risk of future

8    hazards, or present hazards, caused by existing or

9    future corrosion is the reason for that -- for

10    replacement of the wiring in the devices.   It is

11    hazard that's the risk.

12      Q     Well -- and let me confine this line of

13    questioning to the second floor electrical wiring

14    in the Clement home.   What do you mean when you

15    say the "risk of hazard"?   What exactly are you

16    talking about?

17      A     The one that we've talked about already

18    is the -- a connection with existing corrosion at

19    that connection to the wire of the device.   That

20    existing connection creates a hazard of increased

21    heating and fire because of the existing

22    corrosion.   The future corrosion there increases

23    that risk.   That's just one type of risk.

24         I don't remember if your question was

25    only directed to wiring or to the entire sentence.

1      My recollection is the entire sentence, but the

2      same is true for the other parts of devices, which

3      I know you represented that Knauf would replace,

4      but the same thing is true with the other part of

5      the devices.

6           The other type of hazard is the

7      electrical device -- other electrical devices

8      besides receptacles and switches, such as the

9      security panel, the corroded wire there and other

10     light gauge, low voltage wiring; the hazard of

11     those failing to function and, therefore, not

12     perform.

13          So electrical devices goes beyond just

14     wire, beyond receptacles, beyond switches, but

15     includes many other devices, which if they fail

16     can create hazards.

17     Q    But, again, you've done no testing to

18     support that opinion; correct?

19     MR. BRYSON:

20          Objection to form.

21     THE WITNESS:

22     A    No testing -- testing -- we've looked at

23     devices; we've sent devices to Galler and Krantz

24     to look at them.  That's testing to identify the

25     corrosion damage on these devices; things, like,

Page 50

```
 1        even as small as the coffee pot from the Clement
 2        home.  We disassembled that and found copper
 3        sulfide corrosion on the circuit board of the
 4        coffee pot.  So that's testing to support that
 5        conclusion that, yes, these devices have corrosion
 6        damage.
 7        BY MR. SPERLING:
 8             Q    All right.  Looking at bullet point 2 on
 9        page 3, the KPT drywall off-gassing does not
10        cross-contaminate domestic drywall; correct?
11             A    We have no reason to believe that it
12        does.
13             Q    And it also doesn't cross-contaminate
14        wood building materials, like, studs; correct?
15             A    That's correct.  And even with both
16        particular materials.
17                  By cross-contamination, I understand
18        your question as meaning the gases go into the
19        adjacent material and then leave a gas residue.
20        The reason I need to explain that is that we are,
21        of course, in remediation, worried about the dust,
22        which, as you imagine, the drywall being to a
23        certain extent pulverized.
24                  When you break a board, you pulverize a
25        section of the drywall.  That dust, then, where it
```

Page 66

```
1      material scientist on our staff, and he relies on
2      his training and experience.
3           Q    Well, you would expect that if
4      Dr. Belmar has found sulfur in that pit, he would
5      have said so; correct?
6           MR. BRYSON:
7               Object to the form.
8           THE WITNESS:
9           A    That's correct.
10              Dr. Belmar and I specifically considered
11     the --- sectioning of the pit requires a fused ion
12     beam device, which we did not have.  And we
13     considered doing it, but we simply did not have
14     the device necessary to section the pit and look
15     into it.
16     BY MR. SPERLING:
17          Q    Let's refer back to page 3 of your
18     report, bullet point 3.  You say:  These elements
19     should be thoroughly cleaned and allowed to
20     off-gas before reconstruction.
21              Now, you haven't done any testing on
22     whether any building materials off-gas Chinese
23     drywall; correct?
24          A    That's correct.
25          Q    And you haven't done any testing to
```

1    determine whether any building materials saturate

2    Chinese drywall gases; correct?

3        A    That's correct.

4        Q    Now, with regard to bullet point 4,

5    which is the personal possessions -- oh, I'm

6    sorry.  Let me go back to bullet point 3.

7            There's nowhere in your report that

8    there's any scientific basis for the proposition

9    that any building materials need time to off-gas;

10   correct?

11       A    The -- it's not in the report.  The

12   scientific basis for it is my experience, and the

13   experience of many others, that when -- when we

14   build, periods of ventilation and dry-out are

15   prudent.  We do that when we build a new building

16   and put in carpeting; and we do it -- we've done

17   it when we've done remediation of other

18   contaminants in homes, such as drywall that has

19   mold on it.

20           And that's the basis; that it is a

21   prudent part of a reconstruction to allow the --

22   any residue to dissipate through dilution.

23       Q    And that -- that period would be a

24   matter of, what, 2 to 3 days; correct?

25       A    We don't know how many days are

Page 68

```
 1      required.  We use 4 weeks for such a period

 2      because experience shows that that both gives time

 3      for the practical cleaning to be observed and

 4      tested, and for any such off-gassing to occur.

 5              So 2 to 3 days simply isn't enough time,

 6      typically, for the necessary clearance paperwork

 7      by a consultant, so more time is needed, just as a

 8      practical necessity, and 4 weeks is commonly

 9      applied in other instances, and that's why we use

10      it here.

11              VIDEOGRAPHER:

12                  We're now off the record.  It's 11:57,

13              and this is the conclusion of Tape 2.

14                  (A recess taken at 11:57 a.m.  Back on

15              record at 12:13.  Start Tape 3.)

16      BY MR. SPERLING:

17          Q    I want to go back just briefly and

18      finish up on your testimony regarding the future

19      corrosion.  If I appreciate your testimony, you're

20      not familiar with a specific mechanism that would

21      result in future corrosion absent Chinese drywall;

22      correct?

23              MR. BRYSON:

24                  Objection to form.

25
```

Page 70

```
 1        formulated based upon your education, experience

 2        and expertise; correct?

 3            A     Well, my -- you expanded the question.

 4            ·My experience and expertise is one of

 5        assembling, in this instance, repair

 6        recommendations based on a team working to

 7        understand a problem.  So that is completely

 8        within my experience, training and expertise.

 9                 The specific item that you asked, I rely

10        upon the experience and expertise of Dr. Scully

11        and Mr. Krantz.

12            Q     Because it's outside your area of

13        expertise?

14            A     That specific work is outside my

15        expertise.

16            Q     And you've done no testing yourself to

17        confirm or negate the possibility of future

18        corrosion absent Chinese drywall; correct?

19            A     I have not done any such testing.

20            Q   . Now, with regard --- going back to your

21        report on page 3, bullet point 4, when you talk

22        about the personal possessions, you say that they

23        should be cleaned.

24                 So that -- you would agree that Chinese

25        drywall --- the tarnish caused by Chinese drywall
```

Page 74

```
 1        A    No.  It's in the materials that we
 2    provided; our reliance materials.
 3        Q    So any of the testing that you've done
 4    in the --- of the appliances or the electronics in
 5    either the Clement or the Campbell homes is not
 6    contained within your report?
 7        A    No.  With the -- the specific testing
 8    that we did of the coffee maker from the Clement
 9    home is contained in our lab report that simply
10    was not ready at the time I published this report.
11             In terms of other items, I need to
12    refresh my recollection with my sample list, which
13    I will do so.  (Reviewing document.)
14             The thing I wanted to refresh my
15    recollection on is with respect to items that we
16    sent to Mr. Galler and that are electrical -- are
17    electronics.  They're not appliances, of course.
18             And that certainly is a smoke detector,
19    thermostat and circuit board -- circuit --- circuit
20    board from the air handling unit.  Those are
21    electronic devices that we sent to Mr. Galler for
22    testing, and those are included by reference to
23    his work in our report.
24        Q    Okay.  In terms of the appliance,
25    though, you didn't do any testing on the
```

1    refrigerator, oven, anything like that; the big

2    appliances, larger appliances?

3         A    Did no laboratory testing.  The -- I did

4    make visual record of apparent black corrosion on

5    the refrigerator.

6         Q    I'm sorry.  Black corrosion where?

7         A    On the refrigerator.

8         Q    Is that in your report?

9         A    I don't remember if I wrote that into

10   the report or not.  It certainly is in the

11   materials provided.  I don't recall if I put it

12   into the report or not.  (Reviewing document.)

13            I did not put a record of that into the

14   report.

15        Q    To your knowledge have the Clements

16   experienced any problems with their refrigerator?

17        A    Not to my knowledge.

18        Q    Isn't it true, with regard to the

19   appliances and electronics, that the contact

20   switches or circuit boards could be housed in

21   something that would prevent exposure to Chinese

22   drywall gases?

23        A    They could be.  Our examination of -- of

24   many circuit boards and switches have shown us

25   that some circuit boards will have switches

```
 1      that -- and have very little exposure to gas, and

 2      the same circuit board will have a switch that is

 3      exposed to gas.  So there's a great deal of

 4      variability between circuit board and circuit

 5      board, and even within circuit boards, about the

 6      exposure of contacts and switches.

 7              In terms of other parts of the circuit

 8      boards, there's generally other parts that are

 9      exposed, but contacts and switches vary from board

10      to board and even within boards.

11        Q    Now, was that discussion specifically

12      with regard to the Clement home, or you were just

13      saying in general?

14        A    That is specific to my experience of

15      taking apart many devices with corrosion from

16      Chinese drywall, not specifically to Clement.

17        Q    To Clement.  Okay.

18              Let me refer you, please, to page 4 of

19      your report on the Clement home.  If you look at

20      the paragraph that starts off "Paul Clement

21      Reports" -- do you see that?

22        A    I do see it.

23        Q    The next-to-last sentence says, in that

24      paragraph:  It appears that some copper pipes were

25      not replaced during these repairs.
```