**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                                      SECTION: L MAG 2

                                                                      JUDGE FALLON

(This Document Relates to Gross, et.al. v.
Knauf Gips KG, et al; Case No. 2:09-CV-6690)         MAG. JUDGE WILKINSON

_____/

**NOTICE OF APPEARANCE**

        The law firm of Bilzin Sumberg Baena Price & Axelrod LLP, by and through the

undersigned counsel, hereby enters its appearance on behalf of Defendant, K. Hovnanian First

Homes, LLC, in this matter, and requests that counsel and the Court henceforth serve all pleadings

and papers on the undersigned.

Dated: June 14, 2010

                                        Respectfully submitted,

                                        BILZIN SUMBERG BAENA PRICE
                                        & AXELROD LLP
                                        Attorneys for KHFH
                                        2500 Wachovia Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, Florida 33131
                                        Tel.: (305)374-7580   Fax: (305)374-7593

                                        BY:    /s/ Melissa Pallett-Vasquez
                                               ROBERT W. TURKEN, ESQ.
                                               Florida Bar No. 306355
                                               rturken@bilzin.com
                                               ADAM F. HAIMO, ESQ.
                                               Florida Bar No. 502731
                                               ahaimo@bilzin.com
                                               MELISSA PALLETT-VASQUEZ, ESQ.
                                               Florida Bar No.  715816
                                               mpallett@bilzin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2010.

By:   *Melissa Pallett-Vasquez*
        Melissa Pallett-Vasquez