UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Donald Gross, et al. v. Kanuf Gips, KG, et al.
Case No. 09-6690
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE that, without acknowledging the jurisdiction of this Court and subject to all reservation of rights and without waiver of any defenses the law firm of Hill, Ward & Henderson, P.A. enters its appearance as counsel of record for Defendant, Standard Pacific of South Florida G.P., Inc. and requests that all future pleadings and correspondence be directed to the undersigned.

    s/ Brian L. Josias
    Rocco Cafaro, Florida Bar No. 129054
    Lara J. Tibbals, Florida Bar No. 507121
    Brian L. Josias, Florida Bar No. 893811
    HILL, WARD & HENDERSON, PA
    101 East Kennedy Boulevard, Suite 3700
    Tampa, Florida  33602-2231
    Tel: (813) 221-3900
    Fax: (813) 221-2900

    *Counsel for Defendant,*
    *Standard Pacific of South Florida GP, Inc.*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2010.

                                                s/ Brian L. Josias