UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE- MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047 |
| | * | SECTION: L |
| THIS DOCUMENT RELATES TO: Sean and Beth Payton, individually on an behalf of all others similarly situated | * * * * * | MAG. WILKINSON |
| v. | * * | |
| KNAUF GIPS KG, et al Civil Action No. 09-07628 | * * * | |

******************************************************************************

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendant, DMH Development, Co. ("DMH"), by and through undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states as follows:

1.  On March 9, 2010, the Court entered Pre-Trial Order No. 1F requiring Defendant to submit appropriate Profile Form within forty (40) days after service of process.

1

2. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to gather the information required and to confirm its accuracy.

3. An extension will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, DMH Development, Co., prays for an extension of time through and including July 19, 2010 to submit its Profile Form as required by the Court.

Respectfully submitted,

s/ Glenn B. Adams
GLENN B. ADAMS (2316)
DENIA S. AIYEGBUSI (31549)
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA  70130
Telephone:  (504) 581-3838
Email: gadams@phjlaw.com

Email: daiyegbusi@phjlaw.com

*Attorneys for DMH Development, Co.*

## CERTIFICATE OF SERVICE

I hereby certify that DMH Development, Co.'s above and foregoing Ex Parte Motion for Extension of Time to Submit Defendant Profile Form has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhk.com and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and upon all parties by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of June, 2010.

s/ Glenn B. Adams
GLENN B. ADAMS
DENIA S. AIYEGBUSI
