# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| DAVID GROSS, et al VS. KNAUF GIPS GP, et al CASE NO. 09-6690 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOHN KORN BUILDERS, LLC CORPORATE DISCLOSURE STATEMENT

Defendant, John Korn Builders, LLC ("JKB"), hereby submits its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Uniform Local Rules of the United States District Courts of Louisiana.

The undersigned counsel of record for JKB hereby certifies that:

(1) JKB does not have a corporate parent; and

(2) JKB is not a publicly traded corporation listed on any stock exchange; and therefore, no corporation owns 10% or more of its stock.

Respectfully submitted, this 14th day of June, 2010.

                        GALLOWAY, JOHNSON, TOMPKINS,
                          BURR & SMITH

        By:  */s/ KEVIN L. COLE*
              KEVIN L. COLE, LA Bar No. 04248

**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*


-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
  BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*


**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Answer and Defenses of John Korn Builders, LLC* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 14th day of June, 2010.

                                                                    /s/        KEVIN L. COLE                     
                                                                    KEVIN L. COLE, LA Bar No. 04248

2