UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: DAVID GROSS, ET AL. V. KNAUF GIPS KG, ET AL., NO. 09-6690 | * * * | DIVISION "2" |
| | | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

NOW INTO COURT comes the law firm of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., through the undersigned counsel, and appears on behalf of Belfor USA Group, Inc., in the above-referenced proceeding with full reservation of all rights and defenses, including, but not limited to, objections service of process, venue and jurisdiction.  Please serve all future pleadings, other filings, documents, and correspondence in connection with these actions upon the undersigned counsel.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

BY:   /s/ Adam B. Zuckerman
      ADAM B. ZUCKERMAN, T.A. (La. No. 25943)
      SARAH CASEY (La. No. 32385)
      201 St. Charles Avenue, Suite 3600
      New Orleans, Louisiana  70170
      Telephone:  (504) 566-5200
      Facsimile:  (504) 636-4000
      E-Mail: azuckerman@bakerdonelson.com
      E-Mail: skcasey@bakerdonelson.com

**ATTORNEYS FOR BELFOR USA GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2010, a copy of the foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Court's Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047.

      /s/ Adam B. Zuckerman