UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| KIMBER FORET AND RYAN FORET | * * | MAG. WILKINSON |
| Versus | * * | |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TAINHIN CO., LTD., TAISHAN GYPSUM CO. LTD., F/K/A SHNDONG TAIHE DONGXIN CO., LTD., USG CORPORATION, L&W SUPPLY CORPORATION, D/B/A SEACOAST SUPPLY, INTERIOR/ EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC., ROTHCHILT INT. LTD, LEE ROY JENKINS, AND STATE FARM FIRE & CASUALTY COMPANY | * * * * * * * * * * * | 10-1553 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S
MOTION FOR LEAVE TO SUBSTITUTE  EXHIBIT
<u>ATTACHED TO NOTICE OF REMOVAL</u>**

Defendant State Farm Fire & Casualty Company removed the above-captioned case to this Court pursuant to 28 U.S.C. §§ 1332 and 1441.  (*See* 2:10-cv-1553, Dkt. No. 1.)  In support of its Notice of Removal, State Farm set forth in the Paragraph 13 of the petition for removal, that Plaintiffs were insured under a State Farm Homeowners Policy, issued in May 2006, which provided limits in the amount  in the amount of $174,080 for the dwelling, $17,408 for the

1

dwelling extension, $130,560 for contents and loss of use in the amount of actual loss sustained. A copy of the declarations page for homeowners policy Number 18-E4-30210 was to be attached as Exhibit B.  Undersigned counsel mistakenly attached as Exhibit B, the declarations page for State Farm Policy 18-EU-7449-1, a policy also issued to the Plaintiffs in 2006 but which provided coverage for a rental home located at 832 Gordon Avenue in Harahan, Louisiana.  This policy is not the subject of the Plaintiffs' lawsuit and was replaced by the homeowners policy.  (See 2:10- cv-1553, Dkt. 1-3.)[1]   Accordingly, State Farm hereby seeks leave of court to substitute Policy Number 18-EU-3021-0 effective for the period of *May 25, 2006* through *May 25, 2007* (attached hereto as Exhibit 1), for the policy limits declarations page previously attached to the Notice of Removal.

The coverage limits on the applicable homeowners policy are $174,080 for the dwelling; $17,408 for the dwelling extension; $130,560 for personal property; and Loss of Use in the amount of Actual Loss Sustained, the same amounts set forth in the Petition for Removal.  (*See* No. 2:10-cv-1553, Dkt. No. 1 at ¶¶ 13 and Exhibit 1 attached, Declarations Page)  Thus, the amount allegedly at issue under the policy itself remains in excess of $300,000, and this substitution of policy limits exhibit has no effect on this Court's jurisdiction pursuant to 28 U.S.C. § 1332, as asserted in the Notice of Removal.  (*See* 2:10-cv-1553, Dkt. No. 1 at ¶¶ 13.)

---

[1] A certified copy of the entire Homeowners Policy at issue has been filed in the record of these proceedings as an exhibit to State Farm's Motion for 12 (b) (6) Dismissal filed with the court on June 1, 2010.  The declarations page of Policy No. 18-EU-3021-0 reflects that it replaces Policy 18-EU-7449-1.  (See 09-md-2047, Dkt. 3419-3.)

WHEREFORE, State Farm moves that it be granted leave of court to file the attached Exhibit 1 for Exhibit B  previously filed with its Notice of Removal.

/s/ Emily S. Morrison

_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com


**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Motion to Sever has been served upon on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 14th day of June, 2010.

/s/ Emily S. Morrison