```
STATE FARM  SF FIRE                     CLM           YR BLT TRAN CNTY YRISS
REQ BY            CURR DATE 05/19/10     REP             06   BBBB  052   05
INSURED     TAX ID                          CAUSE  AMOUNT  TYPE LINE  SUIT CT
FORET, RYAN & KIMBER
231 CARRIAGE PINES LN
COVINGTON LA           704355689

                                        PAYEE  (INS) (CLMT) (MTG) (CNTR)

     CLAIM NUMBER    POLICY NUMBER   RO   AUTH DATE
                     18-E4-3021-0    22   TAX ID #                    RELEASE
                                          DRAFT/CD #
                                          DATE ISS/RES                MEMO
EFF DATE  05/25/06  EXP DATE  05/25/07
         CANCEL/EXPIRATION               AGT           S.AGT
COV CS DT              CANC DT           1855  18
REINSTATE DT           COV CSDT          AGT NAME (C J       )   AGT PHONE #
DATE LOSS    CAT   UNIT    CMT   DEDUCT  C J LADNER INSURANCE AGC  985-892-5030
05/01/07                         O-5C1%  PACE P 187.7#   IV  1     COINS
IV RATE 165%                     U- 02%                       INSURED PHONE #
LOCATION                                                      H 504-908-8519



MORTGAGEE          LOAN #02197
SUNTRUST MORTGAGE INC          ( 1)
ISAOA/ ATIMA
PO BOX 57028
IRVINE CA              926197028        TERM ID NO CDQ          X-REF POLICY
                                        CDQ    05/19/10         FR- 18-EU74491

REGIONAL MESSAGE                        ASSIGN DT
$160,000
                                        REINS
                                        POLICY TYPE   HO - HOMEOWNERS


    LIMITS
    LS ASMT
    DWEL EXT    17408
    CONTENTS    130560
    ALE         ACTUAL
    LIAB        300000
    MPC/PER     1000
    MPC/OCC

***CONT. NEXT PAGE***
```

COVERAGE LIMITS SHOWN ARE CERTIFIED TO BE THE EXACT LIMITS IN FORCE AT LOSS DATE INDICATED HEREIN.

TEAM MANAGER

*[signature]*

State Farm Exhibit # 1

```
STATE FARM SF FIRE
           CURR DATE    05/19/10          POLICY NO   18-E4-3021-0
   INSURED FORET, RYAN & KIMBER

LOAN #                                    LOAN #
```

| LINE NO | FLMP CLASS SCSPTA | COV AMOUNT * UPDATED | DEDUCTIBLE AMOUNT | LIAB | RISK NO | OCC | STA CL | RISK AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 01 | HO1W34 | 174,080 | U-3200<br>O-1600 | 30 | 1 | | | 160,000 |
| 02 | JF W34 | 2,500 | | | 1 | | | 2,500 |
| 03 | HW W34 | 10,000 | | | 1 | | | 10,000 |

***CONT. NEXT PAGE***

```
STATE FARM SF FIRE
            CURR DATE   10/05/19        POLICY NO   18E430210
  INSURED FORET, RYAN & KIMBER

SCSPTA CODE           SCSPTA TEXT

     HO1              HOMEOWNERS
     JF               JEWELRY AND FURS SPECIAL COV
     HW               BACK-UP OF SEWER OR DRAIN
```

```
STATE FARM SF FIRE
             CURR DATE   05/19/10            POLICY NO  18-E4-3021-0
  INSURED FORET, RYAN & KIMBER
          231 CARRIAGE PINES LN
  FORMS              TITLE
  FP /7955/          HOMEOWNERS POLICY
  LSP/  A1/          COV A-RPLC COST - SIM CONSTCTN
  LSP/  B1/          COV B-LIMITED RPLC COST
  OPT/  ID/          COV A-INCR DWELLING
  OPT/  OL/
  FE /5320/          POLICY ENDORSEMENT
  FE /7218/6         AMENDATORY ENDORSEMENT
  FE /5398/          FUNGUS (INCLUDING MOLD) EXCL
  FE /5301/1         HURRICANE DEDUCTIBLE
  FE /5706/1         BACK-UP DWELL/LISTED PROPERTY
```