```
STATE FARM SF FIRE                     CLM            YR BLT TRAN CNTY YRISS
 REQ BY           CURR DATE 05/19/10    REP            06   BBBB  052   05
 INSURED    TAX ID                      CAUSE  AMOUNT TYPE LINE  SUIT  CT
 FORET, RYAN & KIMBER
 231 CARRIAGE PINES LN
 COVINGTON LA          704355689

                                        PAYEE (INS) (CLMT) (MTG) (CNTR)

       CLAIM NUMBER    POLICY NUMBER  RO    AUTH DATE
       18-E4-3021-0       22             TAX ID #                      RELEASE
                                          DRAFT/CD #
                                          DATE ISS/RES                 MEMO
 EFF DATE  05/25/06  EXP DATE  05/25/07
         CANCEL/EXPIRATION               AGT           S.AGT
 COV CS DT           CANC DT              1855  18
 REINSTATE DT        COV CSDT             AGT NAME (C J      )   AGT PHONE #
 DATE LOSS   CAT   UNIT    CMT    DEDUCT  C J LADNER INSURANCE AGC  985-892-5030
 05/01/07                         O-5C1%   PACE P 187.7#   IV  1   COINS
 IV RATE 165%                     U- 02%                       INSURED PHONE #
 LOCATION                                                      H 504-908-8519


 MORTGAGEE           LOAN #02197
 SUNTRUST MORTGAGE INC         ( 1)
 ISAOA/ ATIMA
 PO BOX 57028
 IRVINE CA           926197028           TERM ID NO CDQ        X-REF POLICY
                                         CDQ    05/19/10       FR- 18-EU74491

 REGIONAL MESSAGE                        ASSIGN DT
 $160,000
                                         REINS
                             POLICY TYPE   HO - HOMEOWNERS

                                         COVERAGE LIMITS SHOWN ARE
                                         CERTIFIED TO BE THE EXACT
                                         LIMITS IN FORCE AT LOSS
                                         DATE INDICATED HEREIN.
                                                 TEAM MANAGER
    LIMITS
    LS ASMT
    DWEL EXT    17408
    CONTENTS   130560
    ALE       ACTUAL
    LIAB      300000
    MPC/PER     1000
    MPC/OCC

 ***CONT. NEXT PAGE***
```

State Farm Exhibit # 1

```
STATE FARM SF FIRE
            CURR DATE    05/19/10           POLICY NO   18-E4-3021-0
  INSURED FORET, RYAN & KIMBER

LOAN #                                      LOAN #




LINE  FLMP CLASS   COV AMOUNT   DEDUCTIBLE   LIAB   RISK    OCC   STA      RISK
 NO      SCSPTA    * UPDATED    AMOUNT              NO            CL       AMOUNT
 01     HO1W34       174,080    U-3200       30     1                      160,000
                                O-1600
 02     JF W34         2,500                        1                        2,500
 03     HW W34        10,000                        1                       10,000
```

***CONT. NEXT PAGE***

```
STATE FARM SF FIRE
           CURR DATE   10/05/19          POLICY NO  18E430210
 INSURED FORET, RYAN & KIMBER

SCSPTA CODE         SCSPTA TEXT

    HO1             HOMEOWNERS
    JF              JEWELRY AND FURS SPECIAL COV
    HW              BACK-UP OF SEWER OR DRAIN
```

```
STATE FARM SF FIRE
          CURR DATE   05/19/10            POLICY NO  18-E4-3021-0
 INSURED FORET, RYAN & KIMBER
         231 CARRIAGE PINES LN
 FORMS              TITLE
 FP  /7955/         HOMEOWNERS POLICY
 LSP/   A1/         COV A-RPLC COST - SIM CONSTCTN
 LSP/   B1/         COV B-LIMITED RPLC COST
 OPT/   ID/         COV A-INCR DWELLING
 OPT/   OL/
 FE  /5320/         POLICY ENDORSEMENT
 FE  /7218/6        AMENDATORY ENDORSEMENT
 FE  /5398/         FUNGUS (INCLUDING MOLD) EXCL
 FE  /5301/1        HURRICANE DEDUCTIBLE
 FE  /5706/1        BACK-UP DWELL/LISTED PROPERTY
```