```
1              ||| UNCERTIFIED ROUGH DRAFT |||

2                 ROUGH DRAFT TESTIMONY OF

3                     BRENT DRISKILL

4             TAKEN ON WEDNESDAY, JUNE 9, 2010

5

6             REPORTER'S NOTE:  THIS UNEDITED

7    ROUGH DRAFT OF THE PROCEEDINGS WAS

8    PRODUCED IN REALTIME INSTANT FORM AND

9    IS NOT CERTIFIED.  THE ROUGH DRAFT

10   TRANSCRIPT MAY NOT BE CITED OR USED

11   IN ANY WAY OR AT ANY TIME TO REBUT OR

12   CONTRADICT THE FINAL CERTIFIED

13   TRANSCRIPTION OF PROCEEDINGS.  THERE

14   WILL BE DISCREPANCIES BETWEEN THIS FORM

15   AND THE FINAL FORM OF THE TRANSCRIPT,

16   BECAUSE THIS REALTIME INSTANT-FORM

17   TRANSCRIPT HAS NOT BEEN FULLY EDITED,

18   PROOFREAD, CORRECTED, FINALIZED, INDEXED,

19   BOUND, OR CERTIFIED.  THERE WILL ALSO BE

20   A DISCREPANCY BETWEEN THE PAGE AND LINE

21   NUMBERS APPEARING ON THIS UNEDITED ROUGH

22   DRAFT AND THE EDITED, PROOFREAD,

23   CORRECTED, CERTIFIED FINAL TRANSCRIPT.

24             ALSO, PLEASE BE AWARE THAT YOUR

25   REALTIME BROWSER SCREEN AND/OR THE
```



EXHIBIT

tabbies

5

```
1    UNEDITED, UNCERTIFIED ROUGH DRAFT

2    TRANSCRIPT MAY CONTAIN UNTRANSLATED

3    STENO, OCCASIONAL CHK MARKS, MISSPELLED

4    OR PHONETIC PROPER NAMES, OR NONSENSICAL

5    ENGLISH WORD COMBINATIONS.  THESE ARE

6    NOT "MISTAKES" MADE BY YOUR REPORTER

7    BUT ARE CAUSED BY THE COMPLEXITIES OF THE

8    ENGLISH LANGUAGE AND THE LIMITATIONS

9    IMPOSED BY WRITING IT PHONETICALLY.

10   ALL SUCH ENTRIES ARE CORRECTED ON THE

11   FINAL, CERTIFIED TRANSCRIPT.

12            IF THESE PROCEEDINGS HAVE BEEN

13   VIDEOTAPED, THE ROUGH DRAFT AND ANY

14   SUBSEQUENT DRAFTS OF THE TRANSCRIPT WILL

15   BE COMPARED AGAINST THE AUDIO OF SAID VIDEOTAPE(S)

16   IN ORDER TO ASSURE COMPLETE

17   VERBATIM ACCURACY OF THE FINAL, CERTIFIED

18   TRANSCRIPT.

19       MR. SPERLING:

20       MR. BOUDREAUX:

21       MR. SANDERS:

22       MR. SEEGER:

23       MR. LAMBERT:

24       MR. PETERSON:

25            Deposition of Brent Driskill.
```

```
 1          VIDEOGRAPHER:
 2               This is the videotape deposition of
 3          Brent Driskill.  This deposition is being
 4          held today at 1100 Poydras Street in New
 5          Orleans, Louisiana on June 9, 2010.  The time
 6          is 2:43 p.m.  Would counsel present please
 7          introduce themselves and which party they
 8          represent.
 9          MR. SPERLING:
10               Peter Sperling KPT.
11          MR. THIBODEAUX:
12               Paul Thibodeaux for KPT.
13          MR. SEEGER:
14               Chris Seeger for the Campbell and
15          Clements family.
16          MR. LAMBERT:
17               Hugh Lambert for PSC and the Campbell
18          family.
19          MR. PETERSON:
20               Casey Peterson for John Campbell and the
21          Clement family.
22               BRENT DRISKILL,
23     Having been first duly sworn, was examined and
24     testified as follows:
25                         EXAMINATION
```

BY MR. SPERLING:

   Q    Could you please state your full name
and address?

   A    My name is Brent J. Driskill.  And my
home address is 1900 Bonny Street, Metairie,
Louisiana, 70001.

   Q    All right.  Good afternoon,
Mr. Driskill.  We met right before the deposition
started.  I'm Peter Sperling and I represent KPT,
and we're here to ask you some questions about
some inspections you performed on a couple of
different properties.  One in Metairie, which is
what we call the Clement home; and then some
properties over in Slidell, which are the Campbell
properties.

        And I understand you've given a
deposition before?

   A    Yes, sir, I have.

   Q    So you're familiar generally with the
process?

   A    Yes, sir.

   Q    All right.  I want to start out first,
and tell me a little bit about your background,
your education and your training.  Let's start
with your education; tell me a little bit about

1    your schooling.

2         A    Well, I have a general business degree

3    at Delgado College.  I finished in 1960 in

4    air-conditioning, refrigeration, mechanical

5    drafting and industrial safety.  It's a 3-year

6    curriculum, and I completed that.  And worked in

7    the air-conditioning business for several years,

8    after which I formed Crescent Refrigeration

9    Incorporated, which was in the beginning a

10   refrigerator and room air-conditioning repair

11   service company, and then we went into central

12   air-conditioning and heating, and then to

13   mechanical contracting where we installed in

14   various hotels and larger structures.

15              And I kind of got out of that in the

16   mid-'80s and my wife and I formed a home warranty

17   company called Greater New Orleans Home Service in

18   1999.  It was a woman-owned company she started.

19   And we were going along just fine until Katrina

20   hit and took 85 percent of our client base away,

21   so that company kind of went away.

22              And I had been performing various

23   kinds -- various types of home inspections for

24   resale for realtors since the late '80s, as well

25   as air-conditioning inspections for contamination,

1    for performance, indoor air quality, heat load

2    sizing, et cetera.  And along about 2001 -- 2000,

3    2001, I started Driskill Environmental

4    Consultants, which is a more of a specialty

5    company in performing inspections on water damaged

6    and mold contaminated buildings.

7         The background that I had throughout my

8    career in business also included general

9    construction.  I had built strip shopping centers

10   at Elmwood, office repair -- office warehouse

11   spaces and sold those off, I did that for maybe

12   10 years.  So my building construction knowledge

13   and my air-conditioning background and the

14   sciences of temperature, moisture and, et cetera,

15   led me to go into the environmental inspections,

16   whereby I was armed with enough information to be

17   able to determine causation when various types of

18   water damages occurred, from defective

19   construction to failed systems; and then that

20   brings me up until today.

21        And I was involved earlier on, I don't

22   know, a year and a half -- I don't know exactly

23   the time frame, in inspecting the defective

24   drywall, and by merely detecting and determining

25   the presence of the drywall.  I don't offer expert

```
 1    opinions regarding why it's contaminated or how
 2    it's contaminated, et cetera, but other than, as
 3    an inspector, my knowledge of knowing what a
 4    normal system in a home would be, more
 5    specifically the copper wiring systems and
 6    terminals and so forth as opposed to that which
 7    would be contaminated or corroded.  That would
 8    be -- that's what led me to get into that, and I
 9    became associated with several attorney firms in
10    doing that and we're still performing those
11    inspections.
12         Q    In connection with the Driskill
13    Environmental Consultants that you formed in 2000,
14    2001, did you receive any formalized or
15    specialized education in connection with that
16    business?
17         A    Yes.  My original background in school
18    was in industrial safety which had some industrial
19    hygiene courses involved.  I further took courses
20    with the national asbestos environmental training
21    institute.  There were online study courses and
22    then an attendance in various workshops for a
23    couple of weeks going over the specifics of
24    inspecting.  I was already an inspector, but it
25    was specifics in determining types of
```

1  contamination.  So I've gone -- I've gone through

2  several of those schools.

3       I went to an online -- I went to an

4  online program at Trinity College earlier on, just

5  after 2000, and what I was going on -- what my

6  plan was, I was going to sit for certification as

7  a certified industrial hygienist.  It's a very,

8  very difficult, very difficult course I learned

9  after taking the numerous study courses; and I

10  never sat for the course, because the difficulty

11  and my time constraints and how much studying I

12  could do.

13       So in 19 -- 2005 when Katrina hit, I

14  just washed that out from my things to do.  I'll

15  be 70 years old tomorrow, and so it would have

16  been nice to have been certified earlier on in my

17  career back when testing was really, really easy;

18  today it requires much more rigorous studying and

19  many things in industrial hygiene that I don't

20  use, such as ergonomics, lighting, sound, all

21  these things that plants -- industrial plants and

22  the likes.  My specialty is strictly fungal

23  contamination, water damaged structures.

24       Q    Oh, by the way, happy birthday early, a

25  day early.

```
 1        MR. SEEGER:
 2             I would like to look like you when I'm
 3        70.  Something tells me I'll be falling
 4        apart.
 5   BY MR. SPERLING:
 6        Q     I'm looking at one of your -- just any
 7   one of your reports.
 8        A     Yes, sir.
 9        Q     And it has, report prepared by Brent J.
10   Driskill, and has several acronyms afterwards.
11   What is CMC?
12        A     Certified Microbial Consultant.  That
13   would be the National Asbestos and Environmental
14   Training Institute.
15        Q     That's the online training you were
16   talking about?
17        A     No.  Well, the study courses and then
18   you attend the study workshops that they have for
19   it.  There were several.  There were several
20   certifications; Certified Microbial Consultant and
21   then there's Certified Microbial Remediation
22   Supervisor.
23        Q     That's the CMRS?
24        A     Yes.  Which I supervised mold
25   remediation projects.
```

1      Q      Okay.

2             And that was --- again, you received that

3      certification from what's the name of the entity?

4      A      NAETI.  National Asbestos Environmental

5      Training Institute.

6      Q      And IH, I assume that's Industrial

7      Hygienist?

8      A      Yeah.  That title was given with the

9      online course that I took through Trinity College

10     and it's -- it doesn't have the weight that

11     certification -- it probably would be compared to

12     after finishing law school and you're not admitted

13     to the bar, you're not a lawyer, you have all the

14     attributes to be a lawyer.  So that's what I opted

15     out and I didn't sit for the class -- sit for the

16     test.

17     Q      Do you hold yourself out as an expert in

18     the field of industrial hygiene?

19     A      No.

20     Q      You had mentioned that you had worked

21     with several attorneys on the drywall cases.  Have

22     you ever testified in court?

23     A      Yes, I have.

24     Q      Have you ever been qualified in court as

25     an expert?

```
 1        A      Yes, I have.

 2        Q      In what field or fields?

 3        A      Air-conditioning -- air-conditioning

 4   design and installation, and mold remediation.

 5        Q      And do you remember the names of any of

 6   the attorneys that you worked with in any of the

 7   mold remediation cases?

 8        A      Yes.  Let's see.  When you have to think

 9   about these things, it's tough.  I'm working right

10   presently with Gertler, Michael Gertler.   The

11   late -- what's this guy's name in Houston that was

12   killed in the automobile accident last year?

13        MR. SEEGER:

14             John Aucoin.

15        THE WITNESS:

16        A      John Aucoin.  I did work for him in

17   Galveston Texas.

18             Henry Dart.

19             (Recess taken at 2:55 p.m.)

20             (Back on the record at 2:56.)

21   BY MR. SPERLING:

22        Q      Can you give me the names of any of the

23   attorneys you've worked with in the drywall

24   litigation?

25        A      Let's see.  The Benjamin Law Firm.
```

```
 1    Lambert and Nelson.  I can't think of the names
 2    and it's probably 8 or 10 firms.  The names escape
 3    me now.
 4         Q     Are they all on the plaintiffs's side?
 5         A     I believe so.  They're all persons with
 6    contaminated drywall.
 7         Q     And tell me, how did you first get
 8    involved in the inspection of homes with damaged
 9    drywall.
10         A     I'm not exactly sure the very first
11    one --
12         MR. LAMBERT:
13              Just for the record.  I object to the
14         term damaged drywall.
15    BY MR. SPERLING:
16         Q     I was just -- I think that's what -- the
17    term you had used.
18         A     Contaminated.
19         Q     Contaminated.  I'm sorry.  Contaminated
20    drywall?
21         A     Yes, sir.  I'm not sure exactly how it
22    came about.  But as inspectors we were called upon
23    and we still are by the real estate community and
24    we perform numerous environmental inspections
25    prior to home purchases or home sales, because of
```

1    the flood conditions and they want to make sure

2    these projects are clean.

3            And I don't know if we happened upon it

4    and the -- the off-gassing odors of sulfur

5    compounds and we revealed that and then things

6    sort of morphed into I made some phone calls to

7    the Lambert firm and to Mr. Becnel in LaPlace and

8    several -- offering our professional services --

9    Mr. Russ Herman, his firm.  And so I don't know

10   exactly how this thing incubated, but it started

11   by inspections through realtors.

12       Q    I think I appreciate your testimony, but

13   I want to see if I can pin you down a little bit.

14   Was the initial call you got, whenever it was, to

15   do the first inspection of the home with

16   contaminated drywall, was that call from an

17   attorney or from some real estate type person?

18       A    I don't really recall.  But in the

19   scheme of things, we performed more Chinese

20   drywall inspections prior to becoming involved

21   with the attorney firms.  So I'm not sure how it

22   morphed into that connection.  But I did make -- I

23   solicited them, they didn't call me.

24       Q    You solicited them and said what?

25       A    Well, we're inspectors of the drywall

```
 1    and I've attended just about every townhall
 2    meeting that was given around here with Senator
 3    Julie Quinn and several other spokes people,
 4    Mr. ^Leget, and I had met attorneys.  My interest
 5    in inspecting and performing my living had the
 6    advantage of meeting several attorneys there who
 7    were representing various clients.  So that's
 8    another avenue how I contacted the various
 9    attorneys.
10         Q    So tell me about what experience,
11    whether by education, training or background, you
12    have with regard to Chinese drywall.  I mean,
13    where did you acquire the knowledge or expertise
14    to hold yourself out as qualified to go through a
15    home and, as you say, detect the presence of
16    Chinese drywall?
17         A    Well, in our air-conditioning company,
18    Crescent Refrigeration, my son operates that
19    company, we were called out on service calls.  I
20    don't go on the service calls.  My son's group
21    does.  And we found that there were
22    air-conditioning components, the evaporator coils
23    in various homes that were highly advanced in
24    corrosion as compared to -- well, being a year or
25    two old as compared to product that's 10 or 15 to
```

1   20 years old.  The copper will tarnish or corrode

2   or oxidize, whatever the terms are.  It's one of

3   the potato/potato as far as I'm concerned, but

4   they turned black.  So we determined that.  And

5   then after having determined that was the case,

6   and then this -- the Chinese drywall thing came up

7   at the house, so we began looking into other areas

8   of -- of black corrosion on copper things.  Some

9   of which -- the things that were more prevalent

10  were the AC coils, because they stay wet and those

11  sulfur gases somehow react rapidly with wet

12  surfaces and form some acid etching process and

13  leaving some black residue.  That, along with

14  water heaters in garages, going up to a water

15  heater and seeing one line of the water heater

16  black and the other one copper, it just poses a

17  question why is this happening.

18          So those kinds of things I didn't

19  necessarily log it all in and I can't recall the

20  exact flow of things, but one thing led to

21  another, and by inspecting the receptacles and

22  switches in that house, copper connections and

23  other appliance connections, we could determine

24  quickly if there was some contaminating process,

25  corrosive process taking place simply by the

1   discoloration and simply by turning the electrical

2   off and then swiping your finger on the surface of

3   the copper, and it leaves this black residue.  So,

4   and then I don't want to make it sound too simple,

5   but it's very simple; this is all an eye detection

6   thing.

7             Aside from, as the process began, there

8   was developed through certain regulatory agencies

9   or the courts or whatever on the methodology in

10  determining and acquiring sampling of the

11  suspected contaminated drywall by boring holes and

12  then there was -- it was even determined that the

13  stampings on the drywall were in specific areas of

14  the drywall that you couldn't see.  So that was

15  sort of, like, and art form to go in there and

16  measure the drywall, draw a hole, so we became a

17  little proficient in that.

18            In the beginning we didn't have that

19  information --

20       Q    When you say the beginning --

21       A    Well, in the fall -- was it the fall of

22  '08ish?  I think it was about -- time flies when

23  you're 70 years old.

24       Q    You're not 70 yet.

25       A    So -- but in that time frame, we just

1    became aware of it and I had absolutely no

2    knowledge, nor was there any science out there as

3    to the effects of it, the health effects, the

4    effects of the house.  Only that this

5    discoloration was taking place.

6         Q    So your protocol for the detection of

7    the presence of Chinese drywall, it's a visual

8    inspection?

9         A    Well, it's visual.  Plus we have H2S

10   detection meters.

11             I rented one, at least one in Fort

12   Worth, parts per billion, and I forget the name of

13   it.  Anyways, it's a 23,000-dollar instrument, I

14   believe.  And so -- but for the sake of

15   determining the presence of drywall, contaminated

16   drywall without specifically going to a sheet of

17   the wall on the ceiling, the very presence of it

18   would manifest this oxidation on these

19   receptacles.  So I felt like I would keep my parts

20   per million machine, which I have, it's $800; it's

21   not that expensive relatively speaking.  So I --

22   but I rely heavily on visual as well as stampings,

23   attics, the back side of drywall has the

24   stampings, and we've become accustomed to the

25   various wordings.  And when asked, we will take a

```
1    piece of that drywall, drill out, and either store
2    it for safe keeping or have it sent off to the
3    lab.
4         Q    You don't do any sort of microscopic
5    analysis of --
6         A    No, sir.
7         Q    -- copper wires or receptacles?
8         A    No, sir.  That's not my field.
9         Q    Okay.  And the methodology that you
10   employ, you consider that to be reliable?
11        A    Very, very much so.
12        Q    So if I had a home that I suspected had
13   Chinese drywall, you know, I had some tarnished or
14   blackened AC coils and I wanted you to come out
15   and inspect my home for the presence Chinese
16   drywall, kind of take it -- take me through what
17   you would do.
18        A    Well, we would arrange for the
19   inspection and either send one or two inspectors
20   out, depending on the size we were looking for.
21             We would then interview the client prior
22   to the inspection to determine the history of
23   construction or pointedly within the last 5 or
24   6 years, and then ask to be as specific as
25   possible what areas of the home, if reconstructed
```

1    or remodeled, what was done and how it was done.

2    And if there were any appliance failures, we have

3    found historically that microwave ovens and

4    certain electronic devices have failed in the

5    house, television sets and so forth, and it has

6    been reported that the effects of the off-gassing

7    has attacked some of the circuitry, the

8    microcircuitry.  I can't attest to that

9    personally, that it has caused that, but those

10   kinds of things tend to build a case for the

11   things that happened as a result of the

12   off-gassing of this.

13            So after having done that, we will begin

14   throughout the entire house and go from receptacle

15   to receptacle, the switch.  If we find one or two

16   on the wall, well, we'll take a picture and note

17   that room.  The other wall -- so we'll do as many

18   as possible.

19            And there are various types of

20   inspections, having said that, certain clients

21   want to know the mere presence; do I have this in

22   my house, and I'm looking to quantify.  And

23   they're not looking to analyze samples.  So there

24   are different cost factors or different levels.

25            So depending on what you want to know

1   will determine the amount of investigation we

2   perform.  Once we do that, we will note those

3   areas in the form of a report, like these, and

4   issue it to the client; and if we have found in an

5   attic or in an air-conditioning chase or wherever

6   the back side of the sheetrock is shown, we'll

7   have photos of that supporting what we've found

8   and issue it to the client.

9        Q    And what is the charge for a -- an

10  inspection like that?

11       A    Homes up to 2,500 or 3,000 square feet,

12  I think it is, is 375.  And that's in the

13  metroplex.  If we're going to LaPlace or Baton

14  Rouge or the Gulf Coast or -- in some cases, for

15  Mr. Campbell we went to Gulf Shores, Alabama, I

16  think it was, for a condominium on the beach, so

17  there's travel time and per diem --

18       Q    Right.

19       A    -- and whatever.  And then the structure

20  was 15 or 20,000 square feet, so we spent the day

21  over there.  And so we priced it accordingly.  The

22  price goes up.

23            But 375 is the entry level and, if you

24  go to Baton Rouge, I think it's 475, plus

25  sampling.  If there's a sample required, we'll

1    take the sample and send it off to a lab for their

2    charges.   Sometimes it's a couple hundred dollars

3    or a few hundred dollars.   I'm not sure.   I don't

4    handle that part of it.

5         Q    And if an attorney engages you to go out

6    and do an inspection to detect for the presence of

7    Chinese drywall, you bill that directly to the

8    attorney?

9         A    In some cases to the attorney and in

10   some cases to the client.

11        Q    And how many homes do you think you've

12   inspected since you started doing this work for

13   Chinese drywall homes since, what, 2008; is that

14   right?

15        A    I think it's fall of 2008.

16             I don't know how many of my firm has

17   done.   The firm, maybe several --- several hundred.

18        Q    Several hundred?

19        A    Several hundred.   2 or 300.   I'm not

20   sure exactly.

21        Q    And have you kept track of how many

22   times you've gone out and done that and turned out

23   to be wrong?   By that I mean, it turned out you

24   did an inspection that said no Chinese drywall and

25   it turns out later it does have Chinese drywall?

1          A      There was one or two instances where

2     there was apparently a very small amount of

3     drywall.   There was one instance with a small

4     amount of drywall that we just didn't detect

5     because the level of inspection at that time was

6     not as intense as we could have been, and that's a

7     customer's or client's choice.

8               And there was another time or two

9     whereby we made an inspection earlier on and did

10    not find the evidence of tainted drywall after

11    having examined various receptacles and switches,

12    which is what we do, and then after having --

13    after having conducted another inspection half a

14    year later, or whatever, it was contaminated.

15              Well, the only thing that I can suspect

16    there is not a total missing of it, but, rather,

17    the rate of corrosion and oxidation or

18    contamination is apparently different from -- in

19    different residences due to the infiltration of

20    air from the outdoors, air-conditioning,

21    temperature, dewpoint, all these things contribute

22    to that.   And I don't know the time frame and how

23    quickly this corrosion takes place.

24         Q      And so you think that's happened in --

25    of the several hundred that your firm -- of

1    inspections your firm has conducted, you think

2    that's happened in one or two instances?

3        A    That I know of.

4        Q    And what's the difference between --

5    I've seen in some of your reports AO, it says

6    Advanced Oxidation, AC, Advanced Corrosion; what's

7    the difference between those two?

8        A    Well, earlier on -- and this is the

9    potato/potato thing.  To me corrosion is oxidation

10   is patina, whatever is attacking the metal

11   elements.  And the scientific definition of sulfur

12   gases becoming attached to water vapor on copper,

13   and what is the definition of that process.  That

14   acidic etching is an acid thing; what do you call

15   it in science?  I don't know.

16            So we used the term advanced oxidation

17   earlier on; and the advance would mean as opposed

18   to what it would be like in a normal circumstances

19   for that time frame.  And we change it to

20   corrosion after having discussed this with several

21   experts, that the word corrosion would be more

22   fitting.

23       Q    Did you change your terminology from

24   advanced oxidation to advanced corrosion after

25   speaking with attorneys?

1    A    I think after -- after having some of

2    our reports read by experts -- attorney experts,

3    we were -- we kind of changed the definition or

4    the meaning to that; and I think that would be a

5    fair statement.

6    Q    So earlier when you said you had

7    discussion with experts and you changed your

8    terminology, you were talking about the attorneys?

9    A    The attorneys, yeah.

10    Q    Okay.

11    Do you remember offhand specifically

12    which attorneys that was that suggested the change

13    from advanced oxidation to advanced corrosion?

14    A    I don't recall right now.

15    Q    Do you remember when that was that you

16    changed your terminology?

17    A    Well, as a matter of fact, it could

18    be -- it could be as we sit here, that the

19    advanced oxidation thing could be in one of our

20    templates.  This is template driven.  There's some

21    boilerplate stuff in there, and we pull up

22    templates, and the office generates -- two

23    secretaries transcribe the field notes on what we

24    find and take the photos and place those in the

25    report and I do the final editing.

```
 1              And it could be that I would miss this.
 2    I want to say since the first of the year I've
 3    been using corrosion or maybe the mid-spring, I
 4    don't know exactly.  But there are three or four
 5    different templates we use for different levels of
 6    inspections.  And we have two secretaries that do
 7    this.
 8         Q    So -- but if I see one of your reports
 9    advanced oxidation and then another report
10    advanced corrosion, that doesn't necessarily mean
11    that advanced corrosion is worse, if you will,
12    than advanced oxidation?
13         A    To me, in my mind, it's exactly the same
14    thing.
15         Q    Have you done any inspections of
16    remediated Chinese drywall homes --
17         A    Yes.
18         Q    -- to determine whether or not they're
19    -- and I'm going to ask you for your
20    terminology -- safe or free or clear from Chinese
21    drywall?
22         A    Yes.
23         Q    Okay.  How many of those have done; do
24    you know?
25         A    Oh, probably 6 to 10 homes, I would
```

1    imagine.

2        THE WITNESS:

3            Could I have some water?

4        MR. SPERLING:

5            Absolutely.

6            (Discussion off the record.)

7    BY MR. SPERLING:

8        Q    Okay.  So on 6 to 10 occasions you've

9    gone out and done an inspection of a home that

10   previously had Chinese drywall and there's been

11   some form of remediation done and then you're

12   asked to check that house out and to determine

13   whether or not it's safe or free or clear from

14   Chinese drywall?

15       A    Yes.

16       Q    And what are the circumstances that you

17   have been called out; that was by attorneys, by

18   realtors or what?

19       A    The clients.  The clients that we make

20   inspections for, and I'm using the term client as

21   in an attorney firm will call us, and that's our

22   client, and then we use the -- a customer of ours

23   will make an inspection and that -- for the

24   purposes if they choose to remediate and do the

25   demolition and so forth, they become our customer

1   or our client at that point on another type level.

2   So when I use the term client as in the homeowner,

3   our specification or my specification is that in

4   order to successfully remediate, remove the

5   chances of any contamination -- lingering

6   contamination in the home, is to remove

7   100 percent of all drywall in the home,

8   100 percent.

9          And that -- there's certain levels of

10   remediation that I insist upon regarding

11   containment in ripping out.  It's easy to tear out

12   drywall, but the drywall dust becomes aerosolized

13   and blown all over the house, in the attic vac and

14   the joists, and it just layers all over the place.

15   So we have -- I've had to use air scrubbers,

16   filter units in the process of removing the

17   drywall.

18          And every piece, every crumb of it has

19   to come out of the house.  And the wood structural

20   members, all of them, have to be HEPA ^vacced

21   because the dust in and of itself, I don't know to

22   what levels the contamination is in the dust

23   compared to the hard board, but I can only imagine

24   that if the dust were rewetted, you would have

25   some kind of chemical ^offset.  So removing it --

1    removing all of it is the process that I recommend

2    in taking care of all of that.

3        And then I have -- after having spoken

4    to several chemists, Dr. Baggily, professor at

5    LSU -- I think he's retired -- the various cracks

6    and crevasses inside of a structure that could

7    house or entrap dust between the joists and

8    rafters and wall studs, well, that dust gets

9    beneath there, so we still have it.  So you

10    probably can't -- (cell phone ringing).

11        I didn't want this to happen.

12        So in order to assure that everything is

13    gone, all the dust remnants and everything and any

14    lingering sulfur compounds in any crack or

15    crevice, I call for, and it works real well, is a

16    hydrogen peroxide spraying of all the wood

17    members, everything in the house.  13-and-a-half

18    percent mixture of sodium per carbonate, and it's

19    sprayed twice throughout the entire house;

20    every -- every wood surface is covered.

21        So have you actually developed --

22    A    I can listen.

23    Q    Have you actually formulated a

24    remediation protocol for Chinese drywall homes?

25    A    Yes, I have.

1    Q    Okay.  Is that reduced to writing

2  anywhere?

3    A    There's bits of it in these reports

4  here, but I have a -- I have my own rendition of

5  remediation.

6          And it depends on the house, because the

7  drywall has to come out in a sequence, it has to

8  come out in a specific sequence for contamination

9  purposes.

10    Q    Right.  I guess my first threshold

11  question, though, was do you have a remediation

12  protocol that is reduced to writing that you could

13  produce for me?

14    A    I could, yes, sir.

15    Q    Okay.

16          So I'll give you my card after the

17  deposition, if could you do, if you could get me

18  your proposed remediation protocol.

19    MR. LAMBERT:

20          And copy us with it.

21    MR. SPERLING:

22          Oh, absolutely.  That goes without

23          saying, but I'll say it since you mentioned

24          it, I'll produce it to everybody.

25    MR. LAMBERT:

```
 1              Thank you.
 2    BY MR. SPERLING:
 3        Q     You said that Professor Baggily helped
 4    you with your remediation protocol?
 5        A     No.  No.  I just conferenced with him
 6    with regards to, we have this problem with the
 7    sulfur compounds and so forth, and he's a premiere
 8    chemist, and getting rid of it -- getting rid of
 9    the remnants of any sulfur compounds.  Hydrogen
10    peroxide is a very fierce oxidant; it will
11    oxidize, it kills, so that's the reason.
12        Q     In your opinion, if you remove the
13    source of the sulfur, that is, the Chinese
14    drywall, does that terminate the corrosion in the
15    home?
16        A     Well -- well, in my opinion it halts the
17    advancing of the corrosion -- it halts the
18    advancing of further having the gases exposed to
19    the copper and other elements.
20              What I don't know is is at the stage of
21    corrosion that's there, has the corrosion spent
22    all of its corrosive powers or is it reactivated
23    with more moisture and more humidity and
24    temperature fluctuations.
25        Q     That's outside of area of expertise?
```

1      A      That's outside of my area of expertise,

2    yes, sir.

3      Q      Have you designed remediation protocols

4    for mixed homes?  And by mixed homes, I'm talking

5    about homes that have both Chinese drywall and

6    domestic drywall?

7      A      Well, knowing the science of

8    construction and how buildings and homes are

9    built, stick construction, and how drywall is

10   applied, and wall cavities and first and second

11   floors and adjacent areas of one suspected area of

12   contamination and the other not, I've concluded

13   that if there's contaminated drywall in a home,

14   more than a sheet or two -- I had a client that

15   closed in a carport with one wall and it had

16   contaminated drywall in it and discovered it

17   within several weeks, and removed it, cleaned all

18   the walls up, put some hydrogen peroxide on it,

19   and I don't think the rest of the house would be

20   damaged in that short period of time.  Now, that's

21   a very unique situation.

22            But if a home has, say, for instance, a

23   downstairs that has been renovated for the storm

24   damage and contaminated sheetrock is installed,

25   drywall is installed, then -- and it goes on for a

1    year or so, the problems that begin, and at what

2    rate I don't know, but in some instances I have

3    observed affected copper terminals in areas

4    totally removed from the area where the Chinese

5    drywall was installed.  So therefore, because the

6    air in the house, the first and second story or

7    left and right zones, bedroom versus living room,

8    this air all intermixes and intermingles just by

9    virtually being in the same envelope, so the whole

10   house becomes exposed to the contaminant gases

11   that are being emitted by the areas that are

12   suspect by the drywall.

13          So I would say I could not tell my

14   client in good conscience, you only have to take

15   out this section of the house on this floor of the

16   house and you're good to go for the rest of it.

17   The best thing to do is to remove all of the

18   drywall.

19       Q    Okay.  And I appreciate your answer,

20   Mr. Driskill.  You may have answered a question I

21   might have asked you down the line.

22          I guess my initial question to you was

23   have you designed any remediation protocol for

24   homes with mixed drywall; that is, Chinese drywall

25   and domestic in other parts?  Have you done that

```
 1    specifically for any homes?
 2         A    Well, my design is take all the drywall
 3    out if you have it in your home, take all of it
 4    out.
 5         Q    But that's ---
 6         A    But that's --
 7         Q    -- that's your opinion, I guess.  But
 8    what I'm asking is have you actually done that in
 9    the real world done, given that remediation
10    protocol to --
11         A    To a client?
12         Q    Yes.
13         A    I can't recall right off exactly any
14    particular client, but I'm sure I've done that.
15         Q    Okay.
16              Could you also provide to me -- again,
17    we're not going to hold up the deposition -- if
18    you can search your records, if you find any times
19    where you've actually proposed a remediation
20    protocol for a mixed home and produce that
21    remediation protocol to me --
22         A    Okay.
23         Q    -- and I'll pass it along to counsel?
24         A    One that I can think -- one that comes
25    to mind would be Dr. Finger on State Street.
```

```
 1          Q      Okay.
 2          A      It's a mix match of contaminated and not
 3    contaminated areas.  And because of the
 4    uncertainty, I called for the entire structure to
 5    the be -- have the drywall removed.
 6          Q      All right.  And in the opinions that you
 7    had offered about the intermixing and
 8    intermingling of air and exposing it to areas
 9    outside of the immediate area where the Chinese
10    drywall is located, that's not your area of
11    expertise?
12          A      It is.
13          Q      Correct?
14          A      It is my expertise.  My air-conditioning
15    contracting and -- I'm an indoor air quality
16    specialist.  I perform -- if you've ever heard of
17    bore door tests, Magnahelic pressure tests of
18    homes to determine infiltration and exfiltration
19    air movement.  Balance -- I balance
20    air-conditioning systems for the airflow, and
21    temperature, arrange bore speeds.
22                 So that is my expert -- that is my prime
23    expertise is air-conditioning and heating and
24    moisture control, humidity.
25          Q      You testified -- let me back up.
```

1        Have you ever been qualified in any

2    court as an expert in air quality?

3        A    Air-conditioning.  Air-conditioning

4    service and installation; and air quality would be

5    with regards to how well you filter the air within

6    the home in the filtration system and how tight

7    you have the air-conditioning system installed,

8    how tight the duct system.

9        Q    Okay.

10       All right.  Let me ask you specifically

11   about some of the reports that you prepared in

12   connection with some of the properties at issue in

13   this particular litigation.

14       I have a report that you prepared, dated

15   May 11, 2009, in connection with a property at

16   1049 Clarise Court in Slidell.  The copy that I

17   have has a Bates stamp number at the bottom, CDW

18   Campbell 002171, the first page.

19       A    Let's see what I have.  Let's see if I'm

20   on the right one.

21       Q    I'm thinking that's not.  I think that

22   might be 1032, Mr. Driskill.

23       A    1036, you said?

24       Q    1049.  What is the one that's not in --

25       A    I have 1032 and I have 1036, 1053.  I

1   may have it.

2       Q     What is that?

3       A     This is Ridgewood, Paul Clement.

4       Q     Okay.  I may need to get you a copy.  Do

5   you have this report?  Take a look at this.

6       A     Yes.  I don't have it with me.

7       Q     That's when I mean; do you have it with

8   you?

9       A     I didn't see it, and I don't know why I

10  didn't put it in there.

11      MR. SPERLING:

12          I tell you what we're going to do, we're

13      going to need to go off the record.

14          (Discussion off the record.)

15  BY MR. SPERLING:

16      Q     All right.  I'm going to hand you a copy

17  of this report from 1049.  You want to take a

18  moment to take a look at it.

19      A     Just ask the questions and I'll go right

20  to whatever it is you want to know.

21      Q     Okay.  All right.  Let me ask you, look

22  here on page 4 of that report.

23      A     Okay.

24      Q     You have some definitions, word and

25  phrase definitions.  You have serviceable.

1    Serviceable:  It says the condition of an item or

2    system that appears to be acceptable condition,

3    considering its expected operation life.

4         A    Uh-huh.

5         Q    Does that mean that there would be no

6    decrease in the life expectancy or component or

7    wire if it's found to be serviceable?

8         A    Repeat that question.

9         Q    Sure.  I'm just trying to figure out

10   what that means where it says serviceable: The

11   condition of an item or system that appears to be

12   acceptable condition, considering its expected

13   operation life.

14        A    Well, if you -- if you have a device or

15   an item in the normal scheme of things that is

16   like many other items -- that is like it, same

17   item in the same age, then one would -- could say

18   that that is a normal condition.

19             But if you had an item similar to it,

20   but was damaged in some way or affected, then its

21   life expectancy would be shortened, or its

22   operational characteristics would be lessened.

23        Q    So if it's serviceable, you would not

24   expect to see a -- any decrease in the expected --

25   life expectancy of that particular device?

1       A     Right.  Except for the remaining life

2   that it would have if it were continual on in a

3   normal rate of deterioration; like a -- like a

4   10-year-old automobile car would be a serviceable

5   condition at 100 miles -- 100,000 miles.  A

6   10-year-old taxi cab that has 400,000 miles may

7   not be serviceable to get on the road to go to

8   California.

9       Q     All right.  So the interview with --

10  this is still on page 4.  An interview with the

11  client and description of physical discomfort it

12  says, an interview with the company rep revealed

13  interest in whether or not the unit 1049 contained

14  contaminated sheetrock.

15          Do you remember -- well, I guess maybe

16  I'll ask you this.  Did you do this?  I know you

17  signed off on the report, but do you know who did

18  this --

19      A     I don't recall.

20      Q     -- interview?

21      A     Two other inspectors.  I'm not sure if I

22  did this or not.

23      Q     Okay.  Do you remember at any time ever

24  going out to the Campbell property?

25      A     Oh, yes.  In Slidell.

```
 1        Q      Okay.  You did?

 2        A      I did go out there, yes, sir.

 3        Q      All right.  You just don't know -- would

 4    there be any indication on this document -- in

 5    fact, I'll label that as Driskill Number #1 -- as

 6    to who the inspector was?

 7        A      This -- this could have -- this very

 8    well could have been -- I see the site inspector

 9    was me, so I did perform this one.  On page 3.

10        Q      Right.  I got it.

11    MR. SPERLING:

12           Let me just file that real quick and

13           attach this sticker.

14           (Document marked as B. DRISKILL #1 for

15           identification.)

16    BY MR. SPERLING:

17        Q      So there were no -- going again back to

18    page 4; there were no detectable odors at 1049?

19        A      Let's see what it says.  No odors were

20    detected inside this unit.

21        Q      And no reports of physical discomfort --

22    discomforts that may have been experienced by the

23    occupants in this duplex unit during this

24    inspection?

25        A      Right.
```

1      Q     Do you remember whether or not at the

2    time you did this inspection that unit was

3    occupied?

4      A    I can't -- apparently from the statement

5    here, it would imply that there were occupants

6    there.

7      Q     Okay.

8            Feel free to go through Driskill

9    Number #1, and then tell me if you determined

10   after performing your inspection whether or not

11   you felt there was any Chinese drywall in unit

12   1049.

13     A     (Reviewing document.)

14     Q     And while you're looking, I understand

15   from just looking through the report, the reason

16   you were contacted and asked to go out to 1049 was

17   because there was a suspicion that there was

18   Chinese drywall in that unit?

19     A     Mr. Campbell had contracted with our

20   office to take care -- to inspect all of his

21   properties.  It wasn't necessarily a suspicion of

22   this property.

23     Q     Are you certain of that?

24     A     Yeah.  We had all the -- all the -- I

25   think we performed inspections on all of the

1   properties in Slidell on that particular street,

2   Clarise.

3         And the other -- I'm just thinking here.

4   We contracted with Mr. Campbell directly and we

5   had a discount or discounted price of inspection.

6   He did -- he was not interested in -- in taking

7   samples, but only to determine if the house had --

8   or if the apartment, as they were, duplexes,

9   contained any evidence of contaminated drywall.

10       Q    Okay.

11       A    And I do recall with his, as well as

12  other clients, we had limited access to

13  receptacles and -- not so much light switches, but

14  receptacles and sometimes you can't -- you can't

15  cover all of the receptacles in a structure when

16  it's occupied.

17       Q    Well, as far as 1049 goes, you don't

18  know whether or not it was occupied; correct?

19       A    I don't know exact, no, sir.

20       Q    And you don't know whether or not you

21  had limited access to 1049; correct?

22       A    No, sir.

23       Q    Okay.

24            All right.  So the question on the table

25  now is -- again, it's not a memory test, feel free

```
1    to review or refer to anything you need within

2    Driskill Number #1.  And the question is after

3    doing your inspection of 1045, did you feel that

4    there was Chinese drywall in that unit?

5         A    No.  Not at that time.

6         Q    All right.  And what was the basis for

7    your opinion that you did not feel there was

8    Chinese drywall in unit 1049 as of May 11, 2009?

9    {check audio}

10        A    Well, we took the H2S gas meter

11   readings.

12        Q    That's the one you told me about

13   earlier?

14        A    Yes.  We took that as well as numerous

15   areas of visual inspection with regards to

16   electrical switches and electrical main panel, and

17   various appliances; the air-conditioning system,

18   and bathroom fixtures.  So at that time, there

19   were -- we didn't discover or I didn't discover

20   any visual evidence of black corrosive

21   contamination, nor did the instrument pick up

22   the -- any gas -- any off-gassing.

23        Q    All right.  I'm looking on page 10,

24   Mr. Driskill, under Assessment Summary, and

25   there's a quote:  All copper items observed during
```

1   this inspection visibly displayed a normal rate of

2   oxidation and did not display effects of black

3   oxidation.  Can you tell me exactly what copper

4   items you're referring to?

5       A    That would have been all electrical

6   terminal connections and copper -- copper water

7   pipes --

8       Q    Okay.

9       A    -- to fixtures and water heaters, and

10  air-conditioning systems, copper.

11      Q    Throughout the home?

12      A    Yes, sir.

13  MR. SPERLING:

14          Time now?

15  VIDEOGRAPHER:

16          We're now off the record.  It's 3:41.

17      Conclusion of tape 1.

18          (Recess taken at 3:41 p.m.  Back on

19      record at 3:44 p.m.)

20  BY MR. SPERLING:

21      Q    Had you completed your last answer,

22  Mr. Driskill?

23      A    Yes.  I think you asked what I meant

24  by--

25      Q    Copper, right.

1      A      And it was copper connections,

2   accessible copper connections, not junction boxes

3   in attics, but those that are readily visible by

4   removing light switch covers and receptacle covers

5   and various other appliance -- appliance

6   connections.

7      Q      Okay.  What did you review, if anything,

8   in preparation for the deposition today?

9      A      Quite honestly, I didn't.  The only

10  thing I did was review this, these inspections

11  that were listed on the thing here.

12     Q      Deposition notice?

13     A      Yes, sir.  And there was nothing else

14  that I could review or discuss other than what I

15  did or what I know.

16     Q      Did you meet with anybody prior to your

17  deposition?

18     A      Mr. Lambert.

19     Q      And when did you meet with Mr. Lambert?

20     A      Monday or yesterday.

21     Q      And how long did y'all meet for?

22     A      Oh, probably 30 minutes.

23     Q      And what did y'all talk about?

24     A      This.  I mean, the --

25     Q      "This" being what?

```
1        A      I know better than that.

2               The -- the upcoming case, to make sure

3    that I understood and that I was being deposed for

4    the Chinese drywall case, and that if I had any

5    particular questions or I didn't understand -- if

6    there was anything I didn't understand about such

7    a -- this case.  And we talked more about the oil

8    spill in the Gulf than we did about this.

9        Q      Okay.  Did you speak specifically about

10   Unit 1049?

11       A      We just -- we talked in general about --

12   about the inspections and what I do and how I do

13   them.  And he wanted my rendition of what I do

14   when I go out to make inspections, but we didn't

15   get into any specifics about a particular one.

16       Q      Okay.  So you did not discuss

17   specifically -- your inspection of Unit 1049?

18       A      No, sir.  As a matter of fact, I didn't

19   have it with me.  These are the books that I had

20   Monica make for me, and I don't understand why

21   1049 is not in here.  That is strange.

22       Q      Let me refer you to Page Number 6 of

23   Driskill Number #1, please.

24       A      (Reviewing document.)

25       Q      The -- you have a section regarding
```

```
1    water heater?

2         A    Yes.

3         Q    And that was in the garage of 1049?

4         A    Yes, sir.

5         Q    And you did not find any markings on the

6    drywall on the 1049 garage indicating that the

7    drywall was from China or manufactured by Knauf or

8    KPT?

9         A    No, sir.

10        Q    And you didn't find any corrosion or

11   tarnish on the line that involved servicing the

12   water heater in Unit 1049, correct?

13        A    No, sir.

14        Q    And you didn't find any effects on the

15   HVAC system related to Chinese drywall in Unit

16   1049?

17        A    No.

18        Q    And you investigated the coil; correct?

19        A    Yes, sir.  I think I made a note in here

20   that it was painted with a coating -- with a

21   coating resistance paint.

22        Q    It was in serviceable -- serviceable

23   condition?

24        A    At the time it appeared -- and that's --

25   when is this dated?  That's, gosh, a year ago; a
```

1    year and a month.

2         Q    All right.  You also did an inspection

3    of -- or your company did of 1032; is that

4    correct, Unit 1032?

5         A    I think I have that one.

6         Q    Okay.

7              The copy that I have --

8         A    Yeah.  1032.

9         Q    Are there page numbers at the bottom of

10   your --

11        A    I don't have any on this one.

12        Q    Okay.  Is this -- it looks to me as if

13   there's four pages?

14        A    Uh-huh.

15        Q    Is that -- is that what you have for

16   your inspection of Unit 1032?

17        A    Yes.

18        Q    Okay.

19        A    This -- this was a -- this report, we

20   agreed with Mr. Campbell, our client, that we

21   would have a -- a reduced price for a reduced

22   version by telling him what he needed to know or

23   what he was asking.  And on Page 45, do you have

24   that page number?

25        Q    Yeah, I do.  My pages are numbered.

1        A     It says third set, 12 reports.  So what

2   we had here was -- as I recall, one report that

3   encompassed 12, rather than having each report

4   replete with the same boilerplate stuff, we put

5   the meat of the matter in each apartment in one

6   report and lessened having to do 12 separate

7   reports.

8        Q     When did you do your inspection of Unit

9   1032?

10       A     Let's see what it says.  I don't have it

11  on this.  If this is part of the -- I would have

12  to check with Monica to go on the server and find

13  out which group of 12, because the lead page for

14  this is not here.

15       Q     Okay.  At some point in time, you did an

16  inspection of all 42 units of Mr. Campbell's

17  properties?  And when I say you, you or your

18  company?

19       A     I want to say that I -- I think we did

20  all of them.

21       Q     And do you remember in how many of the

22  units you found contaminated drywall?

23       A     I really don't.

24       Q     Okay.

25       A     I know it was spotted.  I recall that we

```
 1    even had contamination in one side of an apartment
 2    and none on the other side.
 3         Q     When you say "one side of an apartment,"
 4    you mean a duplex --
 5         A     Duplex.
 6         Q     One unit had drywall and one unit did
 7    not have drywall?
 8         A     And one did not, did not have it.  And
 9    having talked to the -- I don't know the
10    gentleman's title -- the representative fore
11    Mr. Campbell, he gave us a rendition of how the
12    buildings were built.  He seemed to be pretty
13    knowledgeable and that they would haul pallets of
14    Sheetrock out there, which is normal, and place
15    them on the floor of the building and begin
16    hanging Sheetrock.  And then haul a pallet here
17    and a pallet there and half a pallet here.  And as
18    they were doing that, if they ran out, they would
19    go next-door or down the block and pick up 6 or 8
20    or 10 or 12 sheets, whatever it took.
21              And that's the only explanation I can
22    come up with to know that he had varying
23    manufacturers of Sheetrock.
24         Q     Your determination was that there was no
25    contaminated drywall in 1049; correct?
```

```
 1        A     At the time of the inspection?

 2        Q     Right.

 3        A     I mean --

 4        Q     Well, that's the only time they went out

 5   there, right?

 6        A     Right.

 7        Q     Did you use the exact same protocol for

 8   1032 that you used for 1049?

 9        A     Pretty much the same.

10        Q     Okay.  And were there any alterations or

11   differences?

12        A     Not that I recall.

13        Q     Okay.  And did you find in 1032 that

14   there was contaminated drywall?

15        A     Well, I'm looking at the front opening

16   page there in the occupancy information section,

17   we observed in the attic samplings that said

18   Knauf.  So that -- that, in and of itself, was

19   what Mr. Campbell wanted from us, to know do I or

20   do not have it; he wanted this -- I don't like to

21   use the term abbreviated inspection, but it was

22   somewhat reduced.  It wasn't -- it wasn't as

23   intent as our other inspections, but to determine

24   that there was Chinese drywall -- contaminated

25   drywall in the samplings, Knauf led me to believe
```

1    that was it.  Had I seen that first, I would have

2    answered this question on the home.

3         Q    So looking at Page 44, I think that's

4    the next page, under the air-conditioning and

5    heating components, the readings were less than 1

6    part per million, that was with that device you

7    described?

8         A    H2S, yes.

9         Q    And did you see any evidence of advanced

10   oxidation or advanced corrosion on the AC coils in

11   either components of the HVAC unit?

12        A    No, sir.  The statement here by the

13   client reported that the cooler coil had been

14   replaced.

15        Q    Okay.

16             And what about -- let's see.  I'm

17   looking under the electrical systems and

18   components, the condition of exposed wire, you saw

19   advanced oxidation on a copper wire?  [Ck dmt]

20        A    In the laundry room, yes.

21        Q    Okay.

22             And what about visual inspection of

23   electrical systems and components in the kitchen?

24        A    Kitchen, kitchen.  Any appliances,

25   refrigerator, clothes washer, dryer, and so forth.

1    Q    Well, I'm looking under electrical

2  systems and components.

3    A    Oh, yes.  Okay.

4    Q    Receptacle switches in the kitchen;

5  those appeared to be serviceable at the time?

6    A    Right.

7    Q    When you see these receptacles and

8  switches within electrical systems and components,

9  it says serviceable.  I don't see any indication

10 one way or the other of advanced oxidation or

11 corrosion.  Does that mean that you did not see

12 any evidence --

13   A    I did not see any evidence of

14 discoloration.

15   Q    Okay.  All right.

16       So going down further under appliances

17 where you say serviceable, you also -- is the

18 question, you also did not see any evidence of

19 advanced oxidation or corrosion?

20   A    Right.  On certain appliances -- certain

21 appliances, depending upon the intensity of the

22 corrosion in the air, certain metals are affected;

23 chromium, gosh, the shower stall -- shower rods,

24 faucet sets, faucets and so forth.  There are

25 certain metals that are affected not as quickly as

1    copper.  And so we looked for those.

2         Q    So the only place you found Knauf board

3    in Unit 1032 was in the garage; correct?

4         A    Let's see here.  Was that the -- yes, in

5    the attic, yes, sir.

6         Q    I think the attic's in the garage?

7         A    Yes, sir.

8         Q    Okay.  You didn't find any evidence of

9    Knauf board anywhere else in Unit 1032; correct?

10        A    No, sir.

11        Q    On -- let's see -- looking at Page 46.

12        A    My number is missing.

13        Q    I thought you had 46.  Go back and

14   look -- keep going a couple of pages.

15        A    This way?

16        Q    45, look at the next page.

17        A    My number -- yeah, damage assessment?

18        Q    Yeah.  Well -- actually, my copy doesn't

19   have that.  It says Number 2.  Do you have a

20   Number 2 there that says:  "All electrical

21   switches, receptacles and pictures that have

22   advanced oxidation must be removed"?

23        A    Yes.

24        Q    You distinguish between switches and

25   receptacles and wiring, correct?

```
 1        A      Yes, sir.

 2        Q      The wiring can remain in place?

 3        A      At that time, that was my thought last

 4   year.

 5        Q      My copy at the bottom has a date

 6   7/28/09.  Do you know what that refers to; is that

 7   when you were out there?

 8        A      The -- it's really hard to say.

 9        Q      Okay.

10        A      The 7/28 would have been -- this one

11   here was in May, so that would have been July.  I

12   don't know.  It could have been.

13        Q      And still within Number 2, where you

14   say, "Clean -- the copper wiring must be cut and

15   removed and cleaned free of oxidation.  That would

16   include cleaning the ends of the exposed copper

17   wire to ensure that the wire has a clean

18   connection with the switch or receptacle," is that

19   right?

20        A      Yes.  Yes, sir.

21   MR. SEEGER:

22             Which page are you reading from, Peter?

23   MR. SPERLING:

24             Sure.  This is -- I'm looking at Page

25             46, also 1945 under the Bates stamp system.
```

1       MR. SEEGER:

2            I got it.

3    BY MR. SPERLING:

4       Q     Let me ask you about your inspection of

5    the Clement property in Metairie.

6            And if I read your reports correctly, it

7    looks like you were out there on three different

8    occasions, you or your company.  There's a report

9    dated May 18, 2009.

10      A     Yes, I have that.

11      Q     A report dated December 16, 2009 and

12   another one October 21, 2009; is that correct?

13      A     Yes.

14      Q     Do you have any other reports from the

15   Clement home other than those three?

16      A     Those are the only ones.

17      Q     Okay.  So looking at the May 18, 2009

18   report, which I'll mark and identify as Driskill

19   Number #2.

20            (Document marked as ▒▒▒▒▒▒▒▒▒▒▒▒▒▒

21       #▒▒▒▒▒▒▒▒  for identification.) 2

22   MR. LAMBERT:

23            Didn't you do 1049 as #1, 1032 as --

24   MR. SPERLING:

25            Yeah, you know what?  That's a good

1    point.  I'm going to mark 1032 as Driskill

2    Number #2.

3         (Document marked as ▓▓▓▓▓▓▓▓▓▓▓▓▓

4    #▓▓▓▓▓▓▓ for identification.) 2

5    MR. SPERLING:

6         And then we'll do the May 18, 2009

7    report of the Clement property as Driskill

8    Number #3.

9         (Document marked as ▓▓▓▓▓▓▓▓▓▓▓▓▓

10    #▓▓▓▓▓▓▓ for identification.) 3

11    MR. SEEGER:

12         You said May?

13    MR. SPERLING:

14         May 18, 2009.

15    BY MR. SPERLING:

16    Q    All right.  So, you went out to the

17    Clement property on May 18, 2009 because there was

18    a suspicion by the homeowner that he had Chinese

19    drywall; correct?

20    A    Yes.

21    Q    I'm looking at Page 3 of Driskill Number

22    #3, where it says your interview with the client

23    revealed interest in determining if the home

24    contained contaminated Sheetrock.  There were no

25    odors detected at the time of the inspection --

1      A    Right.

2      Q    —— by the inspector; correct?

3      A    Right.

4      Q    Can you tell whether or not you were the

5 inspector on May 18, 2000 ——

6      A    I was.

7      Q    You also interviewed the Clements and

8 there were no reports of physical discomforts by

9 the occupants of the home during the inspection;

10 correct?

11     A    Right.

12     Q    After completing the inspection —— and I

13 assume this was with the same protocol you've

14 outlined for us previously; correct?

15     A    Yes.

16     Q    —— did you determine whether or not

17 there was any Chinese drywall in the Clement home

18 at 612 Ridgewood Drive in Metairie?

19     A    I did not -- I did not determine that

20 there were any -- any evidence at the time of

21 contaminated drywall.

22     Q    And what did you base that opinion on,

23 Mr. Driskill?

24     A    Some visual observations of -- of

25 receptacles and the H2S gas readings.

1      Q      Okay.

2             Mr. Clement, I believe, in his

3      deposition had testified that his AC coils had

4      failed.  Did he give you that history?

5      A      I don't know if that was the history at

6      that time.

7      Q      Okay.

8      A      If it states so in the interview, it

9      would say that.

10     Q      Okay.  Looking at Page 7 of your report,

11     which has been identified as Driskill Number #3,

12     it says, "Condition of evaporator coils is normal

13     and metal -- metal components is normal"?

14     A      Uh-huh.

15     Q      That would mean that there was no

16     evidence of visual tarnishing or corrosion on

17     observation on any of those units?

18     A      That's correct at that time.

19     Q      You went out there specifically to check

20     for evidence of advanced oxidation; correct?

21     A      Visual and meter.  Visual and meter.

22     Q      And you found no evidence?

23     A      At that time, none.

24     Q      And did you conduct a thorough

25     investigation at that time?

```
 1        A     Well, as thorough as I normally do with

 2   regards to the opening of light switch -- light

 3   switch covers and various appliances and

 4   air-conditioning and so forth.

 5        Q     Okay.

 6              Now, did you verbally inform Mr. Clement

 7   or Ms. Clement that -- of your opinion that you

 8   did not feel they had Chinese drywall after this

 9   inspection on May 18, 2009?

10        A     We issued -- we issued them this report.

11        Q     Okay.

12        A     As a matter of fact, yes, sir.

13        Q     So the next time I think you were out

14   there -- and you correct me if I'm wrong -- was

15   September 16, 2009?

16        A     16th.

17   MR. SPERLING:

18              And we'll mark and identify that report

19        as Driskill Number #4.

20              (Document marked as ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

21         #▒▒▒▒▒▒▒▒▒ for identification.) 4

22   BY MR. SPERLING:

23        Q     And what were your findings at that

24   time?

25        A     Well, at this time, we found 1, 2, 3, 4,
```

1    5 receptacles, a mixture of receptacles and light

2    switches, that contained black oxidation,

3    contamination.

4         Q    Which led you to conclude that, in fact,

5    there was contaminated drywall in the home?

6         A    Yes, sir.  And in addition to the

7    air-conditioning system, the wiring in the

8    air-conditioning system was -- now had advanced

9    oxidation.  That was the downstairs unit.  And

10   that was it there.

11             So in that span of time from -- when it

12   was, the first one?

13        Q    May.

14        A    May to September, and that's one of the

15   perplexing things that I've come across, is to

16   determine the rate at which the off-gassing and

17   the condensation and presence of water and so

18   forth, how quickly and under what circumstances

19   does it cause this contamination, corrosive

20   process, which it's as if -- it's as if there's

21   not -- the entire downstairs not full of this

22   contaminated rock; it may have just portions of

23   it.  That's not determinable, unless you pull it

24   all off and examine it, or have specimens taken

25   out.

1          So that -- that September inspection,

2    when I discovered we had that, the October -- the

3    October inspection was to go back and actually

4    obtain physical samples.

5          Q     Okay.

6          A     We made this, and this is just a

7    follow-up -- the October was a follow-up of --

8          Q     September?

9          A     Yes, sir.

10         Q     All right.

11               Did you look at the same switches and

12    receptacles and copper wiring in September that

13    you looked at in May?

14         A     I think -- I don't know -- I don't know

15    specifically a year or so ago, but, in general, I

16    have a protocol to go to available switches and

17    receptacles and take the plate off and look at

18    them and photograph them.

19         Q     Let me refer you to page 6 of Driskill

20    Number #4, under electrical switches, receptacles,

21    receptacles scheduled for removal --

22         A     Yes.

23         Q     -- the -- all of the ones that are

24    labeled as A/O, advanced oxidation, those are

25    downstairs in the home; is that correct?

```
 1        A      Yes, those would be downstairs.
 2        Q      And so the ones that say SC, which I
 3   think is serviceable condition --
 4        A      Serviceable condition.
 5        Q      -- those were all upstairs?
 6        A      I think the bedrooms are all upstairs.
 7        Q      And the master bath and mezzanine?
 8        A      Yes.  Those would have been serviceable.
 9        Q      So I think from what you told us from
10   the Campbell terminology, if you had seen evidence
11   of visual tarnishing on any of those receptacles
12   or switches on the second floor, you would have
13   noted that as AO?
14        A      Positively, yes, sir.
15        Q      So you did not see any evidence of
16   visual corrosion or tarnishing on any of the
17   switches or receptacles upstairs on this one;
18   correct?
19        A      That's correct.
20        Q      The appliances, looking on Page 7, the
21   refrigerator, clothes washer, dryer, dishwasher,
22   those were all in serviceable condition?
23        A      Actually -- actually, recalling from the
24   photos that I reviewed -- and I don't know how
25   this typo got -- how it wasn't determined, but the
```

1   refrigerator, that might have been -- now, is this

2   the September or October?

3        Q    This is September.

4        A    September, right.  I don't know if I

5   edited it, whatever page it's on.

6             As I recall, the photos of the

7   refrigerator accumulator is -- has corrosion on

8   it, advanced corrosion.  And that would have been

9   in the kitchen appliances.

10            No, I didn't -- I didn't make that edit,

11  but I do recall from the photos, having looked

12  through this, that the refrigerator accumulator

13  was blackened and it had soot on it.

14       Q    Let me make sure I understand.  Just so

15  the record's clear, on Page 7 of Driskill Number

16  #4, you indicate all of the appliances are

17  serviceable?

18       A    Yes, sir.

19       Q    And that's your external visual

20  inspection of that would include -- when you say

21  serviceable, it's not just that the refrigerator

22  was working, but at least according to this

23  report, there's no evidence of advanced oxidation

24  or corrosion?

25       A    Right.  Right.

1      Q     Now, are you telling me that you have a

2    photograph somewhere of that refrigerator that

3    shows evidence of corrosion?

4      A     As I recall, yes.  That would -- that

5    would be on Page 10.

6            See, that's of the October report.

7      Q     Okay.  I'm going to get to the

8    October --

9      A     Okay.

10      Q     -- in just a moment.

11      A     I don't have photos in the September

12    report.

13      Q     On Page 12 of the September report, what

14    are those photos of?

15      A     I don't have the same photos.

16      Q     Right.  What are those photos of on Page

17    12?

18      A     This is the evaporator coil.  Let me

19    back this up.  I take that back.

20            The photos at the top right on that page

21    is a copper component that's connected to the

22    refrigerator, compressors, it's oxidized and

23    blackened.

24      Q     May I see that?  That must be a color

25    copy you're looking at.

```
1          A    And I don't know why, when the field
2     report was transcribed, that should have been put
3     into this appliances condition.
4          Q    Okay.
5               Was the -- were all of the appliances of
6     the Clement home functional and operating?
7          A    Yes, they were functioning.
8          Q    Now, tell me again what your explanation
9     is as to why in May of 2009, you did not feel that
10    the Clement home had Chinese drywall, and in
11    September of 2009 --
12         A    It did.
13         Q    -- it did show evidence of contaminated
14    drywall?
15         A    That I didn't observe it?
16         Q    Well, that's what I'm trying to figure
17    out.  Is it your --
18         A    Why is the difference.
19         Q    Yeah.  I mean, was it there in May and
20    you just missed it, or are you saying that it did
21    not manifest itself?
22         A    Manifest itself is probably the
23    terminology.  As I spoke about earlier, I have no
24    way of knowing how quickly the effects of -- if
25    off-gassing affects different wires and so forth,
```

1   and at the rate.  The thing we have here is the

2   rate of oxidation.  In May we didn't have —— we

3   had very little or none, really.

4           And then in September, we had a half a

5   dozen receptacles that were oxidized plus a

6   refrigerator plus the coolant coils.  So something

7   happened in that span of time to cause the

8   oxidation to accelerate, and I don't know what

9   that is.

10       Q    Looking at the October site inspection,

11   that would be —— I'm going to label that as

12   Driskill Number #5.

13           (Document marked as ░░░░░░░░░░░░░░

14       #░░░░░░░ for identification.) 5

15   BY MR. SPERLING:

16       Q    It looks to me, looking on Page 3, the

17   client by this time was Lambert and Nelson, PLC?

18   I'm wondering if you might not have that page.

19       A    That's October.

20       Q    It's October 21, 2009.  If you look on

21   Page 3 of Driskill Number #5, do you have that?

22       A    Yes.  Yes.

23       Q    The first two times, the inspection was

24   done at the request of the client, Mr. and

25   Ms. Clement?

```
 1        A     Yes.

 2        Q     And then Driskill #5 was done at the

 3   request of client, Lambert and Nelson, PLC,

 4   correct?  And I think you had told us earlier that

 5   the purpose of going out there for a third time

 6   was what?

 7        A     To obtain physical evidence by doing --

 8   drilling holes throughout the house.  We probably

 9   drilled, I want to say, 6 or 8 holes in the walls

10   and the ceilings.

11        Q     So on Page 6 of Driskill Number #5, the

12   same switches and receptacles that you had

13   evaluated a month earlier, you now term advanced

14   corrosion as opposed to advanced oxidation. I

15   appreciate from your prior testimony you're not

16   saying that the condition had worsened or got more

17   serious, it's just you're now utilizing new

18   terminology?

19        A     New terminology.

20        Q     Now, did you -- or have you prepared any

21   series of remediation protocol for the Clement

22   home, or have you been asked to do so?

23        A     I'm not exactly sure.  I may have

24   alluded to this in the -- in my report here of the

25   methods.  (Reviewing document.)
```

1          I don't think I had expanded on that

2     yet.   Whenever -- whenever the Court, Judge

3     Fallon, had issued various reports as this -- as

4     this drywall thing was unfolding, we sort of got

5     the indication that there wasn't enough

6     information out there for a definite protocol with

7     regards to the Court's opinion on levels of

8     removal of drywall and what is damaged and what

9     isn't damaged.

10          So we kind of didn't push the issue on

11    remediation, unless a client -- and there were

12    several of them, who went ahead with the

13    remediation regardless.   They paid for it, they

14    were -- they wanted to be back in their homes.

15         Q    And, again, looking at Driskill

16    Number #5 on Page 6, you did not find any evidence

17    of advanced corrosion on any of the switches or

18    receptacles on the second floor of the Clement

19    home; correct?

20         A    No, sir.   Not at that time.

21    MR. SPERLING:

22          Are you guys going to have some

23    questions?

24    MR. SEEGER:

25          A few, yeah.

1       MR. SPERLING:

2           At some point I'd like to take a break.

3       You want to go ahead and go now?

4       MR. SEEGER:

5           No.  Go ahead and take your break and

6       you can finish then.  I don't have that much.

7       I really don't.

8       MR. SPERLING:

9           Okay.  We're going to go off the record.

10          (Recess taken at 4:18 p.m.)

11          (Back on record at 4:23 p.m.)

12      VIDEOGRAPHER:

13          Return to record 42:12.

14  BY MR. SPERLING:

15      Q    Mr. Driskill, as I understand it, you do

16  home inspections?

17      A    I used to.

18      Q    Okay.  Well, I had asked you some

19  questions earlier about whether or not you had

20  done any inspections of homes that had been ---

21  Chinese drywall homes that had been remediated to

22  give them, essentially, a clean bill of health.  I

23  thought you had said you had done that?

24      A    Yes, sir.

25      Q    So you are still doing that?

```
 1        A     Yes, sir.  Those who are proceeding with
 2   the demolition, I try to direct them as best I
 3   can.
 4        Q     So if the -- if all of the Chinese
 5   drywall in the Clement home in Metairie were to be
 6   removed pursuant to a protocol, do you believe
 7   that you would then be able to inspect that home
 8   and give it a clean bill of health?
 9        MR. SEEGER:
10             Objection; form.
11        THE WITNESS:
12             Well, the unknown is to what extent
13             there is or is not damage incurred in the
14             upstairs wall cavities, the various junction
15             boxes, switches, light fixtures -- the
16             electrical connections and light fixtures,
17             the wire twist nuts.  So all of these things
18             are unknown, and that's -- that's what makes
19             it uncertain for me to guarantee or assure
20             the client that the home will be free of any
21             further contamination or deterioration due to
22             a certain amount of possibly contaminated --
23             cross-contaminated, as it is referred to,
24             materials upstairs.
25   BY MR. SPERLING:
```

1       Q     All right.   What if remediation protocol

2 called for removal of all of the Chinese drywall

3 downstairs in the Clement home, all of the

4 switches and receptacles on the second floor of

5 the Clement home, in addition to removal of the

6 drywall and the switches and receptacles and

7 electrical wiring downstairs in the Clement home?

8 Under that protocol, would you be able to give the

9 house a clean bill of health?

10       A     No, I could give them a -- a cleaner

11 environment upstairs for an unknown period of

12 time.   I just don't know the aftereffects of the

13 contamination and at the rate it happened or --

14 obviously, if you remove all of the contaminated

15 drywall, there will be no additional subsequent

16 contamination there --

17       Q     Yeah.

18       A     -- once the smoking gun has been

19 removed.

20       Q     Yeah.

21       A     Well, the thing, as I said earlier, that

22 was perplexing is in May, at the very same home, I

23 didn't -- was not able to determine any oxidation

24 on receptacles that we inspected, and 6 months

25 later we found a handful of them, plus two

1  evaporator coils that were contaminated.  So I

2  just don't know how this stuff -- Chinese drywall,

3  what effects it will leave lingering in the wall

4  cavities and alarm systems upstairs, anything

5  that's metal, how it will affect it.  And if we --

6  the only way to assure is to remove it.

7       Q    Well, when you did your inspections in

8  September and October of 2009 of the Clement home,

9  you did not find any evidence of

10 cross-contamination upstairs in the Clement home?

11      A    Not at that time, no, sir.

12      Q    No evidence of visual tarnishing of any

13 of the switches or receptacles?

14      A    Right.

15      Q    And you didn't do any testing of the

16 copper wiring upstairs?

17      A    No, sir.  And the -- one of the other

18 problems when it comes to wiring in my revised

19 protocol, this -- with regards to wiring and

20 copper, there's an unknown amount of corrosion

21 that can occur in the silver solder joints or the

22 compounds in soldering copper.  I don't know the

23 amounts of contaminate that can affect the joints,

24 and if it can cause leaks in water or gas pipes.

25 I don't know that.

1      Q     That's outside your area of expertise?

2      A     Right.

3            And the other thing that is -- on one

4      occasion across the lake, the remediation

5      contractor had snipped back the wiring too much to

6      enable effectively installing new receptacles and

7      switches and junction boxes and so forth.  So it

8      can present a dilemma in trying to salvage the

9      copper, if you don't get it all.  If you don't get

10     every connection, all of it.  It's another

11     unknown.

12     Q     Okay.  I assume you have been

13     compensated for the reports you've prepared, which

14     we've identified Driskill #1 through #5; correct?

15     A     Yes, sir.

16     Q     Other than for the preparation of these

17     reports, have you been compensated in any way by

18     any attorneys in this case for work done in

19     connection with the Campbell and Clement

20     litigation?

21     A     No, sir.

22     Q     Not being compensated for your

23     appearance here today at the deposition?

24     A     No, sir.

25     Q     Okay.

```
 1          MR. SPERLING:

 2               I think that's all I have.  Thank you

 3          very much.

 4                         * * *

 5                      EXAMINATION

 6     BY MR. SEEGER:

 7          Q    Mr. Driskill, I'm Chris Seeger.  I'm

 8     just going to ask you a handful of questions, I

 9     don't think I'll keep you too long?

10          A    Sure.

11          Q    Have you received -- have you been

12     contacted a Dr. Matthew Perricone, but any chance?

13          A    The name doesn't sound familiar.

14          Q    And has a Jerry Householder contacted

15     you to discuss your report with regard to Campbell

16     and Clement?

17          A    No, sir.

18          Q    Do you believe that with regard to

19     corrosion and the rate it occurs, that heat can

20     play a factor in that process?

21          A    To be more specific, the things or the

22     conditions that affect the copper, or any metal,

23     it's not -- heat is relative, zero to infinity.

24     It's the changing -- it's the changing of the

25     temperature.  If you change temperature of air,
```

1    you change the state of the moisture, you change

2    the air from hot to cold, colder, you reach what

3    is called dewpoint.  And if you have a metal

4    surface or a hard surface, the available humidity

5    in the air will condense on that surface.

6         Q    And that was my next question.  I was

7    going to ask you if humidity played a role, but I

8    think you've answered that.

9         A    It's not so much the humidity in and of

10   itself because there's humidity, it's moisture,

11   every place on Earth except the South Pole, no

12   humidity, zero.

13        So if we have a temperature differential

14   of 5 or 10 degrees from evening until morning, and

15   this is my theory of this, from my

16   air-conditioning expertise, in the spring and

17   fall, which is the change of season, we have cold

18   nights and warm days.  And also in the summertime

19   we have artificial cold when the air-conditioning

20   comes on, everything in the room is 72 to

21   75 degrees.  And that happens overnight, and the

22   house is a cool envelope.

23        When the sun comes out the next morning

24   and heats the brick wall of the house, and it

25   heats the air in the wall cavities, that combined

1    with vapor drive, which is a natural phenomenon,

2    people refer to it as homes breathing -- well,

3    homes don't breathe, but vapor drives into the

4    home.  Well, that humidity, that will condense on

5    the copper wiring, the face of the receptacle and

6    switch is almost in the room, and it is the

7    temperature of the room, so the warm air being

8    sucked to the wall.

9         If you have a smoke stick or some such

10   device, if you turn on the air-conditioning, put

11   it by a receptacle, you would see that smoke

12   coming in but that's infiltration, and that's a

13   very common event.  So that air movement,

14   temperature difference from the outside, super

15   heated brick wall, hot, 85, 90-degree air in the

16   wall cavity, as it enters the room ever so subtly,

17   it passes over the terminals in the receptacles,

18   copper wire at 72 degrees, and it condenses.

19        And this is more -- this is evidence of

20   more in water heaters, water heaters have a cold

21   line and a hot line, and in the garage and it's

22   contaminated drywall, the gases are more permeable

23   because the gases -- off-gases in a hot garage.

24   Well, when you turn the hot water on in the

25   kitchen, you're replacing the water that's being

1   expelled from the water heater with fresh cold

2   water coming from beneath the earth, so the

3   water -- the copper line on top of the water

4   heater is now 70 degrees, or 65 degrees in the

5   wintertime, and the garage is 90 degrees.

6        So it condenses and that black copper

7   pipe will turn black.  So to me, it has everything

8   to do with temperature change and available

9   moisture.

10       Q    So the difference that you -- I'm asking

11  your opinion on this, the difference between,

12  let's say, your May report and your September

13  report in the Clements' house could be the fact

14  that the house went through the summer months,

15  could that have some effect on the rate of

16  corrosion you saw in the later report?

17       A    Because of the temperature difference,

18  the moisture conditions, the vapor drive, all that

19  changed in the summertime of having the

20  air-conditioning on every day during the summer.

21  May is the beginning of the season.  I don't know

22  how long before May that he had the drywall

23  installed.  And that's something that I don't

24  speculate on.  But I do know that condensation,

25  water -- available water in the presence of that,

1    sulfur gases condenses and forms an acid etching,

2    corrosion, oxidation, whatever you want to call

3    it.

4         Q    And let me ask you this.  In a home

5    where the ground floor, the first floor has, let's

6    say, Chinese drywall, and the second floor

7    doesn't, let's take the Clements' house where

8    there's an air-conditioning, HVAC system, would

9    you expect the sulfur gases that are emitted from

10   the drywall in the first floor to circulate

11   throughout the house?

12        A    Yes.  Unless you have a completely

13   disconnected zone in a house, total, there's no

14   air transfer, then the likelihood would be

15   lessened that you wouldn't have this

16   cross-contamination.

17             But the bearing walls in a home is a

18   continuous wall from the floor all the way up, and

19   that wall cavity, although the Sheetrock is nailed

20   tightly to it, between the Sheetrock and the face

21   of the stud or the joists, air can pass this

22   natural phenomenon I spoke of, is called

23   infiltration.

24             So there's X amount of gases being

25   cross-contaminated upstairs; plus the fact that if

1    you -- not if, but when you do the demolition of

2    the downstairs area, you're going to have just a

3    hellacious amount of dust from drywall demolition

4    throughout the entire structure.   So you're going

5    to have to go through and Hepa vacuum every square

6    inch of everything.   So you're not going to stop

7    that.   So that's another unknown.

8        Q    So just to draw this out, it would be

9    your expectation, is this fair, that the copper

10   wiring in the walls in the second floor of the

11   Clements' house would also be exposed to the

12   sulfur gases from the drywall in the home?

13       A    Some unknown concentration, some.   But

14   the entire house, all of it, all the air in the

15   house, at one time or another is going to

16   intermingle; all of it in the entire house.

17       Q    Mr. Driskill, have you had an

18   opportunity to look at the CPSC guidelines on

19   remediating homes with Chinese drywall?

20       A    No.

21       Q    Okay.   Strike that then.

22           Mr. Driskill, do you have an opinion as

23   to whether in the Clement house, for example, the

24   electrical wiring can remain in any parts of the

25   house?

1    A    Well, based on my previous testimony

2  regarding the snipping of wires and junction boxes

3  that are in areas of the house we don't know

4  about, can't even see them, covered up, the

5  removal of all the wiring, all copper in the

6  house, would remove any and all chances of any

7  electrical failure of whatever magnitude might

8  happen down the line; one switch, that is, a

9  receptacle, for instance, I'm sure you're familiar

10  with how receptacles work; it's friction, you plug

11  in the receptacles, there's two pinchers in there

12  that are brass, copper components, whatever.

13          There's X amount of oxidation on that.

14  X, we don't know.  And when would that fail, if it

15  will fail, so all you need is one -- you just need

16  one failure, that will cause a problem.  And I

17  couldn't put my brand name on such a condition.

18    Q    Excuse me one second.  (Reviewing

19  document.)

20          If there was anybody in this litigation

21  that were to suggest to the jury, that you

22  support, you, Mr. Driskill, support the

23  proposition that copper can be left behind in a

24  home where there's been Chinese drywall, would

25  that be correct or incorrect?

1      A      If it can be left behind or left behind

2  safely?

3      Q      If anyone were to suggest to the jury,

4  anybody, that Mr. Driskill supports leaving either

5  copper wire behind or copper pipes in the

6  Clements' house, after the drywall has been

7  remediated, is that a correct or incorrect reading

8  of your report?

9      A      No.  I couldn't support leaving all of

10  the copper wiring in the house.

11     Q      What about with regard to the Campbell

12  house; same opinion?

13     A      Any home that has been contaminated with

14  the Chinese drywall has affected the wiring, as I

15  have seen over my inspection times in the last

16  couple of years, I would say that in order to be

17  100 percent safe and to avoid any future

18  tragedies, I would say remove copper wiring, alarm

19  wiring, bell wiring, Cat 5 wiring, any kind of

20  wiring.  Remove it all.

21     Q      And, Mr. Driskill, in your report

22  regarding the Campbell house at 1032 -- I forget

23  which --

24     MR. SPERLING:

25          Driskill #2, I believe.

1    BY MR. SEEGER:

2        Q    Driskill #2, sir, on Page 46 of that

3    report, you said at that time oxidized electrical

4    copper wiring must be cut and removed or cleaned

5    free of oxidation.  Do you still, sitting here

6    today, believe that copper wiring with corrosion

7    can be cleaned of the corrosion?

8        A    Well, that was in -- was that in May of

9    '09?

10       Q    Yeah.

11   MR. SPERLING:

12           He's talking about the May -- he's now

13        talking about the Campbell property, and I

14        think that was in July of '09.  Seeing.

15       Q    (By Mr. Seeger)

16   BY MR. SEEGER:

17       Q    The house at 1032, July 28, 2009.  I

18   apologize.

19       A    Since that time -- and I stated this

20   earlier on in my testimony -- my protocol and my

21   reasons for varying in my protocol is for the

22   safety of the client, and I know enough about the

23   contamination process of the H2S gas, that it

24   certainly will not penetrate the Romex jacketed

25   wiring in the vulcanized copper.  It won't

1   penetrate that.   I know that plastic is used to

2   haul around acid.

3            It's all terminal connections, and I

4   don't know that sometimes -- gosh, I've been a

5   contractor all of my life -- when you're

6   nailing -- when you're stapling Romex down and you

7   overpinch a wire, sometimes that will short out

8   right away, turn on -- your breaker keeps tripping

9   and you go back and find out that a Romex nail

10  breached the covering of the jacket, the wiring,

11  and touched -- touche3d the copper.

12           That's exposed -- that's exposed.  So

13  that's an X.  I don't know how that's going to be

14  affected in a wall, and if it's -- sometimes in

15  the future it will cause a fire.

16      Q    Mr. Driskill, I'm just asking you if you

17  know this one way or the other.  Let me strike

18  that.

19           Would it surprise you, based on what you

20  just testified to, that experts for plaintiffs in

21  this case have indicated in their reports that

22  they've witnessed corrosion under the plastic

23  jacket in the copper wiring -- the electrical

24  wiring?

25      A    It would -- it would not surprise me,

1    no.

2         I don't -- I don't know how tightly

3    fit -- let me back up a little bit.  I know the

4    ground wire in Romex is only jacketed with paper

5    because its duty -- it wants to be exposed to

6    touching something metal.  It shunts the

7    electricity to the ground and blows the circuit or

8    blows the fuse.  So the ground wire can be

9    affected by gases coming into the connection area

10   of the receptacle light switch, and how many

11   inches back, I don't know.

12        Now, the ground wire is not a conductor,

13   unless when it's called upon in an emergency to

14   conduct electricity to ground.

15        The jacketed -- the jacketed or

16   vulcanized black and white wire, I'm not an

17   expert, knowing just how permeable that gas can be

18   in that circumstance, I just don't know.

19     MR. SEEGER:

20        That's all I have.  Thank you very much.

21                    * * *

22              FURTHER EXAMINATION

23   BY MR. SPERLING:

24     Q    Let me get back to the Clement property,

25   specifically the second floor.  The electrical

1    wiring on the second floor.  You had mentioned

2    this phenomenon of those copper wires behind walls

3    on the second floor would be exposed to some

4    extent, and I think you said an unknown quantity

5    of airflow from the first floor where there is

6    contaminated drywall; correct?

7         A    Right.

8         Q    The amount or quantity of air you would

9    need from that contaminated drywall to cause

10   damage to those electrical wires in terms of

11   functionality -- that's beyond your area of

12   expertise; is that correct?

13        A    Yes, it is.

14        Q    And whether or not any air from the

15   downstairs of the Clement home would cause any

16   diminished life expectancy of the electrical

17   wiring behind the walls on the second floor, that,

18   likewise, would be outside of your area of

19   expertise?

20        A    That's correct.

21   MR. SPERLING:

22        Thank you very much.  And, again, Happy

23   Birthday.

24   MR. SEEGER:

25        That's all.

1          THE VIDEOGRAPHER:

2               This concludes this deposition.  It is

3          4:44, and we're now off the record.

4

5               End of testimony at 4:44 p.m.)