# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | | |
| PAUL CLEMENT AND CELESTE | * | MAG. JUDGE |
| SCHEXNAYDRE CLEMENT v. KPT, et al., | | |
| Case No. 2:09-cv-7628 (E.D. La.) and | * | WILKINSON |
| JOHN CAMPBELL v. KPT, et al., | | |
| Case No. 2:09-cv-7628 (E.D. La.) | * | |

******************************************************************

## PLAINTIFFS' DEPOSITION DESIGNATIONS

**NOW COMES** Plaintiffs, Paul Clement, Celeste Clement, and John Campbell, who, pursuant to the Court's May 17, 2010 Case Management Order, respectfully submit the following deposition designations which may be used at trial:

Testimony of Robert John Walsh, June 5, 2010; and,

The following excerpts from the testimony of Brent Driskill, June 9, 2010:

> 14:4-9, 17:21-25, 18:1-25, 19:1-25, 20:1-13, 22:3-25, 23:1-25,
>
> 25:3-25, 26:1-16, 34:12-25, 35:1-25, 36:1-25, 37:1-25, 38:1-25,
>
> 39:15-23, 55:3-11, 61:11-15, 64:9-12, 64:19-25, 65:1-25, 66:1-2,
>
> 70:7-25, 71:1-9, 74:17-25, 75:1-10, 75:14-25, 76:1-25, 77:1-25,
>
> 78:1-13, 79:7-17, 83:9-25, 84:1-21, 85:2-23, 86:1-25, 87:1.

Dated: June 14, 2010                                          Respectfully submitted,

/s/Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*


Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*


s/Andrew A. Lemmon
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
LEMMON LAW FIRM, L.L.C.
P.O. Box 904
Hahnville, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com

*Counsel for Plaintiffs, Paul & Celeste Clement*

**PLAINTIFFS' STEERING COMMITTEE**

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis (On the Brief) | Daniel K. Bryson |
| HAUSFELD LLP | Lewis & Roberts |
| 1700 K Street, N.W Suite 650 | 3700 Glenwood Avenue, Suite 410 |
| Washington, DC 20006 | Raleigh, NC 27612 |
| Phone: (202) 540-7200 | Phone: (919) 981-0191 |
| Fax: (202) 540-7201 | Fax: (919) 981-0431 |
| rlewis@hausfeldllp.com | dkb@lewis-roberts.com |
| | |
| Jeremy W. Alters | Richard J. Serpe, Esquire |
| Alters, Boldt, Brown, Rash & Culmo, P.A. | Law Offices of Richard J. Serpe |
| 4141 N.E. 2nd Avenue, Suite 201 | Crown Center, Ste. 310 |
| Miami, FL 33137 | 580 East Main Street |
| Phone: (305) 571-8550 | Norfolk, VA 23510-2322 |
| Fax: (305) 571-8559 | rserpe@serpefirm.com |
| jeremy@abbrclaw.com | |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of June, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

Plaintiffs' Liaison Counsel

*Co-counsel for Plaintiffs*