**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | * | **MDL NO. 2047** |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION: L** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | | |
| | | |
| **PAUL CLEMENT AND CELESTE** | * | **MAG. JUDGE** |
| **SCHEXNAYDRE CLEMENT v. KPT, et al.,** | | |
| **Case No. 2:09-cv-7628 (E.D. La.) and** | * | **WILKINSON** |
| **JOHN CAMPBELL v. KPT, et al.,** | | |
| **Case No. 2:09-cv-7628 (E.D. La.)** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**PLAINTIFFS' SUPPLEMENTAL AND AMENDED**</u>
<u>**WITNESS LIST**</u>

Plaintiffs may call one or more of the following witnesses during the trial on the

merits of this matter scheduled to commence on June 21, 2010:

1.  Ronald Bailey – expert re: scope of remediation and air movement within

    home

2.  Donald Galler – expert re: corrosion and its effect on switches, wiring,

    receptacles, circuit boards, electronic appliances and electric mechanical

    systems

3.  Bradley D. Krantz – expert re: corrosion process and pitting

4.  Alexis Mallet, Jr. – expert/fact re: remediation costs and scope of repair

5.  Timothy Moore – fact re: home inspector for United Fire of the Clement home

6.  Ray Phillips – fact/expert re: remediation, scope, costs, real world/practical

    concerns and experiences

7.  Dean Rutila -  expert re: construction/scope/off-gassing effects on homes and

    appliances

8.       Lori Streit – expert re: chemical analysis of the drywall

9.       Arthur Sterbcow – expert re: real estate value/stigma

10.     Robert Walsh (by deposition) – NEC expert re: electrical codes and wiring methods

11.     John Campbell – fact witness/plaintiff

12.     Celeste Schexnayder Clement – fact witness/plaintiff

13.     Paul Clement – fact witness/plaintiff

14.     Brent Driskill – expert/fact witness re: home inspections of the plaintiffs' properties

15.     Paul Hyde – fact witness

16.     John Adams – fact witness

17.     Chris Shuler – fact witness/contractor

18.     Kenneth Day – homeowner of 2508 Creely Drive, Chalmette, LA – fact re: purchase of a "remediated" Chinese Drywall home

**19.     Michael or Jessica Serigne, 3612 Veronica Drive, Chalmette, LA - fact re: purchase of a "remediated" Chinese Drywall home**

20.     James Silk, 1701 Colquitt Street, Houston, TX  77098 – fact re: withdrawal from sale of a Chinese Drywall home

21.     Meagan Silk, 1701 Colquitt Street, Houston, TX  77098 - fact re: withdrawal from sale of a Chinese Drywall home

**22.     Debbie Hamburger, Realtor, 1002 W. Judge Perez Drive, Suite B, Chalmette, LA – fact witness re: purchase and sale considerations, negotiations of Creely Drive**

23.      Any Other Witness Listed or Called by Any Other Party

24.      Any Witness needed to authenticate or introduce any exhibit

25.      Any party or subcontractor necessary to authenticate or explain estimates
provided to any witness including Alexis Mallet, Jr.

26.      Any witness necessary to rebut any witness of KPT.


Dated: June 14, 2010             Respectfully submitted,


/s/Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*


Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

s/Andrew A. Lemmon_____
ANDREW A. LEMMON (#18302)
IRMA L. NETTING (#29362)
LEMMON LAW FIRM, L.L.C.
P.O. Box 904
Hahnville, LOUISIANA 70057
(985) 783-6789 Telephone
(985) 783-1333 Facsimile
andrew@lemmonlawfirm.com

*Counsel for Plaintiffs, Paul & Celeste Clement*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931

hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836

sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630

jrr@lumpkinreeves.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of June, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

Plaintiffs' Liaison Counsel

*Co-counsel for Plaintiffs*