IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

### ORDER ON DEFENDANT, S3 ENTERPRISES, INC.'S (Improperly named 53 ENTERPRISES, INC. f/k/a A-1 BROTHERS, INC.) EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendant, S3 ENTERPRISES, INC.'S (Improperly named 53 ENTERPRISES, INC. f/k/a A-1 BROTHERS, INC.) Ex Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Ex Parte Motion if GRANTED. Defendant shall have up to and including June 25, 2010, to submit their Installer Profile Forms.

New Orleans, Louisiana this  14th   day of June 2010.

HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE