UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al, Case No. 2:09-cv-06690. | MAG. JUDGE WILKINSON |

_____/

## NOTICE OF APPEARANCE

Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers hereby give notice of their appearance as counsel of record for The Haskell Company, in this case and request that copies of all pleadings, filings, and other documents served in this case be served upon the undersigned pursuant to the procedures established by the Court.

Dated: June 15, 2010.

                                        s/ Adam C. King_____
                                        JEFFREY M. PASKERT
                                        Florida Bar No. 846041
                                        jpaskert@mpdlegal.com
                                        ADAM C. KING
                                        Florida Bar No. 156892
                                        aking@mpdlegal.com
                                        MILLS PASKERT DIVERS
                                        100 N. Tampa Street, Suite 2010
                                        Tampa, Florida  33602
                                        (813) 229-3500 − Telephone
                                        (813) 229-3502 − Facsimile
                                        *Attorneys for The Haskell Company*

**CERTIFICATE OF SERVICE**

    I HEREBY certify that on June 15, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

                                      s/ Adam C. King
                                      Attorney