IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

(This Document Relates to Rogers, et.al. v.
Knauf Gips KG, et al; Case No. 2:10-CV-362)

MDL NO.: 2047

SECTION: L MAG 2

JUDGE FALLON

MAG. JUDGE WILKINSON

_____/

### AFFIDAVIT OF MARK S. HODGES IN SUPPORT OF DEFENDANT, HOVSTONE PROPERTIES FLORIDA, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Mark S. Hodges**, who, being duly sworn, says:

1. My name is Mark S. Hodges. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I was the President of Hovstone Properties Florida, LLC ("Hovstone") prior to its dissolution, and submit this Affidavit in support of Defendant Hovstone's Motion to Dismiss for Lack of Personal Jurisdiction.

3. Hovstone is a dissolved corporation that was organized and existing under the laws of Delaware with a former principal place of business in Florida.

4. Hovstone never purchased or sold real property in Louisiana, never built a residence in Louisiana, and never entered into any contracts or subcontracts with any company located or based in Louisiana.

5. Hovstone was never licensed or registered to do business in Louisiana.

6. Hovstone never had any offices or employees in Louisiana.

7. Hovstone never had an agent for service of process in Louisiana.



EXHIBIT A

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to Case No. 2:10-CV-362

8.   Hovstone never had any bank accounts in Louisiana or owned any property in Louisiana.

9.   Hovstone never solicited business in Louisiana, never transacted business in Louisiana, and never contracted to supply services or things in Louisiana.

10.   Hovstone never purposely directed any marketing activities toward Louisiana residents.

11.   Hovstone never maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

12.   The one Plaintiff named in the Complaint in this action who allegedly owns a home built by Hovstone does not reside in Louisiana.

13.   Hovstone did not negotiate or perform any contract with any of the Plaintiffs in Louisiana.

14.   In light of having no connections with Louisiana, KHFH never anticipated that it would be haled into Court in Louisiana.

Mark S. Hodges
Former President
Hovstone Properties Florida, LLC

STATE OF _Florida_ )
                                    )SS:
COUNTY OF _Palm Beach_ )

The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of _Florida_, this _11th_ day of June, 2010, by Mark S. Hodges, who ✓ is personally known to me or ___ has produced a _____ driver's license as identification.

Printed Name: G. Steven Brannock
Notary Public, State of
My Commission Expires:

(NOTARIAL STAMP)



G. STEVEN BRANNOCK
MY COMMISSION # DD 542296
EXPIRES: June 14, 2010
Bonded Thru Notary Public Underwriters

2