UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOYCE W. ROGERS, individually and on behalf of all others similarly situated, | ) ) ) | CASE NO. 10-362 SECT. L, MAG 2 |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| KNAUF GIPS KG, et al., | ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL
DOCUMENTS AND PLEADINGS**

COMES NOW, the undersigned law firm of Schwartz & Horwitz, PLC and hereby files

its Notice of Appearance as counsel on behalf of the Defendant, Lavish Holding Corp.  It is

respectfully requested that all future pleadings, documents and correspondence be served upon

the undersigned in connection with this action.

Respectfully submitted,


By:     /s/ Steven G. Schwartz
        Steven G. Schwartz, Esquire
        Schwartz & Horwitz, PLC
        6751 North Federal Highway
        Suite 400
        Boca Raton, FL 33487
        Telephone: 561-395-4747
        Facsimile:  561-367-1550
        sgs@sandhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court  of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100496\Pleadings\N-Appearance-jmr.doc