UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KENNETH AND BARBARA WILTZ, Individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., et al.,<br><br>Defendants. | CASE NO. 10-361<br>SECT. L, MAG 2 |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz & Horwitz, PLC and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Lavish Holding Corp. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Respectfully submitted,

By:   /s/ Steven G. Schwartz
      Steven G. Schwartz, Esquire
      Schwartz & Horwitz, PLC
      6751 North Federal Highway
      Suite 400
      Boca Raton, FL 33487
      Telephone: 561-395-4747
      Facsimile:  561-367-1550
      sgs@sandhlawfirm.com

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2010.

                                                <u>/s/ Steven G. Schwartz</u>
                                                Steven G. Schwartz, Esq.

L:\OPEN FILES\100492\Pleadings\N-Appearance-jmr.doc