UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO

JOYCE W. ROGERS, et al., v. KNAUF GIPS KG, et al.
CASE NO. 10-362

## NOTICE OF LIMITED APPEARANCE

COME NOW the undersigned, James A. Kee, Jr. and Lucy W. Jordan of the law firm of KEE & SELBY, LLP, give notice of their limited appearance as counsel of record for HPH PROPERTIES, LLC in this case. This Notice of Limited Appearance is being made, and is expressly subject to and without waiver of, any and all objections to venue, service of process and/or jurisdiction. However, please direct all future pleadings and correspondence to the undersigned.

Respectfully submitted,

 /s/ Lucy W. Jordan
James A. Kee, Jr., KEE005
Lucy W. Jordan, JOR037
Attorneys for HPH Properties, LLC

1

OF COUNSEL:

KEE & SELBY, LLP
1900 International Park Drive, Suite 220
Birmingham, Alabama 35243
(205) 968-9900
(205) 968-9909 *facsimile*
Email:  jk@keeselby.com
       lj@keeselby.com

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 15th day of June, 2010.

                                  /s/ Lucy W. Jordan
                                  OF COUNSEL