UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL No. 2047

SECTION L

THIS DOCUMENT RELATES TO
DAVID GROSS ET AL

JUDGE FALLON

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-CV-06690

## NOTICE OF APPEARANCE

Mark B. Yeslow of Yeslow & Koeppel, P.A., hereby files his Notice of Appearance as counsel of record for Defendant, Brent Garrod Drywalls, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2010, this document has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

YESLOW & KOEPPEL, P.A.
Attorneys for Judson Construction Group LLC
P.O. Box 9266
Fort Myers, FL 33902
(239) 337-4343
mark@yklegal.com

By: /s/ Mark B. Yeslow
Mark B. Yeslow
Florida Bar No. 614701