Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0600

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hammer Construction Services, Inc., ATTN: Lawrence J. and Kelly H. Denmark
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Barbara Gray__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __5th__ day of __May__, 20 __10__, at __5:55__ o'clock __P__M

**Place of Service:** at __12660 Palmetto Pines Dr__, in __Cape Coral, FL 33909__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hammer Construction Services, Inc., ATTN: Lawrence J. and Kelly H. Denmark**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Kelly Denmark, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __40-45__ ; Approx. Height __5'0"__ ; Approx. Weight __100 lbs__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X __Barbara Gray__
Signature of Server  157153

Subscribed and sworn to before me this __7th__ day of __May__, 20 __10__

__Elena Alvarado__
Notary Public    (Commission Expires)

APS International, Ltd.

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

726