


# Driskill Environmental Consultants LLC
## DRYWALL ASSESSMENT REPORT
Property Address
1049 Clairise Ct., Slidell, LA 70461
Prepared for the Client
Mr. John Campbell
Slidell Property Management
May 11, 2009

Report Prepared By:

*[signature]*

Brent J. Driskill, CMC, CMRS, IH

**Louisiana State Board of Contractors #250006**
*Mold Remediation Contractor*
**Louisiana State Board of Contractors #11599**
*General Contractor*
*Mechanical Contractor*
*HVAC Contractor*
**Louisiana State Board of Home Inspectors #10081**
*Home Inspector*
*Building Inspector*
**American Industrial Hygiene Association #167308**
*Industrial Hygienist*
**Environmental Assessment Association #74099**
*Certified Environmental Inspector*
**National Asbestos & Environmental Training Institute**
*Certified Microbial Remediation Supervisor*

Office (504) 738-2779 / Fax (504) 737-1960
www.brent@smarttipsolutions.com

American Industrial Hygiene Asso...



EXHIBIT A

CDW-Campbell002171

# TABLE OF CONTENTS

INTRODUCTION .................................................................................................................................. 3
ADDITIONAL SERVICES OPTION.................................................................................................... 3
QUANTIFICATION OF CONTAMINATED SHEETROCK ............................................................... 3
WORD AND PHRASE DEFINITIONS ................................................................................................ 4
INTERVIEW WITH THE CLIENT & DESCRIPTION OF PHYSICAL DISCOMFORTS ................ 4
SCOPE OF WORK ................................................................................................................................ 5
PROPERTY DESCRIPTION................................................................................................................. 5
MOISTURE / AIR / TEMPERATURE MEASUREMENT INFORMATION...................................... 5
TESTING LOCATIONS AND INSTRUMENT READINGS .............................................................. 6
AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL ........................ 10
AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL .................................... 10
REMEDIATION REFERENCING GUIDELINES ............................................................................. 10
CONTAINMENT ................................................................................................................................ 12
    LEVEL III LARGE ISOLATED AREAS ..................................................................................... 12
OCCUPANCY & HEALTH CONSIDERATIONS ............................................................................. 13
ASSISTANCE AND RECOMMENDATIONS ................................................................................... 13
PHOTOS .............................................................................................................................................. 14

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report
*INTRODUCTION*
*SITE INSPECTOR*: Brent Driskill Performed the Following Inspection on May 11, 2009

The recommendations or requirements made in this preliminary report cannot address unforeseen hidden or inaccessible contaminated sheetrock or damages inflicted upon various metals within the structure. Driskill Environmental Consultants L.L.C. does not provide nor imply any warranty or guarantee that remediation of certain specified areas within the structure will permanently eliminate future contamination caused by off gassing from contaminated sheetrock. The contents of this preliminary report are the property of Driskill Environmental Consultants L.L.C. and shall be used at its discretion. Copying or dissemination of its contents is strictly prohibited without the written permission of Driskill Environmental Consultants L.L.C.

*ADDITIONAL SERVICES OPTION*
This report is issued without Driskill Environmental Consultants L.L.C. supervision or monitoring of remedial work or sheetrock removal at the subject structure. In the event the Client shall desire to have Driskill Environmental Consultants L.L.C. supervise or monitor the ongoing remediation process, then those fees charged for services rendered by Driskill Environmental Consultants L.L.C. shall be agreed upon, by the Client and Driskill Environmental Consultants L.L.C., prior to commencement of the remediation process.

Analytical reports are generated by Driskill Environmental Consultants L.L.C. at the request of and for the exclusive use of the person or entity (client) named on such report. Reports, copies, or testing results, will not be released by Driskill Environmental Consultants L.L.C., to any third party, without prior written request from the client. This report applies only to the sample(s) tested. The client is solely responsible for the use and interpretation of test results and reports requested from Driskill Environmental Consultants L.L.C. Driskill Environmental Consultants L.L.C. is not able to assess the degree of hazard, resulting from materials analyzed. Driskill Environmental Consultants L.L.C. reserves the right to dispose of all samples according to all state and federal guidelines, unless otherwise specified.

*QUANTIFICATION OF CONTAMINATED SHEETROCK*
Various amounts of contamination throughout this report are referenced regarding the visible amount of black advanced oxidation observed primarily on copper wiring, receptacles, switches and other electrical components. Because other building materials, appliances, items or contents do not display black oxidation does not necessarily mean that they are not contaminated by H2S. Furthermore, the site inspectors encountered on several occasions, would be contaminated China sheetrock installed adjacent to sheetrock that was not labeled. This condition became evident by observing the color difference between the China labeled interior face of the sheetrock as compared to other unknown brands of sheetrock. This disparity was most prevalent on the unpainted sheetrock installed on the garage walls. Therefore it would be reasonable to conclude that there is an unknown mixture of contaminated China manufactured sheetrock along with uncontaminated sheetrock. Because of cross contamination possibility of H2S contaminated China sheetrock we consider all sheetrock within a structure contaminated when any amount of China brand sheetrock has been detected and recommend removal of a sheetrock in the structure in order to provide a clean environment for new sheetrock installation after chemical neutralizing of the structural wood members.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

## *Word and Phrase Definitions*

The following words or phrases are used to simplify certain conditions of systems or components inspected during this inspection.

**Advanced Oxidation:** Oxidation on wiring or metal components beyond that which should be expected as compared to the date installed.

**Serviceable:** The condition of an item or system that appears to be acceptable condition considering its expected operation life.

**N/A:** The item or system or a component of the same was not assessable at the time of this inspection for inspection or comment.

**Not Inspected:** The item or system was not inspected for reasons of inaccessibility or not an issue in this inspection.

*INTERVIEW WITH THE CLIENT & DESCRIPTION OF PHYSICAL DISCOMFORTS*
An interview with the Company Rep revealed interest in whether or not the unit #1049 contained contaminated sheetrock.

*DETECTABLE ODOR*
No odors were detected inside this duplex unit, at the time of this inspection.

*DESCRIPTION OF PHYSICAL DISCOMFORTS*
There were no reports of physical discomforts that may have been experienced by the occupants of this duplex unit, during this inspection.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*SCOPE OF WORK*

On May 11, 2009, Driskill Environmental Consultants L.L.C. was requested by a representative from the Slidell Property Management Co., to perform an environmental property assessment of a single family, duplex located at 1049 Clairise Ct., Slidell, LA 70461. The purpose of this investigation was to determine if contaminated sheetrock existed with the structure, test the air for the presence of Hydrogen Sulfide ($H_2S$) off-gassing and document visual conditions of copper wiring, pipes, tubing and coils.

*PROPERTY DESCRIPTION*

| SECTION | BRIEF DESCRIPTION OF SECTION |
|---|---|
| Type of Construction | Commercial - Single Family Duplex Units |
| Use of Structure | Single Family, Residential Duplex |
| Approximate Age | Three Years |
| Stories / Levels | One Story |
| Roof System | Asphalt Shingle |
| Exterior Walls | Brick Veneer |
| Foundation | Concrete Slab |
| Flooring | Vinyl and Carpeting |
| Interior Walls | Sheetrock |
| Interior Ceilings | Sheetrock |

*OCCUPANCY INFORMATION*

| SECTION | BRIEF DESCRIPTION OF SECTION |
|---|---|
| Year Built / Renovated | 2006 |
| Building Contractor | Southern Homes |
| Brand of Sheetrock | Unknown |
| Date of First Occupancy | Unknown |

*MOISTURE / AIR / TEMPERATURE MEASUREMENT INFORMATION*
TEMPERATURE

| Room Name | Location | Dry Bulb | Wet Bulb | Relative Humidity | Specific Humidity | Dew Point |
|---|---|---|---|---|---|---|
| Living Room | Middle of Room | 74.3 | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*TESTING LOCATIONS AND INSTRUMENT READINGS*

Extrapolating the data from a Hydrogen Sulfide detection meter readings, we can reach reasonable conclusions as to the levels of $H_2S$ gas present at various locations of the interior structure. Instrument readings are reported in **ppm, (parts per million). NOTE: (<) symbol indicates "less than".**

| HYDROGEN SULFIDE INSTRUMENT READINGS ||| 
|---|---|---|
| Room Location | Location of Reading | Instrument Readings ppm |
| Throughout Home | Readings at Floor Levels, Near Walls | All < 1 ppm |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| PLUMBING SYSTEM COMPONENTS ||| 
|---|---|---|
| Room Location | Supply Lines, Visual Condition | Instrument Readings ppm |
| Garage | Pex Water Line Materials Used - Exposed Copper | <1 ppm |
|  |  |  |
|  |  |  |
|  |  |  |

| WATER HEATER INFORMATION ||| 
|---|---|---|
| Water Heater | Supply Water Lines, Visual Condition | Instrument Readings ppm |
| Location - Garage |  |  |
| Overall Condition | Serviceable | < 1 ppm |
| Supply Lines | Serviceable | < 1 ppm |
| Metal Valves | Serviceable | < 1 ppm |
| Heater Age | Three Years Old |  |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| BATHROOMS | | |
|---|---|---|
| **Bathroom #1** | **Visual Conditions** | **Instrument Readings ppm** |
| Location - Front Bathroom | | |
| Toilet Supply Lines/Valves | Serviceable | < 1 ppm |
| Lavatory Supply Lines/Valves | Serviceable | < 1 ppm |
| Lavatory Drain Lines | Serviceable | < 1 ppm |
| Lavatory Fixtures/Faucets | Serviceable | < 1 ppm |
| Shower Fixtures/Faucets | Serviceable | < 1 ppm |
| Mirrors and Other | Serviceable | < 1 ppm |
| **Bathroom #2** | **Visual Conditions** | **Instrument Readings ppm** |
| Location - Rear Bathroom | | |
| Toilet Supply Lines/Valves | Serviceable | < 1 ppm |
| Lavatory Supply Lines/Valves | Serviceable | < 1 ppm |
| Lavatory Drain Lines | Serviceable | < 1 ppm |
| Lavatory Fixtures/Faucets | Serviceable | < 1 ppm |
| Shower Fixtures/Faucets | Serviceable | < 1 ppm |
| Mirrors and Other | Serviceable | < 1 ppm |
| **Bathroom #3** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | | |
| Toilet Supply Lines/Valves | | |
| Lavatory Supply Lines/Valves | | |
| Lavatory Drain Lines | | |
| Lavatory Fixtures/Faucets | | |
| Shower Fixtures/Faucets | | |
| Mirrors and Other | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| AIR CONDITIONING & HEATING COMPONENTS | | |
|---|---|---|
| **A/C System, #1** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | Attic | |
| Make and Type | Central | |
| Age and Condition | Three Years Old, Condition - | |
| Condition of Evaporator Coils | Coated with Resistant Paint | < 1 ppm |
| Condition of Metal Components | Serviceable | |
| Components Replaced | Cooling Coil- Replaced | |
| | | |
| **A/C System, #2** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | | |
| Make and Type | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Metal Parts | | |
| Components Replaced | | |
| | | |
| **A/C System, #3** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | | |
| Make and Type | | |
| Age and Condition | | |
| Condition of Evaporator Coils | | |
| Condition of Other Metal Parts | | |
| Components Replaced | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Main Electrical Panel** | **Visual Conditions** | **Instrument Readings ppm** |
| Location - Garage | | |
| Condition of Exposed Wire | Serviceable | < 1 ppm |
| Condition of Buss Bar | Serviceable | < 1 ppm |
| Condition of Breakers | Serviceable | < 1 ppm |
| Condition of Other Metals | Serviceable | < 1 ppm |

| ELECTRICAL SYSTEM AND COMPONENTS | | |
|---|---|---|
| **Sub-Electrical Panel** | **Visual Conditions** | **Instrument Readings ppm** |
| Location | | |
| Condition of Exposed Wire | . | |
| Condition of Buss Bar | | |
| Condition of Breakers | | |
| Condition of Other Metals | | |
| **Receptacles/ Switches Location** | **Visual Conditions of Receptacles or Switches** | **Instrument Readings ppm** |
| Dining Room | Receptacle Wall Outlet – Normal Oxidation | < 1 ppm |
| Living Room | Receptacle Wall Outlet - Normal Oxidation | < 1 ppm |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Electrical - Fixtures Location** | **Visual Conditions of Fixtures** | **Instrument Readings ppm** |
| Throughout Structure | Serviceable | < 1 ppm |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

| Appliances | Visual Conditions | Instrument Readings ppm |
|---|---|---|
| Intermittent Operation of Appliances - No | | |
| Refrigerator | Serviceable | < 1 ppm |
| Freezer | | |
| Clothes Washer | Serviceable | < 1 ppm |
| Clothes Dryer | Serviceable | < 1 ppm |
| Dishwasher | | |
| Other Appliances | | |
| Other Appliances | | |

| Attic Areas | Visual Conditions | Instrument Readings ppm |
|---|---|---|
| Electrical Junction Boxes | Not Inspected | |
| Electrical Disconnects | Not Inspected | |
| Sub-Panels | Not Inspected | |
| Other Conditions | | |
| Other Conditions | | |

*AREAS OF PRIMARY CONSIDERATION FOR CONTAMINATED DRYWALL*

*AREAS SUSPECTED OF CONTAINING CONTAMINATED DRYWALL*
Listed below are the areas observed in the structure that are suspected of containing contaminated sheetrock and the non-accessible areas of the structure that are also suspected of containing contaminated:
1. There were no areas of visibly stamped sheetrock observed inside duplex unit #1049.
2. All test readings performed in unit #1049 were less than one part per million parts for the presence of $H_2S$ Gas.
3. During this inspection, there were no observations of discolored, tarnished or advanced oxidation on wiring, fixtures or other metal components within this unit.

ASSESSMENT SUMMARY
All copper items observed during this inspection visibly displayed a normal rate of oxidation and did not display affects of black oxidation. We are unable at this time to determine if future conditions might change regarding accelerated oxidation of copper and other metal components or how they might be affected.

*REMEDIATION REFERENCING GUIDELINES*

**Remediation Protocol:** The purpose of the sheetrock removal Protocol set forth in this document is to physically remove the contaminated drywall by controlled demolition, HEPA vacuuming, and detailed cleaning with all work being performed in a controlled and\or contained environment. After all sheetrock has been removed and structural wood members HEPA vacuumed all wood surfaces must be chemically neutralized in order to remove embedded sulfur and other compounds in the wood.

**Build-Back / Reconstruction:** The remediation recommendations in this report do not address reconstruction, installation, or replacement of systems or components unless it is absolutely necessary to maintain the integrity of the remediation process.

**Personal Protective Equipment:** Appropriate training in the proper use of (PPE) Personal Protective Equipment in accordance with EPA respiratory protection shall be applied for all persons entering or working in the building. The minimum respiratory protection for the remediation of this structure shall include HEPA filtration with organic vapor and mist rating. During remediation, Hydrogen Sulfide levels can be expected to be elevated more than the level present before materials were disturbed.

**Negative Air Devices:** Establish a negatively pressurized containment of the structure to control airflow, worker traffic patterns and prevent cross contamination of work areas. HEPA-filtered Negative Air Devices shall be installed in the contained areas to maintain a minimum negative pressure differential of -0.02 in the work area. A minimum of four air exchanges per hour shall be maintained in these areas.

**Decontamination of Air and Surfaces:** It is important to note that the EPA does not list a protocol for cleaning structural surfaces where contaminated drywall has been installed. Therefore we recommend that all surfaces that contained contaminated sheetrock be cleaned and neutralized with chemicals that have been determined to neutralize Hydrogen Sulfide.

**Dust Control:** Misting is recommended to surfaces or contents subject to being removed to act as a dust suppressant to help control air borne contaminates. Misting shall be done so with EPA approved liquid solutions only. Materials, systems, and components shall be removed with methods so as to minimize dust and spread of dust or gypsum contamination. All debris is to be bagged or wrapped with six mil plastic immediately during removal and transported to a secure dumpster or transportation vehicle for disposal. In no instance shall remediation be thrown or dropped out of the building. All debris shall be carried out of the structure.

**Sheetrock Walls:** All drywall shall be removed in logical units to facilitate replacement of drywall. Approximate guidelines are given when applicable in the damage assessment section of this report. **SPECIAL NOTE: Those units that are contaminated share a common wall between apartments. Care must be taken when removing contaminated sheetrock from the common wall to insure that cross contamination does not occur into the would-be non contaminated apartment.**

**HEPA Vacuum:** All vacuuming is to be performed using HEPA vacuum cleaners. All visible drywall debris and dust is to be removed from structural wood members and other surfaces using HEPA vacuum equipment and wire brushes or HEPA vacuum assisted power tools. The work area is to be cleaned so that it is free of all dust and debris after removal work is complete.

**Structural Decontamination:** After all HEPA vacuuming, wire brushing and wiping has been completed on all required surfaces then an application of a neutralizing solution shall be applied to exposed wall studs, floor plates, joists and other wood structural members.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

**Containment Requirements:** Containment and HEPA filtered negative air differential shall remain in place until it has been demonstrated that dust and debris have been reduced to acceptable levels. Post-demolition and cleaning sampling will only be performed when the structure is visually a dust-free environment.

**Post Demolition Requirements:** The negative air equipment shall be left on except for the 24-hour period immediately prior to post sampling. The intake side of negative air machines must be sealed prior to shutting off or moving any unit. Failure to seal the contaminated side of the equipment may result in a release of contaminants back into the building.

**Additional Remediation:** Additional cleaning of the structure shall be performed as necessary until normal Hydrogen Sulfide levels have been achieved. Chemicals shall not be used as the primary method for the decontamination of this building.

*CONTAINMENT*

*LEVEL III LARGE ISOLATED AREAS*
**(30-100 square feet)- e.g., several wallboard panels)**

A health and safety professional with experience performing decontamination investigations should be on staff prior to demolition and decontamination activities to provide oversight for the project.

The following procedures at a *minimum* are recommended:

      a. It is recommended that personnel are trained in the handling of hazardous materials, equipped with respiratory protection, (e.g., N95) as well as disposable respirators, that is in accordance with OSHA Respiratory Protection Standard, (29 CFR 1910.134). Gloves and eye protection should be worn.

      b. The work area and areas directly adjacent should be covered with plastic sheet(s) and taped before remediation begins in order to contain dust/debris.

      c. Seal ventilation ducts/grills in the work area and areas directly adjacent with plastic sheeting.

      d. Work areas near or directly adjacent should be unoccupied. People should be vacated from areas near remediation work being performed and/or from areas that require remediation work. Avoiding all contact with toxic materials and areas near remediation work is strongly recommended for young infants (less than 12 months old) and also persons having undergone a recent surgery, immune suppressed people and people with chronic, inflammatory lung diseases (e.g., asthma, hypersensitivity pneumonitis, and severe allergies).

      e. Dust suppression methods, such as misting (not soaking) surfaces with an E.P.A. approved, dust suppressant prior to demolition work is recommended.

      f. Contaminated materials that cannot be cleaned should be placed in plastic bags and sealed before removing from the building.

    g.  Work areas and surrounding areas should be HEPA vacuumed and cleaned with a damp cloth and/or mopped with a neutralizing solution.

## OCCUPANCY & HEALTH CONSIDERATIONS

**OSHA's** former limits for Hydrogen Sulfide were a 20-ppm, STEL (short term exposure limit), (10-minute maximum duration) and a 50-ppm, ceiling limit.

The proposed and final rule for this substance is 10-ppm, as an 8-hour TWA (time weighted average) and 15-ppm, STEL (short term exposure limit). These limits are consistent with those of the ACGIH.

NIOSH has a REL for Hydrogen Sulfide of 10-ppm, as a 10-minute ceiling. Hydrogen Sulfide is a colorless, flammable gas with the odor of rotten eggs.

*In the event any family member or occupant of the structure begins experiencing adverse health response to indoor air quality we advise medical counseling.*

## ASSISTANCE AND RECOMMENDATIONS

Please call our office for an explanation of any aspect of this report that you do not understand. We assume no liability or responsibility for the cost of implementation of demolition and /or abatement of any materials affected by contaminated sheetrock, either current or arising in the future, or for any property damage, consequential damage or bodily injury of any nature. If the client is unsure of their ability to conduct safe demolition or abatement of any or the entire noted contaminated sheetrock areas, then we highly recommend that they contact our office for professional guidance or recommendations. This written report is the final and only position that Driskill Environmental Consultants L.L.C. has regarding the subject property inspection as of the date entered above.

Driskill Environmental Consultants L.L.C.
Confidential Inspection Report

*PHOTOS*
An inspection of receptacles revealed normal conditions regarding copper and brass components. There was no oxidation conditions observed.



Copper wiring in the main electrical, panel appeared normal.



