CDW-319-0001

# 1032 Clarise (Campbell Residence)
## CDW

### by LaGrange Consulting



EXHIBIT

B

Dabbs

CDW-319-0071



Control House Kitchen - Replacing Sink Faucet w/Valves
JC-Control-1 (DSCN1023)



Control House Kitchen Sink Faucet w/Valves
JC-Control-1 (DSCN0962)



Control House Kitchen Sink Faucet w/Valves
JC-Control-1 ( DSCN0963)



Control House Kitchen Sink Faucet w/Valves
JC-Control-1 (DSCN0965)

CDW-319-0072



Control House – Garage Sheetrock Plug
JC-Control-2 (DSCN1079)



Control House – Garage Sheetrock Plug
JC-Control-2 (DSCN1085)

Control House – Garage Sheetrock Plug
JC-Control-2 (DSC08439)



Control House – Garage Sheetrock Plug
JC-Control-2 (DSCN1080)

CDW-319-0073



Control House – Living Room Light Switch
JC-Control-3 (DSC08440)



Control House – Living Room Light Switch
JC-Control-3 (DSC08442)



Control House – Living Room Light Switch
JC-Control-3 (DSC08441)

CDW-319-0074



Control House – Living Room Light Switch
JC-Control-3 (DSCN1083)



Control House – Living Room Light Switch
JC-Control-3 (DSCN1081)

Control House – Living Room Light Switch
JC-Control-3 (DSCN1082)



Control House – Living Room Light Switch
JC-Control-3 (DSCN1084)

CDW-319-0075



Control House – Front Bedroom Sheetrock Plug
JC-Control-4 (DSCM1089)



Control House – Front Bedroom Sheetrock Plug
JC-Control-4 (DSCM1086)



Control House – Front Bedroom Sheetrock Plug
JC-Control-4 (DSCM1088)

CDW-319-0076



Control House – Front Bedroom Outlet
JC-Control-5 (DSC08436)



Control House – Front Bedroom Outlet
JC-Control-5 (DSC08438)

Control House – Front Bedroom Outlet
JC-Control-5 (DSC08435)



Control House – Front Bedroom Outlet
JC-Control-5 (DSC08437)

CDW-319-0077



Control House – Front Bedroom Outlet
JC-Control-5 (DSCN1087)



Control House – Front Bedroom Outlet
JC-Control-5 (DSCN1090)