# Electrical Engineering Solutions

Assessment of Electrical Products
Chinese Drywall Investigation
SGH project # 090858.07

## 1. Introduction

This report summarizes my investigation of corrosion on electrical components that were potentially affected by corrosive vapors from problem drywall. My work was coordinated by Simpson Gumpertz & Heger Inc. (SGH) of Waltham, Massachusetts who provided the electrical samples on behalf of Lewis & Roberts, PLLC of Raleigh, North Carolina and Plaintiff Steering Committee MDL 2047. I evaluated corrosion on electrical components from the Campbell residence located in Slidell, Louisiana. My analysis of the samples is in included in the appendices attached to this report as listed below:

1. Appendix A: JC-12: Smoke detector – first floor
2. Appendix B: JC-15: AHU circuit board from attic
3. Appendix C: JC-16: AFCI breaker from laundry room.
4. Appendix D: JC-18: Light switch from master bedroom
5. Appendix E: JC-19: Garage door opener button
6. Appendix F: JC-27: Light switch from first floor hallway
7. Appendix G: JC-28: Light switch from kitchen
8. Appendix H: JC-control-03: Light switch from west wall of living room

As part of the work in preparing this report I also reviewed the following documents:

1. Interim Remediation Guidance for Homes with Corrosion from Problem Drywall – April 2, 2010. Consumer Product Safety Commission and the Department of Housing and Urban Development.

I incorporate by reference my previous reports on drywall corrosion as listed below:

1. Germano Report – December 16, 2009
2. Hernandez Report – February 11, 2010
3. Harrell Report – April 29, 2010

## 2. Executive Summary

I have the following conclusions based on my examination of the samples covered in the appendices of this report, the work conducted and summarized in my previous reports, and my experience, education and training. To a reasonable degree of scientific and engineering certainty within my field of expertise I conclude the following:

1. The copper wiring and silver contacts were attacked by airborne sulfur vapors of some type.

2. Copper wire and interconnections have been corroded and a form of copper sulfide is covering most of the exposed copper surfaces. The corrosion has occurred through certain types of wire insulation as well. Copper sulfide is non-

1



EXHIBIT
C

# Electrical Engineering Solutions

## Appendix F    JC-27: Light Switch
<u>Observations</u>
1. This sample is a three way switch made by Cooper with both screw attached and push-in wire connected.
2. The switch was disassembled and the contact structure was examined. Optical microscopy revealed some discolored areas and granular deposits. EDS analysis confirmed the presence of sulfur.
3. Blemishes on the copper wiring were observed using an optical microscope and subsequent EDS analysis confirmed copper sulfide formation on the surface of the wire.

<u>Significance</u>
1. Silver switch contacts are being attacked by sulfur vapors.
2. Copper wiring is being attacked by sulfur vapors.

## Appendix G    JC-28: Light Switch
<u>Observations</u>
1. This sample is a standard toggle-type light switch made by Cooper with screw attached wire connected.
2. The switch was disassembled and the contact structure was examined. Optical microscopy revealed black deposits on the contact surface and EDS analysis confirmed the presence of sulfur.
3. Blemishes on the copper wiring were observed using an optical microscope and subsequent EDS analysis confirmed copper sulfide formation on the surface of the wire.

<u>Significance</u>
1. Silver switch contacts are being attacked by sulfur vapors.
2. Copper wiring is being attacked by sulfur vapors.

## Appendix H    JC-3: Light Switch (Control)
<u>Observations</u>
1. This sample is a standard toggle-type light switch made by Cooper with screw attached wire connected.
2. The switch was disassembled and the contact structure was examined. Optical microscopy did not show any indication of visible sulfur corrosion. EDS analysis showed small, but measurable sulfur on the surface of the contact. The values were above 2% atomic ratio (with respect to silver) and this is well above the detection threshold of the EDS system.

4

CDW-279-0004

# Electrical Engineering Solutions

3. The copper wire on the control sample appeared to be clean during optical microscopy. EDS analysis showed only trace amounts of sulfur, less than 1% but these were still distinguishable from zero levels.

Significance

1. The control sample has small but measurable amounts sulfur on the silver contact surface of the switch.

2. Trace amounts of sulfur were found on the copper wire in the control sample.

Donald Galler, P.E.

May 13, 2010

5

CDW-279-0005

**Electrical Engineering Solutions**

APPENDIX H:  JC-3 CONTROL

LIGHT SWITCH

CDW-279-0066

**Electrical Engineering Solutions**





H-2

CDW-279-0067

**Electrical Engineering Solutions**



H-3

CDW-279-0068

**Electrical Engineering Solutions**



H-4

CDW-279-0069

# Electrical Engineering Solutions



JC3
LIGHT SWITCH
CONTROL SAMPLE
CONTACT

Mag =    25 X

EHT = 20.00 kV

Detector = SE1

28   Date :9 May 2010



JC3
LIGHT SWITCH
CONTROL SAMPLE
CONTACT

Mag =    25 X

EHT = 20.00 kV

Detector = BSE

29   Date :9 May 2010

H-5

CDW-279-0070

**Electrical Engineering Solutions**





| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|------|------|-----------------|-------------|----------|---------|-------|-------------|-------|
| S | Ka | 14.13 | 0.752 | 2.402 | 0.726 | wt.% | 0.039 | |
| Ag | La | 533.66 | 4.620 | 97.598 | 99.274 | wt.% | 0.859 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |

H-6

CDW-279-0071

**Electrical Engineering Solutions**



| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|------|------|-----------------|-------------|----------|---------|-------|-------------|-------|
| S | Ka | 3.09 | 0.352 | 0.544 | 0.268 | wt.% | 0.030 | |
| Cu | Ka | 279.41 | 3.343 | 70.996 | 69.325 | wt.% | 0.829 | |
| Zn | Ka | 85.29 | 1.847 | 25.690 | 25.814 | wt.% | 0.559 | |
| Ag | La | 18.46 | 0.859 | 2.771 | 4.592 | wt.% | 0.214 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |

H-7

CDW-279-0072

**Electrical Engineering Solutions**



JC3
LIGHT SWITCH
CONTROL SAMPLE
WIRE

Mag = 25 X    1mm    Detector = SE1
EHT = 20.00 kV    31  Date :9 May 2010

JC3
LIGHT SWITCH
CONTROL SAMPLE
WIRE

Mag = 100 X    200μm    Detector = SE1
EHT = 20.00 kV    32  Date :9 May 2010

H-8

CDW-279-0073

**Electrical Engineering Solutions**





| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|------|------|-----------------|-------------|----------|--------|-------|-------------|-------|
| S | Ka | 2.36 | 0.307 | 0.590 | 0.299 | wt.% | 0.039 | |
| Cu | Ka | 270.96 | 3.292 | 99.410 | 99.701 | wt.% | 1.211 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |

H-9

CDW-279-0074

**Electrical Engineering Solutions**



| Elt. | Line | Intensity (c/s) | Error 2-sig | Atomic % | Conc | Units | Error 2-sig | |
|------|------|-----------------|-------------|----------|---------|-------|-------------|-------|
| C | Ka | 27.98 | 1.058 | 80.587 | 75.642 | wt.% | 2.860 | |
| O | Ka | 2.78 | 0.334 | 19.346 | 24.190 | wt.% | 2.899 | |
| S | Ka | 0.33 | 0.114 | 0.067 | 0.168 | wt.% | 0.059 | |
| | | | | 100.000 | 100.000 | wt.% | | Total |

H-10

CDW-279-0075