

# Corrosion Testing Laboratories, Inc.

## Chinese-Manufactured Drywall Products Liability Litigation
## United States District Court, Eastern District of Louisiana
## MDL Docket: 2047

### Assessment of Copper Materials
### From the Clement Residence and the Campbell Rental Property
### Containing Chinese Drywall Products

Prepared For:

**The Plaintiffs' Steering Committee**

By:

Bradley D. Krantz
Director of Laboratory Services

John D. Ely
Principal Metallurgist

**12 May 2010**

**This is Privileged and Confidential – Attorney Work Product**

CTL REF #27239 & #27240

60 Blue Hen Drive, Newark, DE 19713  USA
(302) 454-8200 • fax (302) 454-8204 • e-mail ctl@corrosionlab.com
*a Subsidiary of* **Corrosion Probe, Inc.**
12 INDUSTRIAL PARK ROAD • P.O. BOX 178 • CENTERBROOK, CT 06409-0178
PHONE: (860) 767-4402 • FAX: (860) 767-4407 www.cpiengineering.com



EXHIBIT D

CDW-275-0001

Chinese-Manufactured Drywall Products Liability Litigation          CTL REF #27239 & #27240
MDL Docket: 2047

# TABLE OF CONTENTS

|  | Page |
|---|---|
| Executive Summary | 1 |
| Materials Received – | 1 |
|    Table 1 | 1 |
|    Table 2 | 2 |
| Methodology | 2 |
| Findings | 3 |
| Table 3 Summary of Measurements | 7 |
| Opinion | 8 |
| List of Documents Cited | 11 |

Appendix A
As-received Samples from Clement Home

Appendix B
SEM Micrographs and EDS Spectrum of Samples from Clement Home

Appendix C
Metallographic Analysis Showing Tarnish Thickness and Pit Depths on Samples from the Clement Home

Appendix D
As-received Samples from Campbell Rental Property

Appendix E
SEM Micrographs and EDS Spectrum of Samples from Campbell Rental Property

Appendix F
Metallographic Analysis Showing Tarnish Thickness and Pit Depths on Samples from the Campbell Rental Property

Appendix G
Analysis of a Sample from a Control (Non-CDW) Campbell Rental Property

CDW-275-0002

**TABLE 2**
Samples Received from Campbell Rental Property for Analysis
1032 Clairise Court, Slidell, LA and
1049 Clairise Court, Slidell, LA (JC Control 05)

| CTL Sample # | Sample ID | Description |
|---|---|---|
| 27240-1 | JC-01 | Flexible cold water pipe, Floor 1, Garage, Above hot water heater |
| 27240-2 | JC-04 | AC refrigerant liquid line, Attic |
| 27240-3 | JC-11 | Duplex receptacle, box, & Romex® cable, Floor 1, Garage, South Wall |
| 27240-4 | JC-17 | Switch and wires, Floor 1, M. Bedroom, S. Wall |
| 27240-5 | JC-21 | Garage door opener, west sensor, Floor 1, Garage |
| 27240-6 | JC-26 | Duplex receptacle, box, & Romex® cable, Master Bedroom, East wall |
| 27240-7 | JC Control 05 | Duplex receptacle and wires, Floor 1, Front Bedroom, East wall. |

## METHODOLOGY

The scope of our analysis included the following:

- Visual observations
- Microscopic analysis
- Chemical analysis by energy dispersive x-ray spectroscopy (EDS)
- Metallographic analysis

### *Visual Observations*
Each sample was photographed and observations made as to the presence and color of tarnish or deposits present. Digital images were obtained using hand-held and mounted digital cameras.

### *Microscopic Analyses*
- **Optical.** Selected samples were viewed using an Olympus SZ-40 stereomicroscope with a magnification range from 7X to 40X. Digital images were captured using a Diagnostics Instruments Model 3.2.0 Spot Insight Color 2 Mpixel digital camera.

- **Scanning Electron Microscope.** Selected samples were inserted into a JEOL JSM 35 scanning electron microscope (SEM) with a magnification range from 10X to 90,000X. Digital images were captured using an EVEX Nanoanalsyis System (Digital interface to analog system).

### *Chemical Analysis - Energy Dispersive Spectroscopy.*
Selected samples were inserted in the JEOL JSM 35 SEM that is fitted with an EVEX Detector capable of detecting elements carbon (C) and higher. The spectrum is collected and analyzed via

*JC-01 Flexible cold water pipe, Floor 1, Garage, above hot water heater (CTL Sample #27240 -1)*
The sample consists of a brass valve with a short PVC connector on one end and a soldered Flexible copper pipe on the opposite end of the valve. The flexible copper pipe has varying amounts of black tarnish. A sample of the flexible pipe was chosen for further analysis.

*JC-04 AC refrigerant liquid line, Attic (CTL Sample #27240 -2)*
The sample consists of two copper tubes brazed together. Small areas of black tarnish were visible on the tube. A section of tubing containing the braze joint and black tarnish was selected for further analysis.

*JC-11 Duplex receptacle, box, & Romex® cable, Floor 1, Garage, South Wall (CTL Sample #27240 -3)*
The sample includes an electrical box assembly with two short lengths of Romex® type cable extending from the box. The assembly was carefully disassembled to expose the internal wiring. The exposed copper surfaces of the wires were coated with a black tarnish. The outer sheath of the cables was slit to expose the internal wires. Black tarnish was observed along the length of the ground wire. Samples of the ground wires were selected for further analysis.

*JC-17 Switch and wires, Floor 1, M. Bedroom, S. Wall (CTL Sample #27240 -4)*
The sample consists of a standard electrical switch with short lengths of wire attached. The exposed portions of the wires contain varying amounts of black tarnish. The switch was carefully disassembled to expose the internal contacts. The silver plated contacts were coated with a black tarnish. The ground wire and one of the contacts was selected for further analysis.

*JC-21 Garage door opener, west sensor, Floor 1, Garage (CTL Sample #27240 -5)*
The sample consists of a black box sensor with a short length of insulated low voltage wire connected to a short length of sheathed wire cable. The sample was carefully disassembled to expose the internal circuitry. Black tarnish was observed on the wire leads of the circuit board components. The insulation was removed from one of the low voltage wires revealing black tarnish on the underlying copper wire. One of the low voltage wires was selected for further analysis.

*JC-26 Duplex receptacle, box, & Romex® cable, Master Bedroom, East wall (CTL Sample #27240 -6)*
The sample includes an electrical box assembly with two short lengths of Romex® type cable extending from the box. The assembly was carefully disassembled to expose the internal wiring. The exposed copper surfaces of the wires were coated with a black tarnish. The outer sheath of the cables was slit to expose the internal wires. Black tarnish was observed along the length og the ground wire. Samples of the ground wires were selected for further analysis.

*JC Control 05 Duplex receptacle and wires, Floor 1, Front Bedroom, East wall (CTL Sample #27240 -7)*
The sample consists of a standard duplex electrical outlet with short lengths of attached wires. The exposed portions of the wire appeared clean. The ground wire and the black insulated wire were removed for further analysis.

Photographs of each sample and the above mentioned features are presented in Appendices A, D, and G.

**Chemical Analysis – SEM Imaging**
Elemental analysis was performed on the tarnish/deposits in-situ. At least one analysis was made per sample. Digital SEM images were captured of the area where these analyses were made.

*Samples from Clement Home (PMC)*
Copper Substrates. The deposits on the copper substrates contained copper with varying amounts of sulfur, and oxygen. Small amounts of calcium were detected on most of the samples. Chlorine (chloride) was detected on 5 of the 9 samples.

Silver Substrate. An internal silver plated contact was removed from Sample PMC-09 (switch from 2nd floor). The contact surface was coated with a black deposit that EDS determined to be primarily silver and sulfur with a minor amount of chloride present.

*Samples from Campbell Rental Property (JC) - CDW*
Copper Substrates. The deposits on the copper substrates contained copper with varying amounts of sulfur, and oxygen.

Silver Substrate. An internal silver plated contact was removed from Sample JC-17. The contact surface was coated with a black deposit that EDS determined to be primarily silver and sulfur with a trace amount of chloride present.

*Control Sample from Campbell Rental Property (JC) - Non CDW*
No sulfur was detected on the copper wires from the receptacle.

The SEM photos along with corresponding EDS spectra are presented in Appendices B, E, and G.

**Metallographic Analysis**
Some samples had areas of continuous tarnish while others were discontinuous and spotty. The copper wire, tube, and pipe samples experienced general and pitting corrosion. The braze metal on these samples experienced general corrosion with no evidence of pitting corrosion.

Twenty-nine cross-sections were prepared to obtain tarnish thickness and pit depth measurements. Tarnish thickness varied from indiscernible to 28 microns thick. Pit depths were measured up to 12 microns deep in the electrical and plumbing and 114 microns on the AC evaporator coil.

Digital images were captured showing where the tarnish thickness and pit depth measurements were made. These images are presented in Appendix C, F, and G. A summary of the data is presented in Tables 3, below.

**TABLE 3**
Summary of Tarnish Thickness and Pit Depth Measurements

| CTL Sample # | Description | Tarnish Thickness* ($\mu m$) | Pit Depth* ($\mu m$) | Page |
|---|---|---|---|---|
| 27239-1-1 | PMC-01 Ground wire | 5.1 | 10.9 | C2 |
| 27239-2-1-2 | PMC-04 braided ground wire | 5.5 | 12.1 | C3 |
| 27239-2-2 | PMC-04 Solid ground wire | 5.5 | 8.6 | C4 |
| 27239-3-3 | PMC-09 Bare copper on red colored insulated wire | 4.1 | 5.4 | C5 |
| 27239-4-2 | PMC-14 Copper Pipe - water | 3.0 | 6.4 | C6 |
| 27239-5-2 | PMC-16 Copper tube - refrigerant | 4.0 | 11.8 | C7 |
| 27239-5-4 | PMC-16 Brazed joint | General Corrosion to 23 $\mu m$ deep | | C8 |
| 27239-6-1 | PMC-17 Copper Tube - refrigerant | 11.2 | 7.1 | C9 |
| 27239-6-4 | PMC-17 Brazed Joint | General Corrosion to 114 $\mu m$ deep | | C10 |
| 27239-7-1-1 | PMC-22 Ground Wire | 6.6 | 5.4 | C11 |
| 27239-8-4-1 | PMC-27 Bare ground wire | 13.3 | 13.8 | C12 |
| 27239-8-9-2-1 | PMC-27 Insulated ground wire from Romex® cable at tip near wire nut connection | 2.9 | 11.6 | C13 |
| 27239-8-9-2-2-1 | Middle of cable | 9.0 | 14.2 | C14 |
| 27239-8-9-2-3-1 | Cut end of cable | 3.0 | 17.2 | C15 |
| 27239-9-BK-R2-5 | PMC-31 AC Evaporator Coil U-bend – Copper Tube | 28.4 | 114.0 | C16 |
| | PMC-31 AC Evaporator – Brazed Joint | General Corrosion to 18 $\mu m$ deep | | C17 |
| 27240-1-3 | JC-01 Flexible cold water pipe | 18.9 | 9.1 | F2 |
| 27240-2-2 | JC-04 AC refrigerant liquid line | 10.0 | 6.6 | F3 |
| 27240-2-4 | JC-04 AC refrigerant liquid line, Brazed Joint | General Corrosion to 24.7 $\mu m$ deep | | F4 |
| 27240-3-4-2 | JC-11 Bare Ground Wire at receptacle connection | 19.1 | 9.5 | F5 |
| 27240-3-4-3 | JC-11 Insulated Ground Wire at Mid cable | 8.6 | 10.6 | F6 |
| 27240-3-4-5 | JC-11 Insulated Ground Wire at End cable | 2.7 | 8.5 | F7 |
| 27240-4-4-2 | JC-17 Switch and wires, | 5.6 | 6.1 | F8 |
| 27240-5-4 | JC-21 White/Black Stripe Wire, Bare Tip | 3.6 | 7.0 | F9 |
| 27240-5-4-2 | Insulated Wire Mid-length | 7.0 | 5.5 | F10 |
| 27240-5-4-4 | Insulated Wire Cut End – near sensor | 3.8 | 5.6 | F11 |
| 27240-6-3-4-1 | JC-26 Bare Ground Wire at receptacle connection | 8.2 | 12.0 | F12 |
| 27240-6-3-4-3 | JC-26 Insulated Ground Wire Mid-Cable | 4.2 | 10.5 | F13 |
| 27240-6-3-4-5 | JC-26 Insulated Ground Wire End | 2.2 | 7.0 | F14 |
| 27240-7-2 | JC Control 05 Bare Copper end of Black Wire | 0 | 0 | G5 |
| 27240-7-5-1 | JC Control 05 Bare Ground Wire | 0 | 0 | G5 |

*Only maximum thickness or depth is reported.

# Appendix G
## Analysis of a Control Sample from Non-Chinese Drywall Rental Property

1049 Clairise Court, Slidell, LA

CDW-275-0093

Chinese-Manufactured Drywall Products Liability Litigation    CTL REF #27239 & #27240
MDL Docket: 2047

# ANALYSIS OF A CONTROL SAMPLE

This appendix contains the analysis of electrical wires from a receptacle that had been in service in a non-Chinese drywall rental property, a structure constructed with 100% domestic drywall. The sample was removed from the property located at 1049 Clairise Court, Slidell, Louisiana.

Each of the attached wires were removed from the receptacle and analyzed visually and optically for the presence of sulfide formations. None were found, Page G3.

The exposed copper from one of the white insulated wires was further analyzed using electron beam microscopy as well as chemically by energy dispersive x-ray spectroscopy (EDS) for the presence of sulfide formations. None were found, Page G4.

The ground wire and the exposed copper from one of the black insulated conductors were cross-sectioned in a similar manner as the wires in the main report. No pits were observed on the wire. Digital images were captured for comparison to the tarnished wires from the Clement home and the Campbell Rental Property, Page G5.

## Sample JC-Control 05






Ground Wire (Sample # 27240-7-5) selected for metallographic analysis



Sample 27240-7-2 selected for SEM/EDS and metallographic analysis



Sample #27240-7-4 selected for SEM/EDS analysis

For comparison to tarnished wires from Clement residence and the Campbell Rental Property, See Appendices A and D of this report





Sample #27240-7-4

Macro scan of wire showing primarily copper.



Sample #27240-7-4



Close-up of surface debris shows composition typical of common dirt.

Sample #27240-7-2



Close-up of surface debris shows composition typical of common dirt.

No scales, corrosion products, or deposits consistent with copper sulfide formation were found on this sample. For comparison to tarnished wires from Clement home and the Campbell Rental Property, see Appendices B and E of this report.

CDW-275-0096



| Client ID | CTL ID | Description | Tarnish Thickness, µm | Pit Depth, µm |
|---|---|---|---|---|
| JC-Control 05 | 27240-7-2 | Black Wire | - | - |
| JC-Control 05 | 27240-7-5-1 | Ground Wire | - | - |

For comparison to tarnished wires from Clement home and the Campbell Rental Property, see Appendices C and F of this report.

G5 of 5

CDW-275-0097