UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: <br> CHINESE-MANUFACTURED <br> DRYWALL PRODUCTS LIABILITY <br> LITIGATION <br><br> Payton v. Knauf, <br> Case No. 09-7628 (E.D.La.) | § MDL NO. 2047 <br> § <br> § SECTION: L <br> § <br> § <br> § JUDGE FALLON <br> § <br> § MAG. JUDGE <br> § WILKINSON <br> § |

THURSDAY, JUNE 3, 2010
CONFIDENTIAL - SUBJECT TO FURTHER REVIEW
DISCOVERY TESTIMONY

- - -

    Videotaped deposition of DONALD GALLER, held at the offices of GAINSBURGH BENJAMIN, 1100 POYDRAS STREET, SUITE 2800, New Orleans, Louisiana, commencing at 10:11 a.m., on the above date, before Lori Cobb, Certified Court Reporter (LA), Registered Professional Reporter, Certified LiveNote Reporter.

- - -


EXHIBIT E

```
 1        A     -- conclusion --
 2        Q     Yeah.
 3        A     -- from the two -- two comparisons.
 4        Q     Right.  Let me --
 5        A     But the numbers on one graph are high --
 6   one set of data are higher than another set of
 7   data.
 8        Q     Those particular samples.  That's --
 9        A     Correct.
10        Q     You're right.  I meant to ask the
11   question that you just said.
12              So, I guess -- I guess you don't know
13   the answer to this.  Is there any Chinese drywall
14   in that control house?  Is your answer you don't
15   know the answer to that?
16        A     The answer is I don't know the answer to
17   that.
18        Q     Fair enough.
19              Okay.  So -- so referring again to
20   JC-27, these blemishing on the copper wiring, in
21   order to find that blemishing, you had to look at
22   it under a microscope; correct?
23              In other words, you weren't able to see
24   this blemishing from just a visual observation?
25   And, again, referring to JC-27.
```