**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

June 08, 2010

Ms. Lori Streit
**UNIFIED ENGINEERING, INC.**
3056 Weber Drive
Aurora, IL   60502

Project ID:   1049 Clarise Drywall  Proj. # 4658
First Environmental File ID:   10-2212
Date Received: June 07, 2010

Dear Ms. Lori Streit:

The above referenced project was analyzed as directed on the enclosed chain of custody record.

All Quality Control criteria as outlined in the methods and current IL ELAP/NELAP have been met unless otherwise noted. QA/QC documentation and raw data will remain on file for future reference. Our accreditation number is 100292 and our current certificate is number 002468: effective 02/23/2010 through 02/28/2011.

I thank you for the opportunity to be of service to you and look forward to working with you again in the future. Should you have any questions regarding any of the enclosed analytical data or need additional information, please contact me at (630) 778-1200 or neal@firstenv.com.

Sincerely,

*[signature]*

Neal Cleghorn
Project Manager

**EXHIBIT F**



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

# Case Narrative

**UNIFIED ENGINEERING, INC.**

Project ID:     **1049 Clarise Drywall  Proj. # 4658**
First Environmental File ID:   **10-2212**
Date Received:   **June 07, 2010**

| Flag | Description | Flag | Description |
|---|---|---|---|
| < | Analyte not detected at or above the reporting limit. | L+ | LCS recovery outside control limits; high bias. |
| B | Analyte detected in associated method blank. | L- | LCS recovery outside control limits; low bias. |
| C | Identification confirmed by GC/MS. | M | MS recovery outside control limits; LCS acceptable. |
| D | Surrogates diluted out; recovery not available. | M+ | MS recovery outside control limits high bias; LCS acceptable. |
| E | Estimated result; concentration exceeds calibration range. | M- | MS recovery outside control limits low bias; LCS acceptable. |
| F | Field measurement. | N | Analyte is not part of our NELAC accreditation. |
|  |  | ND | Analyte was not detected using a library search routine; No calibration standard was analyzed. |
| G | Surrogate recovery outside control limits; matrix effect. | P | Chemical preservation pH adjusted in lab. |
| H | Analysis or extraction holding time exceeded. | Q | The analyte was determined by a GC/MS database search. |
| J | Estimated result; concentration is less than calib range. | S | Analyte was sub-contracted to another laboratory for analysis. |
| K | RPD outside control limits. | T | Sample temperature upon receipt exceeded 0-6°C |
| RL | Routine Reporting Limit (Lowest amount that can be detected when routine weights/volumes are used without dilution.) | W | Reporting limit elevated due to sample matrix. |

All quality control criteria, as outlined in the methods, have been met except as noted below or on the following analytical report.

**Sample Batch Comments:**

Date and time of sample collection was not provided.



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

## Analytical Report

| | | | |
|---|---|---|---|
| **Client:** | UNIFIED ENGINEERING, INC. | **Date Collected:** | |
| **Project ID:** | 1049 Clarise Drywall Proj. # 4658 | **Time Collected:** | |
| **Sample ID:** | 4053-1049-01 | **Date Received:** | 06/07/10 |
| **Sample No:** | 10-2212-001 | **Date Reported:** | 06/08/10 |

Results are reported on an "as received" basis.

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Total Metals**   Method: 6020A | | **Preparation Method 3050B** | | |
| Analysis Date: 06/07/10 | | Preparation Date: 06/07/10 | | |
| Strontium | 3,130 | 2.0 | mg/kg | N |



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

## Analytical Report

| | | | | |
|---|---|---|---|---|
| **Client:** | UNIFIED ENGINEERING, INC. | | **Date Collected:** | |
| **Project ID:** | 1049 Clarise Drywall Proj. # 4658 | | **Time Collected:** | |
| **Sample ID:** | 4053-1049-02 | | **Date Received:** | 06/07/10 |
| **Sample No:** | 10-2212-002 | | **Date Reported:** | 06/08/10 |

Results are reported on an "as received" basis.

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Total Metals**   Method: 6020A | | **Preparation Method 3050B** | | |
| Analysis Date: 06/07/10 | | Preparation Date: 06/07/10 | | |
| Strontium | 2,870 | 2.0 | mg/kg | N |



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

## Analytical Report

| | | |
|---|---|---|
| **Client:** | UNIFIED ENGINEERING, INC. | **Date Collected:** |
| **Project ID:** | 1049 Clarise Drywall Proj. # 4658 | **Time Collected:** |
| **Sample ID:** | 4053-1049-03 | **Date Received:** 06/07/10 |
| **Sample No:** | 10-2212-003 | **Date Reported:** 06/08/10 |

Results are reported on an "as received" basis.

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Total Metals**    Method: 6020A | | **Preparation Method 3050B** | | |
| Analysis Date: 06/07/10 | | Preparation Date: 06/07/10 | | |
| Strontium | 780 | 2.0 | mg/kg | N |



**First Environmental Laboratories, Inc.**

IL ELAP / NELAC Accreditation # 100292

1600 Shore Road • Naperville, Illinois 60563 • Phone (630) 778-1200 • Fax (630) 778-1233

## Analytical Report

| | | |
|---|---|---|
| **Client:** | UNIFIED ENGINEERING, INC. | **Date Collected:** |
| **Project ID:** | 1049 Clarise Drywall Proj. # 4658 | **Time Collected:** |
| **Sample ID:** | 4053-1049-04 | **Date Received:** 06/07/10 |
| **Sample No:** | 10-2212-004 | **Date Reported:** 06/08/10 |

Results are reported on an "as received" basis.

| Analyte | Result | R.L. | Units | Flags |
|---|---|---|---|---|
| **Total Metals**   Method: 6020A | | **Preparation Method 3050B** | | |
| Analysis Date: 06/07/10 | | Preparation Date: 06/07/10 | | |
| Strontium | 660 | 2.0 | mg/kg | N |



**Unified Engineering Inc.**

3056 Weber Drive
Aurora, Illinois 60502

Phone: 630/851-4214
Fax: 630/851-5957

www.unified-eng.com

## Chain of Custody Form

Project Name: 1049 Clarise Drywell
Project Number: 4658
Date: 6/7/10

Description of each sample:

| | | | |
|---|---|---|---|
| ~~[illegible]~~ | 4053-1049-01 | 10-2212-001 | ICP |
| ~~[illegible]~~ | 4053-1049-02 | 002 | Sr only |
| ~~[illegible]~~ | 4053-1049-03 | 003 | Rush |
| ~~[illegible]~~ | 4053-1049-04 | 004 | |

**Released by:**
Company
Address: UNIFIED ENGINEERING, INC.
3056 WEBER DRIVE
AURORA, IL 60504
Phone:
Name: Mark Lawrence
Signature: [signature]
Form of shipment: hand
Date: 6/7/10

**Received by:**
Company: First Environmental Laboratories
Address: 1600 Shore Road, Unit D
Naperville, IL 60563
Phone: 630-778-1200
Name: Lyn Gerrich
Signature: [signature]
Date: 6/7/10  11:40