Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0602

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Wellington Drywall, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **VOLUSIA** )

**Name of Server:** **WAGER SHARPE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **30th** day of **APRIL**, 20 **10**, at **12:35** o'clock **P** M

**Place of Service:** at **18 Winchester Road**, in **Ormond Beach, FL 32174**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Wellington Drywall, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **BRUCE LAMPE   OWNER/RA**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHS** ; Hair Color **BRN** ; Facial Hair **N/A**
Approx. Age **52** ; Approx. Height **6'0"** ; Approx. Weight **200**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Wager Sharpe*
Signature of Server

Subscribed and sworn to before me this **3rd** day of **May**, 20 **10**

*Lucrista Whitton*
Notary Public       (Commission Expires)

**APS International, Ltd.**

LUCRISTA WHITTON
Commission # DD 839417
Expires November 18, 2012
Bonded Thru Troy Fain Insurance 800-385-7019