Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0116

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Berrywood Estates a Senior Community, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Clara Broadus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7** day of **May**, 20 **10**, at **9:00** o'clock **A**.M

Place of Service: at **506 Boley Avenue** . in **Picayune, MS 39466**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Berrywood Estates a Senior Community, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Donald R. Berry, Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **Gray** ; Facial Hair **N/A**
Approx. Age **70** ; Approx. Height **5'3"** ; Approx. Weight **125 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Clara Broadus*
Signature of Server

Subscribed and sworn to before me this **18** day of **May**, 20**10**

*Michelle Murray*
Notary Public (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83932 MICHELLE MURRAY Commission Expires Jan. 23, 2011 JONES COUNTY]