Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~103329-0228~~ 103676-146

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Burmaster Construction, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _MAY_, 20 _10_, at _11_ o'clock _A_ M

**Place of Service:** at _25058 Pin Oak Lane_, in _Folsom, LA 70437_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Burmaster Construction, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Lori Burmaster_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Brown_; Facial Hair ____
Approx. Age _40_; Approx. Height _5'5_; Approx. Weight _170_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

Subscribed and sworn to before me this _27_ day of _May_, 20 _10_

_[signature]_      _death_
Notary Public     (Commission Expires)

BRANDI F. ERMAN
#26631

**APS International, Ltd.**