Joyce Rogers

~~Kenneth and Barbara Wiltz~~, et. al., Plaintiff(s)

vs.

~~Beijing New Building Materials Public Ltd. Co.~~, et. al., Defendant(s)

Knauf GIPS KG

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~102329-0230~~ 103676-148

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Cajun Construction & Development, LLC
Court Case No. ~~10-361~~ Section L Mag 2
10-362

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **6** day of **MAY**, 20 **10**, at **12** o'clock **P** M

**Place of Service:** at 800 Wiegand Drive, in Bridge City, LA  70094

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Cajun Construction & Development, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **John Doe**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **brown** ; Facial Hair ___
Approx. Age **40** ; Approx. Height **5'11** ; Approx. Weight **200**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

Subscribed and sworn to before me this ___ day of **May**, 20 **10**

_[signature]_
Notary Public    (Commission Expires)
BRANDI F. ERMON
#2663

**APS International, Ltd.**