Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Service of Process by

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Diamond Court Construction Co.
Court Case No. 10-362 Section L

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: St. Lucie )

| | |
|---|---|
| **Name of Server:** | Adolfo Roura, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 29-Apr-2010 06:56 pm |
| **Place of Service:** | at 2112 SE Bersell Road, city of Port Saint Lucie, state of FL |
| **Documents Served:** | the undersigned served the documents described as: Summons and Amended Complaint w/Jury Demand; Exhibits |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Diamond Court Construction Co. By delivering them into the hands of an officer or managing agent whose name and title is Lance Collins, President |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M; Skin Color white; Hair Color black; Facial Hair N/A Approx. Age 55; Approx. Height 6'03"; Approx. Weight 260 ✔ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. [signature] Signature of Server | Subscribed and sworn to before me this 18 day of May, 20 10 [signature] Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 103676-79



STEPHANIE T. HARRIS
MY COMMISSION # DD 923215
EXPIRES: September 12, 2013
Bonded Thru Budget Notary Services