Service of Process by
**APS International, Ltd.**
1-800-328-7171



Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Hanover Homes
Court Case No. 10-362 Section L

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: Florida ) ss.
County of: St. Lucie )

**Name of Server:** Adolfo Roura, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 29-Apr-2010 04:42 pm

**Place of Service:** at 2407 SW Monterrey Lane, city of Port St. Lucie, state of FL

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Hanover Homes
By delivering them into the hands of an officer or managing agent whose name and title is
Marilyn Petruzzelli, Vice President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color   white   ; Hair Color   brown   ; Facial Hair   N/A
Approx. Age   60   ; Approx. Height   5'05"   ; Approx. Weight   145

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 18 day of May, 20 10

Notary Public          (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 103676-81



STEPHANIE T. HARRIS
MY COMMISSION # DD 923215
EXPIRES: September 12, 2013
Bonded Thru Budget Notary Services