Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~103329-0234~~ 10367b152

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hiliard Butler Construction Company, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _13_ day of _May_, 20 _10_, at _1_ o'clock _P_ M

**Place of Service:** at _5026 Par Four Drive_, in _New Orleans, LA 70128_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hiliard Butler Construction Company, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Dominique Butler_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _Black_; Hair Color _Black_; Facial Hair ____
Approx. Age _21_; Approx. Height _5'6_; Approx. Weight _126_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

Subscribed and sworn to before me this _13th_ day of _May_, 20 _10_

_[signature]_            _doah_
Notary Public       (Commission Expires)

BRANDI F. ERMON
#26631

**APS International, Ltd.**