Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~103329-0237~~  03676-155

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior Exterior Enterprises, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __LOUISIANA__ ) ss.
County of: __JEFFERSON__ )

**Name of Server:** __Chris Harper__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __6__ day of __May__, 20 __10__, at __3__ o'clock __P__ M

**Place of Service:** at __727 S. Cortez Street__, in __New Orleans, LA 70119__

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Interior Exterior Enterprises, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Holly Thompson__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Brown__; Facial Hair _____
Approx. Age __30__; Approx. Height __5'5__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __17th__ day of __May__, 20 __10__

Signature of Server

Notary Public    (Commission Expires)
BRANDI F. ERMAN
#26631

**APS International, Ltd.**