Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~103329-0235~~ 103676-1 S3

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supple, LP
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _6_ day of _May_, 20 _10_, at _3_ o'clock _P_ M

**Place of Service:** at 727 S. Cortez Street, in New Orleans, LA 70119

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supple LP**
By delivering them into the hands of an officer or managing agent whose name and title is: _Holly Thomson_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair ___
Approx. Age _30_ ; Approx. Height _5'5_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Chr. Harper_
Signature of Server

Subscribed and sworn to before me this _12th_ day of _May_, 20 _10_

_/s/ Brandi_  deck
Notary Public        (Commission Expires)

BRANDI F. ERMON
# 26631

**APS International, Ltd.**