Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0123

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--James Stokley, d/b/a Choctaw Builders, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Alabama__ ) ss.
County of: __Washington__ )
Name of Server: __Larry Harkless__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __5__ day of __May__, 20 __10__, at __2:35__ o'clock __P__ M

Place of Service: at __26543 Hwy 17__, in __Millry, AL  36558__

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**James Stokley, d/b/a Choctaw Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __James Stokley__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __gray__ ; Facial Hair ____
Approx. Age __54__ ; Approx. Height __5'6"__ ; Approx. Weight __175__

✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Larry Harkless__
Signature of Server

Subscribed and sworn to before me this
__6__ day of __MAY__, 20 __10__
__Bill Caputo__   6-9-2010
Notary Public   (Commission Expires)

**APS International, Ltd.**