Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0131

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Kabar Group, LLC, Jose C. Marrero, Registered Agent
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Jesse Picone**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **18** day of **May**, 20 **10**, at **3:37** o'clock **P** M

Place of Service: at **1625 N. Commerce Pkwy, Suite 320**, in **Weston, FL 33326**

Documents Served: the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
The Kabar Group, LLC, Jose C. Marrero, Registered Agent

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Ms. Carmen "Doe" Authorized Employee**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair ____
Approx. Age **35**; Approx. Height **5'5"**; Approx. Weight **120**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

APS International, Ltd.

Subscribed and sworn to before me this **19** day of **May**, 20 **10**

Notary Public     (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.