| | |
|---|---|
| Joyce W. Rogers, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips KG, et. al., Defendant(s) |  APS International, Ltd.<br>1-800-328-7171 |

**Service of Process by**

## AFFIDAVIT OF SERVICE ON A CORPORATION

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

--Laporte Builders, Inc.
Court Case No. 10-362 Section L

State of: **Florida** ) ss.
County of: **St. Lucie** )

| | |
|---|---|
| **Name of Server:** | **Adolfo Roura**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **29-Apr-2010 08:10 pm** |
| **Place of Service:** | at **168 NE Sagamore Terrace**, city of **Port St. Lucie**, state of **FL** |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons and Amended Complaint w/Jury Demand; Exhibits** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Laporte Builders, Inc.**<br>By delivering them into the hands of an officer or managing agent whose name and title is **Richard Laporte, President** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex **M** ; Skin Color **White** ; Hair Color **Gray** ; Facial Hair **N/A**<br>Approx. Age **60** ; Approx. Height **6'04"** ; Approx. Weight **275**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>*(signature)*<br>Signature of Server | Subscribed and sworn to before me this **18** day of **May**, 20 **10**<br><br>*(signature)*<br>Notary Public                (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:  103676-83

 STEPHANIE T. HARRIS
MY COMMISSION # DD 923215
EXPIRES: September 12, 2013
Bonded Thru Budget Notary Services