Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~105329-0220~~ 103676-141

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Phillips Abita Lumber Company, inc., d/b/a Abita Lumber Company, inc.

Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** _Chris Hope_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _11_ day of _May_, 20_10_, at _3_ o'clock _P_ M

**Place of Service:** at _21459 Highway 36_, in _Abita Springs, LA 70420_

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Phillips Abita Lumber Company, inc., d/b/a Abita Lumber Company, inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Benny Becnel_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _White_; Hair Color _Brown_; Facial Hair ___
Approx. Age _55_; Approx. Height _5'11_; Approx. Weight _176_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Hope_
Signature of Server

Subscribed and sworn to before me this _12_ day of _May_, 20_10_

_Brandi_  ____
Notary Public      (Commission Expires)
BRANDI F. ERMAN
#26063

**APS International, Ltd.**