Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103328-0221   10366-142

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __JEFFERSON__ )

**Name of Server:** __Chris Harper__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __11__ day of __May__, 20 __10__, at __3__ o'clock __P__ M

**Place of Service:** at  2053 E. Gause Boulevard  Suite 200  , in  Slidell, LA  70461

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Chris Taylor__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __White__ ; Hair Color __Grey__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5'11"__ ; Approx. Weight __180__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __13__ day of __May__, 20 __10__

Notary Public          (Commission Expires)

BRANDI F. ERMON
#76631

**APS International, Ltd.**