Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: ~~10332~0232~~ 10366-143

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Summit Contractors, Inc.
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500

Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

**Name of Server:** _Chris Harper_ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _15_ day of _May_ , 20 _10_ , at _4_ o'clock _P_ M

**Place of Service:** at  200 Commercial Square Road , in  Slidell, LA  70461

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Summit Contractors, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Liz Drennen_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'8_ ; Approx. Weight _160_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Chris Harper_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_17_ day of _May_ , 20 _10_

_[signature]_                    _doate_
Notary Public          (Commission Expires)
BRANDI F. ERMON
#26631