Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0231   *103676-149*

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Construction and Development, LLC
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _JEFFERSON_ )

Name of Server: _Chris Harper_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _6_ day of _MAY_, 20 _10_, at _1_ o'clock _P_ M

Place of Service: at _643 Magazine Street  Suite 300_, in  New Orleans, LA  70130

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Sunrise Construction and Development, LLC**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Tamera Plattsmier_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _30_ ; Approx. Height _5'5_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury     Subscribed and sworn to before me this
that the foregoing is true and correct.                                     _1st_ day of _May_, 20 _10_

_Chris Harp_                                    _Brandi_                          _doct_
Signature of Server                      Notary Public          (Commission Expires)

BRANDI F. ELMON
#26602

**APS International, Ltd.**