# BRUCE'S PLUMBING, INC.

6724 Arthur Street • Metairie, LA 70003

(504) 733-0505

L.A. LMP 756

Nº 3510

DATE: 5/27/10

| NAME | JOB NAME 612 Ridgewood |
|---|---|
| STREET | JOB LOCATION Met LA. |
| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE Fax 599-8279 |

All water + drain piping is in perfect working order and does not need to be changed. Replace gas lines above floor line to each fixture and from floor to attic.

Found 2 A/C units in attic, both coils and electric panel were changed. All copper in very good condition. Outside condenser existing in good working order using refrigerant 22 freon.

| | |
|---|---|
| Gas piping | $3200.00 |
| Plenum Duct Replacement | $2450.00 |

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:

_____ dollars ($ _____ ).

Payment to be made as follows:

Authorized Signature _____

Any alteration or deviation from specifications involving extra cost, will be executed only open written orders, and will become an extra charge over and above the estimate.

Accepted by: _____

EXHIBIT A