# BRUCE'S PLUMBING, INC.

6724 Arthur Street • Metairie, LA 70003
(504) 733-0505
L.A. LMP 756

N<u>o</u>   3511

DATE: 5/27/10

| NAME | JOB NAME 1032 Clortsse Ct |
|---|---|
| STREET | JOB LOCATION Slidell LA. |
| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE |

Found water drain piping to be in good condition as it is all PVC and pex plastic.

Replace duct work in attic and coil in air handler to match compressor outside. Compressor seems to be in good working order.
$2300⁰⁰

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of: _____ dollars ($ 2300⁰⁰ ).

Payment to be made as follows: _____

EXHIBIT B

Authorized Signature _____

Any alteration or deviation from specifications involving extra cost, will be executed only open written orders, and will become an extra charge over and above the estimate.

Accepted by: _____   Date _____