## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to Wiltz et al, v. Beijing New Building Materials, et al; Case No. 2:10-CV-0361) | MAG. JUDGE WILKINSON |

### DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S
### MOTION FOR RECONSIDERATION

Defendant, K. Hovnanian First Homes, LLC ("KHFH"), hereby moves this Court to reconsider its Order dated June 2, 2010 (the "Order") on Defendants' Motions to Stay Discovery Pending Resolution of the Motions to Dismiss for Lack of Personal Jurisdiction [*See, e.g.,* DE 2904].[1] The grounds for this Motion are set forth in the accompanying Memorandum of Law in support of this Motion.

WHEREFORE, Defendant KHFH respectfully requests that this Court reconsider its Order and grant such other and further relief that this Court deems appropriate.

Dated: June 15, 2010               Respectfully submitted,

                                                          BILZIN SUMBERG BAENA PRICE
                                                          & AXELROD LLP
                                                          Attorneys for Defendant, KHFH
                                                          2500 Wachovia Financial Center
                                                          200 South Biscayne Boulevard
                                                          Miami, Florida 33131
                                                          Tel.: (305)374-7580   Fax: (305)374-7593

                                        BY:   /s/ *Melissa Pallett-Vasquez*
                                                      ROBERT W. TURKEN, ESQ.

---

[1] KHFH brings the instant Motion, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses, including but not limited to, the right to compel arbitration.

        Florida Bar No. 306355
        rturken@bilzin.com
        ADAM F. HAIMO, ESQ.
        Florida Bar No. 502731
        ahaimo@bilzin.com
        MELISSA PALLETT-VASQUEZ, ESQ.
        Florida Bar No. 715816
        mpallett@bilzin.com

## CERTIFICATE OF SERVICE

      I hereby certify that this Motion for Reconsideration has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2010.

        By: /s/ *Melissa Pallett-Vasquez*
            Melissa Pallett-Vasquez

MIAMI 2199394.1 7860333069