**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED | MDL NO.: 2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to <u>Wiltz et al, v. Beijing New Building Materials, et al</u>; Case No. 2:10-CV-0361) | MAG. JUDGE WILKINSON |
| _____/ | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that Defendant, K. Hovnanian First Homes, LLC has filed the attached Motion for Reconsideration, and that the Motion will be heard on July 28, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated: June 15, 2010

Respectfully submitted,

BILZIN SUMBERG BAENA PRICE
& AXELROD LLP
Attorneys for Defendant, KHFH
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Tel.: (305)374-7580  Fax: (305)374-7593

BY:  /s/ *Melissa Pallett-Vasquez*
ROBERT W. TURKEN, ESQ.
Florida Bar No. 306355
rturken@bilzin.com
ADAM F. HAIMO, ESQ.
Florida Bar No. 502731
ahaimo@bilzin.com
MELISSA PALLETT-VASQUEZ, ESQ.
Florida Bar No. 715816
mpallett@bilzin.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June, 2010.

                           By: /s/ *Melissa Pallett-Vasquez*
                                   Melissa Pallett-Vasquez