**Exhibit "A"**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 09-2047 SECTION L |
| THIS DOCUMENT RELATES TO: | | * * | JUDGE FALLON |
| JOYCE W. ROGERS, individually, and on behalf of all others similarly situated, et al vs. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; GUANGDONG KNAUF NEW BUILDING MATERIAL PRODUCTS CO., LTD., et al., | | * * * * * * * * | MAG. JUDGE WILKINSON |
| Case No. 2:10-cv-00362 | | * | |

### AFFIDAVIT OF SALLY LARSON

STATE OF FLORIDA        )
                        :
COUNTY OF PALM BEACH    )

BEFORE ME, the undersigned authority, personally appeared Sally Larson, who, upon being first duly sworn, deposes and says:

1. My name is Sally Larson. I am over the age of 18, *sui juris*, and competent to testify and make this affidavit.

2. I am employed by Princeton Homes, Inc. ("Princeton") as the Assistant Vice President. All statements made herein are made based upon my own personal knowledge of the business of Princeton.

3. Princeton is a corporation organized under the laws of the State of Florida and has its principal place of business in Palm Beach County, Florida.

4. Princeton is an entity that builds residential homes.

5. Princeton has never built a residential home in the State of Louisiana, or anywhere outside the State of Florida.

6. Princeton has never been licensed to do business in the State of Louisiana.

7. Princeton has never been registered to do business in the State of Louisiana.

8. Princeton has never had an office in Louisiana.

9. Princeton has never had any employees in Louisiana.

10. Princeton has never conducted any business whatsoever in the State of Louisiana.

11. Princeton does not advertise to residents of the State of Louisiana nor does it solicit business from Louisiana residents.

12. Princeton does not own any property in the State of Louisiana.

13. Princeton has never anticipated that it would be subject to the jurisdiction of any court, whether state or federal, in Louisiana.

14. Before the Plaintiffs served Princeton in the above styled case in the Eastern District of Louisiana, Princeton was not served with process by the Plaintiffs in any earlier federal court action related to Chinese drywall.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
**SALLY LARSON**

Sworn to and subscribed before me this _10th_ day of June, 2010, by SALLY LARSON, [✓] who is personally known to me or [ ] who has produced _____ as identification.

_Alicia Ledgister_
NOTARY PUBLIC
Print Name: Alicia Ledgister
My Commission Expires:

-2-

NOTARY PUBLIC-STATE OF FLORIDA
Alicia Ledgister
Commission # DD582188
Expires: AUG. 07, 2010
BONDED THRU ATLANTIC BONDING CO., INC.