UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | | |
|---|---|---|---|
| IN RE: | CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 09-02047 |
| | PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | | * | |
| THIS DOCUMENT RELATES TO: | | * | |
| | | * | JUDGE FALLON |
| JOYCE W. ROGERS, individually, and on | | * | |
| behalf of all others similarly situated, et al | | * | |
| vs. | | * | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD | | * | MAG. JUDGE |
| (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD | | * | WILKINSON |
| (WUHU) CO., LTD.; GUANGDONG KNAUF NEW | | * | |
| BUILDING MATERIAL PRODUCTS CO., LTD., et al., | | * | |
| | | * | |
| Case No.  2:10-cv-00362 | | * | |

**NOTICE OF HEARING**

NOTICE IS HEREBY GIVEN that on September 8, 2010, at 9:00 A.M., Defendant, Princeton Homes, Inc., hereby brings before The Honorable Eldon E. Fallon, District Court Judge, Section L, Courtroom C458, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, LA  70130 (Telephone:  704-589-7545), its Motion to Dismiss Plaintiffs' Amended Omnibus Class Action Complaint (IV) For Lack of Personal Jurisdiction and Improper Venue.

Respectfully submitted.

        PAGE, MRACHEK, FITZGERALD & ROSE, P.A.
        505 South Flagler Drive, Suite 600
        West Palm Beach, FL 33401
        (561) 655-2250 Telephone
        (561) 655-5537 Facsimile
        e-mail: lmrachek@pm-law.com
        Counsel for Defendant Princeton Homes

        By:    */s/ L. Louis Mrachek*
              L. Louis Mrachek
              Florida Bar No. 182880

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on June 16, 2010, the above and foregoing Notice of Hearing has been served upon all parties by electronically uploading the same to *LexisNexis File and Serve*, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

      /s/ L. Louis Mrachek  
      L. Louis Mrachek