# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  CHINESE-MANUFACTURED** | * | **MDL Docket No. 2047** |
| **DRYWALL PRODUCTS** | * | |
| **LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE WILKINSON** |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Campbell-Clement/Schexnaydre v. Knauf Plasterboard (Tianjin) Co., Ltd, et al*   Case No. 09-7628

### KNAUF PLASTERBOARD (TIANJIN) CO. LTD'S
### MOTION FOR LEAVE TO FILE SUPPLEMENTAL EXHIBIT
### IN FURTHER SUPPORT OF ITS
### MEMO IN OPPOSITION TO THE PLAINTIFFS' MOTION IN LIMINE

Knauf Plasterboard Tianjin Company, Limited ("KPT") respectfully moves this Honorable Court for leave to file a supplemental exhibit to its June 15, 2010, memorandum in opposition to the plaintiffs' motion in limine (Doc. 3746).  In its opposition, KPT noted that its expert, Dr. Robert Sproles, recently inspected the control house and found no evidence of Chinese drywall.  KPT respectfully requests leave to file, as Exhibit G to its opposition, the supplemental expert report of Dr. Sproles setting forth his findings as to the absence of any contaminated Chinese drywall in the "control house."

Respectfully submitted,


BY:  s/Kerry J. Miller
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L. L. C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com
-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:      (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:      (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Counsel for Defendant, Knauf Plasterboard
(Tianjin) Co., Ltd

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, by email, and to all parties in the *Campbell and Clement* proceeding by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana under seal, on this 16th day of June, 2010.

_____s/Kerry J. Miller_____