# Supplemental Expert Report of Robert W. Sproles, Ph.D.

In Re: *Campbell and Clement* on behalf of Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT")

June 15, 2010

Prepared for:
Frilot L.L.C.







Center for Toxicology and Environmental Health, L.L.C.
*Expert Report of Dr. Robert Sproles, Ph.D.*
*In Campbell and Clement*

## Table of Contents

Introduction ........................................................................................................................................1

1049 Clairise Court does not meet the qualifications of a Chinese Drywall containing residence..............1

Conclusions .......................................................................................................................................2

Works Cited........................................................................................................................................3

CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER



Center for Toxicology and Environmental Health, L.L.C.
*Expert Report of Dr. Robert Sproles, Ph.D.*
*In Campbell and Clement*

## Introduction

This supplemental report was prepared in response to a site visit to 1049 Clairise Court on June 15, 2010. This report incorporates in full my expert report dated May 21, 2010.

## 1049 Clairise Court does not meet the qualifications of a Chinese Drywall containing residence

On June 15, 2010, I visited 1049 Clairise Court. During my visit, I visually inspected thirty-three (33) electrical devices (outlets or switches). Each device inspected received a "1" rating according to the CTEH visual assessment protocol.

According to the Florida Department of Health (FDOH) case definition originally released March 31, 2009 and updated on December 19, 2009, three sentinel indicators of drywall associated corrosion must be present for a residence to be considered a possible case. The third sentinel indicator for becoming a possible case for drywall-associated corrosion is

"Observed metal corrosion, indicated by blackening of one or more of the following:

- copper wires, ground wires, and electrical connectors
- un-insulated and un-coated copper pipes and fittings
- chrome-plated bathroom fixtures
- silver and copper jewelry
- mirror backing in bathrooms"  (FDOH, 2009)

No copper wires, ground wires, or electrical connectors were observed to exhibit blackening. Similarly, no other materials were observed to exhibit blackening typically associate with Chinese drywall.

The Consumer Product Safety Commission Interim Guidance – Identification of Homes with Corrosion from Problem Drywall dated January 28, 2010 (CPSC, 2010) uses the presence of metal corrosion in houses as one of the primary indicators for the presence of Chinese drywall. Further, the presence of metal corrosion is determined through a visual (not microscopic) inspection of copper surfaces. The guidance document states that "visual observations of corrosion of... electrical wiring by trained inspectors is believed to be a prerequisite for consideration of a home as having problem drywall." (CPSC, 2010)

No visual observation of corrosion was noted in 1049 Clairise Court during my inspection on June 15, 2010.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER



Center for Toxicology and Environmental Health, L.L.C.
*Expert Report of Dr. Robert Sproles, Ph.D.*
*In Campbell and Clement*

## Conclusions

Based on my site visit of June 15, 2010, there is no indication that 1049 Clairise Court contains problematic Chinese drywall.

I reserve the right to amend or modify this conclusion after review or testing of materials or results not currently available to me.



Center for Toxicology and Environmental Health, L.L.C.
*Expert Report of Dr. Robert Sproles, Ph.D.*
*In Campbell and Clement*

## Works Cited

CPSC. Interim Guidance – Identification of Homes with Corrosion from Problem Drywall. Bethesda, MD: U.S. Consumer Product Safety Commission; 2010 Jan 28.

FDOH. Case Definition (12-18-09) for Drywall Associated Corrosion in Residences. Tallahassee, FL: Florida Department of Health; 2009 Dec 18.

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER