Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0164

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Woodall, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **N/A - City of Virginia Beach**
Name of Server: **BARRY DRISKELL**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **18TH** day of **MAY**, 20 **10**, at **7:34** o'clock **P** M

Place of Service: at **3810 Redmon Court**, in **Norfolk, VA 23518**

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Woodall, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: **SAMUEL ANDREW MCFIE - REGISTERED AGENT**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **GRAY** ; Facial Hair **NO**
Approx. Age **55** ; Approx. Height **5'10"** ; Approx. Weight **190**
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Barry Driskell_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **20** day of **May**, 20 **10**

_Mistie Wood_ 12-31-2010
Notary Public       (Commission Expires)

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010