## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>*Payton, et al. v. Knauf Gips, KG, et al.*, Case No. 09-7628 (E.D.La.) | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**NOTICE OF COMPLIANCE WITH MAY 18, 2010 ORDER GRANTING PLAINTIFFS' JOINT MOTION TO DISMISS CERTAIN DEFENDANTS, WITHOUT PREJUDICE, UNDER FED.R.CIV.P 41(a) AND TO AMEND PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (I)**

I hereby certify that on June 16, 2010, the Court's May 18, 2010 Order granting Plaintiffs' joint motion to dismiss certain defendants, without prejudice, under Fed.R.Civ.P. 41(a) and to amend Plaintiffs' omnibus class action complaint (I) was served on all domestic defendants, on the list attached to the certificate of service to this notice, via First Class Mail and via Federal Express upon all foreign defendants.

Respectfully submitted,

Dated: June 16, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010 Plaintiffs' Notice of Compliance with the May 18, 2010 Order Granting Plaintiffs' Joint Motion to Dismiss Certain Defendants, Without Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend Plaintiffs' Omnibus Class Action Complaint (I) was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. Service on all unrepresented domestic defendants, on the attached list, that have been served with the original Complaint was made via First Class Mail. On the attached list, any domestic defendants that have not been served but are in the process of being served with the original Complaint will be served via First Class Mail at their last known address, and upon all unserved foreign defendants via Federal Express.

Dated: June 16, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| DEFENDANTS THAT HAVE BEEN SERVED |
| --- |
| A-1 Brothers, Inc.<br>now 53 Enterprises<br>8695 College Pkwy. #2408<br>Ft. Myers, FL 33919 |
| Abington Woods, LLC<br>2731 Executive Park Dr., Ste. 4<br>Weston, FL 33331 |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA  70471 |
| Alana Development Corporation<br>56 Sandpiper Drive, St.<br>Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| Alvin Royes, Jr., LLC<br>226 Simalusa Dr.,<br>Covington, LA 70435 |
| American Dream Builders, Inc.<br>4621 Lee Boulevard<br>Lehigh Acres, FL 33971 |
| Anthony F. Marino General Contractor, LLC<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS  39573 |
| Anthony's Drywalls, Inc.<br>10 Chatham Crt.,<br>Pelham, AL  35124 |
| Antilles Vero Beach, LLC<br>c/o Christopher A. Bennett<br>Claims Manager - All Lines Adjuster<br>Advanced Insurance Underwriters, LLC<br>3250 N. 29th Avenue<br>Hollywood, FL 33020 |
| B.B.S. Builders, Inc.<br>3920 SW 54TH CT,<br>Fort Lauderdale, FL 33312 |
| B&W Complete Construction, Inc.<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Bauhaus Solutions Inc.<br>15784 SW 145 Terrace<br>Miami, FL 33196 |
| Baystate Drywall<br>14420 SW 23rd Street<br>Davie, FL 33325 |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>6541 Timber Lane<br>Boca Raton, FL 33433 |
| Blue Oaks/Gulfstream Development LLC<br>114 Del Prado Blvd. S<br>Cape Coral, FL 33990 |
| Bove Company<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brian Papania<br>Corner of 603 and I-10<br>Pass Christian, MS 39521 |
| Building Materials Wholesale (B.M.W.)<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Building Supply House, L.L.C<br>8550 United Plaza Blvd., Ste. 1001<br>Baton Rouge, LA 70809 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL  33143 |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Caribe Homes Corp.<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| CDC Builders, Inc.<br>5805 Blue Lagoon Drive, Ste. 480, Miami, FL 33126 |
| Centerline Homes at Vizcaya, Inc.<br>825 Coral Ridge Drive<br>Coral Springs, FL 33076 |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 |
| Crown Builders, Inc.<br>72 Running Deer Road<br>Franklin, NC 28734 |
| David Ray Gavins<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| David Weekley Homes, LLC<br>a.k.a. Weekley Homes, LP<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| Dedicated Builders, LLC<br>5306 Breckenridge Avenue<br>Baton Rouge, LA 70805 |
| Design Contractors, LLC<br>40177 Bordeaux Street<br>Prairieville, LA 70769 |
| Diamond Court Construction Company<br>2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 |
| Duncan Construction of South West Florida, Inc.<br>17280 Frank Road<br>Alva, FL 33920 |
| E. Jacob Fakouri Construction, Inc.<br>15735 Florida Blvd.<br>Baton Rouge, LA 70819 |
| E.B. Developers, Inc.<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 |
| Empire Construction, LLC<br>112 Spring Dr.<br>Fairhope, AL 36532 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |
| Executive Home Builders, LLC<br>12040 Niece Rd. St.<br>Amant, LA  70774 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane,<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA  70448 |
| Florida Style Services, Inc.<br>5309 Cocoa Ct.<br>Cape Coral, FL 33904 |
| Francisco Tomas Permuy<br>621 SW 127 Avenue<br>Miami, FL 33184 |
| Fusion Building Concepts, Inc.<br>1519 Indiana Avenue<br>Winter Park, FL 32789 |
| G. Drywalls Corporation<br>12951 SW 124 Street<br>Miami, FL 33186 |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd.  720<br>Coral Gables, FL 33134 |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>200 Central Ave., #290<br>Saint Petersburg, FL 33701 |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| Greystoke Homes at South Point II LLC<br>11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL  33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| GulfCoast Engineering, LLC<br>18401 Murdock Circle<br>Port Charlotte, FL 33948-1088 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.<br>Flagler Beach, FL 32136 |
| Intercoastal Construction Co.<br>9 Foxhunter Flat<br>Ormond Beach, FL 32174 |
| Interior/Exterior Enterprises, LLC<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| J.W. Hodges Drywall, Inc.<br>2771 Vista Parkway<br>Suite F4<br>West Palm Beach, FL 33411 |
| JM Interiors, Inc.<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John G. Finch Construction, LLC<br>64343 Johnston Rd.<br>Pearl River, LA 70452 |
| Jon A. Wilder, Inc.<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JST Properties, LLC of Mississippi<br>229 Leed Street<br>Slidell, LA 70461 |
| Judson Construction Group, LLC<br>11000 Metro Parkway<br>Suite 13<br>Fort Myers, FL 33966 |
| Just-Rite Supply<br>506 South President Street<br>Jackson, MS 39201 |
| Keith Warrick Drywall, Inc.<br>2690 Settlers Colony Blvd.<br>Gulf Breeze, FL 32563 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Kemah Construction, Inc.<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| La Homes, Inc.<br>1437 W. Olive Street, Apt. 2<br>Chicago, IL 60660 |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lawrence Migliar LLJ Construction<br>4936 W San Rafael<br>Tampa, FL 33629 |
| Lebaron Bros. Drywall<br>32941 Duff Road<br>Walker, LA 70785 |
| Legend Custom Builders, Inc.<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |
| Louran Builders, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>750 N. 150 E.<br>Tetonia, ID 83452 |
| M. Miller and Company, Inc.<br>125 Brookhaven Court<br>Palm Beach Gardens, FL 33418 |
| M/I Homes, Inc.<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| M/I Homes of Tampa, LLC<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| M.E. Gibbens, Inc.<br>1005 Bienville Blvd.<br>Ocean Springs, MS 39564 |
| Majestic Homes, Inc.<br>3741 Southwest 77th Street<br>Ocala, FL 34474 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Manny Garcia<br>10501 SW 127 St.<br>Miami, FL 33176 |
| Manny's Drywall<br>923 Van Loon Court<br>Kissimmee, FL 34758 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 |
| MATSA Construction Company, Inc.<br>16800 SW 248 St.<br>Homestead, FL 33031 |
| MCCAR Homes-Tampa, LLC<br>1200 South Pine Island Rd.<br>Plantation, FL 33324 |
| MCM Building Enterprise, Inc.<br>5440 Roanoke Blvd.<br>Jacksonville, FL 32208 |
| Medallion Homes, LLC<br>6470 Briarcliff Road<br>Ft. Myers, FL 33912 |
| Methodical Builders, Inc.<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| MGB Construction, Inc<br>3585 Lucia Drive<br>Vero Beach, FL 32967 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive<br>Apollo Beach, FL 33572 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morgan Homes, Inc.<br>3420 NE 28 Ave.<br>Lighthouse, FL 33064 |
| Morrison Homes, Inc.<br>2731 Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| Nathanial Crump<br>2927 Plank Road<br>Baton Rouge, LA 70805 |
| Neslo Contracting c/o Ron Olsen, Sr.<br>204A Weldon Park Drive<br>Mandeville, LA 70471 |
| North Palm Estates Homes, Inc.<br>7901 W 25 AVE # 3,<br>Hialeah, FL 33016 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc.<br>5901 SW 74th Street #411<br> Miami, FL 33143 |
| Oak Avenue, LLC<br>411 S. Park Avenue<br>Miami, FL 33172 |
| Oakbrook Building and Design, Inc.<br>6751 N. Federal Hwy., Ste. 301<br>Boca Raton, FL  33496 |
| Palm Coast Construction, LLC<br>326 E. Augusta Ln.<br>Slidell, LA70458 |
| Palm Isles Holdings, LLC<br>436 SW 8 Street, Ste. 2000<br>Miami, FL 33130 |
| Paragon Homes Corporation<br>772 West Lumsden Road,<br>Brandon, FL 33511 |
| Parish Home Center<br>23082 General Gardner<br>Zachary, LA 70791 |
| Paul Hyde Homes<br>54 Coronado Avenue<br>Kennver, LA 70065 |
| Philip Latapie<br>4431 Iberville St.<br>Mandeville, LA 70741 |
| Pine Ridge Real Estate Enterprises, LLC<br>2400 First St., Ste 303<br>Ft. Myers, FL 33901 |
| Ponce Riviera, LLC<br>500 S. Dixie Hwy, Ste. 307<br>Miami, FL 33146 |
| Ponce Siding & Remodeling<br>20075 Highway 36<br>Covington, LA 70433 |
| Premier Communities, Inc.<br>46 North Washington Blvd, #1<br>Sarasota, FL 34236 |
| Premier Plastering of Naples<br>800 Harbour Drive<br>Naples, FL 34103 |
| Pride Homes, LLC<br>901 Brickell Key Blvd., Unit 3101<br>Miami, FL 33131 |

| DEFENDANTS THAT HAVE BEEN SERVED |
|---|
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 |
| R.J. Homes, LLC<br>13004 Little Bluff Drive<br>Vancleave, MS 39565-9723 |
| Rafuls & Associates Construction Co., Inc.<br>7901 W 25 AVE # 3<br>Hialeah, FL 33016 |
| Randal Maranto Builders, LLC<br>135 Jayln Lane<br>Port Allen, LA  70767 |
| Ray Bec, Inc.<br>1197 Salem Drive<br>Slidell, LA 70461 |
| Ray Horvath Drywall Inc.<br>10155 NE 101st St.<br>Okeechobee, FL 34972 |
| Reed Builders, LLC<br>141 Shady Lake Parkway<br>Baton Rouge, LA 70810 |
| Regency Homes, Inc.<br>7601 North Federal Highway<br>165 A<br>Boca Raton, FL 33487 |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| Rickelman Construction, Inc.<br>3237 Deliah Drive<br>Cape Coral, FL 33993 |
| RJM Builders North, Inc.<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| RL Homes IX, LLC.<br>Vonda Vassar, General Adjuster<br>Network Adjusters<br>3810 Murrell Rd, #406<br>Rockledge, FL 32955 |
| Rookery Park Estates, LLC<br>1400 E. Oakland Park Blvd., Ste. 111<br>Oakland Park, FL 33334 |
| Sampson Drywall, Inc.<br>141 Segovia Road<br>St. Augustine, FL 32086 |
| Santa Barbara Estates, Inc.<br>900 North Federal Highway, Ste. 300<br>Boca Raton, FL 33432 |

| DEFENDANTS THAT HAVE BEEN SERVED |
| --- |
| Saturno Construction AB Inc.<br>1621 SE Mariner Ln.,<br>Port St. Lucie, FL 34983 |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste. B3<br>Baton Rouge, LA 70809 |
| Southwell Homes, LLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 |
| Speedy Drywall<br>103 2nd Street<br>Chalmette, LA 70043 |
| Star Homes of Florida, LLC<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34966 |
| Stephen Steiner d/b/a Steiner Drywall<br>16344 Three Rivers Road<br>Biloxi, MS 39532 |
| Stephen Shivers<br>375 Teagarden Road<br>Gulfport, MS 39507 |
| Steven R. Carter, Inc.<br>401 E. Kennedy Blvd.<br>Tampa, FL 33602 |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| Sundown Development<br>1025 W. Indiantown Road<br>Suite 101<br>Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC<br>3598 Sligo Road<br>Haughton, LA 71037 |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503<br>South Miami, FL 33143 |
| The New Morning, LLC<br>215 Elk Avenue<br>Crested Butte, CO 81224 |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL  33023 |
| Total Contracting and Roofing, Inc.<br>5975 NW 72 Ct.<br>Parkland, FL 33067 |
| Treasure Coast Homes, LLC<br>556 Higgs Avenue N.W.<br>Palm Bay, FL 32907 |

| DEFENDANTS THAT HAVE BEEN SERVED |
| --- |
| United Home Builders, Inc.<br>1309 Caloosa Vista Road<br>Fort Myers, FL  33901 |
| Velez Construction, LLC<br>3630 Dumaine Street<br>New Orleans, LA 70119 |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Venture Supply Company<br>Convergence Center IV,<br>301 Bendix' Road, Ste. 500<br>Virginia Beach, VA 23452 |
| Vicinity Drywall, Inc.<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Vincent Montalto Construction, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |
| WB Construction Company, Inc.<br>4205 23rd Street SW<br>Lehigh Acres, FL 33976 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |

| DEFENDANTS THAT HAVE NOT BEEN SERVED |
|---|
| 911 Drywall, Inc.<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Aced Interior Drywall, Inc.<br>2204 NE 25 Terrace<br>Cape Coral, FL 33909 |
| American Gallery Development Group, LLC d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| Avalon Preserve Developers, LLC<br>20533 Biscayne Blvd., Unit 494<br>Aventura, FL 33180 |
| B & B Drywall<br>352 Lang Avenue<br>Pass Christian, MS 39571 |
| BDG Waterstone, LLC<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| Bella Builders, Inc.<br>2579 Sawgrass Lake Ct.<br>Cape Coral, FL 33909 |
| BHD Corp.<br>8634 Native Dancer Road N.<br>Palm Beach Gardens, FL 33418 |
| BO Builders, LLC<br>1449 Montmartre Street<br>Mandeville, LA 70448 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bradford Lumber<br>200 Wright Ave, #C<br>Terrytown, LA 70056 |
| Brantly Homes, Inc.<br>128 High Crest Road<br>Pelham, AL 35124-3512 |
| Burnett Construction Co.<br>1407 Hwy. 109<br>Wilsonville, AL 35186 |
| Catalano Custom Homes, LLC<br>510 N. Jefferson Avenue<br>Covington, LA 70433 |

| DEFENDANTS THAT HAVE **NOT** BEEN SERVED |
|---|
| Central Peninsula Contracting LLC<br>10938 S.E. HIGHWAY 25,<br>BELLEVIEW, FL 34420 |
| Century Homebuilders, LLC<br>2301 N.W. 87th Avenue, 6th Floor<br>Doral, FL 33712 |
| Chris P. Roberts<br>9536 Evans Road<br>Gulfport, MS 39503 |
| Comfort Home Builders<br>4317 SW Fifth Place<br>Cape Coral, FL 33914 |
| Crosby Development Company, L.L.C. 311 Rue St. Ann<br>Metairie, LA 70005 |
| CSI Contractor Services, Inc.<br>744 Overriver Drive<br>North Fort Myers, FL 33903 |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest,<br>Inc.<br>11503 Savannah Lakes Drive<br>Parrish, FL 34219 |
| Derby Homes, Inc.<br>15091 Flightline Ct.<br>Ft. Myers, FL 33905 |
| Dorado Homes Development, Ltd.<br>1421 SW 107th Avenue, Ste. 306<br>Miami, FL 33174 |
| EH Building Group<br>6021 180th Street, N.<br>Jupiter, FL 33458 |
| Elite Construction Co. SW Inc.<br>14538 Indigo Lakes Circle, Naples, FL 34119 |
| Elite Home Construction Inc.<br>22521 Lowe Davis Rd.<br>Covington, LA 70435 |
| First Home Builders, Inc.<br>6296 Corporate Court, Suite B-102<br>Ft. Myers, FL 33919 |
| Fisher & Son Contractors, LLC<br>324 Sioux Dr.<br>Abita Springs, LA 70420 |
| Floridian Gulf Coast Homes, Inc.<br>1433 Thistledown Way<br>Ft. Myers, FL 33901 |
| Fortis Construction, LLC<br>2781 SW Savona Blvd., Port St. Lucie, FL 34953 |

| Defendants that have NOT been served |
|---|
| Francioni Builders, Inc<br>639 Loyola Ave., 25th Fl.<br>One Poydras Plaza<br>New Orleans, LA 70113-7103 |
| G.I Homes<br>1600 Sawgrass Corporation Parkway<br>Suite 400<br>Sunrise, FL 33323 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |
| Gooden Homes, LLC<br>607 Main Street<br>La Place, LA 70068 |
| Graf's Drywall, LLC<br>57460 St. Alexander Road<br>Husser, LA 70442 |
| Gulfstream Development, LLC<br>3501 Gulf Shores Pkwy, Ste 5<br>Gulf Shores, AL 36542 |
| H & H Custom Homebuilders<br>210 Highway 21<br>Madisonville, LA 70447 |
| Hallmark Homes, Inc.<br>530 Autumn Wind Lane<br>Mandeville, LA 70471 |
| Hansen Homes, Inc.<br>P.o. Box 388<br>El Dorado Parkway,<br>Cape Coral, Fl 32935 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>1208 Kohnke Hill Road<br>Hammond, LA 70401 |
| James LeBlanc<br>PO Box 664<br>Walker, LA 70785 |
| JB Plaster, Inc.<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |

| DEFENDANTS THAT HAVE **NOT** BEEN SERVED |
| --- |
| JD Custom Homes, Inc.<br>13486 Caribbean Blvd.<br>Ft. Myers, FL 33905 |
| Jim Walter Homes, Inc.<br>2000 Interstate Drive, Suite 204<br>Montgomery, AL 36109 |
| JJK&A Holding Corporation<br>61537 Hwy. 11<br>Slidell, LA 70458 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>1861 Primrose Lane<br>Wellington, FL 33414 |
| John T. Grab, III<br>236 Kissena Park<br>Covington, LA 70435 |
| JPG Enterprises, Inc.<br>2442 Bay Village Court<br>Palm Beach Gardens, FL 33410 |
| Ken Roberts<br>2455 Weldwood Drive<br>Baton Rouge, LA 70816 |
| Land Resources LLC<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Louisiana Lumber, LLC<br>242 Delta Drive<br>Mandeville, LA 70448 |
| Majestic Custom Homes & Development, Inc<br>2442 Bay Village Court<br>Palm Beach Gardens, FL 33410 |
| Majestic Homes & Realty SW LLC<br>2442 Bay Village Court<br>Palm Beach Gardens, FL 33410 |
| Majestic Homes of Port St. Lucie, Inc.<br>4061 Royal Palm Blvd.<br>West Palm Beach, Fl 33411 |
| Master Builders of South Florida, Inc.<br>2500 NW 67th Crt.<br>Ft. Lauderdale, FL 33309 |
| Mayeaux Construction, Inc.<br>14 Carolina Ct.<br>Covington, LA  70433 |

| DEFENDANTS THAT HAVE **NOT** BEEN SERVED |
|---|
| MCM Building Enterprise, Inc.<br>5440 Roanoke Blvd.<br>Jacksonville, FL 32208 |
| Midwest Construction & Development, LLC<br>5984 Senegal Drive<br>Jupiter, FL 33458 |
| Miller Professional Contracting, Inc.<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ocean Springs Lumber Company, LLC<br>PO Box 1647<br>Ocean Springs, MS 39566 |
| Ozark Atlantic, LLC<br>4044 W. Lake Mary Blvd., Ste. 104 PM<br>Lake Mary, FL 43746 |
| Paradise Builders of SW Florida, Inc.<br>1423 SE 16th Pl #101<br>Cape Coral, FL 33990 |
| Paramount Quality Homes Corp.<br>8702 Native Dance Rd. North<br>Palm Beach Gardens, FL 33418 |
| Pioneer Construction, LLC<br>15001 Thompson Road<br>Folsom, LA 70437-3304 |
| R & B Construction of Northwest Fl, Inc.<br>7011 Tyler Street<br>Hollywood, FL 33024 |
| Raintree Construction<br>334 W. Livingston Place<br>Metairie, LA 70005 |
| Right Way Finishing, Inc.<br>14485 Tiggy Duplessis<br>Gonzales, LA 70737 |
| Royal Homes (Anthony Marino)<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Sail Harbour, LLC<br>6021 180th St., North<br>Jupiter, FL 33458 |
| Scott Colson<br>115 Victory Lane<br>Pass Christian, MS 39571 |
| Scott Designer Homes, Inc.<br>c/o Scott Fanning<br>67070 Dolan St.<br>Mandeville, LA 70741 |

| DEFENDANTS THAT HAVE NOT BEEN SERVED |
|---|
| Signature Series Homes, Inc.<br>1921 SW Third Terrace<br>Cape Coral, FL 33991 |
| Smith and Core, Inc.<br>82212 Hwy 25<br>Folsom, LA 70437 |
| Southwest Innovations, Inc.<br>11220 Metro Pkwy, Suite 21<br>Ft. Myers, FL 33966 |
| Stone Sheetrock<br>1374 Dumaine Ave.<br>Baton Rouge, LA 70810 |
| Summit Homes of La., Inc.,<br>486 Brownswitch Road<br>Slidell, LA 70458 |
| Supreme Builders<br>P.O. Box 1259<br>Pinehurst, TX 77362 |
| Tad Brown<br>19450 North 6th St.<br>Citronelle, AL 36522 |
| Waterways Joint Venture IV, LLC<br>15013 Summit Place Circle<br>Naples, Fl 34119 |
| Hanson Homes, Inc.<br>1050 SE 22nd Avenue<br>Minneapolis, MN 55414 |

| FOREIGN DEFENDANTS |
| --- |
| Rothchilt International Ltd.<br>N–510 Hsn Bld Annex 96 Chung Shan N. Rd.<br>Sec. 2<br>Taipei, Taiwan<br>R.O.C. |
| Knauf Gips KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Guangdong Knauf New Building Materials Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147<br>Guangdong, China |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |