UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al., ) | |
| ) | |
| Plaintiffs, ) | CASE NO.: 09-6690 |
| ) | Judge: Eldon E. Fallon |
| KNAUF GIPS KG, et al., ) | Mag.: Joseph C. Wilkinson, Jr. |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

COMES NOW, Steven J. Kyle, and the law firm of Bovis, Kyle & Burch, LLC, and respectfully enters this, his and their Entry of Appearance, as counsel of record on behalf of Horton Homes, Inc., one of the named defendants in the above-styled matter.

Pursuant to Paragraph 12 of Pretrial Order #1, the undersigned attorney is admitted to practice and is in good standing in the Northern, Middle and Southern Districts of the United States District Courts in and for the State of Georgia and accepts the Court's Order that the undersigned is hereby admitted *pro hac vice* in this litigation and that the requirements of Local Rule 83.2.6E and 83.2.7 are waived.

The Defendant Horton Homes, Inc. was served with a copy of Plaintiff Mary Anne Benes" Substituted and Amended Omnibus Class Action Complaint in Intervention (III) on May

731920-1                                                    1

PDF created with pdfFactory trial version www.softwarelabs.com

28, 2010 and this Entry of Appearance is made within twenty (20) days of service of process as ordered by Pretrial Order #1G.

The law firm of Bovis, Kyle & Burch, LLC is already a subscribing law firm to Lexis-Nexis File and Serve, as is the undersigned counsel, Steven J. Kyle, Esquire.

Pursuant to Pretrial Order 5A simultaneous with this Entry of Appearance, counsel is submitting to Liaison Counsel the updated contact information form to be used for future service of process of pleadings, motions and other pertinent materials directed to Liaison Counsel from the Court.

Further, the undersigned saith not.

This 16th day of June, 2010.

/s/
_____
Steven J. Kyle, Esquire
Georgia Bar No. 430700

BOVIS, KYLE & BURCH, LLC
200 Ashford Center North
Suite 500
Atlanta, GA 30338
770-391-9100
FAX: 770-668-0878
kyle@boviskyle.com

PDF created with pdfFactory trial version www.softwarelabs.com

CERTIFICATE OF SERVICE AND COMPLIANCE

This is to certify that I have this day electronically filed the within and foregoing *Entry of Appearance* in the above-styled case with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record listed below:

For the Plaintiffs:

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone:  504-581-4892
Fax:     504-461-6024
Email:  drywall@hhkc.com

For the Defendants generally:

Kerry J. Miller
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
Phone: 504-599-8194
Fax:     504-599-8145
Email:  kmiller@frilot.com

For the Homebuilder and Installer Defendants:

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:     504-581-3361
Email:  pwittmann@stonepigman.com

PDF created with pdfFactory trial version www.softwarelabs.com

For the Insurer Defendants:

Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: 504-589-9700
Fax:    504-589-9701
Email: jbarrasso@barrassousdin.com

  Respectfully submitted this 16th day of June, 2010.


             /s/
             Steven J. Kyle, Esquire
             Georgia Bar No. 430700
             *Attorney for Defendant Horton Homes, Inc.*

             BOVIS, KYLE & BURCH, LLC
             200 Ashford Center North, Suite 500
             Atlanta, GA 30338-2668
             Phone:      770-391-9100
             Fax:        770-668-0878
             E-mail:     kyle@boviskyle.com

731920-1        4

PDF created with pdfFactory trial version www.softwarelabs.com