UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et at.
    Plaintiffs,

Vs.                            CASE NO. : 09-6690

KNAUF GIPS KG, et al.
    Defendants.

## MOTION TO DISMISS
## PRIOR TO ANSWER

**NOW COMES**, the Defendant GROGAN CONSTRUCTION AND REAL ESTATE INC. pursuant Rule 12(b)(6) _____ and moves to dismiss the Plaintiff's purported "Complaint" filed in this matter on April 9, 2010, on the grounds that the same fails to state a claim against said Defendant.

**WHEREFORE,** Defendant GROGAN CONSTRUCTION AND REAL ESTATE INC., prays of the Court as follows:

1. That the Court dismiss this matter on the grounds that the Plaintiff has failed to state a claim against said Defendant Grogan Construction and Real Estate Inc.

2. For such other and further relief as to the Court deems just and proper.

This the 9 day of July, 2010.

Bruce L. Cannon
Attorney for Defendant Grogan Construction and Real Estate Inc.
Post Office Box 269
Lenoir, North Carolina  28645
828-758-2376

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et at.
    Plaintiffs,

Vs.                                                      CASE NO. : 09-6690

KNAUF GIPS KG, et al.
    Defendants.

### CERTIFICATE OF SERVICE

The undersigned, being an attorney duly licensed to practice law in the United States Federal Court, does hereby certify that a copy of the foregoing Motion to Dismiss was duly served upon Mr. Russ M. Herman and Mr. Leonard A. Davis, Attorneys for Plaintiff, on the _____ day of June, 2010, as follows:

_____    By personally hand delivering a copy of same to him or to one of his employees at his office; or

_____    By facismile transmission; or

__xx___    By depositing a copy of same in the United States mail, first class postage prepaid, addressed to them as follows:

ADDRESSEE:

    Mr. Russ M. Herman
    Mr. Leonard A. Davis
    Herman, Herman, Katz & Cotlar, LLP
    820 O'Keefe Avenue
    New Orleans, LA 70113

This the ____ day of June, 2010.

Bruce L. Cannon
Attorney for Defendant Grogan
Construction and Real Estate Inc.
Post Office Box 269
Lenoir, North Carolina 28645
828-758-2376