## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et at.
    Plaintiffs,

Vs.                                                                              CASE NO. : 09-6690

KNAUF GIPS KG, et al.
    Defendants.

---

THIS CAUSE COMING ON TO BE HEARD and being heard before the

Honorable, US District Court Judge Presiding, on _____, upon findings by

of counsel:

    1.    That the Attorney for the Defendant GROGAN CONSTRUCTION AND

REAL ESTATE INC. filed a Motion to Dismiss prior to Answer on the grounds

that the same fails to state a claim against said Defendant Grogan Construction and Real

Estate Inc.

    2.    The claim is based on a claim by Plaintiff intervener #656 Houston

Williams against Defendant subclass #126 GROGAN CONSTRUCTION AND

REAL ESTATE INC. for alleged building defects in 1982.  This is

outside scope of the class action claim based on claims arising in and after 2003.

THEREFORE, IT IS ORDERED:

    1.    That the Motion to Dismiss prior to Answer is allowed on the

    grounds that the same failed to state a claim against Defendant Grogan

    Construction and Real Estate Inc.

This the _____ day of _____,2010.

_____
Honorable US District Court Judge Presiding

Fee _____
Process _____
X  Dktd _____
CtRmDep _____
Doc. No._____