# EXHIBIT A

Form B5 (Official Form 5) - (Rev. 12/07)                                2007 USBC, Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**Involuntary Petition**

| IN RE (Name of Debtor - If Individual: Last, First, Middle) | ALL OTHER NAMES used by the debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|
| Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company | |

Last four digits of Soc. Sec. No./Complete EIN or other Tax I.D. No. (if more than one, state all.): 86-0890979

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) | MAILING ADDRESS OF DEBTOR (If different street address) from |
|---|---|
| 39 EAST EAGLERIDGE DR. SUITE 102 NORTH SALT LAKE UT 84054 | |
| County of Residence or Principal Place of Business | ZIP CODE | | ZIP CODE |

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

**CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED**

☐ Chapter 7        ☒ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Name of Debts** (Check one box.)
Petitioners believe:
☐ Debts are primarily consumer debts
☒ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☒ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☒ Other

**VENUE**
☐ Debtor has been domiciled or has had a residence, principal place of business or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this District.

**FILING FEE** (Check one box)
☒ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. [If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Woodside AMR 107, Inc. | 08-13394-PC | 03/31/08 |
| Relationship | District | Judge |
| Affiliate | Central District of California | Peter Carroll |

**ALLEGATIONS** (Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

THIS SPACE FOR COURT USE ONLY

9940000080822000000000009

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)                                                    2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _[signature]_<br>Signature of Petitioner or Representative    (State Title)<br>Metropolitan Life Insurance Company    6/16/08<br>                                                  Date Signed | X _[signature]_                                    AUG 1 5 2008<br>Signature of Attorney                                          Date<br>Bingham McCutchen LLP |
| Name of Petitioner<br>Name & Mailing    Frank Monfalcone, Director<br>Address of Individual    10 Park Avenue<br>Signing in Representative    Morristown, NJ 07962-1902<br>Capacity | Name of Attorney Firm (if any)<br>Address:    355 South Grand Avenue, Suite 4400<br>               Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X<br>Signature of Petitioner or Representative    (State Title) | X<br>Signature of Attorney                                          Date |
| Name of Petitioner                                Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |
| X<br>Signature of Petitioner or Representative    (State Title) | X<br>Signature of Attorney                                          Date |
| Name of Petitioner                                Date Signed<br>Name & Mailing<br>Address of Individual<br>Signing in Representative<br>Capacity | Name of Attorney Firm (if any)<br>Address:<br>Telephone No.: |

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)  2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X /s/ _____ SVP  AUG 1 5 2008
Signature of Petitioner or Representative   (State Title)
Security Life of Denver Insurance Company
by ING Investment Management LLC, as agent

X /s/ _____  AUG 1 5 2008
Signature of Attorney   Date
Bingham McCutchen LLP

Name of Petitioner: Christopher P. Lyons
Name & Mailing Address of Individual Signing in Representative Capacity: 5780 Powers Ferry Road, NW, Suite 300, Atlanta, GA 30327-4349

Name of Attorney Firm (if any):
Address: 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106
Telephone No.: (213) 680-6465

X _____ (State Title)
Signature of Petitioner or Representative

X _____ Date
Signature of Attorney

Name of Petitioner _____ Date Signed

Name of Attorney Firm (if any):
Address:
Telephone No.:

X _____ (State Title)
Signature of Petitioner or Representative

X _____ Date
Signature of Attorney

Name of Petitioner _____ Date Signed

Name of Attorney Firm (if any):
Address:
Telephone No.:

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)

2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC |
|---|---|

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1009(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _/s/ Paul L. Harinstein_  Senior Vice President
Signature of Petitioner or Representative (State Title)
AXA Equitable Life Insurance Company
Name of Petitioner     6/17/08  Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Paul L. Harinstein
1290 Avenue of the Americas
New York, NY 10104

X _/s/_  AUG 1 5 2008
Signature of Attorney   Date
Bingham McCutchen LLP
Name of Attorney Firm (if any)
Address: 355 South Grand Avenue, Suite 4400
Los Angeles, CA 90071-3106
Telephone No.: (213) 680-6465

X _____ _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ _____
Signature of Attorney   Date

Name of Attorney Firm (if any)
Address:
Telephone No.:

X _____ _____
Signature of Petitioner or Representative (State Title)

Name of Petitioner   Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ _____
Signature of Attorney   Date

Name of Attorney Firm (if any)
Address:
Telephone No.:

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)  2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|

**TRANSFER OF CLAIM**

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

**REQUEST FOR RELIEF**

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Wilma H. Davis_  (State Title)
Signature of Petitioner or Representative
John Hancock Life Insurance Company   6/16/08
Name of Petitioner: Wilma H. Davis    Date Signed
Senior Managing Director
Name & Mailing Address of Individual: 197 Clarendon Street C-2
Signing in Representative Capacity: Boston, MA 02117

X _[signature]_   AUG 1 5 2008
Signature of Attorney                Date
Bingham McCutchen LLP
Name of Attorney Firm (if any)
Address: 355 South Grand Avenue, Suite 4400
Los Angeles, California 90071-3106
Telephone No.: (213) 680-6465

X _____  (State Title)
Signature of Petitioner or Representative
Name of Petitioner                Date Signed
Name & Mailing Address of Individual
Signing in Representative Capacity

X _____   Date
Signature of Attorney
Name of Attorney Firm (if any)
Address:
Telephone No.:

X _____  (State Title)
Signature of Petitioner or Representative
Name of Petitioner                Date Signed
Name & Mailing Address of Individual
Signing in Representative Capacity

X _____   Date
Signature of Attorney
Name of Attorney Firm (if any)
Address:
Telephone No.:

_5_ Continuation Sheets attached

Form B5 (Official Form 5) - Page 2 (Rev. 12/07)          2007 USBC, Central District of California

| Involuntary Petition | Name of Debtor<br>Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company |
|---|---|
| **TRANSFER OF CLAIM** ||
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a). ||
| **REQUEST FOR RELIEF** ||
| Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached. ||
| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.<br><br>X _[signature]_ CORP. VP<br>Signature of Petitioner or Representative (State Title)<br>New York Life Insurance Company  AUG 1 5 2008<br>Name of Petitioner R. G. Brandon    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity: 51 Madison Avenue, Room 206, New York, NY 10010 | X _[signature]_     AUG 1 5 2008<br>Signature of Attorney     Date<br>Bingham McCutchen LLP<br>Name of Attorney Firm (If any)<br>Address: 355 South Grand Avenue, Suite 4400, Los Angeles, CA 90071-3106<br>Telephone No.: (213) 680-6465 |
| X _____ (State Title)<br>Signature of Petitioner or Representative<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | X _____     Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address:<br>Telephone No.: |
| X _____ (State Title)<br>Signature of Petitioner or Representative<br>Name of Petitioner    Date Signed<br>Name & Mailing Address of Individual Signing in Representative Capacity | X _____     Date<br>Signature of Attorney<br>Name of Attorney Firm (If any)<br>Address:<br>Telephone No.: |

Form B5 (Official Form 5) - (Rev. 12/07)

**Involuntary Petition (Continuation Page)**

In re: Woodside Homes of Southeast Florida, LLC, a Florida Limited Liability Company

| PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR | | |
|---|---|---|
| Name of Debtor: Woodside Portofino, Inc. | Case Number: 08-13396-PC | Date: 03/31/2008 |
| Relationship: Affiliate | District: Central District of California | Judge: Peter Carroll |

| PETITIONING CREDITORS | | |
|---|---|---|
| Name and Address of Petitioner: John Hancock Life Insurance Company, 197 Clarendon Street C-2, Boston, MA 02117 | Nature of Claim: Noteholder | Amount of Claim: $51,900,000 |
| Name and Address of Petitioner: AXA Equitable Life Insurance Company, 1290 Avenue of the Americas, New York, NY 10104 | Nature of Claim: Noteholder | Amount of Claim: $40,000,000 |
| Name and Address of Petitioner: Metropolitan Life Insurance Company, 10 Park Avenue, Morristown, NJ 07962-1902 | Nature of Claim: Noteholder | Amount of Claim: $35,500,000 |
| Name and Address of Petitioner: New York Life Insurance Company, 51 Madison Avenue, New York, NY 10010 | Nature of Claim: Noteholder | Amount of Claim: $18,500,000 |
| Name and Address of Petitioner: Security Life of Denver Insurance Company by ING Investment Management LLC, as agent, 5780 Powers Ferry Road NW, Suite 300, Atlanta, GA 30327-4349 | Nature of Claim: Noteholder | Amount of Claim: $10,000,000 |

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Susy Li (California State Bar No. 216246)<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>☒ Attorney for: Petitioning Creditors | |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re:<br><br>WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER:<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
## (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: Involuntary Petition     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this Declaration with the United States Bankruptcy Court for the Central District of California.

_____     8/13/08
Signature of Authorized Signatory of Filing Party     Date

CLAUDIA COLOMIE
Printed Name of Authorized Signatory of Filing Party

DIRECTOR, METLIFE
Title of Authorized Signatory of Filing Party
Metropolitan Life Insurance Company

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the Declaration of Authorized Signatory of Debtor or Other Party before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration, the Declaration of Authorized Signatory of Debtor or Other Party, and the Filed Document available for review upon request of the Court or other parties.

_____     AUG 1 8 2008
Signature of Attorney for Filing Party     Date

Susy Li
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number<br>Susy Li (California State Bar No. 216246)<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>☒ Attorney for: Petitioning Creditors | FOR COURT USE ONLY |
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
| In re: WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC<br>Debtor(s). | CASE NO.:<br>CHAPTER:<br>ADV. NO.: |

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: Involuntary Petition     Date Filed: _____

## PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_Paul L. Harinstein_            8/18/08
Signature of Authorized Signatory of Filing Party     Date

PAUL L. HARINSTEIN
Printed Name of Authorized Signatory of Filing Party

Senior Vice President
Title of Authorized Signatory of Filing Party

AXA Equitable Life Insurance Company

## PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_/s/ Susy Li_            AUG 1 8 2008
Signature of Attorney for Filing Party     Date

Susy Li
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

November 2006

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Susy Li (California State Bar No. 216246)<br>Bingham McCutchen LLP<br>355 South Grand Avenue, Suite 4400<br>Los Angeles, CA 90071-3106<br><br>☒ Attorney for: Petitioning Creditors | |

| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| In re:<br><br>WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC     Debtor(s). | CASE NO.:<br>CHAPTER:<br>ADV. NO.: |

## ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☐ Petition, statement of affairs, schedules or lists     Date Filed: _____
☐ Amendments to the petition, statement of affairs, schedules or lists     Date Filed: _____
☒ Other: Involuntary Petition     Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

I, the undersigned, hereby declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____     8/18/08
Signature of Authorized Signatory of Filing Party     Date

Christopher P. Lyons
Printed Name of Authorized Signatory of Filing Party

Senior Vice President
Title of Authorized Signatory of Filing Party   Security Life of Denver Insurance Company
by ING Investment Management LLC, as agent

### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____     AUG 1 8 2008
Signature of Attorney for Filing Party     Date

Susy Li
Printed Name of Attorney for Filing Party

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
November 2006

|  |  |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**10100 Santa Monica Blvd., Ste. 1100, Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as **Notice of Pendency of Case Under Chapter 11 of the Federal Bankruptcy Code, of Automatic Stay, and of Confirmation of Plan and Plan Injunction**, will be served or was served in the manner indicated below:

**SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **June 10, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this case by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows.

| | |
|---|---|
| Russ M. Herman<br>Leonard A. Davis<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Avenue<br>New Orleans, LA 70113 | |

☐ Service information continued on attached page

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 10, 2010 | Diane H. Hinojosa | _[signature]_ |
|---|---|---|
| Date | Type Name: | Signature |