Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0046

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
**Portofino Homes, Inc.**
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **April**, 20 **10**, at **11:55** o'clock **A** M

**Place of Service:** at **611 S/E 11th Street Suite A**, in **Cape Coral, FL 33990**

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Portofino Homes Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **James Schivinski, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **white**; Facial Hair ___
Approx. Age **60-65**; Approx. Height **5'10"**; Approx. Weight **175 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**
Signature of Server **157153**

Subscribed and sworn to before me this **28th** day of **April**, 20 **10**

**Elena Alvarado**
Notary Public     (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/08/2012