Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Kensington Woods, LLC
Court Case No. 10-361 Section L Mag 2

State of: VIRGINIA ) ss.
~~County of:~~ CITY OF VIRGINIA BEACH

| | |
|---|---|
| **Name of Server:** | William L. Sasser, Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 16-Apr-2010 02:57 pm |
| **Place of Service:** | at 701 Town Center Drive, Suite 800, city of Newport News, state of VA |
| **Documents Served:** | the undersigned served the documents described as: Summons and Amended Complaint w/Jury Demand; Exhibits |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Kensington Woods, LLC By delivering them into the hands of an officer or managing agent whose name and title is Raymond Suttle, Jr., Registered Agent |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex M ; Skin Color white ; Hair Color black ; Facial Hair N/A Approx. Age 45 ; Approx. Height 5'06" ; Approx. Weight 160 ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 | Subscribed and sworn to before me this 13 day of May, 2010 Mistie Wood  12-31-2010 Notary Public    (Commission Expires) MISTIE WOOD Notary Public Commonwealth of Virginia 7035886 My Commission Expires Dec 31, 2010 APS File: 103329-1591 |