IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | | |
| JOHN CAMPBELL v. KPT, et al., | * | MAG. JUDGE |
| Case No. 2:09-cv-7628 (E.D. La.)  and | | WILKINSON |
| PAUL CLEMENT AND CELESTE | | |
| SCHEXNAYDRE CLEMENT v. KPT, et al., | | |
| Case No. 2:09-cv-7628 (E.D. La.) | | |

*****************************************************************

## PLAINTIFFS' SECOND SUPPLEMENTAL AND AMENDED WITNESS LIST

Plaintiffs **will call those witnesses with an asterisk, and** may call one or more of the following witnesses during the trial on the merits of this matter scheduled to commence on June 21, 2010:

1. *Ronald Bailey – expert re: scope of remediation and air movement within home;

2. *Donald Galler – expert re:  corrosion and its effect on switches, wiring, receptacles, circuit boards, electronic appliances and electric mechanical systems;

3. *Bradley D. Krantz – expert re:  corrosion process and pitting;

4. *Alexis Mallet, Jr. – expert/fact re: remediation costs and scope of repair;

5. Timothy Moore – fact re: home inspector for United Fire of the Clement home;

6. *Ray Phillips – fact/expert re: remediation, scope, costs, real world/practical concerns and experiences;

7. *Dean Rutila – expert re: construction/scope/off-gassing effects on homes and appliances;

8. Lori Streit – expert re: chemical analysis of the drywall;

9. *Arthur Sterbcow – expert re: real estate value/stigma;

10. *Robert Walsh (by deposition) – NEC expert re: electrical codes and wiring methods;

11. *John Campbell – fact witness/plaintiff;

12. *Celeste Schexnayder Clement – fact witness/plaintiff;

13. *Paul Clement – fact witness/plaintiff;

14. Brent Driskill – expert/fact witness re: home inspections of the plaintiffs' properties;

15. Paul Hyde – fact witness;

16. John Adams – fact witness;

17. Chris Shuler – fact witness/contractor;

18. Kenneth Day – homeowner of 2508 Creely Drive, Chalmette, LA – fact re: purchase of a "remediated" Chinese drywall home;

19. Michael or Jessica Serigne, 3612 Veronica Drive, Chalmette, LA – fact re: purchase of a "remediated" Chinese drywall home;

20. James Silk, 1701 Colquitt Street, Houston, TX  77098 – fact re: withdrawal from sale of a Chinese drywall home;

21. Meagan Silk, 1701 Colquitt Street, Houston, TX  77098 – fact re: withdrawal from sale of a Chinese drywall home;

22. Debbie Hamburger, Realtor, 1002 W. Judge Perez Drive, Suite B, Chalmette, LA – fact witness re: purchase and sale considerations, negotiations of Creely Drive;

23. **Jesus Peraza, 10331 Majestic Trail, Parkland, FL  33076 – fact witness on attempted sale of remediated Chinese drywall home;**

24. Any Other Witness Listed or Called by Any Other Party;

25. Any Witness needed to authenticate or introduce any exhibit;

26. Any party or subcontractor necessary to authenticate or explain estimates provided to any witness including Alexis Mallet, Jr.;

27. Any witness necessary to rebut any witness of KPT.

Respectfully submitted,

Dated: June 16, 2010

/s/ Leonard A. Davis_____
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

Christopher Seeger
Jeffrey S. Grand
Seeger Weiss, LLP
One William Street
New York, NY 10004
212-584-0700 (phone)
212-584-0799 (fax)
cseeger@seegerweiss.com

## PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444 |
| Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091 | Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931 |
| Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055 | Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973 |
| Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799 | James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630 |
| Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2010

  /s/ Leonard A. Davis_____
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com
*For Plaintiffs' Liaison Counsel*