UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : | MDL NO. 2047 |
| : | SECTION: L |
| THIS DOCUMENT RELATES TO: : | JUDGE FALLON |
| : | MAG. JUDGE WILKINSON |
| Case No. 09-7628 : | |
| <u>Sean and Beth Payton, et al v. Knauf Gips KG, et al.</u> : | |

## NOTICE OF APPEARANCE

COMES NOW, the undersigned law firm of Bruce M. Danner, LLC and James E. Cazalot, Jr. of the law firm H. Edward Sherman, APLC hereby file this Notice of Appearance as counsel on behalf of the following Defendant: Louisiana Lumber, LLC. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.

Respectfully submitted,

BRUCE M. DANNER, LLC

By:   /s/ James E. Cazalot, Jr.
      Bruce M. Danner (LSBA 4496)
      209 Highway 22 West, Suite G
      Madisonville, LA 70447
      Phone: (985) 792-5220
      Fax: (985) 792-4889
      bmd@brucemdannerlaw.com

      James E. Cazalot, Jr. (LSBA 17510)
      1010 Common Street, Suite 1750
      New Orleans, LA 70112
      Phone: (504) 587-7100
      Fax: (504) 587-7102
      jamescazalot@hotmail.com

*Counsel for Louisiana Lumber, LLC*

## CERTIFICATE OF SERVICE

I HERBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of June, 2010

/s/ Bruce M. Danner
Bruce M. Danner