IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Campbell v. KPT; Clement v. KPT, et al.;* Case no. 09-7628 (E.D. La.)

## DEFENDANT, KNAUF PLASTERBOARD (TIANJIN) CO., LTD'S SUPPLEMENTAL AND AMENDED EXHIBIT LIST

**NOW COMES** Defendant, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), who respectfully submits its Amended Trial Exhibit List. KPT has attempted to streamline its Exhibit List by amending as follows:

(1) by deleting Exhibit nos. DX0001K, DX0006, DX0009, DX0010, DX0021, DX0022, DX0025, DX0049-DX58, DX0063-DX0066, DX0071-DX0091, DX0096-DX0122, DX0124-DX0135, DX0145-DX0153, DX0221, DX0248-DX0276, DX0278, DX0236-DX0247, DX0333, DX0387, DX0395; and

(2) by re-designating DX0394 as pertaining only to the May 11, 2009 Driskill Environmental, LLC Drywall Assessment Report.[1]

(3) KPT has also added Exhibit DX0361A (Reliance material for Lori Streit), DX0398 (Alexis Mallet, Jr.'s deposition exhibits provided to KPT on June 14, 2010), and DX0399 (Supplemental Report of Matthew J. Perricone, Ph.D).[2]

---

[1] KPT's original Exhibit List stated "All exhibits from the deposition of Brent Driskill." All other exhibits besides the May 11, 2009 inspection report of 1049 Clairise Court, Slidell, LA are already included in KPT's exhibit list. Thus, KPT has deleted those from DX0394.

Respectfully submitted,

BY:  /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email:  donald.j.hayden@bakernet.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email:  douglas.b.sanders@bakernet.com

*Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd*

**CERTIFICATE**

---

[2] Mr. Perricone is finalizing his supplemental report, and it should be provided no later than June 17, 2010.

- 3 -

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all counsel for *Campbell* and *Clement*, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 16th day of June, 2010.

/s/ Kyle A. Spaulding