UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2047

IN RE:  CHINESE-MANUFACTURED:
DRYWALL PRODUCTS                                    SECTION L
LIABILITY LITIGATION

JUDGE FALLON
MAG. JUDGE WILKINSON

_____/

This Document Relates to:
*Campbell-Clement/Schexnaydre (Payton) v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

<u>Defendant Knauf Plasterboard (Tianjin) Co., Ltd.'s
Supplemental and Amended Trial Exhibit List</u>

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0001 | Relevant portions of and materials identified in Expert Report of Matthew J. Perricone, Ph.D | | | |
| DX0001A | Attachment A to Expert Report of Matthew J. Perricone, Ph.D, Curriculum Vitae and Publications List | | | |
| DX0001B | Attachment B to Expert Report of Matthew J. Perricone, Ph.D., List of Testimony | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0001C | Appendix A-1 to Expert Report of Matthew J. Perricone, Ph.D.-Clement House Assessment – Site Inspection and Wire Evaluation | | | |
| DX0001D | Appendix A-2 to Expert Report of Matthew J. Perricone, Ph.D.– Clement House Assessment- Plumbing | | | |
| DX0001E | Appendix B to Expert Report of Matthew J. Perricone, Ph.D.– Campbell House Assessment | | | |
| DX0001F | Appendix C to Expert Report of Matthew J. Perricone, Ph.D.– Assessment of Wires from Houses with Chinese Drywall | | | |
| DX0001G | Appendix D to Expert Report of Matthew J. Perricone, Ph.D.– Assessment of Plumbing Samples from Houses with Chinese Drywall | | | |
| DX0001H | Appendix E to Expert Report of Matthew J. Perricone, Ph.D.– Evaluation of Sheathed Wires from Houses with Chinese Drywall | | | |
| DX0001I | Appendix F to Expert Report of Matthew J. Perricone, Ph.D.– Copper Reactivity Coupon Assessments of Houses containing Chinese Drywall | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0001J | Appendix G to Expert Report of Matthew J. Perricone, Ph.D.– HVAC Coil Analysis and Copper Condensation Testing | | | |
| DX0002 | Relevant portions of and materials identified in Expert Report of Craig Beyler, Ph.D., Hughes Associates, Inc., Analysis of Fire Safety of Electrical Wiring Related to Chinese Drywall at the Campbell (1032 Clairise Rd Slidell LA) & Clement (612 Ridgewood Ave, Metairie LA) Residences | | | |
| DX0002A | Appendix A to Expert Report of Craig Beyler, Ph.D, Curriculum Vitae, Selected Publications List and List of Testimony | | | |
| DX0002B | Appendix B to Expert Report of Craig Beyler, Ph.D, Case Documents Reviewed/Considered | | | |
| DX0002C | Appendix C to Expert Report of Craig Beyler, Ph.D, Temperature Test Experiment | | | |
| DX0002D | Appendix D to Expert Report of Craig Beyler, Ph.D, Smoke Alarm Experiment | | | |
| DX0002E | Relevant portions of and materials identified in Supplement Expert Report of Craig Beyler, Ph.D. | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0003 | Armstrong, R., Mason, J., Kumar, A., Hall, J. (1999), Thermally Induced Failure of Low-Voltage Electrical Nonmetallic Sheathed Cable Insulation," Fire Technology, 35(3), pp. 265-274 | | | |
| DX0004 | ASTM B3 (2001), Standard Specification for Soft or Annealed Copper Wire | | | |
| DX0005 | Bourne, L., Yu, P., Zettl, A., Cohen, M. (1989) "High-pressure electrical conductivity measurements in the copper oxides," Physical Review B, 40(16), pp 10973-10976 | | | |
| DX0007 | Gill and Trotta (2009), "Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall," U.S. Consumer Product Safety Commission, including Tab A, S. Glass, C. Mowry, and R. Sorensen,  Sandia National Laboratories, "Interim Report on the Analysis of Corrosion Products on Harvested Electrical Components," (November 2009)1 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0008 | Grozdanov, I., Najdoski, M. (1995), "Optical and Electrical Properties of Copper Sulfide Films of Variable Composition," Journal of Solid State Chemistry, 114, pp. 469-475 | | | |
| DX0011 | Okamoto, K., Wantanabe, N., and Hagimoto, Y. (2003), "Degradation of Organic Insulating Materials at Plug and Receptacle Connection, Fire and Materials 2003," Interscience Communications, London, England. | | | |
| DX0012 | Rice, D., Cappeli, R., Kinsolving, W. and Laskowski, (1980) "Indoor Corrosion of Metals," J. Electrochem. Soc. Solid State Science and Technology, 127(4), pp. 891-901 | | | |
| DX0013 | Rice, D., Peterson, P., Rigby, E. Phipps, P. Cappell, R., Tremoureux, R. (1981), "Atmospheric Corrosion of Copper and Silver," J. Electrochem Soc. Solid State Science and Technology, 128(2), pp 275-284 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0014 | Rickett, B. and Payer, J., (1005), "Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide," J. Electrochem. Soc., 142(11), pp. 3723-3728 | | | |
| DX0015 | L. Salzman, U.S. Consumer Product Safety Commission, Division of Health Sciences, "Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall" (November 23, 2009), including Environmental Health & Engineering, Inc., "Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall"  (November 18, 2009) | | | |
| DX0016 | UL 498 (2008), Standard for Attachment Plugs and Receptacles, Fourteenth Edition, Underwriters Laboratory, Chicago, IL | | | |
| DX0017 | UL 719 (2006), Standard for Safety for Nonmetallic-Sheathed Cables, Twelfth Edition, Underwriters Laboratory, Chicago, IL | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0018 | Relevant portions of and materials identified in Expert Report of  Robert W. Sproles, Ph.D. (CTEH) | | | |
| DX0018A | Appendix A to Expert Report of Robert Sproles, Ph.D., Representative Photographs Showing Affected and Unaffected Ground Wires | | | |
| DX0018B | Appendix B to Expert Report of Robert Sproles, Ph.D., Protocol for Visual Inspection and Grading of Copper Wire Tarnishing | | | |
| DX0018C | Appendix C to Expert Report of Robert Sproles, Ph.D., Visual Assessment Results from the Clement Residence | | | |
| DX0018D | Appendix D to Expert Report of Robert Sproles, Ph.D., Visual Assessment Results from 1031 Clairise Court, Slidell, LA | | | |
| DX0018E | Appendix E to Expert Report of Robert Sproles, Ph.D., Drywall Manufacturer Observations in 209 Rue Esplanade Bedroom 2 | | | |
| DX0018F | Appendix F to Expert Report of Robert Sproles, Ph.D.,  Tabular results of CTEH cross-contamination study | | | |
| DX0018G | Supplemental Report of Robert Sproles, Ph.D. | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0019 | Relevant portions of and materials identified in Expert Report of Jerry Householder, Ph.D., P.E. | | | |
| DX0019A | Exhibit 1 to Expert Report of Jerry Householder, Ph.D., P.E., Curriculum Vitae | | | |
| DX0019B | Exhibit 2 to Expert Report of Jerry Householder, Ph.D., P.E., List of Testimony | | | |
| DX0019C | Exhibit 3 to Expert Report of Jerry Householder, Ph.D., P.E., Materials Reviewed | | | |
| DX0019D | Exhibit 4 to Expert Report of Jerry Householder, Ph.D., P.E., KPT Drywall Inspection & Removal Protocol | | | |
| DX0019E | Exhibit 5 to Expert Report of Jerry Householder, Ph.D., P.E., Interim Remediation Guidance for Homes with Corrosion from Problem Drywall | | | |
| DX0019F | Exhibit 6 to Expert Report of Jerry Householder, Ph.D., P.E., 01/25/2010 Letter of Findings from PTC, Paul and Mary Clement | | | |
| DX0019G | Exhibit 7 to Expert Report of Jerry Householder, Ph.D., P.E., 09/16/2009 Preliminary Inspection Report Contaminated Sheetrock, Paul Clement by Driskill Environmental Consultants | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0019H | Exhibit 8 to Expert Report of Jerry Householder, Ph.D., P.E., 10/21/2009 Inspection Report Defective Drywall, Paul Clement by Driskill Environmental | | | |
| DX0019I | Exhibit 9 to Expert Report of Jerry Householder, Ph.D., P.E., Proposal for demolition and clean by Nationwide Restoration | | | |
| DX0019J | Exhibit 10 to Expert Report of Jerry Householder, Ph.D., P.E., Material Cost Estimate with photographs | | | |
| DX0019K | Exhibit 11 to Expert Report of Jerry Householder, Ph.D., P.E., Proposal from Graci Hart Electric | | | |
| DX0019L | Exhibit 12 to Expert Report of Jerry Householder, Ph.D., P.E., Estimate from Bruce's Plumbing | | | |
| DX0019M | Exhibit 13 to Expert Report of Jerry Householder, Ph.D., P.E., Estimate from Shuler Construction | | | |
| DX0019N | Exhibit to Expert Report of Jerry Householder, Ph.D., P.E., Photographs of drywall, cabinets,  electrical, plumbing, and cleanup | | | |
| DX0020 | RS Means Square Foot Costs (2008, 2009 and 2010) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0023A-N *en globo* | Electrical wires, components, building materials, and physical samples from Clement home | | | |
| DX0024A-K *en globo* | Electrical wires, components, building materials, and physical samples from Campbell home | | | |
| DX0026 | Relevant portions of and materials identified in Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, 612 Ridgewood, Metairie, LA and 1032 Clairise Court, Slidell, LA; | | | |
| DX0026A | Addendum A to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Photos, 1032 Clairise Court, Slidell, LA | | | |
| DX0026B | Addendum B to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Maps of Plaintiff Properties | | | |
| DX0026C | Addendum C to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Advisory Opinion 9 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0026D | Addendum D to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Louisiana Flood Remediated Home Case Studies | | | |
| DX0026E | Addendum E to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Clarion Water Infiltration Case Studies | | | |
| DX0026F | Addendum F to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Clarion Radon Case Study | | | |
| DX0026G | Addendum G to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Clarion Groundwater, Soil and/or Air/Vapor Intrusion Case Studies | | | |
| DX0026H | Addendum H to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Richard J. Roddewig – Statement of Qualifications | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0026I | Addendum I to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Richard J. Roddewig - Publications | | | |
| DX0026J | Addendum J T Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Richard J. Roddewig – Trial Testimony and Depositions: 2005-2010 | | | |
| DX0026K | Addendum K to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. Real Property Appraisal Report, Clarion Associates Hourly Rate | | | |
| DX0026L | Addendum L to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Documents Reviewed and Considered | | | |
| DX0026M | Addendum M to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Affidavit of Mr. Peter M. McEnery | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0026N | Addendum M, Exhibit A to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Affidavit of Mr. Peter M. McEnery, Appraisal of 1032 Clairise Court, Slidell, LA | | | |
| DX0026O | Addendum M, Exhibit B to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Affidavit of Mr. Peter M. McEnery, Appraisal of 612 Ridgewood Drive, Metairie, LA | | | |
| DX0026P | Addendum M, Exhibit C to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Affidavit of Mr. Peter M. McEnery, Documents Reviewed | | | |
| DX0026Q | Addendum M, Exhibit D to Expert Report of Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc., Real Property Appraisal Report, Affidavit of Mr. Peter M. McEnery, Peter M. McEnery: Depositions and Trial Testimony | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0026R | Relevant portions of and material identified reliance materials for Richard J. Roddewig, MAI, CRE, Clarion Associates, Inc. | WITHDRAWN | | |
| DX0027 | Cost data for 13263 Little Gem Circle, Ft. Myers, FL | | | |
| DX0028 | Cost data for 13270 Little Gem Circle, Ft. Myers, FL | | | |
| DX0029 | Cost data for 13252 Little Gem Circle, Ft. Myers, FL | | | |
| DX0030 | Cost data for 13269 Little Gem Circle, Ft. Myers, FL | | | |
| DX0031 | FRE 1006 Summary of cost data for Beazer Repaired Properties | | | |
| DX0032 | Average Cost Per Square Foot | | | |
| DX0033 | Environ Repair Protocol For Addressing Damages from Defective Gypsum | | | |
| DX0034 | Beazer Work Authorization Agreement and Limited Release | | | |
| DX0035 | Additional Beazer Homes repair cost documents | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0036 | ASTM B3-01 Standard Specification for Soft or Annealed Copper Wire | | | |
| DX0037 | ASTM B42-02 Standard Specification of Seamless Copper Pipe, Standard Sizes | | | |
| DX0038 | ASTM B88-03 Standard Specification of Seamless Copper Water Tubes | | | |
| DX0039 | "Environmental Conditions for Process Measurement & Control Systems: Airborne Contaminants", ANSI/ISA 71.04-1985, published by ISA, 1986 | | | |
| DX0040 | "Corrosion of Metals and Alloys- Classification of low corrosivity of indoor atmospheres", ISO 11844-2 | | | |
| DX0041 | R. Khanna, U.S. Consumer Product Safety Commission, Fire Protection Engineer, "Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall" (November 2009) | | | |
| DX0042 | U.S. Consumer Product Safety Commission and Department of Housing and Urban Development "Interim Guidance- Identification of Homes with Corrosion from Problem Drywall" (January 28, 2010) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0043 | U.S. Department of Housing and Urban Development 1997 Revision "Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing" | | | |
| DX0044 | D. Krause, et al., Florida Department of Health (FDOH) Report on October 15, 2009 entitled "Results of Indoor Air Testing In Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall" (2009) | | | |
| DX0045 | Florida Department of Health December 18, 2009 "Case Definition for Drywall Associated Corrosion in Residences" | | | |
| DX0046 | D.W. Rice, R.J. Chappell, P.B.P. Phipps and P. Peterson, "Indoor atmospheric corrosion of copper, nickel, cobalt and iron," Atmospheric Corrosion, pages 651-666, edited by W.H. Ailor, published by Wiley-Interscience, (1982) | | | |
| DX0047 | W.E. Campbell and U.B. Thomas, "Tarnish Studies", Bell Telephone Technical Publications, Monograph 13, 1170 (1939) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0048 | J.P. Franey, T.E. Graedel and G.W. Kammlott, "The sulfiding of copper by trace amounts of hydrogen sulfide", Atmospheric Corrosion,  pages 383-392, edited by W.H. Ailor, published by Wiley-Interscience, (1982) | | | |
| DX0059 | U.S. Consumer Product Safety Commission, "Executive Summary of October 29, 2009 Release of Initial Chinese Drywall Summaries." | | | |
| DX0060 | Tab A: "Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and Non-Chinese Drywall," (October 2009) | | | |
| DX0061 | Tab B: "CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results," (October 2009) | | | |
| DX0062 | Tab C: "Report on the 10-Home Air Monitoring Study," (October 2009) | | | |
| DX0067 | Physical sample (new) of ¾ inch Type L pipe | | | |
| DX0068 | Physical sample (new) of Type K copper pipe | | | |
| DX0069 | Physical sample (new) Green 12 gauge wire | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0070 | Physical sample (new) White 14 gauge wire | | | |
| DX0092 | Photo of Outlet 67 - Hot wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) | | | |
| DX0093 | Photo of Outlet 67 - Neutral wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) | | | |
| DX0094 | Photo of Switch E - Rocker Switch - Wire connection side - sheathing pulled back (Sample 3068396) | | | |
| DX0095 | Photo of Switch E - Rocker Switch, Ground wire connection side - sheathing pulled back (Sample 3068396) | | | |
| DX0123 | XPS/ESCA Instructional Diagram | | | |
| DX0136 | ASTM B-837-97, Standard Practice for Conducting Mixed Flowing Gas (MPG) Environmental Tests | | | |
| DX0137 | ASTM D257-99, Standard Test Methods For DC Resistance or Conductance of Insulating Materials | | | |
| DX0138 | ASTM D-1828 Standard Method for Copper Strip Corrosion by Liquefied Petroleum (LP) Gases | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0139 | ASTM E- 995-04, Standard Guide for Background Subtraction Techniques in Auger Electron Spectroscopy and X-ray Photoelectron Spetcroscopy | | | |
| DX0140 | ASTM E-1388-05, Standard Practice for Sampling of Head Space Vapors from Fire Debris Samples | | | |
| DX0141 | ASTM E-1636-04, Standard Practice for Analytically Describing Sputter-Depth-Profile Interface Data by an Extended Logistic Function | | | |
| DX0142 | ASM Handbook, Volume 13A, Corrosion Fundamentals, Testing, and Protection, 2003 | | | |
| DX0143 | Metals Handbook, Second Edition, edited by J.R. Davis, 1998, p. 516 | | | |
| DX0144 | SEMI F60-0306, Test Method for ESCA Evaluation of Surface Composition of Wetted Surfaces of Passivated 316L Stainless Steel Components, 2006 | | | |
| DX0154 | Plaintiff John Campbell's Objections, Answers and Responses to KPT's First Set of Interrogatories and Request for Production | | | |
| DX0155 | Photos of 1032 & 1049 Clairise (CCP 4.23.10) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0156 | Video Clip of Hole Boring in Drywall | | | |
| DX0157 | Photos of 1032 Clairise Ct (CCP 4.27.10) | | | |
| DX0158 | Photos of 1032 Clairise Ct (GEB 4.7.10) | | | |
| DX0159 | Photos of 1032 Clairise Ct (HPL 4.22-23.10) | | | |
| DX0160 | Photos of 1032 Clairise Ct (HPL 4.23.10) | | | |
| DX0161 | Photos of Control 1049 Clairise Ct (HPL 4.22.10) | | | |
| DX0162 | Additional photos of Control 1049 | | | |
| DX0163 | Southern Home, Springhill, Kornman Correspondence | | | |
| DX0164 | Southern Home, Springhill, Kornmann, Petition and Pleadings | | | |
| DX0165 | Closing Documents of Slidell Property | | | |
| DX0166 | Act of Cash Sale | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0167 | First Amendment to Purchase Agreement with Extended Warranty | | | |
| DX0168 | Appraisal Clairise Court | | | |
| DX0169 | Fax Kent HVAC Serial & Pt Numbers 1-08-09 | | | |
| DX0170 | 1032 Clairise Court, Slidell Inspection Report | | | |
| DX0171 | 1033 Clairise Court Drywall Estimate | | | |
| DX0172 | 1033 Signed Summary for Drywall Remediation | | | |
| DX0173 | 1041 Clairise Drywall Estimate | | | |
| DX0174 | 1041 Clairise Signed Summary for Drywall Remediation | | | |
| DX0175 | 1044 Chinese Drywall Estimate | | | |
| DX0176 | LA Citizen's Homeowner's Policy | | | |
| DX0177 | LA Citizens Petition and Pleadings | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0178 | Letter to Tenants | | | |
| DX0179 | Floor Plans | | | |
| DX0180 | 1032 Clairise Court - PPF | | | |
| DX0181 | LA Citizens Correspondence | | | |
| DX0182 | LA Scottsdale CGL Policy | | | |
| DX0183 | 2009 4th Quarter Operating Statement | | | |
| DX0184 | 2009 4th Quarter Rent Roll | | | |
| DX0185 | 2010 Jan to Feb Operating Statement | | | |
| DX0186 | 2010 March to May Operating Statement | | | |
| DX0187 | Slidell Rates & Availability 2010 | | | |
| DX0188 | Slidell Rent Roll 2010-03-31 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0189 | Slidell Rent Roll 2010-05-31 | | | |
| DX0190 | Plaintiffs Paul Clement and Celeste Schexnaydre's Objections, Answers, and Responses to KPT's First Set of Interrogatories and Request for Production | | | |
| DX0191 | Remodeling Contract | | | |
| DX0192 | Photographs of House | | | |
| DX0193 | ADEMCO Vista Series, Security Systems, User Guide | | | |
| DX0194 | Receipts for appliances and security system | | | |
| DX0195 | Owner's Manual 27" and 30" Convection Wall Oven | | | |
| DX0196 | Owner's Manual Integrated High Definition LCD Television | | | |
| DX0197 | Installation Instruction 30" Built in Wall Oven | | | |
| DX0198 | Vinotemp Wine Cellar VT32 Instruction Manual | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|----------------------|--------------|
| DX0199 | Caldera Diamond Series gas Cook Top | | | |
| DX0200 | Powerbolt 1000 Keyless Home Access System | | | |
| DX0201 | Kenmore Dryer Use & Care Guide | | | |
| DX0202 | Kenmore Installation Instructions Full Size Tumble Action Washers | | | |
| DX0203 | Kenmore Dryer Operating Instructions | | | |
| DX0204 | Request for Estimate Stone Interiors for Kitchen and Bathroom Countertops | | | |
| DX0205 | Jim Owens Carpet Sales Receipt for vanity area, master bath and kitchen | | | |
| DX0206 | Jim Owens Carpet Sales Receipt with diagrams | | | |
| DX0207 | Jim Owens Granite Center Installation Receipt | | | |
| DX0208 | 10/12/2009 Investigation Letter from Lafayette Insurance to Paul & Mary Clement and attached Fax and Homeowners Policy No. 80834544 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0209 | Estimate sheets for Travelers Policy No. 6004453517 and United Fire Insurance Group Policy No. 210-80834544 | | | |
| DX0210 | Mortgage on Property 612 Ridgewood Drive Metairie, LA | | | |
| DX0211 | Final Settlement Statement for 612 Ridgewood Dr, Metairie, LA | | | |
| DX0212 | Proposed Renovations Diagram, Jefferson Parish Permit Placard and Construction Invoices from Paul Hyde Inc | | | |
| DX0213 | Statement and Construction Draw from Paul Hyde Inc | | | |
| DX0214 | Construction Draw, Credit Memo and Statement from Paul Hyde Inc | | | |
| DX0215 | Credit Memo from Paul Hyde Inc | | | |
| DX0216 | Estimate by Paul Hyde Inc for renovation work | | | |
| DX0217 | Road Home Documents | | | |
| DX0218 | 01/25/2010 Letter of Findings from PT&C Forensic Consulting Services | | | |

IN RE: CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0219 | Invoices from Paul Hyde Inc | | | |
| DX0220 | Photographs of Wires and Wall Studs | | | |
| DX0222 | Drywall Assessment Report by Driskill Environmental Consultants, 05/18/2009 | | | |
| DX0223 | Preliminary Inspection Report, Contaminated Sheetrock by Driskill Environmental Consultants, 09/16/2009 | | | |
| DX0224 | Inspection Report, Defective Drywall by Driskill Environmental, 10/21/2009 | | | |
| DX0225 | Lafayette Insurance Homeowner's Policy, No. 80834544 | | | |
| DX0226 | Proposal for demolition and cleaning by Nationwide Restoration | | | |
| DX0227 | Certificate of Liability Insurance of Ellsworth Corporation | | | |
| DX0228 | Correspondence from United Fire Group re investigation of homeowner insurance coverage | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0229 | INEX Invoices for Slidell Property | | | |
| DX0230 | 05/24/2010 Email from Campbell to Lambert et al re FW Chinese Drywall | | | |
| DX0231 | Property Management and Rent Payment Rule, Payment of Rent terms, and Residential Lease Agreement | | | |
| DX0232 | Residential Lease Agreement for 1032 Clairise Court, Slidell, LA | | | |
| DX0233 | Search Results for Luis Gonzalez Rental Account | | | |
| DX0234 | Cancelled Checks in Payment of Rent Info for Unit 1032 from Luis Gonzalez to Slidell Property Management and Payment of Rent terms | | | |
| DX0235 | Assessment of Copper Materials from the Clement Residence and the Campbell Rental Property containing Chinese Drywall Products | | | |
| DX0277 | Borkowski, Lot No. 111-13252 Little Gem, Plan# 1890 Windor | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0279 | Table of Costs on Magnolia and Hampton Homes | | | |
| DX0280 | Borkowski - Lot #111 - 13252 Little Gem, Plan #1890 Windor (Also attached costs of Batteau, Ciaffone and Turnkey homes) | | | |
| DX0281 | Batteau - Lot #108 - 13270 Little Gem, Plan #2263 St Croix | | | |
| DX0282 | Ciaffone - Lot #14 - 13269 Little Gem, Plan #2881 Landcaster | | | |
| DX0283 | Turnkey - Lot #13 - 13263 Little Gem, Plan #2556 Sonoma | | | |
| DX0284 | Photos PMC15-1 to PMC-15-3 | | | |
| DX0285 | CPSC Executive Summary of Nov. 23, 2009: Release regarding three preliminary scientific studies | | | |
| DX0286 | CPSC Interim Guidance-Identification of Homes with Corrosion from Problem Drywall (Jan. 28, 2010) | | | |
| DX0287 | Interim Remediation Guidance for Homes with Corrosion from Problem Drywall (Apr. 2, 2010) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0288 | CPSC Identifies Manufacturers of Problem Drywall Made in China. | | | |
| DX0289 | Phillips Video of Drywall Installation | | | |
| DX0290 | Relevant portions of and materials identified in expert report of Arthur Sterbcow | | | |
| DX0291 | Relevant portions of and materials identified in Supplemental expert report of Arthur Sterbcow | | | |
| DX0292 | Relevant portions of and materials identified in reliance materials of Arthur Sterbcow | | | |
| DX0293 | Handwritten notes produced with Sterbcow reliance material | | | |
| DX0294 | MLS for 2508 Creely and 3612 Veronica and comparables produced with Sterbcow reliance materials | | | |
| DX0295 | 2508 Creely and 3612 Veronica Property Disclosure Statements produced with Sterbcow reliance materials | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0296 | Relevant portions of and materials identified in expert report of Dean Rutila - Simpson Gumpertz & Heger, Investigation of Alleged Damage Due to Drywall, Campbell Home, Slidell, LA  (1032 Clairise Rd.) | | | |
| DX0297 | Appendix 1 to Expert Report of Dean Rutila - Campbell Residence - Qualifications | | | |
| DX0298 | Appendix 2 to Expert Report of Dean Rutila - Campbell Residence - Document Log | | | |
| DX0299 | Appendix 3 to Expert Report of Dean Rutila - Campbell Residence - SGH Sample Log | | | |
| DX0300 | Appendix 4 to Expert Report of Dean Rutila - Campbell Residence - SGH Photo Log | | | |
| DX0301 | Appendix 5 to Expert Report of Dean Rutila - Campbell Residence - JC-02 Laboratory Report | | | |
| DX0302 | Appendix 6 to Expert Report of Dean Rutila - Campbell Residence - JC-03 Laboratory Report | | | |
| DX0303 | Appendix 7 to Expert Report of Dean Rutila - Campbell Residence - JC-06 Laboratory Report | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0304 | Appendix 8 to Expert Report of Dean Rutila - Campbell Residence - JC-13 Laboratory Report | | | |
| DX0305 | Appendix 9 to Expert Report of Dean Rutila - Campbell Residence - JC-14 Laboratory Report | | | |
| DX0306 | Appendix 10 to Expert Report of Dean Rutila - Campbell Residence - JC-32 Laboratory Report | | | |
| DX0307 | Appendix 11 to Expert Report of Dean Rutila - Campbell Residence - JC-Control-01 Laboratory Report | | | |
| DX0308 | Relevant portions of and materials identified in reliance materials of Dean Rutila - Campbell Residence | | | |
| DX0309 | Relevant portions of and materials identified in expert report of Dean Rutila - Simpson Gumpertz & Heger, Investigation of Alleged Damage Due to Drywall, Clement Home, Metairie, LA  (612 Ridgewood St.) | | | |
| DX0310 | Appendix 1 to Expert Report of Dean Rutila - Clement Residence - Qualifications | | | |
| DX0311 | Appendix 2 to Expert Report of Dean Rutila - Clement Residence - Document Log | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0312 | Appendix 3 to Expert Report of Dean Rutila - Clement Residence - SGH Sample Log | | | |
| DX0313 | Appendix 4 to Expert Report of Dean Rutila - Clement Residence - SGH Photo Log | | | |
| DX0314 | Appendix 5 to Expert Report of Dean Rutila - Clement Residence - PMC-10 Laboratory Report | | | |
| DX0315 | Appendix 6 to Expert Report of Dean Rutila - Clement Residence - PMC-15 Laboratory Report | | | |
| DX0316 | Appendix 7 to Expert Report of Dean Rutila - Clement Residence - PMC-18 Laboratory Report | | | |
| DX0317 | Appendix 8 to Expert Report of Dean Rutila - Clement Residence - PMC-20 Laboratory Report | | | |
| DX0318 | Appendix 9 to Expert Report of Dean Rutila - Clement Residence - PMC-25 Laboratory Report | | | |
| DX0319 | Appendix 10 to Expert Report of Dean Rutila - Clement Residence - PMC-28 Laboratory Report | | | |
| DX0320 | Appendix 11 to Expert Report of Dean Rutila - Clement Residence - PMC-29 Laboratory Report | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0321 | Appendix 12 to Expert Report of Dean Rutila - Clement Residence - PMC-32 Laboratory Report | | | |
| DX0322 | Appendix 13 to Expert Report of Dean Rutila - Clement Residence - PMC-33 Laboratory Report | | | |
| DX0323 | Relevant portions of and materials identified in reliance materials of Dean Rutila - Clement Residence | | | |
| DX0324 | Relevant portions of and materials identified in expert report of Bradley Krantz - Corrosion Testing Laboratories, Inc. (CLT) - Assessment of Copper Materials from the Clement Residence and the Campbell Rental Property Containing Chinese Drywall Products | | | |
| DX0325 | Appendix A to Expert Report of Bradley Krantz - As-received Samples from Clement Home | | | |
| DX0326 | Appendix B to Expert Report of Bradley Krantz - SEM Micrographs and EDS Spectrum of Samples from Clement Home | | | |
| DX0327 | Appendix C to Expert Report of Bradley Krantz - Metallographic Analysis Showing Tarnish Thickness and Pit Depths on Samples from Clement Home | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0328 | Appendix D to Expert Report of Bradley Krantz - As-received Samples from Campbell Rental Property | | | |
| DX0329 | Appendix E to Expert Report of Bradley Krantz - SEM Micrographs and EDS Spectrum of Samples from Campbell Rental Property | | | |
| DX0330 | Appendix F to Expert Report of Bradley Krantz - Metallographic Analysis Showing Tarnish Thickness and Pit Depths on Samples from Campbell Rental Property | | | |
| DX0331 | Appendix G to Expert Report of Bradley Krantz - Analysis of a Sample from a Control (Non-CDW) Campbell Rental Property | | | |
| DX0332 | Relevant portions of and materials identified in reliance materials of Bradley Krantz | | | |
| DX0334 | Relevant portions of and materials identified in relevant portions of expert report of Donald Galler re: Campbell Residence | | | |
| DX0335 | Exhibit A to Expert Report of Donald Galler - Campbell Report: JC-12 – Smoke Detector – First floor | | | |
| DX0336 | Exhibit B to Expert Report of Donald Galler - Campbell Report:: JC-15 – AHU Circuit board from Attic | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0337 | Exhibit C to Expert Report of Donald Galler - Campbell Report: JC-16 – AFCI breaker from laundry room | | | |
| DX0338 | Exhibit D to Expert Report of Donald Galler - Campbell Report: JC-18 – Light Switch from master bedroom | | | |
| DX0339 | Exhibit E to Expert Report of Donald Galler - Campbell Report: JC-19 – Garage door opener button | | | |
| DX0340 | Exhibit F to Expert Report of Donald Galler - Campbell Report: JC-27 – Light switch from first floor hallway | | | |
| DX0341 | Exhibit G to Expert Report of Donald Galler - Campbell Report: JC-28 – Light switch from kitchen | | | |
| DX0342 | Exhibit H to Expert Report of Donald Galler - Campbell Report: JC-Control-03 – Light switch from west wall of living room | | | |
| DX0343 | Relevant portions of and materials identified in expert report of Donald Galler re: Clement Residence | | | |
| DX0344 | Exhibit A to Expert Report of Donald Galler - Clement Report: PMC-02 – Light switches and wiring – first floor | | | |
| DX0345 | Exhibit B to Expert Report of Donald Galler - Clement Report: PMC-06 – A smoke detector – first floor | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0346 | Exhibit C to Expert Report of Donald Galler - Clement Report: PMC-11 – A heating system thermostat and wiring – first floor | | | |
| DX0347 | Exhibit D to Expert Report of Donald Galler - Clement Report: PMC-19 – First floor AHU circuit board – attic | | | |
| DX0348 | Exhibit E to Expert Report of Donald Galler - Clement Report: PMC-20 – Light switches and wiring – second floor | | | |
| DX0349 | Exhibit F to Expert Report of Donald Galler - Clement Report: PMC-26 – Second floor AHU circuit board – attic | | | |
| DX0350 | Relevant portions of and materials identified in reliance materials of Donald Galler | | | |
| DX0351 | Relevant portions of and materials identified in relevant portions of expert report of Ronald Bailey | | | |
| DX0352 | Exhibit 1 to Ronald Bailey's expert report, photographs of Clement home (CDW286-0018 – CDW286-0037) | | | |
| DX0353 | Exhibit 2 to Ronald Bailey's expert report, photographs, floor plans and handwritten notes of Clement home (CDW286-0038 – CDW286-0049) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0354 | Exhibit 3 to Ronald Bailey's expert report, photographs of Campbell home (CDW286-0050 – CDW286-0053) | | | |
| DX0355 | Exhibt 4 to Ronald Bailey's expert report, Floor plans and hand written notes of Campbell home (CDW286-0054 – CDW286-0060) | | | |
| DX0356 | Exhibit 5 to Ronald Bailey's expert report, Floor plans and photographs of 209 Rue Esplanade (CDW286-0061 – CDW286-0083) | | | |
| DX0357 | Relevant portions of and materials identified in reliance materials of Ronald Bailey | | | |
| DX0358 | Relevant portions of and materials identified in expert report of Lori Streit - Unified Engineering, Inc., Campbell Residence, 1032 Clairise Ct., Slidell, LA | | | |
| DX0359 | Appendix A to Expert Report of Lori Streit - Campbell Residence - Chain of Custody Forms for the Campbell samples | | | |
| DX0360 | Appendix B to Expert Report of Lori Streit - Campbell Residence - ICP data using EPA methods 3050B and 6020A from First Environmental dated May 19, 2010 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0361 | Appendix C to Expert Report of Lori Streit - Campbell Residence - Columbia Analytical Report dated May 20, 2010 including data on elemental sulfur, volatile sulfur gases (as received) and volatile sulfur gases (humidified) | | | |
| DX0361A | Relevant portions of and materials contained in reliance materials of Lori Streit | | | |
| DX0362 | Relevant portions of and materials identified in expert report of Alexis Mallet - Campbell Residence, 1032 Clairise Court, Slidell, LA | | | |
| DX0363 | Appendix I to Expert Report of Alexis Mallet - Campbell Residence - Curriculum Vitae of Alexis Mallet, Jr. | | | |
| DX0364 | Appendix II to Expert Report of Alexis Mallet - Campbell Residence - List of Trial Testimony and/or Depositions of Alexis Mallet, Jr. | | | |
| DX0365 | Appendix III to Expert Report of Alexis Mallet - Campbell Residence - the current Fee Schedule of First General Services of the South, Inc. | | | |
| DX0366 | Appendix IV to Expert Report of Alexis Mallet - Campbell Residence - Reliance Materials | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0367 | Appendix V to Expert Report of Alexis Mallet - Campbell Residence - Photographs by First General Services of the South, Inc. - Inspection and Scope of Work - taken May 6, 2010 | | | |
| DX0368 | Appendix V-1 to Expert Report of Alexis Mallet - Campbell Residence - Photographs by First General Services of the South, Inc. - Materials Harvest - taken April 23, 2010 | | | |
| DX0369 | Appendix VI to Expert Report of Alexis Mallet - Campbell Residence - First General Services of the South, Inc.'s Scope of Work and Estimated Costs of Repairs | | | |
| DX0370 | Appendix VII to Expert Report of Alexis Mallet - Campbell Residence - Floor Plan and Location of Harvested Materials | | | |
| DX0371 | Appendix VIII to Expert Report of Alexis Mallet - Campbell Residence - List of Harvested Materials | | | |
| DX0372 | Appendix IX:  Wolfman Construction Estimate December 02, 2009 (Campbell Residence) | | | |
| DX0373 | Relevant portions of and materials identified in reliance materials of Alexis Mallet, Jr. - Campbell Residence - See Appendix IV of Report | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0374 | Alexis Mallet, Jr. Subpoenaed Materials (June 11, 2010) Re: Campbell/Clement - Invoice Receipts and Estimates; Indexes of J. Campbell and P. Clement Photo Descriptions; LaGrange Consulting Materials; Various E-Mails and Photographs | | | |
| DX0375 | Expert report of Alexis Mallet - Clement Residence, 612 Ridgewood, Metairie, LA | | | |
| DX0376 | Appendix I to Expert Report of Alexis Mallet - Clement Residence- Curriculum Vitae of Alexis Mallet, Jr. | | | |
| DX0377 | Appendix II to Expert Report of Alexis Mallet - Clement Residence- List of Trial Testimony and/or Depositions of Alexis Mallet, Jr. | | | |
| DX0378 | Appendix III to Expert Report of Alexis Mallet - Clement Residence- the current Fee Schedule of First General Services of the South, Inc. | | | |
| DX0379 | Appendix IV to Expert Report of Alexis Mallet - Clement Residence- Reliance Materials | | | |
| DX0380 | Appendix V to Expert Report of Alexis Mallet - Clement Residence- Photographs by First General Services of the South, Inc. - Inspection and Scope of Work - taken May 6, 2010 | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0381 | Appendix V-I to Expert Report of Alexis Mallet - Clement Residence- Photographs by First General Services of the South, Inc. - Materials Harvest - taken April 23, 2010 | | | |
| DX0382 | Appendix VI to Expert Report of Alexis Mallet - Clement Residence- First General Services of the South, Inc.'s Scope of Work and Estimated Costs of Repairs | | | |
| DX0383 | Appendix VII to Expert Report of Alexis Mallet - Clement Residence- Floor Plan and Location of Harvested Materials | | | |
| DX0384 | Appendix VIII to Expert Report of Alexis Mallet - Clement Residence- List of Harvested Materials | | | |
| DX0385 | Reliance Materials of Alexis Mallet, Jr. - Clement Residence - See Appendix IV of Report | | | |
| DX0386 | Relevant portions of and materials identified in expert report of Robert J. Walsh | | | |
| DX0387 | Relevant portions of and materials identified in reliance materials of Robert J. Walsh | | | |
| DX0388 | Rent Rolls for July 2009 – May 2010 (Campbell) | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0389 | Rent Roll for 1032 Clairise Court (Campbell) | | | |
| DX0390 | Slidell Plat Contaminated (Campbell) | | | |
| DX0391-DX0391AD, *en globo* | Springhill documents produced at 30 (b) (6) deposition | | | |
| DX0392 | Informational Statement for Louisiana Residential Property Disclosure (Rev. 3/1/08) | | | |
| DX0393 | Informational Statement for Louisiana Residential Property Disclosure (Rev. 1/1/10) | | | |
| DX0394 | Driskill Environmental Consultants, LLC, May 11, 2009 Drywall Assessment Report for 1049 Clairise Court, Slidell, LA | | | |
| DX0396 | Pictures, cost and renovation data for 5 Hunter Place, Metairie, LA | | | |
| DX0397 | Pictures, cost and renovation data for Port St. Lucie homes | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|---|---|---|---|---|
| DX0398 | All exhibits to the Alexis Mallet, Jr. deposition | | | |
| DX0399 | Supplemental Report of Matthew J. Perricone, Ph.D. | | | |
| | All exhibits to all depositions taken in these cases | | | |
| | Additional reliance material or exhibits that may be identified during depositions of experts that have not yet occurred as of the date of this exhibit list | | | |
| | All of Plaintiffs' Expert Reports and any documents relied upon by such experts | | | |
| | All trial exhibits identified by Plaintiffs including any listed in Plaintiffs' expert reports | | | |
| | All documents used for impeachment purposes | | | |
| | All discovery responses by Plaintiffs and any other party to the Multi-District Litigation | | | |

IN RE:  CHINESE-MANUFACTURED:DRYWALL PRODUCTS LIABILITY LITIGATION

*Campbell-Clement/Schexnaydre (Payton  v. Knauf Plasterboard (Tianjin) Co., Ltd.,* Case No. 09-cv-7628 (E.D. La.)

Defendant Knauf Plasterboard (Tianjin) Co Ltd's Exhibit List

| DX# | Description | Objection | Response to Objection | Court Ruling |
|-----|-------------|-----------|-----------------------|--------------|
|     | KPT reserves the right to add or amend exhibits to this list based upon new documents, information or data not previously produced by any other party in discovery or as a result of any pre-trial order issued by this Court |  |  |  |

278368