IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests, filed herein by FLORIDA STYLE SERVICES, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant FLORIDA STYLE SERVICES, INC. shall be granted until July 2, 2010 within which to respond to Plaintiffs' Rule 34 Requests served in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of June, 2010.

                                                 _____
                                                 Honorable Eldon E. Fallon
                                                 United States District Judge

1078857