# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x | MAG. JUDGE WILKINSON |

## EX PARTE CONSENT MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' RULE 34 REQUESTS AND CERTIFICATE OF GOOD FAITH CONFERENCE

Defendant CORNER STONE CONSTRUCTION OF S.W. FLORIDA, INC. fully reserving any and all defenses, by undersigned counsel, respectfully moves this Honorable Court for a fifteen (15) day extension of time to respond to Plaintiffs' Request for Production served in the above-captioned matter. On or about April 1, 2010 Defendant CORNER STONE CONSTRUCTION OF S.W. FLORIDA, INC. was served with a Subpoena to Testify at a Deposition in A Civil Action.

1. On April 27, 2010, this Honorable Court entered Pre-trial Order Number 24, [D.E. 2779], which provides, in part, that subpoenas served upon an entity that is a party to a pending MDL case would be treated as document requests served pursuant to Rule 34 of the Federal Rules of Civil Procedure. This Pre-Trial Order further provides that the responses to such subpoenas (now Rule 34 requests) are due within twenty (20) days of the date of the Order or thirty (30) days after service of the subpoenas (now Rule 34 Requests), whichever is later in time.

2. Defendant CORNER STONE CONSTRUCTION OF S.W. FLORIDA, INC.'S response to Plaintiffs' subpoena was due originally due on or before May 17, 2010, and an initial extension was granted until June 17, 2010.

3. The undersigned has been working diligently to obtain all information necessary to respond to Plaintiffs' requests. Additional time is needed, however, to ascertain the information requested and to receive documentation requested from third party sources.

4. Defendant, therefore, requests an enlargement of time, through July 2, 2010, to serve its response to Plaintiffs' Rule 34 Request.

5. This extension will not prejudice any of the parties, nor will it delay the proceedings.

6. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant CORNER STONE CONSTRUCTION OF S.W. FLORIDA, INC. respectfully requests a fifteen (15) day extension from June 17, 2010, or until July 2, 2010, in which to respond to Plaintiffs' Rule 34 Request.

**CERTIFICATE OF GOOD FAITH CONFERENCE**

Undersigned counsel certifies that he conferred with Plaintiffs' Liason Counsel to secure consent and is authorized to represent that counsel consents to the relief requested herein.

Respectfully Submitted,

/s/ *Robert V. Fitzsimmons*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of June 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida  33101
Telephone:  (305) 358-5577
Telecopier:  (305) 371-7580

*Attorneys for Defendant Corner Stone Construction of S.W. Florida, Inc.*

1079031