IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL Docket No. 2047  SECTION L  JUDGE FALLON  MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Campbell-Clement/Schexnaydre v. Knauf Plasterboard (Tianjin) Co., Ltd, et al*   Case No. 09-7628

## ORDER

After considering the *Motion for Leave to File Supplemental Exhibit* filed by Defendant, Knauf Plasterboard Tianjin Company, Limited ("KPT"):

**IT IS HEREBY ORDERED** that Defendant, Knauf Plasterboard Tianjin Company, Limited's Motion for Leave to File Supplemental Exhibit In Further Support of its Opposition to the Plaintiffs' Motion In Limine is **GRANTED** and KPT's Supplemental Exhibit (Exhibit G to Doc. 3746) is hereby filed.

New Orleans, Louisiana, this 16th day of June, 2010.

_____
**JUDGE**