UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

Considering the foregoing:

IT IS HEREBY ORDERED that Plaintiffs' Steering Committee's Motion for Leave to Substitute Photographs in Place of Physical Exhibit from the Germano Default hearing labeled P1.1891 (a four gang switch box) is GRANTED. The substituted photographs are attached as Exhibit A.

New Orleans, Louisiana, this 16th day of June, 2010.

_____
Eldon E. Fallon
United Sates District Court Judge

Received:
June 17, 2010 — Michael Ecuyer
for the PSC



CDW-0119-0001



Exhibit P1.1891



CDW-0119-0002

Exhibit P1.1891



CDW-0119-0003

Exhibit P1.1891