IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | § MDL No. 2047 <br> § <br> § SECTION: L <br> § <br> § JUDGE FALLON |
| THIS DOCUMENT RELATES TO ALL CASES | § MAG. JUDGE WILKINSON <br> § <br> § |

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT LAKERIDGE BUILDERS, INC.

Steven D. Smit of the law firm Graves, Dougherty, Hearon & Moody, hereby enters his appearance as counsel in this case on behalf of Defendant LakeRidge Builders, Inc. in this case and respectfully requests that copies of all pleadings served in this case be served upon the undersigned in connection with this action.

Defendant LakeRidge Builders, Inc. was served with a copy of Plaintiff Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) on May 28, 2010 and this Notice of Appearance is made within twenty (20) days of service of process as ordered by Pretrial Order No. 1G.

Respectfully submitted,

/s/ Steven D. Smit

Steven D. Smit
State Bar No. 18527500
GRAVES, DOUGHERTY, HEARON & MOODY, P.C.
401 Congress Avenue, Suite 2200
Austin, Texas 78701
Smit's DID: (512) 480-5653
Smit's Fax: (512) 480-5853
ssmit@gdhm.com

ATTORNEYS FOR DEFENDANT
LAKERIDGE BUILDERS, INC.

## CERTIFICATE OF SERVICE

   I hereby certify that on the June 17, 2010, I electronically filed the within and foregoing documents in the above-styled case with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record listed below:

For the Plaintiff

Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: 504-581-4892
Fax:  504-461-6024
Email: drywall@hhkc.com

For the Defendants generally:

Kerry J. Miller
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
Phone: 504-599-8194
Fax:  504-599-8145
Email: kmiller@frilot.com

For the Homebuilder and Installer Defendants:

Phillip A. Wittmann
Stone Pigman Walther Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:  504-581-3361
Email: pwittmann@stonepigman.com

1284256.1 6/16/2010

3

For the Insurer Defendants:

Judy Y. Barrasso
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
Phone: 504-589-9700
Fax:     504-589-9701
Email: jbarrasso@barrassousdin.com

/s/ Steven D. Smit
_____
Steven D. Smit