UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al.

        Plaintiffs,                           CASE NO. 09-6690

v.

KNAUF GIPS KG, et al.

## MOTION FOR ADMISSION PRO HAC VICE FOR F. DOUGLAS MONTAGUE, III OF MONTAGUE, PITTMAN & VARNADO, P.A.

Benjamin W. Kadden (the "Movant") a member in good standing of the Bar of the State of Louisiana, an attorney admitted to practice before the United States District Court for the Eastern District of Louisiana, does hereby move this Honorable Court for the entry of an order permitting F. Douglas Montague, III of the law firm of Montague, Pittman & Varnado, P.A. to practice *pro hac vice* before the United States District Court for the Eastern District of Louisiana, on behalf of Mr. Glen Rayburn of Eagle Builders, Inc. and, in support thereof, asserts the following:

1.

F. Douglas Montague, III is a managing partner of the law firm of Montague, Pittman & Varnado, P.A. located at 525 Main Street, Hattiesburg, MS 39403.

2.

Mr. Montague is a member in good standing of the Bar of the State of Mississippi as evidenced by certified copy of a Letter of Good Standing of The Mississippi Bar attached hereto as Exhibit "A".

3.

Respectfully submitted with this Motion and attached hereto as Exhibit "B", is the Affidavit of Mr. Montague stating that he is a member in good standing of the bar of the State of Mississippi and that there are no disciplinary proceedings or criminal charges instituted against him.

4.

Pursuant to Local Rule 83.2.6M, Mr. Montague certifies that he has read and is familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana.

5.

Movant requests that this Court grant the relief sought in this Motion so that Mr. Montague of the firm of Montague, Pittman & Varnado, P.A. may file pleadings and appear and be heard at hearings on behalf of Mr. Glen Rayburn of Eagle Buildings, Inc. in the above captioned proceeding.

**WHEREFORE,** Benjamin W. Kadden, as a member of the Bar in good standing, prays that this Court enter an Order permitting F. Douglas Montague, III of the law firm of Montague, Pittman & Varnado, P.A. to appear as counsel *pro hac vice* on behalf of Mr. Glen Rayburn of Eagle Buidlings, Inc.

New Orleans, Louisiana, this 17th day of June, 2010.

Respectfully Submitted,

LUGENBUHL, WHEATON, PECK,
RANKIN & HUBBARD

_____
Stewart F. Peck (#10403)
Benjamin W. Kadden (#29927)
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
Email: speck@lawla.com; bkadden@lawla.com