

THE MISSISSIPPI BAR

Post Office Box 2168
Jackson, Mississippi 39225-2168
Telephone (601) 948-4471
Fax (601) 355-8635
E-Mail info@msbar.org
Website www.msbar.org

# *Letter of Good Standing*

TO WHOM IT MAY CONCERN:

As of the date below, the attorney named is a member in good standing of The Mississippi Bar on **Active** status.

**F. Douglas Montague, III**, Mississippi Bar Identification Number **(3408)** was admitted to practice law **December 1, 1975**.

_____
Kathy Bass
Membership Records Administrator

06/10/2010
Date

*Official Seal of Mississippi Bar*