UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**

        Plaintiffs,                CASE NO. 09-6690   v.

**KNAUF GIPS KG, et al.**

AFFIDAVIT

**STATE OF MISSISSIPPI**

**COUNTY OF FORREST**

    **BEFORE ME,** the undersigned authority, personally appeared F. Douglas Montague, III, who after being duly sworn by me, notary, deposes and says:

    1.    I am a member of good standing of the Bar of the State of Mississippi. I am also admitted to practice before the United States District Court for the Southern District of Mississippi.

    2.    That to the best of my knowledge and belief at this time there are no criminal charges, pending disciplinary matters, complaints, or ongoing investigations concerning me by any court or bar. I believe that I am of good moral character and otherwise qualified to practice before this Court *pro hac vice*.

    3.    Purusant to Local Rule 83.2.6M, I certify that I have read and I am familiar with the Local Rules of the United States District Court for the Eastern District of Louisiana.

    I declare, pursuant to 28 U.S.C. § 1746, under penalty of perjury that the foregoing is true and correct.

    Executed on this 16th day of June, 2010.

*[signature]*

F. DOUGLAS MONTAGUE, III
Montague, Pittman & Varnado, PA
525 Main Street, Fl. 3
Hattiesburg, MS  39403
(601) 544-1234

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 16TH DAY OF JUNE, 2010.

*[signature]*
NOTARY PUBLIC

MISSISSIPPI ST... ...RY PUBLIC
MY CO...... ...OCT. 26, 2010
BONDED THRU STEGALL NOTARY SERVICE