UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**

        Plaintiffs,                        **CASE NO. 09-6690**

    v.

**KNAUF GIPS KG, et al.**

ORDER GRANTING ADMISSION *PRO HAC VICE*
OF F. DOUGLAS MONTAGUE, III

This Court finds that the Motion for Admission *Pro Hac Vice* for F. Douglas Montague, III of the law firm of Montague, Pittman & Varnado, P.A., filed by Benjamin W. Kadden, a member in good standing of the Bar of this Court, is meritorious and should be granted. Therefore,

**IT IS ORDERED THAT** F. Douglas Montague, III and the law firm of Montague, Pittman & Varnado, P.A. be and hereby are permitted to participate as counsel, *pro hac vice,* on behalf of Mr. Glen Rayburn of Eagle Builders, Inc. in the captioned proceedings.

New Orleans, Louisiana this _____ day of _____, 2010.

 

_____
**JUDGE, UNITED STATES DISTRICT COURT**