# BRUCE'S PLUMBING, INC.

6724 ARTHUR STREET • METAIRIE, LA 70003

## (504) 733-0505

L.A. LMP 756

N⁰  3510

DATE: 5/27/10

| NAME | JOB NAME 612 RSDLE wood |
| STREET | JOB LOCATION MET LA. |
| CITY, STATE AND ZIP CODE | CITY, STATE AND ZIP CODE  Fax 599-8279 |

ALL WATER + DRAIN PIPING IS IN PERFECT WORKING ORDER
AND DOES NOT NEED TO BE CHANGED.
REPLACE GAS LINES ABOVE FLOOR LINE TO EACH FIXTURE
AND FROM FLOOR TO ATTIC.

FOUND 2 A/C UNITS IN ATTIC, BOTH COILS AND
ELECTRIC PANEL WERE CHANGED. ALL COPPER IN VERY GOOD
CONDITION. OUTSIDE CONDENSOR EXISTING IN GOOD WORKING
ORDER USING REFRIGERANT 22 FREON.

GAS PIPING                    $3200 ⁰⁰
PLENUM + DUCT REPLACEMENT      $2450 ⁰⁰

All material is guaranteed to be as specified, and the above work to be performed in accordance with the drawings and specifications submitted for above work and completed in a substantial workmanlike manner for the sum of:

_____ dollars ($ _____ ).

Payment to be made as follows:

Any alteration or deviation from specifications involving extra cost, will be executed only open written orders, and will become an extra charge over and above the estimate.

Authorized
Signature _____

Accepted by: _____

EXHIBIT
12

CDW-305-0155