## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| **DAVID GROSS,** et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, DG., et al | * | |
| **Case No. 2:09-CV-6690** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

Elias J. Saad (AL Bar No. ASB-8614-D51E), of The Atchison Firm, P.C., hereby files his Notice of Appearance as additional counsel of record for Defendant, Infinity Homes, Inc., and requests that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

THE ATCHISON FIRM, P.C.

/s/ *Elias J. Saad*
Elias J. Saad (AL Bar No. ASB-8614-D51E)
ej.saad@atchisonlaw.com
3030 Knollwood Drive
Mobile, AL  36693
Tel:  251.665.7200
Fax:  251.665.7250

*Attorney for Defendant Infinity Homes, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL No. 2047, on this 17th day of June 2010

*/s/ Elias J. Saad*