Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0252

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Inman Construction Services, Inc., Attn: Kenneth L. Inman
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: Jefferson )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 13 day of May, 20 10, at 2 o'clock P M

**Place of Service:** at 618 Central Avenue, in New Orleans, LA 70121

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Inman Construction Services, Inc., Attn: Kenneth L. Inman

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kenny Inman

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair ___
Approx. Age 45; Approx. Height 5'10; Approx. Weight 190

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of May, 20 10

Signature of Server

Notary Public    (Commission Expires)
BRANDI F. ERMON
#26631

APS International, Ltd.