UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MDL NO. 2047

IN RE: CHINESE MANUFACTURING DRYWALL
    PRODUCTS LIABILITY LITIGATION     SECTION: L

THIS DOCUMENT RELATES TO:     JUDGE FALLON
    MAG. JUDGE WILKINSON

Case No. 10-362
Joyce W. Rogers, et al. v. Knauf Gips KG, et al.

## NOTICE OF APPEARANCE

COMES NOW, Matthew D. Miller, Esq. and the firm of Copeland, Cook, Taylor & Bush, P.A. and hereby files its Notice of Appearance as counsel on behalf of the separate Defendant, Berrywood Estates, A Senior Community, LLC. This appearance is made reserving all rights and defenses of Berrywood Estates, A Senior Community, LLC and without waiving any objections to service of process, venue or jurisdiction. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.

    BERRYWOOD ESTATES, A
    SENIOR COMMUNITY, LLC

    BY: */s/ Matthew D. Miller*    .

MATTHEW D. MILLER (MSB #99210) (LAB #27007)
Copeland, Cook, Taylor & Bush, PA
P. O. Box 17619
110 Sheffield Loop (39402)
Hattiesburg, MS  39404-7619
(601) 264-6670
(601) 264-5660 (fax)
mmiller@cctb.com

## **CERTIFICATE OF SERVICE**

  I, MATTHEW D. MILLER, hereby certify that I electronically filed the foregoing Notice of Appearance with Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of June, 2010.

                  */s/ Matthew D. Miller*  .
                  MATTHEW D. MILLER