IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

In re: CHINESE-MANUFACTURED     *     MDL Docket No. 2047
       DRYWALL PRODUCTS     *
       LIABILITY LITIGATION     *     SECTION L
                              *
                              *     JUDGE FALLON
                              *
                              *     MAG. JUDGE WILKINSON
                              *
                              *
                              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO:** *Campbell v. Knauf Plasterboard (Tianjin) Co., Ltd, et al* Case No. 09-7628

### DEFENDANT, KNAUF PLASTERBOARD (TIANJIN) CO., LTD'S SUPPLEMENTAL AND AMENDED DEPOSITION DESIGNATIONS

**NOW COMES** Defendant, Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"), who respectfully submits the following supplemental and amended deposition designations which may be used at trial:

**Supplemental deposition designations**

**Videotaped Deposition of Brent Driskill**: 87:8-17, 87:23-25, 88:1-21, 90:3-24.

**Amended deposition designations**

**Videotaped Deposition of Christopher L. Kornman**: 10:9-22, 11:20-25, 12:1-25, 13:1-5, 13:14-25, 14:1-25, 15:1-25, 16:1-25, 17:1-25, 18:1-25, 19:1-25, 20:1-25, 21:1-6, 21:23-25, 22:1-25, 23:1-23, 24:3-25, 25:1-2, 25:12-25, 26:1-25, 27:1-25, 28:1-25, 29:1-25, 30:1-25, 31:1-25, 32:1-25, 33:1-25, 34:1-25, 35:1-25, 36:1-25, 37:1-25, 38:1-25, 39:1-25, 40:1-24, 41:4-25, 42:1-16, 42:21-25, 43:1-25, 44:1-19, 44:24-25, 45:1-25, 46:1-19, 46:24-25, 47:1-17, 47:22-25, 48:1-25, 49:1-25, 51:8-25, 52:1-15, 52:20-25, 53:1-25, 54:1-22, 55:2-25, 56:1-25, 57:1, 57:22-25, 58:1-22, 59:2-25, 60:1-23.

**Videotaped Deposition of Brent Driskill**: 7:3-7, 7:23-25, 8:1-25, 9:1-25, 10:1-25, 11:1-25, 12:1-3, 12:10-25, 13:1-25, 14:1-3, 15:4-19, 16:1-25, 17:1-20, 20:21-25, 21:1-25, 22:1-2, 24:1-25,

25:1-2, 26:17-25, 27:1-25, 28:1-25, 29:1-9, 39:1-14, 40:21-25, 41:1-25, 42:1-25, 43:1-19, 44:2-25,

45:1-25, 46:1-25, 47:1-25, 49:5-25, 50:1-25, 51:1-25, 52:1-25, 53:1-25, 54:1-25, 55:14-25, 56:1-25,

57:1-25, 58:1-25, 59:1-14, 59:24-24, 60:1-25, 61:16-25, 62:1-25, 63:1-25, 64:1-8, 66:4-25, 67:1-25,

68:1-25, 69:1-25, 70:1-6, 71:17-25, 72:1-25, 73:1-20.

<div style="margin-left: 40%;">

Respectfully submitted,

BY:  /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
**FRILOT L. L. C.**
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
Email: kmiller@frilot.com

-AND-

DONALD J. HAYDEN (FL Bar No. 0097136)
**BAKER & MCKENZIE LLP**
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakernet.com

DOUGLAS   B.   SANDERS   (IL   Bar   No.
6256621)
RICHARD   M.   FRANKLIN   (IL   Bar   No.
0864390)
**BAKER & MCKENZIE LLP**
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakernet.com

*Counsel for Defendant, Knauf Plasterboard
(Tianjin) Co., Ltd*

</div>

**<u>CERTIFICATE</u>**

I hereby certify that the above and foregoing pleading has been served upon Russ Herman, Plaintiffs' Liaison Counsel, by email, to all counsel for *Campbell* and *Clement*, and to all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 2047, on this 17th day of June, 2010.

<u>/s/ Kyle A. Spaulding</u>