UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047<br>*<br>* SECTION L<br>*<br>* JUDGE ELDON E. FALLON<br>*<br>* MAGISTRATE JUDGE<br>* JOSEPH C. WILKINSON, JR.<br>* |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et al. v. Taishan Gypsum Co., Ltd., et al., Case No. 09-6687*

### ORDER ON MOTION FOR EXTENSION OF TIME TO RESPOND TO INTERVENING PLAINTIFFS' COUNSEL PETITION FOR FEES AND COSTS

Given the foregoing:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for Defendant Taishan Gypsum Co., Ltd. to respond to the Petition by Intervening Plaintiffs' Counsel for Fees and Costs is extended through and including July 5, 2010.

NEW ORLEANS, LOUISIANA this 17th day of ___June___, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE