MINUTE ENTRY
FALLON, J.
JUNE 17, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED         MDL NO. 2047
      DRYWALL PRODUCTS
      LIABILITY LITIGATION         SECTION: L

                                                                JUDGE FALLON
                                                                MAGISTRATE WILKINSON

**THIS DOCUMENT RELATES TO**
**09-7628 John Campbell v. Knauf Plasterboard (Tianjin) Co., Ltd.**
        **Paul & Celeste Clement v. Knauf Plasterboard (Tianjin) Co., Ltd.**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: Toni Tusa

Appearances: Chris Seeger, Esq. for plaintiffs
                Peter Sperling, Esq. for defendant

1. Motion of defendant, Knauf Plasterboard (Tianjin) Co., Ltd., to Strike and/or Limit the Expert Opinion Testimony of Plaintiffs' Expert Dean Rutila (3699)

Argument - DENIED for the oral reasons given.


2. In Limine Motion of plaintiffs, Campbell/Clement, to Limit the Testimony of Defense Lay Witness Bruce Fuselier to Items permitted by FRE 701     (3810)

Argument - DENIED.


3. In Limine Motion of plaintiffs, Campbell/Clement, Precluding the Defense from Introducing any Evidence About or Discussing the Property located at 1049 Clarise Court as a "Control House"   (3809)

Argument - DENIED.


JS10: :28