UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL DOCKET NO. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Hernandez v. Knauf,* Case No. 2:09-cv-06050 (E.D.La.)
_____

### SCHEDULING ORDER
_____

On May 11, 2010, the Court entered a Judgment in the above captioned matter. Rec. Doc. No. 3012, which provided that the issue of the amount of reasonable attorneys' fees and costs of these proceedings recoverable by the Plaintiffs is hereby reserved, and shall be determined following appropriate motion practice and a hearing to be conducted on this issue. In an Order dated June 1, 2010, the Court found it appropriate to focus on resolution of the reasonable attorneys' fees and costs (Rec. Doc. No. 3453) and therefore the following Scheduling Order for submission of Briefs and a hearing date on these issues is established:

1. No later than June 18, 2010, Plaintiffs shall file its Motion for fees and costs and attach all supporting backup documentation supporting any such requests for costs;

2. No later than July 2, 2010, Defendants shall file its Memorandum in Opposition to the Motion;

3. No later than July 9, 2010, Plaintiffs shall file any Reply Memorandum to Defendants' Opposition Memorandum;

4. The Memorandum of either party may exceed the limitation set forth in local rule 7.8.1;

5.  A hearing on this matter shall take place on <u>July 28</u>, 2010, at <u>9:00 a.m.</u>, and shall proceed thereafter as the Court may direct**.**

New Orleans, Louisiana, this 17th day of June, 2010.

_____
Eldon E. Fallon
U.S. District Judge