# EXHIBIT "A"

## CDW/Hernandez Expenses

| No. | Date | Description | Use in the Proceedings | Amount |
|---|---|---|---|---|
| | | **Court Costs:** | | |
| 1 | 08/31/09 | Filing Fee Clerk of Court - EDLA | | 350.00 |
| 2 | 03/19/10 | Daily Transcripts of *Hernandez* Trial - Morning Sessions | | 2,954.45 |
| 3 | 03/19/10 | Daily Transcripts of *Hernandez* Trial - Afternoon Sessions | | 3,048.00 |
| 4 | 10/21/09 | Crawford and Company - TIP inspection of Hernandez home | | 750.00 |
| | | **Witnesses:** | | |
| 5 | 03/18/10 | Matthew Perricone, Ph.D. - Video Deposition | Discovery | 1,031.50 |
| | 03/18/10 | Matthew Perricone, Ph.D. - Deposition Transcript | Discovery | 949.00 |
| 6 | 03/03/10 | David J. Maloney, Jr. - Deposition Transcript (trial) | By Deposition at Trial | 956.05 |
| | 03/03/10 | David J. Maloney, Jr. - Video Deposition (trial) | By Deposition at Trial | 197.00 |
| 7 | 02/16/10 | Lori A. Streit, Ph.D. - Video Deposition (trial) * also used in *Germano* | By Deposition at Trial | 360.00 |
| | 02/16/10 | Lori A. Streit, Ph.D. - Deposition Transcript (trial) * also used in *Germano* | By Deposition at Trial | 1,873.30 |
| 8 | 03/12/10 | Craig Beyler, Ph.D - Video Deposition (discovery) | Discovery | 1,225.00 |
| | 03/12/10 | Craig Beyler, Ph.D - Deposition Transcript (discovery) | Discovery | 1,136.95 |
| | 03/12/10 | Craig Beyler, Ph.D - Video Deposition (trial) | By Deposition at Trial | 470.00 |
| | 03/12/10 | Craig Beyler, Ph.D - Deposition Transcript (trial) | By Deposition at Trial | 1,298.70 |
| 9 | 03/11/10 | Richard Lee (R. J. Lee Group) - Video Deposition | Discovery | 565.00 |
| | 03/11/10 | Richard Lee (R. J. Lee Group) - Deposition Transcript | Discovery | 1,544.00 |
| 10 | 03/10/10 | Raymond Canzoneri - Video Deposition | Discovery | 1,155.00 |
| | 03/10/10 | Raymond Canzoneri - Deposition Transcript | Discovery | 1,177.55 |
| 11 | 03/09/10 | Mark Hartenstein - Video Deposition | Discovery | 965.00 |
| | 03/09/10 | Mark Hartenstein - Deposition Transcript | Discovery | 867.95 |
| 12 | 03/09/10 | Bruce Fuselier - Video Deposition | Discovery | 250.00 |
| | 03/09/10 | Bruce Fuselier - Deposition Transcript | Discovery | 602.35 |
| 13 | 03/11/10 | Roy Carubba, P.E. - Video Deposition | Discovery | 395.00 |
| | 03/11/10 | Roy Carubba, P.E. - Deposition Transcript | Discovery | 1,477.05 |

| No. | Date | Description | Actual Expense | Lesser of Actual vs. Fed Per Diem | Amount |
|---|---|---|---|---|---|
| | | **Trial Expenses:** | | | |
| 14 | 03/31/10 | Exhibit Costs/Copy Expense/Branding/Trial Support (bench books) - Venue Docket | | | 16,096.85 |
| 15 | 03/31/10 | Exhibit Costs/Copy Expense/Branding/Trial Support (bench books) - Venue Docket | | | 23,391.22 |
| | | **Witness Expenses:** | | | |
| 16 | | Dean Rutila, P.E. (Boston, MA to N.O.) | | | |
| | | Airfare | 370.00 | 370.00 | |
| | | Hotel and Meal Expense | 734.42 | | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 | |
| 17 | | Ray Phillips (Fort Myers, FL to N.O.) | | | |
| | | Airfare | 559.80 | 559.80 | |
| | | Hotel and Meal Expense | 233.00 | 233.65 | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | | |
| 18 | | Bradley Krantz (Delaware to N.O.) | | | |
| | | Airfare, Hotel and Meal Expense | 1,080.00 | | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 | |
| 19 | | David Maloney (Frederick, Maryland to N.O.) | | | |
| | | Airfare (for deposition attendance) | 386.30 | 386.30 | |
| | | Hotel and Meal Expense | 225.87 | 225.87 | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | | |
| 20 | | Donald Galler, P.E. (Boston, MA to N.O.) | | | |
| | | Airfare (Boston to N.O.) | 375.40 | 375.40 | |
| | | Airfare (N.O. to Boston) | 423.40 | 423.40 | |
| | | Hotel and Meal Expense | 472.00 | 472.00 | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | | |

| No. | Date | Description | | Amount |
|---|---|---|---|---|
| 21 | | Ronald Bailey, P.E. (Jupiter, FL to N.O.) | | |
| | | Airfare | 610.80 | 610.80 |
| | | Hotel and Meal Expense | 718.15 | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
| 22 | | Alexis Mallet, Jr. (Lafayette, LA to N.O.) | | |
| | | 280 x .50 per mile (2 round-trips for deposition and trial) | 280.00 | 280.00 |
| | | Hotel Expense | 131.36 | |
| | | GSA Max Per Diem Rate and Witness Fee ($244.00/day x 2 days) | 488.00 | 488.00 |
| | | | | 70,976.14 |