# Opus Legalis

one: (504) 382-9990 (504) 236-7936

**WORK ORDER**

**109765**

**Today's Date:** 8-21-09

**Must be Completed by:** 9- -09 am

Same day return (extra charge)  Yes / ~~No~~

## Court Filing

Place X in box

| Courts | | Other Court: DLA  Court File no. |
|---|---|---|
| CDC | 15th JDC | Document Name: Petitions X 3 |
| OWCA ORLEANS | 19th JDC | |
| 21st JDC | 22nd JDC | |
| 24th JDC | 29th JDC | |
| 32nd JDC | 34th JDC | |
| LA. APP 4th | LA. APP 5th | |
| LA. SUP. CT | Certified Copies | |

**Firm Name:** ____

**Return work to:** ____

**Your reference / file no.:** 7106 (Orduna, Hernandez...)

### Filing Instructions

- [X] File, return stamped copy
- [ ] Need rule/trial date
- [ ] Need judge signature
- [ ] Certified Copies  No. ___
- [ ] Sheriff service

### HAND DELIVERIES

| TO: | RECEIVED BY: |
|---|---|
| | |
| | |
| | |
| | |
| | |

**Special instructions:** Need service copies back

---

| Subpoenas | FEES DUE  6 Forms | For office use only |
|---|---|---|
| CBD no. ___ | Standard job rate  61.50 X 3 | C.T. ___ : ___  Miles ___ |
| Metro no. ___ | Costs advanced  1050.00 | C.Chk. no. ___ |
| Other no. ___ | Same day return / Rush fee ___ | Ouch no. 1137  1140  1141 |
| Total ___ | **TOTAL DUE  $1111.50** | Chk. amt. 50.00  50.00  50.00 |

↑

3 petitions @
$350 each

① Hernandez
② Orduna
③ Pastenine