AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20090638

| | MAKE CHECKS PAYABLE TO: |
|---|---|
| LEONARD A. DAVIS<br>HERMAN, MATHIS<br>820 O'KEEFE AVENUE<br>SUITE 100<br>NEW ORLEANS, LA 70113<br>Phone: (504) 581-4892 | KAREN ANDERSON IBOS, RPR, CRR<br>OFFICIAL COURT REPORTER<br>500 POYDRAS STREET<br>ROOM HB-406<br>NEW ORLEANS, LA 70130<br>Phone: (504) 589-7776<br><br>karen_ibos@laed.uscourts.gov |

☐ CRIMINAL   ☒ CIVIL   DATE ORDERED: 03-15-2010   DATE DELIVERED: 03-15-2010

**Case Style:** 09-CV-6050, TATUM HERNANDEZ, ET AL v KNAUF
MORNING SESSION, VOLUMES I-V, 3/15/10 - 3/19/10 (483 PAGES); COST OF ORIGINAL AND FIRST COPY OF TRANSCRIPT AND ORIGINAL AND FIRST COPY OF REALTIME FEED SPLIT BETWEENT THE PARTIES; TRANSCRIPT EMAILED IN PDF AND PTX FORMATS.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 241 | 7.25 | 1,747.25 | 241 | 1.20 | 289.20 | | 0.90 | | 2,036.45 |
| Realtime | 216 | 3.05 | 658.80 | 216 | 1.20 | 259.20 | | | | 918.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 2,954.45 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:        Amt: | TOTAL DUE: | $2,954.45 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE                                              DATE  03-25-2010

*(All previous editions of this form are cancelled and should be destroyed)*