AO44
(Rev 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

INVOICE NO: 20100032

**MAKE CHECKS PAYABLE TO:**

Leonard A. Davis, Esq.
Herman Herman Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113

Phone: (504) 581-4892

ldavis@hhkc.com

Toni Doyle Tusa, CCR, FCRR
Official Court Reporter
500 Poydras Street, HB-406
New Orleans, LA 70130

Phone: (504) 589-7778
FAX: (504) 589-7726

tdtusa1@aol.com

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL | ☒ CIVIL | 03-15-2010 | 03-15-2010 |

Case Style: 09-CV-6050-L, Tatum Hernandez, et al v Knauf, et al
Volumes I - V, 3/15/10 - 3/19/10, Afternoon Sessions (480 pages); cost of original & 1st copy of transcript and cost of original and 1st copy of realtime feed split evenly between the parties; transcripts provided in both pdf and ptx

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | 240 | 7.25 | 1,740.00 | 240 | 1.20 | 288.00 | | 0.90 | | 2,028.00 |
| Realtime | 240 | 3.05 | 732.00 | 240 | 1.20 | 288.00 | | | | 1,020.00 |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 3,048.00 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $3,048.00 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: *Toni Doyle Tusa, CCR, FCRR*         DATE: 03-25-2010

(All previous editions of this form are cancelled and should be destroyed)