

## DRYWALL INVOICE

| PLAINTIFF NAME | PLAINTIFF ADDRESS | CITY | ST | ZIP | INSPECTION | INSPECTOR | ATTORNEY | AMOUNT |
|---|---|---|---|---|---|---|---|---|
| Kokkamp, Jeffrey & Cynthia | 4511 Reading Dr | N. Fort Myers | FL | 33903 | 9/11/2009 | Scott W. Weinstein | Jerrold S. Parker | $750.00 |
| Gill, Winifred S. | 19730 Meadowbrook Circle | Fort Myers | FL | 33967 | 9/10/2009 | Jerrold S. Parker | Jeremy Alters | $750.00 |
| Foster, Katherine | 6777 Cobblestone Preserve Ct | Boynton Beach | FL | 33472 | 9/16/2009 | Jeremy Alters | Ben Gordon | $750.00 |
| Flaherty, Careen & Charles | 1706 Graduate Way | Pensacola | FL | 32514 | 9/17/2009 | Ben Gordon | Ben Gordon | $750.00 |
| Daniele, Luis | 6919 Bitar Dr | Pensacola | FL | 32526 | 9/17/2009 | Ben Gordon | Victor M. Diaz, Jr. | $750.00 |
| Harrell, Jason & Melissa | 1928 SE 23rd Court H | Homestead | FL | 33035 | 9/17/2009 | Victor M. Diaz, Jr. | Jeremy Alters | $750.00 |
| Bishner, Charles & Stephanie | 8885 Cobblestone Point Circle | Boynton Beach | FL | 33472 | 9/18/2009 | Jeremy Alters | Dawn M. Barrios | $750.00 |
| Kolonnia, Jason & Heidi | 224 Falls Creek St | Fairhope | AL | 36532 | 9/16/2009 | Dawn M. Barrios | Jim Reeves | $750.00 |
| Pitre, David & Laurie | 11009 Channelside Dr | Gulfport | MS | 39520 | 9/18/2009 | Jim Reeves | Victor M. Diaz, Jr. | $750.00 |
| Morris-Chin, Janet & Green, Dajan | 11353 SW 239 Lane | Homestead | FL | 33032 | 9/16/2009 | Victor M. Diaz, Jr. | Gerald Meunier | $750.00 |
| Jerrell, Chad & Darlene | 400 Boler Meadow Lane | Covington | LA | 70433 | 9/29/2009 | Gerald Meunier | Hugh P. Lambert | $795.00 |
| Sidori Property Management, LLC | 1032 Charles Court | Slidell | LA | 70461 | 9/30/2009 | Hugh P. Lambert | Ervin A. Gonzalez | $750.00 |
| Alvarez, Emilio & Marina | 12335 Moss Ranch Rd | Pinecrest | FL | 33156 | 10/19/2009 | Ervin A. Gonzalez | Daniel Becnel, Jr. | $750.00 |
| Mai, Long | 4900 Wright Rd | New Orleans | LA | 70112 | 10/19/2009 | Daniel Becnel, Jr. | Russ Herman | $750.00 |
| Deluna, Albert & Judith | 4111 Jasper St | Metairie | LA | 70002 | 10/19/2009 | Russ Herman | Russ Herman | $750.00 |
| Longadre, Paul & Jayne | 718 Primrose Dr | Bay St Louis | MS | 39520 | 10/20/2009 | Russ Herman | Jeremy Alters | $750.00 |
| Carey, Vernon & Latoria | 11436 Camyat Maple Blvd | Davie | FL | 33330 | 10/20/2009 | Jeremy Alters | Richard Serpe | $750.00 |
| Germano, M. Michelle | 9171 N. View Blvd | Norfolk | VA | 23518 | 10/20/2009 | Richard Serpe | Andrew Lemmon | $750.00 |
| Dempster, Barry & Annette | 212 Matthew Dr | Des Allemands | LA | 70030 | 10/20/2009 | Andrew Lemmon | Jim Reeves | $750.00 |
| Gagnard, Gary & Ann | 4047 Victoria St 8 | Bay St Louis | MS | 39520 | 10/21/2009 | Jim Reeves | Ervin A. Gonzalez | $750.00 |
| Pierre, Julian & Nathalie | 2250 SW 19 Ave | Homestead | FL | 33035 | 10/21/2009 | Ervin A. Gonzalez | Richard Serpe | $750.00 |
| Hinkley, Curtis & Lynn/Hinkley-Lopez, Stephanie | 166 Mulberry Lane | Hertford | NC | 27944 | 10/21/2009 | Richard Serpe | Russ Herman | $750.00 |
| Hernandez, Tatum & Charisse M. | 68354 Marion St | Mandeville | LA | 70471 | 10/21/2009 | Russ Herman | Ervin A. Gonzalez | $750.00 |
| Strobl, Paul & Ali | 8828 Cobblestone Creek Dr | Boynton Beach | FL | 33472 | 10/22/2009 | Ervin A. Gonzalez | Daniel K. Bryson | $750.00 |
| Whitfield, Christopher | 8 Seminole Dr | Picayune | MS | 39466 | 10/22/2009 | Daniel K. Bryson | Daniel E. Becnel, Jr. | $750.00 |
| Jordan Cassange & Fly | 208 Place St. Jean | Covington | LA | 70433 | 10/22/2009 | Daniel E. Becnel, Jr. | Jeremy Alters | $750.00 |
| Bettour, Edward & Aski | 7260 Wastaria Ave | Parkland | FL | 33076 | 10/23/2009 | Jeremy Alters | Bruce Steckler | $750.00 |
| Leblanc, Steven & Dana P. | 572 Huseman Ln | Covington | LA | 70435 | 10/23/2009 | Bruce Steckler | Ben Gordon | $750.00 |
| Morris, Robert | 14123 Stillen St | Tampa | FL | 33626 | 10/26/2009 | Ben Gordon | Jerrold S. Parker | $750.00 |
| Cronin, William & Margaret | 117 El Dorado Pkwy West | Cape Coral | FL | 33914 | 10/27/2009 | Jerrold S. Parker | | $750.00 |
| | | | | | | | TOTAL AMOUNT DUE | $22,950.00 |

Remit Payment to
Crawford & Company
P. O. Box 404325
Atlanta, GA 30384-4325
Federal ID 58-1659464
Payment due Upon Receipt