# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42883 | 4/9/2010 | 24628 |

| Job Date | Case No. |
|---|---|
| 3/18/2010 | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Matthew J. Perricone, Ph.D.

| | | | | |
|---|---|---|---|---|
| First 2 hours of Evening Videographer Services | | | 345.00 | 345.00 |
| Additional Evening hours of videotaping | | | 115.50 | 115.50 |
| Master Tapes - Mini-DV | 2.00 Tapes @ | 35.00 | 70.00 | |
| DVD – Synched | 2.00 Hours @ | 35.00 | 70.00 | |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | 325.00 | 325.00 |
| Shipping & Handling - Overnight | | | 36.00 | 36.00 |

TOTAL DUE >>> **$1,031.50**

Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

(-) Payments/Credits:    1,031.50
(+) Finance Charges/Debits:    0.00
(=) New Balance:    **$0.00**

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | |
|---|---|---|
| Invoice No. | : | 42883 |
| Invoice Date | : | 4/9/2010 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

| | | |
|---|---|---|
| Job No. | : | 24628 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42885 | 4/8/2010 | 24629 |
| **Job Date** | **Case No.** | |
| 3/18/2010 | | |
| | **Case Name** | |
| Chinese Drywall | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Matthew J. Perricone, Ph.D. | 105.00 Pages | @ | 3.75 | 393.75 |
| Daily Delivery Surcharge | | | | 372.75 |
| Realtime Connection Surcharge | 105.00 | @ | 1.50 | 157.50 |
| Rough Draft Transcript | 105.00 | @ | 0.00 | 0.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Miniscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| | | **TOTAL DUE. >>>** | | **$949.00** |

(Daily Delivery/Evening/V/T.)
Location: New Orleans, LA.

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

| | | |
|---|---|---|
| (-) Payments/Credits: | | 949.00 |
| (+) Finance Charges/Debits: | | 0.00 |
| (=) New Balance: | | **$0.00** |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   :  42885
Invoice Date  :  4/8/2010
**Total Due**     :  **$ 0.00**

Remit To: **Golkow Technologies Inc.**
          **One Liberty Place, 51st Floor**
          **1650 Market Street**
          **Philadelphia, PA 19103**

Job No.    :  24629
BU ID      :  R-Main
Case No.   :
Case Name  :  Chinese Drywall