# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
 ladelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42106 | 3/15/2010 | 24084 |
| **Job Date** | **Case No.** | |
| 3/3/2010 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| David J. Maloney, Jr. (Trial) | 81.00 | Pages | @ | 3.75 | 303.75 |
| 2 Day expedited surcharge | | | | | 287.55 |
| Realtime Connection Surcharge | 81.00 | | @ | 1.50 | 121.50 |
| Rough Draft Transcript | 81.00 | | @ | 1.25 | 101.25 |
| Color Exhibits | 6.00 | Pages | @ | 2.00 | 12.00 |
| Exhibits in binder and scanned to CD | | | | 0.00 | 35.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| Shipping & Handling - Overnight | | | | 45.00 | 45.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | | 25.00 | 25.00 |
| | | | TOTAL DUE >>> | | $956.05 |

(2day expedited delivery/V)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.    : 42106
Invoice Date   : 3/15/2010
**Total Due**  : **$ 956.05**

Remit To: **Golkow Technologies Inc.**
          **One Liberty Place, 51st Floor**
          **1650 Market Street**
          **Philadelphia, PA 19103**

Job No.    : 24084
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42492 | 3/22/2010 | 24083 |
| Job Date | Case No. | |
| 3/3/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

David J. Maloney, Jr. (Trial)

| | | | | |
|---|---|---|---|---|
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| Shipping & Handling | | | 22.00 | 22.00 |
| | TOTAL DUE >>> | | | $197.00 |

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 42492
Invoice Date  : 3/22/2010
**Total Due**   : **$ 197.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.    : 24083
BU ID      : V-Main
Case No.   :
Case Name  : Chinese Drywall