# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
adelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41211 | 2/25/2010 | 23564 |
| Job Date | Case No. | |
| 2/16/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lori A. Streit, Ph.D. (Trial) | 131.00 Pages | @ | 3.75 | 491.25 |
| Daily Delivery Surcharge | | | | 465.05 |
| Realtime Connection Surcharge | 131.00 | @ | 1.50 | 196.50 |
| Rough Draft Transcript | 131.00 | @ | 0.00 | 0.00 |
| Color Exhibits | 245.00 Pages | @ | 2.00 | 490.00 |
| Exhibits in binder and scanned to CD | 822.00 Pages | @ | 0.25 | 205.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $1,873.30**

(Daily Delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

---

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.    : 41211
Invoice Date   : 2/25/2010
**Total Due    : $ 1,873.30**

Remit To:  **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103**

Job No.     : 23564
BU ID       : R-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
 adelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 41678 | 2/26/2010 | 23563 |
| Job Date | Case No. | |
| 2/16/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | |
|---|---|---|---|---|
| Lori A. Streit, Ph.D. (Trial) | | | | |
| Additional hours of videotaping | 2.00 Hours | @ | 75.00 | 150.00 |
| Master Tapes - Mini-DV | | | 35.00 | 35.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| | | TOTAL DUE >>> | | $360.00 |

DVD Sync duplication requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 41678
Invoice Date  : 2/26/2010
**Total Due**    : **$ 360.00**

Remit To: **Golkow Technologies Inc.**
        **One Liberty Place, 51st Floor**
        **1650 Market Street**
        **Philadelphia, PA  19103**

Job No.    : 23563
BU ID      : V-Main
Case No.   :
Case Name  : Chinese Drywall