# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
'iadelphia, PA 19103
..one:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42532 | 3/29/2010 | 24117 |
| Job Date | Case No. | |
| 3/12/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | | | | |
|---|---|---|---|---|---|
| Craig Beyler, Ph.D. (Discovery) | | | | | |
| Video Services - First Two Hours | | | | 245.00 | 245.00 |
| Additional hours of videotaping | 2.00 | Hours | @ | 75.00 | 150.00 |
| Master Tapes - Mini-DV | 3.00 | Tapes | @ | 35.00 | 105.00 |
| DVD - Synched | 3.00 | Hours | @ | 35.00 | 105.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 2.00 | | @ | 95.00 | 190.00 |
| | | **TOTAL DUE >>>** | | | **$1,225.00** |

D Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | |
|---|---|---|
| Invoice No. | : | 42532 |
| Invoice Date | : | 3/29/2010 |
| **Total Due** | : | **$ 1,225.00** |

h....it To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

| | | |
|---|---|---|
| Job No. | : | 24117 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43289 | 3/30/2010 | 24118 |
| Job Date | Case No. | |
| 3/12/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Craig Beyler, Ph.D. (Discovery) | 179.00 Pages | @ | 1.95 | 349.05 |
| Daily Delivery Surcharge | | | | 331.15 |
| Realtime Connection Surcharge | 179.00 | @ | 1.50 | 268.50 |
| Exhibits in binder and scanned to CD | 565.00 Pages | @ | 0.25 | 141.25 |
| Color Exhibits | 11.00 Pages | @ | 2.00 | 22.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $1,136.95**

(Daily/V/T)

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

(-) Payments/Credits:  1,136.95
(+) Finance Charges/Debits:  0.00
(=) New Balance:  $0.00

**Tax ID: 20-5543414**

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 43289
Invoice Date  : 3/30/2010
**Total Due**   : $ 0.00

Remit To: Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103

Job No.    : 24118
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43303 | 3/29/2010 | 24117 |
| Job Date | Case No. | |
| 3/12/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | | | |
|---|---|---|---|---|
| Craig Beyler, Ph.D. (Trial) | | | | |
| Additional hours of videotaping | 3.00 Hours | @ | 75.00 | 225.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |

**TOTAL DUE >>>**   **$470.00**

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

(-) Payments/Credits:   470.00
(+) Finance Charges/Debits:   0.00
(=) New Balance:   $0.00

**Tax ID: 20-5543414**

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 43303
Invoice Date  : 3/29/2010
**Total Due**     : **$ 0.00**

Remit To: Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103

Job No.     : 24117
BU ID       : V-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
 ladelphia, PA 19103
 .one:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42596 | 3/30/2010 | 24118 |
| Job Date | Case No. | |
| 3/12/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Craig Beyler, Ph.D. (Trial) | 119.00 Pages | @ | 3.75 | 446.25 |
| Daily Delivery Surcharge | | | | 422.45 |
| Realtime Connection Surcharge | 119.00 | @ | 1.50 | 178.50 |
| Color Exhibits | 14.00 Pages | @ | 2.00 | 28.00 |
| Exhibits in binder and scanned to CD | 474.00 Pages | @ | 0.25 | 118.50 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping & Handling - Overnight | | | 55.00 | 55.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | 25.00 | 25.00 |
| | | TOTAL DUE >>> | | $1,298.70 |

(Daily Delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 42596
Invoice Date  : 3/30/2010
**Total Due**   : **$ 1,298.70**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.    : 24118
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall