# INVOICE

Golkow Technologies  Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43088 | 3/24/2010 | 24268 |
| Job Date | Case No. | |
| 3/11/2010 | | |
| | Case Name | |
| Chinese Drywall | | |
| | Payment Terms | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | |
|---|---|---|---|
| Richard Lee, PhD | | | |
| Video Services - First Two Hours | | 245.00 | 245.00 |
| Additional hours of videotaping | | 75.00 | 75.00 |
| Master Tapes - Mini-DV | 2.00  Tapes  @ | 35.00 | 70.00 |
| DVD - Synched | 2.00  Hours  @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | 35.00 | 35.00 |

**TOTAL DUE  >>>**                                                       **$565.00**

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

| | |
|---|---|
| (-) Payments/Credits: | 565.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $0.00 |

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 43088 |
| Invoice Date | : | 3/24/2010 |
| **Total Due** | : | **$ 0.00** |

Remit To:  **Golkow Technologies  Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

| | | |
|---|---|---|
| Job No. | : | 24268 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43083 | 3/29/2010 | 24269 |
| **Job Date** | **Case No.** | |
| 3/11/2010 | | |
| | **Case Name** | |
| Chinese Drywall | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | | | | | |
|---|---|---|---|---|---|
| Richard Lee, Ph.D. | 90.00 | Pages | @ | 3.75 | 337.50 |
| Daily Delivery Surcharge | | | | | 319.50 |
| Realtime Connection Surcharge | 90.00 | | @ | 1.50 | 135.00 |
| Exhibits in binder and scanned to CD | | | | 0.00 | 35.00 |
| Color Exhibits | 346.00 | Pages | @ | 2.00 | 692.00 |
| ASCII (.txt) | | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | | 0.00 | 0.00 |
| Minuscript | | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | | 25.00 | 25.00 |

**TOTAL DUE >>>**            **$1,544.00**

(Daily Delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

(-) Payments/Credits:            1,544.00
(+) Finance Charges/Debits:            0.00

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 43083 |
| Invoice Date | : | 3/29/2010 |
| **Total Due** | : | **$ 0.00** |

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

| | | |
|---|---|---|
| Job No. | : | 24269 |
| BU ID | : | R-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |