# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
 iladelphia, PA  19103
 none:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42367 | 3/24/2010 | 24101 |
| Job Date | Case No. | |
| 3/10/2010 | - | |

**Case Name**
Chinese Drywall

**Payment Terms**
Due upon receipt

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Raymond Canzoneri | | | | |
| Video Services - First Two Hours | | | 245.00 | 245.00 |
| Additional hours of videotaping | 2.00 Hours | @ | 75.00 | 150.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | 325.00 | 325.00 |
| LiveNote Video Stream Connection | 2.00 | @ | 95.00 | 190.00 |
| **TOTAL DUE >>>** | | | | **$1,155.00** |

 /D Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   :  42367
Invoice Date  :  3/24/2010
**Total Due   :  $ 1,155.00**

Remit To:  Golkow Technologies Inc.
           One Liberty Place, 51st Floor
           1650 Market Street
           Philadelphia, PA  19103

Job No.    :  24101
BU ID      :  V-Main
Case No.   :
Case Name  :  Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42377 | 3/29/2010 | 24102 |
| Job Date | Case No. | |
| 3/10/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Raymond Canzoneri | 111.00 Pages | @ | 3.75 | 416.25 |
| Daily Delivery Surcharge | | | | 394.05 |
| Realtime Connection Surcharge | 111.00 | @ | 1.50 | 166.50 |
| Rough Draft Transcript | 111.00 | @ | 1.25 | 138.75 |
| Color Exhibits | | | 2.00 | 2.00 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

TOTAL DUE >>>    $1,177.55

(Daily Delivery/V)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 42377
Invoice Date  : 3/29/2010
**Total Due**   : $ 1,177.55

Remit To: Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103

Job No.    : 24102
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall