# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA  19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42265 | 3/24/2010 | 24099 |

| Job Date | Case No. |
|---|---|
| 3/9/2010 | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

| Mark Hartenstein | | | | | |
|---|---|---|---|---|---|
| Video Services - First Two Hours | | | | 245.00 | 245.00 |
| Additional hours of videotaping | 2.00 | Hours | @ | 75.00 | 150.00 |
| Master Tapes - Mini-DV | 2.00 | Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 | Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | | 35.00 | 35.00 |
| LiveNote Video Streaming Setup | | | | 325.00 | 325.00 |
| | | | TOTAL DUE >>> | | $965.00 |

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Invoice No. | : | 42265 |
| Invoice Date | : | 3/24/2010 |
| **Total Due** | : | **$ 965.00** |

**Remit To: Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

| | | |
|---|---|---|
| Job No. | : | 24099 |
| BU ID | : | V-Main |
| Case No. | : | |
| Case Name | : | Chinese Drywall |

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42270 | 3/29/2010 | 24100 |
| **Job Date** | **Case No.** | |
| 3/9/2010 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Mark Hartenstein | 79.00 Pages | @ | 3.75 | 296.25 |
| Daily Delivery Surcharge | | | | 280.45 |
| Realtime Connection Surcharge | 79.00 | @ | 1.50 | 118.50 |
| Rough Draft Transcript | 79.00 | @ | 1.25 | 98.75 |
| Color Exhibits | 7.00 Pages | @ | 2.00 | 14.00 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

TOTAL DUE >>>                          $867.95

(Daily Delivery/V)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 42270
Invoice Date  : 3/29/2010
**Total Due**     : $ 867.95

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.      : 24100
BU ID        : R-Main
Case No.     :
Case Name    : Chinese Drywall