# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
 iladelphia, PA 19103
 .ione:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43071 | 3/24/2010 | 24099 |
| Job Date | Case No. | |
| 3/9/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | |
|---|---|---|
| Bruce Fuselier | | |
| Additional hours of videotaping | 75.00 | 75.00 |
| Master Tapes - Mini-DV | 35.00 | 35.00 |
| DVD - Synched | 35.00 | 35.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | 35.00 | 35.00 |
| TOTAL DUE >>> | | $250.00 |

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

..iank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 43071
Invoice Date  : 3/24/2010
**Total Due**   : **$ 250.00**

Remit To: Golkow Technologies Inc.
          One Liberty Place, 51st Floor
          1650 Market Street
          Philadelphia, PA  19103

Job No.     : 24099
BU ID       : V-Main
Case No.    :
Case Name   : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43050 | 3/29/2010 | 24100 |
| Job Date | Case No. | |
| 3/9/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Description | Qty | | Rate | Amount |
|---|---|---|---|---|
| Bruce Fuselier | 47.00 Pages | @ | 3.75 | 176.25 |
| 2 Day expedited surcharge | | | | 166.85 |
| Realtime Connection Surcharge | 47.00 | @ | 1.50 | 70.50 |
| Rough Draft Transcript | 47.00 | @ | 1.25 | 58.75 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| Shipping & Handling - Overnight | | | 45.00 | 45.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |
| Overnight Shipping to P. Grisamore | | | 25.00 | 25.00 |

**TOTAL DUE >>>   $602.35**

(2day expedited delivery/V)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

---

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.  : 43050
Invoice Date : 3/29/2010
**Total Due   : $ 602.35**

Remit To: **Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103**

Job No.    : 24100
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall