# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377  Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 42455 | 3/24/2010 | 24268 |
| Job Date | Case No. | |
| 3/11/2010 | | |

| Case Name |
|---|
| Chinese Drywall |

| Payment Terms |
|---|
| Due upon receipt |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Roy Carubba, PE

| | | | | |
|---|---|---|---|---|
| Additional hours of videotaping | 2.00 Hours | @ | 75.00 | 150.00 |
| Master Tapes - Mini-DV | 2.00 Tapes | @ | 35.00 | 70.00 |
| DVD - Synched | 2.00 Hours | @ | 35.00 | 70.00 |
| DVD-Sync .PTZ file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync .WMV file sent to Penny Herman Grisamore | | | 35.00 | 35.00 |
| DVD-Sync Duplication(s) | | | 35.00 | 35.00 |

**TOTAL DUE >>> $395.00**

DVD Sync requested & shipped to S. Newnam @ Venue Docket (New Orleans, LA).
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

Invoice No.   : 42455
Invoice Date  : 3/24/2010
**Total Due   : $ 395.00**

Remit To: **Golkow Technologies Inc.**
         **One Liberty Place, 51st Floor**
         **1650 Market Street**
         **Philadelphia, PA 19103**

Job No.    : 24268
BU ID      : V-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone:877.370.3377   Fax:917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43093 | 3/29/2010 | 24269 |
| Job Date | Case No. | |
| 3/11/2010 | | |
| Case Name | | |
| Chinese Drywall | | |
| Payment Terms | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

| | | | | |
|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | |
| Roy Carubba, PE | 141.00 Pages | @ | 3.75 | 528.75 |
| Daily Delivery Surcharge | | | | 500.55 |
| Realtime Connection Surcharge | 141.00 | @ | 1.50 | 211.50 |
| Rough Draft Transcript | 141.00 | @ | 1.25 | 176.25 |
| Exhibits in binder and scanned to CD | | | 0.00 | 35.00 |
| ASCII (.txt) | | | 0.00 | 0.00 |
| E-Transcript (.ptx - Emailed) | | | 0.00 | 0.00 |
| Minuscript | | | 0.00 | 0.00 |
| CD (.txt, .ptx & Exhibits) sent to Penny Herman Grisamore | | | 25.00 | 25.00 |

TOTAL DUE >>>   $1,477.05

(Daily Delivery/V/T)
Location: New Orleans, LA

Thank you. Your business is appreciated.
For billing questions, please email Chrissy Wall at billing@golkow.com.

(-) Payments/Credits:   1,477.05
(+) Finance Charges/Debits:   0.00

Tax ID: 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   : 43093
Invoice Date  : 3/29/2010
**Total Due**  : **$ 0.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA 19103**

Job No.    : 24269
BU ID      : R-Main
Case No.   :
Case Name  : Chinese Drywall

# INVOICE

Golkow Technologies Inc.
One Liberty Place, 51st Floor
1650 Market Street
Philadelphia, PA 19103
Phone: 877.370.3377   Fax: 917.591.5672

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 43093 | 3/29/2010 | 24269 |
| **Job Date** | **Case No.** | |
| 3/11/2010 | | |
| **Case Name** | | |
| Chinese Drywall | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

(=) New Balance:   $0.00

**Tax ID:** 20-5543414

*Please detach bottom portion and return with payment.*

Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Invoice No.   :  43093
Invoice Date  :  3/29/2010
**Total Due**   :  **$ 0.00**

Remit To: **Golkow Technologies Inc.**
**One Liberty Place, 51st Floor**
**1650 Market Street**
**Philadelphia, PA  19103**

Job No.      :  24269
BU ID        :  R-Main
Case No.     :
Case Name    :  Chinese Drywall