**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

Invoice Number: VTS0310019
Invoice Date: Mar 31, 2010
Page: 1

Voice: 504-602-6300
Fax: 504-602-6301

**Sold To:**
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Ship To:**
Leonard Davis
820 O'Keefe Av
New Orleans, LA 70113

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HERMAN | Drywall Trial | Net 15 Days |

| Sales Rep ID | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Newnam | Hand Deliver | | 4/15/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 2.75 | MISC | 3/12 Converting video files for use in court | 125.00 | 343.75 |
| 1.75 | MISC | 3/12 Converting PDF to tiff files for court | 125.00 | 218.75 |
| 3.00 | MISC | 3/12 2pm - 5pm Load all trial exhibits for trial and videos | 125.00 | 375.00 |
| 13.00 | Trial Prep | 3/13 12pm - 1am prep case for trial adding new exhibits and videos | 125.00 | 1,625.00 |
| 17.00 | Trial Prep | 3/14 10am - 3am Witness Outlines, Updating Exhibits, adding exhibits videos | 125.00 | 2,125.00 |
| 11.00 | MISC | 3/15 - Court 7am - 6pm | 125.00 | 1,375.00 |
| 8.00 | MISC | 3/15 6pm - 2am Video Edits and Witness prep, Document Prep | 125.00 | 1,000.00 |
| 11.00 | MISC | 3/16 Court 7am - 6pm | 125.00 | 1,375.00 |
| 9.50 | MISC | 6pm - 3:30am Video Edits and Witness prep, Document Prep | 125.00 | 1,187.50 |
| 9.00 | MISC | 3/17 Court 8am - 5pm | 125.00 | 1,125.00 |
| 9.00 | MISC | 5pm - 2am Video Edits and Witness prep, Document prep | 125.00 | 1,125.00 |
| 9.00 | MISC | 3/18 Court 8am - 5pm | 125.00 | 1,125.00 |
| 2.00 | MISC | 5pm - 7pm Document prep for last witness and closing update computers | 125.00 | 250.00 |

| | |
|---|---|
| Subtotal | Continued |
| Sales Tax | Continued |
| Total Invoice Amount | Continued |
| Payment/Credit Applied | |
| **TOTAL** | **Continued** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.

**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

| | |
|---|---|
| Invoice Number: | VTS0310019 |
| Invoice Date: | Mar 31, 2010 |
| Page: | 2 |

Voice: 504-602-6300
Fax: 504-602-6301

**Bill To:**
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Sold To:**
Leonard Davis
820 O'Keefe Av
New Orleans, LA 70113

| Customer ID | Customer PO | Payment Terms |
|---|---|---|
| HERMAN | Drywall Trial | Net 15 Days |

| Sales Rep | Shipping Method | Ship Date | Due Date |
|---|---|---|---|
| Newnam | Hand Deliver | | 4/15/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 7.50 | MISC | 3/19 Court 8:30am - 4pm | 125.00 | 937.50 |
| 5.00 | Rental - Copier | 3115cn Color Printer/Scanner/Copier for court | 300.00 | 1,500.00 |
| 1,678.00 | Rental - Color print | Color print - Cost per print on rental equipment | 0.15 | 251.70 |

| | |
|---|---|
| Subtotal | 15,939.20 |
| Sales Tax | 157.65 |
| Total Invoice Amount | 16,096.85 |
| Payment/Credit Applied | |
| **TOTAL** | 16,096.85 |

Check/Credit Memo No:

Overdue invoices are subject to late charges.