**Venue Docket, LLC**
700 Elmwood Park Boulevard
Harahan, LA 70123

Tax ID# 42-1667030

# INVOICE

Invoice Number:  NO0310023
Invoice Date:  Mar 31, 2010
Page:  1

Voice:  504-602-6300
Fax:  504-602-6301

**Bill To:**

Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Avenue
New Orleans, LA 70113

**Ship to:**

Leonard Davis
820 O'Keefe Av
New Orleans, LA 70113

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| HERMAN | CDW 2047 PSC | Net 15 Days | |
| **Salesperson ID** | **Shipping Method** | **Ship Date** | **Due Date** |
| Newnam | Hand Deliver | | 4/15/10 |

| Quantity | Item | Description | Unit Price | Amount |
|---|---|---|---|---|
| 121.30 | Tech Time | Technical Time | 125.00 | 15,162.50 |
| 1,373.00 | Electronic Label | Image E-Labeled-Branding-Hernandez | 0.04 | 54.92 |
| 1,373.00 | MISC | Process to tiff - Hernandez | 0.10 | 137.30 |
| 4,023.00 | PRINTS | Images printed back | 0.10 | 402.30 |
| 780.00 | COLOR PRINTS | Color Prints | 1.00 | 780.00 |
| 5,063.00 | MISC | Hernandez Export | 0.10 | 506.30 |
| 3,921.00 | Electronic Label | Image E-Labeled-Branding-LT | 0.04 | 156.84 |
| 25,053.00 | MISC | Process to tiff - CDW | 0.10 | 2,505.30 |
| 25,053.00 | Electronic Label | Image E-Labeled-Branding-CDW | 0.04 | 1,002.12 |
| 402.00 | Manilla Folders | File folders for Hernandez | 2.50 | 1,005.00 |
| 6,896.00 | Grade C | Copies of LT documents | 0.10 | 689.60 |
| 440.00 | Tabs | Tabs | 0.25 | 110.00 |
| 2.00 | Binder 3" | 3" 3-Ring Binder, View, Blk or Wte | 9.95 | 19.90 |
| 6.00 | Binder 5" | 5" 3-Ring Binder, View, Blk or Wte | 29.95 | 179.70 |

| | |
|---|---|
| Subtotal | 22,711.78 |
| Sales Tax | 679.44 |
| Total Invoice Amount | 23,391.22 |
| Payment/Credit Applied | |
| **TOTAL** | **23,391.22** |

Check/Credit Memo No:

Overdue invoices are subject to late charges.