Tax ID No. 04-2256923



**SIMPSON GUMPERTZ & HEGER**

Engineering of Structures
and Building Enclosures

Leonard A. Davis, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

April 20, 2010
Project No:    090858.01-HERN
Invoice No:    0108432

Drywall Investigation, Hernandez House, Louisiana for Chinese Drywall Investigation

**Professional Services from March 27, 2010 to April 9, 2010**

**Consultants**

| | | | | |
|---|---|---|---|---|
| Miscellaneous | | | 4,274.50 | |
| **Total Consultants** | | **1.1 times** | **4,274.50** | **4,701.95** |

**Reimbursable Expenses**

| | | | | |
|---|---|---|---|---|
| Photo & Reproduction | | | 0.50 | |
| Airfare, Train, etc. | | | 370.00 | |
| **Total Reimbursables** | | **1.1 times** | **370.50** | **407.55** |
| | | **Total this Invoice** | | **$5,109.50** |

**Outstanding Invoices**

| | Number | Date | Balance |
|---|---|---|---|
| | 0107005 | 3/3/10 | 7,378.47 |
| | **Total** | | **7,378.47** |

| | | |
|---|---|---|
| **Total Now Due** | | **$12,487.97** |

**Billed to Date**

| | Current | Prior | Total |
|---|---|---|---|
| Labor | 0.00 | 98,700.00 | 98,700.00 |
| Consultant | 4,701.95 | 0.00 | 4,701.95 |
| Expense | 407.55 | 11,063.35 | 11,470.90 |
| Unit | 0.00 | 9,157.50 | 9,157.50 |
| **Totals** | **5,109.50** | **118,920.85** | **124,030.35** |

Paperless : Daniel Bryson, danielbryson@lewis-roberts.com
and cc: Debbie M. Sena DebbieSena@lewis-roberts.com

BT:EA:BO  \Peter Nelson        \

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

# Billing Backup

Tuesday, April 20, 2010

**Simpson Gumpertz & Heger, Inc.**          **Invoice 0108432 Dated 4/20/10**                    *10:44:47 AM*

**Consultants**
Miscellaneous

| | | | | |
|---|---|---|---|---|
| 2010-6A | 4/14/10 EE Services | | 4,274.50 | |
| | **Total Consultants** | **1.1 times** | **4,274.50** | **4,701.95** |

**Reimbursable Expenses**
Photo & Reproduction

| | | | | |
|---|---|---|---|---|
| 0000272 | 4/7/10 XEROX BW: 03/25/10 - 04/07/10 / 5.0 copies @ 0.10 | | 0.50 | |

Airfare, Train, etc.

| | | | | |
|---|---|---|---|---|
| 0057310 | 4/9/10 American Express (Airline Account) | | 185.00 | |
| 0057310 | 4/9/10 American Express (Airline Account) | | 185.00 | |
| | **Total Reimbursables** | **1.1 times** | **370.50** | **407.55** |
| | | **Total this report** | | **$5,109.50** |

**SIMPSON GUMPERTZ & HEGER INC.**
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009

www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Tax ID No. 04-2256923

**SIMPSON GUMPERTZ & HEGER** 

| Engineering of Structures
| and Building Enclosures

Leonard A. Davis, Esq.
Herman Herman Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

April 2, 2010
Project No:   090858.01-HERN
Invoice No:   0107870

Drywall Investigation, Hernandez House, Louisiana for Chinese Drywall Investigation

**Professional Services from March 13, 2010 to March 26, 2010**
**Professional Personnel**

|  | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Senior Principal | | | | | |
| Rutila, Dean | | 29.00 | 265.00 | 7,685.00 | |
| Rutila, Dean | | 4.00 | 397.50 | 1,590.00 | |
| Staff I-A | | | | | |
| Tilley, Jason | | 5.50 | 115.00 | 632.50 | |
| | Totals | 38.50 | | 9,907.50 | |
| | **Total Labor** | | | | **9,907.50** |

**Reimbursable Expenses**

|  | Hours | Rate | Amount | |
|---|---|---|---|---|
| Photo & Reproduction | | | 436.10 | |
| Mail & Shipping | | | 303.99 | |
| Test Expense | | | 3,440.00 | |
| Special Supplies | | | 13.28 | |
| Mileage, Parking, Tolls, etc. | | | 165.50 | |
| Lodging | | | 712.25 | |
| Meals | | | 22.17 | |
| Other Reimbursable Expense | | | 209.34 | |
| **Total Reimbursables** | | 1.1 times | 5,302.63 | **5,832.89** |
| | | **Total this Invoice** | | **$15,740.39** |

**Outstanding Invoices**

| Number | Date | Balance |
|---|---|---|
| 0107005 | 3/3/10 | 7,378.47 |
| 0107603 | 3/19/10 | 70,215.50 |
| **Total** | | **77,593.97** |

|  | | |
|---|---|---|
| | **Total Now Due** | **$92,804.36** |

**Billed to Date**

|  | Current | Prior | Total |
|---|---|---|---|
| Labor | 9,907.50 | 88,792.50 | 98,700.00 |
| Expense | 5,832.89 | 5,230.46 | 11,063.35 |
| Unit | 0.00 | 9,157.50 | 9,157.50 |
| **Totals** | **15,740.39** | **103,180.46** | **118,920.85** |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

## Billing Backup

*Friday, April 02, 2010*

Simpson Gumpertz & Heger, Inc.          Invoice 0107870 Dated 4/2/10          7:54:53 AM

### Professional Personnel

| | | Hours | Rate | Amount | |
|---|---|---|---|---|---|
| Senior Principal | | | | | |
| Rutila, Dean | 3/13/10 | 7.00 | 265.00 | 1,855.00 | |
| travel and trial prep | | | | | |
| Rutila, Dean | 3/14/10 | 8.00 | 265.00 | 2,120.00 | |
| trial prep | | | | | |
| Rutila, Dean | 3/15/10 | 5.00 | 265.00 | 1,325.00 | |
| trial prep and observe testimony | | | | | |
| Rutila, Dean | 3/15/10 | 4.00 | 397.50 | 1,590.00 | |
| hernandez trial | | | | | |
| Rutila, Dean | 3/16/10 | 6.00 | 265.00 | 1,590.00 | |
| observer testimony return to ma | | | | | |
| Rutila, Dean | 3/17/10 | 2.00 | 265.00 | 530.00 | |
| notes and files | | | | | |
| Rutila, Dean | 3/19/10 | 1.00 | 265.00 | 265.00 | |
| sample summary for richard | | | | | |
| Staff I-A | | | | | |
| Tilley, Jason | 3/13/10 | .50 | 115.00 | 57.50 | |
| trial prep | | | | | |
| Tilley, Jason | 3/14/10 | 3.00 | 115.00 | 345.00 | |
| trial prep | | | | | |
| Tilley, Jason | 3/15/10 | 2.00 | 115.00 | 230.00 | |
| File and Sample management | | | | | |
| Totals | | 38.50 | | 9,907.50 | |
| **Total Labor** | | | | | **9,907.50** |

### Reimbursable Expenses

| | | | Amount |
|---|---|---|---|
| Photo & Reproduction | | | |
| 0000814 | 3/24/10 XEROX BW: 03/11/10 - 03/24/10 / 4,361.0 copies | | 436.10 |
| Mail & Shipping | | | |
| 0056933 | 3/23/10 Optima Shipping Systems, Inc. | | 65.82 |
| 0056933 | 3/23/10 Optima Shipping Systems, Inc. | | 238.37 |
| Test Expense | | | |
| 0056884 | 3/18/10 Mineral Optics Laboratory | | 1,718.00 |
| 0056883 | 3/18/10 Mineral Optics Laboratory | | 1,722.00 |
| Special Supplies | | | |
| 0043323 | 3/15/10 Rutila, Dean / packing supplies | | 13.28 |
| Mileage, Parking, Tolls, etc. | | | |
| 0056776 | 3/18/10 McCue's Taxi Watertown Yellow Cab Inc. | | 49.50 |
| 0043323 | 3/13/10 Rutila, Dean | | 18.00 |
| 0043323 | 3/15/10 Rutila, Dean | | 18.00 |

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main: 781.907.9000  fax: 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

| Billing Backup | Invoice 0107870 Dated 4/2/10 | | Friday, April 02, 2010 - 7:54:56 AM |
|---|---|---|---|
| 0043323 | 3/15/10 Rutila, Dean / Taxi to Windsor Ct Hotel | 40.00 | |
| 0043323 | 3/16/10 Rutila, Dean / taxi to airport | 40.00 | |
| **Lodging** | | | |
| 0043323 | 3/15/10 Rutila, Dean / Windsort Court Hotel | 712.25 | |
| **Meals** | | | |
| 0043323 | 3/13/10 Rutila, Dean / brookwood farms bbq | 9.06 | |
| 0043323 | 3/15/10 Rutila, Dean / room pantry | 4.86 | |
| 0043323 | 3/16/10 Rutila, Dean / dnc garden district bistro | 8.25 | |
| **Other Reimbursable Expense** | | | |
| 0056848 | 3/18/10 Acculemp Engineering, Inc. | 199.34 | |
| 0043323 | 3/13/10 Rutila, Dean / tips - box dlvy | 5.00 | |
| 0043323 | 3/15/10 Rutila, Dean / tip box removal | 5.00 | |
| | **Total Reimbursables** 1.1 times | 5,302.63 | 5,832.89 |
| | **Total this report** | | **$15,740.39** |

Paperless :  Daniel Bryson, danielbryson@lewis-roberts.com
and cc:  Debbie M. Sena DebbieSena@lewis-roberts.com

SIMPSON GUMPERTZ & HEGER INC.
41 Seyon Street, Building 1, Suite 500
Waltham, Massachusetts 02453
main 781.907.9000  fax 781.907.9009
www.sgh.com

Boston
Los Angeles
New York
San Francisco
Washington, DC

Page 2