## MDL 2047: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION
### CHECK REQUEST FORM FOR SHARED EXPENSE

| | | GENERAL CHECK REQUEST INFORMATION |
|---|---|---|
| 1. | Date: | 4/12/10 |
| 2. | I am requesting a check from: | Plaintiffs' Liaison Counsel, Russ M. Herman |
| 3. | Payable To: (Name & Address) | Beazer Homes, Southeast RAC, Southeast Region, 2600 Maitland Center Parkway, Suite 200, Maitland, FL 32751 |
| 4. | Social Security # or TIN # of the payee: | 62-0880780 |
| 5. | Invoice No.: | |
| 6. | Date check needed (check one): | Now____ 30 Days XX  60 Days____ 90 Days____ Other____ |
| 7. | Purpose of Check: | Reimbursement for airfare and hotel costs |
| 8. | Amount of Check: | $793.45 |
| 9. | Documentation[1] | Yes: XXX     No: ____ |
| 10. | Send Check To (check one): | Requestor _____ OR Payee XXX |
| 11. | Requesting Attorney's Signature[2] | /s/ Meunier |

Allocation of costs;

| Amount | Category | Amount | Category |
|---|---|---|---|
| $_____ | Court filing fees | $_____ | Common witness expense |
| $_____ | Deposition/court reporter | $_____ | Translation Costs |
| $_____ | Document depository | $_____ | Bank or financial institution charges |
| $_____ | PLC (administration) | $_____ | Investigative services |
| $_____ | PSC group administration | $_____ | Claims administrator charges |
| $_____ | Legal & accounting fees | $_____ | Special master charges |
| $_____ | Expert witness/consultant | $ 793.45 | Other |
| $_____ | Printing, copying & scanning (bulk or 3rd party) | $_____ | |
| $_____ | Research (3rd party) | $_____ | |

$ 793.45     TOTAL

**Liaison Counsel Accounting Use Only:**
Check # _____
Approved by Plaintiffs' Liaison Counsel: _____ Date: _____

\\Judge\pldocs\27687.0000\Chinese Drywall Cases (MDL)\Miscellaneous\648679.doc

---

[1]  Documentation must be provided with check request.
[2]  By signing this request, you certify that the expense request is properly documented, complete and accurate and is being incurred for the common benefit.

C:\Users\dmartin\AppData\Local\Microsoft\Windows\Temporary Internet Files\Content.Outlook\O4MUUR2T\CDW Check Request.doc



# WINDSOR COURT HOTEL

PHILLIPS, MR. JAMES RAY  
AMERICAN EXPRESS PEHP  

ATLANTA, GA  30309  US

Room Number: 1210  
Daily Rate: 205.00  
Room Type: FSK  
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---|---|---|---|---|---|
| 3/14/2010 | 3/15/2010 | XXXXXXXXXXXX8450 | 2XPV | 2CON | 10600502091 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 3/14/2010 | 1210 | ROOM CHARGE | #1210 PHILLIPS, MR. JAMES RAY | $205.00 |
| 3/14/2010 | 1210 | ROOM SALES TAX | ROOM SALES TAX | $26.65 |
| 3/14/2010 | 1210 | ROOM OCCUPANCY TAX | ROOM OCCUPANCY TAX | $2.00 |
| 3/15/2010 | 1210 | VISA | VISA | ($233.65) |

**TOTAL DUE:**     $0.00

TERMS:  DUE AND PAYABLE UPON PRESENTATION.  I AGREE THAT MY LIABILITY FOR THIS BILL IS NOT WAIVED AND AGREE TO BE HELD PERSONALLY LIABLE IN THE EVENT THAT THE INDICATED PERSON, COMPANY OR ASSOCIATION FAILS TO PAY FOR ANY PART OR THE FULL AMOUNT OF THESE CHARGES.

300 Gravier Street, New Orleans, Louisiana 70130  
Telephone 504.523.6000 • 800.262.2662  Facsimile 504.596.4513  
www.windsorcourthotel.com

**James Ray Phillips**

---

From: Cliqbook [TravelWizard@outtask.com]
Sent: Tuesday, March 09, 2010 10:51 AM
To: James Ray Phillips
Subject: Cliqbook Pending Approval Itinerary: TRIP FROM ORLANDO TO NEW ORLEANS
Attachments: MCO-MSY.ics

 

BCD Travel (Beazer Homes) Apollo

# TRIP FROM ORLANDO TO NEW ORLEANS

**Itinerary for: PHILLIPS, JAMES R**
Created on: 03/09/2010
Trip Record Locator: MP5FDC
Total Estimated Cost $234.40 USD
Air Frequent Flyer Number: FL - 9730033423 recorded.
Air Frequent Flyer Number: US - 40040446664 recorded.

**Comments from Agent**
PLEASE CHECK YOUR E-INVOICE ON RECEIPT FOR
ACCURACY AND REPORT ANY ERRORS TO AN AGENT
WITHIN 24 HOURS. FAILURE TO REPORT ERRORS
IMMEDIATELY COULD RESULT IN CHANGE FEES
AND COLLECTION OF ADDITIONAL AIRFARE
FOR AFTERHOURS SERVICE PLEASE CALL 866-833-6807
PLEASE USE 1P3R CODE WHEN CALLING AFTERHOURS
INTL COLLECT CALLS ACCEPTED AT 770-486-2783
MON-FRI 8AM-6PM EST PLEASE CALL 866-598-3934
OR LOCAL 770-486-2794
Selected Ticket Delivery: E-Ticket if possible

## Orlando Intl Arpt (MCO) to Miami Intl (MIA)

| | | | |
|---|---|---|---|
| Flight: | AA  Flight # 271 Economy (L) Boeing 757-200 | | |
| Departs: | Orlando Intl Arpt (MCO) | | Sun 03/14/2010 at 9:05 AM |
| Arrives: | Miami Intl (MIA) | | Sun 03/14/2010 at 10:10 AM |
| Status: | Confirmed | Ticketing: | E-Ticket |
| Stops: | Nonstop | Meal: | No Meal Served |
| Duration: | 1 hour, 5 minutes | Distance: | 192 miles |

In-Flight Services: Audio Programming, Non-Smoking, In-seat Power Source
Airline Record Locator: JPXLIF
Seat #: 16B (Confirmed)

## Connecting at Miami Intl (MIA) to Louis Armstrong Intl Arpt (MSY)

| | | | |
|---|---|---|---|
| Flight: | AA  Flight # 1549 Economy (L) Boeing 737-800 | | |
| Departs: | Miami Intl (MIA) | | Sun 03/14/2010 at 11:00 AM |
| Arrives: | Louis Armstrong Intl Arpt (MSY) | | Sun 03/14/2010 at 12:05 PM |

3/16/2010

| | | | |
|---|---|---|---|
| Status: | Confirmed | Ticketing: | E-Ticket |
| Stops: | Nonstop | Meal: | No Meal Served |
| Duration: | 2 hours, 5 minutes | Distance: | 674 miles |

In-Flight Services: Audio Programming, Non-Smoking, In-seat Power Source
Airline Record Locator: JPXLIF
Seat #:        09B (Confirmed)

**Totals and restrictions**

| | |
|---|---|
| Airfare quoted amount: | $198.13 USD |
| Landing fees and taxes: | $36.27 USD |
| Airfare quoted total: | $234.40 USD |

TICKET NOT YET ISSUED. AIRFARE QUOTED IN ITINERARY IS NOT GUARANTEED UNTIL TICKETS ARE ISSUED.

Itinerary generated on Tue 03/09/2010 10:51 AM

**James Ray Phillips**

| | |
|---|---|
| From: | Cliqbook [TravelWizard@outtask.com] |
| Sent: | Tuesday, March 09, 2010 10:56 AM |
| To: | James Ray Phillips |
| Subject: | Cliqbook Pending Approval Itinerary: TRIP FROM NEW ORLEANS TO ORLANDO |
| Attachments: | MSY-MCO.ics |

 BCD Travel (Beazer Homes) Apollo 

# TRIP FROM NEW ORLEANS TO ORLANDO

Itinerary for: PHILLIPS, JAMES R
Created on: 03/09/2010
Trip Record Locator: MQ7K3C
Total Estimated Cost $325.40 USD
Air Frequent Flyer Number: FL - 9730033423 recorded.
Air Frequent Flyer Number: US - 40040446664 recorded.

**Comments from Agent**
PLEASE CHECK YOUR E-INVOICE ON RECEIPT FOR
ACCURACY AND REPORT ANY ERRORS TO AN AGENT
WITHIN 24 HOURS. FAILURE TO REPORT ERRORS
IMMEDIATELY COULD RESULT IN CHANGE FEES
AND COLLECTION OF ADDITIONAL AIRFARE
FOR AFTERHOURS SERVICE PLEASE CALL 866-833-6807
PLEASE USE 1P3R CODE WHEN CALLING AFTERHOURS
INTL COLLECT CALLS ACCEPTED AT 770-486-2783
MON-FRI 8AM-6PM EST PLEASE CALL 866-598-3934
OR LOCAL 770-486-2794
Selected Ticket Delivery: E-Ticket if possible

## Louis Armstrong Intl Arpt (MSY) to Hartsfield Intl Arpt (ATL)

| | | | |
|---|---|---|---|
| Flight: | AirTran. Flight # 447 (U) Boeing 717 | | |
| Departs: | Louis Armstrong Intl Arpt (MSY) | | Mon 03/15/2010 at 5:42 PM |
| Arrives: | Hartsfield Intl Arpt (ATL) Terminal: N | | Mon 03/15/2010 at 8:12 PM |
| Status: | Confirmed | Ticketing: | E-Ticket |
| Stops: | Nonstop | Meal: | No Meal Served |
| Duration: | 1 hour, 30 minutes | Distance: | 425 miles |

In-Flight Services: Non-Smoking
Airline Record Locator: C713SP
Seat #: 1C (Confirmed)

## Connecting at Hartsfield Intl Arpt (ATL) to Orlando Intl Arpt (MCO)

| | | | |
|---|---|---|---|
| Flight: | AirTran. Flight # 841 (U) Boeing 717 | | |
| Departs: | Hartsfield Intl Arpt (ATL), Terminal: N | | Mon 03/15/2010 at 9:00 PM |
| Arrives: | Orlando Intl Arpt (MCO) | | Mon 03/15/2010 at 10:27 PM |
| Status: | Confirmed | Ticketing: | E-Ticket |
| Stops: | Nonstop | Meal: | No Meal Served |
| Duration: | 1 hour, 27 minutes | Distance: | 404 miles |

In-Flight Services: Non-Smoking
Airline Record Locator: C713SP
Seat #:      1C (Confirmed)

## Totals and restrictions

| | |
|---|---|
| Airfare quoted amount: | $304.00 USD |
| Landing fees and taxes: | $21.40 USD |
| Airfare quoted total: | $325.40 USD |

## Selected Form of Payment for:

Add / Collect Amount To Be Charged To Credit Cards:
    Last four digits:                              0.00

Itinerary generated on Tue 03/09/2010 10:56 AM