DUPLICATE INVOICE

# Corrosion Testing Laboratories, Inc.

60 Blue Hen Drive, Newark, Delaware 19713, USA
Phone (302) 454-8200
Fax (302) 454-8204
Federal EIN 52-1350810

**Invoice No.** 27205 FA

B   Lewis & Roberts, PLLC
I   PO Box 17529
L   Raleigh, NC 27619
L

T
O

| OUR Job No. | YOUR ORDER No. | TERMS NET 30 | DATE |
|---|---|---|---|
| 27065 | Retainer Dated 11-24-2009 | We are not authorized to collect Out-Of-State Sales Taxes. Please remit directly. | 3/19/2010 |

| QUANTITY | DESCRIPTION | PRICE |
|---|---|---|
| | Chinese Manufactured Drywall Products liability Litigation MDL Docket 2047 | |
| | Hernandez Home | |
| | Work Completed through March 19, 2010 | |
| | Preparation and performance of Deposition and Court Testimony | |
| 12 | Lab - Technical Staff Support @ $110/hr | $1,320.00 |
| 1 | SEM/EDS @ $270/hr. | $270.00 |
| 4 | Optical Microscopy @ $125/hr. | $500.00 |
| 9 | Principal Metallurgist (JDE) @ $175/hr - review documents | $1,575.00 |
| 90 | Sr. Corrosion Scientist (BDK) @ $175/hr - includes preparation and travel time | $15,750.00 |
| 5 | Deposition @ $275/hr. | $1,375.00 |
| 8 | Court Testimony @ $275/hr. | $2,200.00 |
| 1 | Discount - 7.5% | ($1,724.00) |
| 1 | Travel to/from Boston including hotel and meals | $710.00 |
| 1 | Travel to/from New Orleans incl. hotel and meals | $1,080.00 |
| | Requested By: R. Serpe, R. Lewis, D. Bryson, H. Lambert | |
| | Payment Due By: 4/18/2010    TOTAL | $23,056.00 |

FootNote:

A 1-1/2% SERVICE CHARGE PER MONTH (18% PER ANNUM) WILL BE APPLIED ON ALL UNPAID BALANCES 30 DAYS AFTER INVOICE DATE.