## Frederick Appraisal, Claims & Estate Services
The Personal Property Specialists
Antiques, Collectibles, Residential Contents, Business/Office Equipment, Vehicles
P.O. Box 2049
Frederick, MD 21702-1049
phone 301-228-2279 fax 240-436-6044
dave@maloney.com   http://www.davidmaloney.com

David J. Maloney, Jr., AOA CM        Certified Member         Association of Online Appraisers

### INVOICE

March 4, 2010


RECEIVED
MAR 0 8 2010
By_____

Plaintiffs Steering Committee
c/o Ms. Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street
New Orleans, LA 70139

Re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047, Hernandez v. Knauf, Case No. 09-6050 on the docket of the Eastern District of Louisiana

| Item | Description | Charge |
|---|---|---|
| 1 | Deposition Prep/Depositions (March 2 & 3, 2010) Day rate | $3000.00 |
| 2 | Accommodations March 2/3, 2010 (see enclosure) | $225.87 |
| 3 | Air travel March 2 & 3, 2010 (see enclosure) ($336.30 + $50) | $386.30 |
| 4 | Transportation (see enclosures) (Shuttle $20, Taxi $33, Parking BWI $24) | $77.00 |
|  | Amount paid on account: | ($0.00) |
|  | Amount Due: | $3689.17 |

Please make payable to **Frederick Appraisal, Claims & Estate Services** and remit payment to:

Frederick Appraisal, Claims & Estate Services
P.O. Box 2049
Frederick, MD 21702

Enc.