# Electrical Engineering Solutions

Electrical Engineering Solutions
Mr. D. Galler
15 Birchwood Drive
Bedford, MA  01730

## Invoice

| DATE | INVOICE # |
|------|-----------|
| 03/20/2010 | 1943 |

**BILL TO**

Lewis & Roberts, PLCC
3700 Glenwood Avenue
Suite 410
Raleigh, NC  27612

| | | | | Project | Period |
|---|---|---|---|---|---|
| | | | | Hernandez | March 2010 |
| Date | Activity | | Quantity | Rate | Amount |
| | **Credits** | | | | |
| 03/20/2010 | | | 1 | -0.80 | -0.80 |
| | **Subtotal: Credits = $ -0.80** | | | | |
| | | | | | |
| | **Billable Time** | | | | |
| 03/05/2010 | Review report | | 1:00 | 250.00 | 250.00 |
| 03/06/2010 | Depo at SGH, meet w Atty Bryson | | 7:00 | 250.00 | 1,750.00 |
| 03/11/2010 | Travel arrgmnts | | 1:00 | 250.00 | 250.00 |
| 03/11/2010 | Rvw docs on Ag2S, ckt bkrs | | 2:00 | 250.00 | 500.00 |
| 03/13/2010 | travel arrangments, cancelations. | | 1:00 | 250.00 | 250.00 |
| 03/14/2010 | read galler depo | | 2:00 | 250.00 | 500.00 |
| 03/15/2010 | Travel: Bos to NOLA | | 5:00 | 250.00 | 1,250.00 |
| 03/15/2010 | Meet with Attys | | 2:00 | 250.00 | 500.00 |
| 03/16/2010 | Testify, attend trial | | 8:00 | 250.00 | 2,000.00 |
| 03/17/2010 | Travel: NOLA-BOS | | 6:00 | 250.00 | 1,500.00 |
| 03/18/2010 | questions for Mr. Perricone | | 1:30 | 250.00 | 375.00 |
| | **Subtotal: Billable Time = $9,125.00** | | | | |
| | | | | | |
| | **Billable Expenses** | | | | |
| 03/20/2010 | Airfare: BWI-NOLA | | | | 375.40 |
| 03/20/2010 | Airfare: NOLA-BOS | | | | 423.40 |

Continue to the next page.

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 03/20/2010 | Hotel: 2 nts in NOLA | | | 435.00 |
| 03/20/2010 | Meals in NOLA | | | 37.00 |
| 03/20/2010 | Taxi: Bedford-Logan (200 split) | | | 100.00 |
| 03/20/2010 | Taxi: NOLA apt R.T. | | | 75.00 |
| | Subtotal:  = $1,445.80 | | | |

EIN 04-3297462

| | TOTAL | $10,570.00 |
|---|-------|-----------|