**BEC**
860 Jupiter Park Drive
Suite 1
Jupiter, FL 33458
Phone (561) 744-1410



Herman Herman Katz & Cotlar
820 O'Keefe Road
New Orleans, LA 70113

Invoice#: 51888
Date: 3/23/2010

10-009

### Hernandez MDL

| Date | Staff | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| **Deposition (prep etc.)** | | | | | |
| 02/13/10 | RBB | Review files | 2.00 | 250.00 | $500.00 |
| 02/18/10 | RBB | Look at Energy Code | 0.50 | 250.00 | 125.00 |
| 02/19/10 | RSR | Louisiana Energy Code Research....prior to 2006 IRC what was followed for the Energy Code.. 2001 IEEC | 1.50 | 225.00 | 337.50 |
| 02/22/10 | RBB | Document review | 1.25 | 250.00 | 312.50 |
| 02/24/10 | AM | Print and bind expert reports | 2.00 | 75.00 | 150.00 |
| 02/24/10 | TC | Making travel arrangements for Ron Bailey to go to New Orleans to view examination of home w/ cdw | 0.75 | 75.00 | 56.25 |
| 03/01/10 | TC | Printing out Germano transcripts for Smith, Wright & Phillips for Ron to review | 0.25 | 75.00 | 18.75 |
| 03/02/10 | RBB | Read transcripts on Jerry Smith, Ron Wright and Ray Phillips | 4.00 | 250.00 | 1,000.00 |
| 03/02/10 | RBB | Contact York, re-contact Trane, Lennox & Carrier | 0.50 | 250.00 | 125.00 |
| 03/03/10 | RBB | Finish Ron Wright transcript | 1.00 | 250.00 | 250.00 |
| 03/04/10 | RBB | Read Hernandez expert report | 1.50 | 250.00 | 375.00 |
| 03/05/10 | AM | Print and bind expert reports - 2nd set received via e-mail | 2.00 | 75.00 | 150.00 |
| 03/05/10 | RBB | Review expert report | 4.00 | 250.00 | 1,000.00 |
| 03/08/10 | LSB | Load Calcs, Exposure Calcs, Energy Calcs- Comparing construction estimate to Xactimate estimate figures for NOLA area | 4.00 | 90.00 | 360.00 |
| 03/08/10 | RBB | Review cost estimate | 2.00 | 250.00 | 500.00 |

**BEC**
Invoice For: Herman Herman Katz & Cotlar

Invoice#: 51888
Date: 3/23/2010

| Date | Staff | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 03/08/10 | TC | Looking at travel for Ron for 3/10, returning to WPB evening of 3/11; no hotels available on Canal Street; sent email to Jaclyn @ Chris Seeger's office to see if she had any suggestions; booked one-way flight out; still trying to get flight back in to WPB | 1.00 | 75.00 | 75.00 |
| 03/09/10 | RBB | Research electrical code | 1.00 | 250.00 | 250.00 |
| 03/09/10 | RBB | Read Canzoneri, Beyler & Perricone expert reports | 3.00 | 250.00 | 750.00 |
| 03/09/10 | TC | Hunting for hotel accommodations for Ron in NOLA; convention in town and had to get him a hotel in LaPlace, rent a car and finish his itinerary | 0.75 | 75.00 | 56.25 |
| 03/10/10 | RBB | Travel to New Orleans | 3.50 | 250.00 | 875.00 |
| 03/10/10 | RBB | Meeting to prep for deposition tomorrow | 6.50 | 250.00 | 1,625.00 |
| 03/10/10 | RSB | Travel, drove Ron to the airport | 2.50 | 100.00 | 250.00 |
| 03/11/10 | RBB | Deposition | 10.00 | 250.00 | 2,500.00 |
| 03/11/10 | TC | Checking flights for Ron's trip to New Orleans; checking hotel arrangements; make up itinerary | 0.75 | 75.00 | 56.25 |
| 03/12/10 | RBB | Travel from NOLA home | 5.00 | 250.00 | 1,250.00 |
| 03/14/10 | RBB | Travel to NOLA for testimony | 5.00 | 250.00 | 1,250.00 |
| 03/15/10 | RBB | Testimony | 8.00 | 250.00 | 2,000.00 |
| 03/15/10 | TC | Changed Ron's travel coming back from NOLA | 0.50 | 75.00 | 37.50 |
| 03/16/10 | RBB | Testimony | 1.50 | 250.00 | 375.00 |
| 03/16/10 | RBB | Work in NOLA on case | 8.00 | 250.00 | 2,000.00 |
| 03/16/10 | RBB | Travel from NOLA to WPB | 3.00 | 250.00 | 750.00 |
| 03/16/10 | TC | Changed Ron's travel; get another hotel; change Ron's travel again at end of day | 0.50 | 75.00 | 37.50 |

**Site Investigation**

| Date | Staff | Explanation | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 02/24/10 | RBB | Travel to NOLA | 3.00 | 250.00 | 750.00 |
| 02/25/10 | RBB | Hernandez site inspection | 7.00 | 250.00 | 1,750.00 |
| 02/25/10 | RBB | Travel from NOLA back to WPB | 4.00 | 250.00 | 1,000.00 |
| 02/26/10 | RBB | Working on Hernandez site notes | 5.00 | 250.00 | 1,250.00 |
| 03/01/10 | RBB | Write up report and log photos | 4.50 | 250.00 | 1,125.00 |
| | | **Total Charges:** | 111.25 | | 25,272.50 |

| Expenses: | 02/26/10 | Travel expenses - Hernandez demo observation - tri | 976.80 |
|---|---|---|---|
| | 02/26/10 | Hotel Expenses - Hernandez demo observation trip | 255.93 |
| | 03/05/10 | Color Copies Expert Report - Perricone, Sproles | 158.00 |

| Date | Description | Amount |
|---|---|---|
| 03/05/10 | B/W Copies -Expt Rpt - ACKS, Canzoneri, Goad, Clar | 296.50 |
| 03/10/10 | Mileage - 124 -Transport RB to Ft.Lauderdale Airpo | 83.08 |
| 03/14/10 | Airfare | 610.80 |
| 03/14/10 | Hotel Expenses | 481.98 |
| 03/16/10 | Travel Exp Taxicab Fare 3/14 & 3/16 | 86.00 |
| 03/17/10 | Hotel Exp - Res cancel fee for extnd stay change | 236.17 |
| 03/17/10 | Cost of Meals, etc. Per Diem | 105.00 |
| | **Invoice Total w/Expenses:** | **$28,562.76** |

Thank you for your business! Our terms are net 30 unless stated otherwise in our agreement.

Should you wish to pay your invoice by credit card Bailey Engineering is pleased to offer our quick & easy Click-N-Pay feature. Go to:

<https://secure.gotobilling.com/clicknpay/index.php?mid=236558>

Bailey Engineering Corporation looks forward to helping you or your associates with their HVAC, Building Science, Indoor Air Quality consulting and testing needs in the future. Please call or use our web site www.baileyeng.com for more information about the services we can assist you with.

Thank you so much for selecting Bailey Engineering Corporation.