

**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

|  |  |  |  |
|---|---|---|---|
| Client: | Tatum Hernandez | | |
| Operator Info: | | | |
| Operator: | JENNIFER | | |
| Estimator: | Alexis Mallet, Jr. | Business: | (337) 988-3556 |
| Business: | P. O. Box 80857 | | |
|  | Lafayette, LA 70598 | | |
| Reference: | | | |
| Company: | Alexis Mallet, Jr. | | |
| Type of Estimate: | 1596 | | |
| Dates: | | | |
| Date Entered: | 03/16/2010 | | |
| Date Est. Completed: | 04/21/2010 | | |
| Price List: | INVOICE | | |
|  | Restoration/Service/Remodel | | |
| Estimate: | CDW-HERNANDEZ-1596-3 | | |
| File Number: | 3 | | |

Send Invoice to:

Stephen J. Hermen / Herman Herman Katz & Coltar LLP
820 O'Keefe Ave.
New Orleans, LA 70113



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number:  (337) 988-3556   Fax Number:  (337) 988-1264
Federal ID Number:  72-1256185

## CDW-HERNANDEZ-1596-3

**Room:   Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **November 2, 2009** | | | |
| Spoke with Mr. Lambert regarding drywall samples to Marco and Zed | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| **November 3, 2009** | | | |
| Discussed work requirements with Mr. Lambert | 0.40 HR @ | 250.00 = | 100.00 |
| Called Mr. Hicks regarding protocol | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Called Mr. Ritter regarding protocol | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Reviewed email regarding samples to Mr. Kaltofen; met with staff for data on mock up wall | 0.30 HR @ | 250.00 = | 75.00 |
| Copies | 46.00 EA @ | 0.25 = | 11.50 |
| Received emails from Mr. Lambert's office; sent emails to Mr. Hicks and Mr. Ritter | 1.30 HR @ | 250.00 = | 325.00 |
| **November 4, 2009** | | | |
| Developed protocol; conference call with Ritter Consulting and Hicks Consulting | 14.10 HR @ | 250.00 = | 3,525.00 |
| Miscellaneous expense - meal | 1.00 EA @ | 51.41 = | 51.41 |
| Consultant's assistant - prepared files | 0.50 HR @ | 65.00 = | 32.50 |
| Miscellaneous - fed ex drywall samples to Marco Kaltofen and Zdenek Hejzlar | 1.00 EA @ | 138.71 = | 138.71 |
| Copies | 67.00 EA @ | 0.25 = | 16.75 |
| **November 5, 2009** | | | |
| Returned attorney's call | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Reviewed other manufacturers sheetrock | 0.20 HR @ | 250.00 = | 50.00 |
| Teleconference with attorney and Ritter Consulting | 0.40 HR @ | 250.00 = | 100.00 |
| Mobile phone charges | 0.40 HR @ | 19.20 = | 7.68 |
| Reviewed documents with attorney and worked on protocol; spoke with Mr. Lambert and Mr. Hicks | 3.30 HR @ | 250.00 = | 825.00 |
| Mobile phone charges | 0.80 HR @ | 19.20 = | 15.36 |
| Reviewed protocol from Florida Professional Coalition | 1.00 HR @ | 250.00 = | 250.00 |
| Consultant's assistant - prepared samples for mailing and printed emails | 0.70 HR @ | 65.00 = | 45.50 |
| Miscellaneous - fed ex drywall samples to Marco Kaltofen and Zdenek Hejzlar | 1.00 EA @ | 156.63 = | 156.63 |
| Copies | 68.00 EA @ | 0.25 = | 17.00 |
| **November 6, 2009** | | | |
| Continued working on protocol | 0.60 HR @ | 250.00 = | 150.00 |
| Returned Mr. Lambert's call (3 calls) | 0.60 HR @ | 250.00 = | 150.00 |
| Mobile phone charges | 0.60 HR @ | 19.20 = | 11.52 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

**CONTINUED - Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Called Mr. Hicks, left mesage | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Spoke with Mr. Hicks | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Spoke with attorney (2 calls) | 0.30 HR @ | 250.00 = | 75.00 |
| Mobile phone charges | 0.30 HR @ | 19.20 = | 5.76 |
| Spoke with Mr. Hicks | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Spoke with attorney | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Consultant's assistant - protocol | 0.20 HR @ | 65.00 = | 13.00 |
| Copies | 60.00 EA @ | 0.25 = | 15.00 |
| **December 10, 2009** | | | |
| Spoke with Mr. Herman regarding participation | 0.10 HR @ | 250.00 = | 25.00 |
| **December 15, 2009** | | | |
| Consultant's assistant - file organization | 0.30 HR @ | 65.00 = | 19.50 |
| **December 18, 2009** | | | |
| Recieved attorney's email and replied to same | 0.10 HR @ | 250.00 = | 25.00 |
| **December 23, 2009** | | | |
| Replied to email from attorney regarding meeting information | 0.10 HR @ | 250.00 = | 25.00 |
| **January 7, 2010** | | | |
| Received email from attorney regarding appointment | 0.10 HR @ | 250.00 = | 25.00 |
| **January 8, 2010** | | | |
| Traveled to and from Mandeville, LA to meet with clients and attorney. Reviewed issues with the home and contents | 5.80 HR @ | 250.00 = | 1,450.00 |
| Mileage | 268.00 MI @ | 0.65 = | 174.20 |
| **January 11, 2010** | | | |
| Mr. Lambert called regarding list of experts | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| **January 14, 2010** | | | |
| Reviewed P.T.O. | 0.20 HR @ | 250.00 = | 50.00 |
| **January 15, 2010** | | | |
| Attorney called regarding samples from house for testing | 0.50 HR @ | 250.00 = | 125.00 |
| Mobile phone charges | 0.50 HR @ | 19.20 = | 9.60 |
| **January 16, 2010** | | | |
| Reviewed documents from attorney, reviewed reports and made notes to file | 2.00 HR @ | 250.00 = | 500.00 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

**CONTINUED - Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Received email from attorney regarding appliances and returned email | 0.10 HR @ | 250.00 = | 25.00 |
| Copies | 5.00 EA @ | 0.25 = | 1.25 |
| **January 17, 2010** | | | |
| Worked on document form; Traveled to and from Mandeville, LA to perform scope of work | 9.90 HR @ | 250.00 = | 2,475.00 |
| Mileage | 283.00 MI @ | 0.65 = | 183.95 |
| Photographs - Hernandez | 211.00 EA @ | 2.25 = | 474.75 |
| **January 20, 2010** | | | |
| Consultant's assistant - bound reports | 1.10 HR @ | 65.00 = | 71.50 |
| Copies | 146.00 EA @ | 0.25 = | 36.50 |
| Miscellaneous - office supplies | 1.00 EA @ | 19.10 = | 19.10 |
| **January 22, 2010** | | | |
| Reviewed reports from attorney | 0.20 HR @ | 250.00 = | 50.00 |
| Spoke with attorney regarding samples | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| **January 23, 2010** | | | |
| Reviewed email from attorney regarding small appliances, tv's etc.. | 0.10 HR @ | 250.00 = | 25.00 |
| Copies | 4.00 EA @ | 0.25 = | 1.00 |
| **January 25, 2010** | | | |
| Spoke with Mr. LaGrange and sent emails regarding harvesting parts | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Copies | 34.00 EA @ | 0.25 = | 8.50 |
| Attorney called regarding samples | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Attorney called regarding schedule and equipment | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Called Mr. LaGrange regarding samples | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Called Mr. LaGrange regarding schedule | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Consultant's assistant - opened files | 3.00 HR @ | 65.00 = | 195.00 |
| Copies | 204.00 EA @ | 0.25 = | 51.00 |
| LaGrange Consultants - arranged electrician and plumber to assist in harvesting samples | 0.75 HR @ | 250.00 = | 187.50 |
| LaGrange Consultants - harvested samples | 4.50 HR @ | 250.00 = | 1,125.00 |
| LaGrange Consultants - electricians material and labor cost to harvest samples | 1.00 EA @ | 462.00 = | 462.00 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

**CONTINUED - Services Rendered**

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| LaGrange Consultants - plumbers material and labor cost to harvest samples | 1.00 EA @ | 192.00 = | 192.00 |
| **January 26, 2010** | | | |
| LaGrange Consultants - double bagged samples | 3.50 HR @ | 250.00 = | 875.00 |
| **January 27, 2010** | | | |
| LaGrange Consultants - harvested and double bagged samples | 5.50 HR @ | 250.00 = | 1,375.00 |
| LaGrange Consultants - developed Chain of Custody spreadsheet and photographic descriptions | 9.50 HR @ | 250.00 = | 2,375.00 |
| **January 28, 2010** | | | |
| Reviewed email from attorney | 0.10 HR @ | 250.00 = | 25.00 |
| Consultant's assistant - printed emails | 0.20 HR @ | 65.00 = | 13.00 |
| Copies | 13.00 EA @ | 0.25 = | 3.25 |
| **February 2, 2010** | | | |
| Consultant's assistant - research and printed photographs | 2.00 HR @ | 65.00 = | 130.00 |
| Copies - color | 4.00 EA @ | 1.15 = | 4.60 |
| **February 3, 2010** | | | |
| Consultant's assistant - printed emails | 0.10 HR @ | 65.00 = | 6.50 |
| Copies | 5.00 EA @ | 0.25 = | 1.25 |
| **February 5, 2010** | | | |
| LaGrange Consultants - harvested and double bagged sample | 1.00 HR @ | 250.00 = | 250.00 |
| LaGrange Consultants - miscellaneous materials | 1.00 EA @ | 271.72 = | 271.72 |
| LaGrange Consultants - electricians material and labor cost to harvest samples | 1.00 EA @ | 657.44 = | 657.44 |
| **February 6, 2010** | | | |
| Edited scope and estimate | 4.00 HR @ | 250.00 = | 1,000.00 |
| **February 8, 2010** | | | |
| Spoke with Mr. Ingels and worked on estimate | 1.10 HR @ | 250.00 = | 275.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Consultant's assistant - transcribed estimate | 5.50 HR @ | 65.00 = | 357.50 |
| Copies | 34.00 EA @ | 0.25 = | 8.50 |
| **February 9, 2010** | | | |
| Returned Mr. Herman's call | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Copies | 35.00 EA @ | 0.25 = | 8.75 |
| **February 10, 2010** | | | |
| Spoke with George regarding scope | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556   Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

## CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **February 11, 2010** | | | |
| Spoke with George regarding scope | 1.20 HR @ | 250.00 = | 300.00 |
| Copies | 32.00 EA @ | 0.25 = | 8.00 |
| **February 12, 2010** | | | |
| Spoke with Mr. LaGrange regarding piping and a/c | 0.10 HR @ | 250.00 = | 25.00 |
| Consultant's assistant #1 - emailed photographs | 0.50 HR @ | 65.00 = | 32.50 |
| Consultant's assistant #2 - transcribed estimate | 6.40 HR @ | 65.00 = | 416.00 |
| Copies | 25.00 EA @ | 0.25 = | 6.25 |
| **February 13, 2010** | | | |
| Reviewed email and items within estimate | 1.70 HR @ | 250.00 = | 425.00 |
| **February 17, 2010** | | | |
| Received call from Mr. Peterson regarding reliance material | 0.10 HR @ | 250.00 = | 25.00 |
| **February 18, 2010** | | | |
| Worked on reliance material; returned Mr. Lambert's call, left message | 1.10 HR @ | 250.00 = | 275.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Received Fredericks appraisal | 0.10 HR @ | 250.00 = | 25.00 |
| Spoke with Mr. Lambert regarding reliance material and scope | 0.30 HR @ | 250.00 = | 75.00 |
| Consultant's assistant - worked on reliance material | 2.00 HR @ | 65.00 = | 130.00 |
| Copies | 35.00 EA @ | 0.25 = | 8.75 |
| **February 23, 2010** | | | |
| Attorney called regarding splices on boxes; spoke with engineers and returned attorney's call | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Worked on electrical code issues; called Mr. LaGrange, code official, Mr. Hicks and Mr. Lambert | 1.00 HR @ | 250.00 = | 250.00 |
| Mobile phone charges | 0.80 HR @ | 19.20 = | 15.36 |
| Attorney instructed to send engineer to review plaintiff's repair work | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Spoke with engineer regarding inspection and verbal report of findings | 0.30 HR @ | 250.00 = | 75.00 |
| Mobile phone charges | 0.30 HR @ | 19.20 = | 5.76 |
| D. Hicks Consulting - site observation | 9.00 HR @ | 250.00 = | 2,250.00 |
| Research - webinar | 1.00 EA @ | 66.00 = | 66.00 |
| **February 24, 2010** | | | |
| Mr. Lambert called regarding Knauf Control House | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Reviewed email from Mr. Herman regarding reliance material | 0.10 HR @ | 250.00 = | 25.00 |
| Spoke with attorney regarding Control House / Esplanade | 0.10 HR @ | 250.00 = | 25.00 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

## CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| D. Hicks Consulting - calculations | 2.00 HR @ | 250.00 = | 500.00 |
| D. Hicks Consulting - site observation (assistant) | 3.00 HR @ | 102.00 = | 306.00 |
| **February 25, 2010** | | | |
| Traveled to and from Mandeville, LA to observe chinese drywall demolition | 12.30 HR @ | 250.00 = | 3,075.00 |
| Mileage | 292.00 MI @ | 0.65 = | 189.80 |
| Supervisor - drove to and from Mandeville, LA to assist in performing inspection and oservation of home. | 14.25 HR @ | 65.00 = | 926.25 |
| Photographs - Hernandez | 23.00 EA @ | 2.25 = | 51.75 |
| Photographs - Control House / Esplanade | 445.00 EA @ | 2.25 = | 1,001.25 |
| Measured garage and scoped | 1.30 HR @ | 250.00 = | 325.00 |
| Consultant's assistant - worked on files | 0.30 HR @ | 65.00 = | 19.50 |
| Copies | 65.00 EA @ | 0.25 = | 16.25 |
| **February 26, 2010** | | | |
| Received call from attorney regarding samples for Control House / Esplanade | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Received call from attorney regarding deposition (Hernandez) | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Reviewed email from attorney regarding trial testing (Hernandez) | 0.10 HR @ | 250.00 = | 25.00 |
| **February 27, 2010** | | | |
| Worked on file | 4.40 HR @ | 250.00 = | 1,100.00 |
| Spoke with Mr. Lambert regarding trial preparation | 0.60 HR @ | 250.00 = | 150.00 |
| Mobile phone charges | 0.60 HR @ | 19.20 = | 11.52 |
| Copies | 136.00 EA @ | 0.25 = | 34.00 |
| **February 28, 2010** | | | |
| Worked with office staff regarding powerpoint presentation | 2.60 HR @ | 250.00 = | 650.00 |
| Consultant's assistant - worked on powerpoint presentation | 2.25 HR @ | 65.00 = | 146.25 |
| **March 1, 2010** | | | |
| Worked on harvesting switch box | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Reviewed emails from Mr. LaGrange and Mr. Lambert | 0.20 HR @ | 250.00 = | 50.00 |
| Forwarded emails to assistant for printing | 0.20 HR @ | 250.00 = | 50.00 |
| D. Hicks Consulting - report | 2.00 HR @ | 250.00 = | 500.00 |
| Consultant's assistant - burned to disc | 0.20 HR @ | 65.00 = | 13.00 |
| **March 2, 2010** | | | |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number:  (337) 988-3556   Fax Number:  (337) 988-1264
Federal ID Number:  72-1256185

## CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| D. Hicks Consulting - report | 6.00 HR @ | 250.00 = | 1,500.00 |
| **March 3, 2010** | | | |
| Spoke with Mr. Lambert regarding copper pipes to SGH | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Called Mr. Hicks regarding codes, left message | 0.30 HR @ | 250.00 = | 75.00 |
| Mobile phone charges | 0.30 HR @ | 19.20 = | 5.76 |
| Coordinated meeting with Mr. LaGrange and Mr. Hicks regarding outlet removal | 0.80 HR @ | 250.00 = | 200.00 |
| Mobile phone charges | 0.80 HR @ | 19.20 = | 15.36 |
| Met with Mr. Lambert regarding affidavit and reviewed reports | 4.30 HR @ | 250.00 = | 1,075.00 |
| D. Hicks Consulting - report | 2.00 HR @ | 250.00 = | 500.00 |
| LaGrange Consultants - harvested switch boxes with electrician, emailed photographs and overnight shipped items | 5.00 HR @ | 250.00 = | 1,250.00 |
| LaGrange Consultants - electrician's material and cost to harvest samples | 1.00 HR @ | 657.60 = | 657.60 |
| LaGrange Consultants - materials and shipping cost | 1.00 EA @ | 43.50 = | 43.50 |
| Consultant's assistant #1 - photographs burned to disc and researched code enforcement | 1.10 HR @ | 65.00 = | 71.50 |
| Long distance services | 0.10 HR @ | 15.00 = | 1.50 |
| Copies - reports | 47.00 EA @ | 0.25 = | 11.75 |
| Consultant's assistant #2 - worked on report | 3.20 HR @ | 65.00 = | 208.00 |
| Miscellaneous - Fed ex | 1.00 EA @ | 22.88 = | 22.88 |
| Miscellaneous - disc | 1.00 EA @ | 9.00 = | 9.00 |
| **March 4, 2010** | | | |
| Spoke with Mr. Hicks regarding defendants report | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Mr. Lambert called | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Drove to New Orleans, LA; prepared documents and powerpoint presentation | 7.70 HR @ | 250.00 = | 1,925.00 |
| Mileage | 149.00 MI @ | 0.65 = | 96.85 |
| Miscellaneous - hotel (2) nights | 1.00 EA @ | 427.51 = | 427.51 |
| Miscellaneous - meals | 1.00 EA @ | 24.86 = | 24.86 |
| D. Hicks Consulting - report | 2.00 HR @ | 250.00 = | 500.00 |
| Consultant's assistant - prepared Mr. Mallet for trip | 3.50 HR @ | 65.00 = | 227.50 |
| Copies - reports | 139.00 EA @ | 0.25 = | 34.75 |
| Consultant's assistant #2 - worked on report | 6.80 HR @ | 65.00 = | 442.00 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number:  (337) 988-3556   Fax Number:  (337) 988-1264
Federal ID Number:  72-1256185

## CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| **March 5, 2010** | | | |
| Met with Mr. Lambert, Mr. Herman, Grand and Seagar to discuss defense's witness examination and pricing. Met with Mr. Pinedo to review data; spoke with office staff providing direction regarding report changes and reliance material. Returned Mr. Equyer's call regarding reliance documents and worked on revisions | 8.10 HR @ | 250.00 = | 2,025.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| D. Hicks Consulting - report | 4.00 HR @ | 250.00 = | 1,000.00 |
| Consultant's assistant #1 - worked on reliance material | 9.00 HR @ | 65.00 = | 585.00 |
| Consultant's assistant #2 - worked on file organization | 3.50 HR @ | 65.00 = | 227.50 |
| Consultant's assistant #3 - worked on report, estimate and presentation | 10.20 HR @ | 65.00 = | 663.00 |
| Copies | 332.00 EA @ | 0.25 = | 83.00 |
| **March 6, 2010** | | | |
| Met with Mr. Lambert regarding sample switches | 0.80 HR @ | 250.00 = | 200.00 |
| Consultant's assistant - worked on report, estimate and presentation | 3.20 HR @ | 65.00 = | 208.00 |
| LaGrange Consultants - reviewed Hernandez CDW evidence with Mr. Hugh Lambert | 1.50 HR @ | 250.00 = | 375.00 |
| **March 7, 2010** | | | |
| Worked on powerpoint presentation | 1.80 HR @ | 250.00 = | 450.00 |
| Consultant's assistant - worked on report, estimate and presentation | 8.20 HR @ | 65.00 = | 533.00 |
| Copies | 43.00 EA @ | 0.25 = | 10.75 |
| **March 8, 2010** | | | |
| Deposition preparation; traveled to New Orleans, LA to meet with attorneys | 14.90 HR @ | 325.00 = | 4,842.50 |
| Mileage | 149.00 MI @ | 0.65 = | 96.85 |
| Miscellaneous - hotel | 1.00 EA @ | 213.76 = | 213.76 |
| LaGrange Consultants - shipped evidence | 1.00 HR @ | 250.00 = | 250.00 |
| LaGrange Consultants - shipping materials | 1.00 EA @ | 4.80 = | 4.80 |
| LaGrange Consultants - shipped evidence (Control House / Esplanade) | 1.00 HR @ | 250.00 = | 250.00 |
| LaGrange Consultants - shipping materials (Control House / Esplanade) | 1.00 EA @ | 4.80 = | 4.80 |
| D. Hicks Consulting - teleconference | 2.00 HR @ | 250.00 = | 500.00 |
| Consultant's assistant #1 - printed pictures by other | 10.50 HR @ | 65.00 = | 682.50 |
| Consultant's assistant #2 - research | 5.00 HR @ | 65.00 = | 325.00 |
| Copies - color of photographs by other | 119.25 EA @ | 1.15 = | 137.14 |
| **March 9, 2010** | | | |
| Deposition preparation; met with Mr. Muenier after deposition | 4.00 HR @ | 325.00 = | 1,300.00 |
| Deposition participation | 6.50 HR @ | 325.00 = | 2,112.50 |

CDW-HERNANDEZ-1596-3                                                                                 04/27/2010  Page: 9



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

### CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Deposition participation - paid by other 04/14/2010 | 6.50 HR @ | -325.00 = | -2,112.50 |
| Returned to Lafayette, LA | 2.40 HR @ | 250.00 = | 600.00 |
| Mileage | 149.00 MI @ | 0.65 = | 96.85 |
| Reviewed email from Mr. Seager | 0.10 HR @ | 250.00 = | 25.00 |
| Consultant's assistant #1- research | 2.50 HR @ | 65.00 = | 162.50 |
| Consultant's assistant #2- continued working on photographs | 3.50 HR @ | 65.00 = | 227.50 |
| **March 10, 2010** | | | |
| Spoke with Amy regarding Herman photographs | 0.10 HR @ | 250.00 = | 25.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Mr. Lambert called regarding cost versus Carubba | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Consultant's assistant - worked on photographs | 3.00 HR @ | 65.00 = | 195.00 |
| **March 11, 2010** | | | |
| Worked on powerpoint presentation | 4.50 HR @ | 250.00 = | 1,125.00 |
| Consultant's assistant #1- printed estimate | 0.10 HR @ | 65.00 = | 6.50 |
| Consultant's assistant #2- worked on spreadsheet | 4.65 HR @ | 65.00 = | 302.25 |
| Copies | 31.00 EA @ | 0.25 = | 7.75 |
| **March 12, 2010** | | | |
| Called Mr. Hicks regarding electrical code in effect today | 6.10 HR @ | 250.00 = | 1,525.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |
| Copies | 12.00 EA @ | 0.25 = | 3.00 |
| Spoke with Mr. Lambert and Mr. Muenier regarding spreadsheet and powerpoint presentation | 1.10 HR @ | 250.00 = | 275.00 |
| Mobile phone charges | 1.10 HR @ | 19.20 = | 21.12 |
| **March 13, 2010** | | | |
| Reviewed information on appliances | 1.10 HR @ | 250.00 = | 275.00 |
| Discussion with attorneys | 1.30 HR @ | 250.00 = | 325.00 |
| Mobile phone charges | 1.30 HR @ | 19.20 = | 24.96 |
| Consultant's assistant - worked on presentation | 3.50 HR @ | 65.00 = | 227.50 |
| Miscellaneous - research material | 1.00 EA @ | 487.96 = | 487.96 |
| LaGrange Consultants - inspected kitchen and utility room appliances for corrosion | 2.00 HR @ | 250.00 = | 500.00 |
| LaGrange Consultants - transfer photographs and notes into powerpoint presentation | 1.50 HR @ | 250.00 = | 375.00 |
| **March 14, 2010** | | | |
| Teleconference with Mr. Lambert and Mr. Muenier | 2.30 HR @ | 250.00 = | 575.00 |
| Mobile phone charges | 2.30 HR @ | 19.20 = | 44.16 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA 70598-0857
103 Bradbury Crossing, Lafayette, LA 70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

## CONTINUED - Services Rendered

| DESCRIPTION | QNTY | UNIT COST | TOTAL |
|---|---|---|---|
| Provided direction to office staff | 1.40 HR @ | 250.00 = | 350.00 |
| Teleconference with attorney | 0.20 HR @ | 250.00 = | 50.00 |
| Mobile phone charges | 0.20 HR @ | 19.20 = | 3.84 |
| Consultant's assistant #1- worked on report; reliance material and file organization | 5.50 HR @ | 65.00 = | 357.50 |
| Consultant's assistant #2- worked on report; reliance material and file organization | 6.50 HR @ | 65.00 = | 422.50 |
| Consultant's assistant #3- worked on discussion of estimate differences | 6.50 HR @ | 65.00 = | 422.50 |
| Copies | 231.00 EA @ | 0.25 = | 57.75 |
| **March 15, 2010** | | | |
| Traveled to and from New Orleans, LA for trial participation | 11.10 HR @ | 325.00 = | 3,607.50 |
| Mileage | 150.00 MI @ | 0.65 = | 97.50 |
| Miscellaneous - hotel | 1.00 EA @ | 131.36 = | 131.36 |
| **March 16, 2010** | | | |
| Trial preparation; met with Mr. Lambert and Mr. Muenier; gave trial testimony | 11.50 HR @ | 325.00 = | 3,737.50 |
| **March 17, 2010** | | | |
| Consultant's assistant #1- research coil coating and carpet | 0.50 HR @ | 65.00 = | 32.50 |
| Consultant's assistant #2- worked on spreadsheet | 0.20 HR @ | 65.00 = | 13.00 |
| **March 23, 2010** | | | |
| D. Hicks Consulting - reviewed NEC interpretation | 1.00 HR @ | 250.00 = | 250.00 |
| Mobile phone charges | 0.10 HR @ | 19.20 = | 1.92 |



**First General Services of the South, Inc.**

P. O. Box 80857, Lafayette, LA  70598-0857
103 Bradbury Crossing, Lafayette, LA  70508
Phone Number: (337) 988-3556  Fax Number: (337) 988-1264
Federal ID Number: 72-1256185

**Total for Invoice # 1596**

**Invoice Total**                                                                          77,687.19

Alexis Mallet, Jr.