UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION:  L |
| THIS DOCUMENT RELATES TO: SEAN AND BETH PAYTON, et al. vs. KNAUF GIPS, DG, et al. CASE NO. 2:09cv-07628 _____/ | JUDGE FALLON  MAG. JUDGE WILKINSON |

ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME
TO SUBMIT DEFENDANT PROFILE FORM

Upon consideration of the Ex Parte Motion for Extension of Time to Submit Defendant Profile Form, filed by Defendants, Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC.

IT IS HEREBY ORDERED, the Motion for Extension of Time to Submit Defendant Profile Form is hereby GRANTED; and

IT IS FURTHER ORDERED, Defendants, Morrison Homes, Inc., n/k/a Taylor Morrison Services, Inc., and Taylor Woodrow Communities at Vasari, LLC, shall be granted until July 30, 2010, within which to submit the appropriate Profile Forms in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Court Judge

1