UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

I IN RE:   CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION          MDL NO. 2047

                                       SECTION L

THIS DOCUMENT RELATES TO               JUDGE: Fallon
David Gross, et al v. Knauf Gips KG, et al.   MAG. JUDGE WILKINSON
Case No: 2:09-cv-06690 (E.D.La.)
_____/

### AFFIDAVIT OF RICHARD FADIL IN SUPPORT OF DEFENDANT, HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS PLAINTIFF MARY ANNE BENES' SUBSTITUTED AND AMENDED OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III) FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Richard A. Fadil**, who, being duly sworn, upon his oath deposed and stated as follows:

1. I am the Chief Financial Officer and Execute Vice President of Holiday Builders, Inc. ("Holiday"), and I make this Affidavit of my own personal knowledge in support of Defendant's Motion to Dismiss Plaintiffs' Substituted and Amended Omnibus Class Action Complaint in Intervention (III).

2. I am over the age of 18 years. I am otherwise competent to testify as to the matters set forth below.

3. Holiday is a corporation organized and existing under the laws of the State of Florida and has its principal place of business in Melbourne, Florida.

4. Holiday is a home builder that contracts with third party vendors for the construction of single-family homes and/or sells completed single-family homes.

5. Holiday has never built a residence in the state of Louisiana or had any contracts or subcontracts with companies located in Louisiana.

EXHIBIT A

310663 v_01 \ 108652.0081

6. In fact, Holiday has never been licensed or registered to do business in Louisiana, nor has Holiday ever had any offices or employees in Louisiana.

7. Holiday does not have an agent for service of process in Louisiana.

8. Holiday does not have any bank accounts in Louisiana or own any property in Louisiana.

9. Holiday does not solicit business in Louisiana and Holiday has never transacted business in Louisiana.

10. According to Schedule 2 (attached to Plaintiffs' Complaint), Holiday allegedly built two (2) of the single-family residences at issue in this lawsuit. Both such residences are located in Florida. Specifically, said residences are located in Lehigh Acres, Florida and Palm Bay, Florida.

11. Any contracts entered into with the two Plaintiffs were negotiated and performed in Florida.

12. Additionally, Holiday has never opened a bank account in Louisiana, maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

13. Consequently, Holiday never anticipated it would be haled into court in Louisiana.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ R. Fadil*

Richard A. Fadil
Executive Vice President
Holiday Builders, Inc.

STATE OF FLORIDA
COUNTY OF _Brevard_

**SWORN TO AND SUBSCRIBED** before me this _17th_ day of June 2010, by **Richard A. Fadil** who is personally known to me/has produced _personally known_ as identification and who did/did not take an oath.

NOTARY PUBLIC _[signature]_
Print Name: Marcia A. Bartley
Commission No.:_____
My Commission Expires:_____

MARCIA A. BARTLEY
MY COMMISSION # DD 754110
EXPIRES: February 4, 2012
Bonded Thru Budget Notary Services

(SEAL)

310663 v_01 \ 108652.0081