UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION     MDL NO. 2047

SECTION: L

THIS DOCUMENT RELATES TO     JUDGE: Fallon
David Gross, et al v. Knauf Gips KG, et al.     MAG. JUDGE WILKINSON
Case No: 2:09-cv-06690 (E.D.La.)
_____/

## NOTICE OF HEARING ON DEFENDANT HOLIDAY BUILDERS, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

PLEASE TAKE NOTICE that Defendant, Holiday Builders, Inc., has filed the attached Motion to Dismiss for Lack of Personal Jurisdiction. PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on Wednesday, August 11, 2010, at 9:00 a.m. before the Honorable Eldon E. Fallon.

Respectfully submitted,

/s/ John Armando Boudet
John Armando Boudet
Florida Bar No. 0515670
jboudet@ralaw.com
Roetzel & Andress, LPA
420 South Orange Avenue
CNL Center II, 7th Floor
Orlando, FL 32801
Telephone No: 407.896-2224
Facsimile No: 407.835.3596
*Counsel for Defendant, Holiday Builders, Inc*

310617 v_02 \ 108652.0081

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that the above and foregoing HOLIDAY BUILDERS, INC., NOTICE OF HEARING, has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by US Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM./ECF System, which will send a notice of electronic filing in accordance with eh procedures established in MDL 2047, on this 18th day of June, 2010.

                                       <u>/s/ John Armando Boudet</u>
                                       John Armando Boudet
                                       Florida Bar No. 0515670
                                       jboudet@ralaw.com
                                       Roetzel & Andress, LPA
                                       420 South Orange Avenue
                                       CNL Center II, 7th Floor
                                       Orlando, FL  32801
                                       Telephone No:  407.896-2224
                                       Facsimile No:  407.835.3596
                                       *Counsel for Defendant, Holiday Builders, Inc.*