MINUTE ENTRY
J. FALLON
JUNE 18, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L"(2) |
| THIS DOCUMENT RELATES TO: *Paul Clement & Celeste Schexnaydre Clement v. Knauf Plasterboard (Tianjin) Co. Ltd. (KPT)*, Case No. 09-7628; *John Campbell v. Knauf Plasterboard (Tianjin) Co. Ltd. (KPT)*, Case No. 09-7628 | * * * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

A settlement conference was held in the Chambers of Judge Eldon E. Fallon on this date. Andrew Lemmon was present via telephone on behalf of Plaintiffs Paul Clement and Celeste Schexnaydre Clement. Hugh Lambert was present on behalf of Plaintiff John Campbell. Russ Herman was present on behalf of the Plaintiffs' Steering Committee. Kerry Miller was present via telephone on behalf of Defendant Knauf Plasterboard (Tianjin) Co. Ltd. The conference was transcribed by Ms. Jodi Simcox, Official Court Reporter. To request a transcript, please contact Ms. Simcox at 504-589-7780.

At the conference, the parties in the above captioned matters informed the Court that they had reached settlement. Counsel read into the record the terms of the settlement agreements. The Court recognized that Plaintiffs Paul Clement and Celeste Schexnaydre Clement and Defendant Knauf Plasterboard (Tianjin) Co. Ltd., in Case No. 09-7628, have firmly agreed upon a compromise, as well as Plaintiff John Campbell and Defendant Knauf Plasterboard (Tianjin) Co. Ltd. (KPT), in Case No. 09-7628, have firmly agreed upon a compromise. Accordingly, IT

JS10(00:30)

IS ORDERED that a PARTIAL ORDER OF DISMISSAL be entered with regard to *Paul Clement & Celeste Schexnaydre Clement v. Knauf Plasterboard (Tianjin) Co. Ltd. (KPT)*, Case No. 09-7628, and *John Campbell v. Knauf Plasterboard (Tianjin) Co. Ltd. (KPT)*, Case No. 09-7628. IT IS FURTHER ORDERED that these matters be DISMISSED without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties.

COUNSEL ARE REMINDED THAT, if witnesses have been subpoenaed, <u>EVERY WITNESS MUST</u> be notified by counsel not to appear.