MINUTE ENTRY
FALLON, J.
JUNE 17, 2010

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRY WALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Campbell v. Knauf Plasterboard Tianjin Co. Ltd.,* **09-7628 (Omni I);** *Clement v. Knauf Plasterboard Tianjin Co. Ltd.,* **09-7628 (Omni I)**

A pretrial conference was held on this date in the Chambers of Judge Eldon E. Fallon. Present were the members of the trial teams for the upcoming June 21, 2010, bellwether trial. At the conference, the Court and counsel discussed the logistics of the trial.

Counsel were given the potential juror lists. The Court admonished counsel not to contact these potential jurors, their family, friends, or neighbors.

The Court granted the parties permission to use photographs or illustrations during their opening arguments, but only with approval from opposing counsel.

The Court directed the Plaintiffs to supply the Defendant with a final witness list and the order of the first day's witnesses by Friday. Thereafter, the Court directed the Plaintiffs to advise the Defendant at least a day before the order of witnesses to be called the following day. The Defendants are directed to do the same.

JS10(00:30)

The parties presented the Court with a signed Stipulation, which is attached to this Minute Entry. IT IS ORDERED that this Stipulation be entered into the record.