# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION: L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| Payton v. Knauf Plasterboard (Tianjin) Co., | * | MAG. JUDGE |
| Ltd., et al (Case No. 09-7628) | * | WILKINSON |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## JOINT STIPULATION

Plaintiffs, John Campbell (1032 Clarise Court, Slidell, LA) and Paul and Celeste Clement (612 Ridgewood Drive, Metairie, LA) ("Plaintiffs"), and Defendant, Knauf Plasterboard (Tianjin) Co., LTd. ("KPT"), stipulate as follows:

(1) KPT stipulates that its appearance in this Court is voluntary and that it has waived its defenses to service of process, jurisdiction and venue regarding the claims of Campbell and Clement.

(2) Plaintiffs allege more than $75,000 in controversy (exclusive of interest and costs), in a dispute between citizens of the State of Louisiana and subjects of China, and that 28 U.S.C. §1332(a)(2), or alternatively 28 U.S.C. §1367, applies.

(3) KPT stipulates that it is liable for damages recoverable under the Louisiana Products Liability Act ("LPLA") and proven at trial.

(4) Plaintiffs claim they have a claim for Stigma damages. KPT denies the claim and reserves all right.

(5) KPT stipulates that it will not assert the defenses of comparative fault, contribution and/or reduction in KPT's legal responsibility to Plaintiffs as a result of any alleged conduct or fault of any other party, person or entity.

(6) It is agreed by KPT and Plaintiffs that the terms of this stipulation shall not be used for purposes of collateral estoppels or issue preclusion or as an admission in other cases, or before any regulatory or administrative agencies.

(7) The parties stipulate that, in this proceeding, the LPLA establishes the exclusive theory of liability for manufacturers under Louisiana law.

(8) The parties stipulate in this proceeding that the damages sought are pecuniary only.

(9) KPT designed, manufactured and sold drywall contained in a portion of Plaintiffs' homes.

(10)   Plaintiffs bought certain KPT drywall that was installed in portions of but not all of Plaintiffs' homes.

(11)   The KPT drywall in Plaintiffs' homes emits reduced sulfur gases and emits an odor.

(12)   The non-KPT drywall in Plaintiffs' homes does not emit reduced sulfur gases and does not emit an odor.

(13)   Plaintiffs and KPT agree that the drywall, electrical switches, electrical outlets, and electrical wiring on the first floor of the Clement home will be replaced.

(14)   Plaintiffs and KPT agree that the drywall, electrical switches, electrical outlets and electrical wiring in the garage, master bedroom, master bathroom and spare bathroom of the Campbell home will be replaced.

(15)   Plaintiffs claim that those repairs are necessary throughout the Clement and Campbell homes.

Dated: June 17, 2010

Respectfully submitted,

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY  10004
Phone:  (212) 584-0700
Fax:  (212) 584-0799
cseeger@seegerweiss.com

Gerald E. Meunier, #9471
Michael J. Ecuyer, #23050
Gainsburgh, Benjamin, David,
Meunier & Warshauer, L.L.C.
2800 Energy Centre
1100 Poydras Street
New Orleans, LA  70163
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com
mecuyer@gainsben.com

Hugh P. Lambert, #7933
Lambert & Nelson, APLC
701 Magazine Street
New Orleans, LA  70130
Phone:  (504) 581-1750
Fax:  (504) 529-2931
hugh@lambertandnelson.com

Andrew A. Lemmon, #18302
Lemmon Law Firm
15058 River Road
Hahnville, LA  70057
Phone:  (504) 783-6789
Fax:  (504) 783-1333
andrew@lemmonlawfirm.com

Russ M. Herman, #6819
Leonard A. Davis, #14190
Stephen J. Herman, #23129
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Phone: (504) 581-4892
Fax: (504) 561-6024
sherman@hhkc.com

Arnold Levin
Fred S. Longer
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (212) 592-1500
Fax: (212) 592-4663
alevin@lfsblaw.com


_Miles P. Clement_

Miles P. Clement, #4184
Peter E. Sperling, #17812
Kerry J. Miller, #24562
Kyle A. Spaulding, #29000
Paul C. Thibodeaux, #29446
Frilot L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Phone: (504) 599-8194
Fax: (504) 599-8145
kmiller@frilot.com


## CERTIFICATE

I hereby certify that the above and foregoing pleading has been served upon by email and to all parties by electronically uploading same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 17th day of June, 2010.

/s/ Christopher Seeger
CHRISTOPHER SEEGER