IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------- | x | ------------------------------------------- |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------- | x | ------------------------------------------- |

### ORDER

Upon consideration of the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests, filed herein by BRADFORD PLASTERING, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Plaintiffs' Rule 34 Requests be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant BRADFORD PLASTERING, INC. shall be granted until July 2, 2010 within which to respond to Plaintiffs' Rule 34 Requests served in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

New Orleans, Louisiana, this __18th__ day of June, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1079030