UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**

      **Plaintiffs,**

  **v.**

**KNAUF GIPS KG, et al.**

MDL 2047

CASE NO. 09-6690

### ORDER

Considering Defendant's Motion for F. Douglas Montague, III, to Appear Pro Hace Vice, IT IS ORDERED that this Motion is DENIED.  Pursuant to Pretrial Order No. 1, paragraph 12, all attorneys admitted to practice, in good standing in a U.S. District Court are admitted pro hac vice to the MDL litigation.  The Court directs counsel to familiarize himself with the pretrial orders in the present litigation and the Court's Chinese drywall MDL website at www.laed.uscourts.gov/drywall/drywall.htm, particularly the "Frequently Asked Questions" section.

New Orleans, Louisiana this __18th__ day of ___June___, 2010.

_____
**JUDGE, UNITED STATES DISTRICT COURT**