UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 JUDGE FALLON MAG. WILKINSON |
| This document relates to: PATRICIA BOURGEOIS AND GLENN BOURGEOIS vs. ALLSTATE INDEMNITY COMPANY; LOUISIANA CITIZENS PROPERTY INSURANCE CORPORATION; AND ASI LLOYDS | * * * * * * * * | NO: 10-0052 |

## ORDER

Considering Plaintiffs' Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED, that Hugh Lambert and Cayce Peterson of the law firm of Lambert & Nelson, P.L.C. and Wayne Kreger and Jason Rudolph of the law firm of Milstein, Adelman & Kreger, L.L.P are enrolled as counsel of record for Plaintiffs in this matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge