UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 JUDGE FALLON MAG. WILKINSON |
| **************************************************** | | |
| This document relates to: | * * | |
| GWEN CATHCART, HUSBAND OF/AND CAROLYN CATHCART vs. AUTO CLUB FAMILY INSURANCE COMPANY | * * * * * * | NO: 10-1083 |

**************************************************************************

## ORDER

Considering Plaintiffs' Motion to Enroll as Additional Counsel of Record:

IT IS HEREBY ORDERED, that Hugh Lambert and Cayce Peterson of the law firm of Lambert & Nelson, P.L.C. and Wayne Kreger and Jason Rudolph of the law firm of Milstein, Adelman & Kreger, L.L.P are enrolled as counsel of record for Plaintiffs in this matter.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2010.

                                                                              Honorable Eldon E. Fallon
                                                                              United States District Judge