UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | | JUDGE FALLON |
| | | MAG. WILKINSON |
| This document relates to: | * * | |
| SHELLY SANSONE | * * | NO: 10-723 |
| vs. | * * * | |
| STATE FARM FIRE & CASUALTY COMPANY | * | |

## MOTION TO ENROLL AS ADDITIONAL COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, comes Plaintiff Shelly Sansone, who respectfully moves this Honorable Court for an Order permitting Hugh Lambert and Cayce Peterson of the law firm of Lambert & Nelson, P.L.C., 701 Magazine Street, New Orleans, Louisiana, 70130 and Wayne Kreger and Jason Rudolph of the law firm Milstein, Adelman & Kreger, LLP, 2800 Donald Douglas Loop North, Santa Monica, California 90405 to enroll as additional counsel of record in this matter.

Dated: June 21, 2010                                         Respectfully submitted,

/s/ Cynthia St. Amant

**KANNER & WHITELEY, L.L.C.**
Allan Kanner – (La. #20580)
a.kanner@kanner-law.com
Cynthia St. Amant – (La. #24439)
c.stamant@kanner-law.com
Melissa M. Fuselier – (La. #31163)
m.fuselier@kanner-law.com
701 Camp Street
New Orleans, LA 70130
Telephone: (504) 524-5777
Facsimile:  (504) 524-5763

*and*

**LAW OFFICES OF GREGORY P. DILEO, A.P.L.C.**
Gregory P. Dileo - (La. # 4943)
gregorydileo@gmail.com
300 Lafayette Street, Suite 101
New Orleans, Louisiana 70130
Telephone: (504)-522-3456
Facsimile: (504)-522-3888

**Attorneys for Plaintiff**

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to Enroll has been served upon Defendant's counsel Porteous Hainkel & Johnson, Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 21st day of June, 2010.

/s/ Cynthia St. Amant