David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104035-0122

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--Swedberg Enterprises, Inc., c/o Kimberly A. Swedberg
Court Case No. 09-6690

State of:  _Florida_ ) ss.
County of:  _Hillsborough_ )

**Name of Server:**  _Greg A. Scott_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**  that on the _24th_ day of _May_, 20 _10_, at _10:40_ o'clock _A_ M

**Place of Service:**  at  _8811 State Road 52, Ste. 26_, in  _Hudson, FL  34667_

**Documents Served:**  the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**  A true and correct copy of the aforesaid document(s) was served on:
**Swedberg Enterprises, Inc., c/o Kimberly A. Swedberg**

**Person Served, and Method of Service:**  By delivering them into the hands of an officer or managing agent whose name and title is:  _Steve Woitlein / CFO_

**Description of Person Receiving Documents:**  The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brn_ ; Facial Hair _no_
Approx. Age _40's_ ; Approx. Height _5'10_ ; Approx. Weight _180_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**  Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_   5/25/10

**APS International, Ltd.**

Subscribed and sworn to before me this _25th_ day of _May_, 20 _10_

_Elaine F. Jones_   _Notary Public_   (Commission Expires) _3/2_

ELAINE F. JONES
MY COMMISSION # DD 857266
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters