David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0089

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Modern Construction Group, Inc., c/o Charles A. Fletcher, Jr., Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Orange )

Name of Server: **Anthony Lu**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21 day of May, 20 10, at 8:00 o'clock P M

Place of Service: at 6530 Nina Rosa Drive, in Orlando, FL 32819

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Modern Construction Group, Inc., c/o Charles A. Fletcher, Jr., Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: Charles A. Fletcher, Jr., Registered Agent

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M; Skin Color White; Hair Color Brown; Facial Hair No
Approx. Age 45; Approx. Height 5'0"; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server   5-24-10
Anthony Lu
APS International, Ltd.  #7053

Subscribed and sworn to before me this 24 day of May, 20 10

Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Karen S. Hernandez
Commission # DD859349
Expires: MAY 22, 2013
BONDED THRU ATLANTIC BONDING CO., INC.