| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |

APS File #: 104035-0136

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Groza Builders, Inc., c/o Patricia Groza, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **May**, 20 **10**, at **11:00** o'clock **A** M

**Place of Service:** at ~~1417 SW Ospray Cove~~ **511 SW Port St. Lucie Blvd**, in Port St. Lucie, FL ~~34986~~ **34953**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Groza Builders, Inc., c/o Patricia Groza, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Tony Groza, Vice President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair —
Approx. Age **35**; Approx. Height **6'3"**; Approx. Weight **250 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **25** day of **May**, 20 **10**

Notary Public    7/14/12 (Commission Expires)

**APS International, Ltd.**


BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services