## TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| USDC. E.D. LA | CR-10-2047 |

Short Case Title _Hernandez vs Knaut_  Court Reporter _Karen Ibos_

Date Notice of Appeal Filed by Clerk of District Court _6-7-10_  Court of Appeals # _Not Assigned_
(If Available)

---

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☒ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| March 15, 16, 17, 18, 19 | Entire Court Recording | Hon D Fallon |

*(stamp: 2010 JUN 17 PM 1:28 LORETTA G. WHYTE CLERK U.S. DISTRICT COURT EASTERN DISTRICT OF LA FILED)*

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☒ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _X_____  Date Transcript Ordered _6-17-10_

Print Name _Kyle P Spaulding_  Counsel for _Knaut_

Address _1100 Poydras Suite 3700 NO LA 70163_ Telephone _699-8800_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

| Date | Signature of Court Reporter | Telephone |
|---|---|---|

Address of Court Reporter: _____

***Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages  _____ Actual Number of Volumes

| Date | Signature of Court Reporter |
|---|---|

DKT-13 (5/96)