David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0134

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--P.D.C. Drywall Contractors, Inc., c/o Peter D. Cuomo
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **May**, 20 **10**, at **5:15** o'clock **P** M

**Place of Service:** at **601 Howard Creek Ln.**, in **Stuart, FL 34994**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**P.D.C. Drywall Contractors, Inc., c/o Peter D. Cuomo**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Peter Cuomo, President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair **—**
Approx. Age **50's**; Approx. Height **5'9"**; Approx. Weight **250-300 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **10**

*[signature]*
Notary Public        (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services