David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0142

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
 --Diamond Court Construction Co., c/o Lance W. Collins,
Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida**  ) ss.
County of: **Martin** )

**Name of Server:** **Amy M. Kreyling**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **May**, 20 **10**, at **10:30** o'clock **A** M

**Place of Service:** at **2112 SE Bersell Rd.**, in **Port Saint Lucie, FL 34952**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Diamond Court Construction Co., c/o Lance W. Collins, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Lance Collins, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Black** ; Facial Hair **—**
Approx. Age **50's** ; Approx. Height **5'8"-6'0"** ; Approx. Weight **150-180 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Amy M. Kreyling*
Signature of Server

Subscribed and sworn to before me this **25** day of **May**, 20 **10**

*[signature]*
Notary Public               7-14-12
                  (Commission Expires)

**APS International, Ltd.**



BRADLEY A. PERRON
MY COMMISSION # DD 789371
EXPIRES: July 14, 2012
Bonded Thru Budget Notary Services