David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0268

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Martinez Drywall & Painting, LLC, c/o Fernando Angel Martinez
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **South Carolina** ) ss.
County of: **Greenville** )

**Name of Server:** **Timothy L. Cole**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24th** day of **May**, 20 **10**, at **6:20** o'clock **P.** M.

**Place of Service:** at **112 Reedy River Way**, in **Greenville, SC 29606**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Martinez Drywall & Painting, LLC, c/o Fernando Angel Martinez**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Fernando Angel Martinez, President**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex ___ ; Skin Color ___ ; Hair Color ___ ; Facial Hair ___
Approx. Age ___ ; Approx. Height ___ ; Approx. Weight ___

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **26th** day of **May**, 20**10**

Signature of Server

Notary Public (Commission Expires) **1/30/13**

**APS International, Ltd.**