David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0095

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Orlando, LLC, c/o Corporation Service Company

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Leon__ )

**Name of Server:** _James A Alot_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __24__ day of __May__, 20__10__, at __955__ o'clock __A__ M

**Place of Service:** at __1201 Hays Street__, in __Tallahassee, FL 32301__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**KB Home Orlando, LLC, c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: __Joyce Markley__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Br_ ; Facial Hair ____
Approx. Age _42_ ; Approx. Height _5'8_ ; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

5-24-10

Signature of Server

Subscribed and sworn to before me this __24__ day of __May__, 20__10__

Notary Public       (Commission Expires)

APS International, Ltd.

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019