David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Florida, LLC, c/o Corporation Service Company, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24_ day of _May_, 20 _10_, at _9:55_ o'clock _A_ M

**Place of Service:** at _1201 Hays Street_, in _Tallahassee, FL  32301_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**KB Home Florida, LLC, c/o Corporation Service Company, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: _Joyce Markley_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _W_; Hair Color _BL_; Facial Hair ____
Approx. Age _42_; Approx. Height _5'8_; Approx. Weight _141_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
_5·24·10_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _24_ day of _May_, 20 _10_
Notary Public   (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019