David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0226

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--US Home Corporation, a Delware Corporation, c/o The Corporation Trust Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** __ADAM GOLDEN__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **May**, 20 **10** at **3:25** o'clock **P**. M

**Place of Service:** at Corporation Trust Center, in Wilmington, DE 19801
1209 Orange Street

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**US Home Corporation, a Delware Corporation, c/o The Corporation Trust Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **SCOTT LASCALA, OPERATIONS MANAGER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **BROWN** ; Facial Hair _____
Approx. Age **35** ; Approx. Height **6'** ; Approx. Weight **230 lb**

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this
___ day of _May_, 20 _10_

Notary Public (Commission Expires)

EXPIRES MARCH 14, 2011

**APS International, Ltd.**