David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0274

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--D.R. Horton, Texas, Ltd., c/o CT Corporation System, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Texas ) ss.
County of: Dallas )

**Name of Server:** Brandon Sachse, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of May, 20 10, at 1:45 o'clock P M

**Place of Service:** at 350 N. St. Paul Street, in Dallas, TX 75201

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
D.R. Horton, Texas, Ltd., c/o CT Corporation System, Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: by delivering to Sandy Galicia, authorized to accept

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Hispanic ; Hair Color black ; Facial Hair na
Approx. Age 26 ; Approx. Height 5'5" ; Approx. Weight 160 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25th day of May, 20 10

Notary Public      (Commission Expires)

**APS International, Ltd.**



MELISSA PEREZ
MY COMMISSION EXPIRES
December 4, 2012