David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home Fort Myers, LLC, c/o Corporation Service Company, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Leon** )

Name of Server: **James A Alot**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **May**, 20 **10**, at **9:55** o'clock **A** M

Place of Service: at **1201 Hays Street**, in **Tallahassee, FL 32301-2525**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**KB Home Fort Myers, LLC, c/o Corporation Service Company, Registered Agent**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Joyce Markley - process clerk for RA**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Br** ; Facial Hair ___
Approx. Age **42** ; Approx. Height **5'8** ; Approx. Weight **141**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_5·24·10_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **24** day of **May**, 20 **10**

Notary Public           (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019