UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION L<br><br>JUDGE FALLON |
| **This document relates to:**<br>**David Gross, et al. V. Knauf Gips KG, et al**<br>**No. 09-6690** | MAG. JUDGE WILKINSON |

### ATTORNEY APPEARANCE FORM

An appearance is hereby filed by the undersigned counsel as attorney for Defendant SPEIGHTS CASH AND CARRY. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 1F and 1G.

/s/ Jimmy A. Castex, Jr.
JIMMY A. CASTEX, JR. (24339)
DEUTSCH, KERRIGAN & STILES
755 Magazine Street
New Orleans LA 70130
Phone: (504) 581-5141
Fax: (504) 566-1201
jacastex@dkslaw.com
*Counsel for Speights Cash and Carry*

1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller and liaison counsel for Homebuilder's & Installer defendant, Phillip A. Wittmann and the insurer defendants, Judy Y. Barrosso on June 21, 2010.

                                                                  /s/ Jimmy A. Castex, Jr.