UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

*Gross, et al. v. Knauf Gips, KG, et al.*
**Civil Action No. 09-6690**

## NOTICE OF APPEARANCE OF COUNSEL FOR DELTA LUMBER AND BUILDING SUPPLY, INC. FILED ON JUNE 22, 2010

Notice is hereby given that undersigned counsel enter their appearance on behalf of Defendant Delta Lumber and Building Supply, Inc. made a defendant in *David Gross, et al v. Knauf Gips, KG, et al*, Civil Action No. 09-6690 via Plaintiff, Mary Ann Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) (Rec. Doc. 2187).

Delta Lumber and Building Supply, Inc. requests that it be served via its counsel with all documents. Delta Lumber and Building Supply, Inc. reserves all of its defenses without exception.

Respectfully submitted,

s/Lisa A. Easterling
Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
William M. Burst (La. Bar #32372)
**KEAN MILLER HAWTHORNE D'ARMOND MCCOWAN & JARMAN LLP**
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 585-3050 (telephone)
(504) 585-3051 (facsimile)
glenn.orgeron@keanmiller.com
lisa.easterling@keanmiller.com

Attorneys for Defendant
Delta Lumber and Building Supply, Inc.

1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance of Counsel for Delta Lumber and Building Supply, Inc. Filed on June 22, 2010 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of June, 2010.

s/Lisa A. Easterling

1926584_1.DOC