UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
                                             MAG. JUDGE WILKINSON

*David Gross, et al. v Knauf Gips KG, et al.,*
Case No. 2:09-cv-06690 (E.D. La.)

## NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Robert Ryland Percy, III, Erin Wiley Lanoux and Katherine Tess Stromberg, of the law firm of Percy, Stromberg, Bush & Lanoux hereby enter their appearance on behalf of Defendant, Space Coast Truss, LLC. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

**Respectfully Submitted:**

**PERCY, STROMBERG, BUSH & LANOUX**
712 North Burnside Avenue
Post Office Box 1096
Gonzales, Louisiana 70707
(225) 621-8522 Phone
(225) 647-6959 Fax
Email: rpercy@percylaw.com
Email: elanoux@percylaw.com
Email: tstromberg@percylaw.com

By:  /s/ Erin Wiley Lanoux
**Robert Ryland Percy, III (La. #10418)**
**Erin Wiley Lanoux (La. #28657)**
**Katherine Tess Stromberg (La. #27853)**

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Easter District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 22nd day of June, 2010.

_s/Erin Wiley Lanoux_
Erin Wiley Lanoux
