UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | SECTION:  L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE FALLON |
| | ) | MAG. JUDGE WILKINSON |
| Case No. 10-362 | ) | |
| *Joyce W. Rogers v. Knauf GIPS KG, et al.* | ) | |
| _____ | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, the undersigned law firm of Schwartz & Horwitz, PLC and hereby files its Notice of Appearance as counsel on behalf of the Defendant, Mandy Drywall, Inc.  It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this action.

Dated:  June 22, 2010

                                          Respectfully submitted,

                                          By:    /s/ Steven G. Schwartz
                                                      Steven G. Schwartz, Esquire
                                                        Schwartz & Horwitz, PLC
                                                        6751 North Federal Highway
                                                        Suite 400
                                                       Boca Raton, FL 33487
                                                       Telephone: 561-395-4747
                                                       Facsimile:  561-367-1550
                                                       sgs@sandhlawfirm.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance and Request for Service of All Documents and Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22nd day of June, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100494\Pleadings\N-Appearance-jmr.doc