David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--RJL Drywall, Inc., c/o All Florida Firm, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLORIDA__ ) ss.
County of: __VOLUSIA__ )

| | |
|---|---|
| Name of Server: | __BILL PHELPS__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __21ST__ day of __MAY__, 20 __10__, at __2:35__ o'clock __P__ M |
| Place of Service: | at __813 Deltona Blvd., Ste. A__, in __Deltona, FL  32725__ |
| Documents Served: | the undersigned served the documents described as: **Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **RJL Drywall, Inc., c/o All Florida Firm, Inc.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __CYNTHIA LARA, RECEPTIONIST__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __F__ ; Skin Color __H__ ; Hair Color __BLACK__ ; Facial Hair __—__ Approx. Age __35__ ; Approx. Height __5'7"__ ; Approx. Weight __160__ ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. __Bill Phelps__ Signature of Server | Subscribed and sworn to before me this __26TH__ day of __MAY__, 20 __10__ __Wager W Sharpe__  9-21-13 Notary Public    (Commission Expires) |

**APS International, Ltd.**



WAGER W. SHARPE, JR.
MY COMMISSION  DD 926797
EXPIRES: September 21, 2013
Bonded Thru Notary Public Underwriters