David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0153

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--S & D Specialist, Inc., c/o Susan Boyette, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __UNION__ )

**Name of Server:** __Jack Smith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __21st__ day of __May__, 20 __10__, at __1:30__ o'clock __P__ M

**Place of Service:** at __12385 SW 46th Trail__, in __Lake Butler, FL 32054__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**S & D Specialist, Inc., c/o Susan Boyette, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: __Susan Boyette, Registered Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Gry__ ; Facial Hair __N/A__
Approx. Age __65__ ; Approx. Height __5' 8"__ ; Approx. Weight __190__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __21__ day of __May__, 20 __10__

Notary Public            (Commission Expires)

W.D. MORANT
Notary Public - State of Florida
My Commission Expires Oct 29, 2011
Commission # DD 721403