UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  CHINESE-MANUFACTURED | * | MDL Docket No. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | Section L |
| | * | |
| | * | Judge Fallon |
| This document relates to All Cases | * | |
| | * | Mag. Judge Wilkinson |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGENDA

    I.     PRE-TRIAL ORDERS

    II.    PROPERTY INSPECTIONS

    III.   PLAINTIFF AND DEFENDANT PROFILE FORMS

    IV.   PRESERVATION ORDER

    V.    STATE/FEDERAL COORDINATION

    VI.   STATE COURT TRIAL SETTINGS

    VII.  MOTIONS IN THE MDL

    VIII. DISCOVERY ISSUES

    IX.   FREEDOM OF INFORMATION ACT/PUBLIC RECORDS REQUESTS

    X.    TRIAL SETTINGS IN FEDERAL COURT

    XI.   FILINGS IN THE MDL

    XII.  NOTICES OF APPEARANCE AND DEFAULT JUDGMENTS

    XIII. INSURANCE ISSUES

XIV. HOMEBUILDER AND INSTALLER ISSUES

XV. SERVICE OF PLEADINGS ELECTRONICALLY

XVI. MASTER COMPLAINT

XVII. CLASS ACTION COMPLAINT (INDETERMINATE DEFENDANT)

XVIII. OMNIBUS CLASS ACTION COMPLAINT

XIX. SPECIAL MASTER

XX. KNAUF GIPS KG PERSONAL JURISDICTION MATTER

XXI. FRE 706 DATABASE MANAGEMENT EXPERT

XXII. FREQUENTLY ASKED QUESTIONS

XXIII. MATTERS SET FOR HEARING FOLLOWING THE CURRENT STATUS CONFERENCE.

XXIV. WAREHOUSE INSPECTIONS

XXV. NEXT STATUS CONFERENCE

 

FRILOT L.L.C.

s/Kerry J. Miller_____
KERRY J. MILLER (Bar No. 24562)
KYLE A. SPAULDING (Bar No. 29000)
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone:  (504)599-8194
Facsimile:  (504)599-8145

Defendants' Liaison Counsel

## CERTIFICATE

I HEREBY CERTIFY that the above and foregoing Agenda has been served upon all parties by electronically uploading the same to LexisNexis File & Service Advances in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accordance with the procedures established in MDL 2047, on this 22nd day of June, 2010.

s/Kerry J. Miller_____
KERRY J. MILLER