UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO.: 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| *PATRICK H. CROSBY, ET AL* | * | |
| *vs.* | * | MAGISTRATE JUDGE |
| *FEDERAL INSURANCE COMPANY* | * | WILKINSON |
| Case No. 2:10-cv-01693 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SUBSTITUTE COUNSEL OF RECORD

NOW COME Plaintiffs, Patrick H. Crosby and Jennifer Lancaster Crosby, who respectfully move this Honorable Court for an order substituting Brian L. Glorioso of the law firm Tonry, Brinson & Glorioso, L.L.C. as their counsel of record in place of Sidney W. Degan, III, Foster P. Nash, III and Stephanie L. Cheralla of the law firm Degan, Blanchard & Nash, APLC.  This matter has only just been removed from 22nd Judicial District Court for the Parish of St. Tammany, State of Louisiana.  The requested substitution of counsel will not delay or interfere with the efficient administration of justice herein.

WHEREFORE, Plaintiffs pray that this motion be granted and that Brian L. Glorioso be substituted as counsel for Patrick H. Crosby and Jennifer Lancaster Crosby.

Respectfully Submitted,

| | |
|---|---|
| /s/ Stephanie L. Cheralla | /s/ Brian L. Glorioso |
| Sidney W. Degan, III (La Bar #: 4804) | Brian L. Glorioso (La Bar #: 27226) |
| sdegan@degan.com | Brian.Glorioso@yahoo.com |
| Foster P. Nash, III (La Bar #: 19079) | Tonry, Brinson & Glorioso, L.L.C. |
| fnash@degan.com | 245 Pontchartrain Drive |
| Stephanie L. Cheralla (La. Bar #: 31433) | Slidell, Louisiana 70458 |
| scheralla@degan.com | Telephone: (985) 643-7007 |
| Degan, Blanchard & Nash, APLC | Facsimile: (985) 649-9240 |
| 400 Poydras Street, Suite 2600 | *Counsel for Plaintiffs* |
| New Orleans, Louisiana 70130 | |
| Telephone: (504) 529-3333 | |
| Facsimile: (504) 529-3337 | |
| *Former counsel for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of June, 2010, the above and foregoing motion was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing to all attorneys of record.  I further certify that on the same day, I mailed, faxed, or e-mailed the foregoing notice of electronic filing to all attorney(s) of record who are not CM/ECF participants.

/s/ Stephanie L. Cheralla