**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO.: 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| | * | JUDGE FALLON |
| *PATRICK H. CROSBY, ET AL* | * | |
| *vs.* | * | MAGISTRATE JUDGE |
| *FEDERAL INSURANCE COMPANY* | * | WILKINSON |
| Case No. 2:10-cv-01693 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion to Substitute Counsel of Record filed by plaintiffs,

Patrick H. Crosby and Jennifer Lancaster Crosby:

IT IS ORDERED that Brian L. Glorioso of the law firm Tonry, Brinson & Glorioso,

L.L.C. be substituted as counsel of record for plaintiffs in place of Sidney W. Degan, III, Foster

P. Nash, III, and Stephanie L. Cheralla of the law firm Degan, Blanchard & Nash, APLC.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE