UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| CASSANDRA ROGERS WIFE OF/AND BRAD ROGERS | * * * | |
| VS. | * * | |
| SUN CONSTRUCTION, L.L.C. D/B/A SUNRISE HOMES, STATE FARM FIRE AND CASUALTY COMPANY, JOHN DOE SUPPLY, ABC INS. COMPANY, JOHN DOE CONTRACTORS, ET AL | * * * * * * * | |
| CASE NO. 2:10-0088 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ATTORNEY APPEARANCE FORM

**COMES NOW,** the undersigned law firms, jointly, Lawrence & Associates and Loeb & Loeb, as attorneys of record for Defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes for the recently enumerated removed lawsuit from the Louisiana state court to this court. It is respectfully requested that all pleadings, documents, and correspondence be served upon the undersigned counsel's in connection with these actions.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: ___/John S. Lawrence, Jr.___
John S. Lawrence Jr., a P.L.C. (#19678)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450

*Counsel for Defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes*

**AND**

**LOEB & LOEB, LLC**

By: ___/J. Scott Loeb___
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450

*Counsel for Defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23RD day of June 2010.

/John S. Lawrence, Jr.
John S. Lawrence Jr., a P.L.C.