UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| JOYCE W. ROGERS, et al | * | |
| VS. | * | |
| KNAUF GIPS KG, et al | * | |
| CASE NO. 2:10-cv-362 EEF-JCW | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed jointly by John S. Lawrence, Jr. and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, as attorney's of record for Defendant, Sunrise Construction and Development, L.L.C. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12, and Defendant, Sunrise Construction and Development, L.L.C. reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court. Defendant, Sunrise Construction and Development, L.L.C., further avers that this Notice does not constitute as a waiver of service.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**

By: ___/John S. Lawrence, Jr.___
John S. Lawrence Jr., a P.L.C. (#19678)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendants, Sunrise Construction and Development, LLC*

**AND**

**LOEB & LOEB, LLC**

By: ___/J. Scott Loeb___
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendants, Sunrise Construction and Development, LLC*

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23 day of June, 2010.

                                                               ***/John S. Lawrence, Jr.***
                                                                  John S. Lawrence, Jr.