UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-2047<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| DAVID GROSS, ET AL<br>VS.<br>KNAUF GIPS KG, ET AL<br>CASE NO. 2:09-cv-6690 | * * * * | SECTION "L" |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed jointly by John S. Lawrence, Jr., and Matthew L. Devereaux of the firm Lawrence & Associates and J. Scott Loeb and Jonas P. Baker of the firm Loeb & Loeb, as attorneys of record for Defendants, Sun Construction, L.L.C. d/b/a Sunrise Homes and Sunrise Construction and Development, L.L.C. in the above-entitled matter. Defendant reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Defendant further avers that this Notice does not constitute a waiver of service.

Respectfully Submitted:

**LAWRENCE & ASSOCIATES**
By: */s/ John S. Lawrence, Jr.*
John S. Lawrence Jr., a P.L.C. (#19678)
Matthew L. Devereaux (#32125)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes and Sunrise Construction and Development, L.L.C.*

**AND**

LOEB & LOEB, LLC

By: _/s/ J. Scott Loeb_
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile: (985) 674-4450
*Counsel for Defendant, Sun Construction, L.L.C. d/b/a Sunrise Homes and Sunrise Construction and Development, L.L.C.*

## CERTIFICATE OF SERVICE

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23 day of June, 2010.

_/s/ John S. Lawrence, Jr._
John S. Lawrence, Jr.