David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0197

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sorrento Lumber Co., Inc., c/o Grady Melancon
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON )

**Name of Server:** TOM CASSISA, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of May, 20 10, at 10:45 o'clock A M

**Place of Service:** at 9563 Airline Highway, in Sorrento, LA 70778

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Sorrento Lumber Co., Inc., c/o Grady Melancon**
By delivering them into the hands of an officer or managing agent whose name and title is: Mr. Butch Meischke, Sales

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White (Brown) ; Hair Color Brown ; Facial Hair N/A
Approx. Age 55 yrs; Approx. Height 5'11" ; Approx. Weight 210 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tom Cassisa_
Signature of Server

Subscribed and sworn to before me this 22nd day of May, 20 10

_signature_  4/29/13
Notary Public   (Commission Expires)

**APS International, Ltd.**