David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Oyster Bay Homes, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Edwin S. Cintron, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21st day of May, 20 10, at 5:02 o'clock P M

Place of Service: at 2160 McGregor Blvd, in Fort Myers, FL 33901

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Oyster Bay Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Raymond J Scalero, Registered Agent

Description of Person Receiving Documents:

The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair
Approx. Age 60 ; Approx. Height 5'8" ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _[signature]_
Signature of Server #90021

Subscribed and sworn to before me this 25th day of May, 20 10

_[signature]_ Marcia McQuens
Notary Public (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

**APS International, Ltd.**