David Gross, et. al., Plaintiff(s)
, vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0003

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19** day of **May**, 20 **10**, at **9:45** o'clock **A** M

**Place of Service:** at **436 SW 8th Street**, in **Miami, FL 33131**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Palm Isles Holdings, LLC, c/o Kieran P. Fallon, Esq.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Vanessa Fish Secretary to Kieran Fallon**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Black** ; Hair Color **Black** ; Facial Hair ____
Approx. Age **25** ; Approx. Height **5'6** ; Approx. Weight **120**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **19** day of **May**, 20 **10**

Notary Public           (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.