UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al., ) | CASE NO.: 09-6690 |
| Plaintiffs, ) | |
| ) | MDL 2047 |
| v. ) | |
| KNAUF GIPS KG, et al., ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO COMPLETE
BUILDERS PROFILE FORMS AND TO RESPOND TO DISCOVERY**

Defendant, L'Oasis Builders, Inc. ("L'Oasis"), by and through undersigned counsel, hereby moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, as well as for additional time to respond to any discovery requests which may be filed as to L'Oasis hereafter. In support thereof, Defendant states as follows:

1. L'Oasis has filed a motion for dismissal due to Plaintiffs' failure to state of cause of action for which relief can be granted under Rule 12(b)(6), and due to lack of *in personam* jurisdiction over this Defendant pursuant to Rule 12(b)(2), Federal Rules of Civil Procedure.

2. Until rulings on this Motion it would be grossly burdensome to require L'Oasis to prepare such Profile forms or otherwise participate in discovery in this action.

3. Since being informed of service of the Complaint on L'Oasis, the undersigned has been working to obtain all the information necessary to complete the Builder Defendant Profile Forms pursuant to the Honorable Court's Pretrial Order 1F.

4. Given the nature of this and other related, overlapping Chinese drywall actions, L'Oasis' pending Motion to Dismiss, as well as the press of other professional commitments,

Defendant and the undersigned require additional time in which to complete the Builder Defendant Profile Forms.

5.  This extension will neither prejudice any of the parties, nor delay this matter. L'Oasis has not previously requested an extension of time and accordingly, good cause exists for granting the Motion.

WHEREFORE, Defendant, L'Oasis Builders, Inc., respectfully moves this Court to grant it an extension of time at least thirty (30) days from the date of entry of an Order on L'Oasis' Motion to Dismiss in which to serve its Builder Profile Forms on Plaintiffs' Liaison Counsel and for service of L'Oasis' response(s) to any discovery, and for all other relief as justice requires.

Dated: June 23, 2010.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Schwartz & Horwitz, PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile: 561-367-1550
sgs@sandhlawfirm.com
*Attorneys for L'Oasis Builders, Inc.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100451\Pleadings\M-Ext-Disc & Profile Forms-jg.doc