UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID GROSS, et al., | ) | |
| | ) | CASE NO.: 09-6690 |
| Plaintiffs, | ) | |
| | ) | MDL 2047 |
| v. | ) | |
| | ) | |
| KNAUF GIPS KG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON DEFENDANT, L'OASIS BUILDER'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendant, L'Oasis Builders's *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. Defendant shall have thirty (30) days from the date of entry of an Order on its Motion to Dismiss, to submit its Builder Profile Forms and to serve responses to any discovery.

New Orleans, Louisiana this _____ day of _____, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE