UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 10-361<br>*Kenneth and Barbara Wiltz v. Beijing New Building materials Public Limited Co., et al.* | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER ON DEFENDANT, LAVISH HOLDING CORP.'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Lavish Holding Corp.'s *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. Defendant shall have thirty (30) days from the date of entry of an Order on its Motion to Dismiss, to submit its Builder Profile Forms and to serve responses to any discovery.

New Orleans, Louisiana this _____ day of _____, 2010.

                                                                   HONORABLE ELDON E. FALLON
                                                                  UNITED STATES DISTRICT JUDGE