UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 09-7628 | * * * | MAJ. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SCOTT AND HEATHER DURHAM'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT RANDAL MARANTO BUILDERS LLC

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Scott and Heather Durham, hereby dismiss without prejudice all of their claims against Defendant, Randal Maranto Builders LLC in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Scott and Heather Durham shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Christopher L. Coffin, counsel for Scott and Heather

Durham, dated June 18, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

/s/ Leonard A. Davis

**EXHIBIT "A"**

# PENDLEY, BAUDIN & COFFIN, L.L.P.

**PBC**
— ATTORNEYS AT LAW —

Patrick W. Pendley
Stan P. Baudin
Christopher L. Coffin*†

Pamela Pendley Baudin
Nicholas R. Rockforte
*Also admitted in Georgia
†Registered nurse

Of Counsel:
Allen M. Edwards

June 18, 2010

**Via Facsimile 504/561/6024 and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
Sean and Beth Payton, et al. v. KNAUF, et al.
Case No.: 09-7628

Dear Lenny and Russ:

My clients, Scott and Heather Durham, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Randal Maranto Builders, LLC in the above referenced matter, reserving the rights and claims against any and all other defendants therein.

Very truly yours,

Christopher L. Coffin

CLC/rd