David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0034

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parr-Self, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19th** day of **May**, 20 **10**, at **11:50** o'clock **A** M

**Place of Service:** at **2525 SE 20th Place**, in **Cape Coral, FL  33904**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Parr-Self, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Faye Self, Vice President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **Red** ; Facial Hair _____
Approx. Age **50-55** ; Approx. Height **5'5"** ; Approx. Weight **140**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X **Barbara Gray**
Signature of Server  **#157153**

**APS International, Ltd.**

Subscribed and sworn to before me this **20th** day of **May**, 20 **10**

**Jim Alvarado**
Notary Public            (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012