David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0103

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Port of Pensacola Users Association, Inc., c/o Michael L. Pate

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __ESCAMBIA__ )

**Name of Server:** __Glenroy Little__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19th__ day of __MAY__, 20 __10__, at __12:35__ o'clock __P__.M

**Place of Service:** at __720-A South Barracks Street__, in __Pensacoloa, FL 32502__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Port of Pensacola Users Association, Inc., c/o Michael L. Pate**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Michael L. Pate__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown/Gray__; Facial Hair __No__
Approx. Age __50's__ ; Approx. Height __6'0__ ; Approx. Weight __200 lbs.__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ #503
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __20th__ day of __May__, 20 __10__

_signature_
Notary Public           (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064