David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0279

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pride Homes of Lakes by the Bay-Parcel H. LLC

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

**State of:** Florida ) ss.
**County of:** Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of May, 20 10, at 11:45 o'clock A. M

**Place of Service:** at 5541 University Drive, Suite 102, in Coral Springs, FL 33067

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Pride Homes of Lakes by the Bay-Parcel H. LLC

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Paul Kupfer, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Black ; Facial Hair
Approx. Age 40 ; Approx. Height 5'8" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 24th day of May, 20 10

Jonathan Levy
Notary Public    (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.