## AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Louisiana

Case Number: 10-361 SECTION L MAG 2

Plaintiff:
**KENNETH AND BARBARA WILTZ**

vs.

Defendant:
**BEIJING NEW BUILDING MATERIALS PUBLIC LTD., CO., et al**

For:
Russ Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave.
New Orleans, LA 79113

Received these papers on the **14th day of April, 2010** at **8:59 pm** to be served on **JIM MORRIS & SONS, INC., 561 RAINER STREET NE, PALM BAY, FL 32905**.

I, G. L. Stephenson, being duly sworn, depose and say that on the **3rd day of June, 2010** at **8:15 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFFS AMENDED OMNIBUS CLASS ACTION COMPLAINT (II), JURY DEMAND, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **JOHN MORRIS** as **Registered Agent** for **JIM MORRIS & SONS, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: W, Height: 5'10", Weight: 175, Hair: Brown, Glasses: Y

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am over the age of eighteen, a court appointed, CERTIFIED PROCESS SERVER for the Eighteenth Judicial Circuit in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2).

G. L. Stephenson
CPS #190

Subscribed and Sworn to before me on the 4th day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC
NOTARY PUBLIC-STATE OF FLORIDA
Edwin Neal Chancellor, Jr
Commission # DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

Our Job Serial Number: 2010000294

Copyright © 1992-2008 Database Services, Inc. - Process Server's Toolbox V6.3f