Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0614

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J&J Builders Northshore, Inc., c/o Josie Adams
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28th** day of **May**, 20 **10**, at **4:00** o'clock **P.** M

**Place of Service:** at **551 Evergreen Drive**, in **Mandeville, LA  70448**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**J&J Builders Northshore, Inc., c/o Josie Adams**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joe Adams / Owner**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc.** ; Hair Color **Grey** ; Facial Hair **No**
Approx. Age **50's** ; Approx. Height **5'10** ; Approx. Weight **185**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **28th** day of **May**, 20 **10**

*Kennith Landry*
Signature of Server

*Tenure for life*
Notary Public          (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY