Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0415

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Crosby Development Company, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __JEFFERSON__ )

Name of Server: __Chris Harper__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __14__ day of __May__, 20 __10__, at __4:00__ o'clock __P__ M

Place of Service: at __311 Rue St. Ann__, in __Metairie, LA 70005__

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Crosby Development Company, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Lisa Crosby, person in charge__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Brn.__; Facial Hair ____
Approx. Age __50__; Approx. Height __5'7"__; Approx. Weight __140__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __21st__ day of __May__, 20 __10__

_____ (Commission Expires) __at death__
Notary Public
BRANDI P. VERNON #26624

**APS International, Ltd.**