David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0256

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Lee Roy Jenkins Builder, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20th__ day of __May__, 20 __10__, at __7:00__ o'clock __A__ M

**Place of Service:** at __37 Spruce Drive__, in __Covington, LA 70433__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lee Roy Jenkins Builder, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Mrs. Jenkins__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __Cauc.__; Hair Color __Grey__; Facial Hair __No__
Approx. Age __50's__; Approx. Height __5'8"__; Approx. Weight __170 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth J. Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __21st__ day of __May__, 20 __10__

Notary Public                (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY