David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0160

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Renfrow Insultation, I
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MS_ ) ss.
County of: _Jones_ )

**Name of Server:** _Jimmy K Taylor_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_, 20 _10_, at _1000_ o'clock _A_ M

**Place of Service:** at _5650 Terry Rd_, in Byram, MS 39272

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Renfrow Insultation, I** _Janet Knight_
By delivering them into the hands of an officer or managing agent whose name and title is: _Office Mgr, Janet Knight_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brn_ ; Facial Hair _no_
Approx. Age _30_ ; Approx. Height _140_ ; Approx. Weight _5'7"_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Jimmy Taylor_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
_27_ day of _May_, 20 _10_
_Michelle Murray_
Notary Public        (Commission Expires)

[Notary Seal: STATE OF MS, NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 28, 2011]