David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0083

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--United Home Builders, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V Leakso , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 20th day of May, 20 10, at 10:30 o'clock A M

Place of Service: at 1309 Caloosa Vista Road , in Fort Myers FL 33901

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**United Home Builders, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Ann Sealey, office manager, spouse of Joseph Sealey

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color Black ; Facial Hair
Approx. Age 50 ; Approx. Height 5'1" ; Approx. Weight 135 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 24th day of May, 20 10

Signature of Server 157154
Notary Public (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012