UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                SECTION L
                JUDGE FALLON
                MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
Case No. 10-362
_____/

## SECOND MOTION FOR EXTENSION OF TIME TO SERVE BUILDER PROFILE FORMS

Defendant, Albanese-Popkin The Oaks Development Group, L.P. ("Albanese"), fully reserving any and all defenses, including jurisdiction, moves this Honorable Court for an additional extension of time by which it must serve Liaison Counsel with the Builder Defendant Profile Forms in the above-caption matter, and in support thereof, states as follows:

1. The undersigned has been diligently working to obtain all the information and documents necessary to complete the Builder Defendant Profile Forms. Due to undersigned counsel's unusually heavy litigation schedule, additional time, however, is needed to ascertain all information and documentation required.

2. Therefore, Albanese requests an additional extension of time, through and including July 13, 2010, to serve its profile forms regarding this action.

3. The extension will neither prejudice any of the parties, nor delay this matter.

4. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Albanese-Popkin The Oaks Development Group, L.P.,

respectfully requests this Court grant it an extension of time, through and including July 13, 2010, to serve its Defendant Builder Profile Forms.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and/or e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

        SACHS SAX CAPLAN
        Attorneys for Defendant, Albanese-Popkin The Oaks
        Development Group, L.P.
        6111 Broken Sound Parkway NW, Suite 200
        Boca Raton, Florida 33487
        Tele:  (561) 994-4499
        Fax:   (561) 994-4985

        By:     /s/ Brett A. Duker
            Lysa M. Friedlieb
            Florida Bar No. 898538
            lfriedlieb@ssclawfirm.com
            Brett A. Duker
            Florida Bar No. 0021609
            bduker@ssclawfirm.com