# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL      MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                                        **SECTION L**
                                                                                        **JUDGE FALLON**
                                                                                        **MG. JUDGE WILKINSON**

THIS DOCUMENT RELATES TO:

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
*Case No. 10-362*
_____/

# ORDER

      Upon consideration of the Second Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

      ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

      ORDERED and ADJUDGED that Defendant, Albanese-Popkin The Oaks Development Group, L.P., shall be granted an extension of time, through and including, July 13, 2010, in which to serve its Defendant Builder Profile Forms.

      DONE and ORDERED in New Orleans, Louisiana, this _____ day of _____, 2010.

                                                            _____
                                                           Honorable Eldon E. Fallon
                                                           United States District Judge