David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0236

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Homes, c/o Robert C. White
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Gwinnett )

**Name of Server:** MARIL MAMHET, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of MAY, 20 10, at 10:30 o'clock A .M

**Place of Service:** at 1580 Terrell Mill Road, SE, in Marietta, GA 30067

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Venture Homes, c/o Robert C. White**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: MS. Terri Carroll "Executive Assistant"
770-955-0300

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color BLD ; Facial Hair none
Approx. Age 40's ; Approx. Height 5'6" ; Approx. Weight 140

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 27th day of May, 2010

Notary Public        (Commission Expires)

Notary Public, Gwinnett County, Georgia
My Commission Expires Dec. 30, 2011