David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0259

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--John Weary
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20th** day of **May**, 20 **10**, at **4:10** o'clock **P** M

**Place of Service:** at ~~616 Lincerne Street~~ **616 Lucerne Street**, in Bogalusa, LA 70427

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**John Weary**

☐ By personally delivering them into the hands of the person to be served.

☑ By delivering them into the hands of **Mrs. Weary**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **John Weary** at the place of service, and whose relationship to the person is: **Mother**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **African Amer**; Hair Color **Black**; Facial Hair **No**
Approx. Age **60's**; Approx. Height **5'9"**; Approx. Weight **160 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct

*Kennith Landry*
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **21st** day of **May**, 20 **10**

*Tenure In Life*
Notary Public   (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

**NOTARY ATTESTS TO SIGNATURES ONLY**