David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0303

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Woodland Enterprises, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida _____ ) ss.

County of: Palm Beach _____ )

**Name of Server:**    Michael Rocco _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**    that on the   26th   day of   May _____, 20 10 , at   2:03   o'clock   P. M

**Place of Service:**    at   15592 Jupiter Farms Road _____ , in   Jupiter, FL  33478 _____

**Documents Served:**    the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**    A true and correct copy of the aforesaid document(s) was served on:
**Woodland Enterprises, Inc.**

**Person Served, and Method of Service:**    By delivering them into the hands of an officer or managing agent whose name and title is:  Carol Gache, Managing Agent

**Description of Person Receiving Documents:**    The person receiving documents is described as follows:
Sex  F  ; Skin Color   White   ; Hair Color   Brown   ; Facial Hair _____
Approx. Age   55   ; Approx. Height   5'6"   ; Approx. Weight   140

☐  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**    Undersigned declares under penalty of perjury that the foregoing is true and correct.

Michael Rocco _____
Signature of Server

Subscribed and sworn to before me this
27th   day of  May _____ , 20 10

Jonathan Levy _____
Notary Public        (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.