David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Homes of Broward XI, Inc., c/o Michael Peredo
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20_ day of _May_, 20 _10_, at _1:20_ o'clock _P_ M

**Place of Service:** at _12895 South West 132 Street, Suite 200_, in _Miami, FL  33186_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C"; Schedules 1-3;Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Southern Homes of Broward XI, Inc., c/o Michael Peredo**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Paul Fluty  Vice President_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Bald_ ; Facial Hair _No_
Approx. Age _50_ ; Approx. Height _6'2_ ; Approx. Weight _240_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this _20_ day of _May_, 20 _10_

_____
Notary Public (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta  Vargas
Commission # DD558116
Expires:  MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.