David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0251

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern Star Construction Company, Inc
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Louisiana** ) ss.
County of: **ST. TAMMANY** )

**Name of Server:** **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **20th** day of **May**, 20 **10**, at **8:30** o'clock **A** M

**Place of Service:** at 950 West Causeway Approach, in Mandeville, LA 70471

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Southern Star Construction Company, Inc**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joy Ray - Office Manager**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc.**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **30's**; Approx. Height **5'10"**; Approx. Weight **130 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kennith Landry*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **21st** day of **May**, 20**10**
*Tenure For Life* (Commission Expires)
Notary Public

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY