David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0166

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Stine Lumber, LLC, c/o Cheri Dunn, Registered Agent

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MISS.** ) ss.
County of: **ADAMS** )

**Name of Server:** **JACK HUDE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **MAY**, 20 **10**, at **9:00** o'clock **A** M

**Place of Service:** at 199 US Hwy 61 South , in Natchez, MS 39120

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Stine Lumber, LLC, c/o Cheri Dunn, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **CHERI DUNN, Registered Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Blk** ; Facial Hair **N**
Approx. Age **41** ; Approx. Height **5'2"** ; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **10**

Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC
STATE OF MISSISSIPPI
ID # 78553
TIMOTHY DAVID BLALOCK
Commission Expires
Aug. 10, 2013
ADAMS COUNTY