UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No.: 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Joyce W. Rogers, et al. v. Knauf Gips, KG, et al. Case No.: 10-362 | * * * | MAG. JUDGE WILKINSON |

***************************************

## WILLIAM AND SETSUKE MCMAHON'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT TILLMAN CONSTRUCTION, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, William and Setsuke McMahon, hereby dismiss, without prejudice, all of their claims against Defendant, Tillman Construction, Inc. in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. William and Setsuke McMahon shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is corresponded from Daniel K. Bryson, counsel for William and Setsuke McMahon, dated June 18, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

00378959.WPD

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00378959.WPD

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 23rd day of June, 2010.

/s/ Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00378959.WPD

# EXHIBIT "A"

# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

Richard M. Lewis
James A. Roberts, III
Winston L. Page, Jr.
Timothy S. Riordan
Daniel K. Bryson
John D. Elvers
Brian D. Lake
John H. Ruocchio
Gary V. Mauney
Kimberly R. Wilson *

Jeffrey A. Misenheimer
Paul R. Dickinson, Jr.
Matthew C. Bouchard **
Paul C. McCoy
Sarah C. Blair
Scott C. Harris
Melissa K. Walker
William J. Blakemore
J. Timothy Wilson
Brooke N. Albert

3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Mailing Address
Post Office Box 17529
Raleigh, NC 27619-7529

(888) 981-0939
Telephone (919) 981-0191
Facsimile (919) 981-0199

**Charlotte Office**
5960 Fairview Road, Suite 102
Charlotte, NC 28210-3102
Telephone (704) 347-8990
Facsimile (704) 347-8929

Daniel K. Bryson
Direct Dial: (919) 719-8526
Email: dkb@lewis-roberts.com

* Also Admitted in W. VA     ** Also Admitted in MA

June 18, 2010

**VIA EMAIL & U.S. MAIL**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
             Joyce W. Rogers, et al. v. Knauf Gips, KG, et al.
             Case No.: 10-362

Dear Lenny and Russ:

     My clients, William and Setsuke McMahon, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Tillman Construction, Inc., in the above matter, reserving their rights and claims against any and all other defendants therein.

     If you have any questions, please feel free to contact our office.

                                               Very truly yours,

                                               Daniel K. Bryson

{00378503.DOC}