David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0159

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Marvins Building Materials and Home Centers
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Lauderdale )

Name of Server: Johnny Warn, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of May, 20 10, at 10:58 o'clock A M

Place of Service: at 2015 Highway 19 N, in Meridian, MS 39307

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Marvins Building Materials and Home Centers**
By delivering them into the hands of an officer or managing agent whose name and title is: Jay Mabry   Store Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Black ; Facial Hair NO
Approx. Age 40 ; Approx. Height 160 ; Approx. Weight 5'11

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28 day of May, 20 10

Michelle Murray
Notary Public   (Commission Expires)

**APS International, Ltd.**

