David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0068

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MATSA Construction, c/o Mateo Sanchez
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **Donna Baden**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20** day of **May**, 20 **10**, at **8:10** o'clock **P** M

Place of Service: at **16800 SW 248 Street**, in **Homestead, FL 33031**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MATSA Construction, c/o Mateo Sanchez**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gloria Sanchez Wife of Mateo Sanchez**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **White** Hair Color **Brown**; Facial Hair ___
Approx. Age **42**; Approx. Height **5'3**; Approx. Weight **130**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of **May**, 20 **10**

Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.