David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by

## APS International, Ltd.
## 1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0039

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--McCar Homes- Tampa, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __BROWARD__ )

**Name of Server:** __Kenneth Wolf__, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __19__ day of __May__, 20 __10__, at __12:40__ o'clock __P__ M

**Place of Service:** at __1200 South Pine Island Road__, in __Plantation, FL 33324__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**McCar Homes- Tampa, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Donna Moch S.O.P__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __BROWN__ ; Facial Hair
Approx. Age __40__ ; Approx. Height __5'2__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
__19__ day of __May__, 20 __10__

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta  Vargas
Commission #DD558116
Expires:  MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.