David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0290

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Meadows of Estero - Bonita Springs Ltd. P'Ship, d/b/a Shelby Homes

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of May, 20 10, at 3:51 o'clock P. M

**Place of Service:** at 2731 Executive Park Drive, Suite 4, in Weston, FL 33331

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Meadows of Estero - Bonita Springs Ltd. P'Ship, d/b/a Shelby Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: Unika Brown, Supervisor / Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Black ; Hair Color Black ; Facial Hair
Approx. Age 30 ; Approx. Height 5'5" ; Approx. Weight 150

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 25th day of May, 20 10

Jonathan Levy
Notary Public     (Commission Expires)

Jonathan Levy
Commission #DD869219
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.