David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MGB Construction, c/o William E. Ballough
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **INDIAN RIVER** )

**Name of Server:** **WILLIAM BRESSETT**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21** day of **May**, 20**10**, at **10:00** o'clock **A** M

**Place of Service:** at **3585 Lucia Drive**, in **Vero Beach, FL 32967**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**MGB Construction, c/o William E. Ballough**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **CAROLE BALLOUGH/ SECRETARY TREASURER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **BLOMD** ; Facial Hair **N**
Approx. Age **45** ; Approx. Height **5'7"** ; Approx. Weight **150**

XX To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
William Bressett
PS89174

APS International, Ltd.

Subscribed and sworn to before me this **24** day of **May**, 20**10**

Notary Public   (Commission Expires)

PAMELA M. TURNER
Notary Public, State of Florida
My Commission Exp. Sept. 10, 2013
Commission No. DD924348