David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0064

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--KARR DRYWALL, INC.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 19th day of May, 20 10, at 11:15 o'clock A M

**Place of Service:** at 3550 Work Drive, Suite B-9, in Fort Myers, FL 33916

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**KARR DRYWALL, INC.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Gloria Vasquez, Office Manager

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color Brown ; Hair Color Black ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'0 ; Approx. Weight 170

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Raymond V. Laakso_
Signature of Server

Subscribed and sworn to before me this 21st day of May, 20 10

_Elena G Alvarado_
Notary Public      (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

