David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0287

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--K. Hovnanian First Homes, LLC
Court Case No. 09-6690

State of: _Florida_ ) ss.
County of: _Broward_ )

| | |
|---|---|
| **Name of Server:** | Jesse Picone , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the _24th_ day of _May_ , 20 _10_ , at _3:51_ o'clock _P_ _M_ |
| **Place of Service:** | at _2731 Executive Park Drive, Suite 4_ , in _Weston, FL  33331_ |
| **Documents Served:** | the undersigned served the documents described as: **Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on: **K. Hovnanian First Homes, LLC** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Unika Brown, Supervisor / Registered Agent |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_ ; Skin Color _Black_ ; Hair Color _Black_ ; Facial Hair _____ Approx. Age _30_ ; Approx. Height _5'5"_ ; Approx. Weight _150_ ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. Jesse Picone Signature of Server **APS International, Ltd.** | Subscribed and sworn to before me this _25th_ day of _May_ , 20 _10_ Jonathan Levy Notary Public (Commission Expires) |

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD 759719
Expires:  MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.