David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0203

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--KB Home/Shaw Louisiana, L.L.C., c/o Corporation Service Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA**  ) ss.
County of: **LIVINGSTON**  )

**Name of Server:** **Carol S Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24th** day of **May**, 20 **10**, at **10:23** o'clock **A** M

**Place of Service:** at **320 Somerulos Street**, in **Baton Rouge, LA 70802**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**KB Home/Shaw Louisiana, L.L.C., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: **Barbara Zemke, Legal Secretary, Corporation Service Co.**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **Brn** ; Facial Hair **N/A**
Approx. Age **45** ; Approx. Height **5'6"** ; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

**Carol A Cassisa**
Signature of Server

Subscribed and sworn to before me this **24th** day of **MAY**, 20 **10**
**James Dollah**  4/29/13
Notary Public      (Commission Expires)

**APS International, Ltd.**