David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0038

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kimball Hill Homes Florida, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __BROWARD__ )

Name of Server: __Kenneth Wolf__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __19th__ day of __May__, 20 __10__, at __12:40__ o'clock __P__ M

Place of Service: at __1200 South Pine Island Road__, in __Plantation, FL 33324__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Kimball Hill Homes Florida, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Donna Moch S.O.P.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Brown__ ; Facial Hair _____
Approx. Age __40__ ; Approx. Height __5'2__ ; Approx. Weight __130__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __19__ day of __May__, 20 __10__

Notary Public     (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission # DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.