David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0252

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Leroy Laporte, Jr., individual
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: _Looisiana_ ) ss.
County of: _ST. Tammany_ )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _20th_ day of _May_, 20 _10_, at _8:50_ o'clock _A_ M

**Place of Service:** at _950 West Causeway Approach_, in _Mandeville, LA  70471_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Leroy Laporte, Jr., individual**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joy Ray - Office Manager / Leroy Laporte, JL on phone_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc._ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _30's_ ; Approx. Height _5'10"_ ; Approx. Weight _130 bs_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury   Subscribed and sworn to before me this
that the foregoing is true and correct.   _21st_ day of _May_, 20 _10_

_Kennith Landry_   _Tenure For Life_
Signature of Server   Notary Public   (Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. O26458

NOTARY ATTESTS TO
SIGNATURES ONLY