**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

**DAVID GROSS, et al.**                                                                                **PLAINTIFFS**

**v.**                                                                                                    **CASE NO. 09-6690**

**KNAUF GIPS KG, et al.**                                                                        **DEFENDANTS**

<u>NOTICE OF APPEARANCE</u>

  Comes now F. Douglas Montague, III, and enters his appearance in this cause as counsel of and for Defendant Eagle Builders, Inc.

                Respectfully submitted,


                BY: <u>s/F. DOUGLAS MONTAGUE, III</u>


F. DOUGLAS MONTAGUE, III
MISS. BAR #3408
MONTAGUE, PITTMAN & VARNADO
525 Main Street
Post Office Box 1975
Hattiesburg, MS 39403-1975
(601) 544-1234
FAX:  (601) 544-1280
<u>dmontague@mpvlaw.com</u>

<u>CERTIFICATE OF SERVICE</u>

  I, F. Douglas Montague, III, attorney of record for Defendant Eagle Builders, Inc., do hereby certify that I have electronically filed the above and foregoing document with the ECF filing system, which sent a true and correct copy to all interested parties via email.

  THIS the 23rd day of June, 2010.


                <u>S/F. DOUGLAS MONTAGUE, III</u>