| | |
|---|---|
| David Gross, et. al., Plaintiff(s) vs. Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Rd.<br>Minneapolis, MN 55439-3122 |



APS File #: 104035-0260

# AFFIDAVIT OF SERVICE -- Individual

**Service of Process on:**
--Albert Howard, Jr.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Georgia__ ) ss.
County of: __Madison__ )

**Name of Server:** __Franky A Hicks__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27__ day of __May__, 20 __10__, at __3:59__ o'clock __P__ M

**Place of Service:** at __2685 Columbus Highway__, in __Box Springs, GA 31801__
~~Traffic Circle Parking Lot, 3509 Victory Drive, Columbus GA 31903~~

**Documents Served:** the undersigned served the documents described as:

Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Albert Howard, Jr.**

**Person Served, and Method of Service:**
[✓] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Albert Howard, Jr.** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Black__ ; Hair Color __Gray__ ; Facial Hair __Yes__
Approx. Age __64__ ; Approx. Height __6'4"__ ; Approx. Weight __290__

[✓] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Franky A Hicks_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __27__ day of __May__, 20 __10__
_Edythe L Culpepper_
Notary Public    (Commission Expires)
7/28/2010