David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104035-0299

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Ironwood Properties, Inc.
Court Case No. 09-6690

State of: _Florida_ ) ss.
County of: _Palm Beach_ )

**Name of Server:** _Michael Rocco_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24_ day of _May_, 20 _10_, at _10:40_ o'clock _a_.M

**Place of Service:** at _54 SW Boca Raton Blvd._, in _Boca Raton, FL 33432_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ironwood Properties, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Greg H. Glickstein, Attorney / Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Bald_ ; Facial Hair
Approx. Age _50_ ; Approx. Height _5'5"_ ; Approx. Weight _150_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Michael Rocco_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _26_ day of _May_, 20 _10_

Notary Public _____ (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.