David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0283

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Jade Organization General Contractor, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24th day of May, 20 10, at 3:36 o'clock P. M

**Place of Service:** at 2101 North Commerce Way, in Weston, FL 33326

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Jade Organization General Contractor, LLC
By delivering them into the hands of an officer or managing agent whose name and title is: Debra Paine, Vice President

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 100

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Jesse Picone
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 25th day of May, 20 10

Jonathan Levy
Notary Public            (Commission Expires)