David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0092

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J.B. Homes, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Bay )

Name of Server: Elaine J Thigpen, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26th day of May, 20 10, at 1:20 o'clock P M

Place of Service: at 2319 E 15th Street, in Panama City, FL  32405

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**J.B. Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Joseph Bradford Alderman

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Brn ; Facial Hair ___
Approx. Age 55-65 ; Approx. Height 6' ; Approx. Weight 190

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Elaine J Thorne_
Signature of Server

Subscribed and sworn to before me this 27th day of May, 20 10

_[signature]_
Notary Public    (Commission Expires)

**APS International, Ltd.**

BARRY L. ROBERTS
Notary Public • State of Florida
My Commission Expires June 10, 2012
Commission No. DD 796671