David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0173

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jim Korn Builders, LLC, c/o John L. Korn, Jr., Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_, 20_10_, at _2:20_ o'clock _P_ M

**Place of Service:** at _15094 Lorraine Road_, in _Biloxi, MS 39532_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Jim Korn Builders, LLC, c/o John L. Korn, Jr., Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: _John L Korn, JR - Registered Agent_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair _mustache_
Approx. Age _50-55_ ; Approx. Height _5'9_ ; Approx. Weight _170_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _28_ day of _May_, 20 _10_

_Michelle Murray_
Notary Public          (Commission Expires)

**APS International, Ltd.**