David Gross, et. al., Plaintiff(s)
vs-
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0257

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & S Drywall
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Louisiana_ ) ss.
County of: _St. Tammany_ )
Name of Server: _Kennith J. Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _22nd_ day of _May_, 20 _10_, at _8:50_ o'clock _A_ M

Place of Service: at _68491 Martha Drive_, in _Pearl River, LA 70452_

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**J & S Drywall**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Johnny Drawdy / Owner_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _Yes_
Approx. Age _40's_ ; Approx. Height _5'8"_ ; Approx. Weight _160_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _25th_ day of _May_, 20 _10_

_Jeanne Fitzee_
Notary Public               (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY