David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0170

## AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Norman Gannon
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __MS__ ) ss.
County of: __Jones__ )
Name of Server: __Jimmy K Taylor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __25__ day of __MAY__, 20 __10__, at __2:18__ o'clock __P__ M

Place of Service: at __32 Napoleon Cir__, in __Brandon, MS  39047__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Norman Gannon**

☒ By personally delivering them into the hands of the person to be served.

☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Norman Gannon** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Gray__; Facial Hair __NA__
Approx. Age __60-65__; Approx. Height __5'10__; Approx. Weight __510__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __27__ day of __May__, 20 __10__

_Michelle Murray_
Notary Public       (Commission Expires)

[Notary Seal: STATE OF MS, NOTARY PUBLIC, MICHELLE MURRAY, ID # 83932, Commission Expires Jan. 23, 2012]