David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG; et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0174

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gant & Shivers, c/o Jay Jordan
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R. GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26_ day of _MAY_, 20_10_, at _10:09_ o'clock _A_ M

**Place of Service:** at _2355- B Pass Road_, in _Biloxi, MS 39531_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gant & Shivers, c/o Jay Jordan**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _JAY JORDAN — REGISTERED AGENT_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _WHITE_; Hair Color _GRAY_; Facial Hair ____
Approx. Age _46-55_; Approx. Height _5'10_; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this
_28_ day of _May_, 20_10_
_Michelle Murray_
Notary Public      (Commission Expires)

**APS International, Ltd.**

