**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED | MDL NO.:  2047 |
| DRYWALL PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| (This Document Relates to <u>Rogers et al, v. Knaupf Gips KG, et al</u>; Case No.  2:10-CV-0362) | MAG. JUDGE WILKINSON |

**DEFENDANT HOVNANIAN DEVELOPMENTS OF FLORIDA, INC.'S
MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO
<u>DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Defendant Hovnanian Developments of Florida, Inc. ("Hovnanian Developments") hereby moves to stay any discovery currently pending or subsequently served with regard to Hovnanian Developments including, but not limited to, any depositions, written discovery or subpoenas related to Hovnanian Developments, and to stay the requirement of completing the entire Builder Profile Form, until its Motion to Dismiss For Lack of Personal Jurisdiction is resolved.[1]  The grounds for this Motion are set forth in the accompanying Memorandum of Law in support of this Motion.

WHEREFORE, Defendant Hovnanian Developments respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction and grant such other and further relief that this Court deems appropriate.

---

[1] Hovnanian Developments brings the instant Motion, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses, including, but not limited to, its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss For Lack of Personal Jurisdiction [DE 3685].

Dated: June 23, 2010          Respectfully submitted,

                                          BILZIN SUMBERG BAENA PRICE
                                          & AXELROD LLP
                                          Attorneys for Defendant Hovnanian Developments
                                          2500 Wachovia Financial Center
                                          200 South Biscayne Boulevard
                                          Miami, Florida 33131
                                          Tel.: (305)374-7580   Fax: (305)374-7593

                                          BY:     /s/ *Melissa Pallett-Vasquez*
                                                           ROBERT W. TURKEN, ESQ.
                                                           Florida Bar No. 306355
                                                           rturken@bilzin.com
                                                           ADAM F. HAIMO, ESQ.
                                                           Florida Bar No. 502731
                                                           ahaimo@bilzin.com
                                                           MELISSA PALLETT-VASQUEZ, ESQ.
                                                           Florida Bar No.  715816
                                                           mpallett@bilzin.com

## CERTIFICATE OF SERVICE

        I hereby certify that this Motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.

                                            By: /s/ *Melissa Pallett-Vasquez*
                                                  Melissa Pallett-Vasquez

MIAMI 2210002.1 7860333069