**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                      SECTION: L

                                                JUDGE FALLON

(This Document Relates to <u>Rogers et al, v. Knaupf</u>
<u>Gips KG, et al</u>; Case No.  2:10-CV-0362)             MAG. JUDGE WILKINSON
_____/

**<u>NOTICE OF HEARING</u>**

      PLEASE TAKE NOTICE that Defendant Hovnanian Developments of Florida, Inc., has

filed the attached Motion to Stay Pending Resolution of its Motion to Dismiss for Lack of

Personal Jurisdiction, and that the Motion will be heard on July 28, 2010 at 9:00 a.m. before the

Honorable Eldon E. Fallon.


      Dated: June 23, 2010            Respectfully submitted,

                                      BILZIN SUMBERG BAENA PRICE
                                      & AXELROD LLP
                                      Attorneys for Defendant Hovnanian Developments
                                      2500 Wachovia Financial Center
                                      200 South Biscayne Boulevard
                                      Miami, Florida 33131
                                      Tel.: (305)374-7580   Fax: (305)374-7593

                                      BY:    /s/ *Melissa Pallett-Vasquez*
                                             ROBERT W. TURKEN, ESQ.
                                             Florida Bar No. 306355
                                             rturken@bilzin.com
                                             ADAM F. HAIMO, ESQ.
                                             Florida Bar No. 502731
                                             ahaimo@bilzin.com
                                             MELISSA PALLETT-VASQUEZ, ESQ.
                                             Florida Bar No.  715816
                                             mpallett@bilzin.com

## CERTIFICATE OF SERVICE

I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of June, 2010.


By: /s/ *Melissa Pallett-Vasquez*
Melissa Pallett-Vasquez