David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0240

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--John P. Gregg
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20th__ day of __May__, 20 __10__, at __12:00__ o'clock __P__ M.

**Place of Service:** at __336 Driftwood Circle__, in __Slidell, LA 70458__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**John P. Gregg**

**Person Served, and Method of Service:**
☑ By personally delivering them into the hands of the person to be served.
☐ By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **John P. Gregg** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __Cauc__; Hair Color __Grey__; Facial Hair __No__
Approx. Age __50's__; Approx. Height __5'10"__; Approx. Weight __200 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this __21st__ day of __May__, 20 __10__

_[signature]_ Tenure for Life
Notary Public    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY