David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0220

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Coast Shelter, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

Name of Server: **NORRIS ARMSTRONG** undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **MAY**, 20 **10**, at _____ o'clock ___ M

Place of Service: at **150 Government St, Ste 2000**, in **Mobile, AL 36602**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Shelter, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **MR NEWMAN OF HELMSING, LEACH, HERLONG, NEWMAN + ROUSE ATTORNEY FOR GULF COAST SHELTER, INC.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **WHITE** ; Hair Color **SILVER** ; Facial Hair **NONE**
Approx. Age **50** ; Approx. Height **5' 10"** ; Approx. Weight **160**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24th** day of **May**, 20 **10**

_____   _____   06/24/2012
Signature of Server              Notary Public         (Commission Expires)

**APS International, Ltd.**