David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0191

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Hendrickson Contracting
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

Name of Server: **Davy Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **24** day of **May**, 20 **10**, at **2:34** o'clock **P** M

Place of Service: at ~~981 Gum Pond Beall Road~~ **Exit 35, Hilsdale**, in **Lumberton, MS 39455**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Hendrickson Contracting**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Michael T. Hendrickson, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **40's**; Approx. Height **Sitting**; Approx. Weight **Heavy**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **25** day of **May**, 20 **10**

Signature of Server          Notary Public    (Commission Expires)

**APS International, Ltd.**

