David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0207

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Holmes Building Materials, LLC, c/o John M. Holmes
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _LOUISIANA_ ) ss.
Parish/County of: _LIVINGSTON_ )

**Name of Server:** _Carol S Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24th_ day of _May_, 20 _10_, at _10:03_ o'clock _A_ M

**Place of Service:** at 6190 Greenwell Springs Rd., in Baton Rouge, LA 70806

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Holmes Building Materials, LLC, c/o John M. Holmes**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Madeline Taylor, Sales_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _Black_; Hair Color _Bwn_; Facial Hair _N/A_
Approx. Age _52_; Approx. Height _5'6"_; Approx. Weight _176_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this _24TH_ day of _MAY_, 20 _10_

_James Dollar_ 4/29/13
Notary Public (Commission Expires)

**APS International, Ltd.**