David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by

## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0239

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Dynamic Contractors
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LAFAYETTE_ )

**Name of Server:** _STEVE REGAN_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _21ST_ day of _MAY_, 20_10_, at _1:45_ o'clock _P_ M

**Place of Service:** at  425 Heart D. Farm Road , in  Youngsville, LA  70592

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Dynamic Contractors**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Joe Alderman_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _m_ ; Skin Color _W_ ; Hair Color _DARK_ ; Facial Hair _—_
Approx. Age _50's_ ; Approx. Height _5'8"_ ; Approx. Weight _200_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this _24TH_ day of _MAY_, 20 _10_

_Signature of Server_

Notary Public          (Commission Expires)

## APS International, Ltd.

OFFICIAL SEAL
PAUL J. GUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE