David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0208

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--E. Jacob Construction, Inc., c/o Elias Jacob Fakouri
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
Parish/County of: __LIVINGSTON__

Name of Server: __Carol S Cassisa__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __24th__ day of __May__, 20 __10__, at __9:40__ o'clock __A__ M

Place of Service: at __15735 Florida Boulevard__, in __Baton Rouge, FL 70819__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**E. Jacob Construction, Inc., c/o Elias Jacob Fakouri**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Chris Fakouri, Secretary__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Brown__; Facial Hair __yes__
Approx. Age __30__; Approx. Height __5'7"__; Approx. Weight __145__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.
_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this __24th__ day of __May__, 20 __10__
_James Vallot_  4/29/13
Notary Public        (Commission Expires)

**APS International, Ltd.**