David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0013

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Service of Process on:
--Everglades Lumber and Building Supplies, LLC, c/o
Vento M. Osvaldo
Court Case No. 09-6690

State of: _Florida_ ) ss.
County of: _Dade_ )

Name of Server:  **CARLOS AGUIRRE** , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the _20_ day of _May_ , 20 _10_ , at _11:50_ o'clock _A_ M

Place of Service:  at _6991 SW 8 Street_ , in _Miami, FL  33144_

Documents Served:  the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**Everglades Lumber and Building Supplies, LLC, c/o Vento M. Osvaldo**

Person Served, and
Method of Service:  By delivering them into the hands of an officer or managing agent whose name and
title is: _Carlos Aragon General Manager_

Description of
Person Receiving
Documents:  The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Grey_ ; Facial Hair _Yes_
Approx. Age _52_ ; Approx. Height _6'0_ ; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_____ day of _____, 20 10

_____
Notary Public          (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission # DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.