UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED      MDL NO. 09-2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                         SECTION L
                                   JUDGE FALLON
                                   MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

### DEFENDANT, TWIN LAKES RESERVE AND GOLF CLUB, INC'S. NOTICE OF FILING PLAINTIFFS, DIANA GAY AND JAMES HENSON'S NOTICE OF VOLUNTARY DISMISSAL

Defendant, Twin Lakes Reserve and Golf Club, Inc., by and through its undersigned counsel hereby files Plaintiffs, Diana Gay and James Henson's Notice of Voluntary Dismissal Without Prejudice dated June 22, 2010.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served via U.S. mail delivery on Plaintiffs, Diana Gay and James Henson's Counsel, David C. Durkee, Esquire, Roberts & Durkee, P.A., Alhambra Towers, Penthouse I, 121 Alhambra Plaza, Ste. 1603, Coral Gables, FL 33134; Plaintiffs' Liaison Counsel, Russ Herman, 820 OKeefe Ave., New Orleans, LA 70113-1125; Homebuilders and Installers Liaison Counsel, Phillip Wittmann, Stone Pigman Walther Wittmann L.L.C., 546 Carondelet Street, New Orleans, LA 70130; Defendants' Liaison

Counsel, Kerry Miller, Energy Centre, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163. Additionally, the above and foregoing has been served upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2010.

                                                *s/ Gail C. Bradford*
Michael J. Roper
Florida Bar No. 0473227
Email: mroper@bellroperlaw.com
Gail C. Bradford
Florida Bar No. 0295980
Email: gbradford@bellroperlaw.com
Bell & Roper, P.A.
2707 East Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
*Attorneys for Defendant, Twin Lakes Reserve and Golf Club, Inc.*