UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

*Sean and Beth Payton, et al. v. Knauf Gips KG, et al.,*
*Case No. 09-7628*
_____/

## PLAINTIFFS, DIANA E. GAY AND JAMES M. HENSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT TWIN LAKES RESERVE AND GOLF CLUB, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Diana E. Gay and James M. Henson hereby dismiss without prejudice all of their claims against Defendant, Twin Lakes Reserve and Golf Club, Inc. in the above-captioned matter.  Each party is to bear its own attorneys' fees and costs.

                                                              _____
                                                              C. DAVID DURKEE, ESQUIRE
                                                              Florida Bar No. 998435
                                                              ROBERTS & DURKEE, P.A.
                                                              Alhambra Towers, Penthouse 1
                                                              121 Alhambra Plaza, Suite 1603
                                                              Coral Gables, FL  33134
                                                              Telephone:  (305) 442-1700
                                                              *Attorney for Plaintiffs, Diana E. Gay*
                                                              *and James M. Henson*

June 22, 2010

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21 day of June, 2010.

C. DAVID DURKEE, ESQUIRE
Florida Bar No. 998435
ROBERTS & DURKEE, P.A.
Alhambra Towers, Penthouse 1
121 Alhambra Plaza, Suite 1603
Coral Gables, FL 33134
Telephone: (305) 442-1700
*Attorney for Plaintiffs, Diana E. Gay and James M. Henson*