David, Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0110

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes Realty, Inc., c/o N. Duncan Hudnall
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__ ) ss.
County of: __Escambia__ )

**Name of Server:** __Robert Sutherland__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __27th__ day of __May__, 20 __10__, at __2:20__ o'clock __P__ M

**Place of Service:** at __5508-B N. "W" Street__, in __Pensacola, FL 32505__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes Realty, Inc., c/o N. Duncan Hudnall**
By delivering them into the hands of an officer or managing agent whose name and title is: __Jenny Palmer, Receptionist / Authorized to Accept__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __W__; Hair Color __Brown__; Facial Hair _____
Approx. Age __28__; Approx. Height __5'10__; Approx. Weight __110__
[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __1st__ day of __June__, 20 __10__

_signature_
Signature of Server

_signature_
Notary Public     (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064