David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0182

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Billy Wayne Goekler
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _JOE R GILLIS_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _26_ day of _MAY_, 20_10_, at _2:30_ o'clock _P_ M

**Place of Service:** at _18495_ ~~18391~~ Amanda Lane, in Saucier, MS 39574

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Billy Wayne Goekler**

**Person Served, and Method of Service:**
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Billy Wayne Goekler** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _WHITE_; Hair Color _BLACK_; Facial Hair _MUSTA W BEARD_
Approx. Age _40-55_; Approx. Height _5'10_; Approx. Weight _180_

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ J.R. Gillis_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _28_ day of _May_, 20_10_
_Michelle Murray_
Notary Public        (Commission Expires)

