David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0189

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Eagle Builders, Inc., c/o Glen Rayburn, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones**

Name of Server: **Chuck Boudreaux**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **June**, 20 **10**, at **9** o'clock **A** M

Place of Service: at **7009 Chinquapin Court**, in **Picayune, MS 39466**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Eagle Builders, Inc., c/o Glen Rayburn, Registered Agent**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Glenn Rayburn    Registered Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Blonde**; Facial Hair **None**
Approx. Age **45**; Approx. Height **6'1**; Approx. Weight **210**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Chuck Boudreaux*
Signature of Server

Subscribed and sworn to before me this **4** day of **June**, 20 **10**

*Michelle Murray*
Notary Public        (Commission Expires)

**APS International, Ltd.**

