David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0270

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Edwards Construction Company, c/o Perry Edwards
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: South Carolina ) ss.
County of: Florence )

Name of Server: **Fred Tracy**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 31st day of May, 20 10, at 10:10 o'clock A M

Place of Service: at 1620 Whippoorwill Rd., in Hartsville, SC 29550

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Edwards Construction Company, c/o Perry Edwards**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Perry Edwards - Authorized Agent**.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color Blk ; Facial Hair No.
Approx. Age 36 ; Approx. Height 5'10 ; Approx. Weight 160.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 1st day of June, 20 10

Signature of Server

Notary Public    (Commission Expires)
4/29/2013  SC

**APS International, Ltd.**