David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0229

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Federal Construction Specialist, Inc., c/o Marcus L. Pittman, Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: CADDO PARISH )

**Name of Server:** Bill Rhodes, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of May, 20 10, at 7:45 o'clock A.M

**Place of Service:** at 5252 Norfolk, in Shreveport, LA 71107

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Federal Construction Specialist, Inc., c/o Marcus L. Pittman, Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: Mrs. Annette Pittman, Wife and Secretary for company

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color blonde ; Facial Hair none
Approx. Age 48 ; Approx. Height 5' 8" ; Approx. Weight 135

[x] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
Bill Rhodes

Subscribed and sworn to before me this 28th day of May, 2010

WILLIAM H. WALPASS, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY # 51924

APS International, Ltd.