David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0180

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Garraway's Stores, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __MS__ ) ss.
County of: __Jones__ )

**Name of Server:** __Joanna Williamson__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __1__ day of __June__, 20 __10__, at __1045__ o'clock __A__ M

**Place of Service:** at __2127 Columbia Ave.__, in __Prentiss, MS  39474__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Garraway's Stores, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Hal Speights   pres.__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Grey__; Facial Hair _____
Approx. Age __57__; Approx. Height __6'1__; Approx. Weight __182__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joanna Williamson_
Signature of Server

Subscribed and sworn to before me this __4__ day of __June__, 20 __10__

_Michelle Murray_
Notary Public     (Commission Expires)

**APS International, Ltd.**