David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0264

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Grogan Construction and Real Estate, Inc., c/o James
Grogan, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _North Carolina_ ) ss.
County of: _____ )
Name of Server: _Wes Church_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _28_ day of _May_, 20_10_, at _3:40_ o'clock _P_ M

Place of Service: at _4992 Sagemeadow Cir_, in _Hickory, NC  28601-9120_

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Grogan Construction and Real Estate, Inc., c/o James Grogan, Registered Agent**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _Judy Hodge, Corporate Secretary_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Wh._ ; Hair Color _Blo/Gry_ ; Facial Hair _NO_
Approx. Age _40-50_ ; Approx. Height _5'2"_ ; Approx. Weight _175_
☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this
_2nd_ day of _June_, 20_10_
_____ _3-30-13_
Notary Public          (Commission Expires)

**APS International, Ltd.**

KAREN M. CHURCH
NOTARY PUBLIC
WILKES COUNTY, NORTH CAROLINA
My Commission Expires March 30, 2013