David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0227

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gulf Coast Drywall Building Products, LLC, c/o Pete Snyder

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LA ) ss.
Parish of: Tangipahoa )

**Name of Server:** Michael I. Cooper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of May, 20 10, at 3:30 o'clock PM

**Place of Service:** at 18288 Old Covington Highway, in Hammond, LA 70403

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Gulf Coast Drywall Building Products, LLC, c/o Pete Snyder**
By delivering them into the hands of an officer or managing agent whose name and title is: Pete Snyder / Personal Service

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Balding Brown ; Facial Hair Scruffy
Approx. Age 30-40's ; Approx. Height 6' - 5'10 ; Approx. Weight 175-185

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 28th day of May, 20 10.

Notary Public    (Commission Expires)

**APS International, Ltd.**