David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0269

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Hartsville Lumber & Barns, Inc., c/o Timothy S. Kirkley
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: South Carolina ) ss.
County of: Florence )

**Name of Server:** Fred Tracy, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of May, 2010, at 1:09 o'clock P M

**Place of Service:** at 1113 North 5th Street, in Hartsville, SC 29550

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Hartsville Lumber & Barns, Inc., c/o Timothy S. Kirkley**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Timothy S. Kirkley  owner/mgr.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color White ; Facial Hair No
Approx. Age 55 ; Approx. Height 250 ; Approx. Weight 250

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 1st day of June, 2010

Notary Public  SC  4/29/2013 (Commission Expires)

**APS International, Ltd.**