David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0100

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Haskell Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Duval )

**Name of Server:** Rodney Denson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27th day of May, 20 10, at 10:20 o'clock A M

**Place of Service:** at 111 Riverside Avenue, in Jacksonville, FL 32202

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Haskell Company

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Vannessa McMillan, Director of Risk Management

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 50 ; Approx. Height 5'2" ; Approx. Weight 140

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 28th day of May, 20 10

Michelle Reels
Notary Public         (Commission Expires)

Notary Public State of Florida
Michelle E Reels
My Commission DD924721
Expires 09/13/2013