David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0271

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lakeridge Builders, Inc., c/o Lakeridge Custom Homes Inc., Registered Agent

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **TEXAS** ) ss.
County of: **TRAVIS** )

**Name of Server:** **KYLE VOELKER**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **28th** day of **May**, 20 **10**, at **12:30** o'clock **P** M

**Place of Service:** at **1150 Lakeway Drive, Suite 101**, in **Lakeway, TX 78734**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lakeridge Builders, Inc., c/o Lakeridge Custom Homes Inc., Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **TOM CRIDER, OWNER**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **WHITE**; Hair Color **WHITE**; Facial Hair **-**
Approx. Age **60**; Approx. Height **5'10"**; Approx. Weight **160 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **28** day of **May**, 20 **10**

Notary Public   (Commission Expires)

**APS International, Ltd.**

DANA L. MCMICHAEL
Notary Public, State of Texas
My Commission Expires
April 23, 2012