David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0209

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Lawrence McCorvey
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Monroe_ )

**Name of Server:** _Cherie A. Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_, 20 _10_, at _10:18_ o'clock _A_ M

**Place of Service:** at _1825 [redacted]_, in Monroeville, AL 36460

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lawrence McCorvey**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Sharetta Lee_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Lawrence McCorvey** at _1671 Horandy Rd. Monroeville, AL._ at the place of service, and whose relationship to the person is: _Daughter_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_; Skin Color _Brown_; Hair Color _Black_; Facial Hair _None_
Approx. Age _20-22_; Approx. Height _5'5_; Approx. Weight _100 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _25th_ day of _May_, 20 _10_

_[signature]_    07/15/13
Notary Public    (Commission Expires)

[Notary Seal: LINDA K. SMITH, NOTARY PUBLIC, ALABAMA STATE AT LARGE, 07-15-2013]