David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0186

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Magnolia State Construction, Inc., c/o Roy Countryman
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: Jackson )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **26** day of **May**, 20 **10**, at **8:05** o'clock **P** M

Place of Service: at **8103 Fairway Villa Dr.**, in Gautier, MS 39553

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Magnolia State Construction, Inc., c/o Roy Countryman

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Roy Countryman, Agent**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **W** ; Hair Color **grey** ; Facial Hair **no**
Approx. Age **60** ; Approx. Height **5'7"** ; Approx. Weight **150**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Donna Davis*
Signature of Server

Subscribed and sworn to before me this **30** day of **May**, 20 **10**

*[Notary signature]*
Notary Public       (Commission Expires)

APS International, Ltd.

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS