David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0195

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc., c/o Michael Mazer
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Alabama__ ) ss.
County of: __Jefferson__ )

**Name of Server:** __Joey Danforah__ , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 26th day of __May__ , 20 10 , at 10 o'clock A M

**Place of Service:** at ~~2 South 41st Street~~ 816 Green Springs Hwy , in Birmingham, AL ~~35222~~ 35209
Birmingham, AL 35209

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Mazer's Discount Home Centers, Inc., c/o Michael Mazer**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: __Michael Mazer (Registered Agent)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 55-60 ; Approx. Height 5' ; Approx. Weight 180 Lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Joey Danforah_
Signature of Server

Subscribed and sworn to before me this
28 day of May , 20 10

_Bonnie Brewer_ 1/9/2012
Notary Public     (Commission Expires)

## APS International, Ltd.