David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0261

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mike Jones Construction, Inc., c/o Michael Renee Jones, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Georgia ) ss.
County of: Walton )

**Name of Server:** Joyce Martinell, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 1 day of June, 20 10, at 8:30 o'clock PM

**Place of Service:** at 1054 Michael Road, in Monroe, GA 30656

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Mike Jones Construction, Inc., c/o Michael Renee Jones, Registered Agent
By delivering them into the hands of an officer or managing agent whose name and title is: Mike Jones - CEO

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M; Skin Color W; Hair Color Gry; Facial Hair —
Approx. Age 50; Approx. Height 5'10; Approx. Weight 170

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 2 day of June, 20 10

Signature of Server                   Notary Public            (Commission Expires)

APS International, Ltd.