David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0205

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Miller Construction Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Alabama_ ) ss.
County of: _Montgomery_ )

**Name of Server:** _Glenn McDaniel_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _June_, 20_10_, at _10:15_ o'clock _A_ M

**Place of Service:** at _150 S Perry ST_, in _Montgomery, AL 36104_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Miller Construction Company** _c/o Cecilia Russell, National Reg Agents_
By delivering them into the hands of an officer or managing agent whose name and title is: _Manager_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _N_
Approx. Age _45_ ; Approx. Height _5'8_ ; Approx. Weight _135_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _3_ day of _June_, 20 _10_

Notary Public         (Commission Expires)

AT LARGE
MY COMMISSION EXPIRES: Oct 16, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS

APS International, Ltd.