David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0156

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Negotiable Remodeling, c/o Shane Kerry
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones**

Name of Server: **Clara Broadus**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **1** day of **June**, 20 **10**, at **8** o'clock **A** M

Place of Service: at **17 Kerry Street**, in **Carriere, MS  39426**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Negotiable Remodeling, c/o Shane Kerry**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Shane Kerry, Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Blonde**; Facial Hair **None**
Approx. Age **40**; Approx. Height **6'**; Approx. Weight **150**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Clara Broadus*
Signature of Server

Subscribed and sworn to before me this **4** day of **June**, 20 **10**

*Michelle Murray*
Notary Public       (Commission Expires)

**APS International, Ltd.**

