David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0149

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--NuWay Drywall, LLC, c/o Alex I. Rivera
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Manatee** )

**Name of Server:** **Maryellen Janney**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **June**, 20 **10**, at **6:40** o'clock **P** M

**Place of Service:** at **384 Snapdragon Loop**, in **Brandenton, FL 34212**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**NuWay Drywall, LLC, c/o Alex I. Rivera**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Karen Rivera, Spouse/cotenant (Address is a residence)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair **No**
Approx. Age **36**; Approx. Height **5'9"**; Approx. Weight **145**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maryellen Janney #0079*
Signature of Server

Subscribed and sworn to before me this **1** day of **June**, 20 **10**

*Shelly Huffman*
Notary Public        (Commission Expires)

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**