David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0077

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--R & H Masonry Contractors, Inc, c/o Harry C. Harris
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **SANTA ROSA** )

Name of Server: **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27** day of **May**, 20 **10**, at **5:30** o'clock **P** M

Place of Service: at **3909 Andrew Jackson Circle**, in **Pace, FL 32571**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**R & H Masonry Contractors, Inc, c/o Harry C. Harris**
By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Harris, Spouse / Sec.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown/Gray**; Facial Hair **No**
Approx. Age **50**; Approx. Height **5'7"**; Approx. Weight **200**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **1st** day of **June**, 20 **10**

Notary Public        (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064