David, Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0314

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--Roman Gonzalez
Court Case No. 09-6690

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Chris Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **25** day of **May**, 20 **10**, at **4:30** o'clock **P** M

**Place of Service:** at 3232 Sugar Mill Road, in Kenner, LA 70065

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Roman Gonzalez**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **Martina Gonzales**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Roman Gonzalez** at the place of service, and whose relationship to the person is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blck**; Facial Hair _____
Approx. Age **50**; Approx. Height **5'4"**; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this **1st** day of **June**, 20 **10**

Notary Public              (Commission Expires)
BRANDI F. ERMON
# 26631