David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0107

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smoky Mountain Materials, Inc., c/o William B. Battings

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Escambia__ )

Name of Server: __Robert Sutherland__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __28th__ day of __May__, 20 __10__, at __10:10__ o'clock __A__ M

Place of Service: at __8040 Old Palafox Street__, in __Pensacola, FL 32534__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Smoky Mountain Materials, Inc., c/o William B. Battings**
By delivering them into the hands of an officer or managing agent whose name and title is: __Sandy Copeland, Credit Manager__

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __50__ ; Approx. Height __5'5"__ ; Approx. Weight __145__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this __1st__ day of __June__, 20 __10__

_[signature]_
Notary Public          (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064