David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0358

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Space Coast Truss, LLC, c/o Keith Buescher
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __FLA__ ) ss.
County of: __Brevard__ )

**Name of Server:** __Joseph E Carran__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __2__ day of __June__, 20 __10__, at __9.70__ o'clock __A__ M

**Place of Service:** at __6905 North Wickman Road - Ste. 501__, in __Melbourne, FL  32940__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Space Coast Truss, LLC, c/o Keith Buescher**
By delivering them into the hands of an officer or managing agent whose name and title is: __Julie Cranford    Receptionist__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BL__ ; Facial Hair __N__
Approx. Age __50's__ ; Approx. Height __5'5"__ ; Approx. Weight __120__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __2 ND__ day of __June__, 20 __10__

Alfred S. Pulaski   4-4-2014
Notary Public          (Commission Expires)

APS International, Ltd.

ALFRED S. PULASKI
MY COMMISSION # DD 978287
EXPIRES: April 4, 2014
Bonded Thru Budget Notary Services