David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0179

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Speights Cash & Carry
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **Joanna Williamson**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **1** day of **June**, 20 **10**, at **11:00** o'clock **A** M

**Place of Service:** at **1805 Dale St.**, in **Prentiss, MS 39474**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Speights Cash & Carry**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **R.C. Speights - owner**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **Grey**; Facial Hair ___
Approx. Age **71**; Approx. Height **5'11**; Approx. Weight **210**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server: *Joanna Williamson*

Subscribed and sworn to before me this **4** day of **June**, 20 **10**

*Michelle Murray*
Notary Public    (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC ID # 83932 MICHELLE MURRAY Commission Expires Jan. 23, 2011 JONES COUNTY]