David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0183

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Steve Suchmel
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )

Name of Server: **Donna Davis**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **29** day of **May**, 20 **10**, at **11:24** o'clock **A** M

Place of Service: at **14181 ~~Joe~~ Batt Road**, in **~~Biloxi, MS 39565~~ Vancleave 39565-9434**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:     A true and correct copy of the aforesaid document(s) was served on:
**Steve Suchmel**

Person Served, and
Method of Service:
[X] By personally delivering them into the hands of the person to be served.

[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Steve Suchmel** at the place of service, and whose relationship to the person is: _____

Description of Person
Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **W**; Hair Color **White**; Facial Hair **Beard**
Approx. Age **50-55**; Approx. Height **5'7"**; Approx. Weight **180 lbs**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Donna Davis*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **29** day of **May**, 20 **10**

*[signature]*
Notary Public            (Commission Expires)

NOTARY PUBLIC STATE OF MISSISSIPPI AT LARGE
MY COMMISSION EXPIRES: Mar 12, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS