**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**
**TRANSCRIPT ORDER**

| District Court | District Court Docket Number |
|---|---|
| Eastern District of Louisiana | 09-MD-02047/09-6687 |

Short Case Title: Drywall MDL/Germano v. Taishan    Court Reporter: Karen Ibos
Date Notice of Appeal Filed by Clerk of District Court: 6/10/10    Court of Appeals #: 10-30568 *(If Available)*

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*
A. Complete one of the following:
  ☐ No hearings
  ☐ Transcript is unnecessary for appeal purposes
  ☒ Transcript is already on file in Clerk's office
  ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*
    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| February 19, 22, 2010 (morning sessions-both dates) | Default hearing | Hon. Eldon E. Fallon |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
  ☒ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
  ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
  ☐ Other _____

Signature: *[signature]*    Date Transcript Ordered: 6/24/10
Print Name: Thomas P. Owen, Jr.    Counsel for: Taishan Gypsum Co. Ltd.
Address: 909 Poydras St., Ste. 2500, New Orleans LA 70112    Telephone: 504-523-1580

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____
☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____ _____ _____
Date        Signature of Court Reporter        Telephone

Address of Court Reporter: _____
* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages        _____ Actual Number of Volumes

_____ _____
Date        Signature of Court Reporter

DKT-13 (5/96)

Copy 6 - Appellant's Copy to be sent to the District Court upon completion of Part I