## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEASE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | |
| JACQUES SENAC AND DARA SENAC | * * | MAG. WILKINSON |
| Versus | * * | |
| STATE FARM FIRE AND CASUALTY COMPANY | * * | 10-1594 |

******************************************************************************

### JOINT MOTION TO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, through undersigned counsel, comes Plaintiffs / Complainants, Jacques Senac and Dara Senac and Defendant, State Farm Fire and Casualty Company, who jointly move to dismiss without prejudice the petition /complaint of Jacques Senac and Dara Senac, herein.

Respectfully submitted, this 24th day of June, 2010.

/s/ Christine Y. Voelkel
Christine Y. Voelkel (#29469)
THE BEZOU LAW FIRM
534 East Boston Street
Covington, Louisiana 70433
Telephone: 985.892.2111
cvoelkel@bezou.com

/s/ Emily S. Morrison
Emily S. Morrisson (#18351)
Adrianne L. Baumgartner (#2861)
Darrin M. O'Connor (#24582)
PORTEOUS, HAINKEL & JOHNSON, L.L.P.
408 North Columbia Street
Covington, Louisiana 70434
Telephone:  985.893.4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phj.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Plaintiffs Jacques Senac and Dara Senacs' Consent Motion to Dismiss has been served upon Adrianne L. Baumgartner, counsel for Defendant State Farm Fire & Casualy Company, , Plaintiffs' Liason Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by Hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 24th day of June 2010.


/s/ Christine Y. Voelkel