UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEASE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JACQUES SENAC AND DARA SENAC | * * | MAG. WILKINSON |
| Versus | * * | 10-1594 |
| STATE FARM AND CASUALY COMPANY | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

The Joint Motion and Order of Dismissal having been considered;

IT IS HEREBY ORDERED that the Petition of Jacques Senac and Dara Senac be and hereby is dismissed without prejudice, each party to bear their own respective costs.

New Orleans, Louisiana, this ___ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE