UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-362 *Joyce W. Rogers, et al. v. Knauf Gips KG, et al.* | : : | |

### DEFENDANTS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Defendants, Cornerstone Group Development, LLC, and Cornerstone Group[1] (hereinafter "Cornerstone"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Cornerstone a second enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Cornerstone is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms.

WHEREFORE, Defendants, Cornerstone Group Development, LLC, and Cornerstone Group respectfully request that this Court grant Cornerstone an extension of time, through and including July 9, 2010, in order to submit the Builder Profile Forms in the above-referenced action.

---

[1] Cornerstone Group Development, LLC, is not a proper party to this lawsuit. The correct legal entity is Boynton Village, LLC, the builder/developer of the subject properties.

2

Dated June 24, 2010    Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, FL 33394
    Ph:   (954) 764-7060
    Fax: (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for Defendants*
*Cornerstone Group Development, LLC*
*Cornerstone Group*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Second *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June 2010.

    /s/ Vanessa M. Serrano_____
Vanessa M. Serrano

4820-9465-7542.1
31222/0053