David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0147

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Thomas R. Gould, Inc., c/o Thomas Gould
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **MARION** )

**Name of Server:** **ROBERT W. McGUINNESS**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **MAY**, 20 **10**, at **6:40** o'clock **P** M

**Place of Service:** at 19 Teak Way Drive, in Ocala, FL 34472

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Thomas R. Gould, Inc., c/o Thomas Gould**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of **MYRA BOWMAN**, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Thomas R. Gould, Inc., c/o Thomas Gould** at the place of service, and whose relationship to the person is: **MOTHER**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **WHITE**; Hair Color **GRAY**; Facial Hair **N**
Approx. Age **60**; Approx. Height **5 FT**; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

05-07-6
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this **2ND** day of **JUNE**, 20 **10**

Beatrice Dwarka
Notary Public       (Commission Expires)

BEATRICE DWARKA
Notary Public - State of Florida
My Comm. Expires Jul 14, 2013
Commission # DD 906657
Bonded Through National Notary Assn.

11815