David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0326

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Total Community Action
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_, 20 _10_, at _4:00_ o'clock _P_ M

**Place of Service:** at _1420 S. Jefferson Davis Parkway_, in _New Orleans, LA 70125_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Total Community Action**
By delivering them into the hands of an officer or managing agent whose name and title is: _Debra French (president CEO)_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_; Skin Color _Blck_; Hair Color _Blck_; Facial Hair ___
Approx. Age _50_; Approx. Height _5'6"_; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server

Subscribed and sworn to before me this _1st_ day of _June_, 20 _10_

_[signature]_  doct
Notary Public    (Commission Expires)
BRANDI F. ERMON #26631

**APS International, Ltd.**