

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0071

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Trust America Homes, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _____ ) ss.
County of: _____ )

**Name of Server:** David McGonigal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 27 day of May, 20 10, at 4:45 o'clock P M

**Place of Service:** at 555 Gaspar Drive, in Placida, FL 33946

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Trust America Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Claire Pope as president

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color Whi ; Hair Color Bro ; Facial Hair No
Approx. Age 55 ; Approx. Height 5-7 ; Approx. Weight 135

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this ___ day of June, 20 10

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

JANET M. LOWDERMILK
Commission # DD 904138
Expires September 18, 2013
Bonded Thru Troy Fain Insurance 800-385-7019