UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Centerline Homes Construction, Inc., et al.* v. | : | MAG. JUDGE WILKINSON |
| *Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : |  |

### PLAINTIFFS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PLAINTIFF PROFILE FORMS

Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc. (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline a second enlargement of time in which to submit Plaintiff Profile Forms in the above referenced action. Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Plaintiff Profile Forms.

WHEREFORE, Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc., respectfully request that this Court grant Centerline an extension of time, through and including July 9, 2010, in order to submit the Plaintiff Profile Forms in the above referenced action.

2

Dated June 24, 2010					Respectfully submitted,

							By: __/s/ Peter R. Goldman_____
							    PETER R. GOLDMAN
							    Florida Bar No. 860565
							    VANESSA M. SERRANO
							    Florida Bar No. 51555
							    BROAD AND CASSEL
							    100 S.E. Third Ave., Ste. 2700
							    Fort Lauderdale, FL 33394
							    Ph:   (954) 764-7060
							    Fax: (954) 761-8135
							    pgoldman@broadandcassel.com
							    vserrano@broadandcassel.com

							    *Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Second *Ex Parte* Motion for Enlargement of Time to Submit Plaintiff Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2010.

                                                                                                /s/ Vanessa M. Serrano
                                                                                                Vanessa M. Serrano