UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
| *Centerline Homes Construction, Inc., et al. v.* | : | MAG. JUDGE WILKINSON |
| *Mid-Continent Casualty Co., et al.* Case No.: 10-00178 | : | |

**ORDER ON PLAINTIFFS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT PLAINTIFF PROFILE FORMS**

Upon consideration of Plaintiffs, Centerline Homes Construction, Inc., Completed Communities II, LLC, Centerline Homes at Georgetown, LLC and Centerline Homes, Inc.'s Second *Ex Parte* Motion for Enlargement of Time to Submit Plaintiff Profile Forms,

IT IS HEREBY ORDERED that Plaintiffs' Second *Ex Parte* Motion is GRANTED. Plaintiffs shall have up to and including July 9, 2010 to submit their respective Plaintiff Profile Forms.

New Orleans, Louisiana this _____ day of _____ 2010.

_____
**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**