UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL NO. 2047 |
| | ) | SECTION: L |
| THIS DOCUMENT RELATES TO: | ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-362 *Joyce W. Rogers v. Knauf GIPS KG, et al.* | ) ) ) | |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant Lavish Holding Corp. has filed the attached Motion to Dismiss for lack of personal jurisdiction, and that the Motion will be heard on August 5, 2010 at 9:10 a.m. before the Honorable Eldon E. Fallon. Please note companion Motions by Lavish in Gross v. Knauf Gips KG, et al., Wiltz v. Knauf Gips KG, et al. and by L'Oasis Builders, Inc. in Gross v. Knauf Gips KG, et al. are to be heard ad seriatim.

Dated: June 25, 2010.

                                                    Respectfully submitted,

By:    /s/ Steven G. Schwartz
           Steven G. Schwartz, Esquire
           Schwartz & Horwitz, PLC
           6751 North Federal Highway
           Suite 400
           Boca Raton, FL 33487
           Telephone: 561-395-4747
           Facsimile: 561-367-1550
           sgs@sandhlawfirm.com

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of June, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100496\Pleadings\NOH-MTD-Rogers-062510-jg.doc