UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al., ) | CASE NO.: 09-6690 |
| Plaintiffs, ) | |
| ) | MDL 2047 |
| v. ) | |
| KNAUF GIPS KG, et al., ) | |
| Defendants. ) | |

### DEFENDANT, L'OASIS BUILDERS' MOTION TO DISMISS

Defendant, L'OASIS BUILDERS, INC. ("L'Oasis"), moves this Honorable Court for dismissal of this action naming L'Oasis as a party due to Plaintiffs' failure to state of cause of action for which relief can be granted under Rule 12(b)(6), and due to lack of *in personam* jurisdiction over this Defendant pursuant to Rule 12(b)(2), Federal Rules of Civil Procedure. In support thereof Defendant states as follows:

1. In this Chinese Drywall class actions, Defendant L'Oasis has been named a member of the Defendant/builder-developer sub-class solely arising from work on one home as owned by Manuel and Jessica Reinoso. See Plaintiffs' Complaint, ¶969; ¶1227 and Schedule 2, No. 162.

2. L'Oasis has been sued in this action without any legal or factual basis. There are no facts to assert the Reinoso's home contains Chinese Drywall. This house was built in 2002 years before any evidence of Chinese Drywall having been used in construction of South Florida homes by any drywall supplier or homebuilder.

3. Regardless, the only possible purported members of the Plaintiffs' or Intervening Plaintiffs' class affected by any drywall allegedly installed by L'Oasis or its subcontractors are Manuel and Jessica Reinoso.

4. There are no other allegations throughout this lengthy Complaint that L'Oasis installed defective drywall in the homes of any other possible members of the Plaintiff class, nor in any homes outside of Palm Beach County, Florida where the Reinoso property is located.

5. L'Oasis at best built one home in any way at issue in these proceedings.

6. L'Oasis is not in the same category or situation as manufacturers, importers, or builders involved in numerous of these claims.

7. According to Plaintiffs' Complaint, L'Oasis maintains its only place of business in Royal Palm Beach, Florida and is organized under the laws of the State of Florida. See Plaintiffs' Complaint ¶1227.

8. L'Oasis does business only in the State of Florida and does not do, nor has it ever done, any business in the State of Louisiana.

9. L'Oasis does not have an office in the State of Louisiana or an agent for the service of process in Louisiana. It will work a severe hardship on Defendant to be forced to litigate these matters in this Court.

10. Because the Plaintiffs' allegations as to L'Oasis arise out of the installation of drywall in Florida, and because L'Oasis has no contacts, substantial or otherwise, with Louisiana, this Court cannot exercise *in personam* jurisdiction over this Defendant.

11. Generally, due process dictates that in order for a party, absent from the territory of the forum, to be subject to the forum's court's *in personam* jurisdiction, he must have certain minimum contacts with the forum "such that the maintenance of the suit does not offend

2

'traditional notions of fair play and substantial'" International Shoe Co. v. Washington, 326 U.S. 310 (1945) quoting Milliken v. Myer, 311 U.S. 457 (1940).

12. Defendant incorporates herein its Memorandum in Support filed simultaneously herewith.

WHEREFORE, L'Oasis Builders, Inc. moves for entry of appropriate Order of dismissal, directing that such interested homeowner-plaintiffs' claims be litigated in the Florida Broward County State Court or, alternatively, to the extent any jurisdiction in this Court be found proper, that all such Chinese drywall claims against Lavish be transferred to one MDL action – Wiltz Case No. 10-361, MDL-2047 for further proceedings.

Dated: June 25, 2010.

Respectfully submitted,

By: /s/ Steven G. Schwartz
Steven G. Schwartz, Esquire
Schwartz & Horwitz, PLC
6751 North Federal Highway
Suite 400
Boca Raton, FL 33487
Telephone: 561-395-4747
Facsimile: 561-367-1550
sgs@sandhlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of June, 2010.

/s/ Steven G. Schwartz
Steven G. Schwartz, Esq.

L:\OPEN FILES\100451\Pleadings\MTD-MDL2047-L'Oasis-062510-jg.doc