IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:                    MDL 2047

2:09-cv-07628-EEF-JCW
2:09-cv-01113-EEF-JCW
_____/

**NOTICE OF APPEARANCE AS CO-COUNSEL**

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, PETER K. SPILLIS, Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC., 2601 S. Bayshore Drive, Suite 850, Miami, Florida 33133, pspillis@wwhgd.com, hereby enters his notice of appearance as additional counsel of record for the Defendant BANNER SUPPLY COMPANY TAMPA, LLC in the captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liason Counsel Russ Herman, and Defendants' Liason Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Untied States District Court for the

Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of June, 2010.

>Respectfully submitted,
>
>WEINBERG, WHEELER, HUDGINS,
>GUNN & DIAL, LLC
>
>/s/ PETER K. SPILLIS
>PETER K. SPILLIS
>Florida Bar Number: 897167
>CO-COUNSEL FOR DEFENDANT
>BANNER SUPPLY, CO.
>2601 South Bayshore Drive
>Suite 850 Coconut Grove, Florida 33133
>Telephone (305)455-9500