IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | * * * | |
| Case No. 09-7628, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT, RESIDENTIAL DRYWALL, INC.'S SECOND EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Defendant, RESIDENTIAL DRYWALL, INC. (hereinafter "RESIDENTIAL"), by special appearance of its counsel, hereby moves this Honorable Court for the entry of an Order granting RESIDENTIAL a second enlargement of time in which to submit Installer Profile Forms in the above-referenced action. RESIDENTIAL is diligently working to gather the information requested therein, but is in need of additional time to complete the Installer Profile Forms.

WHEREFORE, Defendant, RESIDENTIAL DRYWALL, INC., respectfully request that this Court grant RESIDENTIAL an extension of time, through and including July 16, 2010, in order to submit the Installer Profile Forms in the above-referenced action.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing SECOND MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U. S. Mail, email, and upon all parties by electronically

uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of June, 2010.

        SELLARS, MARION & BACHI, P.A.

        By:_____/s/ Jeremy D. Bertsch_____
        Florida Bar No.: 0043308
        Attorneys for Defendant, Residential Drywall, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994