UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>KNAUF GIPS KG, et al.,<br><br>　　　　Defendants. | CASE NO.: 09-6690<br><br>MDL 2047 |

### ORDER ON DEFENDANT, L'OASIS BUILDER'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, L'Oasis Builders's *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. However, it is only granted insofar as to allow Defendant an additional fifteen (15) days from entry of this Order to submit its Homebuilder Profile Form.

New Orleans, Louisiana this 24th day of ____June____, 2010.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　HONORABLE ELDON E. FALLON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

L:\OPEN FILES\100451\Pleadings\Proposed Order on M-Ext-jg.doc