UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 10-361 )<br>*Kenneth and Barbara Wiltz v. Beijing New* )<br>*Building materials Public Limited Co., et al.* )<br>_____ ) | |

## ORDER ON DEFENDANT, LAVISH HOLDING CORP.'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Lavish Holding Corp.'s *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. However, Defendant's Motion is only granted insofar as to permit Defendant an additional fifteen (15) days from entry of this Order to submit a Homebuilder Profile Form.

New Orleans, Louisiana this 24th day of June, 2010.

*[Signature]*
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

L:\OPEN FILES\100492\Pleadings\Proposed Order on M-Ext-jmr.doc