UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO: ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| Case No. 09-6690<br>*David Gross, et al. and Mary Anne Benes et al. v. Knauf GIPS KG, et al.* ) ) ) ) | |

### ORDER ON DEFENDANT, LAVISH HOLDING CORP.'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Lavish Holding Corp.'s *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. However, this Motion is granted only insofar as to permit Defendant an additional fifteen (15) days from entry of this Order to submit its Homebuilder Profile Form.

New Orleans, Louisiana this 24th day of _____June_____, 2010.

*[signature]*
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

L:\OPEN FILES\100496\GROSS-BENES CLASS ACTION\Proposed Order on M-Ext-jmr.doc