UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>Case No. 10-362<br>*Joyce W. Rogers v. Knauf GIPS KG, et al.* | ) ) ) ) ) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER ON DEFENDANT, LAVISH HOLDING CORP.'S *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Upon consideration of Defendant, Lavish Holding Corp.'s *Ex Parte* Motion for Extension of Time to Complete Builders Profile forms and to Respond to Discovery,

IT IS HEREBY ORDERED that Defendant's *Ex Parte* Motion is GRANTED. However, Defendant's Motion is only granted insofar as to permit Defendant an additional fifteen (15) days to submit its Homebuilder Profile Form.

New Orleans, Louisiana this  24th day of      June     , 2010.

*[signature]*
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

L:\OPEN FILES\100496\Pleadings\Proposed Order on M-Ext-jmr.doc