UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL           MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                            SECTION L
                                                                            JUDGE FALLON
                                                                            MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

*Joyce Rogers, et al. v. Knauf Gips KG, et al.,*
Case No. 10-362
_____/

## ORDER

Upon consideration of the Second Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Albanese-Popkin The Oaks Development Group, L.P., it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant, Albanese-Popkin The Oaks Development Group, L.P., shall be granted an extension of time, through and including, July 9, 2010, in which to serve its Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana, this 24th day of June, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge