David Gross, et. al., Plaintiff(s)
  vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0119

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parkview Homes Realty, Inc., c/o Ross A. Puzzitiello, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **FLORIDA** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Christinia Therien**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **May**, 20 **10**, at **9:18** o'clock **A** M

**Place of Service:** at **12610 Race Track Road**, in **Tampa, FL 33626**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Parkview Homes Realty, Inc., c/o Ross A. Puzzitiello, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ross A. Puzzitiello, Registered Agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **Cauc**; Hair Color **Blond/Gray**; Facial Hair **—**
Approx. Age **40-45**; Approx. Height **5'9"**; Approx. Weight **175 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Christinia Therien*
Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **10**

*Elaine F. Jones*
Notary Public     (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES March 2, 2013
Bonded Thru Notary Public Underwriters

AO 440 (Rev. 12/09) Summons in a Civil Action


PRIORITY

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

David Gross, et al  )
*Plaintiff*  )
v.  )  Civil Action No. 09-6690
Knauf Gips, KG, et al  )
*Defendant*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Parkview Homes Realty, Inc.
12610 Race Track Road
Tampa, FL 33626

c/o Ross A. Puzzitiello Reg. Agent

A lawsuit has been filed against you. (Complaint in Intervention)

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Loretta G. Whyte

Date: Apr 9 2010

*Signature of Clerk or Deputy Clerk*

Handwritten service notations:
Instruction on back
APSIN 5-21-10
188268
SERVED
DATE: 5/24/10
TIME: 9:18A
WHO: Ross Puzzitiello
RACE: W
SEX: M
AGE: 40-45
5'9"
WGT: 175
HAIR: Blnd/Bray