# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | MDL 2047 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al. | |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al. | |
| CIVIL ACTION NO. 09-7628 | |

## EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

NOW INTO COURT, through undersigned counsel, comes the defendant, Triumph Construction, who respectfully moves this Honorable Court for additional time within which to submit its Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states the following:

1. On March 9, 2010, the Court entered Pre-Trial Order No. 1F requiring the Defendant to submit an appropriate Profile Form within forty (40) days after service of process.

2. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Form.  Additional time is needed, however, to gather the information required and to confirm its accuracy.

3. An extension of time will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, the defendant, Triumph Construction, L.L.C. prays for an extension of time through and including August 4, 2010 to submit its Profile Form as required by the Court.

Respectfully Submitted:

s/ Gregory Webb
Gregory Webb, Bar Roll #32004
Attorney at Law
17487 Old Jefferson Hwy, Suite C
Prairieville, Louisiana 70769
Tel:  (225) 744-0089
Fax:  (225) 313-6190

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25TH day of June, 2010.

s/Gregory Webb

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | MDL 2047 <br><br> SECTION L <br><br> JUDGE FALLON <br><br> MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al. | |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al. | |
| CIVIL ACTION NO. 09-7628 | |

## ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for Defendant, Triumph Construction, L.L.C., to submit its Profile Form to Plaintiff's Liaison Counsel is extended through and including August 4, 2010.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE