**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| DAVID GROSS, ET AL. | x | CASE NO: 09-6690 |
| v. | x | |
| KNAUF GIPS KG, ET AL. | x | |

**NOTICE OF UNAVAILABILITY**

Defendants, FLORIDA STYLE SERVICES, INC. and BY GEORGE, by and through undersigned counsel, hereby files this Notice of Unavailability, and states that the undersigned will be unavailable from June 30, 2010 through July 23, 2010 and respectfully requests that no hearings, depositions, trial and/or other proceedings, be scheduled during the aforementioned dates. In addition, the undersigned respectfully requests that no pleadings or motions requiring immediate or urgent responses to be filed during the aforementioned time frame.

Respectfully Submitted,

*Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendants Florida Style Services, Inc. and By George, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2010.

*Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101

Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendants Florida Style Services, Inc. and By George, Inc.*

1087105