UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO<br><br>CASE NO. 2:09cv-07628 | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

_____/

TAYLOR MORRISON SERVICES, INC., a foreign corporation, and TAYLOR WOODROW COMMUNITIES AT VASARI, LLC, a Florida limited liability company,

    Defendants/Crossclaim Plaintiffs

v.

KNAUF GIPS KG, a German corporation, KNAUF PLASTERBOARD (TIANJIN) CO., LTD., a Chinese limited liability corporation. RESIDENTIAL DRYWALL, INC., a Florida corporation, NU WAY DRYWALL, LLC, a Florida limited liability company, FLORIDA STYLE SERVICES, INC., a Florida corporation,

    Crossclaim Defendants,

COTHERN CONSTRUCTION COMPANY, a Florida corporation,

    Third-Party Defendant.

_____/

## NOTICE OF UNAVAILABILITY

    Crossclaim Defendant, FLORIDA STYLE SERVICES, INC. by and through undersigned counsel, hereby files this Notice of Unavailability, and states that the undersigned will be

unavailable from June 30, 2010 through July 23, 2010 and respectfully requests that no hearings, depositions, trial and/or other proceedings, be scheduled during the aforementioned dates. In addition, the undersigned respectfully requests that no pleadings or motions requiring immediate or urgent responses to be filed during the aforementioned time frame.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by U.S. Mail this 24th day of June, 2010 to: **Neil A Sivyer, Esq.,** Sivyer Barlow & Watson, P.A., 401 E. Jackson Street, Suite 2225, Tampa, FL 33602.

_____
ROBERT V. FITZSIMMONS, ESQ.
Florida Bar No. 0355739
MANU L. DAVIDSON, ESQ.
Florida Bar No. 0672882
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Crossclaim Defendant Florida Style Services, Inc.*

1087920