| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 104035-0262

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Redman Homes, Inc., c/o The Corporation Trust Inc.,
Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Maryland** ) ss.
County of: **Howard** )

Name of Server: **Bernard L Schaberg**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **27** day of **May**, 20 **10**, at **12:05** o'clock **P** M

Place of Service: at ~~300 E. Lombard St.~~ **351 W. Camden St, 6th Floor**, in Baltimore, MD ~~21202-3219~~ **21201**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Redman Homes, Inc., c/o The Corporation Trust Inc., Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: **Leona Jones, Corp. Operations Specialist**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Black**; Hair Color **Black**; Facial Hair ___
Approx. Age **30-35**; Approx. Height **5'9"**; Approx. Weight **175**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **28** day of **May**, 20 **10**

_(signature)_
Signature of Server

_(Notary signature and seal: Sherry Schoberg, Notary Public, My Commission Expires 5/11/2012, Howard County, MD)_

Notary Public        (Commission Expires)

**APS International, Ltd.**