# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
|  | x | (Case No.: 09-7628) |
| DRYWALL PRODUCTS LIABILITY | x |  |
| LITIGATION | x | SECTION: L |
|  | x |  |
|  | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x |  |
| CASES | | MAG. JUDGE WILKINSON |

## NOTICE OF UNAVAILABILITY

Defendant, C.A. STEELMAN, INC., by and through undersigned counsel, hereby files this Notice of Unavailability, and states that the undersigned will be unavailable from June 30, 2010 through July 23, 2010 and respectfully requests that no hearings, depositions, trial and/or other proceedings, be scheduled during the aforementioned dates. In addition, the undersigned respectfully requests that no pleadings or motions requiring immediate or urgent responses to be filed during the aforementioned time frame.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will

send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of June, 2010.

        Respectfully Submitted,

        /s/ *Robert V. Fitzsimmons*
        ROBERT V. FITZSIMMONS
        Florida Bar No. 0355739
        RUMBERGER, KIRK & CALDWELL
        A Professional Association
        Brickell Bayview Centre, Suite 3000
        80 S.W. 8th Street (33130-3037)
        Post Office Box 01-9041
        Miami, Florida 33101
        Telephone: (305) 358-5577
        Telecopier: (305) 371-7580

        *Attorneys for Defendant, C.A. STEELMAN INC.*

1087083