David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0112

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smith Family Homes Corporation, c/o Ronald Smith

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Shanna L. Segel, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of May, 2010, at 9:00 o'clock PM

**Place of Service:** at 17123 Journeys End Drive, in Odessa, FL 33556

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Smith Family Homes Corporation, c/o Ronald Smith**
By delivering them into the hands of an officer or managing agent whose name and title is: Ronald G. Smith, President / Director

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc (Declined) ; Hair Color Brown ; Facial Hair —
Approx. Age 50-55 ; Approx. Height 6'1" ; Approx. Weight 200 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Shanna L. Segel_
Signature of Server

Subscribed and sworn to before me this 26 day of May, 20 10

_Elaine F. Jones_
Notary Public    (Commission Expires)

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters