David Gross, et. al., Plaintiff(s)
v.
Knauf Gips, KG, et. al., Defendant(s)

**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Service of Process by
APS International, Ltd.

APS File #: 104035-0115

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Hillsborough )

Name of Server: Christinia Therien, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24 day of May, 2010, at 2:09 o'clock P M

Place of Service: at 3825 Henderson Blvd Ste 604, in Tampa, FL 33629

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.**

Person Served, and Method of Service:
[X] By personally delivering them into the hands of the person to be served.
[ ] By delivering them into the hands of _____, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with **Steven R. Carter, Inc., c/o Thomas P. Fox, P.A.** at the place of service, and whose relationship to the person is: _____

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Gray ; ~~Facial Hair~~ glasses
Approx. Age 50-55 ; Approx. Height 6'0" ; Approx. Weight 195 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christinia Therien_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this 26 day of May 2010

_Elaine F. Jones_
Notary Public   (Commission Expires)



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters