David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0117

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Suarez Housing Corporation, c/o Sara Fling, Registered Agent

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Hillsborough__ )

**Name of Server:** __Christinia Therien__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25__ day of __May__, 20 __10__, at __9:00__ o'clock __A__ M

**Place of Service:** at __6522 Gunn Hwy.__, in __Tampa, FL 33625__

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Suarez Housing Corporation, c/o Sara Fling, Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Sandra DelToro, Executive Asst. Sara Fling R.A. Authorized 2nd Attempt.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__; Skin Color __Hispanic__; Hair Color __Brown__; Facial Hair ____
Approx. Age __35-40__; Approx. Height __5'3"__; Approx. Weight __145 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Christinia Therien_
Signature of Server

Subscribed and sworn to before me this __26__ day of __May__, 20 __10__

_Elaine F. Jones_
Notary Public        (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters

AO 440 (Rev. 12/09) Summons in a Civil Action

**PRIORITY**

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

David Gross, et al )
_____ )
  *Plaintiff* )
 )
 v. ) Civil Action No. 09-6690
Knauf Gips, KG, et al )
_____ )
  *Defendant* )

## SUMMONS IN A CIVIL ACTION

Instructions on back

To: *(Defendant's name and address)* Suarez Housing Corporation
6522 Gunn Hwy.
Tampa, FL 33625

C/o Sara Flint Reg. Agent

Apsin
5-21-10
188267
DATE: 5/25/10
TIME: 9:00 A
WHO: Sandra DelToro (Exec Asst)

SERVED

RACE B W (H)
SEX M (F)
AGE 35-40
HGT 5'3"
WGT 145
HAIR Bcn
OTHER _____

A lawsuit has been filed against you. (Complaint in Intervention)

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Loretta G. Whyte

Date: Apr 9 2010

*Signature of Clerk or Deputy Clerk*