David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0104

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Westerheim Properties, Inc., c/o Jennifer Westerheim

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

**Name of Server:** **ROBERT SUTHERLAND**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **MAY**, 20 **10**, at **2:45** o'clock **P** M

**Place of Service:** at **3108 Brittany Court**, in **Pensacola, FL 32504**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Westerheim Properties, Inc., c/o Jennifer Westerheim**
By delivering them into the hands of an officer or managing agent whose name and title is: **JENNIFER WESTERHEIM, REGISTERED AGENT**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Blonde**; Facial Hair **NO**
Approx. Age **33**; Approx. Height **5'8**; Approx. Weight **130**
☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

Subscribed and sworn to before me this **1st** day of **June**, 20 **10**

*[signature]*
Notary Public          (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064