UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: <br><br> 09-MDL-2047 <br><br> SECTION: "L" – JUDGE FALLON |
| THIS DOCUMENT RELATES TO: <br> David Gross, Cheryl Gross and Louis Velez, individually on an behalf of all others similarly situated <br> v. <br><br> Knauf Gips KG, et al <br> Civil Action No. 09-06690 | * * * * * * * * * | MAGISTRATE: "2" - JUDGE WILKINSON |

**************************************

## ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, CMH Manufacturing, Inc., to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including July 30, 2010.

NEW ORLEANS, LOUISIANA this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE