David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0113

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Home Builders of Florida I, LLC, c/o Fowler White Boggs Banker, P.A., Charles Wachter
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Hillsborough )

**Name of Server:** SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of May, 2010, at 3:55 o'clock PM

**Place of Service:** at 100 North Tampa St. Ste 4100, in Tampa, FL 33602

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**First Home Builders of Florida I, LLC, c/o Fowler White Boggs Banker, P.A., Charles Wachter**
By delivering them into the hands of an officer or managing agent whose name and title is: Charles Wachter c/o Holland & Knight PA

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cauc ; Hair Color Gray ; Facial Hair Mustache
Approx. Age 50-55 yrs; Approx. Height 5'10" ; Approx. Weight 190 lbs

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 26 day of May, 2010

Notary Public      (Commission Expires)

**APS International, Ltd.**

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters