UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL No. 2047 |
| | * | SECTION: L |
| This Document Relates to: | * | |
| | * | JUDGE: FALLON |
| KENNETH WILTZ, ET AL. vs. BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED COMPANY, ET AL. | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | |
| Case No.: 2:10-CV-00361 | * | |
| ***************************************** | * | |

**DEFENDANT, MERITAGE HOMES OF FLORIDA, INC.'S
SECOND *EX PARTE* MOTION FOR EXTENSION OF TIME
TO SUBMIT BUILDER DEFENDANT PROFILE FORMS**

Defendant, Meritage Homes of Florida, Inc., by and through undersigned counsel, hereby respectfully represents it requires additional time to submit its Builder Defendant Profile Forms, but is diligently working to gather the information requested therein. This is the second request for an extension by this party.

WHEREFORE, Defendant, Meritage Homes of Florida, Inc., prays for a thirty-day extension of time, through and including July 26, 2010, to submit its Builder Defendant Profile Forms to Defendants' Liaison Counsel.

Respectfully submitted,

**GREENBERG TRAURIG, P.A.**
*Attorneys for Meritage Homes of Florida, Inc.*
1221 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717
E-mail: bassh@gtlaw.com
E-mail: salkym@gtlaw.com

By:   s/ Mark A. Salky
       HILARIE BASS
       Florida Bar No. 334323
       MARK A. SALKY
       Florida Bar No. 058221

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing **Defendant, Meritage Homes Of Florida, Inc.'s Second *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 25th day of June, 2010.

                                                                                       s/ Mark A. Salky
                                                                                        MARK A. SALKY