David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0111

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--K&B Homes, Inc., c/o Vince A. Dinova
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __Hillsborough__ )

Name of Server: __JAMIE SNYDER__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __22__ day of __May__, 20 __10__, at __5:27__ o'clock __P__ M

Place of Service: at __1121 Lumsden Trace Circle__, in __Valrico, FL 33594__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**K&B Homes, Inc., c/o Vince A. Dinova**
By delivering them into the hands of an officer or managing agent whose name and title is: __Vince A. Dinova - Director__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __Cauc.__; Hair Color __Brown__; Facial Hair __—__
Approx. Age __43-47__; Approx. Height __5'10"__; Approx. Weight __190 lbs__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

Subscribed and sworn to before me this __24__ day of __May__, 20 __10__

_Elaine F. Jones_
Notary Public     (Commission Expires)

**APS International, Ltd.**



ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters