David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0272

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--CMH Manufacturing, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **TEXAS** ) ss.
County of: **McLennan** )

**Name of Server:** **Brenda Atteberry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21st** day of **May**, 20 **10**, at **4:03** o'clock **P.** M

**Place of Service:** at **7001 Imperial Dr.**, in **Waco, TX  76712**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**CMH Manufacturing, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Don McCann, General Manager**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Caucasian** ; Hair Color **Lt Brwn** ; Facial Hair **None**
Approx. Age **45** ; Approx. Height **5'10"** ; Approx. Weight **190**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Brenda Atteberry*
Signature of Server SCH-23971

Subscribed and sworn to before me this **21st** day of **May**, 20 **10**

*Mary K. Donaldson*
Notary Public           (Commission Expires)
                         6-9-11

**APS International, Ltd.**

MARY K. DONALDSON
Notary Public, State of Texas
My Commission Expires
June 09, 2011