David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0056

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Comfort Homes Builders, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: **Donald Skipper II**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 20th day of May, 20 10, at 6:50 o'clock P M

Place of Service: at 16866 Lakeview Terrace, in North Fort Myers FL 33903

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Comfort Homes Builders, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gordon James, Registered Agent**

Description of Person Receiving Documents:
Sex M ; Skin Color White ; Hair Color Grey Balding ; Facial Hair ___
Approx. Age 55 ; Approx. Height 5'8" ; Approx. Weight 210 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _Donald Skipper II_
Signature of Server  15797

Subscribed and sworn to before me this 26th day of May, 20 10

_Elena Alvarado_
Notary Public         (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/05/2012