EXHIBIT A

_α. IBP



NUKHO

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

AGREEMENT made this 6th day of October, 2005, by and between Viking Acquisitions, LLC, of 9808 Cuddy Court, Fort Myers, FL 33919, Phone: 482-3028, hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT 70 -71, BLOCK 943, UNIT 26, SUBDIVISION Cape Coral County of Lee, State of Florida.

1. The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2. The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of THREE HUNDRED EIGHTEEN THOUSAND EIGHT HUNDRED TWENTY-FIVE U.S. Dollars

|  |  |  |
|---|---|---|
| $ 318,825 | payable as follows: | Retail |
| $< 5,000> | Deposit (Earnest Money) due upon contract signing made payable to Paul Homes |  |
| $ 315,825 | As per Lender's/Contractor's draw schedule |  |

3. Owner herewith grants access to the land to the Contractor, for construction of a new residence. Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement. Unpaid monies from the date of completion bear 18.0% interest. It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4. After the plans and specifications are signed and sealed, they shall become a Contract Document. No changes will be made except by a written change order, signed by all parties. Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $500.00 per change order in addition to regular charges or credits to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE TRUSS ENGINEER.

5. Contractor agrees to use his best effort to deliver the building specified herein on or about 240 days (8 months) from start of construction. Start of construction is defined as the date on which concrete footings are poured. The construction period can be influenced by weather, material and labor availability.

6. This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7. The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period. Contractor will also furnish Public Liability Insurance.

8. The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason. Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner. Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery. All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11. The Contractor will furnish concrete driveway and walkway of up to ___900___ square feet. Additional driveway and walkway will be charged to the Owner at $3.50 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet. Cost of lines required over that distance and any connection fees will be borne by the Owners.

13. If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution . Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14. This Agreement covers construction of the above-described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required up to Standard Three Course Foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES:
OWNER:
OWNER:

**CONSTRUCTION AGREEMENT - Page 2**
**Viking Acquisitions, LLC**

15. If the Owners or a governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following: A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained). The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits. The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within ten (10) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified ten (10) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS. IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT. THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT. CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT. WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Other Agreements made a part of this contract are:

   A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

**ACCEPTED AND APPROVED**

_George Walls_            10-11-05
OWNER                     DATE

_Robert D. Knight_        10-12-05
PAUL HOMES                DATE
Robert D. Knight, Jr. - Vice President

_[signature]_             10-10-05
OWNER                     DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**16' TIEBEAM**

**RESIDENCE FOR: Viking Acquisitions, LLC   MODEL TYPE: 10' Azalea IH Gold Package with Pool**

STANDARD CONSTRUCTION FEATURES (MAY BE REVISED BY ADDENDUM #2):

## CONSTRUCTION

- All building permits
- Builders Risk Insurance.  Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 3 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- 20' Aluminum ridge vent
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

## INSULATION & AIR CONDITIONER

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 14 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

## INTERIOR TRIM

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

## INTERIOR FINISH

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Model carpet
- Free professional decorator service

## PAINTING

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be same color
- Exterior stucco trim to be different from walls (one trim color)

INITIALS: PAUL HOMES:
OWNER:
OWNER: 

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS - Page 2**
**10' TIEBEAM**

**RESIDENCE FOR: Viking Acquisitions, LLC   MODEL TYPE: 10' Azalea III Gold Package with Pool**

## ELECTRICAL

- Structured Wiring Solution to include:
  - Includes up to 6 telephone/data outlet locations
  - Includes up to 6 coax outlet locations for video with amplification
  - Includes RG-6 coax cable
  - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
  - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
  - Includes 200 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
  - Includes one (1) 50 Amp 220 Volt generator interface breaker
  - Includes one (1) 50 Amp 220 Volt generator receptacle
  - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 200 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 2 exterior water proof outlets
- Garage door opener
- 7 ceiling fans Model 10525 installed
- Additional ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

## PLUMBING

- PEX overhead plumbing
- 50 gallon water heater
- 1/3 HP garbage disposal
- Cultured marble tops in baths
- Laundry tub with Nemee base cabinet and standard faucet in laundry room
- Icemaker line
- 3 exterior hose bibs
- Standard white Americast tub in guest bath
- Standard white 'American Standard' elongated water-saver toilets
- Soaking tub in master bath

## CABINETS

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Thermofoil)
- Ceramic tile on outside wall of bar

## EXTERIOR FINISH

- Up to 7000 sq ft of Floratam sod
- Landscaping to meet code
- 900 sq ft of concrete drives and walks
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

INITIALS: PAUL HOMES:
OWNER:
OWNER:



**PAUL HOMES**
**ADDENDUM NO. 2 – Page 1 of 2**
**Viking Acquisitions, LLC**
**10' Azalea III Gold Package with Pool**
**LOT 70 - 71, BLOCK 943, UNIT 26**

1.  The Azalea III 10' design, left hand garage, 3 Bedroom/2 baths with          $318,825
    approximately 1,883 sq ft living with approximately 2,657 sq ft total. Home to be positioned
    on the lot with 25' front setback and centered on lot.

2.  Lot Preparation                                                              Included

    a.  All fill and grading for a two course stemwall on existing grade.
    b.  Water line hook-up to 65'
    c.  Sewer line hook-up to 60'
    d.  Dual water line installation if available
    e.  Surveys
    f.  Impact Fee Allowance of $ 3,087
    g.  Water & Sewer Impact Fee and Water Meter Allowance of $ 4,309
    h.  School Impact Fee Allowance of $2,283

3.  The following Gold Package is included:

    a.  Ten (10) year structural warranty and Two (2) years on major systems
    b.  Standard lot improvements on existing grade, and all Impact/Permit Fees for a standard
        80'x125' Cape Coral lot with water and sewer.
    c.  Storm panels as required by the Florida Building Code
    d.  Pre-treat frame stage mold
    e.  All required surveys and engineered blueprints
    f.  Color-Thru barrel tile roof in standard colors.
    g.  State-of-the-art structured wiring system.
    h.  10' Tie Beam with 8' raised panel interior doors and 5-1/4" Colonial Trim
    i.  Good Cents Package: Tinted windows, R-5 energy board on masonry walls, R 30 insulation in ceilings,
        14 SEER A/C unit, heat recovery system, 50 gallon water heater, mastic all duct joints and programmable
        thermostat
    j.  Corian® Solid Surface tops (standard colors) & sink in kitchen and Corian® window sills in Glacier White
    k.  Complete flooring package including tile floors everywhere except bedrooms and closets (Deluxe Series).
    l.  GE appliances: Smooth top range JBP82TH, Spacemaker Microwave JVM1850WH, Dishwasher GSD5500,
        25 cu ft Refrigerator GSS25WG w/water & ice, Washer WCRE6270D and Dryer DWXR483EB.
    m.  Front entry etched glass doors (Standard Designs)
    n.  Manabloc Plumbing System
    o.  42" Upper cabinets in laundry room (Thermofoil)
    p.  Decorator light fixtures ($1,800 allowance)
    q.  Upgraded Moen plumbing fixtures in choice of finishes as follows:
        Kitchen:    Moen 7570 Salora w/Pull-Out Spray, Sink & Strainers,
        Master Bath:    (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951Monticello Chrome
                        PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                        turn on & off and Chrome Strainer
        Guest Bath:    (1) Moen Castelby 4938C/P Lav Faucet, (1) Moen TL2378C/P Tub & Shower Faucet, (1)
                        Chrome Tub Trim Kit
    r.  High quality wood cabinets in choice of finishes and design in kitchen
    s.  In Wall Pest Prevention System
    t.  Seven (7) ceiling fans - Model #10525-6 installed
    u.  Ceramic tile on outside wall of bar and rounded interior drywall corners.
    v.  Automatic garage door opener with 2 remote controls
    w.  Upgraded landscape pkg. To include automatic sprinkler system, floritam sod,
        3 Queen Palm trees and 10 shrubs.
    x.  Full perimeter security system with 2 keypads and 2 motion detectors
    y.  Garage floor finished with concrete stain
    z.  Cultured marble tops in all baths and soaking tub in master bath
    aa. Full outside rain gutters and downspouts
    bb. Wire lathe and stucco on lanai and entry ceilings

INITIALS: PAUL HOMES:
                 OWNER:
                 OWNER:



**PAUL HOMES**
**ADDENDUM NO. 2 - Page 2 of 2**
**Viking Acquisitions, LLC**
**10' Azalea III Gold Package with Pool**
**LOT 70 - 71, BLOCK 943, UNIT 26**

4.   Provide a pool package of:

   a.   14' x 28' Diamond Brite pool in standard colors with an approximate 22' x 36' spraycrete deck & lanai
   b.   Up to three course pool retaining wall
   c.   Mansard cage with 2 doors and super gutter (see color sheet for cage color)
   d.   Timer, pump, filter, light, tablet chlorinator and autofill
   e.   Manual cleaning equipment
   f.   Includes a pool alarm system per Florida Statutes Chapter 515
   g.   If additional retaining wall is necessary, there will be an extra charge of $1,200 per course,
        (Includes masonry, labor, stucco and paint). Should the pool retaining wall
        exceed 30" in height, building code requires safety railings around the enclosure.
        (Cost of such to be additional)

5.   Provide the following upgrades that are included:

   a.   Water and electric to seawall (mounted on a 4" x 4" post)
   b.   Pre-wire for future pool heater

6.   Seawall (per Hone Proposal)

   a.   80' concrete seawall and 40' of rip rap rock
   b.   Center rip rap on wall.
   c.   Price includes up to 4 loads of free fill.  Any additional required fill will be
        charged at Contractors cost plus 15%
   d.   Price does not include tree or rock removal and disposal

7.   Closing Cost Allowance $6,000

8.   Construction Interest Allowance $10,000

|                        |              |
|------------------------|--------------|
| **Contract Price**     | $329,825     |
| **Courtesy Discount**  | <$ 11,000 >  |
| **TOTAL INVESTMENT**   | $318,825     |

**ACCEPTED AND APPROVED**

_George Nell_   10-11-05
OWNER            DATE

_Robert D. Knight_   10-12-05
PAUL HOMES            DATE
Robert D. Knight, Jr. - Vice President

_[signature]_   10-5-05
OWNER            DATE

**PAUL HOMES**
**ADDENDUM #3 - DISCLOSURES TO PURCHASER**

**SALES DISCLOSURE:**

Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**

Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

OWNER _____ DATE _____

OWNER _____ 10-5-03 DATE _____

**PAUL HOMES**
**ADDENDUM #4**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as <u>Block 943, Lots 70 - 71, Unit 26, Cape Coral Subdivision</u>. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.

Initial                          Initial

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site. In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

Initial                          Initial

PAUL HOMES
ADDENDUM #5 - NOTICE OF CONSUMER RIGHTS

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaints Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find our or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

OWNER _____ DATE _____

OWNER _____ DATE  10-5-03

**PAUL HOMES**
**ADDENDUM #6 - MODEL HOME QUALITY**

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

_____
OWNER                    DATE

_____
OWNER                    DATE

**PAUL HOMES**
**ADDENDUM #7 - Construction Lien Law**

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED
CONSTRUCTION DEFECT IN YOU HOME. SIXTY DAYS BEFORE YOU FILE YOUR
LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR
DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU
ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY
SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO
INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR
PAY FOR THE ALLEGED CONSTRUCTION DEFECT. YOU ARE NOT OBLIGATED TO
ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR,
SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND
PROCEDURES UNDER FLORIDA LAW.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW
(SECTIONS 713.001 - 713.37, FLORIDA STATUTES), THOSE
WHO WORK ON YOUR PROPERTY OR PROVIDE
MATERIALS AND ARE NOT PAID IN FULL HAVE A
RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT
AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS
A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR
SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS,
SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR
NEGLECTS TO MAKE OTHER LEGALLY REQUIRED
PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY
LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF
YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU
FAIL TO PAY YOUR CONTRACTOR, YOUR
CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR
PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR
PROPERTY COULD BE SOLD AGAINST YOUR WILL TO
PAY FOR LABOR, MATERIALS, OR OTHER SERVICES
THAT YOUR CONTRACTOR OR A SUBCONTRACTOR
MAY HAVE FAILED TO PAY. FLORIDA'S
CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS
RECOMMENDED THAT WHENEVER A SPECIFIC
PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

OWNER _____    DATE _____

OWNER _____    DATE 10-5-05

City of Cape Coral

Permit # _____

Block # _____ Lot _____

## Residential Swimming Pool
## Spa and Hot Tub Safety Act
## Requirement

I, _____, License # _____
(Please Print Contractors, Name)

hereby affirm that one of the following methods will be used to meet the

requirements of Chapter 515, Florida Statutes.

_____The pool will be isolated from access to the home by an
enclosure that meets the pool barrier requirements of Florida Statutes, Section
515.29;

_____The pool will be equipped with an approved safety pool cover that
complies with ASTM F1346-91 (Standard Performance Specifications for Safety
Covers for Swimming Pools, Spas and Hot Tubs);

_____All door and windows providing direct access from the home to the
pool will be equipped with an exit alarm that has a minimum sound pressure
rating of 85 decibels at 10 feet;

_____All doors providing direct access from the home to the pool will be
equipped with a self-closing, self-catching device with a release mechanism
placed no lower than 54" above the floor or deck;

****************************In Addition To:***************************

_____If a fixed barrier is to be used in place of the screen around the
perimeter of the pool, then no property perimeter fence will be required.

_____If Baby Barrier around perimeter of pool is not permanently affixed
to the pool deck, a property fence will be required.

All fences must be a minimum 48" high, with 54" high gate latches. All gates shall
swing to the outside and be self closing self latching.

I understand that a barrier must be placed around the perimeter of the pool and
must be separate from any fence, wall, or other enclosure surrounding the yard
unless the fence, wall, or other enclosure or  portion thereof is situated on the
perimeter of the pool, is being used as part of the barrier, and meets the barrier
requirements of this section. I also understand that not having one of the above
installed at time of final inspection will constitute a violation of Chapter 515 F.S.

_____
CONTRACTOR'S SIGNATURE

_____
OWNER'S SIGNATURE

_____
OWNER'S NAME (PLEASE PRINT)

4/19/05 DAJ

EXHIBIT B

This Instrument Prepared by & return to:
Name:    Erica M. Scimeca , an employee of
         Palm Title Associates, Inc.
Address: 1342 Colonial Blvd., Suite 44F
         Fort Myers, FL 33907
         File No. 1-05-0661-NH

Parcel I.D. #: 25-44-23-C3-00943.0700

SPACE ABOVE THIS LINE FOR PROCESSING DATA          SPACE ABOVE THIS LINE FOR RECORDING DATA

**THIS WARRANTY DEED** Made the 31 day of October , A.D. 2005, by DANIEL

P. MAY and STACY M. MAY, Husband and Wife, hereinafter called the grantors, to .

VIKING ACQUISITIONS, LLC, a FL Limited Liability Co. whose post office address is
9808 Cuddy Ct. Ft Myers FL 33919 , hereinafter called the grantees:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument, singular and
plural, the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations,
wherever the context so admits or requires.)

Witnesseth: That the grantors, for and in consideration of the sum of $10.00 and other valuable
consideration, receipt whereof is hereby acknowledged, do hereby grant, bargain, sell, alien, remise, release, convey
and confirm unto the grantees all that certain land situate in Lee County, State of Florida, viz:

Lots 70 and 71, Block 943, Unit 26, Cape Coral Subdivision, according to the plat thereof recorded in Plat
Book 14, Pages 117 through 148, inclusive, Public Records of Lee County, Florida.

SUBJECT TO TAXES FOR THE YEAR 2006 AND SUBSEQUENT YEARS, RESTRICTIONS,
RESERVATIONS, COVENANTS AND EASEMENTS OF RECORD, IF ANY.
Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise
appertaining.

To Have and to Hold the same in fee simple forever.

And the grantors hereby covenant with said grantees that they are lawfully seized of said land in fee simple;
that they have good right and lawful authority to sell and convey said land, and hereby fully warrant the title to said
land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all
encumbrances, except taxes accruing subsequent to December 31, 2006.

In Witness Whereof, the said grantors have signed and sealed these presents, the day and year first above
written.

Signed, sealed and delivered in the presence of:

Witness Signature
Printed Name  Linda Szuzacek

Witness Signature
Printed Name  Charles L. Storlie

Daniel P. May  _____ L.S.
Address:
7321 W 114th St, Bloomington MN 55438

Stacy M. May  _____ L.S.
Address:
7321 W 114th St, Bloomington MN 55438

STATE OF minnesota
COUNTY OF Hennepin

The foregoing instrument was acknowledged before me this 31 day of October , 2005, by Daniel P.
May and Stacy M. May, who are known to me or who have produced mn Drivers License as
identification.

Seal

Signature of Notary
My commission expires 1/31/2010

CHRISTINE M. BENSON
Notary Public
Minnesota
My Commission Expires January 31, 2010

INSTR # 2007000225409, Doc Type D, Pages 1, Recorded 07/18/2007 at 02:54 PM,
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $0.70 Rec. Fee
$10.00 Deputy Clerk WMILLER

Prepared By:
Gulfstream Title LLC
6710 Winkler Road, Suite 2
Fort Myers, FL 33919
073041WJ

Parcel ID Number: 25-44-23-C3-00943.0700

Warranty Deed
This Indenture, made this _13th_ day of July, 2007 A.D.

Between Viking Acquisitions, LLC, a Florida Limited Liability Company, by Thomas G. Runyon, Managing
Member and George Nukho, Managing Member and Michael Nukho, Managing Member and Edward Nukho,
Managing Member with a mailing address of 9808 Cuddy Court, Fort Myers, FL 33919 hereinafter known
as Grantor

and

Michael Nukho and Edward Nukho and George Nukho and Thomas G. Runyon, as tenants in common, with
a mailing address of 12121 Via Del Fontana Avenue, Fort Myers, FL 33919 hereinafter known as
Grantee

Witnesseth that the GRANTORS, for and in consideration of the sum of TEN DOLLARS ($10) DOLLARS
and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt
whereof is hereby acknowledged, have granted, bargained and sold to the said GRANTEES and
GRANTEES' heirs, successors and assigns forever, the following described land, situate, lying and being
in the County of Lee State of Florida to wit:

Lots 70 and 71, Block 943, Unit 26, Cape Coral Subdivision, according to the plat thereof recorded in
Plat Book 14, Pages 117-148, Public Records of Lee County, Florida.

This is not now, nor has it ever been, the homestead property of the grantor, and neither the grantor,
nor the grantor's spouse, nor anyone for whose support the grantor is responsible resides on or adjacent
to said land and the grantors do hereby fully warrant the title to said land, and will defend the same
against lawful claims of all persons whomsoever. Grantor acknowledges he/she/they are lawfully seised of
the property and have the right to convey said property.

In Witness Whereof, the grantors have hereunto set their hands and seals the day and year first above
written. Signed, sealed and delivered in our presence: THERE MUST BE TWO SEPARATE PEOPLE WHO
ACT AS WITNESS, THE NOTARY MAY BE ONLY ONE OF THE WITNESSES

Witness No. 1 Signature                                          Edward Nukho
Print Name: Hussein  Hussein

Witness No. 2 Signature                                          George Nukho
Print Name STELLA LEE - MONTES

                                                                Michael Nukho

State of New York
County of New York

On the 13th day of July, 2007, then appeared before me, a licensed Notary Public in the
above referenced state, Edward Nukho and George Nukho and Michael Nukho who acknowledged the
foregoing instrument to be his/her/their free act and deed and who did/did not take an oath and who
produced drivers' licenses as identification.

Stella Lee-Monts
Notary Public                                                   SEAL

Stella Lee-Montes
Notary Public, State of New York
No. 01LE6098035
Qualified in New York County
My Commission Expires Sept. 22, 200_

EXHIBIT C

*- c. B. Smith*
*- IBP*
*# 910/Expens*

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

AGREEMENT made this 14th October, 2005, by and between, Scott R. Barry, of 11 Pine Acres Dr. Medford, NJ 08055, Phone: (609) 702-7577, hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT 35 - 36, BLOCK 5311, UNIT 58, SUBDIVISION Cape Coral, County of Lee, State of Florida.

1. The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2. The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of THREE HUNDRED FIVE THOUSAND EIGHT HUNDRED FIVE U.S. Dollars

$ 305,805   payable as follows:
$< 30,580>  Deposit (Earnest Money) due upon contract signing made payable to Paul Homes
$ 275,225   As per Lender's/Contractor's draw schedule

3. Owner herewith grants access to the land to the Contractor, for construction of a new residence. Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement. Unpaid monies from the date of completion bear 18.0% interest. It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4. After the plans and specifications are signed and sealed, they shall become a Contract Document. No changes will be made except by a written change order, signed by all parties. Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $500.00 per change order in addition to regular charges or credits to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE TRUSS ENGINEER.

5. The Contractor agrees to use his best effort to deliver the building specified herein on or about 240 days (8 months) from start of construction. Start of construction is defined as the date on which concrete footings are poured. The construction period can be influenced by weather, material and labor availability.

6. This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7. The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period. Contractor will also furnish Public Liability Insurance.

8. The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason. Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner. Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery. All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11. The Contractor will furnish concrete driveway and walkway of up to 900 square feet. Additional driveway and walkway will be charged to the Owner at $3.50 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet. Cost of lines required over that distance and any connection fees will be borne by the Owners.

13. If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution. Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14. This Agreement covers construction of the above-described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required up to Standard Three Course Foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES: _____
OWNER: _____
OWNER: _____

CONSTRUCTION AGREEMENT - Page 2
Mr. Scott Barry

15. If the Owners or a governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following: A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained). The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits. The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within ten (10) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified ten (10) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS. IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT. THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT. CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT. WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Note: This price is contingent upon Owner executing an Exclusive Listing Agreement (simultaneously with building agreement) with Paul Realty, Inc. for the right to sell this home. Said listing shall be for a minimum of six months and can be started at any time after drywall is completed on home. Commission to Paul Realty to be 4% in-house and 6% if sold as a co-broke.

24. Other Agreements made a part of this contract are:

A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

ACCEPTED AND APPROVED

_____  10/15/05
OWNER                    DATE

_____  10-14-05
PAUL HOMES               DATE
Robert D. Knight, Jr. - Vice President

_____  _____
OWNER                    DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**10' TIEBEAM**

RESIDENCE FOR:   Scott Barry    MODEL TYPE: 10' Azalea III Gold Package with Pool

STANDARD CONSTRUCTION FEATURES (MAY BE REVISED BY ADDENDUM #2):

## CONSTRUCTION

- All building permits
- Builders Risk Insurance. Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 3 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- 20' Aluminum ridge vent
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

## INSULATION & AIR CONDITIONER

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 14 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

## INTERIOR TRIM

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

## INTERIOR FINISH

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Shower door in master bath – chrome track with obscure glass
- Model carpet
- Free professional decorator service

## PAINTING

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be same color
- Exterior stucco trim to be different from walls (one trim color)

INITIALS: PAUL HOMES:
OWNER:
OWNER:



**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS – Page 2**
**10' TIEBEAM**

**RESIDENCE FOR:**   Scott Barry       **MODEL TYPE: 10' Azalea III Gold Package with Pool**

**ELECTRICAL**

- Structured Wiring Solution to include:
  - Includes up to 6 telephone/data outlet locations
  - Includes up to 6 coax outlet locations for video with amplification
  - Includes RG-6 coax cable
  - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
  - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
  - Includes 200 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
  - Includes one (1) 50 Amp 220 Volt generator interface breaker
  - Includes one (1) 50 Amp 220 Volt generator receptacle
  - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 200 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 2 exterior water proof outlets
- Garage door opener
- 7 ceiling fans Model #10525 installed
- Additional ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

**PLUMBING**

- PEX overhead plumbing
- 50 gallon water heater
- 1/3 HP garbage disposal
- Cultured marble tops in baths
- Laundry tub with Nemee base cabinet and standard faucet in laundry room
- Icemaker line
- 3 exterior hose bibs
- Standard white Americast tub in guest bath
- Standard white 'American Standard' elongated water-saver toilets
- Soaking tub in master bath

**CABINETS**

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Thermofoil)
- Ceramic tile on outside wall of bar

**EXTERIOR FINISH**

- Up to 7000 sq ft of Floratam sod
- Landscaping to meet code
- 900 sq ft of concrete drives and walks
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

INITIALS: PAUL HOMES:
OWNER:
OWNER:

**PAUL HOMES**
**ADDENDUM NO. 2 - Page 1 of 2**
**Scott Barry**
**10' Azalea III Gold Package with Pool**
**LOT 35 - 36, BLOCK 5311, UNIT 58**

*left on*

1. The Azalea III 10' design,_____TBD_____ hand garage, 3 Bedroom/2 baths with          $305,805
   approximately 1,883 sq ft living with approximately 2,657 sq ft total. Home to be positioned
   on the lot with 30' front setback and centered on lot.

2. Lot Preparation                                                                        Included

   a.  All fill and grading to raise home up to 3' on existing grade. If additional fill is
       required due to height deficiency of existing grade, cost shall be borne by Owner.
   b.  Standard septic system with a 900 gallon tank and 450 sq. Ft. field. (If rock is encountered,
       there will be an extra charge for dig out and removal.)
   c.  Deep well. The equipment system includes a submersible pump, above
       ground pump, aerator, softener and 2 pressure tanks.
   d.  Surveys
   b.  Full outside rain gutters and downspouts
   c.  Impact Fee Allowance of $  4,165
   d.  School Impact Fee Allowance of $2283

3. The following Gold Package is included:

   x.   Ten (10) year structural warranty and Two (2) years on major systems
   y.   Standard lot improvements on existing grade, and all Impact/Permit Fees for a standard
        80'x125' Cape Coral lot with well and septic
   z.   Storm panels as required by the Florida Building Code
   aa.  Pre-treat frame stage mold
   bb.  All required surveys and engineered blueprints
   cc.  Color-Thru barrel tile roof in standard colors.
   dd.  State-of-the-art structured wiring system.
   ee.  10' Tie Beam with 8' raised panel interior doors and 5-1/4" Colonial Trim
   ff.  Good Cents Package: Tinted windows, R-5 energy board on masonry walls, R 30 insulation in ceilings,
        14 SEER A/C unit, heat recovery system, 50 gallon water heater, mastic all duct joints and programmable
        thermostat
   gg.  Corian® Solid Surface tops & sink (standard colors) in kitchen and Corian® window sills in Glacier White
   hh.  Complete flooring package including tile floors everywhere except bedrooms and closets
   ii.  GE appliances: Smooth top range JBP82TH, Spacemaker Microwave JVM1850WH, Dishwasher GSD5500,
        25 cu ft Refrigerator GSS25WG w/water & ice, Washer WCRE6270D and Dryer DWXR483EB.
   jj.  Front entry etched glass doors (Standard Designs)
   kk.  Manabloc Plumbing System
   ll.  42" Upper cabinets in laundry room (Thermofoil)
   mm.  Decorator light fixtures ($1,800 allowance)
   nn.  Upgraded Moen plumbing fixtures in choice of finishes as follows:
        Kitchen:     Moen 7570 Salora w/Pull-Out Spray, Sink & Strainers,
        Master Bath: (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951 Monticello Chrome
                     PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                     turn on & off and Chrome Strainer
        Guest Bath:  (1) Moen Castelby 4938C/P Lav Faucet, (1) Moen TL2378C/P Tub & Shower Faucet, (1)
                     Chrome Tub Trim Kit
   oo.  High quality wood cabinets in choice of finishes and design in kitchen
   pp.  In Wall Pest Prevention System
   qq.  Seven (7) ceiling fans - Model #10525 installed
   rr.  Ceramic tile on outside wall of bar and rounded interior drywall corners.
   ss.  Automatic garage door opener with 2 remote controls
   tt.  Upgraded landscape pkg. To include automatic sprinkler system, floratam sod,
        3 Queen Palm trees and 10 shrubs.
   uu.  Full perimeter security system with 2 keypads and 2 motion detectors
   vv.  Garage floor finished with concrete stain
   ww.  Cultured marble tops in all baths and soaking tub in master bath
   xx.  Full outside rain gutters and downspouts
   yy.  Wire lathe and stucco on lanai and entry ceilings

INITIALS: PAUL HOMES:
OWNER:
OWNER:

**PAUL HOMES**
**ADDENDUM NO. 2 - Page 2 of 2**
**Scott Barry**
**10' Azalea III Gold Package with Pool**
**LOT 35 - 36, BLOCK 5311, UNIT 58**

4.  Provide a pool package of:

    a.  14' x 28' Diamond Brite pool in standard colors with an approximate 22' x 36' spraycrete deck & lanai
    b.  Up to three course pool retaining wall
    c.  Mansard cage with 2 doors and super gutter (see color sheet for cage color)
    d.  Timer, pump, filter, light, tablet chlorinator and autofill
    e.  Manual cleaning equipment
    f.  Includes a pool alarm system per Florida Statutes Chapter 515
    g.  If additional retaining wall is necessary, there will be an extra charge of $1,200 per course,
        (Includes masonry, labor, stucco and paint). Should the pool retaining wall
        exceed 30" in height, building code requires safety railings around the enclosure.
        (Cost of such to be additional)

|  |  |
|---|---|
| **Contract Price** | $321,900 |
| **Courtesy Discount** | <$ 16,095> |
| **TOTAL INVESTMENT** | $305,805 |

**ACCEPTED AND APPROVED**

_____          _____
OWNER              DATE           PAUL HOMES              DATE
                                  Robert D. Knight, Jr. - Vice President   10-14-05

_____
OWNER              DATE

**PAUL HOMES**
**ADDENDUM #3 - PAYMENT SCHEDULE**

**RESIDENCE FOR:** Scott Barry      **MODEL TYPE:** 10' Azalea III Gold Package w/Pool

**TOTAL PRICE OF: $305,805**      **CONTRACT DATE: 10/14/05**

### THE FOLLOWING SCHEDULE OF CONSTRUCTION DISBURSEMENTS
### IS AGREED TO BY BOTH THE OWNER AND THE CONTRACTOR

| | | | |
|---|---|---|---|
| Deposit | - | 10% upon signing of contract | $ 30,580 |
| First Draw | - | 20% upon completion of slab pour | $ 61,161 |
| Second Draw | - | 20% completion of roof dry-in | $ 61,161 |
| Third Draw | - | 20% upon completion of air-conditioning, electrical, and plumbing rough-ins | $ 61,161 |
| Fourth Draw | - | 20% when interior drywall is complete | $ 61,161 |
| Fifth Draw | - | 10% upon completion prior to occupancy; after receipt of certificate of occupancy | $ 30,581 |
| | | TOTAL | $305,805 |

### ACCEPTED AND APPROVED

_____  10/5/05   _____  10-14-05
OWNER              DATE      PAUL HOMES          DATE
                             Robert D. Knight, Jr. - Vice President


_____          _____
OWNER                    DATE

**PAUL HOMES**
**ADDENDUM #4 - DISCLOSURES TO PURCHASER**

**SALES DISCLOSURE:**

Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**

Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

OWNER _____ / DATE 10/15/05

OWNER _____ DATE

**PAUL HOMES**
**ADDENDUM #5**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as <u>Block 5311, Lots 35 - 36, Unit 58, Cape Coral Subdivision</u>. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.

_____
Initial

_____
Initial

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes  and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site.  In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

_____
Initial

_____
Initial

**PAUL HOMES**
**ADDENDUM #6 - NOTICE OF CONSUMER RIGHTS**

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part 1, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complains Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

_____  10/15/65     _____
OWNER                    DATE          OWNER                    DATE

**PAUL HOMES**
**ADDENDUM #7 - MODEL HOME QUALITY**

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

OWNER _____ 10/15/05 DATE _____    OWNER _____ DATE _____

**PAUL HOMES**
ADDENDUM #8 - Construction Lien Law

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOU HOME.   SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECT.   YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR, SUPPLIERS, OR DESIGN PROFESSIONALS.   THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001 - 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY.    FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

_____ 10/5/05  _____
OWNER            DATE        OWNER                DATE

EXHIBIT D

a - Jo-Am Greene
1BP

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

#891

AGREEMENT made this 3rd of June, 2005, by and between Gerard T. & Nancy G. Roy, husband and wife, of 14 Pennimen lane, Hampton, NH, 03842, Phone: (603) 926-8618, email: gerard.roy@comcast.net, hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT 16 - 17, BLOCK 4905, UNIT 74, SUBDIVISION Cape Coral, County of Lee, State of Florida.

1.   The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2.   The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of FOUR HUNDRED EIGHTY TWO THOUSAND - FIVE HUNDRED SIXTY ONE U.S. Dollars

| | |
|---|---|
| $  482,561 | payable as follows: |
| $<  10,000> | Non-refundable Deposit (Earnest Money) received |
| $  472,561 | As per Lender's/Contractor's draw schedule |

3.   Owner herewith grants access to the land to the Contractor, for construction of a new residence.  Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement.  Unpaid monies from the date of completion bear 18.0% interest.  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4.   After the plans and specifications are signed and sealed, they shall become a Contract Document.  No changes will be made except by a written change order, signed by both parties.  Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $200.00 per change order in addition to regular charges or credits to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE ENGINEER TO BE SEALED.

5.   Contractor agrees to use his best effort to deliver the building specified herein on or about 210 days (7 months) from start of construction.  Start of construction is defined as the date on which concrete footings are poured.

6.   This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7.   The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period.  Contractor will also furnish Public Liability Insurance.

8.   The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason.   Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9.   The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner.  Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery.  All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11.  The Contractor will furnish brick paver driveway and walkway of up to __1,300__ square feet.  Additional driveway and walkway will be charged to the Owner at $6.60 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet.  Cost of lines required over that distance and any connection fees will be borne by the Owners.

13.  If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution .  Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14.  This Agreement covers construction of the above-described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required for the Standard Three Course Foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES:
OWNER:
OWNER:



**CONSTRUCTION AGREEMENT - Page 2**
Mr. & Mrs. Roy

15. If the Owners or governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following: A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained). The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits. The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within fifteen (15) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified fifteen (15) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS. IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT. THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT. CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT. WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Other Agreements made a part of this contract are:

A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

**ACCEPTED AND APPROVED**

OWNER    6/12/05                6-3-05
DATE                      PAUL HOMES        DATE
Robert D. Knight, Jr. - Vice President

OWNER    6/12/05
DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**10' TIEBEAM**

**RESIDENCE FOR:** Mr. and Mrs. Rey       **MODEL TYPE:**       10' Ashford II Platinum Package with Pool

STANDARD CONSTRUCTION FEATURES (MAY BE REVISED BY ADDENDUM #2):

## CONSTRUCTION

- All building permits
- Builders Risk Insurance. Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 3 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

## INSULATION & AIR CONDITIONER

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 12 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

## INTERIOR TRIM

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

## INTERIOR FINISH

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Shower door in master bath - chrome track with obscure glass
- Model carpet
- Free professional decorator service

## PAINTING

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be two colors upgraded
- Exterior stucco trim to be different from walls (one trim color)

INITIALS: PAUL HOMES:
OWNER:
OWNER:



**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS - Page 2**
**10' TIEBEAM**

RESIDENCE FOR: Mr. and Mrs. Rey       MODEL TYPE:       10' Ashford II Platinum Package with Pool

## ELECTRICAL

- Structured Wiring Solution to include:
  - Includes up to 6 telephone/data outlet locations
  - Includes up to 6 coax outlet locations for video with amplification
  - Includes RG-6 coax cable
  - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
  - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
  - Includes 200 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
  - Includes one (1) 50 Amp 220 Volt generator interface breaker
  - Includes one (1) 50 Amp 220 Volt generator receptacle
  - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 200 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 2 exterior water proof outlets
- Garage door opener
- 7 ceiling fans Model #10525 installed upgraded
- Additional ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

## PLUMBING

- PEX overhead plumbing
- 80 gallon water heater
- 1/3 HP garbage disposal
- Cultured marble tops in baths
- Laundry tub with Nemec base cabinet and standard faucet in laundry room
- Icemaker line
- 3 exterior hose bibs
- Standard white Americast tub in guest bath
- Standard white "American Standard" elongated water-saver toilets
- Soaking tub in master bath

## CABINETS

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Nemec) *upgraded*
- Ceramic tile on outside wall of bar

## EXTERIOR FINISH

- Up to 7000 sq ft of Floratam sod
- Landscaping to meet code
- 1,300 sq ft of brick paver drives and walks
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

INITIALS: PAUL HOMES:
OWNER:
OWNER:



# PAUL HOMES
## ADDENDUM NO. 2 - Page 1 of 2
### Mr. and Mrs. Roy
#### 10' Ashford II Platinum Package with Pool
#### LOT 16 - 17, BLOCK 4905, UNIT 74

1.  The Ashford II 10' design, right hand garage, 3 Bedroom/2.5 baths with          $482,561
    approximately 2,497 sq. ft living with approximately 3,554 sq ft total. Home to be positioned
    on the lot with front setback and centered on lot.

2.  Lot Preparation                                                                 Included

    a.  All fill and grading for a two course stemwall on existing grade.
    b.  Water line hook-up to 65'
    c.  Sewer line hook-up to 60'
    d.  Dual water line installation if available
    e.  Surveys
    f.  Impact Fee Allowance of $ 3,087
    g.  Water & Sewer Impact Fee and Water Meter Allowance of $ 4,309
    h.  School Impact Fee Allowance of $2,283

3.  The following Platinum Package is included:

    a.  Ten (10) year structural warranty and Two (2) years on major systems
    b.  Standard lot improvements on existing grade, and all Impact/Permit Fees for a standard
        80'x125' Cape Coral lot with water and sewer.
    c.  Storm panels as required by the Florida Building Code
    d.  All required surveys and engineered blueprints
    e.  Color-Thru barrel tile roof in standard colors.
    f.  10' Tie Beams with 8' raised panel interior doors and 5-1/4" Colonial Trim
    g.  Good Cents Package: Tinted windows, R-5 energy board on masonry walls, R 30 insulation in ceilings,
        12 SEER A/C unit, heat recovery system, 80 gallon water heater, mastic all duct joints and programmable
        thermostat
    h.  Granite or Zodiaq® counter tops (Level 2) in kitchen and bath/bath #2 window sills in Glacier White upgraded
    i.  High quality wood cabinetry in choice of finishes and designs kitchen and master bath/bath #2 upgraded
    j.  Complete flooring package including tile floors everywhere except bedrooms and closets (Deluxe Series).
    k.  TAJ leaded glass front entry doors and mini-blind insert in pool bath door
    l.  Crown molding in all tray ceilings and four (4) plant shelf outlets on one switch
    m.  Full perimeter security system with 2 keypads and 2 motion detectors
    n.  GE Kitchen Appliances Stainless Steel: Cook Top 30" JB350, 30" Wall Oven JTP20, Over the Range
        Advantium SCA2000, Dishwasher GSD5500, 25 cu ft Refrigerator GSS25WG w/water & ice, Washer
        WCRE6270D and Dryer DWXR483EB upgraded
    o.  Manabloc Plumbing System and State-Of-The-Art Wiring System
    p.  Rounded interior drywall corners and two interior paint colors
    q.  42" upper cabinets in laundry room upgraded
    r.  Water and 110V electric to seawall/dock area
    s.  Decorator light fixtures ($3,600 allowance) upgraded
    t.  Upgraded Moen plumbing fixtures in choice of finishes as follows:
        Kitchen:      Moen 7570 Salora w/Pull-Out Spray, Sink & Strainers upgraded see 5a
        Master Bath:  (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951Monticello Chrome
                      PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                      turn on & off and Chrome Strainer
        Guest Baths:  (1) Moen Castelby 4938C/P Lav Faucet, (1) Moen L2378C/P Tub & Shower Faucet, (1)
                      Chrome Tub Trim Kit
    u.  Cultured marble tops in all baths and soaking tub in master bath
    v.  Pool bath with sink Reminiscence #0511.800and toilet Reminiscence #2011.026
    w.  Seven (7) ceiling fans - Model #10525 upgraded
    x.  Full outside rain gutters and downspouts
    y.  Brick paver sealed driveway, walkway and entry
    z.  Automatic garage door opener with 2 remote controls
    aa. Deluxe zoned lawn sprinkler system and Floratam sod and landscaping allowance of $2,000
    bb. Wire lathe and stucco on lanai and entry ceilings
    cc. Ceramic tile on outside wall of bar and Deluxe Series tile backsplash in kitchen
    dd. In Wall Pest Prevention System
    ee. Summer kitchen on lanai, includes privacy wall, base cabinets with stucco finish and stainless steel doors,,
        sink, hood venting, two (2)GFI outlets, two (2) overhead can lights with switch, Vermont 30" gas grill,
        under counter stainless steel refrigerator (configurations may vary by floor plan)
    ff. Garage floor finished with concrete stain and paver sealant applied to all pavers

INITIALS: PAUL HOMES:
OWNER:
OWNER:       

**PAUL HOMES**
**ADDENDUM NO. 2 - Page 2 of 2**
**Mr. and Mrs. Rey**
**10' Ashford II Platinum Package with Pool**
**LOT 16 - 17, BLOCK 4905, UNIT 74**

4.  Provide a pool package of:

    a.  15' Vanishing Edge 14' x 28' Diamond Brite pool in Black Onyx finish with an approximate  *10' x 60' x 10'*
        brick paver pool deck & lanai
    b.  6' x 6' raised 18" spillover spa in Black Onyx finish with solar blanket, light, blower and air switch
    c.  5 ton heat pump
    d.  Hayward Boss pool/spa remote control system. Up to three course pool retaining wall
    e.  Bronze or white mansard cage with 2 doors and super gutter
    f.  Timer, pump, filter, light, tablet chlorinator and autofill and manual cleaning equipment
    g.  Includes a pool alarm system per Florida Statutes Chapter 515
    h.  If additional retaining wall is necessary, there will be an extra charge of $1,200 per course,
        (Includes masonry, labor, stucco and paint). Should the pool retaining wall
        exceed 30" in height, building code requires safety railings around the enclosure.
        (Cost of such to be additional)

5.  Provide the following upgrades that are included:

    a.  Home Theater and Whole House Sound System with 14 speakers and 5 volume controls
    b.  Central Vac System with 4 ports and Power Head
    c.  Toe Kick Fan in kitchen
    d.  Lighting Allowance increased $2,800 (Total Light Allowance $3,608)
    e.  Two (2) Quorum 77525-59 Fans installed, bedroom #2 & #3
    f.  Quorum 77525-59 Fan with Light Kit in kitchen
    g.  Garage Ductless AC 2 ton system in garage, includes electric ✓
    h.  Privacy wall in garage for work out area. ( Price TBD) → *DELETED ON C.O. 1,19*
    i.  Fluted Columns only, no balustrades in foyer.
    j.  Add 8' French Doors and walls to dining room to convert to a Den
    k.  Add arches and french side panels in den (Price TBD)
    l.  Fanimation fan installed in greatroom (like Ashford II Model)
    m.  Zodiac Counter Level 2 color upgrade
    n.  Aqua Pure SS Moen Water Filter and Faucet #77100SL
    o.  Four (4) Roll-outs in Kitchen Cabinets
    p.  Upgrade Stainless Steel Appliances from Deluxe Package
    q.  GE Monogram #ZZwc 240 Nbs Wine Chiller (includes Plumbing and Electical)
    r.  White Glaze Kitchen Cabinets
    s.  High quality wood kitchen cabinets (Level 7).
    t.  Mirror Wall in Master Bedroom
    u.  Fanimation Fp3200bl fan in Master Bedroom installed (like Ashford II Model)
    v.  One (1) Twelve Lite French Door in Master Bedroom
    w.  High Efficiency Energy Heat Transfer System (H.e.e.t.) In master bathroom tub
    x.  Serenity 4260swa Jetted Tub in Master Bath (includes electric)
    y.  Fanimation Fp3206l Family Room Fan installed (like Ashford II Model)
    z.  High quality wood cabinets in guest bath (Level 4) ←
    aa. High quality wood cabinets in laundry room (Level 4) ⟶
    bb. (1) One Quorum 130525-15 Lanai Fan
    cc. Hot & Cold Shower on Lanai with tile wall
    dd. Paint two additional wall colors (Total of 3)
    ee. Paint interior trim another color than walls
    ff. Paint interior ceilings another color than walls
    gg. Gas Range ILO cook top (keep built in oven)  (Price TBD) *See C.O. 5*
    hh. Gas line to range and summer kitchen

**TOTAL INVESTMENT $482,561**

**ACCEPTED AND APPROVED**

_____  _____      _____  6-3-05
OWNER            DATE        PAUL HOMES       DATE
                            Robert D. Knight, Jr. - Vice President

_____  6/12/05
OWNER            DATE

**PAUL HOMES**
**ADDENDUM #3 - DISCLOSURES TO PURCHASER**

**SALES DISCLOSURE:**
Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**
Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

_____ 6/12/05          _____ 6/12/05
**OWNER**        **DATE**          **OWNER**        **DATE**

**PAUL HOMES**
**ADDENDUM #4**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as Block 4905, Lots 16 - 17, Unit 74, Cape Coral Subdivision. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.

Initial _____    Initial _____

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site. In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

Initial _____    Initial _____

**PAUL HOMES**
**ADDENDUM #5 - NOTICE OF CONSUMER RIGHTS**

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S.489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaints Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

_____   c/12/65
OWNER                          DATE

_____   6/12/05
OWNER                          DATE

**PAUL HOMES**
**ADDENDUM #6 – MODEL HOME QUALITY**

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

OWNER _____  DATE 6/12/05      OWNER _____  DATE 6/12/05

**PAUL HOMES**
ADDENDUM #7 - Construction Lien Law

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED
CONSTRUCTION DEFECT IN YOU HOME.  SIXTY DAYS BEFORE YOU FILE YOUR
LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR
DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU
ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY
SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO
INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR
PAY FOR THE ALLEGED CONSTRUCTION DEFECT.  YOU ARE NOT OBLIGATED TO
ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR,
SUPPLIERS, OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND
PROCEDURES UNDER FLORIDA LAW.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001 - 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

_____  6/12/05     _____  _____
OWNER            DATE        OWNER            DATE

City of Cape Coral

Permit # _____

Block # _____ Lot _____

## Residential Swimming Pool
## Spa and Hot Tub Safety Act
## Requirement

I, _____, License # _____
   (Please Print Contractors, Name)
hereby affirm that one of the following methods will be used to meet the
requirements of Chapter 515, Florida Statutes.

_____The pool will be isolated from access to the home by an
enclosure that meets the pool barrier requirements of Florida Statutes, Section
515.29;

_____The pool will be equipped with an approved safety pool cover that
complies with ASTM F1346-91 (Standard Performance Specifications for Safety
Covers for Swimming Pools, Spas and Hot Tubs);

_____All door and windows providing direct access from the home to the
pool will be equipped with an exit alarm that has a minimum sound pressure
rating of 85 decibels at 10 feet;

_____All doors providing direct access from the home to the pool will be
equipped with a self-closing, self-catching device with a release mechanism
placed no lower than 54" above the floor or deck;

*************************In Addition To:*************************

_____If pool perimeter or property perimeter fence is to be used as a pool

barrier, it shall be a minimum of 48" high, with 54" high gate latches. All gates
shall be self closing self latching.

I understand that not having one of the above installed at the time of
final inspection will constitute a violation of Chapter 515 F.S., and will
be considered as committing a misdemeanor of the second degree,
punishable as provided in section 775.082 or section 775.083 F.S.

_____
CONTRACTOR'S SIGNATURE

_____
OWNER'S SIGNATURE

Nancy C. Boyt
OWNER'S NAME (PLEASE PRINT)

Sino 6/01/2004

EXHIBIT E

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

#856/ 



AGREEMENT made this 19th day of November, 2004 , by and between Thomas G. Runyon and Sonia Devie-Runyon, husband and wife, of 9000 Cuddy Ct. Ft. Myers, FL 33919    Phone: 239-482-3828 , hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT ____6____, BLOCK _____, Trevi SUBDIVISION Lee County of Lee, State of Florida.

1.   The Contractor shall construct upon the building site a building in accordance with the plans and specifications herein attached.

2.   The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of   Four Hundred Fifty Thousand U.S. Dollars

| $ ___450,000___ | payable as follows: |
| $< __10,000__ > | Deposit (Earnest Money) due upon contract signing made payable to Paul Homes |
| $ ___440,000___ | As per Lender's/Contractor's draw schedule |

3.   Owner herewith grants access to the land to the Contractor, for construction of a new residence. Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement. Unpaid monies from the date of completion bear 18.0% interest. It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4.   After the plans and specifications are signed and sealed, they shall become a Contract Document. No changes will be made except by a written change order, signed by both parties.   Each change by the Owners subsequent to said construction plans and specifications, shall carry a surcharge of $100.00 per change in addition to regular charge or credit attendant to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE ENGINEER TO BE SEALED.

5.   Contractor agrees to use his best effort to deliver the building specified herein on or about 210 days (7 months) from start of construction.  Start of construction is defined as the date on which footings are poured.

6.   This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7.   The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period. Contractor will also furnish Public Liability Insurance.

8.   The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason.   Contractor shall give Owner advance notice of substitutions when possible.

9.   The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner. Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery. All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11. The Contractor will furnish brick paver driveway and walkway of up to   3000  square feet. Additional driveway and walkway will be charged to the Owner at $6.60 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet. Cost of lines required over that distance and any connection fees will be borne by the Owners.

13. If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution .  Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14. This Agreement covers construction of the above-described residence on a clear and level lot.   Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required for the Standard Two Course Foundation, the expense of same will be borne by the Owners.   The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES: _____
OWNER: _____
OWNER: _____

**CONSTRUCTION AGREEMENT – Page 4**
Mr. & Mrs. Runyen

15. If the Owners or governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following:  A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained).  The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits.  The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints.  In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement, any expense incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within fifteen (15) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified fifteen (15) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS.  IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT.  THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT.  CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT.  WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Other Agreements made a part of this contract are:

A. Addendums 1, 2, 3, 4, 5, 6, 7 & 8 are hereby made a part of this agreement.

**ACCEPTED AND APPROVED**

_____   1-19-04
OWNER           DATE

_____   11-19-04
PAUL HOMES      DATE
Robert D. Knight, Jr. – Vice President

_____   11-19-04
OWNER           DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**10' TIEBEAM**

**RESIDENCE FOR: Thomas and Sonia Runyan**          **MODEL TYPE: Custom**
STANDARD CONSTRUCTION FEATURES (REVISED BY ADDENDUM #2):

**CONSTRUCTION**

- All building permits
- Builders Risk Insurance.  Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 2 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- 25 year dimensional shingle roof in standard color (fungus resistance if available)
- 20' Aluminum ridge vent
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

**INSULATION & AIR CONDITIONER**

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 12 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

**INTERIOR TRIM**

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

**INTERIOR FINISH**

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Shower door in master bath - chrome track with obscure glass (Camelot Models have walk-in showers)
- Model carpet
- Free professional decorator service

**PAINTING**

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be same color
- Exterior stucco trim to be different from walls (one trim color)


INITIALS: PAUL HOMES:
OWNER:
OWNER:

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS – Page 2**
**10' TIEBEAM**

**RESIDENCE FOR:** Mr. and Mrs. Rnnyen                    **MODEL:** Custom

**ELECTRICAL**

- Structured Wiring Solution to include:
  - Includes up to 10 telephone/data outlet locations
  - Includes up to 10 coax outlet locations for video with amplification
  - Includes RG-6 coax cable
  - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
  - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
  - Includes 400 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
  - Includes one (1) 50 Amp 220 Volt generator interface breaker
  - Includes one (1) 50 Amp 220 Volt generator receptacle
  - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 400 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 10 exterior water proof outlets
- Pre-wire for garage door openers
- Pre-wire for 12 ceiling fans Model #10525-6
- Ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

**PLUMBING**

- PEX overhead plumbing
- 80 gallon (level 1) and 20 gallon (level 2) water heaters
- 1/2 HP garbage disposal
- Silestone tops in baths
- Laundry tub with Nemee base cabinet and standard faucet in laundry room
- Icemaker line
- 6 exterior hose bibs
- Standard white American tub in guest bath
- Standard white "American Standard" elongated water-saver toilets
- Jacuzzi tub in master bath (6' tub with jets and heat transfer unit)

**CABINETS**

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Nemee)
- Ceramic tile on outside wall of bar

**EXTERIOR FINISH**

- Up to 8000 sq ft of Floratam sod
- Landscaping to meet code
- 3000 sq ft of paver drives and walks
- Brick paver lanai and entry
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

**APPLIANCES**

- GE Free Standing Range JBP26WH
- GE Range Hood JN327X
- GE Dishwasher GSS2200G
- GE Refrigerator GTS18WC

INITIALS: PAUL HOMES:
OWNER:
OWNER:

PAUL HOMES
ADDENDUM NO. 2 - Page 1 of 2
Thomas and Sonia Runyen
Custom
LOT ___6___ Trevi Subdivision

1. The custom 10' design_____Right_____ head garage, 4 Bedroom/3 full and three 1/2 baths with approximately 3,520 sq ft living with approximately 5,503 sq ft total. Home to be positioned on the lot with ___20___ front setback and centered on lot.                                                                    $450,000

2. Lot Preparation                                                                                                        Included

    a.   All fill and grading for a two course stemwall on existing grade.
    B.   Water line hook-up to 65'
    C.   Sewer line hook-up to 60'
    D.   Dual water line installation if available
    E.   Surveys
    F.   Impact Fee Allowance of $ 2,902
    G.   Water & Sewer Impact Fee and Water Meter Allowance of $ 2,728
    H.   School Impact Fee Allowance of $2,283

The following Platinum Package is included:

    a.   Ten (10) year structural warranty and Two (2) years on major systems
    b.   Standard lot improvements on existing grade, and all Impact/Permit Fees for Trevi lot with water and sewer.
    c.   Storm panels as required by the Florida Building Code
    d.   All required surveys and engineered blueprints
    e.   Color-Thru barrel tile roof in standard colors.
    f.   10' Tie Beam with 8' raised panel interior doors and 5-1/4" Colonial Trim
    g.   Good Cents Package: Tinted windows, R-5 energy board on masonry walls, R 30 insulation in ceilings,
         12 SEER A/C unit, heat recovery system, 50 gallon water heater, mastic all duct joints and programmable
         thermostat
    h.   Granite or Zodiaq® counter tops in kitchen and Cucina® window sills.
    i.   Yorktowne Cambridge wood cabinets in kitchen and Legacy cabinets in master bath/bath #2
    j.   Complete flooring package including tile floors everywhere except bedrooms and closets (Deluxe Series).
    k.   TAJ leaded glass front entry doors and mini-blind insert in pool bath door
    l.   Crown molding in dining room and master bedroom tray ceilings
    m.   Full perimeter security system with 4 keypads, 4 motion detectors, 4 glass breaks and 3 security cameras.
    n.   GE Appliances ($10,000 allowance).
    o.   Manabloc Plumbing System and State-Of-The-Art Wiring System
    p.   Rounded interior drywall corners and two interior paint colors
    q.   42" upper cabinets in laundry room (Nemec)
    r.   Decorator light fixtures ($5,000 allowance)
    s.   Upgraded Moen plumbing fixtures in choice of finishes as follows:
         Kitchen:        Moen 7385W One Touch w/Pull-Out Spray, Sink & Strainers.
         Master Bath:    (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951Monticello Chrome
                         PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                         turn on & off and Chrome Strainer
         Guest Bath:     (1) Moen Castleby 4938C/P Lav Faucet, (1) Moen TL2378C/P Tub & Shower Faucet, (1)
                         Chrome Tub Trim Kit
    t.   Cultured marble tops in all baths and soaking tub in master bath
    u.   Pool bath with sink Reminiscence #0511.200and toilet Reminiscence #2011.026)
    v.   Seven (7) ceiling fans - Model #10525-6
    w.   Full outside rain gutters and downspouts
    x.   Brick paver scaled driveway, walkway and entry
    y.   2 Automatic garage door openers with 2 remote controls for each and 2 touch key pad openers.
    z.   Deluxe zoned lawn sprinkler system and Floritam sod and landscaping allowance of $10,000
    aa.  Wire lathe and stucco on lanai and entry ceilings
    bb.  Ceramic tile on outside wall of bar and Deluxe Series tile backsplash in kitchen
    cc.  In Wall Pest Prevention System
    dd.  Summer kitchen on lanai, includes privacy wall, base cabinets with stucco finish and stainless steel doors,
         sink, hood venting, two (2)GFI outlets, two (2) overhead can lights with switch, Vermont VCS5000B1" gas
         grill, under counter stainless steel refrigerator (configurations may vary by floor plan)
    ee.  Garage floor finished with concrete stain and paver sealant applied to all pavers
    ff.  Electric fireplace package in Great Room
    gg.  42" Wood burning fireplace package on Lanai

Provide a pool package of:

    i.   16'-6" x 25' Diamond Brite pool in black onyx color with an approximate 22' x 48 ' stamped concrete
         or brick pavers on pool deck & lanai
    j.   6' x 6' raised 24" spillover spa with solar blanket, light, blower and air switch
    k.   5 ton heat pump
    l.   Hayward Boss pool/spa remote control system
    m.   Up to three course pool retaining wall
    n.   White mansard cage with 2 doors and super gutter



o.  Pool Equipment room
p.  Timer, pump, filter, light, tablet chlorinator and autofill
q.  Manual cleaning equipment
r.  Includes a pool alarm system per Florida Statutes Chapter 515
s.  If additional retaining wall is necessary, there will be an extra charge of $1,200 per course,
    (Includes masonry, labor, stucco and paint). Should the pool retaining wall
    exceed 30" in height, building code requires safety railings around the enclosure.
    (Cost of such to be additional)


TOTAL          $  450,000


ACCEPTED AND APPROVED

OWNER _____ 11-19-04 DATE

PAUL HOMES _____ 11-19-04 DATE
Robert D. Knight, Jr. - Vice President

OWNER _____ 11-19-04 DATE

**Addendum #3**

Permit #: _____

# Residential Swimming Pool, Spa and Hot Tub Safety Act

## Notice of Requirements

I (We) acknowledge that a new swimming pool, spa or hot tub will be constructed or installed at _____, and hereby affirm that one of the following methods will be used to meet the requirements of Chapter 515, Florida Statutes.

_____    The pool will be isolated from access to the home by an enclosure that meets the pool barrier requirements of Florida Statute 515.29;

_____    The pool will be equipped with an approved safety pool cover that complies with ASTM F1346-91 (Standard Performance Specifications for Safety Covers for Swimming Pools, Spas and Hot Tubs);

__XX__    All doors and windows providing direct access from the home to the pool will be equipped with an exit alarm that has a minimum sound pressure rating 85 decibels at 10 feet;

_____    All doors providing direct access from the home to the pool will be equipped with self-closing self-latching devices with release mechanism placed no lower than 54" above the floor or deck;

I understand that not having one of the above installed at the time of final inspection, or when the pool is completed for contract purposes, will constitute a violation of Chapter 515, F.S. and will be considered as committing a misdemeanor of the second degree, punishable by fines up to $500 and/or up to 60 days in jail as established in Chapter 775, F.S.

By signing below, you acknowledge receipt of this Pool Safety Disclosure, a copy of Chapter 515, Florida Statutes, and Consumer Product Safety Commission Safety Barrier Guidelines for Home Pools CPSC Document #362 that provides information on drowning prevention and the responsibilities of pool ownership.

### APPROVED AND ACCEPTED:

_____  11-19-04          _____
Owner Signature        Date          Robert D. Knight, Jr. – Vice President

_____  11-19-04
Owner Signature        Date

**PAUL HOMES**
**ADDENDUM #4 – DISCLOSURES TO PURCHASER**

**SALES DISCLOSURE:**

Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**

Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

_____  _____   _____  _____
OWNER                          DATE          OWNER                          DATE

**PAUL HOMES**
**ADDENDUM #5**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as, Lot 6, Trevi Subdivision. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.

Initial            Initial

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site. In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

Initial            Initial

**PAUL HOMES**
**ADDENDUM #6 - NOTICE OF CONSUMER RIGHTS**

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:
   a) Knowingly violating applicable city, county or state building codes or laws;
   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;
   c) Abandoning a construction project for more than 90 days; or
   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See §489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

Construction Industry Licensing Board
7960 Arlington Expressway, Suite 300
Jacksonville, Florida 32211-7467
Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complaints Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE §§489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

OWNER _____ 11-19-04 DATE          OWNER _____ 11-19-04 DATE

**PAUL HOMES**
**ADDENDUM #7 – MODEL HOME QUALITY**

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

_____  1-19-04            _____  11-19-04
OWNER                  DATE            OWNER                  DATE

## PAUL HOMES
### ADDENDUM #8 - Construction Lien Law

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOU HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECT. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001 - 713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR A SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

OWNER _____ DATE 11-19-04       OWNER _____ DATE 11-19-04

EXHIBIT F

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.   To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

### Section I. Property Information
Name Property Owner: Scott & Judy Barry
Address of Affected Property: 3801 SW 2nd Street
City: Cape Coral   State: FL   Zip: 33991
Is this Property:* Residential [✓]  Commercial [ ]  Governmental [ ]
Name of Person Completing this Form: April S. Goodwin
Is above your primary residence?  Yes [ ] No [✓]
Mailing Address (if different): 1264 Route 206
City: Shamong   State: NJ   Zip: 08088
Phone: 609.209.8306
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Check one:  Owner-Occupant [ ]  Owner Only [✓]  Renter-Occupant [ ]
Represented By: Parker Waichman Alonso LLP
Address: 3301 Bonita Beach Road
City: Bonita Springs  State: FL   Zip: 34134
Phone: 800-LAW-INFO
Case No./Docket Info: 09-7628

### Section II. Insurance Information
Homeowner/Renter Insurer: ASI Assurance Corp.
Policy #: FLA257676
Agent: unknown
Address: 805 Executive Center Drive
Suite 300
City: Saint Petersburg  State: FL   Zip: 33702
Phone: 727-374-2502

+ Attach Copy of Insurance Declaration Page

### Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Scott Barry | NA | | M [✓] F [ ] | 02/08/1963 | Yes [ ] No [✓] | Owner Only |
| Judy Barry | NA | | M [ ] F [✓] | 02/21/1963 | Yes [ ] No [✓] | Owner Only |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

## Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Intuitive Environmental Solutions

     1.2. When did the inspection take place?   `12-02-2009`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Dan Reid

     2.2. When was this determination made?   `12-02-2009`

## Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf Tianjin | Knauf Tianjin | attic; master bathroom; utility room |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

     2.2. When was the request made?

     + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

   3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

     3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was/is the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑ No ☐

     3.2.e. Who possesses the samples?   Home

## Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

     2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☑

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☑

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

     4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☑

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

     5.2. What repairs were performed?

     5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**

| Approx. Sq. Ft. of House: | 3456 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 2319 | Occupied | | | |
| Height of Interior Walls | 8' | Year-round | | | ✓ |
| Number of Bedrooms: | 3 | Summer | | | ✓ |
| Number of Bathrooms: | 2 | Winter | | | ✓ |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | | ✓ | |
| Copper Fixtures | | ✓ | |
| Other Fixtures | | ✓ | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 10-14-2005 | Completion Date | 04-01-2007 |
|---|---|---|---|
| Move in Date: | 04-01-2007 | Date Acquired Home | 0401-2007 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Paul Homes

Address:     4524 Se 16th Place
                    #2C

City: Cape Coral   State: fl   Zip: unk

Phone:   unk

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name:

Address:

City:          State:          Zip:

Phone:

**Section XI. Drywall Supplier**

Drywall Supplier's Name:

Address:

City:          State:          Zip:

Phone:

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _Judy Berry_ | _12/9/09_ | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| _signature_ | _12/9/09_ | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

| | | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Barry S000003

BarryS03



ASI ASSURANCE CORP
805 Executive Center Dr W Suite 300
St. Petersburg, FL 33702
For General Inquiries:   (727) 374-2502



**Dwelling Declarations Page**

| | |
|---|---|
| Total Policy Premium: | $1,186 |
| Policy Number: | FLA257676 |

**Named Insured:**
Scott Barry And Judy Barry
1264 Route 206
Shamong, NJ 08088

**Agent:**
Fort Myers Insurance Agency
5100 S. Cleveland Ave, #311
FORT MYERS, FL 33907

Agent Code:  415008
For Policy Service, Call:  (239) 939-2886
E-Mail Address:  mark@flmyersinsurance.com

**Effective Date of This Transaction:**    11/16/2009

**Activity of This Transaction:**    Renewal
**Residence Premises:**
3801 SW 2ND ST
CAPE CORAL, FL 33991

**Policy Period:**    From:  11/16/2009  To: 11/16/2010
(At 12:01 AM Standard Time at the residence premises)

**Plan Type:**    DP3

Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated.

**Coverages and Limits of Liability**

| | | Limit | Premium |
|---|---|---|---|
| SECTION I: | A. Dwelling Coverage | $312,000 | 5343.00 |
| | B. Other Structures | $6,240 | Included |
| | C. Contents Coverage | $5,000 | 217.20 |
| | D. Loss of Use | $31,200 | Included |
| SECTION II: | E. Liability/Medical | $300000/5000 | 80.00 |

OTHER COVERAGES AND ENDORSEMENTS:
(Printed on the following page)

**Deductibles:**

| | |
|---|---|
| HURRICANE: | 2% – $6240 |
| ALL OTHER COVERED PERILS: | $2500 |

**Mortgagee:**

1st Mortgagee:          2nd Mortgagee:

| Name Insured(s): | Scott Barry And Judy Barry | | Policy Number: | FLA257676 |
|---|---|---|---|---|

| Other Coverages And Endorsements | Form Number | Limit | Premium |
|---|---|---|---|
| Collapse Coverage | ASI DF 09 CLP 04 03 | | |
| Limited Fungi, Mold, Wet or Dry Rot, or Bacteria Covera | ASI DF 09 FCL 05 05 | | |
| Special Provisions For Florida | ASI DF 09 SP 06 07 | | |
| Special Provisions - Liability | ASI DF 09 SPL 05 05 | | |
| Deductible Notification | ASI HO 09 DN 09 05 | | |
| Hurricane Deductible | ASI HO 09 HD 05 05 | | |
| Personal Liability | DL 24 01 07 88 | | |
| Premises Liability | DL 24 11 07 88 | | |
| No Coverage Home Day Care | DL 24 16 07 88 | | |
| Policy Form | DP 00 03 07 88 | | |
| Windstorm Protective Devices | DP 04 21 10 94 | | |
| Premises Alarm or Fire Protection | DP 04 70 07 88 | | |
| BCEG (Contents) | | | -7.76 |
| Personal Prop Replacement Cost | HO 04 90 04 91 | | 13.58 |
| Windstorm Loss Reduction | | | -2852.17 |
| Windstorm Loss Reduction (Contents) | | | -125.32 |
| Covered Porch | | | 15.10 |
| Covered Porch (Contents) | | | 0.66 |
| Financial Responsiblity | | | -49.86 |
| Financial Responsiblity (Contents) | | | -1.47 |
| Wind/Hail Screened Encl & Carport Coverage | ASI DF 09 WSE 11 05 | 25000 | 250.00 |
| HUR Deductible (Contents) | | 100 | -5.92 |
| Max Discount Adjustment | | | 29.17 |
| HUR Deductibles | | 6240 | -142.37 |
| NHR Deductible | | 2500 | -81.20 |
| Vacancy Endorsement | ASI DF 09 VAC 05 05 | | 45.20 |
| NHR Deductible (Contents) | | 2500 | -2.40 |
| Vacancy Endorsement (Contents) | | | 1.33 |
| PC / Construction Factor (Contents) | | | -42.28 |
| PC / Construction Factor | | | -1028.82 |
| Sinkhole Coverage (EC Contents) | ASI DF 09 SH 06 07 | | 0.12 |
| Sinkhole Coverage (EC) | ASI DF 09 SH 06 07 | | 3.94 |
| Age of Dwelling (Contents) | | | -6.80 |
| Age of Dwelling | | | -229.73 |
| BCEG | | | -291.78 |

| Fees and Assessments: | |
|---|---|
| Citizens Property Insurance Corporation Emergency Assessment | 16.19 |
| Florida Hurricane Catastrophe Fund Fee | 11.56 |
| Managing General Agent Fee | 25.00 |
| EMPA TF Fee | 2.00 |

| The Hurricane Coverage portion of your Total Premium is: | $684 |
|---|---|
| The Non-Hurricane Coverage portion of your Total Premium is: | $502 |

Additional Insured:

**Rating Information:**

| Construction Type: | Masonry |
|---|---|
| Type of Residence: | Single Family |
| Year Built: | 2006 |
| Total Square Feet: | 1,883 |
| ASI Territory: | 133 |

Additional Interest:

Barry S000005



Barry S000006

## BONDED BUILDERS WARRANTY GROUP
1500 Kings Highway * Port Charlotte, FL 33980
Phone: 800-749-0381 * Fax: 941-743-0534

## WARRANTY CONFIRMATION

The Warranty Confirmation(s), any Warranty Amendment(s), Your Warranty Coverage Application and the Warranty Document form Your entire warranty contract. Please read these documents carefully and completely to understand the benefits, exclusions and limitations of the express limited warranty.

# WORKMANSHIP/MATERIALS & SYSTEMS WARRANTY

| | |
|---|---|
| Warranty Number: | 609391WK |
| Homeowner: | Scott Barry |
| Property Address Covered by the Warranty: | 3801 2nd  Street SW |
| | Cape Coral, FL 33991 |
| Warranty Start Date: | 10/23/2006 |
| Warranty Expiration Date(s): | Workmanship & Materials   10/23/2007 |
| | Systems                          10/23/2008 |
| Closing Contract Price of Home: | $255,805.00 |
| Warranty Limit: | $255,805.00 |
| Aggregate Warranty Limit: | $255,805.00 |
| Builder: | Paul Homes, Inc. |
| | 4524 SE 16th Place Suite 2C |
| | Cape Coral FL  33904 |
| | 239-542-1750 |
| Warranty Enrollment Fee Paid: | $208.74 |

The following are part of this Workmanship/Materials & Systems Warranty, along with this Warranty Confirmation Page:

| | |
|---|---|
| Workmanship/Materials & Systems Warranty | BB-W1110WK (07/06) |
| General Warranty Provisions | BB-W1110GP (07/06) |
| Construction Performance Standards | BB-W1110PS (06/05) |
| Warranty Cover | BB-W1111 (07/06) |
| Amendments (attached if any): | None |

BB-W0020

BB-W1112WK (06/06)

Barry S000007

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

AGREEMENT made this 14ᵗʰ October, 2005, by and between, Scott R. Barry, of 11 Pine Acres Dr. Medford, NJ 08055, Phone: (609) 702-7577, hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524 SE 16th Place #2C, Cape Coral, FL 33904, phone: (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as LOT 35 - 36, BLOCK 5311, UNIT 58, SUBDIVISION Cape Coral, County of Lee, State of Florida.

1. The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2. The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of THREE HUNDRED FIVE THOUSAND EIGHT HUNDRED FIVE U.S. Dollars

| | |
|---|---|
| $ 305,805 | payable as follows: |
| $< 30,580> | Deposit (Earnest Money) due upon contract signing made payable to Paul Homes |
| $ 275,225 | As per Lender's/Contractor's draw schedule |

3. Owner herewith grants access to the land to the Contractor, for construction of a new residence. Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement. Unpaid monies from the date of completion bear 18.0% interest. It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4. After the plans and specifications are signed and sealed, they shall become a Contract Document. No changes will be made except by a written change order, signed by all parties. Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $500.00 per change order in addition to regular charges or credits to the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE TRUSS ENGINEER.

5. Contractor agrees to use his best effort to deliver the building specified herein on or about 240 days (8 months) from start of construction. Start of construction is defined as the date on which concrete footings are poured. The construction period can be influenced by weather, material and labor availability.

6. This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7. The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period. Contractor will also furnish Public Liability Insurance.

8. The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason. Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner. Two years warranty on mechanicals. This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery. All manufacturer's warranties shall continue in force and effect according to their titles. Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11. The Contractor will furnish concrete driveway and walkway of up to __900__ square feet. Additional driveway and walkway will be charged to the Owner at $3.50 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet. Cost of lines required over that distance and any connection fees will be borne by the Owners.

13. If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution . Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14. This Agreement covers construction of the above-described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required up to Standard Three Course Foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of electric service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES:

OWNER:

OWNER:

CONSTRUCTION AGREEMENT – Page 2
Mr. Scott Barry

15. If the Owners or a governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following:  A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained). The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits. The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within ten (10) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified ten (10) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS.  IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT.  THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT.  CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT.  WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Note: This price is contingent upon Owner executing an Exclusive Listing Agreement (simultaneously with building agreement) with Paul Realty, Inc. for the right to sell this home. Said listing shall be for a minimum of six months and can be started at any time after drywall is completed on home. Commission to Paul Realty to be 4% in-house and 6% if sold as a co-broke.

24. Other Agreements made a part of this contract are:

   A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

ACCEPTED AND APPROVED

OWNER _____ 10/15/15   DATE

PAUL HOMES _____ 10-14-05   DATE
Robert D. Knight, Jr. - Vice President

OWNER _____   DATE

EXHIBIT G

10-23-'06 13:01  FROM-CITY OF CAPE CORAL      239-574-0590          T-155  P001/001 F-504

# C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ------
P E R M A N E N T

RECEIVED
OCT 2 3 2006
BY:_____

ISSUE DATE:       10/23/06

LOCATION: 3801 SW 2ND ST

STRAP #: 18-44-23-C1-05311-0350          PERMIT #: 05-00039711

OWNER INFORMATION:                        OCCUPANCY TYPE  :  RESIDENTIAL 1 & 2 FA
    BARRY JUDY + SCOTT
    11 PINE ACRES DR                      CONST. TYPE     :  TYPE VI UNSPRK/UNPRO
    MEDFORD, NJ 08055
                                          ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                   ALLOWABLE FLOOR LOAD :
    PAUL GARY G
    PAUL HOMES                            GAC UNIT        :    58-0
    4524 SE 16TH PL #2C
    CAPE CORAL, FL 33904-7475.            PLAT BOOK PAGE# :    16
    (941)542-1750                         # OF PLATTED LOTS:              2.0000
    COMPETENCY #:                         ZONING          :    RIB
    REG OR STATE LIC: CGC047296
                                          TYPE OF WORK    :  NEW CONSTRUCTION

                                          NUMBER OF STORIES   :       1.00

                                          FLOOD ELEVATION     :       8.0000

                                          FLOOD CODE          :           A6

                                          NUMBER OF BEDROOMS  :       3.00

                                          NUMBER OF BATHROOMS :       2.00

                                          TOTAL DWELLING UNITS:       1.00

                                          TOTAL BLDG SIZE     :    2657.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 10/23/06        DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL

EXHIBIT H

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Gerard & Nancy Roy
Address of Affected Property: 2832 SW 36th Terrace
City: Cape Coral   State: fl   Zip: 33914
Is this Property:* Residential ✓ Commercial ☐ Governmental ☐
Name of Person Completing this Form: Peter J. Cambs
Is above your primary residence? Yes ✓ No ☐
Mailing Address (if different)
City:   State:   Zip:
Phone: 239.945.4275
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Check one: Owner-Occupant ✓ Owner Only ☐ Renter-Occupant ☐
Represented By: Parker Waichman Alonso LLP
Address: 3301 Bonita Beach Road
City: Bonita Springs State: FL Zip: 34134
Phone: 800-LAW-INFO
Case No./Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer: American Integrity Ins. Co.
Policy #: AIH136970
Agent: Look Insurance
Address: 4903 Chiquita Blvd
City: Cape Coral   State: fl   Zip: 33914
Phone: 239-542-4189

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Gerard Roy | 11/01/2006 | | M ✓ F ☐ | unk | Yes ✓ No ☐ | Owner-Occupant |
| Nancy Roy | 11-01-2006 | | M ☐ F ✓ | | Yes ✓ No ☐ | Owner-Occupant |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form – Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   IES

   1.2. When did the inspection take place?   | 10/30/2009 |

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Dan Reid

   2.2. When was this determination made?   | 10/30/2009 |

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf - Tianjin | Kanuf-Tianjin ASTM C36 | Attic Ceiling |
| USG | Sheetrock brand | garage attic, ceiling utility room |
| "4feetx12feet1/2inch" | "4feebx12feetq/2inch" | Upper walls of home |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

   1.2. When was notice sent?   | |

   + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

   2.2. When was the request made?   | |

   + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

   3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

     3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?   | |

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☑ No ☐

     3.2.e. Who possesses the samples?

**Section VI. Questions for Florida Residents Only\***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?

   1.2. When was notice sent?   | |

   + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☐

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

   2.2. When was it received?   | |

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

   4.2. When was it received?   | |

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☐

   5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

   5.2. What repairs were performed?

   5.3. When were the repairs performed?

\*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

| Section VII. Home Information | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 4587 | | | |
| Estimated Sq. Ft. of Drywall | unk | Occupied | ✓ | |
| Height of Interior Walls | unk | Year-round | ✓ | |
| Number of Bedrooms: | 3 | Summer | ✓ | |
| Number of Bathrooms: | 2 | Winter | ✓ | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ✓ | | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | ✓ | | |
| Dates: | unk | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | ✓ | | |
| Dates: | unk | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

| Section VIII. Construction/Renovation Information | | | |
|---|---|---|---|
| Date Range for New Home Construction: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move in Date: | 11/01/2006 | Date Acquired Home | 11/01/2006 |
| Date Range for Renovations: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

Paul Homes

Address:   4524 SE 16th Place #2C

City: Cape Coral   State: fl   Zip: 33914

Phone:   239-542-1750

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name:

Address:

City:   State:   Zip:

Phone:

**Section XI. Drywall Supplier**

Drywall Supplier's Name:

Address:

City:   State:   Zip:

Phone:

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

**American Integrity Insurance Company of Florida**

Notice Date: 09/07/2008

**PREMIUM DUE NOTICE**

7650 W Courtney Campbell Cswy, Suite 1200
Tampa, FL 33607-1462

Customer Service: 1-888-359-5515

| Policy Number | Policy Type | Due Date | Policy Effective Date: | Policy Expiration Date: |
|---|---|---|---|---|
| AIH136970 | HO3 | 10/17/2008 | 11/06/2008 | 11/06/2009 |

Statement Mailed To:

NANCY ROY and/or GERARD ROY
2832 SW 36th Ter

Cape Coral, FL 33914-4856

Agent:

AG3100
LOOK INSURANCE INC
4903 CHIQUITA BLVD
CAPE CORAL, FL 33914
239-542-4189

This is our offer to renew your policy. For coverage to be in effect, your payment for the Total Premium Due must reach our office by the Policy Effective Date shown above. If your payment is not received by this date, coverage will cease as of 12:01 AM.

For your records:
Check Number:
Check Date:

| | Full Pay | Due Date | | 2-Pay | Due Date | | 3-Pay | Due Date | | 4-Pay | Due Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $2279.00 | 10/17/2008 | | $1156.00 | 10/17/2008 | | $930.80 | 10/17/2008 | | $593.00 | 10/17/2008 |
| | | | | $1129.00 | 1/5/2009 | | 678.60 | 1/5/2009 | | $566.00 | 1/5/2009 |
| | | | | | | | 678.60 | 3/6/2009 | | $566.00 | 3/6/2009 |
| | | | | | | | | | | $566.00 | 5/5/2009 |

Keep this portion of the statement for your records.

*IMPORTANT: Detach and return the notice below, along with your payments, in the envelope provided. If your mortgage holder pays your premiums, a separate notice has been sent to them. Please make sure that they have received it and scheduled to pay your premiums on time.*

**American Integrity Insurance Company of Florida**
MSC #504
P.O. Box 830469
Birmingham, AL 35283-0469

Notice Date: 09/07/2008

**PREMIUM DUE NOTICE**

| Policy Number | Total Balance | Minimum Due | Amount Enclosed | Payment Due Date |
|---|---|---|---|---|
| AIH136970 | $2279.00 | $2279.00 | | 10/17/2008 |

Please enter amount enclosed

Make Checks Payable To:
American Integrity Insurance Company of Florida
MSC #504
P.O. Box 830469
Birmingham, AL 35283-0469

Policy Holder:   NANCY ROY and/or GERARD ROY
2832 SW 36th Ter
Cape Coral, FL 33914-4856

AIIC HO RN 08 06

RoyG000004

EXHIBIT I

C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ------
P E R M A N E N T

ISSUE DATE:          11/03/06

LOCATION: 2832 SW 36TH TER

STRAP #: 05-45-23-C4-04905-0160          PERMIT #: 05-00025655

OWNER INFORMATION:                       OCCUPANCY TYPE  :  RESIDENTIAL 1 & 2 FA
    ROY GERARD +
    14 PENNIMAN LN                       CONST. TYPE     :  TYPE VI UNSPRK/UNPRO
    ROY NANCY T/C
    HAMPTON, NH 03842-2714               ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                  ALLOWABLE FLOOR LOAD :
    PAUL GARY G
    PAUL HOMES                           GAC UNIT             :  74-0
    4524 SE 16TH PL #2C
    CAPE CORAL, FL 33904-7475            PLAT BOOK PAGE#  :  13
    (941)542-1750                        # OF PLATTED LOTS:           2.0000
    COMPETENCY #:                        ZONING               :  R1BW
    REG OR STATE LIC: CGC047296
                                         TYPE OF WORK     :  NEW CONSTRUCTION

                                         NUMBER OF STORIES    :       1.00

                                         FLOOD ELEVATION      :       9.0000

                                         FLOOD CODE           :           A8

                                         NUMBER OF BEDROOMS   :       3.00

                                         NUMBER OF BATHROOMS  :       2.50

                                         TOTAL DWELLING UNITS :       1.00

                                         TOTAL BLDG SIZE      :    3554.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 11/3/06 _____

                  DEPT. OF COMMUNITY DEVELOPMENT

            VOID UNLESS SIGNED BY BUILDING OFFICIAL

# EXHIBIT J

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

<table>
<tr><td>For Internal Use Only</td></tr>
<tr><td>File Number</td></tr>
<tr><td>Date Received</td></tr>
</table>

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

| **Section I. Property Information** | |
|---|---|
| Name Property Owner | Thomas G. Runyon and Sonia Devic-Runyon |
| Address of Affected Property | 12121 Via Del Fontana Way |
| | City: Fort Myers   State: Fl   Zip: 33908 |
| Is this Property:* | Residential [✓]   Commercial [ ]   Governmental [ ] |
| Name of Person Completing this Form | Thomas Runyon (POA) |
| Is above your primary residence? | Yes [✓] No [ ] |
| Mailing Address (if different) | 8937 Baytowne Loop |
| | City: Fort Myers   State: FL   Zip: 33908 |
| Phone: | 239-246-0521 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| Check one: | Owner-Occupant [✓]   Owner Only [ ]   Renter-Occupant [ ] |
|---|---|
| Represented By: | Morgan & Morgan, PA |
| Address: | 12800 University Drive, Suite 600 |
| | City: Ft. Myers   State: FL   Zip: 33907 |
| Phone: | 239-433-6880 |
| Case No./Docket Info: | 09-7628 |

| **Section II. Insurance Information** | |
|---|---|
| Homeowner/ Renter Insurer: | |
| | Universal Property and Casualty Insurance |
| Policy #: | 592611459 |
| Agent: | Michael Young |
| Address: | 1110 W Commercial Blvd. |
| | Suite 305 |
| | City: Fort Lauderdale State: FL   Zip: 33309 |
| Phone: | 954-958-1206 |

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Thomas G. Runyon | 2007 | 2009 | M [✓] F [ ] | 03-09-1963 | Yes [✓] No [ ] | Owner-Occupant |
| Sonia Devic-Runyon | 2007 | 2009 | M [ ] F [✓] | 06-07-1962 | Yes [✓] No [ ] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

RunyonT0001

Page 1

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

  1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Owners, Builder, and Insurance Co.

  1.2. When did the inspection take place?    `02/2009`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

  2.1. If "Yes" to Question 2.0. Section IV. Who made the determination?    Owners, Builder, and Insurance Co.

  2.2. When was this determination made?    `03/2009`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf, China | Attic Access |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☑ No ☐

  1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?    Paul Homes of Florida, LLC, Bank and Insurance Company

  1.2. When was notice sent?    `03-06-2009`

  + Attach copy of notice Sent

2.0. Have you or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☑ No ☐

  2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?    Paul Homes of Florida, LLC and Insurance Company

  2.2. When was the request made?    `03-06-2009`

  + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

  3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

    3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

    3.1.b. Who made the offer?

  3.2. If "Yes" to Question 3.0. Section V. Have any repairs to your home been initiated?    Yes ☐ No ☑

    3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☐

    3.2.b. Who paid or is paying for the repairs?

    3.2.c. What was/is the total cost?

    3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☐ No ☐

    3.2.e. Who possesses the samples?

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☑ No ☐

  1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?    Paul Homes, Inc. nka management Services of Lee Co., Inc.

  1.2. When was notice sent?    `11-30-2009`

  + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☑ No ☐

  2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?    Paul Homes Inc.

  2.2. When was it received?    `11/29/2009`

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☑

  3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☑

  4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

  4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☑

  5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

  5.2. What repairs were performed?

  5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

RunyonT0002

Page 2

Plaintiff Profile Form - Residential Properties

## Section VII. Home Information

| Approx. Sq. Ft. of House: | 4000 Sq. Ft. | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | Unknown | Occupied | ✓ | |
| Height of Interior Walls | 12-22 Ft. | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 4 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | | | ✓ |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | | | ✓ |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | 2007 |
|---|---|---|---|
| Move in Date: | 2007 | Date Acquired Home | 2007 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

Paul Homes of Florida, LLC

| Address: | 4524 SE 16th Place |
|---|---|
| | Suite 2C |
| City: Cape Coral   State: FL   Zip: 33904 | |
| Phone: | Unknown |

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

Unknown

| Address: | Unknown |
|---|---|
| City: Unknown   State: ?   Zip: ? | |
| Phone: | Unknown |

## Section XI. Drywall Supplier

Drywall Supplier's Name:

Banner Supply Co.

| Address: | 7195 NW 30th Street |
|---|---|
| City: Miami   State: FL   Zip: 33122 | |
| Phone: | 888-511-4004 |

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

**Section VII. Home Information**                    7000 *total*

| Approx. Sq. Ft. of House: | 4000 64V | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | ? | Occupied | | 10,000 | |
| Height of Interior Walls | 12-22 | Year-round | | ✓ | |
| Number of Bedrooms: | 4 | Summer | | | |
| Number of Bathrooms: | 4 | Winter | | | |

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | | Completion Date | 2007 |
|---|---|---|---|
| Move In Date: | 2007 | Date Acquired Home | 2007 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

PAUL HOMES Inc

Address: 4524 SE 16TH PC

City: Cape Coral   State: FL   Zip: 33904

Phone:

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

**Section X. Drywall Installer**

Drywall Installer's Name:

Address:

City:        State:        Zip:

Phone:

**Section XI. Drywall Supplier**

Drywall Supplier's Name:

BANNER SUPPLY

Address:

City:        State:        Zip:

Phone:

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| _JCR_  POA | 11-3-09 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

RunyonT0004

Page 3

**HAND DELIVERED**

March 6, 2009

Bob Knight
Gary Paul
Paul Homes, Inc.
4524 SE 16th Place
Cape Coral, FL 33904



**RE: 12121 Via Del Fontana Ave. Ft. Myers, FL-FL Chapter 558 Notice**

Dear Bob and Gary,

      Please accept this letter as our official notice as required under Florida Chapter 558-Construction Defects (558.004). Our claim is that drywall imported from China was installed in our home. As a result of this product being installed, we have experienced numerous failures of our three AC systems (copies of Work Orders from CJ's Air Conditioning are enclosed), back-ups and leaks from the drip pans over my daughter's bedroom, the Laundry Room and Kitchen ceilings and a slight odor that has been reported to us from realtors showing the home for possible sale. We have relocated from the home and moved all furnishings and possessions from the home. We are unwilling to allow our family to reside in the home, due to unknown current and future health risks. At this time, the damage or loss is unknown, but we have determined that there is not a current market for homes contaminated with this product. It is our request that you remove and replace the Chinese Drywall and restore the home to the same cosmetic condition as before the removal at your expense. Please also notify your liability insurance company of this potential claim and please provide the name and contact information for the supplier where you acquired this drywall.

Sincerely,

Thomas Runyon Jr.

Sonia Devic-Runyon

Thomas Runyon Jr. & Sonia Devic-Runyon
12490 Riverside Drive
Ft. Myers, FL  33919

Encls.

RunyonT0005

**HAND DELIVERED**

March 6, 2009

Bob Knight
Gary Paul
Paul Homes, Inc.
4524 SE 16th Place
Cape Coral, FL 33904

RE: 12121 Via Del Fontana Ave. Ft. Myers, FL-Settlement Proposals

Dear Bob and Gary,

  After spending considerable time on this matter, please find attached my best estimate of the required costs for the removal and installation of new drywall at my residence to remediate the Chinese Drywall that has been installed.

  I have also enclosed a Seller's Net Sheet and a letter of opinion from my current listing broker.

  In summary, we would like to offer Paul Homes two options to resolve this entire matter:

1.) Paul Homes, Inc. shall pay for all costs relating to the removal of the defective product in the home and put the home back to livable condition, as when it was completed. The estimated cost for this is $115,000 - $125,000 not including supervision, permitting or insurance. Paul Homes shall make it's best effort to complete this work within 90-days from commencement, so as to minimize home overhead costs, which will be borne by the owners during the work. At the completion of the work, the home shall be re-listed for sale at a price of $900,000, ($100,000 less than the current asking price), and a second mortgage shall be granted to Paul Homes, Inc. for the cost of the work. The mortgage shall be secured only by the property located at 12121 Via Del Fontana Ave., and shall be due in full upon closing and settlement of the home. Any legally-implied interest on this second mortgage shall be added to the principal and paid at closing along with the principal. Should the home not sell for an amount equal to the amount to satisfy both the first and second mortgages (Short Sale), Paul Homes may have the option to settle for less than the full amount of the amount due, with no further recourse to the Owners whatsoever. If this option is selected, the property owners shall submit an attorney-

RunyonT0006

written document with the details, at their cost. The cost of recording and closing the second mortgage shall be part of the cost and be the responsibility of Paul Homes, Inc.

2.) In lieu of the above, Paul Homes, Inc. shall make a one-time settlement payment in the amount of $42,500 to the owners of the above referenced property. This amount shall assist the owners in securing their own repairs for the residence and assuming any and all risk with this issue. In return for the one-time settlement, the owners shall waive any and all legal rights against Paul Homes, Inc., their principals, etc. in conjunction with this matter. If this option is selected, Paul Homes, Inc. shall submit an attorney-written document with the details, at their cost.

Due to the fact that time is of the essence with regards to the continued overhead involved with the upkeep of this home (mortgage payments, taxes, insurance, lawn, utilities, etc.), it is respectfully requested that Paul Homes, Inc. please deliver their response to the above settlement options to the owners on or before **Friday, March 27, 2009**. You may send a written response to us at the address below. Also, if you need to access the home, please call me and I would be glad to immediately arrange.

Please feel free to contact me with any questions in the meantime at 239-770-4775. As always, many thanks for your consideration and we hope for a quick resolution to this matter. Thank you.

Sincerely,

Thomas G. Runyon                    Sonia Devic-Runyon

Thomas G. Runyon & Sonia Devic-Runyon
12490 Riverside Drive
Ft. Myers, FL 33919

RunyonT0007

**RUNYON RESIDENCE-CHINESE DRYWALL REMEDIATION/REMOVAL ESTIMATE**

DRAFT

Prepared by Thomas G. Runyon
4-Mar-09

| | Item | Description | Cost |
|---|---|---|---|
| 1 | Dumpster Rental | 20-yard Dumpster Pick-up  4 x's | 1400 |
| 2 | Plumbing Disconnection | Includes Fixture Storage | 3000 |
| 3 | Electrical Plate Disconnection | Includes Fixture Storage | 2000 |
| 4 | Cabinet/Countertop Removal | Includes Storage-90 days | 8500 |
| 5 | Remove All Shelving/Garage Systems | Includes Storage-90 days | 3500 |
| 6 | Trim removal/salvage | Includes Storage | 5000 |
| 7 | Drywall Removal | 5 men-10 days x $20/hr+scaffold | 12500 |
| 8 | Flooring Prep | cover and secure | 1500 |
| 9 | Misc. Repair | due to drywall removal (wires cut, etc.) | 3500 |
| 10 | New Drywall Materials | per original cost | 9700 |
| 11 | Removal of all Appliances | Includes Storage-90 days | 2000 |
| 12 | Drywall Labor | Includes Punch | 15750 |
| 13 | Reinstall Trim | Includes $5,000 for damaged material | 14000 |
| 14 | Paint Interior | | 8500 |
| 15 | Reinstall Electrical and Fixtures | | 1500 |
| 16 | Reinstall Cabinets | | 5000 |
| 17 | Reinstall AC vents and shelving | | 2000 |
| 18 | Reinstall mirrors and sills | (new?) | 5000 |
| 19 | Reinstall Plumbing and Appliances | | 2500 |
| 20 | Flooring Repair | | 1500 |
| 21 | Cleaning | | 1500 |
| 22 | Porta-Pottie | 90-days | 500 |
| 23 | Remove and reinstall secuity system | | 1500 |
| 24 | Remove and reinstall central vac | | 500 |
| 25 | Misc. Repair | | 5000 |
| | **Total Cost Estimate** | | 117350 |

NOTE:   Wet areas in all baths to remain (no wall tile removal where green board located)

RunyonT0008

ATTORNEYS AT LAW

KELLY A. AMRITY
JAMES D. ARNOLD, JR
RUSSELL E. ARDALE
H. SCOTT BATES
JENNIFER M. BERMEL*
ALEXANDER BILLIAS
T. LEE BOOB!
SCOTT T. BORDERS †
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONOCONTI, III
KABAR S. BURRELL *****
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ****
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL J. CARTA
RICHARD III CYLLER
ALEXANDER M. CLEM
RONALD C. CONNER ***†
RAMEL L. COTTON
WILLIAM M. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
JOSEPH H. DIFFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORY A. FRANCIS
ANDREW FRISCH
EMMA C. GIVENS
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ****
C. DOUGLAS GREEN
JENNIFER J. HALPERIN ‡
RYAN J. HAYES
DAVID G. HENRY
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN ‡
WILLIAM P. HOWARD
KATHERINE V. HUNG***†
ANTHONY M. IMMACIO
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMFEY KALK
JAMES W KEETLH
HANS KENNON
STEPHEN J. NIKCI †
GERALD L. KUCIA
RYAN C. KURL
GRANT A. KUVIN
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JASON R. LEONARD*†
NANETTE A. LEVI *
JOSEPH A. LINNEHAN †
JAMEZ T. LYNCH
MICHAEL D. MARRESE
BERNARD R. MAZAHERI *
BRIAN K. McCLAIN
W. CHARLES MELTMAR †**†
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITTAN †
BRIAN R. MOES
DAVID B. MOFFETT †
HECTOR A. MORE'
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTHIA D. MORGAN
DAVID H. MONKOWITZ ****
HENRY P. MOWRY
OMAR L. NELSON *****
DANIEL J. NEWLIN ‡
CHRISTOPHER H. NEYLAND*****
KRISHAN R.S. NIX †***
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PENROW
RONSON J. PETREE
FRANK W. PIAZZA
GREGORY D. PRYBOCK †
CHRISTOPHER V. PULEC
MICHAEL T. REESE
DAVID I. RICKEY *
DARRYL E. ROUSON
CAROLYN M. SALDAMAN
RANDY S. DONAHUE**[ENKG] †
JAMES H. SCHUSTI
P. CHRIS SCHNEIDER
MEGAN D. SEARLS
JOSEPH H. SMAUGMINSKY
DANIEL W. SHEPPARD †
MICHAEL J. SMITH
DAVID A. SPAIN
BENNIE A. STEPHENJOHNSON***†
CRAIG R. STEVENS †
L. CHRIS STEWART ****
MICHAEL F. SUTTON †
J. HOWARD TROGDEN
MARKHAN E. UDELL
BERT C. UEBELE, IV
SCOTT J. URIOCCHIO
BASIL A. VALDEA
BRIAN C. VIDMESS †
IVAN O. VORDONEC *
SCOTT WM. WEINSTEIN
SCOTT M. WHITLEY †

# MORGAN & MORGAN®

## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO FT. MYERS

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
19th FAX: (407) 841-5620
10th FAX: (407) 425-9658
4th FAX: (407) 420-5956
4th FAX: (407) 428-7928

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVERSITY PARK
12600 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 398-2334

SUITE 4200
191 PEACHTREE STREET NE
ATLANTA, GA 30303
(404) 965-8811
FAX: (404) 965-8812

8624 GRIFFIN ROAD
DAVIE, FL 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3369

198 BROADWAY AVE.
KISSIMMEE, FL 34741
(407) 452-6590
FAX: (407) 452-6999

SUITE 150J
695 CENTRAL AVENUE
ST. PETERSBURG, FL 33701
(727) 490-2001
FAX: (727) 490-2015

14229 US 441
TAVARES, FL 32778-2083
(352) 253-2700
FAX: (352) 253-2701

SUITE 2600
ONE COMMERCE SQUARE
MEMPHIS, TN 38103
(901) 333-1827
FAX: (901) 333-1584

www.forthepeople.com

OF COUNSEL
HORACE R. BROADNAX
RICHARD L. CERVELLI
MICHAEL ESPY
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
ROBERT J. SCANLAN
CLAY M. TOWNSEND
BOARD CERTIFIED
CIVIL TRIAL LAWYER
BOARD CERTIFIED
WORKERS' COMPENSATION
LAWYER
*   ALSO LICENSED IN ARIZONA
**  LICENSED IN WASHINGTON, D.C. ONLY
*** LICENSED IN GEORGIA ONLY
****LICENSED IN MISSISSIPPI ONLY
†   LICENSED IN NEW YORK
‡   LICENSED IN GEORGIA
Δ   LICENSED IN ILLINOIS
◊   LICENSED IN KY, FL, MS, TN
¶   LICENSED IN AL, MS, TN
•   LICENSED IN TEXAS
⊕   ALSO LICENSED IN CALIFORNIA

November 30, 2009

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

(1076642)
Paul Homes, Inc. n.k.a. Management Services of Lee County, Inc.
4524 SE 16th Place
Suite 2C
Cape Coral , FL  33904

Re:     Florida Statutes 558.004 and 627.4137
        NOTICE AND OPPORTUNITY TO REPAIR
        NOTICE OF REQUEST OF INSURANCE POLICIES
        Our Clients:   Thomas G. Runyon and Sonia Devic-Runyon

Dear Paul Homes of Florida, LLC:

We have been retained by Thomas G. Runyon and Sonia Devic-Runyon with respect to
the defective drywall that was used in the construction of their home located at 12121
Via Del Fontana Way, Fort Myers, FL 33919.  This Notice is sent to you pursuant to
Florida Statute Section 558.004, a copy of which is enclosed for your reference, and
informs you of our intent to file a lawsuit 60 days after the date of this Notice for
construction defects against Paul Homes, Inc. n.k.a. Management Services of Lee
County, Inc. on Thomas G. Runyon and Sonia Devic-Runyon's behalf.

The defective drywall in the home contains substances which render the drywall unfit for
the purposes intended.  The defective drywall is damaging other parts of the home, as well
as rendering the home unfit to live in.

We assert that the defects are the result of the installation of materials which require all of
the drywall to be removed and replaced, as well as removal and replacement of all other
components of the home which have been affected by the drywall.

Please be aware that you have certain obligations under the notice provisions of Section
558.004 which include performing a reasonable inspection and advising as to how you are
going to correct the situation, if at all.

Further, pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned

RunyonT0009

— For The People —

Paul Homes, Inc. n.k.a. Management Services of Lee County, Inc.
November 30, 2009
Page 2

with the following information with regard to each known policy of insurance, including
excess or umbrella coverage, which may provide liability insurance coverage for this claim.

1.   Name of the insurer(s);
2.   Name of each insured;
3.   Certified copy of limits of liability coverage:
     a.  personal injury,
     b.  property damage,
     c.  medical expenses,
     d.  personal injury protection,
     e.  uninsured motorist and any other coverage
4.   A statement of any policy or coverage defense which your company reasonably
     believes is available; and
5.   Certified copy of any and all policies.

This information should include all periods of time from the commencement of construction
to the present.

The requested information must be provided within thirty (30) days from the date of this
letter and must include a statement under oath by a corporate officer.

Very truly yours,

Scott Wm. Weinstein
Scott Wm Weinstein

SWW/ah
Enclosure: copy of Florida Statute § 558.004
cc:  Thomas G. Runyon and Sonia Devic-Runyon

RunyonT0010

Lee County Property Appraiser - Online Parcel Inquiry



RunyonT0011

http://www.leepa.org/Scripts/PropertyQuery/PropertyQuery.aspx?FolioID=10492535&Ap...   9/21/2009

TRIM (*proposed* tax) Notices are available for the following tax years:
[ 2004 | 2005 | 2006 | 2007 | 2008 | 2009 ]

[ Next Lower Parcel Number | Next Higher Parcel Number ]

[ New Query | Parcel Queries Page | Lee PA Home ]

This site is best viewed with Microsoft Internet Explorer 5.5+ or Netscape Navigator 6.0+.
Page was last modified Thursday, April 16, 2009 4:02:30 PM.

RunyonT0012

Prepared by and return to:
George L. Ceasoer, Jr.
Esq.
Knott, Ceasoer, Ebelini, Hart & Swett, P.A.
1625 Hendry Street Suite 300
Fort Myers, FL 33901

File Number: H&L Runyan
Will Call No.: 94

Parcel Identification No. 16-45-24-46-00000-0060

```
INSTR # 6618859
OR BK 04568 Pg 4325; (1pg)
RECORDED 01/27/2005  08:05:51 AM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
RECORDING FEE 10.00
DEED DOC 2,023.00
DEPUTY CLERK J Miller
```

[Space Above This Line For Recording Data]

# Warranty Deed
(STATUTORY FORM - SECTION 689.02, F.S.)

This Indenture made this 28th day of December, 2004 between H&L Investments, LLC, a Florida limited liability company whose post office address is 6914 Old Whiskey Creek Dr., Fort Myers, FL 33919 of the County of Lee, State of Florida, grantor*, and Thomas G. Runyon and Soula Devic Runyon, husband and wife whose post office address is 9908 Cuddy Court, Fort Myers, FL 33919 of the County of Lee, State of Florida, grantee*,

Witnesseth, that said grantor, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in Lee County, Florida, to-wit:

Lot 6, TREVI SUBDIVISION, according to the plat thereof, as recorded in Plat Book 78, Page 69, of the Public Records of Lee County, Florida.

and said grantor does hereby fully warrant the title to said land, and will defend the same against lawful claims of all persons whomsoever.

* "Grantor" and "Grantee" are used for singular or plural, as context requires.

In Witness Whereof, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Sammie K.O. Johnson

Witness Name: Phyllis M. Greco

H&L Investments, LLC, a Florida limited liability company

By: Larry T. Norris, Authorized Agent

(Corporate Seal)

State of Florida
County of Lee

The foregoing instrument was acknowledged before me this 28th day of December, 2004 by Larry T. Norris, Authorized Agent of H&L Investments, LLC, a Florida limited liability company, on behalf of the corporation. He [] is personally known to me or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: Phyllis M. Greco

My Commission Expires:

# EXHIBIT K

 

# Lee County, Florida
## Division of Development Services
## Certificate of Occupancy
### Single Family

**Date:** 01/18/2007                    **PERMIT NUMBER:** RES2005-16152

**Owner Name:** RUNYON THOMAS G + SONIA DEVIC

**Job Address:** 12121 VIA DEL FONTANA AVE FT MYERS 33919

**Contractor /Address:** CGC047296 PAUL HOMES INC
4524 SE 16TH PLACE
CAPE CORAL FL 33904

RECEIVED
JAN 2 2 2007
BY:_____

**Description:** SFR

**Project Name:** TREVI

**Zoning:** RS-2                    **Strap:** 16-45-24-46-00000.0060

**Type of Construction:** VI-unp          **Fire District:** Iona McGregor

**Flood Elevation:** 8                    **Flood Zone:** A10

**Occupancy Class:** Residential

In conformity with section 106.1 Standard Building Code, authorization to occupy is granted as noted herein.

*Bob Stewart*
_____
**BUILDING OFFICIAL**