# EXHIBIT A

023 Taj  Prado Blvd, Suite 203
Cape Coral  FL 33990
239-772-2666
239-772-2615 fax

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 9th day of March , 2005 by and between R. FRY BUILDERS, INC., Builder, and Jessica Croft-James and Jason T. James ,purchaser, presently residing at 1243 N.W. 34th Ave., Cape Coral, Florida 33993-9443 Telephone: Home # 283-5656  Cell# 851-7317 or 349-0339  Fax # _____ EMail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   Diamond II Model - 3 car garage

Address:  3850 N.W. 32nd Pl., Cape Coral, Florida 33993
Block 5512  Unit 91 N 173 FT Tract 4  Pb. 24 Pg. 94
Strap # 18-43-23-C3-05519.4000

TOTAL PRICE OF HOME            $ 246,797.00
LESS DEPOSIT                   ($  2,500.00)
TOTAL                         $ 244,297.00
LESS 10% DUE                   ($ 24,429.70)
TOTAL TO BE DISPERSED          $ 219,867.30

Purchaser agrees to pay the Builder, the sum of $ 246,797.00
( Two hundred forty six thousand, seven hundred ninety seven  and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from  Cape Coral Building Dept. This contract is also subject to the granting of a Loan by Fifth Third Bank IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder)

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 24,429.70
2. Proceeds of the above loan in the amount of $ 219,867.30

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                        ACCEPTANCE BY BUILDER:

_____            _____
                 Date              R. Fry Builders, Inc.    Date

_____
                 Date

*Quality Craftsmanship in Southwest Florida since 1981*

620 Del Prado Blvd, Suite 203
Cape Coral, FL 33990
239-772-2664
239-772-26 4 Fax

# R Fry Builders, Inc.

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for **Jessica** and **Jason James** per blueprints provided and accepted.

## Diamond II  Model

## STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS:
- 3 Bedroom, 3 Bath
- CBS with stucco finish
- Fill, clear and grading - **By Hone – paid directly by Owner**
- 3-course stem wall
- 3 car Garage with side entry – per plan
- Concrete footers reinforced with steel
- Certified termite soil treatment under slab
- 1-year subterranean termite warranty
- **4" reinforced concrete floor w/vapor barriers**
- Driveways and sidewalks per plot plan
- Interior wall framing 16' on center (wood)
- Engineered roof trusses w/hurricane straps
- Ventilated aluminum soffit and fascia (color choice - standard)
- Dimensional, fungus resistant Fiberglass asphalt shingles – choice of colors
  - Thirty (30) year limited manufacturers warranty on shingles
- White aluminum framed windows w/screens
- Ogee Marble windowsills
- Interior Paint - standard Appleaper
- Exterior Paint color: One color selection for base house, and one color for banding
- R-30 insulation in ceilings
- R-4.3 insulation on exterior masonry walls & 3-1/2" fiberglass insulation between garage wall and house
- Central heat and air conditioning
- Humidistat
- Textured drywall on interior walls
- Pex-pipe water lines

## ELECTRICAL FEATURES:
- **Garage door opener with 2 remotes**
- 200 AMP electrical service
- Washer & dryer outlets
- Pre-wire for phones & TV outlets - Per Plan
- Smoke detectors per code
- Door chimes
- Pre-wire for fans with rocker switches
- Lighting Package Allowance $ 800.00
- Master bedroom ceiling to have lighting / switch

## KITCHEN FEATURES:
- Raised panel kitchen cabinet doors
- Solid surface countertops with solid surface sink
- Icemaker line
- **Additional uppers added – per print  (Kitchen & Laundry)**
- **Pantry added – per print**
- Appliance Package – Allowance $ 2,700.00

December 1, 2009
Page 2

## GUEST & POOL BATHROOM FEATURES:

Raised Panel Vanities With Cultured Marble Tops
1 gallon water closets - elongated
Anti-scald valve guard on shower faucet
Full-length mirrors over vanities
Mirrored medicine cabinets
Tiled shower w/shower door enclosure
Brand name fixtures
Marble and tile in Wet areas – Labor and Materials $ 2,000.00 Allowance

## MASTER BATHROOM FEATURES:

Raised Panel Vanities with cultured marble tops
1 gallon water closets – elongated
Anti-scald valve guard on shower faucet
Full-length mirrors over vanities
Mirrored medicine cabinets
Walk-in tiled shower with shower door – per print
Brand name fixtures
Jacuzzi Garden tub with jets
Glass Block in Master Bath – Per print
Coffer ceiling with lighting
Addition to master bedroom- per print
Extended master bath – per print

## OTHER ITEMS INCLUDED:

Flooring – BY OWNER
Cathedral ceilings where noted
Ventilated closet shelving
Trussed patio w/screen enclosure - DELETE
40 gallon energy efficient water heater
Interior colonial doors and trim (6 - 8' slider doors)
5 ¼ Base board, 3 ¼ Trim
Exterior doors metal – outside entrance door – full door – no glass
Overhead steel garage door with 2 remotes
3 exterior hose bibs
Landscaping and Floritam Sod-per Cape Coral Code- 80 x 125 lot
Irrigation System
Well and Septic equipment
Humidistat
Builder's Risk Insurance
Permit Fees
Interest fees included
Impact fees as of Contract date
Tap in Service fees per Node – DELETE
Additional window added to nook area
2 Columns in Foyer
Entertainment Center with rear access door
Additional wall in dining room area – per print
Upper cabinets in utility room
Extended Foyer & Entry area – per print
3 exterior French Doors – per print

TOTAL Contract: $ 246,797.00

**Culvert determined by building inspector at time of driveway stakeout (cost of culvert not included in contract)

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed.  This charge is payable at the time change is made.

_____        _____
             Date                    R. Fry Builders Inc.          Date

December 1  2009
Page 5

_____
                    Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency. Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency or its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual soil connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-soil conditions will be borne by Owner.

8.  Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours. Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9.  Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10.  Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11.  This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12.  Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13.  The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14.  Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15.  If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.


BUYER(S):                                    BUILDER:


_____                    _____

_____                    Date:_____

# EXHIBIT B

Print Form

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are inaccurate or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within the Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

**Name Property Owner**   Jessica & Jason James

**Address of Affected Property**   3850 NW 32nd pl
Cape Coral Fl 33993

**Is this Property:**  ☒Residential  ☐Commercial  ☐Governmental

**Name of Person Completing this Form**   Jessica James

**Is above your primary residence?**  ☒Yes  No ☐

**Mailing Address (if different)**   518 NW 25th AVE
Cape Coral Fl 33993

**Phone:**   (239) 783-5888

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

**Circle one:** ☐Owner-Occupant  ☒Owner Only  ☐Renter-Occupant

**Represented By:**   Alan Tanenbaum Esq
**Address:**   1680 Fruitville Rd
Suite 102
Sarasota Fl 34236
**Phone:**   (941) 308-3157
**Case No. /Docket Info:**   09-7028

## Section II. Insurance Information

**Homeowner / Renter Insurer:**   Coral Insurance

**Policy #:**   C1HM00143889

**Agent:**   Insurance Center of Ft. Myers

**Address:**   Agent: 15051 S. tamiami tr. #205
Ft. Myers Fl 33908
Insurer: POBox 2767 BigFoK MT 59911

**Phone:**   agent → (239) 489-2838
insurance - 1-800-875-8330

+ Attach Copy of Insurance Declaration Page

- At time of discovery afiled. claim

Current homeowner - no claim Filed - issued
after we discovered we had tainted drywall
Cypress
policy: CYN 8032086 0081
agent: patrick Swaney ins.
3015 Pine Island Rd #111
Cape Coral Fl 33991-1704
PH- 239-283-9999

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner Occupant, an Owner Only, an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Jessica James | 10/106 | 9/24/09 | M Ⓕ | 7/12/77 | ☒Yes No☐ | Owner |
| Jason James | 10/106 | 9/24/09 | Ⓜ F | 5/11/77 | ☒Yes No☐ | Owner |
| Logan James | 10/106 | 9/24/09 | Ⓜ F | 6/10/05 | ☐Yes No☒ | Occupant |
| Kara James | 9/15/08 | 9/24/09 | M Ⓕ | 9/15/08 | ☐Yes No☒ | Occupant |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |
|  | / / | / / | M F | / / | ☐Yes No☐ |  |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 5

Plaintiff Profile Form – Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home? ☒ Yes   No ○

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   *Self*

     1.2. When did the inspection take place?   `5 1 . 09`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home? ☒ Yes   No ○

   2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   *Self & Assured bio laboratory*

     2.2. When was this determination made?   `5 08 09`  *228 midway lane suite B*
           *Oak page TN 37830*
           *P# 865-813-1700*

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauff | | master Closet |
| American Gypsum | Name, city, state on top | Ceiling |
| National Gypsum | Name, city, state on top | Ceiling |

**Section VI. Home Information**

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3775 | | | |
| Estimated Sq. Ft. of Drywall | 11616 | Occupied | | ☒ |
| Height of Interior Walls | Kru/Wall 8-14 ft | Year-round | | |
| Number of Bedrooms: | 4 | Summer | | |
| Number of Bathrooms: | 3 | Winter | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ☒ | |
| Copper Piping | ☒ | | |
| Copper Fixtures | ☒ | | |
| Other Fixtures | ☒ | | |
| Were repairs made to the plumbing system? | | ☒ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | *ground wire* ☒ | | |
| Switches | ☒ | | |
| Main Panel ✓ | ☒ | | |
| 2nd Panel | | | ☒ |
| Exposed Copper Wires | ☒ | | |
| Were repairs made to the electrical system? | | ☒ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | 12 12 05 | Completion Date | 11 16 06 | |
| Move In Date: | 11 16 06 | Date Acquired Home | 11 16 06 | |

Date Range for Renovations: (Month/Day/Year)

| | | | | |
|---|---|---|---|---|
| Start Date: | / / | Completion Date | / / | |
| Move In Date: | / / | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

   *R. Fry Builders*

Address:   *923 Del prado blvd. S. #203*
         *Cape Coral Fl 33990*

Phone:   *(239) 772-2666*

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:

   *RJL Drywall*

Address:   *8181 Bay Shore Rd*

     *North Ft. myers Fl*

Phone:   *(239) 772-2006*
       *239 731-2584*

**Section X. Drywall Supplier**   *Unknown*

Drywall Supplier's Name:

Address:

Phone:   ( )  -

Page 2

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 12/3/9 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | 12/5/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

# CONTRACT

THIS AGREEMENT made and entered into this __5__ day of _March_ , 2005 by and between R. FRY BUILDERS, INC., Builder, and _____
,purchaser, presently residing at ___8 851-7317_____
Telephone: Home # _____ Cell# _349-0339_ Fax # _____
E:Mail address: _____

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT: _____ **Model**

Address: _____
        Block _3719_ Lot _4_    Unit _91_ Pb. _24_ Pg. _88 & 98_
        Strap # _184323C3055194000_

| | | |
|---|---|---|
| TOTAL PRICE OF HOME | $ | 246,797 |
| LESS DEPOSIT | ($ | 2,500 ) |
| TOTAL | $ | 244297 |
| LESS 10% DUE | ($ | ) |
| POOL COST | $ | |
| SEAWALL COST | $ | |
| LOT COST | $ | |
| TOTAL TO BE DISPERSED | $ | |

**Purchases agrees to pay the Builder, the sum of** $ _246,797_
(                          **and 00/00)**

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from _Cape Coral Building Dept_. This contract is also subject to the granting of a Loan by _S/3 Bank_ _____
IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

    1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ _____
    2. Proceeds of the above loan in the amount of $ _____
    3. Pool Draws to be separate from construction loan $_____
    4. Seawall Draws to be dispersed seperatly from construction loan $ _____

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                  ACCEPTANCE BY BUILDER:

_____ _3-5-05_      _____
           Date
                         R. Fry Builders, Inc.     Date

_____ _3/5/05_
           Date

Fry Builders, Inc.

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for _____ per blueprints provided and accepted.

# Diamond II Model

## STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS:
4 Bedroom, 3 bath
CBS with stucco finish
Fill, clear and grading **Allowance $**_____
2-course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" reinforced concrete floor w/vapor barriers
**Driveways and sidewalks** per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Ventilated aluminum soffit and fascia (color choice - standard)
Dimensional fungus resistant Fiberglass asphalt shingles – choice of colors
        Thirty (30) year limited manufacturers warranty on shingles
White aluminium framed windows w/screens
**Ogee Marble windowsills**
Interior Paint – standard Applepeel
Exterior Paint color: One color selection for base house, and one color for banding
R-30 insulation in ceilings
R-4.3 insulation on exterior masonry walls & 3-1/2" fiberglass insulation between
        garage wall and house
Central heat and air conditioning
Textured drywall on interior walls
Pex-pipe water lines

## ELECTRICAL FEATURES:
**Garage door opener with 2 remotes** – *prewire for 2nd garage door*
200 AMP electrical service
Washer & dryer outlets
Pre-wire for phones & TV outlets - Per Plan
smoke detectors per code
Door chimes
Pre-wire for fans with **rocker switches**
Lighting Package **Allowance $ 800.00**

## KITCHEN FEATURES:
Raised panel kitchen cabinet doors
Raised panel kitchen cabinet doors
Solid surface countertops with solid surface sink – *upgraded to*
Icemaker line
Appliance Package – **Allowance $ 2,200.00**

## GUEST & POOL BATHROOM FEATURES:

Raised Panel Vanities With Cultured Marble Tops
1 gallon water closets - elongated
Anti-scald valve guard on shower faucet
Full-length mirrors over vanities
Mirrored medicine cabinets
Tiled shower w/shower door enclosure
Brand name fixtures
Wall tile and tile in Wet areas – Labor and Materials **$ 2,000.00 Allowance**

## MASTER BATHROOM FEATURES:

Raised Panel Vanities with cultured marble tops
1 gallon water closets – elongated
Anti-scald valve guard on shower faucet
Full-length mirrors over vanities
Mirrored medicine cabinets
Walk-in tiled shower
Brand name fixtures
Jacuzzi Garden tub with jets

## OTHER ITEMS INCLUDED:

Flooring - ~~Allowance $6,000.00~~  *by owner*
Cathedral ceilings where noted
Ventilated closet shelving
~~Trussed patio w/screen enclosure~~
40 gallon energy efficient water heater
Interior colonial doors and trim
Exterior doors metal – outside entrance door – full door *plus* glass
Overhead steel garage door with 2 remotes
3 exterior hose bibs
Landscaping and Bahia Sod-per Cape Coral Code
**Well and Septic  equipment – or Water and Sewer**
Builder's Risk Insurance
Permit Fees
Interest fees included
Impact fees as of Contract date
~~Panel Shutters per code~~

**TOTAL Contract:  $**

**\*\*Culvert determined by building inspector at time of driveway stakeout (cost of culvert not included in contract)**

**Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed.  This charge is payable at the time change is made.**

_____  3-5-05                _____
                          **Date**               **R. Fry Builders Inc.**        **Date**

_____  3/5/5
                          **Date**

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy.** Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal **two block** foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

8. **Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours.** Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Builder, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16.  It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17.  It is understood and agreed that the Owners will not assign this contract  without the prior written consent of the contractor.

18.  The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):

BUILDER:

_____

Date: _____



**CYPRESS**
PROPERTY & CASUALTY
P.O. BOX 49527
SARASOTA, FL 34230-6527

— policy limitations of
fungi

— exclusion for pollution

JESSICA JAMES AND
JASON T JAMES
3850 NW 32ND PL
CAPE CORAL FL 33993-9016

0000000072

## IMPORTANT INFORMATION RELATED TO YOUR POLICY

Policy No: CYN-8032086-00

**To answer questions about your policy, coverage and payment obligation, your best source of information is your local insurance agent.**

The agent responsible for servicing your policy is:

PATRICK A SWANEY
3015 PINE ISLAND RD SW STE 111
CAPE CORAL FL  33991-1704

239-283-9999

**To check Policy and/or billing information 24 hours a day, use our Automated Response System:**

Call 1-800-765-1347, option 2 for up-to-date information concerning your policy. Please have your policy number available when making this call.

**To Make Payments:**

**Use the stub on your invoice and the envelope provided and mail to:**

Cypress Property & Casualty Insurance Company
Payment Processing Center
PO Box 31301
Tampa, FL  33631-3301

**To Report a Claim:**

**You may call our Claims Processing Center at 1-888-352-9773**

Or

**You may report a claim to your agent at the address and phone number above**

Or

**You may call us 24 hours a day at 1-800-765-1347, option 1.**

**Office Hours:**

8:00am to 5:00pm (Eastern Time), Monday through Friday, except Holidays

| CYPRESS | HOMEOWNERS DECLARATION | |
| PROPERTY & CASUALTY | POLICY NUMBER | POLICY PERIOD |
| | | From | To |
| | CYN 8032086 00 81 | 05/30/2009 | 05/30/2010 |
| P.O. BOX 49527 · SARASOTA, FL  34230-6527   1-800-765-1347 (FOR ALL INQUIRIES) | | 12:01 A.M. Standard Time at the described location |

AMENDED DECLARATION
CORRECT FIGA 2007                     Effective:      05/30/2009            Date Issued: 09/24/2009

**INSURED:**                                                          **AGENT:**                                              0143710

JESSICA JAMES AND                                   PATRICK A SWANEY
JASON T JAMES                                       PATRICK SWANEY INSURANCE AGCY
3850 NW 32ND PL                                     3015 PINE ISLAND RD SW STE 111
CAPE CORAL FL 33993-9016                            CAPE CORAL FL  33991-1704

Telephone:   239-851-7317                           Telephone:   239-283-9999

The residence premises covered by this policy is located at the above insured address unless otherwise stated below:

| 3850 NW 32ND PL | CAPE CORAL FL 33993-9016 |

# LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE. YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM. WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES. PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

**Coinsurance Contract:** The rate charged in this policy is based upon the use of the coinsurance clause attached to this policy, with the consent of the insured.

D000003465

# EXHIBIT C

# C I T Y   O F   C A P E   C O R A L
## ------ CERTIFICATE OF OCCUPANCY ------
### P E R M A N E N T

ISSUE DATE:        11/06/06        *James*

LOCATION: 3850 NW 32ND PL

STRAP #: 18-43-23-C3-05519-4000

OWNER INFORMATION:
JAMES JASON T + JESSICA
1243 NW 35TH AVE
CAPE CORAL, FL 33993-9443

CONTRACTOR INFORMATION:
FRY RANDY A
R FRY BUILDERS INC
923 DEL PRADO BL SOUTH #203
CAPE CORAL, FL 33990-3628
(941)772-2666
COMPETENCY #:
REG OR STATE LIC: CBC023132

PERMIT #: 05-00036194

OCCUPANCY TYPE  :  RESIDENTIAL 1 & 2 FA

CONST. TYPE     :  TYPE VI UNSPRK/UNPRO

ALLOWABLE OCC CONTENT:

ALLOWABLE FLOOR LOAD :

GAC UNIT              :  91-0

PLAT BOOK PAGE# :  04,07
# OF PLATTED LOTS:        3.0000
ZONING          :  RD

TYPE OF WORK    :  NEW CONSTRUCTION

NUMBER OF STORIES   :     1.00

FLOOD ELEVATION     :

FLOOD CODE          :        B

NUMBER OF BEDROOMS  :     4.00

NUMBER OF BATHROOMS :     3.00

TOTAL DWELLING UNITS :    1.00

TOTAL BLDG SIZE     :  3775.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.   THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 11/6/06

DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL

# EXHIBIT D

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

*213 Nichols*

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 1st day of September, 2005 by and between R. FRY BUILDERS, INC., Builder, and James and Kathy Nichols ,purchaser, presently residing at _____
Telephone: Kathy work # 997-4607  Cell# Kathy 938-4379  Fax #
E-Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   Fawn Model

Address: 1217 NE. 7th Place, Cape Coral, Florida 33909
Block 2099 Lot 46 & 47 Unit 34  Pb. 16 Pg. 74-86 Lee County
Strap # 01-44-23-c2-02099.0460

| | |
|---|---|
| TOTAL PRICE OF HOME | $ 179,930.00 |
| LESS DEPOSIT | ($ 2,500.00 ) |
| TOTAL | $ 177,430.00 |
| LESS 10% DUE | ($ 17,743.00) |
| TOTAL TO BE DISPERSED | $ 159,687.00 |

Purchaser agrees to pay the Builder, the sum of $ 179,930.00
( One hundred eighty one  thousand, one hundred thirty  and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from  Cape Coral Building Dept. This contract is also subject to the granting  of a loan by_____. IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 17,743.00
2. Proceeds of the above loan in the amount of $ 159,687.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                           ACCEPTANCE BY BUILDER:

_____               _____
                    Date              R. Fry Builders, Inc.       Date

_____
                    Date

CO-
1/26/07

*Quality Craftsmanship in Southwest Florida since 1981*

213- Nichols

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R. Fry Builders, Inc.

## Fawn I Specifications

The contract made and entered into by R. Fry Builders, Inc., hereby called the Builder, Jim and Kathy Nichols hereby called the Buyer, does agree that the Builder will supply all labor and materials for the construction of a single family residence per blueprints provided and accepted.

### STRUCTURAL & CONSTRUCTION
### FEATURES & MATERIALS
3 bedroom 2 baths
CBS with stucco finish
All Grading, Fill & Clearing - ALLOWANCE  $ 15,000.00
2-course stem-wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1- year subterranean termite warranty
4" reinforced concrete foundation w/vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Steel reinforced concrete tie beam 8 x 16
Pre-cast concrete windowsills
Ventilated aluminum soffit and fascia
Dimensional shingles-choice of colors
         Thirty (30) year limited warranty on shingles
White aluminum framed windows w/screens
Cultured Marble windowsills
R-30 insulation in ceilings
4.2 Ft Foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
         Humidistat
Textured drywall on interior walls
Pex-Pipe water lines

### ELECTRICAL FEATURES:
Garage door opener with 2 remotes
200 amp electrical service
Washer & dryer outlets
Pre-wire for phone & TV outlets - per blueprint – 3 additional outlets included per customer request
Pre-wire for ceiling fans - per blueprint
2 smoke detectors
Door chimes
Lighting ALLOWANCE $1,000.00

### KITCHEN FEATURES:
Raised panel kitchen cabinet doors and vanities
Mica countertop with double bowl stainless steel sink
Icemaker line
Appliances -  ALLOWANCE  $2,300.00
         Dishwasher - built in
         Smooth top Range - w/self-cleaning oven
         Refrigerator 23 cu ft.
         Microwave over range

21 3.
Nichols

*March 23, 2010*
*Page 2*

**BATHROOM FEATURES:**
Raised Panel Foil Wrap Vanities & cultured marble tops
1 gal water closets (elongated)
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet area (white or almond) Allowance $ 1,500.00
Moen single lever faucets

**OTHER ITEMS INCLUDED:**
Carpeting and tile  ALLOWANCE  $3,000.00 Labor and material
Ventilated closet shelving
Trussed patio w/screen enclosure
40 gal. energy efficient water heater
Choice of exterior paint color: one color for house , one color for banding
Choice of interior color : one color overall
Overhead steel garage door
Steel Solid Panel Double Entry Door
Floritam Sod & landscaping for std. 80' x 125' lot
Irrigation System for std. 80' x 125' lot
Colonial raised panel bi-fold doors
Colonial base molding
Colonial door casing
Pull down stairway to access attic
Cathedral ceiling where noted
Tray ceiling in Master Suite Bedroom
Permit fees
Impact Fees As of Contract Date –to include increased Road Impact Fee as of Sept. 1, 2005
Well and Septic Equipment and Installation
Builders Risk Insurance

**Culvert determined by building inspector at time of driveway stakeout (cost of culvert not included in contract)

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed. This charge is payable at the time change is made.

TOTAL COST  $ 179,930.00

_____   Date          R. Fry Builders Inc.          Date

_____   Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor** work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual soil conditions and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse subsod conditions will be borne by Owner.

8. Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours. Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.


BUYER(S):                              BUILDER:

_____                _____


_____                Date:_____

# EXHIBIT E

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.
    The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.   To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner   James and Kathleen Nichols

Address of Affected Property   1217 NE 7th Place

City: Cape Coral    State: FL    Zip: 33909

Is this Property:*   Residential ☑   Commercial ☐   Governmental ☐

Name of Person Completing this Form   Nichols

Is above your primary residence?   Yes ☑ No ☐

Mailing Address (if different)

City:    State:    Zip:

Phone:   239-938-6990

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one:   Owner-Occupant ☑   Owner Only ☐   Renter-Occupant ☐

Represented By:   Morgan & Morgan, PA

Address:   12800 University Drive, Suite 600

City: Ft. Myers    State: FL    Zip: 33907

Phone:   239-433-6880

Case No. /Docket Info:   10-361

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

State Farm Florida Insurance Company

Policy #:   59-TK-2813-3

Agent:   Doug Zell

Address:   923 Del Prado Blvd. S.

City: Cape Coral    State: FL    Zip: 33990

Phone:   239-574-5888

+ Attach Copy of  Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-In | Leave | | | Circle One | |
| James V. Nichols | 02-2007 | n/a | M ☑ F ☐ | 12-24-1974 | Yes ☑ No ☐ | Owner-Occupant |
| Kathleen M. Nichols | 02-2007 | n/a | M ☐ F ☑ | 09-19-1965 | Yes ☑ No ☐ | Owner-Occupant |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Nichols000001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Erickson's Drying Systems

       1.2. When did the inspection take place?   `10-9-2009`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Geoff Moore

       2.2. When was this determination made?   `10-9-2009`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| ProWall | MADE IN CHINA MEETS ASTM C36/C1396 STANDARD | Medicine Cabinet |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☑ No ☐

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?   R. Fry Builders, Inc.

       1.2. When was notice sent?   `10-14-2009`

       + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

       2.2. When was the request made?

       + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

       3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

       3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

       3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☑

       3.2.b. Who paid or is paying for the repairs?

       3.2.c. What was the total cost?

       3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☐ No ☐

       3.2.e. Who possesses the samples?

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?   R. Fry Homes

       1.2. When was notice sent?   `10-15-2009`

       + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

       2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

       4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

       5.2. What repairs were performed?

       5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

NicholsJ00002

Plaintiff Profile Form - Residential Properties

## Section VII. Home Information

| Approx. Sq. Ft. of House: | 2705 | | | Yes | No |
|---|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 10820 | | Occupied | ✓ | |
| Height of Interior Walls | varies | | Year-round | ✓ | |
| Number of Bedrooms: | 3 | | Summer | | ✓ |
| Number of Bathrooms: | 2 | | Winter | | ✓ |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | | | ✓ |
| Copper Fixtures | ✓ | | ✓ |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | ✓ | |
| Switches | | ✓ | |
| Main Panel | | ✓ | |
| 2nd Panel | | ✓ | |
| Exposed Copper Wires | ✓ | ✓ | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 03-2006 | | Completion Date | 02-2007 |
|---|---|---|---|---|
| Move In Date: | 02-2007 | | Date Acquired Home | 09-01-2005 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | ✓ |
| First Floor: Full Wall of drywall replaced | | | ✓ |
| Second Floor: Any drywall replaced | | | ✓ |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

R. Fry Builders, Inc.

Address: 923 Del Prado Blvd., Suite 203

City: Cape Coral    State: FL    Zip: 33990

Phone: 239-772-2666

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

Unknown

Address: n/a

n/a

City: n/a    State: n/    Zip: n/a

Phone: n/a

## Section XI. Drywall Supplier

Drywall Supplier's Name:

Unknown

Address: n/a

n/a

City: n/a    State: n/    Zip: n/a

Phone: n/a

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Plaintiff Profile Form - Residential Properties

| Section VII. Home Information | | | | |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 1760 w/ garair | | **Yes** | **No** |
| Estimated Sq. Ft. of Drywall | | Occupied | X | |
| Height of Interior Walls | Vaulted ceiling | Year-round | X | |
| Number of Bedrooms: | 3 | Summer | | |
| Number of Bathrooms: | 2 | Winter | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | **Yes** | **No** | **N/A** |
| PVC/ CPVC/ Plastic Piping | | | X |
| Copper Piping | | | |
| Copper Fixtures | X | | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | **Yes** | **No** | **N/A** |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel ? | | | |
| 2nd Panel ? | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

| Section VIII. Construction/Renovation Information | | | |
|---|---|---|---|
| Date Range for New Home Construction: (Month/Day/Year) | | | |
| Start Date: | 3/2006 | Completion Date | 2/2007 |
| Move In Date: | 2/2007 | Date Acquired Home | 2/2007 |
| Date Range for Renovations: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

R Fry Homes

Address: Cape Coral FL

Phone:

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name:

Address:

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name:

Address:

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Kardalrin MM Shalsh_ | 10/13/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _signature_ | 10/13/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

NicholsJ00004

**State Farm Florida Insurance Company**
A Stock Company With Home Offices in Winter Haven, Florida

7401 Cypress Gardens Blvd.
Winter Haven, FL 33888-0007

Named Insured

R                              A-19-1786-F609 F H

NICHOLS, JAMES & KATHLEEN
1217 NE 7TH PL
CAPE CORAL FL  33909-1344

**DECLARATIONS PAGE**

| Policy Number | 59-TK-2813-3 | |
|---|---|---|
| Replaces Number | 59-Q8-7526-8 | |
| Policy Period | Effective Date | Expiration Date |
| 12 Months | FEB 6 2007 | FEB 6 2008 |

The policy period begins and ends at 12:01 am standard time at the residence premises.

Loan # 6889403041
Mortgagee
BANK OF AMERICA, 173
ITS SUCCESSORS AND/OR ASSIGNS
PO BOX 1675
CORAOPOLIS PA  15108-6903

## HOMEOWNERS POLICY

Automatic Renewal - If the policy period is shown as 12 months, this policy will be renewed automatically subject to the premiums, rules and forms in effect for each succeeding policy period. If this policy is terminated, we will give you and the Mortgagee/Lienholder written notice in compliance with the policy provisions or as required by law.

Location of Residence Premises
Same as Insured's Address

Fungus (including Mold) Limited Coverage : $223,253

Zone: 04   Construction: Masonry

| Coverages & Property | | Limits of Liability | Inflation Coverage Index: 282.6 | | |
|---|---|---|---|---|---|
| **SECTION I** | | | Deductibles - Section I | | |
| A Dwelling | | $ 223,253 | Other Losses 1% | $ | 2,232 |
| Dwelling Extension up to | | $ 22,325 | Hurricane 2.00% | $ | 4,465 |
| B Personal Property | | $ 167,439 | | | |
| C Loss of Use | | Actual Loss Sustained | | | |
| **SECTION II** | | | | | |
| L Personal Liability | | $ 300,000 | | | |
| (Each Occurrence) | | | In case of loss under this policy, the deductibles will be applied per occurrence and will be deducted from the amount of the loss. Other deductibles may apply - refer to policy. Also see Hurricane Notice on Reverse Side of Page. | | |
| Damage to Property | | | | | |
| of Others | | $ 500 | | | |
| M Medical Payments to | | | | | |
| Others (Each Person) | | $ 1,000 | | | |

| Loss Settlement Provision (See Policy) | | Non-Hurricane | $ | 301.44 |
|---|---|---|---|---|
| A1 Replacement Cost - Similar Construction | | Hurricane Prem | $ | 1,582.56 |
| B1 Limited Replacement Cost - Coverage B | | Policy Premium | $ | 1,884.00 |
| Forms, Options, & Endorsements | | FL Guaranty Fund | $ | 19.98 |
| Homeowners Policy | FP-7955.FL | FHCF Assessment | $ | 18.84 |
| Fungus (Including Mold) Limit | FE-5475 | FL Empa Fund Surchg | $ | 2.00 |
| Hurricane Deductible | FE-5703.3 | | | |
| Policy Endorsement | FE-5320 | Total Amount | $ | 1,924.82 |
| Fungus (Including Mold) Excl | FE-5453 | Discounts Applied: | | |
| Motor Vehicle Endorsement | FE-5396 | Continued on Reverse | | |
| Back-Up of Sewer or Drain | FE-5702.1 | | | |
| Amendatory Collapse | FE-5714 | | | |

For questions, problems, or to obtain information about coverage call:  239-574-5888

**Other limits and exclusions may apply - refer to your policy**

Your policy consists of this page, any endorsements and the policy form. Please keep these together.

FP-7002.5D                     Continued on Reverse

DOUG ZELL
239-574-5888

**CONTINUED FROM FRONT SIDE**

**Forms, Options, & Endorsements**
Jewelry and Furs $1,500 Each        Option JF
   Article/$2,500 Aggregate
Increase Dwlg Up to $  44,651       Option ID
Ordinance/Law  25%/$  55,813       Option OL

Discounts Applied:
   Home Alert
   Home/Auto
   Utility Rating Cr
   Claim Free
   Bldg Code
   Wind Resist Const

**Hurricane Deductible Notice:**
Hurricane Deductibles may be per calendar year. There is also a possibility that the deductible applied at the time of hurricane loss may be different than the amount shown.  Refer to the applicable hurricane deductible and/or hurricane coverage endorsement attached to this policy.  Please contact your State Farm agent if you have any questions.

NicholsJ00006



# MORGAN & MORGAN®

A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO FT. MYERS

ATTORNEYS AT LAW

KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
JENNIFER M. BERMEL°
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KABAH S. BURRELL *·***
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III †***
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL A. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ****
RAMEL L. COTTON
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ***
RYAN J. HAYES
DAVID G. HENRY
HERBERT H. HOFMANN II
WILLIAM R. HOWARD
KATHERINE V. KUNG****
ANTHONY M. LANNACIO
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
DANIEL J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
RYAN C. KUHL
GRANT A. KUHN
ARMANDO T. LAURITANO
CLINT AL LAVENDER
CARLOS V. LEACH
JASON R. LEONARD°'
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BRIAN K. McCLAIN
W. CHARLES MELTMAR I ***
J. ANDREW MEYER
MICHAEL D. MINER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITHIK †
DAVID B. MOFFETT †
HECTOR A. MORE'
C. FINN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIVA Q. MORGAN
DAVID H. MOSKOWITZ ****
HENRY P. MOWRY
OMAR L. NELSON ****
DANIEL J. NEWLIN &
CHRISTOPHER H. HEYLAND****
KEENAN R.E. KNOX *****
RONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
RONSON J. PETREE
FRANK W. PIAZZA
E. NANNETTE PICCOLO
GREGORY D. PRYSOCK †
MICHAEL T. REESE
GARRY J. RHODEN *
DAVID I. RICKEY *
DARRIN E. ROUSON
CAROLYN M. SALZMANN
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHWITT
F. CHRIS SCHROEDER
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
CHRISTOPHER M. SIMON****
MICHAEL J. SMITH
DAVID A. SPAIN
DEBORE M. STEPHENS-JOHNSON***
CRAIG R. STEVENS †
L. CHRIS STEWART *****
MICHAEL R. SUTTON †
HARFAN E. UDELL
SCOTT J. URICCHIO
BASILE O VLOVRA °
BRIAN C. VIGNESS †
IVAN D. VINCIGUERRA
SCOTT WM. WEINSTEIN
SCOTT W. WHITLEY †

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9th FAX: (407) 841-9500
10th FAX: (407) 425-9858
4th FAX: (407) 420-5996

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 358-2334

SUITE 4200
191 PEACHTREE STREET NE
ATLANTA, GA 30303
(404) 965-8811
FAX: (404) 965-8812

SUITE 3
6824 GRIFFIN ROAD
DAVIE, FL 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3389

198 BROADWAY AVE.
KISSIMMEE, FL 34741
(407) 452-6990
FAX: (407) 452-6989

SUITE 150J
695 CENTRAL AVENUE
ST. PETERSBURG, FL 33701
(727) 490-2001
FAX: (727) 490-2015

14229 US 441
TAVARES, FL 32778-2093
(352) 253-2700
FAX: (352) 253-2701

SUITE 2000
ONE COMMERCE SQUARE
MEMPHIS, TN 38103
(901) 333-1827
FAX: (901) 333-1884

www.forthepeople.com

OF COUNSEL
HORACE R. BRADNAX
RICHARD J. CERVELLI
MICHAEL K. HOUTZ
J. MICHAEL PARANTONIO
CLAY M. TOWNSEND

† BOARD CERTIFIED
CIVIL TRIAL LAWYER
BOARD CERTIFIED
WORKERS' COMPENSATION
LAWYER
° LICENSED IN ARIZONA ONLY
* LICENSED IN WASHINGTON, D.C. ONLY
' ALSO IN GEORGIA ONLY
^ ALSO IN MISSISSIPPI ONLY
*** ALSO IN NEW YORK
‡ ALSO IN GEORGIA
& ALSO IN ILLINOIS
** ALSO IN KY, FL, MS, TN
• LICENSED IN AL, MS, TN

October 14, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

(1055914)
R. Fry Builders, Inc.
923 Del Prado Blvd. #203
Cape Coral, FL 33990

Re:   **Florida Statutes 558.004 and 627.4137**
      **NOTICE AND OPPORTUNITY TO REPAIR**
      **NOTICE OF REQUEST OF INSURANCE POLICIES**
      **Our Clients:   James and Kathleen Nichols**

Dear R. Fry Builders, Inc.:

We have been retained by James and Kathleen Nichols with respect to the defective drywall that was used in the construction of their home located at 1217 NE 7th Place Cape Coral , FL 33909.  This Notice is sent to you pursuant to Florida Statute Section 558.004, a copy of which is enclosed for your reference, and informs you of our intent to file a lawsuit 60 days after the date of this Notice for construction defects against R. Fry Builders, Inc. on James and Kathleen Nichols's behalf.

The defective drywall in the home contains substances which render the drywall unfit for the purposes intended.  The defective drywall is damaging other parts of the home, as well as rendering the home unfit to live in.

We assert that the defects are the result of the installation of materials which require all of the drywall to be removed and replaced, as well as removal and replacement of all other components of the home which have been affected by the drywall.

Please be aware that you have certain obligations under the notice provisions of Section 558.004 which include performing a reasonable inspection and advising as to how you are going to correct the situation, if at all.

Further, pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim:

Nichols100007

Chinese Drywall
October 14, 2009
Page 2

1. Name of the insurer(s);
2. Name of each insured;
3. Certified copy of limits of liability coverage:
   a. personal injury,
   b. property damage,
   c. medical expenses,
   d. personal injury protection,
   e. uninsured motorist and any other coverage
4. A statement of any policy or coverage defense which your company reasonably believes is available; and
5. Certified copy of any and all policies.

This information should include all periods of time from the commencement of construction to the present.

The requested information must be provided within thirty (30) days from the date of this letter and must include a statement under oath by a corporate officer.

Very truly yours,

Scott Wm Weinstein

SWW/ah
Enclosure: copy of Florida Statute § 558.004
cc: James and Kathleen Nichols

NicholsJ00008



The Fawn I

| AREA | SQ. FT. |
|------|---------|
| LIVING | 1759 |
| LANAI | 414 |
| GARAGE | 476 |
| ENTRY | 56 |
| TOTAL | 2705 |

NicholsJ00009

R. FRY BUILDERS

## Fawn I

## SPECIFICATIONS

### STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS

3 Bedroom 2 baths
CBS with stucco finish
2-Course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1 year subterranean termite warranty
4" reinforced concrete foundation w/ vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/ hurricane straps
5/12 Roof Pitch
Plywood sheathing or equivalent of roof
Steel reinforced concrete tie beam 8 x 16
Pre-cast concrete windowsills
Ventilated aluminum soffit and fascia
Dimensional roof shingles with Thirty (30) year limited
    warranty
White aluminum framed windows with screens
Cultured Marble windowsills
R-30 Insulation in ceilings
4.2 fi-foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
Textured drywall on interior walls
Pex-pipe water lines

### ELECTRICAL FEATURES

Pre-wire for garage door opener
200 amp electrical service
Washer & Dryer outlets
Pre-wire for 2 phone & 2 TV outlets per blueprint
Pre-wire for 4 ceiling fans per blueprint
Recess accent lighting
2 smoke detectors
Door chimes
Lighting allowance $400.00

### KITCHEN FEATURES:

Raised Panel Cabinet doors
Mica countertops
Stainless steel sink
Icemaker line
Moen Faucet

### APPLIANCE PACKAGE INCLUDES

Allowance $ 1,800.00
Dishwasher- built in
Range with self cleaning oven
Refrigerator 18 cu. ft.
Range Hood

### BATHROOM FEATURES

Raised Panel Vanity Doors & Cultured Marble tops
1 gal. Water closets (elongated)
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet area $ 1,500.00 Allowance
Moen single lever faucets

### OTHER ITEMS INCLUDED:

Carpet & Vinyl in Kitchen, Baths, Entry and Utility room
    $ 3,000.00 Allowance
Ventilated closet shelving
Trussed patio roof
40-gallon energy efficient water heater
Choice of exterior & interior paint colors – standard
Overhead steel garage door
Steel solid panel double entry door
Bahia Sod & landscape per City Code
Custom raised panel bi-fold doors
Colonial base molding
Colonial door casing
Laundry Tub
Pull down stairway to access attic
Cathedral ceiling where noted
Panel Shutters per code
Permit fees
Impact fees as of contract date
Builders Risk Insurance

\*\* Culvert determined by City of Cape Coral at time of
driveway stakeout (cost of culvert not included in contract)

NOTE: There will be a $200.00 change order charge,
per change, for any change requiring a modification
to the plans once the full set of plans has been
completed. This charge is payable at the time change
is made.

NicholsJ00010



4535 SE 16ᵗʰ Place #3
Cape Coral, FL  33904
Phone: (239) 542-8200
Fax: (239) 542-9205

Sea Side Pool & Spa, Inc.

# AGREEMENT CONDITIONS

## CONTRACTOR'S LIMITED WARRANTIES:

a) Contractor warrants the structure of the pool shell for a lifetime to the original owner of the home at the time of contract.  If the pool/home is built as a spec home, the buyer of the spec home will receive said warranty.
b) Warranty is NOT transferable to anyone other than the original Purchaser (unless home/pool is built as a spec home).
c) Contractor warrants equipment tile, plumbing, leaks, pool decks (except crazing), interior finish, and other related improvements for the period of one (1) year from the date the customer closes on the home.  The manufacturer of stone products may provide additional warranties.
d) Warranties on screen enclosures and fences are by screen enclosure or fence enclosure contractors, not by Sea Side Pool & Spa, Inc.
e) Concrete deck cracking is a normal occurrence and is NOT warranted (even if cracks begin to occur prior to closing on home).
f) No warranty is given until all payments are received in full.  All equipment remains the property of the Contractor until payment is received in full.
g) No representations are made or warranty given concerning discoloration, staining, or crazing of interior pool finish.  Shade variations are inherent in this material.  Contractor shall not be responsible for pattern and color imperfections or discoloration in the tile.
h) Contractor is NOT responsible for water spots upon initial filling of pool or any other contaminates which may cause staining or discoloration.
i) Contractor is NOT responsible for deck elevations and surfaces such as existing concrete slabs or land not installed by Contractor for application of textured surfaces, correcting elevations and drainage problems.
j) The remedy for all warranties or guarantees stated in this contract is limited to repair or replacement only.  Contractor makes no other warranties or guarantees, expressed or implied, other than as stated in this contract, its terms and conditions.

## PURCHASER'S RESPONSIBILITY AS TO POOL SITE:

a) Purchaser is responsible for site preparation, including removal of trees and vegetation, diversion or sealing off water seepage, removal of pipe lines, rock or other underground obstructions or changes affecting construction of the pool.  If the Contractor is to perform such work, it shall be for the account of the Purchaser at the actual additional expense to the Purchaser.  The actual expense shall be determined by the Contractor for such work and is due immediately upon notification of work completed by the Contractor.  All expenses will be communicated to Purchaser prior to the work being performed.
b) The Purchaser shall supply and grant the Contractor the use of water and electric power and right to store material during construction.

## CONTRACTOR'S DISCLAIMERS:

a) CHANGES – Changes in design and materials AFTER execution of this contract are required to be in writing and to be approved by an officer of the Contractor.  Any changes in design or materials AFTER execution of this contract will be subject to an additional charge of $250.00 per change, plus the cost of the change.  Any changes are in addition to this agreement and must be signed by both the Contractor and Purchaser.  Payment for such changes is due upon signing of Change Order.  Contractor must not be held liable for any pool design, nor installation of any product that is NOT included on this Construction Agreement or an addendum that has been authorized by an officer of the Contractor.
b) EXCAVATION – The contract price is based on the Purchaser's representation that the pool area contains no rock or coral formations, tree stumps, boulders, septic tanks, gas lines, water lines, electric or phone cables, a high water table or of any such conditions incapable of supporting the pool related structures or any other underground conditions that will interfere with the normal excavation, construction or completion of the work.  Rock excavation will be subject to an additional charge for excavation, hauling, and bringing in new fill if needed.  A high water table when digging will be subject to extra pump and dewatering charges.
c) RETAINING WALL/ADDITIONAL FILL – It is not always possible to tell if a retaining wall or additional fill will be needed at execution of this contract.  If it is determined that a retaining wall is necessary to complete construction, this will be at an additional cost and will be determined by both the height and length of retaining wall.  County and City code requires that the height on the retaining wall be no more than 30" or a barrier will have to be installed (such as screen pickets or a plaster construction) that must comply with the City or County requirements, which will be at an additional expense).  Unless otherwise noted in the contract, any steps or railings that are required or requested by screen doors or leading off of pool decks are at an additional cost to the Purchaser.  If additional fill is needed, it will be at an additional cost.
d) DIMENSIONS – A 6" tolerance in any direction is considered acceptable when laying out concrete pool shells and decks.  Freeform pools are subject to an 8" tolerance in any direction.  It is necessary to make reasonable adjustments to accommodate property setbacks, house footers, doors, windows, or other conditions that will affect the pool area, then the Purchaser agrees to let the Contractor do so.
e) TERMS OF PAYMENT – Purchaser(s) agree to terms of payment listed below and is responsible for abiding to the terms.  An Officer or Manager of Sea Side Pool & Spa, Inc. must authorize any variation from these terms in writing.
f) SB86 – Purchaser agrees to comply with the requirements of the State of Florida "Preston de Ibern/McKenzie Residential Swimming Pool Safety Act.  Attached is a copy of this safety act.  In order for the Contractor to receive final inspection on the pool, the safety barrier device that is selected by the Purchaser must be installed and working in order to comply with the SB86 code.  Upon final inspection, the Contractor is released from any and all liability of any safety barrier product installed.
g) OTHER – Contractor shall pay all sales taxes on materials and shall carry public liability and property damage insurance.  Contractor agrees to complete all construction in substantial conformance with the specifications set forth herein, with all labor and materials to meet or exceed code.  Purchaser agrees that an inspection approval by a city or county building inspector of a phase of construction shall be deemed completion in a satisfactory manner.

## ARBITRATION:

Purchaser agrees to binding arbitration as their exclusive means of resolving a dispute in accordance with the Arbitration Rules of the American Arbitration Association for the Construction Industry then obtaining.  Notice of demand for arbitration shall be filed with the contractor and the American Arbitration Association within a reasonable time after the dispute has arisen.

## TERMS OF PAYMENT:

Payment Will Come From Purchaser's Home Builder Named As: R Fry Homes

Total Contract Price (see attached pool proposal) = $ _43,323-00_

Deposit Upon Execution of Contract = ZERO

First Draw =   33   % at Shell     = $ _14,441.00_
Second Draw =   33   % at Deck     = $ _14,441.00_
Third Draw =   33   % at Plaster   = $ _14,441.00_

I/We, have read, understand, agree to the conditions printed or written on both pages of this contract and no verbal agreements constitute a part of it.  This contract is not valid unless approved by the management of Sea Side Pool & Spa, Inc.

PURCHASER: _____     DATE: _____

PURCHASER: _____     DATE: _____

SEA SIDE POOL & SPA, INC: _Pat Bosh_     DATE: _5-17-06_

NicholsJ00011

# Nichols Proposal

Sea Side Pool & Spa
4525 SE 16th Place # 3
Cape Coral, Florida 33904

Phone: 239-542-9200
Fax:   239-542-9203

OLD

## Prepared for:  Jim Nichols

| | |
|---|---|
| Pool | 14' x 37' |
| Depth | 3' to 3'6" |
| Perimeter | 102' |
| Square Ft | 518 |
| Pump | Hayward or Pentair 1.5hp. |
| Filter | Hayward or Pentair 100 sq. ft. |
| Pool light | 100 watt white |
| Skimmer | one |
| Dual vortex drains | yes |
| 6" bond beam | yes |
| 2" schedule 40 PVC plumbing | yes |
| Steel reinforced Gunite | yes |
| Returns | Three |
| Vacuum Line | yes |
| Coping | Brick |
| 6" water line tile | yes |
| Cap tile | yes |
| Interior finish | Quartz |
| Steps | Three per drawing |
| Swim Out | yes |
| Shallow end bench | no |
| Second set of steps | no |
| Inline Chlorinator | yes |
| Automatic time clock | Yes |
| Handrail | yes |
| Deck | Acrylic |
| Length | 20' X 46'4" |
| Footers | yes |
| Planters | no |
| Deco drain | yes 47' |
| Pool Cleaner | no |
| Tree removal | no |
| Spa | no |
| Spa jets | no |
| Spa raised | no |
| Glass block two rows | no |

# Nichols Proposal

Granite spillway................................................................no
Marble spillway.................................................................no
Auto water fill...................................................................no
Overflow..........................................................................yes
Tile rear of Spa................................................................no
Water Feature...................................................................no
Spa Blower.......................................................................no
Spa Light ........................................................................no
Spa control.......................................................................no
Electric ...........................................................................By Builder
Spa drain.........................................................................no
Deck raised around spa.....................................................no
1 steps to spa raised........................................................no
Screen Enclosure.............................................................yes
Super gutter.....................................................................yes
Screen doors....................................................................yes
Pan Roof Elite..................................................................no
Alarm System...................................................................no
Shuttle Dig.......................................................................no
Baby Barrier.....................................................................yes
Pool blanket w reel...........................................................yes
Privacy Wall.....................................................................no
Therapy Jets in pool..........................................................no
Vanishing Edge.................................................................no
Heat Pump Gulf Stream Pool & Spa.....................................yes 113,000 Btu.
Up to three course retaining wall..........................................no

**Proposal Grand Total**................................................$ 40,733.00
( proposal dated 08/26/2005 valid for 30 calendar days)

_Pat Bush_
Sea Side Pool & Spa, Inc. Representative

_[signature]_
Fry Builders Representative

9/26/05
Date

9/26/05
Date

NicholsJ00013

# Nichols Proposal

## Options To Consider

Aqua Rite Salt System.....................................................$1,620.00
Sam Multi Color Light.......................................................$ 570.00
In floor cleaning system.................................................$ 3,250.00
Pebble Tec....................................................................$3,750.00

## Miscellaneous Specifications:

Complete pool balance; including startup and orientation
Sales tax on materials
Sea Side Pool shall carry liability, workers compensation and property damage
insurance.
Pool maintenance kit including brush leaf skimmer pole, and vac and test kit.

## Considerations Not Included:

Rock excavation if needed.
Clean fill, if needed
Extra gravel or pumps if needed for high water table. up to 6 yards of gravel
allowed.
Retaining wall unless specified.

Nichols100014

# R. FRY BUILDERS, INC.
CBC 02313

1508 S.E. 12th Terr.
CAPE CORAL, FLORIDA  33990

Telephone (239) 772-2666
Fax:(239)772-2613

## SUB-LIST FOR WARRANTY
### Nichols Home

| | |
|---|---|
| Advantage Pest Related Services | 437-2300 |
| Alufab Shutters | 334-2040 |
| American Plumbing, Inc. | 694-8711 |
| Bali Hai Roofing | 772-2838 |
| Canac Kitchens of S.W. Florida | 458-1500 |
| DePonto Painting Inc. | 772-5645 |
| DeConte Electric | 549-3004 |
| Blalock's Heating & Cooling, Inc. | 574-4421 |
| D & D Garage Doors | 540-6888 |
| Carpet Concepts (Flooring) | 574-5099 |
| Flesher Windows | 674-1080 |
| Gator Glass (mirrors and showers) | 458-8110 |
| H20 Systems Inc (Well and Irrigation) | 574-6611 |
| Hone Septic & Grading | 283-5454 |
| Master Plaster (Stucco) | 693-7271 |
| Meiser Concrete Systems | 574-7054 |
| Morrow Soffit & Fascia and Gutters | 772-4914 |
| Quality Cultured Marble | 936-6911 |
| RJL Drywall | 772-2006 |
| Seaside Pool and Spa | 542-9200 |
| Southwest  Insulation | 340-8851 |
| Yates Sod and Landscaping | 573-6682 |

923 Del  Prado Blvd. Suite,203
Cape Coral, Fl  33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 1st  day of September, 2005  by and between R. FRY BUILDERS, INC.,  Builder, and James and Kathy Nichols ,purchaser, presently residing at _____
Telephone: Kathy work # 997-4607  Cell# Kathy:938-4379  Fax #
E-Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does said agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   **Fawn Model**

Address:  1217 NE. 7th Place, Cape Coral, Florida 33909
Block 2099 Lot 46 & 47 Unit 34  Pb. 16  Pg. 74-86 Lee County
Strap # 01-44-23-c2-02099.0460

| | |
|---|---|
| TOTAL PRICE OF HOME | $ 179,930.00 |
| LESS DEPOSIT | ($     2,500.00 ) |
| TOTAL | $ 177,430.00 |
| LESS 10% DUE | ($    17,743.00) |
| TOTAL TO BE DISPERSED | $ 159,687.00 |

Purchaser agrees to pay the Builder, the sum of $  179,930.00
( One hundred eighty one  thousand,  one hundred thirty  and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from  Cape Coral Building  Dept. This contract is also subject to the granting of a Loan by_____.  IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent  (10%) due at Bank Closing not to be deducted from first draw: $ 17,743.00
2. Proceeds of the above loan in the amount of $ 159,687.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                                    ACCEPTANCE BY BUILDER:

_____                     _____ 9/6/'05
                        Date                  R. Fry Builders, Inc.        Date

_____ 9/6/05
                        Date

*Quality Craftsmanship in Southwest Florida since 1981*

NicholsJ00016

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## Fawn I Specifications

The contract made and entered into by R. Fry Builders, Inc., hereby called the Builder, **Jim and Kathy Nichols** hereby called the Buyer, does agree that the Builder will supply all labor and materials for the construction of a single family residence per blueprints provided and accepted.

### STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS

3 bedroom 2 baths
CBS with stucco finish
All Grading, Fill & Clearing - ALLOWANCE   $ 15,000.00
2-course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1- year subterranean termite warranty
4" reinforced concrete foundation w/vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Steel reinforced concrete tie beam 8 x 16
Pre-cast concrete windowsills
Ventilated aluminum soffit and fascia
Dimensional shingles-choice of colors
         Thirty (30) year limited warranty on shingles
White aluminum framed windows w/screens
Cultured Marble windowsills
R-30 insulation in ceilings
4.2 Ft Foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
         Humidistat
Textured drywall on interior walls
Pex-Pipe water lines

### ELECTRICAL FEATURES:

Garage door opener with 2 remotes
200 amp electrical service
Washer & dryer outlets
Pre-wire for phone & TV outlets - per blueprint – 3 additional outlets included per customer request
Pre-wire for ceiling fans - per blueprint
2 smoke detectors
Door chimes
Lighting  ALLOWANCE  $1,000.00

### KITCHEN FEATURES:

Raised panel kitchen cabinet doors and vanities
Mica countertop with double bowl stainless steel sink – 10" Deep
Icemaker line
Appliances -   ALLOWANCE  $2,300.00
         Dishwasher - built in
         Smooth top Range - w/self-cleaning oven
         Refrigerator 23 cu ft.
         Microwave over range

*Quality Craftsmanship in Southwest Florida since 1981*

September 6, 2005
Page 2

**BATHROOM FEATURES:**
Raised Panel Foil Wrap Vanities & cultured marble tops
1 gal water closets (elongated)
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet area (white or almond) Allowance $ 1,500.00
Moen single lever faucets

**OTHER ITEMS INCLUDED:**
Carpeting and tile  **ALLOWANCE  $3,000.00** Labor and material
Ventilated closet shelving
Trussed patio w/screen enclosure
40 gal. energy efficient water heater
Choice of exterior paint color: one color for house , one color for banding
Choice of interior color ; one color overall
Overhead steel garage door
Steel Solid Panel Double Entry Door
Floritam Sod & landscaping for std. 80' x 125' lot
Irrigation System for std. 80' x 125' lot
Colonial raised panel bi-fold doors
Colonial base molding
Colonial door casing
Pull down stairway to access attic
Cathedral ceiling where noted
Tray ceiling in Master Suite Bedroom
Permit fees
Impact Fees As of Contract Date –to include increased Road Impact Fee as of Sept. 1, 2005
Well and Septic Equipment and Installation
Builders Risk Insurance

**Culvert determined by building inspector at time of driveway stakeout (cost of culvert not included in contract)

Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed. This charge is payable at the time change is made.

TOTAL COST  $  179,930.00

_____  Date          _____  9/6/05
                                                    R. Ezy Builders Inc.          Date

_____  9/6/05
                              Date

NicholsJ00018

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within twelve (12) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans; drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

NicholsJ00019

8. Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours. Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 60 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

NicholsJ00020

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):

BUILDER:

Date: 9/6/05

NicholsJ00021

## Corporate Warranty Deed

INSTR # 6923022
OR BK 04825 Pg 3086; (1pg)
RECORDED 08/02/2005 01:57:47 PM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
RECORDING FEE 10.00
DEED DOC 511.30
DEPUTY CLERK N Killeen

This Indenture, made this 27 day of June , 2005, A.D.
Between
SUNBLET SALES & DEVELOPMENT CORP, a corporation existing
under the laws of the State of New York,

whose post office address is: P. O. BOX 1664, YONKERS, NY 10704,
Grantor, and

JAMES NICHOLS and KATHLEEN NICHOLS, Husband and Wife, whose post office address
is: 602 EVERGREEN TRAIL, PORTAGE, WI 53901, Grantee,

Witnesseth, that the said Grantor, for and in consideration of the sum of Ten and No/100 Dollars ($10.00), to it
in hand paid by the said Grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the
said Grantee forever, the following described land, situate, lying and being in the County of Lee, State of Florida, to
wit:

Lot(s) 46 & 47, Block 2099, Unit 34, CAPE CORAL SUBDIVISION, according to the plat thereof, as
recorded in Plat Book 16, Page(s) 74 to 86, inclusive, in the Public Records of Lee County, Florida.

Subject To taxes for the calendar year 2005, covenants, restrictions and easements of record, if any.
Parcel Identification Number: 01-44-23-C2-02099.0460,

Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise
appertaining.
To Have and to Hold, the same in fee simple forever.
And, the said Grantor does hereby fully warrant the title to said land, and will defend the same against the
lawful claims of all persons whomsoever.
In Witness Whereof, the said Grantor has caused this instrument to be executed in its name by its duly
authorized officer and caused its corporate seal to be affixed the day and year first above written.

Signed and Sealed in Our Presence:
TWO Separate Witnesses Required

SUNBLET SALES & DEVELOPMENT CORP

Witness
Printed Name: Ivone IVL Rodue

By:
JUAN CARLOS GARCIA
Jr. PRESIDENT

Witness
Printed Name: Obed Color

(Corporate Seal)

State of New York
County of NASSAU

The foregoing instrument was acknowledged before me this 27th day of June , 2005,
by JUAN CARLOS GARCIA, PRESIDENT of SUNBLET SALES & DEVELOPMENT CORP, a New York
Corporation, on behalf of the corporation. He/She is personally known to me or has produced a
Drivers Licen as identification.

(Affix Stamp/Seal)

Notary Public Signature
Notary
Printed Name:
My Commission Expires:

Prepared by:
Stephen D. Merkle, an employee of
CAPE CORAL TITLE INSURANCE AGENCY, INC.,
1307 Cape Coral Parkway East
Cape Coral, Florida 33904
File Number: 45691

SOPHIA MARY SHAPIRO
Notary Public, State of New York
No. 02SH6122174
Qualified in Nassau County
Commission Expires February 7, 20___

Client's Choice Corporate Warranty Deed

Nichols100022

# EXHIBIT F

# C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ------
## P E R M A N E N T

### ISSUE DATE:          1/30/07

LOCATION: 1217 NE 7TH PL

STRAP #: 01-44-23-C2-02099-0460              PERMIT #: 05-00039781

OWNER INFORMATION:                   OCCUPANCY TYPE   :   RESIDENTIAL 1 & 2 FA
    NICHOLS JAMES + KATHLEEN
    2625 SW 1ST PL                   CONST. TYPE      :   TYPE VI UNSPRK/UNPRO
    CAPE CORAL, FL 33914
                                     ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:              ALLOWABLE FLOOR LOAD :
    FRY RANDY A
    R FRY BUILDERS INC              GAC UNIT          :   34-0
    923 DEL PRADO BL SOUTH #203
    CAPE CORAL, FL 33990-3628       PLAT BOOK PAGE# :   10
    (941)772-2666                   # OF PLATTED LOTS:          2.0000
    COMPETENCY #:                   ZONING            :   RD
    REG OR STATE LIC: CBC023132
                                     TYPE OF WORK     :   NEW CONSTRUCTION

                                     NUMBER OF STORIES :          1.00

                                     FLOOD ELEVATION   :

                                     FLOOD CODE        :          C

                                     NUMBER OF BEDROOMS :         3.00

                                     NUMBER OF BATHROOMS :        2.00

                                     TOTAL DWELLING UNITS :       1.00

                                     TOTAL BLDG SIZE   :       2704.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.   THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE  1/30/07          _____
                DEPT. OF COMMUNITY DEVELOPMENT

      VOID UNLESS SIGNED BY BUILDING OFFICIAL

# EXHIBIT G

# R. Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this ___22nd___ day of ___May_____, ___2005___, by and between R. FRY BUILDERS, INC., Builder, and _____Gerald Sides_____, purchaser, presently residing at 4807 Buchanan Drive, Fort Pierce, FL 34982
Telephone: Home # ___772-467-0931___ Cell # ___772-467-0931___                              Fax #
E-Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   Dove Model

Address:   334 NW 17TH TER CAPE CORAL FL 33993
           Block ___2710B___ Lot 35-36 Unit 39   Plt. 16 Pg. 144
           Strap # ` 35-43-23-C3-02710.B350

|  |  |
|---|---|
| TOTAL PRICE OF HOME | $215,000.00 |
| LESS DEPOSIT | ($  2,000.00) |
| TOTAL | $213,000.00 |
| LESS 10% DUE | ($ 21,300.00) |
| TOTAL | $191,700.00 |
| POOL PACKAGE | $  26,000.00 |
| TOTAL TO BE DISBURSED | $218,700.00 |

Purchaser agrees to pay the Builder, the sum of $ 243,000.00
(Two hundred twenty nine thousand, two hundred and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from _Cape Coral Building Dept._ This contract is also subject to the granting of a Loan by Watermark Lending /
IF SAID LOAN is not approved the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 21,300.00
2. Proceeds of the above loan in the amount of $ 218,700.00
3. $ 7,000.00 Closing Costs to be dispersed at Bank Closing
4. Commissions payable to Watermark Real Estate (Stefan Dominquy) $ 5,520.00 at Bank Closing
5. Pool draws to be paid separate from construction draws $ 26,000.00 Allowance

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                          ACCEPTANCE BY BUILDER:

_Gerald Sides_ * 7/6/05          _____  8/3/05
                      Date        R. Fry Builders, Inc.      Date


                                  Date

# R Fry Builders, Inc.

## Draw Specifications

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor
and materials for the construction of a single family residence for   Gerald Eides per blueprints
provided and accepted.

### STRUCTURAL & CONSTRUCTION
### FEATURES & MATERIALS

4 bedroom 3 baths
CBS with stucco finish
All Grading, Fill & Clearing - ALLOWANCE   $10,000.00
2-course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" steel reinforced concrete foundation w/vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Plywood Sheathing or equivalent on roof
Steel reinforced concrete tie beam
Pre-cast concrete windowsills
Exterior Paint- choice of one color for house and one color for banding
Interior Paint – Choice of Colors
Inside garage walls finished and painted
Ventilated aluminum soffit and fascia
Dimensional, fungus resistant fiberglass asphalt roof shingles
         Thirty (30) year guarantee -choice of colors
White aluminum framed windows w/screens
Cultured Marble windowsills
R-30 insulation in ceilings
6.1 Ft Foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
Textured drywall on interior walls
Pex-Pipe water lines

### ELECTRICAL FEATURES:

Garage door opener with 2 remotes
200 amp electrical service
Washer & dryer outlets
Pre-wire for 3 phone & 3 TV outlets
Pre-wire for ceiling fans - per blueprint
2 smoke detectors
Door chimes
Wire for Jacuzzi with jets
Lighting Allowance $ 1,500.00

### KITCHEN FEATURES:

Raised Panel Mica Cabinet Doors – Wood Grain Color
Granite countertops With Stainless Steel undermount sink
Icemaker line
Appliance Package Includes  $ 3,500.00 Allowance
         Micro over range
         Smooth top range
         23 cf. s/s refrigerator
         Dishwasher - 5 speed

*Quality Craftsmanship in Southwest Florida since 1981*

Page 2 of 2

**BATHROOM FEATURES:**

Raised Panel Mica vanity doors & cultured marble tops
1 gal water closets elongated
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Jacuzzi tub with jets
Ceramic wall tile in wet area (white or almond) Allowance $2,000.00
Moen single lever faucets

**OTHER ITEMS INCLUDED:**

Carpet & Tile in Kitchen, Baths, Entry and Utility Room Allowance $5,500.00
Ventilated closet shelving
Trussed patio roof w/stucco access rear
40-gallon energy efficient water heater
Overhead steel garage door with openers
All exterior doors metal
Floridian Sod & Landscaping per City Code
Irrigation System
Custom raised panel bi-fold doors
Colonial base molding
Colonial door casing
Pull down stairway in access attic
Panel shutters -- as required per code
Cathedral ceiling where noted
Permit fees
Builders Risk Insurance
Impact fees as of contract signing -- to include Utility Impact fee
Well and Septic Equipment
Interest Payments included up to $7500
Pool Package: Spraycrete deck, 28' x 14' pool. Allowance $ 28,000.00
    ( Allowance does not include Retaining wall , Spa or Heater unless specified in separate
    Pool Contract)


**Culvert determined by City of Cape Coral at time of driveway stakeout (cost of culvert
not included in contract)


Note: There will be a $260.00 change order charge, per change, for any change requiring a
modification to the plans once the full set of plans has been completed.  This charge is
payable at the time change is made)


Total Contract Amount: $ 245,000.00

Date

& Fry Builders Inc.         Date

8-3-05

Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in compliance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of two from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that prior to closing Owner will be occupy the premises upon actual closing and settlement of all amounts due to the Builder.

4. Construction is to be completed within nine (9) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five (5) working days per calendar week, unless delayed by strike, building materials shortage, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. Owner shall not then unreasonably delay the closing because of minor work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be completed and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those in specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. This contract price in this agreement is based upon a readily accessible, clear, level, developed lot, near service for public utilities, free of bushes and trees, at a sufficiently high elevation to permit a normal free block foundation. Owner authorizes and agrees to pay charges for any clearing, fill or extensive foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual soil conditions and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, or provide proper grade or any expenses caused by rock or other adverse sub-soil conditions will be borne by Owner.

8. Builder's inspection prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing that, access to Builder's visits to the property to those other than scheduled working hours, Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependent, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damages or expenses arising from such personal injury or property damage, and Owner, for himself and his being hereby waives and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in this Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delay in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this closing must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract closing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract or Builder shall refund over estimate at closing by crediting any items sum utilized for allowances. Any excess prepared owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors and assigns of Owner and Builder.

12. Builder is not responsible for expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond its reasonable control. Weather, ready mix concrete, drying time, and curing time all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines, a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and trenching, an underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owner will not assign this contract, without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):                                  7/27/05                BUILDER:

_____            _____

_____            Date:  8/3/05

# EXHIBIT H

Prepared by:
Marianne Jackowski
SRS Title Services, Inc.
4834 Candia Street
Cape Coral, Florida 33904

File Number: 1080818

# Warranty Deed

**THIS INDENTURE**, made this September ✓ *11* , 2008 A.D. By

**Gerald W. Sides, a married person,**
whose address is: 4807 Buchanan Drive, Fort Pierce, FL 34982,
hereinafter called the grantor,
**to**
**David Williams and Cassidy Williams, husband and wife,**
whose post office address is: 334 NW 17th Terrace, Cape Coral, FL 33993
hereinafter called the grantee:

(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**Witnesseth**, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, viz:

**Lot 35 and 36, Block 2710B, UNIT 39, CAPE CORAL SUBDIVISION, according to the plat thereof, as recorded in Plat Book 16, Page 142, of the Public Records of Lee County, Florida.**

**\*\*The above described property is not now, nor is it contiguous thereto, the homestead of the grantor who resides in Fort Pierce, Florida.\*\***

Parcel ID Number: 35-43-23-C3-02710.B350

**Together** with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.

**To Have and to Hold**, the same in fee simple forever.

**And** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2007.

**In Witness Whereof**, the said grantor has signed and sealed these presents the day and year first above written.

*Signed, sealed and delivered in our presence:*
**(TWO DIFFERENT WITNESSES ARE REQUIRED)**

Witness #1
Signature ✓ _Jeffrey Diaz_

Printed Name ✓ _JEFFREY T. FORLACK_

Witness #2
Signature ✓ _Allison Odenthal_

Printed Name ✓ _Allison Odenthal_

_Gerald W. Sides_ _____ (Seal)
Gerald W. Sides
Address: 4807 Buchanan Drive, Fort Pierce, FL 34982

**(RELATIVES CANNOT WITNESS)**

State of Florida
County of ✓ _St. Lucie_

The foregoing instrument was acknowledged before me this ✓ *11* day of September, 2008, by Gerald W. Sides, a married person, who is/are personally known to me or who has produced ✓ _FL DL S320 279 53620_ as identification.

Signature ✓ _Gregg Newbold_

Print Name: ✓ _Gregg J. Newbold_
My Commission Expires: ✓ _11.20.09_

SEAL ✓

GREGG J. NEWBOLD
Notary Public - State of Florida
My Commission Expires Nov 20, 2009
Commission # DD 492667
Bonded By National Notary Assn.

DEED Individual Warranty Deed - Legal on Face
Closer's Choice

# EXHIBIT I

*Plaintiff Profile Form - Residential Properties*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
THIS DOCUMENT RELATES TO: ALL CASES

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

| For Internal Use Only |
|---|
| File Number |
| Date Received |

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within the Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

Name Property Owner: Williams, David & Cassidy
Address of Affected Property: 334 NW 17th Ter.
Cape Coral, FL 33993

Is this Property: [X] Residential [ ] Commercial [ ] Governmental
Name of Person Completing this Form: David Williams
Is above your primary residence? ⊙ Yes   No ○
Mailing Address (if different): _____

Phone: (239) 573 - 6473
* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.
Circle one: [X] Owner-Occupant [ ] Owner Only [ ] Renter-Occupant
Represented By: Webb & Scarmozzino, PA
Address: 2121 West First Street
2nd Floor
Fort Myers, FL 33901
Phone: (239) 334 - 1600
Case No. /Docket Info: 10-361

**Section II. Insurance Information**

Homeowner/ Renter Insurer: Edison Insurance Company
Policy #: 441954
Agent: Sun Insurance Services

Address: 7009 Dr. Phillips Blvd.
#110
Orlando, FL 32819

Phone: (407) 781 - 1600

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied Move-In | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal Injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or as Occupant or Renter Only |
|---|---|---|---|---|---|---|
| David Williams | 12 81/08 | / / | M / F (X) | 06 /21/75 | ⊙ Yes  No ○ | Owner-Occupant |
| Cassidy Williams | 12 81/08 | / / | M (X) / F | 04 /10/83 | ⊙ Yes  No ○ | Owner-Occupant |
| Chase Williams | 12 81/08 | / / | M / F (X) | 02 /01/08 | ⊙ Yes  No ○ | Occupant or Renter Only |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |
| | / / | / / | M / F | / / | ○ Yes  No ○ | |

* Personal injuries include claims for mental anguish and medical monitoring.

WilliamsD00001

.

# EXHIBIT J

02-07-'07 14:42  FROM-CITY OF CAPE CORAL       239-574-0590           T-118  P003/003 F-476

C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ------
P E R M A N E N T

ISSUE DATE:          2/07/07

LOCATION: 334 NW 17TH TER

STRAP #: 35-43-23-C3-02710-B350

OWNER INFORMATION:
    LUNA JAMIE P +
    8106 PRESTIGE COMMONS DR
    LOPEZ DIANA H/W
    TAMARAC, FL 33321-1302

CONTRACTOR INFORMATION:
    FRY RANDY A
    R FRY BUILDERS INC
    923 DEL PRADO BL SOUTH #203
    CAPE CORAL, FL 33990-3628
    (941)772-2666
    COMPETENCY #:
    REG OR STATE LIC: CBC023132

PERMIT #: 05-00031758

OCCUPANCY TYPE   :  RESIDENTIAL 1 & 2 FA

CONST. TYPE      :  TYPE VI UNSPRK/UNPRO

ALLOWABLE OCC CONTENT:

ALLOWABLE FLOOR LOAD :

GAC UNIT         :  39-0

PLAT BOOK PAGE# :  03
# OF PLATTED LOTS:                    2.0000
ZONING           :  RD

TYPE OF WORK     :  NEW CONSTRUCTION

NUMBER OF STORIES    :        1.00

FLOOD ELEVATION      :

FLOOD CODE           :                    C

NUMBER OF BEDROOMS   :        4.00

NUMBER OF BATHROOMS  :        3.00

TOTAL DWELLING UNITS :        1.00

TOTAL BLDG SIZE      :     2110.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.   THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE  2/7/07

DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL