EXHIBIT A

924 Del Prado Blvd., Suite 205
Cape Coral, Fl 33990
239-772-2466
239-772-2611 Fax

# R. Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 14th day of March, 2005 by and between R. FRY BUILDERS, INC., Builder, and Michael Hory and Sarah Cook ,purchaser, presently residing at 3325 S. Lockwood Ridge Rd., Sarasota, Fl. 34239
N. National Home # 941-926-0583  Cell# _____  Fax # _____
Email address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT.   Dove Model

Address:   1942 S.W. 31st  St., Cape Coral, Florida
Block #253 Lot 12 Unit 71  Plat 22 Pg. 69
Strap # 33-44-23-C3-04798.0010

|  |  |
|---|---|
| TOTAL PRICE OF HOME | $ 183,600.00 |
| LESS DEPOSIT | ($    1,500.00) |
| TOTAL | $ 182,100.00 |
| LESS 10% DUE | ($  18,210.00) |
| TOTAL | $ 163,890.00 |
| POOL COST | $  27,000.00 |
| TOTAL TO BE DISPERSED | $ 190,890.00 |

Purchaser agrees to pay the Builder, the sum of $ 210,600.00
(Two hundred ten thousand, six hundred and 00/00)

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from Cape Coral Building Dept. This contract is also subject to the granting of a Loan by First Horizon Bank. IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within a 3 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 18,210.00
2. Proceeds of the above loan in the amount of $ 190,890.00
3. Pool Draws to be separate from construction loan $ 27,000.00
4. Commissions payable to Gulf Coast Realty at closing $ 4,905.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                          ACCEPTANCE BY BUILDER:

_____            _____
            Date                    R. Fry Builders, Inc.      Date

_____
            Date

"Quality in Southwest Florida since 1987"

425 S.W. Pride Blvd. suite 203
Cape Coral, Fl 33991
239-772-2666 ph.
239-772-2615 fax

# R Fry Builders, Inc.

## Dove  Specifications

R Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for **Michael Kerry and Sarah Kerry**, if blueprints included and accepted

### STRUCTURAL & CONSTRUCTION
### FEATURES & MATERIALS
- Bedroom 3 baths
- Tile with stucco finish
- Fill Grading, Fill & Clearing - **ALLOWANCE  $2,500.00**
- Concrete seam wall
- Concrete footers reinforced with steel
- Bonded to dove soil treatment under slab
- 5 year subterranean termite warranty
- 4" reinforced concrete foundation w/vapor barrier
- Concrete Driveways and sidewalks per plot plan
- Exterior wall framing 16" on center (wood)
- Engineered roof trusses w/hurricane straps
- Plywood Sheathing or equivalent on roof
- Steel reinforced concrete tie beam
- 1 ton A/C concrete or equivalent
- Exterior Paint- choice of one color for house and one color for banding
- Interior Paint  Choice of Colors
- Interior garage walls finished and painted
- Ventilated aluminum soffit and fascia
- 25 years GAF Ridgeline reflector Fiberglass regular roof shingles
- In my shingle gutter (color- choice of colors)
- Screen all floor pressure treated wood nails w/ screens
- Custom Alcobar window sills
- 8' foot textured ceilings
- R-30 roof insulated on exterior block walls of living area
- R-11 Kraft faced batts installed on exterior frame walls
- Central heat & air conditioning
- Rain gutters
- Textured drywall on interior walls
- Pex-Pipe water lines

### ELECTRICAL FEATURES:
- Garage door opener with 2 remotes
- 200 amp electrical service
- Washer & dryer outlets
- Pre-wire for telephone & 3 TV outlets
- wiring as per blueprint
- Door bell chimes
- Decora switches
- Lighting **Allowance $ 1,000.00**

### KITCHEN FEATURES:
- Raised Panel Wood Cabinet Doors
- Granite countertops with stainless steel double bowl undermount sink
- or other line
- Appliance Package incl. fees  **$ 2,300.00 Allowance**

**BATHROOM FEATURES:**
Raised Panel Mica vanity doors & cultured marble tops
1 gal water closets - elongated
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet area (white or almond) Allowance $2,000.00
Moen single lever Faucets

**ITEMS INCLUDED:**
Carpet & Tile in Kitchen, Bath's, Entry and Utility Room Allowance $6,500.00
Ventilated closet shelving
Trussed gable roof w/screen across rear
40 gallon energy efficient water heater
Overhead steel garage door with 2 remotes
All exterior doors metal
**Florida** Sod & Landscaping per City Code
**Irrigation System**
Custom raised panel bi-fold doors
Colonial case molding
Colonial door casing
Pull down stairway to access attic
Panel shutters as required per code
Cathedral ceiling where noted
Humidistat
Family Safe
Builder's Risk Insurance
Impact fees as of Contract Date
Water and Septic hookup

Pool Package: Spraycrete deck 28' x 14' pool.   Allowance $27,000.00
(Allowance does not include Retaining wall , Spa, or Heater unless specified in separate Pool Contract)

**\*\*Culvert determined by City of Cape Coral at time of driveway stakeout (cost of culvert not included in contract)**

Note: There will be a $200.00 change order charge, per change, **for any change requiring a** modification to the plans once the full set of plans has been completed.  This charge is payable at the time change is made!

Total Contract Amount: $ 210,500.00

_____          _____
                    Date          R. Fry Builders Inc.          Date


_____
                    Date

## ADDENDUM TO CONTRACT

The following conditions that follow are an integral part of this agreement.

1. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

2. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

3. Construction is to be completed within twelve (12) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five (5) working days per calendar week, unless delayed by strike, building materials shortages, new, statutory requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy. Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

4. Changes in plans and specifications may be requested by Owner when practical and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed an additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

5. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

6. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal two block foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual soil or subsoil conditions and to provide test borings, if needed. Expense or removal of excess dirt or explosion, to provide proper grade or any expenses caused by rock or other adverse subsoil condition or soil be borne by Owner.

8.  Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours.  Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours.  Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors be solely through the Builder.  If Owner and/or Owner's dependents, guests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner for himself and his heirs, hereby waive and relinquish any and all claims arising from such personal injury or property damage sustained upon the property.

9.  Prices in this Contract is based upon present construction costs and are subject to change.  In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change.  Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment.  If said adjustment results in an increase of more than 10% of the contract total, Owner has the right to cancel the contract and receive the return of his deposit with out further liability.  Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner.  All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement.  All City and/or County Impact Fee increases will be passed onto buyer at time of enforcement.

10.  Improvement allowances are Builder's best estimates at the time of contract signing.  Actual the improvements may cost more or less.  Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances.  Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11.  This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12.  Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete.  The conditions are caused by the environment which is beyond a mason's control.  Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete.  Due to these conditions, the final concrete finish will not be covered under R. Jig Builders, Inc. warranty.

13.  The Builder will connect to public water and/or sewer lines a distance of 50 feet.  Cost of lines required over 50 feet will be borne by Owner.

14.  Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15.  If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder.  In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner.  If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):                                     BUILDER:

_____    ___                _____    ___    ___    ___

___    ___    _____    ___       Date: _____    ___    _____

# EXHIBIT B

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

For Internal Use Only

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Michael A. and Sarah E. Hary |
| Address of Affected Property | 1922 SW 30th Street |

City: Cape Coral   State: FL   Zip: 33914

Is this Property:* Residential ☐   Commercial ✓   Governmental ☐

Name of Person Completing this Form: Michael Hary

Is above your primary residence? Yes ✓ No ☐

Mailing Address (if different):

City:   State:   Zip:

Phone: 239-542-3983

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant ✓   Owner Only ☐   Renter-Occupant ☐

Represented By: Morgan & Morgan, PA

Address: 12800 University Drive, Suite 600

City: Ft. Myers   State: FL   Zip: 33907

Phone: 239-433-6880

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

Olympus Insurance Company

Policy #: 80058255

Agent: Allied Insurance Mgmt. Inc.

Address: 3705 Chiquita Blvd.

City: Cape Coral   State: FL   Zip: 33914

Phone: 239-541-3100

+ Attach Copy of Insurance Declaration Page

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Michael Anthony Hary | 2006 | | M ✓ F ☐ | 11-13-1948 | Yes ✓ No ☐ | Owner-Occupant |
| Sarah Ellen Cook Hary | 2006 | | M ☐ F ✓ | 09-07-1950 | Yes ✓ No ☐ | Owner-Occupant |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |

* Personal injuries include claims for mental anguish and medical monitoring.

HaryM0001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Erickson's Drying Systems

    1.2. When did the inspection take place?   `10-15-2009`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Shane Heidle

    2.2. When was this determination made?   `10-15-2009`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf; 06-03-03; 04.41 | Attic |
| | | |
| | | |
| | | |

1.0. Have you, or anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☐ No ☑

    1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

    1.2. When was notice sent?

    + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☑

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

    2.2. When was the request made?

    + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☑

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☑

        3.1.a. If "Yes" to Question 3.1. Section V. When was the offer made?

        3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☑

        3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☐

        3.2.b. Who paid or is paying for the repairs?

        3.2.c. What was/is the total cost?

        3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☐ No ☐

        3.2.e. Who possesses the samples?

**Section VI. Questions for Florida Residents Only***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☑ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?   R. Fry Builders, Inc.

    1.2. When was notice sent?   `10-13-2009`

    + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☑ No ☐

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?   R. Fry Builders, Inc.

    2.2. When was it received?   `11-23-2009`

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

    4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☑

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

    5.2. What repairs were performed?

    5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs' claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may may have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

## Section VII. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3069 | | | |
| Estimated Sq. Ft. of Drywall | n/a | Occupied | ✓ | |
| Height of Interior Walls | 8'-12' | Year-round | ✓ | |
| Number of Bedrooms: | 4 | Summer | ✓ | |
| Number of Bathrooms: | 2 | Winter | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | ✓ | |
| Copper Piping | | ✓ | |
| Copper Fixtures | | ✓ | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | ✓ | | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 2005 | Completion Date | 8-2006 |
|---|---|---|---|
| Move In Date: | 8-2006 | Date Acquired Home | 8-2006 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
R. Fry Builders, Inc.

Address: 923 Del Prado Blvd., Ste 203

City: Cape Coral    State: FL    Zip: 33990

Phone: 239-772-2666

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:
Unknown

Address: n/a
n/a

City: n/a    State: n/    Zip: n/a

Phone: n/a

## Section XI. Drywall Supplier

Drywall Supplier's Name:
Unknown

Address: n/a
n/a

City: n/a    State: n/    Zip: n/a

Phone: n/a

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

HaryM0003

2110 Living AREA

Plaintiff Profile Form - Residential Properties

| Section VII. Home Information | | Yes | No |
|---|---|---|---|
| Approx. Sq. Ft. of House: | 3069 | | |
| Estimated Sq. Ft. of Drywall | | | |
| Height of Interior Walls | 8 / 12 | | |
| Number of Bedrooms: | 4 | | |
| Number of Bathrooms: | 2 | | |

| | | Yes | No |
|---|---|---|---|
| Occupied | | X | |
| Year-round | | X | |
| Summer | | | |
| Winter | | | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | X | |
| Copper Piping | | X | |
| Copper Fixtures | | X | |
| Other Fixtures | X | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | | | |
| 2nd Panel | | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

| Section VIII. Construction/Renovation Information | | | |
|---|---|---|---|
| Date Range for New Home Construction: (Month/Day/Year) | | | |
| Start Date: | 2005 | Completion Date | 8/2006 |
| Move in Date: | 8/2006 | Date Acquired Home | 8/2006 |
| Date Range for Renovations: (Month/Day/Year) | | | |
| Start Date: | | Completion Date | |
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

R. Fry Builders, Inc.

Address: 923 Del Prado Blvd., Ste 203

City: Cape Coral   State: FL   Zip: 33990

Phone: 239-772-2666

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name:

Address:

City:   State:   Zip:

Phone:

### Section XI. Drywall Supplier

Drywall Supplier's Name:

Address:

City:   State:   Zip:

Phone:

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Michael A. Hary | 10/10/09 | | |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Sarah Hary | 10/10/09 | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

HaryM0004



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*New Business Declaration*
*and Premium Invoice*
*EFFECTIVE 8/12/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| 30058255 | 8/12/09 | 8/12/10 | 12:01 AM STANDARD TIME | 9970275 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| MICHAEL A HARY<br>SARAH E COOK<br>1922 SW 30TH ST<br>CAPE CORAL       FL 33914-4085 | ALLIED INSURANCE MGMT INC<br>3705 CHIQUITA BLVD<br>CAPE CORAL       FL 33914<br><br>PHONE # 239-541-3100 |

| BASIC COVERAGES PREMIUM | ATTACHED ENDORSEMENTS PREMIUM | SCHEDULED PROPERTY PREMIUM | POLICY FEES/ TAXES | POLICY ASSESSMENT | TOTAL POLICY PREMIUM |
|---|---|---|---|---|---|
| $795.00 | $403.00 | | $27.00 | $29.00 | $1,254.00 |

-------------------------------- LOCATION 001 --------------------------------

| ALL OTHER PERILS DEDUCTIBLE | FORM TYPE | CONSTRUCTION TYPE | SUPERIOR | DATE BUILT | NUMBER OF FAMILIES | OCCUPANCY |
|---|---|---|---|---|---|---|
| $1000 | HO-3 | MA | N | 01-2006 | 1 | Owner |

**HURRICANE DEDUCTIBLE    2% =    $5,200**

| LAW AND ORDINANCE | PROTECTION CLASS | TERRITORY | COUNTY CODE | USE |
|---|---|---|---|---|
| 25% | 03 | 554 | 71 | Primary |

MORTGAGEE(S) THAT APPLY:    1

----------------- COVERAGE LIMITS AND PREMIUMS - SECTION I -----------------

| | | |
|---|---|---|
| Coverage -A- (Dwelling) | $260,000 | $1,884.00 |
| Coverage -B- (Other Structures) | $5,200 | Incl |
| Coverage -C- (Personal Property) | $130,000 | Incl |
| Coverage -D- (Loss of Use) | $26,000 | Incl |
| Hurricane Premium -------- $593 | | Incl |

----------------- COVERAGE LIMITS AND PREMIUMS - SECTION II -----------------

| | | |
|---|---|---|
| Coverage -E- (Personal Liability) | $300,000 | $30.00 |
| Coverage -F- (Medical Payments) | $5,000 | Incl |

---------------------- POLICY CHARGES AND CREDITS ----------------------

| | | |
|---|---|---|
| 2% Hurricane Deductible | $5,200 | Incl |
| Mitigation Device Credit | | $1,119.00- |
| MGA Policy Fee | | $25.00 |
| Emergency Management Trust Fund Surcharge | | $2.00 |
| Florida Hurricane Catastrophe Fund | | |
| Regular Assessment (1%) | | $12.00 |
| Citizens Property Insurance Corporation 2005 | | |
| High Risk Account Emergency Assessment (1.4%) | | $17.00 |

---------------------- LOCATION(S) OF PROPERTY INSURED ----------------------

1922 SW 30TH ST
CAPE CORAL       FL 33914-4085

HaryM0005

21    06/01/2007

Insured Copy

*3957OL300582557860*



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

*Homeowners*
*New Business Declaration*
*and Premium Invoice*
*  EFFECTIVE  8/12/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| 0058255 | 8/12/09 | 8/12/10 | 12:01 AM STANDARD TIME | 9970275 |

**NAMED INSURED AND ADDRESS** | **AGENT**

MICHAEL A HARY
SARAH E COOK
1922 SW 30TH ST
CAPE CORAL          FL 33914-4085

ALLIED INSURANCE MGMT INC
3705 CHIQUITA BLVD
CAPE CORAL          FL 33914

PHONE # 239-541-3100

---------------------------- MORTGAGEE(S) ----------------------------------

MORTGAGEE   001
  METLIFE HOME LOANS A DIVISION
  OF METLIFE BANK NA ISAOA ATIMA
  PO BOX 7481
  SPRINGFIELD      OH 45501
  LOAN # 0048189187

-------------------- POLICY FORMS AND ENDORSEMENTS --------------------

| NUMBER | DATE | | LIMIT | PREMIUM |
|---|---|---|---|---|
| *HO 03 34 | 05-03 | Limited Fungi,Wet/Dry Rot | | |
| *HO 04 96 | 10-00 | No Sec II/Home Day Care | | |
| *IL P 001 | 01-04 | OFAC Advisory Notice | | |
| *OIR-B1-1655 | 07-07 | Hurricane Loss Mitigation | | |
| *OIR-B1-1670 | 01-06 | Checklist of Coverages | | |
| *OL DO | 06-07 | Deductible Options Notice | | |
| OL GLB | | Privacy Notice | | |
| *OL J1 | 06-07 | Homeowners Policy Jacket | | |
| *OL OC | 05-09 | Outline of Coverage | | |
| *OLHO LO | 06-07 | Ordinance or Law Sel. | | |
| *OLHO 100 | 05-09 | Special Provisions - FL | | |
| *OLHO 101 | 06-07 | Animal Liability Excl EN | | |
| *OLHO 140 | 06-07 | CAT Ground Cover Collapse | | |
| *HO 03 52 | 01-06 | Calendar Yr Hurricane Ded | | |
| *HO0003ID | 10-00 | HO-3 Special Form | | |
| *OTHO0599 | 01-09 | Water Back-up | | $83.00 |
| *OLHO 120 | 06-07 | Existing Damage Exclusion | | |
| *OLHO0490 | 06-07 | Pers Prop Repl Cost Cov | | $320.00 |

----------------------------------------------------------------------------

***Coverage is provided where premium and limit of liability are shown.**
**Flood coverage is not provided by this policy.**

HaryM0006

.1   06/01/2007

Insured Copy



**Olympus Insurance Company**
7380 W Sand Lake Rd Suite 115
Orlando, FL 32819-5250

OLYMPUS
INSURANCE

*Homeowners*
*New Business Declaration*
*and Premium Invoice*
*EFFECTIVE  8/12/09*

| POLICY NUMBER | POLICY PERIOD FROM | TO | | Agency |
|---|---|---|---|---|
| 30058255 | 8/12/09 | 8/12/10 | 12:01 AM STANDARD TIME | 9970275 |

**NAMED INSURED AND ADDRESS**

MICHAEL A HARY
SARAH E COOK
1922 SW 30TH ST
CAPE CORAL          FL 33914-4085

**AGENT**

ALLIED INSURANCE MGMT INC
3705 CHIQUITA BLVD
CAPE CORAL          FL 33914

PHONE # 239-541-3100

# LAW AND ORDINANCE COVERAGE IS AN IMPORTANT COVERAGE THAT YOU MAY WISH TO PURCHASE.  YOU MAY ALSO NEED TO CONSIDER THE PURCHASE OF FLOOD INSURANCE FROM THE NATIONAL FLOOD INSURANCE PROGRAM.  WITHOUT THIS COVERAGE, YOU MAY HAVE UNCOVERED LOSSES.  PLEASE DISCUSS THESE COVERAGES WITH YOUR INSURANCE AGENT.

# THIS POLICY CONTAINS A SEPARATE DEDUCTIBLE FOR HURRICANE LOSSES, WHICH MAY RESULT IN HIGH OUT-OF-POCKET EXPENSES TO YOU.

*A rate adjustment of  9.0%   credit  is included to reflect building code grade in your area.  Adjustments range from 2% surcharge to 14% credit.*

*A rate adjustment of 81.0% credit is included to reflect the Windstorm Mitigation Device Credit.  This credit applies only to the wind portion of your premium.  Adjustments range from 0% to 90% credit*

*THIS REPLACES ALL PREVIOUSLY ISSUED POLICY DECLARATIONS, IF ANY. THIS POLICY APPLIES ONLY TO ACCIDENTS,  OCCURRENCES, OR LOSSES WHICH HAPPEN DURING THE POLICY PERIOD SHOWN ABOVE.*

HaryM0007

*AUTHORIZED COUNTERSIGNATURE*

*3936CL30058255796C*

DATE  8/13/09        Insured Copy

# MORGAN & MORGAN®

### A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO FT. MYERS

ATTORNEYS AT LAW

KELLY A. AMRITT
JAMES D. ARNOLD, JR.
RUSSELL E. ARFILLE
H. SCOTT BATES †
JENNIFER M. BERMEL °
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KABAH S. BURFELL *****
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ****
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD D. CONNER ****
RAMEL L. COTTON
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ****
RYAN J. HAYES
DAVID G. HENRY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
ANTHONY M. IANNACIO
MARTIN J. JAFFE
HEATHER M. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
RYAN C. KUHL
GRANT A. KUVIN
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JASON R. LEONARD **
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARINESE
BRIAN K. McCLAIN
W. CHARLES MELTMAR † ***
J. ANDREW MEYER
JASON B. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
DAVID B. MOFFETT †
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ****
HENRY P. MOWRY
OMAR L. NELSON *****
DANIEL J. NEWLIN △
CHRISTOPHER H. NEYLAND*****
KEENAN R.S. NIX ****
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
RONSON J. PETREE
FRANK W. PIAZZA
E. MANNETTE PICCOLO
GREGORY A. PRYSOCK †
MICHAEL T. REESE
DAVID J. RICKEY *
DARRYL E. ROUSON
CAROLYN M. SALZMANN
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
JOSEPH H. SHAUGHNESSY
WILLIAM M. SHEPPARD †
CHRISTOPHER M. SIMON ****
MICHAEL J. SMITH
DAVID A. SPAIN
DEROFE M. STEPHENS-JOHNSON****
CRAIG R. STEVENS †
L. CHRIS STEWART ****
MICHAEL F. SUTTON †
HARRAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT WM. WEINSTEIN
SCOTT M. WHITLEY †

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
16th  FAX: (407) 425-8171
9th  FAX: (407) 841-5520
10th  FAX: (407) 425-9858
4th  FAX: (407) 420-5956

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 398-2334

SUITE 4200
191 PEACHTREE STREET NE
ATLANTA, GA 30303
(404) 965-6811
FAX: (404) 965-8812

SUITE 3
6824 GRIFFIN ROAD
DAVIE, FL 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3389

198 BROADWAY AVE.
KISSIMMEE, FL 34741
(407) 452-6900
FAX: (407) 452-6989

SUITE 150J
695 CENTRAL AVENUE
ST. PETERSBURG, FL 33701
(727) 490-2001
FAX: (727) 490-2015

14229 US 441
TAVARES, FL 32778-2093
(352) 253-2700
FAX: (352) 253-2701

SUITE 2600
ONE COMMERCE SQUARE
MEMPHIS, TN 38103
(901) 333-1827
FAX: (901) 333-1864

www.forthepeople.com

OF COUNSEL
HORACE R. BROADNAX
RICHARD I. CERVELLI
MICHAEL H. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND

†  BOARD CERTIFIED
   CIVIL TRIAL LAWYER
*  BOARD CERTIFIED
   WORKERS' COMPENSATION
   LAWYER
△  LICENSED IN ARIZONA ONLY
*** LICENSED IN WASHINGTON, D.C. ONLY
° LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^  LICENSED IN NEW YORK
‡  LICENSED IN GEORGIA
△  LICENSED IN ILLINOIS
♦  LICENSED IN KY, FL, MS, TN
○  LICENSED IN AL, MS, TN

October 13, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

(1042967)
R. Fry Builders, Inc.
923 Del Prado Blvd. #203
Cape Coral, FL 33990

**Re:   Florida Statutes 558.004 and 627.4137**
**NOTICE AND OPPORTUNITY TO REPAIR**
**NOTICE OF REQUEST OF INSURANCE POLICIES**
**Our Clients:   Michael and Sarah Hary**

Dear R. Fry Builders, Inc.:

We have been retained by Michael and Sarah Hary with respect to the defective drywall that was used in the construction of their home located at 1922 SW 30th Street Cape Coral, FL 33914. This Notice is sent to you pursuant to Florida Statute Section 558.004, a copy of which is enclosed for your reference, and informs you of our intent to file a lawsuit 60 days after the date of this Notice for construction defects against R. Fry Builders, Inc. on Michael and Sarah Hary's behalf.

The defective drywall in the home contains substances which render the drywall unfit for the purposes intended. The defective drywall is damaging other parts of the home, as well as rendering the home unfit to live in.

We assert that the defects are the result of the installation of materials which require all of the drywall to be removed and replaced, as well as removal and replacement of all other components of the home which have been affected by the drywall.

Please be aware that you have certain obligations under the notice provisions of Section 558.004 which include performing a reasonable inspection and advising as to how you are going to correct the situation, if at all.

Further, pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

HaryM0008

── For The People ──

Chinese Drywall
October 13, 2009
Page 2

1.      Name of the insurer(s);
2.      Name of each insured;
3.      Certified copy of limits of liability coverage:
        a. personal injury,
        b. property damage,
        c. medical expenses,
        d. personal injury protection,
        e. uninsured motorist and any other coverage
4.      A statement of any policy or coverage defense which your company reasonably
        believes is available; and
5.      Certified copy of any and all policies.

This information should include all periods of time from the commencement of construction
to the present.

The requested information must be provided within thirty (30) days from the date of this
letter and must include a statement under oath by a corporate officer.

Very truly yours,

Scott Wm Weinstein

SWW/ah
Enclosure: copy of Florida Statute § 558.004
cc: Michael and Sarah Hary

HaryM0009



# DOVE

| SQUARE FOOTAGES | |
|---|---|
| LIVING AREA | 2110 |
| GARAGE | 535 |
| LANAI | 359 |
| ENTRY | 65 |
| TOTAL | 3069 |

© copyright 2002
all sizes are approxamate

Office: 239-772-2666        Fax 239-772-2613

## R. FRY BUILDERS, INC.

### Custom Builders

923 Del Prado Blvd. #203, Cape Coral, Florida 33990

HaryM0010

# *"Dove"* SPECIFICATIONS

## STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS

4 Bedroom 3 baths
CBS With stucco finish
2-Course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1 year subterranean termite warranty
4" reinforced concrete foundation w/ vapor barrier
Concrete Driveways and sidewalks per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/ hurricane straps
5/12 Roof Pitch
Plywood sheathing or equivalent of roof
Steel reinforced concrete tie beam 8 x 16
Pre-cast concrete windowsills
Inside garage walls finished and painted
Ventilated aluminum soffit and fascia
Dimensional, fungus resistant fiberglass Asphalt roof
     shingles with thirty (30) year guarantee
White aluminum framed windows with screens
Cultured Marble windowsills
R-30 Insulation in ceilings
4.2 fi-foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
Textured drywall on interior walls
Pex-pipe water lines

## ELECTRICAL FEATURES

Prewire for Garage door opener
200 amp electrical service
Washer & Dryer outlets
Prewire for 3 phone & 3 TV outlets
Prewire for ceiling fans-per blueprint
Recess accent lighting
Decora switches throughout
2 smoke detectors
Door chimes
Lighting allowance $400.00

## KITCHEN FEATURES:

Raised Panel Cabinet doors
Solid surface countertops
Stainless steel sink
Moen Faucet
Icemaker line

## APPLIANCE PACKAGE INCLUDES

Dishwasher- built in     $1,800.00 Allowance
Smooth top Range
Refrigerator 18cu.
Microwave above range

## BATHROOM FEATURES

Raised Panel Vanity Doors & Cultured Marble tops
1 gal. Water closets - elongated
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
Ceramic wall tile in wet area $ 2,000.00 Allowance
Moen single lever faucets

## OTHER ITEMS INCLUDED

Carpet & Tile in Kitchen, Baths, Entry and Utility room
     Allowance: $4,500.00
Ventilated closet shelving
Trussed patio roof with screen across rear
40-gallon energy efficient water heater
Choice of exterior & interior paint colors – standard
Overhead steel garage door
All exterior doors metal
Bahia Sod & landscape per City Code
Custom raised panel bi-folded doors
Colonial base molding
Colonial door casing
Pull down stairway to access attic
Cathedral ceiling where noted
Alufab Panel Shutters
Permit fees
Impact fees as of contract date
Builders Risk Insurance

** Culvert determined by City of Cape Coral at time of
driveway stakeout (cost of culvert not included in contract)

NOTE: There will be a $200.00 change order charge,
per change, for any change requiring a modification
to the plans once the full set of plans has been
completed. This charge is payable at the time change
is made.

HaryM0011

923 Del Prado Blvd. Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 14th day of March, 2005 by and between R. FRY BUILDERS, INC., Builder, and **Michael Hary and Sarah Cook** ,purchaser, presently residing at 3326 S. Lockwood Ridge Rd., Sarasota, Fl. 34239
Telephone: Home # 941-926-0582  Cell#3C - 7/8 -3/83   Fax # 9 41 - 9.5 - 1.8
E:Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   **Dove Model**

Address:  1922 S.W. 30th St., Cape Coral, Florida
Block 4793 Lot 1,2 Unit 71  Pb. 22 Pg. 89
Strap # 33-44-23-C3-04793.0010

| | |
|---|---|
| TOTAL PRICE Of HOME | $ 183,600.00 |
| LESS DEPOSIT | ($   1,500.00) |
| TOTAL | $ 182,100.00 |
| LESS 10% DUE | ($  18,210.00) |
| TOTAL | $ 163,890.00 |
| POOL COST | $  27,000.00 |
| TOTAL TO BE DISPERSED | $ 190,890.00 |

**Purchases agrees to pay the Builder, the sum of $ 210,600.00**
**(Two hundred ten thousand, six hundred and 00/00)**

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from  Cape Coral Building  Dept. This contract is also subject to the granting of a Loan by First Horizon Bank. IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw:  $ 18,210.00
2. Proceeds of the above loan in the amount of $ 190,890.00
3. Pool Draws to be separate from construction loan $ 27,000.00
4. Commissions payable to Gulf Coast Realty at closing $ 4,905.00

HaryM0012

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                                    ACCEPTANCE BY BUILDER:

_____  3/15/05              _____
                         Date                 R. Fry Builders, Inc.        Date

_____  3/15/05
                         Date

HaryM0013

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within twelve (12) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy.** Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal **two block** foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities if needed including but not limited to any fill requirements

HaryM0014

applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

HaryM0015

8. **Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours.** Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, quests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground

HaryM0016

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

HaryM0017

16. It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17. It is understood and agreed that the Owners will not assign this contract without the prior written consent of the contractor.

18. The Builder is not responsible for any water damage created by a lawn sprinkler system.

BUYER(S):                                          BUILDER:

_____          _____
                              Date                                                Date

_____          _____
                              Date                                                Date

HaryM0018

**Prepared By and Return To:**
Beverly J. Onson
Fidelity National Title Insurance Company of New York
3515 Del Prado Blvd., Suite 105
Cape Coral, FL 33904

File No. 04-017-906646

Property Appraiser's Parcel I.D.(folio) Number(s)
33-44-23-C3-04793.0010

SS#: _____

INSTR # 6218032
OR BK 04253 Pgs 2220 - 2221₁ (2pgs)
RECORDED 04/12/2004 07:50:21 AM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
RECORDING FEE 10.50
DEED DOC 223.30
DEPUTY CLERK G Sherwood

## WARRANTY DEED

**THIS WARRANTY DEED** dated March 23, 2004, by Jesus Mora and Audelia Romeo, as joint tenants with full rights of survivorship hereinafter called the grantor, to Michael A. Hary and Sarah E. Cook, whose post office address is , ~~33014~~, hereinafter called the grantee: ✗ 5570 Trailwinds Dr. # 514, Ft Myers FL 33907

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

**WITNESSETH:** That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

Lot 1 and 2, Block 4793, Unit 71, Cape Coral Subdivision, according to the plat thereof, as recorded in Plat Book 22, Page 88 to 107, inclusive, of the Public Records of Lee County, Florida

The above described property is vacant land and is not the homestead of the grantors.
Subject to easements, restrictions, reservations, and limitations of record, if any.

**TOGETHER** with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

**TO HAVE AND TO HOLD** the same in fee simple forever.

**AND** the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to December 31, 2003.

Warranty Deed (Individual to Individual)
Rev (12/02)(Indivi.wpd)

Page 1 of 2

HaryM0019

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_Amy M. Ward_
(Witness Signature)

_Amy M. Ward_
(Print Name of Witness)

_Mary J. Blidwell_
(Witness Signature)

_Mary J. Blidwell_
(Print Name of Witness)

_Jesus Mora_
Jesus Mora

_Audelia Romero_
Audelia Romero

106 highland dr. Duncan SC 29334
(Address and Phone Number) 864-884-2123

STATE of South Carolina

COUNTY of Spartanburg

I HEREBY CERTIFY that on this day, before me, an Officer duly authorized in the State aforesaid and the County aforesaid to take acknowledgements, personally appeared _Jesus Mora & Audelia Romero_

to me known to be the person(s) described in or who has/have produced _Drivers License_
as identification and who executed the foregoing instrument and he/she/they acknowledged before me that he/she/they executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this _24_ day of _March_, 20_04_.

_Dennis P. Drozdak_
Notary Signature

_Dennis P. Drozdak_
Printed Notary Name

My commission expires: _12-19-12_

# EXHIBIT C

# C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ------
### P E R M A N E N T

ISSUE DATE:          8/08/06

LOCATION: 1922 SW 30TH ST

STRAP #: 33-44-23-C3-04793-0010

OWNER INFORMATION:
HARY MICHAEL A +
5570 TRAILWINDS DR APT 514
COOK SARA E T/C
FORT MYERS, FL 33907-8356

CONTRACTOR INFORMATION:
FRY RANDY A
R FRY BUILDERS INC
923 DEL PRADO BL SOUTH #203
CAPE CORAL, FL 33990-3628
(941)772-2666
COMPETENCY #:
REG OR STATE LIC: CBC023132

PERMIT #: 05-00025475

OCCUPANCY TYPE  : RESIDENTIAL 1 & 2 FA

CONST. TYPE     : TYPE VI UNSPRK/UNPRO

ALLOWABLE OCC CONTENT:

ALLOWABLE FLOOR LOAD :

GAC UNIT          : 71-0

PLAT BOOK PAGE# : 02
# OF PLATTED LOTS:           2.0000
ZONING            : R1B

TYPE OF WORK    : NEW CONSTRUCTION

NUMBER OF STORIES     :        1.00

FLOOD ELEVATION       :        8.0000

FLOOD CODE            :             A8

NUMBER OF BEDROOMS    :        4.00

NUMBER OF BATHROOMS   :        2.00

TOTAL DWELLING UNITS  :        1.00

TOTAL BLDG SIZE       :     3069.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE  8-8-06

DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL

# EXHIBIT D

27 DE Pro Act # 3990
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.



## CONTRACT

THIS AGREEMENT made and entered into this 26th day of April, 2005 by and between R. FRY BUILDERS, INC., Builder, and **Juan and Irena Mercado** ,purchaser, presently residing at 123 Howard St., Newington, Ct. 06111
Telephone: Store # Joanna- 573-7529. Joanna Cell# 872-7529 Home # 458-3736
E:Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   **Liberty Model**

Address: 1226 N.E. 10th Lane, Cape Coral, Florida 33909
Block 2041 Lot 28,29 Unit 31  Pb. 14  Pg. 158
Strap # 06-44-24-C3-02041.0280

| | |
|---|---|
| TOTAL PRICE Of HOME | $ 157,900.00 |
| LESS DEPOSIT | ($ 1,500.00) |
| TOTAL | $ 156,400.00 |
| LESS 10% DUE | ($ 15,640.00) |
| TOTAL TO BE DISPERSED | $ 140,760.00 |

**Purchases agrees to pay the Builder, the sum of $ 157,900.00
( One hundred fifty seven thousand, nine hundred and 00/00)**

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the securing of septic and building permits from **Cape Coral Building Dept.** This contract is also subject to the granting of a Loan by **Country Wide Mortgage (ph# 239-433-2286).** IF SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not started within 6 months from the above date, the Builder has the option of canceling this contract and the deposit shall be refunded. (All refunds will be less any out of pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from first draw: $ 15,640.00
2. Proceeds of the above loan in the amount of $140,760.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full performance of the covenants and agreements as hereinabove set forth.

PURCHASERS:                                      ACCEPTANCE BY BUILDER:

4/26/05 Juan Mercado                          4/26/05
_____                                _____
Date                                            R. Fry Builders, Inc.          Date

4/26/05 Irena Mercado
_____
Date

*Quality Craftsmanship in Southwest Florida since 1981*

222 Del Prado Blvd. Suite 206
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## LIBERTY  I

R. Fry Builders, Inc. hereby called the Builder, does agree that the Builder will supply all labor and materials for the construction of a single family residence for **Juan and Irena Mercado** per blueprints provided and accepted.

### STRUCTURAL & CONSTRUCTION FEATURES & MATERIALS

3 bedroom 2 baths
CBS with stucco finish
All Grading, Fill & Clearing – **$ 5,000.00 Allowance**
    - Builder to supply an estimate for fill, grade & clearing – addendum to be added to contract if necessary.
2-course stem wall
Concrete footers reinforced with steel
Certified termite soil treatment under slab
1-year subterranean termite warranty
4" reinforced concrete foundation w/vapor barrier
**Concrete Driveways and sidewalks** per plot plan
Interior wall framing 16" on center (wood)
Engineered roof trusses w/hurricane straps
Plywood Sheathing or equivalent on roof
Steel reinforced concrete tie beam 8 x 16
Pre-cast concrete windowsills
Inside garage walls finished and painted
Ventilated aluminum soffit and fascia
Self-sealing class A fiberglass asphalt roof shingles
Dimensional, fungus resistant Fiberglass asphalt shingles-choice of colors
       Thirty (30) year limited warranty on shingles
White aluminum framed windows w/screens
Interior Marble windowsills
R-30 insulation in ceilings
4.2 Fi Foil installed on exterior block walls of living area
R-11 Kraft faced batts installed on exterior frame walls
Central heat & air conditioning
Textured drywall on interior walls
Pex-Pipe water lines

### ELECTRICAL FEATURES:

**Garage door opener with 2 remotes**
200 amp electrical service
Washer & dryer outlets
Pre-wire for phone & TV outlets – per blueprint
**Move T.V. outlet from master bedroom to bdm #2 – per print**
5 ceiling fans installed per blueprint
2 smoke detectors
Door chimes
Light Fixture Allowance $400.00

### KITCHEN FEATURES:

Raised Panel Cabinet Doors
Mica countertops
Stainless Steel Sink
Icemaker line
Appliance Package Allowance **$1,800.00**
       Dishwasher - built in
       Range - w/self cleaning oven
       18 cf Refrigerator
       Range Hood

*uality Craftsmanship in Southwest Florida since 1981*

**BATHROOM FEATURES:**
Raised Panel  vanities & cultured marble tops
1 gal water closets - elongated
Anti-scald valve guard on shower faucet
Mirror over vanities
Mirrored medicine cabinets
**5' Master Tub to be Jetted –as noted on print**
Ceramic wall tile in wet area (white or almond) **Allowance $ 1,500.00**
Moen single lever faucets

**OTHER ITEMS INCLUDED:**
Carpeting & Vinyl  **Total Allowance $4,800.00**
            (To include additional allowance of $ 2,300.00  )
Ventilated closet shelving
Trussed patio roof w/screen across rear
40 gal. energy efficient water heater
Choice of exterior paint colors – 2 Colors – one base color and one trim color
Choice of one interior paint color ( Std = Applepeel)
Overhead steel garage door with 2 remote controls
All exterior doors metal
**Floritam Sod & Landscaping per Cape Coral City Code**
            – Cost to include **2 Royal palms** in landscape package
**Irrigation System**
Custom raised panel bi-fold doors
Colonial base molding
Colonial door casing
Pull down stairway to access attic
Cathedral ceiling where noted
Permit fees
Builders Risk Insurance
Impact fees as of contract date
Alufab shutters per city code
**Additional Door added to print**
**Additional window added to master bath in place of pool door- per print**
**Plant shelf in kitchen and Nook areas – per print**
**Move 2ⁿᵈ bath to center of bdm  # 2,3**
**Engineering fees for print changes – N/C**
**Well and Septic Equipment**
TV - outlet MOVE From  M/B To  B/R 2 #

**\*\*Culvert determined by the building inspector at time of driveway stakeout (cost of culvert not included in contract)**

**Note: There will be a $200.00 change order charge, per change, for any change requiring a modification to the plans once the full set of plans has been completed.  This charge is payable at the time change is model**

TOTAL COST: $ 157,900.00

_4/26/05_ Susan Marcadis          _____ 4/26/05
Date                    R. Fry Builders Inc.        Date

_4/26/05_ Andrew Marcadis
Date

## ADDENDUM TO CONTRACT

1. The following conditions that follow are an integral part of this agreement.

2. The Builder shall construct upon the building site a building in accordance with the plans and specifications hereto attached. The Builder shall provide all materials and perform all work of the construction provided for in the plans and specifications in a good and workmanlike manner. The Builder warrants the construction of the building from defects of materials or workmanship for a period of twelve months from the date of the Certificate of Occupancy. All manufacturers' warranties shall continue in force and effect according to their terms.

3. Owner herewith grants possession of the premises to the Builder, said premises to be redelivered to Owner upon completion of the construction and payment by the Owner of all money due Builder under this agreement and by Owner signing Builder's acceptance form. Owner agrees that under no circumstance will he occupy the premises prior to final closing and settlement of all accounts due to the Builder.

4. Construction is to be completed within twelve (12) months of the starting date. Start of construction is defined as the date of which the footings are poured, allowing five(5) working days per calendar week, unless delayed by strike, building materials shortages, newly established requirements of government or agency, Act of God, or other cause beyond the control of the Builder. Closing and settlement of this contract will be within fifteen (15) days of notice by Builder to Owner that the premises are substantially ready for occupancy. **Owner shall not unreasonably delay the closing because of minor work that does not interfere with occupancy.** Said minor work will be listed on Compliance List, signed by Owner and Builder. This work will be scheduled and completed by Builder as quickly as possible after occupancy.

5. Changes in plans and specifications may be requested by Owner when practical, and shall be stipulated in writing between the parties, together with the cost thereof. For each change made, Builder shall be allowed and additional five (5) working days to complete the construction. Builder may use and install materials other than and different from those specified in the plans, drawings and specifications, if those so specified or incorporated are not readily available when needed, provided all different materials are of equal or better value and utility.

6. It is agreed and understood that if the Owner secures a mortgage loan upon the property in compliance with the contract, Owner agrees and understands that there will be a loan closing with the financial institution or agency of its representative when the mortgage is obtained. Owner acknowledges that this loan closing is separate and apart from the closing of this contract.

7. The contract price in this agreement is based upon a readily accessible clear, level, developed lot, now serviced by public utilities, free of bushes and trees, or a sufficiently high elevation to permit a normal **two block** foundation. Owner authorizes and agrees to pay charges for any clearing, fill on exterior foundation, and special foundation, and temporary utilities, if needed, including but not limited to any fill requirements necessitated to meet the provisions of Federal Flood Insurance Laws or any other applicable laws or regulations. It is the Owner's responsibility to notify the Builder of unusual sod connotations and to provide test borings, if needed. Expense or removal of excess dirt or vegetation, to provide proper grade or any expenses caused by rock or other adverse sub-sod conditions will be borne by Owner.

8. **Builder's insurance prohibits persons not employed by the contractor from being on the job site during working hours. Owner recognizing this, agrees to limit his visits to the property to times other than scheduled working hours.** Owner agrees that his contact with the Builder and the Builder's workmen or sub-contractors will be solely through the Builder. If Owner and/or Owner's dependents, quests, companions or invitee sustain any personal injury or property damage while on the property, prior to completion with or without the Builder's consent, Owner shall indemnify, defend and save harmless the Builder from any claims or causes of action against the Builder from any claims, loss damage or expense arising from such personal injury or property damage, and Owner, for himself and his heirs, hereby waive and relinquish any and all claims arising from personal injury or property damage sustained upon the property.

9. Pricing in the Contract is based upon present construction costs and are subject to change. In the event that the Builder shall not be in the position to commence construction within 30 days as a result of a delay in obtaining building permits or necessary government agency approvals or unusual delays in Owner obtaining mortgage financing, the construction price shall be subject to change. Any adjustment in price will be documented by Builder to Owner with evidence of the need for adjustment, if said adjustment results in an increase of more than 10% of the contract total. Owner has the right to cancel the contract and receive the return of his deposit with out further liability. Notice of this election must be given to Builder with in ten (10) working days of the receipt of adjustment notice by Owner. All fees, costs of material and labor charges related to the specifications required by the new State of Florida Hurricane Code will be passed on to the buyer at time of enforcement. All City and/or County Impact Fee Increases will be passed onto buyer at time of enforcement.

10. Improvement allowances are Builder's best estimates at the time of contract signing. Actual site improvements may cost more or less. Owner shall pay all bills in excess over the estimated homesite improvement cost as reflected on the face of the contract of Builder shall refund over estimate at closing by crediting any lesser sum utilized for allowances. Any excess payment owed to the Builder shall include the Builder's standard added cost of administration and profit.

11. This agreement shall be binding upon heirs, executors, administrators, successors, and assigns of Owner and Builder.

12. Builder is not responsible for, expansion cracks, surface blemishes, or discoloration in concrete. The conditions are caused by the environment which is beyond a mason's control. Weather, ready mix concrete, drying time, and contraction all play a major part in the final appearance of concrete. Due to these conditions, the final concrete finish will not be covered under R. Fry Builders, Inc. warranty.

13. The Builder will connect to public water and/or sewer lines a distance of 50 feet. Cost of lines required over 50 feet will be borne by Owner.

14. Expense of all electrical service which may be required to be run across the building necessitated by the power company, pole locations and regulations, or underground electric and/or telephone service when required will be borne by the Owner.

15. If the Owner is to secure a mortgage loan, this Construction Agreement is contingent upon the Owner obtaining a mortgage commitment with a payment draw schedule mutually agreeable to the lending institution and the Builder. In the event that such a commitment cannot be concluded by the Owner, Builder shall have sufficient time to exercise best efforts in obtaining said mortgage loan on behalf of the Owner. If the Owner and the Builder are unsuccessful, this contract shall, at the option of the Owner, become null and void, and all deposits shall be refunded to the Owner by the Builder, less out of pocket expenses incurred by the Builder.

16.  It is understood that the Builder is to retain exclusive possession of the entire premises until completion of the construction thereon, and occupancy of any part thereof by the Owner prior to such completion shall be deemed to constitute an acknowledgment on the Owner's part of complete performance by the Builder of the construction under this Contract and all balances due under this contract shall become immediately due and payable.

17.  It is understood and agreed that the Owners will not assign this contract  without the prior written consent of the contractor.

18.  The Builder is not responsible for any water damage created by a lawn sprinkler system.


BUYER(S):                          BUILDER:

_Juan Mercado_____                 _____

_Irene Mercado_____                Date:  _4/26/05_____

EXHIBIT E

Plaintiff Profile Form - Residential Properties

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address.  In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form.  If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection.  By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges.  Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.  To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

**Section I. Property Information**

| | |
|---|---|
| Name Property Owner | Juan and Irena Mercado |
| Address of Affected Property | 1226 NE 10th Lane |

City: Cape Coral  State: FL  Zip: 33909

Is this Property:* Residential [✓] Commercial [ ] Governmental [ ]

Name of Person Completing this Form: Irena Mercado

Is above your primary residence? Yes [✓] No [ ]

Mailing Address (if different)

City:  State:  Zip:

Phone: 239-246-9655 J-cell

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Check one: Owner-Occupant [✓]  Owner Only [ ]  Renter-Occupant [ ]

| | |
|---|---|
| Represented By: | Morgan & Morgan, PA |
| Address: | 12800 University Drive, Suite 600 |

City: Ft. Myers  State: FL  Zip: 33907

Phone: 239-433-6880

Case No. /Docket Info: 09-7628

**Section II. Insurance Information**

Homeowner/ Renter Insurer:

North Capital Insurance Company

Policy #: NC1002825

Agent: David Wilcox & Associates - Cape Coral

Address: 304-D Del Prado blvd. S.

City: Cape Coral  State: FL  Zip: 33990

Phone: 239-573-2463

**+ Attach Copy of Insurance Declaration Page**

**Section III. Claimant Information**

| Name of Claimant | Dates Occupied | | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claiment Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| | Move-in | Leave | | | | |
| Juan B. Mercado | 12-30-2006 | n/a | M [✓] F [ ] | 06-24-1941 | Yes [✓] No [ ] | Owner-Occupant |
| Irena Mercado | 12-30-2006 | n/a | M [ ] F [✓] | 01-26-1948 | Yes [ ] No [✓] | Owner-Occupant |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |
| | | | M [ ] F [ ] | | Yes [ ] No [ ] | |

* Personal injuries include claims for mental anguish and medical monitoring.

MercadoJ0001

Page 1

Plaintiff Profile Form - Residential Properties

### Section IV. Inspection Information

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

    1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   Erickson's Drying Systems

      1.2. When did the inspection take place?   10-15-2009

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   Yes ☒ No ☐

    2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   Shane Heidle

      2.2. When was this determination made?   10-15-2009

### Section V. Drywall Information

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | KNAUF-TIANJIN CHINA | Attic |
|  |  |  |
|  |  |  |
|  |  |  |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?   Yes ☒ No ☐

    1.1. If "Yes" to question 1.0 Section V. to whom has such notice been sent?   R. Fry Builders, Inc.

      1.2. When was notice sent?   10-13-2009

      + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request to anyone that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?   Yes ☐ No ☒

    2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?

      2.2. When was the request made?

      + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?   Yes ☐ No ☒

    3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?   Yes ☐ No ☒

      3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

      3.1.b. Who made the offer?

    3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?   Yes ☐ No ☒

      3.2.a. Have any such repairs to your home been completed?   Yes ☐ No ☒

      3.2.b. Who paid or is paying for the repairs?

      3.2.c. What was/is the total cost?

      3.2.d. Have samples of the Chinese-manufactured drywall been kept?   Yes ☐ No ☒

      3.2.e. Who possesses the samples?

### Section VI. Questions for Florida Residents Only*

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?   Yes ☒ No ☐

    1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?   R. Fry Builders, Inc.

      1.2. When was notice sent?   10-13-2009

      + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?   Yes ☐ No ☒

    2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?

      2.2. When was it received?

3.0. Has anyone inspected your home in response to your notice under Chapter 558?   Yes ☐ No ☒

    3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?   Yes ☐ No ☒

    4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

      4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?   Yes ☐ No ☒

    5.1. If "Yes" to Question 5.0., Section VI. Who performed these repairs?

      5.2. What repairs were performed?

      5.3. When were the repairs performed?

*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required.  Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

MercadoJ0002

Plaintiff Profile Form - Residential Properties

## Section VII. Home Information

| | | | Yes | No |
|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2626 | | | |
| Estimated Sq. Ft. of Drywall | n/a | Occupied | ✓ | |
| Height of Interior Walls | varies | Year-round | ✓ | |
| Number of Bedrooms: | 3 | Summer | ✓ | |
| Number of Bathrooms: | 2 | Winter | ✓ | |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | | | ✓ |
| Copper Fixtures | | ✓ | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | | | ✓ |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

**Date Range for New Home Construction: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | 4-2-2006 | Completion Date | 12-22-2006 |
| Move In Date: | 12-30-2006 | Date Acquired Home | 4-2-2007 |

**Date Range for Renovations: (Month/Day/Year)**

| | | | |
|---|---|---|---|
| Start Date: | | Completion Date | |
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

R. Fry Builders, Inc.

Address: 923 Del Prado Blvd. S.

Suite 203

City: Cape Coral   State: FL   Zip: 33990

Phone: 239-772-2666

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

RJL Drywall

Address: n/a

n/a

City: n/a   State: n/   Zip: n/a

Phone: n/a

## Section XI. Drywall Supplier

Drywall Supplier's Name:

RJL Drywall

Address: n/a

n/a

City: n/a   State: n/   Zip: n/a

Phone: n/a

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Oct 19 09 01:42p    Niki Valente          239-673-8469          p.1    D*0

**Plaintiff Profile Form – Residential Properties**

**Section VII. Home Information**

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 2626 SF | | | | |
| Estimated Sq. Ft. of Drywall | N/A | Occupied | | ✓ | |
| Height of Interior Walls | N/A | Year-round | ✓ | | |
| Number of Bedrooms: | 3 | Summer | | | |
| Number of Bathrooms: | 2 | Winter | | | |

**Plumbing System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | | | ✓ |
| Copper Piping | | | ✓ |
| Copper Fixtures | | ✓ | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | ✓ | |
| Dates: | | | |

**Electrical System**

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | | ✓ | |
| Switches | | ✓ | |
| Main Panel | | | ✓ |
| 2nd Panel | | | ✓ |
| Exposed Copper Wires | | ✓ | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

**Section X. Drywall Installer**

Drywall Installer's Name: RJL Drywall

Address:

City:            State:        Zip:

Phone: 239 - 772 - 2006

**Section VIII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 4-2006 | Completion Date | 12-22-06 |
|---|---|---|---|
| Move in Date: | 12-30-06 | Date Acquired Home | 04-02-09 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move in Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | | |
| First Floor: Full Wall of drywall replaced | | | |
| Second Floor: Any drywall replaced | | | |

**Section IX. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:

R. Fry Builders Inc.

Address: 923 Del Prado Blvd

City: Cape Coral  State: FL  Zip: 33990

Phone: 239 - 772 - 2666

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section XI. Drywall Supplier**

Drywall Supplier's Name: RJ11 Drywall  N/A

Address: V/A

City:            State:        Zip:

Phone:

**Section XII. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct as to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _Irene Mercado_ | _10-17-09_ | _Jesus Mercado_ | _10-17-09_ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | | | |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

MercadoJ0004



**KEYSTONE**
**ADJUSTERS, INC.**

Juan Mercado
1216 NE 10th Lane
Cape Coral, FL  33909

Claim:          NH921710
Policy          NC1002825
Insured:        Juan Mercado
Date of loss:   8/3/2009

## DECLINATION OF COVERAGE

Dear Mr. Mercado:

Keystone Insurance Adjusters has been assigned by Northern Capital Insurance Company to handle the investigation of your claim. It is our desire to thoroughly investigate every claim which is reported to us and to make payment for those losses for which are covered under your policy.

On August 3, 2009 you reported a claim, for the possibility of Chinese Drywall. Northern Capital Insurance Company has reviewed your policy, and must respectfully decline coverage. This type of loss is specifically excluded under the policy including, but not limited to, the following provisions, please refer to your homeowner policy page 12:

**HO 00 03 10 00**
**SECTION 1 – EXCLUSIONS**
**B.** We do not insure for loss to property described in Coverages **A** and **B** caused by any of the following. However, any ensuing loss to property described in Coverages **A** and **B** not precluded by any other provision in this policy is covered.

**3.** Faulty, inadequate or defective:
**b.** Design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;
**c.** Materials used in repair, construction, renovation or remodeling; or

Based on the aforementioned, no coverage is available for this claim under your homeowners policy # NC1002825. We must deny your claim.

Respectfully,


Jorge Malta
Claims Associate
**Keystone Adjusters Inc.,**
P.O. Box 526662
Miami, FL  33152
Tel – 305-405-8810
Toll Free – 866-243-5163 ext 310
Fax-786-363-5045
jmalta@keystoneadjusters.com

MercadoJ0005

ATTORNEYS AT LAW

KELLY A. AMRIT
JAMES D. ARNOLD, JR.
RUSSELL E. ARFILLE
H. SCOTT BATES
JENNIFER M. BERMEL •
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. GOSSELER
WILLIAM B. BOWLES, SR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KABAH S. BURRELL *****
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ****
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL J. CARTER
RICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ****
RAMEL L. COTTON
WILLIAM M. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
JOSEPH M. DEFRANCO
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRESCH
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ****
C. DOUGLAS GREEN
JENNIFER J. HALPERIN ‡
RYAN J. HAYES
DAVID G. HENRY
CHRISTOPHER J. HINCKLEY
HERBERT H. HOFMANN II
WILLIAM H. HOWARD
KATHERINE V. HUNG***
ANTHONY M. IANNACIO
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
GERALD L. KUCIA
RYAN C. KUHL
GRANT A. KUHN
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JASON R. LEONARD**
NANETTE A. LEVI
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BERNARD R. MAZAHERI
BRIAN K. McCLAIN
W. CHARLES MELTMAR †***
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
BRIAN F. MOES
DAVID B. MOFFETT †
HECTOR A. MORE
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ****
HENRY P. MOVRIN
OMAR L. NELSON *****
DANIEL J. NEWLIN △
CHRISTOPHER R. NEYLAND*****
KEENAN R.S. NIX † ****
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERROW
RONSON J. PETREE
FRANK W. PIAZZA
GREGORY D. PRYSOCK †
MICHAEL T. REESE
DAVID I. RICKEY *
DARRYL E. ROGSON
CAROLYN M. SALZMANN
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JAMES H. SCHMITT
P. CHRIS SCHROEDER
JOSEPH H. SHAUGHNE:SSY
DANIEL W. SHEPPARD †
MICHAEL J. SMITH
DAVID A. SPAIN
DEROHE H. STEPHENS-JOHNSON****
CRAIG R. STEVENS †
L. CHRIS STEWART ****
MICHAEL F. SUTTON †
J. HOWARD THIGPEN
HARRAN E. UDELL
BERT E. UEBELE, IV
SCOTT J. UROCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT WM. WEINSTEIN
SCOTT M. WHITLEY †



# MORGAN & MORGAN®

## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO FT. MYERS

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9b FAX: (407) 841-9520
10th FAX: (407) 425-9858
14th FAX: (407) 420-5956
4th FAX: (407) 423-7928

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVERSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 398-2334

SUITE 4200
151 PEACHTREE STREET NE
ATLANTA, GA 30303
(404) 965-8811
FAX: (404) 965-8812

6824 GRIFFIN ROAD
DAVIE, FL 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3399

198 BROADWAY AVE.
KISSIMMEE, FL 34741
(407) 452-6900
FAX: (407) 452-6989

SUITE 150J
895 CENTRAL AVENUE
ST. PETERSBURG, FL 33701
(727) 490-2001
FAX: (727) 490-2015

14229 US 441
TAVARES, FL 32778-2093
(352) 253-2700
FAX: (352) 253-2701

SUITE 2600
ONE COMMERCE SQUARE
MEMPHIS, TN 38103
(901) 333-1827
FAX: (901) 333-1864

www.forthepeople.com

OF COUNSEL
HORACE R. BROADNAX
RICHARD I. CERWELLI
MICHAEL ESPY
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND

BOARD CERTIFIED
CIVIL TRIAL LAWYER

BOARD CERTIFIED
WORKERS' COMPENSATION
LAWYER
^ ALSO LICENSED IN ARIZONA
† LICENSED IN WASHINGTON, D.C. ONLY
** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
△ LICENSED IN ARIZONA
• LICENSED IN KY, FL, MS, TN
○ LICENSED IN AL, MS, TN
■ LICENSED IN TEXAS
■ ALSO LICENSED IN CALIFORNIA

October 13, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

(192878)
R. Fry Builders, Inc.
1508 S.E. 12th Terrace
Cape Coral, FL 33990

Re:   **Florida Statutes 558.004 and 627.4137**
**NOTICE AND OPPORTUNITY TO REPAIR**
**NOTICE OF REQUEST OF INSURANCE POLICIES**
**Our Clients: Juan and Irena Mercado**

Dear R. Fry Builders, Inc.:

We have been retained by Juan and Irena Mercado with respect to the defective drywall that was used in the construction of their home located at 1226 NE 10th Lane Cape Coral, FL 33909. This Notice is sent to you pursuant to Florida Statute Section 558.004, a copy of which is enclosed for your reference, and informs you of our intent to file a lawsuit 60 days after the date of this Notice for construction defects against R. Fry Builders, Inc. on Juan and Irena Mercado's behalf.

The defective drywall in the home contains substances which render the drywall unfit for the purposes intended. The defective drywall is damaging other parts of the home, as well as rendering the home unfit to live in.

We assert that the defects are the result of the installation of materials which require all of the drywall to be removed and replaced, as well as removal and replacement of all other components of the home which have been affected by the drywall.

Please be aware that you have certain obligations under the notice provisions of Section 558.004 which include performing a reasonable inspection and advising as to how you are going to correct the situation, if at all.

Further, pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

—— For The People ——

MercadoJ0006

Chinese Drywall
October 13, 2009
Page 2

1.  Name of the insurer(s);
2.  Name of each insured;
3.  Certified copy of limits of liability coverage:
    a. personal injury,
    b. property damage,
    c. medical expenses,
    d. personal injury protection,
    e. uninsured motorist and any other coverage
4.  A statement of any policy or coverage defense which your company reasonably believes is available; and
5.  Certified copy of any and all policies.

This information should include all periods of time from the commencement of construction to the present.

The requested information must be provided within thirty (30) days from the date of this letter and must include a statement under oath by a corporate officer.

Very truly yours,

*Scott Wm. Weinstein /hB*
Scott Wm Weinstein

SWW/jaj
Enclosure: copy of Florida Statute § 558.004
cc: Juan and Irena Mercado

MercadoJ0007

To Morgan Morgan
        att: Liz            from

                Mercados Residential
                1226 NE 10th Lane
                        Cape Coral Fl 33909

    General Building Limitations (table 500)

Floor Area: Allowed 1000 SF  Proposed 2626 SF
Height of Building Allowed 40' -,,- 16' 10"
No of Stories              ,,      2   -,,- 1-story
Construction Type       6  unprotected  un-sprinkled
Mean Roof Height        12' 10"

            Area tabulation:

    Living        1742   SF
    Garage         570   SF
    LANAI          281   SF
    ENTRY           33   SF

    TOTAL:        2626 SF

                        Dec 10-2009

                        MercadoJ0008

923 Del Prado Blvd, Suite 203
Cape Coral, Fl 33990
239-772-2666
239-772-2613 Fax

# R Fry Builders, Inc.

## CONTRACT

THIS AGREEMENT made and entered into this 26th day of April, 2005 by and between R.
FRY BUILDERS, INC., Builder, and **Juan and Irena Mercado** ,purchaser, presently residing
at 123 Howard St., Newington, Ct.  06111
Telephone: Store # Joanna- 573-7529  Joanna Cell# 872-7529 Home # 458-3736
E:Mail address:

WITNESSETH: That in consideration of the covenants and agreements herein contained
on the part of said Purchaser, the Builder does agree as follows:

CONSTRUCT A SINGLE FAMILY RESIDENCE ON OWNER'S LOT:   **Liberty Model**

. Address:  1216 N.E. 10th Lane, Cape Coral, Florida  33909
Block 2041  Lot 28,29 Unit 31  Pb. 14 Pg. 158
Strap # 06-44-24-C3-02041.0280

| | |
|---|---|
| TOTAL PRICE OF HOME | $ 157,900.00 |
| LESS DEPOSIT | ($    1,500.00) |
| TOTAL | $ 156,400.00 |
| LESS 10% DUE | ($   15,640.00) |
| TOTAL TO BE DISPERSED | $ 140,760.00 |

**Purchases agrees to pay the Builder, the sum of $ 157,900.00**
**( One hundred fifty seven thousand, nine hundred and 00/00)**

THIS CONTRACT is subject to the successful purchase of the aforementioned lot and the
securing of septic and building permits from **Cape Coral Building Dept.** This contract is
also subject to the granting of a Loan by **Country Wide Mortgage (ph# 239-433-2286)**. IF
SAID LOAN is not approved, the deposit shall be refunded. IF CONSTRUCTION has not
started within 6 months from the above date, the Builder has the option of canceling
this contract and the deposit shall be refunded. (All refunds will be less any out of
pocket expenses paid by the Builder).

1. Ten percent (10%) due at Bank Closing not to be deducted from
   first draw: $ 15,640.00
2. Proceeds of the above loan in the amount of $140,760.00

IN WITNESS WHEREOF, the above named parties do hereby agree to do the full
performance of the covenants and agreements as hereinabove set forth.

MercadoJ0009

PURCHASERS:                          ACCEPTANCE BY BUILDER:

Prepared by; Record and Return To:
Marci A. Smith
CAPE CORAL TITLE INSURANCE AGENCY, INC.
1307 Cape Coral Parkway East
Cape Coral, Florida 33904
File Number: 39926

INSTR # 6275188
OR BK B4298 Pg 4887; (1pg)
RECORDED 05/17/2004 03:42:39 PM
CHARLIE GREEN, CLERK OF COURT
LEE COUNTY, FLORIDA
RECORDING FEE 6.00
DEED DOC 209.30
DEPUTY CLERK P Johnston

## General Warranty Deed

Made this 30 day of April , 200 4, A.D. By JAMES H. FOWLER and WILMA P. FOWLER, Husband and Wife, whose address is: 1885 TANGLEWOOD DR NE, ST PETERSBURG, FL 33702, hereinafter called the grantor, to JUAN MERCADO and IRENA MERCADO, whose post office address is: 123 HOWARD ST, NEWINGTON, CT 06111, hereinafter called the grantee:
(Whenever used herein the term "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

Witnesseth, that the grantor, for and in consideration of the sum of Ten Dollars, ($10.00) and other valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in Lee County, Florida, viz:

Lot(s) 28 & 29, Block 2041, Unit 31, CAPE CORAL SUBDIVISION, according to the plat thereof, as recorded in Plat Book 14, Page(s) 149 to 165, inclusive, in the Public Records of Lee County, Florida.

Subject TO covenants, restrictions, and easements of record, if any.

Said property is not the homestead of the Grantor(s) under the laws and constitution of the State of Florida in that neither Grantor(s) or any members of the household of Grantor(s) reside thereon.

Parcel ID Number: 06-44-24-C3-02041.0280,
Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.
To Have and to Hold, the same in fee simple forever.
And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 2003.

In Witness Whereof, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in our presence:
TWO Separate Witnesses Required

Witness
Printed Name: CHRISTINA MAYER

JAMES L. Fowler (L.S.)
JAMES H. FOWLER

Witness
Printed Name: Tahisia Scantling

Wilma P. Fowler (L.S.)
WILMA P. FOWLER

State of FLORIDA
County of Pinellas

The foregoing instrument was acknowledged before me this 30 day of April , 200 4, by JAMES H. FOWLER and WILMA P. FOWLER, Husband and Wife, who is/are personally known to me or who has produced FL DL as identification.

(Affix Stamp/Seal)

Notary Public Signature
Notary
Printed Name: CHRISTINA MAYER
My Commission Expires: 12/22/2007

CHRISTINA A MAYER
MY COMMISSION # DD 276716
EXPIRES: December 22, 2007
Bonded Thru Notary Public Underwriters

DEED Individual Warranty Deed With Non-Homestead Legal on Face
Closers' Choice

MercadoJ0010

EXHIBIT F

CITY OF CAPE CORAL

Mercado

------ CERTIFICATE OF OCCUPANCY ------
P E R M A N E N T

ISSUE DATE:      12/26/06

LOCATION: 1226 NE 10TH LN

STRAP #: 06-44-24-C3-02041-0280

OWNER INFORMATION:
    MERCADO JUAN +
    123 HOWARD ST
    MERCADO IRENA T/C
    NEWINGTON, CT 06111-4307

CONTRACTOR INFORMATION:
    FRY RANDY A
    R FRY BUILDERS INC
    923 DEL PRADO BL SOUTH #203
    CAPE CORAL, FL 33990-3628
    (941)772-2666
    COMPETENCY #:
    REG OR STATE LIC: CBC023132

PERMIT #: 05-00032198

OCCUPANCY TYPE : RESIDENTIAL 1 & 2 FA

CONST. TYPE     : TYPE VI UNSPRK/UNPRO

ALLOWABLE OCC CONTENT:

ALLOWABLE FLOOR LOAD :

GAC UNIT               : 31-0

PLAT BOOK PAGE# : 10
# OF PLATTED LOTS:        2.0000
ZONING               : R1B

TYPE OF WORK     : NEW CONSTRUCTION

NUMBER OF STORIES    :        1.00

FLOOD ELEVATION     :

FLOOD CODE         :

NUMBER OF BEDROOMS    :        3.00

NUMBER OF BATHROOMS    :        2.00

TOTAL DWELLING UNITS :        1.00

TOTAL BLDG SIZE     :      2626.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE

DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL