UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| DAVID GROSS, ET AL | * | |
| VS. | * | |
| KNAUF GIPS KG, ET AL | * | |
| CASE NO. 2:09-cv-6690 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE
OF ALL DOCUMENTS AND PLEADINGS**

COME NOW, J. Scott Loeb and Jonas P. Baker of the law firm Loeb & Loeb, LLC, and hereby enroll as counsel on behalf of SOUTHERN STAR CONSTRUCTION COMPANY, INC., defendant in Gross, et al. v. Knauf Gips KG et al., United States District Court, Eastern District of Louisiana, Case No. 09-6690. It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully Submitted:

**LOEB & LOEB, LLC**

By: /s/ *Jonas P. Baker*
J. Scott Loeb (#25771)
Jonas P. Baker (#25563)
225 St. Ann Drive
Mandeville, Louisiana 70471
Telephone: (985) 674-4446
Facsimile:  (985) 674-4450
Counsel for Defendant, Southern Star Construction
Company, Inc.

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of June, 2010.

/s/ *Jonas P. Baker*
JONAS P. BAKER