IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

**************************************************************************

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361, Section L Mag 2

-------------------------------------------------------------------------------------------------------------------

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Defendant, Woodall, LLC. ("Woodall"), by and through undersigned counsel and fully reserving any and all defenses, respectfully moves this Honorable Court for additional time in which to submit its Profile Form to Plaintiffs' Liaison Counsel, and in support thereof states as follows:

1. On March 9, 2010, the Court entered Pre-Trial Order No. 1F requiring Defendant to submit appropriate Profile Form within forty (40) days after service of process.

2. Counsel for this defendant has been working diligently to obtain all information necessary to complete the appropriate Profile Form. Additional time is needed, however, to gather the information required and to confirm its accuracy.

3. An extension will neither prejudice any of the parties, nor delay this matter.

4. This Court has the authority to grant the relief requested herein under Federal

Rule of Civil Procedure 6.

    WHEREFORE, Defendant, Woodall, LLC, prays for an extension of time through and including July 30, 2010 to submit its Profile Form as required by the Court.

                                            WOODALL, L.L.C.

                                            By: /s/
                                                             Counsel

David L. Dayton, Esquire (VSB No.: 31177)
KALBAUGH, PFUND & MESSERSMITH, P.C.
555 East Main Street, Suite 1200
Norfolk, Virginia 23510
(757) 623-4500
(757) 623-5700 (facsimile)
*Counsel for Woodall L.L.C.*

## CERTIFICATE

    I hereby certify that on this 28th day of June 2010, the above and foregoing Motion for Extension of Time to Submit Profile Form has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order # 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of the electronic filing in accordance with the procedures established in MDL 2047.

                                                             /s/
                                                           David L. Dayton