IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION

            MDL NO. 09-2047
            SECTION: L
            JUDGE FALLON
            MAG. JUDGE WILKINSON

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

THIS DOCUMENT RELATES TO:

KENNETH AND BARBARA WILTZ, ET. AL. v. BEIJING NEW BUILDING MATERIALS, PUBLIC, LTD., ET. AL.

CASE NO.: 2010 CV 361, Section L Mag 2

-----------------------------------------------------------------------------------------------------------------

### ORDER

Upon consideration of the Motion for Extension of Time to Serve Builder Profile Forms filed by Defendant, Woodall, LLC, it is hereby

ORDERED and ADJUDGED that said Motion is hereby GRANTED; and it is further

ORDERED and ADJUDGED that Defendant Woodall, LLC, shall be granted extension of time, through and including, July 30, 2010, in which to serve its Defendant Builder Profile Forms.

DONE and ORDERED in New Orleans, Louisiana this _____ day of _____, 2010.

                                      _____
                                      Honorable Eldon E. Fallon
                                      United States District Judge