UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL No. 2047 |
| This Document Relates to: | * * | SECTION: L |
| *DAVID GROSS, ET AL.. v.* *KNAUF GIPS KG, ET AL.* | * * * | JUDGE: FALLON MAGISTRATE JUDGE WILKINSON |
| Case No.: 2:09-cv-06690 | * * * | |

******************************************

### ORDER ON DEFENDANT, MERITAGE HOMES OF FLORIDA, INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER DEFENDANT PROFILE FORMS

Upon consideration of Meritage Homes of Florida, Inc.'s *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms,

IT IS HEREBY ORDERED that Meritage Homes of Florida, Inc.'s *Ex Parte* Motion for Extension of Time to Submit Builder Defendant Profile Forms be and same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant, Meritage Homes of Florida, Inc., be granted an extension of time, through and including July 28, 2010, to submit its Builder Defendant Profile Forms to Defendants' Liaison Counsel.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge