003578.01403M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.: 2047** <br><br> **SECTION: L** <br><br> **JUDGE FALLON** <br><br> **MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:** <br> *ROGERS, ET. AL. V. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD., ET. AL.* <br><br> **CASE NO. 2:10-cv-362 (E.D.LA.)** | |

_____/

## ORDER ON PRINCETON HOMES, INC.'S MOTION TO SUBSTITUTE COUNSEL

CONSIDERING Defendant, PRINCETON HOMES, INC.'s Motion to Substitute Counsel,

IT IS ORDERED that PRINCETON HOMES, INC.'s Motion to Substitute Counsel is hereby **GRANTED,** and that Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP are hereby substituted and enrolled as counsel of record for Defendant, PRINCETON HOMES, INC., in lieu and in place of L. Louis Mrachek of the law firm of Page, Mrachek, Fitzgerald & Rose, P.A.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
U.S. District Judge

776291