David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0124

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Avalon Building Corporation of Tampa Bay, c/o Ralph Zuckerman
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Hillsborough )

**Name of Server:** Lynda Herbranson, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 22nd day of May, 20 10, at 2:23 o'clock PM

**Place of Service:** at 1716 Hermit Thrush Circle, in Palm Harbor, FL 34683

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Avalon Building Corporation of Tampa Bay, c/o Ralph Zuckerman**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Ralph Zuckerman

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 54 ; Approx. Height 6'0" ; Approx. Weight 195

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

6-1-10
Signature of Server

Subscribed and sworn to before me this 1st day of June, 20 10
Notary Public (Commission Expires)

**APS International, Ltd.**

ELAINE F JONES
MY COMMISSION # DD 857268
EXPIRES March 2, 2013
Bonded Thru Notary Public Underwriters