David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0155

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Boyle Lumber Company, c/o Danny Barfield, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: MS ) ss.
County of: Bolivar JONAS
Name of Server: Tony P. Harris, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2nd day of June, 20 10, at 9:30 o'clock A M

**Place of Service:** at 401 N. Gaines Hwy, in Boyle, MS  38730

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Boyle Lumber Company, c/o Danny Barfield, Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: Kent Wilburn (General Manager)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair None
Approx. Age 36 ; Approx. Height 5'5 ; Approx. Weight 190

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Tony P. Harris_
Signature of Server

Subscribed and sworn to before me this
7 day of June, 20 10
_Michelle Murray_
Notary Public        (Commission Expires)

APS International, Ltd.

