David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0106

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Heritage Homes, Inc., c/o Bruce Daehn
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: ESCAMBIA )

**Name of Server:** ROBERT SUTHERLAND, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 4th day of June, 20 10, at 4:42 o'clock P M

**Place of Service:** at 10127 Holsberry Road, in Pensacola, FL 32534

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Heritage Homes, Inc., c/o Bruce Daehn

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Bruce Daehn, Registered Agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Gray ; Facial Hair
Approx. Age 55 ; Approx. Height 6'2 ; Approx. Weight 165 lbs.

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Robert B Sutherland #532_
Signature of Server

Subscribed and sworn to before me this 7th day of June, 20 10

_[signature]_
Notary Public         (Commission Expires)

**APS International, Ltd.**

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064