David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0184

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Jay 37 Construction, LLC, c/o CMC Professional Services, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Mississippi ) ss.
County of: ~~Jackson~~ Jones )

**Name of Server:** Craton H Bennett, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 2 day of June, 20 10, at 1:11 o'clock P M

**Place of Service:** at ~~2609 Catalpa Avenue~~ 3505 Main St., in Moss Point, MS 39563

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Jay 37 Construction, LLC, c/o CMC Professional Services, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Victoria @ CMC Professional Services LLC

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color B ; Hair Color B ; Facial Hair n/a
Approx. Age 35 ; Approx. Height 5'5" ; Approx. Weight 170 lbs

X To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

C H. Bennett
Signature of Server

Subscribed and sworn to before me this 3 day of June, 20 10

Michelle Murray
Notary Public    (Commission Expires)

[Notary Seal: STATE OF MISSISSIPPI, NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]

**APS International, Ltd.**