David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0363

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--La Homes and Properties, Inc., c/o Charles Brown
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: ILLINOIS ) ss.
County of: COOK )

**Name of Server:** ROBERT W. BRINDAC JR, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 15 day of JUNE, 20 10, at 4:25 o'clock P M

**Place of Service:** at 1437 W. Olive Street, Apt #2, in Chicago, IL 60660

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
La Homes and Properties, Inc., c/o Charles Brown
By delivering them into the hands of an officer or managing agent whose name and title is: CHARLES BROWN — OWNER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color GRAY ; Facial Hair MUSTACHE/GRAY
Approx. Age 55-60 ; Approx. Height 5'9 ; Approx. Weight 190

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury    Subscribed and sworn to before me this
that the foregoing is true and correct.            16th day of June, 20 10

Signature of Server                                 Notary Public    (Commission Expires)

OFFICIAL SEAL
FRANCES R BRINDAC
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/05/13

**APS International, Ltd.**