David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0263

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lowe's Home Centers, Inc., c/o Corporation Service Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: North Carolina ) ss.
County of: Johnston )

**Name of Server:** Jennifer McKenzie, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28 day of May, 2010, at 12:14 o'clock PM

**Place of Service:** at 327 Hillsborough Street, in Raleigh, NC 27603

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lowe's Home Centers, Inc., c/o Corporation Service Company**
By delivering them into the hands of an officer or managing agent whose name and title is: Heather Hughes, SOP receiving agent

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color white; Hair Color brown; Facial Hair ___
Approx. Age 38; Approx. Height 5'6"; Approx. Weight 250

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this
4 day of June, 2010

Notary Public       (Commission Expires)

EDWIN McCRACKEN
NOTARY
Comm. Exp.
10.22.201
WAKE COUNTY, N.C.
PUBLIC