Service of Process by



APS International, Ltd.
1-800-328-7171

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--MacGlen Builders, Inc., c/o Claudette Crawford, Registered Agent
Court Case No. 09-6690

State of: Florida ) ss.
County of: Duval )

| | |
|---|---|
| Name of Server: | **Misty Teston**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| Date/Time of Service | that on **27-May-2010 09:40 pm** |
| Place of Service: | at **5985 South River Circle**, city of **Macclenny**, state of **FL** |
| Documents Served: | the undersigned served the documents described as: **Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons** |
| Service of Process on, Person Served, and Method of Service: | A true and correct copy of the aforesaid document(s) was served on: **MacGlen Builders, Inc., c/o Claudette Crawford, Registered Agent** By delivering them into the hands of an officer or managing agent whose name and title is **Claudette Crawford, Registered Agent** |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex **F** ; Skin Color **white** ; Hair Color **blonde** ; Facial Hair Approx. Age **55** ; Approx. Height **5'07"** ; Approx. Weight **150** ☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. Signature of Server | Subscribed and sworn to before me this ___ day of MAY , 2010 Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104035-87

DENNIS E. BARTILUCCI
MY COMMISSION # DD706878
EXPIRES: November 15, 2011
Fl. Notary Discount Assoc. Co.