David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104035-0266

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--North Pacific Group, c/o Tacy A. Lind
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of:  _OREGON_  ) ss.
County of:  _MULTNOMAH_  )

Name of Server:  _DAVE  MAUERMANN,_ undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service:  that on the  _2ND_ day of  _June_ , 20 _10_ , at _2-34_ o'clock _P_ M

Place of Service:  at  ~~10200~~ _10300_ SW Greenburg Road        , in  _Portland, OR  97223_

Documents Served:  the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:  A true and correct copy of the aforesaid document(s) was served on:
**North Pacific Group, c/o Tacy A. Lind**

Person Served, and
Method of Service:  By delivering them into the hands of an officer or managing agent whose name and
title is:  _Ursuh  Lackert   -  Treasurer + Controller_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex ____ ; Skin Color _____ ; Hair Color _____ ; Facial Hair _____
Approx. Age _____ ; Approx. Height _____ ; Approx. Weight _____

☑ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:  Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_7th_ day of  _June_ , 20 _10_

_Signature of Server_                    Notary Public              (Commission Expires)

**APS International, Ltd.**



OFFICIAL SEAL
**WALLY E LEMKE**
NOTARY PUBLIC-OREGON
COMMISSION NO. 436239
MY COMMISSION EXPIRES MARCH 17, 2013