| | |
|---|---|
| David Gross, et. al., Plaintiff(s)<br>vs.<br>Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 104035-0200

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Oakwood Mobile Homes, Inc., c/o The Corporation Company
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _ALABAMA_ ) ss.
County of: _MONTGOMERY_ )

**Name of Server:** _GLENN MCDANIEL_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _2_ day of _JUNE_, 20 _10_, at _10:00_ o'clock _A_ M

**Place of Service:** at _2 N. JACKSON ST._ ~~2000 Interstate Park Drive, Suite 204~~, in Montgomery, AL _36104_ ~~36109~~

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint**
**in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Oakwood Mobile Homes, Inc., c/o The Corporation Company c/o _LAURA PAYNE_
By delivering them into the hands of an officer or managing agent whose name and title is: _MANAGER_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _WHITE_ ; Hair Color _BROWN_ ; Facial Hair _N_
Approx. Age _32_ ; Approx. Height _5'5_ ; Approx. Weight _140_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Glenn McDaniel_
Signature of Server

Subscribed and sworn to before me this _3_ day of _JUNE_, 20 _10_

_/s/ Notary_
Notary Public    (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Oct 16, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITERS