David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0369

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Pate Stevedore Company of Pensacola, c/o W.H. Pate, Jr.,
Registered Agent

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690

---

State of: **FLORIDA** ) ss.
County of: **ESCAMBIA** )

**Name of Server:** **Robert Sutherland**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **11th** day of **June**, 20 **10**, at **10:45** o'clock **A** M

**Place of Service:** at **720 S BARRACKS ST #A**, in **Pensacola, FL 32502-6049**

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III):Exhibits "A-C":Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Pate Stevedore Company of Pensacola, c/o W.H. Pate, Jr., Registered Agent

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Matthew Pate, Superintendent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair _____
Approx. Age **30** ; Approx. Height **5'10"** ; Approx. Weight **140**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_
Signature of Server

Subscribed and sworn to before me this **15th** day of **June**, 20 **10**

_signature_
Notary Public      (Commission Expires)

APS International, Ltd.



SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064