UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : 

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court directed the Plaintiffs' Steering Committee and the Insurers' Steering Committee to draft briefing and hearing schedules for each homeowner's insurers' motions to dismiss and comprehensive general liability insurers' jurisdictional and venue motions. The Court received drafts from each Committee along with information as to disputed issues involving these drafts. The Court has considered the drafts and the issues raised. Accordingly, IT IS ORDERED that the Plaintiffs' Steering Committee and the Insurers' Steering Committee submit a final draft scheduling order to the Court by Friday, July 2, 2010, which is to incorporate the following:

- No discovery will be conducted on the homeowner's insurers' motions to dismiss;

- The motions shall contain information regarding each movant's insured within MDL 2047, and a designation of every case in any jurisdiction where the issues in their motion are related or a similar motion has been filed by caption, docket number, and contact information for the presiding judge;

- The dates selected in the Insurers' Steering Committee's drafts are those to be used in the final, submitted draft.

New Orleans, Louisiana, this 28th day of June 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE