David Gross. et. al., Plaintiff(s)
vs.
Knauf Gips. KG. et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
### 1-800-328-7171
APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0366

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Seaside Development, LLC, c/o James Romains

LEVIN, FISHBEIN, ET AL.

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

Name of Server: _JOE R GILLIS_ undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _9_ day of _JUNE_ , 20 _10_ , at _1:45_ o'clock _P_ M

Place of Service: at 5505 Paula Drive , in Long Beach, MS 39560

Documents Served: the undersigned served the documents described as:
Plaintiff Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III):Exhibits "A-C";Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:

Person Served, and
Method of Service:
Seaside Development, LLC, c/o James Romains

By delivering them into the hands of an officer or managing agent whose name and
title is:_PERSONAL SERVICE, JAMES ROMAINS - MEMBER_

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex _M_ : Skin Color _WHITE_ : Hair Color _BRN/GRAY_ : Facial Hair ———
Approx. Age_51-65_ : Approx. Height _6/0_ : Approx. Weight _225_
To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server _Joe R Gillis_

APS International, Ltd.

Subscribed and sworn to before me this
_14_ day of _June_ , 20 _10_

_Michelle Murray_
Notary Public     (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY