IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | MDL NO. 2047 |
| | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Payton, et al. v. Knauf Gips KG, et al. | |
| Case No. 09-7628, Sect. L MAG 2 | JUDGE FALLON MAG. JUDGE WILKINSON |

*********************************************

## ORDER ON DEFENDANT, AL BROTHERS, INC.'S SECOND EX-PARTE MOTION FOR ENLARGEMENT OF TIME TO SUBMIT INSTALLER PROFILE FORMS

Upon consideration of Defendant, AL BROTHERS, INC.'s Second Ex Parte Motion for Enlargement of Time to Submit Installer Profile Forms, it is hereby ORDERED that Defendant's Second Ex Parte Motion if GRANTED. Defendant shall have up to and including July 16, 2010, to submit their Installer Profile Forms.

New Orleans, Louisiana this __28th__ day of June 2010.

_[signature]_
HONORABLE ELDON E. FALLON
UNITED STATE DISTRICT JUDGE