UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABIITY LITIGATION | MDL 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: | |
| SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, et al. | |
| v. | |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al. | |
| CIVIL ACTION NO. 09-7628 | |

**ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM**

Given the foregoing:

IT IS HEREBY ORDERED that the Motion is GRANTED and that the deadline for Defendant, Triumph Construction, L.L.C., to submit its Profile Form to Plaintiff's Liaison Counsel is extended through and including July, 15, 2010.

NEW ORLEANS, LOUISIANA this __28th__ day of _____June_____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE