UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

## ORDER

Given the foregoing Exparte Motion for Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Federal Construction Specialist, Inc. is hereby granted a fifteen     day extension of time, or until July 13, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this __28th__ day of _____June_____, 2010

_____
JUDGE

PD.4039950.1