David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Completed Communities II, LLC
Court Case No. 09-6690

State of: Florida ) ss.
County of: BROWARD )

| | |
|---|---|
| **Name of Server:** | Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 21-May-2010 12:35 pm |
| **Place of Service:** | at 825 Coral Ridge Drive, city of Coral Springs, state of FL |
| **Documents Served:** | the undersigned served the documents described as: Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: Completed Communities II, LLC By delivering them into the hands of an officer or managing agent whose name and title is Giselle Rogers, Customer Care |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex F ; Skin Color white ; Hair Color brown ; Facial Hair NA   Approx. Age 32 ; Approx. Height 5'04" ; Approx. Weight 125   ✓ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.   Signature of Server   APS International, Ltd. APS International Plaza · 7800 Glenroy Rd. Minneapolis, MN 55439-3122 |

Subscribed and sworn to before me this
day of May, 20 10
Notary Public  (Commission Expires)

APS File: 104035-352

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.