David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0146

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Curington Contracting, Inc., c/o John W. Curington
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Marion** )

**Name of Server:** **Ernest Martinez**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26** day of **May**, 20**10**, at **10:30** o'clock **A** M

**Place of Service:** at **2652 NE 24 Street**, in **Ocala, FL 34470**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Curington Contracting, Inc., c/o John W. Curington**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **John Curington / President**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair **N**
Approx. Age **65** ; Approx. Height **5'10** ; Approx. Weight **185**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **10**

Notary Public    6-15-11 (Commission Expires)

KENNETH W. KELLEY, JR.
Commission DD 656388
Expires June 15, 2011
Bonded Thru Troy Fain Insurance 800-385-7019

**APS International, Ltd.**

11807