APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant* | Address of receiving authority<br>*Adresse de l'autorité destinataire* |
|---|---|
| Josh R. Cobb<br>APS INTERNATIONAL, LTD<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, Minnesota 55439-3122<br>U.S.A.<br>Tel. 952.831.7776   Fax: 952.831.8150<br>Email: JCobb@CivilActionGroup.com | Ministry of Justice<br>Department of Judicial Assistance and Foreign Affairs<br>Division of Judicial Assistance<br>10, Chaoyangmen, Nandajie<br>Chaoyang District<br>Beijing<br>100020<br>China |

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse)   Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Dabancheng Village, Dabancheng Township, Dabancheng District, Urumchi, Xinjiang Uygur, Autonomous Region 830000, China
Tel:

[X] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
  *a) selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
  *b) selon la forme particulière suivante (article 5, alinéa premier, lettre b):*_____

[ ] (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
  *c) le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint<br>Summons in a Civil Action<br>Translations<br>Summary of the Document to be Served | Done at , the 1/13/10<br>*Fait à* Minneapolis, Minnesota, U.S.A. , *le*<br><br>Signature and/or stamp.<br>*Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,   USM-94
both of which may still be used)   (Est. 11/22/77)

* Delete if inappropriate./. *Rayer les mentions inutiles*

S8-70-90

Case Name: Gross v. Knauf Gips, KG
Defendant: Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.
Court Case No.: 09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served*
1. *que la demande a été exécutée*
   - the (date)
   - *le (date)* __30/6, 2010__
   - at (place, street, number)
   - *à (localité, rue numéro)* _____

   - in one of the following methods authorised by article 5-
   - *dans une des formes suivantes prévues à l'article 5:*
      [√] (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
          *a) selon les formes légales (article 5, alinéa premier, lettre a).*
      [ ] (b) in accordance with the following particular method*:
          *b) selon la forme particulière suivante:* _____
      [ ] (c) by delivery to the addressee, who accepted it voluntarily.*
          *c) par remise simple*

   The documents referred to in the request have been delivered to:
   *Les documents mentionnés dans la demande ont été remis à:*
   - (identity and description of person)
   - *(identité et qualité de la personne)* __Yang Haiyu__
   - relationship to the addressee (family, business or other):
   - *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* __the director of Production Departments__

2) that the document has not been served, by reason of the following facts*:
2. *que la demande n'a pas été exécutée, en raison des faits suivants:*
   _____
   _____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served, Class Action Complaint, Summons in a Civil Action, Translations

Annexes
*Annexes*
Documents returned:
*Pièces renvoyées:*
_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*
_____

Done at __Beijing__ 9/6, 2010
*Fait à*
Signature and/or stamp. [中华人民共和国 司法部 司法协助专用章]
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

(Page 1)

## The Higher People's Court of Xinjiang Uygur Autonomous Region

## Return of Service

FX-10-115
SX-10-90 (in handwriting)

| The person to be served | | | Cause of action | | |
|---|---|---|---|---|---|
| The entity to be served | Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd. | | | | |
| Address of service | Signed by | Process server | Date of service | Signature or seal of the service recipient | Reasons why the service failed |
| U.S. District Court Eastern District of Louisiana No.09-6690 Summons in a Civil Action | | | April 30th, 2010 17:15 pm | Yang Haiyu | |
| U.S. District Court Eastern District of Louisiana No.09-6690 Class Action Complaint | | | April 30th, 2010 17:15 pm | Yang Haiyu | |
| | | | Year _ Month_ Date _ Time_ | | The Director of Production Department |
| | | | Year _ Month_ Date _ Time_ | | |
| | | | Year _ Month_ Date _ Time_ | | |
| Remarks | (1) After service, please mail the Return of Service to the Xiajiang Higher People's Court, _____ Department, at No.3 Xinyi Donglu, Urumqi, Xinjiang (in handwriting: The Supreme People's Court, Foreign Affairs Bureau)<br>(2) Zip code: 830063<br>(3) Tel: 0991_____ | | | | |

(Page 2)

# The People's Court of Dabancheng District, Urumqi City

## Affidavit of Service

Time: April 30th, 2010

Place: Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.

Process servers: Lan Hao, Zhang Junwei

Recipient: Yang Haiyu, The Director of Production Department of Sinkiang Tianshan Building Material and Gypsum Product Co., Ltd.

-- Hi, we are from the People's Court of Dabancheng District, Urumqi City, and are delegated by the Supreme People's Court of the People's Republic of China, Foreign Affairs Bureau to serve the U.S. District Court Eastern District of Louisiana No.09-6690 Summons in a Civil Action and Complaint, etc. upon your company. Please accept the process and sign your name.

-- Ok.

-- This is a case involving foreign elements. Please respond to the Complaint or present your claims and serve your process on the Plaintiffs within 20 days after receipt of Summons. If no objection, please read the affidavit and sign your name on it.

Yang Haiyu (Signature)

April 30th, 2010

Notes: 1. The documents must be served upon the person to be served personally; or may, in the case of his absence, be served upon his cohabiting adult family member, and their relationship must be indicated in the column of "Remarks"; if the person to be served has designated an agent of service to the people's court, the process must be served upon the agent for acceptance and signature.

2. If the person to be served refuses to accept the documents, the process server shall invite the competent grassroots organization representative or any other people to be present, explain the situation, write down the causes and date for refusal of the service, ask the process server and the witnesses for their signature or seal, leave the documents at the residence of the person to be served. And it is considered a valid service.