APPLICANT IS AUTHORIZED TO SERVE JUDICIAL PROCESS UNDER THE UNITED STATES FEDERAL RULES OF CIVIL PROCEDURE AND UNDER THE RULES OF CIVIL PROCEDURE OF THE STATE OF: Louisiana

# REQUEST

## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ÉTRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

Convention on the Service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

*Convention relative à la signification et à la notification à l'étranger des actes judiciaires ou extrajudiciaires en matière civile ou commerciale, signée à La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identité et adresse du requérant*<br><br>**Josh R. Cobb**<br>**APS INTERNATIONAL, LTD**<br>**APS International Plaza**<br>**7800 Glenroy Road**<br>**Minneapolis, Minnesota 55439-3122**<br>**U.S.A.**<br>**Tel. 952.831.7776      Fax: 952.831.8150**<br>**Email: JCobb@CivilActionGroup.com** | Address of receiving authority<br>*Adresse de l'autorité destinataire*<br><br>**Ministry of Justice**<br>**Department of Judicial Assistance and Foreign Affairs**<br>**Division of Judicial Assistance**<br>**10, Chaoyangmen, Nandajie**<br>**Chaoyang District**<br>**Beijing**<br>**100020**<br>**China** |
|---|---|

The undersigned applicant has the honour to transmit -- in duplicate -- the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.,
(identity and address)
*Le requérant soussigné a l'honneur de faire parvenir -- en double exemplaire -- a l'autorité destinataire les documents ci-dessous énumérés, en la priant conformément à l'article 5 de la Convention précitée, d'en faire remettre sans retard un exemplaire au destinataire, savoir:*

(identité et adresse) _____ Taishan Gypsum (Baotou) Co., Ltd. _____
_____ No. 7 Goumen Township, Tuyouqi Baotou, Inner Mongolia Autonomous Region 014100, China _____
Tel: _____

[X] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
   *a)  selon les formes légales (article 5, alinéa premier, lettre a).*
[ ] (b)  in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
   *b)  selon la forme particulière suivante (article 5, alinéa premier, lettre b);* _____
_____
_____

[ ] (c)  by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*.
   *c)  le cas échéant, par remise simple (article 5, alinéa 2).*

The authority is requested to return or to have returned to the applicant a copy of the documents -- and of the annexes* -- with a certificate as provided on the reverse side.
*Cette autorité est priée de renvoyer ou de faire renvoyer au requérant un exemplaire de l'acte -- et de ses annexes -- avec l'attestation figurant au verso.*

List of documents
*Enumération des pièces*

| | |
|---|---|
| Class Action Complaint | Done at |
| Summons in a Civil Action | *Fait à* Minneapolis, Minnesota, U.S.A.   , the *le* 1/13/10 |
| Translations | |
| Summary of the Document to be Served | |
| | Signature and/or stamp. |
| | *Signature et/ou cachet.* |

(Formerly OBD-116 which was formerly LAA-116,       USM-94
both of which may still be used)                         (Est. 11/22/77)

* Delete if inappropriate./ *Rayer les mentions inutiles*

5570-73

Case Name:  Gross  v.  Knauf Gips, KG
Defendant:  Taishan Gypsum (Baotou) Co., Ltd.
Court Case No.:  09-6690

**CERTIFICATE**
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1)  that the document has been served*
1.  *que la demande a été exécutée*
- the (date)
- *le (date)*    3/3, 2010 .
- at (place, street, number)
- *à (localité, rue numéro)*    Gnomen Township, Tuyangi Baotou

- in one of the following methods authorised by article 5-
- *dans une des formes suivantes prévues à l'article 5:*
    [ √ ] (a)  in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
        a)    *selon les formes légales (article 5, alinéa premier, lettre a).*
    [  ] (b)  in accordance with the following particular method*:
        b)    *selon la forme particulière suivante:* _____

    [  ] (c)  by delivery to the addressee, who accepted it voluntarily.*
        c)    *par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
- (identity and description of person)
- *(identité et qualité de la personne)*    Canvt be recognized

- relationship to the addressee (family, business or other):
- *liens de parenté, de subordination o autres, avec le destinataire de l'acte:* _____

2)  that the document has not been served, by reason of the following facts*:
2.  *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

LIST OF DOCUMENTS: Summary of the Document to be Served,  Class Action Complaint, Summons in a Civil Action, Translations

**Annexes**
*Annexes*
**Documents returned:**
*Pièces renvoyées:*

_____

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at    Beijing    the 9/6, 2010.
*Fait à*

中 华 人 民 共 和 国
司 法 部
司法协助专用章

Signature and/or stamp.
*Signature et/ou cachet.*

* Delete if inappropriate.
  *Rayer les mentions inutiles.*

2

# The People's Court of Tumute Youqi

## Return of Service

FX-10-127
SX-10-73 (in handwriting)

| Cause of action | | Case No. | |
|---|---|---|---|
| Summary of the documents to be served | U.S. District Court Eastern District of Louisiana Summons in a Civil Action with the Case No.09-6690, Class Action Complaint (106 pages in total) | | |
| The person to be served | Taishan Gypsum (Baotou) Co., Ltd. | | |
| Address of service | The Office Building of Taishan Gypsum (Baotou) Co., Ltd., Natai Cun Nan, Goumenzhen, Tuyouqi, Baotou City | | |
| Signature or fingerprint of the service recipient | Signature: ??? (the name can't be recognized) Taishan Gypsum (Baotou) Co., Ltd. (Seal) Date: March 3rd, 2010 | | |
| Agent for acceptance of service and reasons | Signature: _____ Date: _____ | | |
| Remarks | Chief of Comprehensive Management | | |

Filled by: Mao Yonggang          Process server: Xu Zhisheng