David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0206

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Dave's Drywall
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Alabama_ ) ss.
County of: _Monroe_ )

**Name of Server:** _Cherie A. Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25th_ day of _May_, 20_10_, at _8:06_ o'clock _A_ M

**Place of Service:** at _190 Pine Street_, in _Monroeville, AL 36560_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Dave's Drywall -** _AKA Johnson Drywall_
By delivering them into the hands of an officer or managing agent whose name and title is: _Co-Owner, Kenneth Johnson_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Brown_ ; Hair Color _Blk_ ; Facial Hair _None_
Approx. Age _45-50_ ; Approx. Height _5'10_ ; Approx. Weight _145-150 lbs_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A. Weatherby_
Signature of Server

Subscribed and sworn to before me this _25th_ day of _May_, 20 _10_

_[signature]_   07/15/13
Notary Public   (Commission Expires)

**APS International, Ltd.**

[Notary Seal: LINDA K. SMITH, My Commission Expires, NOTARY PUBLIC, 07-15-2013, ALABAMA STATE AT LARGE]