Case 2:09-md-02047-EEF-MBN   Document 4172   Filed 06/29/10   Page 1 of 1



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0168

David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Delta Lumber Co. Building Supply, c/o Ronald E. Cohn
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __MS__ ) ss.
County of: __Jones__ )
Name of Server: __Jimmy K Taylor__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __26__ day of __May__, 20 __10__, at __935__ o'clock __A__ M

**Place of Service:** at __235 E. Georgetown St.__, in __Crystal Springs, MS 39059__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Delta Lumber Co. Building Supply, c/o Ronald E. Cohn**
By delivering them into the hands of an officer or managing agent whose name and title is: __Ronald Cohn   R.A.__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __Gray__ ; Facial Hair __Yes__
Approx. Age __50-55__ ; Approx. Height __5'7"__ ; Approx. Weight __170__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this __28__ day of __May__, 20 __10__

Notary Public     (Commission Expires)

[Notary Seal: State of Mississippi, Notary Public, ID # 83932, Michelle Murray, Commission Expires Jan. 23, 2011]