David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0237

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Capital Materials, Incorporated, c/o Corporation Process Company

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Georgia** ) ss.
County of: **Gwinnett** )

**Name of Server:** **MARK MAPHET**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **27th** day of **MAY**, 20 **10**, at **11:40** o'clock **A**.M

**Place of Service:** at **2180 Satellite Blvd. #400**, in ~~Marietta~~ **Duluth**, GA ~~30066~~ **30097**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Capital Materials, Incorporated, c/o Corporation Process Company**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Linda Banks   770-281-8857**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **W** ; Hair Color **GRY** ; Facial Hair **None**
Approx. Age **50's** ; Approx. Height **5'5"** ; Approx. Weight **160**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Mark H. Maphet*
Signature of Server

Subscribed and sworn to before me this
**27th** day of **May**, 20 **10**

*[signature]*
Notary Public       (Commission Expires)
Notary Public, Gwinnett County, Georgia
My Commission Expires Dec. 30, 2011

**APS International, Ltd.**