UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:

Donald Gross, et al. v. Knauf Gips, KG, et al.
Case No. 09-6690
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

MDL NO. 2047

SECTION:  L

JUDGE FALLON

MAG. JUDGE WILKINSON

## NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that, without acknowledging the jurisdiction of this Court and subject to all reservation of rights and without waiver of any defenses the law firm of Hill, Ward & Henderson, P.A. enters its appearance as counsel of record for Defendant, Standard Pacific of Southwest Florida G.P., Inc. and requests that all future pleadings and correspondence be directed to the undersigned.

      s/ Brian L. Josias
      Rocco Cafaro, Florida Bar No. 129054
      Lara J. Tibbals, Florida Bar No. 507121
      Brian L. Josias, Florida Bar No. 893811
      HILL, WARD & HENDERSON, PA
      101 East Kennedy Boulevard, Suite 3700
      Tampa, Florida  33602-2231
      Tel: (813) 221-3900
      Fax: (813) 221-2900

      *Counsel for Defendant,*
      *Standard Pacific of Southwest Florida GP, Inc.*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of June, 2010.

                s/ Brian L. Josias

1691428v1