David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Centerline Homes at Tradition, LLC
Court Case No. 09-6690

State of: Florida ) ss.
County of: BROWARD )

**Name of Server:** Kenneth Wolf, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 21-May-2010 12:35 pm

**Place of Service:** at 825 Coral Ridge Drive, city of Coral Springs, state of FL

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Centerline Homes at Tradition, LLC
By delivering them into the hands of an officer or managing agent whose name and title is Giselle Rogers, Customer Care

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair N/A
Approx. Age 32 ; Approx. Height 5'04" ; Approx. Weight 125

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this ___ day of May, 20 10
Notary Public      (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104035-353

NOTARY PUBLIC-STATE OF FLORIDA
Roberta Vargas
Commission #DD558116
Expires: MAY 30, 2010
BONDED THRU ATLANTIC BONDING CO., INC.