David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0216

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

--Bass Homes, Inc.
Court Case No. 09-6690

---

State of: _Alabama_ ) ss.
County of: _Baldwin_ )

**Name of Server:** _Cherie A. Weatherby_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _May_, 20_10_, at _2:40_ o'clock _P_ M

**Place of Service:** at _34661 Highway 59 South_, in _Stapleton, AL  36478_

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bass Homes, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Sales Agent, Tina Kramer_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _None_
Approx. Age _30-35_ ; Approx. Height _5'5_ ; Approx. Weight _130_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Cherie A. Weatherby_
Signature of Server

Subscribed and sworn to before me this _25th_ day of _May_, 20 _10_

_Linda K. Smith_
Notary Public

_07/15/13_
(Commission Expires)

**APS International, Ltd.**

LINDA K. SMITH
My Commission Expires
NOTARY PUBLIC
07-15-2013
ALABAMA STATE AT LARGE