| | |
|---|---|
| David Gross, et. al., Plaintiff(s) vs. Knauf Gips, KG, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:  104035-0031

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--BBL-Florida, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )
Name of Server: __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __19th__ day of __May__, 20 __10__, at __10:45__ o'clock __A__ M

Place of Service: at __1515 Broadway__, in __Fort Myers, FL 33901__

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**BBL-Florida, LLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Ellen Stone, Paralegal for J. Jeffrey Rice - Registered Agent__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Red__ ; Facial Hair ____
Approx. Age __55__ ; Approx. Height __5'1"__ ; Approx. Weight __140 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Raymond V. Laakso__
Signature of Server  157154

Subscribed and sworn to before me this __20th__ day of __May__, 20 __10__

__Elena Alvarado__
Notary Public    (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012