David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0162

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Belfor USA Group, Inc., c/o CT Corporation System
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: Jones )

Name of Server: **Terry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 24 day of May, 20 10, at 10:30 o'clock A .M

Place of Service: at 645 Lakeland East Drive, Suite 101, in Flowood, MS 39232

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Belfor USA Group, Inc., c/o CT Corporation System**
By delivering them into the hands of an officer or managing agent whose name and title is: **Janie Jones, Agent**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair NO
Approx. Age 30-45 ; Approx. Height Sitting ; Approx. Weight Sitting

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Terry Keith_
Signature of Server

Subscribed and sworn to before me this 26 day of May, 20 10

_Michelle Murray_
Notary Public      (Commission Expires)

**APS International, Ltd.**

[Notary Seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 83932, MICHELLE MURRAY, Commission Expires Jan. 23, 2011, JONES COUNTY]