David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0213

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Building Supply House, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _LOUISIANA_ ) ss.
County of: _LIVINGSTON_ )

**Name of Server:** _Carol S Cassisa_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _24th_ day of _May_, 20 _10_, at _10:45_ o'clock _A_ M

**Place of Service:** at  8550 United Plaza Blvd., Ste. 1001 , in  Baton Rouge, LA  70809

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Building Supply House, LLC**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Ellen Ferriss, Receptionist_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _W_ ; Hair Color _Brown_ ; Facial Hair _N/A_
Approx. Age _40_ ; Approx. Height _5'5"_ ; Approx. Weight _140_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this
_24TH_ day of _MAY_ , 20 _10_
_James Dollado_  4/29/13
Notary Public       (Commission Expires)

**APS International, Ltd.**