David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0255

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Burmon properties, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Louisiana ) ss.
County of: St. Tammany )

Name of Server: **Kenneth J. Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 21st day of May, 20 10, at 10:35 o'clock A M

Place of Service: at The Ward Law Firm / 1011 N. Causeway Blvd. / Suite #3, in Mandeville, LA 70471

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Burmon properties, LLC** / Through Registered Agent National Registered Agents

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Amy Daniels - Office Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color Cauc ; Hair Color Blond ; Facial Hair No
Approx. Age 40's ; Approx. Height 5'5" ; Approx. Weight 150lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kenneth Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 21st day of May, 20 10
Tenure for life
Notary Public (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY