IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | * | |
| | * | |
| _____ | * | SECTION: "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | |
| Payton, et al. v. Knauf Gips KG, et al. | * | |
| | * | JUDGE FALLON |
| Case No. 09-7628, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |
| | * | |
| | * | |

*******************************************

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR GULFCOAST ENGINEERING, LLC

Jeremy D. Bertsch, and the law firm of Sellars, Marion & Bachi, P.A., hereby make a limited appearance as attorneys of record for GULFCOAST ENGINEERING, LLC in the above-referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue.

Please serve all pleadings, motions, correspondence and any other filings made in the above-referenced case on the undersigned counsel.

Respectfully submitted this 29th day of June, 2010.

SELLARS, MARION & BACHI, P.A.

By:_____/s/ Jeremy D. Bertsch_____
Florida Bar No.: 0043308
Attorneys for Gulfcoast Engineering, LLC
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing LIMITED NOTICE OF APPEARANCE

has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants'

Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by

electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.

6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in

accordance with the procedures established in MDL 2047, on this 29th day of June, 2010.

SELLARS, MARION & BACHI, P.A.

By:            /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Gulfcoast Engineering, LLC
811 North Olive Avenue
West Palm Beach, FL  33401
Telephone:  (561) 655-8111
Facsimile:  (561) 655-4994