David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0086

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aranda Homes, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **Florida** ) ss.
County of: **Lee** )

**Name of Server:** **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24th** day of **May**, 20 **10**, at **1:30** o'clock **P** M

**Place of Service:** at **1310 SW 4th Terrace**, in **Cape Coral, FL 33991**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Aranda Homes, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Dominick Izzo, Director**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Black**; Facial Hair ____
Approx. Age **35-40**; Approx. Height **5'9"**; Approx. Weight **180 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Barbara Gray* #157153
Signature of Server

Subscribed and sworn to before me this **26th** day of **May**, 20 **10**

*Elena Alvarado*
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012