David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0238

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Atchafalaya Homes
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **Lafayette** )

**Name of Server:** **STEVE REGAN**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **21st** day of **May**, 20 **10**, at **1:10** o'clock **A** M

**Place of Service:** at **4478 N.E. Evangeline Trwy**, in **Carenco, LA 70520**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Atchafalaya Homes**
By delivering them into the hands of an officer or managing agent whose name and title is: **Cobie Turner**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Dark**; Facial Hair **—**
Approx. Age **40's**; Approx. Height **5'5"**; Approx. Weight **—**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **24th** day of **May**, 20 **10**

Signature of Server

Notary Public (Commission Expires)

OFFICIAL SEAL
PAUL J. QUILLIOT
NOTARY ID #06574
NOTARY PUBLIC
LAFAYETTE PARISH
COMMISSIONED FOR LIFE

**APS International, Ltd.**