David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aubuchon Homes, Inc
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20th** day of **May**, 20 **10**, at **11:25** o'clock **A** M

Place of Service: at **4707 SE 9th Place**, in Cape Coral, FL **33904**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Aubuchon Homes, Inc**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jim Aubuchon, Vice President**

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex **M**; Skin Color **white**; Hair Color **Bald**; Facial Hair ____
Approx. Age **45-50**; Approx. Height **5'9"**; Approx. Weight **175 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #157153

Subscribed and sworn to before me this **31st** day of **May**, 20 **10**

Elena Alvarado
Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012