UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al                             CIVIL ACTION NO. 09-6690
        Plaintiffs

versus

KNAUF GIPS KG, et al
        Defendants

### FIRST MOTION FOR EXTENSION OF TIME

ON MOTION of defendant, Baron Construction Company, in the above-numbered and entitled cause, appearing herein through undersigned counsel of record, and on suggesting to the Court that counsel was just assigned the defense of this matter, and additional time is needed to secure the file material in order to properly plead, and that defendants therefore desire an extension of an additional thirty (30) days in which to file responsive pleadings;

Respectfully submitted,

_____
James E. Brouillette - Bar No. 24318
3330 Lake Villa Drive, Suite 202
Metairie, LA 70002-4300
TELEPHONE:(504) 378-0256
FACSIMILE:  (504) 378-0258
jebrouillette@yahoo.com

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading has been served upon all counsel of record by sending a copy via facsimile and/or placing a copy of same in the U.S. Mail, postage prepaid, properly addressed this ____ day of ___June___, 2010.

_____
JAMES E. BROUILLETTE

103-0048