UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al                  CIVIL ACTION NO. 09-6690
       **Plaintiffs**

versus

KNAUF GIPS KG, et al
       **Defendants**

## ORDER

IT IS ORDERED BY THE COURT that Baron Construction Company be and is hereby granted an additional thirty (30) days time within which to file responsive pleadings in the above-numbered and entitled cause.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE

103-0048