IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------ | x | ------------------------------------------------ |
| | x | |
| IN RE: CHINESE-MANUFACTURED | x | MDL NO. 2047 |
| | | (Case No.: 09-6690) |
| DRYWALL PRODUCTS LIABILITY | x | |
| LITIGATION | x | SECTION: L |
| | x | |
| | x | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | x | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------ | x | ------------------------------------------------ |

### DEFENDANT, BY GEORGE, INC.'S, MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PROFILE FORM

COMES NOW, Defendant, BY GEORGE, INC., by and through its undersigned counsel and file this, its Motion for Extension of Time to Respond to the Profile Form and hereby states the following:

1. Defendant, BY GEORGE, INC., was served with Plaintiffs' Complaint on February 8, 2010.

2. The profile forms for this Defendant are due on July 1, 2010.

3. However, BY GEORGE, INC., has been diligently collecting the information needed to file the installer profile forms, but has not yet received all of the information needed from third party sources.

4. Specifically, the profile forms call for information specific to each property that BY GEORGE, INC. performed work on. However, BY GEORGE, INC. needs further time in order to review its records and ascertain which specific properties they performed work on, in order to adequately respond to the profile forms.

5. Additionally, the undersigned counsel was recently retained to represent BY GEORGE, INC., and the individual responsible for collecting the documents for BY GEORGE, INC. will be out of the country for the next thirty days on vacation.

6. Rule 6(b)(1), Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

7. Thus, the Court in its discretion may order the period discussed in this Motion enlarged.

8. On June 28, 2010 counsel for BY GEORGE, INC. attempted to contact opposing counsel to secure consent; however opposing counsel objected to the extension.

9. Defendant, BY GEORGE, INC., would hereby request an extension of 30 days to complete the Installer Profile Forms for the aforementioned reasons.

10. Thereby making this Defendant's Installer Profile Forms due on July 30, 2010.

11. This extension of the Installer Profile Form will not prejudice any of the parties.

WHEREFORE, Defendant, BY GEORGE, INC. hereby requests this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to E.D. La. L.R. 7.9, undersigned counsel certifies that on June 28, 2010 undersigned counsel called Plaintiffs' Liason Counsel to secure consent but was unable to obtain consent as Plaintiffs' Liason Counsel was unavailable for conference. Due to time constraints, the undersigned was required to file this Motion absent conference with opposing counsel.

Dated: June 29, 2010

        Respectfully Submitted,

        /s/ *Robert V. Fitzsimmons*
        ROBERT V. FITZSIMMONS
        Florida Bar No. 0355739
        RUMBERGER, KIRK & CALDWELL
        A Professional Association
        Brickell Bayview Centre, Suite 3000
        80 S.W. 8th Street (33130-3037)
        Post Office Box 01-9041
        Miami, Florida 33101
        Telephone: (305) 358-5577
        Telecopier: (305) 371-7580

        *Attorneys for Defendant, C.A. Steelman, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of June, 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, C.A. Steelman, Inc.*

1089681