David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0362

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Banner Homes of Florida, Inc
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Alol_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _1_ day of _June_, 20 _10_, at _1100_ o'clock _A_ M

Place of Service: at _2661 Executive Ctr Blvd_, in Tallahassee, FL 32316

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
Banner Homes of Florida, Inc

By delivering them into the hands of an officer or managing agent whose name and title is: _Yvonne Albritton - process clerk for Sect of State_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Blk_ ; Hair Color _Blk_ ; Facial Hair _____
Approx. Age _40_ ; Approx. Height _5'8_ ; Approx. Weight _171_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_6-1-10_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _1_ day of _June_, 20 _10_

_W. C. Hill_
Notary Public            (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019