David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0164

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--84 Lumber Company, LP, c/o CT Corporation System
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **MS** ) ss.
County of: **Jones** )

**Name of Server:** **Jerry Keith**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **24** day of **May**, 20 **10**, at **10:30** o'clock **A**. M

**Place of Service:** at **645 Lakeland East Drive, Ste. 101**, in **Flowood, MS  39232**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**84 Lumber Company, LP, c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Joanie Jones, Agent**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **B**; Facial Hair **NO**
Approx. Age **30-45**; Approx. Height **Sitting**; Approx. Weight **Sitting**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jerry Keith_
Signature of Server

Subscribed and sworn to before me this **26** day of **May**, 20 **10**

_Michelle Murray_
Notary Public           (Commission Expires)

**APS International, Ltd.**

