David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0247

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Aarco. LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **20th** day of **May**, 20 **10**, at **11:00** o'clock **A** M

Place of Service: at **57 Doubloon Drive**, in **Slidell, LA  70461**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aarco. LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Jannel Barnhill - Officer**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **30's**; Approx. Height **5'10"**; Approx. Weight **150 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kennith Landry*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **21st** day of **May**, 20 **10**

*Tenure for Life*
Notary Public                    (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY