David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Adams Homes of Northwest Florida, Inc., c/o Wayne L. Adams, Registered Agent
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Escambia** )

**Name of Server:** **Glenroy Little**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **26th** day of **May**, 20 **10**, at **1240** o'clock **P** M

**Place of Service:** at **3000 Gulf Breeze Parkway**, in **Gulf Breeze, FL  32563**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Adams Homes of Northwest Florida, Inc., c/o Wayne L. Adams, Registered Agent**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Shelley A. Sepulveda, Exec. Assistant / Authorized**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Wht** ; Hair Color **Blonde** ; Facial Hair **No**
Approx. Age **45** ; Approx. Height **5'7** ; Approx. Weight **130**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_
**APS International, Ltd.**

Subscribed and sworn to before me this **27th** day of **May**, 20 **10**

_Notary Public_   (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064