David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0073

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Advantage Builders of America, Inc., a/k/a Advantage Builders of SWFL, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Lee__ )

**Name of Server:** __Raymond V. Laakso__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __20th__ day of __May__, 20 __10__, at __9:50__ o'clock __A__ M

**Place of Service:** at __11796-C Metro Parkway__, in __Fort Myers, FL 33966__

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders of America, Inc., a/k/a Advantage Builders of SWFL, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Steven Magner, Registered Agent__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __white__ ; Hair Color __Brown__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __5'10"__ ; Approx. Weight __185 lbs__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __24th__ day of __May__, 20 __10__

_Raymond V. Laakso_
Signature of Server

_Elena Alvarado_
Notary Public          (Commission Expires)

**APS International, Ltd.**


Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012

