41003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE DEFENDANT INSTALLER PROFILE FORM

Defendant, SPEEDY DRYWALL SERVICE, L.L.C., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Installer Profile Forms in the above-captioned matter, and in support thereof, states as follows:

1. On or about February 25, 2010, SPEEDY DRYWALL SERVICE, L.L.C., was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty (40) days after service of process.

3. On or about May 27, 2010, this Court entered Pretrial Order 1G, confirming that Defendant Profile Forms be filed forty (40) days after service of process.

4. Undersigned counsel has been diligently working to obtain the necessary information to complete the Installer Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

5. SPEEDY DRYWALL SERVICE, L.L.C. therefore requests that the deadline for its Installer Profile Forms be extended for thirty (30) days, or until July 30, 2010.

6. This extension will neither prejudice any of the parties nor delay this matter.

7. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, SPEEDY DRYWALL SERVICE, L.L.C., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Installer Profile Forms, through and including July 30, 2010.

Respectfully submitted,

**MUSGRAVE, McLACHLAN & PENN, L.L.C.**

/s/ Ethan N. Penn
Ethan N. Penn, Bar No. 24596
Amanda H. Aucoin, Bar No. 31197
1515 Poydras St., Suite 2380
New Orleans, LA  70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
*Attorneys for Speedy Drywall Service, L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

                                                    /s/ Ethan N. Penn
                                                     Ethan N. Penn