David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0140

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--All Country Drywall Service, Inc., c/o Charles Norris

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Hillsborough** )

**Name of Server:** **Jamie Snyder**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **22** day of **May**, 20**10**, at **6:05** o'clock **P** M

**Place of Service:** at  **2702 Wallace Branch Road**, in  **Plant City, FL  33565**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**All Country Drywall Service, Inc., c/o Charles Norris**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Laura Norris - Secretary / Treasurer**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc.** ; Hair Color **Blond** ; Facial Hair _____
Approx. Age **45 yrs** ; Approx. Height **5'2"** ; Approx. Weight **125 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Jamie Snyder_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this **24** day of **May**, 20 **10**

_Elaine F. Jones_
Notary Public        (Commission Expires)

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES: March 2, 2013
Bonded Thru Notary Public Underwriters