# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO:<br>**DAVID GROSS**, et al<br>v.<br>KNAUF GIPS, DG., et al<br>**Case No. 2:09-CV-6690** | * * * * * | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

*******************************************

## ORDER

**CONSIDERING** the foregoing Motion for Extension of Time to serve Distributor Profile Form;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Holmes Building Materials, LLC's motion is granted and that Holmes Building Materials has up to and including the 30th day of July, 2010, to serve its Defendant Distributor Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE ELDON FALLON**

739261_1.doc