UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION   L |
| **This Document Relates to:** *Gross, et al. v. Knauf Gips, KG et al.* No. 2:09-cv-06690 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE OF COUNSEL FOR BJ&K CONSTRUCTION, INC. FILED ON JUNE 30, 2010

Pursuant to Pre-Trial Orders 1(F) and 1(G), notice is hereby given that undersigned counsel appears on behalf of BJ&K Construction, Inc.,  defendant in the *David Gross, et. al. v. Knauf Gips, KG, et. al.,* civil action No. 09-6690 via Plaintiff, Mary Ann Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) (Rec. Doc. 2187).  BJ&K Construction, Inc. requests that it be served via its counsel of record with all documents.  Furthermore, BJ&K Construction, Inc. reserves all of its defenses without exception.  Specifically, BJ&K Construction, Inc. is not the proper party defendant in this case.  The entity who performed work on the property at issue was BJ&K Condo Construction, Inc..  BJ&K Construction, Inc. requests dismissal without prejudice, and provided a supplemental and amended complaint naming the correct defendant identified in this filing, the undersigned will accept service for BJ&K Condo Construction, Inc..

1

**Respectfully Submitted:**

/s/ Joshua G. Keller
FREDERIC THEODORE "TED" Le CLERCQ, T.A. (#23517)
JOSHUA G. KELLER (#29288)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans  Louisiana  70130
Phone: (504) 581-5141
Fax: (504) 566-1201
Ted@dkslaw.com
JKeller@dkslaw.com
Attorneys for Defendant, BJ&K Construction, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel for BJ&K Construction, Inc. filed on June 30, 2010 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of June, 2010.

/s/Joshua G. Keller