UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, etc., et al.,           CASE NO. 10-362

       Plaintiffs,

v.

KNAUF GIPS KG, et al.,

       Defendants.
_____/

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS PURSUANT TO PRETRIAL ORDER 'G'

**PAUL L. ORSHAN, P.A.** as counsel for Defendant **GROVE HAMMOCKS INVESTMENTS, LLC** (Subclass #54) enters its *Notice of Appearance and Request for Service of Papers*, and pursuant to the applicable Rules respectfully requests that undersigned counsel be added to the Court's docket for all counsel of record. All further notice and copies of pleadings, papers, and other material relevant in this matter should be directed to and served upon:

Paul L. Orshan, Esq.
Paul L. Orshan, P.A.
2506 Ponce de Leon Boulevard
Coral Gables, FL 33134
*paul@orshanpa.com*
TEL: 305-529-9380
FAX: 305-402-0777

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 8, 2010, a true and correct copy of the foregoing Notice was served via email and/or U.S. mail upon: Plaintiffs' counsel on the attached Service List.

PAUL L. ORSHAN, P.A.
Counsel for **GROVE HAMMOCKS INVESTMENTS, LLC**
2506 Ponce de Leon Boulevard
Coral Gables, FL 33134
TEL.: 305-529-9380
FAX: 305-402-0777
*paul@orshanpa.com*

By: _/s/ Paul L. Orshan_
Paul L. Orshan, Esq.
Florida Bar No. 776203

*Joyce W. Rogers, et al. v. Knauf Gips, K.G., et al.*

**Exhibit "C"–Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Omnibus Class Action Complaint (IV)**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Herbert Flowers<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX 75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

| |
|---|
| Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>mmoreland@becnellaw.com |
| Bencomo & Associates<br>639 Loyola Ave.<br>Suite 2110<br>New Orleans, LA 70119<br>Phone: (504) 529-2929<br>ben_law@bellsouth.net |
| Joseph M. Bruno<br>The Law Office of Joseph M. Bruno<br>855 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 561-6776<br>Fax: (504) 561-6775<br>stephaniep@jbrunolaw.com |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |

| |
|---|
| John M. Dubreuil<br>Daigle, Fisse & Kessenich<br>227 Hwy 21<br>Madisonville, LA 70447<br>Phone: (985) 871-0800<br>Fax: (985) 871-0899<br>jdubreuil@daiglefisse.com |
| Joshua M. Palmintier<br>deGravelles, Palmintier, Holthaus & Fruge, LLC<br>618 Main Street<br>Baton Rouge, LA 70801<br>Phone: (225) 344-3735<br>Fax: (225) 336-1146 |
| Michael Freedland<br>Freedland Russo, PL<br>2843 Executive Park Drive<br>Weston, FL 33331<br>Phone: (954) 467-6400<br>Fax: (954) 670-2530<br>Debra@westonlawyers.com |
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Michael D. Hausfeld<br>Richard S. Lewis<br>James J. Pizzirusso<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>jpizzirusso@hausfeldllp.com |

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
153 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
gerry@lambertandnelson.com

| |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Russel Lazega<br>David Bierman<br>Law Offices of Russel Lazega, P.A.<br>13499 Biscayne Blvd., Suite 107<br>North Miami, FL 33181<br>Phone: (305) 981-9055<br>Fax: (305) 981-9053<br>Joey@LazegaLaw.com |
| Paul A. Lea, Jr.<br>Paul A. Lea, Jr., APLC<br>527 E. Boston St., Suite 201<br>Covington, LA 70433-2948<br>Phone: (985) 292-2300<br>Fax: (985) 292-3501<br>jean@paullea.com |
| Andrew A. Lemmon<br>Lemmon Law Firm, LLC<br>15058 River Road<br>Hahnville, LA 70057<br>Phone: (985) 783-6789<br>Fax: (985) 783-1333<br>tiffany@lemmonlawfirm.com |

| |
|---|
| Arnold Levin <br> Fred S. Longer <br> Matthew Gaughan <br> Levin, Fishbein, Sedran & Berman <br> 510 Walnut Street, Suite 500 <br> Philadelphia, PA 19106 <br> Phone: (215) 592-1500 <br> Fax: (215) 592-4663 <br> alevin@lfsblaw.com |
| Daniel K. Bryson <br> Lewis & Roberts, PLLC <br> 3700 Glenwood Avenue <br> Suite 410 (27612) <br> P.O. Box 17529 <br> Raleigh, NC 27619 <br> Phone (919) 981-0191 <br> Fax: (919) 981-0199 <br> akf@lewis-roberts.com |
| James Robert Reeves <br> Lumpkin & Reeves <br> 160 Main Street <br> Biloxi, MS 39530 <br> Phone: (228) 374-5151 <br> Fax: (228) 374-6630 <br> jrr@lumpkinreeves.com |
| Scott R. Bickford <br> Larry J. Centola <br> Martzell & Bickford <br> 338 Lafayette Street <br> New Orleans, LA 70130 <br> ljc@mbfirm.com |

| |
|---|
| David P. Matthews<br>Julie L. Rhoades<br>Matthews & Associates<br>2905 Sackett Street<br>Houston, TX 77098<br>Phone: (713) 535-7179<br>Fax: (713) 535-7184<br>lnielsen@dpmlawfirm.com |
| Chip A. McCallum<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>lmarler@mhcilaw.com |
| Mark A. Milstein<br>Jason J. Rudolph<br>Milstein, Adelman and Kreger, LLP<br>2800 Donald Douglas Loop North<br>Santa Monica, CA 90405<br>Phone: (310) 396-9600<br>Fax: (310) 396-9635<br>eshipman@maklawyers.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>One University Park<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

| |
|---|
| Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road, Suite 101<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| H.K. Skip Pita<br>Pita & Del Prado<br>9350 South Dixie Hwy, Suite 1200<br>Miami, FL 33156<br>Phone: (305) 670-8060<br>Fax: (305) 670-6666<br>spita@pdfirm.com |
| W. Lee Pittman<br>Booth Samuels<br>Pittman, Dutton, Kirby & Hellums, P.C.<br>2001 Park Place North, Ste. 1100<br>Birmingham, AL 35203<br>Phone: (205) 322-8880<br>Fax: (205) 328-2711<br>booths@pdkhlaw.com |
| Victor M. Diaz<br>Podhurst Orseck, PA<br>25 W. Flagler St., Suite 800<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com<br>jdonner@podhurst.com |

| |
|---|
| Ewell Potts, Jr.<br>Potts & Potts, APLC<br>7216 W. Judge Perez Drive<br>Arabi, LA 70032<br>Phone: (504) 277-1588<br>Fax: (504) 277-1589<br>pottsandpotts@bellsouth.net |
| H. Clay Roberts<br>Roberts & Durkee, PA<br>Alhambra Towers, Penthouse I<br>121 Alhambra Plaza, Suite 1603<br>Coral Gable, FL 33134<br>Phone: (305) 442-1700<br>Fax: (305) 442-2559<br>roberts@rdlawnet.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |
| Michael W. Simon<br>Simon, Sigalos & Spyredes PA<br>3839 NW Boca Raton Blvd.<br>Suite 100<br>Boca Raton, FL 33431<br>Phone: (561) 447-0017<br>Fax: (561) 447-0018<br>msimon@3slaw.com |

| |
|---|
| George R. Irvine, III<br>Stone, Granade & Crosby, P.C.<br>7133 Stone Drive<br>Daphne, Alabama 36526<br>Phone: (251) 626-6696<br>Fax: (251) 626-2617<br>gri@sgclaw.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>51 St. Joseph Street<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| Tom W. Thornhill<br>Thornhill Law Firm A PLC<br>1308 Ninth Street<br>Slidell, LA 70458<br>Phone: (985) 641-5010<br>Fax: (985) 641-5011<br>tom@thornhilllawfirm.com |
| Sidney D. Torres, III<br>Roberta L. Burns<br>Law Offices of Sidney D. Torres, III<br>Torres Park Plaza, Suite 303<br>8301 West Judge Perez Dr.<br>Chalmette, LA 70043<br>Phone: (504) 271-8421<br>Fax: (504) 271-1961<br>Pmichon@torres-law.com |
| James M. Scarmozzino, Esquire<br>Webb & Scarmozzino,<br>2121 West First Street, Ste. 200<br>Ft. Myers, FL 33901<br>Phone: (239) 334-1600<br>Fax: (239) 334-7979 |

| |
|---|
| Eric D. Wooten<br>Thomas E. Vaughan<br>Wooten Law Firm, PLLC<br>1617 25th Avenue<br>Gulfport, MS 39501<br>Phone: (228) 214-1281<br>Fax: (228) 864-8962<br>edwvbw@gmail.com |
| R. Tucker Yance<br>Yance Law Firm, LLC<br>169 Dauphin St.<br>Suite 318<br>Mobile, AL 36602<br>Phone: (251) 432-8003<br>Fax: (251) 432-8009<br>rty@yancelaw.com |
| **PRO SE PLAINTIFFS** |
| Cooper, Brenda<br>1812-14 Mazant Street<br>New Orleans, LA 70117 |
| Dejan, Charlotte<br>4635 Evangaline<br>New Orleans, LA 70127 |
| Dejan, Leroy & Ann<br>4624 Chantilly Drive<br>New Orleans, LA 70126 |
| McCoy, Clyde & Ira<br>11417 S. St. Andrew Circle<br>New Orleans, LA 70128 |