OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA 70130

MDL 2047

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 JUN 25 PM 4:16
LORETTA G. WHYTE
CLERK

Date: June 25, 2010

Sean and Beth Payton, et al

vs.

Knauf Gips KG, et al

Case No. 09-7628 Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) G.L. Homes Limited Corporation a/k/a GL Homes Limited Corporation

   (address) 1600 Sawgrass Corporate Parkway, Ste. 230, Sunrise, FL 33323

2. (name) _____

   (address) _____

3. (name) _____

   (address) _____

4. (name) _____

   (address) _____

Very truly yours,

"Signature"

Attorney for Plaintiffs

Address Levin, Fishbein, Sedran & Berman
510 Walnut Street, Ste. 500
Philadelphia, PA 19106

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____