READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING

## TRANSCRIPT ORDER

| | |
|---|---|
| **District Court** | **District Court Docket Number** |
| Eastern District of Louisiana | 09-MD-2047/09-6687 |

Short Case Title _Drywall MDL/Germano v. Taishan_   Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court _6/10/10_   Court of Appeals # _10-30568_ _(If Available)_

U.S. DISTRICT COURT
2010 JUN 24 PM 4:07

LORETTA G. WHYTE
CLERK

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☑ Transcript is already on file in Clerk's office
- ☐ This is to order a transcript of the following proceedings: *(check appropriate box)*

    Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| January 29, 2010 | Oral Argument | Hon. Eldon E. Fallon |
| | | |
| | | |
| | | |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☑ Private funds; ☐ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*; ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter; ☐ U.S. Government Funds;
- ☐ Other _____

Signature _____   Date Transcript Ordered _6/24/10_

Print Name _Thomas P. Owen, Jr._   Counsel for _Taishan Gypsum Co. Ltd_

Address _909 Poydras St., Ste. 2500, New Orleans LA 70112_   Telephone _504-523-1580_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.**   COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

_____   _____   _____
Date   Signature of Court Reporter   Telephone

Address of Court Reporter: _____
**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

**PART III.**   NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

Fee _____
Process _____

_____ Actual Number of Pages   Actual Number of Volumes _____

CtRmDep _____
Doc. No. _____

_____   _____
Date   Signature of Court Reporter

DKT-13 (5/96)