U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   JUN 2 1 2010  W/

LORETTA G. WHYTE
Clerk

Joyce W. Rogers. et al ( Juan & Jullian Arcinega #285)   )
_____   )

Plaintiff   )

V.   )   Civil Action No. 10-362,L (2)

Knauf Gips KG, et al (Comfort Home Builders, Inc.#571) )
_____   )

Defendant

---

**MOTION #1** to allow the former Owner (100% of common stock) and Former President of Defendant; Comfort Home Builders, Inc (CHBI); **James A. Gordon**, to represent CHBI in this Civil Action.

The defendant CHBI had filed a letter with the court as of May 20th, 2010. This letter was received by the court, being stamped by the clerk's office as of May 20th, within the proper summons response time. The clerk returned the letter with the request that the defendant "must be represented by an attorney qualified to practice before this court."

See attached Memorandum in support of this motion. Due to the clerk's refusal to forward this letter to the court based on current rules, I ask that the court approve this motion to represent

**TENDERED FOR FILING**

JUN 2 1 2010

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee _____
___ Process _____
X   Dktd _____
X   CtRmDep _____
___ Doc No. _____

Page 1 of 3 - Motion to Represent Civil Case No. 10-362, L (2)

CHBI and the Court review Motion #2, to dismiss, which will be the only representations the defendant will be making to the court.

Submitted by:

*[signature]*

James A. Gordon

Former President of Comfort Home Builders, Inc.
1686 Lakeview Terrace
North Ft. Myers, Florida 33903
Phone: 239-656-5090 (cell: 239-246-5748)

Copy to: Counsel for the Plaintiff:   Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113