## MEMORANDUN IN SUPPORT OF MOTION #1

**Financial Hardship:** The defendant CHBI has been totally liquidated during 2009 as a result of the personal bankruptcy (Chapter 7) of James A. Gordon the sole former owner of CHBI. (see Motion #2 for more deals). Any expense born from obtaining legal counsel for this civil action would need to be paid by James Gordon personally which I cannot afford and CHBI has no assets.

**Unable to find free legal representation:** The defendant apologizes to the court for the slow response to the clerk's return of my original reply, but in seeking an attorney just to reply to the court for CHBI without fee has been impossible thus far. Therefore the necessity for this motion so as to not delay the outcome of this case any further...

**Representing CHBI for only one additional action**: With the courts approval of this Motion to represent CHBI I will only be representing the defendant for the attached Motion #2 to dismiss this case as outlined in the Motion #2. If the court chooses to not dismiss the case, no further representation will be necessary as the plaintiffs have nothing to gain from judgment against the defunct CHBI.

Attachments:

Exhibit #1 (Motion #1) Copy of Chapter 7
Exhibit #2 Copy of Clerks letter to me. 2 pages