B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 9:09-bk-07034-ALP

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

James A Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Sam M Gordon
aka Sam Marie Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Social Security No.:
xxx-xx-1873

xxx-xx-3061

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

*[signature]*

Dated: October 12, 2009

Alexander L. Paskay
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*[handwritten: Exhibit 1 — Motion #1   Civil Action # 10-362, L (2)]*

022225

3870902247015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
May 25, 2010

**MEMORANDUM**

Exhibit #2

TO: James A. Gordon
Comfort Home Builders Inc.
1686 Lakeview Terrace
North Ft. Myers, FL 33903

SUBJECT: Rogers, et al vs. Knauf Gips, KG, et al, 10-362, L (2)

We are returning your **Letter/Answer** which you submitted as noted below:

_ 1. All pleadings and other papers filed must be on 8½" x 11" paper, double spaced, and legibly handwritten or typed. On the first page of each document, the top margin must be 2½", the bottom margin must be 1½", and the left and right margins must each be 1" from the edge of the page. On subsequent pages the top margin will be 1½" and all other margins will be no less than 1".

_ 2. Every paper filed, after the complaint, must bear the name of this Court, the title, docket number, section, and magistrate judge number. LR10.1E&M.

_ 3. A complaint, affidavit or other pleading submitted to the Clerk for filing must bear an original signature. A copy is not sufficient. LR11.1E.

_ 4. The petitioner's name, address, and telephone number shall be typed or printed below the signature. LR11.1E.

_ 5. The complaint and any other pleading must be signed by the petitioner personally unless petitioner is represented by a member of the bar of this Court. If the petitioner is represented, pleadings must be signed and submitted by counsel. LR11.1E.

_ 6. Every pleading shall bear a certificate by the party who files it that copies have been served on all counsel of record by hand or by mail. LR5.3.

_ 7. Parties filing a motion shall, at the time of filing, notice it for hearing. LR7.2E.

_ 8. Except as noted in Rule LR7.3E, all motions shall be accompanied by a memorandum in support. LR7.4.

_ 9. Memoranda may not be supplemented without permission of the Court. LR7.4

_10.  Consent or ex parte motions, which need not be noticed for hearing, shall be accompanied by a proposed order. LR7.3E.

_11.  Once an answer has been filed, a complaint may not be amended or supplemented without permission of the Court. LR7.6E.

_12.  Discovery requests and responses thereto must not be filed until they are used in a proceeding before the court or until the court grants an order allowing said filing. FRCP 5(d).

**X13. 28 U.S.C. § 1654 precludes a corporation from appearing through a lay person. A corporation must be represented by an attorney qualified to practice before this Court.**

_14.  OTHER:

**CLERK OF COURT**

By: _____
**Deputy Clerk**

**Respond to:**
Clerk, U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

1 - 504 589 7650
Pro Se → Dept.
589-7751