Joyce W. Rogers. Et al ( Juan & Jullian Arcinega #285)   )

_____   )

Plaintiff                                   )

V.                                          )   Civil Action No. 10-362,L (2)

Knauf Gips KG, et al  (Comfort Home Builders, Inc.#571)  )

_____   )

Defendant

_____

**MOTION #2** to Dismiss defendant COMFORT HOME BUILDERS, INC. (CHBI) from this

civil action.

The defendant CHBI had filed a response letter with the court as of May 20th, 2010. This letter

was received by the court, being stamped by the clerk's office as of May 20th, within the proper

summons response time. The clerk returned the letter with the request that the defendant "must

be represented by an attorney qualified to practice before this court."

Due to the clerk's refusal to forward that letter to the court based on current rules. I submitted

Motion #1 to represent CHBI personally. In the matter of this Motion to Dismiss, I request the

case against CHBI be dismissed. Based on the following:

1. Closure & Liquidation of CHBI prior to this lawsuit.

2. Plaintiffs never contacted CHBI about this defect in their home. CHBI was never allowed to correct the problem while still in business.

3. CHBI never had any previous knowledge that defective drywall was ever used in the construction of the home until this and other two lawsuits on homes have been filed. CHBI completed 250 plus homes in this time period and only 3 home owners have this problem to date.

4. Plaintiffs never purchased the home from CHBI. The home was sold by it's owner (not CHBI) to a prior buyer in a bulk with 71 other homes expressly without warranty.

See attached Memorandum in support of this motion.

Submitted by:

James A. Gordon

Former President of Comfort Home Builders, Inc.
1686 Lakeview Terrace
North Ft. Myers, Florida 33903
Phone: 239-656-5090 (cell: 239-246-5748)

Copy to: Counsel for the Plaintiff:     Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Coltar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113