B18J(Form 18J) (08/07)

# United States Bankruptcy Court

Middle District of Florida

Case No. 9:09-bk-07034-ALP

Chapter 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
James A Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Sam M Gordon
aka Sam Marie Gordon
1686 Lakeview Terrace
North Fort Myers, FL 33903

Social Security No.:
xxx-xx-1873

xxx-xx-3061

Employer's Tax I.D. No.:

## DISCHARGE OF JOINT DEBTORS

It appearing that the debtors are entitled to a discharge,

**IT IS ORDERED:**

The debtors are granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

BY THE COURT

*[signature]*

Dated: October 12, 2009

Alexander L. Paskay
United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

*[handwritten: Exhibit 1 - Motion to Dismiss Case No. 10-362, L (2)]*

022225

38709022247015

June 18, 2010

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

RESPONSE: Civil Action No. 10-362 Section L Mag 2

Dear Mr. Herman & Mr. Davis

Attached please find a cover letter to the Clerk of the Court and two motions being made by me to the Court.

Motion # 1: For the Court to approve me to represent Comfort Home Builders, Inc. which is now defunct.
This request is solely to present Motion #2. If not dismissed than CHBI will be unable to represent itself as it has been liquidated. Basically I am doing this only to save you, the Court and your client time and money because there is nothing to get from any suite against a defunct company. After this CHBI will no longer response because it does not exist.

Motion # 2: Assuming the court agrees to #1, that the case be dismissed for the reasons outlined in the motion. Primarily that CHBI no longer exists and has been liquidated as of 12/31/10. Also, your client never purchased the property from CHBI nor had any warranty offered by CHBI.

Copies of all exhibits supplied to the court for these motions.

If you have any question please call me at 239-656-5090.

Sincerely,

James A. Gordon
Former President & Owner of Comfort Home Builders, Inc.

Encl:

Copy of Motions # 1 & 2 - 7 pages
Exhibits given to court:
Chapter 7 bankruptcy discharge of James A. Gordon 1 page
Copy of cover letter to Clerk of Court

Exhibit #2 : Case No. 10-362, L (2)
Motion to Dismiss

**James Gordon**
1686 Lakeview Ter.
N. Fort Myers, FL 33903

Clerk of the Court
US District Court
Eastern District of Louisiana
500 Poydras St. Room C-121
New Orleans, LA 70130

MOTIONS: Civil Action No. 10-362 Section L Mag 2







7010 0290 0002 9899 8772

CERTIFIED MAIL

RETURN RECEIPT REQUESTED

U.S. POSTAGE PAID
CAPE CORAL, FL 33990
JUN 18, '10
AMOUNT
$6.49
000387750-06