UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION** | * * | **MDL DOCKET NO. 2047** |
| | * | **JUDGE FALLON SECTION "L"** |
| **This document relates to Case No. 09-6690** | * | |
| | * | **MAGISTRATE JUDGE WILKINSON** |

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORM

Defendant, Belfor USA Group, Inc. ("Belfor"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a thirty day extension of time to submit a Profile Form to Plaintiff's liaison counsel, and in support thereof states as follows:

1. On May 24, 2010, Belfor was served with Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III). [Doc. No. 2187].

2. On May 27, 2010, the Court entered Pre-Trial Order No. 1G requiring defendant to submit a Profile Form within forty days after service of process.

1

3. Belfor and its counsel have been diligently working to obtain the information necessary to complete the form. Additional time is needed to compile the information required and to confirm the accuracy of such information.

4. An extension of time will neither prejudice the parties nor delay this matter.

5. Federal Rule of Civil Procedure 6 grants this Court authority to grant the relief requested.

WHEREFORE, Defendant, Belfor USA Group, Inc., hereby respectfully requests an extension of time until August 2, 2010 to submit the Profile Form.

Respectfully submitted,

**BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.**

/s/ Adam B. Zuckerman
Adam B. Zuckerman (Bar. No. 25943)
Sarah K. Casey (Bar No. 32385)
201 St. Charles Avenue, Suite 3600
New Orleans, Louisiana  70170
Telephone:    (504) 566-5200
Facsimile:    (504) 636-4000

**ATTORNEYS FOR DEFENDANT, BELFOR USA GROUP, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion for Extension of Time to Submit Profile Form has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30 day of June, 2010.

                                                       ___/s/ Sarah K. Casey_____