UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHINESE-MANUFACTURED DRYWALL PRODUCT LIABILITY LITIGATION | * * | MDL DOCKET NO. 2047 |
| This document relates to Case No. 09-6690 | * * * | JUDGE FALLON SECTION "L" MAGISTRATE JUDGE WILKINSON |

**O R D E R**

Considering the foregoing Ex Parte Motion for Extension of Time to Submit Profile Form:

It is hereby ORDERED that the Motion is GRANTED, and that the deadline for Defendant, Belfor USA Group, Inc. to submit its Profile Form to Plaintiff's Liaison Counsel is extended until August 2, 2010.

New Orleans, Louisiana, this ____ day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE

NO SKC01 311685 v1
2900508-000054 06/29/2010