OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA     70130

*FILED*
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUN 29 PM 3:14

LORETTA G. WHYTE
CLERK

Date:   June 25, 2010

Dean and Dawn Amato, et al

vs.

Liberty Mutual Insurance Co., et al

Case No.  10-932     Section  L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name)   First Commercial Insurance Company
   (address)   c/o Florida Chief Financial Officer as RA

2. (name)   Service of Process Section
            P. O. Box 6200,
   (address)   Tallahassee, FL 32314-6200

3. (name)   _____
   (address)   _____

4. (name)   _____
   (address)   _____

Very truly yours,

Bruce W. Steckler
"Signature"

Attorney for   Plaintiffs

Address  Baron and Budd, P.C.
         3102 Oak Lawn Ave., Suite 1100
         Dallas, Texas 75219

___ Fee ____
_✓_ Process ____
_x_ Dktd ____
___ CtRmDep ____
___ Doc. No. ____