OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUN 29 PM 3:14

LORETTA G. WHYTE
CLERK

Date:   June 25, 2010

Dean and Dawn Amato, et al

vs.

Liberty Mutual Insurance Co., et al

Case No. 10-932    Section   L

Dear Sir:

Please (issue) **(re-issue)** summons on the (complaint) **(amended complaint)** (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name)    Sunshine State Insurance Company
   (address) c/o Florida Chief Financial Officer as RA

2. (name)    Service of Process Section
             P. O. Box 6200,
   (address) Tallahassee, FL 32314-6200

3. (name)    _____
   (address) _____

4. (name)    _____
   (address) _____

Very truly yours,

*Bruce W. Steckler*
"Signature"

Attorney for   Plaintiffs

Address   Baron and Budd, P.C.
          3102 Oak Lawn Ave., Suite 1100
          Dallas, Texas 75219

___ Fee _____
___ Process _____
 x  Dktd _____
___ CtRmDep _____
___ Doc. No. _____