UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DAVID GROSS, et al                    CIVIL ACTION NO. 09-6690
        Plaintiffs
versus
                                MDL No. 09-md-2047

KNAUF GIPS KG, et al
        Defendants

## ORDER

IT IS ORDERED BY THE COURT that Baron Construction Company be and is hereby granted an additional thirty (30) days time within which to file responsive pleadings in the above-numbered and entitled cause. However, the Court directs counsel to Pretrial Order No. 1G which contains a provision currently and temporarily suspending deadlines to file responsive pleadings.

New Orleans, Louisiana, this 30th day of _____ June _____, 2010.

                                        _____
                                            JUDGE

103-0048