IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-6690) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES | x x | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Motion for Extension of Time to Respond to the Profile Form, filed herein by BY GEORGE, INC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant BY GEORGE, INC. shall be granted until July 15, 2010 within which to respond to the Profile Form served in the above-captioned matter, Civil Action No. 09-6690, within MDL No. 2047.

New Orleans, Louisiana, this 30th day of June, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1089685