UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINEASE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| JACQUES SENAC AND DARA SENAC | * * | MAG. WILKINSON |
| Versus | * * | 10-1594 |
| STATE FARM AND CASUALY COMPANY | * * | |

### ORDER

The Joint Motion and Order of Dismissal having been considered;

IT IS HEREBY ORDERED that the Petition of Jacques Senac and Dara Senac be and hereby is dismissed without prejudice, each party to bear their own respective costs.

New Orleans, Louisiana, this 30th day of _____June_____, 2010.

_____
UNITED STATES DISTRICT JUDGE