UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL     MDL No. 2047
PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:     SECTION: L

Case No. 10-362     Judge Eldon Fallon
*Joyce W. Rogers, et al v. Knauf Gips KG, et al*     Mag. Judge Joseph Wilkinson

*************************************************************************************

## ORDER

Given the foregoing *Ex Parte* Motion for Extension of Time to Complete Builder Profile:

**IT IS HEREBY ORDERED** that Defendant, West Construction, Inc., is granted an extension of time until July 15, 2010 in which to complete and submit the appropriate Profile form.

New Orleans, Louisiana this ___30th___ day of ___June___, 2010.

HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE