UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL. NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | CASE NO. 10-362 |
| LITIGATION | * | |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| JOYCE W. ROGERS, et al | * | |
| v. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al | * | |
| Case No. 2:10-CV-0362 | * | |

**************************************

### ORDER

**CONSIDERING** the foregoing Motion for Extension of Time to serve Distributor Profile Form;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Holmes Building Materials, LLC's motion is granted and that Holmes Building Materials has up to and including July 12, 2010 to serve its Defendant Distributor Profile Form.

New Orleans, Louisiana, this __30th__ day of __June__, 2010.

_____
**JUDGE ELDON FALLON**