## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| DAVID GROSS, et al VS. KNAUF GIPS GP, et al CASE NO. 09-6690 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that subject to all reservation of rights and without waiver of any defenses, Kevin L. Cole, Larry Canada, Andrew J. Gibson and Kathryn Breard Platt of the law firm of Galloway, Johnson, Tompkins, Burr & Smith, hereby enter their appearance as counsel of record for Timberline Homes, Inc., who is sought to be made defendant in the above named and numbered cause of action. Please update and add the undersigned to all of your service and distribution lists in this matter.

        Respectfully submitted,

        **GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH, APLC**

        S/ KEVIN L. COLE
        **KEVIN L. COLE, LA Bar No. 04248**
        Email: kcole@gjtbs.com
        **ANDREW J. GIBSON, LA Bar No. 29583**
        Email: agibson@gjtbs.com

#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
Attorneys for Timberline Homes, Inc.

    -and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
Attorneys for Timberline Homes, Inc.

## CERTIFICATE OF SERVICE

    I hereby certify the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 30th day of June, 2010.

                                                   S/ KEVIN L. COLE
                                                  **KEVIN L. COLE**