# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| DAVID GROSS, et al | * | |
| VS. | * | |
| KNAUF GIPS GP, et al | * | |
| CASE NO. 09-6690 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## TIMBERLINE HOMES, INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant, Timberline Homes, Inc. ("Timberline"), hereby submits its Corporate Disclosure Statement, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 5.6 of the Uniform Local Rules of the United States District Courts of Louisiana.

The undersigned counsel of record for Timberline hereby certifies that:

(1) Timberline does not have a corporate parent; and

(2) Timberline is not a publicly traded corporation listed on any stock exchange; and therefore, no corporation owns 10% or more of its stock.

Respectfully submitted, this 30th day of June, 2010.

                GALLOWAY, JOHNSON, TOMPKINS,
                  BURR & SMITH

      By: _/s/ KEVIN L. COLE_____
           **KEVIN L. COLE, LA Bar No. 04248**

Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email:  agibson@gjtbs.com
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
Attorneys for Timberline Homes, Inc.

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
Attorneys for Timberline Homes, Inc.

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Timberline Homes, Inc.'s Corporate Disclosure Statement* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 30th day of June, 2010.

_/s/_    KEVIN L. COLE
KEVIN L. COLE, LA Bar No. 04248