David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0175

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company of Biloxi, c/o Sherwood R. Bailey

Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _MISSISSIPPI_ ) ss.
County of: _HARRISON_ )

**Name of Server:** _____, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _25_ day of _MAY_, 20_10_, at _1:35_ o'clock _P_ M

**Place of Service:** at ~~Bailey Building 716~~ BAILEY LUMBER & HOME CENTER Administrative offices 410 PASS ROAD ~~Washington Avenue Tr.~~, in Gulfport, MS 39507

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company of Biloxi, c/o Sherwood R. Bailey**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _SHERWOOD R. BAILEY — REGISTERED AGENT_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _M_ ; Skin Color _White_ ; Hair Color _Brown_ ; Facial Hair _____
Approx. Age _50-65_ ; Approx. Height _5'11_ ; Approx. Weight _180_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this _28_ day of _May_, 20 _10_

Michelle Murray
Notary Public         (Commission Expires)

**APS International, Ltd.**