003578.01402M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.:   2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG: JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*GROSS, ET. AL. V. KNAUF GIPS KG, ET. AL.*<br><br>CASE NO.  2:09-cv-06690 (E.D.LA.) | |

_____/

## DEFENDANT, PRINCETON HOMES, INC.'S, MOTION TO SUBSTITUTE COUNSEL

Defendant, PRINCETON HOMES, INC., by and through its undersigned counsel, hereby moves to substitute its counsel of record in this action, and in support thereof, states:

1. L. Louis Mrachek of the law firm of Page, Mrachek, Fitzgerald & Rose, P.A. is currently PRINCETON HOMES, INC.'s counsel of record in this action.

2. PRINCETON HOMES, INC. desires to substitute Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP as its counsel of record.

WHEREFORE, Defendant, PRINCETON HOMES, INC., respectfully requests that the Court enter an Order approving the substitution of Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP for PRINCETON HOMES, INC. in this action.

CASE NO. 2:09-cv-06690 (MDL No. 2047)
Page 2 of 3

Respectfully submitted,

Dated: July 1, 2010

| | |
|---|---|
| **MINTZER. SAROWITZ. ZERIS. LEDVA & MEYERS, LLP** | **PAGE, MRACHEK, FITZGERALD & ROSE, P.A.** |
| /s/ Raul R. Loredo | /s/ L. Louis Mrachek |
| **Raul R. Loredo, Esquire** | **L. Louis Mrachek, Esquire** |
| Addison J. Meyers, Esquire | Suite 600, 505 South Flagler Drive |
| The Waterford at Blue Lagoon | West Palm Beach, FL |
| 1000 NW 57th Court, Suite 300 | Tel: 561-655-2250 |
| Miami, FL 33126 | Fax: 561-655-5537 |
| Tel: 305-774-9966 | lmrachek@pm-law.com |
| Fax: 305-774-7743 | |
| rloredo@defensecounsel.com | |
| ameyers@defensecounsel.com | |

## CERTIFICATE OF SERVICE

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 1st day of July, 2010.

/s/ Raul R. Loredo
Raul R. Loredo