UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     MDL 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION

SECTION: L

JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DOCKET NUMBER: 2:10-CV-00361
*Kenneth Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.–Omni II*

*NOTICE OF APPEARANCE OF COUNSEL
ON BEHALF OF CITY SALVAGE, INC.*

NOW COMES City Salvage, Inc., which files this Notice of Appearance, with Charles J. Foret (La. Bar 05700), Katherine M. Loos (La. Bar 01191) and Jason R. Garrot (La. Bar 29202) appearing on behalf of City Salvage, Inc.

This appearance is submitted without waiver of objection to jurisdiction, venue or service on behalf of City Salvage, Inc. in accordance with Pre-Trial Order No. 1.

Respectfully submitted,

**BRINEY & FORET**

BY:  /s/ Katherine M. Loos
CHARLES J. FORET-Bar Roll No. 05700
KATHERINE M. LOOS-Bar Roll No. 01191
JASON R. GARROT-Bar Roll No. 29202
413 Travis Street, Suite 200
Post Office Drawer 51367
Lafayette, Louisiana 70505-1367
Telephone:  (337) 237-4070
Facsimile:  (337) 233-8719
Email: foret@brineyforet.com
Email: loos@brineyforet.com
Email: garrot@brineyforet.com
*ATTORNEYS FOR DEFENDANT,
CITY SALVAGE, INC.*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing pleading, ***Notice of Appearance of Counsel on Behalf of City Salvage, Inc.*** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of July, 2010.

                                                                  /s/ Katherine M. Loos