UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>DOCKET NUMBER: 2:10-CV-00361<br>*Kenneth Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.–Omni II* | |

*CITY SALVAGE, INC.'S NOTICE OF CORPORATE DISCLOSURE*

Pursaunt to Rule 7.1 of the Federal Rules of Civil Procedures and the Local Rules of Court, CITY SALVAGE, INC. is a privately owned corporation, which has no parent companies, nor is it owned in any part by a publicly held corporation.

Respectfully submitted,

**BRINEY & FORET**

BY:   /s/ Katherine M. Loos
CHARLES J. FORET-Bar Roll No. 05700
KATHERINE M. LOOS-Bar Roll No. 01191
JASON R. GARROT-Bar Roll No. 29202
413 Travis Street, Suite 200
Post Office Drawer 51367
Lafayette, Louisiana 70505-1367
Telephone:  (337) 237-4070
Facsimile:  (337) 233-8719
Email: foret@brineyforet.com
Email: loos@brineyforet.com
Email: garrot@brineyforet.com
*ATTORNEYS FOR DEFENDANT,*
*CITY SALVAGE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading, ***City Salvage, Inc.'s Notice of Corporate Disclosure*** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of July, 2010.



                                       /s/ Katherine M. Loos