# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL** | * | **MDL NO. 2047** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. WILKINSON** |

*************************************************

| | | |
|---|---|---|
| **This document relates to:** | * | |
| | * | |
| **SHELLY SANSONE** | * | NO:  10-723 |
| | * | |
| **vs.** | * | |
| | * | |
| **STATE FARM FIRE & CASUALTY COMPANY** | * | |

***************************************************************************

## ORDER

Considering Plaintiff's Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED, that Hugh Lambert and Cayce Peterson of the law firm of

Lambert & Nelson, P.L.C. and Wayne Kreger and Jason Rudolph of the law firm of Milstein,

Adelman & Kreger, L.L.P are enrolled as counsel of record for Plaintiff in this matter.

NEW ORLEANS, LOUISIANA, this 30th  day of _____ June _____, 2010.

Honorable Eldon E. Fallon
United States District Judge