UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 |
| | | JUDGE FALLON |
| | * | MAG. WILKINSON |
| This document relates to: | * * | |
| JAMES H. GALLOWAY, JR. | * * | NO: 10-0688 |
| vs. PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD | * * * * | |

## ORDER

Considering Plaintiff's Motion to Enroll Additional Counsel of Record:

IT IS HEREBY ORDERED, that Hugh Lambert and Cayce Peterson of the law firm of Lambert & Nelson, P.L.C. and Wayne Kreger and Jason Rudolph of the law firm of Milstein, Adelman & Kreger, L.L.P are enrolled as counsel of record for Plaintiff in this matter.

NEW ORLEANS, LOUISIANA, this 30th day of June, 2010.

Honorable Eldon E. Fallon
United States District Judge