UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | CIVIL ACTION NO.: 09-MDL-2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Sean and Beth Payton, individually on an behalf of all others similarly situated<br><br>v.<br><br>KNAUF GIPS KG, et al<br>Civil Action No. 09-07628 | * * * * * * * * * * | MAG. WILKINSON |

*****************************************************************************

### ORDER ON EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

Given the foregoing:

IT IS HEREBY ORDERED, that the Motion is GRANTED and that the deadline for Defendant, DMH Development, Co., to submit its Profile Form to Plaintiffs' Liaison Counsel is extended through and including July 15, 2010.

NEW ORLEANS, LOUISIANA this  30th  day of        June        , 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE

4