## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**This Document Relates To:**

**Kelvin Hayes Robins, Sr., Alecia Robins, Individually and OBO their Minor Children, Janeyah M. Hall and Kaleb M. Robins and Tylecia M. Ridgley v. Knauf Gips KG, et al., 2:09-cv-07551-EEF-JCW**

### AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, comeKelvin Hayes Robins, Sr. and  Alecia Robins, (hereinafter "petitioners") who hereby amend their original Complaint in this matter as follows:

I.      By amending the opening paragraph of their original Complaint to add the following additional defendants:

1.      Republic Fire and Casualty Insurance Company, a foreign insurer domiciled in the State of Oklahoma, who is licensed to do business and is doing business in the State of Louisiana; and

2.      Farmers Insurance Exchange a/k/a Farmers Insurance Group, a foreign insurer domiciled in the State of California, who is licensed to do business and is doing business in the State of Louisiana.

1

II.     By adding paragraph 222 to their original Complaint to state as follows:

222.   At all times relevant to these proceedings, Republic Fire and Casualty Insurance Company, by virtue of the premiums paid by petitioners, provided a homeowners' policy of insurance to petitioners which was in full force and effect on all relevant dates to these proceedings insuring petitioners for damages caused to their residence located at 1780 Ashland Drive in Zachary, Louisiana, by defective drywall being installed therein during the construction of said residence; said defective drywall being more fully described in foregoing paragraphs.

III.    By adding paragraph 223 to their original Complaint to state as follows:

223.   At all times relevant to these proceedings, Farmers Insurance Exchange a/k/a Farmers Insurance Group, by virtue of the premiums paid by petitioners, provided a homeowners' policy of insurance to petitioners which was in full force and effect on all relevant dates to these proceedings insuring petitioners for damages caused to their residence located at 1780 Ashland Drive in Zachary, Louisiana, by defective drywall being installed therein during the construction of said residence; said defective drywall being more fully described in foregoing paragraphs.

IV.     Petitioners re-aver and re-allege the allegations of their original Complaint as if copied herein in its entirety.

WHEREFORE, petitioners, Kelvin Hayes Robins, Sr. and  Alecia Robins, pray for:

a.      Equitable, injunctive, and declaratory relief;

b.      Monetary awards for general and specific damages relating to property

        damages and personal injuries in amounts to be determined at trial, but in

        amounts exceeding twenty-five thousand dollars;

c.      Pre-judgment and post-judgment interest at the maximum rate allowable

        at law;

d.      Treble, exemplary, and/or punitive damages in an amount to be

        determined at trial;

e.      The costs and disbursements incurred by Plaintiffs in connection with this

        action, including reasonable attorneys' fees and expert witness fees;

f.      All statutory damages;

g.      Disgorgement of Defendants' profits from the sale of drywall;

                                Respectfully submitted,


                                HYMEL DAVIS & PETERSEN, LLC


                                s/ L. J. Hymel
                                _____
                                L. J. HYMEL (LBN, 07137)
                                MICHAEL REESE DAVIS (LBN, 17529)
                                10602 Coursey Boulevard
                                Baton Rouge, LA 70816
                                Phone: 225.298.8118
                                Fax: 225.298.8119
                                ljhymel@hymeldavis.com

                                **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Amended Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of July, 2010.

<u>        s/ L. J. Hymel        </u>
L. J. Hymel