UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.   2047**<br><br>**SECTION:   L**<br><br>**JUDGE FALLON**<br><br>**MAG. JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*WILTZ, ET. AL. V. BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO., ET. AL.*<br><br>**CASE No.   2:10-cv-00361 (E.D.LA.)** | |

_____/

### ORDER ON DANIEL WAYNE HOMES, INC.'S MOTION TO SUBSTITUTE COUNSEL

CONSIDERING Defendant, Daniel Wayne Home, Inc.'s Motion to Substitute Counsel, IT IS ORDERED that Daniel Wayne Home, Inc.'s Motion to Substitute Counsel is hereby **GRANTED,** and that Raul R. Loredo and Addison J. Meyers of the law firm of MINTZER, SAROWITZ, ZERIS, LEDVA & MEYERS, LLP are hereby substituted and enrolled as counsel of record for Defendant, Daniel Wayne Home, Inc., in lieu and in place of Dorothy Hudson Wimberly and Brooke C. Tigchelaar of the law firm of Stone, Pigman, Walther, Wittmann, LLC.

New Orleans, Louisiana, this 30th day of June, 2010.

*[Signature: Eldon E. Fallon]*
U.S. District Judge

729483