UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO CASE NO. 2:09cv-6690 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

COMES NOW, Defendants, Taylor Morrison Services, Inc., and Taylor Morrison Inc., by and through their undersigned counsel respectfully moves this Honorable Court for additional time in which to submit its Profile Form to liaison counsel, and in support thereof states as follows:

1. Defendants Taylor Morrison Services, Inc., and Taylor Morrison Inc., (collectively, "Taylor") were served with Plaintiffs' Complaint in this matter on May 24, 2010.

2. On May 27, 2010, this Court entered Pre-Trial Order 1G, which among other things, states that defendants shall provide to liaison counsels the appropriate profile form within forty (40) days after service of a Complaint on Defendant.

3. Under the guidelines contained in Pre-Trial Order 1G, the profile forms for Taylor in this matter are due, by July 5, 2010.

4. The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Forms for each individual plaintiff and has previously provided liaison counsel with insurance information in other MDL matters that intersect with those plaintiffs in this matter.

1

5. Defendant Taylor hereby requests an extension of time, through and including July 30, 2010, to complete its submittal of all Profile Forms as required by this Court to liaison counsel.

6. An extension will neither prejudice any of the parties, nor delay this matter.

7. This Court has authority to grant the relief sought herein under Federal Rule of Civil Procedure 6(b)(1).

WHEREFORE, Defendants, Taylor Morrison Services, Inc., and Taylor Morrison Inc., hereby requests this Honorable court to grant this motion for an extension of time through and including July 30, 2010 to submit its Profile Forms as required by this Court and any relief the Court deems just and proper.

Respectfully submitted,

/s/ Neal A. Sivyer
Neal A. Sivyer
Florida Bar No. 373745
**SIVYER BARLOW & WATSON, P.A.**
401 E. Jackson Street, Suite 2225
Tampa, Florida  33602
Telephone:  (813) 221-4242
Facsimile:   (813) 227-8598

### CERTIFICATE OF SERVICE

I HEREBY certify that on July 1, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., Defendants' Liaison Counsel, Kerry Miller, Esq., Homebuilders' Steering Committee Dorothy Wimberly, and Insurer Defendants Liaison Counsel, Judy Y. Barrasso by U.S. mail and/or email or by hand delivery and I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No.: 6.

/s/ Neal A. Sivyer
Neal A. Sivyer