UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAGISTRATE WILKINSON |
| SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09-cv-7628 | * * * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

CONSIDERING Motion for Extension of Time of John Korn Builders, LLC;

IT IS HEREBY ORDERED that the motion is GRANTED and that the deadline for John Korn Builders, LLC to file responsive pleadings to Plaintiff's Amended Omnibus Class Action Complaint in this case is extended until thirty days after the PSC files its Notice of Completion of Amendments to Omni Complaints, pursuant to Pretrial Order 1G.

New Orleans, Louisiana this __30th__ day of _____June_____, 2010.

_____
U. S. District Court Judge