# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047<br>Civil Action No. 10-3362 |
| | SECTION: L |
| THIS APPLIES TO:<br>JOYCE W. ROGERS, *et al.*<br>v.<br>KNAUF GIPS, KG, et al.<br>Case No. 2:10-cv-362-EEF-JCW | JUDGE: FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE AS COUNSEL

Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of Appearance as counsel of record for Defendant MOORE UNIQUE INTERIORS, INC., and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

                                       PETERSON BERNARD
                                       Attorneys for Defendant Moore Unique Interiors, Inc.
                                       416 Flamingo Ave.
                                       Stuart, FL 34996
                                       Phone: (772) 286-9881
                                       Fax:   (772) 220-1784

                                     By: /s/ Sarah M. Vazquez
                                          SARAH M. VAZQUEZ
                                          Florida Bar No.: 0662526
                                          E-mail: sarahvazquez@stuart-law.net
                                          EDWIN E. MORTELL, III
                                          Florida Bar No. 832758
                                          E-mail: edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on July 1, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

                 /s/ Sarah M. Vazquez