UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO | JUDGE FALLON |
| CASE NO. 2:09cv-07628 | MAG. JUDGE WILKINSON |

_____/

TAYLOR MORRISON SERVICES, INC., a
foreign corporation, and TAYLOR WOODROW
COMMUNITIES AT VASARI, LLC, a Florida
limited liability company,

    Defendants/Crossclaim Plaintiffs
v.

KNAUF GIPS KG, a German corporation,
KNAUF PLASTERBOARD (TIANJIN) CO.,
LTD., a Chinese limited liability corporation.
RESIDENTIAL DRYWALL, INC., a Florida
corporation, NU WAY DRYWALL, LLC, a
Florida limited liability company, FLORIDA
STYLE SERVICES, INC., a Florida corporation,

    Crossclaim Defendants,
v.

COTHERN CONSTRUCTION COMPANY,
a Florida corporation,

    Third-Party Defendant.
_____/

## ORDER

Upon consideration of FLORIDA STYLE SERVICES, INC.'s Motion for Extension of Time to Respond to TAYLOR MORRISON SERVICES, INC.'s Crossclaim,

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to Crossclaim is hereby GRANTED; and

IT IS FURTHER ORDERED that FLORIDA STYLE SERVICES, INC. shall be granted until thirty days after the PSC files a Notice of Completion of Amendments to Omni Complaints to respond to Taylor Morrison's Crossclaim, pursuant to Pretrial Order 1G.

New Orleans, Louisiana, this __30th__ day of June, 2010.

*Eldon E. Fallon*
Honorable Eldon E. Fallon
United States District Judge

1071653