UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | : : : : | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | : : : | SECTION: L |
| *Kenneth and Barbara Wiltz, et al. v.* *Beijing New Building Materials* *Public Limited Co., et al.* | : : : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-361, Sect. L Mag. 2 | : | |

**ORDER ON DEFENDANT, GULF SALES & IMPORT COMPANY INC.'S *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM**

Upon considering Gulf Sales & Import Company Inc.'s *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form,

**IT IS HEREBY ORDERED** that Gulf Sales & Import Company Inc.'s *Ex Parte* Motion for Extension of Time to Submit Defendant Profile Form be and is hereby **GRANTED**, extending the time for Defendant to submit its Defendant Profile Form through and including June 28, 2010.

New Orleans, Louisiana, this 30th day of June, 2010.

_____
**UNITED STATES DISTRICT JUDGE**