UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH AND BARBARA WILTZ,** Individually, and on behalf of all others Similarly situated, ( and ADDITIONAL PLAINTIFFS LISTED ON EXHIBIT "A" OF COMPLAINT) | ACTION NO.: 10-361 |
| | SECTION "L", MAGISTRATE 2 |
| Plaintiffs | AMENDED CLASS ACTION |
| versus | |
| **BEIJING NEW BUILDING MATERIAL PUBLIC LIMITED CO., (AND ADDITIONAL DEFENDANTS LISTED ON EXHIBIT "B" OF COMPLAINT** | COMPLAINT |
| | JURY TRIAL DEMAND |
| Defendants | |

**O R D E R**

UPON CONSIDERING the Motion for Extension of Time:

IT IS HEREBY ORDERED that Defendant shall be granted an extension of thirty days from the PSC's filing of its Notice of Completion of Amendments to Omni Complaints, pursuant to Pretrial Order 1G.

NEW ORLEANS, LOUISIANA this __30th__ day of _____June_____, 2010.

_____
HON. ELDON E. FALLON
SECTION "L"
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA