40925

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-07628-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COME NOW, Ethan Penn and Amanda H. Aucoin of the law firm Musgrave, McLachlan and Penn, LLC, and hereby enroll as counsel on behalf of LEBARON BROTHERS DRYWALL, L.L.C., defendants in Payton, et al. v. Knauf Gips KG et al., United States District Court, Eastern District of Louisiana, Case No. 09-07628.  It is respectfully requested that all future pleadings, orders, notices, motions, documents and correspondence be served upon them in connection with this action.

Respectfully submitted,

**MUSGRAVE, McLACHLAN & PENN, L.L.C.**

/s/ Ethan N. Penn
Ethan N. Penn, Bar No. 24596
Amanda H. Aucoin, Bar No. 31197
1515 Poydras St., Suite 2380
New Orleans, LA  70112
Telephone: (504) 799-4300
Facsimile: (504) 799-4301
*Attorneys for Lebaron Brothers Drywall, L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 30, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

/s/ Ethan N. Penn
Ethan N. Penn