# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED PRODUCTS DRYWALL LITIGATION | * * * | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: KIMBER AND RYAN FORET | * * * | JUDGE FALLON |
| vs. | * * | MAG. WILKINSON |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TAINHIN CO., LTD., et al | * * | 10-1553 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

**CONSIDERING STATE FARM'S MOTION FOR LEAVE TO SUBSTITUTE EXHIBIT:**

IT IS HEREBY ORDERED that State Farm's Motion for Leave to Substitute State Farm Homeowners Policy Declarations Page 18-E4-302105 (attached to the Motion for Leave as Exhibit 1), for Policy Number 18-EU-7449-1, and previously attached to the Notice of Removal in No. 10-1553, *Kimber and Ryan Foret v. Knauf Gips, et al* as Exh. B, Dkt. 1-3, is granted and the substituted declarations page be filed into the record of these proceedings.

New Orleans, Louisiana this 30th day of June, 2010.

_____
HON. ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

5