UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 02047 |
| THIS DOCUMENT RELATES TO: | |
| TIMOTHY AND ASHLEY FRANCIS | SECTION L |
| | JUDGE ELDON E. FALLON |
| VERSUS | |
| COLONY INSURANCE COMPANY, HAL COLLUMS CONSTRUCTION, L.L.C., AND GREAT NORTHERN INSURANCE COMPANY | MAGISTRATE JUDGE WILKINSON |
| | 10-720 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the Motion for Expedited Hearing on Timothy and Ashley Francis' Motion to Remand Due to Lack of Subject Matter Jurisdiction and Untimeliness and For Costs;

**IT IS HEARBY ORDERED** tthis Motion is **DENIED**.

_____
JUDGE ELDON E. FALLON