40765

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This Document Relates to: David Gross et al. v. Knauf Gips KG et al.;<br>Docket No. 2:09-cv-06690-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLETE DEFENDANT BUILDER PROFILE FORM

Defendant, Southern Star Construction Company, Inc. ("Southern Star"), by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for an extension of time by which it must serve Plaintiffs' Liaison Counsel with the Builder Defendant Profile Forms in the above-captioned matter, and in support thereof, states as follows:

1. On or about May 20, 2010, Southern Star was served with the Omnibus Class Action Complaint.

2. On or about March 9, 2010, this Court entered Pretrial Order 1F, ordering that Defendant Profile Forms be filed forty (40) days after service of process.

3. Undersigned counsel has been diligently working to obtain the necessary information to complete the Builder Defendant Profile Forms. However, additional time is needed to obtain the information requested therein and to verify its accuracy.

4. Southern Star therefore requests that the deadline for its Builder Defendant Profile Forms be extended for thirty (30) days, or until July 30, 2010.

5. This extension will neither prejudice any of the parties nor delay this matter.

6. Pursuant to Fed. R. Civ. P. 6, this Court has the authority to grant the relief requested herein.

WHEREFORE, Defendant, Southern Star Construction Company, Inc., respectfully requests that this Court grant this Motion for Extension of Time to complete and serve the Builder Profile Forms, through and including July 30, 2010.

> Respectfully submitted,
> **LOEB & LOEB, L.L.C.**
>
> /s/ J. Scott Loeb
> J. Scott Loeb, Bar No. 25771
> 225 St. Ann Drive
> Mandeville, LA 70471
> Telephone:  (985) 778-0220
> Facsimile:  (985) 674-4450
> Email: sloeb@loeb-loeb.com
> *Attorneys for Southern Star Construction Company, Inc.*
>
> **MUSGRAVE, McLACHLAN & PENN, L.L.C.**
>
> /s/ Amanda H. Aucoin
> Ethan N. Penn, Bar No. 24596
> Amanda H. Aucoin, Bar No. 31197
> 1515 Poydras St., Suite 2380
> New Orleans, LA 70112
> Telephone: (504) 799-4300
> Facsimile: (504) 799-4301
> *Attorneys for Southern Star Construction Company, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2010, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notice of Electronic Filing.

/s/ Amanda H. Aucoin
Amanda H. Aucoin

40765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This Document Relates to: David Gross et al. v. Knauf Gips KG et al.;<br>Docket No. 2:09-cv-06690-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## ORDER

Given the foregoing Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Southern Star Construction Company, Inc., is hereby granted a thirty (30) day extension of time, or until July 30, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this ___ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE