UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 2047 |
| | : | SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| ALL CASES | : : : : | MAG. JUDGE WILKINSON |

### ORDER

Considering the Motion for Expedited Hearing on the Emergency Motion to Enjoin Duplicative State Action,

IT IS HEREBY ORDERED this Motion is DENIED.

*/s/ Eldon E. Fallon*
JUDGE ELDON E. FALLON

{218429.0005/N0817167_1}
ADORNO & Yoss LLP
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800