UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN and BETH PAYTON, et al.,                CASE NO. 09-7628
                                             SECTION: L
    Plaintiffs,                              MAG. 2

v.

KNAUF GIPS KG, et al.,

    Defendants.
_____/

ORDER GRANTING PRO SE REPRESENTATION OF
DEFENDANT TREASURE COAST HOMES, LLC

THIS MATTER having come on before the Court in 2010, on the Motion for Consent to Represent Pro Se filed herein by PAUL ODDO, as President of TREASURE COAST HOMES, LLC. The Court being fully apprised of the premises,

It is, Therefore

ORDERED AND ADJUDGED,

1. The Motion for Consent to Represent Pro Se filed herein by PAUL ODDO, as President of TREASURE COAST HOMES, LLC. is hereby DENIED AS MOOT. Treasure Coast Homes, LLC was ordered dismissed from the above captioned matter in Rec. Doc. No. 3160.

DONE AND ORDERED in Chambers at New Orleans, Louisiana, this 30th day of June, 2010.

_____
District Court Judge