UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, etc., et al.,

    Plaintiffs,

v.                                          **Case No.: 09-7628** (Sect. L Mag. 2)

KNAUF GIPS KG; et al.
    Defendants.
_____/

## ORDER

Considering the foregoing motion;

IT IS ORDERED that the *Verified Motion to Enforce Settlement Agreement, and for an Award of Attorney's Fees* submitted on behalf of Defendant, G.L.B. and Associates D/B/A Balli Construction is hereby DENIED AS MOOT. Defendant was ordered dismissed from the above captioned matter in Rec. Doc. No. 3160.

THUS DONE AND SIGNED on this  30th day of _____June_____, 2010.

_____
UNITED STATES DISTRICT JUDGE