UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 09-6690 *David Gross, et al. v. Knauf Gips KG, et al.* | : : | |

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Centerline Homes at Tradition, LLC, Centerline Homes Construction, Inc., Centerline Homes, Inc., and Completed Communities II, LLC,'s *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including July 16, 2010, to submit their respective Builder Profile Forms.

New Orleans, Louisiana this __1st__ day of July 2010.

**HONORABLE ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**