UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO.  09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**JOINT MOTION FOR DISMISSAL**

Plaintiffs, David Kessler and Amanda Kessler, and Defendant, HBW Insurance Services ("HBWIS"), jointly move the Court for an Order dismissing Plaintiffs' claims against HBWIS, without prejudice, on suggestion to the Court that Plaintiffs do not wish to proceed against HBWIS at this time on any claims they may have.


/s/ Douglass F. Wynne, Jr.
Daniel J. Caruso (03941)
Jay H. Kern (07345) (T.A.)
Douglass F. Wynne, Jr. (32019)
Simon, Peragine, Smith & Redfearn, L.L.P.
1100 Poydras St., 30th Floor
New Orleans, LA 70163-3000
Telephone: (504) 569-2030
**Attorneys for Defendant, HBW Insurance Services**

/s/ Jeffrey Berniard
Jeffrey Berniard (Bar No. 21377)
The Berniard Law Firm
643 Magazine St., Suite 402
New Orleans, Louisiana 70130
Telephone: (504) 527-6225
**Attorney for David Kessler and Amanda Kessler**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was this day filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system, this 1st day of July, 2010.

/s/ Douglass F. Wynne, Jr.

N:\DATA\M\23421057\pleadings\Joint Motion to Dismiss Without Prejudice.wpd