# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| This Document Relates to <u>Gross, et al., v. Knaupf Gips KG, et al</u>, Case No. 2:09-CV-6690 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

## DEFENDANT SHELBY HOMES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Defendant Shelby Homes, Inc., a Florida corporation ("Shelby"), hereby files this Motion to Dismiss For Lack of Personal Jurisdiction. As set forth in the accompanying Memorandum of Law in support of this Motion, Shelby is not within the personal jurisdiction of this Court.[1]

WHEREFORE, Defendant Shelby respectfully requests that this Court issue an Order dismissing Plaintiffs' claims against Shelby for lack of personal jurisdiction, together with such other and further relief that this Court deems appropriate.

---

[1] Shelby brings the instant Motion to Dismiss For Lack of Personal Jurisdiction, and the accompanying Memorandum of Law in support of same, reserving all rights with respect to all claims and defenses.

Dated: July 1, 2010                    Respectfully submitted,

                                                 BILZIN SUMBERG BAENA PRICE
                                                 & AXELROD LLP
                                                 Attorneys for Defendant Shelby Homes, Inc.
                                                 2500 Wachovia Financial Center
                                                 200 South Biscayne Boulevard
                                                 Miami, Florida 33131
                                                 Tel.: (305)374-7580   Fax: (305)374-7593

                                       BY:    /s/ *Melissa Pallett-Vasquez*
                                                 ROBERT W. TURKEN, ESQ.
                                                 Florida Bar No. 306355
                                                 rturken@bilzin.com
                                                 ADAM F. HAIMO, ESQ.
                                                 Florida Bar No. 502731
                                                 ahaimo@bilzin.com
                                                 MELISSA PALLETT-VASQUEZ, ESQ.
                                                 Florida Bar No.  715816
                                                 mpallett@bilzin.com

## CERTIFICATE OF SERVICE

       I hereby certify that this Motion to Dismiss For Lack of Personal Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 1st day of July, 2010.

                                                        By: /s/ *Melissa Pallett-Vasquez*
                                                                       Melissa Pallett-Vasquez