## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| | SECTION: L |
| This Document Relates to <u>Gross, et al., v. Knaupf Gips KG, et al</u>, Case No.  2:09-CV-6690 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

**AFFIDAVIT OF ROBERT SHELLEY IN SUPPORT OF DEFENDANT SHELBY HOMES, INC.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

BEFORE ME, the undersigned authority, on this day personally appeared **Robert Shelley**, who, being duly sworn, says:

1. My name is Robert Shelley.  I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the President and Chief Executive Officer of Shelby Homes, Inc. ("Shelby"), and submit this Affidavit in support of Shelby's Motion To Dismiss for Lack of Personal Jurisdiction.

3. Shelby is a corporation organized and existing under the laws of Florida with its principal place of business in Florida.

4. Shelby has never purchased or sold real property in Louisiana, has never built a residence in Louisiana, and has never entered into any contracts or subcontracts with any company located or based in Louisiana.

5. Shelby has never been licensed or registered to do business in Louisiana.

6. Shelby has never had any offices or employees in Louisiana.

7. Shelby has never had an agent for service of process in Louisiana.

8. Shelby has never had any bank accounts in Louisiana or owned any property in Louisiana.

9. Shelby has never solicited business in Louisiana, has never transacted business in Louisiana, and has never contracted to supply services or things in Louisiana.

10. Shelby has never purposely directed any marketing activities toward Louisiana residents.

11. Shelby has never maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

12. Neither of the Plaintiffs named in the Complaint in this action who allegedly own a home built by Shelby reside in Louisiana, and Shelby did not negotiate or perform any contract with any of the Plaintiffs in Louisiana.

13. In light of having no connections with Louisiana, Shelby never anticipated that it would be haled into Court in Louisiana.

Robert Shelley
President and CEO
Shelby Homes, Inc.

STATE OF FLORIDA        )
                        )SS:
COUNTY OF Miami-Dade    )

The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of Florida, this 29 day of June, 2010, by Robert Shelley, who X is personally known to me or ___ has produced a Florida driver's license as identification.

Printed Name: Diana Aleman
Notary Public, State of
My Commission Expires:

(NOTARIAL STAMP)


DIANA ALEMAN
MY COMMISSION # DD 637392
EXPIRES: June 7, 2011
Bonded Thru Notary Public Underwriters