**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | )   MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | )   Section L |
| | ) |
| This Document Relates to | )   JUDGE FALLON |
| ALL CASES | )   MAG. JUDGE WILKINSON |
| _____ | ) |

## ORDER

     **IT IS ORDERED, ADJUDGED AND DECREED** that any insurance company providing homeowner's insurance (HO) coverage in dispute in MDL 2047 may file a substantive motion in any case to be heard by the court, provided such insurance company has fully complied with Pretrial Order No. 23.  For each compliant insurance company, any such motion(s) filed shall be subject to the following schedule:

| | |
|---|---|
| 07/19/10 | Insurance companies may file any substantive motions regarding homeowner's insurance policies in MDL 2047.  Each movant shall state within its motion the insured within MDL 2047 for whom it provides homeowner's insurance and files the motion and provide a list of the cases where claims on the same policy form as the form at issue in the motion is also in suit in another case in MDL 2047.  In addition, each movant shall designate every case in any jurisdiction where this issue may be related or they have filed a similar motion by caption, docket number and contact information for the presiding judge of the pending motion. |
| 08/02/10 | Plaintiffs' Opposition due on the H0 Motions. |
| 08/16/10 | Movants' Reply Memoranda due on the HO Motions. |
| 08/19/10 | Plaintiffs and Insurance Liaison Counsel shall meet and confer to provide the court a list of representative motions of those pending motions to be heard and propose representative motions where appropriate. |

09/02/10                          Oral argument on representative motions to be held at 9:00 a.m.


         No insurer is required to file any motion in response to this Order, and any failure to file such

a motion does not waive any insurer's right to bring such a motion in the future.


         New Orleans, Louisiana, this _1st___ day of _____July_____, 2010.


                                          _____
                                          UNITED STATES DISTRICT JUDGE