UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL  ) | MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION  ) | Section L |
| ) | |
| This Document Relates to  ) | JUDGE FALLON |
| ALL CASES  ) | MAG. JUDGE WILKINSON |
| _____ ) | |

### ORDER

**IT IS ORDERED, ADJUDGED AND DECREED** that any insurance company providing comprehensive general liability (CGL) coverage in dispute in MDL 2047 may file a jurisdictional or venue motion in any case to be heard by the court, provided such insurance company has fully complied with Pretrial Order No. 23.  For each compliant insurance company, any such motion(s) filed shall be subject the following schedule:

| | |
|---|---|
| 07/19/10 | Insurance companies may file any motions objecting to jurisdiction or venue in MDL 2047.  Each movant shall state within its motion the insured within MDL 2047 for which it provides CGL insurance and it files the motion and a list of the cases where claims on this same CGL Policy are also in suit in MDL 2047.  In addition, each movant shall designate every case in any jurisdiction where this issue may be related or they have filed a similar motion by caption, docket number and contact information for the presiding judge of the pending motion. |
| 07/26/10 | Plaintiffs shall identify any filed motion that may require discovery and identify the discovery needed.  The Parties are to work together to resolve any discovery issues, before addressing the issues with the court.  If the parties are unable to resolve any discovery dispute regarding the issues then the matter shall be presented to the court, and the court may address whether that motion may continue on the schedule set forth in this order. |
| 08/02/10 | Plaintiffs' Opposition Due on the CGL Motions. |
| 08/16/10 | Movants' Reply Memoranda due on the CGL Motions. |

08/19/10            Plaintiffs and Insurance Liaison Counsel shall meet and confer to provide the court a list of representative motions of those pending motions to be heard and propose representative motions where appropriate.

09/02/10            Oral argument on representative motions to be held at 9:00 a.m.

No insurer is required to file any motion in response to this Order, and any failure to file such a motion does not waive any insurer's right to bring such a motion in the future.

New Orleans, Louisiana, this __1st__ day of _____July_____, 2010.

_____
UNITED STATES DISTRICT JUDGE