UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL. NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: **DAVID GROSS**, et al v. KNAUF GIPS, DG., et al **Case No. 2:09-CV-6690** | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

*******************************************

## ORDER

**CONSIDERING** the foregoing Motion for Extension of Time to serve Distributor Profile Form;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Holmes Building Materials, LLC's motion is granted and that Holmes Building Materials has up to and including the 16th day of July, 2010, to serve its Defendant Distributor Profile Form.

New Orleans, Louisiana, this ___1st___ day of _____July_____, 2010.

_____
**JUDGE ELDON FALLON**

739261_1.doc