# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CASE NO. 2:09-MD-2047<br><br>SECTION "L"<br><br>JUDGE FALLON |
| This document relates to: Gross (09-6690) | * * | MAGISTRATE WILKINSON |

## *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANT DISTRIBUTOR PROFILE FORM

NOW INTO COURT, through undersigned counsel, comes defendant, Capitol Materials, Incorporated ("Capitol"), with full reservation of all rights and defenses, and requests a thirty-day extension of time to serve its Defendant Distributor Profile Form, on the grounds that it needs more time to gather the information required for the form and to confirm the accuracy of the information. This extension will not prejudice any of the parties or result in a delay of this matter. Pursuant to Fed. R. Civ. P. 6, this Court maintains the authority to grant Capitol an extension to serve the Defendant Distributor Profile Form. For the foregoing reasons, Capitol requests a thirty-day (30) extension, up to and including the 5th day of August, 2010, to serve its Defendant Distributor Profile Form.

WHEREFORE, defendant, Capitol Materials, Incorporated, respectfully requests that this Court extend its deadline to serve its Distributor Profile Form up to and including August 5, 2010.

864662_1.Docx

Respectfully submitted,

/s/ George Denegre, Jr.
George Denegre, Jr. (Bar # 8387)
LISKOW & LEWIS
One Shell Square
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139-5099
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

Attorneys for Gator Gypsum, Inc. and
Capitol Materials, Incorporated

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Motion and Incorporated Memorandum For Extension of Time To Serve Defendant Distributor Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of July, 2010.

/s/ George Denegre, Jr.

864662_1.Docx