# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED     *      CASE NO. 2:09-MD-2047
DRYWALL PRODUCTS LIABILITY     *
LITIGATION     *      SECTION "L"
    *
    *      JUDGE FALLON
**This document relates to: Gross (09-6690)**     *
    *      MAGISTRATE WILKINSON

## ORDER

**CONSIDERING** the foregoing Motion for Extension of Time to serve Distributor Profile Form;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED**, that Capitol Materials, Incorporated has up to and including August 5, 2010 to serve its Defendant Distributor Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010.


_____
**JUDGE ELDON FALLON**

864662_1.Docx