UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. WILKINSON |

**THIS DOCUMENT RELATES TO** *Pate v. American International Specialty Lines Insurance Co., et al*, **Case No. 09-7791**

## ORDER

The Court is in receipt of the following motions: Defendant Landmark American Insurance Company's Motion for Protective Order Staying Submission of Insurer Profile Form and Insurance Policies Pending Resolution of Rule 12(b) Motions (Rec. Doc. No. 3053) and FCCI Commercial Insurance Company and FCCI Insurance Company's Motion for Protective Order Staying Submission of Insurer Profile Forms and Insurance Policies or Motion for Extension of Time to File Insurer Profile Forms and Insurance Policies (Rec. Doc. No. 3064). These Motions request similar relief-to stay the submission of profile forms until the Court resolves their pending Federal Rule of Civil Procedure 12(b) motions. The Court has considered these Motions. At past monthly status conferences the Court has stated that the purpose of the profile forms is to provide useful information to the Court and parties, to allow for more streamlined discovery, and to assist the Court in resolving pending motions. Consistent with these statements, IT IS ORDERED that the foregoing Motions are DENIED and the movants are directed to comply with the governing pretrial orders and properly submit profile forms. The Court directs the movants' attention to Pretrial Order No. 1G which provides the deadline for submission of profile forms.

New Orleans, Louisiana, this 1st day of July 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE