# STATE FARM EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SEAN AND BETH PAYTON, individually, and on behalf of all others similarly situated, [ADDITIONAL PLAINTIFFS LISTED ON SCHEDULE OF PLAINTIFFS, ATTACHED HERETO AS EXHIBIT "A"],** | **CASE NO.:** |
| **Plaintiffs,** | **CLASS ACTION COMPLAINT** |
| **v.** | **JURY TRIAL DEMAND** |
| **KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD.; [ADDITIONAL DEFENDANTS LISTED ON SCHEDULE OF DEFENDANTS, ATTACHED HERETO AS EXHIBIT "B"],** | |
| **Defendants.** | |

_____/

## PLAINTIFFS OMNIBUS CLASS ACTION COMPLAINT (I)

Pursuant to Fed. R. Civ. P. 23, the class representatives in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real property containing defective Chinese manufactured drywall that was designed, manufactured, imported, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants. In order to accomplish an effective class structure, each of the class representatives is pursuing a nationwide class action against the Knauf entities,[1] who are the manufacturers of the drywall located in

---

[1] Knauf consists of Knauf GIPS KG, Knauf Plasterboard (Tianjin) Co., Ltd., Knauf Plasterboard (Wuhu), Co., Ltd., and Knauf Plasterboard (Dongguan) Co., Ltd. (collectively "Knauf").

1

class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

260.  Plaintiff, Russell Taylor is a resident of Mississippi and owns real property located at 29 Bayou View Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261.  Plaintiff, Jared Whipps is a resident of California and owns real property located at 1120 A West Pine Street, Gulfport, Mississippi  39507; 1225 A North Century Oaks Drive Gulfport, Mississippi  39507 and 1225 B North Century Oaks Drive, Gulfport, Mississippi 39507.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.



262.  Plaintiffs, Thomas and Mona Burke are residents of Louisiana and together own real property located at 17277 Churchill Drive, Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263.  Plaintiffs, Philip and Courtney Garrett are residents of Louisiana and together own real property located at 6050 General Diaz Drive, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264.  Plaintiffs, Dustin and Korie Gotreaux are residents of Louisiana and together own real property located at 192 Oakwood Lane, Denham Springs, Louisiana 70726.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules

**Lobeck & Hanson, P.A.** *Counsel on Behalf of the Following Individual Plaintiffs*:

Burzotta, James and Rita
Tuhro, Raymond W. and Nancy

**Lumpkin & Reeves,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Atkins, Lynard
JJ Hill, Brace & Limb Co.
Brand, Maryann
Coats, Chuck
Donston, Cubby
Farve, Beverlie
Fath, Tom
Gagnard, Gary
Green, Vaneen
Hiller, Billie
Hodge, Debra
Holland, Diane
Huckabee, Harold
Landry, Floyd
Lescault, Henry
Lorona, Karen
Maddox, Sidney
Perrio, Carla
Rapp, Chari
Redmond, Benny
Reed, Dustin & Amy
Sanders, Billy
Seliby, William
Simmons, David
Taylor, Russell

Whipps, Jared
Allen, Kennith & Cora
Anglada, Mark
Barranco, Johnny
Chapman, Patrick & Elizabeth
Conner, Virginia
Craig, Brandy & James
Curthards, Nicholas
Eze, Joann
Fath, Tom
Feeney, Fred and Susan
Formice, Conrad
Gazzier, Neoma
Gonzales, Angela and Saul
Hartfield, Linda and Robert
Hick, Todd
Nguyen, Anthony
Pagador, Tabitha
Perez, Louis
Perone, Pat
Peterson, Daniel
Pitre, David
Polk, Sarah
Toronio, Eric
Wagner, Mark

Willet, Frank and Deidre
Wood, Sheila
Bartels, Kerry & Marie
Blacklidge, Rhonny
Braun, Steve and Helen
Howard, Cynthia
Ladner, Brent & Stacy
Smith, Audra Ray
Cuevas, Marvin and Angela
Braun Enterprises
Hebert, Deborah
Ayers, James and Leona
Acevado, John
Roberts, Greg
Goodspeed, Jeff and Tracy
Bonamour, Mikea nd Deborh
Lewinger, Elizabeth
Riverbend Homeowners
Association
Masse Contracting, Inc.
Klien, Lee
Garrett, Roger
Foote, H. David

**Martzel & Bickford.** *Counsel on Behalf of the Following Individual Plaintiffs*:



Carillo, Lou and Marge
Seiler, Marie
Burke, Thomas & Mona
Garrett, Philip & Courtney
Gotreaux, Dustin & Korie
Lang, Joe & Amy
Matherne, Erich & Hayley
Methvin, William & Deborah
Patin, Danielle
Quilio, Sandra

Ragsdale, Tara
Robair, Alexander
Schields, Larry
Smith, Clinton & Kelly
Tabor, Edward & Emmilou
Armstrong, David and Bonnie
Steele, Jason and Peny
Whitaker, Robert and Dana