**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 2047** |
| | * | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** | * | |
| **MONA BURKE, WIFE OF/AND THOMAS E. BURKE, IV** | * | **MAG. WILKINSON** |
| **Versus** | * | **10-1840** |
| **DAELEN OF TANGIPAHOA, L.L.C., ABC CORP., AND STATE FARM FIRE AND CASUALTY COMPANY** | * | |

* * * * * * * * * * * * *

**DEFENDANT STATE FARM FIRE & CASUALTY COMPANY'S**
**REQUEST FOR ORAL ARGUMENT AS TO STATE FARM'S MOTION TO SEVER AND MOTION FOR DISMISSAL**

Please take notice that State Farm hereby requests oral argument on its Motion to Sever Claims and Motion for Dismissal Pursuant to FRCP 12 (b) (6) set for hearing on Wednesday, July 28, 2010 at 9:00 AM or at a date and time set by the court before Judge Eldon Fallon at the United States District Courthouse, 500 Poydras , Room 468, New Orleans, LA 70130.

.

**/s/ Adrianne L. Baumgartner**
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746)**
PORTEOUS, HAINKEL AND JOHNSON, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA 70801-1309
Telephone: (225) 383-8900
cchassaignac@phjlaw.com

**JAMES R. NIESET JR. (#24856)**
Porteous, Hainkel & Johnson, L.L.P.
704 Carondelet Street
New Orleans, LA 70130-3774
Telephone: (504) 581-3838
Facsimile: (504) 581-4069
jnieset@phjlaw.com
**Counsel for State Farm Fire & Casualty Company**

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Notice of Hearing and Request for Oral Argument as to State Farm's Motion to Sever and, Motion for Dismissal has been served upon Scott Bickford and Larry Centola, counsel for Plaintiffs Mona Burke Wife of/and Thomas E. Burke, IV, Plaintiffs' Liaison Counsel Russ Herman, Jay Seale counsel for Defendant Daelen, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 2nd day of July, 2010.

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER**