IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED

DRYWALL PRODUCTS LIABILITY
LITIGATION

(This Document Relates to Gross, et.al. v.
Knauf Gips KG, et al; Case No. 2:09-CV-6690)
_____/

MDL NO.: 2047

SECTION: L

JUDGE FALLON

MAG. JUDGE WILKINSON

### AFFIDAVIT OF TIMOTHY P. GRANEY IN SUPPORT OF DEFENDANT K. HOVNANIAN FIRST HOMES, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

BEFORE ME, the undersigned authority, on this day personally appeared **Timothy P. Graney**, who, being duly sworn, says:

1. My name is Timothy P. Graney. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the Acting Division President of K. Hovnanian First Homes, LLC ("KHFH"), and submit this Affidavit in support of KHFH's Motion To Dismiss for Lack of Personal Jurisdiction.

3. KHFH is a limited liability company organized and existing under the laws of Florida with its principal place of business in New Jersey.

4. KHFH is in the business of selling real estate home sites and building single family homes. All of KHFH's real estate sales and construction operations have occurred exclusively in Florida.

5. KHFH has never purchased or sold real property in Louisiana, has never built a residence in Louisiana, and has never entered into any contracts or subcontracts with any company located or based in Louisiana.

6. KHFH has never been licensed or registered to do business in Louisiana.


EXHIBIT A

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to Case No. 2:09-CV-6690)

7. KHFH has never had any offices or employees in Louisiana.

8. KHFH has never had an agent for service of process in Louisiana.

9. KHFH has never had any bank accounts in Louisiana or owned any property in Louisiana.

10. KHFH has never solicited business in Louisiana, has never transacted business in Louisiana, and has never contracted to supply services or things in Louisiana.

11. KHFH has never purposely directed any marketing activities toward Louisiana residents.

12. KHFH has never maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

13. None of the Plaintiffs named in the Complaint in this action who allegedly own homes built by KHFH reside in Louisiana, and KHFH did not negotiate or perform any contract with any of the Plaintiffs in Louisiana.

14. In light of having no connections with Louisiana, KHFH never anticipated that it would be haled into Court in Louisiana.

_____
Timothy Graney
Acting Division President
K. Hovnanian First Homes, LLC

STATE OF FLORIDA )
                 )SS:
COUNTY OF Hillsborough )

The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of Florida, this 24 day of June, 2010, by Timothy P. Graney, who X is personally known to me or ___ has produced a Florida driver's license as identification.

_____
Printed Name: Barbara J. Schommer
Notary Public, State of
My Commission Expires:

BARBARA J. SCHOMMER
MY COMMISSION # DD893664
EXPIRES May 27, 2013
(407) 398-0153  FloridaNotaryService.com

(NOTARIAL STAMP)

2