## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED                    MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                      SECTION: L

                                                JUDGE FALLON

(This Document Relates to <u>Gross, et al, v. Knauf</u>
<u>Gips KG, et al</u>; Case No.  2:09-CV-6690)        MAG. JUDGE WILKINSON
_____/

## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Defendant K. Hovnanian First Homes, LLC, has filed the

attached Motion to Stay Discovery Pending Resolution of its Motion to Dismiss for Lack of

Personal Jurisdiction, and that the Motion will be heard on July 28, 2010 at 9:00 a.m. before the

Honorable Eldon E. Fallon.


     Dated: July 6, 2010                Respectfully submitted,

                                        BILZIN SUMBERG BAENA PRICE
                                        & AXELROD LLP
                                        Attorneys for Defendant KHFH
                                        2500 Wachovia Financial Center
                                        200 South Biscayne Boulevard
                                        Miami, Florida 33131
                                        Tel.: (305)374-7580   Fax: (305)374-7593

                                        BY:    /s/ <i>Melissa Pallett-Vasquez</i>
                                               ROBERT W. TURKEN, ESQ.
                                               Florida Bar No. 306355
                                               rturken@bilzin.com
                                               ADAM F. HAIMO, ESQ.
                                               Florida Bar No. 502731
                                               ahaimo@bilzin.com
                                               MELISSA PALLETT-VASQUEZ, ESQ.
                                               Florida Bar No.  715816
                                               mpallett@bilzin.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of July, 2010.

By: /s/ *Melissa Pallett-Vasquez*
      Melissa Pallett-Vasquez