40906

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This Document Relates to: Payton et al. v. Knauf Gips KG et al.;<br>Docket No. 2:09-cv-07628-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

### ORDER

Given the foregoing Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, LEBARON BROTHERS DRYWALL, L.L.C., is hereby granted a fifteen (15) day extension of time, or until July 17, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 2nd day of July, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE