40765

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This Document Relates to: David Gross et al. v. Knauf Gips KG et al.; Docket No. 2:09-cv-06690-EEF-JCW | MAGISTRATE JUDGE WILKINSON |

## ORDER

Given the foregoing Motion for Extension of Time to Complete Builder Profile Forms:

**IT IS HEREBY ORDERED** that Defendant, Southern Star Construction Company, Inc., is hereby granted a fifteen (15) day extension of time, or until July 17, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana this 2nd day of _____July_____, 2010.

_____
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE