UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID KESSLER and AMANDA KESSLER | * | CA NO. 09-6072 |
| | * | JUDGE ELDON E. FALLON |
| v. | | |
| | * | MAG. JUDGE WILKINSON |
| GMI CONSTRUCTION, INC., ET AL | | |
| | * | IN RE: CHINESE-MANUFACTURED PRODUCTS |
| * * * * * * * * * * * | | LIABILITY LITIGATION MDL No. 09-2047 (L) |

**O R D E R**

CONSIDERING THE FOREGOING; IT IS ORDERED that all claims and demands of Plaintiffs, David Kessler and Amanda Kessler, against HBW Insurance Services in the above entitled and numbered case be and the same are hereby dismissed, without prejudice, each party to bear their own costs, reserving unto Plaintiffs their right to proceed against any and all remaining defendants herein.

New Orleans, Louisiana, this 2nd day of July, 2010.

_____
UNITED STATES DISTRICT JUDGE