**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**This Document Relates To:**

Kelvin Hayes Robins, Sr., Alecia Robins, Individually and OBO their Minor Children, Janeyah M. Hall and Kaleb M. Robins and Tylecia M. Ridgley v. Knauf Gips KG, et al.,
     2:09-cv-07551-EEF-JCW

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint;

IT IS HEREBY ORDERED that the Motion for Leave to Amend Complaint is granted;

IT IS FURTHER ORDERED that the attached Amended Complaint be filed into the record of this proceeding.

NEW ORLEANS, LOUISIANA, this __2nd__ day of July, 2010.

_____
HONORABLE ELDON E. FALON
UNITED STATES DISTRICT      JUDGE

1