UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047<br><br>SECTION: "L"<br><br>JUDGE FALLON |
| THIS DOCUMENT RELATES TO:<br>Civil Action No.:  10-CV-688 | * * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD'S CORPORATE DISCLOSURE STATEMENT MADE PURSUANT TO F.R.C.P. 7.1**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW INTO COURT, through undersigned counsel, comes defendant, Property & Casualty Insurance Company of Hartford, and in compliance with Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 5.6E, states as follows:

> Property & Casualty Insurance Company of Hartford is a direct or indirect wholly owned subsidiary of The Hartford Financial Services Group, Inc., which is a publicly traded corporation that has no parent company.  No publicly held corporation currently owns 10% or more of its common stock.  Allianz SE, a publicly held corporation that has no parent corporation, holds contingent rights to purchase more than 10% of the common stock of The Hartford Financial Services Group, Inc.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin**
  **& Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail:     rhubbard@lawla.com
            sschmeeckle@lawla.com
**Counsel for Property & Casualty**
**Insurance Company of Hartford**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Corporate Disclosure Statement Made Pursuant to F.R.C.P. 7.1 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of July, 2010.

   /s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 7040**