UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>SEAN and BETH PAYTON, *et al*. v.<br>KNAUPF GIP KG, *et al*.,<br>Case No. 2:09-cv-07628-EEF-JCW<br><br>_____ / | |

### ARANDA HOMES, INC.'S MOTION TO DISMISS WITH PREJUDICE THE CLAIMS BROUGHT AGAINST IT IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT

Defendant Aranda Homes, Inc. ("Aranda"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against Aranda in the Amended Omnibus Class Action Complaint[1] brought by plaintiffs Steven and Unruean Aboulafia, Frank and Deborah DeBenedictis, Elena Holmes, Thomas Linder, Joseph Macri, Jack and Louise Maloy, Daniel Miller and Jacqueline Perry, Jeffrey and Leigh Morrison, Agnes Mozdzonek, Tyrone Perez, Rolland Pierre, Clayton and Cheryl Quimby, Ross and Mary Roche, Ralph and Judith Schatzle, Edward and Madeline Schwall, Andy Tran, and Maria Venturoso (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted.

---

[1] On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160]. The amendments to the Payton Omnibus Class Action Complaint do not alter the legal claims against Aranda. Instead, the amendments dismiss several plaintiffs who previously had claims against Aranda: Sandy and John Conroy, Prabhakara Cuddapha, Dirk and Svetlana Fischer, Vincent and Joan Geraci, Erwin Rottau and Mary Jane Cloeren, Sieglinde Saeks, and John and Barbara Shaw.

{M2916466;2}

In a shotgun pleading that makes no effort to distinguish between Aranda and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring. As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Aranda Homes, Inc. respectfully requests that the Court enter an order dismissing the claims against it pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Aranda its fees in defending this action against certain of the Plaintiffs pursuant to the Building Agreements where applicable and against all Plaintiffs pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 6, 2010

**AKERMAN SENTERFITT**

        BY: <u>/s/   Valerie Greenberg</u>
           Valerie Greenberg, Esq.
           Fla. Bar No. 026514
           Stacy Harrison, Esq.
           Fla. Bar No. 44109
       One Southeast Third Avenue, 25th Floor
       Miami, FL  33131-1714
       Phone:  (305) 374-5600
       Fax:  (305) 374-5095
       Email:  valerie.greenberg@akerman.com
       Email:  stacy.harrison@akerman.com

      *Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
    Susie.morgan@phelps.com
    Skylar.rosenbloom@phelps.com

{M2916466;2}

**CERTIFICATE OF SERVICE**

I hereby certify that *Aranda Homes, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of July, 2010.

/s/   Valerie Greenberg