IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:                                    MDL 2047

2:09-cv-06690-EEF-JCW
2:09-cv-07628-EEF-JCW
2:10-cv-00361-EEF-JCW
2:10-cv-00362-EEF-JCW
2:10-cv-01113-EEF-JCW
_____/

## NOTICE OF APPEARANCE AS CO-COUNSEL

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **MICHAEL A. SEXTON**, msexton@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326, and **SHUBHRA R. MASHELKAR**, smashelkar@wwhgd.com, Weinberg Wheeler, Hudgins, Gunn & Dial, LLC., 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326 hereby enter their notice of appearance as additional counsel of record for the Defendant BANNER SUPPLY CO., BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, BANNER SUPPLY COMPANY POMPANO, LLC, in the captioned matter.  Please update and add undersigned counsel to all your service and distribution lists in this case.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 6TH day of July, 2010.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Michael A. Sexton
MICHAEL A. SEXTON
Georgia Bar Number: 636489
Florida Bar Number:  131520
CO-COUNSEL FOR DEFENDANT
BANNER SUPPLY, CO.
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Shubhra R. Mashelkar
SHUBHRA R. MASHELKAR
Georgia Bar Number: 475388
CO-COUNSEL FOR DEFENDANT
BANNER SUPPLY, CO.
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326