# Composite Exhibit A Part 1

*yasmin*

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 20th day of April , 2005 , by and between Steven Abouiafia and Unruean Aboulafia,his wife, as Owners, whose present mailing address is: 1068 Beach Burr Court, Henderson, NV, 89015 and Aranda Homes, Inc., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 3735 Yucatan Parkway, Cape Coral, Florida, 33993 situated in  LEE  County, State of Florida Owned by Steven and Unruean Aboulafia.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Fifty Four Thousand Six Hundred and Ninty Five DollarsXX/100 ( $ 254,695.00  )

U.S. Dollars in the following manner: one percent. 1% $ 2546.95 Deposit. with signing of the contract
- 1. $ 22,922.55_____ (9%) as down payment, by check subject to collection,  prior to start of construction.
- 2. $ _____ (25%) when plumbing is roughed in and slab is poured.
- 3. $ _____ (25%) when masonry walls are complete and lintel poured.
- 4. $ _____ (25%) when sub-roof is on and electrical roughed in.
- 5. $ _____ (10%) when interior drywall is complete.
- 6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about 180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Owners. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____June 6th_____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds is deposited into an escrow account as set forth in 501.1375, Fla. Stat.

*3735 Yucatan Pkwy*
*06-44-23-C1-04259.0290*

THIRD:        The said residence to be Contractor's Vista home with all details of material and construction to be equal to or better than those used in the model home at 3201 SW 4th Lane, Cape Coral, Florida 33991 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

2

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____            _____
                                                Aranda Homes, Inc.

3

Addendum #1
NAME: Steven & Unruean Abonlafia
ADDRESS: 1068 Beach Burr Court
CITY, STATE: Henderson, NV, 89015
TELEPHONE (702) 434-9827
MODEL: Vista

DATE: 4/20/05
Blk: 4259
Lot: 29
Unit: 60
CITY: Cape Coral
PRICE $ 239,000.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model 03-505/03-506. | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Floritam Sod for corner 3 lot site. | $ 3750.00 |
| 9. Sprinkler System with auto rain shut-off for corner 3 lot site. | $ 1200.00 |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8000.00 |
| 13. Culvert (If required) | $ 795.00 |
| 14. Add pool bath. | $ 1950.00 |
| TOTAL HOME IMPROVEMENTS | $ 254,695.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                                                      PURCHASER

_____          _____
Aranda Homes, Inc.                                     PURCHASER

4

Addendum #2
NAME:  Steve & Unruean Aboulafia
ADDRESS:1068 Beach Butt Ct.
CITY, STATE:Henderson, NV, 89015
TELEPHONE:702-434-9827
MODEL:Vista

DATE: 4/21/05
BLK : 4259
LOT: 29
UNIT:60
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Upgrade to Double wall oven ( 2 @ 30") with cook-top | $ 1600.00 |
| 2. Upgrade to cabinet for wall ovens. | $ 935.00 |
| 3. Upgrade to  cabinet for cook-top | $ 560.00 |
| **TOTAL HOME IMPROVEMENTS** | $ 3095.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc

PURCHASER

PURCHASER

6

Addendum #3
NAME: Steve & Unruean Aboulafia
ADDRESS: 1068 Beach Burr Court
CITY, STATE: Henderson, NV, 89015
TELEPHONE: (702) 434-9827
MODEL: Vista

DATE: 5/24/05
BLK :4259
LOT: 29
UNIT: 60
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Additional Driveway costs.                                    $ 1020.00

                          TOTAL HOME IMPROVEMENTS    $ 1020.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
                                                                              PURCHASER

Aranda Homes, Inc.

                                                                              _____
                                                                              PURCHASER

7

Addendum #4
NAME: Steve & Darnean Aboulafia
ADDRESS: 1068 Beach Burr Court
CITY, STATE:Henderson, NV, 89015
TELEPHONE: (702) 434-9827
MODEL: Vista

DATE:6/2/05
BLK :4259
LOT: 29
UNIT: 60
CITY: Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

1. Add (4) Four additional TV/Phone lines per plan.                    $ 160.00

TOTAL HOME IMPROVEMENTS     $ 160.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT: Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

Aranda Homes, Inc.

PURCHASER

## PROFILE SHEET

NAME: Steven & unruean Aboulafia                    Lot: 29

Model: Vista                                        Unit: 60

1. Legal Description:                               Block : 4259

2. Lot Dimension:                                   Oversized

3. Seawall:                                         Yes

4. Fill Requirements                                T.B.D

5. Impact Fee:                                      City

6. Deed Restriction                                 No

7. Well                                             Yes

8. Septic                                           Yes

9. City/Water/Sewer                                 No

10. Culvert Pipe:                                   T.B.D

11. Survey:                                         3

12. Financing: Donna Carpenter, Riverside Bank      Yes

13. Swimming Pool: San Juan Pools pool Package      Yes

14. Strap:                                          064423CI042590290

15. Salesperson                                     Yasmin

16. Co-Broke: Lucille Curtis- Century 21 Sunbelt    Yes


   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer: _____    Date: 4/20/05

Customer: _____    Date:

5

JAN-22-2009 06:54 PM  DEBENEDICTIS
FEB-27-2002 18:58  FROM:ARANDA NORTH MODEL 239 293 4445

1259574715 4

TO:2744259

P.06

FIL-3

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this ___28th___ day of ___December___, 2005 by and between ___Frank and Debi DeBenedictis___, as Owners, whose present mailing address is ___960 Hancock Creek Blvd #211 Cape Coral, Fl. 33990___ and ARANDA HOMES, INC., as Contractor, mentioned finish and deliver a residence on land known as ___1418 sw 24th Ave  Cape Coral Fl 33914___ situated in ___LEE___ County, State of Florida. Owned by ___Frank DeBenedictis and Debi DeBenedictis___, his wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Three Hundred Six Thousand Two Hundred and Twenty Five dollars XX/100—( $306,225.00 )

U.S. Dollars in the following manner: One percent, 1% $3,061.25 Deposit, with signing of the contract.

1. $ 27,560.25    9% as down payment, by check subject to collection, prior to start of construction.
2. $     25% when plumbing is roughed in and slab is poured.
3. $     25% when masonry walls are complete and lintel poured.
4. $     25% when sub-roof is on and dried in.
5. $     10% when interior drywall is installed.
6. $     5% when completely finished and ready for delivery to Owners.

### This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___180___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. (At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, venue shall lie in Lee County, Florida. Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through ___March 1st___, 2006, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price or not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

JAN-22-2009 06:54 PM   DEBENEDICTIS                    12395747154                    P.07

FEB-27-2002 19:58   FROM:ARANDA NORTH MODEL. 239 283 4445           TO:2744259           P:23

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's ___Vista___ home with all details of material and construction to be equal to or better than those used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914 except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such changes or changes when practicable, and the same in no way injuriously affect or make void this Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans, Contractor may then produce production prices for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy. Special insurance notice due to liability insurance requirements, only contractors and their employees may be on the property during the hours of 7:00 am and 5:00 pm Monday through Saturday. Owners and other non-construction persons may not enter into the property during those hours unless accompanied by an employee of Aranda Homes, Inc. Aranda Homes, Inc. has the right to stop all work any time unauthorized persons enter upon the property during those hours.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owner. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owner. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on this property are to be provided by owners, any expenses necessary for this access and for maintaining said access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount prepaid the balance at the time of the closing, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guaranties or warranties, and liability herein terminates one year from date of delivery. All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractors, direct the subcontractor's work or otherwise interfere with the Contractor's control and supervision of the subcontractors and the work. In the event owner directs any subcontractor in any manner, or directs a subcontractor to Subcontractor will no longer be deemed a Subcontractor of Contractor, but will be deemed in direct contract with the Owner, and Owner shall be liberally and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted for Contractor's scope of work and no longer the responsibility of Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED. INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR ANY IMPLIED WARRANTY PROVIDED IN THE BUILDER'S LIMITED WARRANTY, EXCEPT AS MAY BE EXPRESSLY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

JAN-22-2009 06:55 PM  D.BENEDICTIS                          12395;47154                    P.08

FEB-27-2002 18:51  FROM:ARANDA NORTH MODEL 239 283 4445      TO:2794259

ELEVENTH: The Contractor will furnish _____ Concrete _____ driveway of up to ___ 800 ____ square feet. Additional driveway will be charged at the Owner at $ 1.50 __ per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, walk, patios, sidewalks, driveways and floors. The tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE.
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL, HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest Florida is a area of high humidity and high mold count. Mildew and mold can naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser _____

Purchaser _____

                                              _____
                                              Aranda Homes, Inc.

BUILDING AGREEMENT

Articles of Agreement made and entered into this __15__ day of _January_____ , 2006_, by and between _Elena R. Holmes_____ and _____, as Owners, whose present mailing address is: _16948 Captains Drive, Bokeelia, FL 33922_____ and Aranda Homes, Inc., as Contractor.

FIRST:        The Contractor promises and agrees to the Owners that he will for the consideration hereinafter

mentioned finish and deliver a residence on land known as: 7407 Cobb Road, Bokeelia, Fl, 33922 _Rapid No.1 Unit A, Lot 26, PB12 PG 5_____ __31-43-22-01-00000.0260_ _____ situated in _Lee__ _____County, State of Florida Owned by ___Elena R. Holmes_____ and _____

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two  Hundred Eighty One  Thousand Seven Hundred Sixty DollarsXX/100 ( $ _281.760.00_____ )

U.S. Dollars in the following manner: one percent, 1% $ _2.817.60_____ Deposit, with signing of the contract
1. $ _25,358.40_____ (9%) as down payment, by check subject to collection, prior to start of construction
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (858)487-1395.

The above price is guaranteed to the Owners through  _March 17_____ , 2006 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after

1.

_7407 Cobb Road, Bokeelia_

_31-43-22-01-00000-0260_

Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

THIRD:        The said residence to be Contractor's _____Viscaya_____ home with all details of material and construction to be equal to or better than those used in the model home at ___4800 SW 24th Place, Cape Coral, FL 33914_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SPECIAL INSURANCE NOTICE-DUE TO LIABILITY INSURANCE REQUIREMENTS, ONLY CONTRACTORS AND THEIR EMPLOYEES MAY BE ON THE PROPERTY DURING THE HOURS OF 7:00AM AND 5:00PM, MONDAY THROUGH SATURDAY. OWNERS AND OTHER NON-CONSTRUCTION PERSONS MAY NOT ENTER ONTO THE PROPERTY DURING THESE HOURS UNLESS ACCOMPANIED BY AN EMPLOYEE OF ARANDA HOMES, INC. ARANDA HOMES, INC. HAS THE RIGHT TO STOP ALL WORK ANY TIME UNAUTHORIZED PERSONS ENTER UPON THE PROPERTY DURING THESE HOURS.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and

2

appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:       The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractor, direct the subcontractor's work, or otherwise interfere with Contractor's control and supervision of the subcontractor and the work. In the event Owner directs any subcontractor in any manner, or directs a subcontractor to change or alter the work, all work performed by such contractor will not be included in any warranty provided by Contractor, the subcontractor will no longer be deemed a subcontractor of contractor, but will be deemed in direct contract with Owner, and Owner shall be directly and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted from Contractor's scope of work and no longer the responsibility of Contractor.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:       The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:       OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:       IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:       CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S

3

CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:        This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____        _____

                                                                          Aranda Homes, Inc.

Purchaser: _____

4

Addendum #1                                      DATE: January 15, 2006

NAME: Elena R. Holmes
ADDRESS: 16948 Captains Drive                    LOT  : 26
CITY, STATE: Bokeelia, FL 33922
                                                 Rapid No.1 Unit A
TELEPHONE: Home # (239) 283-4399
              Cell # (407) 421-5143              CITY:  Bokeelia
MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS              PRICE: $267,100.00

| | |
|---|---|
| 1. Pine Island water allowance | 1,860.00 |
| 2. Standard septic system | Included |
| 3. Additional impact fee allowance | 2,200.00 |
| 4. Three course stem wall | Included |
| 5. Fill allowance-$9,000.00 | Included |
| 6. Additional fill/final grade | 3,000.00 |
| 7. Shingle roof | Included |
| 8. Tile living and dining areas | Included |
| 9. Solid surface kitchen tops | Included |
| 10. Washer and dryer | Included |
| 11. Front doors sandblasted as per model | Included |
| 12. Security system | Included |
| 13. Fans and light fixtures | Included |
| 14. Tile deck package | Included |
| 15. Stamped driveway, walk, and entry | Included |
| 16. Floratam sod standard lot size 80 x 125 | Included |
| 17. Sprinkler system with auto rain shutoff standard lot size 80 x 125 | Included |
| 18. Surveys | Included |
| 19. Floor outlet in great room | Included |
| 20. 16 x 16 size tile | Included |
| 21. Tile throughout house  including closets | 6,450.00 |

                    TOTAL HOME IMPROVEMENTS:            Continued

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                          _____

                                                 PURCHASER

_____                          _____
Aranda Homes, Inc.
                                                 PURCHASER

5

Addendum #2                                          DATE: January 15, 2006
NAME: Elena R. Holmes
ADDRESS:  16948 Captains Drive                          LOT : 26
CITY, STATE: Bokeelia, FL 33922
                                                     Rapid No.1 Unit A
TELEPHONE: Home # (239) 283-4399
             Cell # (407) 421-5143                   CITY:  Bokeelia
MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS                     PRICE: $267,100.00

1. Obscure windows in master bathroom shower                      Included
2. Antique brass handles                                          Included
3. Culvert pipe allowance if needed                                800.00
4. Garage door opener with two transmitters                        350.00




                          TOTAL HOME IMPROVEMENTS:          $281,760.00




ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.



_____                         _____
                                                              PURCHASER

_____
Aranda Homes, Inc.                              _____
                                                              PURCHASER



5

## PROFILE SHEET

NAME:  Elena R. Holmes

Salesperson: Arlene Steinweg
Co-Broke Realtor : Elena R. Holmes
Model:  Viscaya

Rapid No.1 Unit A
PB12 PG5

Secondary Eagle Protection Zone

| | | |
|---|---|---|
| 1. Legal Description: | 7407 Cobb Road<br>Bokeelia, FL 33922 | Lot 26 |
| 2. Lot Dimension | | 80 x 140 |
| 3. Seawall | | N/A |
| 4. Fill Requirements | | T.B.D. |
| 5. Impact Fee: | | County |
| 6. Deed Restriction | | County |
| 7. Well | | N/A |
| 8. Septic | | Yes |
| 9. Pine Island water | | Yes |
| 10. Culvert Pipe: | | T.B.D. |
| 11. Survey: | | Needed |
| 12. Financing: | Bank Of America=Debbie Tedder<br>(239) 283-1031 | Yes |
| 13. Pool | San Juan | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.
THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Elena R Holmes_     Date: _1/15/06_

Customer: _____     Date: _____

6

Addendum #3
NAME: Elena R. Holmes
ADDRESS:  16948 Captains Drive
CITY, STATE: Bokeelia, FL 33922

DATE: February 28, 2006

LOT : 26

Rapid No.1 Unit A

TELEPHONE: Home # (239) 283-4399
            Cell # (407) 421-5143
MODEL: Viscaya

CITY:  Bokeelia

ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE: $267,100.00

CHANGE FROM ADDENDUM #2

1. Nickel  handles and hinges interior doors            465.00

TOTAL HOME IMPROVEMENTS:       $465.00

ADDENDUM - Nineteenth – ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

5

## _Aranda Homes Inc._ (908) 672-2808 cell

### Building Agreement

Articles of Agreement made and entered into this __26th__ Day of __January__ 2005 by and between __Thomas and Carol Lindner__, as Owners, whose present mailing address is __24 Crossman Road, Sayreville NJ 08835-1716__ and ARANDA HOMES, INC., as Contractor. __1621 SW 18th Terr. 33991__

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as __606 SW 28th Terrace, Cape Coral FL 33914__ situated in __Lee__ County, State of Florida. Owned by __Thomas Lindner and Carol Lindner__ His wife

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirteen Thousand Two and Fifteen Hundred dollars XX/100————————($213,215.00 )

U.S. Dollars in the following manner: one percent, 1% $ __2,132.15__ Deposit, with signing of the contract.

1. $ 19,189.35     9% as down payment, by check subject to collection, prior to start of construction.
2. $ 53,303.75     25% when plumbing is roughed in and slab is poured.
3. $ 53,303.75     25% when masonry walls are complete and lintel poured.
4. $ 53,303.75     25% when sub-roof is on and dried in.
5. $ 21,321.50     10% when interior drywall is installed.
6. $ 10,660.75     5% when completely finished and ready for delivery to Owners.

This Building Agreement is Contingent upon Your plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about __180__ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through __March 5th__ 2005 , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

Cash Draw Schedule X _Thomas Lindner_    x_Carol Lindner_ Date 6-1-05

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this ____26th____ Day of ____January  2005____ by and between _____Thomas and Carol Lindner_____ , as Owners, whose present mailing address is _____214 N 7th Ave Manville, NJ 08835-1216_____ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as ___605 SW 28th Terrace, Cape Coral Fl. 33914 situated in __Lee___ County, State of Florida. Owned by ____Thomas Lindner and Carol Lindner_____His wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirteen Thousand Two and Fifteen Hundred dollars XX/100———————( $213,215.00 )

U.S. Dollars in the following manner: one percent, 1% $2,132.15  Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 19,189.35 | 9% | as down payment, by check subject to collection, prior to start of construction. |
| 2. $ 53,303.75 | 25% | when plumbing is roughed in and slab is poured. |
| 3. $ 53,303.75 | 25% | when masonry walls are complete and lintel poured. |
| 4. $ 53,303.75 | 25% | when sub-roof is on and dried in. |
| 5. $ 21,321.50 | 10% | when interior drywall is installed. |
| 6. $ 10,660.75 | 5% | when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent upon Your plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___180___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____March 5th_____, 2005 , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

Cash Draw Schedule X _Thomas Lindner_  x_Carol Lindner_ Date 6-1-05



# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this __26ª__ Day of __January__ __2005__ by and between _____ Thomas and Carol Lindner _____ as Owners, whose present mailing address is _____ 214 N 7ª Ave Manville, NJ 08835-1216 _____ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as __605 SW 28ª Terrace Cape Coral FL 33914__ situated in ___ Lee ___ County, State of Florida. Owned by ___ Thomas Lindner and Carol Lindner ___ His wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirteen Thousand Two and Fifteen Hundred dollars XX/100——————————( $213,215.00 )

U.S. Dollars in the following manner: one percent, 1% $ 2,132.15    Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 19,189.35 | 9% | as down payment, by check subject to collection, prior to start of construction. |
| 2. $ | 25% | when plumbing is roughed in and slab is poured. |
| 3. $ | 25% | when masonry walls are complete and lintel poured. |
| 4. $ | 25% | when sub-roof is on and dried in. |
| 5. $ | 10% | when interior drywall is installed. |
| 6. $ | 5% | when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent upon Satisfactory Financing and Your plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about __180__ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10ª day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through __March41 6ª__ __2005__, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material prices increases that occur between the last date of guaranteed price and the actual start date. If adjusted price or not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla/ Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's ___ Vizcaya ___ home with all details of material and construction to be equal to or better than ___ Brochure ___ those used in the model house at 4883 SW 24ª Place Cape

605 SW 28ᵗʰ Terr

35-44-23-C4-01891.0190

Coral, Florida  33914____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement, but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $225.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY.  NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW.  It is an express condition precedent to the deliver, prevision and enforcement of any warranties, express or implied, under this contract Contractor has paid the full contract price.

ELEVENTH: The Contractor will furnish ____Concrete____ driveway of up to ___800___ square feet.  Additional driveway will be charged to the Owner at $ 3.50__ per square foot.  Machine grading of lot of up to 10,000 square feet total area is included.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco.  Tile testing or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT

ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE:
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Thomas Lindner_____     _____
                                                 Aranda Homes, Inc.

Purchaser: _Carol Lindner_____

ADDENDUM #1
NAME: Thomas and Carol Lindner
ADDRESS: 214 N 7th Ave
CITY, STATE: Manville, NJ 08835-1216
TELEPHONE: 908-672-2808

| | |
|---|---|
| DATE: | 01/26/05 |
| BLOCK | 1891 |
| LOT | 19-20 |
| UNIT | 45 |
| CITY | Cape Coral |

MODEL: Viscaya model

PRICE    $ 192,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle Roof as per plan | $ Included |
| 2. Tile floors as per model | $ Included |
| 3. Solid surface kitchen counter tops as per model | $ Included |
| 4. All Appliances as per model | $ Included |
| 5. Front Doors sandblasted as per model | $ Included |
| 6. Security system | $ Included |
| 7. Tile deck package as per model | $ Included |
| 8. Stamped Concrete driveway, walkway, entry area and 3rd car driveway | $ 2,390.00 |
| 9. All Cape Coral Impact fees, Well, Aerator and Septic System | $ Included |
| 10. All Surveys | $ Included |
| 11. Floriam sod for standard 80x125 lot | $ Included |
| 12. Sprinkler system with auto rain shut-off for standard 80x125 lot | $ Included |
| 13. Fill Allowance | $ 3,800.00 |
| 14. Add 3-car garage as per plan | $ 9,900.00 |
| 15. Add French doors to master bedroom Vs slider | $   750.00 |
| 16. Add 4 speaker wiring for surround sound as per plan | $   675.00 |
| 17. Credit built-in entertainment center in great room | $ <500.00> |

TOTAL HOME IMPROVEMENTS        $ 213,215.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_Thomas Lindner_
PURCHASER

_Carol Lindner_
PURCHASER

ARANDA HOMES INC.

## *Aranda Homes Inc.*

ADDENDUM #2
NAME: Thomas and Carol Lindner
ADDRESS: 214 N 7th Ave
CITY, STATE: Manville, NJ 68835-1216
TELEPHONE: 908-672-2808

DATE:      02/05/05
BLOCK     1891
LOT        19-20
UNIT       45
CITY       Cape Coral

MODEL: Viscaya model

PRICE      $

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Add Shower doors to tub in guest bath __ *Clear Glass*        $ 350.00

2. Add 2 more pre-wiring for speakers on patio as per plan      $ 338.00

3. Add 1 extra outlet in garage as per plan                      $  60.00

4. Add 1 extra outside outlet in the front as per plan          $  60.00

TOTAL HOME IMPROVEMENTS      $ 808.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

ARANDA HOMES INC.

PURCHASER

## PROFILE SHEET

NAME: Tom and Carol Lindner

Model: Viscaya model

| | |
|---|---|
| 1. Legal Description: | Lot    19-20 |
| 2. Lot Dimension: | Unit   45 |
| 3. Seawall: | Block  1891 |
| 4. Fill Requirements | 80x125 |
| 5. Impact Fee: | Needed by Owner |
| 6. Deed Restriction | T.B.D |
| 7. Well | Cape Coral |
| 8. Septic | Cape Coral |
| 9. City/Water/Sewer | Yes |
| 10. Culvert Pipe: | Yes |
| 11. Survey: | No |
| 12. Financing:_____ | T.B.D |
| 13. Swimming Pool: San Juan Pools Pool Package | 3 |
| 14 Strap: | Yes |

1. Legal Description: — Lot 19-20
2. Lot Dimension: — Unit 45
3. Seawall: — Block 1891
4. Fill Requirements — 80x125
5. Impact Fee: — Needed by Owner
6. Deed Restriction — T.B.D
7. Well — Cape Coral
8. Septic — Cape Coral
9. City/Water/Sewer — Yes
10. Culvert Pipe: — Yes
11. Survey: — No
12. Financing: — T.B.D
13. Swimming Pool: San Juan Pools Pool Package — 3
14 Strap: — Yes — 354423c4818910190

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Thomas Lindner_   Date: _1-26-05_

Customer: _Carol Lindner_   Date: _1-26-05_

*Yasmin*

## BUILDING AGREEMENT

Articles of Agreement made and entered into this _5th_ day of _July_ 2005_, by and between Joseph C. Macri and Earl E. Heller Jr. whose present mailing address is: 2343 W South Street, Allentown, PA, 18104 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:1825 S.E 2nd Street, Cape Coral, Florida, 33990. Block: 1328, Lots: 32 + 33, Unit:18, Strap: 17-44-24-C1-01328.0320 situated in _LEE_ County, State of Florida Owned by Joseph C. Macri and Earl E. Heller Jr.

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty One Thousand Four Hundred and Sixty DollarsXX/100 ( $ _241,460.00_ )

U.S. Dollars in the following manner: one percent, 1% $ _2414.60_ Deposit, with signing of the contract
1. $ 21,731.40        (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____  (25%) when plumbing is roughed in and slab is poured.
3. $ _____  (25%) when masonry walls are complete and lintel poured.
4. $ _____  (25%) when sub-roof is on and electrical roughed in.
5. $ _____  (10%) when interior drywall is complete.
6. $ _____  (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____ August 19th _____ , 2005_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.137S, *Fla. Stat.*

*1825 SE 2ND Street*

*17-44-24-C1- 01328-0320*

1

**THIRD:**    The said residence to be Contractor's Viscaya home with all details of material and construction to be equal to or better then those used in the model home at 4805 SW 24ᵗʰ Place, Cape Coral , Florida 33914 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**    Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**    All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**    The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**    It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**    This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**    The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the mortgage amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**    The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

2

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:    NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____

Aranda Homes, Inc.

3

Addendum #1
NAME:Joseph Macri & Earl Heller
ADDRESS: 2343 W South Street
CITY, STATE:Allentown, PA, 18104
TELEPHONE (610) 597-4561
MODEL: Viscaya

DATE: 7/5/05
Blk: 1328
Lot: 32 + 33
Unit: 18
CITY: Cape Coral
PRICE: 227,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.  Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator per model, delete washer & dryer. | $ <650.00> |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry | $ Included |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard 80 x 125 lot. | $ Included |
| 9. Sprinkler System with auto rain shut-off for 80 x 125 lot. | $ Included |
| 10. Tile package in Living & Dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8,000.00 |
| 13. Culvert (If required) | $   795.00 |
| 14. Tile lanai only. Pool deck to be spray-crete | $ <500.00> |
| 15. Boom-pump charges for blocked lot.(If required) | $   800.00 |
| 16. Master bedroom closet changes per plan. | $    N/C |
| 17. Water and electric outlet to dock. | $   595.00 |

TOTAL HOME IMPROVEMENTS          $ Continued.

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____          Joseph C Macri
Aranda Homes, Inc.                    PURCHASER

                                     Earl E Heller
                                      PURCHASER

4

Addendum #2
NAME: Joseph Macri & Earl Heller
ADDRESS: 2343 W South St.
CITY, STATE: Allentown, PA, 18104
TELEPHONE (610) 597-4561

DATE: 7/5/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY: Cape Coral

MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 18. Add Light and switch to enlarged master closet per plan. | $ 85.00 |
| 19. Add 110 volt outlet to kitchen niche per plan. | $ 40.00 |
| 20. Add (3) three 110 volt outlets to built-in with (1) one switch per plan. | $ 160.00 |
| 21. Stainless steel kitchen sink and soap dispenser i/l/o solid surface sink.(allowance) | $ 500.00 |
| 22. Tilt-out tray at kitchen sink. | $ 60.00 |
| 23. Tile Master bedroom and closet per plan. | $ 1330.00 |
| 24. Satin paint on interior walls only, no ceilings or trim. | $ 675.00 |
| 25. Pre-wire for surround sound. | $ 675.00 |
| 26. Standard Tile backsplash in kitchen area. | $ 450.00 |
| 27. Change lanai to (2) Fans with light kits and I light fixture i/l/o Standard | $ 190.00 |
| 28. Block glass in Master shower i/l/o fixed glass | $ 1155.00 |

TOTAL HOME IMPROVEMENTS   $ 241,460.00

ADDENDUM - Nineteenth – ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

Joseph C. Ma
PURCHASER

Earl D Heller
PURCHASER

PIPELINE PETROLIUM                    576 PS2   JUL 28 '85 87:47

Addendum #3                                    DATE: 7/19/05
NAME: Joseph Macri & Earl Heller              BLK : 1328
ADDRESS: 2343 W South Street                  LOT: 32 + 33
CITY, STATE: Allentown, PA, 18104             UNIT : 18
TELEPHONE                                     CITY: Cape Coral
MODEL: Vizcaya

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Add back Tile to pool deck i/l/o spray-crete per #14 of original contract.          $    500.00

2. Pre-wire for future heat-pump (50 amp) by owner.                                    $    595.00

3. Add (1) one 110 volt elec. outlet to master bedroom.                                $     40.00

4. Upgrade GFI on boat to (4) four plug outlet i/l/o (2) two plug outlet.              $     55.00

5. Add (2) Two GFI outlets to master bath and exterior of garage per plan.             $    140.00

6. Add (4) Four additional TV/Phone outlets per plan.                                  $    160.00

7. Credit for using only (4) Four pre-wires for surround-sound i/l/o standard.         $  <400.00>

8. Please note correct Name, address and strap number on blueprints.                   $    N/A


                                    TOTAL HOME IMPROVEMENTS        $   1090.00


ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
~~circumstances by oral or representations not~~ ~~contained herein. Signature~~ ~~Written~~
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.


_____                    _____
                                             PURCHASER

_____                    _____
Aranda Homes, Inc.                           PURCHASER

                                    7

Addendum #3                                          DATE: 7/19/05
NAME:Joseph Maeri & Earl Heller                     BLK : 1328
ADDRESS: 2343 W South Street.                        LOT: 32 + 33
CITY, STATE:Allentown, PA, 18104                     UNIT : 18
TELEPHONE                                            CITY: Cape Coral
MODEL:Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 1. Add back Tile to pool deck i/l/o spray-crete per #14 of original contract. | $ 500.00 |
| 2. Pre-wire for future heat-pump (50 amp) by owner. | $ 595.00 |
| 3. Add (1) one 110 volt elec. outlet to master bedroom. | $ 40.00 |
| 4. Upgrade GFI on lanai  to (4) four plug outlet i/l/o (2) two plug outlet. | $ 55.00 |
| 5. Add (2) Two GFI outlets to master bath and exterior of garage per plan. | $ 140.00 |
| 6. Add (4) Four additional TV/Phone outlets per plan. | $ 160.00 |
| 7. Credit for using only (4) Four pre-wires for surround sound i/l/o standard. | $ <400.00> |
| 8. Please note correct Name, address and strap number on blueprints. | $ N/A |

                         TOTAL HOME IMPROVEMENTS    $ 1090.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____               _____
                                                PURCHASER

Aranda Homes, Inc.                             _____
                                                PURCHASER

7



Addendum #4
NAME:Joseph Macri & Earl Heller
ADDRESS: 2343 W South Street
CITY, STATE:Allentown, PA, 18104
TELEPHONE
MODEL:Viscaya

DATE: 03/03/06
BLK : 1328
LOT: 32 + 33
UNIT : 18
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

1.   Change appliance color from Bisque to Black. Note any upgrades from RCS.      $ N/C

TOTAL HOME IMPROVEMENTS      $ N/C

ADDENDUM – Nineteenth – ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

7

## PROFILE SHEET

NAME:Joseph Macri & Earl Heller

Model: Viscaya

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City/Water/Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: Florida Sunshine Mortgage, Janie Wilder, 945-4100

13. Swimming Pool: San Juan Pools pool Package

14. Strap:

15. Salesperson

16. Co-Broke- Ted Campbell – RE/MAX Realty Team

Lot: 32 + 33

Unit: 18

Block : 1328

80 X 125

Yes

T.B.D

City

No

No

No

Yes

T.B.D

3

Yes

Yes

174424C1013280320

Yasmin

Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

## CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Joseph C. Mc___   Date: 7/5/2005

Customer: _Earl E Heller Jr_   Date: 7/5/2005

5

**BUILDING AGREEMENT**

Articles of Agreement made and entered into this  18   day of  March          ,  2005 , by and between Jack Maloy _____
and  Louise Maloy _____ as Owner, whose present mailing address is:
1014 Dryden Circle , Stillwater, OK 74075_____ and ARANDA HOMES, INC., as Contractor.

FIRST:         The Contractor promises and agrees to the Owners that he will for the consideration
                      hereinafter
mentioned finish and deliver a residence on land known as: 1328 SW 4ᵗʰ Ave, Cape Coral FL 33991
      Unit 28, Block 1986, Lots 49-50          23-44-23-C3-01986.0490
_____
situated in   Lee            County, State of Florida Owned by
      Jack Maloy & Louise Maloy

SECOND:        That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of Two Hundred Twelve Thousand Six  Hundred Forty
Dollars XX/00 ($ 212,640.00_)_____ )

U.S. Dollars in the following manner: one percent, 1% $ 2,126.40_____ Deposit, with signing of the
contract
1. $ 19,137.60_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ 53,160.00_____ (25%) when plumbing is roughed in and slab is poured.
3. $ 53,160.00_____ (25%) when masonry walls are complete and lintel poured.
4. $ 53,160.00_____ (25%) when sub-roof is on and electrical roughed in.
5. $ 21,264.00_____ (10%) when interior drywall is complete.
6. $ 10,632.00_____ (5%) when completely finished and ready for delivery to Owners.
                  Contingent upon plan approval. Contingent upon Financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about   180       days from start of construction.  However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed
and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda
Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and
that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final
payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners,
the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been
paid to the Contractor. ( At the time of such final settlement an affidavit of Uno liensⓊ covering all materials and
labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are
not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such
final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the
Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event
of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in
Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :
      CILB Recovery
      1940 North Monroe Street Suite #3
      Tallahassee, FL 32399-1039
      Tel: (850)487-1395
The above price is guaranteed to the Owners through   May 2_____ , 2005 , or until
start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction
be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or
by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by
Builder to allow for labor or material price increases that occur between the last date of guaranteed price and
the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10)
days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any
expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the

1

                  1328 SW 4 Avenue
                  23-44-23-C3- 01986-0490

of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

     THIRD:      The said residence to be Contractor's ___Viscaya___ home with all details of material and construction to be equal to or better than those used in the model home at ___4805 SW 24th Place, Cape Coral , FL 33914_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

     FOURTH:      Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

     FIFTH:      All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

     SIXTH:      The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

     SEVENTH:      It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

     EIGHTH:      This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

     NINTH: MORTGAGE PURCHASE:      The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

     TENTH:      The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their

titles. Purchaser may not assign this contract without the prior written consent to the Contractor.
THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED
WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF
HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED
WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY
STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement
of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800
square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
Any other driveway material selected by Owner shall be an upgrade and change order that will be priced
separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to
crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot
be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or
cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures
warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway,
cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is
included.

TWELFTH:     The Contractor will connect to public water and sewer lines to a
distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners.
Where Owners\l lot is not located on public water or sewer, the cost of installing a septic tank, water well,
and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing
connections to the pump will be borne by the Owners.

THIRTEENTH:     OWNER ACKNOWLEDGES AND AGREES THAT
BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S
GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY
GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY
INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR
FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE
EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY
MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS
CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL
MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE
NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE
GUARANTEED. SURFACES MAY APPEAR MOTTLED, DWAYYO OR UNEVEN UNDER DIFFERENT
LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE
NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:     CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS
713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE
MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR
PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF
YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-
SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY
REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR
PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU
FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R
PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST
YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR
CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDAS
CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A
SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:     NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED
CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT,
YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN
PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE
ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR
DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION
DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION
DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR
OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT
DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

3

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:        This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Jackie Malay_

_____
ARANDA HOMES, INC.

Purchaser: _C. Louise Malay_

4

ADDENDUM #1                                        DATE: 3/18/05

NAME: Jack & Louise Maloy                          BLOCK 1986

ADDRESS: 1014 N. Dryden Circle                     LOT   49-50

CITY, STATE : Stillwater, OK 74075                 City: Cape Coral

TELEPHONE: (405) 372-8878                          S/D

MODEL : Viscaya                    TOTAL PRICE        $201,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. City water hook-up | Included |
| 2. Standard septic system | Included |
| 3. Dimensional shingle roof | Included |
| 4. Tile living & dining areas | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer & dryer | Included |
| 7. Front doors sandblasted | Included |
| 8. Security system | Included |
| 9. Fans & light fixtures | Included |
| 10. Tile deck package | Included |
| 11. Stamped driveway, walk, & entry | Included |
| 12. Floratam sod for standard 80 x 125 lot | Included |
| 13. Sprinkler system with auto rain shutoff | Included |
| 14. Additional fill allowance | 8,000.00 |
| 15. Additional fill/final grade allowance | 2,000.00 |
| 16. Surveys | Included |
| 17. Windows in master bathroom shower to be obscure | Included |
| 18. Culvert pipe for standard driveway | 795.00 |
| 19. Garage door opener with two transmitters | 350.00 |
| 20. Water and electric to dock | 495.00 |
| 21. Floor outlet in great room | Included |

TOTAL HOME IMPROVEMENTS          $212,640.00

ADDENDUM – THIRTEEN – ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____          _____
Aranda Homes, Inc.                          PURCHASER

_____          _____
                                            PURCHASER

PROFILE SHEET

NAME: Jack & Louise Maloy

Model: __Viscaya__

| | | |
|---|---|---|
| 1. Legal Description: | 1328 SW 4th Ave.<br>Cape Coral, FL 33991 | Lot 49-50<br>Block 1986<br>Unit 28 |
| 2. Lot Dimension: | | 80 X 125 |
| 3. Seawall: | | Completed |
| 4. Fill Requirements | | T.B.D. |
| 5. Impact Fee: | | City |
| 6. Deed Restriction | | City |
| 7. Well : | | N/A |
| 8. Septic | | Yes |
| 9. Water/ Sewer | | N/A |
| 10. Culvert Pipe: | | T.B.D. |
| 11. Survey | | Needed |
| 12. Financing | | NO |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Jackie Maloy_   Date: _3-27-05_
Customer: _C. Louise Maloy_   Date: _3-27-05_

6

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this _____ 4th _____ day of ___ April ___, 2005 _ by and between _____ Jeffery J. and Leigh C. Morrison _____, as Owners, whose present mailing address is _____ 5033 San Rocco Dr. Punta Gorda Fl. 33950 _____ and ARANDA HOMES. INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as Section 18 Lot 12 Block 395 Burnt Store Meadows Punta Gorda Fl. situated in _____ Charlotte _____ County, State of Florida. Owned by _____ Jeffery J. Morrison  and Leigh Carrico Morrison _____ his Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Eighty Six Thousand and Thirty dollars   XX/100 —————————.( $286,030.00 )

U.S. Dollars in the following manner: One percent, 1% $ 2,860.30 Deposit, with signing of the contract.

| | | |
|---|---|---|
| L. $ 25,742.70 | 9% as down payment, by check subject to collection, prior to start of construction. |
| 2. $ | 25% when plumbing is roughed in and slab is poured. |
| 3. $ | 25% when masonry walls are complete and lintel poured. |
| 4. $ | 25% when sub-roof is on and dried in. |
| 5. $ | 10% when interior drywall is installed. |
| 6. $ | 5% when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___ 180 ___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through ___ May 19th , 2005 ___, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's ____Vista____ home with all details of material and construction to be equal to or better than home used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914 ____except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prices for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $150.00 per change in additions to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workmen's Compensation and Public Liability Insurance. Notwithstanding Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premiums together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which liability terminates five years from the date of delivery. All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED. INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish ____Concrete____ driveway of up to ____300____ square feet. Additional driveway will be charged to the Owner at $3.50 ___ per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile testing or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturers warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT ,INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest Florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser:

Purchaser:

Aranda Homes, Inc.

ADDENDUM #1
NAME: Jeffery and Leigh Morrison
ADDRESS: 5033 San Rocco Dr.
CITY, STATE: Punta Gorda, FL 33950
TELEPHONE: 239-916-2683
MODEL: Vista Family Room Plan

| | |
|---|---|
| DATE: | 04/04/05 |
| BLOCK | 395 |
| LOT | 12 |
| UNIT | |
| CITY | Punta Gorda |
| SECTION | 18 Burnt Store Meadows |

ADDITIONS, CHANGES AND IMPROVEMENTS

| | PRICE | $ 271,100.00 |
|---|---|---|
| 1.  Credit Tile Roof as per model | | $<7,000.00> |
| 2.  Tile floors as per model | | $ Included |
| 3.  Solid surface kitchen counter tops | | $ Included |
| 4.  All Appliances as per model | | $ Included |
| 5.  Front Doors sandblasted as per plan | | $ Included |
| 6.  Security system as per model | | $ Included |
| 7.  Credit Tile deck package, patio to be tiled | | $ <450.00> |
| 8.  Credit Stamped Concrete driveway, walkway and entry area | | $<2,500.00> |
| 9.  Impact fees City of Punta Gorda, hook-up fees for Burt Store Meadows | | $ Included |
| 10. All Surveys | | $ Included |
| 11. Floritam sod for Standard 80x120' lot | | $ Included |
| 12. Sprinkler system with auto rain shut-off for Standard 80x120' lot | | $ Included |
| 13. Fill allowance | | $ 8,000.00 |
| 14. Move nook wall out with a 6' slider and 4' window as per plan | | $ 2,600.00 |
| 15. Add bidet to master bathroom as per plan | | $   920.00 |
| 16. Add hot and cold shower on patio as per plan | | $   495.00 |
| 17. Add half bath with storage closet as per plan | | $ 2,415.00 |
| 18. Change Kitchen with solid surface top and raised diskwasher as per plan, Allowance | | $ 5,500.00 |
| 19. Add Concrete to front entry area as per plan | | $   350.00 |
| 20. Add 2 windows Vs Fixed glass window in master bedroom as per plan | | $   425.00 |
| 21. Vent micro-wave | | $   395.00 |
| 22. Add door to family rm entrance and hallway of master bedroom as per plan | | $   390.00 |
| 23. Add Fireplace wood burning, Allowance | | $4,500.00 |
| 24. Add Tile shower seat and change design of tub in master bath as per plan | | $   890.00 |
| | TOTAL HOME IMPROVEMENTS | $286,030.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents
has made no representations or promises except those contained herein and that this agreement contains all
items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or
representations unless incorporated in this agreement. Written change orders, however, even though accepted
by Contractor, are subject to work not having started or ordered on attached items. Final electrical inspection or
connection will not be ordered until final payment has been made and usually it takes about seven working days
for power company to connect electric after final payment.

PURCHASER

PURCHASER

ARANDA HOMES INC.

4/30/2005 11:24 AM FROM-F   S. 941-575-4018 Enhanced Communication Specialists  PAGE: 002 OF 002
APR-21-2002 07:54 FROM:ARMOR NC    .TOEL 239 283 4446          TO:19    23218        P:1/1

## *Aranda Homes Inc.*

| | | |
|---|---|---|
| ADDENDUM #2 | DATE: | 04/29/05 |
| NAME: Jeffery and Leigh Morrison | BLOCK | 295 |
| ADDRESS: 5033 San Rocco Dr. | LOT | 12 |
| CITY, STATE: Punta Gorda, Fl. 33950 | UNIT | |
| TELEPHONE: 239-918-2683 | CITY | Punta Gorda |
| MODEL: Vista Family Room Plan | SECTION | 18 Burnt Store Meadows |

ADDITIONS, CHANGES AND IMPROVEMENTS          PRICE          $

1. Add water jetted tub to master bedroom                                          $ 695.00

2. Add one motion flood light with one switch to front garage side          $ 170.00

3. Add electric for pool heater                                                              $ 595.00

4. Remove upper arched niche's above kitchen V2 adding 2 outlets in Utility room          $ No Charge

5. Add garage door opener with 2 remotes                                          $ 350.00

6. Add 3 outlets in upper plasters with 2 switches as per plan          $   200.00

TOTAL HOME IMPROVEMENTS          $ 2,010.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents
has made no representations or promises except those contained herein and that this agreement contains all
items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or
representations unless incorporated in this agreement. Written change orders, however, even though accepted
by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or
connection will not be ordered until final payment has been made, and usually it takes about seven working days
for power company to connect electric after final payment.

PURCHASER

ARANDA HOMES INC.                                        PURCHASER

*Aranda Homes Inc.*

| ADDENDUM #3 | | DATE: | 06/11/05 |
| NAME: Jeffery and Leigh Morrison | | BLOCK | 395 |
| ADDRESS: 5033 San Rocco Dr. | | LOT | 12 |
| CITY, STATE: Punta Gorda, Fl. 33950 | | UNIT | |
| TELEPHONE: 239-910-2683 | | CITY | Punta Gorda |
| MODEL: Vista Family Room Plan | | SECTION | 18 Burnt Store Meadows |
| | | | |
| ADDITIONS, CHANGES AND IMPROVEMENTS | | PRICE | $ |

1. Credit for Refrigerator, microwave, range and dishwasher only. Washer and dryer by Aranda    $ <2,150.00>

TOTAL HOME IMPROVEMENTS    $ <2,150.00>

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

X _____
     PURCHASER

X _____
     PURCHASER

ARANDA HOMES INC.

Please Fax back to 239-945-6644

## PROFILE SHEET

NAME: Jeffery and Leigh Morrison

| | | | Lots | 12 |
|---|---|---|---|---|
| | | | Sub | Burnt Store Meadows |
| Model: Vista Family Room | | | Section | 18 |
| 1. Legal Description: | | | Block | 396 |
| 2. Lot Dimension: | | | 80'x120' | |
| 3. Seawall: | | | Off water | |
| 4. Fill Requirements: | | | T.B.D | |
| 5. Impact Fee: | | | Charlotte/Punta Gorda County | |
| 6. Deed Restriction | | | Burnt Store Meadows | |
| 7. Well | | | No | |
| 8. Septic | | | No | |
| 9. City Of Punta Gorda City Water and Sewer | | | Yes | |
| 10. Culvert Pipe: | | | T.B.D | |
| 11. Survey: | | | 3 | |
| 12. Financing: Donna Carpenter Riverside Bank | | | Yes | |
| 13. Swimming Pool: San Juan Pools  pool package | | | Yes | |
| 14. Strap number | | | 001863950012 | |
| 15. Salesperson | | | Joe | |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 4/4/05

Customer: _____   Date: 4/4/05