UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br><br>SECTION: L |
| This Document Relates to:<br>Payton, et al v. Knauf  GIPS KG, et al,<br>Case No. 2:09-cv-07628 (E.D.La.) | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PROFILE FORM**

NOW INTO COURT, through undersigned counsel, comes Louisiana Lumber LLC, Respectfully requests as follows:

Louisiana Lumber LLC has been recently decided to allow the Law Offices of Bruce M. Danner to withdraw as counsel of record and will retain new counsel in the above-referenced matter, namely, the law firm of Swetman Baxter Massenburg, LLC.  Louisiana Lumber LLC respectfully avers that its new counsel will need additional time to become familiar with its client's position in the instant matter, and to file its' Profile Form.  Plaintiff's counsel has been contacted, and has advised that they do not oppose Louisiana Lumber LLC's request that this court grant it an additional twenty days in which to file its Profile Form.

WHEREFORE, Louisiana Lumber LLC respectfully requests that this Honorable Court allow it an additional twenty days in which to file its Profile Form.

                                                                Respectfully submitted,

                                                                LAW OFFICES OF BRUCE M. DANNER, LLC
                                                               By:    /s/ Bruce M. Danner
                                                                      Bruce M. Danner (LSBA 4496)
                                                                      209 Highway 22 West, Suite G
                                                                      Madisonville, LA  70447
                                                                      Phone:  (985) 792-5220
                                                                      Fax:  (985) 792-4889
                                                                      bmd@brucemdannerlaw.com

AND

By: /s/ James E. Cazalot, Jr.
James E. Cazalot, Jr. (LSBA 17510)
1010 Common Street, Suite 1750
New Orleans, LA 70112
Phone: (504) 587-7100
Fax: (504)587-7102
jamescazalot@hotmail.com

*Counsel for Louisiana Lumber, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Motion For Extension of Time in which to File Profile Form has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronically filing in accordance with the procedures established in MDL 2047, on this 6th day of July, 2010.

s/Bruce M. Danner
**BRUCE M. DANNER**