IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION L<br><br>Judge Fallon<br>Magistrate Judge Wilkinson |

This Document Relates to:

Case No.09-6690
David Gross, *et al*, v. Knauf Gips KG., *et al.*
_____/

## **ORDER**

Upon consideration of the Motion for Extension of Time to Respond to the Profile Form, filed herein by Rivercrest LLC.

IT IS HEREBY ORDERED that the Motion for Extension of Time to Respond to the Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that the Defendant Rivercrest LLC shall be granted until August 6, 2010 within which to respond to the Profie Form served in the above captioned matter, Civil Action No. 09-6690, within MDL No. 2017.

New Orleans, Louisiana, this _____ day of July, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

17112193.1