UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Court has a new provider for conference calls. Accordingly, IT IS ORDERED that the current conference call-in information for the August 12, 2010 monthly status conference is no longer applicable. The instructions for the new conference call information follow:

1. Dial 877-336-1839;

2. Once you are connected, enter access code 4227405. You may be put on hold until the host (the Court) activates the call;

3. Once the call is activated, enter participant security code 81210 followed by the pound (#) key;

4. Finally, you will be given the option to accept or re-enter the participant security code before you are entered into the call.

New Orleans, Louisiana, this  6th  day of July 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE