UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | : | MDL NO. 2047 |
| DRYWALL PRODUCTS LITIGATION | : | |
| | : | |
| | : | SECTION: L |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| *Kenneth and Barbara Wiltz, et al. v.* | : | JUDGE FALLON |
| *Beijing New Building Materials* | : | MAG. JUDGE WILKINSON |
| *Public Limited Co., et al.* | : | |
| | : | |
| Case No. 10-361, Sect. L Mag. 2 | : | |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

DEFENDANT, BETTER BOXING COMPANY'S,
CORPORATE DISCLOSURE STATEMENT

BETTER BOXING COMPANY, INC., by and through undersigned counsel and pursuant to Rule 7.1 hereby discloses the following:

1. BETTER BOXING COMPANY is a corporation organized and existing under the laws of the State of Louisiana.

2. BETTER BOXING does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

                              **Respectfully Submitted:**

                              **FORMAN PERRY WATKINS KRUTZ & TARDY LLP**

                              _____*S/ Molly M. Gattuso*_____
TIM GRAY, LA BAR #31748
MOLLY MARIE GATTUSO, LA BAR # 29204
1515 Poydras Street, Suite 1300
New Orleans, Louisiana 70112
(504) 799-4383 – Telephone
(504) 799-4384 – Telecopy

Attorneys for Defendant Better Boxing Company

OF COUNSEL:

JOHN C. MCCANTS, III
**FORMAN PERRY WATKINS KRUTZ & TARDY LLP**
City Centre
Suite 100
200 South Lamar Street
Jackson, Mississippi 39201
(601) 960-8600 - Telephone
(601) 960-8613 - Telecopy

CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 7th day of July, 2010.

                              _____*S/ Molly M. Gattuso*_____
                              MOLLY MARIE GATTUSO