UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILTY LITIGATION | § <br> § <br> § <br> § <br> § | MDL No. 2047 <br><br> SECTION: L |
| This Document Relates to:<br>Payton, et al v. Knauf GIPS KG, et al,<br>Case No.: 2:09-cv-07628 (E.D.La.) | § <br> § <br> § <br> § | Judge Fallon<br>Mag. Judge Wilkinson |
| §§§§§§§§§§§§§§§§§§§§§§§§§§§§ | § | |

## MOTION TO WITHDRAW
## COUNSEL AND SUBSTITUTE FIRM OF RECORD

NOW INTO COURT, through undersigned counsel, comes Louisiana Lumber, LLC, which respectfully requests as follows:

That Bruce M. Danner, LLC and The Law Offices Of H. Edward Sherman APLC be withdrawn as counsel of record;

That the law firm of Swetman Baxter Massenburg, LLC, be identified as firm of record with its attorneys, Kay Barnes Baxter, Brandie M. Thibodeaux, Glenn L.M. Swetman, Christopher O. Massenburg, and Margaret A. Casey be substituted as counsel of record.

- 1 -

Respectfully submitted,

SWETMAN BAXTER MASSENBURG, LLC

_____
KAY B. BAXTER (LSBA No. 22938)
BRANDIE M. THIBODEAUX (LSBA No. 29344)
GLENN L. M. SWETMAN (LSBA No. 21904)
CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
MARGARET ADAMS CASEY (LSBA No. 22918)
650 Poydras Street, Suite 2400
New Orleans, Louisiana 70130
Telephone: (504) 799-0500
Facsimile:  (504) 799-0501


BRUCE M. DANNER, LLC

_____
BRUCE M. DANNER (Bar No. 4496)
209 Hwy. 22 W., Suite G
Madisonville, LA 70447
Telephone (985) 792-5220
Facsimile (985) 792-4889


THE LAW OFFICES OF H. EDWARD SHERMAN, APLC

_____
JAMES E. CAZALOT, Jr. (Bar No. 17510)
1010 Common Street Suite 1750
New Orleans, Louisiana 70112
Telephone (504) 587-7100

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 7TH day of July, 2010

_____
BRANDIE M. THIBODEAUX