# EXHIBIT A

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| 3180 Lamb Court Acquisition, LLC | KB Home Jacksonville, LLC |
| 616 LLC/ Andy Ziffer | KB Home Orlando, LLC |
| A & C Development, LLC | KB Home/Shaw Louisiana, L.L.C. |
| A.R.B.C. Corporation | KB Home Tampa, LLC |
| A& D Homes, Inc. | KB Homes |
| Aarco, LLC | KB Homes Fort Myers, LLC |
| Aburton Homes, Inc. | KC2 Investments, LLC |
| Acadian Builders of Gonzales, Inc. | Ken Roberts |
| Acadian Builders and Contractors, LLC | Kenneth B. Speights Construction Co. |
| Adams Homes Realty, Inc. | Kensington Woods, LLC |
| Adams Homes of North West Florida, Inc. | Kenwood Homes, Inc. |
| Adrian Kornman | Kimball Hill Homes Florida, Inc. |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | L.A. Homes, Inc. |
| Affordable Homes & Land, LLC | L'Oasis Builders Incorporated |
| AHJV, LLC | L&J Builders, Inc. |
| Ainslie Group, Inc. | La Homes and Properties Inc. |
| Alana Development Corporation | Lake Ashton Development Group II LLC |
| Albanese-Popkin the Oaks Development Group, L.P. | Lakeridge Builders, Inc. |
| Albert Howard, Jr. | Lakeside Village Development, L.L.C. 1 |
| Alternative Source, Inc. | Land Resources LLC |
| Alvian Homes, Inc. | Laporte Builders, Inc. |
| Alvin Royes, Jr., LLC | Laporte Family Properties, LLC |
| America's First Home, Inc. | Las Playas LLC |
| American Dream Builders, Inc. | Last Minute Properties, LLC |
| American Eastern, Inc. | Lavish Holding Corp. |
| American Gallery Development Group, LLC d/b/a American Gallery Homes | Lawrence Migliar LLJ Construction |
| American Homes | Lee Harbor Homes, Inc. |
| Amerisouth, Inc. | Lee Harbor Homes of Florida, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Andre Rodgers, Carpenter | Lee Roy Jenkins Builder, Inc. |
| Angel Developments, LLC | Lee Wetherington Homes, Inc. |
| Anthony F. Marino General Contractor, LLC | Legend Custom Builders, Inc. |
| Anthony Raggs | Lennar Corporation |
| Anthony Skrmetti | Lennar Homes, Corp. |
| Antilles Vero Beach, LLC | Lennar Homes, LLC |
| Aranda Homes, Inc. | Leroy Laporte, Jr. |
| Aranda Homes of Florida, Inc. | Liberty Home Builders, Inc. |
| Arizen Homes, Inc. | Lifescape Buildings, LLC |
| ARM Structural, Inc. | Linel Consulting, LLC |
| Arthur Homes (JL Arthur) | Liongate Design Structure, LLC |
| Atchafalaya Homes | Littles Construction of Central Florida, Inc. |
| Atlantic Homes Development Corporation | Lloyd & Sons Construction, Inc. |
| Atlantic Homes, LLC | Louran Builders, Inc. |
| Aubuchon Homes, Inc. | Louran Gips KG |
| Avalon Building Corporation of Tampa Bay | LPR Builders, Inc. |
| Avalon Preserve Developers, L.L.C. | LTL Construction, Inc. |
| B & E Construction Miami Corp. | Lucas Construction Corporation |
| B&W Complete Construction, Inc. | Lucra Investments, Inc. |
| Bagley Construction, LLC | Lynch Builders, LLC |
| Banner Homes of Florida, Inc. | M/I Homes, Inc. |
| Barony Homes, Inc. | M/I Homes of Tampa, LLC |
| Bass Homes, Inc. | M J F Construction Corporation |
| Bauhaus Inc. | M.E. Gibbens, Inc. |
| Bauhaus Solutions, Inc. | MacGlen Builders, Inc. |
| Bay Colony-Gateway, Inc. | Magnum Development, LLC |
| BBL - Florida, LLC | Majestic Homes and Realty SW LLC |
| BDG Waterstone, LLC | Majestic Homes, Inc. |
| Beazer Homes Corp. | Majestic Homes of Port St. Lucie, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Belfor USA Group, Inc. | Majestic Homes of Vero Beach, Inc. |
| Bell Construction | Mandalay Homes, Inc. |
| Belmont Lakes Investments, LLC | Manuel Gonzales Terra Group Intl. |
| Bender Construction & Development, Inc. | Marigold Court, LLC |
| Benoit Builders, LLC f/k/a Benoit Builders & Realtors, Inc. | Mariner Village Townhomes, Inc. |
| Berrywood Estates a Senior Community, LLC | Maronda Homes, Inc. of Florida |
| Big Bear Const. Co. | Master Builders of South Florida, Inc. |
| Big River Construction and Remodeling Co., Inc. | Mat D Construction |
| BJ&K Construction, Inc. | Mayeaux Construction, Inc. |
| Blackhawk Partners, LLC | McCar Homes, Inc. |
| Blanchard Homes, Inc. | McCar Homes-Tampa, LLC |
| BO Builders, LLC | McCombs Services, LLC |
| Bonita Beachwalk, LLC | McDowell Builders, LLC |
| Bove Company | MCM Building Enterprise, Inc. |
| Brantly Homes, Inc. | Meadows of Estero-Bonita Springs Limited Partnership d/b/a Shelby Homes |
| Breakwater Homes Association | Medallion Homes Gulf Coast, Inc. |
| Brighton Home Builders, Inc. | Medallion Homes, LLC |
| Brightwater Community 1 LLC | Melvin Prange, Jr. Construction, L.L.C. |
| Bristol Corner, LLC | Meridian Homes USA, Inc. |
| Brothers Properties LA, LLC | Merit Homes, Inc. |
| Buquoi Construction, LLC | Meritage Homes of Florida, Inc. |
| Buras Construction LLC, | Methodical Builders, Inc. |
| Burmaster Construction, Inc. | MGB Construction |
| Burnett Construction Co. | Midwest Construction & Development LLC |
| Bush Construction Corp. | Mike Jones Construction, Inc. |
| C & N Construction Co. LLC | Millennium Homes & Development, Inc. |
| C. Adams Construction and Design, LLC | Miller Construction Company |
| C&C Homebuilders, Inc. | Miller Professional Contracting, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Cabot Homes | Ming K Wong |
| Cajun Construction & Development, LLC | Mitchell Homes, Inc. |
| Calmar Construction Company, Inc. | Modern Construction Group, Inc. |
| Calvin P. Williams | Monopoly Builders, Inc. |
| Cardel Master Builder, Inc. d/b/a Cardel Homes | Monzelle Diles |
| Caribe Central, LLC | Morrison Homes, Inc. |
| Caribe East LLC | MW Johnson Construction of Florida, Inc. |
| Carribean Custom Builders and Developers | Nathanial Crump |
| Carter Custom Homes, Inc. | Negotiable Remodeling |
| Catalano Custom Homes, LLC | Neslo, Contracting |
| CB Creek, Inc. | Nice Homes, Inc. |
| CB Dupree Construction, LLC | North Palm Estates Homes, Inc. |
| CDC Builders, Inc. | Northstar Holdings at B and A LLC |
| Centerline Homes at Delray, Inc. | Northstar Homebuilders, Inc. |
| Centerline Homes at Georgetown LLC | Northstar Homes |
| Centerline Homes at Port St. Lucie, LLC | O'Neal Homes, Inc. |
| Centerline Homes at Tradition, LLC | O'Neill/Holliman Corporation |
| Centerline Homes Construction Inc. | Oak Avenue, LLC |
| Centerline Homes, Inc. | Oak Tree Construction |
| Centerra Homes, LLC | Oakbrook Building and Design, Inc. |
| Central Peninsula Contracting LLC | Oscar Jiles d/b/a. JJ Construction |
| Centurion Homes of Louisiana, LLC | Overlook, LLC |
| Century Homebuilders, LLC | Overlook Point, LLC |
| CGF Construction | Oyster Bay Homes, Inc. |
| Chabot Enterprises, Inc. | P N K Builders, LLC |
| Chase Construction, Inc. | Palm Coast Construction, LLC |
| Chateau Bourbon, LLC | Palm Isles Holdings, LLC |
| Chateau Development LLC | Par-Self, Inc. |
| Chris Booty | Paradise Builders of SW Florida, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Chris Cadis | Paragon Homes, Corporation |
| Chris P. Roberts | Paramount Quality Homes Corp. |
| Christopher M. Odom | Parellel Design and Development LLC |
| CL Architects & Contractors Corp. | Parkview Homes Realty, Inc. |
| Clark-Whitehill Enterprises, Inc. | Parr-Self, Inc. |
| Cloutier Brothers, Inc. | Patter Construction Services |
| Cockerham Construction, LLC | Paul Homes |
| Comfort Home Builders, Inc. | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. |
| Completed Communities II, LLC | Paul Hyde Homes |
| Conti Construction Company, Inc. | Peak Building Corporation |
| Core Construction, LLC | Penn Construction Co., LLC |
| Core Construction Services Southeast, Inc. | Philip Latapie |
| Cornerstone Builders, LLC | Pine Ridge Development, Inc. |
| Cornerstone Group | Pine Ridge Real Estate Enterprises, LLC |
| Cornerstone Group Development, LLC | Pioneer Construction, LLC |
| Country Walk Sales, LLC | Plantation Group, LLC |
| Craftmaster, LLC | Pod Homes, LLC |
| Craftsmen Builders, Inc. | Ponce Riviera, LLC |
| Cretin Homes, LLC (EL Cretin, d/b/a Cretin Homes) | Port St. Lucie Builders, Inc. |
| CRF Management Co., Inc. | Portofino Homes, Inc. |
| Crosby Development Company, LLC | Premier Communities, Inc. |
| Crossroad Homes, Inc. | Premier International Realty d/b/a Henin Realty |
| Curb Appeal Home Builders, Inc. | Premiere Design Homes, Inc. |
| Curington Contracting, Inc. | Preserve Development, LLC |
| Curtis Lee Wimberly General Contractor Incorporated | Prestige Development, Inc. |
| Custom Homes by Kaye, Inc. | Prestige Properties |
| Cypress Builders, Inc | Pride Homes of Lakes by the Bay-Parcel H, LLC |
| D. R. Horton, Inc. | Princeton Homes, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| D.R. Horton, Texas, Ltd. | Promenade Developers, Ltd. |
| D&W Homes, LLC | Pukka Development, Inc. |
| Daelen of Tangiaphoa, LLC | Pulte Home Corporation |
| Daniel Dæ Loughy Homes, Inc. d/b/a Tropical Homes | Punta Gorda Partners, LLC |
| Daniel Wayne Homes, Inc. | Pyramid Construction Corporation |
| Darwin Sharp Construction, LLC | R & B Construction of Northwest, FL, Inc. |
| Dave Walker Construction, Inc. | R A Grant Corporation |
| David Daniels, individually | R. Fry Builders, Inc. |
| David Ray Gavins | R.J. Homes, LLC |
| David W. Stewart, Inc. | Rafuls & Associates Construction Co., Inc. |
| Davis General Contractors | Randal Maranto Builders, LLC |
| DC Builders, LLC | Ray Bec Inc. |
| Deangelis Diamond Construction, Inc. | RCR Holdings I and II, LL |
| Deangelis Diamond Homes, Inc. | RCR Holdings II, LLC |
| Dedicated Builders, LLC | Reed Builders, LLC |
| Delacruz Enterprise's, Inc. | Regatta Construction, LLC |
| Delta- Eden, Inc. | Regency Homes, Inc. |
| DeMorgan Homes of Bradenton, Inc. a/k/a Mtn Homes Southwest, Inc. | Renar Development Company |
| Derby Homes, Inc. | Residential Drywall, Inc. |
| Design Contractors, LLC | Resource Rental & Renovation LLC |
| Design Drywall of South Florida, LLC | RFC Homes |
| Development Co. of Boca, Inc. d/b/a Boca Developers | Richard Jones Construction Company, Inc. |
| Devonshire Properties, Inc. | Rivercrest, LLC/The St. Joe Company |
| Diamond Court Construction Company | Riverstreet Homes, Inc. |
| DMH Development, Co. | RJM Builders North, Inc. |
| Dorado Homes Development, Ltd. | RNB Construction |
| Dunn Wright Construction, Inc. | Robert Champagne, Great Southern Builders, LLC |
| Dupont Builders, Inc. | Rocky Ruckman |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Dupree Construction Company, Inc. n/k/a Dupree Construction Company, LLC | Rookery Park Estates, LLC |
| E. Jacob Construction, Inc. | Ross Home Builders, Inc. |
| E. Jacob Fakouri Construction, Inc. | Rottlund Homes of Florida, Inc. |
| E.B. Developers, Inc. | Royal Homes (Anthony Marino) |
| E.N. Suttin Construction Company | Royal Homes, LLC |
| Eagle Builders, Inc. | Russ Mills |
| Eastern Construction Group, Inc. | Rylex Homes, Inc. |
| Eastmond Enterprises, Inc. | S. Petersen Homes, Inc. |
| Edwards Construction Company | S&D Specialists, Inc. |
| Edweaard Development Company, LLC | S&O Investments, LLC |
| EH Building Group | Safeway Contractors, L.L.C. |
| Elite Construction Co. SW Inc. | Santa Barbara Estates, Inc. |
| Elite Home Construction Inc. | Santa Barbara Townhomes, Inc. |
| Empire Construction, LLC | Santa Maria Builders, LLC |
| Empire Properties, LLC | Saturno Construction AB Inc. |
| Enchanted Homes, Inc. | SC Builders, L.L.C. |
| Eric Bolden | Scott Colson |
| Excel Construction of S.W. Florida, Inc. | Seaside Development, LLC |
| Executive Home Builders, LLC | Sedgwick Developers, Inc. |
| Federal Construction Specialist, Inc. | Shelby Homes at Meadows, Inc. |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida | Shelby Homes, Inc. |
| First Choice Homes of S.W. Florida, Inc. | Shoma Homes Splendido, Inc. |
| First Construction Corporation | Signature Series Homes, Inc. |
| First Home Builders, Inc. | Smith and Core, Inc. |
| First Home Builders of Florida I, Inc. | Smith Family Homes Corporation |
| First Home Builders of Florida I, LLC | South Kendall Construction Corp. |
| Fisher & Son Contractors, LLC | Southern Bay Homes, Inc. |
| Fleetwood Homes of Florida, Inc. | Southern Community Homes, Inc. |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Fleetwood Homes of GA, Inc. | Southern Homes, LLC |
| Floridian Gulf Coast Homes, Inc. | Southern Homes of Broward XI, Inc. |
| Font Builders, Inc. | Southern Star Construction Company, Inc. |
| Fortis Construction, LLC | Southwell Homes, LLC |
| Franciscus Homes, Inc. | Sovereign Homes, LLC |
| Freemar Homes, Inc. | Springhill, LLC |
| Fusion Building Concepts, Inc. | Standard Pacific d/b/a Standard Pacific of Colorado, Inc. |
| G & F Drywall | Standard Pacific Homes of South Florida, GP, Inc. |
| G. Drywalls Corporation | Standard Pacific of South Florida GP, Inc. |
| G.L. Homes of Boynton Beach Associates IX, Ltd. | Standard Pacific of Southwest Florida GP, Inc. |
| Gabourel's Construction, L.L.C. | Standard Pacific of Tampa GP, Inc. f/k/a Westfield Homes of Florida, Inc. |
| Galloway Sunset Estates, Inc. | Star Homes of Florida LLC |
| Gant & Shivers | Statewide Associates, Inc. |
| Garram Homes, Inc. | Stephen Shivers |
| Gatco Construction, Inc. | Sterling Communities Inc. |
| Gavins Construction Company | Sterling Communities Realty Inc. |
| Genesis Group, Inc. | Steve Harrington Homes, Inc. |
| Genesis Residential Group, Inc. | Steven R. Carter, Inc. |
| GHO Development Corporation | Stone Development, LLC |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation | Stonebrook Estates, Inc. |
| Global Home Builders, Inc. | Stonebrook Homes, LLC |
| Global Home Builders, LLC | Stuart South Group, L.C. |
| Global Home Builders of the Treasure Coast, Inc. | Suarez Housing Corporation |
| GMI Construction, Inc. | Summit Contractors, Inc. |
| Gold Coast Homes of SW Florida | Summit Homes, LLC n/k/a Phl Construction, LLC |
| Gooden Homes, LLC | Summit Homes of LA, Inc. |
| Governor's Pointe, LLC | Sun Construction, LLC |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Grand Harbour Homes, Inc. | Sun Construction, LLC d/b/a Sunrise Homes |
| Grand Palazzo Hendricks, LLC | Sunrise Construction and Development, LLC |
| Great Southern Homes, Inc. | Sunrise Construction, LLC |
| Greensprings Condominiums, LLC | Sunrise Custom Homes & Construction, LLC |
| Greensprings Plantation, Inc. | Suntree Homes, Inc. |
| Gregan Construction Corp. | Supreme Builders |
| Gregg Nieberg, Inc. | Symphony Builders, Inc. |
| Gremillion Homes, Inc. | Taber Construction |
| Greystoke Homes at South Point II LLC | Tad Brown |
| Groff Construction, Inc. | Tallow Creek, LLC |
| Grogan Construction and Real Estate, Inc. | Tapia Brothers Constructions, Inc. |
| Grove Hammocks Investments, LLC | Tapia Construction, Inc. |
| Groza Builders, Inc. | Taylor Morrison, Inc. |
| Gryphon Construction, LLC | Taylor Morrison of Florida, Inc. |
| Gryphon Corporation (GC) | Taylor Morrison Services, Inc. |
| Guillermo Permuy | Taylor-Woodrow Communities at Vasari, Inc. |
| Gulfstream Development, LLC | Team Work Construction, LLC |
| Gulfstream Homes, Inc. | Tepeyac, LLC |
| Gwen Core | The Haskell Company |
| H & H Custom Homebuilders | The Jade Organization, Inc. |
| H.C. Owen Builder, Inc. | The Kabar Group, LLC |
| Hallmark Homes, Inc. | The Mitchell Co. |
| Hammer Constructions Services, Ltd. | The New Morning, LLC |
| Hansen Homes, Inc. | The Ryland Group, Inc. |
| Hansen Homes of South Florida, Inc. | The Sterling Collection, Inc. |
| Harbor Walk Development, LLC | Thomas R. Gould, Inc. |
| Heights Custom Homes, LLC a/k/a Heights Properties, LLC | Thompson Wood Products, Inc. |
| Heights Properties, L.L.C. | Three J's Remodeling, Incorporated |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| Heritage Homes, Inc. | Tikal Construction Co. |
| HHJV, LLC | Tillman Construction, Inc. |
| Highland Lakes, LLC d/b/a Eddleman Homes, LLC | Timberline Builders, Inc. |
| Hilliard Butler Construction Company, Inc. | Timberline Homes |
| Holiday Builders Construction of Florida, Inc. | Toll Estero Ltd. Partnership, d/b/a Toll Brothers |
| Holiday Builders, Inc. | Tony Helton Construction, LLC |
| Home DevCo, LLC | Total Contracting and Roofing, Inc. |
| Home One Homes | Touchstone At Rapallo, Inc. |
| Homes of Merit, Inc. | Traderscove Corporation d/b/a the Henin Group |
| Horton Homes, Inc. | Treasure Coast |
| Hovnanian Developments of Florida, Inc. | Treasure Coast Communities, Inc. |
| Hovstone Properties of Florida, LLC | Triumph Construction |
| HPH Homes | Trust America Homes, Inc. |
| HPH Properties, LLC | Tudela Classic Homes, LLC |
| Hulsey-Nezlo Construction, LLC | Turn Key Home Builders, Inc. |
| Hutchinson Homes, Inc. | Tuscan-Harvey Estate Homes, Inc. |
| In-line Contractors, LLC | Tuscan-Harvey Estates |
| Infinity Homes, Inc | Twin Lakes Reserve & Golf Club, Inc. |
| Inman Construction Services, Inc. | United Home Builders, Inc. |
| International Property Investments of Central Florida, Inc. d/b/a Henin International Services | United Homes, Inc. |
| Investment Properties Unlimited Inc. | United Homes International, Inc. |
| Ironwood Properties, Inc. | United-Bilt Homes, LLC |
| J. Cherry and Sons, Inc. | US Home Corporation, a Delaware Corporation |
| J. Galloway Construction, Inc. | Van Aller Construction |
| J. Helms Construction, Inc. d/b/a Sundown Development | Vasquez Construction Company, LLC |
| J&J Builders Northshore, Inc. | Veal Enterprises, Inc. |
| Jade Organization General Contractor, LLC | Velvet Pines Construction, LLC |
| James Kayser | Venture Homes |

| LIST OF BUILDERS INCLUDED IN OMNIS I THROUGH IV ||
|---|---|
| James LeBlanc | Venus Street, LLC |
| James Stokley d/b/a Choctaw Builders, Inc. | Vernon Construction Corporation |
| Jerome Henin, individually | Vet Construction, Inc. |
| Jim Korn Builders, LLC | Vicinity Drywall, Inc. |
| Jim Morris & Sons, Inc. | Viking Homes of S.W. Florida, Inc. |
| Jim Walter Homes, Inc. | Villa Development, Inc. |
| Jim Walter Homes, L.L.C. | Vintage Properties, Inc. |
| JJK&A Holding Corporation | Vizcaya Custom Homes, Inc. |
| John Korn Builders, LLC | Walker Homes, Inc. |
| John L. Crosby, L.L.C. | Waterways Joint Venture IV, LLC |
| John P. Gregg | WB Construction Company, Inc. |
| John Paul George d/b/a JPG Enterprises, Inc. | Wellington LLC |
| John T. Grab, III | Wellington Shores-Wellington Limited Partnership |
| Johnson & Johnson Home Repairs, L.L.C. | Wermers Development, Inc. |
| Jonathan Scott Shewmake | West Construction, Inc. |
| Joseph E. Clouse, Inc. | Westerheim Properties, Inc. |
| Joseph Scott | Westminster Builders, Inc. |
| JP Renovations, Inc. | William P. Joseph Jr. Construction, Inc. |
| JPG Enterprises, Inc. d/b/a Majestic Homes | Wilson Heights Development, Inc. |
| JST Properties, LLC of Mississippi | Woodall, LLC |
| Judson Construction Group, LLC | Woodland Enterprises, Inc. |
| K. Hovnanian First Homes, LLC d/b/a First Home Builders of Florida | Woodside f/k/a GHO Properties |
| K&B Homes, Inc. | Woodside Homes of Southeast Florida, LLC |
| Kaye Homes, Inc. | Wyndwil, LLC |
| Kaye Homes of South Florida, Inc. | Ybarzabal Contractors, LLC |
| KB Home Florida, LLC | Zamora Corporation |
| KB Home Fort Myers, LLC | |