# EXHIBIT B

| Home | Categories | Partnerships | Contact Us |

## Search The Inferno

[Search]

## News Categories

Accident (275)
Bus Accident (5)
Cellular Phone (17)
Chinese Drywall (64)
Class Action Lawsuits (14)
Construction Accidents (9)
Consumer Fraud (82)
Defective Medical Devices (415)
Defective Products (1267)
Denture Cream (23)
Discrimination (5)
Food Poisoning (858)
Health Concerns (2089)
Legal News (4365)
Oil Spills (64)
Pharmaceuticals (1597)
Press Releases (4)
Product Recalls (1109)
Stock Fraud (196)
YAZ Birth Control (16)

## Hot News Topics

Vioxx
Zyprexa
Asbestos

## Government Notices

FDA
FTC
CPSC

# Knauf Plasterboard's Chinese Drywall Settlement Offers Starting Low

Date Published: Monday, May 3rd, 2010

[BOOKMARK] [PRINT THIS ARTICLE] [SEND TO A FRIEND]

Knauf Plasterboard Tianjin Co. Ltd., one of the Chinese manufacturers at the center of the defective *Chinese drywall debacle*, has reportedly been offering some builders settlement offers. But according to a report in the Sarasota Herald Tribune, those offers – in the neighborhood of $18 per square foot – are substantially lower than what a federal judge awarded last week to a Louisiana couple that had sued Knauf over the tainted wallboard.

Last week U.S. District Judge Eldon E. Fallon awarded over $164,000 to the plaintiffs in that lawsuit. The case was the first contested trial in the Chinese drywall multidistrict litigation underway in federal court in Louisiana. It was considered a bellwether case, and could serve as a guideline in other suits.

The ruling by Judge Fallon mandated that the plaintiffs' home be gutted down to the studs. The Judge also ruled that the plaintiffs were entitled to damages for the cost of personal property damaged by the drywall gases, relocation costs, and loss of use and enjoyment of the home. The award was based, in part, on Judge Fallon's determination that it would cost about $81 per square foot to remediate the home.

Some attorneys interviewed by the Herald-Tribune said a figure like the $18 per square foot that Knauf has reportedly offered builders may be a way for the company to test the waters for a possible settlement. As the report pointed out, that amount is even lower than what Knauf had pushed for in the case decided last week. The company had argued the home only needed to have drywall removed and replaced, something it said could be achieved for $49 per square foot. Judge Fallon categorically rejected that assessment.

Because Judge Fallon rejected its argument, the Herald-Tribune said Knauf may now believe it's in its best interest to settle Chinese drywall cases and cut its losses.

It is also possible the lower figure being bandied about by Knauf is based on the assumption that builders would require less money to remediate homes, due to factors like discounts they would

| | |
|---|---|
| EPA | receive on materials. However, according to the Herald-Tribune, remediating a home according to Judge Fallon's specifications would still cost builders as much as $75 per square foot. |
| NHTSB | |
| FAA | |

The report also said it would be legally risky for any builder not to follow the guidelines set forth by Judge Fallon.

## Archives

<

| | |
|---|---|
| June 2010 | This entry was posted on Monday, May 3rd, 2010 at 8:07 am and is filed under *Chinese Drywall*. |
| May 2010 | |
| April 2010 | You can skip to the end and leave a response. Pinging is currently not allowed. |
| March 2010 | |
| February 2010 | |
| January 2010 | « Lead Paint Violations Prompt Recall Of Sports Balls     FDA Warns on Vita Breath Dietary Supplements » |
| December 2009 | |
| November 2009 | |
| October 2009 | **Leave a Reply** |
| September 2009 | |
| August 2009 | Name (required) |
| July 2009 | |
| June 2009 | E–mail address(will not be published) (required) |
| May 2009 | |
| April 2009 | Please enter the verification code*    `hzizzmrd` |
| March 2009 | |
| February 2009 | |
| January 2009 | |
| December 2008 | |
| November 2008 | |
| October 2008 | |
| September 2008 | |
| August 2008 | Submit Comment |
| July 2008 | |
| June 2008 | |
| May 2008 | |
| April 2008 | |
| March 2008 | |
| February 2008 | |
| January 2008 | |
| December 2007 | |
| November 2007 | |
| October 2007 | |
| September 2007 | |
| August 2007 | |
| July 2007 | |