# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> *Payton, et al. v. Knauf Gips, KG, et al.* No. 09-7628 (E.D.La) <br><br> *Rogers, et al. v. Knauf Gips, KG, et al.*, No. 10-362 (E.D.La.) | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

## OFFICIAL COURT NOTICE

TO:   All owners and residents (past or present) of real property located in the United States containing defective Chinese drywall manufactured, sold, distributed, and/or supplied by Knauf.

**PLEASE READ THIS NOTICE CAREFULLY AS YOUR LEGAL RIGHTS MAY BE AFFECTED BY THE CLASS ACTION LAWSUIT NOW PENDING IN THIS COURT.**

On June 15, 2009, the Judicial Panel on Multidistrict Litigation determined that all actions sharing factual questions concerning drywall manufactured in China, imported to and distributed in the United States, and used in the construction of houses in which plaintiffs alleged that the drywall emits smelly, corrosive gases, should be centralized in this court for pretrial purposes. This court is now presiding over the multidistrict litigation in which class action lawsuits against several related defendants, including Knauf GIPS KG; Knauf Plasterboard (Tianjin) Co., Ltd. ("KPT"); Knauf Plasterboard (Wuhu), Co., Ltd.; and Guangdong Knauf New Building Materials Products Co., Ltd. a/k/a Knauf Plasterboard (Dongguan) Co., Ltd, *i.e.,* the

"Knauf Defendants," and numerous homebuilders are alleged to have manufactured, distributed and sold in the United States defective drywall that was manufactured in China. In these cases, the plaintiffs are alleging claims sounding in negligence, negligence per se, strict liability, breach of warranty, breach of contract, redhibition, nuisance, negligent discharge of a corrosive substance, unjust enrichment, violation of consumer protection laws, and other equitable claims. The Court has not yet decided whether these actions can proceed as class actions nor has the court made any determination of the Knauf Defendants' or homebuilders' liability in connection with the claims asserted in these class actions.

Since the inception of this litigation, this Court has presided over two trials involving eight homeowners. The first trial involved default proceedings against a Chinese manufacturer (Taishan Gypsum Co., Ltd.) on behalf of seven homeowners in Virginia. The Court made detailed findings of fact and conclusions of law and awarded these seven homeowners $2,609,129.99, along with attorneys fees and costs. The Court's ruling is available at http://www.laed.uscourts.gov/Drywall/Orders/Germano.FFCL.pdf. After the issuance of this ruling, Taishan Gypsum Co., Ltd. entered its appearance in the case and has appealed the Court's ruling to the United States Court of Appeals for the Fifth Circuit.

In the second trial, *Hernandez v. Knauf GIPS KG*, No. 09-6050 (E.D.La.), the Knauf entity, KPT, was the only defendant. In the *Hernandez* litigation, KPT participated and defended itself against the claims of a homeowner whose home was constructed with KPT drywall that the home must be remediated. At the conclusion of the trial, the Court found in favor of the plaintiff homeowner and against KPT in the amount of $164,049.64, along with attorneys fees and costs. The Court entered Findings of Fact and Conclusions of Law specific to the homeowner's claim

2

on April 27, 2010. Amongst the several findings, the Court determined the following remedial measures were required:

* All drywall must be replaced

* All cabinets and fixtures must be replaced

* All electrical appliances must be replaced

* All components of the HVAC system, including ductwork, must be replaced

* All copper piping must be replaced

* A micro-cleaning of all surfaces must occur

* Certification of remediation from an independent contractor must be provided

* Moving expenses and other costs incidental to the repair work and displacement must be provided

A full copy of the court's findings from the Hernandez trial is available at http://www.laed.uscourts.gov/Drywall/MinuteEntries/Hernandez.FFCL.pdf. Following the above determinations, the Court entered judgment on behalf of the Hernandez's on May 11, 2010. KPT has appealed the Court's rulings and that matter is currently pending in the United States Court of Appeals for the Fifth Circuit.

After the trial of the *Hernandez* case, other cases involving two homeowners with claims against KPT were scheduled for trial before this Court on June 23, 2010. On the eve of trial that matter was resolved.

Additionally, this Court is aware of and is coordinating litigation that has been ongoing in state courts. In a Florida case involving homeowners of property constructed with KPT drywall,. *Seifart v. Banner Supply Co.*, Case No. 09-38887 CA 01 (42) (Miami-Dade Cty. Cir.Ct), a jury

3

verdict was obtained in favor of the homeowners against their drywall supplier on June 18, 2010. The jury awarded the Seifarts $2,465,359.53 for remediation costs, replacement costs, temporary housing, cleaning costs, additional utilities, storage costs, additional interest on credit cards, loss of use and enjoyment and diminished value of the property.

In the meantime, the Court has been advised that the Knauf defendants have been engaged in settlement discussions with homebuilders that in the past constructed homes with Knauf's Chinese manufactured drywall. The Court has been further apprized that the Knauf defendants have entered into confidential settlement agreements with certain home builders. Because the terms of these settlement agreements are confidential, putative class members are not being informed of the pendency of the class actions in this Court, the judgments entered by this Court against Chinese drywall manufacturers, and settlements obtained under the supervision of this Court against KPT. Because the Court has determined that this information might be material to a homeowner in connection with the homeowner's decision to accept the terms of any home builder that has resolved its claims with the Knauf defendants, the Court has authorized this Notice. You do not have to accept or reject any settlement offer by your home builder as a result of this Notice. The Court has merely determined that you should be aware of these findings when making any decision about any settlement offer including any remediation plan offered to you.

In addition, the Court does not intend for this notice to be considered an endorsement of any of the activities in the pending class actions. At an appropriate time, the court will consider the merits of the class actions and if it is deemed proper, you will be provided a separate notice informing you of your rights and obligations in those cases.

4

If you have any questions concerning the activities taking place in this litigation, more information is available on the Court's Web site, www.laed.uscourts.gov (follow the "Drywall MDL" link). You may also contact your own lawyer or any of the lawyers participating in these cases.

The above notice is approved for publication this _____ day of _____, 2010.