UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUPF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW

_____/

## DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.'S MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST IT IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT, AND TO STRIKE DEMAND FOR TRIAL BY JURY

Defendant Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. ("Paul Homes"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against Paul Homes in the Amended Omnibus Class Action Complaint[1] brought by plaintiffs Michael Nukho, Edward Nukho and George Nukho (the "Nukhos"), Scott and Judy Barry ("the Barrys"), Gerard and Nancy Roy (the "Roys"), and Thomas and Sonia Runyon (the "Runyons") (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted, and to Strike the demand for trial by jury asserted by the Barrys, the Roys and the Runyons.

---

[1] On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160]. The amendments to the Payton Omnibus Class Action Complaint do not alter the legal claims against Paul Homes.

{FT693225;1}

In a shotgun pleading that makes no effort to distinguish between Paul Homes and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring.  As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.  Moreover, the demand for a trial by jury asserted by the Barrys, the Roys and the Runyons should also be stricken because those Plaintiffs voluntarily waived any right to a jury trial with respect to the claims asserted in the Complaint.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Paul Homes respectfully requests that the Court enter an order striking the Barrys', the Roys' and the Runyons' respective demands for a jury trial, dismissing the claims against Paul Homes pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Paul Homes its fees in defending this action against certain of the Plaintiffs pursuant to the Construction Agreements (as more fully set forth in the accompanying memorandum of law) where applicable and against all Plaintiffs pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated: July 8th, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:     /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email: stacy.bohm@akerman.com
      valerie.greenberg@akerman.com
      leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC.**

**PHELPS DUNBAR LLP**

BY:     /s/ Brent B. Barriere
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
      Susie.morgan@phelps.com
      Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.**

{FT693225;1}

## CERTIFICATE OF SERVICE

I hereby certify that *Management Services of Lee County, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Amended Payton Omnibus Class Action Complain, and to Strike Demand for Jury Trial* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2010.

/s/   Stacy Bercum Bohm