UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips, KG, et al.* **Civil Action No. 09-6690** | |

### *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM FOR DELTA LUMBER AND BUILDING SUPPLY, INC. FILED ON JULY 8, 2010

Defendant Delta Lumber and Building Supply, Inc., fully reserving all rights and defenses, in accordance with Fed. Local R. Civ. Proc. 7.3E, seeks a 30-day extension of time to submit its Defendant Profile Form (Rec. Doc. 3348) through and including August 12, 2010. Delta was recently added to *David Gross, et al v. Knauf Gips, KG, et al*, Civil Action No. 09-06690 via Plaintiff Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) (Rec. Doc. 2187). Delta seeks additional time to gather information sought by the form, and this extension will not prejudice any parties or delay this matter.

Accordingly, Delta Lumber and Building Supply, Inc. respectfully asks that this Court grant a 30-day extension for submission of the defendant profile form.

1

Case 2:09-md-02047-EEF-MBN   Document 4342   Filed 07/08/10   Page 2 of 2

Respectfully submitted,

s/Lisa A. Easterling
Glenn P. Orgeron, T.A. (La. Bar #10235)
Lisa A. Easterling (La. Bar #21577)
William M. Burst (La. Bar #32372)
**KEAN MILLER HAWTHORNE D'ARMOND MCCOWAN & JARMAN LLP**
909 Poydras Street, Suite 1400
New Orleans, Louisiana 70112
(504) 585-3050 (telephone)
(504) 585-3051 (facsimile)
glenn.orgeron@keanmiller.com
lisa.easterling@keanmiller.com

Attorneys for Defendant
Delta Lumber and Building Supply, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion and Incorporated Memorandum for Extension of Time to Submit Defendant Profile Form for Delta Lumber and Building Supply, Inc. Filed on July 8, 2010 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2010.

s/Lisa A. Easterling

1946194_1.DOC

2