UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Gross, et al. v. Knauf Gips, KG, et al.* Civil Action No. 09-6690 | |

## ORDER

HAVING CONSIDERED the Ex *Parte* Motion and Incorporated Memorandum for Extension of Time to Submit Defendant Profile Form for Delta Lumber and Building Supply, Inc. Filed on July 8, 2010 and finding good cause for same;

IT IS HEREBY ORDERED that Delta Lumber and Building's Supply has through and including August 12, 2010 to submit its defendant profile form.

Signed, this ___ day of July, 2010, in New Orleans, Louisiana.

_____
United States District Judge

1946194_1.DOC

1