**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL      PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | Judge Fallon<br>Magistrate Judge Wilkinson |

This Document Relates to:

　　Case No.09-6690
　　David Gross, *et al*, v. Knauf Gips KG., *et al.*
_____/

**DEFENDANT, RIVERCREST, LLC'S, MOTION
FOR EXTENSION OF TIME TO RESPOND TO THE PROFILE FORM**

　　COMES NOW, Defendant, Rivercrest, LLC (improperly identified in the Complaint as Rivercrest, LLC/St. Joe & Company), by and through its undersigned counsel and files this, its Motion for Extension of Time to Respond to the Profile Form and hereby states the following:

　　1.　　Rivercrest, LLC, was served with Plaintiffs' Complaint on May 27, 2010.

　　2.　　The profile forms for this Defendant are due on July 6, 2010.

　　3.　　Rivercrest, LLC, has been diligently collecting the information needed to file the installer profile forms, but has not yet received all of the information needed.

　　4.　　Additionally, the individual responsible for collecting the documents for Rivercrest LLC is on vacation.

　　5.　　Rule 6(b)(1), Federal Rules of Civil Procedure, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time:  (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

　　6.　　Thus, the Court in its discretion may order the period discussed in this motion enlarged.

17111931.1

7. Rivercrest LLC, hereby requests an extension of 30 days to complete the Profile Forms for the aforementioned reasons.

8. If an extension is granted, it would be due on August 6, 2010.

9. This extension of the Profile Form will not prejudice any of the parties.

WHEREFORE, Defendant, Rivercrest LLC hereby requests this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to E.D. La. L.R. 7.9, undersigned counsel certifies that on July 6, 2010 undersigned counsel contacted Plaintiff's Liaison Counsel to secure consent but Plaintiff's Liaison Counsel did not consent.

Dated: July 8th, 2010

Respectfully submitted,

/s/ D. Matthew Allen
Chris S. Coutroulis
Florida Bar No. 300705
Mark A. Smith
Florida Bar No. 0022033
D. Matthew Allen
Florida Bar No. 866326
Paul J. Ullom
Florida Bar No. 776513
CARLTON FIELDS
P.O. Box 3239
Tampa, Florida 33601-3239
Telephone:  (813) 223-7000
Fax:  (813) 229-4133
ccoutroulis@carltonfields.com
msmith@carltonfields.com
mallen@carltonfields.com
pullom@carltonfields.com

*Counsel for Rivercrest, LLC*

17111931.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2010.

/s/ D. Matthew Allen

17111931.1