IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION L |
| | Judge Fallon  Magistrate Judge Wilkinson |

This Document Relates to:

   Case No.09-6690
   David Gross, *et al*, v. Knauf Gips KG., *et al.*
   _____/

## NOTICE OF HEARING

Please take notice that Defendant Rivercrest, LLC, has filed the attached Motion for Extension of Time to Respond to the Profile Form, and that the Motion will be heard on July 14, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

Dated:  July 8, 2010

                              Respectfully submitted,

                              /s/ D. Matthew Allen
                              Chris S. Coutroulis
                              Florida Bar No. 300705
                              Mark A. Smith
                              Florida Bar No. 0022033
                              D. Matthew Allen
                              Florida Bar No. 866326
                              Paul J. Ullom
                              Florida Bar No. 776513
                              CARLTON FIELDS
                              P.O. Box 3239
                              Tampa, Florida 33601-3239
                              Telephone:     (813) 223-7000
                              Fax:           (813) 229-4133
                              ccoutroulis@carltonfields.com
                              msmith@carltonfields.com
                              mallen@carltonfields.com
                              pullom@carltonfields.com

                              *Counsel for Rivercrest, LLC*

17118394.1

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2010.

                                            /s/ D. Matthew Allen

17118394.1