## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| THIS DOCUMENT RELATES TO DAVID GROSS, ET al CASE NO:  2:09-CV-6690 | * * * * * * | JUDGE FALLON |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | * | |

## NOTICE OF APPEARANCE

Kevin R. Tully and H. Carter Marshall of Christovich & Kearney, LLP hereby file this Notice of Appearance as counsel of record for North Pacific Group, Inc., In Receivership, improperly named in the *Plaintiff Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention* in paragraph 1064 as "North Pacific Group Co.,"[1] and request copies of all pleadings served in this case be served upon the undersigned counsel at the following office and telephone number.

---

[1] *See Wells Fargo Capital Finance, Inc. v. North Pacific Group, Inc., et al*, United States District Court, District of Oregon, Civil Action No:  3:10-CV-65-KI.

        /s/ H. Carter Marshall
        **KEVIN R. TULLY - BAR #1627**
        **H. CARTER MARSHALL - BAR #28136**
        **CHRISTOVICH & KEARNEY, LLP**
        Suite 2300
        Pan American Life Center
        601 Poydras Street
        New Orleans, Louisiana 70130-6078
        Telephone: (504) 561-5700
        krtully@Christovich.com
        hcmarshall@Christovich.com
        Attorneys for North Pacific Group, Inc.,
        In Receivership

## CERTIFICATE OF SERVICE

    I hereby certify that on July 8, 2010, this document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accord with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the EM/ECF System of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

        /s/ H. Carter Marshall
        **Kevin R. Tully**
        **H. Carter Marshall**