# EXHIBIT A

## M UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al.

            **Plaintiffs,**

    v.

KNAUF GIPS KG, et al.

CASE NO.: 09-07628

## PLAINTIFFS', PHILLIP KENNEDY AND LYZET MACHADO-KENNEDY, *et al.,*
## OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (I(A))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Payton, et al. v. Knauf GIPS KG, et al.*, Case No. 09-07628 (E.D.La.), since they are absent class members in that action.  As absent class members, Intervening Plaintiffs are similarly situated to the *Payton* plaintiffs and the defendants named in the *Payton* complaint are liable to the Intervening Plaintiffs.  Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Payton* complaint ¶¶ 1-5, and 2,073-2,770, as amended, herein by reference.

The Intervening Plaintiffs seek to be class representatives for the class identified in *Payton*.  Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Payton* complaint.  The *Payton* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.  Finally, Intervening Plaintiffs assert claims

against Knauf USA for its role in the distribution, delivery, supply, marketing, and sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below.  This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 1. | Kennedy, Phillip and Machado-Kennedy, Lyzet | 8055 W. 36th Avenue #1 Hialeah, FL 33018 | FL | | |
| 2. | Adolph, Jane | 1617 SE 8th Place Cape Coral, FL 33990 | CA | | |
| 3. | Aerts, Michael and Kellee | 3515 NW 14th Court Lauderhill, FL 33311 | GA | | |
| 4. | Alzate, Julian and Silva, Patricia | 11210 NW 84st Doral, FL 33178 | FL | | |
| 5. | Austin, Gerald and Pam | 210 Shadroe Circle Unit 201 Cape Coral, FL 33991 | MN | C.A. Steelman, Inc. Banner Supply Co. | 451 6 |
| 6. | Barber, Paul and Therese | 405 Fitch Avenue Lehigh Acres, FL 33992 | FL | | |
| 7. | Benjoseph, Jonathan and Sarah | 2421 NE 65th Street #611 Ft. Lauderdale, FL 33308 | FL | | |
| 8. | Bernstein, John and Rachel (also being intervened on Omni IV) | 2783 NE 31st Lighthouse Point, FL 33064 | FL | Morgan Homes, Inc. L&W Supply Corporation d/b/a Seacoast Supply | 299 28 |
| 9. | Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991 | FL | | |

2

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 10. | Boggess, Joan and Loy, Dawn | 3065 SE Wake Road Port St. Lucie, FL 34984 | FL | | |
| 11. | Botello, Florencio and Maria | 1819 SW 47th Street Cape Coral, FL 33914 | MA | Aranda Homes, Inc. | 67 |
| 12. | Burnett, Marceline | 3594 NW 14 Court Lauderhill, FL 33311 | FL | | |
| 13. | Buxton, Adam and Katherine | 2180 3rd Ln. SW Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 14. | Casimir, Marie and St. Fleur, Jean | 4377 SW Calah Circle Port St. Lucie, FL 34953 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 15. | Cason, Lydia | 435 21st Ct. SW Lot #106 Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 16. | Castro, Francisco and Luz | 3602 NW 13 Street Lauderhill, FL 33311 | FL | | |
| 17. | Centofanti, Gino | 9949 Cobblestone Creek Drive Boynton Beach, FL 33472 | FL | | |
| 18. | Chavez, Jorge and Elsa | 17744 SW 47 Street Miramar, FL 33029 | FL | | |
| 19. | Dicker, William and Linda | 355 21st Ct. SW Vero Beach, FL 32962 | FL | Majestic Homes of Port St. Lucie, Inc. | 272 |
| 20. | Dorsainvil, Michelet and Angervil, Marie Denise | 434 Big Black Pl. Kissimmee, FL 34759 | FL | Banner Supply Co. | 6 |
| 21. | Elmore, Benjamin and Juanita | 3610 NW 13th Street Lauderhill, FL 33311 | FL | | |
| 22. | Flood, Brian | 124 Big Black Drive Kissimmee, FL 34759 | NY | | |
| 23. | Francis, Charles and Tanika | 3593 NW 14 Ct. Lauderhill, FL 33311 | FL | | |
| 24. | Gallegos, Porfirio and Maria | 16541 SW 62nd Street Southwest Ranches, FL 33331 | FL | | |

3

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 25. | Hector, Robert and Deborah | 3595 NW 14th Court Lauderhill, FL 33311 | FL | | |
| 26. | Hessee, William and Janice | 8220 Sanctuary Drive #1 Naples, FL 34104 | SD | | |
| 27. | Jamison, Charlotte | 2301 SE 10th Place Cape Coral, FL 33990 | FL | Aranda Homes, Inc. | 67 |
| 28. | Johnson, James and Catherine | 3680 River Point Drive Ft. Myers, FL 33905 | FL | | |
| 29. | Julmiste, Carol | 2040 Sugar Terrace Northpoint, FL 34286 | FL | | |
| 30. | Kiss, Tom and Kristen | 2781 NE 56th Ct. Unit 2-608 Ft. Lauderdale, FL 33308 | FL | | |
| 31. | Lauderdale One Condo Association | 240 NE 65th Street Ft. Lauderdale, FL 33308  **All Units in Building 2** | FL | | |
| 32. | Leidig, Milton and Jodie | 240 West End Drive #922 Punta Gorda, FL 33950 | FL | | |
| 33. | Magdalena Gardens Condo Association | 240 West End Drive Punta Gorda, FL 33950 | FL | | |
| 34. | Malkin, Patrick and Destories, George | 2421 NE 6th Street 2-605 Ft. Lauderdale, FL 33308 | NJ | | |
| 35. | Millian, Marc | 2421 NE 65th Street Unit 2-107 Ft. Lauderdale, FL 33308 | FL | | |
| 36. | Parks, Saran | 1411 NW 36th Way Lauderhill, FL 33311 | FL | | |
| 37. | Petrasek, John | 2421 NE 65th Street #517 Ft. Lauderdale, FL 33308 | FL | | |
| 38. | Pettit, Stephen | 5393 Hogan Lane Winter Haven, FL 33884 | FL | | |
| 39. | Raphael, Lindsay | 2421 NE 65th Street Unit 2-574 Ft. Lauderdale, FL 33308 | FL | | |

4

| | | | | |
|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | |
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 40. Ruef, Kristin and Becker, Benjamin | 2421 NE 65 St. #616 Ft. Lauderdale, FL 33308 | FL | | |
| 41. Santamaria, Michael and Sydnie | 2421 NE 65th Ft. Lauderdale, FL 33308 | NJ | | |
| 42. Sasser, H. Jearl and Betty | 9311 Scarborough Ct. Port St. Lucie, FL 34986 | OH | Richard Jones Construction Company, Inc.<br><br>Banner Supply Co. | 350<br><br>6 |
| 43. Shaikh, Rukhsana, Liaquddih | 3706 Promenade Way Ft. Pierce, FL 34982 | FL | | |
| 44. Verissimo, Jorge | 1815 SW 47th Street Cape Coral, FL 33914 | MA | Aranda Homes, Inc. | 67 |
| 45. Von Karaschan, Eric | 2421 NE 65th St. Unit 2407 Ft. Lauderdale, FL 33308 | FL | | |
| 46. Weiss, Sheldon and Teresa | 8363 Del Prado Drive Delray Beach, FL 33446 | NJ | Tuscan Harvey Estates | 414 |
| 47. Williams, Louis | 2781 NE 56th Ct. Unit 1-104 Ft. Lauderdale, FL 33308 | FL | | |
| 48. Kononova, Sergey and Anna | 1102 SW Eleuthera Avenue Port St. Lucie, FL 34953 | FL | Chabot Enterprises, Inc. | 120 |
| 49. Acevedo, Manuel and Marin, Martha | 8152 N.W. 114 Passage Miami, FL 33178 | FL | LPR Builders, Inc. | 259 |
| 50. Kenney, Mike | 104 8th Street Chalmette, LA 70043 | LA | | |
| 51. Dowis, Adam | 3131 North Rampart Street New Orleans, LA 70117 | LA | | |
| 52. Bertucci, Elizabeth | 5925 Patton Street New Orleans, LA 70118 | LA | | |
| 53. Fazaro, Dominick E. | 2205 Tarrytown Crossing Drive Conroe, TX 77304 | TX | | |

5

| | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS No.** |
| 54. | Pino, Deborah | 3601 NW 14th Court Lauderhill, FL 33311 | FL | | |
| 55. | Elmore, Lillian (*previously named in Payton) | | MS | Bailey Lumber Company & Supply | 5 |
| 56. | Clark, Wayne | 1205 Magnolia Street Ocean Springs, MS | TX | Bailey Lumber Company & Supply | 5 |
| 57. | Niolet, Joseph Scott and Hendick, Jennifer | 920 Bent Tree Court Pass Christian, MS 3971 | MS | | |
| 58. | Milliet, Joel and Pearl | 424 Claymont Court Madisonville, LA 70447 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 59. | Johnson, Antoinette and Harold | 652 Solomon Drive Covington, LA 70433 | LA | | |
| 60. | Goin, Byron | 2194 South West Idaho Ln. Port St. Lucie, FL 34953 | FL | | |
| 61. | Daboval, John and Rosemary | 6740 Milne Blvd. New Orleans, LA 70124 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 62. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 63. | Haas, Albert and Anne | 62 Marston Lane Mobile, AL 36608 | AL | Interior Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, LLC | 45 |

6

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 64. | Redmond, John and Maria | 9231 Greystone Drive Denham Springs, LA 70724 | LA | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 65. | Pena, Abraham | 3412 Rosetta Drive Chalmette, LA 70043 | LA | | |
| 66. | Harrell, Mildred | 203 Divot Loop Fairhope, AL 36532 | AL | Prestige Development, Inc.<br><br>Interior/Exterior Building Supply, LP | 331<br><br>45 |
| 67. | Kinler, Gerard and Crystal | 40005 Champion Tree Drive Gonzales, LA 70787 | LA | MI Homes, Inc. | 264 |
| 68. | Martin, Sheldon and Julia | 12303 Hampton Village Avenue Baton Rouge, LA 70818 | LA | Interior/Exterior Building Supply, LP | 44 |
| 69. | Anderson, James | 3624 Afton Lane Avondale, LA 70094 | LA | Sun Construction, LLC d/b/a Sunrise Homes | 393 |
| 70. | Calico, Michael and Lisa | 4302 Orleans Avenue New Orleans, LA 70119 | LA | Interior/Exterior Building Supply, LP | 45 |
| 71. | Parker, John | 2217 A.P. Tureaud Avenue New Orleans, LA | LA | | |
| 72. | Reed, Ernest and Rosie | 7539 Ebbtide Drive New Orleans, LA 70126 | LA | | |
| 73. | Dantagnan, Lloyd and Melanie | 4038 Robin Street Bay St. Louis, MS 39520 | MS | | |
| 74. | McCarthy, Wayne | 261 Old Mill Loop, Lot 37 Pearl River, LA 70452 | LA | | |
| 75. | Keller, Denielle and Jimmy | 3724 Gallo Drive Chalmette, LA 70043 | LA | Interior Exterior Building Supply, LP | 44 |

7

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 76. Parisi, Mario | 702 NW 38th Place Cape Coral, FL 33993 | OH | Hansen Homes of South FL, Inc. Banner Supply Co. Fort Myers | 202 7 |
| 77. Sutherland, Jessica, Chad, Ethan Isaiahand Presley Tatum | 755 Ridgefield Way Oldenville, AL 35120 | AL | Lowe's Home Centers, Inc. Interior Exterior Building Supply, LP | 30 23 |
| 78. Kolaczek, Nicole Lynn Wilhite, Eric and Braxton | 745 Ridgefield Way Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 79. Labor, Brian and Suki | 705 Ridgefield Way Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 80. Howard, Melanie I., Stanley M., Logan S. and Ava S. | 210 Madison Lane Odenville, AL 35120 | AL | Interior Exterior Building Supply, LP | 23 |
| 81. Wilson, Amira | 1011 Merion Drive Calera, AL 35040 | AL | HPH Properties, LLC Interior Exterior Building Supply, LP | 210 23 |
| 82. Leggett, Melody, Marty, Rachel, Zachary and Joshua | 135 Biggins Circle Pell City, AL 35125 | AL | Interior Exterior Building Supply, LP | 23 |
| 83. Hawkins, Richard W., Ann G.; Hall, Nick and Elizabeth and Mummert, Michelle | 2371 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC Interior Exterior Building Supply, LP | 210 23 |
| 84. Sisco, Kennety, Kendra Suzanne and Kendall | 1258 Washington Drive Moody, AL 35004 | AL | HPH Properties, LLC Interior Exterior Building Supply, LP | 210 23 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 85. | Quarles, Leah | 2305 Dunbar Circle Moody, AL 35004 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 86. | Loggins, Claudia and Joseph | 5241 Creekside Loop Hoover, AL 35244 | AL | Interior Exterior Building Supply, LP | 23 |
| 87. | Mitchell, Oneal, Carmen and Kalamena | 2309 Dunbar Circle Moody, AL 35004 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 88. | Smith, Joseph, Sharon, Emily and Jacob | 2367 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 89. | Vanderver, Kim, Leslie Edward and Adam | 2375 Chalybe Trail Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior Exterior Building Supply, LP | 210<br><br>23 |
| 90. | Young, Malcolm | 275 Shore Front Road Wilsonville, AL 35186 | AL | Interior/Exterior Building Supply, LP | 44 |
| 91. | Lambe, Michael A. | 2311 Abbeyglen Circle Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 92. | Jones, Yolands T.M., Moore, Jonathan T., Moore, Kanaiya, Jones, Nadia S., Jones, Brianna | 804 Twin Ridge Drive Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP | 44 |
| 93. | Utphall, Harold and Sonja | 807 Brookhaven Drive Odenville, AL 35120 | AL | Interior/Exterior Building Supply, LP | 44 |

9

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 94. | Murphy, Derrick and Shenavia | 2285 Abbeyglen Lane Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 95. | Parson, Jason, Jessica, Jade and Jori | 314 Timber Ridge Trail Alabaster, AL 35007 | AL | Interior/Exterior Building Supply, LP | 44 |
| 96. | Mason, Howard L. and Glenda S. | 2083 Arbor Hill Parkway Hoover, AL 35244 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 97. | Duckworth, Stewart, Michelle and Audrey | 535 Crestview Lane Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 44 |
| 98. | Bennett, Jeremy M. | 2315 Abbeyglen Circle Hoover, AL 35226 | AL | HPH Properties, LLC<br><br>Interior/Exterior Building Supply, LP | 210<br><br>44 |
| 99. | Samson, Roland and Susan | 23340 Stablewood Circle Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |
| 100. | Gagnon, Chad and Amy | 701 Summer Lane Mandeville, LA 70488 | LA | Hallmark Homes, Inc.<br><br>Interior Exterior Enterprises, LLC | 199<br><br>24 |
| 101. | Dorsey, Mark and Shalanda | 39064 Bayou View Estates Gonzales, LA 70737 | LA | Sunrise Construction and Development, LLC<br><br>Interior Exterior Enterprises, LLC | 394<br><br>24 |
| 102. | Foret, Kimber and Ryan | 231 Carriage Pines Lane Covington, LA | LA | Lee Roy Jenkins<br><br>Interior Exterior Enterprises, LLC | 494<br><br>24 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 103. | The Sanctuary at Blue Heron, Inc. (contact: Dave Raftis) | 8217 Sanctuary Drive #1 Naples, FL 34104<br><br>8217 Sanctuary Drive #2 Naples, FL 34104<br><br>8220 Sanctuary Drive #1 Naples, FL 34104<br><br>8221 Sanctuary Drive #1 Naples, FL 34104<br><br>8221 Sanctuary Drive #2 Naples, FL 34104<br><br>8224 Sanctuary Drive #1 Naples, FL 34104<br><br>8224 Sanctuary Drive #2 Naples, FL 34104 | FL | Banner Supply Company Fort Myers<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 7<br><br>46<br><br>47 |
| 104. | Vega, Luis | 13224 SW 217 Terrace Miami, FL 33170 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |
| 105. | Walton, Douglas and Susan F. | 2843 St. Barts Square Vero Beach, FL 32967 | FL | Antilles Vero Beach, LLC<br><br>P.D.C. Drywall Contractors, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 66<br><br>504<br><br>46<br><br>47 |
| 106. | Bush, Charles and Judy (*previously named in Payton) | 1064 Kings Way Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, LLC | 23<br><br>24 |

11

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 107. | Camposano, Francisco and Maria del Pilar Paiz | 5721 SW 84th Street Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 108. | Morales, Claro | 13264 SW 217 Terrace Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 109. | Penkosky, Helen | 1862 SW Diamond Street Port St. Lucie, FL 34953 | FL | Banner Supply Company Port St. Lucie, Inc. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 9 <br><br> 46 <br><br> 47 |
| 110. | Prynada, Christine | 2068 Zuyder Terrace North Port, FL 34286 | MD | La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 46 <br><br> 47 |
| 111. | Sanchez, Oneida | 13225 SW 218 Terrace Miami, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |
| 112. | Sherman, Aryn f/k/a Aryn Morris | 3833 Misty Landing Valrico, FL | FL | Banner Supply Co. <br><br> La Suprema Trading, Inc. <br><br> La Suprema Enterprise, Inc. | 6 <br><br> 46 <br><br> 47 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 113. | Stoner, Charles | 2240 SE 19th Avenue Homestead, FL | FL | Palm Isles Holdings, LLC | 315 |
| | | | | South Kendall Construction Corp. | 373 |
| | | | | Banner Supply Co. | 6 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 114. | Paisley, Cameron and Rachel | 748 Scout Creek Trail Birmingham, AL 35244 | LA | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 115. | Ritter, Bill and Elizaberth (*previously named in Payton) | 2267 Abbeygle Circle Birmingham, AL 35266 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 116. | L&M Estates, Inc.(*previously named in Payton and Rogers) | 12430 SW 20 Street Davie, FL 33325 | FL | Banner Supply Company Pompano, LLC | 8 |
| 117. | Courtney, Henry | 506 Loretto Avenue Coral Gables, FL | FL | Ponce Riviera, LLC | 327 |
| | | | | CDC Builders, Inc. | 107 |
| | | | | Mavied Corp. | 498 |
| | | | | Banner Supply Co. | 6 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

13

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 118. | Diehl, Scott | 16 NW 12 Pl. Cape Coral, FL 33993 | CA | R. Fry Builders, Inc. | 337 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 119. | Dos Santos, Ana S. and Miguel Bortureira Sanchez | 8415 Nw 113th Place Doral, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 120. | Georgescu, Bogdan and Narcisa | 318 Holiday Drive Hallandale, FL | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 121. | Godwin, Franklin and Veronica (also being intervened on Omni IV) | 10440 Stephanie Way #205 Port St. Lucie, FL 34987 | MI | Centerline Homes at Tradition, LLC | 110 |
| | | | | Centerline Homes Construction, Inc. | 112 |
| | | | | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc. | 502 504 |
| | | | | P.D.C. Drywall Contractors, Inc. | 46 |
| | | | | La Suprema Trading, Inc. | 47 |
| | | | | La Suprema Enterprise, Inc. | |

14

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 122. | Griffin, David | 9801 Cobblestone Creek Dr. Boynton Beach, FL | FL | Northstar Holdings at B and A, LLC | 305 |
| | | | | Precision Drywall, Inc. | 506 |
| | | | | Banner Supply Company Pompano, LLC | 8 |
| | | | | | 6 |
| | | | | La Suprema Trading, Inc. | |
| | | | | | 47 |
| | | | | La Suprema Enterprises, Inc. | |
| 123. | Hirshfeld, Joseph and Helaine | 6402 41 Ct. E Sarasota, FL 34243 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 124. | Jones, Larai | 445 Windermere Drive Lehigh Acres, FL | FL | Adams Homes of North West FL, Inc. | 53 |
| | | | | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprises, Inc. | 47 |
| 125. | Kelley, Bray | 34249 Sahalee Loop Dade City, FL 33525 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

15

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 126. | Labell, Barry (also being intervened on Omni IV) | 10560 Stephanie Way Unit 206 Port St. Lucie, FL | FL | Centerline Homes at Tradition, LLC | 110 |
| | | | | Centerline Homes Construction, Inc. | 112 |
| | | | | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc | 502 |
| | | | | | 504 |
| | | | | P.D.C. Drywall Contractors, Inc. | 46 |
| | | | | La Suprema Trading, Inc. | 47 |
| | | | | La Suprema Enterprise, Inc. | |
| 127. | Martinez, Jose V. | 6855 Julia Gardens Drive Coconut Creek, FL 33073 | FL | Standard Pacific Homes of South FL, GP, Inc. | 381 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 128. | Matos, Sergio and Gladys | 8519 SW 122 Street Miami, FL 33156 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 129. | Miller, Shawn | 338 SW Lacroix Avenue Port St. Lucie, FL 33914 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 130. | Nail, Anne Marie | 301 North Grooves Road Fort Pierce, FL | FL | Aburton Homes, Inc.<br><br>Gregg Nieberg, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 50<br><br>474<br><br>46<br><br>47 |
| 131. | Quattrocchi, William A.<br>**(also being intervened on Omni IV)** | 10320 SW Stephanie Way Unit 212 Port St. Lucie, FL | FL | Centerline Homes at Tradition, LLC<br><br>Centerline Homes Construction, Inc.<br><br>Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc<br><br>P.D.C. Drywall Contractors, Inc.<br><br>La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 110<br><br>112<br><br>502<br><br>504<br><br>46<br><br>47 |
| 132. | Rador, Marie and Ronald | 11806 SW 48 Street Cooper City, FL 33330 | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |
| 133. | Revelles, Juan | 10798 NW 81st Lane Doral, FL | FL | La Suprema Trading, Inc.<br><br>La Suprema Enterprise, Inc. | 46<br><br>47 |

17

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 134. | Reyes, Gloria M. | 10786 NW 81 Lane Miami, FL 33178 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 135. | Sims, Robert | 2017 SE 21 Court Homestead, FL 33033 | CA | South Kendall Construction Corp. | 373 |
| | | | | Palm Isles Holdings, LLC | 315 |
| | | | | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 136. | Spencer, Edson W. and Valerie C. | 823 Belcher Road Boca Grande, FL | MN | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |
| 137. | Stonecypher, Barbara | 2632 Plymouth Sorrento Road Apopka, FL 32712 | FL | La Suprema Trading, Inc. | 46 |
| | | | | La Suprema Enterprise, Inc. | 47 |

18

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 138. Traina, Richard and Lorraine Cammarato, Joseph and Cathleen **(also being intervened on Omni IV)** | 10480 Stephanie Way Unit 3-206 Port St. Lucie, FL | NY | Centerline Homes at Tradition, LLC | 110 |
| | | | Centerline Homes Construction, Inc. | 112 |
| | | | Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. FL, Inc | 502 |
| | | | | 504 |
| | | | P.D.C. Drywall Contractors, Inc. | 46 |
| | | | La Suprema Trading, Inc. | 47 |
| | | | La Suprema Enterprise, Inc. | |
| 139. Barrios, Daphne | 9061 Lakeshore Road Bay St. Louis, MS 39520 | MS | | |
| 140. Bishop, Robert | 100 Ivy Cove Long Beach, MS 35960 | MS | | |
| 141. Jackson, Annette | 5030 Pecan Street Moss Point, MS 39563 | MS | | |
| 142. Rouzan, Fernando | 7104 West Issaquena Bay St. Louis, MS 39520 | MS | | |
| 143. Reynolds, David | 3713 Point Clear Drive Ocean Springs, MS 39564 | MS | | |
| 144. Saltamacchia, Brian | 11560 Bayou View Drive Bay St. Louis, MS 39520<br><br>3721 E. LA State Drive Kenner, LA 70065 | MS | | |
| 145. Stennis, Olga | 4137 Carroll Street Moss Point, MS 39563 | MS | | |
| 146. Wannage, Jr., Edward | 7006 West Rankin Street Bay St. Louis, MS 39520 | MS | | |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 147. | Jenkins, Candice L. | 815 Autumn Place Mandeville, LA 70471 | LA | Interior Exterior Building Supply, LP | 23 |
| 148. | Almasy, Lee | 392 Brown Thraser Loop South Madisonville, LA 70447 | LA | Interior Exterior Building Supply, LP | 23 |
| 149. | Caminita, Michael and Johanna | 110 Gretchen Court Montz, LA 70068 | LA | Interior Exterior Building Supply, LP | 23 |
| 150. | White, John and Harriet | One Harbor Cove Slidell, LA 70458 | LA | Seals Drywall | 517 |
| 151. | Oliver, Gregory and Paycna, Catherine | 3004-3006 Conti Street New Orleans, LA 70119 | LA | Interior Exterior Building Supply, LP | 23 |
| 152. | Skinner, Robert and Louvin | 4959 Saint Roch Avenue New Orleans, LA 70122 | LA | Interior Exterior Building Supply, LP | 23 |
| 153. | Velez, Louis **(original named in Gross - dismissal pending)** | 5427 Paris Avenue New Orleans, LA 70122 | LA | Interior Exterior Building Supply, LP | 23 |
| 154. | White, Taeneia **(*previously named in Payton)** | 828 North Sabine Drive Baton Rouge, LA 70810 | LA | Interior Exterior Building Supply, LP | 23 |
| 155. | Berlier, Greg | 513 Branch Crossing Drive Covington, LA 70435 | LA | Interior Exterior Building Supply, LP | 23 |
| 156. | Copeland, Robert Michael and Nancy Ann | 155 Paul Morgan Road Boothville, LA | LA | Interior Exterior Building Supply, LP | 23 |
| 157. | Wetzler, Melissa | 667 N. Grande Drive Boca Raton, FL 33433 | FL | Banner Supply Co. | 6 |
| 158. | Touart, George & Barbera | 15952 Innerarity Point Road Pensacola, FL 32507

15954  Innerarity Point Road Pensacola, FL 32507 | FL | | |

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 159. | McNesby, Sr., Harry & Nellie | 15948 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 160. | Rittelmeyer, Kevin & Laura | 15946 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 161. | Rutledge, Jack & Ferrell, George H. | 15934 Innerarity Point Road #64 Pensacola, FL 32507 | AL | | |
| 162. | Miller, Gary | 15926 Innerarity Point Road, #68 Pensacola, FL 32507 | AL | | |
| 163. | Burnett, Brian & Josh Dennis | 16062 Innerarity Point Road #48 Pensacola, FL 32507 15940 Innerarity Point Road #61 Pensacola, FL 32507 | AL | | |
| 164. | Howell, William & Linda Mary | 15932 Innerarity Point Road Pensacola, FL 32507 | LA | | |
| 165. | Woerner, Donna | 15936 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 166. | Powell, Roderick & Paula | 15942 Innerarity Point Road Pensacola, FL 32507 | GA | | |
| 167. | Schutt, John, Yvonne C. | 16068 Innerarity Point Road #45 Pensacola, FL 32507 | AL | | |
| 168. | Wilkins, David & Angela | 15900 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 169. | Stewart, Samuel & Kelly Wulf | 15930 Innerarity Point Road Pensacola, FL 32507 | Ohio | | |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 170. | Lubritz, Ronald & Joy | 15928 Innerarity Point Road #67 Pensacola, FL 32507 | MS | | |
| 171. | Sundance, LLC | 15938 Innerarity Point Road Pensacola, FL 32507 15904 Innerarity Point Road Pensacola, FL 32507 15906 Innerarity Point Road Pensacola, FL 32507 15916 Innerarity Point Road Pensacola, FL 32507 15922 Innerarity Point Road Pensacola, FL 32507 15944 Innerarity Point Road Pensacola, FL 32507 15902 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 172. | Hoeft, Roger & Michele | 16022 Innerarity Point Road Pensacola, FL 32507 | FL | | |
| 173. | Mayes, Jr., Robert & Joanna M. | 15908 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 174. | Cooley, Thomas & Chantell Mayes | 15910 Innerarity Point Road Pensacola, FL 32507 | AL | | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 175. | Innerarity Point, LLC c/o Clark Hammond, Esq. | 15918 Innerarity Point Road Pensacola, FL 32507<br><br>15920 Innerarity Point Road Pensacola, FL 32507<br><br>16070 Innerarity Point Road Pensacola, FL 32507<br><br>16074 Innerarity Point Road Pensacola, FL 32507<br><br>16064 Innerarity Point Road Pensacola, FL 32507<br><br>16066 Innerarity Point Road Pensacola, FL 32507<br><br>16072 Innerarity Point Road Pensacola, FL 32507 | AL | | |
| 176. | Bass, Donald and Marlene | 5081 Cresent Ridge Drive Kiln, MS 39556<br><br>5081-A Cresent Ridge Drive Kiln, MS 39556 | MS | Bailey Lumber & Supply Company | 5 |
| 177. | Magruder, Ann | 2534 Faulkner Street Ocean Springs, MS 39564 | MS | Bailey Lumber & Supply Company | 5 |
| 178. | Ladner, Brian and Lisa | 522 2nd Street Gulfport, MS 39507 | MS | Interior Exterior Building Supply, LP | 23 |
| 179. | Appling, James D., Sr. and Gwendolyn Co. | 5379 Quail Ridge Road Gardendale, AL 35071 | AL | | |
| 180. | Cummins, Jay and Betty | 1487 West Beach Blvd. Gulf Shores, AL 36542 | LA | | |

23