| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 181. Rice, James and Heather | 17062 Euqestrian Lane Fairhope, AL 36532 | LA | | |
| 182. Robertson, James Daniel, III and Victoria Daun | 4614 Benson Road Mobile, AL 36619 | AL | Interior Exterior Building Supply, LP | 23 |
| 183. Stanley, Michael E. | 1155 Hickory Valley Road Trussville, AL 35173 | AL | | |
| 184. Tsi, Shau Chren and Yang, Yan Yun | 9502 Fornock Lane Foley, AL 36536 | AL | | |
| 185. Ung, Kim and Cai, Xiao | 601 Iberville Drive Foley, AL 36535 | AL | | |
| 186. Wilder, Jeffrey J. and Michelle | 2397 Chalybe Trail Hoover, AL 35226 | AL | | |
| 187. Wong, Karen | 2336 Arbor Glen Birmingham, AL 35244 | AL | | |
| 188. Amerson, Trevis Mandel | 3415 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 189. Armstrong, Jeremy B. and Heather | 1005 Seminole Place Calera, AL 35040 | AL | | |
| 190. Barker, Jeffery M. and Dana S. | 8240 Shenandoah Trace Semmes, AL 36575 | AL | Interior Exterior Building Supply, LP | 23 |
| 191. Bennick, Charles D. and Patricia A. | 5836 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 192. Branch-Binion, Mary Elizabeth | 13472 Addison Avenue Gulfpot, MS 39503 | MS | Great Southern Homes, Inc. | 187 |
| 193. Broussard, Julius T. and Jessica A. | 12680 Woodland Circle D'Iberville, MS 39450 | MS | Bailey Lumber & Supply Company | 5 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 194. Callahan, Clifton E., Jr. and Tiffany S. | 1035 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 195. Caraballo, Doris Maclaren and Hernandez, Bismark Enrique | 10357 SW 209 Lane Homestead, FL 33189 | FL | | |
| 196. Cherry Blossom, LLC | 1690 Renaissance Commons Blvd. - Unit 1304 Boynton Beach, FL 33426 | FL D.C. | | |
| 197. Cobb, Tommy and Peggy | 6112 Pontiac Drive Kiln, MS 39556 | MS | Interior Exterior Building Supply, LP | 23 |
| 198. Copello, Victor and Pamela | 1660 Renaissance Commons Blvd. - Unit 2204 Boynton Beach, FL 33426 | NJ | | |
| 199. Cornelius, Mitchell S. and Katherine E. | 5816 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 200. DeMaio, Edward, Anne Marie and Jonathan | 1660 Renaissance Commons Blvd. - Unit 2127 Boynton Beach, FL 33426 | CT FL | | |
| 201. Denton, Thomas Wade, II and Angela Marie | 11151 Elysian Circle Daphne, AL 36525 | AL | | |
| 202. Desai, Hiren and Divya | 2336 Abbeyglen Circle Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 203. Dowis, Adam | 3131 N. Rampart Street New Orleans, LA 70117 | NY | Interior Exterior Building Supply, LP | 23 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 204. | Duncan, Bradley and Lindsay | 17511 Martin Lake Drive Baton Rouge, LA 70816 | LA | | |
| 205. | Fallo, Nicholas and Stephanie Ann | 6808 Pinhurst Drive Ocean Springs, MS 39564 | MS | Ocean Springs Lumber Company, LLC | 33 |
| 206. | Fayard, Russell and Marilyn | 6034 Vista Circle Gulfport, MS 39507 | MS | | |
| 207. | Gillespie, Barbara | 3301 Joy Lane Ocean Springs, MS 39564 | MS | Interior Exterior Building Supply, LP | 23 |
| 208. | Groner, Chris and Karen | 6095 Kiowa Street Kiln, MS 39556 | MS | Interior Exterior Building Supply, LP | 23 |
| 209. | Grubbs, William E. and Frances | 321 Pecan Ridge Blvd. Fairhope, AL 36532 | AL | | |
| 210. | Harrison, Neil and Julia | 16018 Innergrity Point Road - Unit 91 Pensacola, FL 32507 | MS | | |
| 211. | Herrington, Steve | 10355 Pin Oak Drive Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 212. | Hewes, Charles A. and Dane B. | 1616 2nd Street Gulfport, MS 39501 | MS | Interior Exterior Building Supply, LP<br><br>Bailey Lumber & Supply Company | 23<br><br>5 |
| 213. | Hill, Charlie G. and Barbara F. | 15528 Village Drive Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 214. | Hooda, Amim R. and Rozina | 5219 Creekside Loop Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 215. | James, Anthony and Erica | 174 Silo Hill Road Madison, AL 35758 | AL | | |
| 216. | Jones, Reginald D. and Winfred | 1040 Seminole Place Calera, AL 3040 | FL | | |

26

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 217. | Kellogg, James S. and Donna M. | 1140 Hardwood Cove Road Birmingham, AL 35242 | AL | | |
| 218. | Kolaczek, Joseph S. and Terri B. | 1001 Aronomink Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 219. | Lang, Keith D. | 1499 Vassar Court Mobile, AL 36695 | AL | Interior/Exterior Building Supply, LP | 23 |
| 220. | Lausman, Mark B. and Eileen D. | 117 Dunstan Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 221. | Leleaux, Gary and Letha | 5180 Eden Place Biloxi, MS 39532 | MS | Interior Exterior Building Supply, LP | 23 |
| 222. | Madden, Michael P. and Ashley M. | 2356 Chalybe Trail Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 223. | Mayberry, Neil and Shannon | 512 Drake Elm Court Madisonville, LA 70447 | LA | C&C Homebuilders Construction, Inc. | 100 |
| 224. | McLaughlin, Matthew and Shannon | 16189 Cypress Lane Gulfport, MS 39507 | MS | Bailey Lumber & Supply Company | 5 |
| 225. | McLaurin, Charles S. and Donna | 4331 Village Green Way Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 226. | McMann, Thomas G. and Lorraine A. | 5840 Chestnut Trace Birmingham, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 227. MS Investors d/b/a Manor House Apartments | 117 De Montluzin Avenue Bay St. Louis, MS 39520 (71 Apartments) | GA | | |
| 228. Mitchell, Kenneth | 10 Acton Loop Road Moody, AL 35004 | AL | | |
| 229. Nguyen, Minh and Minh Thu | 11 Beau Braun Drive Long Beach, MS 39560 | MS | Interior Exterior Building Supply, LP | 23 |
| 230. Ngwenya, Ovella J. | 3419 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 231. Ramsey, Keith | 200 Hamilton Place Birmingham, AL 35215 | AL | | |
| 232. Rice, James L. and Norma E. | 2269 Abeyglen Lane Birmgham, AL 35226 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 233. Robins, Daniel and Elaine | 4211 Sierra Way Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 234. Saeed, Answar and Sadiqa Anwar | 5323 Creekside Place Hoover, AL 35244 | AL | Interior/Exterior Building Supply, LP  Interior/Exterior Enterprises, L.L.C. | 44  45 |
| 235. Sanford, Eleni and Matheos, Kanstantina | 16076 Innergrity Point Road Unit 41 Pensacola, FL 32507 | MS | | |
| 236. Scott, Phillip C., Jr. and Rebecca | 2603 Avenue B Pascagoula, MS 39567 | MS | Interior Exterior Building Supply, LP | 23 |
| 237. Sears, Nana Ruth | 108 Timber Ridge Blvd. Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |

28

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 238. | Shah, Kajal and Rahul A. | 2273 Abbeyglen Lane Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 239. | Shores, Ellen B. | 1221 Savannah Lane Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 240. | Smith, Gregory | 6705 Elder Ferry Road Moss Point, MS 39563 | MS | Interior Exterior Building Supply, LP | 23 |
| 241. | Smith, Kenneth and Sarah | 17512 Martin Lake Drive Baton Rouge, LA 70816 | LA | | |
| 242. | Stephens, Keith Edward and Amy Garmon | 3754 Abbeyglen Way Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 243. | Summers, Tyson and Beth K. | 2355 Chalybe Trail Birmingham, AL 35226 | AL | | |
| 244. | Taylor, Douglas J. | 843 Vanessa Drive Trussville, AL 35173 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 245. | Terry, Nichole | 5235 Gayle Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 246. | Thompson, Frank | 320 Hillstone Drive Pell City, AL 35125 | AL | | |
| 247. | Thompson, Heath | 7685 Joe Fountain Road Ocean Springs, MS 39564 | MS | Interior Exterior Building Supply, LP | 23 |
| 248. | Thomson, James V. III | 16384 River Park Road Fairhope, AL 36532 | AL | Andrews Hardware Company, Inc. d/b/a Andrews Ace Hardware | 4 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 249. | Turner, Kile T. and Sara M. | 421 Poincianna Drive Homewood, AL 35209 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 250. | Verner, Greg and Andrea | 10571 Timber Ridge Drive Loxley, AL 36551 | AL | | |
| 251. | Wells, Joyce P. | 30221 Ono Blvd. Orange Beach, FL 36561 | MS | Building Materials Wholesale, Inc. (B.M.W.) | 13 |
| 252. | Whal, Jacquelyn | 28341 Cascade Road Pass Christian, MS 39571 | MS | Interior Exterior Building Supply, LP | 23 |
| 253. | Williams, Scott A. and Kristin S. | 121 Tomrick Circle Daphne, AL 36526 | AL | Interior Exterior Building Supply, LP | 23 |
| 254. | Wilson, Randy and Elizaberth | 9055 Hillside Road Biloxi, MS 39532 | MS | Home Town Lumber & Supply, Inc. | 21 |
| 255. | Winsett, Ataska N. | 3411 Jeanne Lane Hueytown, AL 35023 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 256. | Curran, Lee and Anita | 4133 Palmyra Street New Orleans, LA 70119 | LA | | |
| 257. | Keller, Rene and Margarita | 2908 Alana Lane Marrero, LA 70072 | LA | | |
| 258. | Sander, Karl | 534 Fifth Street Pearl River, LA 70452 | LA | Interior Exterior Building Supply, LP | 23 |
| 259. | Lewis, Chester, Jr. and Tiffany | 200 Dexter Avenue Birmingham, AL 35213 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 260. | Ashmore, John Britton (*previously named in Payton) | 1507 Creekside Drive Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 261. | Bunn, James & Michele (*previously named in Payton) | 2263 Butler Springs Lane Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 262. | Chapman, Duane & Sarah (*previously named in Payton) | 129 Dunstan Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 263. | Corley, Kyle & Lorie (*previously named in Payton) | 5220 Creekside Loop Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 264. | Crawford, Gary & Linda (*previously named in Payton) | 1039 Kings Way Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 265. | Daniel, Michael & Monica (*previously named in Payton) | 4142 Ternview Road Vestavia Hills, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 266. | Ezekiel, David & Suzanne (*previously named in Payton) | 2162 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 267. | Fairburn, Tom & Cherie (*previously named in Payton) | 113 Dunstan Drive Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

31

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 268. | Farmer, Sherry (*previously named in Payton) | 1049 Little Sorrel Drive Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 269. | Gilbert, Tony & Ann (*previously named in Payton) | 1076 Maryanna Road Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 270. | Graham, William & Martha Betty M. Harrod Trust Trust for the Benefit of Martha H. Graham Under the Betty M. Harrod Trust (*previously named in Payton) | 1424 Charleston Court Vestavia Hills, AL  35216 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 271. | Greer, Matthew & Olivia A. (*previously named in Payton) | 2367 Bellevue Terrace Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 272. | Griffith, Alan & Zoe (*previously named in Payton) | 2146 Timberline Drive Calera, AL  35040 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 273. | Hand, Lincoln & Mimi Wade (*previously named in Payton) | 1514 Crown Point Drive Gardendale, AL  35071 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |
| 274. | Harper, Robert D. (*previously named in Payton) | 1225 Glenstone Place Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP<br><br>Interior/Exterior Enterprises, L.L.C. | 44<br><br>45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 275. Howard, Hillary (*previously named in Payton) | 85 Acton Loop Road Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 276. Howard, James and Carol (*previously named in Payton) | 1084 Dunnavant Place Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 277. Randolph, Michael and Susan (*previously named in Payton) | 2154 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 278. Hunter, Thaddeus L. & Pamela R. (*previously named in Payton) | 2375 Abbey Glenn Circle Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 279. Joseph, Booker & Brenda F. (*previously named in Payton) | 1041 Edgewater Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 280. Killen, Cindy (*previously named in Payton) | 1420 Charleston Court Vestavia Hills, AL 35216 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 281. Lawrence, Ericka & Cornelius (*previously named in Payton) | 2295 Abbey Glenn Circle Birmingham, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 282. Loney, Christopher & Rochelle (*previously named in Payton) | 3738 Chalybe Walk Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 283. | Maier, William Craft (*previously named in Payton) | 2090 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 284. | Marston, William & Janine (*previously named in Payton) | 3734 Chalybe Walk Hoover, AL 35226 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 285. | Milano, Jason & Sarah Bennett (*previously named in Payton) | 1050 Little Sorrell Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 286. | Moore, Victor (*previously named in Payton) | 1004 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 287. | Newton, Twnica N. (*previously named in Payton) | 2150 Timberline Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 288. | Noel, Patrick & Jacqueline (*previously named in Payton) | 1009 Wesley Trace Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 289. | Richardson, Cherie & Keith (*previously named in Payton) | 115 Major Circle Riverside, AL 35135 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 290. | Ridley, Arnold Lee & Rada (*previously named in Payton) | 1045 Edgewater Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | | Interior/Exterior Enterprises, L.L.C. | 45 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 291. Rodgers, Jeremy A. (*previously named in Payton) | 1063 Maryanna Road Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 292. Starnes, Tracey & Vickie (*previously named in Payton) | 7600 Sardis Grove Lane Gardendale, AL 35071 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 293. Tanis, Donald & Susan (*previously named in Payton) | 3750 Village Lane Birmingham, AL 35223 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 294. Thompson, Ortis Darren & Susan (*previously named in Payton) | 1105 Taylor's Trail Moody, AL 35004 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 295. Vincent, Maria & James (*previously named in Payton) | 340 Hillstone Drive Pell City, AL | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 296. Wilkens, Susan (*previously named in Payton) | 1087 Dunnavant Place Birmingham, AL 35242 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 297. Wright, Jeff & Suzanne J. (*previously named in Payton) | 3754 Village Lane Birmingham, AL | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |
| 298. Yarbrough, Rebecca K. (*previously named in Payton) | 1025 Little Sorrel Drive Calera, AL 35040 | AL | Interior/Exterior Building Supply, LP | 44 |
| | | | Interior/Exterior Enterprises, L.L.C. | 45 |

35

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 299. | Whittaker, Robin | 3612 NW 13th Street Lauderhill, FL 33311 | FL | Centerline Homes at Georgetown, LLC | 109 |
| 300. | Grant Street-Lawyer, Ltd. | 27991 Largay Way Unit A202 Bonita Springs, FL 32134 | OH | L&W Supply d/b/a Seacoast Supply | 28 |
| 301. | Moore-Walters, Gail | 1181 N.E. 44th Lane Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 302. | Paulino, Jhon and Anacelis | 1304 NE 3rd Terrace Cape Coral, FL 33909 | FL | | |
| 303. | Crescibene, Michael | 2860 Cincinnati Street North Port, FL 34286 | FL | | |
| 304. | Angel, Wendel and Dawn | 2051 NW 3rd Terrace Cape Coral, FL 33993 | FL | Hansen Homes of South FL, Inc. | 202 |
| 305. | Oravetz, Michael | 2810 NW 13th Street Cape Coral, FL 33993 | PA | K. Hovnanian First Homes, LLC | 234 |
| 306. | Castillo, Jorge | 128 NE 8th Terrace Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 307. | Pierre, Bruno and Beatrice | 4952 NW Manville Drive Port Saint Lucie, FL 34983 | FL | Paramount Quality Homes Corp. | 319 |
| 308. | Wright, Bruce R. | 1159 US Highway 27 South Lake Placid, FL 33852 | CA | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| 309. | Paoli, Lawrence and Donna | 1821 Bobcat Trail North Port, FL 34288 | FL | Medallion Homes Gulf Coast, Inc. | 287 |
| 310. | Banks, James and Nicholls, Richard | 9162 Estero River Circle Esteror, FL 33928 | OH | Banner Supply Co. | 6 |
| 311. | Caba, Rudy | 236 North West 24th Place Cape Coral, FL 33993 | FL | Signature Series Homes, Inc. Cox Lumber Co. d/b/a HD Supply Lumber & Building Materials | 370 455 |

36

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 312. | Clark, Robert and Linda (also being intervened on Omni IV) | 816 Chapel Avenue Lehigh Acres, FL 33971 | FL | Oyster Bay Homes, Inc. | 313 |
| 313. | Cruz, Abraham and Xiomara | 373 North East 36th Terrace Homestead, FL 33033 | FL | Lennar Corporation | 252 |
| 314. | Day, Terry | 1542 South West Chari Avenue Port Saint Lucie, FL 34953 | FL | Global Homes Builders, LLC | 182 |
| 315. | Duharte, Roxanne and Shannon | 1660 Renaissance Commons Blvd. Unit #2326 Boynton Beach, FL 33426 | FL | | |
| 316. | Fortin, Priscilla | 99 Vivante Blvd. Unit #409 Punta Gorda, FL 33950 | MA | Bove Company<br><br>L&W Supply Corporation d/b/a Seacoast Supply | 95<br><br>28 |
| 317. | Hernandez, Onelio and Loyda | 210 NW 27th Avenue Cape Coral, FL 33993 | FL | Adams Homes of North West FL, Inc. | 53 |
| 318. | Carlos, Moreno and Montoya, Claudia | 7431 Bristol Circle Naples, FL 34120 | FL | Waterways Joint Venture, IV, LLC | 429 |
| 319. | Nunes, Norberto | 7060 Venice Way Unit 3101 Naples, FL 34119 | FL | | |
| 320. | Parikh, Kirti and Jayesh | 7569 Bristol Circle Naples, FL 34120 | NJ | Waterways Joint Venture, IV, LLC | 429 |
| 321. | Paster, Dea | 2242 South East Friendship Street Port Saint Lucie, FL 34952 | CA | Paramount Quality Homes Corp. | 319 |
| 322. | Peters, Gerald and Mary for Mary L. Peters, Trust | 4904 South West 22nd Place Cape Coral, FL 33914 | FL | Paul Homes, Inc. a/k/a Management Services of Lee County, Inc. | 320 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 323. | Rodriguez, Ramon and Elizabeth | 926 North East 18th Terrace Cape Coral, FL 33909 | FL | K. Hovnanian First Homes, LLC | 234 |
| 324. | Ruiz, Aniceto and Otilia | 15579 South West 182 Lane Miami, FL 33187 | FL | Greystoke Homes at South Point II, LLC Banner Supply Co. | 190 6 |
| 325. | Santana, Silvana | 8709 Pegasus Drive Lehigh Acres, FL 33971 | FL | | |
| 326. | Shutey, Diane | 3972 Cherrybrook Loop Fort Myers, FL 33966 | PA | | |
| 327. | Tellez, Luisa | 818 South West 146th Terrace Pembroke Pines, FL 33027 | FL | Standard Pacific Homes of South FL, GP, Inc. Banner Supply Co. | 381 6 |
| 328. | Templeton, Sherry | 13934 Clubhouse Drive Tampa, FL 33618 | FL | LTL Construction, Inc. Residential Drywall, Inc. | 260 511 |
| 329. | Thomas, Paula | 1275 Washington Drive Moody, AL 35004 | CA | HPH Homes | 209 |
| 330. | Penalba, Ramiro J., Claudia E. and Maria I. | 20317 SW 87th Court Miami, FL 33189 | FL | United Homes International, Inc. (B0 Banner Supply Co. La Suprema Enterprise, Inc. (I) La Suprema Trading, Inc. (I) | 419 6 46 47 |
| 331. | Mulero, Juan | 2730 S.W. 26th Street Miami, FL 33133 | FL | Banner Supply Co. | 6 |

38

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 332. | Visram, Rahim | 4367 Boulder Lake Circle Birmingham, AL 35242 | AL | LifeScape Builders<br><br>Interior/Exterior Building Supply, LP | 255<br><br>23 |
| 333. | Walters, Dan and Stacy | 2363 Schalbe Trail Birmingham, AL 35226 | AL | HPH Properties, LLC | 210 |
| 334. | Masreliez, Jonas Maldonado, Michelle | 5337 SW 40 Avenue Dania Beach, FL 33314 | FL | | |
| 335. | Cavaretta, Donna | 365 Winchester Circle Mandeville, LA 70448 | LA | | |
| 336. | Fyfe, Jody Lee | 2112 Delightful Drive Ruskin, FL 33570 | FL | | |
| 337. | Buckentin, Michael and Mary | 4033 Butler Springs Place Hoover, AL 35226 | AL | | |
| 338. | Turov, Vlad and Vania | 2211 Tarrytown Crossing Drive Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 339. | Brescia, Anthony and Donna | 1015 Fish Hook Cove Bradenton, FL 34212 | TX | | |
| 340. | Brown, Zamir | 2116 Unity Village Drive Ruskin, FL 33570 | FL | | |
| 341. | Williams, Ahlatisha | 2109 Delilghtful Drive Ruskin, FL 33570 | FL | | |
| 342. | Hill, Jamaal and Andria | 2105 Delightful Drive Ruskin FL 33570 | FL | | |
| 343. | Gomez, Diana | 2207 Pleasantview Avenue Ruskin, FL 33570 | FL | | |
| 344. | Bailey, Elizabeth | 2108 Delightful Drive Ruskin, FL 33570 | FL | | |
| 345. | Urso, Christopher | 2120 Delightful Drive Ruskin, FL 33570 | FL | | |
| 346. | Roy, Gregory S. | 313 Long Lake Drive Covington, LA 70435 | LA | | |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 347. | Moore, Ursula | 2209 Tarrytown Crossing Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 348. | Cunningham, Harold | 2204 Jefferson Crossing Conroe, TX 77304 | TX | Supreme Builders | 397 |
| 349. | Foster, Alan and Alma | 289 Normandy Lane Chelsea, AL 35043 | AL | Interior/Exterior Building Supply | 23 |
| 350. | Sockman, Richard | 8856 E. 98th Avenue Vero Beach, FL 32967 | FL | | |
| 351. | Bergus, Boris | 244 Silver Glen Drive St. Augustine, FL 32092 | MA | L&W Supply Corporation d/b/a Secoast Supply, Inc. | 28 |
| 352. | Hill, Lionel T. | 19402 Dickson Park Drive Spring, TX 77373 | TX | | |
| 353. | Marquez, Angel | 4658 SW Ulster Street Port Saint Lucie, FL 34953 | FL | Midwest Construction & Development, LLC | 295 |
| 354. | Forsyth, Andrew and Jennifer | 2117 Pleasure Run Drive Ruskin, FL 33570 | FL | | |
| 355. | Arrington, Angela | 2113 Delightful Drive Ruskin, FL 33570 | FL | | |
| 356. | Rolfes, June A. | 8 Golfview Drive Pass Christian, MS 39571 | MS | Bailey Lumber & Supply Company  Interior/Exterior Bulding Supply, LP | 5  44 |
| 357. | Carlton, Robert | 814 Clearmont Street Sebastian, FL 32958 | FL | | |
| 358. | Carroll, Gary and Alice | 978 Fern Drive Delray Beach, FL 33483 | FL | | |
| 359. | Davis, Paul and Susan | 2049 County Road 119 Bryceville, FL 32009 | FL | | |
| 360. | Elkin, Ken and Rachel | 7831 Cummings Lane Boca Raton, FL 33433 | FL | | |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 361. | Gombert, Paul and Aimee | 264 Silver Glen Avenue St. Augustine, FL 32092 | FL | L&W Supply Corporation d/b/a Seacoast Supply | 28 |
| 362. | Marks, Michael and Lynn | 1802 SW 23rd Street Fort Lauderdale, FL 33315 | CA | | |
| 363. | Rahman, Mohammad D. Adnan | 935 Bayshore Drive Terra Ceia, FL 34250 | FL | Residential Drywall, Inc. | 511 |
| 364. | Whitty, Charles A. and Gabriella Kincses | 326 NW La Playa Street Port St. Lucie, FL 34983 | FL | Aburton Homes, Inc. Gregg Neiberg, Inc. | 50 474 |
| 365. | South Dixie Rosaro, LLC | 564 Loretto Avenue - Unit 8 Coral Gables, FL 33134  520 Loretto Avenue Unit 21 Coral Gables, FL 33134 | FL | CDC Builders, Inc. Mavied Corp. Banner Supply Co. (D | 107 498 6 |
| 366. | McBride Family Properties, LLC | 534 Loretto Avenue Unit 23 Coral Gables, FL 33134  502 Loretto Avenue Unit 30 Coral Gables, FL 33134 | FL | CDC Builders, Inc. Mavied Corp. Banner Supply Co. | 107 498 6 |
| 367. | Fulford, John and Lillian | 11268 Wren Avenue Fairhope, AL 36532 | AL | | |
| 368. | Henson, Brenda McMillian and McMillian, Paul and Ann | 959 Weatherby Street South Saraland, AL 36571 | AL | | |
| 369. | Epps, Pamela A. | 987 Weatherby St. South Saraland, AL 36571 | AL | | |
| 370. | Staley, Beverly Bates | 1023 Weatherby Street Saraland, AL 36571 | AL | | |
| 371. | Blaylock, Nathan and Margret | 210 Mizel Circle Saraland, AL 36571 | AL | | |

41

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 372. | Dantzler, John and Jelean | 1113 Fourth Avenue Saraland, AL 3671 | AL | | |
| 373. | Mitchell, Ralph and Lisa | 211 Weatherby Street Saraland, AL 36571 | AL | | |
| 374. | Nurmi, John Riverbend Condominiums, Inc. | 1625 Martin Bluff Road Unit 2 Gautier, MS 30553 | MS | | |
| 375. | Riverbend Condominiums, Inc. | 1625 Martin Bluff Road Unit 3 Gautier, MS 30553 | MS | | |
| 376. | Friedland, Gregory Riverbend Condominiums, Inc. | 1625 Marin Bluff Road Units 16 Gautier, MS 30553<br><br>1625 Marin Bluff Road Units 25 Gautier, MS 30553<br><br>1625 Marin Bluff Road Units 30 Gautier, MS 30553 | AL | | |
| 377. | Denmark, Edwin and April | 21285 Averett Lane Citronelle, AL 36522 | AL | | |
| 378. | Williamson, William | 5220 Old Highway 43 Satsuma, AL 36572 | AL | | |
| 379. | Bang, Huey L. and Meredith B. | 100 Redbud Way Pass Christin, MS 39571 | MS | | |
| 380. | Bang, Terrell and Michelle | 26237 Niolet Road Pass Christian, MS 39571 | MS | | |
| 381. | Felter, Michael and Denise | 25014 Arcadia Farm Road Pass Christian, MS 39571 | MS | | |
| 382. | Burke, Michael and Jennifer | 89 Fairway Drive Pass Christian, MS 39571 | MS | | |
| 383. | Senac, Jacque and Dana (**\*previously named in Payton**) | 696 Timberwood Loop Madisonville, LA 70447 | LA | H & H Custom Home Builders | 197 |

42

### ALLEGATIONS REGARDING DEFENDANT KNAUF USA

1.      Defendant Knauf USA is an Indiana corporation with a principal place of business in Shelbyville, Indiana.

2.      By information and belief, Knauf USA is a subsidiary of Knauf GIPS KG.  Knauf USA acted as an agent for Knauf GIPS KG and other Knauf entities lending assistance and participating in the promotion, distribution, marketing, and sale of the drywall at issue in this litigation to American suppliers.  Accordingly, Knauf USA was responsible for the drywall at issue in the case being imported, distributed, delivered, supplied, inspected, marketed and/or sold.  This conduct by Knauf USA has resulted in harm and damages to Plaintiffs.

3.      Upon information and belief, Knauf USA is attempting to flee the jurisdiction of the MDL Court by discontinuing its operations and removing assets from the United States.

### DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

### PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

      a.      an order certifying the case as a class action;

      b.      an order certifying the Class and each of the Subclasses;

      c.      an order appointing Plaintiffs as the Class Representatives of the Class;

      d.      an order appointing undersigned counsel and their firms as counsel for the Class;

43

e.     compensatory and statutory damages;

f.     punitive damages as allowed by law;

g.     pre and post-judgment interest as allowed by law;

h.     injunctive relief;

I.     an award of attorneys' fees as allowed by law;

j.     an award of taxable costs; and

k.     any and all such further relief as this Court deems just and proper.

Respectfully submitted,

Dated: July 9, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

44

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

45

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com
**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W., Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

47

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS**[1]

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.