**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Adolph, Jane
Aerts, Michael and Kellee
Alzate, Julian and Silva, Patricia
Austin, Gerald and Pam
Barber, Paul and Therese
Benjoseph, Jonathan and Sarah
Bernstein, John and Rachel
Blue Water Condominium Association
Boggess, Joan and Loy, Dawn
Botello, Florencio and Maria
Burnett, Marceline
Buxton, Adam and Katherine
Casimir, Marie and St. Fleur, Jean
Cason, Lydia
Castro, Francisco and Luz
Centofanti, Gino
Chavez, Jorge and Elsa
Dicker, William and Linda
Dorsainvil, Michelet and Angervil, Marie Denise
Elmore, Benjamin and Juanita
Flood, Brian
Francis, Charles and Tanika
Gallegos, Porfirio and Maria
Hector, Robert and Deborah
Hessee, William and Janice
Jamison, Charlotte
Johnson, James and Catherine
Julmiste, Carol
Kennedy, Phillip and Machado-Kennedy, Lyzet
Kiss, Tom and Kristen
Kononova, Sergey and Anna
Lauderdale One Condo Association
Leidig, Milton and Jodie
Magdalena Gardens Condo Association
Malkin, Patrick and Destories, George
Millian, Marc
Parks, Saran
Petrasek, John
Pettit, Stephen
Raphael, Lindsay
Ruef, Kristin and Becker, Benjamin
Santamaria, Michael and Sydnie
Sasser, H. Jearl and Betty
Shaikh, Rukhsana, Liaquddih
Verissimo, Jorge
Von Karaschan, Eric
Weiss, Sheldon and Teresa
Williams, Louis

**Aronfeld Trial Attorneys PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Acevedo, Manuel and Marin, Martha Aronfeld

**Baron & Budd,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bertucci, Elizabethh
Dowis, Adam
Fazaro, Dominick E.
Kenney, Mike
Pino, Deborah

**Barrett Law Office,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Elmore, Lillian
Clark, Wayne
Niolet, Joseph Scott and Hendick, Jennifer

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Goin, Byron
Daboval, John and Rosemary
Haas, Albert and Anne
Haas, Albert and Anne
Johnson, Antoinette and Harold
Milliet, Joel and Pearl
Redmond, John and Maria

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Anderson, James
Calico, Michael and Lisa
Dantagnan, Lloyd and Melanie
Harrell, Mildred
Kinler, Gerard and Crystal
Martin, Sheldon and Julia
McCarthy, Wayne
Parker, John
Pena, Abraham (also a client of Morris Bart, LLC)
Reed, Ernest and Rosie

**Berniard Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Keller, Denielle and Jimmy

**Bloomfield Law Office,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Parisi, Mario

50

**Doyle Law Firm, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bennett, Jeremy M.
Duckworth, Stewart, Michelle and Audrey
Hawkins, Richard W., Ann G.; Hall, Nick and Elizabeth and Mummert, Michelle
Howard, Melanie I., Stanley M., Logan S. and Ava S.
Jones, Yolands T.M., Moore, Jonathan T., Moore, Kanaiya, Jones, Nadia S., Jones, Brianna
Kolaczek, Nicole Lynn
Wilhite, Eric and Braxton
Labor, Brian and Suki
Lambe, Michael A.
Leggett, Melody, Marty, Rachel, Zachary and Joshua

Loggins, Claudia and Joseph
Mason, Howard L. and Glenda S.
Mitchell, Oneal, Carmen and Kalamena
Murphy, Derrick and Shenavia
Parson, Jason, Jessica, Jade and Jori
Quarles, Leah
Sisco, Kennety, Kendra Suzanne and Kendall
Smith, Joseph, Sharon, Emily and Jacob
Sutherland, Jessica, Chad, Ethan Isaiahand Presley Tatum
Utphall, Harold and Sonja
Vanderver, Kim, Leslie Edward and Adam
Wilson, Amira
Young, Malcolm

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Samson, Roland and Susan

**Gauthier, Houghtaling & Williams,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Dorsey, Mark and Shalanda
Foret, Kimber and Ryan
Gagnon, Chad and Amy

**Colson, Hicks, Eidson, Colson Matthews, Martinez, Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/ Hausfeld, LLP and Law Offices of Richard J. Serpe,** *Counsel on Behalf of the Following Individual Plaintiffs*:

Bush, Charles and Judy
Camposano, Francisco and Maria del Pilar Paiz
Courtney, Henry
Diehl, Scott
Dos Santos, Ana S. and

Miguel Bortureira Sanchez
Georgescu, Bogdan and Narcisa
Godwin, Franklin and Veronica
Griffin, David
Hirshfeld, Joseph and Helaine
Jones, Larai

51

Kelley, Bray
L&M Estates, Inc.
Labell, Barry
Martinez, Jose V.
Matos, Sergio and Gladys
Miller, Shawn
Morales, Claro
Nail, Anne Marie
Paisley, Cameron and Rachel
Penkosky, Helen
Prynada, Christine
Quattrocchi, William A.
Rador, Marie and Ronald
Revelles, Juan

Reyes, Gloria M.
Ritter, Bill and Elizabethh
Sanchez, Oneida
Sherman, Aryn f/k/a Aryn Morris
Sims, Robert
Spencer, Edson W. and Valerie C.
Stonecypher, Barbara
Stoner, Charles
The Sanctuary at Blue Heron, Inc.
Traina, Richard and Lorraine
Cammarato, Joseph and Cathleen
Vega, Luis
Walton, Douglas and Susan F.

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Barrios, Daphne
Bishop, Robert
Jackson, Annette
Rouzan, Fernando
Reynolds, David
Saltamacchia, Brian
Stennis, Olga
Wannage, Jr., Edward

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Almasy, Lee
Berlier, Greg
Caminita, Michael and Johanna
Jenkins, Candice L.
Oliver, Gregory and Paycna, Catherine
Skinner, Robert and Louvin
Velez, Louis
White, John and Harriet
White, Taeneia

**Hymel, Davis & Petersen, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Copeland, Robert Michael and Nancy Ann

**Law Offices of Brad E. Kelsky, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Wetzler, Melissa

**Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Burnett, Brian & Josh Dennis | Powell, Roderick & Paula |
| Cooley, Thomas & Chantell Mayes | Rittelmeyer, Kevin & Laura |
| Hoeft, Roger & Michele | Rutledge, Jack & |
| Howell, William & Linda Mary | Ferrell, George H. |
| Innerarity Point, LLC | Schutt, John, Yvonne C. |
| c/o Clark Hammond, Esq. | Stewart, Samuel & Kelly Wulf |
| Lubritz, Ronald & Joy | Sundance, LLC |
| Mayes, Jr., Robert & Joanna M. | Touart, George & Barbera |
| McNesby, Sr., Harry & Nellie | Wilkins, David & Angela |
| Miller, Gary | Woerner, Donna |

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Amerson, Trevis Mandel | Cummins, Jay and Betty |
| Appling, James D., Sr. and Gwendolyn Co. | DeMaio, Edward, Anne Marie and Jonathan |
| Armstrong, Jeremy B. and Heather | Denton, Thomas Wade, II and Angela Marie |
| Barker, Jefferey M. and Dana S. | Desai, Hiren and Divya |
| Bass, Donald and Marlene | Dowis, Adam |
| Bennick, Charles D. and Patricia A. | Duncan, Bradley and Lindsay |
| Branch-Binion, Mary Elizabeth | Fallo, Nicholas and Stephanie Ann |
| Broussard, Julius T. and Jessica A. | Fayard, Russell and Marilyn |
| Callahan, Clifton E., Jr. and Tiffany S. | Gillespie, Barbara |
| Caraballo, Doris Maclaren and Hernandez, Bismark Enrique | Groner, Chris and Karen |
| | Grubbs, William E. and Frances |
| Cherry Blossom, LLC | Harrison, Neil and Julia |
| Cobb, Tommy and Peggy | Herrington, Steve |
| Copello, Victor and Pamela | Hewes, Charles A. and Dane B. |
| Cornelius, Mitchell S. and Katherine E. | Hill, Charlie G. and Barbara F. |

53

Hooda, Amim R. and Rozina
James, Anthony and Erica
Jones, Reginald D. and Winfred
Kellogg, James S. and Donna M.
Kolaczek, Joseph S. and Terri B.
Ladner, Brian and Lisa
Lang, Keith D.
Lausman, Mark B. and Eileen D.
Leleaux, Gary and Letha
Madden, Michael P. and Ashley M.
Magruder, Ann
Mayberry, Neil and Shannon
McLaughlin, Matthew and Shannon
McLaurin, Charles S. and Donna
McMann, Thomas G. and Lorraine A.
Mitchell, Kenneth
MS Investors d/b/a Manor House Apartments
Nguyen, Minh and Minh Thu
Ngwenya, Ovella J.
Ramsey, Keith
Rice, James and Heather
Rice, James L. and Norma E.
Robertson, James Daniel, III and Victoria Daun
Robins, Daniel and Elaine
Saeed, Answar and Sadiqa Anwar

Sanford, Eleni and Matheos, Kanstantina
Scott, Phillip C., Jr. and Rebecca
Sears, Nana Ruth
Shah, Kajal and Rahul A.
Shores, Ellen B.
Smith, Gregory
Smith, Kenneth and Sarah
Stanley, Michael E.
Stephens, Keith Edward and Amy Garmon
Summers, Tyson and Beth K.
Taylor, Douglas J.
Terry, Nichole
Thompson, Frank
Thompson, Heath
Thomson, James V. III
Tsi, Shau Chren and Yang, Yan Yun
Turner, Kile T. and Sara M.
Ung, Kim and Cai, Xiao
Verner, Greg and Andrea
Wells, Joyce P.
Whal, Jacquelyn
Wilder, Jeffrey J. and Michelle
Williams, Scott A. and Kristin S.
Wilson, Randy and Elizabethh
Winsett, Ataska N.
Wong, Karen

## Martzell & Bickford,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Curran, Lee and Anita
Keller, Rene and Margarita
Sander, Karl

## McCallum, Hoaglund, Cook & Irby, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Ashmore, John Britton
Bunn, James & Michele
Chapman, Duane & Sarah
Corley, Kyle & Lorie
Crawford, Gary & Linda

Daniel, Michael & Monica
Ezekiel, David & Suzanne
Fairburn, Tom & Cherie
Farmer, Sherry
Gilbert, Tony & Ann

54

Graham, William & Martha
Betty M. Harrod Trust
Trust for the Benefit of Martha H. Graham
Under the Betty M. Harrod Trust
Greer, Matthew & Olivia A.
Griffith, Alan & Zoe
Hand, Lincoln & Mimi Wade
Harper, Robert D.
Howard, Hillary
Howard, James and Carol
Hunter, Thaddeus L. & Pamela R.
Joseph, Booker & Brenda F.
Killen, Cindy
Lawrence, Ericka & Cornelius
Lewis, Chester, Jr. and Tiffany
Loney, Christopher & Rochelle
Maier, William Craft

Marston, William & Janine
Milano, Jason & Sarah Bennett
Moore, Victor
Newton, Twnica N.
Noel, Patrick & Jacqueline
Randolph, Michael and Susan
Richardson, Cherie & Keith
Ridley, Arnold Lee & Rada
Rodgers, Jeremy A.
Starnes, Tracey & Vickie
Tanis, Donald & Susan
Thompson, Ortis Darren & Susan
Vincent, Maria & James
Wilkens, Susan
Wright, Jeff & Suzanne J.
Yarbrough, Rebecca K.

**McIntosh, Sawran, Peltz & Cartaya, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Whittaker, Robin

**Morgan & Morgan,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Angel, Wendel and Dawn
Castillo, Jorge
Crescibene, Michael
Grant Street-Lawyer, Ltd.
Moore-Walters, Gail
Oravetz, Michael
Paulino, Jhon and Anacelis
Pierre, Bruno and Beatrice

**Morrison, Holden, Derewetzky, Prough,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Wright, Bruce R

55

**Norton, Hammersley, Lopez & Skokos, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Paoli, Lawrence and Donna

**Parker Waichman, Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Banks, James and Nicholls, Richard
Caba, Rudy
Carlos, Moreno and Montoya, Claudia
Clark, Robert and Linda
Cruz, Abraham and Xiomara
Day, Terry
Duharte, Roxanne and Shannon
Fortin, Priscilla
Hernandez, Onelio and Loyda
Nunes, Norberto
Parikh, Kirti and Jayesh
Paster, Dea
Peters, Gerald and Mary for Mary L. Peters, Trust
Rodriguez, Ramon and Elizabeth
Ruiz, Aniceto and Otilia
Santana, Silvana
Shutey, Diane
Tellez, Luisa
Templeton, Sherry
Thomas, Paula

**Pita & Del Prado**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Mulero, Juan
Penalba, Ramiro J., Claudia E. and Maria I.

**Pittman, Dutton, Kirby & Hellums, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Visram, Rahim
Walters, Dan and Stacy

**Podhurst Orseck, PA**, *Counsel on Behalf of the Following Individual Plaintiffs*:

Masreliez, Jonas
Maldonado, Michelle

**Reich & Binstock, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Arrington, Angela
Bailey, Elizabeth
Bergus, Boris
Brescia, Anthony and Donna
Brown, Zamir
Buckentin, Michael and Mary
Cavaretta, Donna
Cunningham, Harold
Forsyth, Andrew and Jennifer
Foster, Alan and Alma
Fyfe, Jody Lee

Gomez, Diana
Hill, Jamaal and Andria
Hill, Lionel T.
Marquez, Angel
Moore, Ursula
Roy, Gregory S.
Sockman, Richard
Turov, Vlad and Vania
Urso, Christopher
Williams, Ahlatisha

**Law Offices of Robert M. Becnel**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Rolfes, June A.

**Shapiro, Blasi, Waserman & Gora, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Carlton, Robert
Carroll, Gary and Alice
Davis, Paul and Susan
Elkin, Ken and Rachel
Gombert, Paul and Aimee
Marks, Michael and Lynn
Rahman, Mohammad D. Adnan
Whitty, Charles A. and Gabriella Kincses

**Taylor Martino Zarzaur, PC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Blaylock, Nathan and Margret
Dantzler, John and Jelean
Denmark, Edwin and April
Epps, Pamela A.
Friedland, Gregory
Riverbend Condominiums, Inc.
Fulford, John and Lillian

Henson, Brenda McMillian and McMillian, Paul and Ann
McBride Family Properties, LLC
Mitchell, Ralph and Lisa
Nurmi, John
Riverbend Condominiums, Inc.
Riverbend Condominiums, Inc.

57

South Dixie Rosaro, LLC                    Williamson, William
Staley, Beverly Bates

**Vaughn & Bowden, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bang, Huey L. and Meredith B.
Bang, Terrell and Michelle
Burke, Michael and Jennifer
Felter, Michael and Denise

**Williams Law Office, LLC/Richard J. Fernandez, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Senac, Jacque and Dana

# EXHIBIT A

*Sean and Beth Payton, et al. v. Knauf Gips, KG, et al.* - **09-07628**

**Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Phillip Kennedy and Lyzet Machado-Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention (I(A))**

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>aronfeld@aronfeld.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Don Barrett, P.A.<br>404 Court Square<br>P.O. Box 987<br>Lexington, MS 39095 |

Page 1 of 8

| |
|---|
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |
| Daniel E. Becnel, Jr.<br>Matthew B. Moreland<br>Becnel Law Firm. LLC<br>P.O. Drawer H<br>106 W. Seventh Street<br>Reserve, LA 70084<br>Phone: (985) 536-1186<br>Fax: (985) 536-6445<br>mmoreland@becnellaw.com |
| Jeffrey Berniard<br>Berniard Law Firm, LLC<br>643 Magazine Street<br>Suite 402<br>New Orleans, LA 70130<br>Phone: (504) 527-6225<br>Fax: (504) 617-6300<br>Jeffberniard@laclaim.com |
| Roger E. Bloomfield<br>Bloomfield Law Office<br>P.O. Box 1000<br>Wilder, VT 05088<br>Phone: (802) 295-3737<br>bloomfield_law@att.net |
| Jimmy Doyle, Esquire<br>Doyle Law Firm, PC<br>P.O. Box 36445<br>Birmingham, AL 35236<br>Phone: (205) 533-9500<br>Fax: (205) 332-1362<br>jvdoyle2@yahoo.com |

| |
|---|
| Gerald E. Meunier<br>Gainsburgh, Benjamin, David, Meunier<br> & Warshauer, LLC<br>2800 Energy Centre, 1100 Poydras Street<br>New Orleans, LA 70163-2800<br>Phone: (504) 522-2304<br>Fax: (504) 528-9973<br>gmeunier@gainsben.com |
| Rajan Pandit<br>Eric J. O'Bell<br>Gauthier, Houghtaling & Williams<br>3500North Hullen Street<br>Metairie, LA 70002<br>Phone: (504) 456-8600<br>Fax: (504) 456-8624 |
| Ervin A. Gonzalez<br>Colson, Hicks, Eidson, Colson<br>  Matthews, Martinez, Gonzales,<br>  Kalbac & Kane<br>255 Aragon Avenue, 2nd Floor<br>Cora Gables, FL 33134<br>Phone: (305) 476-7400<br>Fax: (305) 476-7444<br>Ervin@colson.com |
| Edward Gibson<br>Hawkins, Stracener & Gibson, PLLC<br>544 Main Street<br>Bay St. Louis, MS 39520<br>Phone: (228) 469-0785<br>Fax: (228) 466-9233<br>Egibson@hsglawfirm.net |
| Michael D. Hausfeld<br>Richard S. Lewis<br>Hausfeld LLP<br>1700 K Street, N.W.<br>Suite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com |

| |
|---|
| Russ M. Herman<br>Leonard A. Davis<br>Stephen J. Herman<br>Herman, Herman, Katz & Cotlar, LLP<br>820 O'Keefe Ave., Suite 100<br>New Orleans, LA 70113<br>Phone: (504) 581-4892<br>Fax. (504) 561-6024<br>rherman@hhkc.com |
| L. J. Hymel<br>Hymel, Davis & Petersen, L.L.C.<br>10602 Coursey Blvd.<br>Baton Rouge, LA 70816<br>Phone: (225) 298-8118<br>Fax: (225) 298-8119<br>ljhymel@hymeldavis.com |
| Brad Kelsky<br>Law Offices of Brad Kelsky, PA<br>10189 Cleary Blvd.<br>Suite 102<br>Plantation, FL 33324 |
| Arnold Levin<br>Fred S. Longer<br>Matthew Gaughan<br>Levin, Fishbein, Sedran & Berman<br>510 Walnut Street, Suite 500<br>Philadelphia, PA 19106<br>Phone: (215) 592-1500<br>Fax: (215) 592-4663<br>alevin@lfsblaw.com |
| Ben Gordon, Jr.<br>Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.<br>316 S. Baylen Street<br>Pensacola, FL 32501<br>Phone: (850) 435-7087<br>Fax: (850) 436-6087<br>bgordon@levinlaw.com |

| |
|---|
| Daniel K. Bryson<br>Lewis & Roberts, PLLC<br>3700 Glenwood Avenue<br>Suite 410 (27612)<br>P.O. Box 17529<br>Raleigh, NC 27619<br>Phone (919) 981-0191<br>Fax: (919) 981-0199<br>akf@lewis-roberts.com |
| Scott R. Bickford<br>Larry J. Centola<br>Martzell & Bickford<br>338 Lafayette Street<br>New Orleans, LA 70130<br>ljc@mbfirm.com |
| Chip A. McCallum<br>McCallum, Hoaglund, Cook & Irby, LLP<br>905 Montgomery Highway<br>Suite 201<br>Vestavia Hills, AL 35216<br>Phone: (205) 824-7767<br>Fax: (205) 824-7768<br>lmarler@mhcilaw.com |
| Douglas M. McIntosh<br>Manuel R. Comras<br>McIntosh, Sawran, Peltz & Cartaya, P.A.<br>1601 Forum Place<br>Suite 1110<br>West Palm Beach, FL 33401-4025<br>Phone: (561) 682-3202<br>Fax: (561) 682-3206<br>mcomras@mspcesq.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com |

| |
|---|
| Morris Bart<br>Morris Bart, LLC<br>909 Poydras St.<br>20th Floor<br>New Orleans, LA 70112<br>Phone: (504) 599-3224<br>morrisbart@morrisbart.com |
| Bruce R. Wright<br>Morrison, Holden, Derewetzky & Prough, LLP<br>1550 Parkside Drive, Third Floor<br>Walnut Creek, CA 94596<br>Phone: (925) 937-9990<br>Fax: (925) 937-3272<br>brw@mhdplaw.com |
| Darren R. Inverso<br>Norton, Hammersley, Lopez & Skokos, P.A.<br>1819 Main Street, Suite 610<br>Sarasota, FL 34236<br>Phone: (941) 954-4691<br>Fax: (941) 954-2128<br>dinverso@nhlslaw.com |
| Jerrold Parker<br>Jordan L. Chaikin<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jchaikin@yourlawyer.com |
| H.K. Skip Pita<br>Pita & Del Prado<br>9350 South Dixie Hwy, Suite 1200<br>Miami, FL 33156<br>Phone: (305) 670-8060<br>Fax: (305) 670-6666<br>spita@pdfirm.com |

| |
|---|
| W. Lee Pittman<br>Booth Samuels<br>Pittman, Dutton, Kirby & Hellums, P.C.<br>1100 Park Place Tower<br>Birmingham, AL 35203<br>Phone: (205) 322-8880<br>Fax: (205) 328-2711<br>booths@pdkhlaw.com |
| Victor M. Diaz<br>Podhurst Orseck, PA<br>25 W. Flagler St., Suite 800<br>Miami, FL 33130<br>Phone: (305) 358-2800<br>Fax: (305) 358-2382<br>vdiaz@podhurst.com<br>jdonner@podhurst.com |
| Jordan Torry<br>Reich & Binstock, LLP<br>4265 San Felipe, Suite 1000<br>Houston, TX 77027<br>Phone: (713) 622-7271<br>Fax: (713) 623-8724<br>dacevedo@reichandbinstock.com |
| Richard J. Fernandez<br>Richard J. Fernandez, LLC<br>3000 West Esplanade Ave.<br>Suite 200<br>Metairie, LA 70002<br>Phone: (504) 834-8500<br>Fax: (504) 834-1511<br>rick@rjfernandezlaw.com |
| Robert M. Becnel<br>Law Offices of Robert M. Becnel<br>425 West Airline Higway, Suite B<br>LaPlace, LA 70068<br>Phone: (985) 359-6100<br>Fax: (985) 651-6104<br>robbbecnel@aol.com |

| |
|---|
| Richard Serpe<br>Law Offices of Richard J. Serpe<br>Crown Center, Suite 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com<br>Phone: (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com |
| Michael B. Shapiro<br>Allison Grant<br>Shapiro, Blasi, Wasserman & Gora, PA<br>Corporate Centre at Boca Raton<br>7777 Glades Road, Suite 400<br>Boca Raton, FL 33434<br>Phone: (561) 477-7800<br>Fax: (561) 477-7722<br>agrant@sbwlawfirm.com |
| Richard Taylor<br>Taylor Martino Zarzaur PC<br>P.O. Box 894<br>Mobile, AL 36601<br>Phone: (251) 433-3131<br>Fax: (251) 405-5080<br>richartaylor@taylormartino.com |
| Thomas Vaughn<br>Vaughn & Bowden, PA<br>P.O. Box 240<br>Gulfport, MS 39502<br>Phone: (228) 863-5656<br>Fax: (228) 863-8962 |
| Eric Williams<br>Williams Law Office, LLC<br>3000 W. Esplanade Ave., Ste. 200<br>Metairie, LA 70002<br>Phone: (504) 832-9898<br>Fax: (504) 834-1511<br>eric@amlbenzene.net |