## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 9, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| 911 Drywall, Inc.<br>141 Kamal Parkway<br>Cape Coral, FL 33904 |
| Ace Drywall<br>22214 Hoffman Road<br>Mandeville, LA 70471 |
| Aced Interior Drywall, Inc.<br>2204 NE 25 Terrace<br>Cape Coral, FL 33909 |
| Adam Carpenter<br>102 Chinchuba Gardens Dr.<br>Mandeville, LA 70471 |
| Alana Development Corporation<br>56 Sandpiper Drive<br>St. Augustine, FL 32086 |
| Alternative Source, Inc.<br>503 S. Holly St.<br>Hammond, LA 70403 |
| Alvin Royes, Jr., LLC<br>226 Simalusa Dr.<br>Covington, LA 70435 |
| American Dream Builders, Inc.<br>4621 LEE BOULEVARD<br>LEHIGH ACRES, FL 33971 |
| American Gallery Development Group, LLC<br>d/b/a American Gallery Homes<br>1120 Skiff Place<br>Sanibel, FL 33957 |
| Anthony F. Marino General Contractor, LLC<br>4800 Sharp Rd.<br>Mandeville, LA 70471 |
| Anthony Raggs<br>10810 NW 19th Avenue<br>Miami, FL 33167 |
| Anthony Skrmetti<br>130 Daniels Way<br>Perkinston, MS 39573 |
| Arizen Homes, Inc.<br>3905 N.W. 122nd Terrace<br>Sunrise, FL 33323 |
| Avalon Preserve Developers, LLC<br>20533 Biscayne Blvd., Unit 494<br>Aventura, FL 33180 |
| B & B Drywall<br>352 Lang Avenue<br>Pass Christian, MS 39571 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| B&W Complete Construction, Inc.<br>5257 NW Gamma St.<br>Port St. Lucie, FL 34986 |
| Bauhaus Solutions Inc.<br>15784 SW 145 TERRACE<br>MIAMI, FL 33196 |
| BDG Waterstone, LLC<br>AGI Registered Agents, Inc.<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| Belmont Lakes Investments, LLC<br>10100 West Sample Road, Suite 205<br>Coral Springs, FL 33065 |
| Bill Gregory Drywall<br>3775 Creekwood Circle<br>Loganville, GA 30052 |
| Blackhawk Partners, LLC<br>2840 University Drive<br>Coral Springs, FL 33065 |
| BO Builders, LLC<br>1449 Montmartre Street<br>Mandeville, LA 70448 |
| Bonita Beachwalk, LLC<br>1955 Mission Drive<br>Naples, FL 34109 |
| Bove Company<br>c/o Hathaway & Reynolds, PA<br>115 Professional Drive<br>Suite 101<br>Ponte Vedra Beach, FL 32092 |
| Brantly Homes, Inc.<br>128 High Crest Road<br>Pelham, AL 35124-3512 |
| Brian Papania<br>Corner of 603 and I-10<br>Pass Christian, MS 39521 |
| Building Materials Wholesale (B.M.W.)<br>11470 Ashley Drive<br>Panama City, FL 32413 |
| Burnett Construction Co.<br>1407 Hwy. 109<br>Wilsonville, AL 35186 |
| Caribe Central LLC<br>5901 SW 74th St. #411<br>Miami, FL  33143 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Caribe East LLC<br>5901 S.W. 74th ST., Ste. 411<br>Miami, FL 33143 |
| Catalano Custom Homes, LLC<br>510 N. Jefferson Avenue<br>Covington, LA 70433 |
| CDC Builders, Inc.<br>5805 Blue Lagoon Drive, Ste. 480<br>Miami, FL 33126 |
| Central Peninsula Contracting LLC<br>10938 S.E. HIGHWAY 25,<br>BELLEVIEW, FL 34420 |
| Centurion Homes of Louisiana, LLC<br>210 Eydie Lane<br>Slidell, LA 70458 |
| Century Homebuilders, LLC<br>2301 N.W. 87th Avenue, 6th Floor<br>Doral, FL 33712 |
| Chabot Enterprises, Inc.<br>5135 S.E. Manatee Terrace<br>Stuart, FL 34997 |
| Chris Billot<br>70269 7th Street<br>Covington, LA 70433 |
| Chris P. Roberts<br>9536 Evans Road<br>Gulfport, MS 39503 |
| Christopher M. Odom<br>107 Westwood St.<br>Mobile, AL 36606 |
| Craftsmen Builders, Inc.<br>737 E. Atlantic Blvd.<br>Pompano Beach, FL 33060 |
| Crosby Development Company, L.L.C. 311 Rue St. Ann<br>Metairie, LA 70005 |
| CSI Contractor Services, Inc.<br>744 Overriver Drive<br>North Fort Myers, FL 33903 |
| David Ray Gavins<br>Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Dedicated Builders, LLC<br>5306 Breckenridge Avenue<br>Baton Rouge, LA 70805 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| DeMorgan Homes of Bradenton, Inc., a/k/a Mtn Homes Southwest, Inc.<br>11503 Savannah Lakes Drive<br>Parrish, FL 34219 |
| Derby Homes, Inc.<br>15091 FLIGHTLINE COURT<br>FORT MYERS, FL 33905 |
| Design Contractors, LLC<br>40177 Bordeaux Street<br>Prairieville, LA 70769 |
| Diamond Court Construction Company 2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |
| Dorado Homes Development, Ltd.<br>Registered Agents of Florida, LLC<br>100 SE Second Street<br>Miami, FL 33131 |
| Drywall Service<br>20257 Dan Walker Rd.<br>Saucier, MS 39574 |
| Drywall Service, Inc.<br>306 McSween Road<br>Picaune, MS 39466 |
| E. Jacob Fakouri Construction, Inc.     c/o Elias Jacob Fakouri<br>15735 Florida Blvd., Baton Rouge, LA 70819 |
| E.B. Developers, Inc.<br>Kodsi Law Firm PA<br>701 W. Cypress Creek Road, 3rd Floor<br>F.t Lauderdale, FL 33309 |
| Elite Construction Co. SW Inc.<br>22327 Lowe Davis Road<br>Covington, LA 70435 |
| Elite Home Construction Inc.<br>22521 Lowe Davis Rd.<br>Covington, LA 70435 |
| Empire Construction, LLC<br>112 Spring Dr.<br>Fairhope, AL 36532 |
| Enchanted Homes, Inc.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Excel Construction of S.W. Florida, Inc.<br>2217 SW 43rd St.<br>Cape Coral, FL 33914 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Executive Home Builders, LLC<br>12040 Niece Rd.<br>St. Amant, LA 70774 |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Construction Corporation<br>1344 Villere St<br>Mandeville, LA 70448 |
| Fisher & Son Contractors, LLC<br>1633 Crossing Blvd<br>Circleville, OH 43113 |
| Florida Style Services, Inc.<br>5309 Cocoa Ct.<br>Cape Coral, FL 33904 |
| Floridian Gulf Coast Homes, Inc.<br>1433 Thistledown Way<br>Ft. Myers, FL 33901 |
| Fortis Construction, LLC 2781 SW Savona Blvd.<br>Port St. Lucie, FL 34953 |
| Francioni Builders, Inc.<br>446 Venus Street<br>New Orleans, LA 70122 |
| Fusion Building Concepts, Inc.<br>1519 Indiana Avenue<br>Winter Park, FL 32789 |
| G. Drywalls Corporation<br>12951 SW 124 STREET,<br>MIAMI, FL 33186 |
| Garram Homes, Inc.<br>999 Ponce De Leon Blvd. 720<br>Coral Gables, FL 33134 |
| Gatco Construction, Inc.<br>16570 Crownsbury Way, Unit 101<br>Fort Myers, FL 33908 |
| Gateway Drywall, Inc.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gavins Construction Company<br>Ray Gavins<br>Gavins Construction Company<br>960 Riverview Drive<br>Biloxi, MS 39532-3302 |
| Genesis Residential Group, Inc<br>133 FIRST STREET<br>NORTH 2<br>SAINT PETERSBURG, FL 33701 |

| Omni I (Payton) |
|---|
| **Defendant** |
| George Meza<br>4824 Belle Drive<br>Metarie, LA 70006 |
| GL Homes Limited Corporation a/k/a GL Homes Limited Corporation<br>1600 Sawgrass Corporate Parkway<br>Sutie 230<br>Sunrise, FL 33323 |
| Gooden Homes, LLC<br>201 S. Charles Ave.<br>40th Floor<br>New Orleans, LA 70170 |
| Graf's Drywall, LLC<br>57460 St. Alexander Road<br>Husser, LA 70442 |
| Greystoke Homes at South Point II LLC 11380 Prosperity Farms Road #221E<br>Palm Beach Gardens, FL 33410 |
| Guillermo Permuy<br>521 SW 127 Avenue<br>Miami, FL 33184 |
| Gulfstream Development, LLC<br>3501 Gulf Shores Pkwy, Ste 5,<br>Gulf Shores, AL 36542 |
| Gwen Core<br>44 Park Lane<br>Folsom, LA 70137 |
| H & H Custom Homebuilders<br>312 Primrose Lane<br>Covington, LA 70433 |
| Hallmark Homes, Inc.<br>110 Autumn Wind Lane<br>Mandeville, LA 70471 |
| Hansen Homes, Inc.<br>P.O. BOX 388<br>EL DORADO PARKWAY,<br>CAPE CORAL, FL 32935 |
| Hutchinson Homes, Inc.<br>12 Woodgrove Circle<br>Fairhope, AL 36533 |
| Independent Drywall Distributors, LLC<br>109 S. 6th St.<br>Flagler Beach, FL 32136 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Interior/Exterior Enterprises, LLC<br>727 South Cortez Street<br>New Orleans, LA 70119 |
| Investment Properties Unlimited Inc.<br>2360 Hidden Lake Court, Apt. 1<br>Naples, FL 34112 |
| J&H Distributers<br>832 E. Boston Street, Unit 15<br>Covington, LA 70433 |
| James LeBlanc<br>28055 Gaylord Road<br>Walker, LA 70785 |
| JB Plaster, Inc.<br>26747 Stardust Drive<br>Bonita Springs, FL 34125 |
| Jim Walter Homes, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| JJK&A Holding Corporation<br>61537 Hwy. 11<br>Slidell, LA 70458 |
| JM Interiors, Inc.<br>2208 SW Abalon Circle<br>Port St. Lucie, FL 34953 |
| John Eschete<br>22214 Hofman Road<br>Mandeville, LA 70471 |
| John Paul George d/b/a JPG Enterprises, Inc.<br>2700 Bobcat Village Rd., Unit 200<br>West Palm Beach, FL 33418 |
| John T. Grab, III<br>236 Kissena Park<br>Covington, LA 70435 |
| Jon A. Wilder, Inc.<br>619 John Anderson Hwy<br>Flagler Beach, FL 32136 |
| JP Drywall, LLC<br>100 Wood Rose Lane<br>Wake Forest, NC 27587 |
| JPG Enterprises, Inc.<br>2442 BAY VILLAGE<br>COURT, PALM BEACH GARDENS, FL 33410 |
| JST Properties, LLC of Mississippi<br>229 Leed Street<br>Slidell, LA 70461 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Just-Rite Supply<br>Corporation Service Company<br>506 South President Street<br>Jackson, MS 39201 |
| Keith Warrick Drywall, Inc.<br>2690 Settlers Colony Blvd.<br>Gulf Breeze, FL 32563 |
| Kemah Construction, Inc.<br>1254 Chariot Drive<br>Baton Rouge, LA 70816 |
| Ken Roberts<br>2455 Weldwood Drive<br>Baton Rouge, LA 70816 |
| Knauf Gips KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Guangdong Knauf New Building Materials Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147, Guangdong, China |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| La Homes, Inc.<br>2922 Oakland Road<br>Lakeland, LA 70726 |
| Land Resources LLC<br>5309 Hidden Harbor Road<br>Sarasota, FL 34242 |
| Las Playas LLC<br>2655 Lejeaune Rd.<br>Suite 514<br>Coral Gables, FL 33134 |
| Last Minute Properties, LLC<br>4431 Iberville St.<br>Mandeville, LA 70471 |
| Lawrence Migliar LLJ Construction<br>4936 W Rafael, Tampa, FL 33629 |
| Lee Harbor Homes of Florida, Inc.<br>1708 Lincoln Avenue<br>Lehigh Acres, FL 33972 |
| Legend Custom Builders, Inc.<br>Forrester Hart Belisle & Whitaker, PL<br>1429 Colonial Boulevard, Ste. 201<br>Fort Myers, FL 33907 |
| Liongate Design Structure, LLC<br>NCG Management LLC<br>232 Andalusia Avenue, Ste. 202<br>Coral Gables, FL 33134 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Louran Builders, Inc.<br>414 SW D Dalton Circle<br>Port St. Lucie, FL 34953 |
| Louran Gips KG<br>414 SW Dalton Circle<br>Port St. Lucie, FL 34953 |
| Lucra Investments, Inc.<br>750 N. 150 E.<br>Tetonia, ID 83452 |
| M.E. Gibbens, Inc.<br>114 McDonald Lane<br>Bay St. Louis, MS 39520 |
| Majestic Homes & Realty SW LLC<br>2442 BAY VILLAGE<br>COURT, PALM BEACH GARDENS, FL 33410 |
| Majestic Homes, Inc.<br>3741 Southwest 77th Street<br>Ocala, FL 34474 |
| Majestic Homes of Port St. Lucie, Inc.<br>4061 Royal Palm Blvd.<br>West Palm Beach, Fl 33411 |
| Manny's Drywall<br>923 Van Loon Court<br>Kissimmee, FL 34758 |
| Manuel Gonzales Terra Group, Intl.<br>1310 S. Greenway Drive<br>Miami, FL 33134 |
| Master Builders of South Florida, Inc.<br>2500 NW 67th Crt.<br>Ft. Lauderdale, FL 33309 |
| Mayeaux Construction, Inc.<br>14 Carolina Court<br>Covington, LA 70433 |
| MCM Building Enterprise, Inc.<br>5440 Roanoke Blvd.<br>Jacksonville, FL 32208 |
| Methodical Builders, Inc.<br>c/o Vince E. Keith<br>14700 County Rd. 9<br>Summerdale, AL 36580 |
| Midwest Construction & Development, LLC<br>5984 Senegal Drive<br>Jupiter, FL 33458 |
| Millennium Homes and Development, Inc.<br>481 Flamingo Drive<br>Apollo Beach. FL 33572 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Miller Professional Contracting, Inc.<br>3108 SW 18th Place<br>Cape Coral, FL 33914 |
| Ming K. Wong<br>1355 Francis Harriet Drive<br>Baton Rouge, LA 70815 |
| Morrison Homes, Inc.<br>NRAI Services, Inc., 2731 Executive Park Drive, Ste. 4, Weston, FL 33331 |
| Nathanial Crump<br> 2927 Plank Road<br>Baton Rouge, LA 70805 |
| NESLO CONTRACTING<br>C/O RON OLSEN, SR.<br>204A WELDON PARK DRIVE<br>MANDEVILLE, LA 70471 |
| North Palm Estates Homes, Inc.<br>W 25 AVE # 3,<br>HIALEAH, FL 33016 |
| Northeast Drywall<br>3938 Lake Padgett Dr.<br>Land O Lakes, FL 30637 |
| Northstar Homebuilders Inc.<br>5901 SW 74th Street #411<br>Miami, FL 33143 |
| Oak Avenue, LLC<br>411 S. Park Avenue<br>Miami, FL 33172 |
| Oakbrook Building and Design, Inc.<br>6751 N. Federal Hwy., Ste. 301<br>Boca Raton, FL  33496 |
| Ocean Springs Lumber Company, LLC<br>PO Box 1647<br>Ocean Springs, MS 39566 |
| Paradise Builders of SW Florida, Inc.<br>1423 SE 16th Pl #101<br>Cape Coral, FL 33990 |
| PARAGON HOMES CORPORATION<br>772 WEST LUMSDEN ROAD,<br>BRANDON, FL 33511 |
| Paramount Quality Homes Corp.<br>1597 SE Port St. Lucie Blvd., Port St. Lucie, FL  34952 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Parish Home Center<br>23082 General Gardner<br>Zachary, LA 70791 |
| Paul Hyde Homes<br>54 Coronado Avenue<br>Kennver, LA 70065 |
| Philip Latapie |
| Pioneer Construction, LLC<br>15001 Thompson Road<br>Folsom, LA 70437-3304 |
| Ponce Riviera, LLC<br>500 S. Dixie Hwy, Ste. 307<br>Miami, FL 33146 |
| Ponce Siding & Remodeling<br>20075 Highway 36<br>Covington, LA 70433 |
| Premier Communities, Inc.<br>LPS Corporate Services, Inc., 46 North Washington Blvd, #1, Sarasota, FL 34236 |
| Premier Plastering of Naples<br>800 Harbour Drive<br>Naples, FL 34103 |
| Punta Gorda Partners, LLC<br>354 Royal Tern Road South<br>Ponte Vedra Beach, FL 32082 |
| R & B CONSTRUCTION OF NORTHWEST FL, INC<br>7011 Tyler Street<br>Hollywood, FL 33024 |
| R.J. Homes, LLC<br>13004 Little Bluff Drive<br>Vancleave, MS 39565-9723 |
| Rafuls & Associates Construction Co., Inc.<br>7901 W 25 AVE # 3<br>HIALEAH, FL 33016 |
| Ray Horvath Drywall Inc.<br>10155 NE 101st St.<br>Okeechobee, FL 34972 |
| Reed Builders, LLC<br>141 Shady Lake Parkway<br>Baton Rouge, LA 70810 |
| Regency Homes, Inc.<br>7601 North Federal Highway<br>165 A<br>Boca Raton, FL 33487 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Richardson Drywall<br>2128 Hollywood Drive<br>Bay St. Louis, MS 39520 |
| Right Way Finishing, Inc<br>14485 Tiggy Duplessis<br>Gonzales, LA 70737 |
| Rjm Builders North, Inc.<br>15340 Meadowwood Dr.<br>Wellington, FL 33414 |
| Rookery Park Estates, LLC<br>1400 E. Oakland Park Blvd., Ste. 111<br>Oakland Park, FL 33334 |
| Rothchilt International Ltd.<br>N–510 Hsn Bld Annex 96 Chung Shan N. Rd.<br>Sec. 2<br>Taipei, Taiwan<br>R.O.C. |
| Royal Homes (Anthony Marino)<br>288 Bunting Drive<br>Mandeville, LA 70471 |
| SAMPSON DRYWALL, INC.<br>141 Segovia Road<br>St. Augustine, FL 32086 |
| Santa Barbara Estates, Inc<br>**7975 NW 154TH ST.**<br>**STE. 400**<br>**MIAMI LAKES, FL 33016** |
| Saturno Construction AB Inc.          1621 SE Mariner Ln.<br>Port St. Lucie, FL 34983 |
| Scott Colson<br>115 Victory Lane<br>Pass Christian, MS 39571 |
| Sea Coast Construction, LLC<br>8017 Jefferson Hwy, Wolfe's Creek, Ste. B3, Baton Rouge, LA 70809 |
| Signature Series Homes, Inc.<br>1921 SW Third Terrace<br>Cape Coral, FL 33991 |
| Smith and Core, Inc.<br>14373 C. Gotti Road<br>Folsom, LA 70437 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Southwell Homes, LLC<br>16191 NW 57th Ave.<br>Miami, FL 33014 |
| Southwest Innovations, Inc.<br>11220 Metro Pkwy, Suite 21, Ft. Myers, FL 33966 |
| Star Homes of Florida, LLC<br>146 N. Sewalls Point Rd.<br>Stuart, FL 34966 |
| Stephen Steiner D/B/A Steiner Drywall<br>16344 Three Rivers Road<br>Biloxi, MS 39532 |
| Stephen Shivers<br>375 Teagarden Road<br>Gulfport, MS 39507 |
| Stone Sheetrock<br>1374 Dumaine Ave.<br>Baton Rouge, LA 70810 |
| Stonebrook Homes LLC<br>2840 University Dr.<br>Coral Springs, FL 33065 |
| Summit Homes of La., Inc.,<br>486 Brownswitch Road<br>Slidell, LA 70458 |
| Sundown Development<br>1025 W. Indiantown Road<br>Suite 101<br>Jupiter, FL 33458 |
| Sunrise Custom Homes & Construction, LLC<br>3598 Sligo Road<br>Haughton, LA 71037 |
| Supreme Builders<br>P.O. Box 1259<br>Pinehurst, TX 77362 |
| Tad Brown<br>19450 North 6th St.<br>Citronelle, AL 36522 |
| Tepeyac, LLC<br>5975 Sunset Dr., Ste. 503, South Miami, FL 33143 |
| The New Morning, LLC<br>215 Elk Avenue<br>Crested Butte, CO 81224 |
| Tikal Construction Co.<br>7824 Embassy Blvd.<br>Miramar, FL  33023 |

| OMNI I (PAYTON) |
|---|
| **DEFENDANT** |
| Total Contracting and Roofing, Inc.<br>5975 NW 72 Ct.<br>Parkland, FL 33067 |
| United Home Builders, Inc.<br>1309 CALOOSA VISTA ROAD<br>FORT MYERS, FL 33901 |
| Velvet Pines Construction, LLC<br>19214 Wymer Rd.<br>Covington, LA 70435 |
| Vicinity Drywall, Inc.<br>5257 NW Gamma St.<br>Port Saint Lucie, FL 34986 |
| Waterways Joint Venture IV, LLC<br>15013 Summit Place Circle<br>Naples, FL 34119 |
| Wellington Drywall, Inc.<br>18 Winchester Road<br>Ormond Beach Fl 32174 |
| Ybarzabal Contractors, LLC<br>200 Oak Island Drive<br>Mandeville, LA 70448 |
| Zamora Corporation<br>260 Palermo Avenue<br>Coral Gables, FL 33134 |
| Hanson Homes, Inc.<br>1050 SE 22nd Avenue<br>Minneapolis, MN 55414 |