UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Payton, et al. v. Knauf GIPS KG, et. al., Case No. 2:09-cv-07628 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. The clerk is hereby directed to enter of record Plaintiffs', Phillip Kennedy and Lyzet Machado-Kennedy, *et al.*, Omnibus Class Action Complaint in Intervention (I(A)), Exhibit "A" to Plaintiffs' Motion to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the proceedings in *Payton, et al. v. Knauf GIPS KG, et. al.*, Case No. 2:09-cv-07628 (E.D.La.). Intervening Plaintiffs shall be deemed members of the class and subclasses as set forth in the Complaint in Intervention.

By the Court,

_____
HONORABLE ELDON E. FALLON

1