# EXHIBIT A

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**KENNETH AND BARBARA WILTZ, et al.**

              **Plaintiffs,**

    **v.**

**BEIJING NEW BUILDING MATERIALS
PUBLIC LIMITED CO., et al.**

**CASE NO.: 10-361**

### PLAINTIFFS', KENNETH AND CYNTHIA BURKE, *et. al.*,
### OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (II(A))

Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

Intervening Plaintiffs have intervened in *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et. al.*, Case No. 2:10-cv-00361 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Wiltz* plaintiffs and the defendants named in the *Wiltz* complaint are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Wiltz* complaint ¶¶ 1-5, and 505-912 herein by reference.

The Intervening Plaintiffs seek to be class representatives for the classes identified in *Wiltz*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Wiltz* complaint. The *Wiltz* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below. This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS No. |
| 1. | Burke, Kenneth and Cynthia | 7709 Tangle Rush Drive Gibsonton, FL 33534 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 2. | Herrera, Francisco and Hernandez, Marisela | 6034 NW 116 Drive Coral Springs, FL 33076 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 3. | Tupper, Douglas and Loreen | 7937 Camden Woods Drive Tampa, FL 33619 | LA | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 4. | Vigar, Sana and Bashir, Naveed | 17803 SW 147 Street Miramar, FL 33029 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 5. | Abraham, Thomas and Mariamma | 8866 Cobblestone Point Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 6. | Abraham, Kondoor and Mary | 109-111 Pine Lane Lehigh Acres, FL 33971 | FL | Pro Wall Groff Construction, Inc. | 8 |

2

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 7. | Banner, Luke and Debora | 1766 SE North Buttonwood Drive Port St. Lucie, FL 34952 | FL | Taishan | 94 |
| 8. | Benoit, Richard and Carol | 262 Broken Oak Trail Jensen Beach, FL 34957 | IN | | |
| 9. | Birkholz, Berlyn and Elaine | 12644 20th Street Parrish, FL 34129 | FL | Taishan | 11 |
| 10. | Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991 | FL | Taishan Banner Supply Co. | 11 |
| 11. | Brewster, Stephen and Layla | 8339 NW 125th Lane Parkland, FL 33076 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 12. | Brown, Cortland | 240 W. End Drive Unit 1512 Punta Gorda, FL 33950 | FL | IMT | 4 |
| 13. | Cocquerelle, Nicolas | 4351 Bellaria Way #443 Ft. Myers, FL 33915 | CA | Pro Wall | 8 |
| 14. | Cueva, Elia and Romero, Christian | 11103 NW 83rd St. Apt. 205, Bldg. 2 Doral, FL 33178 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 15. | Del Greco, Gary and Corrine | 9379 Cobblestone Brook Court Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 16. | Feger, Gary | 240 West End Drive Unit 1422 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 17. | Finn, Dale and Evelyn, Glenn | 8848 Cobblestone Pointe Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |

3

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 18. | Graziano, Michael and Francis | 8079 W. 36th Avenue #1 Hialeah, FL 33018 | NJ | IMT | 4 |
| 19. | Hernandez, John and Bertha | 3416 N. Perry Avenue Tampa, FL 33603 | FL | Taishan | 11 |
| 20. | King Properties, Ltd. c/o Pam Duncan | 240 West End Drive Unit 1511 Punta Gorda, FL 33950 | FL | Taishan | 11 |
| 21. | Kowalik, Gregory and Jolanta | 3382 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 22. | Lamm, James and Patricia | 1009 NE 5th Avenue Cape Coral, FL 33909 | CA | IMT Barony Homes | 4 56 |
| 23. | Lloyd, Maxwell and Joete | 8248 N.W. 125 Lane Parkland, FL 33076 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 24. | Manserra, Agostino and Teresa | 4275 Tyler Circle Street Petersburg Beach, FL 33709 | CA | Taishan | 11 |
| 25. | Monge, Erika | 8171 W 36th Avenue #3 Hialeah, FL 33018 | FL | IMT | 4 |
| 26. | Musa, Massimo and Karrie | 2208 SoHo Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 27. | Ortiz, Daysi and Rafael | 8199 West 36th Ave. Unit 10 Hialeah, FL 33126 | FL | IMT | 4 |
| 28. | Pigna, Francisco and Ewa | 8836 Cobblestone Pt. Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 29. | Promendade 9-101, LLC | 11102 NW 83rd Street Unit #9-101 Doral, FL 33178 | FL | Beijing New Building Materials Public Limited Co. | 1 |

4

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 30. Schoenberg, Ken and Kathleen | 3801 Sabal Lakes Road Delray Beach, Fl 33445 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 31. Shaw, Scott and Jackie | 3125 SW 22nd Avenue Cape Coral, FL 33914 | FL | Pro Wall<br><br>Hansen Homes of South FL, Inc. | 8<br><br>96 |
| 32. Touriz, Christopher and Denise | 8079 W. 36 Avenue #2 Hialeah, FL 33018 | FL | IMT | 4 |
| 33. Voskressensky, Andre and Goldstein, Janet | 8627 Cobblestone Point Circle Boynton Beach, FL 33427 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 34. Winder, Diedre and Merle Dean | 10846 Tiberio Drive Fort Myers, FL 33913 | FL | Taishan | 11 |
| 35. Atianzar, Pedro and Sandra | 3004 Nancy Street Meraux, LA 70075 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP | 11<br><br>30 |
| 36. WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust") | | | Taishan<br><br>Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>Beijing New Building Materials Public Limited Co. | 11<br><br>7<br><br><br>1 |
| 37. Nunez, Allen | 2108 Edgar Drive Violet, LA 70092<br><br>2104 Edgar Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.<br><br>Interior/Exterior Building Supply, LP | 9<br><br><br><br>30 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 38. Gilmore, John and Connie | 1917 Russell Place St. Bernard, LA 70085 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP | 11<br><br>30 |
| 39. Voltolina, Michael and Roxann | 2005 MD Avenue Kenner, LA 70062 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 40. Treadaway, Danny and Kathy | 2009 Kingbird Blvd. St. Bernard, LA 70085 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 41. Mora, August, Jr. | 335/337 West Robert E. Lee Blvd. New Orleans, LA 70124 | LA | Taishan<br><br>Interior/Exterior Building Supply, LP | 11<br><br>30 |
| 42. Robinson, Allison | 5613 North Villere Street New Orleans, LA 70117 | | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 43. Sterling, Elvin, Jr. | 9921 Cane Bayou Road Port Allen, LA 70767 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 44. Mickens, Gail | 7735 Lafourche Street New Orleans, LA 70127 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 45. Mickens, Gail | 7732 Lady Gray New Orleans, LA 70127 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 46. Hampton, Vernon | 5641 St. Matthews Circle Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 47. LeBlanc, Gertrude | 1738 Tennessee Street New Orleans, LA 70117 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 48. Hampton, Konrad | 2514 Kenneth Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 49. Price, Lear | 7681 Branch Drive New Orleans, LA 70128 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 50. Rey, Angel | 1332 Riviera Avenue New Orleans, LA 70122 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 51. Lambert, Cecily | 6432 Lafaye Street New Orleans, LA 70122 | TX | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 52. Forsythe, Blaise and Patsy | 2733 South Lake Blvd. Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 53. Livers, Alvin J. | 930 Caffin Avenue New Orleans, LA 70117 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 54. Bourgeois, Marc P. and Julie A. Fielden | 4315 Annunciation Street New Orleans, LA 70163 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 55. Roberts, Alice | 11825 Bayport Lane Fort Myers, FL 33908 | FL | Taishan | 11 |

7

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 56. Pernell, Staci | 2082 Sundown Drive Clearwater, FL 33763 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>KB Home Tampa, LLC | 7 |
| 57. Jimenez, Daphin L. | 4217 NE 16 Street Homestead, FL 33033 | FL | Beijing New Building Materials Public Limited Co.<br><br>BDG Waterson, LLC | 1<br><br>60 |
| 58. Matos, Mary | 12508 Twin Branch Acres Tampa, FL 33626 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 59. Elly, Ernest and Portia | 4516 Desire Drive New Orleans, LA 70126 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 60. Seelig, Samuel | 152 Elaine Avenue Harahan, LA 70123 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 61. Palmer, Francis C. | 4601 Lafon Drive New Orleans, LA 70126 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 62. Finger, Simon and Rebecca | 1844 State Street New Orleans, LA 70115 | LA | Taishan | 11 |
| 63. Hatheway, Billie Jean | 3511 Jackson Blvd. Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |

8

| | | | | | |
|---|---|---|---|---|---|
| | | | **INTERVENING PLAINTIFFS** | | |
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 64. | Koffler, Paul | 3208 Riverland Drive Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 65. | Lewis, Frank A. and Donna T. | 2915 Delille Street Chalmette, LA 70043 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 66. | Prestenback, Maerose | 2041 Livaccari Drive Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 67. | Davis, Alicia and Anthony | 467 Monroe Tyler Road Monticello, GA 31064 | GA | Taishan<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>40<br><br>39 |
| 68. | Coleman, Tim and Misty | 13091 Concord Drive West Lillian, AL 36549 | AL | Taihsan | 11 |
| 69. | Abner, Hosey, Jr. and Cohelle D. | 1528 Mims Street, NW Birmingham, AL 35211 | AL | Taishan | 11 |
| 70. | Aguilar, Delsa | 1690 Renaissance Commons Blvd. Unit 1209 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 71. | Boothe, Nell | 483 Tranquil Drive Winder, GA 30680 | GA | Taishan | 11 |
| 72. | Boyce, Gary E. and Chris | 17230 Oyster Bay Road Gulf Shores, AL 36542 | AL | Taishan | 11 |
| 73. | Hamlin, Wayne | 2005 Riverlake Drive Hoover, AL 35244 | AL | Taishan | 11 |

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 74. | Hampton, Helen and L.C. Bingham | 2013 Clauda Lane Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 75. | Haywood, Manisha Adwani | 1690 Renaissance Commons Blvd. Unit 1127 Boynton Beach, FL 33426 | FL | Taishan | 11 |
| 76. | Medley, Walter V. and Leeaudis C. | 6316 Pt. Porteaux Road Ocean Springs, MS 39564 | MS | Shamrock Gold | 10 |
| 77. | Robinson, Louis | 2809 37th Street SW Lehigh Acres, FL 33976 | FL | Taishan | 11 |
| 78. | Smith Enterprises, Inc. | 2503 A&B 2507 A&B N. Melody Lane Corinth, MS 38834 | MS | Taishan | 11 |
| 79. | Walker, Demetra | 485 Tranquil Drive Winder, GA 30680 | GA | Taishan | 11 |
| 80. | Williams, Deborah | 2101 Caluda Lane Violet, LA 70092 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 81. | Kelly, Bryce and Stacey | 1441 Lake Lotela Drive Avon Park, FL 33825 | FL | Rosen Building Supplies, Inc. | 36 |
| 82. | Flot, Denise | 2501-2503 Elder Street New Orleans, LA 70122 | LA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd. | 9 |
| 83. | Ciancimino, Gianpaolo and Danielle | 8914 Cobblestone Point Circle Boynton Beach, FL 33472 | FL | Beijing New Building Materials Public Limited Co. | 1 |

10

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 84. | St. Julien, Lynda | 10360 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 85. | Anderson, Michael and Renee | 17101 83rd Place North Loxahatchee, FL 33470 | FL | Beijing New Building Materials Public Limited Co.<br><br>Suntree Homes, Inc.<br><br>J.W. Hodges Drywall, Inc. | 1<br><br><br>179<br>212 |
| 86. | Goldman, Clivens and Andrea | 3277 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co.<br><br>J.W. Hodges Drywall, Inc. | 1<br><br><br>212 |
| 87. | Williams, Raymond and Dedre | 3325 Lago De Talavera Loxahatchee, FL 33467 | FL | Beijing New Building Materials Public Limited Co.<br><br>J.W. Hodges Drywall, Inc. | 1<br><br><br>212 |
| 88. | Quackenbush, Ronald and Lorraine | 10560 SW Stephanie Way Unit 205 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 89. | Mueller, Shirley | 10560 SW Stephanie Way Unit 207 Port St. Lucie, FL 34987 | FL | Taishan | 11 |
| 90. | Roberts, Kenneth and Audrey | 3477 Lago De Talavera Wellington, FL 33467 | FL | Beijing New Building Materials Public Limited Co.<br><br>J.W. Hodges Drywall, Inc. | 1<br><br><br>212 |

11

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 91. | Rocca, Frank and Kathleen | 2735 NW 42nd Avenue Cape Coral, FL 33993 | FL | Pro Wall<br><br>R. Fry Builders, Inc.<br><br>RJL Drywall | 8<br><br>151<br><br>223 |
| 92. | Eck, August and Tina | 3910 Embers Parkway Cape Coral, FL 33993 | FL | Pro Wall<br><br>R. Fry Builders, Inc. | 8<br><br>151 |
| 93. | Mark, Ray Rae, Pamela Burke and Oltz, Marcia | 11324 Bridge Pine Drive Riverview, FL 33569 | FL | Taishan<br><br>Rivercrest, LLC/The St. Joe Company | 11<br><br>154 |
| 94. | Chatmon, Lillian | 4151 Bismarck Palm Drive Tampa, FL 33610 | FL | IMT<br><br>Rottlund Homes of FL, Inc. | 4<br><br>156 |
| 95. | Williams, Jeffrey and Joan | 2025 McArthur Avenue Alva, FL 33920 | IA | IMT<br><br>Southern Community Homes, Inc. | 4<br><br>162 |
| 96. | O'Brien, Kelly and Lori | 3120 W. Wallcraft Avenue Tampa, FL 33611 | FL | Taishan<br><br>Black Bear Gypsum, LLC | 11<br><br>22 |
| 97. | Ball, Ashley | 19420 La Serena Drive Fort Myers, FL 33967 | FL | Taishan<br><br>Toll Estero Ltd. Partnership d/b/a Toll Brothers | 11<br><br>178 |
| 98. | Hernandez, Mario and Jessica | 2716 Blue Cypress Lake Court Cape Coral, FL 33909 | FL | Pro Wall | 8 |
| 99. | Callan, Paul and Gloria | 8650 Athena Court Lehigh Acres, FL 33971 | PA | Taishan | 11 |
| 100. | Capps, Wilburn and Joyce | 1402 SW 4th Lane Cape Coral, FL 33991 | FL | Taishan | 11 |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 101. | Martinez, Dailyn | 1624 NW 37th Avenue Cape Coral, FL 33993 | FL | Taishan | 11 |
| 102. | Martel, Jean and Carmelle | 10852 Tiberio Drive Fort Myers, FL 33913 | Ontario Canada | Taishan | 11 |
| 103. | Soldavini-Clapper, Brigid | 3850 Lansing Loop #102 Estero, FL 33180 | FL | Taishan | 11 |
| 104. | Washington, Joseph and Brenda | 28833 Lindenhurst Drive Wesley Chapel, FL 33544 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 105. | Hansen, Matt and Tracie | 15009 Wind Whisper Drive Odessa, FL 33556 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd. | 7 |
| 106. | Kelso, Christopher | 4234 Tyler Circle N. #102 B St. Petersburg, FL 33709 | FL | Pro Wall Harrel's Drywall, Inc. | 8 208 |
| 107. | Figueroa, Ramon and Lillian | 4230 Tyler Circle St. Petersburg, Fl 33771 | FL | Taishan | 11 |
| 108. | Appelman, Louis and Sara | 1157 SW 39th Terrace Cape Coral, FL 33914 | FL | Taishan Aranda Homes, Inc. Banner Supply Company Fort Myers, LLC | 11 52 198 |
| 109. | Huard, Eric | 1101 NW 13th Terrace Cape Coral, FL 33993 | FL | Taishan Barony Homes | 11 56 |

13

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 110. | Vickers, Phillip and Sandra | 29234 Caddy Shack Lane San Antonio, FL 33576 | FL | Taishan | 11 |
| 111. | Podrebarac, Gary | 29235 Caddyshack Lane San Antonio, FL 33576 | Ontario Canada | Taishan | 11 |
| 112. | First CZ Real Estate, LLC | 1909 SW 25th Street Cape Coral, FL 33914 | FL | Taishan Hansen Homes of South FL, Inc. | 11 96 |
| 113. | Zaman, Khayru and Najneen | 5109 3rd Street, W. Lehigh Acres, FL 33971 | FL | Taishan Hansen Homes of South FL, Inc. | 11 96 |
| 114. | Distel, Matthew and Stephanie | 1145 NW 28th Avenue Cape Coral, FL 33993 | FL | IMT Hansen Homes of South FL, Inc. | 4 96 |
| 115. | Vollmar, Frank and Elizabeth | 1820 SW 3rd Avenue Cape Coral, FL 33991 | FL | Taishan Hansen Homes of South FL, Inc. | 11 96 |
| 116. | DiSapio, Tonya and Carmine | 24518 Wallaby Lane Punta Gorda, FL 33955 | FL | Taishan | 11 |
| 117. | Etienne, Frantz and Guirlaine | 5406 Hammock View Lane Apollo Beach, FL 33572 | FL | IMT KB Home Tampa, LLC | 4 114 |
| 118. | Blackwell, Thomas | 7222 See Pod Loop Wesley Chapel, FL 33545 | FL | Taishan KB Home Tampa, LLC | 11 114 |
| 119. | Saez, Roberto and Gonzalez-Saez, Victoria | 31540 Spoonflower Circle Wesley Chapel, FL 33545 | FL | Taishan KB Home Tampa, LLC | 11 114 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZEN-SHIP OF PLAINTIFF(S)** | **CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 120. | Nguyen, Tracy and Mai, Tuyen | 103 SE 16th Place Cape Coral, FL 33990 | FL | Taishan | 11 |
| 121. | Walter, Katie | 4002 24th Street, SW Lehigh Acres, FL 33976 | FL | Pro Wall  MW Johnson Construction of FL, Inc. | 8  134 |
| 122. | Pineiro, Juan and Rodriguez, Veronica | 2611 75th Street, W Lehigh Acres, FL 33971 | FL | IMT | 4 |
| 123. | O'Key, Dennis Trustee of the Dennis A. O'Key Revocable Trust | 318 SE 14th Terrace Cape Coral, FL 33990 | FL | Pro Wall  AI Brothers, Inc. | 8  196 |
| 124. | Pinney, Nelson and Losi | 138 SE 29th Street Cape Coral, FL 33904 | FL | Taishan  Lopez Drywall, Icn.  Banner Supply Company Fort Myers, LLC | 11  216  16 |
| 125. | McIntosh, Chyrille | 1600 State Avenue Lehigh Acres, FL 33972 | FL | Pro Wall  Oyster Bay Homes, Inc.  AI Brothers | 8  139  196 |
| 126. | Martin, Linda J. | 161 Medici Terrace North Venice, FL 34275 | FL | Taishan | 11 |
| 127. | de Leon, James and Melinda | 3013 Bradbury Drive Meraux, LA 70075 | CA | Qinhuangdao Taishan Building Materials Co., Ltd. a/k/a Qinhuang Dao Taishan Building Materials Co., Ltd.  Tapia Brothers Construction, Inc. | 9   173 |
| 128. | Gregory, Robert and Fern | 11420 South West Mountain Ash Circle Port Saint Lucie, FL 34987 | FL | IMT | 4 |

15

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 129. | Portnoy, Sidney and Sandra | 6572 41st Court East Sarasota, FL 34134 | FL | IMT | 4 |
| 130. | Evans, Wessels and Pauline | 5235 Skyline Blvd. Cape Coral, FL 33914 | NY | Pro Wall | 8 |
| 131. | Chan, Yut Siong | 3702 Ralston Road Plant City, FL 33566 | Singapore | Taishan | 11 |
| 132. | Sutton, Stuart | 2210 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 133. | Vaccaro, Chase and Robin | 14117 Stilton Street Tampa, FL 33626 | TN | Taishan<br><br>Beazer Homes Corp.<br><br>Harrell's Drywall, Inc. | 11<br><br>61<br><br>208 |
| 134. | Vila, Desiree | 2204 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 135. | Zhang, Dong | 2234 Soho Bay Court Tampa, FL 33606 | FL | Taishan | 11 |
| 136. | Altidor, Julie | 4757 Tuscan Loon Drive Tampa, FL 33619 | FL | Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd. f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br><br>KB Home Tampa, LLC | 7<br><br><br><br>114 |
| 137. | Carr, David Lee | 3602 Oakland Drive Wesley Chapel, FL 33543 | FL | Beijing New Building Materials Public Limited Co. | 1 |
| 138. | Proto, Benjamin and Holly | 10 Bradford Point VA Beach, VA 23455 | VA | Taishan<br><br>Tobin Trading, Inc.<br><br>Venture Supply, Inc. | 11<br><br>39<br><br>40 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 139. Frugard, Roy and Lori | 4646 Lake Drive VA Beach, VA 23455 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 140. Hartline, Carolyn | 3201 Rannock Moor Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | Franciscus Homes, Inc. | 87 |
| | | | Bush Construction Corp. | 66 |
| | | | Plantation Group, LLC | 144 |
| | | | Greensprings Plantation, Inc. | 93 |
| | | | Greensprings Condominiums, LLC | 92 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |
| 141. Frucht, Jeffrey | 5305 Center Street Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | HHJV, LLC | 98 |
| | | | Atlantic Homes, LLC | 55 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | Venture Supply, Inc. | 40 |
| | | | | 39 |
| | | | Tobin Trading, Inc. | |

17

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 142. | Crobett, Janie | 3203 Arran Thistle Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 143. | Bailey, Dorothy | 3304 Rannock Moor Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |

18

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 144. Bright, David and Melonie | 187 Mulberry Lane Hertford, NC 27944 | NC | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 145. Ton, Phat and Le, Han | 5519 Brixton Road Williamsburg, VA 23188 | CT | Taishan<br><br>AHJV, LLC<br><br>Kensington Woods, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>44<br><br>115<br><br>38<br><br>40<br><br>39 |
| 146. Lane, Penny | 2074 Tazewell Road VA Beach, VA 23455 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 147. Hooper, Harold and King, Jr., Robert | 5515 Brixton Road Williamsburg, VA 23185 | VA | Taishan<br><br>Atlantic Homes, LLC<br><br>AHJV, LLC<br><br>Kensington Woods, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>55<br><br>44<br><br>115<br><br>38<br><br>40<br><br>39 |

19

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 148. | Combs, Larkin | 3305 Arran Thistle Williamsburg, VA 23188 | NJ | Taishan | 11 |
| | | | | Franciscus Homes, Inc. | 87 |
| | | | | Bush Construction Corp. | 66 |
| | | | | Plantation Group, LLC | 144 |
| | | | | Greensprings Plantation, Inc. | 93 |
| | | | | Greensprings Condominiums, LLC | 92 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 149. | Ayodeji, Olayiwola and Kifayat | 1027 Hollymeade Circle Newport News, VA 23602 | VA | Taishan | 11 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | HHJV, LLC | 98 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |
| 150. | Park, Il Heui | 113 Estons Run Yorktown, VA 23693 | VA | Taishan | 11 |
| | | | | Overlook Point, LLC | 138 |
| | | | | Atlantic Homes, LLC | 55 |
| | | | | The Porter-Blaine Corporation | 38 |
| | | | | Venture Supply, Inc. | 40 |
| | | | | Tobin Trading, Inc. | 39 |