| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 151. Fadl, Yahya and Nawal | 5301 Center Street Williamsburg, VA 23188 | VA | Taishan<br><br>HHJV, LLC<br><br>Atlantic Homes, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>98<br><br>55<br><br>38<br><br>40<br><br>39 |
| 152. Spencer, Thomas and VA | 2841 Lakewood Manor Drive Athens, GA 30606 | GA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 153. Brown, Monique | 219 Wildlife Trace Chesapeake, VA 23320 | FL | Taishan<br><br>Wermers Development, Inc.<br><br>Preserve Development, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>209<br><br>162<br><br>38<br><br>40<br><br>39 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN-SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 154. Tompkins, Mark and Karen | 3306 Arran Thistle Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | Franciscus Homes, Inc. | 87 |
| | | | Bush Construction Corp. | 66 |
| | | | Plantation Group, LLC | 144 |
| | | | Greensprings Plantation, Inc. | 93 |
| | | | Greensprings Condominiums, LLC | 92 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | 39 |
| | | | Tobin Trading, Inc. | |
| 155. Scott, Sonya | 224 Clay Street Suffolk, VA 23434 | VA | Taishan | 11 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | 39 |
| | | | Tobin Trading, Inc. | |
| 156. Broadbent, Rogert, Tiffany and Donna | 4611 Town Creek Drive Williamsburg, VA 23188 | VA | Taishan | 11 |
| | | | HHJV, LLC | 98 |
| | | | Atlantic Homes, LLC | 55 |
| | | | The Porter-Blaine Corporation | 38 |
| | | | | 40 |
| | | | Venture Supply, Inc. | 39 |
| | | | Tobin Trading, Inc. | |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 157. Ryan, Patrick and Jennifer | 13019 Lighthouse Lane Carrollton, VA 23314 | VA | Taishan<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>38<br><br>40<br><br>39 |
| 158. Talbot, Cynthia | 2101 Governors Pointe Drive Suffolk, VA 23436 | VA | Taishan<br><br>Wermers Development, Inc.<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>209<br><br>38<br><br>40<br><br>39 |
| 159. Miller, Elwood | 3308 Arran Thistle Williamsburg, VA 23188 | MD | Taishan<br><br>Franciscus Homes, Inc.<br><br>Bush Construction Corp.<br><br>Plantation Group, LLC<br><br>Greensprings Plantation, Inc.<br><br>Greensprings Condominiums, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>87<br><br>66<br><br>144<br><br>93<br><br>92<br><br>38<br><br>40<br><br>39 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZEN- SHIP OF PLAINTIFF(S) | CLASS AND SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 160. Espinal, Jeffrey Byrne, Patricia | 4615 Town Creek Drive Williamsburg, VA 23188 | VA | Taishan<br><br>HHJV, LLC<br><br>Atlantic Homes, LLC<br><br>The Porter-Blaine Corporation<br><br>Venture Supply, Inc.<br><br>Tobin Trading, Inc. | 11<br><br>98<br><br>55<br><br>38<br><br>40<br><br>39 |
| 161. Frelich, Kathy | 14059 Danpark Loop Ft. Myers, FL 33912 | FL | Pro Wall<br><br>MW Johnson Construction of FL, Inc. | 8<br><br>134 |
| 162. Wanadoo, LLC | 9275 Marsh Island Drive Vero Beach, FL 32963 | FL | Beijing New Building Materials Public Limited Co.<br><br>Rosen Building Supplies, Inc. | 1<br><br>36 |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

      a.    an order certifying the case as a class action;

      b.    an order certifying the Class and each of the Subclasses;

      c.    an order appointing Plaintiffs as the Class Representatives of the Class;

d.    an order appointing undersigned counsel and their firms as counsel for the Class;

e.    compensatory and statutory damages;

f.    punitive damages as allowed by law;

g.    pre and post-judgment interest as allowed by law;

h.    injunctive relief;

I.    an award of attorneys' fees as allowed by law;

j.    an award of taxable costs; and

k.    any and all such further relief as this Court deems just and proper.

                    Respectfully submitted,

Dated: July 9, 2010          /s/ Russ M. Herman
                    Russ M. Herman, Esquire (Bar No. 6819)
                    Leonard A. Davis, Esquire (Bar No. 14190)
                    Stephen J. Herman, Esquire (Bar No. 23129)
                    HERMAN, HERMAN, KATZ & COTLAR, LLP
                    820 O'Keefe Avenue
                    New Orleans, Louisiana 70113
                    Phone: (504) 581-4892
                    Fax: (504) 561-6024
                    LDavis@hhkc.com
                    *Plaintiffs' Liaison Counsel - MDL 2047*

                    **PLAINTIFFS' STEERING COMMITTEE**

                    Arnold Levin
                    Fred S. Longer
                    Matthew C. Gaughan
                    Levin, Fishbein, Sedran & Berman
                    510 Walnut Street, Suite 500
                    Philadelphia, PA 19106
                    Phone: (215) 592-1500
                    Fax: (215) 592-4663
                    Alevin@lfsblaw.com
                    *Plaintiffs' Lead Counsel MDL 2047*

25

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

26

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com
**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone:  (202) 540-7200
Fax:  (202) 540-7201
 rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

28

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS**[1]

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

29

**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abraham, Kondoor and Mary
Abraham, Thomas and Mariamma
Banner, Luke and Debora
Benoit, Richard and Carol
Birkholz, Berlyn and Elaine
Blue Water Condominium Association
Brewster, Stephen and Layla
Brown, Cortland
Burke, Kenneth and Cynthia
Cocquerelle, Nicolas
Cueva, Elia and Romero, Christian
Del Greco, Gary and Corrine
Feger, Gary
Finn, Dale and Evelyn, Glenn
Graziano, Michael and Francis
Hernandez, John and Bertha
Herrera, Francisco and Hernandez, Marisela
King Properties, Ltd.

Kowalik, Gregory and Jolanta
Lamm, James and Patricia
Lloyd, Maxwell and Joete
Manserra, Agostino and Teresa
Monge, Erika
Musa, Massimo and Karrie
Ortiz, Daysi and Rafael
Pigna, Francisco and Ewa
Promendade 9-101, LLC
Schoenberg, Ken and Kathleen
Shaw, Scott and Jackie
Touriz, Christopher and Denise
Tupper, Douglas and Loreen
Vigar, Sana and Bashir, Naveed
Voskressensky, Andre and Goldstein, Janet
Winder, Diedre and Merle Dean

**Baron & Budd,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Atianzar, Pedro and Sandra
Gilmore, John and Connie
Nunez, Allen
WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust")

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Voltolina, Michael and Roxann

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Forsythe, Blaise and Patsy
Hampton, Konrad
Hampton, Vernon
Lambert, Cecily

LeBlanc, Gertrude
Mickens, Gail
Mickens, Gail
Mora, August, Jr.

Price, Lear                                  Sterling, Elvin, Jr.
Rey, Angel                                   Treadaway, Danny and Kathy (also a client
Robinson, Allison                            of Morris Bart, LLC)

**Berniard Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Livers, Alvin J.

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Marc P. and Julie A. Fielden

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Matos, Mary

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Elly, Ernest and Portia
Seelig, Samuel

**The Law Office of Joseph M. Bruno,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Palmer, Francis C.

**Kanner & Whiteley, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Finger, Simon and Rebecca

**Law Offices of Sidney D. Torres, III**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Hatheway, Billie Jean
Koffler, Paul
Lewis, Frank A. and Donna T.
Prestenback, Maerose

**Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Davis, Alicia and Anthony

**Lewis & Roberts, PLLC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Abner, Hosey, Jr. and Cohelle D.
Aguilar, Delsa
Boothe, Nell
Boyce, Gary E. and Chris
Coleman, Tim and Misty
Hamlin, Wayne
Hampton, Helen and L.C. Bingham
Haywood, Manisha Adwani
Medley, Walter V. and Leeaudis C.
Robinson, Louis
Smith Enterprises, Inc.
Walker, Demetra
Williams, Deborah

**Lowndes, Drosdick, Doser, Kantor & Reed, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Kelly, Bryce and Stacey

**Martzell & Bickford**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Flot, Denise

32

**McIntosh, Sawran, Peltz & Cartaya, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Anderson, Michael and Renee
Ciancimino, Gianpaolo and Danielle
Goldman, Clivens and Andrea
Mueller, Shirley
Quackenbush, Ronald and Lorraine
Roberts, Kenneth and Audrey
St. Julien, Lynda
Williams, Raymond and Dedre

**Morgan & Morgan**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Appelman, Louis and Sara
Ball, Ashley
Blackwell, Thomas
Callan, Paul and Gloria
Capps, Wilburn and Joyce
Chatmon, Lillian
DiSapio, Tonya and Carmine
Distel, Matthew and Stephanie
Eck, August and Tina
Etienne, Frantz and Guirlaine
Figueroa, Ramon and Lillian
First CZ Real Estate, LLC
Hansen, Matt and Tracie
Hernandez, Mario and Jessica
Huard, Eric
Kelso, Christopher
Mark, Ray
Rae, Pamela Burke and
Oltz, Marcia
Martel, Jean and Carmelle

Martinez, Dailyn
McIntosh, Chyrille
Nguyen, Tracy and Mai, Tuyen
O'Brien, Kelly and Lori
O'Key, Dennis
Trustee of the Dennis A. O'Key Revocable
Trust
Pineiro, Juan and Rodriguez, Veronica
Pinney, Nelson and Losi
Podrebarac, Gary
Rocca, Frank and Kathleen
Saez, Roberto and Gonzalez-Saez, Victoria
Soldavini-Clapper, Brigid
Vickers, Phillip and Sandra
Vollmar, Frank and Elizabeth
Walter, Katie
Washington, Joseph and Brenda
Williams, Jeffrey and Joan
Zaman, Khayru and Najneen

**Norton, Hammersley, Lopez & Skokos, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Martin, Linda J.

33

**Parker, Waichman, Alonso, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Altidor, Julie
Chan, Yut Siong
de Leon, James and Melinda
Evans, Wessels and Pauline
Gregory, Robert and Fern
Portnoy, Sidney and Sandra
Sutton, Stuart
Vaccaro, Chase and Robin
Vila, Desiree
Zhang, Dong

**Saunders & Walker**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Carr, David Lee

**Colson, Hicks, Eidson, Colson Matthews, Martinez,
Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/
Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

| | |
|---|---|
| Ayodeji, Olayiwola and Kifayat | Jimenez, Daphin L. |
| Bailey, Dorothy | Lane, Penny |
| Bright, David and Melonie | Miller, Elwood |
| Broadbent, Rogert, Tiffany and Donna | Park, Il Heui |
| Brown, Monique | Pernell, Staci |
| Combs, Larkin | Proto, Benjamin and Holly (also a client of |
| Crobett, Janie | Pender & Coward, PC) |
| Espinal, Jeffrey | Roberts, Alice |
| Byrne, Patricia | Ryan, Patrick and Jennifer |
| Fadl, Yahya and Nawal | Scott, Sonya |
| Frucht, Jeffrey | Spencer, Thomas and VA |
| Frugard, Roy and Lori | Talbot, Cynthia |
| Hartline, Carolyn | Tompkins, Mark and Karen |
| Hooper, Harold and King, Jr., Robert | Ton, Phat and Le, Han |

**Shapiro, Blasi, Waserman & Gora, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Frelich, Kathy
Wanadoo, LLC

35

# EXHIBIT A

*Kenneth and Barbara Wiltz, et al. v. Beijing New Building
Materials Public Limited Co., et al. - Case No. 10-361*

**Exhibit "A"–Plaintiffs' Counsel Contact Information in
Plaintiffs', Kenneth and Cynthia Burke, *et. al.*,
Omnibus Class Action Complaint in Intervention (II(A))**

| **PLAINTIFF'S COUNSEL** |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue, Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue, Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street, Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
Jeffberniard@laclaim.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W., Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
C.StAmant@kanner-law.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
Pmichon@torres-law.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner & Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
bgordon@levinlaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue, Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Jospeh Lane, Esquire
Lowndes, Drosdick, Doster, Kantor & Reed, PA
450 South Orange Avenue, Ste. 800
Orlando, FL 32801
Phone: (407) 843-4600
Fax: (407) 843-4444
cynthia.doucette@lowndes-law.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place, Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St., 20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Darren R. Inverso
Norton, Hammersley, Lopez & Skokos, P.A.
1819 Main Street, Suite 610
Sarasota, FL 34236
Phone: (941) 954-4691
Fax: (941) 954-2128
dinverso@nhlslaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

Rick Kriseman
Saunders & Walker
3491 Gandy Blvd. North, Ste. 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
info@saunderslawyers.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com