## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, the Notice of Hearing was served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of July, 2010.

I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 13, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Aces Towing Enterprises, L.L.C.<br>205 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Ainslie Group, Inc.<br>4525 South Blvd. - Ste. 300<br>Virginia Beach, VA 23462 |
| All Florida Drywall Supplies, Inc.<br>1225-B 131st Ave<br>Tampa, FL 33612 |
| Alvian Homes, Inc<br>.3812 SW 3rd Terrace<br>Cape Coral, FL 33991 |
| American Building Materials, Inc.<br>1102 N. 50th Street<br>Tampa, FL 33619 |
| American Gallery Development Group, LLC<br>c/o Secretary of State<br>P.O. Box 6327<br>Tallahassee, FL 32314 |
| Barony Homes, Inc.<br>2508 Del Prado Blvd S<br>Cape Coral, FL 33904 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony – Gateway, Inc.<br>24301 Walden Center Dr.,<br>Ste. 300<br>Bonita Springs, FL 34134 |
| BDG Waterstone, LLC<br>1000 Brickell Avenue, Ste. 300<br>Miami, FL 33131 |
| BE Wholesale<br>81 Golden Property Road<br>Bremen, GA 30110 |
| Beijing New Building Materials Public Limited Co.<br>No. 16 West Road<br>Jiancaicheng Xisanqi<br>Haidian District<br>Beijing China<br>100096 |

| OMNI II (WILTZ) |
|---|
| DEFENDANT |
| Bel-Tex Contracting, Inc.<br>330 Eden Isles<br>Slidell, LA 70458 |
| BRISTOL CORNER, LLC<br>114 S. Fremont Avenue;<br>Tampa, FL 33606 |
| Brothers Properties LA, LLC<br>3440 East St. Bernard Hwy.<br>Meraux, LA 70075 |
| Bush Construction Corp.<br>4029 Ironbound Road - Ste. 200<br>Williamsburg, VA 23185 |
| Cajun Construction & Design, Inc.<br>2310 Perdido Street<br>New Orleans, LA 70119 |
| CB Creek, Inc.<br>405 SE 31st St.<br>Cape Coral, FL 33904 |
| Chase Construction, Inc.<br>1714 Cape Coral Pkwy East<br>Cape Coral, FL 33904 |
| City Salvage, Inc.<br>804 Lambert Street<br>Laurel, MS 39440 |
| Country Walk Sales, LLC<br>12610 Race Track Road<br>Tampa, FL 33626 |
| Qinhuangdao Taishan Building Material Co. Ltd.<br>a/k/a Qinhuang Dao Taishan Building Material<br>Co., Ltd<br>Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 |
| Crossroad Homes, Inc.<br>2760 Southeast Eagle Drive<br>Port St. Lucie, FL 34984 |
| Curb Appeal Home Builders, Inc.<br>209 Business Park Drive<br>Virginia Beach, VA 23462 |
| Dalessio Drywall & Painting Corporation<br>39406 Rock Ford Avenue<br>Zephyrhills, FL 33542 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| David Daniels, Individually<br>205 Trade Winds Drive<br>Indian Harbour Beach, FL 32937 |
| Deangelis Diamond Construction, Inc.<br>2375 Tamiami Trail N, Ste. 210<br>Naples, FL 34103 |
| Delgado's Painting<br>422 Terry Parkway<br>Gretna, LA 70056 |
| DELTA-EDEN, INC.<br>21 East Acre Drive<br>Plantation, FL 33317 |
| Development Co. of Boca, Inc.<br>d/b/a Boca Developers<br>321 E. Hillsboro Blvd.<br>Deerfield Beach, FL 33441 |
| Drive Enterprises, Inc.<br>27 Christopher Court<br>New Orleans, LA 70128 |
| DRYWALL EXPERTS, INC.<br>1513 N. K Street<br>Lake Worth, FL 33460 |
| E.B. Developers, Inc.<br>701 West Cypress Creek Road<br>Third Floor<br>Ft. Lauderdale, FL 33309 |
| ENCHANTED HOMES, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| FHBF Partners, LLP, f/k/a First Home Builders of Florida<br>12806 Aston Oaks Drive<br>Ft. Myers, FL 33912 |
| Five Star Drywall, Inc.<br>6901 North Drive<br>Ft. Myers, FL 33905 |
| G. Drywalls Corporation<br>12951 SW 124 Street<br>Miami, FL 33186 |
| G&B Roofing & Construction, Inc.<br>503 Du Monde Drive, Westwego, Louisiana 70094 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Gryphon Corporation<br>540 Biltmore Way<br>Coral Gables, FL 33134 |
| Harrell's Drywall, Inc.<br>1225-B 131 St. Avenue<br>Tampa, FL 33612 |
| Home DevCo LLC<br>c/o The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Galloway Construction, Inc.<br>1146 Highway 20<br>Interlachen, FL 32148 |
| Jim Morris & Sons, Inc.<br>561 Rainer Street NE<br>Palm Bay, FL 32907 |
| Joseph Scott<br>4967 Brittany Court<br>New Orleans, LA 70124 |
| K&B HOMES, INC.<br>1010 Lumsden Circle<br>Valrico, FL 33594 |
| Kensington Woods, LLC<br>701 Town Center Drive Suite 800<br>Newport News, VA 23606 |
| Kevin Burton<br>11120 S. Idlewood Court<br>New Orleans, LA 70128 |
| Lopez Drywall, Inc.<br>1416 Kingsly Ave.<br>Orange Park, FL 32073 |
| LTL Construction, Inc.<br>4400 Helena St. NE<br>St. Petersburg, FL 33703 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| Mariner Village Townhomes, Inc.<br>7975 NW 154TH Street,<br>Ste. 400<br>Miami Lakes, FL 33016 |
| McCAR HOMES, INC.<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Mesa Construction Group, Inc.<br>6460 SW 5th Place<br>Margate, FL 33068 |
| Millennium Builders, Inc.<br>310 Pinhurst Street, Suite 3<br>Lafayette, LA 70508 |
| Millennium Homes & Development, Inc.<br>1599 S.W. 21st Street<br>Boca Raton, FL 33486 |
| Northstar Holdings at B & A, LLC<br>364 S. Country Club Road<br>Atlantis, FL 33462 |
| Oscar Jiles d.b.a. JJ Construction<br>108 Jiles Lane<br>Braithwaite, LA 70040 |
| Palm Isles Holdings, LLC<br>Kieran P. Fallon, Esq.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd<br> f/k/a Shandong Chenxiang Building Materials Co., Ltd.<br>Mr. Wang<br>Dongyang Dianzi Cun,<br> Pingyi Zhen,<br>Pingyi Xian),<br>Shandong, China 273300 |
| Preferred Homes, Inc.<br>P.O. Box 1107<br>Slidell, LA 70458 |
| Premier International Realty d/b/a Henin Realty<br>861 Bonita Drive<br>Winter Park, FL 32789 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Ray Turner Drywall, LLC<br>10736 Jacamar Drive<br>New Port Richey, FL 34654 |
| Residential Drywall, Inc.<br>1010 N. Florida Avenue<br>Tampa, FL 33602 |
| Rosen Building Supplies, Inc.<br>3045 Lake Point Place<br>Davie, FL 33328 |
| S3 Enterprises, Inc. d/b/a<br>A1Brothers Metal Framing and Drywall<br>3323 SW 8th Street<br>Cape Coral, FL 33991 |
| Safeway Contractors, L.L.C.<br>705 Florida Street<br>River Ridge, LA 70123 |
| South Kendall Construction Corporation<br>436 SW 8th St.<br>Miami, FL 33130 |
| Speedy Drywall<br>600 Justice Court<br>Marrero, LA 70072 |
| Stock Building Supply, LLC<br>CT Corporation System<br>123 East Marcy<br>Santa Fe, NM 87501 |
| Stone Development, LLC<br>303 34th Street - Ste. 5<br>Virginia Beach, VA 23451 |
| Suarez Housing Corporation<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |
| Suntree Homes, Inc.<br>2113 Greenview Cove Drive<br>West Palm Beach, FL 33414 |
| Taian Taishan Plasterboard Co., Ltd.<br>Beixiyao Village<br>Dawenkou<br>Taian<br>Shandong 271000<br>China |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.<br>Dawenkou Daiyue District<br>East of National Road 104, 25km South<br>Tai'an City<br>271000 Taian, Shandong, China |
| Taylor Morrison of Florida, Inc.<br>NRAI Services, Inc.<br>2731 Executive Park Drive Ste. 4<br>Weston, FL 33331 |
| Timberline Builders, Inc.<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Tony Helton Construction, LLC<br>230 Black Fin Cove<br>Slidell, LA 70458 |
| Touchstone At Rapallo, Inc.<br>2390 Tamiami Trail N #204<br>Naples, FL 34103 |
| Turn Key Home Builders, Inc.<br>169 Seaview Avenue<br>Palm Beach, FL 33480 |
| United Homes, Inc.<br>7975 NW 154th Street Suite 400<br>Miami Lakes, FL 33016 |
| United Homes International, Inc.<br>7975 NW 154 St.<br>Suite 400<br>Miami Lakes, FL 33016 |
| Upscale Properties, Inc.<br>401 Hooper Drive<br>Kenner, LA 70065 |
| Vasquez Construction Company, LLC<br>806 Young Street<br>Ypsilanti, MI 48198 |
| Venus Street, LLC<br>99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Vernon Construction Corporation<br>3201 Bayou Sound<br>Longboat Key, FL 34228 |
| Vet Construction, Inc.<br>709 North Armada Road<br>Venice FL 34285 |

| OMNI II (WILTZ) |
|---|
| **DEFENDANT** |
| Vizcaya Custom Homes, Inc.<br>3311 Oakellar Avenue<br>Tampa, FL 33611 |
| Wholesale Direct Lumber, LLC<br>2713 Bienville Street<br>New Orleans, LA 70119 |
| Wolf & Bear Distributors<br>5124 Kirkwood Avenue<br>Spring Hill, FL 34608 |
| Woodside Homes of Southeast Florida, LLC<br>236 East 6 Avenue<br>Tallahassee, FL 32303 |