## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, Plaintiffs' Motion to Intervene and Memorandum in Support thereof was served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that all counsel of record have been served via the Court's electronic notification system. I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 9, 2010

_____
Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## OMNI IV (ROGERS)

| DEFENDANT (LIST FULL LEGAL NAME) |
| --- |
| 3180 LAMB COURT ACQUISITION, LLC<br>3732 NW 16 Street<br>Ft. Lauderdale, FL 33311 |
| 616 LLC/ Andy Ziffer<br>1251 South Federal Highway, Suite 110<br>Boca Raton FL 33432 |
| AI Brothers, Inc.<br>919 S. Charlotte St.<br>Lombard, IL 60148 |
| ANGEL DEVELOPMENTS, LLC<br>216 SW Maclay Way<br>Port St. Lucie, FL 34986 |
| Arizen Homes<br>2700 West Cypress Creek Rd<br>Ste B-111<br>Fort Lauderdale, FL 33309 |
| Avalon Preserve Developers, LLC<br>11854 Bayport Lane #3<br>Ft. Myers, FL 33908 |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 |
| Buquoi Construction LLC<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.<br>25058 Pin Oak Lane<br>Folsom, LA 70437 |
| Cabot Homes<br>2161 Mcgregor Blvd., Suite B<br>Fort Myers, Fl 33901 |
| Cajun Construction & Development, LLC<br>800 Wiegand Drive<br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.<br>14420 SW 23 Street<br>Davie, FL 33325 |
| Cape Cement & Supply, Inc.<br>645 Commercial Park Place<br>Cape Coral, FL 33991 |
| Carribean Custom Builders and Developers<br>29141 Clover Lane<br>Big Pine Key, FL 33043 |
| Carter Custom Homes, Inc<br>3090 East Gause, Suite 401<br>Slidell, LA 70461 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Chicas Construction, Inc.<br>630 S. State Road 7<br>Margate, FL 33068 |
| Comfort Home Builders, Inc.<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 |
| Construction Building Services, Inc.<br>7975 NW 154th Street, Suite 400<br>Hialeah, FL 33016 |
| Core Construction, LLC<br>555 NE 15th Street, 30-H<br>Miami, FL 33132 |
| Cornerstone Group<br>100 Southeast Second Street, Suite 2900<br>Miami Fl 33131 |
| Cretin Homes, Inc.<br>863 Airline Highway<br>LaPlace, Louisiana 70068 |
| D & C Construction Group, Inc.<br>1062 SW 128 Avenue<br>Miami, FL 33184 |
| D&W Homes, LLC<br>7262 Ashberry Ct.<br>Spanish Fort, AL 36527 |
| Davis General Contractors<br>218 Kenlyn Road<br>Palm Beach Fl 33480 |
| Delacruz Enterprise's, Inc.<br>12341 Villagio Way<br>Fort Myers, FL 33912 |
| Diamond Court Construction Co.<br>2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |
| Edweaard Development Company, LLC<br>1123 E Broward Blvd<br>Fort Lauderdale FL 33301 |
| ENCHANTED HOMES, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| First Home Builders of Florida I, LLC<br>501 E. Kennedy Blvd., Ste. 1700<br>Tampa, FL 33602 |
| FIRST HOME BUILDERS, INC.<br>6076 Eagle Watch Ct.<br>N. Ft. Myers, FL 33917 |

| *OMNI IV (ROGERS)* |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Freemar Homes, Inc.<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 |
| Gomez Interiors, Inc.<br>15530 SW 300 Street<br>Homestead, FL 33033 |
| Grand Palazzo Hendricks, LLC<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Guangdong Knauf New Building Material Products Co., Ltd.<br>No. 2 Xinsha Development Zone<br>RC-523147, Guangdong, China |
| Hanover Homes<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| J. Cherry and Sons, Inc.<br>901 SW Martin Downs Blvd.<br>Palm City, Fl 34990 |
| James Stokley d/b/a Choctaw Builders, Inc.<br>26543 Hwy 17<br>Millry, AL 36558 |
| Jim Walter Homes, Inc.<br>c/o The Corporation Company<br>2000 Interstate Drive, Suite 204<br>Montgomery, AL 36109 |
| Joseph E. Clouse, Inc.<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| JPG Enterprises, Inc.<br>d/b/a Majestic Homes<br>4121 Royal Palm Beach Blvd.<br>Royal Palm Beach, FL 33411 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| KB Homes<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Knauf GIPS KG<br>Postfach 10, 97343<br>Iphofen, Germany |
| Knauf Plasterboard (Tianjin) Co. Ltd.<br>North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| L.R. Gardere Drywall Construction, Inc.<br>2721 Drew Street<br>New Orleans, LA 70112 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Laporte Builders, Inc.<br>168 NE Sagamore Terr.<br>Port St. Lucie, FL 34983 |
| Lennar Homes, Corp.<br>700 NW 107th Avenue<br>Suite 400<br>Miami, FL 33172 |
| Liberty Home Builders, Inc<br>.14 Rose Dr.<br>Ft. Lauderdale, FL 33316 |
| Linel Consulting, LLC<br>9010 SW 117th St,<br>Miami, FL 33176 |
| Lloyd & Sons Construction, Inc.<br>10430 Trialwood Circle<br>Jupiter, FL 33478 |
| LPR Builders, Inc.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |
| M J F CONSTRUCTION CORPORATION<br>1805 Ponce De Leon Blvd. #110<br>Coral Gables, FL 33134 |
| Majestic Homes & Realty SW LLC<br>4121 Royal Palm Beach Blvd<br>Royal Palm Beach, FL 33411 |

| *Omni IV (Rogers)* |
|---|
| **Defendant (List Full Legal Name)** |
| Majestic Homes of Port St. Lucie, Inc.<br>4061 Royal Palm Beach Blvd.<br>Royal Palm Beach, FL 33411 |
| Majestic Homes of Vero Beach, Inc.<br>4061 Royal Palm Beach Blvd.<br>Royal Palm Beach, FL 33411 |
| Marsiglia Construction Company<br>111 Veterans Mem. Blvd., #1452<br>Metairie, LA 70005 |
| Mesa Construction Group, Inc.<br>7300 SW 8 Ct.<br>N. Lauderdale, FL 33068 |
| O' Key Homes, Inc.<br>1450 SE 16th Terrace<br>Cape Coral FL 33990 |
| P N K Builders, LLC<br>444 Swift Fox Run<br>Madisonville, LA 70447 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.<br>21459 Highway 36<br>Abita Springs, LA 70420 |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 |
| Port St. Lucie Builders, Inc.<br>1500 NW Federal Hwy.<br>Stuart, FL 34994 |
| RCR Holdings I and II, LLC<br>1500 Gateway Blvd. Suite 200<br>Boynton Beach, FL 33426 |
| Royal Homes, L.L.C.<br>4800 Sharp Road<br>Mandeville, LA 70471 |
| South Kendall Construction Corp.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Southern Homes, LLC<br>2053 E. Gause Blvd., Ste. 200<br>Slidell, LA 70461 |
| SOVEREIGN HOMES, LLC<br>241 Monterrey Drive<br>Naples, FL 34119 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Summit Contractors, Inc.<br>200 Commercial Square Road<br>Slidell, LA 70461 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| The Kabar Group, LLC<br>1820 N. Corporate Lakes Blvd. Suite 105<br>Weston, FL 33326 |
| Tillman Construction, Inc.<br>570 Bradford Drive<br>Brandon, MS 39047 |
| Treasure Coast<br>2400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center 1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LLC<br>99 NE 167th Street<br>North Miami Beach, FL 33162 |
| Waterways Joint Venture IV, LLC<br>5100 Town Center Circle - Ste. 430<br>Boca Raton, FL 33466 |
| Waterways Joint Venture IV<br>5100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 |
| WESTMINSTER BUILDERS, INC.<br>8910 Wendy Lane W<br>West Palm Beach, FL 33411 |
| Woodside f/k/a GHO Properties<br>3600 Burgundy Drive North<br>Palm Beach Gardens, FL 33410 |
| WOODSIDE HOMES OF SOUTHEAST FLORIDA, LLC<br>236 East 6th Avenue<br>Tallahassee, FL 32303 |