# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**

    **Plaintiffs,**

  **v.**

**KNAUF GIPS KG, et al.**

**CASE NO.: 09-6690**

## PLAINTIFFS', RUBEN JAEN, *et al.,* OMNIBUS CLASS ACTION COMPLAINT IN INTERVENTION (III(A))

  Pursuant to Fed. R. Civ. P. 23, the Intervening Plaintiffs in this action bring suit on behalf of themselves and all other similarly situated owners and residents of real properties containing defective Chinese manufactured drywall that was manufactured, imported, exported, brokered, distributed, delivered, supplied, marketed, inspected, installed, or sold by the Defendants.

  Intervening Plaintiffs have intervened in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.), since they are absent class members in that action. As absent class members, Intervening Plaintiffs are similarly situated to the *Gross* plaintiffs as well as the *Benes* plaintiffs in intervention. Additionally, the defendants named in the *Gross* and *Benes* complaints are liable to the Intervening Plaintiffs. Intervening Plaintiffs incorporate and adopt the substantive allegations of the *Gross* (¶¶1-2, and 15-297), as amended, and *Benes* (¶¶ 1-6, and 1,063-1,590) complaints herein by reference.

  The Intervening Plaintiffs seek to be class representatives for the class identified in *Gross*. Additionally, Intervening Plaintiffs are also seeking to be class representatives for certain of the subclasses identified in the *Benes* complaint. The *Gross* and *Benes* Defendants who are aligned with Intervening Plaintiffs are liable to Intervening Plaintiffs for their role in the design, manufacture, importing, distributing, delivery, supply, marketing, inspecting, installing, or sale of

the defective drywall at issue in this litigation.

Each of the Intervening Plaintiffs are identified in the chart below.  This chart provides all pertinent information regarding the Intervening Plaintiffs (*i.e.*, their names, the addresses of the subject properties, the citizenship of the Intervening Plaintiffs, and the subclasses (if any) in which the Intervening Plaintiffs are seeking to participate as class representatives):

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 1. | Jaen, Ruben | 10320 Stephanie Way #202 Port St. Lucie, FL 34987 | FL | | |
| 2. | Johnson, C. Andre | 11375 Canyon Maple Blvd. Davie, FL 33330 | FL | | |
| 3. | Jones, Davon and Jennifer | 11535 Hammocks Glade Dr. Riverview, FL 33569 | FL | Rivercrest, LLC/St. Joe Company | 212 |
| 4. | Karlstromer, Stephen and Rose | 4976 Seville Court Cape Coral, FL 33904 | FL | | |
| 5. | Lavin, Eduardo and Esperanza | 8141 W 36th Avenue #5 Hialeah Gardens, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 6. | Lonergan, John, Sr. | 393 NW Stratford Lane Port St. Lucie, FL 34983 | MD | Princeton Homes | 207 |
| 7. | Long, Cleon and Porche | 953 Hollymeade Circle Newport News, VA 23602 | VA | | |
| 8. | Lor, Suihout and Yi Phung | 10531 SW Sarah Way Port St. Lucie, FL 34987 | FL | Hanover Homes, Inc. | 128 |
| 9. | Lopez, David | 8141 West 36 Avenue Unit 6 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 10. | Magdalena Gardens Condo Association | 240 West End Drive Punta Gorda, FL 33950 | FL | | |
| 11. | Marin, Jose and Monica | 8904 SW 229 Street Miami, FL 33190 | FL | Pride Homes of Lakes by the Bay - Parcel H, LLC | 206 |
| 12. | Martin, Anthony and Kim | 6015 SW 28 Street Miami, FL 33155<br><br>6001 SW 28 Street Miami, FL 33155 | FL | | |
| 13. | Mendez, Jesse | 8141 W 36 Ave, Unit 2 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 14. | Moore, David and Deborah | 10320 SW Stephanie Way Port St. Lucie, FL 34987 | FL | | |
| 15. | Nunez, Jeovany | 8049 W. 36 Avenue #4 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 16. | Ortigoza, Brent | 1091 S. San Mateo Drive North Port, FL 34288 | FL | | |
| 17. | Peace Harbor Condominium Association | 900 E. Marion Avenue Punta Gorda, FL 33950 | FL | | |
| 18. | Pena, Alfredo | 8019 West 36 Ave., Unit #1 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 19. | Pitters-Hinds, Hartley and Joyce | 9644 Ginger Court Parkland, FL 33076 | FL | | |
| 20. | Puerto, Rafael | 10802 NW 83 Street #214 Doral, FL 33178 | FL | | |
| 21. | Raloi, LLC | 240 West End Drive Unit 1212 Punta Gorda, FL 33950 | FL | | |
| 22. | Rainuzzo, Fabio | 240 West End Drive 722 Punta Gorda, FL 33950 | FL | | |

3

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 23. | Rincon, Gabriel and Luz | 6038 NW 116 Drive Coral Springs, FL 33076 | FL | | |
| 24. | Rousseau, Gisselle | 1976 SE 23 Avenue Homestead, FL 33035 | FL | | |
| 25. | Rovira, Raquel and Navarro, Carlos | 8165 W. 36 Avenue #4 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 26. | Salas, Esteban and Gomez, Iveth | 8129 W 36th Avenue #1 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 27. | Shafer, Sam and Mary | 206 Shadroe Cove Circle Unit 206 Cape Coral, FL 33991 | PA | The Haskell Company C.A. Steelman, Inc. Banner Supply Co. | 246 282 6 |
| 28. | Sherman, Aryn and Cody | 3833 Misty Landing Drive Valrico, FL 33594 | FL | | |
| 29. | Sweeney, Patrick and Susan | 3100 Orangetree Bend Ft. Myers, FL 33905 | FL | Banner Supply Co. | 6 |
| 30. | Thomas, Steven and Elaine | 1840 Cody Lane Ft. Pierce, FL 34945 | FL | | |
| 31. | Toledo, Maria | 8141 W 36 Avenue #1 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 32. | Touriz, Christopher and Denise | 8031 W 36 Avenue #3 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 33. | Villasana, George | 170 SE 2nd Street Deerfield Beach, FL | FL | Lavish Holding Corp. | 167 |
| 34. | Villavicencio, Carlos and DeLaCruz-Oller, Nelida | 8025 W 36th Avenue, Apt. 5 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 35. | Villegas, Hiram | 240 West End Drive Unit 123 Punta Gorda, FL 33950 | FL | | |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 36. | Cattano, Phyllis (*previously named in Gross/Benes) | | | Timberline Builders, Inc. | 252 |
| 37. | Alwill, Maria and Migliore, Sal | 7541 Bristol Circle Naples, FL 34120 | FL | Waterways Joint Venture IV | 263 |
| 38. | Andreae, Alex | 240 West End Drive #311 Punta Gorda, FL 33950 | TX | | |
| 39. | Arevalo, Luis and Johns, Silvia | 8218 Santa Monica Avenue Tamarac, FL 33321 | FL | | |
| 40. | Arnold, Tom and Cathy | 240 West End Drive, Unit 312 Punta Gorda, FL 33950 | FL | | |
| 41. | Bangthamai, Charinee | 222 NE 14th Place Cape Coral, FL 33909 | FL | | |
| 42. | Blue Water Condominium Association | 201 Shadroe Cove Circle Cape Coral, FL 33991  Units 202-1  Units 194-2, 178-1  Units 214-2, 206-1, 198-1, 198-4, 194-1, 194-3, 194-4, 190-2, 182-4, 202-3  Units 174-1, 178-2, 178-3 | FL | The Haskell Company  C.A. Steelman, Inc.  Banner Supply Co. | 246  282  6 |
| 43. | Burrow, Bret and Lyneen | 198 Shadroe Cove Circle Unit 501 Cape Coral, FL 33991 | FL | The Haskell Company  C.A. Steelman, Inc.  Banner Supply Co. | 246  282  6 |
| 44. | Casanas, Dulce and Guerra, Enrique | 8019 W 36 Avenue #2 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |

5

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 45. | D'Aprile, Anthony and Marcia | 190 Shadroe Cove Circle Unit 702 Cape Coral, FL 33991 | FL | The Haskell Company<br><br>C.A. Steelman, Inc.<br><br>Banner Supply Co. | 246<br><br>282<br><br>6 |
| 46. | Dumas, John | 10560 Stephanie Way Unit 1-104 Port St. Lucie, FL 34987 | FL | | |
| 47. | Dunbar, Michael | 1045 Venetian Drive Unit 104 W. Melbourne, FL 32904 | FL | | |
| 48. | Escalona, Ileana and Delgado, Ruben | 8141 W. 36th # 4 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 49. | Fernandez, Frederico and Maria | 8061 W. 36 Avenue #1 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 50. | Fernandez, Hely and Fuermayor, Carmen | 15090 SW 16th Street Davie, FL 33326 | FL | | |
| 51. | Forbes, Scott | 240 West End Drive Punta Gorda, FL 33950 Unit #s: 1013; 1012; 1011 | FL | | |
| 52. | Garcia, Ernesto and Ortega Zilghean | 422 Belle Grove Lane Royal Palm Beach, FL 33411 | FL | | |
| 53. | Gonzalez, Petra and Castillo, Boris | 8141 West 36 Avenue Unit 3 Hialeah, FL 33018 | FL | Shoma Homes, Inc. | 224 |
| 54. | Hartman, Kurt and Tracy | 4013 SW 5th Place Cape Coral, FL 33914 | FL | Aranda Homes, Inc. | 67 |
| 55. | Hernandez, Alexandra | 10902 NW 83 St., Apt. 7-224 Doral, FL 33178 | FL | | |

6

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 56. | Higginbotham, Marcus | 900 E. Marion Avenue #1403 Punta Gorda, FL 33950 | MI | | |
| 57. | Holmes, Rhonda | 2024 Perez Drive Braithwaite, LA 70040 | LA | Interior/Exterior Building Supply, LP | 32 |
| 58. | Assevado, Mary | 3108 Campagna Drive Chalmette, LA 70043 | LA | Interior/Exterior Building Supply, LP | 32 |
| 59. | Villaneva, Lanny | 1800 Michelle Drive St. Bernard, LA 70085 | LA | Interior/Exterior Building Supply, LP | 32 |
| 60. | Martinez, John and Melanie | 1612 Deborah Drive St. Bernard, LA 70085 | LA | Interior/Exterior Building Supply, LP | 32 |
| 61. | Falgout, Christopher | 2005 Flamingo Drive St. Bernard, LA 70085 | LA | Interior/Exterior Building Supply, LP | 32 |
| 62. | Ho, Dennis | 3405 Golden Drive, Unit A Chalmette, LA 70043  3405 Golden Drive, Unit B Chalmette, LA 70043  3405 Golden Drive, Unit D Chalmette, LA 70043 | LA | | |
| 63. | Bertucci, Elizabeth | 5925 Patton Street New Orleans, LA 70117 | LA | | |
| 64. | Martin, Dennis | 1921 Carnot Street New Orleans, LA 70127 | LA | | |
| 65. | Ceasar, Swiney and Ella | 421 St. Mary Street Lake Charles, LA 70615 | LA | | |
| 66. | Sperier, Mary | 2216 Plaza Drive Chalmette, LA 70043 | LA | | |
| 67. | Hicks, John and Betty | 5508 Rosefield Road Olla, LA 71465 | LA | | |
| 68. | Matrana, Jeff | 3524 Marietta Street Chalmette, LA 70043 | LA | Interior/Exterior Building Supply, LP | 32 |

7

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 69. | Smith, Chanty and Michael | 10684 County Rd. 52 Dawson, AL 35963 | LA | | |
| 70. | WCI Chinese Drywall Property Damage and Personal Injury Settlement Trust (hereafter, the "WCI Trust") | | | | |
| 71. | Mantrana, Anthony and Debra | 3708 Marietta Street Chalmette, LA 70043 | LA | Interior/Exterior Building Supply, LP | 32 |
| 72. | Nunez, Allen | 2108 Edgar Drive Violet, LA 70092<br><br>2104 Edgar Drive Violet, LA 70092 | LA | | |
| 73. | Serigne, Paul and Hope | 2408 Reunion Street Violet, LA 70092 | LA | Interior/Exterior Building Supply, LP | 32 |
| 74. | Melerine, Clifton and Glenda | 2133 Fable Drive Meraux, LA 70075 | LA | Interior/Exterior Building Supply, LP | 32 |
| 75. | Atianzar, Pedro and Sandra | 3004 Nancy Street Meraux, LA 70075 | LA | Interior/Exterior Building Supply, LP | 32 |
| 76. | Robin, Charles III | 1921 Russell Drive St. Bernard, LA 70085 | LA | Interior/Exterior Building Supply, LP | 32 |
| 77. | Pilet, Dennis | 2412 Fazzio Drive Chalmette, LA 70043 | LA | Interior/Exterior Building Supply, LP | 32 |
| 78. | Kelly, Bruce and June | 2009 Emilie Oaks Drive Meraux, LA 70075 | LA | | |
| 79. | Macrory, Ann | 544 Bimini Bay Blvd. Apollo Beach FL 33572<br><br>558 Bimini Bay Vld. Apollo Beach, FL 33572 | LA | Black Bear Gypsum Supply, Inc. (11) | 11 |
| 80. | Schieber, Sid and Susan | 540 Bimini Bay Blvd. Apollo Beach, FL 33572 | LA | Black Bear Gypsum Supply, Inc. | 11 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 81. Schott, Mark and Susan | 6673 Marshall Foch Street New Orleans, LA 70124 | LA | | |
| 82. Voltolina, Michael and Roxann | 2005 Maryland Avenue Kenner, LA 70062 | LA | | |
| 83. Daboval, John and Rosemary | 6740 Milne Blvd. New Orleans, LA 70124 | LA | Interior/Exterior Building Supply, LP (32)  Interior/Exterior Enterprises, L.L.C. (33) | 32  33 |
| 84. Pitre, Diane | 10830 Yardley Road New Orleans, LA 70127 | LA | Mitchel Homes, Inc. | 191 |
| 85. Ruiz, Elia | 1952 Sugar Mill Road St. Bernard, LA 78085 | LA | Bradford Lumber & Supply, Inc. | 13 |
| 86. Williams, Damien and Claudette | 2904 Alana Lane Marrero, LA 70072 | LA | LA Homes, Inc. | 161 |
| 87. Miller, Yasha | 2912 Shannon Drive Violet, LA 70092 | LA | | |
| 88. Davis, Lolita | 4821 Piety Drive New Orleans, LA 70126 | LA | | |
| 89. Bowden, Charles and Tracy | 73 Thomas School Road Lumberton, MS 39455 | MS | Lowe's Home Centers, Inc.  Home Depot USA, Inc. | 35  31 |
| 90. Hall, Torin | 7908 Pompano Street New Orleans, LA 70126 | LA | | |
| 91. Ware, Shawnell | 7310 Camberley Drive New orleans, LA 70128 | LA | Bayou Building Products, LLC | 16 |
| 92. Murphy, Lawrence and Sharon | 7021 Mayo Boulevard New Orleans, LA 70126 | LA | | |
| 93. Miller, Karen and Buras, Clyde, Sr. | 2301 Guillot Drive St. Bernard, LA 70085 | LA | | |

9

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 94. | Louis, Herbert | 2401 Clouet Street New Orleans, LA 70117 | LA | | |
| 95. | Lewis, Willie | 10121 Boulevard Way New Orleans, LA 70127 | LA | | |
| 96. | Cresson, Robert, Sr. | 67337 Salt Lick Lane Lacombe, LA 70445 | MS | | |
| 97. | Petric, Vince and Whitney | 2816 Moss Street Violet, LA 70092 | LA | Bradford Lumber & Supply, Inc. | 13 |
| 98. | Conrad, Ariane | 2921 Monica Lane Marrero, LA 70072 | LA | LA Homes, Inc. | 161 |
| 99. | McGowan, Jerome | 1200 Lake Frances Drive Gretna, LA 70056 | LA | | |
| 100. | Luong, Dat | 6933 Grand Caillou Road Dulac, LA 70353 | LA | Home Depot USA, Inc. | 31 |
| 101. | Hamilton, Glenda | 620 Hunterbrook Gretna, LA 70056 | LA | Home Depot USA, Inc. | 31 |
| 102. | Haydel, Merlin and Gail | 61310 Timberbend Drive Lacombe, LA 70445 | LA | Bradford Lumber & Supply, Inc. | 11 |
| 103. | Mershon, Tony and Debbie | 594 East Private Road 850 N Brazil, IN 47834 | IN | | |
| 104. | Noor, Selah | 354 N.E. 34 Terrace Holmestead, FL 33033 | FL | | |
| 105. | Marshall, Shaleeat | 4637 Papania Drive New Orleans, LA 70127 | LA | | |
| 106. | Bell, Gregory | 3826 Buchanan Street New Orleans, LA 70122 | LA | Lowe's Home Centers, Inc. | 35 |
| 107. | Parker, Julie | 23174 Miflin Road Foley, AL 36535 | AL | | |
| 108. | Piskulich, Franko | 12434 Mimosa Lane Riverside, CA 92503 | CA | | |

| | INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|---|
| | **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 109. | Davies, Nicolas | 10 Baynes Road Meridan, NH 03770 | NH | | |
| 110. | Hargrove, Linda | 12 Marywood Court New Orleans, LA 70128 | LA | Interior/Exterior Building Supply, LP | 32 |
| 111. | Rolfes, June | 8 Golf View Drive Pass Christian, MS 39571 | MS | | |
| 112. | Danese, Nicholas and Dawn | 5915 Adrian Drive Ball, LA 71405 | LA | Southern Homes, L.L.C. | 229 |
| 113. | Authement, Linda | 2912 Farmsite Road Violet, LA 70092 | LA | | |
| 114. | Barbarin, Gloria | 5419 Marais Street New Orleans, LA 70017 | LA | | |
| 115. | Bargky, David | 2811 Clermont Street, Apt. I New Orleans, LA 70121 | LA | | |
| 116. | Battie, Silas | 4668 Corrinne Street New Orleans, LA 70127 | LA | | |
| 117. | Boutte, Kevin | 4947 Pauline Drive New orleans, LA 70126 | LA | | |
| 118. | Colomb, Sharon | 419 FL Blvd. New Orleans, LA 70124 | LA | | |
| 119. | Dauphin, Michael | 27 Mary Street Madisonville, LA 70447 | LA | | |
| 120. | Davis, Vernon | 9719 West Rockton Circle New Orleans, LA 70127 | LA | | |
| 121. | Green, Ronald | 105-107 Maryland Avenue Metairie, LA 70003 | LA | | |
| 122. | Jennings, Marydia | 6101 Perlita Street New Orleans, LA 70122 | LA | | |
| 123. | Joseph, Ora | 4317 Rayne Drive New Orleans, LA 70122 | LA | | |

11

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 124. | McKenzie, Elaine | 13025 Laval Street New Orleans, LA 70129 | LA | | |
| 125. | Steffy, Sandra | 26121 Highway 40 Bush, LA 70431 | LA | Interior/Exterior Building Supply, LP | 32 |
| 126. | Pelias, Gus | 937 Marengo Street New Orleans, LA 70115 | LA | | |
| 127. | Singleton, Deidre | 552 Huseman Lane Covington, LA 70435 | LA | | |
| 128. | Encalade, Letitia and Thorne, Dontroy | 5520 Ricket Drive New Orleans, LA 70126 | LA | | |
| 129. | Trueblood, David | 1308 Lamanche Street New Orleans, LA 70117 | LA | | |
| 130. | Charles, Marva | 1532 O'Brien Street Lake Charles, LA 70601 | LA | | |
| 131. | Travelstead, Joel on behalf of Chalmette Redevelopment Parnters, LLC | 51 West Carolina Chalmette, LA 70043 | MS | | |
| 132. | St. Germain, Keith | 3213 Angelique Drive Violet, LA 70092 | LA | | |
| 133. | Gardette, Emile, Jr. | 700 Lakeview Lane Covington, LA 70435 | LA | Sun Construction, LLC<br><br>Interior Exterior Building Supply, LP | 241<br><br>32 |
| 134. | Fincher, Donald | 277 Penn Mill Lakes Blvd. Covington, LA 70435 | LA | | |
| 135. | Barnes, James | 140 Willswood Lane Westwego, LA 70094 | LA | | |
| 136. | Gilchrist, Norman and Sharon | 2408 Culotta Street Chalmette, LA 70043 | LA | | |
| 137. | Wiggins, David Alan | 4447 Sierra Lane Gardendale, AL 35071 | AL | Mazer Discount Home Centers, Inc. | 37 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 138. Bourgeois, Marc P. and Julie A. Fielden | 4315 Annunciation Street New Orleans, LA 70163 | LA | | |
| 139. Bereijo, Joseph | 8007 West 36 Avenue, Apt. 5 Hialeah, FL | FL | Shoma Homes Splendido, Inc. | 225 |
| 140. Quattrocchi, William A. | 10320 SW Stephanie Way Unit #212 Port St. Lucie, FL | FL | Centerline Homes at Tradition, LLC <br><br> Centerline Homes Constructions, Inc. <br><br> Completed Communities, II, LLC <br><br> O.C.D. of S. FL, Inc. <br><br> P.D.C. | 87 <br><br> 88 <br><br> 96 <br><br> 332 <br><br> 333 Drywall Contractor s, Inc. |
| 141. Roy, Clifford | 8007 West 36 Avenue Apt. 4 Hialeah, FL 33018 | FL | Shoma Homes Splendido, Inc. | 225 |
| 142. The Sanctuary at Blue Heron, Inc. (Contact: Dave Raftis) | 8217 Sanctuary Drive #1 Naples, FL 34104 <br><br> 8217 Sanctuary Drive #2 Naples, FL 34104 <br><br> 8220 Sanctuary Drive #1 Naples, FL 34104 <br><br> 8221 Sanctuary Drive #1 Naples, FL 34104 <br><br> 8221 Sanctuary Drive #2 Naples, FL 34104 <br><br> 8224 Sanctuary Drive #1 | FL | Banner Supply Company Fort Myers | 7Naples, FL 34104 <br><br> 8224 Sanctuary Drive #2 Naples, FL 34104 |

13

| | | INTERVENING PLAINTIFFS | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 143. | Breckenridge, Russell | 311 South Laurel Street Amite, LA 70422 | LA | | |
| 144. | Favre, Jules | 50032 Sixth Street Bay St. Louis, MS 39520 | MS | | |
| 145. | Fields, Lawrence | 384 Hunter Avenue Pass Christian, MS 39571 | MS | | |
| 146. | Kelly, Jr., Jerry | 277 West Reynolds Ponotoc, MS 38863 | MS | | |
| 147. | McDaniel, Noel | 10281 A Hwy. 98 Lucedale, MS 39452 | MS | | |
| 148. | McNeil, Gabe | 64CR 122 Bay Springs, MS 39422 | MS | | |
| 149. | Catalanotto, Mary Ann (*previously named in Gross/Benes) | 743 Louque Street New Orleans, LA 70124 | LA | Martinez Drywall & Painting, LLC | 324 |
| 150. | Colomb, John and Sharon | 419 FL Blvd. New Orleans, LA 70124 | LA | Interior Exterior Building Supply, LP | 32 |
| 151. | Davis, Juanita | 4105 Elba Street New Orleans, LA 70125 | LA | | |
| 152. | Cheramie, Bertoule J. and Joan | 266 Carriage Pines Covington, LA 70435 | LA | Thompson Wood Products, Inc. Interior/Exterior Building Supply, LP | 250 32 |
| 153. | Campos, Carlos | 940 North Carrollton Avenue New Orleans, LA 70119 | LA | Interior/Exterior Building Supply, LP | 32 |
| 154. | Houghton, Thomas | 1007 Desire Street New Orleans, LA 70117 | LA | Bradford Lumber & Supply, Inc. | 13 |
| 155. | Davis, Lakeisha | 5543 Charlotte Drive New Orleans, LA 70122 | LA | | |
| 156. | Russo, John | 7416 Read Blvd. New Orleans, LA 70127 | LA | Interior/Exterior Building Supply, LP | 32 |

14

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 157. | Dempster, Barry and Annette | 212 Matthew Drive Des Allemands, LA 70030 | LA | Lowe's Home Centers, Inc. | 35 |
| 158. | Peebles, John D. | 107 Ryan Avenue Mobile, AL 36607 | AL | | |
| 159. | Bennett, James and Glenda | 1032 North Shiloh Road Hartford, AL 36344 | AL | | |
| 160. | Hodo, Mary and Simpson, Jesse and Melinda | 5423 Old Quarry Road Birmingham, AL 35235 | AL | | |
| 161. | Yoder, Beth | 1221 Greystone Park Drive Birmingham, AL 35242 | AL | | |
| 162. | Arnold, Mike and Nicole | 9413 Brighton Avenue Elberta, AL 36530 | AL | | |
| 163. | Ayers, Randy and Carrie | 2379 Ridgemont Drive Birmingham, AL 35244 | AL | | |
| 164. | Bennett, Andrew | 100 Jewell Circle Bessemer, AL 35020 | AL | | |
| 165. | DeMaio, Edward, Ann Marie and Jonathan | 1660 Renaissance Commons Blvd. - Unit 2127 Boynton Beach, FL 33426 | CT FL | | |
| 166. | Elkins, Frank and Ruby LaRue | 8601 Bradford Road Pinson, AL 35126 | AL | | |
| 167. | Eltahawy, Sherif and Leyon, Mikahil | 2195 3rd Lane, SW Vero Beach, FL 32962 | NY | | |
| 168. | Kazakov, Sergey and Alexandra | 1307 Glenn Aenue Lehigh Acres, FL 33972 | FL | MW Johnson Construction of FL, Inc. | 194 |
| 169. | Lewis, Gary R. and Rhonda C. | 22870 Country Ridge Parkway McCalla, AL 35111 | AL | | |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 170. | Maguire, Kristopher and Allison | 7952 Nature Trail Columbus, GA 31904 | GA | | |
| 171. | MS Investors d/b/a Manor House Apartments | 117 DeMontluzin Avenue Bay St. Louis, MS 39520 (71 Apartments) | GA | | |
| 172. | Murray, John C. and Sylvia | 1628 2nd Street Gulfport, MS 39501 | MS | | |
| 173. | Rodriguez, Iyanse | 1483 Southwest 146 Court Miami, FL 33184 | FL | | |
| 174. | Stringfellow, Vanessa | 127 Don Pilkington Road Lucedale, MS 39452 | MS | | |
| 175. | The Myers Building, LLC | 1305 2nd Avenue North Birmingham, AL 35203 | AL | | |
| 176. | Callihan, William and Courtney | 6577 General Diaz Street New Orleans, LA 70124 | LA | | |
| 177. | Friel, Dan and Kathryn | 6511 General Diaz Street New Orleans, LA 70124 | LA | | |
| 178. | Meyaski, Grenes | 532 Emerald Street New Orleans, LA 70124 | LA | Bayou Building Products, LLC | 10 |
| 179. | Wood, James | 3401 Hazel Drive Meraux, LA 70075 | LA | | |
| 180. | Palombi, Mark and Allison | 10612 SW Kelsey Way Port St. Lucie, FL 34987 | FL | Hanover Homes, Inc. P.D.C. Drywall Contractors, Inc. | 128 333 |
| 181. | Baltuskonis, William and Dolores | 3401 15th Street, W. Lehigh Acres, FL 33971 | FL | | |
| 182. | Coney, Jr., Ernest and Anika | 2109 N. Jefferson Street Tampa, FL 33602 | FL | | |

16

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 183. Crocker, Sharon | 443 Alico Libby Road Babson Park, FL 33867 | FL | | |
| 184. Eldurone, Florencia | 1623 Roosevelt Avenue Lehigh, FL 33972 | FL | | |
| 185. Eugene, Herbert and Antoinise | 2402 SW Garcia Avenue Port St. Lucie, FL 34953 | FL | | |
| 186. Gonzalez, Jesus A. | 702 Calvin Avenue Lehigh Acres, FL 33736 | FL | Adams Homes of Northwest FL, Inc. | 57 |
| 187. Huff, Scott and Dana | 1532 NW 24th Avenue Cape Coral, FL 33993 | FL | Adams Homes of Northwest FL, Inc. | 57 |
| 188. Jones, Frankie | 238 Victoria Avenue S. Lehigh Acres, FL 33974 | FL | | |
| 189. Maseda, Alfredo and Gladys | 2310 NE 33rd Terrace Cape Coral, FL 33909 | FL | Signature Series Homes, Inc. | 226 |
| 190. Miller, Donald and Judith | 1837 Notre Dame Avenue Port St. Lucie, FL 34953 | PA | | |
| 191. Mosquera, Maria and Rivera, Maria and Ortiz, Luis | 1323 NE 6th Place Cape Coral, FL 33909 | FL | | |
| 192. O'Brien, Kelly and Lori | 3120 W. Wallcraft Avenue Tampa, FL 33611 | FL | Steven R. Carter, Inc. Black Bear Gypsum Supply, Inc.LLC | 237 11 |
| 193. Patin, Jose | 11305 Laurel Brook Ct. Riverview, FL 33569 | FL | Rivercrest, LLC/St. Joe & Company | 212 |
| 194. Ravelo, Xiomara | 1010 NE 12th Terrace Cape Coral, FL 33909 | FL | Holiday Builders, Inc. | 133 |
| 195. Savarese, Michael | 10836 Tiberio Drive Fort Myers, FL 33913 | Maryland | | |
| 196. Tiede, Heather and Melyssa | 5249 Butte Street Lehigh Acres, FL 33971 | FL | K. Hovnanian First Homes, LLC | 148 |
| 197. Vega, Irene | 2604 70th Street, W Lehigh Acres, FL 33971 | FL | | |

17

| | | | | | |
|---|---|---|---|---|---|
| **INTERVENING PLAINTIFFS** | | | | | |
| **PLAINTIFF(S)** | | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 198. | Waters, Cart and Paulette | 1630 SW 4th Avenue Cape Coral, FL 33991 | FL | Baywood Construction, Inc. | 75 |
| 199. | Negrov, Pael | 1316 Nucelli Road North Port, FL 34288 | FL | Holiday Builders, Inc. | 133 |
| 200. | Amtmann, Dennis and Mary | 3602 36th Street Southwest Lehigh Acres, FL 33976 | WI | Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | 60 |
| 201. | Chisholm, Donna | 3485 Southwest Funtuna Street Port St. Lucie, FL 34953 | NY | | |
| 202. | Cinicollo, Michael and Gia | 2339 Kabat Avenue Nort Port, FL 34288 | FL | Trust America Homes, Inc. | 256 |
| 203. | Joseph, Alexander, Haley and Mogavero, Wayne | 13055 Sail Away Street North Fort Myers, FL 33903 | FL | Meritage Homes of FL, Inc.<br><br>FL Style Services, Inc. | 187<br><br>300 |
| 204. | Duenow, Kevin and Joyce | 4214 8th Street, SW Lehigh Acres, FL 33976 | CA | Advantage Builders of America, Inc. a/ka/ Advantage Builders of SWFL, Inc. | 60 |
| 205. | Rawh, Gunashwer and Heeranjani | 180 Patio Street Lehigh Acres, FL 33974 | FL | Advantage Builders of America, Inc. a/ka/ Advantage Builders of SWFL, Inc. | 60 |
| 206. | Krueckel, Susanne and Schneider, Wolfgang | 2724 SW 25th Street Cape Coral, FL 33914 | Germany | | |
| 207. | Kavanaugh, Daniel and Phyllis | 10480 Southwest Stephanie Way Unit 105 Port St. Lucie, FL 34982 | MA | Centerline Homes Construction, Inc. | 88 |
| 208. | Graham, Billy and Renee | 11945 Jackson Road Thonotosassa, FL 33592 | FL | | |
| 209. | Barrios, Ana and Becerra, Alexander | 11584 Hammocks Glade Drive Riverview, FL 33569 | FL | Rivercrest LLC, St. Joe Company, Inc. | 212 |

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| **PLAINTIFF(S)** | **ADDRESS OF SUBJECT PROPERTY** | **CITIZENSHIP OF PLAINTIFF(S)** | **SUBCLASS APPLICATION TO PLAINTIFF(S)** | **SUBCLASS NO.** |
| 210. | Carbonell, Wayne and Kimberly | 1718 NE 27th Terrace Cape Coral, FL 33909 | FL | Hansen Homes of South FL, Inc. | 129 |
| 211. | Lewis, Todd and Jayme for Jayme C. Lewis Trust | 6040 Jonathan's Bay Circle #501 Fort Myers, FL 33908 | FL | G. Drywalls Corp. United Drywall & Stucco, Inc. | 301 353 |
| 212. | Marandona, Michael and Arlen | 20516 Ardore Lane Estero, FL 33928 | FL | Lennar Corporation | 170 |
| 213. | Richardson, Valerie | 8596 Athena Court Lehigh Acres, FL 33971 | United Kingdom | | |
| 214. | Schatzel, Judy and Ralph | 3445 Northwest 18th Terrace Cape Coral, FL 33993 | FL | Aranda Homes, Inc. Banner Supply Co. | 67 6 |
| 215. | Winn, Brandon and Juliet | 12616 20th Street East Parrish, FL 34219 | AZ | | |
| 216. | Yarger, Rodney and Stacey | 1409 Northeast 9th Place Cape Coral, FL 33909 | OH | Hansen Homes of South FL, Inc. Banner Supply Co. | 129 6 |
| 217. | Garrido, Carlos and Olga | 8111 West 36th Avenue #4 Hialeah, FL 33018 | FL | Shoma Homes, Inc. Shoma Homes Splendido, Inc. | 224 225 |
| 218. | Racius, Lubraine and Anese | 4013 24th Street SW Lehigh Acres, FL 33976 | FL | | |
| 219. | Singh, Govind | 8374 Sumner Avenue Fort Myers, FL 33908 | FL | D.R. Horton, Inc. | 104 |
| 220. | Dryman, Lauren Bove | 10211 Avelar Ridge Drive Riverview, FL 33578 | FL | Taylor Morrison, Inc. | 244 |
| 221. | Mundt, Elaine | 11806 Bayport Lane 2501 Fort Myers, FL 33908 | FL | Avalon Preserve Developers, LLC FL Style Services, Inc. | 71 300 |

| INTERVENING PLAINTIFFS | | | | | |
|---|---|---|---|---|---|
| PLAINTIFF(S) | | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 222. | Daniels, Anatoly | 1907 Southeast 21st Court Homestead, FL 33035 | FL | South Kendall Construction Corp. Banner Supply Co. | 228 6 |
| 223. | Sistrunk, Earl | 6615 Sable Ridge Lane Naples, FL 34109 | FL | Banner Supply Fort Myers, LLC | 7 |
| 224. | Thompson, Benjamin and Deborah | 11527 Hammocks Glade Drive Riverview, FL 33569 | FL | Rivercrest, LLC St. Joe Company, Inc. | 212 |
| 225. | Wagner, Jonathon and Samanta | 11526 Hammocks Glade Drive Riverview, FL 33569 | FL | Rivercrest, LLC/St. Joe Company, Inc. | 212 |
| 226. | Weisberg, Edgar | 6568 41st Court East Sarasota, FL 34243 | FL | | |
| 227. | Yassa, Alain | 3402 Nrothwest 5th Terrace Cape Coral, FL 33993 | FL | American Gallery Development, LLC | 63 |
| 228. | Yusuf, Nejeh | 3732 Southwest 7th Place Unit #4 Cape Coral, FL 33914 | VA | | |
| 229. | Collins, James and Laura | 22866 Country Ridge Parkway McCalla, AL 35111 | AL | Mazer's Discount Home Centers, Inc. | 37 |
| 230. | Fulmer, Tiffany and Rory | 3804 Holland Court Phenix City, AL 36867 | AL | | |
| 231. | Hirt, Frederick and Ellen | 7814 Classics Drive Naples, FL 34113 | PA | | |
| 232. | Hobbs, James and Tammy | 1823 NE 6th Avenue Cape Coral, FL 33909 | VA | Holiday Builders, Inc. | 133 |
| 233. | Younes, Deborah | 1145 NE Forrest Avenue Arcadia, FL 34266 | FL | | |
| 234. | Leahy, III, Thomas | 3013 13th Street West Lehigh Acres, FL 33971 | CA | | |