| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 235. Gonzalez, Sergio and Maria | 3171 Sea Trawler Bend #1802 North Fort Myers, FL 33903 | FL | Meritage Homes of FL, Inc.<br><br>FL Style Services, Inc. | 187<br><br>330 |
| 236. Meinke, Mark and Jennifer | 11540 Hammocks Glade Drive Riverview, FL 33569 | FL | Rivercrest, LLC/The St. Joe Company | 212 |
| 237. Roque, Giovanni and Bertha | 16704 84th Court North Loxahatchee, FL 33470 | FL | | |
| 238. Azacarate, Jose and Lori | 1305 East 9th Street Lehigh Acres FL 33972 | FL | | |
| 239. Cort, Kenrick | 1512 Roosevelt Avenue Lehigh Acres, FL 33972 | FL | | |
| 240. Gibson, Wayne and Susan | 2454 Harrison Place Lakeland, FL 33810 | NJ | Lennar Corporation | 170 |
| 241. Judy, Robert and Kathie | 1727 Shenandoah Road Wimauma, FL 33598 | FL | | |
| 242. Mizell, Jr., George | 163 Southwest Haines Road Palm Bay, FL 32908 | FL | | |
| 243. Piatkowski, Alexander and Candice | 2610 Diplomat Parkway Cape Coral, FL 33993 | FL | | |
| 244. Donadio, Gaetano (Guy) | 2531 White Sand Lane Clearwater FL 33763 | FL | KB Home Tampa, LLC | 155 |
| 245. Hwu, Michele | 21 Southwest 22nd Avenue Cape Coral, FL 33991 | CA | Baywood Construction, Inc. | 75 |
| 246. Ladino, Yonny and Yasira | 4003 12th Street West Lehigh Acres, FL 33971 | | | |
| 247. Blain, David | 1525 Corolla Court Reunion, FL 34747 | CA | | |
| 248. Warthen, Brian and Johnson, Stephanie | 4625 Hickory Stream Lane Mulberry, FL 33860 | FL | Lennar Corporation | 170 |

21

| INTERVENING PLAINTIFFS | | | | |
|---|---|---|---|---|
| PLAINTIFF(S) | ADDRESS OF SUBJECT PROPERTY | CITIZENSHIP OF PLAINTIFF(S) | SUBCLASS APPLICATION TO PLAINTIFF(S) | SUBCLASS NO. |
| 249. | Whitten, Tim and Julie | 5223 Municipal Park Drive Loxley, AL 36551 | SC | Ace Home Center, Inc. | 2 |
| 250. | DeOliveira, Harry | 1819 Carriage Oak Ct. Hartsville, SC 29550 | SC | Hartsville Lumber & Barns, Inc. | 28 |
| 251. | Al-Burkat, Mohammed and Shawana | 1507 Taway Marsh Court St. Augustine, FL 32092 | FL | | |
| 252. | Mertlitz, Andy | 100 Andy Drive Dekalb, TX 75559 | TX | | |
| 253. | Martin, James | 4405 Crystal Downs Court Wesley Chapel, FL 33543 | FL | | |
| 254. | Baxter, Mavis, Joseph and Lillian | 17335 35th Place Loxahatchee, FL 33470 | FL | | |
| 255. | Pruitt, Sharhonda | 3412 Highway 77 East Atlanta, GA 75551 | TX | | |
| 256. | Haynes, Christine | 881 Jackson Street Elmore, AL 36025 | AL | | |
| 257. | Grant, Kenneth and Allison | 10400 SW Stephanie Way Unit 105 Port St. Lucie, FL 34986 | FL | | |
| 258. | Harmer, Frank and Barbara Ann | 6560 Caicos Street Vero Beach, FL 32967 | FL | Ironwood Properties, Inc. | 139 |
| 259. | Lee, Anthony Boyd | 7571 Lower Bay Road Bay St. Louis, MS 39520 | MS | Picayune Discount Building Supply | 43 |
| 260. | Jackson, Ronald | 149 Partridge Street Lehigh Acres, FL 33974 | FL | | |
| 261. | Latusek, Dean B. | 3604 Marietta Street Chalmette, LA 70043 | LA | | |

## DEMAND FOR JURY TRIAL

Intervening Plaintiffs, individually and on behalf of the Class and Subclass Members, hereby demand a trial by jury as to all issues so triable as a matter of right.

## PRAYER FOR RELIEF

WHEREFORE Intervening Plaintiffs, on behalf of themselves and all others similarly situated demand upon Defendants jointly and severally for:

a.   an order certifying the case as a class action;

b.   an order certifying the Class and each of the Subclasses;

c.   an order appointing Plaintiffs as the Class Representatives of the Class;

d.   an order appointing undersigned counsel and their firms as counsel for the Class;

e.   compensatory and statutory damages;

f.   punitive damages as allowed by law;

g.   pre and post-judgment interest as allowed by law;

h.   injunctive relief;

I.   an award of attorneys' fees as allowed by law;

j.   an award of taxable costs; and

k.   any and all such further relief as this Court deems just and proper.

23

Respectfully submitted,

Dated: July 9, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel - MDL 2047*

**PLAINTIFFS' STEERING COMMITTEE**

Arnold Levin
Fred S. Longer
Matthew C. Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

24

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

25

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seith Parker
Parker, Waichman, Alonso LLP
27399 Riverview Center Blvd.
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

**OF COUNSEL TO PLAINTIFFS' STEERING
COMMITTEE**

26

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

**COUNSEL FOR INDIVIDUAL PLAINTIFFS**[1]

---

[1]Attached hereto as Exhibit "A" is the contact information for each plaintiff's counsel and pro se plaintiff.

**Alters, Boldt, Brown, Rash & Culmo,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Alwill, Maria and Migliore, Sal
Andreae, Alex
Arevalo, Luis and Johns, Silvia
Arnold, Tom and Cathy
Bangthamai, Charinee
Blue Water Condominium Association
Burrow, Bret and Lyneen
Casanas, Dulce and Guerra, Enrique
Cattano, Phyllis
D'Aprile, Anthony and Marcia
Dumas, John
Dunbar, Michael
Escalona, Ileana and Delgado, Ruben
Fernandez, Frederico and Maria
Fernandez, Hely and Fuermayor, Carmen
Forbes, Scott
Garcia, Ernesto and Ortega Zilghean
Gonzalez, Petra and Castillo, Boris
Hartman, Kurt and Tracy
Hernandez, Alexandra
Higginbotham, Marcus
Jaen, Ruben
Johnson, C. Andre
Jones, Davon and Jennifer
Karlstromer, Stephen and Rose
Lavin, Eduardo and Esperanza
Lonergan, John, Sr.
Long, Cleon and Porche
Lor, Suihout and Yi Phung
Lopez, David

Magdalena Gardens Condo Association
Marin, Jose and Monica
Martin, Anthony and Kim
Mendez, Jesse
Moore, David and Deborah
Nunez, Jeovany
Ortigoza, Brent
Peace Harbor Condominium Association
Pena, Alfredo
Pitters-Hinds, Hartley and Joyce
Puerto, Rafael
Rainuzzo, Fabio
Raloi, LLC
Rincon, Gabriel and Luz
Rousseau, Gisselle
Rovira, Raquel and Navarro, Carlos
Salas, Esteban and Gomez, Iveth
Shafer, Sam and Mary
Sherman, Aryn and Cody
Sweeney, Patrick and Susan
Thomas, Steven and Elaine
Toledo, Maria
Touriz, Christopher and Denise
Villasana, George
Villavicencio, Carlos and DeLaCruz-Oller, Nelida
Villegas, Hiram

**Baron & Budd,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Assevado, Mary
Atianzar, Pedro and Sandra
Bertucci, Elizabeth
Ceasar, Swiney and Ella
Falgout, Christopher
Hicks, John and Betty

Ho, Dennis
Holmes, Rhonda
Mantrana, Anthony and Debra
Martin, Dennis
Martinez, John and Melanie
Matrana, Jeff

28

Melerine, Clifton and Glenda
Nunez, Allen
Pilet, Dennis
Robin, Charles III
Serigne, Paul and Hope
Smith, Chanty and Michael

Sperier, Mary
Villaneva, Lanny
WCI Chinese Drywall Property Damage and
Personal Injury Settlement Trust (hereafter,
the "WCI Trust")

**Barrios, Kingsdorf & Casteix, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Daboval, John and Rosemary
Kelly, Bruce and June
Macrory, Ann
Schieber, Sid and Susan
Schott, Mark and Susan
Voltolina, Michael and Roxann

**Becnel Law Firm, LLC/Morris Bart, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bowden, Charles and Tracy
Davis, Lolita
Hall, Torin
Lewis, Willie
Louis, Herbert
Miller, Karen and Buras, Clyde, Sr.
Miller, Yasha
Murphy, Lawrence and Sharon
Pitre, Diane
Ruiz, Elia
Ware, Shawnell
Williams, Damien and Claudette

**Becnel Law Firm, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Authement, Linda
Barbarin, Gloria
Bargky, David
Barnes, James
Battie, Silas
Bell, Gregory
Boutte, Kevin

Charles, Marva
Colomb, Sharon
Conrad, Ariane
Cresson, Robert, Sr.
Danese, Nicholas and Dawn
Dauphin, Michael
Davies, Nicolas

Davis, Vernon
Encalade, Letitia and
Thorne, Dontroy
Fincher, Donald
Gardette, Emile, Jr.
Green, Ronald
Hamilton, Glenda
Hargrove, Linda
Haydel, Merlin and Gail
Jennings, Marydia
Joseph, Ora
Luong, Dat
Marshall, Shaleeat
McGowan, Jerome
McKenzie, Elaine

Mershon, Tony and Debbie
Noor, Selah
Parker, Julie
Pelias, Gus
Petric, Vince and Whitney
Piskulich, Franko
Rolfes, June
Singleton, Deidre
St. Germain, Keith
Steffy, Sandra
Travelstead, Joel on behalf of Chalmette
Redevelopment Parnters, LLC
Trueblood, David

**Berrigan, Litchfield, Schonekas, Mann & Traina, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Gilchrist, Norman and Sharon

**Doyle Law Firm, PC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Wiggins, David Alan

**Gainsburgh, Benjamin, David, Meunier & Warshauer, LLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bourgeois, Marc P. and Julie A. Fielden

**Colson, Hicks, Eidson, Colson Matthews, Martinez,**
**Gonzales, Kalbac & Kane/Levin, Fishbein, Sedran & Berman/**
**Hausfeld, LLP and Law Offices of Richard J. Serpe,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Bereijo, Joseph
Quattrocchi, William A.
Roy, Clifford
The Sanctuary at Blue Heron, Inc.

**Hawkins, Stracener & Gibson, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Breckenridge, Russell
Favre, Jules
Fields, Lawrence
Kelly, Jr., Jerry
McDaniel, Noel
McNeil, Gabe

**Herman, Herman, Katz & Cotlar, LLP,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Campos, Carlos
Catalanotto, Mary Ann
Cheramie, Bertoule J. and Joan
Colomb, John and Sharon
Davis, Juanita
Davis, Lakeisha
Houghton, Thomas

**The Law Office of Joseph M. Bruno,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Russo, John

**Lemmon Law Firm,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Dempster, Barry and Annette

**Lewis & Roberts, PLLC,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Arnold, Mike and Nicole
Ayers, Randy and Carrie
Bennett, Andrew
Bennett, James and Glenda
DeMaio, Edward, Ann Marie and Jonathan
Elkins, Frank and Ruby LaRue
Eltahawy, Sherif and Leyon, Mikahil
Hodo, Mary and
Simpson, Jesse and Melinda
Kazakov, Sergey and Alexandra

Lewis, Gary R. and Rhonda C.
Maguire, Kristopher and Allison
MS Investors d/b/a Manor House Apartments
Murray, John C. and Sylvia
Peebles, John D.
Rodriguez, Iyanse
Stringfellow, Vanessa
The Myers Building, LLC
Yoder, Beth

**Martzell & Bickford,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Callihan, William and Courtney
Friel, Dan and Kathryn
Meyaski, Grenes
Wood, James

**McIntosh, Sawran, Peltz & Cartaya, PA,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Palombi, Mark and Allison

**Morgan & Morgan,**
*Counsel on Behalf of the Following Individual Plaintiffs*:

Baltuskonis, William and Dolores
Coney, Jr., Ernest and Anika
Crocker, Sharon
Eldurone, Florencia
Eugene, Herbert and Antoinise
Gonzalez, Jesus A.
Huff, Scott and Dana
Jones, Frankie
Maseda, Alfredo and Gladys
Miller, Donald and Judith

Mosquera, Maria and Rivera, Maria and Ortiz, Luis
O'Brien, Kelly and Lori
Patin, Jose
Ravelo, Xiomara
Savarese, Michael
Tiede, Heather and Melyssa
Vega, Irene
Waters, Cart and Paulette

**Norton, Hammersley, Lopez & Skokos, PA**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Negrov, Pael

**Parker, Waichman, Alonso, LLP**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Amtmann, Dennis and Mary
Azacarate, Jose and Lori
Barrios, Ana and Becerra, Alexander
Blain, David
Carbonell, Wayne and Kimberly
Chisholm, Donna
Cinicollo, Michael and Gia
Collins, James and Laura
Cort, Kenrick
Daniels, Anatoly
Donadio, Gaetano (Guy)
Dryman, Lauren Bove
Duenow, Kevin and Joyce
Fulmer, Tiffany and Rory
Garrido, Carlos and Olga
Gibson, Wayne and Susan
Gonzalez, Sergio and Maria
Graham, Billy and Renee
Hirt, Frederick and Ellen
Hobbs, James and Tammy
Hwu, Michele
Joseph, Alexander, Haley and Mogavero, Wayne
Judy, Robert and Kathie
Kavanaugh, Daniel and Phyllis
Krueckel, Susanne and Schneider, Wolfgang

Ladino, Yonny and Yasira
Leahy, III, Thomas
Lewis, Todd and Jayme for Jayme C. Lewis Trust
Marandona, Michael and Arlen
Meinke, Mark and Jennifer
Mizell, Jr., George
Mundt, Elaine
Piatkowski, Alexander and Candice
Racius, Lubraine and Anese
Rawh, Gunashwer and Heeranjani
Richardson, Valerie
Roque, Giovanni and Bertha
Schatzel, Judy and Ralph
Singh, Govind
Sistrunk, Earl
Thompson, Benjamin and Deborah
Wagner, Jonathon and Samanta
Warthen, Brian and Johnson, Stephanie
Weisberg, Edgar
Winn, Brandon and Juliet
Yarger, Rodney and Stacey
Yassa, Alain
Younes, Deborah
Yusuf, Nejeh

**Pittman, Dutton, Kirby & Hellums, PC**,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Whitten, Tim and Julie

### Reich & Binstock, LLP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Al-Burkat, Mohammed and Shawana
DeOliveira, Harry

### Seeger Weiss, LP,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Baxter, Mavis, Joseph and Lillian
Haynes, Christine
Martin, James
Mertlitz, Andy
Pruitt, Sharhonda

### Shapiro, Blasi, Waserman & Gora, PA,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Grant, Kenneth and Allison
Harmer, Frank and Barbara Ann

### Vaughn & Bowden, PA,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Lee, Anthony Boyd

### Viles and Beckman, LLC,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Jackson, Ronald

### Willis & Buckley,
*Counsel on Behalf of the Following Individual Plaintiffs*:

Latusek, Dean B.

# EXHIBIT A

*David Gross, et al. v. Knauf Gips KG, et al.*, Case No. 09-6690

### Exhibit "A"–Plaintiffs' Counsel Contact Information in Plaintiffs', Ruben Jaen, *et al.*, Omnibus Class Action Complaint in Intervention (III(A))

| PLAINTIFF'S COUNSEL |
|---|
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>jeremy@abbrclaw.com |
| Bruce Steckler<br>Baron & Budd<br>3102 Oak Lawn Avenue<br>Suite 1100<br>Dallas, TX  75219-4281<br>Phone: (214) 521-3605<br>Fax: (214) 520-1181<br>hflowers@baronbudd.com |
| Dawn M. Barrios<br>Barrios, Kingsdorf & Casteix, LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, LA 70139<br>Phone: (504) 524-3300<br>Fax: (504) 524-3313<br>Barrios@bkc-law.com |

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
mmoreland@becnellaw.com

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Jimmy Doyle, Esquire
Doyle Law Firm, PC
P.O. Box 36445
Birmingham, AL 35236
Phone: (205) 533-9500
Fax: (205) 332-1362
jvdoyle2@yahoo.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Michael D. Hausfeld
Richard S. Lewis
Hausfeld LLP
1700 K Street, N.W.
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
Egibson@hsglawfirm.net

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
rherman@hhkc.com

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
stephaniep@jbrunolaw.com

Andrew A. Lemmon
Lemmon Law Firm
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
tiffany@lemmonlawfirm.com

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
alevin@lfsblaw.com

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC  27619
Phone (919) 981-0191
Fax: (919) 981-0199
akf@lewis-roberts.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
morrisbart@morrisbart.com

Darren R. Inverso
Norton, Hammersley, Lopez & Skokos, P.A.
1819 Main Street, Suite 610
Sarasota, FL 34236
Phone: (941) 954-4691
Fax: (941) 954-2128
dinverso@nhlslaw.com

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jchaikin@yourlawyer.com

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
booths@pdkhlaw.com

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

Christopher Seeger
Jeffery Grand
Evan Goldberg
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
egoldberg@seegerweiss.com

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
agrant@sbwlawfirm.com

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
michael@vilesandbeckman.com
marcus@vilesandbeckman.com

William P. Buckley
Willis & Buckley
3723 Canal Street
New Orleans, LA 70119
Phone: (504) 488-6301
Fax: (504) 488-6302
billcs@bellsouth.net