UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L JUDGE FALLON MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of

Plaintiffs' Motion to Intervene, it is hereby ORDERED, ADJUDGED AND DECREED that said

motion is GRANTED.  The clerk is hereby directed to enter of record Plaintiffs', Ruben Jaen, *et.*

*al.*, Omnibus Class Action Complaint in Intervention (III(A)), Exhibit "A" to Plaintiffs' Motion

to Intervene.

The Intervening Plaintiffs identified in the Complaint in Intervention, are parties to the

proceedings in *Gross, et al. v. Knauf Gips KG, et. al.*, Case No. 2:09-cv-6690 (E.D.La.).

Intervening Plaintiffs shall be deemed members of the class being prosecuted against the

indeterminate defendants in *Gross*.  Additionally, Intervening Plaintiffs shall be deemed

members of the subclasses (against the identifiable defendants) as set forth in the Complaint in

Intervention.

1

By the Court,

_____
HONORABLE ELDON E. FALLON