UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| THIS DOCUMENT RELATES TO DAVID GROSS ET AL | JUDGE FALLON |

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-CV-06690
_____/

## EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT CONTRACTOR/INSTALLER PROFILE FORM

COMES NOW, Defendant, CORAL PLASTERING & WALL SYSTEMS (hereinafter "Coral Plastering"), which respectfully represents it requires additional time to respond to the Contractor/Installer Profile Form but is diligent working to gather the information requested therein. This is the first request for an extension by this party.

WHEREFORE, Defendant, Coral Plastering, prays for an extension of time through and including July 23, 2010 to submit the Contractor/Installer Profile Form required by the Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that this document has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Judson
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By: __/s/ Mark Yeslow
Mark Yeslow
Florida Bar No. 614701