UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| THIS DOCUMENT RELATES TO DAVID GROSS ET AL | JUDGE FALLON |

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-CV-06690
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT CONTRACTOR/INSTALLER PROFILE FORM

Considering the Motion for Extension of Time to Submit Contractor/Installer Profile Form filed on behalf of Defendant, Coral Plastering & Wall Systems.

Defendant, Coral Plastering & Wall Systems, is HEREBY granted through and until July 23, 2010 to submit the required Contractor/Installer Profile Form.

NEW ORLEANS, LOUISIANA this ____ day of July, 2010.

_____
HONORABLE ELDON FALLON
UNITED STATES DISTRICT COURT JUDGE