UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>SEAN and BETH PAYTON, *et al.* v.<br>KNAUPF GIP KG, *et al.*,<br>Case No. 2:09-cv-07628-EEF-JCW<br>_____ / | |

### DEFENDANTS, PROMENADE DEVELOPERS, LTD.'S, E.N. SUTTIN CONSTRUCTION COMPANY'S AND VINTAGE PROPERTIES, INC.'S MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST THEM IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT

Defendants, Promenade Developers, LTD, E.N. Suttin Construction Company and Vintage Properties, Inc. (collectively, the "Defendants"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move to dismiss with prejudice all claims against them in the Amended Omnibus Class Action Complaint[1] brought by plaintiffs Manley and Dianne Feinberg (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted.

In a shotgun pleading that makes no effort to distinguish between Defendants and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment,

---

[1] On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed. R. Civ. P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160]. The amendments to the Payton Omnibus Class Action Complaint do not alter the legal claims against Defendants.

{FT693466;1}

Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring. As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendants respectfully requests that the Court enter an order dismissing the claims against them pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Defendants their fees in defending this action against Plaintiffs pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 9th, 2010

        Respectfully submitted,

        **AKERMAN SENTERFITT**
        Las Olas Centre II, Suite 1600
        350 East Las Olas Boulevard
        Fort Lauderdale, FL  33301-2229
        Phone:  (954) 463-2700
        Fax:  (954) 463-2224

        By: /s/  Stacy Bercun Bohm
           Hugh J. Turner Jr., Esq.
           Florida Bar Number:  203033
           Email:  hugh.turner@akerman.com
           Stacy Bercun Bohm, Esq.
           Florida Bar Number:  022462
           Email:  stacy.bohm@akerman.com

        *Attorneys for Defendants, Promenade Developers, Ltd., E.N. Suttin Construction Co., and Vintage Properties, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  9th day of July, 2010.


                /s/   Stacy Bercun Bohm