UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL<br>          PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW
_____/

### DEFENDANT, HAMMER CONSTRUCTION SERVICES, LTD.'S, MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST IT IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT

Defendant, Hammer Construction Services, Ltd. ("Hammer"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against it in the Amended Omnibus Class Action Complaint[1] brought by plaintiffs **Geraldo Alfonso and Olga Perez** (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted.

In a shotgun pleading that makes no effort to distinguish between Hammer and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring.  As detailed in the accompanying memorandum of law in

---

[1] On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160].  The amendments to the Payton Omnibus Class Action Complaint do not alter the legal claims against Hammer.

{FT693670;1}

support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Hammer respectfully requests that the Court enter an order dismissing the Plaintiffs' claims against Hammer pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Hammer its fees in defending this action pursuant to Article XI of the Construction Agreement (as more fully set forth in the accompanying memorandum of law) and pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 9th, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: _____/s/ Stacy Bercun Bohm_____
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email:  stacy.bohm@akerman.com
          valerie.greenberg@akerman.com
          leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT HAMMER CONSTRUCTION SERVICES, LTD.**

{FT693670;1}

**PHELPS DUNBAR LLP**

BY:     /s/ Brent B. Barriere
    Brent B. Barriere (La. Bar No. 2818)
    Susie Morgan (La. Bar No. 9715)
    D. Skylar Rosenbloom (La Bar No. 31309)
    Canal Place
    365 Canal Street • Suite 2000
    New Orleans, Louisiana 70130-6534
    Telephone: (504) 566-1311
    Telecopier: (504) 568-9130
    Email: Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, HAMMER CONSTRUCTION SERVICES, LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of July, 2010.

        /s/   Stacy Bercun Bohm