EXHIBIT A



## CONSTRUCTION AGREEMENT

**Hammer Construction Services LTD, License # CBC034969** (Contractor) and **Geraldo Perez and Olga Z. Alfonso** (Owner), for themselves and their heirs, representatives, successors and assigns, agrees as follows: Contractor will build a home substantially like a **St. Lucia II** model, on lot **56 and 57**, block **1811**, unit **45**, (Owner's warranty deed is attached) street **3523 SW 2ⁿᵈ Ave** , lot size **80x125**, garage location **TBD**. *RIGHT*

**I.** The Owner hereby grants possession of the building site to Contractor; the building site will be redelivered to Owner upon completion of construction and payments by Owner of all money due Contractor under this Agreement. Possession of the premises shall not be delivered to the Owner until the residence has been fully constructed and the full contract price, plus any addendums, change orders, additional monies, has been paid to the Contractor. It is agreed that the Contractor will deliver a notice of completion to the Owner, and that the Owner shall, within five (5) days after the receipt of said notice, make final payment to the contractor. At the time of such final settlement, Contractor will present an affidavit of "no liens" covering all materials and labor to the Owner. Owner agrees and under no circumstances will Owner occupy the premises prior to payment of all amounts due. Contractor shall retain exclusive possession of the entire premises until completion of construction thereon, and occupancy of any part thereof by Owner prior to completion shall be deemed to constitute an acknowledgment on Owner's part of complete performance by Contractor of the construction under this Agreement and all balances due Contractor shall become immediately due and payable. Owner's final payment shall be paid to Contractor after a Certificate of Occupancy has been issued and premises are substantially ready for occupancy. Owner shall not have the right to delay final payment because of work that does not interfere with occupancy. Said work will be listed in a Final Punch List, signed by Owner and Contractor's representative. This work will be scheduled and completed by Contractor as quickly as possible; however, Owner's final payment shall not be delayed until completion of the Final Punch List. Substantial performance on the part of the Contractor in good faith and without willful failure shall be deemed sufficient performance. The issuance of the Certificate of Occupancy shall constitute substantial performance of this Agreement by Contractor.

**II.** The prices following on this construction agreement is guaranteed to the Owner for **14 calendar days** after local governing authorities have released the building permit. Should start of construction be delayed beyond this time by anyone other than Contractor. This includes but not limited to, any reason of ruling or regulation of any governmental authority, or by reason of any other cause not the fault of the Contractor, **including Owner having not completed color selection, or Owner making excessive changes after contract is signed, the** price will then be adjusted to **include all price changes accruing during the period of delay.** Excessive changes is to be defined at more than one set of preliminary sets of blue prints and/or more than one set of red-lined drawings from the Owner. Time is of the essence in executing this contract. This contract will not be considered fully executed until Hammer Construction receives a signed contract and a deposit check of the customary amount of **$3,000.00**. Prices cannot be locked in until the contract is fully executed. After contract is executed, Owner has five (5) business days to make application for financing, if applicable, and must evidence so in writing to Hammer Construction. Owner or Contractor has three (3) calendar days to rescind this contract. If contract is rescinded by Owner or Contractor, during the first three (3) days after execution, the full deposit will be refunded to Owner. After the three (3) day period, Contractor will diligently process the permit making the deposit non refundable after this time. If Contractor cannot obtain all permits to perform the work described herein in accordance with the plans and specifications within a reasonable time, Contractor may terminate this



## CONSTRUCTION AGREEMENT

Agreement or agreement may be continued upon Owner's written request and Owner agreeing to absorb any and all price increases until a time that a permit may be obtained.

**III.** Contractor shall have the right to substitute materials, appliances, cabinets, fixtures, with similar quality, utility, value and/or color where necessary due to cost increases, unavailability or shortages at the time ordered, or cancellation of a supplier. Owner agrees and acknowledges that certain items such as brick, wood, wood grain, carpet, paint, cabinets, marble, tile, mica, and the like, are subject to shading and graduation and may vary from samples, models or color charts, and from piece to piece. Contractor shall not be liable for those variations.

**IV.** The Contractor will furnish Builder's Risk insurance as required during the construction period. Contractor will also furnish Workmen's Compensation and Public Liability Insurance. Contractor does not furnish wind insurance. It is Owner's responsibility to purchase wind insurance, but Contractor does not require Owner to do so. Due to insurance restrictions, only employees are allowed on the job site between 7:00 AM and 5:00 PM. Contractor shall not be liable for any injuries resulting from Owner's trespass violation. Cost of flood insurance, if applicable, will be borne by the Owner. At the Owner's option, Owner may maintain liability insurance as to protect Owner against claims, which may arise from the operations described in the Agreement.

**V.** This agreement covers construction of the above-described residence on a clear and level lot. Should the property need any clearing or fill dirt to achieve a level lot, cost is to be borne by the Owner. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owner. Should the slope or elevation of the property be such as to require additional foundation block or need a retaining wall, cost will be borne by the Owner. Any additional expense caused by rock, excessive water or other adverse subsoil conditions will be borne by the Owner. Expense of using special equipment due to any of the above mentioned conditions, including, but not limited to concrete pumping, is to be borne by the Owner. The Contractor shall in no way be held responsible for the sub-surface conditions of the property or any other conditions which a soil test of said property might reveal. Expense of electrical service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owner. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent or supply equipment to provide utilities at Owner's expense at prevailing local rates.

**VI.** If applicable, only homes built in the Lee County Electric Co-operative Company's district will receive a Good Cents Certificate.

**VII.** The Contractor guarantees all workmanship and material. This limited guarantee is in exclusion of and in lieu of all other guarantees or warranties, and liability herein terminates one year from date Certificate of Occupancy is issued. All manufacturers' warranties shall continue in force and effect according to their terms. The Owner is responsible for maintaining sod and landscaping after it is installed. If not maintained properly warranty does not apply. Owner is responsible for maintenance on residence; any void in maintenance negates warranty. Should the Contractor determine that warranty work requested by Owner was a result of neglect or abuse, the Owner agrees to reimburse the Contractor for all expenses incurred in the repair. Any polished brass

Printed: 8/9/05 @ 4:05 PM                Page 2 of 7                Owner's Initials _____



# CONSTRUCTION AGREEMENT

hardware and/or bath fixtures are subject to tarnishing and therefore not warranted against such by Contractor. Contractor shall not be liable for any cracks in any concrete. Use nothing abrasive on any cultured marble product. Contractor supplies all labor through sub-contractors, hired by Contractor. Contractor will not accept nor allow any work to be completed by anyone, including Owner, that is not pre-approved by Contractor. If Contractor allows Owner to construct, cause to be built or contract with other parties for any construction on the premises, Owner will be directly responsible to the Contractor for damages, delays and costs thereof resulting from work the Owner has performed, or from work performed by any other parties the Owner has authorized. The Owner, when contracting with other parties, agrees to use only licensed persons, and must supply the Contractor with a valid Certificate of Liability and Workman's Compensation Insurance, prior to commencement. The Owner holds the Contractor harmless for any and all delays, damages, and injuries which may result. Contractor's model home or construction office shall not be used as a storage facility for Owner's materials. In the event that Owner contracts a Pool Contractor not approved by Contractor, Pool and related items may not begin construction until Contractor receives a Certificate of Occupancy on the house.

**VIII.** All dimensions are approximate. Contractor reserves the right to change and/or alter specifications, dimensions, and materials without notice. Any changes will in the Contractor's opinion be of equal or greater value. Contractor shall have the right to make architectural, structural or design modifications or changes in the plans or construction as it deems necessary, so long as they do not substantially and adversely change the plans or if it is required by any controlling governmental authority. Owner has read, initialed, and understands Specification's of residence to be constructed.

**IX.** The Contractor will furnish a concrete driveway of up to 1020 square feet. Additional driveway will be charged to the Owner at _____ $3.90_____ per square foot. Local governing agencies determine the condition of the lot be such that a culvert is needed to construct a proper driveway, this decision is not made by Contractor. Contractor furnishes culvert under drive only, if required by building department. A three-course stemwall foundation is included in the base price of all of our homes, any additional courses including fill inside of stemwall only, if needed, is $ 1,500.00 _____ per course

**X.** The Contractor will connect to public water and sewer lines required and the cost will be borne by the Contractor, at the amount as of execution date of this contract. The Contractor will connect to public water and sewer lines to a distance of forty (40) feet. Cost of lines required over forty (40) feet will be borne by Owner. Where Owner's lot is not located on public water or sewer, the cost of installing a septic system and related septic items (gutters, perc test), water well and water pump piped to the well area will be borne by the Owner. Any price increases for water/sewer, or impact fees after contract is executed, will be borne by Owner. All assessment or betterment fees, lot clearing, tree and rock removal, additional fill over which is required for a 3 course stemwall, seawall, dock, boom pump, underground electric, are to be borne by Owner.

**XI.** In the event that either party to this contract is required to institute legal proceedings to enforce its respective rights, including but not limited to the institution of a lawsuit, retaining an attorney for collection purposes and the like, the prevailing party shall be entitled to its legal fees and costs incurred. This Agreement shall be binding upon the heirs, executors, administrators, successors, and assigns of Owner.

**XII.** Owner will receive preliminary prints per their options as outlined in the contract, and will then be



## CONSTRUCTION AGREEMENT

allowed to "red line" prints with changes and/or additions at no charge. Changes and/or additions will be made to the original prints. After these changes and/or additions are made, any additional changes affecting the prints will carry a $50.00 charge for additional prints.

**XII.** In the event that additions, deletions or changes to the original contract are made, same shall be evidenced in writing. If any addition or change to the contract is requested, Owner as here before identified, agrees to make payment of the costs associated with said addition or change as is presented by Contractor, at the time change order is signed by Owner. In the event of a deletion or change order, which negatively impacts upon the contract price, same shall also be evidenced by a written change order and related credit shall be given to Owner. All changes and/or additions must be on a signed change order from this office. Contractor reserves the right to disapprove a change order if in its sole discretion and judgment the change will delay the prudent continuation of the job schedule. Contractor shall not be liable for and shall not perform any work that is orally requested by Owner. Each change will carry a $50.00 administrative fee. In addition each change and/or addition requiring a revision by the local municipality, after the building permit has been applied for, will have a $50.00 revision fee charged by the building department. Owner acknowledges that no employees of Contractor, or any subcontractors have the authority to modify this contract. All items following marked "Allowances" are estimates and final charges may be higher or lower than estimated.

## XIV. CONSTRUCTION INDUSTRIES RECOVERY FUND
The following statement is required by Section 489.1425 Florida Statues:
Payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state licensed contractor. For information about the Recovery Fund and filing a claim, contact the Florida Construction Industry Licensing Board at the following telephone number and address: Florida Construction Industry Licensing Board, 7920 Arlington Expressway, Suite 300, Jacksonville, FL 32211, Phone: (904) 727-6530.

## XV. NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS



## CONSTRUCTION AGREEMENT

THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

### XVI. CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTION 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.



## CONSTRUCTION AGREEMENT

*Perez*

XVII.  Basic Price of **St. Lucia II** model;  **$275,100** with all inclusions per attached specification sheet.

ADDITIONS

| | |
|---|---|
| 1 column and knee wall | 825 |
| Paver walk and entry | 1500 |
| Tray ceiling in family room w/recept | 1800 |
| 3 sets french doors(2 in family room, 1 in master) | 1950 |
| sq. corner in family room | N/C |
| wire boat lift | 650 |
| water and electric to dock | 625 |
| jetted master tub | 1100 |
| delete and credit island | -750 |
| delete and credit windows rear master | -150 |
| wire for speakers on lanai | N/C |
| Pool Allowance | 32000 |
| Retaining wall allowance | 6000 |
| Deck extended behind family room | 6000 |
| Discount per Larry | 1650 |

### Contract Price $325,000

XVIII.  **PAYMENTS:**  The total contract price (exclusive of unknown charges) to be paid to Contractor, is **$325,000** of which **$3000** has been paid and 10% (**$32,200**) of balance is to be paid before construction begins leaving an **original balance of $289,800** which shall be paid to the Contractor according to the following draw schedule.  Checks are to be given or sent to the Contractor at the address below within seven (7) days of receipt of written notice that a draw is due.  On nonpayment of any draw when due under the terms of this Agreement, Contractor at Contractor's option may cease work until such draw is paid.  All funds for closing are payable in cash or by Cashiers Check.  Or if Owner is financing then Contractor will use the Lender's draw schedule.

### CONTRACTOR'S DRAW SCHEDULE

20% of original balance when slab is poured
20% of original balance when roof is dried-in
20% of original balance when drywall is installed
20% of original balance when cabinets are installed
Final 20% of original balance plus any additions and/or credits when house is complete



## CONSTRUCTION AGREEMENT

**XIV.**

Notices:  to Contractor, mailed to     Hammer Construction
                                                 Construction Office
                                                 601 Del Prado Blvd. N. #8
                                                   Cape Coral, FL  33909

To Owner, delivered or mailed to     <u>Olga Z. Alfonso / Geraldo Perez</u>
                                                 <u>4540 SW 99th Ct.</u>
                                                 <u>Miami, Fl 33165</u>

I (We) have read and understand and agree to the provisions set forth of this Construction Agreement and I (we) state that no representation, promise or agreement not expressed in the Construction Agreement has been made to induce me/us to enter into this Agreement.

Signed at <u>    Cape Coral    </u>, this <u>9th</u> day of <u>August</u> 2005.

Phone:  Business <u>305 302 4191</u>
                                          , Owner

       Residence <u>305 322 8626</u>
                                           , Owner

Phone:  Const. Office <u>239-573-0730</u>
         Sale Office <u>   239-945-6080  </u>
                              Lawrence Denmark, Contractor

Salesperson      <u>Gary Burkholder</u>

EXHIBIT B

Plaintiff Profile Form - Residential Properties

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge. If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known. You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law. To the extent that the form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary. All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

| | |
|---|---|
| Name Property Owner | Geraldo Perez and Olga Alfonso |
| Address of Affected Property | 3523 SW 2nd Avenue |
| | City: Cape Coral   State: FL   Zip: 33914 |
| Is this Property:* | Residential ☑   Commercial ☐   Governmental ☐ |
| Name of Person Completing this Form | Geraldo Perez |
| Is above your primary residence? | Yes ☑ No ☐ |
| Mailing Address (if different) | |
| | City:   State:   Zip: |
| Phone: | 239-540-3523 |

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

| | |
|---|---|
| Check one: | Owner-Occupant ☑   Owner Only ☐   Renter-Occupant ☐ |
| Represented By: | Morgan & Morgan, PA |
| Address: | 12800 University Drive, Suite 600 |
| | City: Ft. Myers   State: FL   Zip: 33907 |
| Phone: | 239-433-6880 |
| Case No. /Docket Info: | 09-7628 |

## Section II. Insurance Information

| | |
|---|---|
| Homeowner/ Renter Insurer: | |
| | ASI Preferred Insurance Corporation |
| Policy #: | FLP13092 |
| Agent: | Time Insurance Agency, Inc. |
| Address: | 115 W. Olympia Avenue, Unit 122 |
| | City: Punta Gorda   State: FL   Zip: 33950 |
| Phone: | 941-637-1106 |

**+ Attach Copy of Insurance Declaration Page**

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Geraldo Perez | 12-29-2006 | | M ☑ F ☐ | 12-31-1958 | Yes ☑ No ☐ | Owner-Occupant |
| Olga Zoila Alfonso | 12-29-2006 | | M ☐ F ☑ | 06-27-1961 | Yes ☑ No ☐ | Owner-Occupant |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |
| | | | M ☐ F ☐ | | Yes ☐ No ☐ | |

* Personal injuries include claims for mental anguish and medical monitoring.

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?     Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?    Erickson's Drying Systems

     1.2. When did the inspection take place?     `10-15-2009`

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?    Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0, Section IV. Who made this determination?    Shane Heidle

     2.2. When was this determination made?     `10-15-2009`

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| Knauf | Knauf-China;36 06-06-; 20.09 | attic |
| | | |
| | | |
| | | |

1.0. Have you, or has anyone on your behalf, sent written notice to your homebuilder, drywall contractor, drywall supplier/ distributor, drywall manufacturer or any other person or entity of your claim that your home contains Chinese-manufactured drywall?    Yes ☐ No ☑

   1.1. If "Yes" to question 1.0 Section V. to whom has any such notice been sent?

     1.2. When was notice sent?

     + Attach copy of notice Sent

2.0. Have you, or has anyone on your behalf, made a request that your home be repaired as a result of the presence of Chinese-manufactured drywall in your home?    Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0. Section V. to whom has the request been made?    Cornerstone

     2.2. When was the request made?     `10-9-2009`

     + Attach copy of written request

3.0. Has your home been repaired in any way as a result of the presence of Chinese-manufactured drywall?    Yes ☐ No ☑

   3.1. If "No" to question 3.0. Section V. Have any such repairs to your home been offered?    Yes ☐ No ☑

     3.1.a. If "Yes" to question 3.1. Section V. When was the offer made?

     3.1.b. Who made the offer?

   3.2. If "Yes" to Question 3.0. Section V. Have any such repairs to your home been initiated?    Yes ☐ No ☑

     3.2.a. Have any such repairs to your home been completed?    Yes ☐ No ☑

     3.2.b. Who paid or is paying for the repairs?

     3.2.c. What was/is the total cost?

     3.2.d. Have samples of the Chinese-manufactured drywall been kept?    Yes ☐ No ☑

     3.2.e. Who possesses the samples?

**Section VI. Questions for Florida Residents Only\***

1.0. Have you, or anyone on your behalf, sent any notices under Chapter 558 of the Florida Statutes regarding the presence of Chinese-manufactured drywall in your home?    Yes ☑ No ☐

   1.1. If "Yes" to Question 1.0., Section VI. To whom has any such notice been sent?    Hammer Construction

     1.2. When was notice sent?    `10-13-2009`

     + Attach copy of notice

2.0. Have you received any responses to your notice under Chapter 558?    Yes ☑ No ☐

   2.1. If "Yes" to Question 2.0., Section VI. From whom did you receive such notice?    Hammer Construcion, Inc.

     2.2. When was it received?    `11-23-2009`

3.0. Has anyone inspected your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   3.1. If "Yes" to Question 3.0., Section VI. Who inspected your home?

4.0. Have you received a written offer to repair your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   4.1. If "Yes" to Question 4.0., Section VI. From whom did you receive this written offer?

     4.2. When was it received?

5.0. Have any repairs been performed in your home in response to your notice under Chapter 558?    Yes ☐ No ☑

   5.1. If "Yes" to Question 6.0., Section VI. Who performed these repairs?

     5.2. What repairs were performed?

     5.3. When were the repairs performed?

\*By completing this section, plaintiffs neither agree with the applicability of Chapter 558 of the Florida Statutes to this action or plaintiffs'claims, nor do plaintiffs waive any rights or agree that such notice is required. Defendants contend that plaintiffs are not relieved of any obligations they may or may not have arising under Chapter 558 of the Florida Statutes, and defendants are not waiving any rights they may have under said statute.

Plaintiff Profile Form - Residential Properties

### Section VII. Home Information

| | | | | Yes | No |
|---|---|---|---|---|---|
| Approx. Sq. Ft. of House: | 3500 | | | | |
| Estimated Sq. Ft. of Drywall | n/a | Occupied | | ✓ | |
| Height of Interior Walls | 16' | Year-round | | ✓ | |
| Number of Bedrooms: | 3 | Summer | | ✓ | |
| Number of Bathrooms: | 2 | Winter | | ✓ | |

#### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | ✓ | | |
| Copper Piping | ✓ | | |
| Copper Fixtures | ✓ | | |
| Other Fixtures | ✓ | | |
| Were repairs made to the plumbing system? | | | |
| Dates: | | | |

#### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | ✓ | | |
| Switches | ✓ | | |
| Main Panel | ✓ | | |
| 2nd Panel | ✓ | | |
| Exposed Copper Wires | ✓ | | |
| Were repairs made to the electrical system? | | ✓ | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

### Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | 10-2005 | Completion Date | 12-29-2006 |
|---|---|---|---|
| Move In Date: | 12-29-2006 | Date Acquired Home | 12-29-2006 |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | ✓ | |
| First Floor: Full Wall of drywall replaced | | ✓ | |
| Second Floor: Any drywall replaced | | ✓ | |

### Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:
Hammer Construction

Address: 1027 SE 10th Street

City: Cape Coral State: FL Zip: 33990

Phone: 239-573-0730

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

### Section X. Drywall Installer

Drywall Installer's Name:
unknown

| Address: | n/a |
|---|---|
| | n/a |
| City: n/a | State: n/ Zip: n/a |
| Phone: | n/a |

### Section XI. Drywall Supplier

Drywall Supplier's Name:
unknown

| Address: | n/a |
|---|---|
| | n/a |
| City: n/a | State: n/ Zip: n/a |
| Phone: | n/a |

### Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

PerezG0003

Page 3

Plaintiff Profile Form – Residential Properties

## Section VII. Home Information

| Approx. Sq. Ft. of House: | 3500 | | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 3500 | Occupied | X | |
| Height of Interior Walls | 16' | Year-round | X | |
| Number of Bedrooms: | | Summer | | X |
| Number of Bathrooms: | 4 | Winter | | X |

### Plumbing System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping | X | | |
| Copper Piping | X | | |
| Copper Fixtures | X | | |
| Other Fixtures | | | |
| Were repairs made to the plumbing system? | | X | |
| Dates: | | | |

### Electrical System

| | Blackening or Corrosion? | | |
|---|---|---|---|
| | Yes | No | N/A |
| Receptacles | X | | |
| Switches | X | | |
| Main Panel | X | | |
| 2nd Panel | X | | |
| Exposed Copper Wires | X | | |
| Were repairs made to the electrical system? | | X | |
| Dates: | | | |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper

## Section VIII. Construction/Renovation Information

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | OCT-05 | Completion Date | 12-19-06 |
|---|---|---|---|
| Move In Date: | 12-19-06 | Date Acquired Home | " " " |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | | Completion Date | |
|---|---|---|---|
| Move In Date: | | | |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced | | X | |
| First Floor: Full Wall of drywall replaced | | X | |
| Second Floor: Any drywall replaced | | X | |

## Section IX. Homebuilder/ General Contractor/ Developer Information

Homebuilder/ General Contractor/ Developer's Name:

HAMMER CONSTRUCTION

Address: Cape Coral Fl

City:        State:        Zip:

Phone:

+ Attach Copy of Construction/Renovation Contract

+ Attach Copy of New Home Warranty Declaration

## Section X. Drywall Installer

Drywall Installer's Name:

Address:

City:        State:        Zip:

Phone:

## Section XI. Drywall Supplier

Drywall Supplier's Name:

Address:

City:        State:        Zip:

Phone:

## Section XII. Verification of Plaintiff Profile Form

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed 10-8-09 | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed 10-8-09 | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

PerezG0004

**Homeowners Declaration Page**

ASI Preferred Insurance Corp
805 Executive Center Dr W Suite 300
St. Petersburg, FL 33702
For General Inquiries: (727) 374-2502



| Total Policy Premium: | $996 |
| Policy Number: | FLP13092... |

**Named Insured:**
Olga Z Alfonso And/Or Geraldo Perez
3523 sw 2nd ave
cape coraL, FL 33914

| Agent: | |
| Time Insurance Agency, Inc. | |
| 115 W. Olympia Ave, Unit 122 | |
| Punta Gorda, FL 33950 | |
| Agent Code: | 415077 |
| For Policy Service, Call: | (941) 637-1106 |

**Effective Date of This Transaction:** 12/27/2008

**Activity of This Transaction:** New Business
**Residence Premises:**
3523 SW 2ND AVE
CAPE CORAL, FL 33914

**Policy Period:** From: 12/27/2008 To: 12/27/2009
(At 12:01 AM Standard Time at the residence premises)

**Plan Type:** HO3

| Coverage at the residence premises is provided only where a limit of liability is shown or a premium is stated. | | |
|---|---|---|
| **Coverages and Limits of Liability** | **Limit** | **Premium** |
| SECTION I:    A. Dwelling | $305,000 | 6714.07 |
| B. Other Structures | $6,100 | Included |
| C. Personal Property | $91,500 | -73.60 |
| D. Loss of Use | $30,500 | Included |
| SECTION II:    E. Personal Liability - Each Occurrence | $300,000 | 15.00 |
| F. Medical Payments to Others - Each Person | $2,500 | 6.00 |
| OTHER COVERAGES AND ENDORSEMENTS: | | |
| (Printed on the following page) | | |

**Deductibles:**

HURRICANE: 2% - $6100
ALL OTHER COVERED PERILS: $1000

**Mortgagee:**

**1st Mortgagee:**        **2nd Mortgagee:**

PerezG0005

Name Insured(s):    Olga Z Alfonso An    Geraldo Perez    Policy Number:    FLP13092

| Coverages And Endorsements | Form Number | Limit | Premium |
|---|---|---|---|
| Amendatory Endorsement | ASI HO 09 CLP 04 03 | | |
| Table Of Contents | ASI HO 09 COV 01 98 | | |
| Deductible Notification Form | ASI HO 09 DN 09 05 | | |
| Limited Fungi, Mold, Wet Or Dry Rot Or Bacteria Coverage End | ASI HO 09 FCE 01 05 | | |
| Hurricane Deductible Endorsement | ASI HO 09 HD 05 05 | | |
| Ordinance Or Law Coverage | ASI HO 09 OLR 06 07 | | |
| Homeowners Policy Outline | ASI HO 09 OTL 08 00 | | |
| Premises Alarm Or Fire Protection System | ASI HO 09 PA 06 07 | | |
| Special Provisions For Florida | ASI HO 09 SP 06 07 | | |
| Homeowners3 Special Form | HO 00 03 04 91 | | |
| Windstorm Protective Devices | HO 04 21 10 94 | | |
| Liability Home Day Care | HO 04 96 04 91 | | |
| PC / Construction Factor | | | -1257.98 |
| Secured Community | | | -57.27 |
| Financial Responsibility | | | -103.09 |
| Windstorm Loss Reduction | | | -3442.18 |
| Burglar Protection | | | -41.24 |
| NHR Deductible | | 1000 | -55.67 |
| HUR Deductible | | 6100 | -151.86 |
| Increase Loss Assessment | HO 04 35 04 91 | 5000 | 15.00 |
| Water Backup/Sump Overflow | ASI HO 09 WBU 04 08 | | 25.00 |
| Age of Dwelling | | | -463.90 |
| BCEG | | | -369.85 |
| Limited Screen Enclosure/Carport Coverage | ASI HO 09 WSE 12 07 | 10000 | 169.13 |

| Fees and Assessments: | | | |
|---|---|---|---|
| EMPA Fee | | | 2.00 |
| Managing General Agent Fee | | | 25.00 |
| Citizens Property Insurance Corporation Emergency Assessment | | | 13.34 |
| Florida Hurricane Catastrophe Fund Fee | | | 9.53 |
| Florida Insurance Guaranty Association Fee | | | 18.55 |

| Scheduled Items: | | | |
|---|---|---|---|
| Description: | | Value | Premium |

The Hurricane Coverage portion of your Total Premium is:    $570

The Non-Hurricane Coverage portion of your Total Premium is:    $426

Additional Insured:

Rating Information:
Construction Type:    Masonry
Type of Residence:    Single Family
Year Built:    2006
Total Square Feet:    2,563
ASI Territory:    133D

PerezG0006

ASI HO 09 DEC 06 07

# MORGAN & MORGAN®

## A PROFESSIONAL ASSOCIATION

*Attorneys At Law*

REPLY TO FT. MYERS

ATTORNEYS AT LAW

KELLY A. AMRITT
JAMES O. ARNOLD, JR.
RUSSELL E. ARTILLE
H. SCOTT BATES †
JENNIFER M. BERMEL °
ALEXANDER BILLIAS
T. LEE BODIE
SCOTT T. BORDERS †
GREGORY J. BOSSELER
WILLIAM B. BOWLES, JR.
ADAM BRUM
DONALD W. BUCKLER
NICHOLAS A. BUONICONTI, III
KABAH S. BURRELL *****
KEVIN J. CARDEN
BRUCE H. CARRAWAY, III ****
BEVERLY A. CARSON ****
KEITH M. CARTER †
MICHAEL J. CARTER
PICHARD B. CELLER
ALEXANDER M. CLEM
RONALD C. CONNER ****
RAMEL L. COTTON
WILLIAM R. DANIEL
VINCENT M. D'ASSARO †
MICHAEL L. DAVIS
LOUIS A. DEFREITAS, JR.
JOHN W. DILL †
JAMES J. DYE
WILLIAM FINN
GREGORIO A. FRANCIS
ANDREW FRISCH
STEVEN C. GODDARD
MICHAEL GOETZ
CHRISTOPHER J. GRADDOCK ****
RYAN J. HAYES
DAVID G. HENRY
HERBERT H. HOFMANN II
WILLIAM P. HOWARD
KATHERINE V. HUNG ****
ANTHONY M. IANNACIO
MARTIN J. JAFFE
HEATHER H. JONES
VELMA L. JONES
STEPHEN R. KANZER
SUMEET KAUL
JAMES W. KEETER
JAMES J. KELLEHER ^ ‡
HANS KENNON
STEPHEN J. KNOX †
RYAN C. KUHL
GRANT A. KUVIN
ARMANDO T. LAURITANO
CLINT M. LAVENDER
CARLOS V. LEACH
JACKSON R. LEONARD ***
JOSEPH A. LINNEHAN †
JAMES T. LYNCH
MICHAEL D. MARRESE
BRIAN K. McCLAIN
W. CHARLES MELTMAN I ***
J. ANDREW MEYER
JASON S. MILLER
TODD K. MINER
W. CLAY MITCHELL, JR.
KEITH R. MITNIK †
DAVID B. MOFFETT †
HECTOR A. MORE'
C. RYAN MORGAN
JOHN B. MORGAN
T. MICHAEL MORGAN
ULTIMA D. MORGAN
DAVID H. MOSKOWITZ ****
HENRY P. MOWRY
OMAR L. NELSON *****
DANIEL J. NEWLIN △
CHRISTOPHER R. NEYLAND*****
KEENAN R.S. NIX † ****
DONNY A. OWENS
NICHOLAS P. PANAGAKIS
R.A. PATTERSON, III
KIRK A. PERNOW
RONSON J. PETREE
FRANK W. PIAZZA
E. NANNETTE PICCOLO
GREGORY D. PRYSOCK †
MICHAEL T. REESE
GARRY J. RHODEN ♦
DAVID L. RICKEY *
DARRYL E. ROUSON
CAROLYN M. SALZMANN
ROBERT J. SCANLAN
RANDY E. SCHIMMELPFENNIG †
JAMES II. SCHMITT
P. CHRIS SCHROEDER
JOSEPH H. SHAUGHNESSY
DANIEL W. SHEPPARD †
CHRISTOPHER M. SIMON *****
MICHAEL J. SMITH
DAVID A. SPAIN
DERDREM STEPHENS-JOHNSON ****
CRAIG R. STEVENS †
L. CHRIS STEWART ****
MICHAEL F. SUTTON †
HARRAN E. UDELL
SCOTT J. URICCHIO
BASIL A. VALDIVIA
BRIAN C. VIGNESS †
IVAN D. VORONEC *
SCOTT WM. WEINSTEIN
SCOTT M. WHITLEY †

OFFICES:

16th FLOOR
20 N. ORANGE AVENUE
POST OFFICE BOX 4979
ORLANDO, FL 32802-4979
(407) 420-1414
16th FAX: (407) 425-8171
9th FAX: (407) 841-9520
10th FAX: (407) 425-9658
4th FAX: (407) 420-5956

SUITE 700
ONE TAMPA CITY CENTER
TAMPA, FL 33602
(813) 223-5505
FAX: (813) 223-5402

SUITE 600
ONE UNIVSITY PARK
12800 UNIVERSITY DRIVE
POST OFFICE BOX 9504
FT. MYERS, FL 33906-9504
(239) 433-6880
FAX: (239) 433-6836

SUITE 1100
76 SOUTH LAURA STREET
JACKSONVILLE, FL 32202-3433
(904) 398-2722
FAX: (904) 398-2334

SUITE 4200
191 PEACHTREE STREET NE
ATLANTA, GA 30303
(404) 965-6811
FAX: (404) 965-8812

SUITE 3
6824 GRIFFIN ROAD
FT. LAUDERDALE, FL 33314
(954) 318-0268
FAX: (954) 333-3515

SUITE 777
ONE JACKSON PLACE
188 E. CAPITOL STREET
JACKSON, MS 39201
(601) 949-3388
FAX: (601) 949-3389

198 BROADWAY AVE.
KISSIMMEE, FL 34741
(407) 452-6990
FAX: (407) 452-6969

SUITE 150J
695 CENTRAL AVENUE
ST. PETERSBURG, FL 33701
(727) 490-2001
FAX: (727) 490-2015

14229 US 441
TAVARES, FL 32778-2093
(352) 253-2700
FAX: (352) 253-2701

SUITE 2600
ONE COMMERCE SQUARE
MEMPHIS, TN 38103
(901) 333-1827
FAX: (901) 333-1864

www.forthepeople.com

OF COUNSEL
HORACE R. BROADNAX
RICHARD I. CERIVELLI
MICHAEL ESPY
MICHAEL K. HOUTZ
J. MICHAEL PAPANTONIO
CLAY M. TOWNSEND

† BOARD CERTIFIED CIVIL TRIAL LAWYER
BOARD CERTIFIED WORKERS' COMPENSATION LAWYER
* LICENSED IN ARIZONA ONLY
** LICENSED IN WASHINGTON, D.C. ONLY
*** LICENSED IN GEORGIA ONLY
**** LICENSED IN MISSISSIPPI ONLY
^ LICENSED IN NEW YORK
‡ LICENSED IN GEORGIA
△ LICENSED IN ILLINOIS
♦ LICENSED IN KY, FL, MS, TN
° LICENSED IN AL, MS, TN

October 13, 2009

**CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**

(192898)
Hammer Construction
1027 SE 10th Street
Cape Coral, FL 33990

**Re:**   **Florida Statutes 558.004 and 627.4137**
**NOTICE AND OPPORTUNITY TO REPAIR**
**NOTICE OF REQUEST OF INSURANCE POLICIES**
**Our Clients:   Geraldo Perez and Olga Alfonso**

Dear Hammer Construction:

We have been retained by Geraldo Perez and Olga Alfonso with respect to the defective drywall that was used in the construction of their home located at 3523 SW 2nd Avenue Cape Coral, FL 33914. This Notice is sent to you pursuant to Florida Statute Section 558.004, a copy of which is enclosed for your reference, and informs you of our intent to file a lawsuit 60 days after the date of this Notice for construction defects against Hammer Construction on Geraldo Perez and Olga Alfonso's behalf.

The defective drywall in the home contains substances which render the drywall unfit for the purposes intended. The defective drywall is damaging other parts of the home, as well as rendering the home unfit to live in.

We assert that the defects are the result of the installation of materials which require all of the drywall to be removed and replaced, as well as removal and replacement of all other components of the home which have been affected by the drywall.

Please be aware that you have certain obligations under the notice provisions of Section 558.004 which include performing a reasonable inspection and advising as to how you are going to correct the situation, if at all.

Further, pursuant to Section 627.4137 of the Florida Statutes, please provide the undersigned with the following information with regard to each known policy of insurance, including excess or umbrella coverage, which may provide liability insurance coverage for this claim.

— For The People —

PerezG0007

Chinese Drywall
October 13, 2009
Page 2

1.    Name of the insurer(s);
2.    Name of each insured;
3.    Certified copy of limits of liability coverage:
    a. personal injury,
    b. property damage,
    c. medical expenses,
    d. personal injury protection,
    e. uninsured motorist and any other coverage
4.    A statement of any policy or coverage defense which your company reasonably
    believes is available; and
5.    Certified copy of any and all policies.

This information should include all periods of time from the commencement of construction
to the present.

The requested information must be provided within thirty (30) days from the date of this
letter and must include a statement under oath by a corporate officer.

Very truly yours,

Scott Wm Weinstein

SWW/ah
Enclosure: copy of Florida Statute § 558.004
cc: Geraldo Perez and Olga Alfonso

PerezG0008


CONSTRUCTION CO.

# CONSTRUCTION AGREEMENT

Agreement or agreement may be continued upon Owner's written request and Owner agreeing to absorb any and all price increases until a time that a permit may be obtained.

**III.** Contractor shall have the right to substitute materials, appliances, cabinets, fixtures, with similar quality, utility, value and/or color where necessary due to cost increases, unavailability or shortages at the time ordered, or cancellation of a supplier. Owner agrees and acknowledges that certain items such as brick, wood, wood grain, carpet, paint, cabinets, marble, tile, mica, and the like, are subject to shading and graduation and may vary from samples, models or color charts, and from piece to piece. Contractor shall not be liable for those variations.

**IV.** The Contractor will furnish Builder's Risk insurance as required during the construction period. Contractor will also furnish Workmen's Compensation and Public Liability Insurance. Contractor does not furnish wind insurance. It is Owner's responsibility to purchase wind insurance, but Contractor does not require Owner to do so. Due to insurance restrictions, only employees are allowed on the job site between 7:00 AM and 5:00 PM. Contractor shall not be liable for any injuries resulting from Owner's trespass violation. Cost of flood insurance, if applicable, will be borne by the Owner. At the Owner's option, Owner may maintain liability insurance as to protect Owner against claims, which may arise from the operations described in the Agreement.

**V.** This agreement covers construction of the above-described residence on a clear and level lot. Should the property need any clearing or fill dirt to achieve a level lot, cost is to be borne by the Owner. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owner. Should the slope or elevation of the property be such as to require additional foundation block or need a retaining wall, cost will be borne by the Owner. Any additional expense caused by rock, excessive water or other adverse subsoil conditions will be borne by the Owner. Expense of using special equipment due to any of the above mentioned conditions, including, but not limited to concrete pumping, is to be borne by the Owner. The Contractor shall in no way be held responsible for the sub-surface conditions of the property or any other conditions which a soil test of said property might reveal. Expense of electrical service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owner. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent or supply equipment to provide utilities at Owner's expense at prevailing local rates.

**VI.** If applicable, only homes built in the Lee County Electric Co-operative Company's district will receive a Good Cents Certificate.

**VII.** The Contractor guarantees all workmanship and material. This limited guarantee is in exclusion of and in lieu of all other guarantees or warranties, and liability herein terminates one year from date Certificate of Occupancy is issued. All manufacturers' warranties shall continue in force and effect according to their terms. The Owner is responsible for maintaining sod and landscaping after it is installed. If not maintained properly warranty does not apply. Owner is responsible for maintenance on residence; any void in maintenance negates warranty. Should the Contractor determine that warranty work requested by Owner was a result of neglect or abuse, the Owner agrees to reimburse the Contractor for all expenses incurred in the repair. Any polished brass



**CONSTRUCTION AGREEMENT**

hardware and/or bath fixtures are subject to tarnishing and therefore not warranted against such by Contractor. Contractor shall not be liable for any cracks in any concrete. Use nothing abrasive on any cultured marble product. Contractor supplies all labor through sub-contractors, hired by Contractor. Contractor will not accept nor allow any work to be completed by anyone, including Owner, that is not pre-approved by Contractor. If Contractor allows Owner to construct, cause to be built or contract with other parties for any construction on the premises, Owner will be directly responsible to the Contractor for damages, delays and costs thereof resulting from work the Owner has performed, or from work performed by any other parties the Owner has authorized. The Owner, when contracting with other parties, agrees to use only licensed persons, and must supply the Contractor with a valid Certificate of Liability and Workman's Compensation Insurance, prior to commencement. The Owner holds the Contractor harmless for any and all delays, damages, and injuries which may result. Contractor's model home or construction office shall not be used as a storage facility for Owner's materials. In the event that Owner contracts a Pool Contractor not approved by Contractor, Pool and related items may not begin construction until Contractor receives a Certificate of Occupancy on the house.

**VIII.** All dimensions are approximate. Contractor reserves the right to change and/or alter specifications, dimensions, and materials without notice. Any changes will in the Contractor's opinion be of equal or greater value. Contractor shall have the right to make architectural, structural or design modifications or changes in the plans or construction as it deems necessary, so long as they do not substantially and adversely change the plans or if it is required by any controlling governmental authority. Owner has read, initialed, and understands Specification's of residence to be constructed.

**IX.** The Contractor will furnish a concrete driveway of up to 1020 square feet. Additional driveway will be charged to the Owner at _____$3.90_____ per square foot. Local governing agencies determine the condition of the lot be such that a culvert is needed to construct a proper driveway, this decision is not made by Contractor. Contractor furnishes culvert under drive only, if required by building department. A three-course stemwall foundation is included in the base price of all of our homes, any additional courses including fill inside of stemwall only, if needed, is $ _1,500.00_____ per course

**X.** The Contractor will connect to public water and sewer lines required and the cost will be borne by the Contractor, at the amount as of execution date of this contract. The Contractor will connect to public water and sewer lines to a distance of forty (40) feet. Cost of lines required over forty (40) feet will be borne by Owner. Where Owner's lot is not located on public water or sewer, the cost of installing a septic system and related septic items (gutters, perc test), water well and water pump piped to the well area will be borne by the Owner. Any price increases for water/sewer, or impact fees after contract is executed, will be borne by Owner. All assessment or betterment fees, lot clearing, tree and rock removal, additional fill over which is required for a 3 course stemwall, seawall, dock, boom pump, underground electric, are to be borne by Owner.

**XI.** In the event that either party to this contract is required to institute legal proceedings to enforce its respective rights, including but not limited to the institution of a lawsuit, retaining an attorney for collection purposes and the like, the prevailing party shall be entitled to its legal fees and costs incurred. This Agreement shall be binding upon the heirs, executors, administrators, successors, and assigns of Owner.

**XII.** Owner will receive preliminary prints per their options as outlined in the contract, and will then be

PerezG0010



# CONSTRUCTION AGREEMENT

allowed to "red line" prints with changes and/or additions at no charge. Changes and/or additions will be made to the original prints. After these changes and/or additions are made, any additional changes affecting the prints will carry a $50.00 charge for additional prints.

**XII.** In the event that additions, deletions or changes to the original contract are made, same shall be evidenced in writing. If any addition or change to the contract is requested, Owner as here before identified, agrees to make payment of the costs associated with said addition or change as is presented by Contractor, at the time change order is signed by Owner. In the event of a deletion or change order, which negatively impacts upon the contract price, same shall also be evidenced by a written change order and related credit shall be given to Owner. All changes and/or additions must be on a signed change order from this office. Contractor reserves the right to disapprove a change order if in its sole discretion and judgment the change will delay the prudent continuation of the job schedule. Contractor shall not be liable for and shall not perform any work that is orally requested by Owner. Each change will carry a $50.00 administrative fee. In addition each change and/or addition requiring a revision by the local municipality, after the building permit has been applied for, will have a $50.00 revision fee charged by the building department. Owner acknowledges that no employees of Contractor, or any subcontractors have the authority to modify this contract. All items following marked "Allowances" are estimates and final charges may be higher or lower than estimated.

## XIV. CONSTRUCTION INDUSTRIES RECOVERY FUND
The following statement is required by Section 489.1425 Florida Statues:
Payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under contract, where the loss results from specified violations of Florida law by a state licensed contractor. For information about the Recovery Fund and filing a claim, contact the Florida Construction Industry Licensing Board at the following telephone number and address: Florida Construction Industry Licensing Board, 7920 Arlington Expressway, Suite 300, Jacksonville, FL 32211, Phone: (904) 727-6530.

## XV. NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY SUBCONTRACTORS, SUPPLIERS, OR DESIGN PROFESSIONALS

PerezG0011



CONSTRUCTION CO.

## CONSTRUCTION AGREEMENT

THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR, SUPPLIERS, OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

**XVI. CONSTRUCTION LIEN DISCLOSURE**

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTION 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OR OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

PerezG0012



**CONSTRUCTION CO.**

# CONSTRUCTION AGREEMENT

**XIV.**

Notices: to Contractor, mailed to     Hammer Construction
Construction Office
601 Del Prado Blvd. N. #8
Cape Coral, FL 33909

To Owner, delivered or mailed to     <u>Olga Z. Alfonso / Geraldo Perez</u>
<u>4540 SW 99th Ct.</u>
<u>Miami, Fl 33165</u>

I (We) have read and understand and agree to the provisions set forth of this Construction Agreement and I (we) state that no representation, promise or agreement not expressed in the Construction Agreement has been made to induce me/us to enter into this Agreement.

Signed at _____<u>Cape Coral</u>_____, this <u>9th</u> day of <u>August</u> 2005.

Phone: Business <u>305 302 4191</u>

_____, Owner

Residence <u>305 322 8626</u>

_____, Owner

Phone: Const. Office <u>239-573-0730</u>

Sale Office <u>239-945-6080</u>
Lawrence Denmark, Contractor

Salesperson     <u>Gary Burkholder</u>

PerezG0013



TRIM (*proposed* tax) Notices are available for the following tax years:
[ 1997 | 1998 | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 ]

[ Next Lower Parcel Number | Next Higher Parcel Number ]

[ New Query | Parcel Queries Page | Lee PA Home ]

This page was last updated on 12/10/2009

PerezG0014

INSTR # 2007000017314, Doc Type D, Pages 1, Recorded 01/17/2007 at 10:30 AM,
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $0.70 Rec. Fee
$10.00 Deputy Clerk LFAHRNER

This Document Prepared By and Return to:
Vivian M. Napoles
3127 S.W. 23rd Street
Miami, FL 33145

Parcel ID Number: 02-45-23-C2-01811.0560

# Quitclaim Deed

**This Quitclaim Deed,** Made this 29th day of December , 2006 A.D. **Between**
**Olga Zoila Alfonso, a married person, joined by her spouse, Gerardo
Perez**
of the County of **Lee** , State of **Florida** , grantors, and
**Gerardo Perez and Olga Zoila Alfonso, husband and wife, as Tenants By
The Entireties**
whose address is: **3523 SW 2nd Avenue, Cape Coral, FL 33914**

of the County of **Lee** , State of **Florida** , grantees.
**Witnesseth** that the GRANTORS, for and in consideration of the sum of
--------------------------**TEN DOLLARS ($10)**----------------------- DOLLARS,
and other good and valuable consideration to GRANTORS in hand paid by GRANTEES, the receipt whereof is hereby acknowledged, have
granted, bargained and quitclaimed to the said GRANTEES and GRANTEES' heirs, successors and assigns forever, the following described land, situate,
lying and being in the County of **Lee** State of **Florida** to wit:

Lots 56 and 57, Block 1811, of CAPE CORAL UNIT 45, a subdivision according to the Plat
thereof, as recorded in Plat Book 21, at Page 122, of the Public Records of Lee County, Florida.

Subject to restrictions, reservations and easements of record, if any, without intending to reimpose the
same; and taxes subsequent to 2006.

**To Have and to Hold** the same together with all and singular the appurtenances thereunto belonging or in anywise
appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for
the use, benefit and profit of the said grantees forever.

**In Witness Whereof,** the grantors have hereunto set their hands and seals the day and year first above written.

Signed, sealed and delivered in our presence:

_____ _____ (Seal)
Printed Name: Vivian Napoles Olga Zoila Alfonso
Witness P.O. Address 3523 SW 2nd Avenue, Cape Coral, FL 33914

_____ _____ (Seal)
Printed Name: Suesed Solar Gerardo Perez
Witness P.O. Address: 3523 SW 2nd Avenue
G.P.

STATE OF **Florida**
COUNTY OF **Miami-Dade**
The foregoing instrument was acknowledged before me this 29th day of **December** , 2006 by
**Olga Zoila Alfonso, a married person, joined by her spouse, Gerardo
Perez**
who are personally known to me or who have produced their **Driver's License** as identification.

_____
Printed Name:
Notary Public
My Commission Expires:

QCD

Laser Generated by © Display Systems, Inc., 2006. (863) 763-5555 Form FL-QCD-1

PerezG0015

EXHIBIT C

# CITY OF CAPE CORAL
------ CERTIFICATE OF OCCUPANCY ------
## PERMANENT

ISSUE DATE:         12/29/06

LOCATION: 3523 SW 2ND AV

STRAP #: 02-45-23-C2-01811-0560          PERMIT #: 05-00031783

OWNER INFORMATION:                        OCCUPANCY TYPE  :  RESIDENTIAL 1 & 2 FA
   ALFONSO OLGA ZOILA
   4540 SW 99TH CT                      CONST. TYPE     :  TYPE VI UNSPRK/UNPRO
   MIAMI, FL 33165-5723
                                          ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:                   ALLOWABLE FLOOR LOAD :
   DENMARK LAWRENCE J JR
   HAMMER CONSTRUCTION SVCS LTD          GAC UNIT        :  45-0
   601 DEL PRADO BL NORTH #8
   CAPE CORAL, FL 33909-2240            PLAT BOOK PAGE#  :  10
   (239)573-0730                        # OF PLATTED LOTS:            2.0000
   COMPETENCY #:                        ZONING          :  R1BW
   REG OR STATE LIC: CBC034969
                                          TYPE OF WORK    :  NEW CONSTRUCTION

                                          NUMBER OF STORIES    :      1.00

                                          FLOOD ELEVATION      :      8.0000

                                          FLOOD CODE           :          A8

                                          NUMBER OF BEDROOMS   :      3.00

                                          NUMBER OF BATHROOMS  :      2.00

                                          TOTAL DWELLING UNITS :      1.00

                                          TOTAL BLDG SIZE      :   3487.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE _____     _____
                             DEPT. OF COMMUNITY DEVELOPMENT

        VOID UNLESS SIGNED BY BUILDING OFFICIAL