UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al., Case No. 2:09-cv-6687 (E.D.La.) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Imposed Bond Requirement on Appellant Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd.:

IT IS ORDERED THAT said motion is GRANTED. Appellant Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. is hereby ORDERED to post a bond for $25,000.00 to ensure payment of Plaintiffs' costs on appeal.

New Orleans, Louisiana, this ___ day of _____, 2010.

                                                                           _____
                                                                           HONORABLE ELDON E. FALLON
                                                                           United States District Judge