UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION          SECTION L

                                                                                 JUDGE FALLON
                                                                                 MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

JOYCE W. ROGERS, *et al*. v.
KNAUF GIPS KG, *et al*.,
Case No. 10-362 Section L
_____/

**DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.'S
MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT
AGAINST IT IN THE AMENDED OMNIBUS CLASS ACTION
COMPLAINT, AND TO STRIKE DEMAND FOR TRIAL BY JURY**

     Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, Inc. ("Paul Homes"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against Paul Homes in the Omnibus Class Action Complaint (commonly referred to as the "Rogers" Complaint or "Omni IV") brought by plaintiffs **Richard and Bonnie Fulks** (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted, and to strike their demand for trial by jury.

     In a shotgun pleading that makes no effort to distinguish between Paul Homes and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive

{FT693692;1}

Relief and Medical Monitoring. As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law. Moreover, the demand for a trial by jury asserted by the Fulks should also be stricken because Plaintiffs voluntarily waived any right to a jury trial with respect to the claims asserted in the Complaint.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Paul Homes respectfully requests that the Court enter an order striking the Plaintiffs' demand for a jury trial, dismissing the claims against Paul Homes pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Paul Homes its fees in defending this action against Plaintiffs pursuant to the Construction Agreement (as more fully set forth in the accompanying memorandum of law) and pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated: July 9th, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: _____/s/ Stacy Bercun Bohm_____
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email: stacy.bohm@akerman.com
          valerie.greenberg@akerman.com
          leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT MANAGEMENT SERVICES OF LEE COUNTY, INC.**

                                            **PHELPS DUNBAR LLP**

BY:        /s/ Brent B. Barriere
           Brent B. Barriere (La. Bar No. 2818)
           Susie Morgan (La. Bar No. 9715)
           D. Skylar Rosenbloom (La Bar No. 31309)
           Canal Place
           365 Canal Street • Suite 2000
           New Orleans, Louisiana 70130-6534
           Telephone: (504) 566-1311
           Telecopier: (504) 568-9130
           Email: Brent.barriere@phelps.com
                    Susie.morgan@phelps.com
                    Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, MANAGEMENT SERVICES OF LEE COUNTY, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of July, 2010.

                                        /s/ Stacy Bercun Bohm