

31681573

Jun 16 2010
5:56PM

# EXHIBIT A

# PAUL HOMES
## CONSTRUCTION AGREEMENT - 10' Tiebeam

AGREEMENT made this 16th of May, 2005, by and between, Richard and Bonnie Fulks, husband and wife, of 9240 Belleza Way, #102, Fort Myers, FL 33908, Phone: 590-0825, hereinafter called "Owner" and Paul Homes, Inc., d/b/a Paul Homes, 4524  SE 16th Place #2C, Cape Coral, FL 33904, phone:  (239) 542-1750; fax (239) 542-0925 hereinafter called the "Contractor."

WHEREAS, the Contractor promises and agrees to and with the Owners that he will for consideration hereinafter mentioned construct a residence on land known as  LOT 8 - 9, BLOCK 6115, UNIT 97, SUBDIVISION Cape Coral County of Lee, State of Florida.

1.  The Contractor shall construct upon the building site a building in accordance with the plans and specifications hereto attached.

2.  The Contractor shall provide all materials and perform all work of the construction provided for in the plans and specifications in a workmanship like manner, according to standard building practices in the community.

OWNER shall pay the Contractor for such construction in the amount of THREE HUNDRED NINETY-FIVE THOUSAND SIX HUNDRED FORTY-TWO U.S. Dollars

$ 395,642     payable as follows:
$< 39,564>    Deposit (Earnest Money) due upon contract signing made payable to Paul Homes
$ 356,078     As per Lender's/Contractor's draw schedule

3.  Owner herewith grants access to the land to the Contractor, for construction of a new residence.  Owner may occupy the residence upon substantial completion and issuance of Certificate of Occupancy and payment by owner of all monies due the Contractor per this Agreement.  Unpaid monies from the date of completion bear 18.0% interest.  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy is granted to the owners by the Contractor.

4.  After the plans and specifications are signed and sealed, they shall become a Contract Document.  No changes will be made except by a written change order, signed by both parties.  Each change by the Owners subsequent to said construction plans and specifications, shall carry a processing fee of $200.00 per change order in addition to regular charges or credits to the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES OR MODIFICATIONS WILL BE ACCEPTED AFTER THE PLANS ARE SUBMITTED TO THE ENGINEER TO BE SEALED.

5.  Contractor agrees to use his best effort to deliver the building specified herein on or about 210 days (7 months) from start of construction.  Start of construction is defined as the date on which concrete footings are poured.

6.  This Agreement shall be binding upon the heirs, executors, administrators, successors and assigns of the Owner and Contractor.

7.  The Contractor will furnish Builder's Risk Insurance in the full amount of this contract during the construction period.  Contractor will also furnish Public Liability Insurance.

8.  The Owners agree that the Contractor shall have the right to substitute materials or items of comparable quality for such material or items that may be unobtainable by reason of labor disputes or discontinuance of production for any reason.  Contractor shall give Owner advance notice of substitutions when possible. No Owner-supplied material.

9.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owner's expense at prevailing local rates.

10. The Contractor guarantees all workmanship and material for one year from delivery to Owner.  Two years warranty on mechanicals.  This guarantee is in exclusion of and in lieu of all other guarantees and warranties, and liability terminates one year from date of delivery.  All manufacturer's warranties shall continue in force and effect according to their titles.  Purchaser may not assign this Agreement without the prior written consent of the Contractor.

11. The Contractor will furnish concrete driveway and walkway of up to   1,300   square feet.  Additional driveway and walkway will be charged to the Owner at $3.50 per square foot.

12. The Contractor will connect to public water and sewer lines to a distance of 65/60 feet.  Cost of lines required over that distance and any connection fees will be borne by the Owners.

13. If there is to be a mortgage and construction loan, the Owners agree to make application, when directed, with an approved bona fide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Owner agrees to pay all loan costs including the cost of abstract or title insurance premium, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, credit report, appraisal fees and any loan charges made by the lending institution .  Flood insurance, any prepaid insurance requirement and all construction interest is to be paid by the Owner.

14. This Agreement covers construction of the above-described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, patio, drives or walks, over and above that which would be required for the Standard Two Course Foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn area, removal of excess dirt, trees and vegetation necessary to provide proper grade, any additional expenses caused by rock or other adverse subsoil conditions, and expense of service runs across the building necessitated by power company pole locations and regulations, or underground electric and/or telephone service when required will be borne by Owners. Expense for retaining walls for pool, home, or patio foundations shall be by Owners.

INITIALS: PAUL HOMES:
OWNER:
OWNER:

CONSTRUCTION AGREEMENT - Page 2
Mr. & Mrs. Fulks

15. If the Owners or governmental agency causes a delay in starting construction beyond ninety (90) days from the date of this Agreement, the contract price may be subject to change.

16. At the final closing, an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.

17. The Contractor shall not be held responsible for the following: A) Rock formations encountered during construction (subsoil conditions); B) Removal of trees, boulders, brush or stumps; C) Non-structural cracks in concrete; and D) Perishable items such as sod, plants, or trees after installation, if neglected by Owner.

18. It is hereby understood that the Contractor is to deliver the above listed residence on owner's lot to the point of completion (C/O obtained). The Contractor is hereby authorized to execute any and all additions as outlined in above mentioned articles to make livable delivery possible, in accordance with any and all governmental regulations and laws. It is understood that the charges, if applicable, shall be paid by the Owners.

19. Owners hereby agree that the Contractor may proceed immediately to secure the necessary documents that may be required by the lending institution to approve the loan and/or by the appropriate building department or Governmental Agency to secure the necessary building permits. The documents include but are not limited to Surveys, Soil Analysis, Percolation Testing, Preliminary Drawings and Blueprints. In the event the loan is denied the Owners, or the Owners cancel or default on this Agreement prior to construction permit issued, any expense and overhead incurred by the Contractor in securing said documents including sales expenses shall be paid for by the Owners.

20. Closing and settlement of the Agreement will be within fifteen (15) days of notice by Contractor to Owner that the premises are substantially ready for occupancy. Owner shall not unreasonably delay closing because of minor work that does not interfere with occupancy. Said minor work will be listed on a compliance list, signed by the Owner and Contractor. This work will be scheduled and completed by the Contractor as quickly as possible after occupancy. Time is of the essence in this Agreement. Should the Owner fail to close and settle the contract within the specified fifteen (15) days, Owner shall be liable to Contractor for interest at the rate of 18.0% per annum on the amounts unpaid on the Contract.

21. All claims or disputes that arise out of, or are otherwise related to this agreement, shall be resolved by state court litigation, with venue to lie in Lee County, Florida. However, in the event Contractor proceeds with a lien foreclosure action because of contractor having recorded a construction lien against owner's property in another county than Lee County, Contractor shall have the right, but not the obligation, to litigate all claims or disputes in the other county, as well. The parties to this agreement specifically and knowingly waive right to trial by Jury, agree to submit all claims or disputes to bench trial, only. The prevailing party shall recover, from the loosing party, all reasonable attorney fees and court costs and other suit expenses incurred, whether or not such costs or expenses are ordinarily taxable under the Uniform Guidelines for Taxing Costs.

22. THE CONTRACTOR WILL NOT BE HELD RESPONSIBLE FOR ANYTHING NOT INCLUDED AS PART OF THE CONTRACT DOCUMENTS. IT IS EXPRESSLY STATED THAT ALL TERMS AND CONDITIONS OF THIS CONTRACT ARE INCLUDED IN THIS AGREEMENT. THE CONTRACTOR OR ANY OF THEIR AGENTS HAVE NOT MADE ANY REPRESENTATIONS OR PROMISES IN ADDITION TO THOSE MADE A PART OF THIS CONTRACT. CONTRACTOR IS ONLY BOUND WHEN WRITTEN ADDENDUMS ARE SIGNED BY BOTH PARTIES AND MADE A PART OF THIS AGREEMENT. WRITTEN CHANGE ORDERS ARE SUBJECT TO WORK NOT HAVING BEEN STARTED OR ORDERED ON AFFECTED ITEMS.

23. Other Agreements made a part of this contract are:
    A. Addendums 1, 2, 3, 4, 5, 6 & 7 are hereby made a part of this agreement.

**ACCEPTED AND APPROVED**

_____ 5/16/05        _____ 5/16/05
OWNER              DATE         PAUL HOMES              DATE
                                Robert D. Knight, Jr. - Vice President

_____ 5/16/05
OWNER              DATE

**PAUL HOMES**
**EXECUTIVE CONSTRUCTION FEATURES**
**ADDENDUM #1 SPECIFICATIONS**
**10' TIEBEAM**

RESIDENCE FOR:    Mr. and Mrs. Fulks        MODEL TYPE: 10' Ashford II Gold Package with Pool

STANDARD CONSTRUCTION FEATURES (MAY BE REVISED BY ADDENDUM #2):

## CONSTRUCTION

- All building permits
- Builders Risk Insurance.  Note: Owner responsible for flood insurance if required.
- Full set of construction blue prints
- 8" X 16" steel reinforced concrete footer with 2 course stemwall
- 4" reinforced concrete slab with 6 mil. vapor barrier
- CBS construction with complete stucco exterior (skip-trowel finish)
- 8" X 16" continuous steel reinforced tiebeam
- Certified soil treatment against termites under concrete slab
- Engineered roof trusses with steel anchor hurricane straps embedded in tie beam
- ½" plywood roof sheathing
- Bronze or white framed aluminum windows with screens
- Aluminum garage service door
- Alcoa aluminum soffit and 6" fascia
- Steel garage door
- Garage floor finished with concrete stain
- 2" x 4" wood studs in interior walls framed at 16" O. C.

## INSULATION & AIR CONDITIONER

- Living areas only - R-30 ceilings, R-5 masonry walls
- RHEEM 12 SEER high efficiency AC unit
- All walk-in closets are air conditioned with separate ducts
- Air returns as required by Building Code

## INTERIOR TRIM

- ½" drywall interior with light knock down finish
- Shower wall to be dense shield and tub wall to be water resistant greenboard
- Raised panel interior doors ( 8' high colonist)
- Colonial baseboards and door casings
- Insulated metal entry doors
- Kwikset interior lever doorknobs with choice of finish
- Kwikset 600 series entry handleset with choice of finish
  (polished brass cannot be warranted against pitting)
- Ventilated shelving in all closets
- Pull down attic stairs in garage

## INTERIOR FINISH

- Standard wall tile in tub & shower area
- Recessed soap/shampoo holder and tiled seat in walk-in showers
- Corian window sills in glacier white
- Model carpet
- Free professional decorator service

## PAINTING

- Flexbon #14 paint or equivalent with 2 coats exterior
- Flexbon #14 paint or equivalent sprayed with 1 coat interior
- Flexbon #14 enamel or equivalent interior doors and trims
- Interior ceiling, trim and walls to be two colors
- Exterior stucco trim to be different from walls (one trim color)

INITIALS: PAUL HOMES:
OWNER:
OWNER:

PAUL HOMES
EXECUTIVE CONSTRUCTION FEATURES
ADDENDUM #1 SPECIFICATIONS - Page 2
10' TIEBEAM

**RESIDENCE FOR:**   Mr. and Mrs. Fulks          **MODEL TYPE: 10' Ashford II Gold Package with Pool**

## ELECTRICAL

- Structured Wiring Solution to include:
  - Includes up to 6 telephone/data outlet locations
  - Includes up to 6 coax outlet locations for video with amplification
  - Includes RG-6 coax cable
  - Includes satellite TV pre-wire (2 high speed coax cables to SW corner location for satellite dish hook-up)
  - Includes high speed cable (1 CAT5 and 1 RG6 coax) from service provider location
- Hurricane Generator Ready Panel Program to include:
  - Includes 200 Amp main breaker electrical panel with mechanical interlock breaker with generator manual transfer switch
  - Includes one (1) 50 Amp 220 Volt generator interface breaker
  - Includes one (1) 50 Amp 220 Volt generator receptacle
  - Includes one (1) 50' cord with 50 Amp 220 Volt plug for generator panel, receptacle and 30 Amp 120/240 Volt plug for generator
- Back to back 200 amp overhead electrical service with circuit panel
- 'Deco' white electrical switches and outlets
- Smoke detectors to code
- 2 exterior water proof outlets
- Garage door opener
- 7 ceiling fans Model #10525
- Additional ceiling fans installed at $65 per fan
- All recessed lighting (shown on blue prints) included
- Main line surge protector
- Front door bell chimes

## PLUMBING

- PEX overhead plumbing
- 50 gallon water heater
- 1/3 HP garbage disposal
- Cultured marble tops in baths
- Laundry tub with Nemee base cabinet and standard faucet in laundry room
- Icemaker line
- 3 exterior hose bibs
- Standard white Americast tub in guest bath
- Standard white 'American Standard' elongated water-saver toilets
- Soaking tub in master bath

## CABINETS

- Custom raised panel cabinets with full European fronts in kitchen
- 36" custom raised panel vanity cabinets with full European fronts and marble tops in baths
- Concealed hinges in kitchen & bathrooms
- Full length mirror above all vanities
- Mirrored medicine cabinets
- 42" high upper cabinets in kitchen
- Upper cabinets in laundry room (Thermofoil)
- Ceramic tile on outside wall of bar

## EXTERIOR FINISH

- Up to 7000 sq ft of Floratam sod
- Landscaping to meet code
- 1,300 sq ft of concrete drives and walks
- Full outside rain gutters and downspouts
- Concrete stain on garage floor

INITIALS: PAUL HOMES:
OWNER:
OWNER:

**PAUL HOMES**
**ADDENDUM NO. 2 – Page 1 of 2**
**Mr. and Mrs. Fulks**
**10' Ashford II Gold Package with Pool**
**LOT 8 - 9, BLOCK 6115, UNIT 97**

1.  The Ashford II 10' design, left hand garage, 3 Bedroom/2 baths with                          $395,642
    approximately 2,563 sq ft living with approximately 3,620 sq ft total. Home to be positioned
    on the lot with 30' front setback and centered on lot.

2.  Lot Preparation                                                                              Included

    e.  All fill and grading to raise home up to 3' on existing grade. If additional fill is
        required due to height deficiency of existing grade, cost shall be borne by Owner.
    b.  Standard septic system with a 900 gallon tank and 450 sq. Ft. field. (If rock is encountered,
        there will be an extra charge for dig out and removal.)
    c.  Deep well. The equipment system includes a submersible pump, above
        ground pump, aerator, softener and 2 pressure tanks.
    d.  Surveys
    f.  Full outside rain gutters and downspouts
    g.  Impact Fee Allowance of $   3,087
    h.  School Impact Fee Allowance of $2283

3.  The following Gold Package is included:

    a.  Ten (10) year structural warranty and Two (2) years on major systems
    b.  Standard lot improvements on existing grade, and all Impact/Permit Fees for an oversized
        Cape Coral lot with well and septic
    c.  Storm panels as required by the Florida Building Code
    d.  All required surveys and engineered blueprints
    e.  Color-Thru barrel tile roof in standard colors.
    f.  State-of-the-art structured wiring system.
    g.  10' Tie Beam with 8' raised panel interior doors and 5-1/4" Colonial Trim
    h.  Good Cents Package: Tinted windows, R-5 energy board on masonry walls, R 30 insulation in ceilings,
        12 SEER A/C unit, heat recovery system, 50 gallon water heater, mastic all duct joints and programmable
        thermostat
    i.  Granite countertops (Level 3) and stainless steel undermount sink in kitchen and
        Corian® window sills in Glacier White *upgraded*
    m.  Complete flooring package including tile floors everywhere except bedrooms and closets (Deluxe Series).
    n.  GE appliances in stainless steel: Cook Top 30" JB350, 30" Wall Oven JTP20, Spacemaker Microwave
        JVM1850, Dishwasher GSD5500, 25 cu ft Refrigerator GSS25 w/water & ice, Washer WCRE6270D and
        Dryer DWXR483EB. *upgraded*
    o.  Front entry etched glass doors (Standard Designs)
    p.  Manabloc Plumbing System
    q.  42" Upper cabinets in laundry room (Thermofoil)
    r.  Decorator light fixtures ($2,800 allowance)
    s.  Upgraded Moen plumbing fixtures in choice of finishes as follows:
        Kitchen:      Moen 7570 Salora w/Pull-Out Spray, Sink & Strainers,
        Master Bath:  (2) Moen 4570C/P/97372C/P Monticello Chrome P13, (1) Moen T951Monticello Chrome
                      PB Deckmount, (1) Moen 3847C/P Personal Shower on Glide Bar w/ a Moen T2444C/P to
                      turn on & off and Chrome Strainer
        Guest Bath:   (1) Moen Castelby 4938C/P Lav Faucet, (1) Moen TL2378C/P Tub & Shower Faucet, (1)
                      Chrome Tub Trim Kit
    t.  High quality wood cabinets in choice of finishes and design in kitchen
    u.  In Wall Pest Prevention System
    v.  Seven (7) ceiling fans - Model #10525-6 installed *upgraded*
    w.  Ceramic tile on outside wall of bar and rounded interior drywall corners.
    x.  Automatic garage door opener with 2 remote controls
    y.  Upgraded landscape pkg. To include automatic sprinkler system, floratam sod,
        3 Queen Palm trees and 10 shrubs.
    z.  Full perimeter security system with 2 keypads and 2 motion detectors
    aa. Garage floor finished with concrete stain
    bb. Cultured marble tops in all baths and soaking tub in master bath
    cc. Full outside rain gutters and downspouts
    dd. Wire lathe and stucco on lanai and entry ceilings

INITIALS: PAUL HOMES:
                OWNER:
                OWNER:

**PAUL HOMES**
**ADDENDUM NO. 2 – Page 2 of 2**
**Mr. and Mrs. Fulks**
**10' Ashford II Gold Package with Pool**
**LOT 8 - 9, BLOCK 6115, UNIT 97**

4.   Provide a pool package of:

 a. 14' x 28' Diamond Brite pool in standard colors with an approximate 22' x 60' brick paver deck & lanai
 b. Up to three course pool retaining wall
 c. Bronze or white mansard cage with 2 doors and super gutter
 d. Timer, pump, filter, light, tablet chlorinator and autofill
 e. Manual cleaning equipment
 f. Includes a pool alarm system per Florida Statutes Chapter 515
 g. If additional retaining wall is necessary, there will be an extra charge of $1,200 per course,
  (Includes masonry, labor, stucco and paint). Should the pool retaining wall
  exceed 30" in height, building code requires safety railings around the enclosure.
  (Cost of such to be additional)

5.   Provide the following upgrades that are included:

 a. Smooth columns with balustrades in foyer
 b. Central vacuum system with three ports and one toe kick
 c. 6' soaking tub with 6 jets
 d. Pre-wire for future heat pump
 e. Extend family room 3' (Additional 66 sq. ft.)
 f. Brick pavers on pool deck and lanai
 g. Summer kitchen on lanai, includes privacy wall, base cabinets with stucco finish and stainless steel doors,
  sink, hood venting, two (2)GFI outlets, two (2) overhead can lights with switch, Vermont 30" gas grill,
  under counter stainless steel refrigerator
 h. Additional sod, irrigation, and fill for oversized lot *(Allowance $2,000)*
 i. Crown molding in dinning room, master bedroom, and family room coffered ceiling
 j. Paint interior trim another color than the walls
 k. Upgrade ceiling fans (Greatroom Fanimation fan, family room FP320bl, and master bedroom FP320bl)
 l. Hot/cold shower on pool deck with tile
 m. *$1,000 allowance* for entry medallion   Used on C.O. 2
 n. Upgrade kitchen appliances to stainless steel
 o. Stainless steel undermount sink in lieu of Corian sink in kitchen
 p. Upgrade kitchen countertop from Corian (standard) to Granite Level 3
 q. Two lanai speakers with one volume control with wires to the entertainment center
  (does not include hook-up of components)
 r. Home Theater Sound System with four speakers in entertainment area (does not include components)

**TOTAL INVESTMENT $395,642**

**ACCEPTED AND APPROVED**

_Sixd W. Fuller_ 5/16/05    _Robt D. Knight_ 5/16/05
OWNER       DATE     PAUL HOMES      DATE
                Robert D. Knight, Jr. – Vice President

_Daniel Fulks_ 5/16/05
OWNER       DATE

PAUL HOMES
ADDENDUM #3 - DISCLOSURES TO PURCHASER

**SALES DISCLOSURE:**

Upon closing of the purchase of your home, additional costs may be borne by you in the form of closing costs. A list of the known major cost items are:

1. Homeowner's Insurance.
2. Intangible Tax.
3. Documentary Stamps on Deed.
4. Recording Fees on Deed.
5. Title Insurance.
6. Proration of Real Estate Taxes, County Garbage Collection, and Homeowner's Association fees.

If you will be obtaining financing for your purchase, additional costs related to the new mortgage are:

7. Survey.
8. Service Fee (or Origination Fee) on new mortgage.
9. Documentary Stamps on new note.
10. Recording Fees on Mortgage.
11. Credit Report Fee.
12. Mortgage Company's Fees.
13. Appraisal Fee.
14. Title Insurance for Mortgagee.
15. Set-up of Escrow Account (taxes and insurance).

**RADON GAS:**

Radon is naturally occurring radioactive gas that, when it has accumulated in a building in sufficient quantities, may present health risks to persons who are exposed to it over time. Levels of radon that exceed federal and state guidelines have been found in buildings in Florida. Additional information regarding radon and radon testing may be obtained from your county public health unit. Pursuant to S404.056(8), Florida Statutes.

_____ 5/16/05      _____ 5/16/05
OWNER            DATE          OWNER            DATE

**PAUL HOMES**
**ADDENDUM #4**
**EXPRESS ASSUMPTION OF RISK AND LIABILITY RELEASE AGREEMENT**

I, the undersigned, hereby acknowledge that I am voluntarily entering upon the residential construction site commonly referred to as <u>Block 6115, Lots 8 - 9, Unit 97, Cape Coral Subdivision</u>. I acknowledge and appreciate that hazardous conditions exist upon the construction site which are unavoidable and ongoing, and that certain risks and dangers exist which are inherent in any construction site, including, but not limited to, loss or damage to personal property, personal injury or fatality. Such risks stem from the operation of power tools, construction vehicles, the falling of tools and/or materials, trenches and holes created during the construction process as well as innumerable risks incident to the construction of dwelling units.

I AM AWARE THAT ENTRY UPON THE CONSTRUCTION SITE IS A HAZARDOUS ACTIVITY, AND I AM VOLUNTARILY ENTERING UPON THE CONSTRUCTION SITE WITH THE KNOWLEDGE OF THE DANGER INVOLVED AND I AGREE TO ACCEPT AND ASSUME ANY AND ALL RISKS OF INJURY, DEATH AND PROPERTY DAMAGE TO MYSELF, MY HEIRS, OR VISITOR THAT ACCOMPANY ME.

Initial _____          Initial _____

I assume the risks set forth above and agree to release, indemnify and hold harmless Paul Homes, Inc., d/b/a Paul Homes and its officers, directors, shareholders, employees and agents from any liability, resulting from the negligence or other acts of others, its agents and employees, suffered on the construction site. In addition, I hereby release and discharge Paul Homes, Inc., d/b/a Paul Homes, its agents and employees, from all claims and actions I, my heirs, my invited visitors, or legal representatives now have or may hereafter have, for injury or damages arising out of or related to my entry upon the construction site.

I HAVE CAREFULLY READ THIS PARAGRAPH AND FULLY UNDERSTAND ITS CONTENTS. I AM AWARE THAT THIS IS A RELEASE OF LIABILITY AND LIMITS MY RIGHTS TO SUE Paul Homes, Inc., D/B/A PAUL HOMES IN THE EVENT OF INJURY, DEATH OR PROPERTY DAMAGE TO MYSELF, MY VISITORS OR ANY MEMBER OF MY FAMILY, AND I SIGN IT OF MY OWN FREE WILL.

Initial _____          Initial _____

**PAUL HOMES**
**ADDENDUM #5 - NOTICE OF CONSUMER RIGHTS**

## NOTICE OF CONSUMER RIGHTS UNDER THE
## CONSTRUCTION INDUSTRIES RECOVERY FUND

You have certain rights under Florida law if you have suffered damages caused by a state-licensed contractor or a construction company with whom you have signed a contract. State law requires that you be provided with this notice of your rights regarding the Construction Industries Recovery Fund, including how and where you can file a claim against the Fund for reimbursement of any damages you have suffered.

You may be eligible for reimbursement if you have suffered monetary loss due to certain acts (described below) by the contractor, financially responsible officer or business organization licensed under Chapter 489, Part I, Florida Statutes. The Fund is available only in cases where the contract was signed and the violation occurred on or after July 1, 1993.

### Who Is Eligible?

In order to seek compensation from the Construction Industries Recovery Fund, you must have:

1. Entered into a written contract with a licensed contractor for work on residential real property;
2. Commenced legal action against the contractor, financially responsible officer or business organization; and
3. Suffered a financial loss due to the contractor:

   a) Knowingly violating applicable city, county or state building codes or laws;

   b) Committing mismanagement or misconduct in the practice of contracting that causes financial harm to a customer;

   c) Abandoning a construction project for more than 90 days; or

   d) Signing a false statement claiming that the work is bonded, that all payments to subcontractors have been made, or claiming to have provided certain worker's compensation and insurance protection.

Florida laws provide specific definitions for determining whether a contractor's actions may constitute one of these violations. See S489.129(1)(d), (h), (k), (l), Fla. Stat. In addition, you must notify the Construction Industry Licensing Board (CILB) of your claim by certified mail at the time you commence legal action.

Filing a complaint against a contractor is not the same as filing a claim against the Fund. Even if you file a complaint against a contractor with the Department of Business and Professional Regulation (DBPR), you still have to give the CILB notice of your claim and you will

also be required to file a Construction Industries Recovery Fund Claim Form with the CILB.

To request a Construction Industries Recovery Fund Claim Form or to receive more information about the Fund, write to:

> Construction Industry Licensing Board
> 7960 Arlington Expressway, Suite 300
> Jacksonville, Florida 32211-7467
> Phone (904) 359-6310

If you have questions and/or want to file a complaint with the DBPR against the contractor, the financially responsible officer and/or the business organization, please write to the Complains Section, DBPR, 1940 North Monroe Street, Tallahassee, Florida 32399-0782.

### Conditions For Recovery

In order to recover from the Fund, you must be an individual - not a company. The Recovery Fund is a last resort. Before you can receive any money from the Fund, you must have obtained a final judgment from a Florida court or a restitution order from the CILB based on the types of violations of law already mentioned. Both the violation of law and the signing of the construction contract must have occurred on or after July 1, 1993. Before the Fund will pay you any money, you must show that you have made every effort to determine if there are any assets from which you can recover all or part of the money you are owed. If so, you must try to recover before you can collect from the Fund. You have to file a claim for recovery with the Fund within 2 years of the time the violation of law happens or within 2 years of the time you find out or should have found out about the violation of law. No claim can be made more than 4 years after the time the violation of law happened.

### Payments From The Fund

The Fund does not pay post-judgment interest, punitive damages, or attorneys fees. The Fund only pays what you have not yet collected for actual or compensatory damages. The Fund pays the lesser of up to $25,000 per claim, or $25,000 per transaction, or $50,000 per contractor.

FOR MORE INFORMATION ABOUT THE FUND, SEE SS489.140 to 489.143, FLA. STAT. AND RULES 61G4-21.001 TO 61G4-21.005, FLA. ADMIN. CODE.

The undersigned acknowledges that this notice was received prior to or at the time of making your initial payment/deposit with PAUL HOMES.

_____ 5/16/05    _____ 5/16/05
OWNER              DATE      OWNER              DATE

**PAUL HOMES**
**ADDENDUM #6 - MODEL HOME QUALITY**

Congratulations on your purchase of a Paul Home. Paul Homes prides itself on quality and we are dedicated to building your home to a level of craftsmanship equal to what has been represented in our model home.

At this point, Paul Homes would like you to take some extra time to review the model home that is most like the home you are purchasing and study the quality of construction. Your new home will be built to these same standards. In addition, you should review the quality of materials used in the construction of the house as detailed in the Description of Materials and Specifications in your Building Agreement.

Purchasers hereby acknowledge, agree, and accept the above description as the standard of quality for their new home.

OWNER _____ 5/16/05 DATE    OWNER _____ 5/16/05 DATE

**PAUL HOMES**
**ADDENDUM #7 – Construction Lien Law**

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE
YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR,
SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONAL FOR AN ALLEGED
CONSTRUCTION DEFECT IN YOU HOME.   SIXTY DAYS BEFORE YOU FILE YOUR
LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER OR
DESIGN PROFESSIONAL A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU
ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR AND ANY
SUBCONTRACTORS, SUPPLIER OR DESIGN PROFESSIONALS THE OPPORTUNITY TO
INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR
PAY FOR THE ALLEGED CONSTRUCTION DEFECT.   YOU ARE NOT OBLIGATED TO
ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTOR,
SUPPLIERS, OR DESIGN PROFESSIONALS.   THERE ARE STRICT DEADLINES AND
PROCEDURES UNDER FLORIDA LAW.

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW
(SECTIONS 713.001 – 713.37, FLORIDA STATUTES), THOSE
WHO WORK ON YOUR PROPERTY OR PROVIDE
MATERIALS AND ARE NOT PAID IN FULL HAVE A
RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT
AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS
A CONSTRUCTION LIEN.   IF YOUR CONTRACTOR OR
SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS,
SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS OR
NEGLECTS TO MAKE OTHER LEGALLY REQUIRED
PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY
LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF
YOU HAVE PAID YOUR CONTRACTOR IN FULL.   IF YOU
FAIL   TO   PAY   YOUR   CONTRACTOR,   YOUR
CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR
PROPERTY.   THIS MEANS IF A LIEN IS FILED YOUR
PROPERTY COULD BE SOLD AGAINST YOUR WILL TO
PAY FOR LABOR, MATERIALS, OR OTHER SERVICES
THAT YOUR CONTRACTOR OR A SUBCONTRACTOR
MAY   HAVE   FAILED   TO   PAY.      FLORIDA'S
CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS
RECOMMENDED   THAT   WHENEVER   A   SPECIFIC
PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

OWNER _____   DATE 5/16/05      OWNER _____   DATE 5/16/05

City of Cape Coral          Permit # _____

Block # _____  Lot _____

# Residential Swimming Pool
## Spa and Hot Tub Safety Act
### Requirement

I, _____ , License # _____
   (Please Print Contractors, Name)

hereby affirm that one of the following methods will be used to meet the
requirements of Chapter 515, Florida Statutes.

_____The pool will be isolated from access to the home by an
enclosure that meets the pool barrier requirements of Florida Statutes, Section
515.29;

_____The pool will be equipped with an approved safety pool cover that
complies with ASTM F1346-91 (Standard Performance Specifications for Safety
Covers for Swimming Pools, Spas and Hot Tubs);

_____All door and windows providing direct access from the home to the
pool will be equipped with an exit alarm that has a minimum sound pressure
rating of 85 decibels at 10 feet;

_____All doors providing direct access from the home to the pool will be
equipped with a self-closing, self-catching device with a release mechanism
placed no lower than 54" above the floor or deck;

***************************In Addition To:***************************

_____If pool perimeter or property perimeter fence is to be used as a pool
barrier, it shall be a minimum of 48" high, with 54" high gate latches. All gates
shall be self closing self latching.

I understand that not having one of the above installed at the time of
final inspection will constitute a violation of Chapter 515 F.S., and will
be considered as committing a misdemeanor of the second degree,
punishable as provided in section 775.082 or section 775.083 F.S.

CONTRACTOR'S SIGNATURE _____          OWNER'S SIGNATURE

OWNER'S NAME (PLEASE PRINT)

Smc 5/01/2004

EXHIBIT B

Plaintiff Profile Form - Residential Properties

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**For Internal Use Only**

_____

File Number

Date Received

This Plaintiff Profile Form must be completed and signed by every person making a claim in this litigation using one form per affected address. In completing this Profile Form, you are under oath and must provide information that is true and correct to the best of your knowledge.  If you cannot recall all of the details requested, please provide as much information as you can and expressly indicate "unknown" in the space provided when not known.  You must supplement your responses if you learn they are incomplete or incorrect in any material respect. You may and should consult with your attorney if you have any questions regarding completion of this form. If you are completing the form for someone who has died or who cannot complete the Profile Form, please answer as completely as you can for that person.

The questions and requests for production contained within this Profile Form are non-objectionable and shall be answered without objection. By answering this Profile Form, you are not waiving the attorney work product and/or attorney client privileges. Similarly, by disclosing the identity of consultants, such consultants may remain non-testifying experts and are subject to all protections afforded by law.

To the extent this form does not provide enough space to complete your responses, you may attach as many sheets of paper as necessary.  All photographs produced in response to this form shall be in color and attached to or printed on 8 1/2" x 11" white paper.

## Section I. Property Information

Name Property Owner / Address of Affected Property: **Richard and Bonnie Fulks**
**4304 NW 39th Ave**
**Cape Coral, FL 33993**

Is this Property:* (Residential)   Commercial   Governmental

Name of Person Completing this Form: **Richard Fulks**

Is above your primary residence?   (Yes)   No

Mailing Address (if different):

Phone:  **(239) 986·2273**

* If your response is commercial or governmental you should not fill out the remaining questions, you will receive a follow up form at a later date.

Circle one: (Owner-Occupant)   Owner Only   Renter-Occupant

Represented By:

Address: **ALTERS BOLDT BROWN RASH CULMO**
**4141 N.E. 2ND Avenue**
**Miami, Florida 33137**

Phone:  **( 305 - 571 - 8550**

Case No. /Docket Info:  **2:09 CV 569 FtH 29DNE — Southern**
**Middle Dst. of FLA**

## Section II. Insurance Information

Homeowner/ Renter Insurer:  **Universal Insurance Co.**

Policy #:  **UCC 1000 81242-0**

Agent:  **Julie A. Knaus - through Allstate**

Address:  **16170 Han Carlos Blvd·**
**Ft. Myers Beach, FL 33906**

Phone:  **(239) 466-1500**

+ Attach Copy of Insurance Declaration Page

## Section III. Claimant Information

| Name of Claimant | Dates Occupied Move-in | Dates Occupied Leave | Gender | Date of Birth | Are you claiming personal injuries?* Circle One | Identify Claimant Status as an Owner-Occupant, an Owner Only, or an Occupant or Renter Only |
|---|---|---|---|---|---|---|
| Richard Fulks | 8 / 2006 | / / | (M) F | 9/19/54 | (Yes) No | owner-occupant |
| Bonnie Fulks | 8 / 2006 | / / | M (F) | 12/4/54 | (Yes) No | owner-occupant |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |
| | / / | / / | M / F | / / | Yes No | |

* Personal injuries include claims for mental anguish and medical monitoring.

Page 1

Fulks0001

Plaintiff Profile Form - Residential Properties

**Section IV. Inspection Information**

1.0. Have you, or has anyone on your behalf, conducted an inspection into whether Chinese-manufactured drywall is present in your home?   (Yes)   No

1.1. If "Yes" to Question 1.0 Section IV. Who conducted the inspection?   ABBRC

1.2. When did the inspection take place?   3 /16/ 09

2.0. Has a determination been made that Chinese-manufactured drywall is present in your home?   (Yes)   No

2.1. If "Yes" to Question 2.0. Section IV. Who made this determination?   ABBRC

2.2. When was this determination made?   3 /16/ 09

**Section V. Drywall Information**

| Drywall Manufacturer | Markings on Drywall | Location in Home |
|---|---|---|
| unknown | unknown | to be det. |
|  |  |  |
|  |  |  |
|  |  |  |

**Section VI. Home Information**

| Approx. Sq. Ft. of House: | 4000 |  | Yes | No |
|---|---|---|---|---|
| Estimated Sq. Ft. of Drywall | 4000 | Occupied | X |  |
| Height of Interior Walls | 9 ft. | Year-round | X |  |
| Number of Bedrooms: | 3 | Summer |  |  |
| Number of Bathrooms: | 2½ | Winter |  |  |

**Plumbing System**

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| PVC/ CPVC/ Plastic Piping |  | X |  |
| Copper Piping | X |  |  |
| Copper Fixtures | X |  |  |
| Other Fixtures |  | X |  |
| Were repairs made to the plumbing system? |  | X |  |
| Dates: |  |  |  |

**Electrical System**

|  | Blackening or Corrosion? | | |
|---|---|---|---|
|  | Yes | No | N/A |
| Receptacles | X |  |  |
| Switches | X |  |  |
| Main Panel |  |  | X |
| 2nd Panel |  |  | X |
| Exposed Copper Wires | X |  |  |
| Were repairs made to the electrical system? |  | X |  |
| Dates: |  |  |  |

+ Attach Copy of Floor Plan on 8 1/2" X 11" paper   to be provide

**Section VII. Construction/Renovation Information**

Date Range for New Home Construction: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / 200_ |
|---|---|---|---|
| Move In Date: | 8 / / 200_ | Date Acquired Home | / / |

Date Range for Renovations: (Month/Day/Year)

| Start Date: | / / | Completion Date | / / |
|---|---|---|---|
| Move In Date: | / / |  |  |

| Renovation(s) | Yes | No | N/A |
|---|---|---|---|
| First Floor: 1/2 Wall of drywall replaced |  | ✓ |  |
| First Floor: Full Wall of drywall replaced |  | ✓ |  |
| Second Floor: Any drywall replaced |  | ✓ |  |

**Section VIII. Homebuilder/ General Contractor/ Developer Information**

Homebuilder/ General Contractor/ Developer's Name:
Paul Homes

Address:
3215 Ceitus Pkwy
N. Cape Coral, FL 33941

Phone:  (239) 283-9610

+ Attach Copy of Construction/Renovation Contract
+ Attach Copy of New Home Warranty Declaration

**Section IX. Drywall Installer**

Drywall Installer's Name:
unknown

Address: _____
_____
_____

Phone:  (   )   -

**Section X. Drywall Supplier**

Drywall Supplier's Name:
unknown

Address: _____
_____
_____

Phone:  (   )   -

Page 2

Fulks0002

Plaintiff Profile Form - Residential Properties

**Section XI. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
|---|---|---|---|
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |

Page 3

Fulks0003

**Section XX. Verification of Plaintiff Profile Form**

I declare under penalty of perjury under the laws of the United States of America and pursuant to 28 U.S.C. § 1746 that all information provided in this Plaintiff Profile Form is true and correct to the best of my knowledge, and that I have supplied all of the documents requested in this declaration to the extent that such documents are in my possession, custody or control.

| | | | |
|---|---|---|---|
| _____ | 8/28/09 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | 8/38/0.9 | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| _____ | _____ | _____ | _____ |
| Claimant's Signature | Date Signed | Claimant's Signature | Date Signed |
| | _____ | | 9/1/09 |
| | Lawyer's Signature | | Date Signed |

Page 3

# EXHIBIT C

C I T Y   O F   C A P E   C O R A L
------ CERTIFICATE OF OCCUPANCY ---
P E R M A N E N T

RECEIVED
SEP 0 1 2006
BY:

ISSUE DATE:          9/01/06

LOCATION: 4304 NW 39TH AV

STRAP #: 18-43-23-C1-06115-0080          PERMIT #: 05-00029366

OWNER INFORMATION:                    OCCUPANCY TYPE  : RESIDENTIAL 1 & 2 FA
    FULKS RICHARD W + BONNIE J
    9240 BELLEZA WAY APT 102          CONST. TYPE     : TYPE VI UNSPRK/UNPRO
    PORT MYERS, FL 33908-9690
                                      ALLOWABLE OCC CONTENT:

CONTRACTOR INFORMATION:               ALLOWABLE FLOOR LOAD :
    PAUL GARY G
    PAUL HOMES                        GAC UNIT        :  97-0
    4524 SE 16TH PL #2C
    CAPE CORAL, FL 33904-7475         PLAT BOOK PAGE# :  02
    (941)542-1750                     # OF PLATTED LOTS:        2.0000
    COMPETENCY #:                     ZONING          : R1B
    REG OR STATE LIC: CGC047296
                                      TYPE OF WORK    : NEW CONSTRUCTION

                                      NUMBER OF STORIES :        1.00

                                      FLOOD ELEVATION   :        8.0000

                                      FLOOD CODE        :          A9

                                      NUMBER OF BEDROOMS :       3.00

                                      NUMBER OF BATHROOMS :      2.00

                                      TOTAL DWELLING UNITS :     1.00

                                      TOTAL BLDG SIZE   :      3457.00

SAID PREMISES HEREBY ARE FOUND TO COMPLY WITH THE BUILDING
ORDINANCES AND ZONING OF SAID CITY.  THIS FORM IS A
"CERTIFICATE OF OCCUPANCY" WHEN VALIDATED.

DATE 9-1-06          [signature]
                    DEPT. OF COMMUNITY DEVELOPMENT

VOID UNLESS SIGNED BY BUILDING OFFICIAL