UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 02047
        PRODUCTS LIABILITY LITIGATION              SECTION L

                                              JUDGE FALLON
                                              MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

KENNETH and BARBARA WILTZ, *et. al.,*
*Plaintiffs,* v. BEIJING NEW BUILDING MATERIALS
PUBLIC LTD. CO., *et. al., Defendants.*
Case No. 10:361
_____/

**DEFENDANT, R. FRY BUILDERS, INC.'S, MOTION TO DISMISS,
WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST IT IN THE
AMENDED WILTZ OMNIBUS CLASS ACTION COMPLAINT**

      Defendant, R. Fry Builders, Inc. ("Fry"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against it in the Amended Omnibus Class Action Complaint (commonly known as the "Wiltz" Complaint or "Omni II") brought by plaintiffs **James and Kathleen Nichols** (the "Nichols Plaintiffs"), **Jason and Jessica James** ("the James Plaintiffs"), and **David and Cassidy Williams** ("the Williams Plaintiffs") (collectively, the "Plaintiffs") for failure to state a claim upon which relief can be granted.

      In a shotgun pleading that makes no effort to distinguish between Fry and the entities actually responsible for the drywall, Plaintiffs have offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and

{FT693714;1}

Medical Monitoring. As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Fry respectfully requests that the Court enter an order dismissing the claims against it pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Fry its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated: July 9th, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Stacy Bercun Bohm
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email:  stacy.bohm@akerman.com
valerie.greenberg@akerman.com
leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT R. FRY BUILDERS, INC.**

**PHELPS DUNBAR LLP**

BY:       /s/ Brent B. Barriere
      Brent B. Barriere (La. Bar No. 2818)
      Susie Morgan (La. Bar No. 9715)
      D. Skylar Rosenbloom (La Bar No. 31309)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: Brent.barriere@phelps.com
            Susie.morgan@phelps.com
            Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT, R. FRY BUILDERS, INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of July, 2010.

      /s/   Stacy Bercun Bohm