IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION <br><br>**This Document Relates to:** <br>Payton, et al. v. Knauf Gips KG, et al., <br>Case No. 09-cv-7628 (E.D. La.) | ) ) ) ) ) ) ) ) ) ) ) ) **MDL Docket No. 2047** <br><br>**SECTION L** <br>**JUDGE FALLON** <br>**MAG. JUDGE WILKINSON** |

## NOTICE OF APPEARANCE

COMES NOW S. Greg Burge, with the law firm of Burr & Forman LLP, and hereby enters his appearance as counsel of record for defendant Ray Horvath Drywall, Inc.

s/ S. Greg Burge
S. Greg Burge (AL Bar# ASB-0558-B37S)
gburge@burr.com

Attorney for Defendant
RAY HORVATH DRYWALL, INC.

OF COUNSEL:
BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served upon Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of July, 2010.

/s/ S. Greg Burge
OF COUNSEL

1845514 v1