UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE:  CHINESE MANUFACTURED          :    MDL NO. 2047
DRYWALL PRODUCTS LIABILITY            :
LITIGATION                            :    SECTION:    L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO:             :    JUDGE FALLON
                                      :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324,  :  MAG. JUDGE WILKINSON
09-cv-6690                            :
------------------------------------------------------------------x

## CONSENT MOTION FOR ENTRY OF
## SCHEDULING ORDER

NOW COME the various Knauf entities ("the Kanuf entities") which have been served in the referenced cases, who file the above-captioned Motion requesting that the Court enter the Scheduling Order attached hereto as Exhibit "A." The attached Scheduling Order allows for an efficient and streamlined exchange of information between and among the parties. Accordingly, the Knauf entities request that the Court enter the Scheduling Order.

The Knauf entities have worked closely with the Plaintiffs' Steering Committee, Homebuilders' Steering Committee and counsel for Interior Exterior Supply to create this Scheduling Order, and all parties have consented to the dates identified therein.

Respectfully submitted

By: /s/ Kyle A. Spaulding
MILES P. CLEMENTS (#4184)
PETER E. SPERLING (#17812)
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
PAUL C. THIBODEAUX (#29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

- AND -

DONALD J. HAYDEN (FL Bar No. 0097136)
BAKER & MCKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

DOUGLAS B. SANDERS (IL Bar No. 6256621)
RICHARD M. FRANKLIN (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

STEVEN GLICKSTEIN (NY Bar No. 1038157)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022

>Telephone:  (212) 836-8485
>Facsimile:  (212) 836-6485
>Email:  sglickstein@kayescholer.com
>
>Counsel for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana under seal, on this 9th day of July, 2010.

>/s/ Kyle A. Spaulding