UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------------x
IN RE: CHINESE MANUFACTURED : MDL NO. 2047
DRYWALL PRODUCTS LIABILITY :
LITIGATION : SECTION:   L
------------------------------------------------------------------x
THIS DOCUMENT RELATES TO: : JUDGE FALLON
 :
09-cv-4115, 09-cv-4117, 09-cv--4119, 09-cv-4324, : MAG. JUDGE WILKINSON
09-cv-6690 :
------------------------------------------------------------------x

## ORDER

CAME UNTO BE CONSIDERED the Consent Motion for Entry of Scheduling Order, the Court, having considered the Motion, is of the opinion that it is meritorious and should be granted.  Accordingly, it is **ORDERED** that the Scheduling Order attached to the Motion shall be entered into the record of this matter.

_____
JUDGE ELDON E. FALLON