UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 02047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al.* v.
KNAUPF GIP KG, *et al.*,
Case No. 2:09-cv-07628-EEF-JCW

_____/

### ARANDA HOMES, INC.'S (ON BEHALF OF ARANDA HOMES OF FLORIDA, INC., A NON-EXISTENT ENTITY) MOTION TO DISMISS WITH PREJUDICE THE CLAIMS AGAINST ARANDA HOMES OF FLORIDA, INC. IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), defendant Aranda Homes, Inc., on behalf of the non-existent entity "Aranda Homes of Florida, Inc.," moves to dismiss with prejudice the claims against Aranda Homes of Florida, Inc. in the Amended Omnibus Class Action Complaint [DE 1][1] brought by plaintiffs Francis and Kathy Jarvi[s] (collectively, the "Jarvises") for failure to state a claim upon which relief can be granted. "Aranda Homes of Florida, Inc." does not exist. This is a clerical error that the Jarvises' counsel has recognized, but it was not corrected in the recent amendments to the Payton Omnibus Class Action Complaint.

---

[1] On May 18, 2010, the Court entered an Order granting "Plaintiffs' Joint Motion to Dismiss Certain Defendants, With Prejudice, Under Fed.R.Civ.P. 41(a) and to Amend the Plaintiffs' Omnibus Class Action Complaint (I)" [DE 3160]. The proposed amendments to the Payton Omnibus Complaint do not alter the legal claims against Aranda Homes of Florida. Instead, the amendments dismiss all plaintiffs who previously had claims against Aranda Homes of Florida except for Frank and Kathy Jarvis—*i.e.*, Sandy and John Conroy, Prabhakara Cuddapha, Dirk and Svetlana Fischer, Vincent and Joan Geraci, Erwin Rottau and Mary Jane Cloeren, Sieglinde Saeks, John and Barbara Shaw.

{M2936784;1}

*See* 4/5/10 Letter from Gregory S. Weiss, Esq., attached as **Exhibit A**. Therefore, as explained further in the accompanying memorandum of law, because "Aranda Homes of Florida, Inc." is not an existing legal entity, the claims against it should be dismissed with prejudice. *See* Memorandum of Law, attached as **Exhibit B**.[2]

WHEREFORE, Defendant Aranda Homes, Inc., on behalf of the non-existing entity Aranda Homes of Florida, Inc., respectfully requests that the Court enter an order dismissing all claims against Aranda Homes of Florida, Inc. in the Amended Omnibus Class Action Complaint [DE 1, as amended by DE 3160] with prejudice and awarding Aranda Homes, Inc. its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 12, 2010

                           **AKERMAN SENTERFITT**

                           BY:  /s/   Valerie Greenberg
                                 Valerie Greenberg, Esq.
                                 Fla. Bar No. 026514
                                 Stacy Harrison, Esq.
                                 Fla. Bar No. 44109
                         One Southeast Third Avenue, 25th Floor
                         Miami, FL  33131-1714
                         Phone:  (305) 374-5600
                         Fax:  (305) 374-5095
                         Email:  valerie.greenberg@akerman.com
                         Email:  stacy.harrison@akerman.com

                         *Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place

---

[2] Per the Local Rules, a Notice of Hearing is attached hereto as **Exhibit C**.

{M2936784;1}

365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
          Susie.morgan@phelps.com
          Skylar.rosenbloom@phelps.com

**CERTIFICATE OF SERVICE**

I hereby certify that *Aranda Homes, Inc.'s (On Behalf of Aranda Homes of Florida, Inc., a Non-Existent Entity) Motion to Dismiss With Prejudice the Claims Against Aranda Homes of Florida, Inc. in the Amended Payton Omnibus Class Action Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

                              /s/      Valerie Greenberg