# Exhibit A



# LEOPOLD~KUVIN PA
CONSUMER JUSTICE ATTORNEYS

Monday, April 05, 2010

Stacy J. Harrison, Esquire
Akerman Senterfitt
One Southeast Third Avenue, 25th Floor
Miami, Florida  33131-1714

Rec'd 4/12/10

**Re:**   **Aranda Homes ("Builder")**
**Frank and Kathy Jarvis ("Homeowners")**
**1219 Northwest 38th Place, Cape Coral, Florida  33993 ("Property")**

Dear Ms. Harrison:

Thank you for your correspondence dated March 26, 2010.

On March 31, 2010 we asked the liaison counsel for the MDL/Payton Complaint to correct Aranda Homes to reflect Aranda Homes, Inc.

However please note that the Secretary of State lists both Aranda Homes, Inc. and Aranda Homes of Florida, LLC as "active" corporations with the same principal place of business and both list John Conti as Officers.

Thank you. The Payton Complaint should shortly reflect the correct entity.

Sincerely,

GREGORY S. WEISS

GSW:lhm

2925 PGA Boulevard   Suite 200   Palm Beach Gardens   Florida 33410   561.515.1400   fax 561.515.1401   leopoldkuvin.com
CRASHWORTHINESS · MANAGED CARE ABUSE · CONSUMER CLASS ACTIONS · PERSONAL INJURY · WRONGFUL DEATH