**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED DRYWALL        MDL No. 02047
           PRODUCTS LIABILITY LITIGATION       SECTION L

                                             JUDGE FALLON
                                             MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUPF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW

_____/

**MEMORANDUM OF LAW IN SUPPORT OF**
**ARANDA HOMES, INC.'S (ON BEHALF OF ARANDA HOMES OF FLORIDA, INC.,**
**A NON-EXISTENT ENTITY) MOTION TO DISMISS WITH PREJUDICE**
**THE CLAIMS AGAINST ARANDA HOMES OF FLORIDA, INC.**
**IN THE AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT**

Defendant Aranda Homes, Inc., on behalf of the non-existent entity "Aranda Homes of Florida, Inc.," hereby files its Memorandum of Law in Support of the Motion to Dismiss With Prejudice the Claims Against Aranda Homes of Florida, Inc. in the Amended Payton Omnibus Class Action Complaint ("Motion to Dismiss"), brought by plaintiffs Francis and Kathy Jarvi[s] (collectively, the "Jarvises").

**ARGUMENT**

1.      The Jarvises' claims against Aranda Homes of Florida, Inc. in the Amended Payton Omnibus Class Action Complaint, must be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

2.      "Aranda Homes of Florida, Inc." does not exist. There is no legal entity named "Aranda Homes of Florida, Inc."

3.      The Jarvises' counsel has been advised of this error and allegedly requested that the Plaintiffs' Steering Committee correct this error before the Payton Omnibus Class Action Complaint was amended. *See* Motion to Dismiss Exh. A. However, this error was not corrected in the May 18, 2010 amendment.

4.      In addition to the Motion to Dismiss and this Memorandum of Law, Aranda Homes, Inc. (an existing Florida entity and the entity that built the subject property) has filed a *Motion to Dismiss With Prejudice the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint* and an accompanying *Memorandum of Law in Support* [DE 4362] to address the claims brought against it. To the extent necessary, those arguments are incorporated into this Motion to Dismiss the claims against the non-existing entity, Aranda Homes of Florida, Inc.

WHEREFORE, Defendant Aranda Homes, Inc., on behalf of the non-existing entity Aranda Homes of Florida, Inc., respectfully requests that the Court enter an order dismissing all claims against Aranda Homes of Florida, Inc. in the Amended Omnibus Class Action Complaint [DE 1, as amended by DE 3160] with prejudice and awarding Aranda Homes, Inc. its fees in defending this action pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 12, 2010

**AKERMAN SENTERFITT**

BY: <u>/s/      Valerie Greenberg</u>
Valerie Greenberg, Esq.
Fla. Bar No. 026514
Stacy Harrison, Esq.
Fla. Bar No. 44109
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  valerie.greenberg@akerman.com
Email:  stacy.harrison@akerman.com

*Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Memorandum of Law in Support of *Aranda Homes, Inc.'s (On Behalf of Non-Entity Aranda Homes of Florida, Inc.) Motion to Dismiss With Prejudice the Claims Against Aranda Homes of Florida, Inc. in the Amended Payton Omnibus Class Action Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

/s/      Valerie Greenberg