UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>SEAN and BETH PAYTON, *et al*. v.<br>KNAUPF GIP KG, *et al*.,<br>Case No. 2:09-cv-07628-EEF-JCW<br><br>_____/ | |

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that defendant, Aranda Homes, Inc.'s (On Behalf of Aranda Homes of Florida, Inc., a Non-Existent Entity) Motion to Dismiss With Prejudice the Claims Against Aranda Homes of Florida, Inc. in the Amended Payton Omnibus Class Action Complaint, and accompanying Memorandum of Law in Support, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 11th day of August, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

{M2951711;1}

Dated:  July 12, 2010

**AKERMAN SENTERFITT**

        BY:  /s/  Valerie Greenberg
             Valerie Greenberg, Esq.
             Fla. Bar No. 026514
             Stacy Harrison, Esq.
             Fla. Bar No. 44109
      One Southeast Third Avenue, 25th Floor
      Miami, FL  33131-1714
      Phone:  (305) 374-5600
      Fax:  (305) 374-5095
      Email:  valerie.greenberg@akerman.com
      Email:  stacy.harrison@akerman.com

      *Attorneys for Aranda Homes, Inc.*

*Co-Counsel for Aranda Homes, Inc.*

Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
**Phelps Dunbar LLP**
Canal Place
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

{M2951711;1}        2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

                                                                     /s/  Valerie Greenberg