003578.00302M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **MDL No.:**   2047<br><br>**SECTION:**   L<br><br>**JUDGE FALLON**<br><br>**MAG: JUDGE WILKINSON** |
| **THIS DOCUMENT RELATES TO:**<br>*PAYTON, ET. AL. V. KNAUF GIPS KG, ET. AL.*<br><br>**CASE NO. 2:09-CV-7628 (E.D.LA.)** | |

_____/

## ORDER GRANTING WITHDRAWAL AS COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Defendant, Northstar Homebuilders, Inc., in the above civil action. The Court, having considered the Motion and noting the agreement of all law firms, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Defendant, Northstar Homebuilders, Inc., is hereby granted and that Raul R. Loredo, Addison J. Meyers, and the firm of MINTZER SAROWITZ ZERIS, LEDVA & MEYERS, LLP, Attorneys at Law, are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of Defendant, Northstar Homebuilders, Inc. The Court further ORDERS that Michael K. Wilson, and the law firm of Broad and Cassel are hereby left as counsel of record for the Defendant, Northstar Homebuilders, Inc. as of the date of this Order.

It is ORDERED this _____ day of July, 2010.

_____
HONORABLE JUDGE

Case No: 09-7628 MDL 2047 SECT. L
Page 4 of 4

**AGREED AND APPROVED:**

/s/ Raul R. Loredo
Raul R. Loredo, Esq.
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com


/s/ Addison J. Meyers
Addison J. Meyers, Esq.
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com


/s/ Michael K. Wilson
Michael K. Wilson, Esq.
BROAD and CASSEL
Bank of America, Suite 1400
390 North Orange Avenue
Orlando, FL 32801-4961
Tel:   407-839-4200
Fax:  407-425-8377
mkwilson@broadandcassel.com