003578.00305M

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | **CASE NO.: 2047** |
| | **SECTION: L** |
| | **JUDGE FALLON** |
| **THIS DOCUMENT RELATES TO:** *ROGERS, ET. AL. V. KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD., ET. AL.* | **MAG: JUDGE WILKINSON** |
| **CASE NO. 2:10-CV-362 (E.D.LA.)** | |

_____/

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

COMES NOW Raul R. Loredo, Addison J. Meyers, and the firm of MINTZER SAROWITZ ZERIS, LEDVA & MEYERS, LLP, Attorneys at Law, attorneys of record for Defendant, NORTHSTAR HOMEBUILDERS, INC., and files this Motion for an Order allowing withdrawal of Raul R. Loredo, Addison J. Meyers, and the firm of MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP as attorney of record for Defendant, NORTHSTAR HOMEBUILDERS, INC., leaving Michael K. Wilson, and the firm of Broad and Cassel as attorneys of record for Defendant, NORTHSTAR HOMEBUILDERS, INC.

Respectfully submitted,

Dated: July 12, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
rloredo@defensecounsel.com

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

**CERTIFICATE OF SERVICE**

I, hereby certify that the above and forgoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States Mail and email or hand delivery and email and upon all parties electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of July, 2010.

/s/ Raul R. Loredo
Raul R. Loredo