**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL  PRODUCTS LIABILITY LITIGATION | :   MDL NO. 2047 :   :   Section: L |
| THIS DOCUMENT RELATES TO ALL CASES | :   JUDGE FALLON :   MAG. JUDGE WILKINSON |

**AMENDED NOTICE OF APPEARANCE**
**AS COUNSEL FOR DEFENDANT TIMBERLINE BUILDERS, INC.**

Steven G. Koeppel, Esq. of the law firm of Yeslow & Koeppel, P.A., files this Notice of Appearance on behalf of Defendant, Timberline Builders, Inc., and requests that copies of all correspondence, motions, pleadings and all other documents be served upon the firm.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, and via e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

Respectfully submitted,

YESLOW & KOEPPEL, P.A.
Attorneys for Timberline
P.O. Box 9226
Fort Myers, FL 33902
(239) 337-4343

By:   /s/ Steven G. Koeppel
        Steven G. Koeppel
        Florida Bar No. 602851