# Composite Exhibit A

INSTR # 2006000402659 Doc Type DBN Pages 2 Recorded 10/23/2006 at 11:44 AM
Charlie Green, Lee County Clerk of Circuit Court, Deed Doc. D $3149.30 Rec. Fee
$18.50 Deputy Clerk DSHAW

Case 2:09-md-02047-EEF-MBN Document 4369-1 Filed 07/12/10 Page 2 of 9

**Prepared By and Return To:**
Elizabeth Reynolds
First Choice Title Group, LLC
13550 Reflections Parkway
Fort Myers, Florida 33907

**File No.** 06-552161

**Property Appraiser's Parcel I.D. (folio) Number(s)**
06-44-23-C1-04239.0070

# WARRANTY DEED

THIS WARRANTY DEED dated October 16, 2006, by Gary P. Pringle and Darlene Pringle, husband and wife hereinafter called the grantor, to Peter F. Ellington and Robyn J. Ellington, husband and wife, whose post office address is 1213 NW 37th Place, Cape Coral, FL 33993, hereinafter called the grantee:

> (Wherever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives and assigns of individuals, and the successors and assigns of corporations)

WITNESSETH: That the grantor, for and in consideration of the sum of $10.00 and other valuable consideration, receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys, and confirms unto the grantee, all the certain land situated in Lee County, Florida, viz:

> Lots 7 and 8, Block 4239, Unit 60, CAPE CORAL SUBDIVISION, according to the plat thereof as recorded in Plat Book 19, Page 154 through 169, inclusive, Public Records of Lee County, Florida.

Subject to easements, restrictions, reservations and limitations of recorded, if any.

TOGETHER with all the tenements, hereditaments and appurtenances thereto belonging or in any wise appertaining.

TO HAVE AND TO HOLD the same in Fee Simple forever.

AND the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances, except taxes accruing subsequent to: December 31, 2005

Warranty Deed (Individual to Individual)
Rev. (3/00)

## WARRANTY DEED
(Continued)

IN WITNESS WHEREOF, the said grantor has signed and sealed these presents the day and year first above written.

Signed, sealed and delivered in the presence of:

_____ (Witness Signature)
Cynthia L Brocker

_____ (Witness Signature)
Kandice A Prieskorn

_____ Gary P. Pringle

_____ Darlene Pringle

910 E. Walnut Street
(Address)

Horicon, WI 53032
(Address)

State of __Florida__

County of __Lee__

Sworn to, subscribed and acknowledged before me this __4th__ day of __October__, __2006__ by Gary P. Pringle and Darlene Pringle, who are personally known to me or who have produced __Drivers License__ as identification.

_____
Notary Public
My Commission Expires: Feb 1 2008

CYNTHIA L. BROCKER
MY COMMISSION # DD 286426
EXPIRES: February 1, 2008
Bonded Thru Notary Public Underwriters

Warranty Deed (Individual to Individual)
Rev. (3/00)

BUILDING AGREEMENT

Articles of Agreement made and entered into this __18th__ day of __February__, 200_5_, by and between _Gary P. Pringle____ and __Darlene Pringle_____, his wife, as Owners, whose present mailing address is: _835 Suhrke Rd. Plymouth, WI 53073_____ and **Aranda Homes, Inc.**, as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

_1213 NW 37th PL, Cape Coral Unit 60 BLK 4239 PB 19 PG 161 Lots 7 & 8 Strap # 06-44-23-C1-04239.0070_____ situated in ___Lee_____ County, State of Florida Owned by

_Gary P. Pringle_____ and __Darlene Pringle_____, his wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **Two Hundred Thirty Four Thousand Seven Hundred Ninety Five XX/100 ( $234,795.00 )**

U.S. Dollars in the following manner: one percent, 1% $ __2,347.95_____ Deposit, with signing of the contract
1. $ 21,131.55_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about **180_____** days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through ___April 4th_____, 20_03_, or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract. Owner hereby waives the requirements of 489.126, *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

1

*1213 NW 37th PL*
*06-44-23-C1-04239.0070*

THIRD:        The said residence to be Contractor's ___Vista Model_____
home with all details of material and construction to be equal to or better than those used in the model home at  3201 SW 4th Ln, Cape Coral_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
 Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:        The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well,

2

and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ▢WAVY▢ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH: CONSTRUCTION LIEN DISCLOSURE

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA▢S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH: Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____     _____
                                        Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1  
NAME: Gary & Darlene Pringle  
ADDRESS: 835 Suhrke Rd  
CITY, STATE: Plymouth, WI 53073  
TELEPHONE: 920-893-8347  
MODEL: Vista  

DATE: 2/18/05  
BLK  4239  
LOT   7 & 8  
UNIT    60  
CITY   Cape Coral  
PRICE $ 227,000.00  

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fill Allowance | $ 7,000.00 |
| 12. Culvert (if needed) | $   795.00 |
| 13. | $ |
| 14. | $ |
| 15. | $ |
| 16. | $ |

TOTAL HOME IMPROVEMENTS $ 7,795.00  
TOTAL            234,795.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____  
Aranda Homes, Inc.

_____  
PURCHASER  
_____  
PURCHASER

4

## PROFILE SHEET

| | |
|---|---|
| NAME: <u>Gary & Darlene Pringle</u> | Lot  7 & 8 |
| Model: <u>Vista</u> | Unit  60 |
| 1. Legal Description: | Block  4239 |
| 2. Lot Dimension: | <u>80 X 125</u> |
| 3. Seawall: | <u>No</u> |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | City |
| 6. Deed Restriction | No |
| 7. Well | Yes |
| 8. Septic | Yes |
| 9. City/Water/Sewer | No |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | 2 lot-Standard |
| 12. Financing: | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _[signature]_     Date: 2-18-05
Customer: _[signature]_     Date: 2-18-05

5

| | |
|---|---|
| Addendum #2 | DATE: 3/10/05 |
| NAME: Gary & Darlene Pringle | BLK 4239 |
| ADDRESS: 835 Suhrke Rd | LOT 7 & 8 |
| CITY, STATE: Plymouth, WI 53073 | UNIT 60 |
| TELEPHONE: 920-893-8347 | CITY Cape Coral |
| MODEL: Vista | PRICE $ 234,795.00 |

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 13. (2) Round columns on lanai @ 450 a piece | $ 900.00 |
| 14. 220V Electrical outlet in garage | $ 110.00 |
| 15. Plant shelves on outside walls of both guest bedrooms 8ft from floor | $ 475.00 |
| 16. R/O System under kitchen sink | $ 695.00 |
| 17. Electrical box for generator | $ 500.00 |
| 18. (2) 110 outlets on top of wall unit | $ 80.00 |
| 19. Add fluorescent fixture in garage | $ 120.00 |
| 20. 1 additional phone outlet | $ 40.00 |
| 21. Light switches to be at standard height in lieu of height in model | $ N/C |

TOTAL HOME IMPROVEMENTS $ 2,920.00
TOTAL            $ 237,715.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
Aranda Homes, Inc.                               PURCHASER
                                                 _____
                                                 PURCHASER

6