UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
           PRODUCTS LIABILITY LITIGATION      SECTION L

                                                         JUDGE FALLON
                                                         MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

SEAN and BETH PAYTON, *et al*. v.
KNAUPF GIP KG, *et al*.,
Case No. 2:09-cv-07628-EEF-JCW

_____/

**J. HELM CONSTRUCTION, INC.'S MOTION TO DISMISS WITH PREJUDICE
THE CLAIMS BROUGHT AGAINST IT IN THE
<u>AMENDED PAYTON OMNIBUS CLASS ACTION COMPLAINT</u>**

       For the reasons discussed in the supporting Memorandum, Defendant J. Helm Construction, Inc. ("J. Helm"), pursuant to Chapter 558, Florida Statutes, and Federal Rule of Civil Procedure 12(b)(6), hereby moves to stay or, alternatively, to dismiss the Amended Omnibus Class Action Complaint [DE 1] served by Plaintiffs Steven and Cathy Etter ("Etter") and Tracey Wagner ("Wagner") (collectively, "Plaintiffs"), with prejudice.[1]

---

[1] Copies of the Construction Agreements between J. Helm and Plaintiffs are attached to this Motion as **Composite Exhibit A**. The Memorandum of Law in support of this Motion is attached hereto as **Exhibit B**. Also, per the Local Rules, a Notice of Hearing is attached as **Exhibit C**.

{M2951940;1}

Dated: July 12, 2010

                                      Respectfully submitted,

                                      **AKERMAN SENTERFITT**

                                BY: /s/ Michael A. Sayre
                                    Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
                                    Michael Sayre, Esq. (Fla. Bar No. 17607)
                                  One Southeast Third Avenue, 25th Floor
                                  Miami, FL  33131-1714
                                  Phone:  (305) 374-5600
                                  Fax:  (305) 374-5095
                                  Email:  valerie.greenberg@akerman.com
                                          michael.sayre@akerman.com

                                  *Attorneys for J. Helm Construction, Inc.*

Co-Counsel for J. Helm Construction, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
       Susie.morgan@phelps.com
       Skylar.rosenbloom@phelps.com

3

**CERTIFICATE OF SERVICE**

      I hereby certify that *J. Helm Construction, Inc.'s Motion to Dismiss With Prejudice the Claims Brought Against it in the Amended Payton Omnibus Class Action Complaint* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

                                                                              /s/   Michael A. Sayre