# Composite Exhibit "A"

1997 EDITION

# AIA DOCUMENT | A101-1997

## Standard Form of Agreement Between Owner and Contractor
### where the basis of payment is a STIPULATED SUM

**AGREEMENT** made as of the    25th       day of January
in the year   2005
*(In words, indicate day, month and year)* Twenty Fifth day of January
           Two Thousand and Five

**B E T W E E N** the Owner:
*(Name, address and other information)*   Joseph Dobbins & Tracy Wagner
                           164 Country Club Dr
                           Tequesta, FL   33469

and the Contractor:
*(Name, address and other information)*   J. Helm Construction, Inc. dba
                           Sundown Development
                           PO Box 3967
                           Tequesta, FL   33469

The Project is:
*(Name and location)*   Lot 5 Emerald Harbour
                           18896 SE Jupiter Inlet Way
                           Jupiter, FL   33469

The Architect is:
*(Name, address and other information)*   Yates, Rainho Architects, Inc
                           6205 S. Dixie Hwy
                           West Palm Beach, FL   33405

The Owner and Contractor agree as follows.

---

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201-1997, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

This document has been approved and endorsed by The Associated General Contractors of America

© 1997 AIA®
**AIA DOCUMENT** A101-1997
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

Copyright 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission of the AIA violates the copyright laws of the United States and will subject the violator to legal prosecution. Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

## ARTICLE 1  THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein.  The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 8.

## ARTICLE 2  THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3  DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

3.1    The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.   Date permit is issued

*(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanic's liens and other security interests, the Owner's time requirement shall be as follows:

N/A

3.2    The Contract Time shall be measured from the date of commencement.

3.3    The Contractor shall achieve Substantial Completion of the entire Work not later than 240                        days from the date of commencement, or as follows:

*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. Unless stated elsewhere in the Contract Documents, insert any requirements for earlier Substantial Completion of certain portions of the Work.)*

, subject to adjustments of this Contract Time as provided in the Contract Documents.

*(Insert provisions, if any, for liquidated damages relating to failure to complete on time or for bonus payments for early completion of the Work.)*

N/A



© 1997   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

**2**

WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

## ARTICLE 4  CONTRACT SUM

4.1   The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be  **Eight Hundred Seventy Three thousand Two hundred Fifty Two**  Dollars ($ 873,252. ), subject to additions and deductions as provided in the Contract Documents.

4.2   The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:
*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

N/A

4.3   Unit prices, if any, are as follows:

N/A

## ARTICLE 5  PAYMENTS   *Shall be As per bank draw schedule*
5.1    PROGRESS PAYMENTS
5.1.1   Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

5.1.2   The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:   **As per bank draw schedule**

5.1.3   Provided that an Application for Payment is received by the Architect not later than the 25th day of a month, the Owner shall make payment to the Contractor not later than the 10th day of the month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than 15 days after the Architect receives the Application for Payment.

5.1.4   Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.





© 1997   A I A®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

3

Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

5.1.5  Applications for Payment shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

5.1.6  Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1  Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of **five** percent ( 5 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Subparagraph 7.3.8 of AIA Document A201-1997;

.2  Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of **five** percent ( 5 %);

.3  Subtract the aggregate of previous payments made by the Owner; and

.4  Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Paragraph 9.5 of AIA Document A201-1997.

5.1.7  The progress payment amount determined in accordance with Subparagraph 5.1.6 shall be further modified under the following circumstances:

.1  Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and (Subparagraph 9.8.5 of AIA Document A201-1997 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)

.2  Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Subparagraph 9.10.3 of AIA Document A201-1997.

5.1.8  Reduction or limitation of retainage, if any, shall be as follows:
(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Clauses 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)

N/A

5.1.9  Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

## 5.2  FINAL PAYMENT

5.2.1  Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

.1  the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Subparagraph 12.2.2 of AIA Document A201-1997, and to satisfy other requirements, if any, which extend beyond final payment; and

.2  a final Certificate for Payment has been issued by the Architect.



© 1997   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292



**5.2.2** The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

## ARTICLE 6 TERMINATION OR SUSPENSION

**6.1** The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201-1997.

**6.2** The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997.

## ARTICLE 7 MISCELLANEOUS PROVISIONS

**7.1** Where reference is made in this Agreement to a provision of AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**7.2** Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision. Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

**7.3** The Owner's representative is:
*(Name, address and other information)*

Joseph Dobbins
164 Country Club Dr
Tequesta, FL  33469

**7.4** The Contractor's representative is:
*(Name, address and other information)*

James T. Helm
PO Box 3967
Tequesta, FL  33469

**7.5** Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

**7.6** Other provisions:



©1997  AIA®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292



WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

**ARTICLE 8 ENUMERATION OF CONTRACT DOCUMENTS**

8.1   The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

8.1.1   The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A101-1997.

8.1.2   The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

8.1.3   The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated _____ , and are as follows:

N/A

Document                              Title                                      Pages

8.1.4   The Specifications are those contained in the Project Manual dated as in Subparagraph 8.1.3, and are as follows:   N/A
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

Section                               Title                                     Pages

8.1.5   The Drawings are as follows, and are dated   **January 13, 2005**   unless a different date is shown below.
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

Number                    Title   **Lot 5 Emerald**   Date   **1/13/05**
                                  **Harbour**

**Yates Rainho Architects**
**Project #  04-12104**

**Sheets A-1, A-2 and A-3**



© 1997   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292



6

Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

**8.1.6** The Addenda, if any, are as follows:

N/A

Number                    Date                              Pages

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 8.

**8.1.7** Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner.

OWNER *(Signature)*   Joseph Dobbins          CONTRACTOR *(Signature)*   James T. Helm

Tracy Wagner                                      Jame Neel   pres.
*(Printed name and title)*                        *(Printed name and title)*



*(Instruction:* **You should sign an original AIA document or a licensed reproduction. Originals contain the AIA logo printed in red; licensed reproductions are those produced in accordance with the Instructions to this document.)*

© 1997   A I A ®

AIA DOCUMENT A101-1997
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292



Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

Emerald Harbour Lot 5
Costs

| Acct # | Account | Contract | | | | |
|---|---|---|---|---|---|---|
| 55130 | Appliances | 10,000. | | | | |
| 55135 | Architectural Design | 17,000. | | | | |
| 55138 | Beams/Block | 88,608. | | | | |
| 55150 | Blue Prints | 500. | | | | |
| 55170 * | Cabinetry-Granite Tops | 45,000. | | | | |
| 55179 * | Carpet | 10,000. | | | | |
| 55180 | Carpentry | 35,443. | | | | |
| 55181 | Cast Stone | 10,000. | | | | |
| 55185 | Central Vacuum | 1,500. | | | | |
| 55189 * | Ceramic Tile Labor | 5,000. | | | | |
| 55190 * | Ceramic Tile Material | 5,000. | | | | |
| 55193 | Cleaning | 3,000. | | | | |
| 55197 | Concrete Walk/AC Pads | 2,000. | | | | |
| 55205 | Cove Densities | 500. | | | | |
| 55255 | Drive Way/Walk Way | 7,500. | | | | |
| 55271 | Electrical | 21,000. | | | | |
| 55272 * | Electrical Fixtures | 7,500. | | | | |
| 55281 | Engineering | 500. | | | | |
| 55300 * | Fence & Rails | 2,500. | | | | |
| 55313 | Floor System | 5,000. | | | | |
| 55330 | Garage Door | 3,500. | | | | |
| 55335 | Gas Service | 2,500. | | | | |
| 55367 | Grading | 1,000. | | | | |
| 55400 | HVAC | 18,000. | | | | |
| 55415 | Insulation | 6,500. | | | | |
| 55545 * | Landscaping/Irrigation | 20,000. | | | | |
| 55555 | Lot Preparation | 1,500. | | | | |
| 55575 * | Marble Flooring Labor | 12,500. | | | | |
| 55576 * | Marble Flooring Material | 12,500. | | | | |
| 55586 | Metal Framing/Drywall | 39,500. | | | | |
| 55589 | Mirrors | 1,500. | | | | |
| 55591 | Miscellaneous | 3,000. | | | | |
| 55685 | Paint | 25,000. | | | | |
| 55697 | Permits | 12,000. | | | | |
| 55701 | Plumbing | 14,500. | | | | |
| 55702 * | Plumbing Fixtures | 20,000. | | | | |
| 55751 | Roofing | 24,000. | | | | |
| 55770 | Security System | 2,500. | | | | |
| 55776 | Shelving | 7,000. | | | | |
| 55778 * | Shower Enclosure | 2,500. | | | | |
| 55782 | Slab | 53,165. | | | | |
| 55787 | Soil Treatment | 1,000. | | | | |
| 55790 * | Stairway | 10,000. | | | | |
| 55797 | Stucco | 25,500. | | | | |
| 55800 | Supervision | 25,000. | | | | |
| 55801 | Survey | 2,000. | | | | |
| 55805 * | Swimming Pool/Deck | 20,000. | | | | |

1/18/05

EH5 Cost breakdown

Emerald Harbour Lot 5
Costs

| Acct # | Account | Contract | | | | |
|--------|---------|----------|--|--|--|--|
| 55835 | Temporary Facilities | 1,500. | | | | |
| 55836 | Trash Removal | 2,500. | | | | |
| 55838 | Trim Carpentry | 18,000. | | | | |
| 55428 * | Trim Material/Doors | 21,500. | | | | |
| 55841 | Truss | 18,000. | | | | |
| 55870 | Utilities/Connection Fees | 3,000. | | | | |
| 55940 | Windows | 55,000. | | | | |
| 55960 * | Wood Flooring | 5,000. | | | | |
| | Roof Deck | 30,000. | | | | |
| | Builder Fee | 75,000. | | | | |
| | Lot Price | 556,784. | | | | |
| | | | | | | |
| | * denotes allowance | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Totals | 1,430,000. | 0. | 0. | 0. | 0. |

EH5 Cost breakdown

1997    ITION

## AIA DOCUMENT | A101-1997



### *Standard Form of Agreement Between Owner and Contractor where the basis of payment is a STIPULATED SUM*

**AGREEMENT** made as of the
in the year    **2004**
*(In words, indicate day, month and year)*

26th    day of    November

**BETWEEN** the Owner:
*(Name, address and other information)*

*18875 POND CYPRESS CT*
*JUPITER, FL*
*33458*

Steven M. & Cathy L. Etter
5685 Brookstone Dr
Cincinnati, OH   45230
575-5675

*one  11/29/04*
*CE  11/29/04*
*JtB  12/08/04*

and the Contractor:
*(Name, address and other information)*

*J. Helm Const. Inc. dba*
Sundown Development
PO Box 3967
Tequesta, FL   33469

The Project is:
*(Name and location)*

Lot 4, Emerald Harbour
18894 SE Jupiter Inlet Way
Tequesta, FL   33469

The Architect is:
*(Name, address and other information)*

Yates, Rainho Architects, Inc.
AA-0002536
6205 S. Dixie Hwy
West Palm Beach, FL   33405

The Owner and Contractor agree as follows.

This document has important legal consequences. Consultation with an attorney is encouraged with respect to its completion or modification.

AIA Document A201-1997, General Conditions of the Contract for Construction, is adopted in this document by reference. Do not use with other general conditions unless this document is modified.

This document has been approved and endorsed by The Associated General Contractors of America.

© 1997  A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR AGREEMENT

The American Institute of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

Copyright 1915, 1918, 1925, 1937, 1951, 1958, 1961, 1963, 1967, 1974, 1977, 1987, © 1997 by The American Institute of Architects. Reproduction of the material herein or substantial quotation of its provisions without written permission

1

## ARTICLE 1   THE CONTRACT DOCUMENTS

The Contract Documents consist of this Agreement, Conditions of the Contract (General, Supplementary and other Conditions), Drawings, Specifications, Addenda issued prior to execution of this Agreement, other documents listed in this Agreement and Modifications issued after execution of this Agreement; these form the Contract, and are as fully a part of the Contract as if attached to this Agreement or repeated herein.   The Contract represents the entire and integrated agreement between the parties hereto and supersedes prior negotiations, representations or agreements, either written or oral. An enumeration of the Contract Documents, other than Modifications, appears in Article 8.

## ARTICLE 2   THE WORK OF THIS CONTRACT

The Contractor shall fully execute the Work described in the Contract Documents, except to the extent specifically indicated in the Contract Documents to be the responsibility of others.

## ARTICLE 3   DATE OF COMMENCEMENT AND SUBSTANTIAL COMPLETION

**3.1**    The date of commencement of the Work shall be the date of this Agreement unless a different date is stated below or provision is made for the date to be fixed in a notice to proceed issued by the Owner.
*(Insert the date of commencement if it differs from the date of this Agreement or, if applicable, state that the date will be fixed in a notice to proceed.)*

If, prior to the commencement of the Work, the Owner requires time to file mortgages, mechanic's liens and other security interests, the Owner's time requirement shall be as follows:

**3.2**    The Contract Time shall be measured from the date of commencement.

**3.3**    The Contractor shall achieve Substantial Completion of the entire Work not later than
    300    days from the date of commencement, or as follows:
*(Insert number of calendar days. Alternatively, a calendar date may be used when coordinated with the date of commencement. Unless stated elsewhere in the Contract Documents, insert any requirements for earlier Substantial Completion of certain portions of the Work.)*

, subject to adjustments of this Contract Time as provided in the Contract Documents.
*(Insert provisions, if any, for liquidated damages relating to failure to complete on time or for bonus payments for early completion of the Work.)*

N/A



© 1 9 9 7   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

## ARTICLE 4   CONTRACT SUM

**4.1**    The Owner shall pay the Contractor the Contract Sum in current funds for the Contractor's performance of the Contract. The Contract Sum shall be

Dollars ($ 865,716.00)

subject to additions and deductions as provided in the Contract Documents.

**4.2**    The Contract Sum is based upon the following alternates, if any, which are described in the Contract Documents and are hereby accepted by the Owner:   N/A
*(State the numbers or other identification of accepted alternates. If decisions on other alternates are to be made by the Owner subsequent to the execution of this Agreement, attach a schedule of such other alternates showing the amount for each and the date when that amount expires.)*

**4.3**    Unit prices, if any, are as follows:            N/A

## ARTICLE 5   PAYMENTS

### 5.1    PROGRESS PAYMENTS

**5.1.1**   Based upon Applications for Payment submitted to the Architect by the Contractor and Certificates for Payment issued by the Architect, the Owner shall make progress payments on account of the Contract Sum to the Contractor as provided below and elsewhere in the Contract Documents.

**5.1.2**   The period covered by each Application for Payment shall be one calendar month ending on the last day of the month, or as follows:

As per Bank Draw Schedule

**5.1.3**   Provided that an Application for Payment is received by the Architect not later than the 25th day of a month, the Owner shall make payment to the Contractor not later than the 10th day of the following month. If an Application for Payment is received by the Architect after the application date fixed above, payment shall be made by the Owner not later than 15 days after the Architect receives the Application for Payment.



**5.1.4**   Each Application for Payment shall be based on the most recent schedule of values submitted by the Contractor in accordance with the Contract Documents. The schedule of values shall allocate the entire Contract Sum among the various portions of the Work. The schedule of values shall be prepared in such form and supported by such data to substantiate its accuracy as the Architect may require. This schedule, unless objected to by the Architect, shall be used as a basis for reviewing the Contractor's Applications for Payment.

© 1997   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

**5.1.5**  Applications for Payment shall indicate the percentage of completion of each portion of the Work as of the end of the period covered by the Application for Payment.

**5.1.6**  Subject to other provisions of the Contract Documents, the amount of each progress payment shall be computed as follows:

.1  Take that portion of the Contract Sum properly allocable to completed Work as determined by multiplying the percentage completion of each portion of the Work by the share of the Contract Sum allocated to that portion of the Work in the schedule of values, less retainage of   **Five**   percent ( 5 %). Pending final determination of cost to the Owner of changes in the Work, amounts not in dispute shall be included as provided in Subparagraph 7.3.8 of AIA Document A201-1997;

.2  Add that portion of the Contract Sum properly allocable to materials and equipment delivered and suitably stored at the site for subsequent incorporation in the completed construction (or, if approved in advance by the Owner, suitably stored off the site at a location agreed upon in writing), less retainage of   **Five**   percent ( 5 %);

.3  Subtract the aggregate of previous payments made by the Owner; and

.4  Subtract amounts, if any, for which the Architect has withheld or nullified a Certificate for Payment as provided in Paragraph 9.5 of AIA Document A201-1997.

**5.1.7**  The progress payment amount determined in accordance with Subparagraph 5.1.6 shall be further modified under the following circumstances:

.1  Add, upon Substantial Completion of the Work, a sum sufficient to increase the total payments to the full amount of the Contract Sum, less such amounts as the Architect shall determine for incomplete Work, retainage applicable to such work and unsettled claims; and *(Subparagraph 9.8.5 of AIA Document A201-1997 requires release of applicable retainage upon Substantial Completion of Work with consent of surety, if any.)*

.2  Add, if final completion of the Work is thereafter materially delayed through no fault of the Contractor, any additional amounts payable in accordance with Subparagraph 9.10.3 of AIA Document A201-1997.

**5.1.8**  Reduction or limitation of retainage, if any, shall be as follows:    5 %
*(If it is intended, prior to Substantial Completion of the entire Work, to reduce or limit the retainage resulting from the percentages inserted in Clauses 5.1.6.1 and 5.1.6.2 above, and this is not explained elsewhere in the Contract Documents, insert here provisions for such reduction or limitation.)*

     As sub-contract work is 100% completed, retainage
     would reduce to 0% 3o days after work is 100%
     complete.  Final releases will be provided at time
     retainage is funded.

**5.1.9**  Except with the Owner's prior approval, the Contractor shall not make advance payments to suppliers for materials or equipment which have not been delivered and stored at the site.

**5.2 FINAL PAYMENT**

**5.2.1**  Final payment, constituting the entire unpaid balance of the Contract Sum, shall be made by the Owner to the Contractor when:

.1  the Contractor has fully performed the Contract except for the Contractor's responsibility to correct Work as provided in Subparagraph 12.2.2 of AIA Document A201-1997, and to satisfy other requirements, if any, which extend beyond final payment; and

.2  a final Certificate for Payment has been issued by the Architect.



© 1 9 9 7   A I A ®
**AIA DOCUMENT A101-1997
OWNER-CONTRACTOR
AGREEMENT**

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

**4**

**5.2.2** The Owner's final payment to the Contractor shall be made no later than 30 days after the issuance of the Architect's final Certificate for Payment, or as follows:

## ARTICLE 6 TERMINATION OR SUSPENSION

**6.1**   The Contract may be terminated by the Owner or the Contractor as provided in Article 14 of AIA Document A201-1997.

**6.2**   The Work may be suspended by the Owner as provided in Article 14 of AIA Document A201-1997.

## ARTICLE 7 MISCELLANEOUS PROVISIONS

**7.1**   Where reference is made in this Agreement to a provision of AIA Document A201-1997 or another Contract Document, the reference refers to that provision as amended or supplemented by other provisions of the Contract Documents.

**7.2**   Payments due and unpaid under the Contract shall bear interest from the date payment is due at the rate stated below, or in the absence thereof, at the legal rate prevailing from time to time at the place where the Project is located.
*(Insert rate of interest agreed upon, if any.)*

*(Usury laws and requirements under the Federal Truth in Lending Act, similar state and local consumer credit laws and other regulations at the Owner's and Contractor's principal places of business, the location of the Project and elsewhere may affect the validity of this provision.  Legal advice should be obtained with respect to deletions or modifications, and also regarding requirements such as written disclosures or waivers.)*

**7.3**   The Owner's representative is:
*(Name, address and other information)*

> Steven or Cathy Etter
> ~~5685 Brookstone Dr~~   18875 Pond Cypress Ct
> ~~Cincinnati, OH 45230~~   Jupiter, FL 33458
> 561-575-5675
> 513-207-2774

**7.4**   The Contractor's representative is:
*(Name, address and other information)*

> James Helm
> PO Box 3967
> Tequesta, FL   33469
> 561-743-4420

**7.5**   Neither the Owner's nor the Contractor's representative shall be changed without ten days' written notice to the other party.

**7.6**   Other provisions:



© 1997 AIA®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

## ARTICLE 8 ENUMERATION OF CONTRACT DOCUMENTS

8.1    The Contract Documents, except for Modifications issued after execution of this Agreement, are enumerated as follows:

8.1.1   The Agreement is this executed 1997 edition of the Standard Form of Agreement Between Owner and Contractor, AIA Document A101-1997.

8.1.2   The General Conditions are the 1997 edition of the General Conditions of the Contract for Construction, AIA Document A201-1997.

8.1.3   The Supplementary and other Conditions of the Contract are those contained in the Project Manual dated                           , and are as follows:

| Document | Title | Pages |
|----------|-------|-------|
| N/A      |       |       |

8.1.4   The Specifications are those contained in the Project Manual dated as in Subparagraph 8.1.3, and are as follows:
*(Either list the Specifications here or refer to an exhibit attached to this Agreement.)*

| Section | Title | Pages |
|---------|-------|-------|
| N/A     |       |       |

8.1.5   The Drawings are as follows, and are dated different date is shown below:
*(Either list the Drawings here or refer to an exhibit attached to this Agreement.)*

| Number | Title | Date |
|--------|-------|------|
| 04-0647 |      | ~~August 6,~~ OCTOBER 25 2004 |
| Sheets | A-1,A-2,A-2.1,A-2.2, A-3, A-3.1 A-4, A-4.1, A-4.2, A-5, A-6,A-7 | |

*(handwritten: unless 12/08/07   JH 12/08/07   4/29/04   SME 11/29/04)*

© 1997  A I A ®
AIA DOCUMENT A101-1997
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-529

6

8.1.6   The Addenda, if any, are as follows:     N/A

Number                          Date                                        Pages

Portions of Addenda relating to bidding requirements are not part of the Contract Documents unless the bidding requirements are also enumerated in this Article 8.

8.1.7   Other documents, if any, forming part of the Contract Documents are as follows:
*(List here any additional documents that are intended to form part of the Contract Documents. AIA Document A201-1997 provides that bidding requirements such as advertisement or invitation to bid, Instructions to Bidders, sample forms and the Contractor's bid are not part of the Contract Documents unless enumerated in this Agreement. They should be listed here only if intended to be part of the Contract Documents.)*

This Agreement is entered into as of the day and year first written above and is executed in at least three original copies, of which one is to be delivered to the Contractor, one to the Architect for use in the administration of the Contract, and the remainder to the Owner. J. HELM CONN. INC d/b/a Sundown Development

OWNER *(Signature)*                     CONTRACTOR *(Signature)*

Steven & Cathy Etter                   James T. Helm
*(Printed name and title)*                 *(Printed name and title)*



CAUTION: *You should sign an original AIA document or a licensed reproduction. Originals contain the AIA logo printed in red; licensed reproductions are those produced in accordance with the Instructions to this document.*

© 1 9 9 7   A I A ®
**AIA DOCUMENT A101-1997**
OWNER-CONTRACTOR
AGREEMENT

The American Institute
of Architects
1735 New York Avenue, N.W.
Washington, D.C. 20006-5292

7

WARNING: Unlicensed photocopying violates U.S. copyright laws and will subject the violator to legal prosecution.

Emerald Harbour Lot 4
Costs

| Acct # | Account | Contract | | | | |
|---|---|---|---|---|---|---|
| 54130 | Appliances | 10,000. | | | | |
| 54135 | Architectural Design | 17,000. | | | | |
| 54138 | Beams/Block | 88,608. | | | | |
| 54150 | Blue Prints | 500. | | | | |
| 54170 * | Cabinetry–Granite Tops | 45,000. | | | | |
| 54179 * | Carpet | 10,000. | | | | |
| 54180 | Carpentry | 35,443. | | | | |
| 54181 | Cast Stone | 10,000. | | | | |
| 54185 | Central Vacuum | 1,500. | | | | |
| 54189 * | Ceramic Tile Labor | 5,000. | | | | |
| 54190 * | Ceramic Tile Material | 5,000. | | | | |
| 54193 | Cleaning | 3,000. | | | | |
| 54197 | Concrete Walk/AC Pads | 2,000. | | | | |
| 54205 | Cove Densities | 500. | | | | |
| 54255 | Drive Way/Walk Way | 7,500. | | | | |
| 54271 | Electrical | 21,000. | | | | |
| 54275 | Elevator | 10,000. | | | | |
| 54272 * | Electrical Fixtures | 7,500. | | | | |
| 54281 | Engineering | 500. | | | | |
| 54300 * | Fence & Rails | 2,500. | | | | |
| 54313 | Floor System | 5,000. | | | | |
| 54330 | Garage Door | 3,500. | | | | |
| 54333 * | Gas Generator | 10,000. | | | | |
| 54335 | Gas Service | 2,500. | | | | |
| 54367 | Grading | 1,000. | | | | |
| 54400 | HVAC | 18,000. | | | | |
| 54415 | Insulation | 6,500. | | | | |
| 54420 * | Intercom Stereo | 2,500. | | | | |
| 54545 * | Landscaping/Irrigation | 20,000. | | | | |
| 54555 | Lot Preparation | 1,500. | | | | |
| 54575 * | Marble Flooring Labor | 12,500. | | | | |
| 54576 * | Marble Flooring Material | 12,500. | | | | |
| 54586 | Metal Framing/Drywall | 39,500. | | | | |
| 54589 | Mirrors | 1,500. | | | | |
| 54591 | Miscellaneous | 3,000. | | | | |
| 54685 | Paint | 25,000. | | | | |
| 54697 | Permits | 12,000. | | | | |
| 54701 | Plumbing | 14,500. | | | | |
| 54702 * | Plumbing Fixtures | 20,000. | | | | |
| 54751 | Roofing | 24,000. | | | | |
| 54770 | Security System | 2,500. | | | | |
| 54776 | Shelving | 7,000. | | | | |
| 54778 * | Shower Enclosure | 2,500. | | | | |
| 54782 | Slab | 53,165. | | | | |
| 54787 | Soil Treatment | 1,000. | | | | |
| 54790 * | Stairway | 10,000. | | | | |
| 54797 | Stucco | 25,500. | | | | |
| 54800 | Supervision | 25,000. | | | | |
| 54801 | Survey | 2,000. | | | | |

Page 1

Emerald Harbour Lot 4
Costs

| Acct # | Account | Contract | | | | |
|---|---|---|---|---|---|---|
| 54805 * | Swimming Pool/Deck | 20,000. | | | | |
| 54835 | Temporary Facilities | 1,500. | | | | |
| 54836 | Trash Removal | 2,500. | | | | |
| 54838 | Trim Carpentry | 18,000. | | | | |
| 54428 * | Trim Material/Doors | 21,500. | | | | |
| 54841 | Truss | 18,000. | | | | |
| 54870 | Utilities/Connection Fees | 3,000. | | | | |
| 54940 | Windows | 55,000. | | | | |
| 54960 * | Wood Flooring | 5,000. | | | | |
| | Builder Fee | 75,000. | | | | |
| | Discounted Lot Price | 600,000. | | | | |
| | | | | | | |
| | * denotes allowance | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | Totals | 1,465,716. | 0. | 0. | 0. | 0. |

*(handwritten)* 11/29/04
*(handwritten)* 11/29/04
initials
*(handwritten)* 12/08/04

EH4 Cost breakdown