UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JOYCE W. ROGERS, individually, and on Behalf of all others similarly situated, | CASE NO. 2:10-cv-00362 |
| Plaintiffs | CLASS ACTION COMPLAINT |
| v. | SECTION "L" – MAG. 2 |
| KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU), CO., LTD.: KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., ET AL | JURY TRIAL DEMAND |

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed jointly by Patricia A. Krebs and Charlotte P. Livingston of the firm King, Krebs, and Jurgens, P.L.L.C., as attorneys of record for Defendant, Royal Homes, L.L.C., in the above entitled matter. Defendant reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. Defendant further avers that this Notice does not constitute a waiver of service. Please direct all future pleadings be served upon undersigned counsel.

Respectfully Submitted,

*Charlotte Livingston*

PATRICIA A. KREBS (LA #2035)
CHARLOTTE P. LIVINGSTON (LA #26894)
KING, KREBS, AND JURGENS, P.L.L.C.
201 St. Charles Avenue, 45th Floor
New Orleans, LA 70170
Telephone:   (504) 582-3800
Facsimile:   (504) 582-1233
pkrebs@kingkrebs.com
clivingston@kingkrebs.com
**Attorneys for Defendant
Royal Homes, L.L.C.**

{N0368913 -}

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiffs' Liaison Counsel, Russ Herman and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email, <u>or</u> by hand delivery and email, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

_____
CHARLOTTE P. LIVINGSTON

{N0368913 -}