## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2010 Plaintiffs' Motion to Intervene and Memorandum in Support thereof [Document # 4350] was served on all domestic defendants on the attached list (Exhibit "A") via First Class Mail and via Federal Express upon all foreign defendants.

I also certify that this Amended Certificate of Service is being served on the below parties via First Class Mail and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6:

Kerry J. Miller, Esquire
Frilot LLC, Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison Counsel*

I further certify that the Amended Certificate of Service was served on all counsel of record via the Court's electronic notification system and that service on all domestic defendants on the attached list (Exhibit "B") was made via First Class Mail and via Federal Express upon all foreign defendants with the exception of those defendants listed below who are being served via Registered Mail:

- Taishan Gypsum (Xiangtan) Co., Ltd.;
- Yunnan Taishan Gypsum and Building Material Co., Ltd.;
- Fuxin Taishan Gypsum and Building Material Co., Ltd.;
- Taishan Gypsum (Baotou) Co., Ltd;

- Shaanxi Taishan Gypsum Co., Ltd.; and
- Taishan Gypsum (Chongqing) Co., Ltd.

Dated: July 12, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

2

# EXHIBIT A

## AMENDED CERTIFICATE OF SERVICE
### Gross

| |
|---|
| Beijing New Building Materials Public Limited Company (BNBM) No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China 100096 |
| Beijing New Building Materials Group Co., Ltd. (BNBM Group) No. 16 West Road Jiancaicheng Xisanqi Haidian District Beijing China100096 |
| Changzhou Yinhe Wood Industry Co., Ltd. Qianfeng Industrial Park Henglin Town Changzhou, Jiangsu, China 213 103 |
| China National Building Materials Co., Ltd. (CNBM) 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 |
| China National Building Material Group Corporation (CNBM Group) 17th Floor Zhong Guo Jian Cai Da Sha San Li He Road #11 Haidian District Beijing City, PR.China 100037 |
| Elite Supply Corporation 16 W. Main Street Christiana, DE 19702 |
| Hubei Taishan Building Material Co., Ltd. Jingmen High and New Technology Industrial Park, Hubei 448000 |

**AMENDED CERTIFICATE OF SERVICE**
**Gross**

International Materials Trading, Incorporated
204 W. Spear Street
Carson City, NV 89703

Jinan Run & Fly New Materials Co., Ltd.
3-201, Ruyibei BLD.
Hualong Road
Jinan, Shandong China
250100
86 531 88030108

King Shing Steel Enterprises Co., Ltd.
No. 21 Sec. 1, Baoan Road
Baoan Tsuen Ren Der Shiang
Tainan Shian, Taiwan

Knauf DO Brasil, Ltd.
Praça Floriano 19 sala 3101 - Centro
Cep: 20031-050 Rio de Janeiro / RJ

Knauf Gypsum Indonesia
The Landmark Centre Tower A
19th Floor
Jl. Jendral Sudirman No. 1
Setiabudi, Jakarta Selatan 12910
021 5229558

Knauf Plasterboard (Wuhu) Co. Ltd.
No. 2 Gang Wan Road
Wuhu Economic & Technological Development Area
Aihui, 241000 PR China

Guangdong Knauf New Building Materials Products
Co., Ltd.
No. 2 Xinsha Development Zone
Machong Country
RC-523147, Guangdong
China

Metro Resources Corp.
The Corporate Place, Inc.
601 East Charleston Blvd.
Suite 100
Las Vegas, NV 89104

| **AMENDED CERTIFICATE OF SERVICE**<br>**Gross** |
|---|
| Nanhai Silk Imp. & Exp. Corporation Block 1<br>4 Nangui Road, West<br>Foshan Guangdong<br>China, 528200 |
| Oriental Trading LLC<br>1406 Selbydon Way<br>Winter Garden, FL 34787 |
| Pingyi Baier Building Materials Co., Ltd.Baier<br> Industrial Park<br>Ziqiu Town<br>Pingyi County<br>Shandong<br>China 273305<br>0086 539 4983788 |
| Pingyi Zhongxing Paper-Faced Plasterboard Co., Ltd.<br>f/k/a Shandong Chenxiang Building Materials Co.,<br>Ltd (Chexiang)<br>Dongyah Dianzi Village<br>Pingyi Town<br>Pingyi County<br>Shandong China 273300 |
| Qingdao Yilie International Trade Co., Ltd Room 804<br>Building 1<br>Tianshengyuan<br>21 Donghai West Road<br>Shinan District<br>Qingdao, Shandong, China<br>266071 |
| Qinhuangdao Taishan Building Material Co., Ltd<br>Gangcheng Street<br>East No. 69<br>Haigang District<br>Qinhuangdao<br>066000 |
| Quiet Solutions Inc.<br>708 Wheaton Court<br>Allen, TX 75013 |

| **AMENDED CERTIFICATE OF SERVICE**<br>**Gross** |
| --- |
| Shaanxi Taishan Gypsum Co., Ltd.<br>Weibei Industrial Park<br>Xinshi Township<br>Linwei District<br>Weinan City, Shaanxi<br>714000 |
| Shandong Oriental International Trading Co., Ltd.<br>17 - 21/F Shandong<br>International Trades Mansion<br>51 Taiping Road<br>Qingdao, China 266002 |
| Shandong Yifang Gypsum Industry Co., Ltd<br>Industry Park of<br>Taierzhuang, Zaozhuang City,<br>Shandong<br>China 250000 |
| Shanghai East Best Arts & Crafts Co., Ltd.<br>273 SI Ping Lu<br>Shanghai<br>Shanghai China 200081 |
| Shanghai Yu Yuan Imp. & Exp.Co., Ltd 3/F No. 135-1<br>Jiu Jiao Chang Road<br>Shanghai<br>China 200010<br>8621 63552036 |
| SIIC Shanghai International Trade (Group) Co., Ltd.<br>30/F, SIIC Building<br>No. 18, Caoxi North Road<br>Shanghai, China 200030 |

**AMENDED CERTIFICATE OF SERVICE**
**Gross**

Sinkiang Tianshan Building Material and Gypsum
Product Co., Ltd
Dabancheng Village
Dabancheng Township
Dabancheng District
Urumchi
Xinjiang Uygur
Autonomous Region
8300389

Sunrise Building Materials Ltd.
Unit 7, 55 Nugget Ave.
Scarborough, Toronto, ON
Canada, M1S 3L1

Tai'an Jindun Building Material Co., Ltd.
Dawenkou
Daiyue District
Tai'an
271026
0538-8812516

Tai'an Kangyijia Building Materials Co., Ltd.
Shigao Industrial Park
Dawenkou, Tai'an City
Shandong, China
271000

Tai'an Taishan Gypsum Board Co., Ltd.
Houzhou Village
Dawenkou
Daiyue District
Tai'an
271026

Taian Taishan Plasterboard Co., Ltd.
Beixiyao Village
Dawenkou
Taian
Shandong 271026
China

| **AMENDED CERTIFICATE OF SERVICE** **Gross** |
|---|
| Taishan Gypsum (Henan) Co., Ltd. Shouyang Industrial Park Beihuan Road North Yanshi Henan 471900 |
| Taishan Gypsum (Hengshui) Co., Ltd. Renmin West Road (Hengfeng Power Plant Ecology Industrial Park) Hengshui City 053000 |
| Taishan Gypsum (Jiangyin) Co., Ltd. Shengang Industrial Park Jiangyin Economic and Technological Development Zone Jiangsu 214443 |
| Taishan Gypsum (Pingshan) Co., Ltd. Dianchang Road Pingshan Township Pingshan County 050400 |
| Taishan Gypsum (Pizhou) Co., Ltd. Yunhe Bridge West Xulian Road Pizhou City Jiangsu 221200 |
| Taishan Gypsum (Tongling) Co., Ltd. Jinqiao Industrial Park Tongling Anhui 244000 |
| Taishan Gypsum (Wenzhou) Co., Ltd. Wenzhen Power Generation Co., Ltd., Yinhui Road No. 76, Panshi Zhen, Leqing, Wenzhen, Zhenjiang, China 325602 |

| **AMENDED CERTIFICATE OF SERVICE**<br>**Gross** |
|---|
| Taishan Gypsum Co., Ltd. Lucheng Branch<br>Ganlin Road No. 3<br>Lucheng, Shaanxi<br>047500 |
| The China Corporation, LTD<br>Room A22, 13/F, Block A<br>37-41 San Mei Street<br>Wah Lok Industrial Centre<br>Fotan, Sha Tin, New Territories<br>Hong Kong, SAR |
| Tianjin Tianbao Century Development Co., Ltd.<br>3 F, Eastern Exhibition Hall<br>31 Halbin Fifth Road<br>Tianjin Free Trade Zone<br>Tianjin City, 300461 China |
| Tov Trading Inc.<br>The Corporation<br>5014 20th Avenue<br>Brooklyn, NY 11204 |
| Triorient Trading, Inc.<br>Albert Winslow<br>281 Tressor Blvd.<br>Suite 1505<br>Stamford, CT 06901 |
| Weifang Aotai Gypsum Co., Ltd.<br>Anqiu Economic Development Zone North Weifang<br>262100 |

# EXHIBIT B

| **OMNI III (GROSS)** |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| A & C Development, LLC<br>288 Beach Drive #12B<br>St. Petersburg, FL 33701 |
| Aarco, LLC<br>57 Doubloon Drive<br>Slidell, Louisiana 70461 |
| Ace Home Center, Inc.<br>21090 Hwy. 59 South<br>Robertsdale, AL 36567 |
| Aced Interior Drywall, Inc.<br>2204 North East 25th Terrace<br>Cape Coral, FL 33909 |
| Adams Homes Realty, Inc.<br>5508-B N. "W" Street<br>Pensacola, FL 32505 |
| Adrian Kornman, individually<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 7046 |
| Aggies First Call Contractors<br>4056 Monterey Drive<br>Montgomery, AL |
| Albert Howard, Jr.<br>2685 Columbus Highway<br>Box Springs, GA 31801 |
| All County Drywall Service, In<br>2702 Wallace Branch Road<br>Plant City, FL 33565 c. |
| American Gallery Development Group, LLC<br>c/o Secretary of State<br>P.O. Box 6327<br>Tallahassee, FL 32314 |
| Andre Rodgers, Carpenter<br>218 St. Charles St.<br>Hazlehurst, MS 39083 |
| Angel Developments, LLC<br>216 South West Maclay Way<br>Port Saint Lucie, FL 34986 |
| Atchafalaya Homes<br>4478 N.E. Evangeline Trwy<br>Carenero, LA 70520 |
| Avalon Building Corporation of Tampa Bay<br>1716 Hermit Thrush Circle<br>Palm Harbor, FL 34683 |
| Avalon Preserve Developers, L.L.C.<br>11854 Bayport Lane<br>Unit #3<br>Fort Myers, FL 33908 |

| **OMNI III (GROSS)** |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| B&B Stucco, Inc.<br>12244 Treeline Avenue #10<br>Fort Myers, FL 33913 |
| Bailey Lumber & Supply Company of Biloxi<br>Sherwood R. Bailey<br>Bailey Building<br>Washington Avenue<br>Gulfport, MS 39507 |
| Banner Homes of Florida, Inc.<br>1049 W. Busch Blvd.<br>Tampa, FL 33612 |
| Banner Supply Company Pompano, LLC<br>GY Corporate Services, Inc., Two South Biscayne<br>Blvd., Ste. 3400, Miami, FL 33131 |
| Baron Construction Co.<br>749 Huckleberry Lane<br>Terrytown, LA 70056 |
| Bass Homes, Inc.<br>34661 Highway 59 South<br>Stapleton, AL 36578 |
| Bay Colony-Gateway, Inc.<br>24301 Walden Center Dr., Ste. 300<br>Bonita Springs, FL 34134 |
| Bayou Building Products, LLC<br>749 Huckleberry Lane<br>Gretna, LA 70056 |
| Bell Construction<br>c/o John Bell<br>PO Box 322<br>Hermanville, MS 39086 |
| Beta Drywall, LLC<br>6586 Hypoluxo Road #306<br>Lake Worth, FL 33467 |
| Billy Wayne Goekler<br>18391 Amanda Lane<br>Saucier, MS 39574<br>228-832-4818 |
| Blanchard Homes, Inc.<br>10276 Devonshire Lake Drive<br>Tampa, FL 33647 |
| Boyle Lumber Company<br>PO Box 1208<br>Cleveland, MS 38732 |
| Bradford Lumber & Supply, Inc.<br>200 C Wright Avenue<br>Gretna, LA 70056 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Brandon Gremillion<br>2209 Aramis Drive<br>Meraux, LA 70043 |
| Brian Saltalmachia<br>3721 East Louisiana Street<br>Kenner, LA 70065 |
| Brothers Properties, LA, LLC<br>3440 East St. Bernard Hwy.<br>Meraux, LA 70075 |
| Building Supply House, LLC<br>8550 United Plaza Blvd., Ste. 1001, Baton Rouge, LA 70809 |
| Buras Construction, LLC<br>102 Leighton Street<br>Gretna, Louisiana 70053 |
| Burmon Properties, LLC<br>National Registered Agents, Inc.<br>1011 N. Causeway Blvd., Ste. 3<br>Mandeville, LA 70471 |
| C & N Construction Co. LLC<br>2739 Acron Avenue<br>Kenner, LA 70062 |
| C.L. Paul Plastering, Inc.<br>17490 East Street - Unit 3<br>North Fort Myers, FL 33917 |
| C&L Roofing and Remodeling<br>5606 Jennifer Lane<br>Boosier City, LA 71112 |
| Cajun Construction & Design, Inc.<br>2310 Perdido Street<br>New Orleans, LA 70119 |
| Capital Construction<br>336 Coosada Ferry Rd<br>Montgomery, AL 36110 |
| Carter Custom Homes, Inc.<br>61701 Military Rd<br>Slidell, LA 70452 |
| CB Dupree Construction, LLC<br>17607 Heritage Estates Dr.<br>Baton Rouge, LA 70810 |
| Centerra Homes, LLC<br>1050 Eagles Landing Parkway<br>Ste 200<br>Stockbridge, GA 30281 |
| Chase Construction, Inc.<br>1714 Cape Coral Parkway East<br>Cape Coral, FL 33904 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Chateau Bourbon, LLC<br>317 Magazine Street<br>New Orleans, LA 70130 |
| Chateau Development, LLC<br>61 Highpointe Drive<br>Hattiesburg, MS 39402 |
| Chavez<br>214 Cotton Street<br>Metairie, LA  70005 |
| Colvin Homes, Inc.<br>2533 Windward Drive<br>Gautier, MS 39553 |
| Comfort Home Builders, Inc.<br>514 North East 16th Place - Unit #4<br>Cape Coral, FL 33909 |
| Conti Construction Company, Inc.<br>6660 Pine Forest Road<br>Pensacola, FL 32526 |
| Continental Classic Construction, Inc. 2386 Chapel Hill Dr<br>Mobile, AL 36695 |
| Core Construction, LLC.<br>555 NE 15th Street, 30-H: Miami, FL 33132 |
| Cornerstone Builders, LLC<br>61085 Atkins Drive<br>Slidell, LA 70461 |
| Curington Contracting, Inc.<br>2652 NE 24 Street<br>Ocala, Fl 34470 |
| Curtis Lee Wimberly General Contractor Incorporated<br>12921 Brynwood Way<br>Naples, FL 34105 |
| Custom Homes by Kaye, Inc.<br>5979 Pine Ridge Road<br>Naples, FL 34119 |
| Cypress Builders, Inc<br>18028 Via Rio Road; Jupiter, FL 33458 |
| DANIEL DAE LOUGHY HOMES, INC. d/b/a TROPICAL HOMES<br>308 Chambord Terrace; Palm Beach Gardens, FL 33410 |
| Dave Walker Construction, Inc.<br>6161 Hidden Oaks Lane<br>Naples, FL 34119 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Dave's Drywall<br>190 Pine Street<br>Monroeville, AL 36560<br>228-575-2358 |
| David W. Stewart, Inc.<br>53089 Highway 433<br>Slidell, LA 70461 |
| DeLaCruz Drywall Plastering & Stucco, Inc.<br>322 Gunnery Road - Ste. C<br>Lehigh Acres, FL 33971 |
| Deloach Corporation<br>18911 Santa Maria Drive<br>Baton Rouge, LA 70809 |
| Devon International Group, Inc.<br>c/o James A. Bennett<br>President & Registered Agent<br>1100 First Avenue, Suite 100<br>King of Prussia, PA 19406 |
| Diamond Court Construction Co.<br>2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |
| Done-Rite Construction<br>915 1st Avenue, NW<br>Arab, AL 35016 |
| Drywall Done Right<br>P.O. Box 374<br>Holden, LA 70744 |
| DUPONT BUILDERS, INC.<br>5695 Shaddelee LN<br>Ft. Myers, FL 33919 |
| Dupree Construction Co. , LLC<br>10626 Timberlake Drive<br>Baton Rouge, LA 70810 |
| Dwayne Williams<br>2405 Linwood Drive<br>Gautier, MS   39553 |
| Dynamic Contractors<br>425 Heart D. Farm Rd.<br>Youngsville, LA 70592 |
| Ed's Drywall & Construction<br>3109 Feliciana Street<br>New Orleans, LA 70126 |
| Edwards Construction Company<br>1620 Whipporwill Rd.<br>Hartsville, SC 29550 |
| Eric Bolden |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| First Choice Drywall Services, Inc.<br>26690 Bridgeport Lane<br>Bonita Springs, FL 34125 |
| First Choice Homes of S.W. Florida, Inc.<br>301 South East 32nd Street<br>Cape Coral, FL 33904 |
| Florida Style Services, Inc.<br>5309 Cocoa Ct.<br>Cape Coral, FL 33904 |
| G & F Drywall<br>2101 Standard Place<br>Chalmette, LA 70043 |
| G. Drywalls Corporation<br>12951 South West 124th Street<br>Miami, FL 33186 |
| Gabourel's Construction, L.L.C.<br>5024 Hastings<br>Metairie, LA 70006 |
| Gant & Shivers<br>2355 - B Pass Road<br>Biloxi, MS 39531 |
| Garraway's Stores, Inc.<br>2127 Columbia Ave.<br>Prentiss, MS 39474 |
| GATCO CONSTRUCTION, INC.<br>5100 S Cleveland Ave, 318-347<br>Ft. Myers, FL  33907 |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 |
| Global Trading of Louisiana, LLC<br>8217 W. St. Bernard Hwy.<br>Chalmette, LA 70043 |
| Grogan Construction and Real Estate, Inc.<br>4992 Sagemeadow Cir<br>Hickory, NC 28601-9120 |
| Gulf Coast Shelter, Inc.<br>150 GOVERNMENT ST STE 2000<br>MOBILE, AL 36602 |
| Gulf Coast Supply, Inc.<br>6016 Highway 63<br>Moss Point, MS 39563 |
| Gulf Coast Drywall Building Products, LLC<br>18288 Old Covington Highway<br>Hammond, LA 70403 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Gulf South Drywall<br>9551 Lancaster Road<br>Theodore, AL 36582 |
| HANOVER HOMES, INC.<br>2407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hartsville Lumber & Barns, Inc.<br>1113 North 5th Street<br>Hartsville, SC 29550 |
| HC Seals Drywall Partners<br>125 George Mitchell Rd.<br>Carriere, MS 39426 |
| Hendrickson Contracting<br>981 Gum Pond Beall Road<br>Lumberton, MS 39455 |
| Heritage Homes, Inc.<br>10127 Holsberry Road<br>Pensacola, FL 32534 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| HLP/GAC International, Inc.<br>1718 Trinity Valley Drive<br>Carrollton, TX 75006 |
| Homes of Merit, Inc.<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Hulsey-Nezlo Construction, L.L.C.<br>346 Railroad Avenue<br>Albertville, AL 35950 |
| Inman Construction Services, Inc.<br>618 Central Avenue<br>Jefferson, LA 70121 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior-Exterior<br>7350 E. Industrial<br>Baton Rouge, LA 70805 |
| J & S Drywall<br>68491 Martha Drive<br>Pearl River, LA 70452 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Jacob Chapman<br>62 Ormond Place<br>Destrehan, LA 70047 |
| James Kayser<br>2414 Welly St.<br>Prichard, AL 36610 |
| James Walker<br>1110 State St.<br>Mobile, AL 36603 |
| Jay 37 Construction, LLC<br>2609 Catalpa Avenue<br>Moss Point, MS 39563 |
| Jeff Laporte<br>2157 Third Street<br>Suite E<br>Mandeville, LA 70471 |
| Jim Walter Homes, Inc. c/o The Corporation<br>Company<br>2000 Interstate Drive, Suite 204<br>Montgomery, AL 36109 |
| Jim Walter Homes, LLC<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| John P. Gregg<br>336 Driftwood Circle<br>Slidell, LA 70458 |
| Johnny Weary<br>616 Lincerne Street<br>Bogalusa, LA 70427 |
| Johnson & Johnson Home Repairs, L.L.C.<br>2712 Clover Street<br>New Orleans, LA 70122 |
| JP Renovations, Inc.<br>930 Gulf Drive<br>Gretna, LA 70053 |
| K&B HOMES, INC.<br>1121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| KARR DRYWALL, INC.<br>3550 Work Drive, Suite B-9; Fort Myers, FL  33916 |
| KC2 INVESTMENTS, LLC<br>1820 North Corporate Lakes Blvd.<br>Suite 105<br>Weston, FL 33326 |
| Kelley Drywall, Inc.<br>13755 115 Street<br>Fellsmere, FL 32948 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Kenneth B Speights Construction Co<br>187 Walthall Ave<br>Carson, MS 39427 |
| Kenneth Campo<br>1301 Ysclockey Hwy<br>Saint Bernard, LA 70085 |
| Kenwood Homes, Inc.<br>5610 Division Drive<br>Fort Myers, FL 33905 |
| Kimball Hill Homes Florida, Inc.<br>Corporation Center System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| L & J Builders, Inc.<br>6 Intracoastal Way<br>Lake Worth, FL 33460 |
| L'Oasis Builders Incorporated<br>4754 130th Avenue N<br>Royal Palm Beach, FL 33411 |
| L&W Supply Corporation d/b/a Seacoast Supply<br>Company Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| La Homes and Properties Inc.<br>2922 Oakland Rd<br>Lakeland, LA 70752 |
| Laporte Family Properties, LLC<br>950 West Causeway Approach<br>Mandeville, LA 70471 |
| Lawrence McCorvey<br>1671 Horandy Rd.<br>Monroeville, AL 36460 |
| Legend Custom Builders, Inc.<br>1429 Colonial Blvd. - Ste. 201<br>Fort Myers, FL 33907 |
| Leon Ramsey<br>192 Music Rd.<br>Monroe, LA 71203 |
| Leroy Laporte, Jr.,<br>950 W. Causeway Approach<br>Mandeville, LA 70471 |
| Lowe's Home Centers, Inc.<br>Corporation Service Company<br>327 Hillsborough Street<br>Raleigh NC 27603 |
| LPR BUILDERS, INC.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Lucas Construction Corporation<br>5472 Louis Prima Drive, West<br>New Orleans, Louisiana 70128 |
| M & M Construction<br>P. O. Box 5294<br>Vancleave, MS 39565 |
| MacGlen Builders, Inc.<br>5985 South River Circle<br>Macclenny, FL 32063 |
| Maguel Torez<br>1629 Choctaw Street<br>New Orleans, LA 70017 |
| Magnolia State Construction, Inc<br>8103 Fairway Villa Dr.<br>Gautier, MS 39553 |
| Magnum Development, LLC<br>6704 Kenwood Drive<br>North Port, FL 34287 |
| MAJESTIC HOMES OF PORT ST. LUCIE, INC.<br>4061 Royal Palm Beach Blvd.<br>Royal Palm Beach, FL 33411 |
| Mario Salvana<br>3120 St. Phillip Street<br>New Orleans, LA 70119 |
| Martinez Drywall & Painting, LLC 112 Reedy River Way<br>Greenville, SC 29606 |
| Marvins Building Materials and Home Centers<br><br>2015 Highway 19 N<br>Meridian, MS 39307 |
| MASTER BUILDERS OF SOUTH FLORIDA, INC.<br>1400 E Oakland Park Blvd. Suite 210; Oakland Park, FL 33334 |
| Mat D Construction<br>732 Carricox Street<br>Gretna, LA 70053 |
| MATSA Construction<br>16800 SW 248 Street<br>Homestead, FL 33031 |
| Mazer's Discount Home Centers, Inc.<br>2 South 41st Street<br>Birmingham, AL 35222 |
| McCar Homes - Tampa, LLC<br>CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |

| Omni III (Gross) |
| --- |
| **Defendant (List Full Legal Name)** |
| McLean Drywall<br>608 Bear Park Trail<br>Blue Ridge, GA 30513 |
| Meadows of Estero – Bonita Springs Ltd. P'ship,<br>d/b/a Shelby Homes<br>NRAI Services, Inc.<br>2731 Executive Park Drive, Ste. 4<br>Weston, FL 33331 |
| MEDALLION HOMES, LLC.<br>6470 Briarcliff RD.<br>Ft. Myers, FL 33912 |
| Meeks Drywall & Stucco, Inc.<br>1017 SW 12 Ave.<br>Unit F<br>Cape Coral, FL 33990 |
| Mesa Construction Group, Inc.<br>7300 SW 8 Ct.<br>N. Lauderdale, FL 33068 |
| MGB Construction<br>3585 Lucia Drive<br>Vero Beach, FL 32967 |
| Michael Hownrd<br>Rt 1 Box 169<br>Escatawpa, MS 39552 |
| Mike Jones Construction, Inc.<br>1054 Michael Road<br>Monroe, GA 30656 |
| Miller Construction Company<br>150 S. Perry St.<br>Montgomery, AL 36104 |
| Mitchell Homes, Inc.<br>C.T Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Modern Construction Group, Inc.<br>6530 Nina Rosa Drive<br>Orlando, FL 32819 |
| Monzelle Diles<br>1925 Aubry Street<br>New Orleans, LA 70116 |
| MW Johnson Construction of Florida, Inc.<br>12801 Commonwealth Drive - Ste. 12<br>Fort Myers, FL 33913 |
| Negotiable Remodeling<br>17 Kerry Street<br>Carriere, MS 39426 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Norman Gannon<br>32 Napoleon Cir<br>Brandon, MS 39047 |
| North Pacific Group<br>10300 SW Greenburg Road<br>Portland, OR 97223 |
| NuWay Drywall, LLC<br>384 Snapdragon Loop<br>Brandenton, FL 34212 |
| O.C.D. of S. Florida, Inc<br>6717 NW 65 Terrace<br>Parkland, FL 33067. |
| Oakwood Mobile Homes, Inc.<br>The Corporation Company<br>2000 Interstate Park Drive, STE 204<br>Montgomery, AL 36109 |
| Ocean Springs Lumber Company, L.L.C.<br>1001 Bowen Avenue<br>P. O. Box 1647<br>Ocean Springs, MS 39566 |
| Oyster Bay Homes, Inc.<br>5260 S. Landings Drive # 308<br>Fort Myers, FL 33919 |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Paramount Quality Homes Corp.<br>8702 Native Dance Rd. North<br>Palm Beach Gardens, FL 33418 |
| Parkview Homes Realty, Inc.<br>12610 Race Track Road<br>Tampa, FL 33626 |
| Patter Construction Services<br>226 Basin School Road<br>Lucedale, MS 394532 |
| Paul England\ Construction<br>4503 Chippewa Avenue<br>Pascagoula, MS 39581 |
| PFS Corporation<br>2402 Daniels St.<br>Madison, WI 53718-6708 |
| Picayune Discount Building Supply<br>1919 Palestine Road<br>Picayune, MS 39466 |
| Pine Ridge Development, Inc.<br>2209 Murphy Court<br>North Port, FL 34289 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Pine Ridge Real Estate Enterprises, L.L.C.<br>1311 Newport Center Drive West, Suite C<br>Deerfield Beach, FL 33442 |
| POD HOMES, LLC<br>227 North Ridgewood Drive<br>Sebring, FL 33870 |
| Port of Pensacola Users Association, Inc.<br>720-A South Barracks Street<br>Pensacola, FL 32502 |
| PRECISION DRYWALL, INC<br>352 Tall Pines Road, Suite #<br>West Palm Beach, FL 33414 |
| PREMIER DESIGN HOMES, INC.<br>11030 N. Kendall Drive, Suite 100; Miami, FL<br>33176 |
| Pyramid Construction Corporation<br>5501 Edenboro Road<br>New Orleans, LA 70127 |
| R & B Housing, LLC<br>34141 Myrtle Court<br>Slidell, LA 70468 |
| Ray Horvath Drywall, Inc.<br>10155 NE 101st Street<br>Okeechobee, FL 34972 |
| Redman Homes Inc.<br>The Corporation Trust Inc.<br>Registered Office<br>300 E. Lombard St.<br>Baltimore, MD 21202-3219 |
| Renfrow Insulation & Supply<br>5650 Terry Rd.<br>Jackson, MS 39272 |
| Renfrow Insulation I<br>400 Byram Dr.<br>Byram, MS 39272 |
| RJL Drywall, Inc.<br>All Florida Firm, Inc.<br>813 Deltona Blvd. Ste. A<br>Box # 1357305<br>Deltona, FL 32725 |
| RNB Construction<br>14023 Denver West Pkwy.<br>Bldg. 64 - Ste. 200<br>Golden, CO 80401 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Rocky Ruckman<br>11367 Creel Cr<br>Gulfport, MS |
| Roman Gonzalez<br>3232 Sugar Mill Road<br>Kenner, LA 70065 |
| Ross Home Builders, Inc.<br>621 Cape Coral Pkwy #2<br>Cape Coral, FL 33904 |
| Russ Mills<br>10160 I-10 Service Road<br>New Orleans, LA 70127 |
| Rylex Homes, Inc.<br>5214 Hammock Circle<br>Saint Cloud, FL 34771 |
| S. PETERSEN HOMES, INC.<br>1217 East Cape Coral Parkway; Cape Coral Florida 33904 |
| Sands Construction Group, LLC<br>6230 SW 58 Street<br>Miami, FL 33143 |
| SC Builders, L.L.C.<br>605 Codifer Boulevard<br>Metairie, LA 70005 |
| Seaside Development, LLC<br>5505 Paula Dr.<br>Long Beach, MS 39560 |
| Sedgwick Developers, Inc.<br>One Biscayne Tower<br>15th Floor<br>Miami, FL 33131 |
| Shelter Products, Inc.<br>c/o CT Corporation System<br>1200 South Pine Island Road<br>Plantation, FL 33324 |
| Shoma Homes, Inc.<br>American Information Services, Inc.<br>One South East 3rd Ave., 28th Fl.<br>Miami, FL 33131 |
| Shoma Homes Splendido, Inc.<br>American Information Services, Inc.<br>One South East 3rd Ave., 28th Fl.<br>Miami, FL 33131 |
| Signature Series Homes, Inc.<br>4344 Chiquita Blvd. South<br>Cape Coral, FL 33914 |

| OMNI III (GROSS) |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Smoky Mountain Materials, Inc.<br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Sorrento Lumber Co., Inc.<br>9563 Airline Highway<br>Sorrento, LA 70778 |
| South Kendall Construction Corp.<br>436 SW 8th St.<br>Miami, FL 33130 |
| Southern Homes, LLC<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 70461 |
| Speedy Drywall<br>103 2nd Street<br>Chalmette, LA 70043 |
| Springhill, LLC<br>2053 E. Gause Blvd, Ste. 200<br>Slidell, LA 70461 |
| Statewide Associates, Inc.<br>5115 16th Avenue South<br>Tampa, FL 33619 |
| Steve Harrington Homes, Inc.<br>2746 Greenridge Lane<br>Jay, FL 32565 |
| Steve Suchmel<br>14181 Joe Batt Road<br>Biloxi, MS 39565 |
| Steven R. Carter, Inc.<br>401 East Kennedy Blvd.<br>Tampa, FL 33602 |
| Stewart's Remodeling & Electrical 4201 Iola Street<br>Metairie, LA 70001-3523 |
| Stine Lumber, LLC<br>199 US Hwy 61 South<br>Natchez, MS 39120 |
| Suarez Housing Corporation<br>6522 Gunn Hwy.<br>Tampa, FL 33625 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Sunrise Homes<br>643 Magazine Street<br>Suite 300<br>New Orleans, LA 70130 |

Page 15 of 17

| **OMNI III (GROSS)** |
|---|
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| Tillman Construction, Inc.<br>570 Bradford Drive<br>Brandon, MS 39047 |
| Timberline Builders, Inc.<br>3618 Del Prado Blvd.<br>Cape Coral, FL 33904 |
| Titan Demolition & Construction, LLC<br>32 Adin Drive<br>Mandeville, LA 70471 |
| Total Community Action<br>1420 S. Jefferson Davis Pkwy<br>New Orleans, LA 70125 |
| Treasure Coast Communities, Inc.<br>2400 SE Federal Highway, 4th Fl<br>Stuart, FL 34994 |
| Trust America Homes, Inc.<br>555 Gaspar Drive<br>Placida, FL 33946 |
| United Drywall & Stucco, Inc.<br>4040 16th Avenue South East<br>Naples, FL 34117 |
| United Home Builders, Inc.<br>231 Del Prado Blvd.<br>Suite #11<br>Cape Coral, FL 33990 |
| United Homes, Inc.<br>7975 NW 154 Street, Ste. 400<br>Miami Lakes, FL 33016 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Veal Enterprises, Inc.<br>1316 Ames Blvd.<br>Marrero, LA 70072 |
| Venture Homes<br>1580 Terrell Mill Road, SE, Marietta, Georgia 30067 |
| VENUS STREET, LLC<br>99 NE 167th St.<br>North Miami Beach, FL 33162 |
| Victor Bustillos<br>4868 Orleans Way<br>Lot 47<br>Marrero, LA 70072 |

| OMNI III (GROSS) |
| --- |
| **DEFENDANT (LIST FULL LEGAL NAME)** |
| VP Construction Services, Inc.<br>9101 S. Urbana, Unit 2 F<br>Tulsa, OK 74137 |
| W.B. Howland Co., L.L. C.<br>2039 Centre Point Blvd.<br>Suite 201<br>Tallahassee, FL 32308 |
| Walter Ferri<br>P. O. Box 981<br>Saucier, MS 39540 |
| Waterways Joint Venture IV, LLC<br>15013 Summit Place Circle<br>Naples, FL 34119 |
| WATERWAYS JOINT VENTURE IV 5100 Town<br>Center Circle, Suite 330 Boca Raton, FL 33486 |
| WB Construction Company, Inc.<br>4205 23rd Street SW<br>Lehigh Acres, FL 33976 |
| Wellington Shores-Wellington Limited Partnership<br>1401 # Broward Blvd. - Ste. 302<br>Ft. Lauderdale, FL 33301 |
| Westerheim Properties, Inc.<br>3108 Brittany Court<br>Pensacola, FL 32504 |
| William Hurst<br>1950 Magazine Rd.<br>Mobile, AL 36610 |
| William P. Joseph, Jr. Construction, Inc.<br>860 N. St.<br>Jackson, MS 39209 |
| Willie Kelly Construction Co.<br>1020 Nancy Place<br>Gulfport, MS 39503 |