UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to:<br>Taylor Woodrow Homes Central Florida Division LLC v. Scottsdale Indemnity Company<br>Case No. 2:2010-cv-555 | MAGISTRATE JUDGE WILKINSON |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, H. Alston Johnson, III, Virginia Y. Trainor, Jay Russell Sever and Charlotte Jane Sawyer of the law firm of Phelps Dunbar LLP and hereby enroll as counsel on behalf of Scottsdale Insurance Company, incorrectly named as Scottsdale Indemnity Company. It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, Scottsdale is not consenting to or waiving any challenge to jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

PD.4050297.1

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Virginia Y. Trainor*
      H. Alston Johnson, III (La. Bar No.7293)
      Virginia Y. Trainor (La. Bar No. 25275)
      II City Plaza
      400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802-5618
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197
      Email: johnsona@phelps.com
             trainorg@phelps.com

**- AND –**

Jay Russell Sever (La. Bar No. 23935)
Charlotte Jane Sawyer (La. Bar No. 2818)
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: severj@phelps.com
       sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of July, 2010.

        */s/ Virginia Y. Trainor*
        Virginia Y. Trainor
        Bar No. 25275
        Attorney for Scottsdale Insurance Company
        Phelps Dunbar LLP
        II City Plaza
        400 Convention street, Suite 1100
        Baton Rouge, Louisiana 70802-5618
        Telephone: (225) 346-0285
        Facsimile: (225) 381-9197
        trainorg@phelps.com