UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| SEAN AND BETH PAYTON, ET AL. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al. | * | |
| Case No. 2:09-cv-7628-EEF-JCW | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF HEARING

PLEASE TAKE NOTICE that defendant, Hammer Construction Services, Ltd., Motion to Dismiss the Amended Omnibus Class Action Complaint, With Prejudice, and to Strike Demand for Trial by Jury, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 1st day of December, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

/s/ Stacy Bercun Bohm
    Stacy Bercun Bohm, Esq.
    Florida Bar Number:  022462
    Email:  stacy.bohm@akerman.com
    Valerie B. Greenberg, Esq.
    Florida Bar Number: 026514
    Email:  valerie.greenberg@akerman.com
    Leslie Miller Tomczak, Esq.
    Florida Bar Number: 126489
    Email:  leslie.tomczak@akerman.com

*Attorneys for Hammer Construction Services, Ltd.*

{FT693002;1}
PD.4014350.1

Co-Counsel Defendant Hammer
Construction Services, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
　　　　Susie.morgan@phelps.com
　　　　Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　/s/ Stacy Bercun Bohm