AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

In Re: Chinese-Manufactured Drywall Products Liability Litigation

This Document Relates to:

Kelvin Hayes Robins, Sr. and Alecia Robins, et al. )
        *Plaintiff*   2:09-cv-07551-EEF-JCW )
)
v. )   Civil Action No. MDL NO: 09-2047
)
Knauf Gips KG, et al. )
        *Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

   Republic Fire and Casualty Insurance Company
   Through Its Agent For Service of Process:
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

   A lawsuit has been filed against you.

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
   Hymel Davis & Petersen, L.L.C.
   Attn: L. J. Hymel
   10602 Coursey Blvd.
   Baton Rouge, LA 70816
   (225) 298-8118

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Loretta G. Whyte
*Name of clerk of court*

*Deputy clerk's signature*

Date:   Jul 12 2010

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Republic Fire & Casualty Insurance Company
was received by me on *(date)* 7/12/10.

☒ I personally served the summons on the individual at *(place)* Secretary of State - Legal Department - Tammy Glover  on *(date)* 7/12/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7/12/10

Jennifer Bapt
*Server's signature*

Jennifer Bapt   Legal Assistant
*Printed name and title*

10602 Coursey blvd., B.R., LA 70816
*Server's address*

Additional information regarding attempted service, etc: