UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. WILKINSON |
| *Catalanotto*, No. 10-CV-01828 | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | | |

### DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S MOTION TO SEVER

Pursuant to Fed. R. Civ. P. 21, Defendant The Standard Fire Insurance Company ("Standard Fire") hereby moves for an order severing the Plaintiff's claims against S.A. Weber Construction, L.L.C., Maranatha Construction, Inc., Lighthouse Construction, L.L.C., Martinez Drywall and Painting, LLC ("Construction Defendants") from the Plaintiff's claims against Standard Fire.

The grounds for this motion, which are more fully stated in the accompanying memorandum of law, are that the claims against Standard Fire and against the Construction Defendants are based on entirely different legal theories, are improperly joined, involve different factual and legal issues, and can be more efficiently adjudicated in separate cases.

Accordingly, Standard Fire seeks an order severing, pursuant to Fed. R. Civ. P. 21, the claims against the Construction Defendants from the claims against Standard Fire.

Dated this 13th day of July, 2010.

- 1 -

Respectfully Submitted,

_s/Seth A. Schmeeckle_____
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:    (504) 568-1990
Facsimile:     (504) 310-9195
e-mail:         rhubbard@lawla.com
                   sschmeeckle@lawla.com
                   lwilson@lawla.com

**Attorneys for The Standard Fire Insurance Company**

### CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing Motion to Sever has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of July, 2010.

    _/s/*Seth A. Schmeeckle*_____
**Seth A. Schmeeckle, La. Bar No. 7040**