UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * | MDL NO. 2047 |
| | | SECTION: "L" |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *Catalanotto*, No. 10-CV-01828 | | MAG. WILKINSON |

## ORDER

Considering the foregoing Request for Oral Argument filed by Defendant, The Standard Fire Insurance company in support of its Motion to Sever;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE