# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO: ALL CASES AND<br><br>*Hernandez v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6050 (E.D.La.) | |

## ORDER

Upon consideration of Plaintiffs' Motion to Impose Bond Requirement on Appellant Knauf Plasterboard Tianjin Co., Ltd.:

IT IS ORDERED that said motion is GRANTED. Appellant Knauf Plasterboard Tianjin Co., Ltd. is hereby ORDERED to post a bond for $25,000.00 to ensure payment of Plaintiffs' costs on appeal.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON
United States District Judge

1