UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Vickers, et al v. Knauf Gips KG, et al.*, Case No. 2:09-cv-4117 (E.D.La.) | |

### PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT ON KNAUF GIPS, KG IN GERMANY IN ACCORDANCE WITH THE HAGUE CONVENTION AND INTERNATIONAL LAW

1. On February 11, 2010, Plaintiffs filed a Second Amended Class Action Complaint against defendant, Knauf Gips, KG in Germany, among other defendants.

2. German law requires a court order appointing a person or entity to serve process on any defendant. The server's only qualifications must be that it is qualified to do service within the jurisdiction of the Court that is appointing the process server to perform the service of process.

3. Plaintiffs respectfully request this Court appoint APS International, Limited as a qualified server to serve Defendant Knauf Gips, KG in Germany.

4. APS International Limited is located at 7800 Glen Roy Road, Minneapolis, MN 55439.

5. APS International, Limited. is a legal support company that provides services to law firms, including the service of process on entities located in foreign nations. APS International Limited has extensive knowledge of Hague Convention Rules for service abroad on

foreign entities. APS International Limited has been appointed by the Commonwealth of Pennsylvania Courts in the past to serve German defendants.

6. APS International, Ltd. has advised Plaintiffs it would require two weeks to translate Plaintiffs' Second Amended Class Action Complaint from English to German. Further, once it served Knauf Gips, KG it would take 16 weeks to receive proof of service from Germany.

WHEREFORE, Plaintiffs respectfully request this Court authorize APS International Limited to serve process on the Defendants.

DATED: 7/13/10

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Richard Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

Ervin A. Gonzalez, Esquire
Patrick S. Montoya, Esquire
Colson Hicks Eidson Colson Matthews Martinez
Gonzalez Kalbac & Kane
255 Alhambra Circle
Penthouse
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Co-counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*

Robert Gary, Esquire
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-counsel for Plaintiffs*

Richard W. Stimson, Esquire
Attorney at Law
920 Waters Reach Court
Alpharetta, Georgia 30022
Phone: 214-914-6128
*Co-counsel for Plaintiffs*