UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Vickers, et al v. Knauf Gips KG, et al.,*<br>Case No. 2:09-cv-4117 (E.D.La.) | |

**PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION TO AUTHORIZE SERVICE OF PROCESS OF PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT DEFENDANT KNAUF GIPS, KG IN GERMANY**

It is a fundamental tenet of our constitutional system that duly ratified international treaties such as the Hague Convention constitute "the supreme law of the land" and thereby preempts local rules with respect to service of process. See U.S. Constitution, Art. VI. Service upon foreign defendants is governed by Rule 4(f), which requires that service be made in the manner prescribed by the Hague Convention or by foreign law. Fed. R. Civ. P .4(f). Germany is a signatory to the Hague Convention. The Supreme Court has held that compliance with the Hague Convention is mandatory when serving a foreign defendant in a signatory country. *Volkswagenwerk Aktiengesellschaft v. Schlunk,* 486 U.S. 694, 699, 108 S.Ct. 2104 (1988)("By virtue of the Supremacy Clause, U.S. Const., Art. VI, the [Hague] Convention pre-empts inconsistent methods of service prescribed by state law in all cases to which it applies.")

Article 2 of the Hague Convention requires all signatory nations to designate a "Central Authority" to accept requests of service from any other signatory nation. 4 Wright & Miller, Federal Practice & Procedure § 1134 at 321 (3d ed. 2002). Article 3 of

the Hague Convention requires the documents to be served to be attached to a formal request form, which is then sent to the Central Authority. *Id.* If the documents are free of errors, the Central Authority will serve the defendant named in the documents according to its own local laws or pursuant to the method requested by the serving party, so long as the requested method does not contradict the laws of the state where service is effected. *Id.* Once service has been completed, the Central Authority completes an official form, certifying the time, place, and method of service, as well as indicating who was served. *Id.*

The Hague Convention does not specify a time within which a foreign country's Central Authority must effect service of the summons and the complaint, but Article 15 does provide that alternative methods of service may be used if a Central Authority does not respond within six months to the originator of the request for service. 4 Wright & Miller, Federal Practice & Procedure § 1133 (3d ed.2002).

Under German law, a process server must be appointed by the Court to serve process upon entities in those respective countries. *See e.g., In Re: Bulk Graphite Antitrust Litigation*, 2006 WL 1084093, *2-*3 (D.N.J. 2006). APS International Limited has routinely been appointed as an international server. *Id.* Thus, plaintiffs respectfully request this Court appoint APS International Limited as qualified servers to serve

defendants Knauf Gips KG in Germany.

DATED: 7/13/10

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
*Co-counsel for Plaintiffs*

Richard Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
Phone: (757) 233-0009
Fax: (757) 233-0455
*Counsel for Plaintiffs*

Ervin A. Gonzalez, Esquire
Patrick S. Montoya, Esquire
Colson Hicks Eidson Colson Matthews
Martinez Gonzalez Kalbac & Kane
255 Alhambra Circle
Penthouse
Coral Gables, Florida 33134
Phone: (305) 476-7400
Fax:    (305) 476-7444
*Co-counsel for Plaintiffs*

Michael D. Hausfeld, Esquire
Richard S. Lewis, Esquire
James J. Pizzirusso, Esquire
Faris Ghareeb, Esquire
HAUSFELD LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
*Co-counsel for Plaintiffs*

Robert Gary, Esquire
Gary, Naegele & Theado, LLC
446 Broadway
Lorain, OH 44052
Phone: (440) 244-4809
Fax: (440) 244-3462
*Co-counsel for Plaintiffs*

Richard W. Stimson, Esquire
Attorney at Law
920 Waters Reach Court
Alpharetta, Georgia 30022
Phone: 214-914-6128
*Co-counsel for Plaintiffs*