UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Vickers, et al v. Knauf Gips KG, et al.*, Case No. 2:09-cv-4117 (E.D.La.) | |

**ORDER TO APPOINT SPECIAL PROCESS SERVICE**

IT IS HEREBY ORDERED, that APS International, Ltd., including its designated agents, is appropriate and authorized to effect service of process on the defendant, Knauf Gips, KG in Germany. Service shall be effected according to any internationally agreed means, the laws of the foreign country or as directed by the foreign authority or the originating court if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

Dated: _____

                                                                                                               J.