

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    JUL - 9 2010

LORETTA G. WHYTE
CLERK

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY
LITIGATION

---

Appeal from the United States District Court for the
Eastern District of Louisiana at New Orleans
2:09-MD-2047

---

MDO9 - 2047 - L

The Court of Appeals understands the record in this case is extremely voluminous. The court is concerned transporting and working with a record of this enormity would unnecessarily delay the resolution of this appeal.

Therefore, the parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on which documents should be included and should file a joint designation. If there are documents the plaintiff(s) believe should be included but the defendant(s) do not agree to, the plaintiff(s) may file a supplemental designation, and vice versa.

The parties are instructed to file the joint designation and (only if necessary) supplemental designations as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court.

The District Court will construct the Record on Appeal based on the designation of the parties and supplemental designations if necessary.

*Lyle W. Cayce*
Lyle W. Cayce
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 08, 2010

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 10-30568   In Re: Chinese-Manufactured
       USDC No. 2:09-MD-2047
       USDC No. 2:09-CV-6687

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By:
                Peter A. Conners, Deputy Clerk
                504-310-7685

Mr. Robert Gary
Mr. Faris Ghareeb
Mr. Arnold Levin
Mr. Richard James Serpe
Mr. Richard C Stanley
Mr. Richard W. Stimson
Ms. Christina Taber-Kewene
Ms. Loretta Whyte

P.S. to all Counsel: In light of this enclosed order, the joint designation of the record is due for filing with the district court within fourteen (14) days from the date of this notice, or, by not later than 7/22/10. Upon filing, please serve a copy of the joint designation on this court.

*Motion Notice - MOT-2*