UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:  JUDGE FALLON
MAG. JUDGE WILKINSON

*David Gross, et al. v. Knauf Gips KG, et al,*
Case No. 2:09-cv-06690 (E.D. La.)

### EX PARTE MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANTS' PROFILE FORM

COMES NOW, Defendant, Space Coast Truss, LLC, which respectfully represents that it requires additional time to respond to the Defendants' Profile Form but is diligent working to gather the information requested therein. This is the first request for an extension by this party.

WHERFORE, Defendant, Space Coast Truss, LLC, prays for an extension of time through and including August 2, 2010 to submit the Defendants' Profile Form required by the Court.

**Respectfully Submitted:**

**PERCY, STROMBERG, BUSH & LANOUX**
712 North Burnside Avenue
Post Office Box 1096
Gonzales, Louisiana 70707
(225) 621-8522 Phone
(225) 647-6959 Fax
Email: rpercy@percylaw.com
Email: elanoux@percylaw.com
Email: tstromberg@percylaw.com

By: /s/ Erin Wiley Lanoux
**Robert Ryland Percy, III (La. #10418)
Erin Wiley Lanoux (La. #28657)
Katherine Tess Stromberg (La. #27853)**

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that this document has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of Court of the United State District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.



s/Erin Wiley Lanoux
Erin Wiley Lanoux