UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  　　　　MDL No. 2047
PRODUCTS LIABILITY LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　SECTION: L

THIS DOCUMENT RELATES TO:　　　　　　　　　JUDGE FALLON
　　　　　　　　　　　　　　　　　　　　　　　　MAG. JUDGE WILKINSON

*David Gross, et al v. Knauf Gips KG, et al.,*
Case No. 2:09-cv-06690 (E.D. La.)

## ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANTS' PROFILE FORM

Considering the Motion for Extension of Time to Submit Defendants' Profile Form filed on behalf of Defendant, Space Coast Truss, LLC.

Defendant, Space Coast Truss, LLC, is HEREBY granted through and including August 2, 2010 to submit the required Defendants' Profile Form.

NEW ORLEANS, LOUISIANA this _____ day of July, 2010.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE ELDON FALLON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE