## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2010, the Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memorandum in Support thereof, Notice of Hearing and Proposed Order, were served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 13th day of July, 2010.

I further certify that service on all domestic defendants on the attached list was made via First Class Mail at their last known address, and upon all foreign defendants via Federal Express.

Dated: July 13, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT** |
| 3180 Lamb Court Acquisition, LLC<br>3732 NW 16 Street<br>Ft. Lauderdale, FL 33311 |
| 16 LLC/ Andy Ziffer<br>08 S.W. 6th Avenue<br>ort Lauderdale FL 33315 |
| AI Brothers, Inc.<br>919 S. Charlotte St.<br>Lombard, IL 60148 |
| Angel Developments, LLC<br>216 SW Maclay Way<br>Port St. Lucie, FL 34986 |
| B & E Construction of Miami Corp.<br>7944 SW 199 Terrace<br>Miami, FL 33189 |
| Buquoi Construction LLC<br>10569 Buddy Gore Road<br>Gonzales, LA 70737 |
| Burmaster Construction, Inc.<br>25058 Pin Oak Lane<br>Folsom, LA 70437 |
| abot Homes<br>161 Mcgregor Blvd., Suite B;<br>ort Myers Fl 33901 |
| Cajun Construction & Development, LLC<br>800 Wiegand Drive<br>Bridge City, LA 70094 |
| Can-Am Drywall, Inc.<br>14420 SW 23 Street<br>Davie, FL 33325 |
| Cape Cement & Supply, Inc.<br>645 Commercial Park Place<br>Cape Coral, FL 33991 |
| arribean Custom Builders and Developers<br>9141 Clover Lane<br>ig Pine Key, FL 33043 |
| Comfort Home Builders, Inc.<br>514 NE 26th Place - Unit #4<br>Cape Coral, FL 33909 |
| avis General Contractors<br>18 Kenlyn Road<br>alm Beach Fl 33480 |
| Diamond Court Construction Co.<br>2112 SE Bersell Rd.<br>Port Saint Lucie, FL 34952 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT** |
| Enchanted Homes, INC.<br>11915 King James Court<br>Cape Coral, FL 33991 |
| Freemar Homes, Inc.<br>5410 Endeavor Ave.<br>Dover, FL 33527 |
| George Meza<br>4824 Belle Drive<br>Metairie, LA 70006 |
| Grand Palazzo Hendricks, LLC<br>7800 Red Road, Suite 127<br>South Miami, FL 33143 |
| Gremillion Homes, Inc.<br>14249 Hwy 1077<br>Folsom, LA 70437 |
| Guangdong Knauf New Building Material Products Co., Ltd.<br>No. 2 Xinsha Development Zone, RC-523147, Guangdong, China |
| Hanover Homes<br>1407 SW Monterrey Lane<br>Port St. Lucie, FL 34953 |
| Hilliard Butler Construction Company, Inc.<br>5026 Par Four Drive<br>New Orleans, LA 70128 |
| Interior/Exterior Building Supply, LP<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC<br>727 S. Cortez St.<br>New Orleans, LA 70119 |
| James Stokley d/b/a Choctaw Builders, Inc.<br>26543 Hwy 17<br>Millry, AL 36558 |
| Joseph E. Clouse, Inc.<br>8661 Glenlyon Court<br>Fort Myers, FL 33912 |
| KB Homes<br>121 Lumsden Trace Circle<br>Valrico, FL 33594 |
| Knauf GIPS KG<br>Postfach 10, 97343<br>Iphofen, Germany |

Page 2 of 5

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT** |
| Knauf Plasterboard (Tianjin) Co. Ltd.<br>North Yinhe Bridge<br>East Jingjin Road<br>Beichen District<br>Tianjin, 300400 P.R.C. |
| Knauf Plasterboard (Wuhu) Co. Ltd.<br>No. 2 Gang Wan Road<br>Wuhu Economic & Technological Development Area<br>Aihui, 241009, PR China |
| L.R. Gardere Drywall Construction, Inc.<br>2721 Drew Street<br>New Orleans, LA 70112 |
| L&W Supply Corporation d/b/a Seacoast Supply Company<br>The Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Laporte Builders, Inc.<br>68 NE Sagamore Terr.<br>Port St. Lucie, FL 34983 |
| Lennar Homes, Corp.<br>700 NW 107th Avenue<br>Suite 400<br>Miami, FL 33172 |
| Liberty Home Builders, Inc.<br>4 Rose Dr.<br>Ft. Lauderdale, FL 33316 |
| LifeScape Buildings, LLC<br>Bruce C. Webster<br>1000 URBAN CENTER DRIVE<br>STE 300<br>BIRMINGHAM, AL 35242 |
| Linel Consulting, LLC<br>9010 SW 117th St<br>Miami, FL 33176 |
| LPR Builders, Inc.<br>1150 NW 72 Avenue, Ste. 501<br>Miami, FL 33126 |
| M J F Construction Corporation<br>1805 Ponce De Leon Blvd. #110; Coral Gables, FL 33134 |
| O' Key Homes, Inc.<br>450 SE 16th Terrace<br>Cape Coral FL 33990 |
| P N K Builders, LLC<br>444 Swift Fox Run<br>Madisonville, LA 70447 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT** |
| Palm Isles Holdings, LLC<br>436 SW 8th Street<br>Miami, FL 33131 |
| Phillips Abita Lumber Company, Inc. d/b/a Abita Lumber Company, Inc.<br>21459 Highway 36<br>Abita Springs, LA 70420 |
| Pine Ridge Real Estate Enterprises, LLC<br>1177 S.E. 3rd Ave.<br>Fort Lauderdale, FL 33316 |
| RCR Holdings I and II, LLC<br>1500 Gateway Blvd. Suite 200<br>Boynton Beach, FL 33426 |
| Royal Homes, L.L.C.<br>4800 Sharp Road<br>Mandeville, LA 70471 |
| South Kendall Construction Corp.<br>436 SW 8th Street<br>Miami, FL 33131 |
| Southern Homes, LLC<br>2053 E. Gause Blvd., Ste. 200<br>Slidell, LA 70461 |
| Sovereign Homes, LLC<br>241 Monterrey Drive<br>Naples, FL 34119 |
| Summit Homes, LLC<br>n/k/a PHL Construction, LLC<br>7525 Picardy Ave.<br>Suite 220<br>Baton Rouge, LA 70808 |
| Symphony Builders, Inc.<br>815 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Tillman Construction, Inc.<br>570 Bradford Drive<br>Brandon, MS 39047 |
| Treasure Coast<br>1400 SE Federal Hwy. 4th Floor<br>Stuart, FL 34997 |
| USG Corporation<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington DE 19801 |
| Venus Street, LLC<br>19 NE 167th Street<br>North Miami Beach, FL 33162 |

| OMNI IV (ROGERS) |
|---|
| **DEFENDANT** |
| Waterways Joint Venture IV<br>1100 Town Center Circle, Suite 330<br>Boca Raton, FL 33486 |
| Westminster Builders, INC.<br>8910 Wendy Lane W<br>West Palm Beach, FL 33411 |
| Woodside f/k/a GHO Properties<br>1600 Burgundy Drive North<br>Palm Beach Gardens, FL 33410 |
| Woodside Homes of Southeast Florida, LLC<br>236 East 6th Avenue<br>Tallahassee, FL 32303 |