UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>ALL CASES AND<br><br>Gross, et al. v. Knauf Gips KG, et. al., Case No. 2:09-cv-6690 (E.D.La.) | |

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of plaintiffs' Rule 6(b) motion for extension of time for service of process under Rule 4(m) as to the Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED. Plaintiffs are hereby granted an extension of the 120 day period for service of process under Rule 4(m).

By the Court,

_____
                                    J.

1