# Composite Exhibit A-1

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 31st day of May , 2005 , by and between
_David K. Cramer_____ and _Denise Cramer_____, his wife, as Owners, whose present
mailing address is: 173 E. Mariana Ave. , N. Ft. Myers, FL 33917_____ and Aranda Homes, Inc., as Contractor.
    FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter
mentioned finish and deliver a residence on land known as:
    _2521 SW 52nd Ln., Cape Coral Unti 72 BLK 5042 PB 23 PG 16 Lots 42 + 43
    Strap # 17-45-23-C3-05042.0420
    _____ situated in ____Lee_____County, State of Florida Owned by
    _David K. Cramer_____ and ___Denise Kaseman (Cramer)_____, his wife.
    SECOND:    That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of Two Hundred Seventy Four Thousand One
Hundred Thirty Five——————XX/100 ($274,135.00)

U.S. Dollars in the following manner: one percent, 1% $ _2,741.35_____ Deposit, with signing of the contract
1. $ _24,672.15 _____        (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ _____        (25%) when plumbing is roughed in and slab is poured.
3. $ _____        (25%) when masonry walls are complete and lintel poured.
4. $ _____        (25%) when sub-roof is on and electrical roughed in.
5. $ _____        (10%) when interior drywall is complete.
6. $ _____        (5%) when completely finished and ready for delivery to Owners.

### Contingent upon plan approval
### Contingent upon financing

    Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about  180_____ days from start of construction. However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.
    Possession of the premises shall not be delivered to the Owners until the residence has been fully
constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request
by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the
Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the
Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been
delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until
full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□
covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and
agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to
this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to
the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the
Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing
party, venue shall lie in Lee County, Florida.
    **Construction Industries Recovery Fund - payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss
results from specified violations of Florida law by a State-Licensed Contractor.  For information about the
recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee,
Florida 32399-1039 (850)487-1395.**
**The above price is guaranteed to the Owners through     __July 18th_____ , 2005 , or until start of
construction if such start is delayed beyond this time by the Contractor.  Should start of construction be
delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by
reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by
Builder to allow for labor or material price increases that occur between the last date of guaranteed price and
the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10)
days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any
expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the
Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved
construction plans are necessary to apply for construction permits and that preparation of the construction
plans could require more than 30 days, and preparation of the construction plans will not begin until after
Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 ,
Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.
THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE
RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE
PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY
THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the
requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in
. 501.1375, Fla. Stat.**

1

[handwritten: 93⁸ ₀₁₆⁸]        [handwritten: 2521 SW 52 Lane
17-45-23-C3-05042-0420]

THIRD:    The said residence to be Contractor's __Vista Model_____ home with all details of material and construction to be equal to or better than those used in the model home at __3201 Sw 4th Ln. Cape Coral_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:    Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:    All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:    The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:    It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:    This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:    The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:    The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:    The Contractor will connect to public water and sewer lines to a

2

distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

Addendum #1                                        DATE: 5/31/05
NAME: David & Denise Cramer                        BLK   5042
ADDRESS: 173 E. Mariana Ave                        LOT   42&43
CITY, STATE:N. Ft. Myers, FL 33917                 UNIT   72
TELEPHONE:239-995-6034                             CITY   Cape Coral
MODEL: Vista                                       PRICE $ 247,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Fill Allowance | $ 6,000.00 |
| 13. Culvert (if needed) | $   795.00 |
| 14. 3-Car garage | $ 13,500.00 |
| 15. 3-Car stamped drive | $ 2,590.00 |
| 16. Arched entry instead of pidgeon holes | $ N/C |
| 17. Delete Wall Unit | $   (600.00) |
| 18. Credit for surveys (customer is a surveyor, signed Buyers Subcontract) | $   (850.00) |
| 19. Tile in all rooms except for office | $ 5,600.00 |

TOTAL HOME IMPROVEMENTS $27,035.00

**Addendum #2**
NAME: David & Denise Cramer
ADDRESS: 173 E. Mariana Ave
CITY, STATE:N. Ft. Myers, FL 33917
TELEPHONE:239-995-6034
MODEL: Vista

DATE: 7/10/05
BLK   5042
LOT   42&43
UNIT   72
CITY   Cape Coral
PRICE $274,135.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 20. Change tray ceiling to coffer ceiling in master bdrm | $   N/C |
| 21. Cabinet to accommodate wine chiller in kitchen Dimension of wine chiller 38-1/2" H X 20" W X 22-1/2" D | $   N/C |
| 22. Add outlet for wine cooler inside of cabinet | $   40.00 |
| 23. Add outlet in pantry | $   40.00 |
| 24. Credit for stamped 3-car drive | $ (2,590.00) |
| 25. Paver for 3-car drive | $ 3,620.00 |

TOTAL HOME IMPROVEMENTS  $1110.00
Total     $275,245.00

Addendum #3                                          DATE: 8/20/05
NAME: David & Denise Cramer                          BLK  5042
ADDRESS: 173 E. Mariana Ave                          LOT  42&43
CITY, STATE:N. Ft. Myers, FL 33917                   UNIT  72
TELEPHONE:239-995-6034                               CITY  Cape Coral
MODEL: Vista                                         PRICE $275,245.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

**26. Additional allowance for fill calculated from survey**                      $ 6,000.00

27. Front Door Selection   03-405

                                       TOTAL HOME IMPROVEMENTS   $6,000.00
                                                        Total  $281,245.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and no collateral assignment

<u>PROFILE SHEET</u>

NAME: <u>David & Denise Cramer</u>

|  |  |
|---|---|
| <u>Lot</u> | 42 & 43 |

Model:Vista_____

| <u>Unit</u> | 72 |
|---|---|

Salesperson: Pamela K. May

1. Legal Description:

| <u>Block</u> | 5042 |
|---|---|

2. Lot Dimension: _80 X 125__

3. Seawall: __No_____

4. Fill Requirements <u>T.B.D</u>

5. Impact Fee: <u>City</u>

6. Deed Restriction No

7. Well <u>NO</u>

8. Septic No

9. City/Water/Sewer Yes

10. Culvert Pipe: <u>T.B.D</u>

11. Survey: <u>2 lot-Standard</u>

12. Financing: Suncoast Federal

    ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

<u>CHANGE ORDER AGREEMENT</u>

    All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this

# *Aranda Homes Inc.*
## Building Agreement

Articles of Agreement made and entered into this_____17th_____day of____June_____, 2005___by and between____Lewis J. and Marcia S. D'Agresto_____, as Owners, whose present mailing address is_____280 Mountain Road Gill, MA 01354_____and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as_____3419 SW 27th Ave Cape Coral, Fl 33914_____ situated in_____LEE_____County, State of Florida. Owned by_____Lewis J. and Marcia D'Agresto_____,his Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Ninety Five Thousand One Hundred and Thirty Dollars XX/100——————————.( $295,130.00 )

U.S. Dollars in the following manner: One percent, 1% $ 2,951.30 Deposit, with signing of the contract.

1. $ 26,561.17     9% as down payment, by check subject to collection, prior to start of construction.
2. $              25% when plumbing is roughed in and slab is poured.
3. $              25% when masonry walls are complete and lintel poured.
4. $              25% when sub-roof is on and dried in.
5. $              10% when interior drywall is installed.
6. $              5% when completely finished and ready for delivery to Owners.

### This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about___180___days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through____August_____, 2005__, or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

3419 SW 27 Avenue
05-45-23-C2-04895-0250



THIRD: The said residence to be Contractor's____Veranda____home with all details of material and construction to be equal to or better than hose used in the model home at 4801 SW 24th Place Cape Coral, Florida 33914____except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which liability terminates five years from the date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED. INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish____Concrete____driveway of up to____800____square feet. Additional driveway will be charged to the Owner at $ 3.50 per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR. YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

                                        Aranda-Homes, Inc.

Purchaser: _Marcia S. D'Agnese_

ADDENDUM #1
NAME: Lewis J. Marcia S. D'Agresto
ADDRESS: 280 Mountain Rd.
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda 3-car Plan

DATE:            06/17/05
BLOCK            4895
LOT              25-26
UNIT             74
CITY             Cape Coral

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ 256,100.00 |
|---|---|---|
| 1. FLAT Tile Roof Vs barrel | | $ 3,500.00 |
| 2. Tile floors as per model | | $ Included |
| 3. Solid surface kitchen counter tops | | $ Included |
| 4. All Appliances as per model | | $ Included |
| 5. Front Doors sandblasted as per plan | | $ Included |
| 6. Security system as per model | | $ Included |
| 7. Tile deck package as per model | | $ Included |
| 8. 3-car Stamped Concrete driveway, walkway and entry area | | $ 2,590.00 |
| 9. All Cape Coral Impact fees and Hook-up fees | | $ Included |
| 10. All Surveys | | $ Included |
| 11. Flortam sod for Standard 85'x125' lot | | $   500.00 |
| 12. Sprinkler system with auto rain shut-off for Standard 85'x125' lot | | $   115.00 |
| 13. Fill allowance | | $ 8,000.00 |
| 14. Vent micro-wave | | $   395.00 |
| 15. Credit for 4 recessed lights in kitchen owner to supply hanging type lights | | $<160.00> |
| 16. Add central vac system with power head | | $ 1,890.00 |
| 17. Intercom system with speakers in each room and 1 on patio. Add coaxial for cd player. | | $ 1,550.00 |
| 18. Add 1 pocket door to hallway in master bed rm. And 1 pocket Vs swing door in master | | $   420.00 |
| 19. Add Generator disconnect crossover box | | $   695.00 |
| 20. Under sink RO. water filter | | $   695.00 |
| 21. Add water and 110v electric to boat dock | | $   595.00 |
| 22. Add electric for boat lift 10,000 lbs 100 amp service | | $ 1.370.00 |
| 23. Stove to be LP gas with LP gas tank and lines as per plan | | $ 1,975.00 |
| 24. Add 3-car garage | | $ 14,900.00 |

TOTAL HOME IMPROVEMENTS      $ 295,130.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
ARANDA HOMES INC.                                    PURCHASER

                                                                    _____
                                                                    PURCHASER

Addendum #2
NAME: Lewis & Marcia D'Agresto
ADDRESS: 280 Mountain Rd
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda

DATE:7/14/05
BLK 4895
LOT 25 & 26
UNIT 74
CITY Cape Coral
PRICE $ 295,130.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 25. 50 Amp service for pool heater | $ 595.00 |
| 26. 2 extra intercoms | $ 230.00 |
| 27. Add switch and outlet to all 3 vanities in all 3 baths for future lighting | $ 240.00 |
| 28. Disc lighting under kitchen cabinets w/switch | $ 220.00 |
| 29. Add GFI outlet to garage | $ 70.00 |
| 30. Add switch in entry | $ 40.00 |
| 31. Add switch in kitchen | $ 40.00 |
| 32. Ventilation fan w/switch in mstrbath | $ 175.00 |
| 33. (2) recessed lights in garage w/switch | $ 210.00 |
| 34. (1) recessed light outside master shower w/switch | $ 125.00 |
| 35. (1) recessed light bathroom #3 shower w/switch | $ 125.00 |
| 36. (1) recessed light bathroom #2 tub w/switch | $ 125.00 |

37. GRANITE TOPS - KITCHEN                                    3850.00
?- 38. CREDIT FOR (1) POCKET DOOR    Addendum #1        (210.00)
                                                      ITEM #18
?- 39. SWITCHES FOR BATHROOM #2 - PER MODEL              N/C

$865.00
TOTAL HOME IMPROVEMENTS $2,225.00
Total $297,355.00
300,995.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

38 - WHAT POC. DOOR IS OUT ?

39 - HOW ARE SW. IN BATH #2 ?

Addendum #3
NAME: Lewis & Marcia D'Agresto
ADDRESS: 280 Mountain Rd
CITY, STATE: Gill, MA 01354
TELEPHONE: 413-863-8269
MODEL: Veranda

DATE:8/20/05
BLK  4895
LOT 25 & 26
UNIT 74
 CITY  Cape Coral
PRICE $ 297,355.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 37. Add on security for automatic fire protection | $   250.00 |
| 38. Per Sherry Lucas a credit for intercom | $  (100.00) |
| 39. Surround sound cinema – 6 speaker pkg | $ 1,635.00 |
| 40. Lanai Stereo w/volume control | $   455.00 |

TOTAL HOME IMPROVEMENTS  $ 2,340.00
Total  $299,695.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                        _____
Aranda Homes, Inc                                             PURCHASER

                                                                      _____
                                                                      PURCHASER

6

## PROFILE SHEET

NAME: <u>Lewis and Marcia D'Agresto</u>

SALESPERSON: PAMELA K. MAY

Model: <u>Veranda 3 -car garage model</u>

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City Water and Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: <u>Donna Carpenter at Riverside Bank</u>

13. Swimming Pool: San Juan Pools  pool package

14. Strap number

<u>Lots</u>    25-26

<u>Subdivision</u> C.C.

<u>Unit</u>    74

<u>Block</u>   4895

<u>85x125</u> Oversized

<u>On water</u> By owner  Hone

<u>T.B.D</u>

<u>Lee County</u>

<u>Cape Coral</u>

<u>No</u>

<u>No</u>

<u>Yes</u>

<u>T.B.D</u>

<u>3</u>

<u>Yes</u>

<u>Yes</u>

  054523c2048950250

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 6-17-05

Customer: Marcia S. D'Agresto   Date: 6/17/05



# SAN JUAN POOLS, INC.

1408 S.E. 17th AVE. SUITE E.  CAPE CORAL, FL. 33990
(239) 945-1144   Fax (239) 574-6882
FL State Lic.# CPC-042923

*Quality fiberglass pools since 1958.*

If this agreement has been signed in your home without prior negotiating at the seller's place of business or without having made the sale pursuant to a preexisting account with the seller, you may cancel this agreement provided you notify the seller at the office shown in the agreement. Notice should be either ordinary mail, using United States Post Office Form 3817, or registered mail, with return receipt requested. The notice shall be posted no later than midnight of the third calendar day after the day on which the buyer signs this agreement, except when it is signed on a Friday, in which case the cancellation notice shall be posted no later than midnight of the Tuesday immediately following. Do not sign this agreement before you read it and make sure there are no blank spaces. You are entitled to a copy at the time you sign.

This agreement dated this _27_ day of _June_ 20_95_, between San Juan Pools, Inc., hereinafter called "Seller", and _Anna e Maria D'Agresto_, _280 Mountain Rd_ City _Hill_ State _MA_ Zip _01364_

Pool Location: _____

Home Phone _413-863-0269_ Work Phone _____ Legal Lot _____ Block _____

Sub: _____ Strap # _____ DIRECTIONS TO JOB: _____

## POOL

Size _344 sq/ft_ Depth _3'6" x 5'6"_ Color _Charco_ Type _L-Shape_

Pool Std Equipment:  Pump _1 1/2_  Filter _100 sq ft_  Timer _24 hr_  Chlor _Yes_
Ladder & Hand Rail, Dig Set, Back Fill, Skimmer, Main Drain, Inlet, Light _____ Yes _____ Cover _Yes_
Cleaning Equipment: Vac Hose, Pole, Vac Head, Leaf Skimmer, Test Kit, Thermometer, Start Up & Water Balance _Yes_

## SPA

Portable / In-ground                Model _____ Color _____
In-Ground Spa Std Equipment:  Pump _____ Filter _____ Other _____
Jets, 11 KW Heater, Air Switch, Skimmer, MD Air Control, Start Up & Water Balance _____
Portable Std Equipment:  Pump _____ Filter _____ Other _____
1.5/6 KW Heater, Jets, Air Switch, Air Control, Cabinet _____ Cover _____

## TILE                              ## HEATER

Sheet  #1 _Charco_ Cap #1 _____        YES ☑ NO ☐ Type _5 ton_
       #2 _____ #2 _____           Tank & lines by:  Gas Co. ☐  Owner ☐

## DECKING                           ## TOPPING PATIO

Topping Deck _Tile & Crystal_ Type _Alt & Crystal_
Cement Patio _28' x 28' x 13_ Risers Ln' _No_   Footers Ln' _Yes_
Retain Wall _Yes_ Courses _3 (24")_ Stucco _____ Paint: By Owner

## SCREEN

Roof _Mansard_ _28'_ x _28'_ x _13'_ x _____
Doors _2_ Pan _no_ Gutters & Downs Type _Yes_
Carrier Beam _2'_ Color _Charco_ Posts _no_
Fla Glass _no_ Kick Plate _no_

## OPTIONS

|                | YES | NO | ADD. COST |
|----------------|-----|----|-----------|
| Pool Cleaner   |     | ✓  | $         |
| Spa Hand Rail  |     | ✓  | $         |
| Remove Fence   |     | ✓  | $         |
| Remove Trees   |     | ✓  | $         |
| Remove Cement  |     | ✓  | $         |
| Remove Rock    |     | ✓  | $         |
| Remove Dirt    |     | ✓  | $         |
| Additional Dirt|     | ✓  | $         |
| Electrical     |     | ✓  | $         |

We have read the foregoing proposal contract and accept the same on the terms and conditions stated above and on reverse side of this contract. This contract in effect when accepted by contractor.

Purchaser/Owner _Anna J. D'Agresto_
Purchaser/Owner _Maria S. D'Agresto_

### ADDITIONAL WORK & ESTIMATE BY
### PRICE INCLUDES

_If we hit rock there will be an additional charge to remove._

_Price includes:_
_5 ton Heat Pump_
_crystal stone Finish_
_Retaining Wall_

Date _6/27/05_
Salesperson _____
Sales Manager _____
Contractor _Dr. Vito_

| Contract Price | | $ | 35,500 00 |
|----------------|------|---|-----------|
| Down Payment | 15% | $ | |
| Pool Set | 50% | $ 1 | |
| Cement | 10% | $ 3 | |
| Screen | 20% | $ 4 | |
| Final | 5% | $ 5 | |

1.  Owner covenants as follows: He (she) (they) is the fee simple Owner of the real property upon which the spa/pool is being constructed. He shall permit Contractor to perform the work without interruption, and should Contractor be delayed at any time by any act of neglect of Owner or Owner's representatives or other contractors employed by Owner, then Contractor shall be reimbursed for actual additional expenses or damages, including loss of use of equipment caused by delay.

2.  The Owner shall have sole responsibility for the pool/spa and other work covered by this contract being located within his property lines and within setback requirements. The Owner shall provide access to the pool/spa site for power excavating equipment and trucks. This access is to be reasonably level and of sufficient firmness to support the required equipment. It is represented by Owner that the grounds in the pool/spa area can be excavated by such equipment. Owner represents that the ground under the pool/spa area may be excavated by such equipment, and should hard pan, caliche, coral rock, other material or water seepage be encountered in the pool/spa area or accessory excavations requiring either the use of air or pneumatic hammers, a compressor or blasting equipment, or special pumps, the extra cost shall be paid by Owner. Contractor is not responsible for damage to property from excavating equipment.

3.  The cost of removing any underground obstructions, such as pipe lines or masonry, removing, refilling and compacting of filled ground, and the cost of changes or additions to the pool/spa structure or other installations necessitated by such conditions, shall be paid by the Owner. Site preparation, including removal or protection of trees sod, and other vegetation, removal of pipe lines, sprinklers, or other 'M improvements affected by this construction shall be by Owner. Owner shall furnish all necessary water for the spa/pool and electric power, as may be needed by Contractor during the construction of the spa/pool.

4.  Contractor warrants that all materials used in completing the installation contracted for herein will be new and of high quality, and the all work will be done in a competent and workmanlike manner. Assemblies or units, such as heaters, filters, automatic pool cleaners, automatic chemical feeders, pumps, motors, etc., and standard fittings or accessories purchased by Contractor for the use in this spa/pool are subject to the manufacturer's guaranty or warranty. If any substantial defect occurs due to workmanship by Contractor, it will be remedied without cost to Owner, if written notice is provided to Contractor within one (1) year after the performance of such work. Contractor's warranty is of null force and effect and shall not arise until Contractor has been paid in full by Owner for the contract price herein. Contractor is not responsible for work done by other contractors that my be employed by Owner, and Contractor's warranty is specifically voided as to any and all assemblies and units installed by persons or entities other than Contractor, or installations, made by persons or entities other than Contractor, or repairs made by persons or entities other than Contractor. Contractor is not responsible for electric work done by owner or his electrician. This warranty  is also voided should Owner not properly operate the pool, maintain the proper water chemistry, proper water level, and other practices representative of proper spa/pool care, and agrees to take water samples one time each month to the pool store to be check for proper chemistry and water balance

5.  Contractor shall reserve the right to subcontract such portions of this contract as may be deemed advisable. Contractor reserves the right to change construction specifications and equipment used. In the event of such a change, the substituted items shall be comparable to those specified on the reverse side hereof. Specifications subject to 10% variation.

6.  Contractor shall not be responsible for any staining or blemishes caused by abnormalities, either in the water used for filling the spa/pool, or by poor pool maintenance, or by die in bricks, tile, stone, and marcite staining. Contractor shall not be responsible for deck cracking due to settlement.

7.  This contract is based upon current prices and conditions and is of null force and effect upon Contractor unless started within 60 days. This contract represents the entire agreement between the parties and covers all work to be done under the contract. Any and all prior representations or warranties, either verbal or written, are of null force and effect unless included in the terms of this contract. Any subsequent modifications or changes must be in writing and signed by the Contractor and Owner.

8.  Owner agrees to pay Contractor pursuant to the payment schedule on the reverse side hereof. If Owner fails or neglects to make payments, as specified, Contractor shall be entitled to immediately discontinue work under this contract, file a mechanic's lien on Owner's property, and institute any legal action as necessary for the recovery of the amounts due under this contract. Should Owner fail to pay Contractor, as agreed, or should Owner otherwise breach this contract, all amounts previously paid by Owner to Contractor shall be retained by Contractor as liquidated damages. Said amount shall not constitute the full amount of damages recoverable by Contractor from Owner. If any legal action or proceeding is instituted by Contractor to recover any amounts due under this contract, or for any other matters pertaining to this contract, instituted by Contractor against Owner, owner agrees to pay, in addition to damages, interest, all court costs incurred by Contractor, and a reasonable attorney's fee to Contractors attorney.

### CONSTRUCTION INDUSTRIES RECOVERY FUND

9.  PAYMENT MAY BE AVAILABLE FROM THE CONSTRUCTION INDUSTRIES RECOVERY FUND IF YOU LOSE MONEY ON A PROJECT PERFORMED UNDER CONTRACT, WHERE THE LOSS RESULTS FROM SPECIFIED VIOLATIONS OF FLORIDA LAW BY A STATE-LICENSED CONTRACTOR. FOR INFORMATION ABOUT THE RECOVERY FUND AND FILING A CLAIM, CONTACT THE FLORIDA CONSTRUCTION INDUSTRY LICENSING BOARD AT THE FOLLOWING TELEPHONE NUMBER AND ADDRESS: *7960 ARLINGTON EXCHANGE, SUITE 300, JACKSONVILLE, FL 32211-7467 (904) 727-6530.*



# Aranda Homes, Inc.
### BUILDING AGREEMENT

Articles of Agreement made and entered into this <u>13</u> day of <u>July</u> , 2005 , by and between Larry Frazier and Dorothy Frazier , his wife, as Owners, whose present mailing address is: 2621 S.W. 9th Ave. Cape Coral, FL. and ARANDA HOMES, INC., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 927 S.W. 4th Ave situated in <u>Lee</u> County, State of Florida Owned by
<u>Larry Frazier and Dorothy Frazier</u> , his wife.

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Thirty Nine Thousand Eight Hundred Sixty DollarsXX/100 ( $ 239,860.00  )

U.S. Dollars in the following manner: one percent, 1% $ 2,398.60   Deposit, with signing of the contract
1. $ 21,587.40                  (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ _____       (25%) when plumbing is roughed in and slab is poured.
3. $ _____       (25%) when masonry walls are complete and lintel poured.
4. $ _____       (25%) when sub-roof is on and electrical roughed in.
5. $ _____       (10%) when interior drywall is complete.
6. $ _____         (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_ days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.**
The above price is guaranteed to the Owners through  Sept. 11  , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.
**THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD:       The said residence to be Contractor's Viscaya home with all details of material and construction to be equal to or better than those used in the model home at 4805 S.W. 24th Pl. Cape Coral, FL.  except for changes such as specified herein.  Plans and specifications

1

927 Sw 4 Ave
23-44-23-C2- 01967- 0520

of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:        The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

2

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   <u>NOTICE AND RIGHT TO CURE</u>

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Larry Frazier_                    _____
                                               ARANDA HOMES, INC.

Purchaser: _Dorothy A. Frazier_

3

Addendum #1
NAME: Frazier
ADDRESS: 2621 S.W. 9th Ave.
CITY, STATE: Cape Coral, Fl 33914
TELEPHONE: 242-4217
MODEL: Viscaya

DATE: 7/13/05
BLOCK 1967
LOT 52-53-54
UNIT 28
CITY Cape Coral
PRICE          $ 227,100.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 3 lot | $ 2,760.00 |
| 9. Sprinkler System with auto rain shut-off for 80x125 | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans and light fixtures per model | $ Included |
| 12. Tile deck pkg. | $ Included |
| 13. Water/sewer/impact fees | $ Included |
| 14. Fill/stemwall(allowance) | $ 10,000.00 |

TOTAL HOME IMPROVEMENTS  $ 239,860.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          Dorothy S. Frazier
ARANDA HOMES INC.                PURCHASER
                                 Larry H. Frazier
                                 PURCHASER

4

Addendum #2 *Frazier*)
NAME: *Frazier*)
ADDRESS:
CITY, STATE:
TELEPHONE:
MODEL:

DATE: 7-23-05
BLK 1967
LOT 52-54
UNIT 28
CITY
PRICE $

ADDITIONS, CHANGES AND IMPROVEMENTS                         227,100

| | | |
|---|---|---|
| 1. | *Add raised panel* | $ |
| 2. | *Cabinet doors to* | $ |
| 3. | *2 Bathrooms and the* | $ 340.00 |
| 4. | *Utility room* | $ 360.00 |
| 5. | | $ |
| 6. | | $ |
| 7. | | $ |
| 8. | | $ |
| 9. | TOTAL | $ 700.00 |
| 10. | | $ |
| 11. | | $ |
| 12. | | $ |
| 13. | | $ |
| 14. | | $ |
| 15. | | $ |

TOTAL HOME IMPROVEMENTS     $ 227,800

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          *Dorothy A. Frazier*
                                                        PURCHASER
                                                 *Larry D. Frazier*
Aranda Homes, Inc.                               PURCHASER

6

## PROFILE SHEET

NAME: Frazier
Model: Viscaya
Salesperson: Avis *Pam*

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements:

5. Impact Fee:

6. Deed Restriction:

7. Well

8. Septic

9. City/Water/Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: Riverside
13. Pool

Lot 52-53-54
Unit 28

Block  1967

120x125

N/A

T.B.D

City

No

No

No

Yes

T.B.D

3 lot-

Yes
Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *Dorathy A. Frazier*    Date: *July 14-05*
Customer: *Larry H. Frazier*       Date: *July 14-05*

5

BUILDING AGREEMENT

Articles of Agreement made and entered into this _20th_ day of _May_ 2005 , by and between Richard L. Giggey and Linda J. Giggey, his wife, whose present mailing address is: 33 Jupiter Drive, Seymour, CT, 06483 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:1813 NE 23rd Ave, Cape Coral, Florida, 33909
Block:2230, Lots: 23-25 Unit: 33 situated in _LEE_ County, State of Florida Owned by Richard L. and Linda J. Giggey.

SECOND:        That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Eighty Two Thousand Eight Hundred and Ten DollarsXX/100 ( $ _282,810.00_  )

U.S. Dollars in the following manner: one percent, 1% $ _2828.10_ Deposit, with signing of the contract
1. $  25,452.90              (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ _____    (25%) when plumbing is roughed in and slab is poured.
3. $ _____    (25%) when masonry walls are complete and lintel poured.
4. $ _____    (25%) when sub-roof is on and electrical roughed in.
5. $ _____    (10%) when interior drywall is complete.
6. $ _____     (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____  days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.**
**The above price is guaranteed to the Owners through** _____ July 5th _____ **, 2005** , **or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , _Fla. Stat._ that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in . 501.1375, _Fla. Stat._**

_1813  NE  23  Ave._

1

_32-43-24-C3 - 02230 - 0230_

**THIRD:**        The said residence to be Contractor's Veranda home with all details of material and construction to be equal to or better then those used in the model home at 4801 SW 24th Place, Cape Coral , Florida 33914 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____

_____
Aranda Homes, Inc.

3

Addendum #1
NAME:Richard & Linda Giggey
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE(203)888-5522
MODEL: Veranda

DATE: 5/20/05
Blk: 2230
Lot: 23-25
Unit: 33
CITY: Cape Coral
PRICE: 248,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.  Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted # 03-505 / 03-506 | $ Included |
| 5. Security System per model | $ Included |
| 6. 3 Car Stamped concrete driveway, walkway, and entry | $ 2950.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for 3 lot site. | $ 2760.00 |
| 9. Sprinkler System with auto rain shut-off for 3 lot site. | $  800.00 |
| 10. Tile package in Living & Dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 10,000.00 |
| 13. Culvert (If required) | $  1050.00 |
| 14. Add 3rd Car garage per plan | $ 14,000.00 |
| 15. Delete fixed glass in Master shower, wall & tile per plan | $  300.00 |
| 16. Upgrade all bathroom cabinets to raised/foil doors. | $  630.00 |
| 17. Add (3) Three 220v outlets to garage per plan. | $  330.00 |
| 18. Add (2) Two GFI outlets to garage per plan. | $  140.00 |

TOTAL HOME IMPROVEMENTS          Continued next page

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

PURCHASER

Aranda Homes, Inc.

4

Addendum #2
NAME: Richard & Linda GIGGEY
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE: (203) 888-5522
MODEL:Veranda

DATE: 5/20/05
BLK : 2230
LOT: 23-25
UNIT: 33
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

19. Add (5) Five 110v outlets to Garage per plan.                    $  200.00

20. Add Intercom system per Advanced security.                    $ 1495.00

21. Add Coax cable for Intercom system.                    $   55.00

TOTAL HOME IMPROVEMENTS    $ 282,810.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
                                                                          PURCHASER

_____                    _____
Aranda Homes, Inc.                                        PURCHASER

Addendum #3
NAME: Richard & Linda Giggy
ADDRESS: 33 Jupiter Drive
CITY, STATE: Seymour, CT, 06483
TELEPHONE: (203) 888-5522

DATE: 6/9/05
BLK: 2230
LOT: 23-25
UNIT: 33
CITY: Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

1. Balance of Advanced screurity proposal

2. Credit for foil/raised kitchen cabinets i/l/o Maple cabinets.                    $   148.00

3. Install (3) Three pre-wire for flood lights by owner with (1) switch.            $  <500.00>

4. Pre-wire for future heat pump (50 amp) with concrete pad.                        $   325.00

5. Delete Master shower change, go back to standard shower (glass now frosted)      $   595.00

6. Add (4) Four additional GFI outlets per plan.                                    $  <300.00>

7. Add (2) two additional TV/Phone outlets per plan.                                $   280.00

8. Note existing GFI on garage extieror wall has been relocated.                    $    80.00

9. Note relocation of water heater NOT permitted due to heat recovery unit.         $    N/C

                                                                                   $    N/A

                                        **TOTAL HOME IMPROVEMENTS**     $   628.00

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

7

Addendum #3
NAME:Richard & Linda Giggy
ADDRESS: 33 Jupiter Drive
CITY, STATE:Seymour, CT, 06483
TELEPHONE: (203) 888-5522

DATE:6/9/05
BLK :2230
LOT:23-25
UNIT:33
CITY: Cape Coral

MODEL:Veranda

ADDITIONS, CHANGES AND IMPROVEMENTS

| | | |
|---|---|---|
| 1. Balance of Advanced sercurity proposal | $ | 148.00 |
| 2. Credit for foil/raised kitchen cabinets i/l/o Maple cabinets. | $ | <500.00> |
| 3. Install (3) Three pre-wire for flood lights by owner with (1) switch. | $ | 325.00 |
| 4. Pre-wire for future heat pump (50 amp) with concrete pad. | $ | 595.00 |
| 5. Delete Master shower change, go back to standard shower (glass now frosted) | $ | <300.00> |
| 6. Add (4) Four additional GFI outlets per plan. | $ | 280.00 |
| 7. Add (2) two additional TV/Phone outlets per plan. | $ | 80.00 |
| 8. Note existing GFI on garage extieror wall has been relocated. | $ | N/C |
| 9. Note relocation of water heater NOT permitted due to heat recovery unit. | $ | N/A |
| | | |
| TOTAL HOME IMPROVEMENTS | $ | 628.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____           _____
                                                              PURCHASER


_____           _____
Aranda Homes, Inc.                               PURCHASER

ADDENDUM #: *052305/*                         DATE: *5/28/08*

NAME: *Richard & Linda Giggey*              BLOCK

ADDRESS: *33 Jupiter Drive*                 LOT

CITY, STATE: *Seymour CT. 06483*            City:

TELEPHONE:                                  S/D

MODEL: *VERANDA*        TOTAL PRICE  *$4010.00*

ADDITIONS, CHANGES AND IMPROVEMENTS

*Granite Kitchen Tops*
*Blue Pearl*
*Bevel Edge*
*DB 50/50 Stainless*

TOTAL HOME IMPROVEMENTS  *$4010.00*

### ADDENDUM – THIRTEEN – ENTIRE AGREEMENT.

Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____              _____
Aranda Homes, Inc.                    PURCHASER

## PROFILE SHEET

NAME:Richard & Linda Giggey                                    Lot:23-25

Model: Veranda                                                 Unit: 33

1. Legal Description:                                          Block : 2230

2. Lot Dimension:                                              120 X 125

3. Seawall:                                                    Yes

4. Fill Requirements                                           T.B.D

5. Impact Fee:                                                 City

6. Deed Restriction                                            No

7. Well                                                        Yes

8. Septic                                                      Yes

9. City/Water/Sewer                                           No

10. Culvert Pipe:                                              T.B.D

11. Survey:                                                    3

12. Financing: Donna Carpenter, Riverside Bank                Yes

13. Swimming Pool: San Juan Pools pool Package                Yes

14. Strap:                                                     324324C3022300230

15. Salesperson                                               Yasmin


ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

## CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Richard J Giggey_         Date: 5-20-05

Customer: _Linda J Giggey_           Date: 5-20.05

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 22th day of August 2005 , by and between Ernest. F. Henandez whose present mailing address is: 2307 W. 69 Street. B-2, Hialeah, Fl, 33016 and Aranda Homes, Inc., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 409 N.W 38th Ave, Cape Coral, Florida, 33993. Block: 4142, Lots: 21 + 22, Unit: 59, Strap: 07-44-23-C1-04142.situated in _LEE_ County, State of Florida Owned by Ernest. F. Hernandez

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty One Thousand Four Hundred and Sixty DollarsXX/100 ( $ _247,245.00_ )

U.S. Dollars in the following manner: one percent, 1% $ _2472.45_ Deposit, with signing of the contract
1. $ 22,252.05 _____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about 180 _____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____ October 21th _____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract. Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

1

**THIRD:**     The said residence to be Contractor's Viscaya home with all details of material and construction to be equal to or better then those used in the model home at 4805 SW 24th Place, Cape Coral, Florida 33914 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**     Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**     All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**     The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**     It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**     This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**     The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**     The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufacturers' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to <u>800</u> square feet. Additional driveway will be charged to the Owner at <u>$3.50</u> per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

2

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners▢ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:         IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ▢WAVY▢ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:     <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA▢S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

_____
Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME:Ernest. F. HERNANDEZ
ADDRESS: 2307 W. 69th St. B-2
CITY, STATE:Hialeah, Fl, 33016
TELEPHONE (305) 240-1021
MODEL: Viscaya

DATE: 8/22/05
Blk: 4142
Lot: 21 + 22
Unit: 59
CITY: Cape Coral
PRICE: 231,100.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator,washer & dryer per model. | $ Included |
| 4. Delete Front doors sandblasted per model | $ <500.00> |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry | $ Included |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard 80 x 125 lot. | $ Included |
| 9. Sprinkler System with auto rain shut-off for 80 x 125 lot. | $ Included |
| 10. Tile package in Whole house | $ 5600.00 |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 10,000.00 |
| 13. Culvert (If required) | $   795.00 |
| 14. Water to dock. | $   250.00 |
| 15. Upgrade Front doors to solid doors i/l/o glass doors | $   N/C |

| | |
|---|---|
| TOTAL HOME IMPROVEMENTS | $ 247,245.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER

_____
Aranda Homes, Inc.

_____
PURCHASER

4

Addendum #5
NAME: Ernest. F. Hernandez
ADDRESS: 3307 W. 69 St. #2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE: (954) 817-4378
MODEL:Vizcaya

DATE: 9/26/05
BLK : 1318
LOT: 32 + 33
UNIT: 18
CITY:Cape Coral

**ADDITIONS. CHANGES AND IMPROVEMENTS**

17. Additional Floritam Sod for oversized lot. ( 85 X 125')                    $    325.00

18. Additional Sprinkler system for oversized lot ( 85 X 125 )                 $    200.00

                                        TOTAL HOME IMPROVEMENTS       $    525.00

**ADDENDUM - Nineteenth :** ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

ERNEST F. HERNANDEZ                          C. F. Long
_____                      _____
Aranda Homes, Inc.                               PURCHASER

_____                      _____
                                                 PURCHASER

6

Addendum #3
NAME: Ernest. F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE (954) 517-4375
MODEL:Viscaya

DATE: 9/26/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY:Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

17. Additional Floritam Sod for oversized lot. ( 85 X 125 )            $    325.00

18. Additional Sprinkler system for oversized lot ( 85 X 125 )         $    200.00

                          TOTAL HOME IMPROVEMENTS             $    525.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____              _____
                                                      PURCHASER

Aranda Homes, Inc.                            _____
                                                      PURCHASER

Readable
Copy

6

Addendum #2
NAME: Ernest. F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl 33016
TELEPHONE (954) 517-4375
MODEL: Viscaya

DATE: 8/12/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY: Cape Coral
PRICE: 247,245.00

ADDITIONS, CHANGES AND IMPROVEMENTS

16. Pre-wire 50 amp electric for future heat pump by owner.                    $      595.00

                    TOTAL HOME IMPROVEMENTS      $ 247,840.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
                                                        PURCHASER
Aranda Homes, Inc.
                                                        _____
                                                        PURCHASER

                                        6

Addendum #2
NAME: Ernest. F. Hernandez
ADDRESS: 2307 W. 69 St. B-2
CITY, STATE: Hialeah, Fl, 33016
TELEPHONE (954) 517-4375
 MODEL:Viscaya

DATE: 8/22/05
BLK : 1328
LOT: 32 + 33
UNIT: 18
CITY:Cape Coral
PRICE: 247,245.00

ADDITIONS, CHANGES AND IMPROVEMENTS

16. Pre-wire 50 amp electric for future heat pump by owner.                 $     595.00

TOTAL HOME IMPROVEMENTS        $ 247,840.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
                                                              PURCHASER

Aranda Homes, Inc.                               _____
                                                              PURCHASER

6

## PROFILE SHEET

NAME: Ernest. F. Hernandez

Model: Viscaya

| | |
|---|---|
| 1. Legal Description: | Lot: 21 + 22 |
| | Unit: 59 |
| | Block : 4142 |
| 2. Lot Dimension: | 80 X 125 |
| 3. Seawall: | Yes |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | City |
| 6. Deed Restriction | No |
| 7. Well | Yes |
| 8. Septic | Yes |
| 9. City/Water/Sewer | No |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | 3 |
| 12. Financing: donna Carpenter- Riverside Bank | Yes |
| 13. Swimming Pool: San Juan Pools pool Package | Yes |
| 14. Strap: | 074423C1041420210 |
| 15. Salesperson | Yasmin |
| 16. Co-Broke-Donna Eastman- Miloff Aubuchon | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____   Date: 8-17-05

Customer: _____   Date: _____

5

## *Aranda Homes Inc.*

### Building Agreement

Articles of Agreement made and entered into this ___26th___ day of ___May___ , ___2005___ by and between ___Douglas O. and Debra K. Jackson___ , as Owners, whose present mailing address is ___1801 Brantley Rd Apt 1610 Ft. Myers Fl. 33907___ and ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as ___Unit 58 Block 5324 Lots 9-10 Cape Coral Fl___ situated in ___LEE___ County, State of Florida. Owned by ___Douglas O. and Debra K. Jackson___ , his Wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Sixty Thousand Six Hundred and Fifty  dollars  XX/100- _____( $260,650.00 ) U.S. Dollars in the following manner: One percent, 1% $ 2,606.50  Deposit, with signing of the contract.

1. $ 23,458.50       9% as down payment, by check subject to collection, prior to start of construction.
2. $                         25% when plumbing is roughed in and slab is poured.
3. $                         25% when masonry walls are complete and lintel poured.
4. $                         25% when sub-roof is on and dried in.
5. $                         10% when interior drywall is installed.
6. $                         5% when completely finished and ready for delivery to Owners.

### This Building Agreement is Contingent upon Satisfactory Financing and Your Plan approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about ___180___ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall be in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite 3 Tallahassee, Florida 32399-1039 (850)487-1395.

- The above price is guaranteed to the Owners through ___July  12th___ , ___2005___ , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price as not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

*WELL, SEPTIC, Pool*

*3714  SW  4 Lane*

*18-44-23-C4- 05324.0090*

*5324   LoTS 9-10*

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's ____ Vista ____ home with all details of material and construction to be equal to or better than hose used in the model home at 3201 SW 4th Lane Cape Coral, Florida 33914 except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owner at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over construction practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTERS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which liability terminates five years from the date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish ____ Concrete ____ driveway of up to ____ 800 ____ square feet. Additional driveway will be charged to the Owner at $2.50 per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THIS RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713,001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____                    _____
                                                              Aranda Homes, Inc.

Purchaser: _____

ADDENDUM #1

| | | | |
|---|---|---|---|
| NAME: Douglas and Debra Jackson | DATE: | | 05/25/05 |
| ADDRESS: 1801 Brantley Rd Apt. 1610 | BLOCK | | 5324 |
| CITY, STATE:   Ft. Myers Fl 33907 | LOT | | 9-10 |
| TELEPHONE: 816-419-4461 | UNIT | | 58 |
| MODEL: Vista Plan | CITY | | Cape Coral |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | |
|---|---|---|
| | | $ 247,100.00 |
| 1. Tile Roof as per model | | $ Included |
| 2. Tile floors as per model | | $ Included |
| 3. Solid surface kitchen counter tops | | $ Included |
| 4. All Appliances as per model | | $ Included |
| 5. Front Doors sandblasted as per plan | | $ Included |
| 6. Security system as per model | | $ Included |
| 7. Tile deck package as per model | | $ Included |
| 8. Stamped Concrete driveway, walkway and entry area | | $ Included |
| 9. All Impact fees, well ,aerator, softener and septic system | | $ Included |
| 10. All Surveys | | $ Included |
| 11. Floratam sod for Standard 80'x125' lot | | $ Included |
| 12. Sprinkler system with auto rain shut-off for Standard 80'x125' lot | | $ Included |
| 13. Fill allowance | | $ 8,000.00 |
| 14. Add Granite kitchen counter tops to Kitchen as per plan | | $ 2,500.00 |
| 15. Add Stainless Steel to Refrigerator, Range, Microwave and Dishwasher | | $ 2,200.00 |
| 16. 2 windows in master bathroom shower to be Obscured glass | | $ No Charge |
| 17. Add basic Rain shower Overhead with on/off valve as per plan | | $  850.00 |
| TOTAL HOME IMPROVEMENTS | | $ 260,650.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

ARANDA HOMES INC.

PURCHASER

X Debra            Jackson
PURCHASER

*ATTN: Joe*

*Attn: Doug*

# Aranda Homes Inc.

| | | |
|---|---|---|
| **ADDENDUM #2** | **DATE:** | 06/09/85 |
| **NAME:** Douglas and Debra Jackson | **BLOCK** | 5324 |
| **ADDRESS:** 1301 Brantley Rd Apt. 1610 | **LOT** | 9-10 |
| **CITY, STATE:** Ft. Myers Fl 33907 | **UNIT** | 58 |
| **TELEPHONE:** 816-419-4461 | **CITY** | Cape Coral |
| **MODEL:** Vista Plan | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Add 2 outlets up in planter box with one switch turning on both outlets as per plan | | $ 120.80 |
| 2. Add water jets to master bathroom tub | | $ 695.00 |
| 3. Built-In for TV in Great room to be 62" high by 48" in width, per owners request | | $ No Charge |

**TOTAL HOME IMPROVEMENTS**      $ 815.00

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

*FAX 945-6644*

ARANDA HOMES INC.

PURCHASER

PURCHASER

*Attn: Doug*

# *Aranda Homes Inc.*

| | | | |
|---|---|---|---|
| **ADDENDUM #2** | | **DATE:** | 06/09/05 |
| **NAME:** Douglas and Debra Jackson | | **BLOCK** | 5324 |
| **ADDRESS:** 1801 Brantley Rd Apt. 1610 | | **LOT** | 9-10 |
| **CITY, STATE:**   Ft. Myers Fl 33907 | | **UNIT** | 58 |
| **TELEPHONE:** 816-419-4461 | | **CITY** | Cape Coral |
| **MODEL:** Vista Plan | | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1.  Add 2 outlets up in planter box with one switch turning on both outlets as per plan | | $ 120.00 |
| 2.  Add water jets to master bathroom tub | | $ 695.00 |
| 3.  Built-In for TV in Great room to be 62" high by 48" to width, per owners request | | <u>$ No Charge</u> |

|  | | |
|---|---|---|
| **TOTAL HOME IMPROVEMENTS** | | $ 815.00 |

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.**  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

*FAX 945-6644*

_____  
**PURCHASER**

_____  
**ARANDA HOMES INC.**

_____  
**PURCHASER**

## PROFILE SHEET

NAME: Douglas and Debra Jackson

Model: Vista model

1. Legal Description:
2. Lot Dimension:
3. Seawall:
4. Fill Requirements:
5. Impact Fee:
6. Deed Restriction:
7. Well:
8. Septic:
9. City Water and Sewer:
10. Culvert Pipe:
11. Survey:
12. Financing: __Donna Carpenter Riverside Bank__
13. Swimming Pool: San Juan Pools / pool package
14. Strap number:
15. Salesperson:

Lot: 9-10

Subdivision: Cape Coral

Unit: 58

Block: 5324

80x125

Off water

T.B.D

Lee County

Cape Coral

Yes

Yes

No

T.B.D

3

Yes

Yes

184423C4053740090

Joe

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____  Date: 5/26/05

Customer: X _____ X Date: 3/26/05



# *Aranda Homes Inc.*

| | | |
|---|---|---|
| **ADDENDUM #3** | **DATE:** | 06/09/05 |
| **NAME:** Douglas and Debra Jackson | **BLOCK** | 5324 |
| **ADDRESS:** 1801 Brantley Rd Apt. 1610 | **LOT** | 9-10 |
| **CITY, STATE:** Ft. Myers Fl 33907 | **UNIT** | 58 |
| **TELEPHONE:** 816-419-4461 | **CITY** | Cape Coral |
| **MODEL:** Vista Plan | | |

| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE | $ |
|---|---|---|
| 1. Builder to pay closing cost up to | | $ 5,100.00 |
| | **TOTAL HOME IMPROVEMENTS** | $ 5,100.00 |

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
ARANDA HOMES INC

_____
PURCHASER

_____
PURCHASER

BUILDING AGREEMENT

Articles of Agreement made and entered into this _30th_ day of _April_ 2005_ , by and between Richard J. Kampf and Patricia A. Kampf, his wife, whose present mailing address is: 1800 Emerson Street, Philadelphia,PA,19152 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 233 SE 44th Ter, Cape Coral, Florida, 33904
Block: 209, Lots: 35-37 Unit: 2 part 1 situated in _LEE_ County, State of Florida Owned by  Richard J. and Patricia A. Kampf.

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Seventy One Thousand Five Hundred and Sixty Five DollarsXX/100 ( $ _271,565.00_ )

U.S. Dollars in the following manner: one percent, 1% $ _2715.65_ Deposit, with signing of the contract
1. $ _24,440.85_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about 180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____June  14th_____ , 2005_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of _489.126 , _Fla. Stat._ that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in _501.1375, _Fla. Stat._

1

_233  SE  44  Terr._
_12-45-23-C4-00209-0350_

THIRD:        The said residence to be Contractor's  Veranda home with all details of material and  construction to be equal to or better then those used in the model home at  4801 SW 24th Place, Cape Coral , Florida 33914  except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

2

**TWELFTH:**     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

**THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.**

**FOURTEENTH:**     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

**FIFTEENTH:**   <u>CONSTRUCTION LIEN DISCLOSURE</u>

**ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.**

**SIXTEENTH:**  <u>NOTICE AND RIGHT TO CURE</u>

**FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.**

**SEVENTEENTH:**     Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

**EIGHTEENTH:** This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____     _____

                                                                    Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME: Richard J. & Patricia A. Kampf
ADDRESS: 1800 Emerson Street.
CITY, STATE: Philadelphia, PA, 19152
TELEPHONE (215) 266-5856
MODEL: Veranda

DATE: 4/30/05
Blk: 209
Lot: 35-37
Unit: 2 Part 1.
CITY: Cape Coral
PRICE: 240,000.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Upgrade to Paver driveway, walkway, and entry | $ 720.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for 3 lot site. | $ 2760.00 |
| 9. Sprinkler System with auto rain shut-off for 3 lot site. | $ 800.00 |
| 10. Tile package for whole house | $ 4500.00 |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 8000.00 |
| 13. Culvert (If required) | $ 795.00 |
| 14. Add pool bath. | $ 1950.00 |
| 15. Add Hot / Cold shower to outside of pool bath per plan. | $ 495.00 |
| 16. Upgrade all bathroom cabinets to raised/foil doors. | $ 630.00 |
| 17. Add 8' Doors (5) to house per plan. | $ 975.00 |
| 18. Add three (3) dimmer switches per plan. | $ 120.00 |

TOTAL HOME IMPROVEMENTS        Continued next page

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

4

Addendum #2
NAME: Richard J. & Patricia A. KAMPF
ADDRESS: 1800 Emerson street
CITY, STATE: Philadelphia,PA,19152
TELEPHONE: (215)266-5856
MODEL:Veranda

DATE: 4/30/05
BLK :209
LOT:35-37
UNIT:2 Part 1
CITY:Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

19. Upgrade lanai opening to Accordion shutter i/l/o panels (allowance) — $ 6300.00

20. Upgrade Family room slider to Accordion shutter i/l/o panels (allowance) — $ 3000.00

21. Upgrade kitchen cabinet draws to wood sides i/l/o metal sides — $ 520.00

TOTAL HOME IMPROVEMENTS   $ 271,565.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

6

Addendum #3
NAME: Richard & Patricia Kampf
ADDRESS: 1800 Emerson Street
CITY, STATE: Philadelphia, PA. 10152
TELEPHONE (215)266-5856
MODEL: Veranda
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 5/9/05
BLK : 209
LOT: 35-37
UNIT: 2 Part 1
CITY: Cape Coral

1. Upgrade Master bath to Vista design per plan.                    $ 2895.00

2. Upgrade dining room to Office per plan.                          $ 1425.00

3. Add shower seat to master shower.                                $  295.00

                                    TOTAL HOME IMPROVEMENTS    $ 4615.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                  PURCHASER

                                             _____
                                                    PURCHASER

7

TOTAL P.02

TOTR

Addendum #4
NAME: Richard J. & Patricia A. KAMPF
ADDRESS: 1800 Emerson street
CITY, STATE: Philadelphia,PA,19152
TELEPHONE: (215)266-5856

DATE:6/2/05
BLK :209
LOT:35-37
UNIT:2 Part 1
CITY:Cape Coral

MODEL:Veranda

## ADDITIONS, CHANGES AND IMPROVEMENTS

1. Add (3) three additional TV/Phone lines.                               $  120.00

2. Note; Center window in master bath to be Obscure on lower part and clear
glass on upper sunburst part per plan.                                    $  N/C

TOTAL HOME IMPROVEMENTS    $  120.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties. Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement. Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered or affected items. Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

## PROFILE SHEET

NAME: Richard & Patricia KAMPF                                    Lot: 35-37

Model: ~~Vista~~ *VERANDA*                                        Unit: 2 part 1

1. Legal Description:                                             **Block** : 209

2. Lot Dimension:                                                 120 X 125

3. Seawall:                                                       No

4. Fill Requirements                                             **T.B.D**

5. Impact Fee:                                                    **City**

6. Deed Restriction                                              No

7. Well                                                          No

8. Septic                                                        No

9. City/Water/Sewer                                             Yes

10. Culvert Pipe:                                               **T.B.D**

11. Survey:                                                      3

12. Financing: Donna Carpenter, Riverside Bank                  Yes

13. Swimming Pool: San Juan Pools pool Package                  Yes

14. Strap:                                              124523C4002090350

15. Salesperson                                                 Yasmin


    ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

    All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *[signature]*          Date: *April 30, 2005*

Customer: *[signature]*          Date: *April 30, 2005*

5