# Composite
# Exhibit A-2

BUILDING AGREEMENT

Articles of Agreement made and entered into this __11th__ day of __November__ , 200_5_ , by and between __William D. Lake_____and _Jacqueline L. Lake_____ , his wife, as Owners, whose present mailing address is: 23 Erica Ave., Middlesboro, MA 02346_____ and **Aranda Homes, Inc.**, as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

_2542 SW 27th PL , Cape Coral, FL 33914 Cape Coral Unit 93 BLK 5973 PB 25 PG 16 Lots 34 & 35 Strap # 32-44-23-C1-05973.0340

_____situated in __Lee_____County, State of Florida Owned by __William Lake_____ and __Jacqueline L. Lake_____ , his wife.

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **Two Hundred Sixty Five Thousand**--------00/100 **($265,000.00)**

U.S. Dollars in the following manner: one percent, 1% $ __2,650.00_____ Deposit, with signing of the contract

1. $ __23,850.00_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.**

The above price is guaranteed to the Owners through __January 11th_____ , 200_6_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

THIRD:      The said residence to be Contractor's _Viscaya Model_____ home with all details of material and construction to be equal to or better than those used in the model home at _4805 Sw 24th PL, Cape Coral_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

1

_2542 S.w. 27 Place_
_32-44-23-C1- 05973-0340_

**FOURTH:** Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:** All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:** The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owner's acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SPECIAL INSURANCE NOTICE-DUE TO LIABILITY INSURANCE REQUIREMENTS, ONLY CONTRACTORS AND THEIR EMPLOYEES MAY BE ON THE PROPERTY DURING THE HOURS OF 7:00AM AND 5:00PM, MONDAY THROUGH SATURDAY. OWNERS AND OTHER NON-CONSTRUCTION PERSONS MAY NOT ENTER ONTO THE PROPERTY DURING THESE HOURS UNLESS ACCOMPANIED BY AN EMPLOYEE OF ARANDA HOMES, INC. ARANDA HOMES, INC. HAS THE RIGHT TO STOP ALL WORK ANY TIME UNAUTHORIZED PERSONS ENTER UPON THE PROPERTY DURING THESE HOURS.

**SEVENTH:** It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:** This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:** The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:** The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

Owner agrees not to interfere with, or provide direction to, Contractor's employees or subcontractors. Owner may not request changes or alterations directly from subcontractor, direct the subcontractor's work, or otherwise interfere with Contractor's control and supervision of the subcontractor and the work. In the event Owner directs any subcontractor in any manner, or directs a subcontractor to change or alter the work, all work performed by such contractor will not be included in any warranty provided by Contractor, the subcontractor will no longer be deemed a subcontractor of contractor, but will be deemed in direct contract with Owner, and Owner shall be directly and solely responsible for all costs and money due to the subcontractor. The entire scope of work of such subcontractor shall also be deleted from Contractor's scope of work and no longer the responsibility of Contractor.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to <u>800</u> square feet. Additional driveway will be charged to the Owner at <u>$3.50</u> per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to

2

crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:      The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:      IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _William & Lake_

_Aranda Homes, Inc._

Purchaser: _Jacqueline L Lake_

3

Addendum #1
NAME: William & Jacqueline Lake
ADDRESS: 23 ERICA AVE
CITY, STATE: MIDDLEBORO, MA 02346
TELEPHONE: 508-947-3604
MODEL: Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 11/11/05
BLOCK  5973
LOT    34 & 35
UNIT   93
CITY   Cape Coral
PRICE $265,000.00

| | |
|---|---|
| 1. Dimensional Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. 3-Course Stemwall | $ Included |
| 12. Fill Allowance of ___$9000.00 _____ | $ Included |
| 13. | $ |
| 14. | $ |
| 17. | $ |

TOTAL HOME IMPROVEMENTS  $265,000.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_William S Lake_
PURCHASER

_Jacqueline Lake_
PURCHASER

4

Addendum #2

| | |
|---|---|
| NAME: William & Jacqueline Lake | DATE: 11/17/05 |
| ADDRESS: 23 Erica Ave | BLOCK  5973 |
| CITY, STATE: Middleboro, MA 02346 | LOT    34 & 35 |
| TELEPHONE: 508-947-3604 | UNIT   93 |
| MODEL: Viscaya | CITY   Cape Coral |
| ADDITIONS, CHANGES AND IMPROVEMENTS | PRICE $265,000.00 |

13. Prewire & plumb for dock stub outs only                          $ 250.00

14. Add (1) GFI  outlet side of garage                              $ 70.00

15. Add (3) outlets to top of wall unit (not the plant shelf) w/switch    $ 160.00

16. credit for Jacuzzi tub (garden tub only)                        $ (325.00)

17. Square off opening of unit above TV unit in the wall unit (on print)   $ N/C

TOTAL HOME IMPROVEMENTS  $155.00
Total       $265,155.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

William B Lake
PURCHASER

Jacqueline R Lake
PURCHASER

Addendum #4
NAME: William & Jacqueline Lake
ADDRESS: 23 Erica Ave
CITY, STATE:Middleboro, MA 02346
TELEPHONE:508-947-3604
MODEL:Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 2/4/06
BLOCK   5973
LOT   34 & 35
UNIT   93
CITY   Cape Coral
PRICE $265,750.00

19. Upgraded kitchen cabinets to Maple                                    $ 1,895.00

TOTAL HOME IMPROVEMENTS  $1,895.00
Total        $267,645.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____                    William  S Lake        2-13-06
Aranda Homes, Inc.                              PURCHASER
                                                        Jacqueline Lake
                                                        PURCHASER

8

Addendum #5
NAME: William & Jacqueline Lake
ADDRESS: 23 Erica Ave
CITY, STATE:Middleboro, MA 02346
TELEPHONE:508-947-3604
MODEL:Viscaya
ADDITIONS, CHANGES AND IMPROVEMENTS

DATE: 5/26/06
BLOCK   5973
LOT   34 & 35
UNIT   93
CITY   Cape Coral
PRICE $267,645.00

20. Credit for washer and dryer (customer to supply)                   ($ 650.00)

21. Lanai and pool deck to be tiled per original contract              N/C

TOTAL HOME IMPROVEMENTS  ($650.00)
Total        $266,995.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

Aranda Homes, Inc.

_William & Lake_
PURCHASER
_Jacqueline Lake_
PURCHASER

9

## PROFILE SHEET

NAME:   **William & Jacqueline Lake**

Model:      **Viscaya**

| | |
|---|---|
| **Lot** | 34 & 35 |
| **Unit** | 93 |
| **Block** | 5973 |

Salesperson: Pamela K. May

1. Legal Description:

2. Lot Dimension:                    _80 X 125___

3. Seawall:                          Yes

4. Fill Requirements:                T.B.D

5. Impact Fee:                       City

6. Deed Restriction                  No

7. Well                              No

8. Septic                            No

9. City/Water/Sewer                  Yes

10. Culvert Pipe:                    T.B.D

11. Survey:                          2 lot-
                                     Standard

12. Financing:                       Yes

13. Pool                             Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *William E Lake*          Date:

Customer: *Jacqueline L Lake*       Date: 11/1/05

5

# BUILDING AGREEMENT

Articles of Agreement made and entered into this __28th__ day of __May__ 2005__ , by and between Richard M. Lundberg & Kathleen K. Lundberg, his wife, whose present mailing address is 636 Pinewood Drive, Shoreview, MN, 55126 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:2116 S.W. 28th Lane, Cape Coral, Florida,33914 Block:6044, Lots: 45-46 Unit: 96 situated in __LEE__ County, State of Florida Owned by  Richard & Kathleen Lundberg.

SECOND: That the Owners promise and agree to and with the Contractor thatthey will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Forty One Thousand Four Hundred and Fifty Nine DollarsXX/100 ( $ __241,459.00__ )

U.S. Dollars in the following manner: one percent, 1% $ __2414.59__ Deposit, with signing of the contract
1. $ __21,731.31__          (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ __60,364.75__          (25%) when plumbing is roughed in and slab is poured.
3. $ __60,364.75__          (25%) when masonry walls are complete and lintel poured.
4. $ __60,364.75__          (25%) when sub-roof is on and electrical roughed in.
5. $ __24,145.90__          (10%) when interior drywall is complete.
6. $ __12,072.95__           (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of   no liens covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through _____July 13th_____ , 2005_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

1

2116  SW  28 Lane

22 . ... . 92 . 04 . 06044 . 0450

THIRD:        The said residence to be Contractor's  Viscaya home with all details of material and  construction to be equal to or better then those used in the model home at  4805 SW 24th Place, Cape Coral , Florida 33914  except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:        This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

2

TWELFTH:    The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:          IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.   IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

_____
Aranda Homes, Inc.

Purchaser: _____

Addendum #1
NAME:Richard & Kathleen Lundberg
ADDRESS:636 Pinewood Drive
CITY, STATE:Shoreview, MN, 55126
TELEPHONE(651)481-0138
MODEL: Viscaya

DATE: 5/28/05
Blk: 6044
Lot: 45-46
Unit: 96
CITY: Cape Coral
PRICE: 213,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.  Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Delete etching on Front doors | $ <500.00> |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry for 3 Car garage | $ 2590.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard lot. | $ Included |
| 9. Sprinkler System with auto rain shut-off for standard lot. | $ Included |
| 10. Tile package in Living & Dining area | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $  8,000.00 |
| 13. Culvert (If required) | $   1050.00 |
| 14. Add 3rd car garage | $ 13,400.00 |
| A. 15. Delete Tile for pool area & lanai. | $ <1000.00> |
| B.15. Add pool bath to lanai per plan. | $   1950.00 |
| 16. Add Hot/Cold shower to pool bath per plan. | $    495.00 |
| 17. 8' x 6' French door i/l/o slider in Master bedroom. | $    950.00 |

TOTAL HOME IMPROVEMENTS          $ Continued

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

)  PURCHASER

Aranda Homes, Inc.

PURCHASER

4

Addendum #2
NAME:Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE:Shoreview, MN, 55126
TELEPHONE: 651-481-0138

DATE: 5/28/05
BLK : 663
LOT:  77-78
UNIT: 21
CITY:Cape Coral

MODEL:Viscaya

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 19. Upgrade to raised/foil cabinets in ALL bathrooms per plan. | $  630.00 |
| 20. Delete master shower plant shelves and raise master shower ceiling 4" per plan. | $   N/C |
| 21. Add (1) one additional Great room floor outlet | $  295.00 |
| 22. Upgrade (2) two master windows to single hung per plan. (allowance) | $  400.00 |
| 23. Delete fixed window in master bed, add (2) single hung windows per plan. | $   N/C |
| 24. Add Humidisat | $   99.00 |

*shower* (handwritten)

**TOTAL HOME IMPROVEMENTS**     $ 241,459.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                                               PURCHASER

Aranda Homes, Inc                   _____
                                                               PURCHASER

6

Addendum #3
NAME: Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE: Shoreview, MN, 55126
TELEPHONE: (651) 481-0138
MODEL: Viscaya

DATE: 7/11/05
BLK: 6044
LOT: 45-46
UNIT: 96
CITY: Cape Coral

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Change (5) Doors to 2'-8" i/l/o 2'-6" per plan. | $ 400.00 |
| 2. Master bed door revision to keep an angle and hallway to bathroom also at 2'-8" with space needed taken from greatroom wall unit. | $ N/A |
| 3. Add garage service door to rear of 3rd Car garage per plan. | $ 640.00 |
| 4. Add concrete pad on rear of garage to pool door per plan. | $ 680.00 |
| 5. Extend ½ hot switch in each guest bedroom to 2nd outlet per plan. | $ 80.00 |
| 6. Revise Master bedroom windows to original window per plan. | $ N/C |
| 7. Add waterproof light and switch in master shower per plan. | $ 135.00 |
| 8. Add mullions to front entry doors. (French doors) | $ 200.00 |
| 9. Guest bathroom changes per plan including whole wall mirror. | $ 150.00 |
| 10. Add additional TV outlet to lanai. | $ 40.00 |
| 11. Add switch in utility room and wiring for 3 way lights for garage/entry. | $ 80.00 |
| 12. Upgrade to 200 amp service with 42 full width circuit breakers | $ 275.00 |
| 13. Add (2) GFI outlets ( rear of home and guest bath) per plan. | $ 140.00 |
| 14. Add switch and wiring for 3 way lights in guest bath. | $ 80.00 |
| 15. PLEASE note that this is a GARAGE LEFT. (Flip Plan) | $ N/C |

TOTAL HOME IMPROVEMENTS      $ 2900.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                                              PURCHASER


_____          _____
Aranda Homes, Inc.                                    PURCHASER

Addendum #3
NAME: Richard & Kathleen Lundberg
ADDRESS: 636 Pinewood Drive
CITY, STATE: Shoreview, MN, 55126
TELEPHONE: (651) 481-0138
MODEL: Viscaya

DATE: 7/11/05
BLK: 6044
LOT: 45-46
UNIT: 96
CITY: Cape Coral

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Change (5) Doors to 2'-8" l/lo 2'-6" per plan.

2. Master bed door revision to keep an angle and hallway to bathroom also at 2'-8" with space needed taken from greatroom wall unit.

| | |
|---|---|
| | $ 400.00 |
| | $ N/A |

3. Add garage service door to rear of 3rd Car garage per plan. — $ 640.00

4. Add concrete pad on rear of garage to pool door per plan. — $ 680.00

5. Extend ½ hot switch in each guest bedroom to 2nd outlet per plan. — $ 80.00

6. Revise Master bedroom windows to original window per plan. — $ N/C

7. Add waterproof light and switch in master shower per plan. — $ 135.00

8. Add mullions to front entry doors. (French doors) — $ 200.00

9. Guest bathroom changes per plan including whole wall mirror. — $ 150.00

10. Add additional TV outlet to lanai. — $ 40.00

11. Add switch in utility room and wiring for 3 way lights for garage/entry. — $ 80.00

12. Upgrade to 200 amp service with 42 full width circuit breakers — $ 275.00

13. Add (2) GFI outlets ( rear of home and guest bath) per plan. — $ 140.00

14. Add switch and wiring for 3 way lights in guest bath. — $ 80.00

15. PLEASE note that this is a GARAGE LEFT. (Flip Plan) — $ N/C

TOTAL HOME IMPROVEMENTS    $ 2900.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

PURCHASER

Aranda Homes, Inc.

7

## PROFILE SHEET

NAME:Richard & Kathleen Lundberg

Model: Viscaya

| | |
|---|---|
| | Lot:45-46 |
| | Unit: 96 |
| 1. Legal Description: | |
| | Block : 6044 |
| 2. Lot Dimension: | |
| | 80 X 125 |
| 3. Seawall: | Yes |
| 4. Fill Requirements | T.B.D |
| 5. Impact Fee: | City |
| 6. Deed Restriction | No |
| 7. Well | No |
| 8. Septic | No |
| 9. City/Water/Sewer | Yes |
| 10. Culvert Pipe: | T.B.D |
| 11. Survey: | 3 |
| 12. Financing: CASH | No |
| 13. Swimming Pool: San Juan Pools pool Package | Yes |
| 14. Strap: | 334423C4060440450 |
| 15. Salesperson | Yasmin |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

## CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____  Date: 5/28/05

Customer: _____  Date: May 28, 2005

5

BUILDING AGREEMENT

Articles of Agreement made and entered into this __27__ day of __April__, 200_5_, by and between Neil R. Rehrig _____

as Owners, whose present mailing address is:   414 Coral Drive, Cape Coral, FL 33904_____ and ARANDA HOMES, INC., as Contractor.

FIRST:      The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: .3512 SE 1ST Place, Cape Coral, Fl 33904 _____ Unit 26, Block 850, Lots 20-21-22   PB14 PG 123      01-45-23-C1-00850.0200

situated in __Lee_____ County, State of Florida Owned by __Neil R. Rehrig_____

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of ($224,690.00) Two Hundred Twenty Four Thousand Six Hundred Ninety Dollars XX /00 Contingent upon plan approval. Contingent upon financing. U.S. Dollars in the following manner: one percent, 1% $ __2,246.90_____ Deposit, with signing of the contract

1. $  20,222.10_____ (9%) as down payment, by check subject to collection,  prior to start   construction
2. $  56,172.50_____ (25%) when plumbing is roughed in and slab is poured.
3. $  56,172.50_____ (25%) when masonry walls are complete and lintel poured.
4. $  56,172.50_____ (25%) when sub-roof is on and electrical roughed in.
5. $  22,469.00_____ (10%) when interior drywall is complete.
6. $  11,224.50_____ (5%) when completely finished and ready for delivery to Owners.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about __180_____ days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact :**
   **CILB Recovery**
   **1940 North Monroe Street Suite #3**
   **Tallahassee, FL 32399-1039**
   **Tel: (850)487-1395**
The above price is guaranteed to the Owners through __June 10_____, 2005_, or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10)

26/0850/20-22

3512 ¹ SE 1 Place
01-45- 23- C1- 000850-0200

Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE – FAMILY OR TWO – FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

THIRD:          The said residence to be Contractor's  ___Viscaya_____ home with all details of material and construction to be equal to or better than those used in the model home at  _4805 SW 24th Place, Cape Coral , FL 33914 _____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:          All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:          The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy. Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:         This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:          The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

2

Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE·OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:        The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:        OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:        CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.   IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE

3

ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

      SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

      EIGHTEENTH:      This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

      IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

                                        ARANDA HOMES, INC.

Purchaser: _____

4

**ADDENDUM #1**

NAME: Neil R. Rehrig

ADDRESS: 414 Coral Drive

CITY, STATE : Cape Coral, FL 33904

TELEPHONE: (239) 542-4960
~~June(239) 573-6820~~  *Friend*
MODEL : Viscaya

DATE: 4/27/05

Block 850

LOT 20-21-22

City: Cape Coral

S/D

TOTAL PRIC  $ 206,000.00

### ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 1. City water | |
| 2. Sewer hook-up | Included |
| 3. Surveys | Included |
| 4. Tiled great room and kitchen | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer and dryer | Included |
| 7. Credit front doors sandblasted | Included |
| 8. Security system | (500.00) |
| 9. Tile deck package as model | Included |
| 10. Dimensional shingle roof | Included |
| 11.Floratam sod standard lot 80 x 125 | Included |
| 12.Sprinkler system with auto rain shutoff for standard lot | Included |
| 13.Credit stamped driveway, walk, and enty | Included |
| 14.Fans and light fixtures | (2,500.00) |
| 15.Floor outlet in great room as per plan | Included |
| 16.Additional Floratam sod for oversized lot 120 x 125 | Included |
| 17.Additional sprinkler system for oversized lot 120 x 125 | 2,760.00 |
| 18.Additional fill allowance | 1,200.00 |
| 19.Garage door opener with two transmitters | 8,000.00 |
| 20.Circular driveway standard concrete 12' wide | 350.00 |
| | 2,150.00 |

TOTAL HOME IMPROVEMENTS                    Continued

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                    PURCHASER

5

**ADDENDUM #2**

**DATE:** 4/27/05

**NAME:** Neil R. Rehrig

**Block** 850

**ADDRESS:** 414 Coral Drive

**LOT** 20-21-22

**CITY, STATE :** Cape Coral, FL 33904

**City:** Cape Coral

**TELEPHONE:** (239) 542-4960
       June(239) 573-6820
**MODEL :** Viscaya

**S/D**

**TOTAL PRIC** $ 206,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---:|
| 1. Slider vs. window in guest bedroom #3 | 590.00 |
| 2.Obsurce windows in master bathroom shower | Included |
| 3.Shower vs. tub in guest bathroom with shower door | 800.00 |
| 4.Delete fixed glass above master bedroom door | (90.00) |
| 5.Electric fireplace -BREF-36 allowance as per plan | 4,200.00 |
| 6.Floor outlet in great room | Included |
| 7.Cabinet under desk area | 440.00 |
| 8.(100) AMP sub-panel | 795.00 |
| 9.Water and electric to dock | 495.00 |

**TOTAL HOME IMPROVEMENTS**      $224,690.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

5

**ADDENDUM #3**

**DATE: 5/31/05**

**NAME: Neil R. Rehrig**

**Block 850**

**ADDRESS: 414 Coral Drive**

**LOT 20-21-22**

**CITY, STATE : Cape Coral, FL 33904**

**City: Cape Coral**

**TELEPHONE: (239) 542-4960**
           June(239) 573-6820
**MODEL : Viscaya**

**S/D**

**TOTAL PRIC  $ 206,000.00**

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---:|
| 1. Master bedroom =mirror by-pass doors | 350.00 |
| 2. Mica base cabinet doors under sit down area in master bathroom | 410.00 |
| 3. Delete fixed window in master bedroom | (100.00) |
| 4. Pocket slider vs. window in breakfast area with raiser | 800.00 |
| 5. Obscure windows vs. door in guest bathroom | 285.00 |
| 6. Credit concrete along side of house | (195.00) |
| 7. Service garage door, pad, & light | Included |
| 8. Additional two feet of concrete for extended driveway | 225.00 |
| 9. Pre-wire for future sound system | 675.00 |
| 10.Delete Laundry sink=GFI outlet for future refrigerator | (190.00) |
| 11.Five interior recess lights as per plan=wall unit | 550.00 |
| 12.Two additional switches as per plan | 80.00 |
| 13.Three additional outlets as per plan | 120.00 |
| 14.Three additional GFI outlets as per plan | 255.00 |
| 15.Pre-wire for future light kit on six interior fans | 240.00 |
| 16.Rostats vs. switches on seven fans | 280.00 |
| 17.Dimmers vs. switches on six interior fans | 240.00 |
| 18.One additional T.V. outlet as per plan | 40.00 |
| 19.Waterproof light in guest bathroom shower *delete* | 95.00 |

**TOTAL HOME IMPROVEMENTS**                                    **$4,160.00**

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

5

**ADDENDUM #4**

**DATE: 6/7/05**

**NAME: Neil R. Rehrig**

**Block 850**

**ADDRESS: 414 Coral Drive**

**LOT 20-21-22**

**CITY, STATE : Cape Coral, FL 33904**

**City: Cape Coral**

**TELEPHONE: (239) 542-4960**
          **June(239) 573-6820**
**MODEL : Viscaya**

**S/D**

**TOTAL PRIC  $ 206,000.00**

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Credit waterproof light in guest shower from addendum #3 | (95.00) |
| 2. Additional phone pre-wire in guest bedroom #2 | 40.00 |
| 3. Dimmer vs. switch for recess lights in kitchen | 40.00 |
| 4. Dimmer vs. switch for lights in wall unit | 40.00 |
| 5. Water line in laundry room for future refrigerator | 150.00 |

**TOTAL HOME IMPROVEMENTS** $175.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

5

**ADDENDUM #5**

DATE: 7/14/05

NAME: Neil R. Rehrig

**Block 850**

ADDRESS: 414 Coral Drive

LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904

City: Cape Coral

TELEPHONE: (239) 542-4960
    June(239) 573-6820
MODEL : Viscaya

S/D

TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Addendum to agreement for wiring for sound system:

   One master bedroom "TT" with one VC

   Two lanai flush mounts with one VC

   Two exterior wall mounts on extended lanai with one VC

   Two wire reens in conduct to boat dock and installed, one VC for same

TOTAL HOME IMPROVEMENTS                                    $2,425.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                    PURCHASER

_____                    _____

5

**ADDENDUM #6**

**NAME: Neil R. Rehrig**

**ADDRESS: 414 Coral Drive**

**CITY, STATE : Cape Coral, FL 33904**

TELEPHONE: (239) 542-4960
                    June(239) 573-6820
**MODEL : Viscaya**

**DATE: 7/24/05**

**Block 850**

LOT 20-21-22

City: Cape Coral

S/D

**TOTAL PRIC  $ 206,000.00**

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 1. Raised foil doors in both bathrooms | 310.00 |
| 2. Granite kitchen tops | 3,150.00 |
| 3. Six school house light kits on fans | 234.00 |
| 4. Plast-Pro oak stainable grain 6'8"front doors AG 81 | 1,290.00 |
| 5. Credit sound system from Advanced Security agreement | ( 675.00) |

| | |
|---|---:|
| **TOTAL HOME IMPROVEMENTS** | $4,309.09 |

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

5

**ADDENDUM #7**

**DATE: 9/15/05**

**NAME: Neil R. Rehrig**

**Block 850**

ADDRESS: 414 Coral Drive

LOT 20-21-22

CITY, STATE : Cape Coral, FL 33904

City: Cape Coral

TELEPHONE: (239) 542-4960
      June(239) 573-6820

S/D

MODEL : Viscaya

TOTAL PRIC  $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Privacy wall and screen on master side of lanai

495.00

TOTAL HOME IMPROVEMENTS

$495.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.

Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____

_____

5

#1

ODENDUM #, *007505/*          DATE: *7-5-05*

NAME: *Nick Neil Rehrig*      BLOCK

ADDRESS: *414 Coral DR*      LOT *20-22*

CITY, STATE: *Cape Coral Fla*     City: *Cape Coral*

TELEPHONE: *542-4760*        S/D

MODEL : *Viscaya*    TOTAL PRICE *3150.00*

ADDITIONS, CHANGES AND IMPROVEMENTS

*Granite Kitchen*
*Baltic Brown*
*Bevel Edge Stainless Steel*
*60/40 Sink*

TOTAL HOME IMPROVEMENTS *$3150.00*

**ADDENDUM – THIRTEEN – ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                PURCHASER

Addendum #9

NAME: Neil R. Rehrig
ADDRESS: 414 Coral Drive
CITY, STATE: Cape Coral. FL 33904

DATE: November 21, 2005

LOT: 20-21-22

TELEPHONE: (239) 542-4960
    Carla cell #(239) 357-6047

Unit: 26

CITY: Cape Coral

MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE: $206,000.00

1. Addendum #1
2. Addendum #2

11,460.00
7,230.00

3. Addendum #3                    $ 224,690.00
4. Addendum #4                         4,160.00
5. Addendum #5                           175.00
6. Addendum #6                         2,425.00
7. Addendum #7                         4,309.09
8. Addendum #8 Upgrade granite kitchen tops   495.00
                                            3,150.00

Price increase  good till 12/21/05

23,000.00

Payment to due

$262,404.09
(-$2,247.00)
(-495.00)

$2,742.00

$262,404.09
-2,742.00

Deposit :

TOTAL HOME IMPROVEMENTS:  $259,662.09

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however; even though accepted by Contractor, are subject to work not having ~~started or ordered~~ ~~us. First electrical inspection or connection will not be ordered~~ until ... ... and usually it takes about seven working days for power ... inal payment.

*Office copy*
*Signed addendum on*
... ...

206000 - BASE
23000 - UP
229000 -

NOW BASE 250500
229000
savings = 21500 lower
$ 292900 model

_Carla Ferrel for Neil R. Rehrig_
PURCHASER

_____
PURCHASER

5

Addendum #9A

NAME: Neil R. Rehrig
ADDRESS:  414 Coral Drive
CITY, STATE: Cape Coral, FL 33904

TELEPHONE: (239) 542-4960
          Carla cell #(239) 357-6047

MODEL: Viscaya

ADDITIONS, CHANGES AND IMPROVEMENTS

Draw schedule :

DATE: November 21, 2005

LOT: 20-21-22

Unit: 26

CITY: Cape Coral

PRICE: $259,662.09

$23,369.59

58,511.40 ~~$64,915.52~~

58,511.40 ~~$64,915.52~~

58,511.40 ~~$64,915.52~~

23,404.56 ~~$25,966.21~~

11,702.28 ~~$12,983.10~~

TOTAL HOME IMPROVEMENTS:

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_Carla Ferrel by Neil Rehrig_
PURCHASER

Aranda Homes, Inc.

PURCHASER

5

PROFILE SHEET

NAME: Neil R. Rehrig

*Salesman: Arlene Steinweg*

Model: __Viscaya__

Lot 20-21-22

Unit 26

1. Legal Description:  3512 SE 1ST. Place
   Cape Coral, FL 33904

__Block 850__

2. Lot Dimension:

120 x 125

3. Seawall:

Completed

4. Fill Requirements

__T.B.D.__

5. Impact Fee:

City

6. Deed Restriction

City

7. Well :

__N/A__

8. Septic

__N/A__

9. Water

__Yes__

10. Culvert Pipe:

__T.B.D.__

11. Survey

Needed

12. Financing

Yes

13. Pool                    San Juan

Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____  Date: 4/27/05

Customer: _____  Date:

6

## BUILDING AGREEMENT

Articles of Agreement made and entered into this __16th__ day of __February__ , 200_5_, by and between **Kevin Ricupero**_____and__Karen Ricupero_____, his wife, as Owners, whose present mailing address is: **783 Shirley St., Winthrop, MA 02152**_____ and **Aranda Homes, Inc.**, as Contractor.

FIRST:   The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

3214 SW 11th PL, Cape Coral Unit 66 BLK 3287 PB 22 PG 13 Lots 58 & 59
Strap # 03-45-23-C2-03287.0580

situated in ____**Lee**_____County, State of Florida Owned by
_Kevin Ricupero_____ and ____**Karen Ricupero**_____, his wife.

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **Two Hundred Thirty Six Thousand Seven Hundred Ninety Five XX/100——($ 236,795.00)**

U.S. Dollars in the following manner: one percent, 1% $ _2,367.95_____ Deposit, with signing of the contract
1. $ _21,311.55_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1038 (850)487-1395.

The above price is guaranteed to the Owners through  ____April 2nd_____ , 200_5_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in , **501.1375, Fla. Stat.**

1

*[handwritten]* 3214 SW 11th PL
03-45-23-C2-03287.0580

**THIRD:**        The said residence to be Contractor's ___Veranda Model_____ home with all details of material and construction to be equal to or better than those used in the model home at  _4801 SW 24th PL, Cape Coral, FL_____  except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

**FOURTH:**        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

**SEVENTH:**        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**        This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing, Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**        The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to _800_ square feet.  Additional driveway will be charged to the Owner at _$3.50_  per square foot.  Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

**TWELFTH:**        The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well,

2

and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:          IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:    CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:          Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

                                                               _____
                                                               Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME: Kevin & Karen Ricupero
ADDRESS: 783 Shirley St
CITY, STATE: Winthrop, MA 02152
TELEPHONE: 617-846-3415
MODEL: Veranda

DATE: 2/16/05
BLK  3287
LOT   58 & 59
UNIT  66
CITY   Cape Coral
PRICE $ 228,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fill Allowance | $ 8,000.00 |
| 12. Culvert (if needed) | $   795.00 |
| 13. | $ |
| 14. | $ |
| 15. | $ |

TOTAL HOME IMPROVEMENTS $ 8,795.00
Total                                    $ 236,795.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                                          PURCHASER
                                                                                      _____
                                                                                      PURCHASER

4

Addendum #2 - REVISION
NAME: Kevin & Karen Ricupero
ADDRESS: 783 Shirley St
CITY, STATE:Winthrop, MA 02152
TELEPHONE: 617-846-3415
MODEL: Veranda

DATE: 3/24/05
BLK  3287
LOT   58 & 59
UNIT  66
CITY   Cape Coral
PRICE $ 236,795.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---:|
| 13. Veranda Hallway Plan | $ 1,000.00 |
| 14. 3- Car garage | $ 11,025.00 |
| 15. Credit for hanging fixture over breakfast nook | $    (30.00) |
| 16. Replace breakfast nook light with recessed light | $      85.00 |
| 17. (3) extra phone jacks | $    120.00 |
| 18. (2) extra TV jacks | $      80.00 |
| 19. Center window in back of family room | $ N/C |
| 20. Credit for washer and dryer will use stackable | $   (650.00) |
| 21. Double sink vanity instead of L shape in mastrbth, no sit under | $ N/C |
| 22. Gas Cooktop & Wall Oven Upgrade for appliances | $ 1,200.00 |
| 23.Buried gas tank for cooktop, pool, and outside grill | $ 1,750.00 |
| 24. Cooktop Cabinet with drawers | $    590.00 |
| 25. Wall oven cabinet | $    935.00 |
| 26. Delete pantry, extend counter into corner, cabinets above and below | $ 2,250.00 |
| 27. Allowance for underground utilities | $    500.00 |

TOTAL HOME IMPROVEMENTS $18,855.00
Total                          $ 255,650.00

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

6

Addendum #3 - Revision
NAME: Kevin & Karen Ricupero
ADDRESS: 783 Shirley St
CITY, STATE: Winthrop, MA 02152
TELEPHONE: 617-846-3415
MODEL: Veranda

DATE: 6/18/05
BLK  3287
LOT   58 & 59
UNIT  66
CITY   Cape Coral
PRICE $255,650.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

28. Add TV Cable and outlet for TV in family room to the left back corner          $80.00

29. Change order charge                                                          $250.00

30. Credit for recessed light in kitchen nook                                    $(85.00)
Put in standard hanging fixture

TOTAL HOME IMPROVEMENTS $245.00
Total                                 $ 255,895.00

**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

PURCHASER

Aranda Homes, Inc

7

OPEN FOR SCREEN
PATIO T.B.-TYP. 8" X 16" TIE BEAM W/ 2 # 5-O TOP & 2 # 5-O BOTT. W/ # 3 STIRRIPS @ 7" BEGIN @ 2"
TIE BEAM @ 10'-0" F.F.F.
8'-0"H. S.G.D.
RECESS
16" DIA. ROUND BLOCK COL W/4# 5-O VERT. W/ # 3 TIES @ 10" O.C.
8" X 16" T.B. W/ 2 # 5-O TOP & 5 # 5-O BOTT. OVER SLD. GLS. DR.
28'-0"
59'-8"
13'-8"
12'-0"
SLOPE CLG. 1.85
PATIO SLAB - 4"F.F.F.
10" W. RECESS
12'-8"
151" X 97"-M.O. TOTAL POC.
H.B.
RECESS
3 - 4'-0" W. X 8'-0" H.
SLD. GLASS DR. PANELS
RECESS SLD. GLASS DOORS
GROUT SOLID
BREAKFAST AREA
SLOPE CLG.
1.85 SLOPE
girder
15'-0"
17'-0"
14'-0"
FAMILY ROOM
TRAY CLG.
3-26 S.H. WINDOWS BOLT TOGETHER
112" X 76 3/4"-M.O.
F.F. TO SILL=24"
USE NO LIP SILL
9'-4" M.O.
6'-2"
31'-8"
15"W. RAISED COUNTER
8" X 8" POST TO CLG.
2"X8" PLANT SHELF 8'-TO BOTT.
KITCHEN
SLOPE CLG.
WALL TO PLANT SHELF
CLOSET
3-0 B.F.D.
BEDR
10'-0"

Addendum #4
NAME: Kevin & Karen Ricupero
ADDRESS: 783 Shirley St
CITY, STATE: Winthrop, MA 02152
TELEPHONE: 617-846-3415
MODEL: Veranda

DATE: 7/2/05
BLK  3287
LOT  58 & 59
UNIT  66
CITY  Cape Coral
PRICE $255,895.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

31. Due to seawall not being completed and the fact that Williamson and Sons has said that we can not start construction until August the following price increase will cover buyers until August 19, 2005

$27,100.00

TOTAL HOME IMPROVEMENTS $27,100.00
Total                                          $ 282,995.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____          _____
                                                           PURCHASER

Aranda Homes, Inc.                                   _____
                                                           PURCHASER

8

## PROFILE SHEET

NAME: <u>Kevin & Karen Ricupero</u>

Model:_____<u>Veranda</u>_____

1. **Legal Description:**

2. **Lot Dimension:**

3. **Seawall:**

4. **Fill Requirements**

5. **Impact Fee:**

6. **Deed Restriction**

7. **Well**

8. **Septic**

9. **City/Water/Sewer**

10. **Culvert Pipe:**

11. **Survey:**

12. **Financing:**

| | |
|---|---|
| <u>Lot</u> | 58 & 59 |
| <u>Unit</u> | 66 |
| <u>Block</u> | 3287 |
| | _80 X 125_ |
| | Yes |
| | T.B.D |
| | City |
| | No |
| | Yes |
| | Yes |
| | No |
| | T.B.D |
| | 2 lot-Standard |
| | Yes |

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer:_____     Date: 2/9/05

Customer: _Karen Ricupero_     Date: 2/9/05

5

BUILDING AGREEMENT

Articles of Agreement made and entered into this __21__ day of __April_____ , 200 _5_ , by and between Thomas P. Rucki SR

Mary Sue  E. Rucki,_____ his wife,

as Owners, whose present mailing address is:    2650 Fawn Lane , Plover, WI 54467_____
and ARANDA HOMES, INC., as Contractor.

FIRST:          The Contractor promises and agrees to the Owners that he will for the consideration hereinafter

mentioned finish and deliver a residence on land known as:  7584 Caloosa Drive, Bokeelia, FL 33922
_____ Alden Pines First Addn   PB 33 PG 126 Lot 73        06-44-22-08-00000.0730

situated in     Lee_____County, State of Florida Owned by
_____ Thomas P. Rucki SR_____                  and Mary Sue E. Rucki, his wife

SECOND:          That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of  ($245,993.00) Two Hundred Forty Five Thousand Nine Hundred Ninety Three Dollars XX /00
Contingent upon plan approval.
U.S. Dollars in the following manner: one percent, 1% $  2,459.93_____          Deposit, with signing of the contract

1. $  22,139.37_____          (9%) as down payment, by check subject to collection,  prior to start   construction
2. $ _____          (25%) when plumbing is roughed in and slab is poured.
3. $ _____          (25%) when masonry walls are complete and lintel poured.
4. $ _____          (25%) when sub-roof is on and electrical roughed in.
5. $ _____          (10%) when interior drywall is complete.
6. $ _____          (5%) when completely finished and ready for delivery to Owners.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about    180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund – payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact :**
**CILB Recovery**
**1940 North Monroe Street Suite #3**
**Tallahassee, FL 32399-1039**
**Tel: (850)487-1395**
**The above price is guaranteed to the Owners through    June 6_____ , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by**

1

*Lot 73 Alden Pines Sub.*

*7584 Caloosa Drive Bokeelia*
*06-44-22-08- 00000. 0230*

Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract. Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits nò more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

      THIRD:      The said residence to be Contractor's ___Viscaya_____ home with all details of material and construction to be equal to or better than those used in the model home at   4805 SW 24th Place, Cape Coral , FL 33914 _____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

      FOURTH:      Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

      FIFTH:      All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

      SIXTH:      The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.  The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy. Owners will be responsible for the full amount of any deductible under such policy.

      SEVENTH:      It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

      EIGHTH:      This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

      NINTH: MORTGAGE PURCHASE:      The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

2

Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:       The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:       The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:       OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:       IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:       CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE

3

ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:          Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:          This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Thomas E Burke sec._

ARANDA HOMES, INC.

Purchaser: _Maydee E. Burke_

4

**ADDENDUM #1**

**NAME: Thomas P. & Mary Sue Rucki**

ADDRESS: 2650 Fawn Lane

CITY, STATE : Plover, WI 54467

TELEPHONE: (715) 341-9089

MODEL : Viscaya

DATE: 4/21/05

PB 33 PG 126

LOT 73

City: Bokeelia

S/D Alden Pines

TOTAL PRIC $ 206,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---:|
| 1. Standard septic system | Included |
| 2. Pine Island water hook-up allowance | 1,823.00 |
| 3. County impact fees | 2,200.00 |
| 4. Tiled great room and kitchen | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer and dryer | Included |
| 7. Front doors sandblasted | Included |
| 8. Security system | Included |
| 9. Tile deck package as model | Included |
| 10. Dimensional shingle roof | Included |
| 11.Floratam sod standard lot 80 x 125 | Included |
| 12.Sprinkler system with auto rain shutoff for standard lot | Included |
| 13.Stamped driveway, walk, and enty | Included |
| 14.Fans and light fixtures | Included |
| 15.Floor outlet in great room as per plan | Included |
| 16.Three car garage | 12,950.00 |
| 17.Additional stamped driveway for third car garage | 2,590.00 |
| 18.Garage door openers for three car garage and transmitters | 700.00 |
| 19.Additional fill allowance | 10,000.00 |
| 20.Surveys | Included |

TOTAL HOME IMPROVEMENTS                    Continued

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Arand Homes, Inc.

PURCHASER

PURCHASER

5

**ADDENDUM #2**

**NAME: Thomas P. & Mary Sue Rucki**

**ADDRESS:** 2650 Fawn Lane

**CITY, STATE :** Plover, WI 54467

**TELEPHONE:** (715) 341-9089

**MODEL :** Viscaya

**DATE: 4/21/05**

**PB 33 PG 126**

LOT 73

City: Bokeelia

S/D  Alden Pines

**TOTAL PRIC $ 206,000.00**

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Fixed glass above door in water closet area`as per plan | 195.00 |
| 2. Obscure  glass windows in master bathroom shower | Included |
| 3. Fixed glass window in third garage as per plan | 585.00 |
| 4. Tile floors thru-out | 6,450.00 |
| 5. Additional upper mica cabinets in laundry room | 490.00 |
| 6. R.O. system under kitchen sink and to ice line to refrigerator | 695.00 |
| 7. (6') water jetted tub vs. 5' standard tub | 770.00 |
| 8. One (18") glab bar as per plan | 185.00 |
| 9. Raised water closest in master bathroom | 360.00 |

TOTAL HOME IMPROVEMENTS                   $245,993.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

Thomas P Rucki

PURCHASER

Mary Sue C. Rucki

PURCHASER

5

**ADDENDUM #3**

**DATE:** 4/21/05

**NAME:** Thomas P. & Mary Sue Rucki

**PB 33 PG 126**

**ADDRESS:** 2650 Fawn Lane

**LOT 73**

**CITY, STATE :** Plover, WI 54467

City: Bokeelia

**TELEPHONE:** (7150 341-9089

S/D  Alden Pines

**MODEL :** Viscaya

**TOTAL PRIC**  $ 206,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Additional tile for extended pool deck 22x20 | 3,080.00 |
| 2. Credit additional upper mica cabinets in laundry room from adden.#2 | (490.00) |
| 3. Credit raised water closest in master bathroom from adden.#2 | (360.00) |

**TOTAL HOME IMPROVEMENTS**                     $2,230.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

Thomas P. Rucki 3R.
PURCHASER

Mary Sue Rucki
PURCHASER

5

**ADDENDUM #4**

**DATE: 4/30/05**

**NAME: Thomas P. & Mary Sue Rucki**

**PB 33 PG 126**

ADDRESS: 2650 Fawn Lane

LOT 73

CITY, STATE : Plover, WI 54467

City: Bokeelia

TELEPHONE: (7150 341-9089

S/D  Alden Pines

MODEL : Viscaya

**TOTAL PRIC  $ 206,000.00**

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Additional two outlets and one switch in top of wall unit | 120.00 |
| 2. Additional five outlets in wall unit=one in each shelf | 200.00 |
| 3. Two additional waterproof GFI outlets as per plan | 170.00 |
| 4. Two side windows in master shower to be S/H and center window fixed | 680.00 |
| 5. Master bathroom jetted tub to have glab bars  centered as marked on each side | 200.00 |

*Owner will pay cash*

TOTAL HOME IMPROVEMENTS                    $1,370.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

Thomas P Rulei sn.
PURCHASER

Marysue E. Rucki
PURCHASER

5

**ADDENDUM #5**

**NAME: Thomas P. & Mary Sue Rucki**

**ADDRESS: 2650 Fawn Lane**

**CITY, STATE : Plover, WI 54467**

**TELEPHONE: (7150 341-9089**

**MODEL : Viscaya**

**DATE: 5/27/05**

**PB 33 PG 126**

**LOT 73**

**City: Bokeelia**

**S/D  Alden Pines**

**TOTAL PRIC  $ 206,000.00**

**ADDITIONS, CHANGES AND IMPROVEMENTS**

1.Master bathroom jetted tub with glab bars to be bone in color.     150.00
2.All water closets and guest bathroom tub to be white               N/C

*Owner will pay cash*

**TOTAL HOME IMPROVEMENTS**          $150.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc

_____
**PURCHASER**

_____
**PURCHASER**

5

## PROFILE SHEET

NAME: Thomas & Mary Sue Rucki                                                      Lot 73
Salesperson- Arlene
Model:  Viscaya                                                                    Alden Pines

1. Legal Description:                     7584 Caloosa Drive
                                          Bokeelia, FL 33922
                                                                                   PB 33 PG126
2. Lot Dimension:

3. Seawall:                                                                         N/A

4. Fill Requirements                                                               T.B.D.

5. Impact Fee:                                                                      County

6. Deed Restriction                                                                County

7. Well :                                                                           N/A

8. Septic                                                                           Yes

9. Water                                                                            Yes

10. Culvert Pipe:                                                                  T.B.D.

11. Survey                                                                          Needed

12. Financing          Hurst FinancialGroup
                       Rich 415-6911
                       San Juan                                                    Yes

13. Pool                                                                           Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC
TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF
SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE
EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being
priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in
full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN
THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Thomas P Rucki sr._   Date: _4-21-05_
Customer: _MaySue C. Rucki_      Date: _4-21-05_

6

BUILDING AGREEMENT

Articles of Agreement made and entered into this 29th day of _August_ 2005_, by and between Jarl. R. Tucker & Janice. E. Tucker,his wife whose present mailing address is: 2429 Forest Hill Road, Marriottsville, MD, 21104 and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 1632 S.W 19th Terr, Cape Coral, Florida, 33991. Block: 4813, Lots: 1 + 2, Unit: 71, Strap: 28-44-23-C2-04813.0010 situated in _LEE_ County, State of Florida Owned by Jarl & Janice TUCKER.

SECOND:      That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Eighty Seven Thousand and Twenty DollarsXX/100 ( $ _287,020.00_ )

U.S. Dollars in the following manner: one percent, 1% $ _2870.20_ Deposit, with signing of the contract

1. $  25,831.80              (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____     (25%) when plumbing is roughed in and slab is poured.
3. $ _____     (25%) when masonry walls are complete and lintel poured.
4. $ _____     (25%) when sub-roof is on and electrical roughed in.
5. $ _____     (10%) when interior drywall is complete.
6. $ _____      (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of no liens covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through        October 29th        , 2005_, or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in .501.1375, Fla. Stat.

28-44-23-C2-04813-0010

1632 SW 19 Terrace

**THIRD:**     The said residence to be Contractor's Viscaya home with all details of material and construction to be equal to or better then those used in the model home at 4805 SW 24th Place, Cape Coral, Florida 33914 except for any changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulations.

**FOURTH:**     Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**     All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**     The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owners' and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

**SEVENTH:**     It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**     This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**     The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**     The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:     The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:     IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Joel R Tucker_

_Aranda Homes, Inc._

Purchaser: _Janice Tucker_

3

Addendum #1
NAME:Jarl & Janice Tucker
ADDRESS: 2429 Forest Hill Road
CITY, STATE: Marriottsville, MD, 21104
TELEPHONE (410) 781-4178
MODEL: Viscaya

DATE: 8/29/05
Blk: 4813
Lot: 1 + 2
Unit: 71
CITY: Cape Coral
PRICE: 231,100.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Upgrade to Tile Roof | $ 12,500.00 |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer & dryer per model. | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. 3 Car Stamped concrete driveway, walkway, and entry | $ 2590.00 |
| 7. Surveys | $ Included |
| 8. Floritam Sod for Standard 90 x 125 corner lot. | $ 1955.00 |
| 9. Sprinkler System with auto rain shut-off for 90 x 125 corner lot. | $ 1200.00 |
| 10. Tile package in Living and Dining room. | $ Included |
| 11. Fans & Light Fixtures per model | $ Included |
| 12. Fill allowance | $ 10,000.00 |
| 13. 3 Car driveway Culvert (If required) | $ 1050.00 |
| 14. Add 3' X 3' window to garage. | $ 250.00 |
| 15. Upgrade to 3 Car garage with Tile roof. | $ 14,900.00 |
| 16. Credit tile on pool deck and lanai (Spraycrete only) | $ <1000.00> |

**TOTAL HOME IMPROVEMENTS**    $ 274,545.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                    _____
Aranda Homes, Inc.                                        PURCHASER

                                                                    _____
                                                                    PURCHASER

4

Addendum #2
NAME:Jarl & Janice Tucker
ADDRESS: 4813 Forest Hill Rd.
CITY, STATE: Marriottsville, MD, 21104
TELEPHONE (410) 781-4178

DATE: 8/29/05
BLK : 4183
LOT: 1 + 2
UNIT: 71
CITY:Cape Coral

MODEL:Viscaya

PRICE: 274,545.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

17. Extend bedroom 3, 6' to rear (not including closet)  $ 9250.00

18. Add 6' x 6'-8" slider to rear of bedroom 3 i/l/o window. (pocket)  $ 950.00

19. Change kitchen layout per plan. (Note lower cabinet in pantry space to have at least 23" draw as in Veranda model)  $ 1400.00

20. Add Four (4) GFI outlets per plan.  $ 280.00

21. Add Humidistat to home.  $ 175.00

22. Add one additional phone and cable outlet per plan.  $ N/C

23. Upgrade both bathroom cabinets to raised/ foil cabinets.  $ 420.00

24. Flip House for a garage LEFT orientation.  $ N/C


**TOTAL HOME IMPROVEMENTS**  $ 287,020.00


**ADDENDUM - Nineteenth - ENTIRE AGREEMENT.** Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

6

## PROFILE SHEET

NAME: Jarl & Janice Tucker.

Model: Viscaya

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City/Water/Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: Donna Carpenter- Riverside Bank

13. Swimming Pool: San Juan Pools pool Package

14. Strap:

15. Salesperson

Lot: 1 + 2

Unit: 71

Block : 4183

90 X 125

No

T.B.D

City

No

Yes

Yes

No

T.B.D

3

Yes

Yes

284423C2048130010

Yasmin

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Jarl B Tucker_          Date: 8-29 2005

Customer: _Janice Tucker_          Date: 8/29/05

5



**SAN JUAN POOLS, INC.**
1408 S.E. 17th AVE. SUITE E. CAPE CORAL, FL. 33990
(239) 945-1144  Fax (239) 574-6882
FL State Lic.# CPC-042923

*Quality fiberglass pools since 1958.*

If this agreement has been signed in your home without prior negotiating at the seller's place of business or without having made the sale pursuant to a preexisting account with the seller, you may cancel this agreement provided you notify the seller at the office shown in the agreement. Notice should be either ordinary mail, using United States Post Office Form 3817, or registered mail, with return receipt requested. The notice shall be posted no later than midnight of the third calendar day after the day on which the buyer signs the agreement, except when it is signed on a Friday, in which case the cancellation notice shall be posted no later than midnight of the Tuesday immediately following. Do not sign this agreement before you read it and make sure there are no blank spaces. You are entitled to a copy at the time you sign.

This agreement dated this __29__ day of __August__ 20 __05__, between San Juan Pools, Inc., hereinafter called "Seller", and _____
__Jarl & Janice Tucker__ __2429 Forest Hill rd.__ _____ City __Marriottsville__ State __MD__ Zip __21104__
Pool Location: __1632 SW 19th Terrace Cape Coral Fl 33991__
Home Phone __(410) 781-4178__ Work Phone _____ Legal Lot __1-2__ _____ Block __4183__
Sub._____ Strap # __28-44-23-C2-04813-0010__ DIRECTIONS TO JOB: _____

## POOL

Size __13x30__ _____ Depth __3'6"x5'6"__ Color __Choice__ _____ Type __Roman__
**Pool Std Equipment:** Pump __1 Hp__ _____ Filter __100 Sqft__ Timer __24Hr__ _____ Chlor __Yes__
Ladder & Hand Rail, Ntg Set, Back Fill, Skimmer, Main Drain, Inlet, Light _____ Cover __Yes__
**Cleaning Equipment:** Vac Hose, Pole, Vac Head, Leaf Skimmer, Test Kit, Thermometer, Start Up & Water Balance __Yes__

## SPA

**Portable / In-ground**
**In-Ground Spa Std Equipment:** Model_____ Color_____
Pump_____ Filter_____ Other_____
Jets, 11 KW Heater, Air Switch, Skimmer, MD Air Control, Start Up & Water Balance_____
**Portable Std Equipment:** Pump_____ Filter_____ Other_____
1.5/8 KW Heater, Jets, Air Switch, Air Control, Cabinet_____ Cover_____

## TILE                          HEATER

Sheet #1 __Choice__ Cap #1_____ YES ☑ NO ☐ Type_____
#2_____ #2_____ Tank & lines by: Gas Co. ☐ Owner ☐

## DECKING                       TOPPING PATIO

Topping Deck __Spray Deck__ _____ Type __Spray Deck__
Cement Patio __20'x55'x20__ _____ Risers Ln' __No__ _____ Footers Lin' __Yes__
Retain Wall __Yes__ _____ Courses __3-@(2ft)__ _____ Stucco __Yes__ _____ Paint: By Owner

## SCREEN

__20'__ x __55'__ x __20'__ x _____
Roof __Mansard__ _____ Pan __No__ _____ Gutters & Downs Type __Yes__
Doors __2__ _____ Color __Choice__ _____ Posts __No__
Carrier Beam __No__ _____ Fla Glass __No__ _____ Kick Plate __No__

## OPTIONS

| | YES | NO | ADD. COST |
|---|---|---|---|
| Pool Cleaner | | x | $ |
| Spa Hand Rail | | x | $ |
| Remove Fence | | x | $ |
| Remove Trees | | x | $ |
| Remove Cement | | x | $ |
| Remove Rock | | x | $ |
| Remove Dirt | | x | $ |
| Additional Dirt | | x | $ |
| Electrical | | x | $ |

* If we hit rock there is an additional cost to remove and haul away.

* Price includes 3 course retaining wall. If additional courses there is a cost of $500.00 for each course.

* Price also includes extended deck and cage. Extended deck is 4ft out. The heat pump is included as well.

We have read the foregoing proposal contract and accept the same on the terms and conditions stated above and on reverse side of this contract. This contract in effect when accepted by contractor.

Purchaser/Owner _____
Purchaser/Owner _____

Date __8/28/05__ __8/29/05__
Salesperson _____
Sales Manager _____
Contractor _____

| Contract Price | | $ | __41,095.00__ |
|---|---|---|---|
| Down Payment | 15% | $ | 1. |
| Pool Set | 50% | $ | 2. |
| Cement | 10% | $ | 3. |
| Screen | 20% | $ | 4. |
| Final | 5% | $ | 5. |