UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| JOYCE W. ROGERS, ET AL. | * | |
| vs. | * | MAG. JUDGE WILKINSON |
| KNAUF GIPS, KG., et al. | * | |
| Case No. 10-362 Section L | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED NOTICE OF APPEARANCE AS COUNSEL
*(Amended as to counsel of record.)*

Stacy Bercun Bohm and Valerie B. Greenberg of Akerman Senterfitt, hereby amend their

Notice of Appearance to add Leslie Miller Tomczak of Akerman Senterfitt as co-counsel of

record for Defendant, Management Services of Lee County, Inc., f/k/a Paul Homes, LLC.

**AKERMAN SENTERFITT**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL  33301-2229
Phone:  (954) 463-2700
Fax:  (954) 463-2224

/s/ Stacy Bercun Bohm
Stacy Bercun Bohm, Esq.
Florida Bar Number:  022462
Email:  stacy.bohm@akerman.com
Valerie B. Greenberg, Esq.
Florida Bar Number: 026514
Email:  valerie.greenberg@akerman.com
Leslie Miller Tomczak, Esq.
Florida Bar Number: 126489
Email:  leslie.tomczak@akerman.com

*Attorneys for Defendant Management Services of Lee
County, Inc. f/k/a Paul Homes, LLC*

{FT690996;1}

Co-Counsel Defendant Management Services
of Lee County, Inc. f/k/a Paul Homes, LLC
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
         Susie.morgan@phelps.com
         Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Amended Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of July, 2010.

/s/ Stacy Bercun Bohm