IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-6690)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Hendrickson Contracting's Motion to Dismiss for Lack of Personal Jurisdiction

COMES NOW the separate Defendant Hendrickson Contracting (hereinafter "Hendrickson"), by and through counsel, and files this its Motion to Dismiss for Lack of Personal Jurisdiction, saying in support as follows:

1.    Plaintiffs John and Grace Stuebben, citizens and residents of Mississippi, are the only named Plaintiffs in this litigation to assert a claim against the separate Defendant Hendrickson;

2.     Hendrickson has ceased active business operations but was engaged in the business of residential construction in Mississippi;

3.    Plaintiffs' claim against Hendrickson arises from residential construction performed on real property owned by Plaintiffs in Mississippi;

4.    For these reasons and others more specifically set forth in the accompanying memorandum in support of this motion, Hendrickson lacks any contacts with this jurisdiction and the claim against Hendrickson should be dismissed for lack of personal jurisdiction.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Court issue an Order dismissing Plaintiffs' claims against Hendrickson together with such other relief as the Court may find appropriate.

RESPECTFULLY SUBMITTED, this the 14ᵗʰ day of July, 2010.

HENDRICKSON CONTRACTING


By:    /s/ Jeff Moffett
       JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com


CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 14ᵀᴴ day of July, 2010.


By:    /s/ Jeff Moffett
       JEFFREY S. MOFFETT