IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY           MDL. NO: 2047
LITIGATION
                                      SECTION: L
(Relates to 2:09-cv-6690)
                                      JUDGE FALLON
                                      MAG. JUDGE WILKINSON

## Affidavit of Buford Perry

STATE OF MISSISSIPPI

COUNTY OF Hancock

Before me, the undersigned authority, on this day appeared Buford Perry, who being duly sworn did say on his oath:

1. I was the sole owner and operator of Hendrickson Contracting and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. Hendrickson Contracting has ceased active operations but its principal place of business when operating was in Mississippi;

4. Hendrickson Contracting was in the business of building and renovating single family homes;

5. Hendrickson Contracting has never purchased or sold real property in Louisiana and has not constructed, repaired or otherwise performed work on any single family homes in Louisiana;

6. Hendrickson Contracting has not been licensed or registered to do business in Louisiana and has no registered agent for service of process in Louisiana;

7. Hendrickson Contracting had no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allege work was performed on their home by Hendrickson Contracting reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and Hendrickson Contracting did not negotiate or enter into any contract with any Plaintiff in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, Hendrickson Contracting did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
Buford Perry

SWORN to and subscribed before me, this the ____ day of _____, 2010.

Timothy A. Kellar
Chancery Clerk
By: _____
Notary Public

My commission expires: _____
My Commission Expires Dec. 31, 2011

State of Mississippi, County of Hancock
Personally appeared before me, the undersigned authority in and for the said county and state, on this ____ day of _____ 20___, within my jurisdiction, the within named _____ who acknowledged that ____ executed the above and foregoing instrument.

2