## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ------------------------------------------------------ | X | ----------------------------------------------- |
| | X | |
| IN RE: CHINESE-MANUFACTURED | X | MDL NO. 2047 |
| | | (Case No.: 09-6690) |
| DRYWALL PRODUCTS LIABILITY | X | |
| LITIGATION | X | SECTION:  L |
| | X | |
| | X | JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL | X | |
| CASES | | MAG. JUDGE WILKINSON |
| | | |
| ------------------------------------------------------ | X | ----------------------------------------------- |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO THE PROFILE FORM

COMES NOW, Defendant, BY GEORGE, INC., by and through its undersigned counsel and file this, its Second Motion for Extension of Time to Respond to the Profile Form and hereby states the following:

1.      Defendant, BY GEORGE, INC., was served with Plaintiff's Complaint on February 8, 2010.

2.      The profile form for this Defendant was initially due on July 1, 2010.

3.      This Court granted Defendant's Motion for Extension of Time to Respond to the Profile Form which extended this deadline until July 30, 2010.

4.      However, although BY GEORGE, INC. has been diligently attempting to gather all of the information needed to file responses, BY GEORGE, INC. has still not received all of the information requested from third party sources necessary to complete the profile forms.

5.      Specifically, the profile forms call for information specific to each property that BY GEORGE, INC. performed work on.  However, BY GEORGE, INC. needs further time in

order to review its records and ascertain which specific properties they performed work on in order to adequately respond to the profile forms.

6.  Additionally, the undersigned counsel was recently retained to represent BY GEORGE, INC. and the individual responsible for collecting the documents for BY GEORGE, INC. will be out of the country for an additional thirty days.

7.  Rule 6(b)(1), *Federal Rule of Civil Procedure*, provides, in relevant part:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires.

8.  Thus, the Court in its discretion may order the period discussed in this Motion enlarged.

9.  On July 13, 2010 counsel for BY GEORGE, INC. contacted opposing counsel to secure consent; opposing counsel consented to an extension of forty days after the filing of the Notice of Completion pursuant to Pretrial Order 1G.

10.  Defendant, BY GEORGE, INC., would hereby request an extension of forty days after the filing of the Notice of Completion pursuant to Pretrial Order 1G to complete the Installer Profile Forms for the aforementioned reasons.

11.  This extension of the Installer Profile Form will not prejudice any of the parties.

WHEREFORE, Defendant, BY GEORGE, INC., hereby requests this Honorable Court to grant this motion and any other relief the Court deems just and proper.

## CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to E.D. La. L.R. 7.9, undersigned counsel certifies that on July 13, 2010 undersigned counsel called Plaintiffs' Liason Counsel to secure consent and that Plaintiffs' Liason Counsel consented to an extension of forty days after the filing of the Notice of Completion pursuant to Pretrial Order 1G.

Dated: July 14, 2010

Respectfully Submitted,

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, BY GEORGE, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Second Motion for Extension of Time to Respond to Profile Forms has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 14th day of July, 2010.

/s/ *Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant, BY GEORGE, INC.*

1101931

4