IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | x x x x x x x | MDL NO. 2047 (Case No.: 09-7628) SECTION: L JUDGE FALLON |
| THIS DOCUMENT APPLIES TO ALL CASES |  | MAG. JUDGE WILKINSON |

## ORDER

Upon consideration of the Second Motion for Extension of Time to Respond to the Profile Form, filed herein by BY GEORGE , INC.

IT IS HEREBY ORDERED that the Second Motion for Extension of Time to Respond to the Profile Form be and the same is hereby GRANTED; and

IT IS FURTHER ORDERED that Defendant BY GEORGE, INC. shall be granted until forty (40) days after the Notice of Completion is served within which to respond to the Profile Form served in the above-captioned matter, Civil Action No. 09-7628, within MDL No. 2047.

New Orleans, Louisiana, this _____ day of July, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1102410