UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | SECTION L |
| *Kenneth and Barbara Wiltz, et al v. Bejing New Building Materials Public Limited Co., et al* | * * * * | |
| Case No. 10-361, Section L Mag. 2 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT, SPEIGHTS CASH AND CARRY'S DISCLOSURE STATEMENT

Speights Cash and Carry, by and through undersigned counsel for the purpose of making a limited, special appearance, reserving all rights to contest personal jurisdiction, and pursuant to Rule 7.1 hereby discloses the following:

1. Speights Cash and Carry is a sole proprietorship existing under the laws of the State of Mississippi.

2. Speights Cash and Carry does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

/s/ Jimmy A. Castex, Jr.
JIMMY A. CASTEX, JR. (#24339)
DEUTSCH, KERRIGAN & STILES, LLP
755 Magazine Street
New Orleans, LA   70130
Tel. No. (504) 593-0607
Fax No. (504) 566-4065
jacastex@dkslaw.com

Attorneys for Speights Cash and Carry

## CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 14 day of July, 2010.

/s/ Jimmy A. Castex, Jr.