UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**David Gross, et al,**

    **Plaintiffs,**

v.                        Lead Case No.: 2:09-md-02047-EEF-JCW
                         Member Case No.:2:09-cv-06690-EEF-JCW

**Knauf Gips, KG, et al,**

    **Defendants.**
_____/

## NOTICE OF APPEARANCE

**COMES NOW,** Robert O. Beasley, Esq., of the law firm of Litvak Beasley & Wilson, LLP, and enters his appearance as counsel for Defendant, Westerheim Properties, Inc., in the above referenced case. The above referenced counsel requests that he be served with copies of all pleadings and other documents.

Dated this 8th day of July, 2010.

                                      s/Robert O. Beasley
                                      **ROBERT O. BEASLEY**
                                      Florida Bar No. 0148512
                                      **LITVAK, BEASLEY & WILSON, LLP**
                                      226 East Government Street
                                      Pensacola, Florida 32502
                                      Telephone:  (850) 432-9818
                                      e-mail: rob@lawpensacola.com
                                      Attorney for Westerheim Properties, Inc.
                                      ORIGINAL SIGNED DOCUMENT ON
                                      FILE WITH THE COURT

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 8th day of July, 2010.

<u>s/Robert O. Beasley</u>
Robert O. Beasley