UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

DEAN and DAWN AMATO,

    Plaintiffs,

vs.                                      CASE #:    10-932 Section L Mag 2

LIBERTY MUTUAL
INSURANCE COMPANY, *et al.*,

    Defendants.

## ATTORNEY APPEARANCE FORM

A limited appearance is hereby filed by the undersigned counsel as attorney for Defendant, Overlook Point, LLC. The filing of this Attorney Appearance form is made solely in compliance with MDL 2047 Pre-Trial Orders 11 and 12, and Defendant Overlook Point, LLC, reserves all rights to object to the jurisdiction of this Honorable Court.

                                          OVERLOOK POINT, LLC,

                                          By:      /s/
                                                          Of Counsel

J. Brian Slaughter, Esquire
VSB #45011
Counsel for Defendant Overlook Point, LLC,
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
JBSlaughter@va-law.org

George J. Dancigers, Esquire
VSB #16077
Counsel for Defendant Overlook Point, LLC,
McKenry, Dancigers, Dawson & Lake, PC
192 Ballard Court, Suite 400
Virginia Beach, Virginia 23462
757-461-2500 telephone
757-461-2341 facsimile
GJDancigers@va-law.org

### CERTIFICATE OF SERVICE

      I hereby certify that on this **15th** day of July, 2010, the above and foregoing Attorney Appearance Form has been served upon all parties by electronically uploading the same to LexisNexis File and Serve, in accordance with Pre-Trial Order #6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.



      /s/