UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section "L" |
| THIS DOCUMENT RELATES TO: | Judge FALLON |
| Una Lewis and Yvonne M. Lee<br>v. Knauf Gips, KG, et al.<br>Case No. 2:09-cv-07628 (E.D.La.)<br>_____/ | MAG. JUDGE WILKINSON |

**UNA LEWIS and YVONNE M. LEE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CENTERLINE HOMES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, UNA LEWIS and YVONNE M. LEE hereby dismisses without prejudice all of their claims against Defendants CENTERLINE HOMES, INC. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs.  UNA LEWIS and YVONNE M. LEE shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully submitted: June 30, 2010.

                BARON & BUDD, P.C.
                3102 Oak Lawn Avenue
                Suite 1100
                Dallas, TX  75219
                bb@baronbudd.com

                /s/_____
                Robert B. Brown, III
                FBN: 0621609