UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section "L" |
| THIS DOCUMENT RELATES TO: | Judge FALLON |
| Crystal Borst and Beverly Morea v. Knauf Gips, KG, et al. Case No. 2:10-cv-00362 (E.D.La.) _____/ | MAG. JUDGE WILKINSON |

**CRYSTAL BORST AND BEVERLY MOREA'S AMENDED NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CENTERLINE HOMES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, CRYSTAL BORST and BEVERLY MOREA hereby dismisses without prejudice all of their claims against Defendants CENTERLINE HOMES, INC. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. CRYSTAL BORST and BEVERLY MOREA shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully submitted: July 1, 2010.

                                              BARON & BUDD, P.C.
                                              3102 Oak Lawn Avenue
                                              Suite 1100
                                              Dallas, TX  75219
                                              bb@baronbudd.com

                                              /s/_____
                                              Robert B. Brown, III
                                              FBN: 0621609