OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 14  PM 1:56

LORETTA G. WHYTE
CLERK

Date: July 14, 2010

Amato, et al

vs.

Liberty Mutual Insurance Company, et al

Case No. 10-932   Section L Mag 2

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

10-932  1. (name) Southern-Owners Insurance Company, Chief Financial Officer
        (address) 200 East Gaines Street Tallahassee, FL 32399

09-4117 2. (name) Knauf Plasterboard (Wuhu) Co., Ltd
        (address) No. 2 Gang Wan Road Wuhu Economic & Techn Development Anhui, 241009, China

09-4117 3. (name) Knauf Gips KG
        (address) Postfach 10, 97343 Iphofen, Germany

09-6687 4. (name) Taishan Gypsum Co. Ltd, f/k/a Shandong Taihe Dongxin Co., Ltd
        (address) East of National Road 104, 25 KM south to Tai'an City Shandong, China 271000

Very truly yours,

Russ Herman
"Signature"

Attorney for Plaintiff

Address 820 O'Keefe Ave.
New Orleans, LA 70113

___ Fee
_X_ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.