OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 14  PM 2:07

LORETTA G. WHYTE
        CLERK

Date: July 14, 2010

_Amato, et al_

vs.

_Liberty Mutual Insurance Company, et al_

Case No. ~~10-950~~ 09-4117   Section _L Mag 2_

2nd

Dear Sir:

    Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) _Knauf Plasterboard (Tianjin) Co., Ltd._
   (address) _North Yinhe Bridge East Jingjin Road Beichen District Tianjin, 300400 P.R.C._
2. (name) _Guangdong Knauf New Building Materials Products Co., Ltd._
   (address) _No. 2 Xinshe Development Zone Machong Country PC-523147, Guangdong China_
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

                    Very truly yours,

                    _Russ M Herman_
                        "Signature"

                    Attorney for _Plaintiff_

                    Address _820 O'Keefe Ave._
                            _New Orleans, LA 70113_

___ Fee _____
✓ Process _____
X  Dktd _____
___ CtRmDep _____
___ Doc. No. _____