UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTY LITIGATION | § § § § § § | MDL No. 2047<br><br>SECTION: L |
| This Document Relates to:<br>Payton, et al v. Knauf GIPS KG, et al,<br>Case No.: 2:09-cv-07628 (E.D.La.) | § § § § | Judge Fallon<br>Mag. Judge Wilkinson |
| §§§§§§§§§§§§§§§§§§§§§§§§§§§§ | § | |

## ORDER

Considering the foregoing Motion;

It is hereby ORDERED, AJDUGED, and DECREED that firm of Swetman Baxter Massenburg, LLC, be permitted to enroll as counsel of record for Louisiana Lumber LLC, and that the law firms of Bruce Danner LLC and The Law Offices of H. Edward Sherman APLC be withdrawn as counsel of record.

New Orleans, Louisiana, the ____8th____, day of July, 2010

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE