UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047<br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Payton, et al v. Knauf GIPS KG, et al<br>Case No. 2:09-cv-07628 (E.D.La.) | : : : | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Motion;

It is hereby ORDERED, AJUDGED and DECREED that Louisiana Lumber LLC is hereby granted an additional fifteen (15) days in which to file its' Profile Form.

New Orleans, Louisiana, the \_\_\_8th\_\_\_ day of July 2010.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**