UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION

MDL No. 2047

SECTION: L

THIS DOCUMENT RELATES TO:

JUDGE FALLON
MAG. JUDGE WILKINSON

*Gross, et al. v. Knauf Gips, KG, et al.*
**Civil Action No. 09-6690**

## ORDER

HAVING CONSIDERED the Ex *Parte* Motion and Incorporated Memorandum for Extension of Time to Submit Defendant Profile Form for Delta Lumber and Building Supply, Inc. Filed on July 8, 2010 and finding good cause for same;

IT IS HEREBY ORDERED that Delta Lumber and Building's Supply has, pursuant to PTO 1G, 40 days from service of the complaint to submit its defendant profile form.

Signed, this 9th day of July, 2010, in New Orleans, Louisiana.

_____
United States District Judge

1946194_1.DOC

1