UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 * * JUDGE ELDON E. FALLON |
| This Document Relates to: | * SECTION L |
| KENNETH AND BARBARA WILTZ | * MAGISTRATE JUDGE * WILKINSON |
| Plaintiffs, | * |
| versus | * |
| BEIJING NEW BUILDING MATERIALS PUBLIC Ltd. CO., et al, | * |
| Defendants. | * |
| Civil Action No. 10-361 | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF LIMITED APPEARANCE**

      Michael S. Futrell and Rachel M. Riser of Connick and Connick, L.L.C. hereby file their Notice of Limited Appearance as counsel of record for Defendant D'Alessio Drywall and Painting Corp. in this case, and request that copies of all pleadings served in this case be served upon the undersigned in connection with this action..  This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and D'Alessio Drywal and Painting Corp. specifically reserves all rights and defenses, including without limitation lack of personal jurisdiction and improper venue.

1016935v.1

Respectfully submitted,

*/s/ Rachel M. Riser*_____
MICHAEL S. FUTRELL (20819) T.A.
RACHEL M. RISER (31940)
CONNICK AND CONNICK, L.L.C.
2551 Metairie Road
Metairie, Louisiana 70001
Telephone:   (504) 838-8777
Fax:              (504) 838-9903
mfutrell@connicklaw.com
rriser@connicklaw.com
*Counsel for Defendant D'Alessio Drywall and Painting Corp.*

1016935v.1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this  15th   day of July, 2010.

*/s/Rachel M. Riser*

1016935v.1