UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| | | JUDGE FALLON |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust | * * * | |
| V. | * * | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) | * * * | |
| * * * * * * * * | | |

**EX PARTE MOTION FOR ADMISSION OF
<u>VISITING COUNSEL PURSUANT TO LOCAL RULE 83.2.6</u>**

NOW INTO COURT, on behalf of Defendant, Illinois Union Insurance Company, comes John W. Hite, III, Movant, a member in good standing of the Bar of the State of Louisiana, and who is admitted to practice before the United States District Court for the Eastern District of Louisiana, who hereby moves this Court for entry of an Order permitting Joseph A. Ziemianski of Cozen O'Connor, One Houston Center, 1221 McKinney Street, Suite 2900, Houston, Texas 77010, phone (832) 214-3920, to practice as visiting counsel before the United States District

Court for the Eastern District of Louisiana in order to represent Illinois Union, pursuant to Local Rule 83.2.6. In support of this motion, Movant states as follows:

1. The applicant is a member in good standing of the Bar of the United States District Court for the Southern District of Texas. A copy of the certificate of good standing from the Southern District of Texas is attached as Exhibit "A."

2. Attached as Exhibit "B" is the affidavit of Joseph A. Ziemianski, in which he attests under oath that he is a member in good standing of the Bar of the State of Texas, and that no disciplinary proceedings or criminal charges have been instituted against him.

Movant requests that this Court grant the motion so that the applicant is permitted to appear and participate as co-counsel in this case in association with the Movant as additional co-counsel of record on behalf of Defendant, Illinois Union Insurance Company.

**CERTIFICATE OF SERVICE**

I do hereby certify that the I have served a copy of the foregoing pleading on counsel for all parties to this proceeding, by the Court's CM/ECF Electronic Filing System and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 15th day of July, 2010.

John W. Hite III

Respectfully submitted,

Salley, Hite & Mercer, LLC
JOHN W. HITE, III (T.A. 17611)
SUSAN G. GUILLOT (29588)
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

BY:   John W. Hite III
      JOHN W. HITE III

ATTORNEYS FOR DEFENDANT,
ILLINOIS UNION INSURANCE COMPANY