UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047<br><br>JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust | * * * | MAGISTRATE WILKINSON |
| V. | * * | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) | * * * | |

\* \* \* \* \* \* \* \*

### ORDER GRANTING EX PARTE MOTION FOR ADMISSION OF VISITING COUNSEL

Considering the Ex Parte Motion for Admission of Visiting Counsel;

IT IS ORDERED that the motion be granted, and that Joseph A. Ziemianski is admitted as visiting co-counsel and is permitted to appear and participate as additional co-counsel of record for Defendant, Illinois Union Insurance Company.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE