## AFFIDAVIT OF JOSEPH A. ZIEMIANSKI

STATE OF TEXAS         §
                                        §
COUNTY OF HARRIS   §

I, Joseph A. Ziemianski, having been duly sworn on oath, hereby states as follows:

1. Pursuant to Local Rule 83.2.6M, I seek to serve as visiting counsel for ACE American Insurance Company, plaintiff in MDL NO. 09-2047; *In Re: Chinese Manufactured Drywall Products Liability Litigation (Robert C. Pate, as Trustee for the Chinese Drywall Trust v. American International Specialty Lines Insurance, et al.*, currently pending before this Court.

2. I am a member in good standing of the bar of the State of Texas and have attached a certificate of good standing from the United States District Court.

3. No disciplinary proceedings or criminal charges have been instituted against me.

4. I solemnly swear that I will support the Constitution of the United States and that I will demean myself uprightly and according to law and the recognized standards of ethics of the legal profession. I do further solemnly swear that I have read the Federal Rules of Civil Procedure, 28 USC; the Federal Rules of Criminal Procedure, 18 USC; the Federal Rules of Evidence, 28 USC; and the Uniform Local Rules of the United States District Court for the Middle District of Louisiana, and that I am fully prepared to use and abide by them in my practice before this Court.

Further Affiant sayeth not.

_____
Joseph A. Ziemianski

SUBSCRIBED and SWORN TO before me by Joseph A. Ziemianski on June 3, 2010.

_____
Notary Public in and for the State of Texas

HELEN MARTIN
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
NOV. 25, 2010

# CERTIFICATE OF GOOD STANDING



UNITED STATES OF AMERICA §
§
SOUTHERN DISTRICT OF TEXAS §

I,   David J. Bradley,  Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS

DO HEREBY CERTIFY That **Joseph A. Zieniañski**, Federal ID No. **25915**, was duly admitted to practice in said Court on **November 21, 2000**, and is in good standing as a member of the bar of said Court.

Dated  June 2, 2010 at Houston, Texas.

David J. Bradley, Clerk

By: _____
B. Daniel, Attorney Admissions Clerk