# UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>*Tatum B. Hernandez, et al. v. Knauf Plasterboard (Tianjin) Co. Ltd., et al.,* **Case No. 09-cv-06050** | |

### APPELLEES, TATUM AND CHARLENE HERNANDEZ' DESIGNATION OF THE RECORD

Tatum and Charlene Hernandez, by and through their attorneys, submit this Designation of the Record in response to this Court's June 24, 2010 Order. Because the *Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.* case, 2:09-CV-6050, was tried as an individual case within the larger MDL, *In re Chinese Drywall Products Liability Litigation*, 2:09-MDL-2047, portions of the record were filed in both dockets. In addition to the transcripts previously ordered, and the joint designations, appellees, Tatum and Charlene Hernandez submit the following as additions to the record on appeal:

**Additional Designations from Docket 2:09-CV-6050:**

| Docket # | Date Filed | Description |
|---|---|---|
| 2380 | 4/08/2010 | Findings of Fact and Conclusions of Law from the *Germano* trial as cited by Judge Fallon in his Findings of Fact and Conclusions of Law in *Hernandez* (Doc. 2713) |

All exhibits admitted into evidence at trial, including the following defendant's and plaintiffs' exhibits:

**Plaintiffs Tatum and Charlene Hernandez' Exhibits:**

| PX# | Description |
|---|---|
| Hernandez - 48 | Landscaping Maintenance Contract (February 11, 2010) |
| Hernandez – 399 | Employee Express - template; 2009 W-2 Text Data |
| Hernandez – 400 | Request for Leave or Approved Absence; 03/23/09; 05/05/09; 05/26/09; 06/05/09; 09/11/09; 10/13/09; 10/28/09; 01/06/10; 03/21/10; 01/19/10 |
| Hernandez – 401 | Dept. of State; Earnings and Leave Statement; 01/16/10 pay period |
| Hernandez – 402 | W2s for years 2006, 2007, 2008, 2009 from Ochsner Clinic Foundation for Charlene Hernandez |
| Hernandez – 403 | Ochsner Clinic Foundation check to Charlene Hernandez; |
| Hernandez – 404 | W2s for years 2005 & 2006 from Ochsner Clinic Foundation; W2s for years 2006, 2007, 2008 & 2009 from U.S. Dept. of State, all for Tatum Hernandez |
| Hernandez – 405 | 2008, 2009 & 2010 employee payroll records |
| Hernandez – 406 | Dept. of State; Earnings and Leave Statement; 01/02/10 pay period |
| Hernandez – 407 | Certification by Charlene Hernandez; 02/23/10; re: missed work days & loss of income |
| Hernandez - 448 | Tatum Hernandez Certification about his work (3/08/10) |
| | |

Dated: July 9, 2010                    Respectfully submitted,

/s/Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com

*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin
Fred S. Longer
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis (On the Brief)
HAUSFELD LLP
1700 K Street, N.W Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue, Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of July, 2010.

    /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024

Plaintiffs' Liaison Counsel

*Co-counsel for Plaintiffs*

00113363.DOC