UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * * | |
| Kenneth and Barbara Wiltz, et al. vs. Beijing New Building Materials Public Limited Co., et al. | * * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |
| CASE NO.: 2:10-CV-00361-EEF-JCW | * | |

***************************************

### NOTICE OF APPEARANCE AS COUNSEL FOR BASS HOMES, INC.

**COME NOW**, Christopher A. D'Amour,  Megan Haggerty Guy, and David C. Coons of the law firm of Adams and Reese LLP, and enroll as counsel on behalf of **Bass Homes, Inc.**, defendant in the above-referenced action.  This Appearance is made without waiver of any rights or objections.

Please serve all future pleadings, notices, motions, documents, and correspondence upon the undersigned in connection with this action.

        Respectfully submitted,

        **ADAMS AND REESE LLP**

        s/Christopher A. D'Amour
        CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
        MEGAN HAGGERTY GUY (La. Bar # 26316)
        DAVID C. COONS (La. Bar # 32403)
        One Shell Square
        701 Poydras Street, Suite 4500
        New Orleans, LA 70139
        Telephone: (504) 581-3234
        Facsimile: (504) 566-0210
        *Attorneys for Defendant Bass Homes, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2010.

                s/ David C. Coons_____