### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | MDL No. 2047 |
| LITIGATION | * | |
| | * | |
| | * | SECTON "L" |
| THIS DOCUMENT RELATES TO: | * | |
| Kenneth and Barbara Wiltz, et al. | * | |
| vs. | * | JUDGE FALLON |
| Beijing New Building | * | |
| Materials Public Limited Co., et al. | * | |
| | * | MAG. JUDGE WILKINSON |
| CASE NO.: 2:10-CV-00361-EEF-JCW | * | |

**************************************

### NOTICE OF APPEARANCE AS COUNSEL FOR
### ALPHA HOME CORPORATION F/K/A SUAREZ HOME CORPORATION

**COME NOW**, Christopher A. D'Amour,  Megan Haggerty Guy, and David C. Coons of

the law firm of Adams and Reese LLP, and enroll as counsel on behalf of **Alpha Home**

**Corporation f/k/a Suarez Home Corporation,** defendant in the above-referenced action.  This

Appearance is made without waiver of any rights or objections.   Please serve all future

pleadings, notices, motions, documents, and correspondence upon the undersigned in connection

with this action.

Respectfully submitted,

**ADAMS AND REESE LLP**

s/Christopher A. D'Amour
CHRISTOPHER A. D'AMOUR (La. Bar # 26252)
MEGAN HAGGERTY GUY (La. Bar # 26316)
DAVID C. COONS (La. Bar # 32403)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone: (504) 581-3234
Facsimile: (504) 566-0210
*Attorneys for Defendant Alpha Home Corporation*
*f/k/a Suarez Home Corporation,*

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2010.

s/ David C. Coons_____