IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:09-cv-6690) | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## Corporate Disclosure of Colvin Homes, Inc.

COMES NOW the separate Defendant Colvin Homes, Inc., (hereinafter "Colvin"), through counsel and pursuant to Federal Rule of Civil Procedure 7.1, and files this its Corporate Disclosure:

1. Colvin was administratively dissolved and is no longer operating but was organized under the laws of the State of Mississippi and had its principal place of business there. Colvin had no parent company and no publicly held corporation held any of its stock.

RESPECTFULLY SUBMITTED, this the 15th day of July, 2010.

                                              COLVIN HOMES, INC.

                                        By:    /s/ *Jeff Moffett*
                                                     JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

     I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 15TH day of July, 2010.

                    By:    /s/ Jeff Moffett
                           JEFFREY S. MOFFETT