UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RONNIE VAN WINKLE, SR. and ANNE VAN WINKLE, Individually and as Husband and Wife | * * * * | CIVIL ACTION NO. 09-4378 SECTION: L |
| VERSUS | * * | MAG. 2 |
| KNAUF GIPS KG, KNAUF PLASTERBOARD TIANJIN CO., LTD., TAISHAN GYPSUM CO. LTD. f/k/a SHANDONG TAIHE DONGXIN CO. LTD., USG CORPORATION, L&W SUPPLY CORPORATION d/b/a SEACOAST SUPPLY, INTERIOR EXTERIOR BUILDING SUPPLY, INDEPENDENT BUILDERS SUPPLY ASSOCIATION, INC. ROTHCHILT INTERNATIONAL LIMITED, TUDELA'S CLASSIC HOMES, L.L.C., and NAUTILUS INSURANCE GROUP, LLC | * * * * * * * * * * * | |

### AFFIDAVIT OF BRIAN TUDELA

**STATE OF LOUISIANA**

**PARISH OF ST. TAMMANY**

    **BEFORE ME**, the undersigned notary, personally came and appeared:

**BRIAN TUDELA**

who, after being duly sworn, did depose and state:

1. He is the sole member and owner of Tudela's Classic Homes, LLC;

2. Tudela's Classic Homes, LLC was established on July 26, 2004 and its domicile and principle place of business are located in St. Tammany Parish, Louisiana and has been since its inception;

EXHIBIT C

3.  In addition, my residence and domicile is in St. Tammany Parish, Louisiana and has been since approximately 2001.
    (Year)

*BRIAN TUDELA*

SWORN TO AND SUBSCRIBED

BEFORE ME ON THE 14th DAY

OF October, 2009.

Signed: _____
Print Name: Wade Langlois
Notary/Bar Number: # 17681
My Commission expires: lifetime

G:\2918\0042\Pleadings\Mt. to Dismiss Affidavit.wpd