UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2047 |
| | : | SECTION L |
| | : | JUDGE FALLON |
| ............................................................. | : | MAG. JUDGE WILKINSON |

**This document relates to** *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.,* **Case No. 10-932**

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pre-Trial Order No. 1G, and without waiving any defenses (including jurisdictional defenses), Michael L. McAlpine (LSB #9195), Franklin H. Jones, III (LSB #7480) and Emma A. Mekinda (LSB #28151) of the law firm McAlpine & Cozad, hereby enter their appearances as attorneys of record for Defendant Alabaster Assurance Company, Ltd. in the above-captioned matter, and request the Court and all parties serve all further pleadings on the undersigned.

Respectfully submitted this 15th day of July, 2010.

**McALPINE & COZAD**

BYcMICHAEL L. McALPINE (LSB #9195)
FRANKLIN H. JONES, III (LSB #7480)
EMMA A. MEKINDA (LSB #28151)
365 Canal Street, Suite 3180
New Orleans, LA 70130
Tel. 504-561-0323 / Fax 504-528-9442
*Counsel for Alabaster Assurance Company, Ltd.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to *LexisNexis File & Serve* in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2010.

                                                    s/ Franklin H. Jones, III
                                                     FRANKLIN H. JONES, III

Doc. #108043.1