UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * *

### JUDITH ANDERSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DRYWALL DONE RIGHT

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Judith Anderson, hereby dismisses without prejudice all of her claims against Defendant, Drywall Done Right, in Plaintiffs' Omnibus Complaints, reserving her rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Judith Anderson shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Don Barrett, counsel for Judith Anderson, dated July 15, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery <u>and</u> upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

                   /s/ Leonard A. Davis