# EXHIBIT "A"

# Don Barrett, P.A.
## A PROFESSIONAL ASSOCIATION
## ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawoffice.com

**David McMullan**
Email: dmcmullan@barrettlawoffice.com

**Katherine Barrett Riley\***
E-mail: kbriley@barrettlawoffice.com
\*Also licensed in Tennessee

P.O. Box 987
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2376
Facsimile (662) 834-2628

July 15, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: Chinese Manufactured Drywall Products Liability Litigation
> Gross, et al. V. Knauf Gips, KG, et al.
> Case No. 09-6690

Dear Lenny and Russ:

My client, Judith Anderson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Drywall Done Right, in the above matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt