# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

***********************************************

## MOTION TO SUPPLEMENT MOTION TO DISMISS FIRST AMENDED COMPLAINT ON BEHALF OF DEFENDANTS AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY AND STEADFAST INSURANCE COMPANY OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO
## THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, come AMERICAN GUARANTEE & LIABILITY INSURANCE COMPANY ("AGLIC") and STEADFAST INSURANCE COMPANY ("Steadfast") and move this Court pursuant to Fed. R. Civ. P. 7 to permit this supplement to Motion to Dismiss First Amended Complaint on Behalf of Defendants American Guarantee and Liability Insurance Company and Steadfast Insurance Company, or in the Alternative, Motion to Transfer Action to Middle District of Florida (the "Motion to Dismiss") [Doc. 2244], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.      On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, certain defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). AGLIC and Steadfast joined that motion.

2.      On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss. Accordingly, on March 29, 2010, certain defendants filed a second motion to dismiss [Doc. 2157]. AGLIC and Steadfast joined that motion on March 31, 2010 by filing their Motion to Dismiss [Doc. 2244].

3.      On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4.      AGLIC and Steadfast request that the Court permit them to supplement their Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order.

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the AGLIC and Steadfast policies at issue but neither the Trustee nor the Trust is an insured under those policies.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

These insurers are unaware of any such case.

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

These insurers are unaware of any such case.

**WHEREFORE**, for the reasons set forth above, AGLIC and Steadfast respectfully request on their own behalf that this Court grant this motion to supplement their Motion to Dismiss as set forth above in compliance with the Court's July 1, 2010 Order.

Respectfully submitted:

**STEPHEN BERRY, Trial Attorney**
**J. RANDOLPH EVANS**
**McKENNA LONG & ALDRIDGE LLP**
303 Peachtree St., NE, Suite 5300
Atlanta, Georgia 30308
Phone: 404-527-4000  Fax: 404-527-4198
Email: sberry@mckennalong.com
Lead counsel for Steadfast Insurance Company and American Guarantee Liability Insurance Company

s/Wade A. Langois, III
**THOMAS L. GAUDRY, JR. T.A. (# 5980)**
**WADE A. LANGLOIS, III (# 17681)**
**GAUDRY, RANSON, HIGGINS & GREMILLION, LLC**
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: 504-362-2466  Fax: 504-362-5938
E-mail: tgaudry@grhg.net
        wlanglois@grhg.net
Local Counsel for Steadfast Insurance Company and American Guarantee Liability Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion to supplement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

s/Wade A. Langlois, III
**THOMAS L. GAUDRY, JR. T.A.  (# 5980)**
**WADE A. LANGLOIS, III  (# 17681)**
**GAUDRY, RANSON, HIGGINS &**
**GREMILLION, LLC**
401 Whitney Avenue, Suite 500
Gretna, Louisiana 70056
Phone: 504-362-2466  Fax: 504-362-5938
E-mail: tgaudry@grhg.net
         wlanglois@grhg.net
Local Counsel for Steadfast Insurance
Company and American Guarantee Liability
Insurance Company
