UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL No.: 2047

THIS DOCUMENT RELATES TO:

SECTION: L

THIS DOCUMENT RELATES TO
DAVID GROSS ET AL

JUDGE FALLON

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-CV-06690
_____/

## ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT CONTRACTOR/INSTALLER PROFILE FORM

Considering the Motion for Extension of Time to Submit Contractor/Installer Profile Form filed on behalf of Defendant, Coral Plastering & Wall Systems.

Defendant, Coral Plastering & Wall Systems, is HEREBY granted through and until July 23, 2010 to submit the required Contractor/Installer Profile Form.

NEW ORLEANS, LOUISIANA this 12th day of July, 2010.

_____
HONORABLE ELDON FALLON
UNITED STATES DISTRICT COURT JUDGE