UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL   No. 2047
        PRODUCTS LIABILITY LITIGATION

                                              SECTION:  L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON
                                              MAG. JUDGE WILKINSON

*David Gross, et al  v. Knauf Gips KG, et al.,*
Case No. 2:09-cv-06690 (E.D. La.)


## ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANTS' PROFILE FORM

Considering the Motion for Extension of Time to Submit Defendants' Profile Form filed

on behalf of Defendant, Space Coast Truss, LLC.

Defendant, Space Coast Truss, LLC, is HEREBY granted through and including August 2,

2010 to submit the required Defendants' Profile Form

NEW ORLEANS, LOUISIANA this __14th__ day of July, 2010

                                        _____
                                        HONORABLE ELDON FALLON
                                        UNITED STATES DISTRICT COURT JUDGE