UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE -MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| DAVID GROSS, et al. | * | |
| vs. | * | |
| KNAUF GIPS KG, et al | * | |
| Case No. 09-6690 | * | MAG. WILKINSON |

## NOTICE OF LIMITED APPEARANCE AS
## ADDITIONAL COUNSEL OF RECORD

Charles B. Long and Thomas H. Peyton of Krebs, Farley & Pelleteri, P.L.L.C. hereby

file their Notice of Limited Appearance as co-counsel of record for Defendant Stock

Development, LLC ("Stock Development"). A notice of appearance was previously entered

(Doc 3488) by Edmond E. Koester (Florida Bar No. 87882) of the law firm of Coleman,

Yovanovich & Koester, P.A. Stock Development reserves all rights to object to jurisdiction,

venue or service and preserving all defenses. Undersigned counsel requests that copies of

all pleadings served in this case be served upon the undersigned at the following office and

e-mail address.

KREBS, FARLEY & PELLETERI, P.L.L.C.

*/s/ Charles B. Long*
CHARLES B. LONG (#22824)
THOMAS H. PEYTON (#32635)
400 Poydras Street, Suite 2500
New Orleans, Louisiana 70130
Telephone: 504-299-3570
Facsimile: 504-299-3582
E-mail: clong@kfplaw.com
E-mail: tpeyton@kfplaw.com
ATTORNEYS FOR DEFENDANT
STOCK DEVELOPMENT, LLC

and

COLEMAN, YOVANOVICH & KOESTER, P.A.

Edmond E. Koester
Florida Bar No. 87882
4001 Tamiami Trail North, Suite 300
Naples, FL 34103
239.435.3535
239.435.1218 Facsimile
ekoester@cyklawfirm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 16th day of July, 2010, this document has been served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and e-mail and e-mail upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

*/s/ Charles B. Long*
CHARLES B. LONG