# Composite
# Exhibit A-2

## BUILDING AGREEMENT

Articles of Agreement made and entered into this _29_ day of _March_ , 200_5_ , by arid between _Sal Francipane_

and _Susan Francipane_ , his wife, as Owners, whose present mailing address is: 60-56 70th Street, Maspeth, N.Y. 11378 and ARANDA HOMES, INC., as Contractor.

**FIRST:** The Contractor promises and agrees to the Owners that be will for the consideration hereinafter

mentioned finish and deliver a residence on land known as: 4005 SW 23RD Ave. Cape Coral, FL 33914 Unit 74, Block 4945, Lots 21-22      09-45-23-C1-04945.0210

situated in _Lee_ County, State of Florida Owned by _Sal Francipane_ and _Susan Francipane_ , his wife.

**SECOND:** That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of (276,075.00 $) Two Hundred Seventy Six Thousand Seventy Five Dollars XX/000

U.S. Dollars in the following manner: one percent, 1% $ _2,760.75_ Deposit, with signing of contract
1. $ 24,846.75 _____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $69,018.75 _____ (25%) when plumbing is roughed in and slab is poured.
3. $69,018.75 _____ (25%) when masonry walls are complete and lintel poured.
4. $69,018.75 _____ (25%) when sub-roof is on and electrical roughed in.
5. $27,607.50 _____ (10%) when interior drywall is complete.
6. $ 13,803.75 _____ (5%) when completely finished and ready for delivery to Owners.

**CONTINGENT UPON PLAN APPROVAL. CONTINGENT UPON FINANCING**

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about _180_ days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor. If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of ☐ no liens☐ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor. In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund** - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor. For information about the recovery fund and filing a claim, contact :

CILB Recovery
1940 North Monroe Street Suite #3
Tallahassee, FL 32399-1039
Tel: (850)487-1395

The above price is guaranteed to the Owners through _May 13_ , 2005_ , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the

1

## BUILDING AGREEMENT

Articles of Agreement made and entered into this 29 day of March , 2005 , by and between  Sal Francipane  and  Susan Francipane , his wife, as Owners, whose present mailing address is: 60-56 70th Street Maspeth, N.Y. 11378  and Aranda Homes, Inc., as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as: 4005 SW 23RD Ave., Cape Coral, FL 33914
09-45-23-C1-04945.0210

Unit 74, Block 4945, Lot 21-22 situated in  Lee  County, State of Florida Owned by  Sal Francipane  and  Susan Francipane , his wife.

SECOND:  That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two Hundred Seventy Six Thousand Seventy Five Dollars XX/100 ( $ 276,075.00                    )

U.S. Dollars in the following manner: one percent, 1% $  2,760.75                    Deposit, with signing of the contract

1. $  24,846.75          (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180        days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of  no liens covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through  May 13 , 2005 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , Fla. Stat. that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

1

4005 SW 23 Ave.
09-45-23-C1-04945-0210

THIRD:      The said residence to be Contractor's   __Veranda_____

home with all details of material and construction be equal to or better than those used in the model home at  __4801 SW 24th Place, Cape Coral, FL 33914_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH:     Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH:       All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH:       The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance. Notwithstanding, Owners acknowledge and agree that the risk of loss to the property is the Owner's and that in the event of any claim under the Builders Risk Insurance policy Owners will be responsible for the full amount of any deductible under such policy.

SEVENTH:    It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH:     This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE:    The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH:      The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufacturers' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to __800__ square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.
Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco.  Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a

2

proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:      The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners   lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:      IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND UNIFORMITY OF COLOR ON AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:   NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.
Purchaser: _____

_____                    Aranda Homes, Inc.
Purchaser: _____

3

Addendum #1
NAME: Sal & Susan Francipane
ADDRESS: 60-56 70th Street
CITY, STATE: Maspeth, N.Y, 11378
TELEPHONE(718) 898-6842
MODEL: _Veranda_

DATE: 3/29/05
BLK  4945
LOT 21-22
UNIT  74
CITY  Cape Coral
PRICE $ 235,000.00

## ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Tile Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $Included |
| 12. City water and sewer hook-ups | $Included |
| 13. Fourth bedroom to rear as per plan | $ 17,400.00 |
| 14. Additional fill allowance | $10,000.00 |
| 15. Garage door opener with two transmitters | $350.00 |
| 16 .Pool bath as per plan | $9,500.00 |
| 17. Two 2' slider in fourth bedroom as per plan | $475.00 |
| 18. Fixed 6' glass in guest bedroom #4 | $385.00 |

TOTAL HOME IMPROVEMENTS    Continued

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____                              _____
                                                          PURCHASER
Aranda Homes, Inc.                                   _____
                                                          PURCHASER

4

Customer: _____     Date:

**Addendum #2**
NAME:  Sal & Susan Francipane
ADDRESS: 60-56 70th Street
CITY, STATE: Maspeth, N.Y. 11378
TELEPHONE: (718) 898-6842
MODEL: Veranda-Custom

DATE: 3/29/05
BLK 4945
LOT 21-22
UNIT 74
CITY  Cape Coral
PRICE $ 235,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Water to dock | $ 220.00 |
| 2. 100 AMP sub-panel | $ 795.00 |
| 3. Connection to future boat lift allowance | $ 400.00 |
| 4. Additional tile for extended pool deck | $1,550.00 |

**TOTAL HOME IMPROVEMENTS**     $276,075.00

6

ADDENDUM #3

NAME: Sal & Susan Francipane

ADDRESS: 60-56 70th Street

CITY, STATE : Maspeth, N.Y. 11378

TELEPHONE: (718) 898-6842

MODEL : Veranda

DATE: 3/31/05

Block 4945

LOT 21-22

City: Cape Coral

S/D

TOTAL PRICE          $ 235,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Humistat                                                    $100.00

TOTAL HOME IMPROVEMENTS          $100.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Arando Homes, Inc.

_____
PURCHASER

_____
PURCHASER

5

ADDENDUM #4

DATE: 7/11/05

NAME: Sal & Susan Francipane

Block  4945

ADDRESS: 60-56 70ᵗʰ Street

LOT 21-22

CITY, STATE : Maspeth, N.Y. 11378

City Cape Coral

TELEPHONE: (718) 898-6842

S/D

MODEL : Veranda

TOTAL PRICE        $ 235,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Pocket slider with raiser  vs. window in family room

1,225.00

TOTAL HOME IMPROVEMENTS        $1,225.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

PURCHASER        7/__/05

5

## PROFILE SHEET

NAME: Sal & Susan Francipane                                    Lot 21-22

Model:_____Veranda-custom_____                           Unit 74

1. Legal Description:                                          Block  4945

2. Lot Dimension:                                             80 x 125_____

3. Seawall:                                                   Completed_____

4. Fill Requirements                                          T.B.D

5. Impact Fee:                                                City

6. Deed Restriction                                          No

7. Well                                                       N/A

8. Septic                                                     N/A

9. City/Water/Sewer                                          Yes

10. Culvert Pipe:                                             T.B.D

11. Survey:                                                   2 lot-Standard

12. Financing:                                                Yes

13. Pool                         San Juan                     Yes


   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer _____  Date: 3/28/05

Customer _____  Date: 3/29/05

5



BUILDING AGREEMENT

Articles of Agreement made and entered into this  27  day of  October_____ , 200 4 , by and between _____Timothy Gaines

_____
and   Julia Gaines_____ , his wife, as Owners, whose present mailing address is: __
3720 Seneca Garden Road, Baltimore, MD 21220_____ and ARANDA
HOMES, INC., as Contractor.

FIRST:          The Contractor promises and agrees to the Owners that he will for the consideration
                      hereinafter
mentioned finish and deliver a residence on land known as:  Unit 72, Block 5044, Lots 51-52
_____5302 SW 27ᵗʰ Place, Cape Coral, FL 33914
_____17-45-23-C3-05044. 0510

situated in ___Lee_____County, State of Florida Owned by
_____Timothy Gaines_____ and __
_____Julia Gaines_____ , his wife.

SECOND:          That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of  ( $  247,785.00) Two Hundred Forty Seven
Thousand Seven Hundred Eighty Five Dollars XX/00

U.S. Dollars in the following manner: one percent, 1% $  2,477.85_____   Deposit, with signing of the
contract
1. $ 22,300.65_____   (9%) as down payment, by check subject to collection,  prior to start of construction.
2. _____   (25%) when plumbing is roughed in and slab is poured.
3. _____   (25%) when masonry walls are complete and lintel poured.
4. _____   (25%) when sub-roof is on and electrical roughed in.
5. _____   (10%) when interior drywall is complete.
6. _____   (5%) when completely finished and ready for delivery to Owners.
Contingent upon plan approval.

          Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about    180_____   days from start of construction.  However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.

          Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed
and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda
Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and
that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final
payment is not paid to the Contractor after the 10ᵗʰ day, the Notice of Occupancy has been delivered to the Owners,
the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been
paid to the Contractor. ( At the time of such final settlement an affidavit of ☐no liens☐ covering all materials and
labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are
not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such
final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the
Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event
of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in
Lee County, Florida.

          **Construction Industries Recovery Fund ~ payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :**
          **CILB Recovery**
          **1940 North Monroe Street Suite #3**
          **Tallahassee, FL 32399-1039**
          **Tel: (850)487-1395**
          **The above price is guaranteed to the Owners through    December 17_____ , 2004  , or
until start of construction if such start is delayed beyond this time by the Contractor.  Should start of
construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental
authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed
necessary by Builder to allow for labor or material price increases that occur between the last date of**

*17-45-23-C3-05044. 0510.*
*5302 SW 27 Place*
*Cape Coral*

expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, *Fla. Stat.*

   THIRD:   The said residence to be Contractor's _Veranda_____ home with all details of material and construction to be equal to or better than those used in the model home at _4800 SW 24th Place, Cape Coral, FL 33914_____ except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

   FOURTH:   Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

   FIFTH:   All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

   SIXTH:   The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

   SEVENTH:   It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

   EIGHTH:   This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

   NINTH: MORTGAGE PURCHASE:   The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

   TENTH:   The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

2

titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50  per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco.  Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:      The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:         OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:         CONSTRUCTION LIEN DISCLOSURE ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  NOTICE AND RIGHT TO CURE FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

3

SEVENTEENTH:        Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:        This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Timothy Gines_

ARANDA HOMES, INC.

Purchaser: _Julia Gines_

4

ADDENDUM #1                                          DATE: 10/27/04

NAME: Timothy & Julia Gaines                         BLOCK  5044

ADDRESS: 3720 Seneca Garden Road                     LOT   51-52

CITY, STATE : Baltimore, MD 21220                    City: Cape Coral

TELEPHONE: (410) 335-7940                            S/D

MODEL : Veranda                      TOTAL PRICE        $ 224,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1.City water hook-up | Included |
| 2. Sewer hook-up | Included |
| 3. City Of Cape Coral impact fees | Included |
| 4. Tile roof =standard colors | Included |
| 5. Tile living and dining areas | Included |
| 6. Solid surface kitchen tops | Included |
| 7. Washer and dryer | Included |
| 8. Front doors sandblasted | Included |
| 9. Security system | Included |
| 10.Fans and light fixtures | Included |
| 11. Tile deck package as model | Included |
| 12.Stamped driveway, walk, and entry | Included |
| 13.Floratam sod standard lot 80 x 125 | Included |
| 14.Sprinkler system with auto rain shutoff standard lot | Included |
| 15.Surveys | Included |
| 16.Additional two courses of stem wall or prefill allowance | 8,000.00 |
| 17.Additional fill/final grade allowance | 2,000.00 |
| 18.Third car garage | 10,500.00 |
| 19.Additional stamped driveway for third car garage | 2,390.00 |
| 20.Culvert pipe for three car garage if needed | 895.00 |

TOTAL HOME IMPROVEMENTS                    $247,785.00

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                          PURCHASER

5

**ADDENDUM #2**

**DATE: 10/27/04**

**NAME:** Timothy & Julia Gaines

**BLOCK   5044**

**ADDRESS:** 3720 Seneca Garden Road

**LOT   51-52**

**CITY, STATE :** Baltimore, MD 21220

**City:** Cape Coral

**TELEPHONE:** (410) 335-7940

**S/D**

**MODEL :** Veranda

**TOTAL PRICE**          $ 224,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

1. Additional floratam sod for oversize lot                                250.00

2. Additional sprinkler system for oversized lot                     80.00

**TOTAL HOME IMPROVEMENTS**                     330.00
                                                                                $250.00

**Total House Price**          $248,035.00
                                                         $248,365

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

_Timothy Gaines_
PURCHASER
_Julia Gaines_

5

**ADDENDUM #3**

DATE: 11/9/04

**NAME: Timothy & Julia Gaines**

**BLOCK  5044**

ADDRESS: 3720 Seneca Garden Road

LOT   51-52

CITY, STATE : Baltimore, MD 21220

City: Cape Coral

TELEPHONE: (410) 335-7940

S/D

MODEL : Veranda

TOTAL PRICE          $ 224,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

   1. Credit back from addendum #2=math error                                    (250.00)

                    TOTAL HOME IMPROVEMENTS          ( $250.00  )

                        Total House Price          $248,115.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

_Timothy Gaines_
PURCHASER
_Julia Gaines_  11/15/04

5

PROFILE SHEET

NAME: Timothy & Julia Gaines                                           Lot 51-52

Model:  Veranda                                                        Block 5044

1. Legal Description:        17-45-23-C3-05044,0510                    Unit 72
                             5302 SW 27th Place
2. Lot Dimension:            Cape Coral, 33914                         85 x 125

3. Seawall:                                                            N/A

4. Fill Requirements                                                   T.B.D.

5. Impact Fee:                                                         City

6. Deed Restriction                                                    City

7. Well :                                                              N/A

8. Septic                                                              N/A

9. Water/ Sewer                                                        Yes

10. Culvert Pipe:                                                      T.B.D.

11. Survey                                                             Needed

12. Financing                                                          Yes

13. Pool             San Juan                                         Yes

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC
TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF
SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE
EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

                              CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject to the change being
priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in
full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN
THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: *Timothy Gaines*        Date: 10/27/04
Customer: *Julия Gaines*          Date: 10/27/14

6

# *Aranda Homes Inc.*

## Building Agreement

Articles of Agreement made and entered into this ___9TH___ Day of ___FEBRUARY 2005___ by and between ___Dominic Giannini___ , as Owner,  whose present mailing address is _4548 Ozanam Ave Norridge Il 60706_ and  ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as_622 SW 31st Street Cape Coral Fl. 33914___ situated in_ LEE___County, State of Florida. Owned by___ Dominic Giannini___ .

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of Two hundred Twenty Seven Thousand and Fifty Five dollars  XX/100-
------------------------------,( $227,055.00 )

U.S. Dollars in the following manner: one percent, 1% $_2,270.55_ Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 20,434.95 | 9% as down payment, by check subject to collection, prior to start of construction. |
| 2. $ 56,763.75 | 25% when plumbing is roughed in and slab is poured. |
| 3. $ 56,763.75 | 25% when masonry walls are complete and lintel poured. |
| 4. $ 56,763.75 | 25% when sub-roof is on and dried in. |
| 5. $ 22,705.50 | 10% when interior drywall is installed. |
| 6. $ 11,352.75 | 5% when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent upon Satisfactory Financing and Your plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about___180___days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through___March 28th___,2005 , or until start of construction if such start is delayed beyond this time by the Contractor. Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

45|1899|45

622 SW 31 Street

35-44-23-C4- 01899-0110

THIRD: The said residence to be Contractor's Vista home with all details of material and construction to be equal to or better than those used in the model home at 3201 SW 4th Lane Cape Coral, Florida  33991 except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $225.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED. INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish _____Concrete_____ driveway of up to_____800_____ square feet.  Additional driveway will be charged to the Owner at $ 3.50  per square foot.  Machine grading of lot of up to 10,000 square feet total area is included.  Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete.  Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEEN: <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR. YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEEN: <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Dominic Ciammini_ _____
                                                        Aranda Homes, Inc.

Purchaser: _____

ADDENDUM #1
NAME: Dominic Giannini
ADDRESS: 4548 Ozanam Ave
CITY, STATE: Norridge Il. 60706
TELEPHONE: 708-804-8334

DATE:2/9/05
BLOCK: 1899
LOT: 11 + 12
UNIT: 45 Part 1
CITY          Cape Coral

MODEL:
ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE          $ 227,000.00

1. Shingle Roof                                                             $ <7000.00>

2. Tile floors as per model                                                 $ Included

3. Solid surface kitchen counter tops as per model                          $ Included

4. All Appliances as per model                                              $ Included

5. Sandblasted glass Front doors                                            $ Included

6. Security system                                                          $ Included

7. Tile deck package as per model                                           $ Included

8. Credit Stamped Concrete driveway, walkway, entry area — ouT              $ <2500.00>

9. All Cape Coral Impact fees for Well water and Septic System              $ Included

10. All Surveys                                                             $ Included

11. Flortam sod for standard 80x125 lot                                     $ Included

12. Sprinkler system with auto rain shut-off for standard 80x125 lot        $ Included

13. Fill Allowance                                                          $ 8000.00

14. Delete all art niches and partial kitchen wall per plan — ouT           $ <500.00>

15. Delete complete entertainment center per plan — ouT                     $ <600.00>

16. Delete master shower glass block and add solid wall per plan. ouT       $ <400.00>

17. Change office to bedroom per plan.                                      $  N/C

18. Add pool bath to lanai per plan.                                        $ 1950.00

19. Master shower windows to be obscure as per plan.                        $  N/C

20. Delete mitered window and add 2 windows per plan— ouT — Miters GLS —    $ <320.00>


TOTAL HOME IMPROVEMENTS          $ Continued on #2

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents
has made no representations or promises except those contained herein and that this agreement contains all items
agreed upon by the parties. Contractor will not be bound under any circumstances by promises or
representations unless incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or
connection will not be ordered until final payment has been made and usually it takes about seven working days
for power company to connect electric after final payment.

_Dominic Giannini_
PURCHASER

ARANDA HOMES INC.

_____
PURCHASER

ADDENDUM #2
NAME: Dominic Giannini
ADDRESS: 4548 Ozanam Ave
CITY, STATE: Norridge Il. 60706
TELEPHONE: 708-804-8334

DATE:2/9/05
BLOCK:  1899
LOT: 11 + 12
UNIT: 45 Part 1
CITY          Cape Coral

MODEL:
ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE          $ 227,000.00

| | |
|---|---|
| 21. Solid by-pass doors i/l/o mirrored in Master bedroom | $ N/C |
| 22. Pre-wire for 50 amp pool heater | $ N/C |
| 23. Delete lanai door per plan. | $ <150.00> |
| 24. Add shampoo niche in master shower solid wall per plan. | $ 125.00 |
| 25. Add water jetted tub to master bath. | $ 695.00 |
| 26.Culvert ( if required) | $ 695.00 |
| 27. Add 1 electric outlet (GFI) to lanai | $ 60.00 |

TOTAL HOME IMPROVEMENTS          $ 227,055.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents
has made no representations or promises except those contained herein and that this agreement contains all items
agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or
representations unless incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or
connection will not be ordered until final payment has been made and usually it takes about seven working days
for power company to connect electric after final payment.

_Dominic Giannini_
PURCHASER

_signature_
ARANDA HOMES INC.

_____
PURCHASER

ADDENDUM #3
NAME: Dominic Giannini
ADDRESS: 4548 Ozanam Ave
CITY, STATE: Norridge Il. 60706
TELEPHONE: 708-804-8334

DATE: 2/19/05
BLOCK: 1899
LOT: 11 + 12
UNIT: 45 Part 1
CITY          Cape Coral

MODEL:
ADDITIONS, CHANGES AND IMPROVEMENTS

PRICE         $ 227,055.00

28. Delete Microwave and add exhaust fan hood, vented out to roof.          $ 50.00

29. Add humistat.          $ 99.00

TOTAL HOME IMPROVEMENTS          $ 227,204.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

*Dominic Giannini*
PURCHASER

ARANDA HOMES INC.                    PURCHASER

281-6952

ADDENDUM #4
NAME: Dominic Giannini
ADDRESS: 4548 Ozanam Ave
CITY, STATE: Norridge IL 60706
TELEPHONE: 708-804-8334

DATE: 3/15/05
BLOCK: 1899
LOT: 11 + 12
UNIT: 45 Part 1
CITY        Cape Coral

MODEL:
ADDITIONS, CHANGES AND IMPROVEMENTS

1. Change 4th bedroom back to office, delete door to master bathroom and enlarge master closet.    $ N/C

2. Add four (4) GFI outlets per plan.                                                             $ 160.00

TOTAL HOME IMPROVEMENTS          $ 160.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER

_____
PURCHASER

_____
ARANDA HOMES INC.

## PROFILE SHEET

NAME: Dominic Giannini

Model: Vista model

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City/Water/Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: _____

13. Swimming Pool: San Juan Pools Pool Package

14 Strap:

15. Salesperson

16. Co-Broke

| | |
|---|---|
| Lot | 11 + 12 |
| Unit | 45 |
| Block | 1899 |
| 80x125 | |
| No | |
| T.B.D | |
| Cape Coral | |
| Cape Coral | |
| Yes | |
| Yes | |
| No | |
| T.B.D | |
| 3 | |
| No | |
| Yes | |
| 354423C4018990110 | |
| Yasmin Johnston | |
| No | |

   ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

   All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Dominic Giannini_    Date: _2-9-05_

Customer: _____    Date: _____

BUILDING AGREEMENT

Articles of Agreement made and entered into this __12__ day of __March_____ , 200 _5_ , by and between Julio Vega

and __Jennifer Vega_____ , his wife, as Owners, whose present  mailing address
40 _Queen Anne Place, Hauppauge, N.Y. 11788_____ and
ARANDA HOMES, INC., as Contractor.

FIRST:          The Contractor promises and agrees to the Owners that he will for the consideration hereinafter

mentioned finish and deliver a residence on land known as:

_____2202 SW 13th Ave.  Cape Coral, ,FL 33914, Unit 63,  Block 4409, Lots 44-45
_____27-44-23-C4-04409.0440_____

situated in __Lee_____County, State of Florida Owned by
_____Julio Vega_____ and
_____Jennifer Vega_____ , his wife.

SECOND:       That the Owners promise and agree to and with the Contractor that
they will and shall in consideration of the agreements being executed and performed by the Contractor as specified,
pay or cause to be paid to the Contractor the contract price of  ( $272,915.00) Two Hundred Seventy Two Thousand
Nine Hundred Fifteen  Dollars XX/00
Contingent upon plan approval, Contingent upon financing
U.S. Dollars in the following manner: one percent, 1% $ __2,729.15_____ Deposit, with signing of the
contract

1. $ __24,938.15_____          (9%) as down payment, by check subject to collection, prior to start   construction
2. $ _____          (25%) when plumbing is roughed in and slab is poured.
3. $ _____          (25%) when masonry walls are complete and lintel poured.
4. $ _____          (25%) when sub-roof is on and electrical roughed in.
5. $ _____          (10%) when interior drywall is complete.
6. $ _____          (5%) when completely finished and ready for delivery to Owners.

        Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the
completed residence specified herein on or about __180__ days from start of construction.  However, the
Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to
complete the residence specified herein within the above number of days regardless of the reason for such delay.
Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and
slab, the day rough plumbing is begun.

        Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed
and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda
Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and
that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final
payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners,
the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been
paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and
labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are
not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such
final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the
Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event
of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in
Lee County, Florida.

        **Construction Industries Recovery Fund - payment may be available from the Construction
Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results
from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery
fund and filing a claim, contact :
        CILB Recovery
        1940 North Monroe Street Suite #3
        Tallahassee, FL 32399-1039
        Tel: (850)487-1395
        The above price is guaranteed to the Owners through __April  29_____ , 20 _05_ , or
until start of construction if such start is delayed beyond this time by the Contractor.  Should start of
construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental
authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed
necessary by Builder to allow for labor or material price increases that occur between the last date of**

1

*2202 SW 13th Ave
27-44-23-C4-04409.0440*

of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in , 501.1375, *Fla. Stat.*

      THIRD:            The said residence to be Contractor's   Vista_____ home with all details of material and construction to be equal to or better than those used in the model home at  3201 SW 4th Lane, Cape Coral, FL 33991_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

      FOURTH:      Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

      FIFTH:         All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

      SIXTH:         The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

      SEVENTH:    It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

      EIGHTH:     This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

      NINTH: MORTGAGE PURCHASE:       The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.

The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

      TENTH:      The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery, except with regard to the basic structural components of the home on which

2

titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot. Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

TWELFTH:   The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners[] lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH:        OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:        IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, [WAVY[ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:.        CONSTRUCTION LIEN DISCLOSURE
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL. IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY. THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA[]S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: NOTICE AND RIGHT TO CURE
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

3

SEVENTEENTH:      Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH:      This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____

Purchaser: _____

ARANDA HOMES, INC.

4

**ADDENDUM #1**                                          DATE: 3/12/05

NAME: Julio & Jennifer Vega                              BLOCK 4409

ADDRESS: 40 Queen Anne Place                             LOT    44-45

CITY, STATE : Hauppauge, N.Y. 11788                      City: Cape Coral

TELEPHONE: (631) 582-5852                                S/D

MODEL : Vista=Four Bedroom                  TOTAL PRICE        $249,600.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Deep well, and standard septic system | Included |
| 2. City impact fees | Included |
| 3. Tile roof=standard colors | Included |
| 4. Tiled great room and kitchen | Included |
| 5. Solid surface kitchen tops | Included |
| 6. Washer and dryer | Included |
| 7. Front doors sandblasted | Included |
| 8. Security system | Included |
| 9. Tile deck package | Included |
| 10. Stamped driveway, walk, and entry | Included |
| 11. Surveys | Included |
| 12. Floratam sod standard lot 80 x 125 | Included |
| 13. Sprinkler system with auto rain shutoff for standard lot | Included |
| 14. Garage door opener with two transmitters | 350.00 |
| 15. Dedicated circuit for golf cart power | 125.00 |
| 16. R.O system for under kitchen sink & ice line to refrigerator | 695.00 |
| 17. Additional two courses of stem wall or pre-fill allowance | 9,000.00 |
| 18. Additional fill/final grade allowance | 3,000.00 |
| 19. Water jets in master bathroom tub | 695.00 |
| 20. 42" solid surface kitchen bar top | 475.00 |

TOTAL HOME IMPROVEMENTS                          Continued

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any circumstances by promises or representations unless
incorporated in this agreement. Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items. Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.                               PURCHASER

5

**ADDENDUM #2**

**DATE: 3/12/05**

**NAME: Julio & Jennifer Vega**

**BLOCK 4409**

ADDRESS: 40 Queen Anne Place

LOT   44-45

CITY, STATE :  Hauppauge, N.Y. 11788

City: Cape Coral

TELEPHONE: (631) 582-5852

S/D

MODEL : Vista

TOTAL PRICE

$ 249,600.00

### ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Center solid surface island 3x4 | 995.00 |
| 2. Both side windows in master shower to be obscure | Included |
| 3. Two waterproof outlets as per plan | 120.00 |
| 4. Two additional outlets in wall unit as per plan | 80.00 |
| 5. Vented microwave | 295.00 |
| 6. Master fixed glass window to be obscure | Included |
| 7. Nickel handles and hinges thru-out | 485.00 |

**TOTAL HOME IMPROVEMENTS**          $272,915.00

**ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.**
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

PURCHASER

5

**ADDENDUM #3**

**NAME: Julio & Jennifer Vega**

ADDRESS: 40 Queen Anne Place

CITY, STATE : Hauppauge, N.Y. 11788

TELEPHONE: (631) 582-5852

MODEL : Vista

**DATE: 3/29/05**

**BLOCK 4409**

LOT    44-45

City: Cape Coral

S/D

TOTAL PRICE                    $ 249,600.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Credit back  overcharge from conctract                    (7,000.00)

TOTAL HOME IMPROVEMENTS                    $(7,000.00)

ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.

Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any  circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

Aranda Homes, Inc.

PURCHASER

PURCHASER

5

ADDENDUM #3                                      DATE: 3/29/05

NAME: Julio & Jennifer Vega                      BLOCK 4409

ADDRESS: 40 Queen Anne Place                     LOT    44-45

CITY, STATE :  Hauppauge, N.Y. 11788             City: Cape Coral

TELEPHONE: (631) 582-5852                         S/D

MODEL : Vista                    TOTAL PRICE           $ 249,600.00

ADDITIONS, CHANGES AND IMPROVEMENTS

1. Credit back  overcharge from conctract                (7,000.00)




TOTAL HOME IMPROVEMENTS              $(7,000.00)




ADDENDUM - THIRTEEN - ENTIRE AGREEMENT.
Owner acknowledges that contractor or any of its agents has made no representations or promises
except those contained herein and that this agreement contains all items agreed upon by the parties.
Contractor will not be bound under any  circumstances by promises or representations unless
incorporated in this agreement.  Written change orders, however, even though accepted by
Contractor, are subject to work not having started or ordered on affected items.  Final electrical
inspection or connection will not be ordered until final payment has been made and usually it takes
about seven working days for power company to connect electric after final payment.


Aranda Homes, Inc.                                    PURCHASER

                                                      PURCHASER

5

PROFILE SHEET

NAME: Julio & Jennifer Vega                                    Lot 44-45

Model:   Vista=Four Bedroom                                   Block 4409

1. Legal Description:          2202 SW 13th Ave               Unit 63

2. Lot Dimension:              Cape Coral ,FL 33914           80 x 125

3. Seawall:                                                   N/A

4. Fill Requirements                                          T.B.D.

5. Impact Fee:                                                City

6. Deed Restriction                                          City

7. Well :                                                    Yes

8. Septic                                                    Yes

9. Water/ Sewer                                              N/A

10. Culvert Pipe:                                            T.B.D.

11. Survey                                                   Needed

12. Financing                                                Yes

13.Pool                        San Juan                      Yes

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____        Date: 3-14-05

Customer: _____        Date:

6

# *Aranda Homes Inc.*
## Building Agreement

Articles of Agreement made and entered into this___1st___day of___December   2004___by and between_____John and Estela Riley_____, as Owners,  whose present mailing address is_____7 Mountain Terrace Nanuet NY 10954_____and  ARANDA HOMES, INC., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration herein after mentioned finish and deliver a residence on land known as Unit 62 Block 3057 Lots 24-25 Cape Coral Fl situated in_____Lee_____County, State of Florida. Owned by_____John and Estela Riley_____,his wife.

SECOND: That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of One Hundred Ninety Nine Thousand Eight Hundred and Fifty Five dollars  XX/100——————————,( $199.855.00 )

U.S. Dollars in the following manner: one percent, 1% $ 1,998.55 Deposit, with signing of the contract.

| | | |
|---|---|---|
| 1. $ 17,986.95 | 9% as down payment, by check subject to collection, prior to start of construction. |
| 2. $ | 25% when plumbing is roughed in and slab is poured. |
| 3. $ | 25% when masonry walls are complete and lintel poured. |
| 4. $ | 25% when sub-roof is on and dried in. |
| 5. $ | 10% when interior drywall is installed. |
| 6. $ | 5% when completely finished and ready for delivery to Owners. |

This Building Agreement is Contingent Satisfactory Financing and upon Your plan Approval.

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about___180___days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay.  Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws. It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of "no liens" covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street suite#3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through_____December 15[th]_____, 2004 , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by the Owners, or by reason of ruling or regulation of any governmental authority , or by reason of any other cause not caused by the Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price os not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, If the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and the preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays initial deposit required by this contract. Owner hereby waives the requirements of 489.126, Fla. Stat. That Builder apply for building permits no more than thirty days after receipt of Owner's deposit.

*419 SW 19th Terr*

THE BUYER OF A ONE-FAMILY OR TWO-FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE) DEPOSITED IN AS ESCROW ACCOUNT. THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER. Owner has read the above paragraph concerning the deposit and buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in 501.1375, Fla. Stat.

THIRD: The said residence to be Contractor's____Viscaya____home with all details of material and construction to be equal to or better than____Brochure____those used in the model home at 4803 SW 24th Place Cape Coral, Florida 33914____except for changes such as specified herein.  Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

FOURTH: Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

FIFTH: All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $225.00 per change in addition to the regular charge of the change requested.  IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

SIXTH: The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

SEVENTH: It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owners' lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

EIGHTH: This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional  expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

NINTH: MORTGAGE PURCHASE: The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

TENTH: The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.

THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED. INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OF FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been paid the full contract price.

ELEVENTH: The Contractor will furnish ____Concrete____ driveway of up to ____800____square feet.  Additional driveway will be charged to the Owner at $ 3.50  per square foot. Machine grading of lot of up to 10,000 square feet total area is included. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and its not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufactures warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.

TWELFTH: The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.  Where Owners' lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEEN: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEE'S, OR TENANTS , AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANT ABILITY OR FITNESS FOR A PARTICUL PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURES AND SUBCONTRACTORS.

FOURTEEN: IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE, DIAMOND BRITE, PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AND APPEARANCE CANNOT BE GUARANTEED. SURFACES MAY APPEAR MOTTLED, WAVY, OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARY AFTER THE POOL IS FILLED WITH WATER. THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFE

FIFTEEN: <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIAL AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEI CLAIM FOR PAYMENT AGAINST YOUR PROPERTY. THIS CLAIM IS KNOW AS A CONSTRUCTION LIEN. IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL. IF YOU FAIL PAY YOUR CONTRACTOR. YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOUR PROPERTY. THIS MEANS IF A LIE IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY. FLORIDA'S CONSTRUCTION LIEN LAW  IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT ATTORNEY.

SIXTEEN: <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR DEFECT IN YOUR HOME. SIXTY DAYS BEFORE YOU FILE YOU LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS. YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS. THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEEN: Owner acknowledges that Southwest florida is a area of high humidity and high mold count. Mildew and mold are naturally occurring and are carried in the air. Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions. Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold and mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEEN: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect. This agreement may only be modified in writing, signed by all parties. Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____                      _____

                                                        Aranda Homes, Inc.

Purchaser: _____

ADDENDUM #1
NAME: John and Estela Riley
ADDRESS: 7 Mountain Terr.
CITY, STATE: Nanuet, NY 10954
TELEPHONE: 845-352-1649

| DATE: | 12/01/04 |
| BLOCK | 3057 |
| LOT | 24-25 |
| UNIT | 62 |
| CITY | Cape Coral |

MODEL: Viscaya model

PRICE        $ 190,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Shingle roof as per plan | $ Included |
| 2. Tile floors as per model | $ Included |
| 3. Solid surface kitchen counter tops as per model | $ Included |
| 4. All Appliances as per model | $ Included |
| 5. Front Doors sandblasted as per model | $ Included |
| 6. Security system | $ Included |
| 7. Tile deck package as per model | $ Included |
| 8. Stamped Concrete driveway, walkway, entry area | $ Included |
| 9. All Cape Coral Impact fees and Well, Aerator, Softener and Septic System | $ Included |
| 10. All Surveys | $ Included |
| 11. Flortam sod for  Standard 80x125 lot | $ Included |
| 12. Sprinkler system with auto rain shut-off for standard 80x125 lot | $ Included |
| 13. Change to Kitchen Island, adding more counter top and moving pantry as per plan | $ 1,480.00 |
| 14. Frame TV area 2' up from Finish Floor as per plan | $ No Charge |
| 15. Fill Allowance based on survey | $ 8,000.00 |
| 15. Add Hot and Cold water outdoor shower on patio as per plan | $   375.00 |

TOTAL HOME IMPROVEMENTS        $ 199,855.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
ARANDA HOMES INC.

PURCHASER _____

PURCHASER _____

# *Aranda Homes Inc.*

| | | |
|---|---|---|
| ADDENDUM #2 | DATE: | 12/01/04 |
| NAME: John and Estela Riley | BLOCK | 3057 |
| ADDRESS: 7 Mountain Terr. | LOT | 24-25 |
| CITY, STATE: Nanuet, NY 10954 | UNIT | 62 |
| TELEPHONE: 845-352-1649 | CITY | Cape Coral |

MODEL: Viscaya model                    PRICE

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Floratam sod for 90x125 corner lot | $ 1,050.00 |
| 2. Sprinkler system for 90x125 corner lot | $ 650.00 |
| 3. Add electric for heat pump | $ 595.00 |
| 4. Credit for change in kitchen. line 13 on addendum 1( kitchen island to be Same as model | $ <1,480.00> |

|  |  |
|---|---|
| TOTAL HOME IMPROVEMENTS | $ 815.00 |

ADDENDUM - Nineteenth - ENTIRE AGREEMENT. Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties. Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement. Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items. Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

PURCHASER

PURCHASER

ARANDA HOMES INC.

11- 17-04    Riley Job

Built -In   to   be

Like   Viscogen   model

Disregard   charges  (He wants it Just Like

model)   Thats Goal

## PROFILE SHEET

NAME: John and Estela Riley

Model: Viscaya model

1. Legal Description:

2. Lot Dimension:

3. Seawall:

4. Fill Requirements

5. Impact Fee:

6. Deed Restriction

7. Well

8. Septic

9. City/Water/Sewer

10. Culvert Pipe:

11. Survey:

12. Financing: _____

13. Swimming Pool: San Juan Pools Pool Package

14 Strap:

15. Salesperson   Joe

Lot       24-25

Unit      62

Block    3057

80x125  90x125

Yes/No

T.B.D

Cape Coral

Cape Coral

Yes

Yes

No

T.B.D

3

Yes

Yes

26 44 23 C1 0305 70240

ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _____     Date: 12/1/04

Customer: _____     Date: 12/1/04

BUILDING AGREEMENT

Articles of Agreement made and entered into this __18th__ day of __February__ , 200_5_ , by and between __Kevin Shedd_____ and_____ , his wife, as Owners, whose present mailing address is: **29 Artillery Ln., Baldwinsville, NY 13027**_____ and **Aranda Homes, Inc.**, as Contractor.

FIRST:  The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

**229 NW 25th Ave., Cape Coral Unit 55 BLK 3968 PB 19 PG 100 Lots 29 & 30**
**Strap#08-44-23-C3-03968.0290**

_____situated in __Lee_____ County, State of Florida Owned by
__Kevin Shedd_____ and __Christine Shedd_____ , his wife.

SECOND:    That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **One Hundred Ninety Nine Thousand Six Hundred Ninety Five XX/100 ( $199,695.00 )**

U.S. Dollars in the following manner: one percent, 1% $ __1,996.95_____ Deposit, with signing of the contract
1. $ __17,972.55_____ (9%) as down payment, by check subject to collection,  prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

Contingent upon plan approval
Contingent upon financing

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about __180_____ days from start of construction.  However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.) It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

**Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.**
The above price is guaranteed to the Owners through __April 4th_____ , 200_5_ , or until start of construction if such start is delayed beyond this time by the Contractor.  Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of **489.126** , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. **THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.**  Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in **501.1375**, *Fla. Stat.*

1

**THIRD:**　　The said residence to be Contractor's __Viscaya Model _____ home with all details of material and construction to be equal to or better than those used in the model home at __4801 SW 24th PL, Cape Coral, FL _____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

**FOURTH:**　　Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation.  Upon approval, by the Owners, of the construction plans.  Contractor may then produce production prints for distribution to subcontractors and suppliers.  Should change be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**　　All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors.  Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested.  IT IS EXPRESSLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**　　The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period.  Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

**SEVENTH:**　　It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners.  The Contractor will pay utility company bills for electricity and water used during construction.  Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates.  The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**　　This agreement covers construction of the above described residence on a clear and level lot.  Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners.  The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners.  Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners.  Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners.  Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners.  Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**　　The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close.  The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller.  The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing.  Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**　　The Contractor guarantees all workmanship and material.  This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery.  All manufactures' warranties shall continue in force and effect according to their titles.  Purchaser may not assign this contract without the prior written consent to the Contractor.  THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet.  Additional driveway will be charged to the Owner at $3.50  per square foot.

Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands.  All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties.  Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners.  Machine grading of lot of up to 10,000 square feet total area is included.

**TWELFTH:**　　The Contractor will connect to public water and sewer lines to a distance of 40 feet.  Cost of lines required over 40 feet and any connection fees will be borne by the Owners.

2

Where Owners□ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners.  Cost of electrical and plumbing connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:    IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, □WAVY□ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:   <u>CONSTRUCTION LIEN DISCLOSURE</u>
ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOU CONTRACTOR IN FULL.   IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA□S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH: <u>NOTICE AND RIGHT TO CURE</u>
FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:    Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _____          _____

Aranda Homes, Inc.

Purchaser: _____

3

Addendum #1
NAME: Kevin Shedd
ADDRESS: 29 Artillery Ln
CITY, STATE:Baldwinsville, NY 13027
TELEPHONE: 315-638-7156
MODEL: Viscaya

DATE: 2/18/05
BLK   3968
LOT    29 & 30
UNIT    55
CITY   Cape Coral
PRICE $ 192,000.00

**ADDITIONS, CHANGES AND IMPROVEMENTS**

| | |
|---|---|
| 1. Dimensional Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fill Allowance | $ 7,000.00 |
| 12. Culvert (if needed) | $   695.00 |

TOTAL HOME IMPROVEMENTS $ 7,695.00
TOTAL  $ 199,695.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any
of its agents has made no representations or promises except those contained herein and that this
agreement contains all items agreed upon by the parties.  Contractor will not be bound under any
circumstances by promises or representations unless incorporated in this agreement.  Written
change orders, however, even though accepted by Contractor, are subject to work not having
started or ordered on affected items.  Final electrical inspection or connection will not be ordered
until final payment has been made and usually it takes about seven working days for power
company to connect electric after final payment.

_____         _____
                                                                          PURCHASER

Aranda Homes, Inc.                                  _____
                                                                          PURCHASER

4

## PROFILE SHEET

NAME: Kevin Shedd                                    Lot    29 & 30

Model:       Viscaya                                 Unit   55

1. Legal Description:                                Block  3968

2. Lot Dimension:                                    _80 X 125___

3. Seawall:                                          No

4. Fill Requirements                                 T.B.D

5. Impact Fee:                                       City

6. Deed Restriction                                  No

7. Well                                              Yes

8. Septic                                            Yes

9. City/Water/Sewer                                  No

10. Culvert Pipe:                                    T.B.D

11. Survey:                                          2 lot-
                                                     Standard

12. Financing:                                       Yes


ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

### CHANGE ORDER AGREEMENT

All change orders made after the preliminary plan are reviewed and signed, are subject to the change being priced and paid for at the time it is added to the plan. Under this agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO CHANGES CAN BE MADE.

Customer: _Kevin Shedd_                  Date: 02-23-05

Customer: _____                Date: _____

5

## BUILDING AGREEMENT

Articles of Agreement made and entered into this __25th__ day of __February__ , 200_5_ , by and between __Darrell E. Wilson_____and__Darlene J. Wilson_____, his wife, as Owners, whose present mailing address is: 32518 N. River Rd, Harrison Twp, MI 48045_____ and Aranda Homes, Inc., as Contractor.

FIRST: The Contractor promises and agrees to the Owners that he will for the consideration hereinafter mentioned finish and deliver a residence on land known as:

24226 Santa Inez, Punta Gorda, FL PGI 021 0921 0002 Strap# 0095262-222820-1

_____ situated in __Charlotte__ County, State of Florida Owned by __Darrell E. Wilson__ and __Darlene J. Wilson_____ , his wife.

SECOND:       That the Owners promise and agree to and with the Contractor that they will and shall in consideration of the agreements being executed and performed by the Contractor as specified, pay or cause to be paid to the Contractor the contract price of **Two Hundred Twenty Four Thousand Six Hundred Eighty Five------XX/100  ($224,685.00)**

U.S. Dollars in the following manner: one percent, 1% $ __2,246.85_____ Deposit, with signing of the contract
1. $ 20,221.65_____ (9%) as down payment, by check subject to collection, prior to start of construction.
2. $ _____ (25%) when plumbing is roughed in and slab is poured.
3. $ _____ (25%) when masonry walls are complete and lintel poured.
4. $ _____ (25%) when sub-roof is on and electrical roughed in.
5. $ _____ (10%) when interior drywall is complete.
6. $ _____ (5%) when completely finished and ready for delivery to Owners.

**Contingent upon plan approval**
**Contingent upon financing**

Subject to the provisions of this agreement, the Contractor agrees to use its best effort to deliver the completed residence specified herein on or about  180_____  days from start of construction. However, the Contractor cannot and will not be responsible for any damages or inconveniences caused the Owners for failure to complete the residence specified herein within the above number of days regardless of the reason for such delay. Start of construction is defined as the date on which footings are poured, or in the case of monolithic footings and slab, the day rough plumbing is begun.

Possession of the premises shall not be delivered to the Owners until the residence has been fully constructed and the full contract prices has been paid to the Contractor. Cash draws will be due 3 days from request by Aranda Homes same as bank draws.  It is agreed that the Contractor will deliver a notice of occupancy to the Owners, and that the Owners shall, within ten (10) days after receipt of said notice, make final payment to the Contractor.  If final payment is not paid to the Contractor after the 10th day, the Notice of Occupancy has been delivered to the Owners, the full amount of the final payment will be charged an interest rate of 18% per annum until full payment has been paid to the Contractor. ( At the time of such final settlement an affidavit of □no liens□ covering all materials and labor will be presented to the Owners by the Contractor.)  It is expressly understood and agreed that the Owners are not to occupy or otherwise take possession of the premises being improved pursuant to this contract prior to such final settlement unless written consent of such occupancy prior to settlement is granted to the Owners by the Contractor, and the Owners, prior to such occupancy, have paid in full contract price to the Contractor.  In the event of a dispute under this contract, Attorney's fees and costs shall be awarded to the prevailing party, venue shall lie in Lee County, Florida.

Construction Industries Recovery Fund - payment may be available from the Construction Industries Recovery Fund if you lose money on a project performed under this contract, where the loss results from specified violations of Florida law by a State-Licensed Contractor.  For information about the recovery fund and filing a claim, contact CILB recovery 1940 north Monroe street  suite # 3 Tallahassee, Florida 32399-1039 (850)487-1395.

The above price is guaranteed to the Owners through   __April 11th__   , 200_5_ , or until start of construction if such start is delayed beyond this time by the Contractor.   Should start of construction be delayed beyond this time by Owner, or by reason of ruling or regulation of any governmental authority, or by reason of any other cause not caused by Builder, then the Price may be increased as deemed necessary by Builder to allow for labor or material price increases that occur between the last date of guaranteed price and the actual start date. If adjusted price is not acceptable to Owner, for any reason, then Owner, within ten (10) days of receiving notice of the new Price may cancel this contract and receive a refund of any deposit, less any expenses incurred by Builder on behalf of the Owner. However, if the delay in the start is caused by the Builder, the price in this Agreement will remain effective. Owner acknowledges complete, approved construction plans are necessary to apply for construction permits and that preparation of the construction plans could require more than 30 days, and preparation of the construction plans will not begin until after Owner pays the initial deposit required by this contract.  Owner hereby waives the requirements of 489.126 , *Fla. Stat.* that Builder apply for building permits no more than thirty days after receipt of Owner's deposit. THE BUYER OF A ONE - FAMILY OR TWO - FAMILY RESIDENTIAL DWELLING UNIT HAS THE RIGHT TO HAVE ALL DEPOSIT FUNDS (UP TO 10% PERCENT OF THE PURCHASE PRICE)DEPOSITED IN AN ESCROW ACCOUNT.  THIS RIGHT MAY BE WAIVED, IN WRITING, BY THE BUYER.   Owner has read the above paragraph concerning the deposit and Buyer elects to waive the requirement that up to ten percent of the deposit funds be deposited into an escrow account as set forth in . 501.1375, *Fla. Stat.*

24226 Santa Inez
0095262-222820-1

**THIRD:**        The said residence to be Contractor's ___Viscaya Model_____ home with all details of material and construction to be equal to or better than those used in the model home at __4805 SW 24th PL, Cape Coral, FL 33904_____ except for changes such as specified herein. Plans and specifications of this home are subject to any change necessitated by Governmental Regulation.

**FOURTH:**        Should the owners at any time during the progress of said residence require any alterations to or deviations from said Agreement, which are acceptable to the contractor, they shall have the right and power to make such change or changes when practicable, and the same in no way injuriously affect or make void the Agreement; but the difference shall be added to the amount of the Agreement as the case may be, by a fair and reasonable valuation. Upon approval, by the Owners, of the construction plans. Contractor may then produce production prints for distribution to subcontractors and suppliers. Should changes be required by developer of subdivision where said lot is located or by competent municipal or other governmental authority having jurisdiction over constructive practices on said lot, such changes shall be made at the Owners' expense.

**FIFTH:**        All items on addendum sheets cannot be deleted and will be completed by Aranda Homes subcontractors. Each change requested by the Owners subsequent to said construction print approval, shall carry a surcharge of $250.00 per change in addition to the regular charge of the change requested. IT IS SPECIFICALLY UNDERSTOOD THAT NO STRUCTURAL CHANGES WILL BE ACCEPTED AFTER THE FOOTER IS POURED.

**SIXTH:**        The contractor will furnish Builders Risk Insurance in full amount of this contract during the construction period. Contractor will also furnish or cause subcontractors to have in place Workman's Compensation and Public Liability Insurance.

**SEVENTH:**        It is hereby agreed that the installation of water meter and necessary surveys including a fresh stakeout of the lot will be at the expense of the Owners. The Contractor will pay utility company bills for electricity and water used during construction. Should electricity or water not be available to the Owner's lot during construction, the Contractor will rent equipment to provide same at the Owners' expense at prevailing local rates. The cost of water to fill pool will be at Owners' expense if pool is not part of the agreement.

**EIGHTH:**        This agreement covers construction of the above described residence on a clear and level lot. Should the slope or elevation of the lot be such as to require extra foundation block or fill dirt under the slab, pool deck, patio, drives or walks, over and above that which would be required for the normal two course foundation, the expense of same will be borne by the Owners. The expense of any fill dirt required at the time of grading the lawn will be borne by the Owners. Expense of removal of excess dirt and vegetation necessary to provide proper grade will be borne by the Owners. Any additional expenses caused by rock or other adverse subsoil conditions will be borne by the Owners. Expense of electric service runs across the building necessitated by power company pole locations and regulation, or underground electric and/or telephone service when required will be borne by the Owners. Access accepted by Aranda Homes to property and to the building site on the property are to be provided by owners, any expenses necessary for this access and for maintaining this access will be borne by owners.

**NINTH: MORTGAGE PURCHASE:**        The Purchaser agrees to make application, when directed, with an approved bonafide lending institution and to execute all necessary papers for a mortgage loan on the above described property in an amount necessary to close. The Purchaser agrees to pay the balance of the down payment over and above the mortgage amount upon notification by the Seller. The Purchaser further agrees to pay all loan cost including the cost of survey certificates, flood insurance, abstract or title insurance premium together with the amount owing the seller at the time of the closing. Intangible Tax with Documentary Stamps on the mortgage, all recording fees, and credit report and appraisal fees and loan charges made by the lending institution, including prepaid interest and interest during construction.

**TENTH:**        The Contractor guarantees all workmanship and material. This guarantee is in exclusion of an in lieu of all other guarantees or warranties, and liability herein terminates one year from date of delivery. All manufactures' warranties shall continue in force and effect according to their titles. Purchaser may not assign this contract without the prior written consent to the Contractor. THERE ARE NO OTHER WARRANTIES, EXPRESSED OR IMPLIED, INCLUDING ANY IMPLIED WARRANTY OF MERCHANTABILITY, OF FITNESS FOR A PARTICULAR PURPOSE, OR OF HABITABILITY, EXCEPT AS MAY BE EXPRESSLY PROVIDED IN THE BUILDER'S LIMITED WARRANTY. NOTHING HEREIN SHALL BE DEEMED TO LIMIT ANY WARRANTY REQUIRED BY STATE OR FEDERAL LAW. It is an express condition precedent to the deliver, provision and enforcement of any warranties, express or implied, under this contract Contractor has been  paid the full contract price.

**ELEVENTH:** The Contractor will furnish a concrete driveway of up to 800 square feet. Additional driveway will be charged to the Owner at $3.50 per square foot.
  Any other driveway material selected by Owner shall be an upgrade and change order that will be priced separately. Concrete like other construction materials contracts and expands. All concrete has a tendency to crack and it's not possible to consistently produce crack-free concrete. Therefore Aranda Homes, Inc. cannot be responsible for cracks in the following: slabs, wall, patios, sidewalks, driveways and stucco. Tile tenting or cracking over concrete slabs or wood floorings also cannot be covered under this guarantee or manufacturer's warranties. Should the conditions of the lot be such that a culvert is needed to construct a proper driveway, cost of culvert will be borne by the Owners. Machine grading of lot of up to 10,000 square feet total area is included.

**TWELFTH:**        The Contractor will connect to public water and sewer lines to a distance of 40 feet. Cost of lines required over 40 feet and any connection fees will be borne by the Owners. Where Owners☐ lot is not located on public water or sewer, the cost of installing a septic tank, water well, and water pump piped to the well area will be borne by the Owners. Cost of electrical and plumbing

2

connections to the pump will be borne by the Owners.

THIRTEENTH: OWNER ACKNOWLEDGES AND AGREES THAT BUILDER IS NOT AN INSURER OF OWNER'S PROPERTY OR THE PROPERTY OF OWNER'S GUESTS, LICENSEES, INVITEES, OR TENANTS, AND THAT THE BUILDER DOES NOT MAKE ANY GUARANTEE OR WARRANTY WHATSOEVER, NOR IS THERE ANY GUARANTEE OR WARRANTY INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE FOR ANY SYSTEM INSTALLED IN THE RESIDENCE EXCEPT FOR THE WARRANTIES EXPRESSLY PROVIDED IN THIS CONTRACT, OR PROVIDED BY MATERIAL SUPPLIERS, APPLIANCE MANUFACTURERS AND SUBCONTRACTORS.

FOURTEENTH:       IF THE IMPROVEMENTS CONSTRUCTED UNDER THIS CONTRACT INCLUDE A SWIMMING POOL, OWNER EXPRESSLY ACKNOWLEDGES THAT POOL MARCITE , DIAMOND BRITE , PEBBLE TEC AND OTHER POOL INTERIOR MATERIALS ARE NATURAL PRODUCTS AND UNIFORMITY OF COLOR AN APPEARANCE CANNOT BE GUARANTEED.  SURFACES MAY APPEAR MOTTLED, ☐WAVY☐ OR UNEVEN UNDER DIFFERENT LIGHT SOURCES, PARTICULARLY AFTER THE POOL IS FILLED WITH WATER.  THESE ARE NORMAL CONDITIONS AND ARE NOT A DEFECT.

FIFTEENTH:  <u>CONSTRUCTION LIEN DISCLOSURE</u>

ACCORDING TO FLORIDA'S CONSTRUCTION LIEN LAW (SECTIONS 713.001-713.37, FLORIDA STATUTES), THOSE WHO WORK ON YOUR PROPERTY OR PROVIDE MATERIALS AND ARE NOT PAID IN FULL HAVE A RIGHT TO ENFORCE THEIR CLAIM FOR PAYMENT AGAINST YOUR PROPERTY.  THIS CLAIM IS KNOWN AS A CONSTRUCTION LIEN.  IF YOUR CONTRACTOR OR A SUBCONTRACTOR FAILS TO PAY SUBCONTRACTORS, SUB-SUBCONTRACTORS, OR MATERIAL SUPPLIERS, OR NEGLECTS TO MAKE OTHER LEGALLY REQUIRED PAYMENTS, THE PEOPLE WHO ARE OWED MONEY MAY LOOK TO YOUR PROPERTY FOR PAYMENT, EVEN IF YOU HAVE PAID YOUR CONTRACTOR IN FULL.  IF YOU FAIL TO PAY YOUR CONTRACTOR, YOUR CONTRACTOR MAY ALSO HAVE A LIEN ON YOU R PROPERTY.  THIS MEANS IF A LIEN IS FILED YOUR PROPERTY COULD BE SOLD AGAINST YOUR WILL TO PAY FOR LABOR, MATERIALS, OF OTHER SERVICES THAT YOUR CONTRACTOR OR SUBCONTRACTOR MAY HAVE FAILED TO PAY.  FLORIDA☐S CONSTRUCTION LIEN LAW IS COMPLEX AND IT IS RECOMMENDED THAT WHENEVER A SPECIFIC PROBLEM ARISES, YOU CONSULT AN ATTORNEY.

SIXTEENTH:  <u>NOTICE AND RIGHT TO CURE</u>

FLORIDA LAW CONTAINS IMPORTANT REQUIREMENTS YOU MUST FOLLOW BEFORE YOU MAY FILE A LAWSUIT FOR DEFECTIVE CONSTRUCTION AGAINST A CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS FOR AN ALLEGED CONSTRUCTION DEFECT IN YOUR HOME.  SIXTY DAYS BEFORE YOU FILE YOUR LAWSUIT, YOU MUST DELIVER TO THE CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS A WRITTEN NOTICE OF ANY CONSTRUCTION CONDITIONS YOU ALLEGE ARE DEFECTIVE AND PROVIDE YOUR CONTRACTOR, SUBCONTRACTOR, SUPPLIER, OR DESIGN PROFESSIONALS THE OPPORTUNITY TO INSPECT THE ALLEGED CONSTRUCTION DEFECTS AND MAKE AN OFFER TO REPAIR OR PAY FOR THE ALLEGED CONSTRUCTION DEFECTS.  YOU ARE NOT OBLIGATED TO ACCEPT ANY OFFER MADE BY THE CONTRACTOR OR ANY SUBCONTRACTORS, SUPPLIERS OR DESIGN PROFESSIONALS.  THERE ARE STRICT DEADLINES AND PROCEDURES UNDER FLORIDA LAW.

SEVENTEENTH:       Owner acknowledges that Southwest Florida is an area of high humidity and high mold count.  Mildew and mold are naturally occurring and are carried in the air.  Contractor shall exercise reasonable and normal care to ensure that materials provided by suppliers that are incorporated into the premises are not visibly contaminated with mold or mildew, and shall provide normal protection to the premises while under construction to safeguard from water and weather conditions.  Contractor has no control over the manufacturing and storage practices of material suppliers and subcontractors, and Contractor expressly disclaims any liability for mold or mildew arising from air conditioning systems, materials supplied by material suppliers and subcontractors and normal exposure to the elements that are common in Southwest Florida.

EIGHTEENTH: This is the entire agreement between the parties, and prior agreements, both oral and written, are void and of no effect.  This agreement may only be modified in writing, signed by all parties.  Such a writing would be a change order, a contract addendum, or a replacement contract.

IN WITNESS WHEREOF, the said parties to these presents have hereunto set their hands and seals the day and year written above.

Purchaser: _Laurell E. Wilen_

_Aranda Homes, Inc._

Purchaser: _Darlene J. Wilson_

3

Addendum #1

NAME: Gene & Darlene Wilson
ADDRESS: 32518 N. River Rd
CITY, STATE: Harrison Twp, MI 48045
TELEPHONE: 586-463-1895

MODEL: Viscaya

DATE: 2/23/05
BLK 921
LOT   2
UNIT
CITY   Punta Gorda (Burnt Store Lakes)
PRICE $ 192,000.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 1. Dimensional Shingle Roof | $ Included |
| 2. Solid Surface kitchen counter tops per model | $ Included |
| 3. Microwave, range, dishwasher, refrigerator, washer, dryer per model | $ Included |
| 4. Front doors sandblasted per model | $ Included |
| 5. Security System per model | $ Included |
| 6. Stamped concrete driveway, walkway, and entry per model | $ Included |
| 7. Surveys | $ Included |
| 8. Flortam Sod for 80 x 125 | $ Included |
| 9. Sprinkler System with auto rain shut-off | $ Included |
| 10. Tile package in living and dining area | $ Included |
| 11. Fans & Light Fixtures | $ Included |
| 12. Fill Allowance (TBD after survey) | $ TBD |
| 13. Culvert if needed | $    695.00 |
| 14. Charlotte County Impact Fee over and above Cape Coral | $    935.00 |
| 15. 3-Car garage | $ 10,500.00 |
| 16. Extra Stamped Drive for 3 car | $  2,396.00 |
| 17. Add 1ft 4 inches to garage length | $  3,000.00 |
| 18. Add 2 ft to garage width and replace 8 ft door with a 9ft door | $  3,544.00 |
| 19. Tile Roof | $  9,900.00 |
| 20. Acrylic block in all 3 windows in master shower | $    675.00 |
| 21. Tile extended pool deck | $  1,040.00 |

TOTAL HOME IMPROVEMENTS  $ 32,685.00
TOTAL $224,685.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____

Aranda Homes, Inc

_Darell E. Wilson_
PURCHASER
_Darlene J. Wilson_
PURCHASER

4

Addendum #2
NAME: Gene & Darlene Wilson
ADDRESS: 32518 N. River Rd
CITY, STATE: Harrison Twp, MI 48045
TELEPHONE: 586-463-1895

MODEL: Viscaya

DATE:4/1/05
BLK  921
LOT  2
UNIT
CITY  Punta Gorda (Burnt Store Lakes)
PRICE $ 224,685.00

ADDITIONS, CHANGES AND IMPROVEMENTS

| | |
|---|---|
| 22. Return master bath to original plan like model Charlotte Co (not Cape Coral) | $ N/C |
| 23. 3' wide arched window on side of garage | $  425.00 |
| 24. Garage side door | $  465.00 |
| 25. Move shower control to right of shower head | $ N/C |
| 26. Soap and shampoo niches in both bathrooms | $  200.00 |
| 27. Prewire only for coach lights on garage | $   95.00 |
| 28. Credit for 1 light on lanai | $  (60.00) |
| 29. 1 light and prewire only for 2 fans on lanai in lieu of  2 lights and 1 fan | $ N/C |
| 30. Add 2 recessed lights in great room w/switch | $  210.00 |
| 31. Prewire only for 2 fans in garage w/switch | $  120.00 |
| 32. Prewire for 2 flourescent fixtures in garage operating off same switch as existing flourescent | $   80.00 |
| 33. Add 1 110 outlet flat on plant shelf above wall unit w/switch | $   80.00 |
| 34. Manual switch over box for generator | $  375.00 |
| 35. Insulated garage doors | $  950.00 |
| 36. Cabinet under drawer on desk | $   75.00 |
| 37. Extend AC pad to house | $   50.00 |
| 38. Fill Allowance | $ 13,500.00 |

TOTAL HOME IMPROVEMENTS  $ 16,565.00
Total  $241,250.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
PURCHASER
Aranda Homes, Inc.

_Gerald Wilson_
PURCHASER
_Darlene Wilson_
PURCHASER

6

ADDENDUM: 3
NAME:  Gene & Darlene Wilson
ADDRESS: 32518 N. River Rd
CITY, STATE: Harrison Twp, MI 48045
TELEPHONE: 586-463-1895

MODEL: Viscaya

DATE: 5/6/05
BLK  921
LOT   2
UNIT
CITY   Punta Gorda (Burnt Store
                   Lakes)
PRICE $ 241,250.00

ADDITIONS, CHANGES AND IMPROVEMENTS

39. Upgrade kitchen cabinets to all wood "Nutmeg Brown Glaze" P13507     $ 2,400.00

40. Upgrade both Master Bath and Guest Bath to all wood "Ivory"     $   800.00

TOTAL HOME IMPROVEMENTS $3,200.00
Total $244,450.00

ADDENDUM - Nineteenth - ENTIRE AGREEMENT.  Owner acknowledges that contractor or any of its agents has made no representations or promises except those contained herein and that this agreement contains all items agreed upon by the parties.  Contractor will not be bound under any circumstances by promises or representations unless incorporated in this agreement.  Written change orders, however, even though accepted by Contractor, are subject to work not having started or ordered on affected items.  Final electrical inspection or connection will not be ordered until final payment has been made and usually it takes about seven working days for power company to connect electric after final payment.

_____
Aranda Homes, Inc.

_____
PURCHASER

_____
PURCHASER

7

**PROFILE SHEET**

NAME: <u>Gene & Darlene Wilson</u>                                    <u>Lot</u>    2

Model:_____<u>Viscaya</u>_____                          <u>Unit</u>

1. Legal Description:                                                    <u>Block</u> 921

2. Lot Dimension:                                                        __??____

3. Seawall:                                                                    No

4. Fill Requirements                                                   T.B.D

5. Impact Fee:                                                           <u>City</u>

6. Deed Restriction                                                    Yes
<u>BURNT STORE LAKES</u>
7. Well                                                                       <u>No</u>

8. Septic                                                                    <u>No</u>

9. City/Water/Sewer                                                  Yes

10. Culvert Pipe:                                                       <u>T.B.D</u>

11. Survey:                                                              <u>2 lot-</u>
                                                                               <u>Standard</u>

12. Financing:                                                          Yes


  ALL OF THE ABOVE ITEMS ARE TO BE PAID BY THE OWNER. SURVEYS FOR
LOT AND PERC TEST, IF ON SEPTIC SYSTEM WILL BE ORDERED AFTER
SINGING OF CONTRACT. COST OF SURVEY AND PERC TEST WILL BE
SUBTRACTED FROM EARNEST MONIES DEPOSITED IN THE EVENT OF A
RETURN OF THE DEPOSIT IS NECESSARY FOR ANY REASON.

**CHANGE ORDER AGREEMENT**

  All change orders made after the preliminary plan are reviewed and signed, are subject
to the change being priced and paid for at the time it is added to the plan. Under this
agreement if the changes are not paid for in full they will Not be added to plan.

THE OWNER ACKNOWLEDGES AND IS IN AGREEMENT THAT UPON PLANS
BEING PLACED IN THE BUILDING DEPARTMENT FOR PERMIT APPROVAL, NO
CHANGES CAN BE MADE.

Customer:_<i>Darell E Wilson</i>_____      Date: _2/25/05_

Customer:_<i>Darlene J Wilson</i>____   Date: _2/25/05_

5

# SAN JUAN POOLS, INC.

1408 S.E. 17th AVE. SUITE E.  CAPE CORAL, FL. 33990
(239) 945-1144 · Fax (239) 574-6882
FL State Lic.# CPC-042923

*Quality fiberglass pools since 1958.*

If this agreement has been signed in your home without prior negotiating at the seller's place of business or without having made the sale pursuant to a preexisting account with the seller, you may cancel this agreement provided you notify the seller at the office shown in the agreement. Notice should be either ordinary mail, using United States Post Office Form 3817, or registered mail, with return receipt requested. The notice shall be posted no later than midnight of the third calendar day after the day on which the buyer signs the agreement, except when it is signed on a Friday, in which case the cancellation notice shall be posted no later than midnight of the Tuesday immediately following. Do not sign this agreement before you read it and make sure there are no blank spaces. You are entitled to a copy at the time you sign.

This agreement dated this __3__ day of __May__ 20__5__, between SanJuan Pools, Inc., hereinafter called "Seller," and _____

Gene & Darlene Wilson

Pool Location: 2422G Santa Cruz St, Burnt Store Lakes ___ City ___ State ___ Zip ___

Home Phone 234-936-1534 Work Phone _____ Legal Lot _____ Block _____

Sub. Cell - 586-817-6398 Strap # _____

## DIRECTIONS TO JOB:

## POOL

Size 13x2G' Depth 3'6" x 4'6" Color Charc Type Free Form

Pool Std Equipment: Pump 1 1/2 Filter 100 sq ft Timer 24 hr Chlor Yes

Ladder & Hand Rail, Dig Set, Back Fill, Skimmer, Main Drain, Inlet, Light Yes Cover ___

Cleaning Equipment: Vac Hose, Pole, Vac Head, Leaf Skimmer, Test Kit, Thermometer, Start Up & Water Balance 1-4

## SPA

Portable / In-ground
In-Ground Spa Std Equipment: Pump ___ Model ___ Filter ___ Color ___ Other ___
Jets, 11 KW Heater, Air Switch, Skimmer, MD Air Control, Start Up & Water Balance ___
Portable Std Equipment: Pump ___ Filter ___ Other ___
1.5/6 KW Heater, Jets, Air Switch, Air Control, Cabinet ___ Cover ___

## TILE

Sheet #1 Charc Cap #1 ___
#2 ___ #2 ___

## HEATER

YES ☐  NO ☐  Type ___
Tank & lines by:  Gas Co. ☐  Owner ☐

## DECKING / TOPPING PATIO

Topping Deck Til & Paseda Type Til & Paseda
Cement Patio 20' x 21' x 20 Risers Ln' No Footers Ln' Yes
Retain Wall Yes Coarses 3 (2') Stucco Yes Paint: By Owner

## SCREEN

20' x 41' x 20'
Roof Mansard Pan NC Gutters & Downs Type Yes
Doors 2 Color Charc Posts NC
Carrier Beam NO Fla Glass NO Kick Plate NO

## OPTIONS

| | YES | NO | ADD. COST |
|---|---|---|---|
| Pool Cleaner | | ✓ | $ |
| Spa Hand Rail | | ✓ | $ |
| Remove Fence | | ✓ | $ |
| Remove Trees | | ✓ | $ |
| Remove Cement | | ✓ | $ |
| Remove Rock | | ✓ | $ |
| Remove Dirt | | ✓ | $ |
| Additional Dirt | | ✓ | $ |
| Electrical | ✓ | | $ |

We have read the foregoing proposal contract and accept the same on the terms and conditions stated above and on reverse side of this contract. This contract in effect when accepted by contractor.

Purchaser/Owner Gene Wilson
Purchaser/Owner Darlene Wilson

## ADDITIONAL WORK & EQUIPMENT

If we hit rock there will be an additional charge to remove.

Retaining wall 3 course in price, any additional course $500 per course.

Date 3/3/05

Salesperson _____
Sales Manager _____
Contractor _____

| | | | |
|---|---|---|---|
| Contract Price | | $ | 31,590.00 |
| Down Payment | 15% | $ | 1. |
| Pool Set | 50% | $ | 2. |
| Cement | 10% | $ | 3. |
| Screen | 20% | $ | 4. |
| Final | 5% | $ | 5. |

# SAN JUAN POOLS, INC.

1408 S.E. 17th AVE. SUITE E. CAPE CORAL, FL. 33990
(239) 945-1144  Fax (239) 574-6882
FL State Lic.# CPC-042923

*Quality fiberglass pools since 1958.*

If this agreement has been signed in your home without prior negotiating at the seller's place of business or without having made the sale pursuant to a preexisting account with the seller, you may cancel this agreement provided you notify the seller at the office shown in this agreement. Notice should be either ordinary mail, using United States Post Office Form 3817, or registered mail, with return receipt requested. The notice shall be posted no later than midnight of the third calendar day after the day on which the buyer signs the agreement, except when it is signed on a Friday, in which case the cancellation notice shall be posted no later than midnight of the Tuesday immediately following. Do not sign this agreement before you read it and make sure there are no blank spaces. You are entitled to a copy at the time you sign.

This agreement dated this __3__ day of __May__ 20__5__, between San Juan Pools, Inc., hereinafter called "Seller", and _____
__Gene & Darlene Wilson__

Pool Location: __2×226 Santa Ines St, Bunt Strt Lakes__ _____ City _____ State __ Zip __

Home Phone __239-936-1534__ Work Phone _____ Legal Lot _____ Block _____

Sub. __Cap - 586-817-6396__ Strap # _____

DIRECTIONS TO JOB: _____

## POOL

Size __13 X 26'__ Depth __3'6" X 4'6"__ Color __Chara__ Type __Pro Form__

Pool Std Equipment:   Pump __1 1/2__   Filter __100 sq ft__   Timer __24/n__   Chlor __Yes__

Ladder & Hand Rail, Dig Set, Back Fill, Skimmer, Main Drain, Inlet, Light __Yes__   Cover __N C__

Cleaning Equipment: Vac Hose, Pole, Vac Head, Leaf Skimmer, Test Kit, Thermometer, Start Up & Water Balance __Y S__

## SPA

Portable / In-ground _____ Model _____ Color _____

In-Ground Spa Std Equipment:   Pump _____ Filter _____ Other _____

Jets, 11 KW Heater, Air Switch, Skimmer, MD Air Control, Start Up & Water Balance _____

Portable Std Equipment:   Pump _____ Filter _____ Other _____

1.5/6 KW Heater, Jets, Air Switch, Air Control, Cabinet _____ Cover _____

## TILE

Sheet #1 __Chara__ Cap #1 _____

#2 _____ #2 _____

## HEATER

YES ☐ NO ☑ Type _____

Tank & lines by:   Gas Co. ☐   Owner ☐

## DECKING

Topping Deck __Til & Paveda__   _____   Type __Til & Paveda__

## TOPPING PATIO

Cement Patio __20' X 21' X 2C__   Risers Ln' __NO__   Footers Ln' __Yes__

Retain Wall __Yes__   Coarses __3 (2')__   Stucco __Yes__   Paint: By Owner

## SCREEN

__20'__ x __41'__ x __20'__   x _____

Roof __Mansard__   Pan __NC__   Gutters & Downs Type __Yes__

Doors __2__   Color __Chara__   Posts __NC__

Carrier Beam __No__   Fla Glass __No__   Kick Plate __No__

## OPTIONS

| | YES | NO | ADD. COST |
|---|---|---|---|
| Pool Cleaner | | ✓ | $ |
| Spa Hand Rail | | ✓ | $ |
| Remove Fence | | ✓ | $ |
| Remove Trees | | ✓ | $ |
| Remove Cement | | ✓ | $ |
| Remove Rock | | ✓ | $ |
| Remove Dirt | | ✓ | $ |
| Additional Dirt | | ✓ | $ |
| Electrical | ✓ | | $ |

We have read the foregoing proposal contract and accept the same on the terms and conditions stated above and on reverse side of this contract. This contract in effect when accepted by contractor.

Purchaser/Owner __Gene Wilson__

Purchaser/Owner __Darlene Wilson__

## ADDITIONAL WORK & EQUIPMENT (INSTRUCTIONS)

If we hit rock there will be an additional charge to remove.

Retaining wall 3 course in Price, any additional course $500 per course.

Date __3/3/05__

Salesperson _____

Sales Manager _____

Contractor _____

| | | | |
|---|---|---|---|
| Contract Price | | $ | 31,590.00 |
| Down Payment | 15% | $ | 1. |
| Pool Set | 50% | $ | 2. |
| Cement | 10% | $ | 3. |
| Screen | 20% | $ | 4. |
| Final | 5% | $ | 5. |