## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL      MDL No. 02047
      PRODUCTS LIABILITY LITIGATION      SECTION L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
GROSS, et al. v.      MAG. JUDGE WILKINSON
KNAUF GIPS KG, et al.,
Case No. 2:09-cv-6690 (E.D.La.)
_____/

### DEFENDANT, WOODLAND ENTERPRISES, INC.'S, MOTION TO DISMISS, WITH PREJUDICE, THE CLAIMS BROUGHT AGAINST IT IN THE GROSS OMNIBUS CLASS ACTION COMPLAINT

Defendant, Woodland Enterprises, Inc. ("Woodland"), pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby moves to dismiss with prejudice all claims against it in the Omnibus Class Action Complaint in Intervention, filed on or about February 10, 2010 (commonly referred to as the "Gross/Benes Complaint" or "Omni III", and hereinafter, the "Omnibus Complaint") brought by plaintiff **Veronica Purcell** (the "Plaintiff") for failure to state a claim upon which relief can be granted.

In a shotgun pleading that makes no effort to distinguish between Woodland and the entities actually responsible for the drywall, Plaintiff has offered a laundry list of generic common law and statutory theories—i.e., Negligence, Negligence Per Se, Strict Liability, Breach of Express and/or Implied Warranties, Breach of Implied Warranty of Habitability, Breach of Contract, Private Nuisance, Negligent Discharge of Corrosive Substance, Unjust Enrichment, Violation of Florida's Deceptive and Unfair Trade Practices Act, and Equitable and Injunctive Relief and Medical Monitoring.  As detailed in the accompanying memorandum of law in support of this Motion, every one of these claims should be dismissed as fatally defective pursuant to Rule 12(b)(6) and Florida law.

{FT693753;1}

WHEREFORE, for the reasons set forth above and in the accompanying memorandum of law in support, Defendant Woodland respectfully requests that the Court enter an order dismissing the claims against Woodland pursuant to Fed. R. Civ. Pro. 12(b)(6), and awarding Woodland its fees in defending this action pursuant to the Construction Agreement (as more fully set forth in the accompanying memorandum of law) and pursuant to Florida's Deceptive and Unfair Trade Practices Act.

Dated:  July 16th , 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY:  _____/s/ Stacy Bercun Bohm_____
Stacy Bercun Bohm (Fla. Bar No. 022462)
Valerie B. Greenberg. (Fla. Bar No. 26514)
Leslie Miller Tomczak (Fla. Bar No. 126489)
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, Florida 33301-2229
Telephone: (954) 463-2700
Telecopier: (954) 463-2224
Email:  stacy.bohm@akerman.com
          valerie.greenberg@akerman.com
          leslie.tomczak@akerman.com

**LEAD COUNSEL FOR DEFENDANT WOODLAND ENTERPRISES, INC.**

{FT693753;1}

**PHELPS DUNBAR LLP**

BY:          /s/ Brent B. Barriere
               Brent B. Barriere (La. Bar No. 2818)
               Susie Morgan (La. Bar No. 9715)
               D. Skylar Rosenbloom (La Bar No. 31309)
               Canal Place
               365 Canal Street • Suite 2000
               New Orleans, Louisiana 70130-6534
               Telephone: (504) 566-1311
               Telecopier: (504) 568-9130
               Email: Brent.barriere@phelps.com
                    Susie.morgan@phelps.com
                    Skylar.rosenbloom@phelps.com

**LOCAL COUNSEL FOR DEFENDANT,
WOODLAND ENTERPRISES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA, 70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA 70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

                      /s/   Stacy Bercun Bohm