**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED DRYWALL                    MDL No. 02047
      PRODUCTS LIABILITY LITIGATION                    SECTION L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
                                              MAG. JUDGE WILKINSON

GROSS, et al. v.
KNAUF GIPS KG, et al.,
Case No. 2:09-cv-6690 (E.D.La.)
_____/

## NOTICE OF HEARING

      PLEASE TAKE NOTICE that defendant, Woodland Enterprises, Inc.'s Motion to Dismiss the Amended Omnibus Class Action Complaint, With Prejudice, and to Strike Demand for Trial by Jury, with supporting Memorandum, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 1st day of December, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

                                    **AKERMAN SENTERFITT**
                                    Las Olas Centre II, Suite 1600
                                    350 East Las Olas Boulevard
                                    Fort Lauderdale, FL  33301-2229
                                    Phone:  (954) 463-2700
                                    Fax:  (954) 463-2224

                                  /s/ Stacy Bercun Bohm_____
                                      Stacy Bercun Bohm, Esq.
                                      Florida Bar Number:  022462
                                      Email:  stacy.bohm@akerman.com
                                      Valerie B. Greenberg, Esq.
                                      Florida Bar Number: 026514
                                      Email:  valerie.greenberg@akerman.com
                                      Leslie Miller Tomczak, Esq.
                                      Florida Bar Number: 126489
                                      Email:  leslie.tomczak@akerman.com

                            *Attorneys for Defendant Woodland Enterprises, Inc.*

{FT694287;1}
PD.4014350.1

Co-Counsel Defendant Woodland Enterprises, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113, rherman@hhke.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163, kmiller@frilot.com, by U.S. Mail and email upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

/s/ Stacy Bercun Bohm