# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Hernandez v. Knauf*, Case No. 2:09-cv-06050 (E.D.La.) | MAG. JUDGE WILKINSON |

**PLAINTIFFS' INTERROGATORIES CONCERNING
FEES AND COSTS ADDRESSED TO DEFENDANT
KNAUF PLASTERBOARD (TIANJIN) CO., LTD.**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, plaintiffs hereby request that defendant Knauf Plasterboard (Tianjin) Co., Ltd. respond to each of the following interrogatories.

## <u>DEFINITIONS</u>

As used herein, the following terms are defined as follows:

1.      "Defendant" means Knauf Plasterboard (Tianjin) Co., Ltd.

2.      "You", "your" or "your company" means Knauf Plasterboard (Tianjin) Co., Ltd., including relevant predecessors, successors, subsidiaries, departments, divisions and/or affiliates, and including, without limitation, any organization or entity which it manages or controls, together with all present and former directors, officers, employees, agents, representatives or any persons acting or purporting to act on its behalf.

3.      "Person" means, without limitation, any natural person, corporation, partnership, proprietorship, joint venture, association, government entity, group or other form of legal entity.

4.      "Relating to," "referring to," "regarding" or "with respect to" means, without limitation, the following concepts:  discussing, describing, reflecting, dealing with, pertaining to, analyzing, evaluating, estimating, constituting, studying, surveying, projecting, assessing,

recording, summarizing, criticizing, reporting, commenting or otherwise involving, in whole or in part.

5.   "Or" should be construed so as to require the broadest possible response.  If, for example, a request calls for information about "A" or "B", you should produce all information about A and all information about B, as well as all information about collectively A and B.  In other words, "or" should be read as "and/or."

6.   "Including" is used to emphasize the type of information requested and should not be construed as limiting the interrogatory in any way.

7.   "Any" should be construed, when possible, to mean "any and all."

8.   "Chinese drywall" refers to drywall, plasterboard or wallboard manufactured in China.

9.   "Hernandez trial" refers to the trial of claims brought by Tatum B. Hernandez and Charlene M. Hernandez, individually and on behalf of their minor children, Grant M. Hernandez and Amelia C. Hernandez, against Knauf Plasterboard Tianjin Co., Ltd. and others in the action filed in the United States District Court for the Eastern District of Louisiana on September 1, 2009, captioned as *Hernandez v. Knauf Gips KG, et al.*, Case No. 09-6050 (E.D. La.), and transferred to and consolidated in MDL 2047.

10.   "Germano trial" refers to the trial of claims by Plaintiff-intervenors Deborah and William Morgan, Jerry and Inez Baldwin, Joe and Cathy Leach, Robert and Lisa Orlando, Fred and Vanessa Michaux, Preston and Rachel McKellar, and Steven and Elizabeth Heischober in the action filed in the United States District Court for the Eastern District of Virginia on May 1, 2009, captioned as *Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*, Case No. 2:09-cv-6687 (E.D. La.), and transferred to and consolidated in MDL 2047.

2

11.     "Cost" means, without limitation, the expenses incurred in connection with the litigation of legal claims.

12.     "Legal services" means, without limitation, the services provided by attorneys, paralegals, legal assistants and/or law firms.

## INSTRUCTIONS

1.     Unless otherwise noted, these interrogatories require responses for the time period from January 1, 2010 through March 31, 2010 (the "relevant time period").

2.     Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, these interrogatories are continuing in nature so that if, after answering, you acquire additional responsive knowledge or information, plaintiffs direct that you serve supplemental answers after acquiring such additional knowledge or information.

3.     If at any time after answering these interrogatories you determine that an answer you provided was false, you must immediately notify plaintiffs' counsel and provide amended answers as soon as reasonably possible.

4.     If you refuse to respond to any of these interrogatories based on a claim of privilege pursuant to Federal Rule of Civil Procedure 26(b)(5), you must provide a statement of the claim of privilege and all facts relied upon in support of that claim, including the parties involved, any dates involved, the relevant subject matter of the privileged material, any documents or ESI supporting the privileged information, including the dates, authors, recipients, title and subject matter, and present location of any documents or ESI involved.  In the case of attorney work product privilege, you must also identify the litigation for which the work product was prepared.

5.     If you answer any interrogatory by reference to business records pursuant to Federal Rule of Civil Procedure 33(d), identify such records by Bates number and the name of

your employee certifying the documents or ESI as business records for purposes of answering the interrogatory.

## INTERROGATORIES

### Interrogatory No. 1

During the relevant time period, what is the aggregate dollar amount of costs incurred by you in connection with your preparation for and defense of the Hernandez trial and how much money did you spend on each of the following categories of costs: (a) fees of the clerk and marshall; (b) fees for printed or electronically recorded transcripts; (c) fees and disbursements for printing and witnesses; (d) photocopy costs and trial exhibits; (e) docket fees; and (f) compensation for court-appointed experts?

### Interrogatory No. 2

During the relevant time period, what is the aggregate dollar amount of money you spent on legal services relating to your preparation for and defense of the Hernandez trial?

### Interrogatory No. 3

During the period from November 1, 2009 through February 28, 2010, what is the aggregate dollar amount of costs incurred by you in connection with your preparation for and defense of the Germano trial and how much money did you spend on each of the following categories of costs: (a) fees of the clerk and marshall; (b) fees for printed or electronically recorded transcripts; (c) fees and disbursements for printing and witnesses; (d) photocopy costs and trial exhibits; (e) docket fees; and (f) compensation for court-appointed experts?

### Interrogatory No. 4

During the period from November 1, 2009 through February 28, 2010, what is the aggregate dollar amount of money you spent on legal services relating to your preparation for and defense of the Germano trial?

4

Dated: July 9, 2010                         Respectfully submitted,


                                            /s/ Russ M. Herman
                                            Russ M. Herman, Esquire (Bar No. 6819)
                                            Leonard A. Davis, Esquire (Bar No. 14190)
                                            Stephen J. Herman, Esquire (Bar No. 23129)
                                            HERMAN, HERMAN, KATZ & COTLAR, LLP
                                            820 O'Keefe Avenue
                                            New Orleans, Louisiana 70113
                                            Phone: (504) 581-4892
                                            Fax: (504) 561-6024
                                            Ldavis@hhkc.com
                                            *Plaintiffs' Liaison Counsel*
                                            *MDL 2047*

                                            Arnold Levin (On the Brief)
                                            Fred S. Longer (On the Brief)
                                            Levin, Fishbein, Sedran & Berman
                                            510 Walnut Street, Suite 500
                                            Philadelphia, PA 19106
                                            215-592-1500 (phone)
                                            215-592-4663 (fax)
                                            Alevin@lfsblaw.com
                                            *Plaintiffs' Lead Counsel*
                                            *MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios                        Daniel E. Becnel, Jr.
Barrios, Kingsdorf & Casteix, LLP      Becnel Law Firm. LLC
701 Poydras Street, Suite 3650         P.O. Drawer H
New Orleans, LA 70139                  106 W. Seventh Street
Phone: (504) 524-3300                  Reserve, LA 70084
Fax: (504) 524-3313                    Phone: (985) 536-1186
Barrios@bkc-law.com                    Fax: (985) 536-6445
                                       dbecnel@becnellaw.com

5

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
  Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
  & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs' Interrogatories Concerning Fees and Costs Addressed to Defendant Knauf Plasterboard (Tianjin) Co., Ltd. has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 9th day of July 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
Ldavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

*Co-counsel for Plaintiffs*

7