UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL * MDL NO. 2047
PRODUCTS LIABILITY LITIGATION *
* SECTION: L
*
* JUDGE FALLON
*
* MAG. JUDGE
* WILKINSON

* * * * * * * * * * * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO:
Payton (09-7628 ) and Gross (09-6690 )

---

**GULF COAST DRYWALL CCD, LLC's
NOTICE OF RECEIVERSHIP AND STAY**

---

GULF COAST DRYWALL CCD, LLC, ("GCD") hereby files this notice of receivership and stay as described more specifically in the NOTICE OF RECEIVERSHIP AND STAY OF ALL PROCEEDINGS AGAINST DEFENDANT GULF COAST DRYWALL CCD, LLC attached hereto as Exhibit 1.

WHEREFORE, GULF COAST DRYWALL CCD, LLC. requests that this action be stayed by operation of law pending resolution of the receivership.

Dated this 16th day of July, 2010.

        Respectfully submitted,

        **PLAUCHE', SMITH & NIESET, L.L.C.**
        **(A Limited Liability Company)**

        BY: /s/ H. David Vaughan II
        **H. DAVID VAUGHAN II**
        **LA BAR ROLL #19194**
        1123 Pithon Street (70601)
        Post Office Drawer 1705
        Lake Charles, LA 70602-1705
        Telephone: 337/436-0522
        Facsimile: 337/436-9637
        Email: dvaughan@psnlaw.com
        Attorney for GULF COAST DRYWALL CCD, LLC.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that the above and foregoing SUGGESTION OF BANKRUPTCY has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

        **PLAUCHE', SMITH & NIESET, L.L.C.**
        **(A Limited Liability Company)**

        BY: /s/ H. David Vaughan II
        **H. DAVID VAUGHAN II**
        **LA BAR ROLL #19194**
        1123 Pithon Street (70601)
        Post Office Drawer 1705
        Lake Charles, LA 70602-1705
        Telephone: 337/436-0522
        Facsimile: 337/436-9637
        Email: dvaughan@psnlaw.com