UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| Sean and Beth Payton, et. al. v. Knauf Gips, KG, et al. Case No. 09-7628 _____ | ) ) ) ) ) ) | MAG. JUDGE WILKINSON |

## <u>ARMIN G. SEIFART AND LISA M. GORE SEIFART'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANTS CERTAIN HOMES, INC. AND MANNY'S DRYWALL</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Armin G. Seifart and Lisa Gore Seifart, hereby dismiss with prejudice all claims or causes of action against Defendants, Certain Homes, Inc. and Manny's Drywall,[1] in Plaintiffs' Omnibus Complaint (I), reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Armin G. Seifart and Lisa Gore Seifart shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. To the extent there are no other class members having any claims against these Defendants, Certain Homes and Manny's Drywall should be dismissed from this action in their entirety. Attached hereto as Exhibit "A" is correspondence from Ervin A. Gonzalez, counsel for Armin G. Seifart and Lisa Gore Seifart, dated July 15, 2010 specifically authorizing the undersigned to filed this Notice of Voluntary Dismissal.

---

[1] Although the instant notice of voluntary dismissal is requesting dismissal of Manny's Drywall, the real party in interest in Mandy's Drywall, Inc. Mandy's Drywall, Inc. is improperly identified in the complaint due to a typographical error.

1

2

Respectfully Submitted,

/s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing SEIFART PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail, or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

                                                    /s/ Leonard A. Davis_____