

**Colson
Hicks
Eidson**

ERVIN A. GONZALEZ
Board Certified Civil &
Business Trial Attorney

July 15, 2010

Mr. Leonard Davis
Herman Herman Katz O'Keefe
820 Okeefe Avenue, Suite 100
New Orleans, LA 70113

    **RE:   Chinese Manufactured Drywall Products Liability Litigation
           MDL No. 2047 – Seifart Notice of Voluntary Dismissal**

Dear Leonard:

    We respectfully request that you file a Notice of Voluntary Dismissal with Prejudice of Defendants Certain Homes, Inc. and Manny's Drywall, Inc. on behalf of our clients, Armin G. Seifart and Lisa Gore Seifart. Although we are requesting voluntary dismissal of Manny's Drywall, the real party in interest in Mandy's Drywall, Inc. Mandy's Drywall, Inc. is improperly identified in the complaint due to a typographical error.

                                        Very truly yours,

                                        Ervin A. Gonzalez
                                        Patrick Montoya

Enclosures as stated



PLAINTIFF'S
EXHIBIT
A

| The Law Firm of Colson, Hicks, Eidson, Colson, Matthews, Martinez, Gonzalez, Kalbac & Kane
| 255 Aragon Avenue | 2nd Floor | Coral Gables, Florida | 33134-5008
| T: 305.476.7400 | F: 305.476.7444 | W: colson.com