UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

CASE NO. MDL Docket No. 09-2047

SECTION L
JUDGE FALLON
MAGISTRATE JUDGE WILKINSON

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO THE
FOLLOWING CASE
Foster v. Northstar Holdings, Inc., et al.
No. 09-4320

_____/

**PLAINTIFF'S MOTION TO AMEND COMPLAINT**

Plaintiff Katherine Foster, by and through her counsel, respectfully moves this Honorable Court for an Order in the form appended hereto to amend the Complaint. This motion is brought pursuant to Fed. R.Civ.P. 15(a). Plaintiff Foster seeks to amend her complaint to detail new scientific research and testing which has been completed (and remains ongoing) subsequently to the filing of Foster's initial complaint. The substantial scientific research which has been conducted in both the public and private sectors has helped determine the mechanisms which render Chinese manufactured drywall defective and cause the damage to real and personal property in homes where it is installed. Plaintiff Foster must amend her complaint to reflect this new scientific evidence for purposes of determining whether insurance coverage exists in a declaratory judgment action now pending in Florida.

Leave to amend should be granted because amendments should be "freely given," there is no undue delay, bad faith or dilatory motive on the part of Plaintiff Foster in seeking this amendment, nor would any of the Defendants be unduly prejudiced by the proposed amendment.

Undersigned counsel does not believe that Counsel for Defendant Northstar will object to this relief and will advise the Court of Northstar's position shortly.

        Respectfully submitted,

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
Renee Melancon
Texas State Bar No. 24034573; LA #30273
**BARON & BUDD, P.C**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
bbrown@baronbudd.com
rmelancon@baronbudd.com
bsteckle@baronbudd.com

and

Jeremy W. Alters, Esquire
(Fla. Bar No. 111790)
Jeremy@alterslaw.com
Alters Law Firm, PA
4141 N. E. 2nd Ave., Suite 201
Miami, Florida 33137
Tel. 305-571-8550
Fax 305-571-8558

**Attorneys for Katherine L. Foster, Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of July, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III (Florida Bar No. 621609)