# EXHIBIT A



# Civil Action Group

| APS INTERNATIONAL PLAZA • 7800 GLENROY ROAD | (952) 831-7776 |
| --- | --- |
| MINNEAPOLIS, MN 55439-3122 | FAX (952) 831-8150 |
| | TOLL FREE (800) 328-7171 |
| Website: www.CivilActionGroup.com | TOLL FREE FAX (800) 538-5299 |
| Email address: SCS@civilactiongroup.com | |

Amato v Liberty Mutual Insurance Company
10-932 Section L Mag 2

Civil Action Group dba APS International is in the process of serving defendants in *Amato v. Liberty Mutual Insurance Company*, Case No. 10-932 (E.D.La.). There have been several complications with service that make it unlikely that we will be able to effectuate service on all defendants within the 120 day period provided by Fed.R.Civ.P. 4(m).

Based on recent attempts to serve the defendants below in other Chinese drywall cases, we do not currently have valid service addresses for these defendants:

- Right Way Finishing, Inc
- Graf's Drywall LLC
- Hinkle Drywall, Inc.
- Siesta Bay Custom Homes, LLC
- Beta Drywall, LLC

We are also anticipating the need to track down proper service addresses for other *Amato* defendants as well. Service on such defendants will be delayed until we are able to determine proper service addresses.

Further, due to recent defendant behavior in other drywall cases, we believe many defendants are deliberately evading service of process. For instance, we have made numerous unsuccessful attempts to serve defendants even where we have the correct service addresses. In several instances we have been repeatedly told that the registered agent of a corporate defendant is currently unavailable. We have also discovered that many named defendants have relocated after being successfully served in one of the other drywall cases. Defendants and others residing with defendants have also been reluctant to open doors or accept legal documents

Finally, we anticipate delays and other complications in instances where we have delivered documents to agents for service of process (*i.e.*, public and private sector). Based on

July 9, 2010
Page 2

our company's 30+ years of experience in handling service of process, rejection letters from these agents are often received by law firms up to 30-45 days after a document is served. Class counsel has already reported several instances where they have received such letters in this litigation. If this should happen in *Amato*, additional time will be needed to accomplish service of the document being returned along with the rejection letter.

In light of the above difficulties, I believe an extension of the 120 day period for service of process is necessary for us to accomplish service of the *Amato* complaint.

Sincerely,

Elizabeth Little
APS International, Ltd.
Domestic Division
liz@civilactiongroup.com