## CERTIFICATE OF SERVICE

I hereby certify that on July 16, 2010, the Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m), Memorandum in Support thereof, Notice of Hearing and Proposed Order, were served on Defendants' Liaison Counsel, Kerry Miller, and Home Builders and Installers Liaison Counsel, Phillip Wittmann, via email and United States first class mail, and upon all represented parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 16th day of July, 2010.

I further certify that service on all defendants on the attached list was made via First Class Mail at their last known address.

Dated: July 16, 2010

Arnold Levin, Esquire
Fred S. Longer, Esquire
Matthew C. Gaughan, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

| | *Omni V* |
|---|---|
| **Defendant** | **Service Address** |
| Ace Fire Underwriters Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Allied World Assurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American Guarantee and Liability Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American Home Assurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American International Specialty Lines Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American International Surplus Lines Agency, Inc. | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American Reliable Insurance Corporation | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| American Strategic Insurance Corporation | Chief Financial Officer<br>P. O. Box 6200<br>Tallahassee, Florida 32399 |
| American Zurich Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Amerisure Mutual Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Arch Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

| *Omni V* | |
|---|---|
| **Defendant** | **Service Address** |
| Assurance Company of America | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Atlantic Casualty Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge, LA 70804-9125 |
| Audubon Insurance Group | Darrell W. Alligood & John Cerami<br>4150 South Sherwood Forest Boulevard<br>Baton Rouge, LA 70816 |
| Auto-Owners Insurance Company | CT Corp System<br>4701 Cox Road, Ste. 301<br>Glen Allen, VA 23060 |
| Axis Surplus Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Bankers Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Builders Insurance Company | Paracorp Incorporated, 318 N. Carson St. #208<br>Carson City, NV 89701 |
| Builders Mutual Insurance Company | Richard W.E. Bland<br>5398 Twin Hickory Rd.<br>Glen Allen, VA 23059 |
| The Builders Risk Plan | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Canal Indemnity Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

| OMNI V ||
|---|---|
| **DEFENDANT** | **SERVICE ADDRESS** |
| Catlin Specialty Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.) | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Chubb Custom Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Continental Casualty Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Crum & Forster Specialty Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Employers Insurance Company of Wausau | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Endurance American Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Endurance Specialty Insurance Ltd.<br>(FOREIGN CORPORATION) | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Essex Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| FCCI Commercial Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| FCCI Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

| *Omni V* | |
|---|---|
| **Defendant** | **Service Address** |
| Fireman's Fund Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| First Commercial Insurance Company | Chief Financial Officer<br>P. O. Box 6200<br>Tallahassee, FL 32399 |
| General Fidelity Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| General Security Indemnity Company of Arizona | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Granada Insurance Company | Chief Financial Officer<br>P.O. Box 6200<br>Tallahasee, FL 32301 |
| Great American Assurance Company member of Zurich North American | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Greenwich Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| The Hanover American Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Hanover Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Harleysville Mutual Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Heath Insurance Brokers, Incorporated | National Registered Agents, Inc.<br>145 Baker Street<br>Marion, OH 43302 |
| Illinois National Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

| | |
|---|---|
| *OMNI V* | |
| **DEFENDANT** | **SERVICE ADDRESS** |
| The Insurance Company of the State of Pennsylvania | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Interstate Fire & Casualty Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Landmark American Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Lexington Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Liberty Mutual Insurance Company | Corporation Service Company<br>320 Somerulos St.<br>Baton Rouge, LA 70802-6129 |
| Louisiana Home Builders Association General Liability Trust, a Louisiana entity | 4970 Bluebonnet Blvd., Suite A<br>Baton Rouge, Louisiana 70809 |
| Markel Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Mid-Continent Casualty Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Mount Hawley Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| National Union Fire Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| National Union Fire Insurance Company of Pittsburgh, PA | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Nationwide Mutual Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Nationwide Mutual Fire Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

| OMNI V | |
|---|---|
| **DEFENDANT** | **SERVICE ADDRESS** |
| Nationwide Property and Casualty Insurance Company | CT Corp. 4701 Cox Rd., Ste. 301, Glen Allen, VA 23060. |
| Nautilus Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| North American Specialty Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| The North River Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Old Dominion Insurance Company | Chief Financial Officer<br>P.O. Box 6200<br>Tallahassee, FL 32399 |
| Old Republic Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Owners Insurance Company | CT Corp System<br>4701 Cox Rd. Ste. 301<br>Glen Allen, VA 23060 |
| Quanta Indemnity Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| RLI Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| RSUI Group, Inc. | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Safeco Insurance Company of America<br>FOREIGN CORPORATION | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Scottsdale Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Southern-Owners Insurance Company | Chief Financial Officer<br>200 East Gaines Street<br>Tallahassee, FL 32399 |

| *Omni V* | |
|---|---|
| **Defendant** | **Service Address** |
| SR International Business Insurance Company Ltd. | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Standard Fire Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| State Farm Fire and Casualty Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Steadfast Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| St. Paul Fire & Marine Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Sunshine State Insurance Company | Chief Financial Officer<br>P. O. Box 6200<br>Tallahassee, FL 32399 |
| Swiss Re International SE | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Travelers Indemnity Company of Connecticut | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Underwriters at Lloyd's, London | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Vinings Insurance Company | Chief Financial Officer<br>P.O. Box 6200<br>Tallahassee, FL 32399 |
| Wausau Underwriters Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |

**OMNI V**

| Defendant | Service Address |
| --- | --- |
| Wesco Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Westchester Surplus Lines Insurance Company | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| XL Europe Ltd.<br>(FOREIGN CORPORATION) | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| XL Insurance Company Ltd., a/k/a XL Insurance America, Inc. | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Zurich American Insurance Company<br>(FOREIGN CORPORATION) | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| Zurich North America | Louisiana Secretary of State<br>P.O. Box 94125<br>Baton Rouge LA 70804-9125 |
| 84 Lumber Company | CT Corporation System<br>5615 Corporate Blvd., Ste. 400B<br>Baton Rouge, Louisiana 70808 |
| 84 Lumber Company, LP | CT Corporation System<br>5615 Corporate Blvd., Ste. 400B<br>Baton Rouge, Louisiana 70808 |
| Advantage Builders of America, Inc. | Steven J. Magner<br>11796 Metro Parkway, Suite C<br>Ft Myers, FL 33966 |
| Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc. | Steven J. Magner<br>11796 Metro Parkway, Suite C<br>Ft Myers, FL 33966 |
| Alana Development Corporation | Allen Dropps<br>4425 US Hwy 1 South #209<br>St. Augustine, Florida 32086 |
| Albanese-Popkin The Oaks Development Group, L.P. | Edward D. Popkin<br>1200 S. Rogers Circle, Suite #11,<br>Boca Raton, Florida 33487 |

| *Omni V* | |
|---|---|
| **Defendant** | **Service Address** |
| Aubuchon Homes, Inc. | Gary Aubuchon<br>1310 SE 4th Terrace<br>Cape Coral, Florida 33991 |
| Bailey Lumber & Supply | John Howard Shows<br>2950 Layfair Drive, Suite 101<br>Flowood, MS 39232 |
| Bailey Lumber & Supply Company of Biloxi | Sherwood Bailey<br>Bailey Building<br>Washington Avenue<br>Gulfport, MS 39507 |
| Banner Supply Co. | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Company Ft. Myers, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Company Pompano, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Company Port St. Lucie, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply Company Tampa, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Banner Supply International, LLC | GY Corporate Services, Inc.<br>Two South Biscayne Blvd., Suite 3400<br>Miami, FL 33131 |
| Barony Homes, Inc. | Michael A. Donnelly<br>2508 Del Prado Blvd. S<br>Cape Coral, FL 33904 |

| | *Omni V* |
|---|---|
| **Defendant** | **Service Address** |
| Beazer Homes Corp. | Corporation Service Company<br>1201 Hayes Street<br>Tallahassee, FL 32301 |
| Beta Drywall, LLC | Michael B. Watkins<br>6601 Lyons Road, A-3<br>Coconut Creek, FL 33073 |
| Black Bear Gypsum Supply, Inc | Gina Milinovich<br>2050 Tall Pines Drive, Suite B<br>Largo, FL 33771 |
| Black Bear Gypsum, LLC | Gina Milinovich<br>2050 Tall Pines Drive, Suite B<br>Largo, FL 33771 |
| Centerline Homes of Delray, Inc. | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Homes at Georgetown, LLC | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Homes at Port St. Lucie, LLC | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Homes at Tradition, LLC | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Homes at Vizcaya, Inc. | Jeffrey Kronengold, Esquire<br>825 Coral Ridge Drive<br>Coral Springs, FL 33071 |
| Centerline Homes Construction, Inc. | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Homes, Inc. | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |
| Centerline Port St. Lucie, Ltd | Leopold, Korn & Leopold, P.A.<br>20801 Biscayne Blvd., Ste 501<br>Miami, FL 33180 |

| Omni V | |
|---|---|
| **Defendant** | **Service Address** |
| Daelen of Tangipahoa, LLC | T. Jay Seale<br>200 North Cate Street<br>Hammond, LA 70401 |
| Design Drywall of South Florida, LLC | Federico Garcia<br>8221 Coral Way<br>Miami, Fl 33155 |
| E. Jacob Fakouri Construction, Inc. | Elias Jacob Fakouri<br>15735 Florida Blvd.<br>Baton Rouge, LA 70819 |
| F. Vicino and Company, Inc. | Frank Vicino, Jr.<br>15 NE 2nd Avenue<br>Deerfield Beach, FL 33441 |
| Gateway Drywall, Inc. | Michael N. Motto, Jr.<br>3091 SE Jay Street<br>Stuart, FL 34997 |
| Gooden Homes, LLC | V.M. Wheeler, III<br>201 St. Charles Ave., 40th Floor<br>New Orleans, LA 70170-4000 |
| Graf's Drywall, LLC | Russell Graf<br>57460 St. Alexander Road<br>Husser, Louisiana 70442 |
| Gryphon Construction, LLC | Thomas O. Wells, P.A.<br>540 Biltmore Way<br>Coral Gables, FL 33134 |
| Gryphon Corporation | Warren S. Wepman<br>3635 Bougainville Road<br>Miami, FL 33133 |
| Hinkle Drywall, Inc. | Gary S. Hinkle<br>1460 Booth Drive<br>Valrico, FL 33594 |
| Interior/Exterior Building Supply, LP | 727 S. Cortez St<br>New Orleans, LA 70119 |
| Interior/Exterior Enterprises, LLC | Clayton C. Geary<br>727 S. Cortez St<br>New Orleans, LA 70119 |
| JM Interiors, Inc. | John J. Morin<br>2208 SW Abalon Circle<br>Port Saint Lucie, FL 34953 |

Page 11 of 16

| OMNI V | |
|---|---|
| **DEFENDANT** | **SERVICE ADDRESS** |
| L&W Supply Corporation d/b/a Seacoast Supply Company | CT Corporation System<br>5615 Corporate Blvd. Ste. 400B<br>Baton Rouge, LA 70808 |
| Lennar Corporation | CT Corporation System<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324 |
| Lennar Homes, LLC | CT Corporation System<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324 |
| Louran Builders, Inc. | Vincent C. Montalto, Jr.<br>414 SW Dalton Circle<br>Port St Lucie, FL 34953 |
| MATSA Construction Company, Inc. | Mateo Sanchez<br>16800 SW 248 Street<br>Homestead, FL 33031 |
| Mayeaux Construction, Inc. | Phillip G. Mayeaux<br>14 Carolina Ct.<br>Covington, LA 70433 |
| Mazer's Discount Home Centers, Inc | Michael Mazer<br>816 Green Springs Highway<br>Birmingham, AL 35209 |
| Medallion Homes Gulf Coast, Inc. | Carlos M. Beruff<br>2212 58th Ave., E<br>Bradenton, FL 34203 |
| M/I Homes, Inc. | CT Corporation System<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324 |
| M/I Homes of Tampa, LLC | CT Corporation System<br>1200 S. Pine Island Rd.<br>Plantation, FL 33324 |
| Morrison Homes, Inc. | NRAI Services, Inc.<br>2731 Executive Park Drive<br>Suite 4<br>Weston, FL 33331 |
| Northstar Holdings at B and A, LLC | Scott Worley<br>1732 S. Congress Ave., Ste 335<br>Palm Springs, FL 33461-2140 |

| OMNI V | |
|---|---|
| **DEFENDANT** | **SERVICE ADDRESS** |
| Northstar Homebuilders, Inc. | Mario Aguilar<br>5901 SW 74th Street, Ste 411<br>Miami, FL 33143 |
| Northstar Homes, Inc | Scott Worley<br>1732 S. Congress Ave., Ste 335<br>Palm Springs, FL 33461-2140 |
| Ocean Coast Drywall, Inc f/k/a Ocean Coast Drywall of S. Florida, Inc | Peter Chamberland<br>3431 SW 11th Street<br>Deerfield Beach, FL 33442 |
| The Overlook, LLC | Steven A. Middleton<br>9030 Stony Point Parkway, Ste 500<br>Richmond, VA 23235 |
| Overlook Point, LLC | Kenneth L. Allen<br>109 Nat Turner Blvd.<br>Newport News, VA 23606 |
| Parallel Design & Development, LLC | John Cussen<br>1409 Birch Leaf Road<br>Chesapeake, VA 23320 |
| The Porter Blaine Company | Richard E. Biemiller<br>Convergence Center IV<br>301 Bendix Road, Ste 500<br>Virginia Beach, VA 23452 |
| Precision Drywall, Inc. | Jose J. Barajas<br>352 Tall Pines Road, Unit E<br>West Palm Beach, FL 33413 |
| Premier Communities, Inc. | LPS Corporate Services, Inc.<br>46 North Washington Blvd. #1<br>Sarasota, Fl 34236 |
| Ray Beck, Inc. | Raymond L. Beck, Jr.<br>1197 Salem Drive<br>Slidell, LA 70461 |
| Residential Drywall, Inc. | Andrea M. Fair, Esq.<br>1010 N. Florida Avenue<br>Tampa, FL 33602 |
| Right Way Finishing Inc. | Adam Ray<br>13089 Cypress Swamp Drive<br>Geismar, LA 70734 |

| | Omni V |
|---|---|
| **Defendant** | **Service Address** |
| R.J.L. Drywall, Inc. | Lawrence A. Fitch<br>8181 Bayshore Road<br>Fort Myers, FL 33917 |
| Saturno Construction AB, Inc. | Alberto Munoz<br>1621 SE Mariner Lane<br>Port St. Lucie, FL 34983 |
| Siesta Bay Custom Homes, LLC | Deborah Prichard<br>15750 Quail Trail<br>Fort Myers, FL 33912 |
| Smoky Mountain Materials, Inc | William B. Batting<br>8040 Old Palafox Street<br>Pensacola, FL 32534 |
| Southwell Homes, LLC | David W. Southwell CPA, PLLC<br>16191 NW 57th Ave<br>Miami, FL 33014 |
| Sterling Communities, Inc. | Howard Dubosar<br>120 East Palmetto Park Road, Suite 100<br>Boca Raton, FL 33432 |
| Sterling Communities Realty, Inc. | Howard Dubosar<br>120 East Palmetto Park Road, Suite 100<br>Boca Raton, FL 33432 |
| Summit Contractors, Inc. | Charles N. Branton<br>200 Commercial Square Road<br>Slidell, LA 70461 |
| Summit Homes Of LA, Inc. | Denise Lindsey<br>486 Brownswitch Road<br>Slidell, LA 70458 |
| Summit Homes, LLC n/k/a PHL Construction, LLC | Arthur A. Lancaster, Jr.<br>7525 Picardy Ave., Ste 220<br>Baton Rouge, LA 70808 |
| Sunrise Custom Homes & Construction, LLC | David Allen<br>3598 Sligo Road<br>Haughton, LA 71037 |

| | OMNI V |
|---|---|
| **DEFENDANT** | **SERVICE ADDRESS** |
| Taylor Morrison of Florida, Inc. | NRAI Services, Inc.<br>2731 Executive Park Drive, Suite 4<br>Weston, FL 33331 |
| Taylor Morrison, Inc. | NRAI Services, Inc.<br>2731 Executive Park Drive, Suite 4<br>Weston, FL 33331 |
| Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc. | NRAI Services, Inc.<br>2731 Executive Park Drive, Suite 4<br>Weston, FL 33331 |
| Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company | NRAI Services, Inc.<br>2731 Executive Park Drive, Suite 4<br>Weston, FL 33331 |
| Tobin Trading, Inc. | Phillip William Perry, Jr.<br>5008 Gatehouse Way<br>Virginia Beach, VA 23455 |
| USG Corporation | The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 |
| Velvet Pines Construction, LLC | John T. Barry<br>19214 Wymer Road<br>Covington, LA 70435 |
| Venture Supply Company | Richard E. Biemiller<br>Convergence Center IV<br>301 Bendix Road, Ste 500<br>Virginia Beach, VA 23452 |
| Venture Supply, Inc. | Richard E. Biemiller<br>Convergence Center IV<br>301 Bendix Road, Ste 500<br>Virginia Beach, VA 23452 |
| Vicinity Drywall, Inc. | Brian P. White<br>5257 NW Gamma Street<br>Port St Lucie, FL 34986 |

| *Omni V* | |
|---|---|
| **Defendant** | **Service Address** |
| Ybarzabal Contractors, LLC | Wade J. Ybarzabal<br>200 Oak Island Drive<br>Mandeville, Louisiana 70448 |