### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | **MDL NO. 2:09-md-02047** |
| **DRYWALL PRODUCTS LIABILITY** | * | |
| **LITIGATION** | * | **JUDGE FALLON** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAGISTRATE WILKINSON** |
| | * | |
| **SEAN AND BETH PAYTON, et al** | * | |
| **VS.** | * | |
| **KNAUF GIPS, et al** | * | |
| **CASE NO. 2:09-cv-7628** | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### NOTICE OF HEARING FOR
### JOHN KORN BUILDERS, LLC'S MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that Defendant, John Korn Builders, LLC, will bring on for

hearing its Motion for Summary Judgment before the Honorable Judge Eldon E. Fallon, United

States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street,

New Orleans, Louisiana 70130, on the 11th day of August, 2010 at 9:00 a.m. or as soon thereafter

as counsel may be heard.

Respectfully submitted, this 16th day of July, 2010.

JOHN KORN BUILDERS, LLC

By: _/s/ Kevin L. Cole_
KEVIN L. COLE, LA Bar No. 04248

**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email:  agibson@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
   BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,   New Orleans, Louisiana 70113,  rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 16th day of July, 2010.

  */s/ Kevin L. Cole*
KEVIN L. COLE, LA Bar No. 04248