**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * | **MDL NO. 2:09-md-02047** |
| **SEAN AND BETH PAYTON, et al VS. KNAUF GIPS, et al CASE NO. 2:09cv07628** | * | **JUDGE FALLON** |
| | * | **MAGISTRATE WILKINSON** |
| **AND** | * | |
| **DAVID GROSS, et al VS. KNAUF GIPS, et al CASE NO. 2:09cv06690** | * | |

*** * * * * * * * * * * * * * * * * * * * * * * * ***

**<u>AFFIDAVIT OF JOHN L. KORN, JR.</u>**

STATE OF MISSISSIPPI

COUNTY OF HARRISON

PERSONALLY APPEARED BEFORE ME, the undersigned authority in and for the State and County aforesaid, the within named John L. Korn, Jr., who, after having been by me first duly sworn, on oath stated as follows:

1. My name is John L. Korn, Jr., and I am a competent, adult resident citizen of Harrison County, Mississippi.

2. I give this affidavit based upon my own personal knowledge.

3. I am a Member of John Korn Builders, LLC, which is a Mississippi Limited Liability Company since 2004.



4. John Korn Builders, LLC is not in the business of manufacturing, distributing, delivering, supplying, inspecting, marketing, and/or selling drywall for sale to the general public or any person or entity. More specifically, John Korn Builders, LLC is only in the business of overseeing construction of projects.

5. The lawsuits at issue brought by Marshall & Tasha Eleuterius and Gregory & Elizabeth Eleuterius arise from the construction of the Elueteriuses' homes in Biloxi, Mississippi. Although these homes are situated in Biloxi, they are in Jackson County, Mississippi. John Korn Builders, LLC had no contract with any other Plaintiff listed in the subject lawsuits.

6. I, on behalf of John Korn Builders, LLC, entered into a contract with Marshall Eleuterius on February 5, 2006, for the construction of his home located at 6405 Seawinds Boulevard in Biloxi, Mississippi. A true and correct copy of the contract is attached hereto as **Exhibit 1**. Final payment was received from Marshall on or about September 18, 2006.

7. I, on behalf of John Korn Builders, LLC, entered into a contract with Greg Eleuterius on June 21, 2006, for the construction of his home located at 6401 Seawinds Boulevard in Biloxi, Mississippi. A true and correct copy of the contract is attached hereto as **Exhibit 2**. Final payment was received from Greg on or about November 16, 2006.

8. Although John Korn Builders, LLC contracted to be the Eleuteriuses' builder, it did not select, purchase, supply, install or in any other way place defective drywall in the Eleuteriuses' homes. In fact, the Eleuteriuses each had their own credit accounts at Bailey Lumber & Supply Company ("Bailey") for the purchase of supplies for the construction of their homes. Through their respective accounts at Bailey, the Eleuteriuses purchased all drywall that

was ultimately placed in their homes. John Korn Builders, LLC did not recommend or tell the Eleuteriuses to purchase any particular drywall.

9. Not only did the Eleuteriuses independently purchase the drywall used in the construction of their homes, they independently paid the subcontractors to install the drywall. John Korn Builders, LLC did not install any drywall in the Eleuteriuses' homes or pay any subcontractors to install the drywall.

10. At the time the Eleuteriuses' homes were built, there were no warnings about Chinese drywall, and John Korn Builders, LLC, was not aware of and had no way of knowing about the effects of Chinese drywall.

11. John Korn Builders, LLC is not an expert in drywall and has never purported to be an expert in drywall, and therefore, John Korn Builders, LLC had no way of knowing that the drywall purchased by the Eleuteriuses and installed by subcontractors paid for by the Eleuteriuses was defective.

12. To this date, none of the Eleueriuses have notified John Korn Builders that any of the work was noncompliant with the applicable building codes or standards.

13. Because John Korn Builders, LLC did not select, purchase, supply, install any drywall installed in the Eleuteriuses' homes, it did NOT 1) pass off goods or services as those of another; 2) misrepresent the source, sponsorship, approval or certification of goods or services; 3) misrepresent affiliation, connection or association with, or certification by another; 4) misrepresent designations of geographic origin in connection with goods or services; 5) represent the goods or services as having sponsorship, approval, characteristics, ingredients, uses, benefits or qualities that they do not have; 6) represent the goods are original or new if they are reconditioned, reclaimed, used, or second hand; 7) represent the goods or services are of a

particular standard, quality, or grade, or that goods are of a particular style or model, if they are of another; 8) disparage the goods, services, or business of another by false or misleading representation of fact; 9) Advertise goods or services with intent not to sell them as advertised; 10) Advertise goods or services with intent not to supply reasonably expected public demand; or 11) misrepresent facts concerning the reasons for, existence of, or amounts of price reductions.

14. In short, John Korn Builders, LLC made absolutely no representations or misrepresentations of any kind concerning the drywall purchased by the Eleuteriuses and installed by others paid for by the Eleuteriuses.

FURTHER AFFIANT SAITH NOT.

JOHN L. KORN, JR., Member of
John Korn Builders, LLC

SWORN TO AND SUBSCRIBED BEFORE ME, this the 16th day of July, 2010.

(Seal)

NOTARY PUBLIC

My Commission Expires: MY COMMISSION EXPIRES: MAY 10, 2011

STATE OF MISSISSIPPI

COUNTY OF HARRISON

This agreement made and entered into this day by and between Marshall Eleuterius herein after referred to as Owner, and John Korn Builders hereinafter referred to as Contractor:

WITNESSETH:

For and in consideration of the promise of work to be performed by Contractor, and the promise of monies to be paid by Owner, all as hereinafter set forth and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the parties do agree as follows, to wit:

1. The undersigned Contractor agrees to perform work as hereinafter set forth in property of owner as described as 6405 Seawinds Blvd. Biloxi. The work to be performed by Contractor shall consist of constructing a dwelling in the aforesaid property according to the attached plans and specification, initialed by both Contractor and Owner.

2. The Owner shall pay all cost related to the construction of the dwelling. Costs shall include, but not be limited to labor, materials, licenses, surveys and insurance plus applicable taxes.

3. Owner will pay all cost of construction plus $ 18,000.00 as contractor compensation for overseeing construction. The Owner recognizes that the cost of construction estimated by the Contractor is subject to change and hereby holds Contractor harmless for any changes in the cost of labor or materials.



4. The Owner has deposited with the Contractor ___Ø___ to begin construction and will be applied to the first draw. The overseeing will break-down as the following: $4000.00 upon foundation being poured, $8000.00 upon black-in inspection, and remaining $6000.00 upon completion.

5. Contractor agrees to furnish a one year Home Warranty upon final inspection and final payment of all amounts due under the agreement including any construction work done by the Contractor or his employees. The dwelling shall be considered complete upon issuance of the final inspection by the code office.

6. All persons used by Contractor in the performance of these work shall be Independent or Sub-Contractors of John Korn Builders and shall not be considered employees of the owner. The Owner shall reimburse contractor for all sub-contractor invoices for labor and materials.

7. Contractor shall pay all sub-contractors and be reimbursed by Owner. Owner shall pay all materials bills directly to suppliers.

8. Owner shall furnish builder's risk insurance and contractor shall provide workman's compensation coverage for all contractors employees.

9. Owner shall provide survey.

WITNESS OUR SIGNATURES, this the 5th day of Feb., 2006

OWNER: [signature]

ADDRESS:

CONTRACTOR:

BY: [signature]

ADDRESS:
15094 Lorraine Rd.
Biloxi Ms. 39532

STATE OF MISSISSIPPI

COUNTY OF HARRISON

This agreement made and entered into this day by and between Greg Eleuterius herein after referred to as Owner, and John Korn Builders hereinafter referred to as Contractor:

WITNESSETH:

For and in consideration of the promise of work to be performed by Contractor, and the promise of monies to be paid by Owner, all as hereinafter set forth and other good and valuable consideration, the receipt of all of which is hereby acknowledged, the parties do agree as follows, to wit:

1. The undersigned Contractor agrees to perform work as hereinafter set forth in property of owner as described as 6401 Seawind Blvd Biloxi Ms. The work to be performed by Contractor shall consist of constructing a dwelling in the aforesaid property according to the attached plans and specification, initialed by both Contractor and Owner.

2. The Owner shall pay all cost related to the construction of the dwelling. Costs shall include, but not be limited to labor, materials, licenses, surveys and insurance plus applicable taxes.

3. Owner will pay all cost of construction plus 27098.00 as contractor compensation for overseeing construction. The Owner recognizes that the cost of construction estimated by the Contractor is subject to change and hereby holds Contractor harmless for any changes in the cost of labor or materials.



4. The Owner has deposited with the Contractor ___0___ to begin construction and will be applied to the first draw. The overseeing will break-down as the following: 7,098.00 upon foundation being poured, 10,000.00 upon black-in inspection, and remaining 10,000.00 upon completion.

5. Contractor agrees to furnish a one year Home Warranty upon final inspection and final payment of all amounts due under the agreement including any construction work done by the Contractor or his employees. The dwelling shall be considered complete upon issuance of the final inspection by the code office.

6. All persons used by Contractor in the performance of these work shall be Independent or Sub-Contractors of John Korn Builders and shall not be considered employees of the owner. The Owner shall reimburse contractor for all sub-contractor invoices for labor and materials.

7. Contractor shall pay all sub-contractors and be reimbursed by Owner. Owner shall pay all materials bills directly to suppliers.

8. Owner shall furnish builder's risk insurance and contractor shall provide workman's compensation coverage for all contractors employees.

9. Owner shall provide survey.

WITNESS OUR SIGNATURES, this the 21st day of JUNE, 2006

OWNER: [signature]

GREGORY P. ELEUTERIUS, SR

ADDRESS:
6401 SEAWINDS BLVD
BILOXI, MS. 39532

CONTRACTOR:

BY: [signature]

ADDRESS:
15094 Lorraine Rd
Biloxi MS.