# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS STREET 40TH FLOOR
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

www.gjtbs.com

JOHN E. GALLOWAY
J. MICHAEL JOHNSON (1945-2001)
JAMES M. TOMPKINS
TIMOTHY F. BURR — OF COUNSEL
THOMAS J. SMITH
LARRY G. CANADA
RICHARD G. DUPLANTIER, JR.
J. MICHAEL GRIMLEY, JR.
MARK R. PHARR, III
JASON P. WAGUESPACK
GERALD A. MELCHIODE
W. DAVID JESTER
KEVIN A. MARKS
KEVIN L. COLE
LEO PICKETT
RICHARD E. KING
DORIS T. BOBADILLA
TIMOTHY W. HASSINGER
NATASHA Z. WILSON
B. SCOTT TRAWEEK
JAMES A. PRATHER
MARY LOU SUMMERVILLE
STEPHEN J. MOORE
KIMBERLY D. ANDERSON
PHILLIP S. HOWELL
LYNNE JUNEK SHANNON
CYNTHIA J. THOMAS
LAMBERT J. HASSINGER, JR.
PATRICK W. GROWNEY
JULIE F. VAICIUS
TERESA LEYVA MARTIN
KEVIN M. BANDOM
MICHAEL D. TONEBRAKE
FREDERICK W. SWAIN
JAMES T. BAILEY

1301 MCKINNEY STREET, SUITE 1400
HOUSTON, TEXAS 77010
TELEPHONE (713) 599-0700
TELECOPY (713) 599-0777

4021 AMBASSADOR CAFFERY PARKWAY
BUILDING A, SUITE 175
LAFAYETTE, LOUISIANA 70503
TELEPHONE (337) 735-1760
TELECOPY (337) 993-6933

7710 CARONDELET AVENUE, SUITE 404
ST. LOUIS, MISSOURI 63105
TELEPHONE (314) 725-0525
TELECOPY (314) 725-7150

620 EAST TWIGGS STREET, SUITE 307
TAMPA, FLORIDA 33602
TELEPHONE (813) 977-1200
TELECOPY (813) 977-1288

118 EAST GARDEN STREET
PENSACOLA, FLORIDA 32502
TELEPHONE (850) 436-7000
TELECOPY (850) 436-7099

#3 SANCTUARY BOULEVARD
THIRD FLOOR
MANDEVILLE, LOUISIANA 70471
TELEPHONE (985) 674-6680
TELECOPY (985) 674-6681

2510 14th Street, Suite 910
GULFPORT, MISSISSIPPI 39501
TELEPHONE (228) 214-4250
TELECOPY (228) 214-9650

106 ST. FRANCIS STREET, SUITE 507
MOBILE, ALABAMA 36602
TELEPHONE (251) 438-7850
TELECOPY (251) 438-7875

JENNIFER L. SIMMONS
KELLY C. HARTMANN
MARY E. LORENZ
KEVIN F. BRUCE
K. SCOTT WARRICK
CHARLES E. SCHAUB
MARK E. SEAMSTER
CARLINA C. EISELEN
GREGORY M. HOWARD
IAN F. MCNEILL
STEPHANIE DOVALINA
TIMOTHY K. EVERHART
THOMAS M. LONG
AMBER H. WAIT
JENNIFER L. COOPER
MALCOLM B. SONNIER
JONATHAN B. MINCHIN
JONATHAN D. YOUNG
PAUL J. HAMLIN, JR.
AMANDA KURZ
KELLI E. GUNTER
BRANDI M. LORIO
ANJALI A. PARIKH
JAMES J. REEVES, II
CULLEN J. BROWN
SHANNON E. BROWN
ALLISON GOERTZ
JEFFREY A. GADBOYS
JOHN W. MCCLURKIN
KATHERINE O. BURKART
ADRAON D. GREENE
M. LEE REEDER
BENJAMIN J. ZIMMERN
MATTHEW J. BARNHART

SPECIAL COUNSEL

LISA R. TANET
JEFF LANGRY
KIMBERLY A. DIAMOND
ROBIN SYLVESTER CRADDOCK
JASON R. MOSLEY
TODD M. LADOUCEUR

MARGARET A. FRASION
PETER A. BOURGEOIS
TIFFANY MANN COLLINS
JESSIE S. HAYNES
H. WESLEY PITTS
RANDY L. HOTH
DAVID M. MORAGAS
KATHRYN PREARD PLATT
MICHAEL E. NELAUD, JR.
ANDREA L. ALBERT
RON I. CAPEHART
JEFFREY D. GREEN
MATTHEW J. LINDSAY
BOBBY S. HAWKINS
JASON J. MARKEY
DAVID R. LOPPS
ANDREW V. GIBSON
CHERRELL R. SIMMS
WILLIAM J. PERRY
MEGAN A. WHITLOCK

Please Respond To The New Orleans Office

May 14, 2010

VIA EMAIL & U.S. MAIL

Daniel K. Bryson, Esq.
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
akf@lewis-roberts.com

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
rherman@hhkc.com
ldavis@hhkc.com

RE: *Payton v. Knauf Gips KG, et. al.*, Chinese Drywall Class Action
Case 2:09-cv-07628-EEF-JCW
Plaintiffs: Marshall Eleuterius and Gregory Eleuterius
MDL NO. 2:09-md-02047



EXHIBIT B

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

Plaintiffs' Counsel
May 14, 2010
Page -2-

Dear Counselors:

Our firm represents John Korn Builders, LLC in the above referenced lawsuit. As you are aware, the only plaintiffs who allege to have a claim against John Korn Builders in this class action are Marshall and Tasha Eleuterius and their neighbors Gregory and Elizabeth Eleuterius.

Though we note the content of the Complaint includes allegations from your clients that our client, as the Eleuterius' home builder, supplied and/or installed defective Chinese drywall in the Eleuterius' homes, our investigation reveals both Marshall and Gregory each had their own credit accounts at Bailey Home Lumber for the purchase of supplies for the construction of their home. Additionally, our investigation reveals that each homeowner purchased and installed all drywall in the subject homes. We respectfully request that you confirm these facts with your clients as John Korn Builders is quite adamant that they had nothing to do with the selection, purchase, or installation of any drywall in your clients' homes. Accordingly, please let us know within ten (10) days whether you will voluntarily dismiss John Korn Builders from this lawsuit..

We appreciate our attention to this matter, and we look forward to hearing from you in the near future.

Sincerely yours,

*Kathryn Platt*

Larry G. Canada
Kathryn Breard Platt

LGC/KBP:kbp