# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
**ATTORNEYS AT LAW**

Richard M. Lewis
James A. Roberts, III
Winston L. Page, Jr.
Timothy S. Riordan
Daniel K. Bryson
John D. Elvers
Brian D. Lake
John H. Ruocchio
Gary V. Mauney
Kimberly R. Wilson *
Jeffrey A. Misenheimer

Paul R. Dickinson, Jr.
Matthew C. Bouchard **
Paul C. McCoy
Sarah C. Blair
Scott C. Harris
Melissa K. Walker
William J. Blakemore
J. Timothy Wilson
Brooke N. Albert
Ashley B. Currin

3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Mailing Address
Post Office Box 17529
Raleigh, NC 27619-7529

(888) 981-0939
Telephone (919) 981-0191
Facsimile (919) 981-0199

**Charlotte Office**
5960 Fairview Road, Suite 102
Charlotte, NC 28210-3102
Telephone (704) 347-8990
Facsimile (704) 347-8929

Daniel K. Bryson
Direct Dial: (919) 719-8526
Email: dkb@lewis-roberts.com

* Also Admitted in W. VA     ** Also Admitted in MA

May 17, 2010

<u>***VIA EMAIL & U.S. MAIL***</u>
Larry G. Canada
Kathryn Breard Platt
Galloway, Johnson, Tomkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

> Re:  *Payton v. Knauf Gips KG, et al.*, Chinese Drywall Class Action
> Case No.: 2:09-cv-07628-EEF-JCW
> MDL No.: 2:09-md-02047
> ***Plaintiffs: Marshall Eleuterius and Gregory Eleuterius***

Dear Mr. Canada and Ms. Platt:

We are in receipt of your letter dated May 14, 2010 requesting that we dismiss your client, John Korn Builders, LLC from the above referenced matter in regards to our clients.

We have spoken to our clients regarding your letter and claim that they "purchased and installed all drywall" in their homes. It is our understanding that your client requested that they set up an account with Baileys Home Lumber for the purchase of materials used by your client in the construction of their homes. Further, although our clients did pay the Baileys Home Lumber invoices, they did not choose the type of drywall used in the construction of their homes, nor did they install the drywall in their homes.

Accordingly, we will not file a voluntarily dismissal of your client, John Korn Builders. LLC in the above referenced lawsuit.

{00375739.DOC}


EXHIBIT C

If you have any questions, please feel free to contact our office.

Sincerely,

Daniel K. Bryson

Cc: Russ M. Herman, Esq. *(via e-mail)*
Leonard A. Davis, Esq. *(via e-mail)*
Marshall Eleuteris *(via e-mail)*
Gregory Eleuterius *(via e-mail)*