# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

Richard M. Lewis
James A. Roberts, III
Winston L. Page, Jr.
Timothy S. Riordan
Daniel K. Bryson
John D. Elvers
Brian D. Lake
John H. Ruocchio
Gary V. Mauney
Kimberly R. Wilson *
Jeffrey A. Misenheimer

Paul R. Dickinson, Jr.
Matthew C. Bouchard **
Paul C. McCoy
Sarah C. Blair
Scott C. Harris
Melissa K. Walker
William J. Blakemore
J. Timothy Wilson
Brooke N. Albert

3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Mailing Address
Post Office Box 17529
Raleigh, NC 27619-7529

(888) 981-0939
Telephone (919) 981-0191
Facsimile (919) 981-0199

**Charlotte Office**
5960 Fairview Road, Suite 102
Charlotte, NC 28210-3102
Telephone (704) 347-8990
Facsimile (704) 347-8929

Daniel K. Bryson
Direct Dial: (919) 719-8526
Email: dkb@lewis-roberts.com

* Also Admitted in W. VA        ** Also Admitted in MA

July 7, 2010

**_VIA EMAIL & U.S. MAIL_**
Larry G. Canada
Kathryn Breard Platt
Galloway, Johnson, Tomkins, Burr & Smith
One Shell Square
701 Poydras Street, 40th Floor
New Orleans, LA 70139

     Re:    _Payton v. Knauf Gips KG, et al._, Chinese Drywall Class Action
           Case No.: 2:09-cv-07628-EEF-JCW
           MDL No.: 2:09-md-02047
           **_Plaintiffs: Marshall Eleuterius and Gregory Eleuterius_**

Dear Mr. Canada and Ms. Platt:

      We have carefully reviewed your letter dated June 2, 2010 requesting that we reconsider our decision to not voluntarily dismiss your client, John Korn Builders, LLC, from the above referenced matter in regards to our clients, Gregory and Elizabeth Eleuterius and Marshall and Tasha Eleuterius.

      As we mentioned in our initial correspondence concerning this matter, dated May 17, 2010, our clients maintain that they did not, as you have suggested, independently select, supply, or install the drywall used in the construction of their homes. Again, it is our understanding that your client requested that Marshall and Tasha Eleuterius set up an account with Baileys Home Lumber for the purchase of materials used by your client in the construction of their homes, including the defective drywall.

      As to the specific claims, we believe that further discovery is necessary to determine key facts, including whether your client did indeed comply with all applicable building code requirements, and whether your client knew or should have known that the drywall installed in the Eleuterius's homes was defective. At this time, we believe that the information obtained

{00380017.DOC}



EXHIBIT E

Canada and Platt
July 7, 2010
Page 2

from the Eleuterius's supports valid claims and imposes liability against your client under the relevant state law. Accordingly, we will not agree to voluntarily dismiss your client, John Korn Builders LLC, from the above referenced lawsuit.

In addition, please be advised that Plaintiffs Gregory and Elizabeth Eleuterius are also not dismissing their claims against your client; rather, those claims will be pursued under the Omnibus III complaint, *David Gross, et al. v. Knauf Gips KG, et al.*, Case No.: 09-6690 (E.D. La.).

Please feel free to contact our office if you have any additional questions.

Sincerely,

Daniel K. Bryson

Cc:   Russ M. Herman, Esq. *(via e-mail)*
      Leonard A. Davis, Esq. *(via e-mail)*
      Marshall Eleuteris *(via e-mail)*
      Gregory Eleuterius *(via e-mail)*

{00380017.DOC}