UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| DAVID GROSS, et al | * | |
| VS. | * | |
| KNAUF GIPS GP, et al | * | |
| CASE NO. 09-6690 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

### JOHN KORN BUILDERS, LLC'S MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT** comes Defendant, John Korn Builders, LLC (improperly named in the Complaint in Intervention as Jim Korn Builders, LLC) ("Movant"), by and through its attorneys at Galloway, Johnson, Tompkins, Burr & Smith, and seeks dismissal of all claims filed against it, pursuant to Fed.R.Civ.Proc. 56, based upon the fact that Movant did not select, purchase, supply, install, or in any way place defective drywall into the home of any Plaintiff, and therefore, Movant is not liable under any theory asserted by Plaintiffs. In support of its Motion, Movant relies upon and incorporates herein by reference the Payton Omnibus Class Action Complaint (I), the Payton Amended Complaint, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III), Movant's Statement of Facts, Movant's Memorandum of Support, and Movant's Exhibits.

Movant is entitled to summary judgment because Movant did not design, manufacture, export, import, distribute, deliver, supply, inspect, install, market, and/or sell defective drywall to any Plaintiff. Furthermore, Movant did not breach its contract or warranty, and Movant made no misrepresentations concerning the drywall purchased by Plaintiffs and installed by others.

Therefore, Movant should be dismissed from this matter with prejudice at Plaintiffs' sole cost. Additionally, under Miss. Code Ann. § 75-24-15(3), Movant is entitled to recover its costs and attorney's fees in defending this action. In support of this Motion, Movant submits the following evidence:

    a. **Exhibit A**, Affidavit of John Korn, which attaches true and correct copies of the Elueteriuses' contracts as Exhibits 1 and 2;

    b. **Exhibit B**, Letter to Plaintiffs' counsel dated May 14, 2010;

    c. **Exhibit C**, Letter from Plaintiffs' counsel dated May 17, 2010;

    d. **Exhibit D**, Letter to Plaintiffs' counsel dated June 2, 2010;

    e. **Exhibit E**, Letter from Plaintiffs' counsel dated July 7, 2010.

    f. **Exhibit F**, Records from Jackson County Planning Department.

    g. Payton Omnibus Class Action Complaint (I);

    h. Schedule "3"—Builder/Developer List of Subclasses to the Payton Omnibus Class Action Complaint (I) [1-12], pg. 30 of 60, reference of Defendants' Subclass #226;

    i. Amended Payton Omnibus Class Action Complaint (I);

    j. Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);

    k. Schedule "2"—List of Builder/Developer Subclasses to Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint (III), reference of Defendants' Subclass #142.

**WHEREFORE,** Defendant, John Korn Builders, LLC, prays the Complaint in Intervention filed on behalf of the Plaintiffs be dismissed, with prejudice, and for all further

general and equitable relief, to which this Defendant is entitled and which this Honorable Court is competent to grant.

Respectfully submitted, this 16th day of July, 2010.

        JOHN KORN BUILDERS, LLC

     By: */s/ Kevin L. Cole*
       KEVIN L. COLE, LA Bar No. 04248


**KEVIN L. COLE, LA Bar No. 04248**
Email: kcole@gjtbs.com
**ANDREW J. GIBSON, LA Bar No. 29583**
Email: agibson@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
 BURR & SMITH
#3 Sanctuary Boulevard – Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681
*Attorneys for John Korn Builders, LLC*

-and-

**LARRY CANADA, LA Bar No. 17894**
Email:  lcanada@gjtbs.com
**KATHRYN BREARD PLATT, LA  Bar No. 29776**
Email:  kplatt@gjtbs.com
GALLOWAY, JOHNSON, TOMPKINS,
 BURR & SMITH
701 Poydras Street, 40th Floor
New Orleans, Louisiana  70139
Phone: (504) 525-6802
Facsimile:  (504) 525-2456
*Attorneys for John Korn Builders, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify the above and foregoing *John Korn Builders, LLC's Motion for Summary Judgment* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 16th day of July, 2010.

                                               */s/ Kevin L. Cole*
                                               KEVIN L. COLE, LA Bar No. 04248