# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

A PROFESSIONAL LAW CORPORATION
ONE SHELL SQUARE
701 POYDRAS STREET 40TH FLOOR
NEW ORLEANS, LOUISIANA 70139
TELEPHONE (504) 525-6802
TELECOPY (504) 525-2456

www.gjtbs.com

*Please Respond To The New Orleans Office*

May 14, 2010

**VIA EMAIL & U.S. MAIL**

Daniel K. Bryson, Esq.
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
akf@lewis-roberts.com

Russ M. Herman, Esq.
Leonard A. Davis, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
rherman@hhkc.com
ldavis@hhkc.com

RE: *Payton v. Knauf Gips KG, et. al.*, Chinese Drywall Class Action
Case 2:09-cv-07628-EEF-JCW
Plaintiffs: Marshall Eleuterius and Gregory Eleuterius
MDL NO. 2:09-md-02047


EXHIBIT B

GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

Plaintiffs' Counsel
May 14, 2010
Page -2-

Dear Counselors:

Our firm represents John Korn Builders, LLC in the above referenced lawsuit. As you are aware, the only plaintiffs who allege to have a claim against John Korn Builders in this class action are Marshall and Tasha Eleuterius and their neighbors Gregory and Elizabeth Eleuterius.

Though we note the content of the Complaint includes allegations from your clients that our client, as the Eleuterius' home builder, supplied and/or installed defective Chinese drywall in the Eleuterius' homes, our investigation reveals both Marshall and Gregory each had their own credit accounts at Bailey Home Lumber for the purchase of supplies for the construction of their home. Additionally, our investigation reveals that each homeowner purchased _and_ installed all drywall in the subject homes. We respectfully request that you confirm these facts with your clients as John Korn Builders is quite adamant that they had nothing to do with the selection, purchase, or installation of any drywall in your clients' homes. Accordingly, please let us know within ten (10) days whether you will voluntarily dismiss John Korn Builders from this lawsuit..

We appreciate our attention to this matter, and we look forward to hearing from you in the near future.

Sincerely yours,

*Kathryn Platt*

Larry G. Canada
Kathryn Breard Platt

LGC/KBP:kbp