# GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH

2510 14th Street, Suite 910
Gulfport, MS 39501
Telephone: (228) 214-4250
Facsimile: (228) 214-9650

# Fax

|       |                                      |          |                        |
|-------|--------------------------------------|----------|------------------------|
| From~~To:~~ | Jackson County Planning Dept   | Fax #:   | 228-769-3116           |
| To: ~~From:~~ | Larry G. Canada/Kathryn Breard Platt | Tel #:   | 228-214-4250           |
| Date: | June 29, 2010                        | Pages:   | 5 (including cover)    |
| Re:   | Public Records Request               | File #:  | NS0600-158             |

## Message:

If this transmission is incomplete or illegible, please contact Judy at 228-214-4250.

### CONFIDENTIALITY

The documents accompanying this transmission contain information which is confidential and/or legally privileged and is intended only for the use of the individual or entity named on this transmission sheet. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this telecopies information is strictly prohibited and that the documents should be returned to this Firm immediately. In this regard, if you have received this telecopy in error, please notify us by telephone immediately so that we can arrange for the return of the original documents to us at no cost to you.

**EXHIBIT F**

SR

DATE ISSUED 03/17/2006

PERMIT#06000999

COUNTY OF JACKSON

MASTER PERMIT#:06000999

## BUILDING PERMIT
769-3056

PROJECT NAME: Greg & Beth Eleuterius

REF#:

LOT#: 3

PROJECT ADDRESS: 6401 Seawinds Blvd
SUBDIVISION: seawinds est

BLK#:
ACRES

OWNER NAME: Greg & Beth Eleuterius

CITY:            STATE:            ZIP:                    PHONE:

CONTRACTOR: Home Owner                         PHONE:  000 000 0000

FLOOD ZONE: A9

ENGINEER: 16   7   8                            ELEVATION: 12+4(14)ft
PIN#:

PROPERTY DIST.: 04                              SEWER: existing system

DESCRIPTION: storm rebuild by owner            WATER: existing system

| VALUATION: 200,000.00 | FEES   DUE: |
| | FEES   PAID: |
| CENSUS DIST.: 404 | SQ. FTG UF: |
| GIS: | SQ. FTG F: |
| USE  ZONE:R-1 | CONST TYPE: |

*Commerical Permits-Work must commence within six(6) months of the permit issuance date; the permit shall remain valid for twenty-four(24) months from date of issuance.
*Residential Permits-Valid for 180 days, 90 day extension may be granted if there have been substantial improvements or construction during the initial 180 days. *Power Pole & Service Change-Valid 30 days.
*Mobile Home Placement Permits-Valid for 90 days from issuance date.

I HEREBY CERTIFY THAT I HAVE READ AND EXAMINED THIS DOCUMENT AND KNOW THE SAME TO BE TRUE AND CORRECT. ALL PROVISIONS OF LAWS AND ORDINANCES GOVERNING THIS TYPE OF WORK WILL BE COMPLIED WITH WHETHER SPECIFIED HEREIN OR NOT. GRANTING OF A PERMIT DOES NOT PRESUME TO GIVE AUTHORITY TO VIOLATE OR CANCEL THE PROVISIONS OF ANY OTHER STATE OR LOCAL LAW REGULATING CONSTRUCTION OR THE PERFORMANCE OF CONSTRUCTION.

(SIGNATURE OF CONTRACTOR OR AUTHORIZED AGENT)

(APPROVED BY)

Page 1 --- Route Inspections --- Wednesday, June 30, 2010 at 03:16 PM

| PermitNum | S | InspType | R | F | Status | Req Date | Insp Date | InspId | Insp Dist |
|---|---|---|---|---|---|---|---|---|---|
| 06000999 | 2 | FRAME | | | Asgn | 8/9/2006 | 8/9/2006 | | 04 |
| 06000999 | 5 | FINAL | | Y | Pass | 11/13/2006 | 11/14/2006 | ES | 04 |

MDL Seawinds Blvd

SR

DATE ISSUED 02/13/2006

PERMIT#06000508

COUNTY OF JACKSON

MASTER PERMIT#:06000508

# BUILDING PERMIT
769-3056

PROJECT NAME: Marshall Eleuterius

REF#:

LOT#: 2

PROJECT ADDRESS: 6405 Seawinds Blvd
SUBDIVISION:

BLK#:
ACRES

OWNER NAME: Marshall Eleuterius

CITY:        STATE:        ZIP:                        PHONE:

CONTRACTOR: Home Owner                        PHONE: 000 000 0000

FLOOD ZONE: A9

ENGINEER: 16  7  9

ELEVATION: 12

PIN#:

PROPERTY DIST.: 04                        SEWER: existing system

DESCRIPTION: rebuild by home owner        WATER: existing system

VALUATION: 230,000.00      FEES DUE:
                           FEES PAID:

CENSUS DIST.: 403          SQ. FTG UF:
GIS:                       SQ. FTG F:
USE ZONE: R-1              CONST TYPE:

---

*Commerical Permits-Work must commence within six(6) months of the permit issuance date; the permit shall remain valid for twenty-four(24) months from date of issuance.
*Residential Permits-Valid for 180 days, 90 day extension may be granted if there have been substantial improvements or construction during the initial 180 days. *Power Pole & Service Change-Valid 30 days.
*Mobile Home Placement Permits-Valid for 90 days from issuance date.

---

I HEREBY CERTIFY THAT I HAVE READ AND EXAMINED THIS DOCUMENT AND KNOW THE SAME TO BE TRUE AND CORRECT. ALL PROVISIONS OF LAWS AND ORDINANCES GOVERNING THIS TYPE OF WORK WILL BE COMPLIED WITH WHETHER SPECIFIED HEREIN OR NOT. GRANTING OF A PERMIT DOES NOT PRESUME TO GIVE AUTHORITY TO VIOLATE OR CANCEL THE PROVISIONS OF ANY OTHER STATE OR LOCAL LAW REGULATING CONSTRUCTION OR THE PERFORMANCE OF CONSTRUCTION.

(SIGNATURE OF CONTRACTOR OR AUTHORIZED AGENT)

(APPROVED BY)

Page 1 --- Route Inspections --- Wednesday, June 30, 2010 at 03:05 PM

| PermitNum | S | InspType | R | F | Status | Req Date | Insp Date | InspId | Insp Dist |
|---|---|---|---|---|---|---|---|---|---|
| 06000508 | 1 | Final | Y | Y | Pass | 10/2/2006 | 10/3/2006 | | 04 |
| 06000508 | 1 | Final | | Y | NC | 9/6/2006 | 9/6/2006 | | 04 |

W5 Sawinds Blvd