UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *Joshua C. Price and Kimberlea Price* | * | |
| *v. USAA Casualty Insurance Co.* | * | MAG. JUDGE WILKINSON |
|    Case No. 10-CV-01420 (E.D. La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION TO DISMISS BY DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Co. ("USAA-CIC"), pursuant to this Court's July 1, 2010 Order [R. Doc. 4300], to move this Court to dismiss the claims against it for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. Proc. 12(b)(6).

The Fifth Circuit has held repeatedly that a homeowner's insurance carrier is not responsible for "making good" defective construction. *Alton Ochsner Med. Found. v. Allendale Metro. Ins. Co.*, 219 F.3d 501, 507 (5th Cir. 2000). Nevertheless, Plaintiffs' suit seeks recovery

from their homeowners insurance carrier because a third party installed defective drywall in Plaintiffs' house.  The suit should be dismissed because:

- the presence of defective drywall is not a "direct, physical loss" so as to trigger coverage;

- the drywall has a latent and inherent defect;

- loss as the result of faulty or defective building materials is excluded;

- the policy excludes coverage for corrosion;

- the policy excludes coverage for damages as the result of a gaseous irritant or contaminant; and

- the policy excludes coverage for bodily injury to insured, as defined in the policy.

In accordance with this Court's July 1, 2010 Order, USAA-CIC provides the following information:

a.  <u>The insured within MDL 2047 for whom USAA-CIC provides homeowners insurance and files **this** motion</u>:

   Insured:    Joshua C. Price and Kimberlea Price
   Case:       *Price, et al. v. USAA-CIC.*, No. 10-1420

b.  <u>Other cases in MDL 2047 in which claims on the same policy form at issue in this motion are pending and whether similar motion has been filed</u>:

   Insured:          David Bronaugh and Heather Bronaugh
   Case:             *Bronaugh, et al. v. USAA-CIC.*, No. 09-7393
   Motion Pending:   Motion to Dismiss [R. Doc. 3251]

c. <u>Cases in any other jurisdiction where this issue may be related</u>:

1. *Warren Bernard v. United Services Automobile Association*
    24th Judicial District Court, Parish of Jefferson, Louisiana
    Case No. 682-412, Division "J"
        Honorable Stephen J. Windhorst
        Thomas F. Donelon Courthouse
        200 Derbigny St., Ste. 4600
        Gretna, Louisiana 70053
        Phone (504) 364-3916

2. *Andrew Duke Allen, et al. v. United Services Automobile Association*
    24th Judicial District Court, Parish of Jefferson, Louisiana
    Case No. 685-620, Division "M"
        Honorable Henry G. Sullivan, Jr.
        Thomas F. Donelon Courthouse
        200 Derbigny St., Ste. 4100
        Gretna, Louisiana 70053
        Phone (504) 364-3935

3. *Daniel D. Gammage v. USAA Casualty Insurance Company*
    22nd Judicial District Court, Parish of St. Tammany, Louisiana
    Case No.: 2010-12881, Division "F"
        Honorable Martin E. Coady
        701 N Columbia St, Room 3006
        Covington, LA 70433
        Phone: (985) 809-5330

4. *Cullen J. Dupuy and Mary E. Dupuy v. USAA Casualty Insurance Company*
    19th Judicial District Court, Parish of East Baton Rouge, Louisiana
    Case No. 590387, Section 22
        Honorable Timothy Kelley
        222 Saint Louis Street, Room 857
        Baton Rouge, LA 70802-5817
        Phone (225) 389-4728

5. *Steven Etter and Cathy Etter v. United Services Automobile Association*
    Fifteenth Judicial Circuit, Palm Beach County, Florida
    Case No.: 50 2010 CA 001877XXXXMB AH
        Honorable Edward Fine
        Palm Beach County Courthouse
        205 North Dixie Highway, Room 11-C
        West Palm Beach, Florida 33401
        Phone (561) 355-6386

WHEREFORE, USAA-CIC respectfully asks the Court to apply the plain language of its policy, grant its Motion, and dismiss Plaintiffs' suit with prejudice, and at their sole cost.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By:     *s/Jennifer McNamara*
AMELIA W. KOCH (2186)
STEVEN F. GRIFFITH, JR., T.A. (27232)
JENNIFER McNAMARA (23946)
KATHRYN B. COOPER (32404)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: akoch@bakerdonelson.com
sgriffith@bakerdonelson.com
jmcnamara@bakerdonelson.com
kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system.

I further certify that I have served a copy of the above and foregoing on Jeffrey P. Berniard, counsel for the Plaintiffs, Joshua C. Price and Kimberlea Price, by e-mail and/or United States mail.

This 19th day of July, 2010.

                                          *s/Jennifer McNamara*
                                          JENNIFER McNAMARA