STATE OF TEXAS

Before me, the undersigned notary public for the State of Texas, on this day personally appeared Mary Ann Rice, Administrative Support Manager and custodian of records of USAA Casualty Insurance Company, and after being by me duly sworn and upon her oath says that an exact duplicate of the USAA Casualty Insurance Company, 01213 49 35 91A, including any applicable endorsements and forms, issued to JOSHUA C PRICE, effective November 1, 2009, has been prepared under her direction and is attached hereto.

_____
Mary Ann Rice,
Administrative Support Manager

Subscribed and sworn to before me by said Mary Ann Rice, Administrative Support Manager, this 29th day of March, 2010 at San Antonio, Texas, to certify which witness my hand and seal at office.

_____
Isabel Cruz
Notary Public
State of Texas
My commission expires on July 25, 2012

ISABEL CRUZ
MY COMMISSION EXPIRES
July 25, 2012

Exhibit "2"



# HOMEOWNERS POLICY PACKET

EFFECTIVE: 12-13-08 TO: 12-13-09

JOSHUA C PRICE
117 RUE MERLOT
ABITA SPRINGS LA 70420-3095

CIC      01213 49 35      91A

## IMPORTANT MESSAGES

Refer to your Declarations Page and endorsements to verify that coverages, limits, deductibles and other policy details are correct and meet your insurance needs. Required information forms are also enclosed for your review.

1) You're paying more for your policy due to assessments from Louisiana Citizens Property Insurance Corporation. The assessment charges are displayed on your policy declarations page. Please review the enclosed Louisiana Citizens Property Insurance Corporation Information Form for more information.

2) USAA considers many factors when determining your premium. Maintaining your property to reduce the probability of loss is one of the most important steps you can take toward reducing premium increases. A history of claim activity will affect your policy premium.

3) Go to usaa.com to view policy coverages and home features.

4) For a summary of some important coverage(s), see the enclosed Homeowners Insurance Policy Coverage Disclosure Summary.

5) Your policy does NOT cover loss due to flood from any source. For information about obtaining flood coverage from the National Flood Insurance Program (NFIP), call USAA at (800) 531-8722, or contact the NFIP directly.

   If you already have a flood policy, you should review it to make sure you have the appropriate coverage and limits. No automatic increases or adjustments are applied to your policy. Coverage for loss of household contents due to flood may be available at an additional cost. If you have questions, please call a member service representative at the phone number above.

(CONTINUED ON NEXT PAGE)

This is not a bill. Any premium charge or return for this policy will be reflected on your next regular monthly statement.
**To receive this document and others electronically or view your policy summary online, go to usaa.com.**
For U.S. Calls: Policy Service (800) 531-8111. Claims (800) 531-8222.

HOCS1                                                          49709-0406

THIS PAGE INTENTIONALLY LEFT BLANK

PAGE   3
CM1213 49 35        91A

# HOMEOWNERS POLICY PACKET CONTINUED

6) This renewal policy contains some important changes regarding your coverages. For an
   overview, please read the enclosed form, Important Changes to Your Policy.

**HOCS2**

**52665-0106**

PAGE   4
CIC     01213 49 35     91A

**Louisiana Citizens Property Insurance Corporation Information**

This information is provided to help you understand the Louisiana Property Insurance Corporation (LA Citizens) and the assessment charges included in your premium.

**LA Citizens**

LA Citizens is a state-run corporation that provides property insurance for individuals who are unable to secure property insurance through other insurance carriers. This is often in high-risk or coastal areas.

**Regular Assessment**

In some cases, when there are significant losses due to major catastrophes, the premiums collected are not enough to pay all claims and allow the company to continue operating. To ensure there is enough money, state law allows LA Citizens to charge a regular assessment.

**Emergency Assessment**

Louisiana law also allows an emergency assessment when the amount recovered in a regular assessment is not enough. Every policyholder in Louisiana is charged and the amount is a percentage of your policy premium.

**Payment of the Assessments**

If a regular assessment is charged, you can make payment for the assessment using any of our payment plans. If an emergency assessment is charged, you are required to pay the full amount when policies are issued or renewed. Therefore, we'll bill you for the entire emergency assessment in your first billing statement. According to Louisiana law, failure to pay the emergency assessment in full will result in the cancellation of your policy. We'll pay the collected funds to LA Citizens as required by law.

If you have questions, please call a member service representative at **(800) 531-8111.**

53671-0407
Page 1 of 1

LACITINFO2  (04-07)

# IMPORTANT CHANGES TO YOUR POLICY

Below is a brief overview of changes we made to your Louisiana homeowners policy. This summary does not provide any coverage, and it does not replace any of the provisions of your policy. For details about the terms and conditions, please read the endorsement and Declarations page in this renewal packet. If there is a conflict between the policy and this summary, the provisions of the policy apply.

We made changes to Endorsement HO-LA, which was in effect during your expiring policy period. If you have any questions or need to change your coverage, please call a USAA member service representative at 1-800-531-USAA (8722).

## SECTION I - EXCLUSIONS
The Intentional Loss exclusion was modified to clarify coverage for innocent coinsureds when the insured wrongfully or maliciously causes a fire loss. If the fire was intentionally set, policy proceeds may only be reduced by the proper interest attributable to the insured that set the fire or participated in the cause of the loss. Innocent insureds shall receive their proportionate share of the policy proceeds.

## SECTION I - CONDITIONS
The Suit Against Us provision was revised to extend the period for an insured to bring a Suit Against Us from one year to two years after the date of the loss.

The Mortgage Clause provision was revised to indicate that a similar notice of cancellation or nonrenewal will be sent to each mortgagee, pledgee, or other known persons that have an interest in any loss covered by the policy.

The Concealment of Fraud provision was revised to restrict an insurer from voiding total coverage of a policy if material misrepresentation was made by an insured after a fire loss, unless a court of competent jurisdiction determines and adjudicates otherwise.

## SECTION I AND II - CONDITIONS
The Cancellation provisions were revised to specify that if you file two or more claims within three years, an Act of God incident will not be considered in the determination to cancel a policy that has continuously been in effect and renewed with us for more than three years.

The Nonrenewal provisions were revised to specify that if you file two or more claims within three years, an Act of God incident will not be considered in the determination to nonrenew a policy that has continuously been in effect and renewed with us for more than three years.

LAINFOH   (03-08)

87404-0308
Page 1 of 1

PAGE    6
CIC      01213 49 35      91A

# IMPORTANT INFORMATION REQUIRED BY THE
# LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
This form was promulgated pursuant to LSA–R.S. 22:1477.

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.**

### **READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS**

## COVERAGE(S) FOR WHICH PREMIUM WAS PAID

| | | |
|---|---|---|
| Coverage A | – | Dwelling |
| Coverage B | – | Other Structures |
| Coverage C | – | Personal Property |
| Coverage D | – | Loss of Use |
| Coverage E | – | Personal Liability |
| Coverage F | – | Medical Payments |

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

**NOTICE:**  This policy does set forth a deductible for covered losses caused by wind as defined in the policy. Look at the Declaration Page of your policy to determine the amount of the deductible that will apply to any claim for damage covered by wind.

**You may be able to reduce your premium by increasing your deductible. Contact your insurer for more details.**

66284   3–07

66284–0307
Page 1 of 3

PAGE   7
CIC      01213 49 35      91A

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD** – Flood damage is not covered, regardless of how caused, when flood is the peril that causes the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

**FLOOD INSURANCE** may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.

**EXCESS FLOOD INSURANCE** may be available under a separate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.

- You may contact your insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

**MOLD** – Damage caused solely by Mold is not covered under this policy.

**\*\*FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS\*\***

**CLAIM FILING PROCESS** — There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for repairing and replacing damaged property that could cause you to not recover the replacement cost of your property, if applicable.

**PAYMENT OF CLAIMS** — Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

- **ACV** is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

- **RC** involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

**\*\*Refer to your policy for the terms and conditions describing how a particular loss is to be paid.**

66284   3-07

Page 2 of 3

PAGE    8
CIC     01213 49 35        91A

**PAYMENT AND** Pursuant to LSA R.S. 22:658 and 22:1220, except in the
**ADJUSTMENT** case of catastrophic loss, the insurer shall initiate loss
**OF CLAIMS** adjustment of a property damage claim and/or a claim
for reasonable medical expenses within fourteen (14)
days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall
initiate loss adjustment of a property damage claim
within thirty (30) days after notification of loss by the
claimant.

All insurers shall make a written offer to settle any
property damage claim, including a third-party claim,
within thirty (30) days after the receipt of satisfactory
proof of loss of that claim.

Failure to make such payment within thirty (30) days
after receipt of such satisfactory written proofs and
demand therefore or failure to make a written offer to
settle any property damage claim, including a
third-party claim, within thirty (30) days after receipt of
a satisfactory proof of loss of that claim may result in
a late penalty against the insurer in addition to the
payment of the claim.

If the insurer is found to be arbitrary, capricious or
without probable cause in settling any property damage
claim, the insurer must pay the insured, in addition to
the amount of the loss, fifty percent (50%) damages on
the amount found to be due from the insurer to the
insured, or one thousand ($1,000.00) dollars, whichever is
greater, as well as reasonable attorney fees and costs,
if applicable.

EFFECTIVE APRIL 1, 2007

PAGE  9

**USAA CASUALTY INSURANCE COMPANY**

MAIL·GENR·I

**9800 Fredericksburg Road - San Antonio, Texas  78288**

**RENEWAL DECLARATIONS PAGE**

Named Insured and Residence Premises

Policy  Number

JOSHUA C PRICE

CIC    01213 49 35  91A

117 RUE MERLOT
ABITA SPRINGS, SAINT TAMMANY, LA  70420-3095

POLICY PERIOD From:  12/13/08     To:  12/13/09
(12:01 A.M. standard time at location of the residence premises)

**COVERAGES AND LIMITS OF LIABILITY**

| SECTION I | A. Dwelling | $177,000 |
| | C. Personal Property | $132,750 |
| | D. Loss of Use  (UP TO 12 MONTHS) | $35,400 |
| SECTION II | E. Personal Liability – Each Occurrence | $300,000 |
| | F. Medical Payments to Others – Each Person | $1,000 |

Your premium has already been reduced by the following:

NEW HOME DISCOUNT                                      ██ CR
FIRE/BURGLARY CREDIT                                   ██ CR

**BASIC PREMIUM**    ████

**OTHER COVERAGES AND ENDORSEMENTS**

Form and Endorsements are printed on the following page.    ███

**DEDUCTIBLES (SECTION I ONLY)**

We cover only that part of the loss over the deductible stated.

WIND AND HAIL        $3,540        (2%)
ALL OTHER PERILS     $1,000

DEDUCTIBLE CREDIT    ██

SURCHARGES ARE PRINTED ON THE FOLLOWING PAGE.    ██
2005 LA CITIZENS ASSESSMENTS

TOTAL POLICY PREMIUM INCLUDING SURCHARGES    ███

**THIS IS NOT A BILL.   STATEMENT TO FOLLOW.**

**FIRST MORTGAGEE:**
USAA FSB AND GMAC MORTGAGE, LLC                 LOAN NR      702162323
ISAOA/ATIMA
PO BOX 4025
CORAOPOLIS, PA 15108-6942

In Witness Whereof, this policy is signed on 10/14/08

REFER TO YOUR POLICY FOR OTHER COVERAGES, LIMITS AND EXCLUSIONS.

HO-D1 (04-93)    ATTACH THIS DECLARATION TO PREVIOUS POLICY



USAA CASUALTY INSURANCE COMPANY
RENEWAL DECLARATIONS PAGE

|  | **Policy Number** | | **Policy Term:** | 12/13/08 | 12/13/09 |
|---|---|---|---|---|---|
| CIC | 01213 49 35 91A | | | Inception | Expiration |

SPECIFICALLY LISTED BELOW ARE THE DECLARATIONS AND PREMIUMS FOR ENDORSEMENTS MADE A
PART OF THIS POLICY AT THE TIME OF ISSUE.  THE ENDORSEMENTS ARE ATTACHED STATING
TERMS AND CONDITIONS.

```
IN FORCE   QR3CIC     (02-05) QUICK REFERENCE-SPECIAL FORM
IN FORCE   HO-3R      (04-93) HOMEOWNERS SPECIAL FORM
IN FORCE   ESA        (02-05) SPOUSE ACCESS ENDORSEMENT
IN FORCE   HO-FLDA    (01-07) HOME FLOOD AMENDATORY ENDR
IN FORCE   HO-IDFLA   (07-01) IDENTITY AND FINANCIAL FRAUD COVERAGE
ADD        HO-LA      (03-08) LOUISIANA SPECIAL PROVISIONS
IN FORCE   HO-MLDLA   (07-01) AMENDMENT TO CONTRACT PROVISIONS
IN FORCE   HO-17      (07-00) ADJUSTED BUILDING COST
ADD        HO-216     (04-93) FIRE/BURGLARY PROTECTION CREDIT
IN FORCE   HO-125     (04-93) HOME PROTECTOR
ADD        HO-208     (07-07) WATER BACKUP OR SUMP PUMP OVERFLOW
ADD        HO-513     (04-93) PERSONAL COMPUTER COVERAGE
IN FORCE   HO-728     (06-97) REPLACEMENT COST COVERAGE
```

SPECIFICALLY LISTED BELOW ARE SURCHARGES.

```
      2005 LA FAIR PLAN EMERGENCY ASSESSMENT
```

**HO-D2** (04-93)                    10/14/08

LOUISIANA SPECIAL PROVISIONS

HO-LA
(03-08)

## SECTION I - PROPERTY COVERAGES

For Form HO-6R only, COVERAGE D — Loss Of Use, Item **1. Additional Living Expense** is deleted and replaced by the following:

1. **Additional Living Expense.** If a loss covered under Section I to covered property or the building containing the property, makes the **residence premises** where you reside not fit to live in, we cover the necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere, in either event not to exceed 12 months.

## ADDITIONAL COVERAGES

7. **Loss Assessment** is deleted and replaced by the following:

7. **Loss Assessment.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under Coverage A Dwelling, subject to all provisions of the policy. Assessments made as a result of damage caused by earthquake or land shock waves or tremors before, during or after a volcanic eruption are not covered.

   This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises.**

   We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under SECTIONS I AND II — CONDITIONS, does not apply to Loss Assessment.

8. **Collapse** is deleted and replaced with:

8. **Collapse.** For an entire building or any part of a building, collapse means:

   a. a sudden falling or caving in;

   b. a sudden breaking apart or deformation such that the building or part of a building is in imminent peril of falling or caving in and is not fit for its intended use.

   Damage consisting of settling, cracking, shrinking, bulging or expansion is not included unless it occurs as a direct result of collapse.

   We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

   a. Perils Insured Against in Coverage C — Personal Property. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

   b. decay that is hidden from view, meaning damage that is unknown prior to collapse or that does not result from a failure to reasonably maintain the property;

   c. insect or vermin damage that is hidden from view, meaning damage that is unknown prior to collapse or that does not result from a failure to reasonably maintain the property;

   d. weight of contents, equipment, animals or people;

51960-0308
Page 1 of 8

e.  weight of rain which collects on a roof; or

f.  use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, e and f unless the loss is a direct result of the collapse of a building or any part of a building.

This coverage does not increase the limit of liability that applies to the damaged covered property.

## SECTION I - PERILS INSURED AGAINST

The following change applies for Forms HO-3R and HO-9R:

## COVERAGE A - DWELLING and
## COVERAGE B - OTHER STRUCTURES

Item 2.d. is deleted and replaced by the following:

d.  vandalism and malicious mischief or breakage of glass and safety materials if the dwelling has been vacant:

(1)  for more than 60 consecutive days immediately before the loss if the damage results from the peril of fire; or

(2)  for more than 30 consecutive days immediately before the loss for all other covered damage.

A dwelling being constructed is not considered vacant;

The following change applies for form HO-6R only:

Item 8. **Vandalism and Malicious Mischief** is deleted and replaced by the following:

8.  **Vandalism and Malicious Mischief.**

This peril does not include loss to property on the **residence premises** if the unit has been vacant:

(1)  for more than 60 consecutive days immediately before the loss if the damage results from the peril of fire; or

(2)  for more than 30 consecutive days immediately before the loss for all other covered damage.

A unit being constructed is not considered vacant.

## SECTION I - EXCLUSIONS

Item 1.h. is deleted and replaced with the following:

h.  **Intentional Loss,** meaning any loss arising out of any act committed:

(1)  by or at the direction of any **Insured;** and

(2)  with the intent to cause a loss.

With regard to loss by fire, the wrongful or malicious actions of a named insured that are determined to be the cause of the loss to the **Insured** property shall not be imputed to any other **insured** such that the innocent **insured** would be deprived of coverage provided by the policy. In case of a fire that is set intentionally, the policy proceeds may only be reduced by the proper interest attributable to the **Insured** that set the fire or otherwise participated in the cause of the loss. In the case of multiple named insureds, an innocent **insured** shall receive his proportionate share of the policy proceeds.

HO-LA  (03-08)                                    Page 2 of 8

## SECTION I - CONDITIONS

Item 2.g. is deleted and replaced by the following:

   g.  send to us, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      (1)  the time and cause of loss;

      (2)  the interest of the insured and all others in the **property** involved and all liens on the property;

      (3)  other insurance which may cover the loss;

      (4)  changes in title or occupancy of the property during the term of the policy;

      (5)  specifications of damaged buildings and detailed repair estimates;

      (6)  the inventory of damaged personal property described in 2e above;

      (7)  receipts for Additional Living Expenses and Temporary Living Expenses incurred and records that support the Fair Rental Value loss; and

      (8)  evidence or affidavit that supports a claim under ADDITIONAL COVERAGES, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

This proof of loss must be sent to us within:

      (1)  180 days after our request, if the loss results from a catastrophic event for which a state of disaster or emergency was declared pursuant to law by civil officials; however, this 180 day period does not commence until the state of emergency or disaster has ended and you have access to your property; or

      (2)  60 days after our request in all other cases.

7.  **SUIT AGAINST US** is deleted and replaced by:

7.  **Suit Against Us.**  No action can be brought against us unless you have:

     a.  given us notice of the loss,

     b.  complied with other policy provisions, and

     c.  started the action

within two years after the date of the loss.

8.  **Our Option** is deleted and replaced with the following:

8.  **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like kind and quality property.

9.  **Loss Payment** is deleted and replaced by:

9.  **Loss Payment.**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment.

The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

11.  **Mortgage Clause**

The following sentence is deleted:

If the policy is cancelled or not renewed by us, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

The following sentences are added to replace the above:

If this policy is cancelled by us, the mortgagee will be notified:

HO-LA (03-08)

Page 3 of 8

a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

Like notice must also be delivered or mailed to each mortgagee, pledgee, or other known person shown by the policy to have an interest in any loss, which may occur.

**14. Concealment or Fraud** is deleted and replaced by:

**14. Concealment or Fraud.**

a. Under Section I – Conditions

(1) With respect to loss caused by fire, we do not provide coverage to the **insured** who, whether before or after a loss, has:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

However, material misrepresentation made by an **insured** subsequent to loss by fire as to the value of the contents of a residence or business shall not entitle an insurer to void total coverage of the policy based on such misrepresentation, unless a court of competent jurisdiction determines and adjudicates otherwise. Such judicial determination shall apply to the claim that is the subject of the litigation and shall not apply retroactively to any claim that occurred prior to the loss that is the basis of the claim that is the subject of the litigation.

(2) With respect to loss caused by a peril other than fire and with respect to all **insureds** covered under this policy, we provide no coverage for loss under Section I – Property Coverages if, whether before or after a loss, one or more **insureds** have:

(a) Intentionally concealed or misrepresented any material fact or circumstance;

(b) Engaged in fraudulent conduct; or

(c) Made false statements;

relating to this insurance.

b. However, if the conduct specified under a. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

## SECTION I - LOSS SETTLEMENT

The following applies only to Form HO–9R:

**5. Loss Settlement - Personal Property** is deleted and replaced by the following:

**5. Loss Settlement - Personal Property.** Losses to covered property will be settled at full replacement cost without deduction for depreciation subject to the following:

REPLACEMENT COST COVERAGE DEFINED

As regards personal property, Replacement Cost means the cost, at the time of loss, of a new item identical to the one damaged, destroyed or stolen. If an identical item is no longer manufactured or cannot be obtained, replacement cost will be the cost of a new item which is:

• similar to the insured article, and

• of like quality and usefulness.

HO-LA  (03–08)                                                    Page 4 of 8

**PROPERTY NOT ELIGIBLE**

Replacement cost coverage does not apply to:

- items of rarity or antiquity that cannot be replaced;

- articles whose age or history contributes substantially to their value. These include, but are not limited to, memorabilia, souvenirs and collectors' items;

- motorized golf carts and their equipment and accessories;

- articles not maintained in good or workable condition;

- property that is either obsolete or useless to the **Insured** at the time of loss;

- property that is not repaired, replaced or restored, unless the entire loss is less than $500.

a. For property eligible for Replacement Coverage it is our option to:

　(1) replace, or pay you our cost to replace the property with new property of like kind and quality without deduction for depreciation, or

　(2) pay you the cost to repair or restore the property to the condition it was in just before the loss, or

　(3) pay you the necessary amount actually spent to repair or replace the damaged property.

b. We will pay no more than actual cash value until repair or replacement of the damaged property is completed, unless the entire loss is less than $500.

c. You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability under the terms of this endorsement.

d. For property that is not eligible for replacement cost coverage, it is our option to:

　(1) pay you the actual cash value; or

　(2) replace, or to pay you our cost to replace the property with property of like kind, age, quality and condition; or

　(3) pay you the cost to repair or restore the property to the condition it was in just before the loss.

e. We will not pay more than the Limit of Liability that applies to Coverage C. Nor will we pay more than any Special Limits of Liability that apply as stated in this policy.

**SECTION II - LIABILITY COVERAGES**

**Coverage E - Personal Liability** is deleted and replaced by the following:

If a claim is made or a suit is brought against an **Insured** for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, we will:

1. pay up to our limit of liability for the damages for which the **Insured** is legally liable; and

2. provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle and claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability has been exhausted by the payment of a judgement or a settlement. This coverage does not provide defense for criminal prosecution or proceedings.

We will not pay for punitive damages or exemplary damages, fine or penalties.

HO-LA  (03-08)                                  Page 5 of 8

## SECTION II - LIABILITY EXCLUSIONS

Under Item 1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** item 1.f. watercraft (4) is deleted and replaced by the following:

(4) that is a personal watercraft. As used in this section, personal watercraft means a conveyance used or designed to be used on the water which is propelled by a water jet propulsion pump.

The following exclusions are added to Item 1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others:**

1. arising out of the commission of, attempting to flee from or avoiding apprehension for a criminal act for which intent is a necessary element.

Under Item **2. Coverage E - Personal Liability,** the following exclusion is added:

1. punitive or exemplary damages, fines, or penalties.

## SECTIONS II - CONDITIONS

**3. Concealment or Fraud** is deleted and replaced by:

**3. Concealment or Fraud.**

a. Under Section II – Conditions, we do not provide coverage to one or more **insured** who, whether before or after a loss, have:

(1) Intentionally concealed or misrepresented any material fact or circumstance;

(2) Engaged in fraudulent conduct; or

(3) Made false statements;

relating to this insurance.

b. However, if the conduct specified under a. above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

## SECTIONS I AND II - CONDITIONS

**4. Cancellation.** Paragraph 4.b. is deleted and replaced with the following:

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect regardless of the period of time the policy has been in effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 30 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, except as provided in item (4) below, we may cancel:

(a) If there has been a material misrepresentation of fact with the intent to deceive:

(1) In the procurement of the contract; or

HO-LA  (03-08)                                         Page 6 of 8

(2) At any other time since the policy was issued;

which if known to us would have caused us not to issue the policy; or

(b) if the risk has changed substantially since the policy was issued.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

We may not however cancel this policy, regardless of the period of time this policy has been in effect based solely upon a loss caused by an "Act of God." An "Act of God" shall mean an incident due directly to natural causes and exclusively without human intervention.

(4) When this policy has been in effect and renewed for more than three years we may cancel for any one of the following:

(a) If you have committed fraud with the intent to deceive:

(1) In the procurement of the contract; or

(2) At any other time since the policy was issued.

which if known to us would have caused us not to issue the policy; or

(b) If the insured risk has undergone a substantial change;

(c) If you have filed two or more claims within three years; however, the phrase "two or more claims within a period of three years" shall not include any loss incurred or arising from an "Act of God" incident which is due directly to the forces of nature and exclusively without human intervention; or

(d) If the continuation of this policy endangers our solvency.

This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

We may not however cancel this policy, regardless of the period of time this policy has been in effect based solely upon a loss caused by an "Act of God." An "Act of God" shall mean an incident due directly to natural causes and exclusively without human intervention.

Paragraph 4.d. is deleted and replaced by the following:

d. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs (1), (2) and (3) below. The cancellation will be effective even if we have not made or offered a refund.

(1) If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis.

(2) If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you unless (3) below applies.

(3) If we cancel based on Paragraph b. above, we will return the premium due, if any, within 10 days after the expiration of the 10-day period referred to in b.(3). If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

HO-LA   (03-08)                                                              Page 7 of 8

PAGE   18
CIC      01213 49 35        91A

**5.   Nonrenewal** is deleted and replaced by the following:

**5.   Nonrenewal.**

a.   We may elect not to renew this policy, subject to the provisions of Paragraphs b. and c. below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder or mailing to you at your mailing address shown in the Declaration and to any other known person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

b.   If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

   (1)   When you have not paid the premium;

   (2)   If you have committed fraud;

   (3)   If the insured risk has undergone a substantial change;

   (4)   If you have filed two or more claims within three years; however, the phrase "two or more claims within a period of three years" shall not include any loss incurred or arising from an "Act of God" incident which is due directly to the forces of nature and exclusively without human intervention; or

   (5)   If the continuation of this policy endangers our solvency.

c.   We will not however exercise our right of nonrenewal regardless of the period of time this policy has been in effect with us based solely upon a loss caused by an "Act of God." An "Act of God" shall mean an incident due directly to natural causes and exclusively without human intervention.

**7.   Subrogation.**

The following paragraph is added:

If we pay an **Insured** for a loss caused by another **insured** who intentionally commits, or directs another to commit, any act that results in loss by fire, the rights of the **Insured** to recover damages from the **Insured** who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The **Insured** may not waive such rights.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2008. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HO-LA   (03-08)                                                                                                  Page 8 of 8

PAGE   19
CIC     01213 49 35       91A

HO-208 (07-07)

## WATER BACKUP OR SUMP PUMP OVERFLOW

**SECTION I**

This endorsement applies to **COVERAGE A - DWELLING, COVERAGE B - OTHER STRUCTURES, COVERAGE C - PERSONAL PROPERTY, and COVERAGE D - LOSS OF USE.**

For an additional premium, we insure for direct, physical loss caused by:

1. water or water-borne material which flows into your dwelling or other structures' plumbing system through sewers or drains located off the **residence premises;** or

2. water which overflows from a sump pump or sump well designed to drain subsurface water from the interior foundation area even if such overflow results from the mechanical breakdown of the sump pump. This coverage does not apply to direct physical loss of the sump pump, or related equipment, which is caused by mechanical breakdown.

This coverage does not apply to loss which is caused by the negligence of any insured.

**Limit of Liability**

$10,000 is the most we will pay for any one loss whether resulting from a single condition or series of related conditions.

**SECTION I - PERILS INSURED AGAINST**

For loss covered by this endorsement, if your policy is the:

HO-3R or HO-9R only:

Paragraph 3.b. under **COVERAGE A - DWELLING and COVERAGE B - OTHER STRUCTURES** is deleted and replaced by the following:

3.b. inherent vice, latent defect;

If the policy includes the **Special Personal Property Coverage Endorsement,** paragraph 2.b. is deleted and replaced by the following:

2.b. inherent vice, latent defect;

HO-6R only:

If the policy includes the UNIT-OWNERS **COVERAGE A, Special Coverage Endorsement,** item 3.b. is deleted and replaced by the following:

3.b. inherent vice, latent defect;

If the policy includes the **Special Personal Property Coverage Endorsement,** paragraph 2.b. is deleted and replaced by the following:

2.b. inherent vice, latent defect;

**SECTION I - EXCLUSIONS**

Exclusion 1.c. **Water Damage** is deleted and replaced by the following:

1.c. **Water Damage,** arising from, caused by or resulting from human or animal forces, any act of nature, or any other source. Water damage means damage caused by or consisting of:

(1) flood, surface water, waves, tidal water, storm surge, tsunami, any overflow of a body of water or spray from any of these, whether or not driven by wind; or

(2) any release, overflow, escape or rising of water otherwise held, contained, controlled or diverted by a dam, levee, dike or by any type of water containment, water diversion or flood control device; or

HO-208  (07-07)

65094-0707
Page 1 of 2

PAGE   20
CIC      01213 49 35      91A

(3) water or water—borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

Direct loss by fire, explosion or theft resulting from water damage is covered.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

**Term Premium** ███████

Copyright, USAA, 2007. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

HO-208   (07-07)                                                          Page 2 of 2

HO-513 (04-93)

## PERSONAL COMPUTER COVERAGE
### (SECTION I – PROPERTY COVERAGES)

Limit of Liability        $3,000

We will provide the insurance described below.

PROPERTY COVERED. If owned by or leased to you, we cover:

1. "Hardware", meaning electronic data processing equipment, components and connections and extensions.

2. "Software", meaning electronic data processing media and programs that you have bought and the instructions that came with the **hardware** and with the **software.**

This coverage applies to any legal use of the property described above to include:

- personal,
- business,
- professional, or
- occupational.

PROPERTY NOT COVERED. We do not cover **hardware** or **software:**

- that is rented to others, or
- that is held for rental.

COVERAGE C – PERSONAL PROPERTY. The 10% or $1,000 off-premises limits does not apply to coverage under this endorsement.

DEDUCTIBLE. A $100 deductible applies to a loss covered under this endorsement.

PERILS INSURED AGAINST. We insure against risks of direct physical loss to **hardware and software.** We do not insure loss caused directly or indirectly by any of the following. Such loss is not covered regardless of any other cause or event which contributes

- concurrently, or
- in any sequence to the loss:

1. Mechanical breakdown; faulty construction; error in **hardware** or **software** design;

2. Wear and tear; marring; deterioration or depreciation; corrosion;

3. Birds; vermin; rodents; insects; animals owned or kept by an **insured;**

4. War, if declared or not; civil war; insurrection; rebellion; revolution; warlike act by a military force or military personnel; destruction, seizure or use for a military purpose; nor is the consequence of any of the above covered. Even if it is by accident, discharge of a nuclear weapon will be deemed a warlike act.

5. Nuclear reaction, radiation or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

    Direct loss by fire, if it results from nuclear reaction, nuclear radiation, or radioactive contamination, is covered.

WE DO NOT COVER:

- loss of use, or
- indirect or consequential loss of any kind.

OTHER INSURANCE. The following is added:

If a loss is covered under both this endorsement and the policy to which this endorsement is attached, the policy will pay only when the limit of this endorsement has been exhausted.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Term Premium        

Copyright, USAA, 1993. All rights reserved.
Includes copyright material of Insurance Services Office, Inc., with its permission.

HO-513 (04-93)                                    Page 1 of 1

## Home Features

The following features were last updated in 2007  and used to estimate the rebuilding cost of your home. Please review these features for accuracy and advise us of any changes to your home. You can update home feature information in one of the following ways:

- Log on to **usaa.com.** From My USAA, go to the Policy Summary page.
- Call a member service representative at **(800) 531-8111.**

```
           YEAR BUILT:  2007
              STORIES:  1.0
         SQUARE FEET*:  1750
```
*Square Feet:  Includes built-in garage square feet, but excludes finished basement or attic square feet.

```
         FOUNDATION(S):  SLAB
         EXTERIOR WALL:  BRICK OVER FRAME
         ROOF COVERING:  ASPHALT/FIBERGLASS SHINGLE
          GARAGE TYPE:  ATTACHED GARAGE - 2 CAR
   ATTACHED STRUCTURES:  OPEN PORCH - APPROX 100 SQ. FT.

  INTERIOR WALL PARTITIONS:  DRYWALL
  INTERIOR WALL COVERINGS:  PAINT
                           SHEET PANELING
                           VINYL WALLPAPER
       FLOOR COVERINGS:  CARPET (STANDARD) WALL TO WALL
                         VINYL
                         HARDWOOD
              KITCHEN:  1 STANDARD
            BATHROOMS:  2 STANDARD
            FIREPLACE:  1
          HEAT & AIR:  HEAT & CENTRAL AIR CONDITIONING

  WIRED FOR CENTRAL ALARM:  YES
```

PAGE   23
CIC       01213 49 35       91A

### Make Sure You Have Adequate Coverage

Please remember it's your responsibility to review your coverage regularly and make sure your coverage is adequate to repair or rebuild your home, especially if it's been upgraded or changed. While we can help calculate an estimated minimum reconstruction cost, only you can decide whether you have enough coverage to protect you in the event of a significant loss.

Increasing your coverage limit on this policy doesn't increase your coverage limit for flood or wind policies. If you have a separate flood or wind policy on this property, contact the USAA General Agency for flood coverage at **(800) 531-8444** and for wind coverage at **(800) 531-8883**, or your agent or insurer to confirm your coverage is adequate. Wind coverage is available in Alabama, Florida, North Carolina, South Carolina, Texas, and Mississippi.

**60321  10-06**

**Page 2 of 2**

LAST PAGE 24
CIC    01213 49 35        91A

FIRE/BURGLARY PROTECTION CREDIT                    HO-216 (04-93)

For a premium credit, we acknowledge the installation of an alarm system, smoke detector or automatic sprinkler system approved by us on the **residence premises.** You agree to maintain this system in working order and to notify us promptly of any change made to the system or if it is removed.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

| System | Type |
|---|---|
| BURGLAR | CENTRAL |
| FIRE/SMOKE | CENTRAL |

Total Policy Credit     ███████

ALARM TYPES

Local:    System sounds at the residence only.

Remote:  System with a direct line to a police or fire system.

Central:  System with a direct connection to a central, commercial location where the alarm is constantly monitored.

Copyright, USAA, 1993. All rights reserved.
Includes copyright material of Insurance Services Office, Inc., with its permission.

HO-216 (04-93)



9800 Fredericksburg Road
San Antonio, Texas 78288

# SPECIAL FORM – HOMEOWNERS POLICY

### \*\*READ YOUR POLICY CAREFULLY\*\*

This policy is a legal contract between you, the policyholder, and us, the insurer. And like other contracts, it contains certain duties and responsibilities of both parties to the contract. This contract consists of the Declarations page, the policy, and any applicable endorsements.

**Your policy provides the coverages and amounts of insurance shown in the Declarations with a premium.**

This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth, in detail, the rights and obligations of both you and your insurance company.

IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.

## QUICK REFERENCE

| | Page |
|---|---|
| **AGREEMENT** | 1 |
| **DEFINITIONS** | |
| SECTION I | |
| **PROPERTY COVERAGES** | 2 |
| Dwelling | |
| Other Structures | |
| Personal Property | |
|    Special Limits | |
|    Property Not Covered | |
| Loss of Use | |
| Additional Coverages | |
|    Debris Removal | |
|    Reasonable Repairs | |
|    Trees, Shrubs, Plants | |
|    Fire Department Charge | |
|    Property Removed | |
|    Credit Card | |
|    Loss Assessment | |
|    Collapse | |
|    Lock Replacement | |
|    Refrigerated Products | |
|    Land | |
|    Glass | |
|    Landlord's Furnishings | |
|    Building Ordinance or Law | |
|    Temporary Living Expense | |

| | Page |
|---|---|
| **PERILS INSURED AGAINST** | 6 |
| Dwelling and Other Structures | |
| Personal Property | |
| **EXCLUSIONS** | 8 |
| **CONDITIONS** | 9 |
| SECTION II | |
| **LIABILITY COVERAGES** | 12 |
| Personal Liability | |
| Medical Payments | |
| **EXCLUSIONS** | 12 |
| **ADDITIONAL COVERAGES** | 14 |
| Claims Expenses | |
| First Aid Expenses | |
| Damage to Property of Others | |
| Loss Assessment | |
| **CONDITIONS** | 15 |
| SECTIONS I and II | |
| **CONDITIONS** | 16 |

This policy is issued by USAA Casualty Insurance Company ("USAA CIC"). This is a participating policy. You are entitled to dividends as may be declared by the USAA CIC Board of Directors.

QR3CIC (02–05)                                                    49401-0205

# AGREEMENT

In return for payment of premium and subject to all terms of this policy, we will provide the insurance described.

# DEFINITIONS

In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse when a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance. Certain words and phrases are defined and are printed in boldface when used.

1. **"bodily injury"** means bodily harm, sickness or disease, including required care, loss of services and death that results.

2. **"business"** includes trade, profession or occupation.

3. **"insured"** means you and residents of your household who are:

   a. your relatives; or

   b. other persons under the age of 21 and in the care of any person named above.

   Under SECTION II, **"insured"** also means:

   c. with respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in 3a or 3b above. A person or organization using or having custody of these animals or watercraft in the course of any **business** or without consent of the owner is not an **insured**;

   d. with respect to any vehicle or conveyance to which this policy applies:

      (1) persons while engaged in your employ or that of any person included in 3a or 3b above; or

      (2) other persons using the vehicle on an **insured location** with your consent.

4. **"insured location"** means:

   a. the **residence premises**;

   b. the part of other premises, other structures and grounds used by you as a residence;

   c. any premises used by you in connection with a premises in 4a or 4b above;

   d. any part of a premises:

      (1) not owned by an **insured**; and

      (2) where an **insured** is temporarily residing;

   e. vacant land, other than farm land, owned by or rented to an **insured**;

   f. land owned by or rented to an **insured** on which a one or two family dwelling is being built as a residence for an **insured**;

   g. individual or family cemetery plots or burial vaults of an **insured**; or

   h. any part of a premises occasionally rented to an **insured** for other than **business** use.

5. **"occurrence"** means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. **bodily injury**; or

   b. **property damage.**

6. **"property damage"** means physical damage to, or destruction of tangible property, including loss of use of this property.

7. **"residence employee"** means:

   a. an employee of an **insured** whose duties are related to the maintenance or use of the **residence premises,** including household or domestic services; or

   b. one who performs similar duties elsewhere not related to the **business** of an **insured.**

8. **"residence premises"** means:

   a. the one family dwelling, other structures, and grounds; or

   b. that part of any other building;

   where you reside and which is shown as the **"residence premises"** in the Declarations.

   **"Residence premises"** also means a two family dwelling where you reside in at least one of the family units and which is shown as the **"residence premises"** in the Declarations.

Includes copyright material of Insurance Services Office, with its permission.

# SECTION I - PROPERTY COVERAGES

**COVERAGE A - Dwelling**

We cover:

1. the dwelling on the **residence premises** shown in the Declarations, including structures attached to the dwelling;

2. materials and supplies located on or next to the **residence premises** used to construct, alter or repair the dwelling or other structures on the **residence premises**; and

3. permanently installed carpeting.

Except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Land, we do not cover land, including land on which the dwelling is located.

**COVERAGE B - Other Structures**

We cover other structures on the **residence premises** set apart from the dwelling by clear space. This includes structures connected to the dwelling by only a fence, utility line, or similar connection.

Except as specifically provided in SECTION I – ADDITIONAL COVERAGES, Land, we do not cover land, including land on which the other structures are located.

We do not cover other structures:

1. used in whole or in part for **business**; or

2. rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage.

The limit of liability for this coverage will not be more than 10% of the limit of liability that applies to Coverage A. Use of this coverage does not reduce the Coverage A limit of liability.

**COVERAGE C - Personal Property**

We cover personal property owned or used by an **insured** while it is anywhere in the world. At your request, we will cover personal property owned by:

1. others while the property is on the part of the **residence premises** occupied by an **insured**;

2. a guest or a **residence employee**, while the property is in any residence occupied by an **insured**.

Our limit of liability for personal property usually located at an **insured's** residence, other than the

**residence premises**, is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater.

Personal property in a newly acquired principal residence is not subject to this limitation for the 30 days from the time you begin to move the property there.

**Special Limits of Liability.** These limits do not increase the Coverage C limit of liability. The special limit for each numbered category below is the total limit for each loss for all property in that category.

1. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum, coins and medals.

2. $1,000 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This limit includes the cost to research, replace or restore the information from the lost or damaged material. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

3. $1,000 on watercraft, including their trailers, furnishings, equipment and outboard motors.

4. $1,000 on trailers not used with watercraft.

5. $1,000 for loss by theft of jewelry, watches, precious and semi-precious stones, fur garments, including any garment containing fur which represents its principal value.

6. $2,000 for loss by theft of firearms.

7. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

8. (a) $2,500 for **business** property at your residence.

   (b) $250 for **business** property away from your residence.

9. $3,000 on motorized golf carts and their equipment and accessories. But if, at the time of loss, there is an automobile policy covering physical loss to golf carts, then this policy does not apply to those golf carts and their equipment and accessories.

Includes copyright material of Insurance Services Office, with its permission.

**HO-3R  (04-93)**

**Property Not Covered.** We do not cover:

1. articles separately described and specifically insured in this or other insurance;

2. animals, birds or fish;

3. motor vehicles or all other motorized land conveyances. This includes:

   a. equipment and accessories; or

   b. any device or instrument for the transmitting, recording, receiving or reproduction of sound or pictures which is operated by power from the electrical system of motor vehicles or all other motorized land conveyances, including:

      (1) accessories or antennas; or

      (2) tapes, wires, records, discs or other media for use with any such device or instrument.

   while in or upon the vehicle or conveyance.

   We do cover vehicles or conveyances not subject to motor vehicle registration which are:

   a. used to service an **insured's** residence; or

   b. designed for assisting the handicapped.

   We also cover motorized golf carts and their equipment and accessories, subject to the provisions under Special Limits of Liability.

4. aircraft and parts. Aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo;

5. property of roomers, boarders, tenants, or other residents, not related to an **insured**;

6. property in an apartment regularly rented or held for rental to others by an **insured**, except as provided in ADDITIONAL COVERAGES, Landlord's Furnishings;

7. property rented or held for rental to others off the **residence premises**;

8. **business** data, including such data stored in:

   a. books of account, drawings or other paper records; or

   b. electronic data processing tapes, wires, records, discs or other software media.

   However, we do cover the cost of blank recording or storage media, and of pre-recorded computer programs available on the retail market.

9. credit cards or fund transfer cards except as provided in ADDITIONAL COVERAGES, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.

## COVERAGE D - Loss Of Use

The limit of liability for Coverage D is the total limit for all the coverages that follow.

1. **Additional Living Expense.** If a loss covered under Section – I makes that part of the **residence premises** where you reside not fit to live in, we cover the necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

   Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere, in either event, not to exceed 12 months.

2. **Fair Rental Value.** If a loss covered under Section – I makes that part of the **residence premises** rented to others or held for rental by you not fit to live in, we cover the fair rental value of that part of the residence premises rented to others or held for rental by you less any expenses that do not continue while the premises is not fit to live in.

   Payment will be for the shortest time required to repair or replace that part of the premises rented or held for rental, but not to exceed 12 months.

3. **Prohibited Use.** If a civil authority prohibits you from use of the **residence premises** as a result of direct damage to neighboring premises by a loss covered under Section – I, we cover the Additional Living Expense or Fair Rental Value loss as provided under 1 and 2 above for not more than two weeks.

The periods of time under 1, 2 and 3 above are not limited by expiration of this policy.

We do not cover loss or expense due to cancellation of a lease or agreement.

No deductible applies to this coverage.

## ADDITIONAL COVERAGES

1. **Debris Removal.**

   a. We will pay your reasonable expense for the removal of:

      1. debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

      2. ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

Includes copyright material of Insurance Services Office, with its permission.

This expense is included in the limit of liability that applies to the damaged property. When the amount payable for the actual damage to the property plus the expense for debris removal exceeds the limit of liability for the damaged property, an additional 5% of that limit of liability will be available to cover debris removal expense.

b. We will also pay your reasonable expense, up to $500 in the aggregate, for the removal from the **residence premises** of:

1. your tree(s) felled by the peril of Windstorm or hail;

2. your tree(s) felled by the peril of Weight of ice, snow or sleet; or

3. a neighbor's tree(s) felled by a Peril Insured Against under Coverage C;

provided the tree(s) damages a covered structure.

2. **Reasonable Repairs.** In the event that covered property is damaged by an applicable Peril Insured Against, we will pay the reasonable cost incurred by you for necessary measures taken solely to protect against further damage. If the measures taken involve repair to other damaged property, we will pay for those measures only if that property is covered under this policy and the damage to that property is caused by an applicable Peril Insured Against.

This coverage:

a. does not increase the limit of liability that applies to the covered property;

b. does not relieve you of your duties, in case of a loss to covered property, as set forth in SECTION I – CONDITIONS 2.d.

3. **Trees, Shrubs and Other Plants.** We cover trees, shrubs, plants or lawns, on the **residence premises,** for loss caused by the following Perils Insured Against: Fire or lightning, Explosion, Riot or civil commotion, Aircraft, Vehicles not owned or operated by a resident of the **residence premises,** Vandalism or malicious mischief or Theft.

We will pay up to 5% of the limit of liability that applies to the dwelling for all trees, shrubs, plants or lawns. No more than $500 of this limit will be available for any one tree, shrub or plant. We do not cover property grown for **business** purposes.

This coverage is additional insurance.

4. **Fire Department Service Charge.** We will pay

up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed.** We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed. This coverage does not increase the limit of liability that applies to the property being removed.

6. **Credit Card, Fund Transfer Card, Forgery and Counterfeit Money.**

We will pay up to $1,000 in the aggregate for:

a. the legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured's** name;

b. loss resulting from theft or unauthorized use of fund transfer cards used for deposit, withdrawal or transfer of funds, issued to or registered in an **insured's** name;

c. loss to an **insured** caused by forgery or alteration of any check or negotiable instrument; or

d. loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency.

We do not cover forgery, theft or use of a credit card or fund transfer card:

a. by a resident of your household;

b. by a person who has been entrusted with either type of card; or

c. if an **insured** has not complied with all terms and conditions under which the cards are issued.

All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

We do not cover loss arising out of **business** use or dishonesty of an **insured.**

This coverage is additional insurance. No deductible applies to this coverage.

Includes copyright material of Insurance Services Office, with its permission.

HO-3R  (04-93)

Defense:

a. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

b. If a suit is brought against an **insured** for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. We have the option to defend at our expense an **insured** or an **insured's** bank against any suit for the enforcement of payment under the Forgery coverage.

7. **Loss Assessment.** We will pay up to $1,000 for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of direct loss to the property, owned by all members collectively, caused by a Peril Insured Against under Coverage A – Dwelling, other than earthquake or land shock waves or tremors before, during or after a volcanic eruption.

This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises.**

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments.

Condition 1. Policy Period, under SECTIONS I and II – CONDITIONS, does not apply to Loss Assessment.

8. **Collapse.** As used in this section, collapse means a sudden falling or caving in of any part of a building, or a breaking apart or deformation of a building in such a way as to render it structurally unsound. Damage consisting of settling, cracking, shrinking, bulging or expansion is not included unless it occurs as a direct result of collapse.

We insure for direct physical loss to covered property involving collapse of a building or any part of a building caused only by one or more of the following:

a. Perils Insured Against in Coverage C – Personal Property. These perils apply to covered buildings and personal property for loss insured by this additional coverage;

b. hidden decay within the insured structure;

c. hidden insect or vermin damage;

d. weight of contents, equipment, animals or people;

e. weight of rain which collects on a roof; or

f. use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

Loss to an awning, fence, patio, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under items b, c, d, e and f unless the loss is a direct result of the collapse of a building.

This coverage does not increase the limit of liability that applies to the damaged covered property.

9. **Lock Replacement.** When the dwelling door keys are stolen in a covered theft loss, we will pay the cost to:

a. change the combination in the lock cylinder of the door locks as needed; or

b. change the lock hardware of the doors as needed.

The limit of liability for Lock Replacement is $250. No deductible applies to this coverage.

10. **Refrigerated Products.** We will pay you up to $500 for loss to the contents of a freezer or a refrigerator located on the **residence premises,** as a consequence of power failure or mechanical breakdown.

This coverage does not increase the Coverage C limit of liability. No deductible applies to this coverage. The Power Failure exclusion under SECTION I – EXCLUSIONS, does not apply to Refrigerated Products.

11. **Land.** If a Peril Insured Against damages the building insured under Coverages A or B and the same Peril Insured Against causes the land necessary to support the building insured under Coverages A or B to become unstable, we will pay up to $10,000 for the cost required to replace, rebuild, stabilize or otherwise restore such land.

This is an additional amount of insurance.

12. **Glass or Safety Glazing Material.**

We cover:

**a.** the breakage of glass or safety glazing material by a Peril Insured Against which is part of a covered building, storm door or storm window; and

**b.** damage to covered property by glass or safety glazing material which is part of a building, storm door or storm window.

Includes copyright material of Insurance Services Office, with its permission.

This coverage does not include loss on the **residence premises** if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant.

This coverage does not increase the limit of liability that applies to the damaged property.

13. **Landlord's Furnishings.** We will pay up to $2500 for your appliances, your carpeting and other household furnishings, located in an apartment on the **residence premises** regularly rented or held for rental to others by an **insured**, for loss caused by the Perils Insured Against in Coverage C – Personal Property, except Theft.

The $2500 limit is the most we will pay in any one loss regardless of the number of appliances, carpeting or other household furnishing involved in the loss.

14. **Building Ordinance or Law.** For loss caused by

a Peril Insured Against to buildings under Coverage A or B, we will pay the increased costs which are required and you actually incur to rebuild, repair or demolish this property due to compliance with any ordinance or law in effect at the time of the loss.

The limit of liability for this coverage will not be more than 5% of the Coverage A limit of liability.

This coverage is additional insurance.

15. **Temporary Living Expense.** We will pay up to $2,000 for necessary increase in costs which you incur to maintain your normal standard of living when the **residence premises** is uninhabitable due to a loss caused by earthquake, volcanic eruption, landslide, or if a civil authority prohibits your use of the **residence premises** because an earthquake, volcanic eruption or landslide has occurred.

This coverage is additional insurance. No deductible applies to this coverage.

# SECTION I – PERILS INSURED AGAINST

## COVERAGE A - DWELLING and

## COVERAGE B - OTHER STRUCTURES

We insure against risks of direct, physical loss to property described in Coverages A and B; however, we do not insure loss:

1.  involving collapse, other than as provided in ADDITIONAL COVERAGES, Collapse.

2.  caused by:
    a.  freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This exclusion applies only while the dwelling is vacant, unoccupied or being constructed and then, only if you have failed to:
        (1) maintain heat in the building; or
        (2) shut off the water supply and drain the system and appliances of water;
    b.  freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
        (1) fence, pavement, patio or swimming pool;
        (2) foundation, retaining wall or bulkhead; or
        (3) pier, wharf or dock;
    c.  theft in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied;

    d.  vandalism and malicious mischief or breakage of glass and safety glazing materials if the dwelling has been vacant for more than 30 consecutive days immediately before the loss. A dwelling being constructed is not considered vacant;

    e.  constant or repeated seepage or leakage of water or steam over a period of weeks, months or years from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance;

3.  caused by or consisting of:
    a.  wear and tear, marring, deterioration;
    b.  inherent vice, latent defect, mechanical breakdown;
    c.  smog, rust, or other corrosion, mold, wet or dry rot;
    d.  smoke from agricultural smudging or industrial operations;
    e.  discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against under Coverage C of this policy.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including, smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

Includes copyright material of Insurance Services Office, with its permission.

f. settling, cracking, shrinking, bulging or expansion of pavements, patios, foundations, walls, floors, roofs or ceilings;

g. birds, vermin, rodents, insects; or

h. animals owned or kept by an **insured**.

If any of these cause water damage not otherwise excluded, from a plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance, we cover loss caused by the water including the cost of tearing out and replacing any part of a building necessary to repair the system or appliance. We do not cover loss to the system or appliance from which this water escaped.

**4.** excluded under SECTION I – EXCLUSIONS.

Under items 2 and 3, any ensuing loss to property described in Coverages A and B not excluded or excepted in this policy is covered.

## COVERAGE C - PERSONAL PROPERTY

We insure for direct physical loss to the property described in Coverage C caused by a peril listed below unless the loss is excluded in SECTION I – EXCLUSIONS.

**1. Fire or lightning.**

**2. Windstorm or hail.**

This peril does not include loss to the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

This peril includes loss to watercraft and their trailers, furnishings, equipment and outboard motors, only while inside a fully enclosed building.

**3. Explosion.**

**4. Riot or civil commotion.**

**5. Aircraft,** including self–propelled missiles and spacecraft.

**6. Vehicles.**

**7. Smoke,** meaning sudden and accidental damage from smoke.

This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

**8. Vandalism or malicious mischief.**

**9. Theft,** including attempted theft and loss of property from a known place when it is likely that the property has been stolen.

This peril does not include loss caused by theft:

a. committed by an **insured;**

b. in or to a dwelling under construction, or of materials and supplies for use in the construction until the dwelling is finished and occupied; or

c. from that part of a **residence premises** rented by an **insured** to other than an **insured**.

This peril does not include loss caused by theft that occurs off the **residence premises** of:

a. property while at any other residence owned by, rented to, or occupied by an **insured**, except while an **insured** is temporarily residing there. Property of a student who is an **insured** is covered while at a residence away from home if the student has been there at any time during the 45 days immediately before the loss;

b. watercraft, including their furnishings, equipment and outboard motors; or

c. trailers and campers.

**10. Falling objects.**

This peril does not include loss to property contained in a building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight of ice, snow or sleet** which causes damage to property contained in a building.

**12. Accidental discharge or overflow of water or steam** from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance. In this peril, a plumbing system does not include a sump pump, sump well or similar device designed to drain water from the foundation area.

This peril does not include loss:

a. to the system or appliance from which the water or steam escaped;

b. caused by or resulting from freezing except as provided in the peril of Freezing below; or

c. on the **residence premises** caused by accidental discharge or overflow which occurs off the **residence premises**.

Includes copyright material of Insurance Services Office, with its permission.

**HO-3R   (04-93)**

13. **Sudden and accidental tearing apart, cracking, burning or bulging** of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing.

14. **Freezing** of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance.

This peril does not include loss on the **residence premises** while the dwelling is unoccupied, if you have failed to:

a. maintain heat in the building; or

b. shut off the water supply and drain the system and appliances of water.

15. **Sudden and accidental damage from artificially generated electrical current.**

16. **Volcanic eruption** other than loss caused by earthquake, land shock waves or tremors.

## SECTION I – EXCLUSIONS

1. We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss.

   a. **Ordinance or Law,** meaning enforcement of any ordinance or law regulating the construction, repair or demolition of a building or other structure, other than as provided in ADDITIONAL COVERAGES, Building Ordinance or Law.

   b. **Earth Movement,** meaning earthquake including land shock waves or tremors before, during or after a volcanic eruption; landslide; mine subsidence; mudflow; earth sinking, rising or shifting; unless direct loss by:

      (1) fire;

      (2) explosion; or

      (3) breakage of glass or safety glazing material which is part of a building, storm door or storm window;

   ensues and then we will pay only for the ensuing loss.

   This exclusion does not apply to loss by theft.

   c. **Water Damage,** meaning:

      (1) flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

      (2) water which backs up through sewers or drains or which overflows from a sump pump, sump well or similar device designed to drain water from the foundation area; or

      (3) water below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

   d. **Power Failure,** meaning the failure of power or other utility service if the failure takes place off the **residence premises,** except as provided in ADDITIONAL COVERAGES, Refrigerated Products. But, if a Peril Insured Against ensues on the **residence premises,** we will pay only for that ensuing loss.

   e. **Neglect,** meaning neglect of the **insured** to use all reasonable means to save and preserve property at and after the time of a loss.

   f. **War,** including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

   g. **Nuclear Hazard,** meaning any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against in Section I. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

   h. **Intentional Loss,** meaning any loss arising out of any act committed:

      (1) by or at the direction of any **insured;** and

      (2) with the intent to cause a loss.

Includes copyright material of Insurance Services Office, with its permission.

2. We do not insure against loss consisting of any of the following. Nor do we insure for loss that results when one or more of the following combines with other causes, events or conditions that are also excluded or excepted in this policy. However, any loss that ensues from the following, that is not otherwise excluded or excepted is covered.

   **a. Weather Conditions.**

   **b. Acts or decisions,** including the failure to act or decide, of any person, group, organization or governmental body:

**c. Faulty, negligent, inadequate or defective:**

   (1) planning, zoning, development, surveying, siting;

   (2) design, specifications, workmanship, repair, construction, renovation, remodeling, grading, compaction;

   (3) materials used in repair, construction, renovation or remodeling; or

   (4) maintenance;

   of part or all of any property whether on or off the **residence premises.**

# SECTION I – CONDITIONS

1. **Insurable Interest and Limit of Liability.** Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

   a. to the **insured** for more than the amount of the **insured's** interest at the time of loss; or

   b. for more than the applicable limit of liability.

2. **Your Duties After Loss.** In case of a loss to which this insurance may apply, you must see that the following are done:

   a. give prompt notice to us or our agent;

   b. notify the police in case of loss by theft;

   c. notify the credit card or fund transfer card company in case of loss under ADDITIONAL COVERAGES, Credit Card or Fund Transfer Card coverage;

   d. (1) protect the property from further damage;

      (2) make reasonable and necessary repairs to protect the property; and

      (3) keep an accurate record of repair expenses;

   e. prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

   f. as often as we reasonably require:

      (1) show the damaged property;

      (2) provide us with records and documents we request and permit us to make copies; and

      (3) submit to examinations under oath, while not in the presence of any other **insured,** and sign the same;

      (4) assure the attendance of employees, members of your household or others for examinations under oath to the extent it is within your power to do so.

   g. send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

      (1) the time and cause of loss;

      (2) the interest of the **insured** and all others in the property involved and all liens on the property;

      (3) other insurance which may cover the loss;

      (4) changes in title or occupancy of the property during the term of the policy;

      (5) specifications of damaged buildings and detailed repair estimates;

      (6) the inventory of damaged personal property described in 2e above;

      (7) receipts for Additional Living Expenses and Temporary Living Expenses incurred and records that support the Fair Rental Value loss; and

      (8) evidence or affidavit that supports a claim under ADDITIONAL COVERAGES, Credit Card, Fund Transfer Card, Forgery and Counterfeit Money coverage, stating the amount and cause of loss.

3. **Loss Settlement.** Covered property losses are settled as follows:

   a. (1) personal property;

      (2) awnings, household appliances, outdoor antennas, and outdoor equipment, whether or not attached to buildings; and

      (3) structures that are not buildings;

      It is our option to:

      (a) pay you the actual cash value; or

      (b) replace or to pay you our cost to replace the property with property of like kind, quality, age and condition; or

Includes copyright material of Insurance Services Office, with its permission.

(c) pay you the cost to repair or restore the property to the condition it was in just before the loss.

We will not pay more than the limit of liability shown on the Declarations Page for Coverage C, nor more than any other limits stated in the policy.

b.  All items under Coverage A – Dwelling and buildings under Coverage B at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after application of deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) the limit of liability under this policy that applies to the building;

(b) the replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) the necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) the actual cash value of that part of the building damaged; or

(b) that proportion of the cost to repair or replace, after application of deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy on the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage unless:

(a) actual repair or replacement is complete; or

(b) the cost to repair or replace the damage is both:

(i) less than 5% of the amount of insurance in this policy on the building; and

(ii) less than $2,500.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for physical loss to buildings on an actual cash value basis. You may then make claims within 180 days after loss for any additional liability on a replacement cost basis.

4.  **Loss to a Pair or Set.** In case of loss to a pair or set we may elect to:

a.  repair or replace any part to restore the pair or set to its value before the loss; or

b.  pay the difference between actual cash value of the property before and after the loss.

5.  **Appraisal.** If you and we do not agree on the amount of loss, either party can demand that the amount of the loss be determined by appraisal. If either makes a written demand for appraisal, each will select a competent, independent appraiser and notify the other of the appraiser's identity within 20 days of receipt of the written demand.

The two appraisers will then select a competent, impartial umpire. If the two appraisers are not able to agree upon the umpire within 15 days, you and we can ask a judge of a court of record in the state where the **residence premises** is located to select an umpire.

The appraisers will then set the amount of loss. If they submit a written report of any agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree within a reasonable time, they will submit their differences to the umpire. Written agreement signed by any two of these three will set the amount of the loss. Each appraiser will be paid by the party selecting that appraiser. Other expenses of the appraisal and the compensation of the umpire will be equally paid by you and us.

Includes copyright material of Insurance Services Office, with its permission.

6. **Other Insurance.** If a loss covered by this policy is also covered by other insurance, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss.

This policy does not apply to motorized golf carts and their equipment and accessories when an automobile policy also applies.

7. **Suit Against Us.** No action can be brought against us unless you have:

a.  given us notice of the loss,

b.  complied with all other policy provisions, and

c.  started the action

within one year after the date of the loss.

8. **Our Option.** If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with like property.

9. **Loss Payment.** We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

a.  reach an agreement with you;

b.  there is an entry of a final judgment; or

c.  there is a filing of an appraisal award with us.

10. **Abandonment.** You may not abandon property to us for any reason.

11. **Mortgage Clause.** The word "mortgagee" includes trustee.

If a mortgagee is named in this policy, any loss payable under Coverage A or B will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

If we deny your claim, that denial shall not apply to a valid claim of the mortgagee, if the mortgagee:

a.  promptly notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

b.  pays any premium due under this policy on demand if you have neglected to pay the premium; and

c.  sends to us, within 60 days after our request, a signed sworn proof of loss which sets forth, to the best of the mortgagee's knowledge and belief:

(1)  the time and cause of loss;

(2)  the interest of the mortgagee and all others in the property involved and all liens on the property;

(3)  other insurance which may cover the loss;

(4)  changes in title or occupancy of the property during the term of the policy;

(5)  specifications of damaged buildings and detailed repair estimates.

Policy conditions relating to Appraisal, Suit Against Us and Loss Payment apply to the mortgagee.

d.  submits to examinations under oath.

If we decide to cancel or not to renew this policy, the mortgagee will be properly notified at least 10 days before the date cancellation or nonrenewal takes effect.

If we pay the mortgagee for any loss and deny payment to you:

a.  we are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

b.  at our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

12. **No Benefit to Bailee.** We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

13. **Salvage and Recovered Property.**

a.  We have an interest in the salvage value of any property for which we have made a payment under the Loss Settlement provision. At our option, property that we have paid for or replaced becomes our property.

b.  If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property may be retained by you. If you retain the property, the loss payment, or any lesser amount to which we agree, must be refunded to us.

Includes copyright material of Insurance Services Office, with its permission.

14. **Concealment or Fraud.** With respect to all **insureds**, the entire policy will be void if whether before or after a loss any **insured** has:

a. intentionally concealed or misrepresented any material fact or circumstance;

b. engaged in fraudulent conduct; or

c. made false statements;

relating to this insurance.

15. **Volcanic Eruption Period.** One or more volcanic eruptions that occur within a 72-hour period will be considered as one volcanic eruption.

---

## SECTION II – LIABILITY COVERAGES

### COVERAGE E - Personal Liability

If a claim is made or a suit is brought against an **insured** for damages because of **bodily injury** or **property damage** caused by an **occurrence** to which this coverage applies, we will:

1. pay up to our limit of liability for the damages for which the **insured** is legally liable; and

2. provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when the amount we pay for damages resulting from the **occurrence** equals our limit of liability.

### COVERAGE F - Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing **bodily injury.** Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except **residence employees.** As to others, this coverage applies only:

1. to a person on the **insured location** with the permission of an **insured**; or

2. to a person off the **insured location,** if the **bodily injury:**

a. arises out of a condition on the **insured location** or the ways immediately adjoining;

b. is caused by the activities of an **insured;**

c. is caused by a **residence employee** in the course of the **residence employee's** employment by an **insured;** or

d. is caused by an animal owned by or in the care of an **insured.**

---

## SECTION II – EXCLUSIONS

1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others** do not apply to **bodily injury** or **property damage:**

a. caused by the intentional or purposeful acts of any insured, including conduct that would reasonably be expected to result in **bodily injury** to any person or **property damage** to any property.

b. (1) arising out of or in connection with a **business** engaged in by an **insured.** This exclusion applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the **business;**

(2) arising out of the rental or holding for rental of any part of any premises by an **insured.** This exclusion does not apply to the rental or holding for rental of an

**insured location:**

(i) on an occasional basis if used only as a residence;

(ii) in part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

(iii) in part, as an office, school, studio or private garage;

c. arising out of the rendering of or failure to render professional services;

d. arising out of a premises:

(1) owned by an **insured;**

(2) rented to an **insured;** or

(3) rented to others by an **insured;**

that is not an **insured location;**

---

Includes copyright material of Insurance Services Office, with its permission.

e.  arising out of:

(1) the ownership, maintenance, use, loading or unloading of motor vehicles or all other motorized land conveyances, including trailers, owned or operated by or rented or loaned to an **insured**;

(2) the entrustment by an **insured** of a motor vehicle or any other motorized land conveyance to any person; or

(3) vicarious liability, whether or not statutorily imposed, for the actions of anyone using a conveyance excluded in paragraph (1) or (2) above.

This exclusion does not apply to:

(1) a trailer not towed by or carried on a motorized land conveyance;

(2) a motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and:

(a) not owned by an **insured**; or

(b) owned by an **insured** and on an **insured location;**

(3) a motorized golf cart when used to play golf on a golf course;

(4) a vehicle or conveyance not subject to motor vehicle registration which is:

(a) used to service an **insured's** residence;

(b) designed for assisting the handicapped; or

(c) in dead storage on an **insured location;**

f.  arising out of:

(1) the ownership, maintenance, use, loading or unloading of a watercraft described below;

(2) the entrustment by an **insured** of a watercraft described below to any person; or

(3) vicarious liability, whether or not statutorily imposed, for the actions of anyone using a watercraft described below.

Watercraft

(1) with inboard or inboard−outdrive motor power of more than 50 horsepower owned by or rented to an **insured**;

(2) that is a sailing vessel, with or without auxiliary power, which is more than 35

feet in length owned by or rented to an **insured**;

(3) powered by one or more outboard motors with more than 50 total horsepower if the outboard motor is owned by the **insured.** If acquired during the policy period, outboard motors of more than 50 total horsepower are covered for that policy period only; or

(4) that uses a water jet pump powered by an internal combustion engine as the primary source of propulsion owned by an **insured.**

This exclusion does not apply while the watercraft is stored.

g.  arising out of:

(1) the ownership, maintenance, use, loading or unloading of an aircraft;

(2) the entrustment by an **insured** of an aircraft to any person; or

(3) vicarious liability, whether or not statutorily imposed, for the actions of anyone using an aircraft.

An aircraft means any contrivance used or designed for flight, except model or hobby aircraft not used or designed to carry people or cargo.

h.  caused directly or indirectly by war, including undeclared war, civil war, insurrection, rebellion, revolution, warlike act by a military force or military personnel, destruction or seizure or use for a military purpose, and including any consequence of any of these. Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

i.  which arises out of the transmission of a communicable disease by an **insured.**

j.  arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a controlled substance(s). Controlled substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions d., e., f. and g. do not apply to **bodily injury** to a **residence employee** arising out of and in the course of the **residence employee's** employment by an **insured.**

Includes copyright material of Insurance Services Office, with its permission.

2. **Coverage E - Personal Liability** does not apply to:

a. liability:

(1) for any loss assessment charged against you as a member of an association, corporation or community of property owners;

(2) under any contract or agreement. However, this exclusion does not apply to written contracts:

(a) that directly relate to the ownership, maintenance or use of an **insured location;** or

(b) where the liability of others is assumed by the **insured** prior to an **occurrence;**

unless excluded in (1) above or elsewhere in this policy;

b. **property damage** to property owned by the **insured;**

c. **property damage** to property rented to, occupied or used by or in the care of the **insured.** This exclusion does not apply to **property damage** caused by fire, smoke or explosion;

d. **bodily injury** to any person eligible to receive any benefits:

(1) voluntarily provided; or

(2) required to be provided;

by the **insured** under any:

(1) workers' compensation law;

(2) non-occupational disability law; or

(3) occupational disease law;

e. **bodily injury** or **property damage** for which an **insured** under this policy:

(1) is also an insured under a nuclear energy liability policy; or

(2) would be an insured under that policy

but for the exhaustion of its limit of liability.

A nuclear energy liability policy is one issued by:

(1) American Nuclear Insurers;

(2) Mutual Atomic Energy Liability Underwriters;

(3) Nuclear Insurance Association of Canada;

or any of their successors;

f. **bodily injury** to you or an **insured** within the meaning of part a. or b. of "**Insured**" as defined.

3. **Coverage F - Medical Payments to Others** does not apply to **bodily injury:**

a. to a **residence employee** if the **bodily injury:**

(1) occurs off the **insured location;** and

(2) does not arise out of or in the course of the **residence employee's** employment by an **insured;**

b. to any person eligible to receive benefits:

(1) voluntarily provided; or

(2) required to be provided;

under any:

(1) workers' compensation law;

(2) non-occupational disability law; or

(3) occupational disease law;

c. from any:

(1) nuclear reaction;

(2) nuclear radiation; or

(3) radioactive contamination;

all whether controlled or uncontrolled or however caused; or

(4) any consequence of any of these;

d. to any person, other than a **residence employee** of an **insured,** regularly residing on any part of the **insured location.**

---

# SECTION II - ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

1. **Claim Expenses.** We pay:

a. expenses we incur and costs taxed against an **insured** in any suit we defend;

b. premiums on bonds required in a suit we defend, but not for bond amounts more than the limit of liability for Coverage E. We need not apply for or furnish any bond;

c. reasonable expenses incurred by an **insured** at our request, including actual loss of earnings (but not loss of other income) up to $100 per day, for assisting us in the investigation or defense of a claim or suit;

d. interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies;

Includes copyright material of Insurance Services Office, with its permission.

e.  prejudgment interest awarded against the **insured** on that part of the judgment we pay. If we make an offer to pay the applicable limit of liability, we will not pay any prejudgment interest based on that period of time after the offer.

2.  **First Aid Expenses.** We will pay expenses for first aid to others incurred by an **insured** for **bodily injury** covered under this policy. We will not pay for first aid to you or any other **insured.**

3.  **Damage to Property of Others.** We will pay, at replacement cost, up to $1,000 per **occurrence** for **property damage** to property of others caused by an **insured.**

    We will not pay for **property damage:**

    a.  to the extent of any amount recoverable under SECTION I of this policy;

    b.  caused intentionally by an **insured** who is 13 years of age or older;

    c.  to property owned by an **insured;**

    d.  to property owned by or rented to a tenant of an **insured** or a resident in your household; or

    e.  arising out of:

        (1) a **business** engaged in by an **insured;**

        (2) any act or omission in connection with a premises owned, rented or controlled by an **insured,** other than the **insured location;** or

        (3) the ownership, maintenance or use of aircraft, watercraft or motor vehicles or all other motorized land conveyances.

        This exclusion does not apply to any motorized land conveyance designed for recreational use off public roads, not subject to motor vehicle registration and not owned by an **insured.**

4.  **Loss Assessment.** We will pay up to $1,000

for your share of loss assessment charged during the policy period against you by a corporation or association of property owners, when the assessment is made as a result of:

a.  **bodily injury** or **property damage** not excluded under SECTION II of this policy; or

b.  liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided:

    (1) the director, officer or trustee is elected by the members of a corporation or association of property owners; and

    (2) the director, officer or trustee serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

This coverage applies only to loss assessments charged against you as owner or tenant of the **residence premises.**

We do not cover loss assessments charged against you or a corporation or association of property owners by any governmental body.

Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

a.  one accident, including continuous or repeated exposure to substantially the same general harmful conditions; or

b.  a covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

The following do not apply to this coverage:

1.  SECTION II, Coverage E – Personal Liability Exclusion 2.a.(1);

2.  Condition 1. Policy Period, under SECTIONS I and II – CONDITIONS.

---

# SECTION II – CONDITIONS

1.  **Limit of Liability.** Our total liability under Coverage E for all damages resulting from any one **occurrence** will not be more than the limit of liability for Coverage E as shown in the Declarations. This limit is the same regardless of the number of **insureds,** claims made or persons injured. All **bodily injury** and **property damage** resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one

**occurrence.**

Our total liability under Coverage F for all medical expenses payable for **bodily injury** to one person as the result of one accident will not be more than the limit of liability for Coverage F as shown in the Declarations.

2.  **Severability of Insurance.** This insurance applies separately to each **insured.** This condition will not increase our limit of liability for any one **occurrence.**

Includes copyright material of Insurance Services Office, with its permission.

3. **Concealment or Fraud.** We do not provide coverage to any **insured** who, whether before or after a loss, has:

   a. intentionally concealed or misrepresented any material fact or circumstance;

   b. engaged in fradulent conduct; or

   c. made false statements;

   relating to this insurance.

4. **Duties After Loss.** In case of an accident or **occurrence**, the **insured** will perform the following duties that apply. You will help us by seeing that these duties are performed:

   a. give written notice to us or our agent as soon as is practical, which sets forth:

      (1) the identity of the policy and **insured;**

      (2) reasonably available information on the time, place and circumstances of the accident or **occurrence**; and

      (3) names and addresses of any claimants and witnesses;

   b. promptly forward to us every notice, demand, summons or other process relating to the accident or **occurrence;**

   c. at our request, help us:

      (1) to make settlement;

      (2) to enforce any right of contribution or indemnity against any person or organization who may be liable to an **insured;**

      (3) with the conduct of suits and attend hearings and trials;

      (4) to secure and give evidence and obtain the attendance of witnesses;

   d. under Damage to Property of Others, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in the **insured's** control;

   e. the **insured** will not, except at the **insured's** own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the **bodily injury.**

5. **Duties of an Injured Person - Coverage F - Medical Payments to Others.** The injured person or someone acting for the injured person will:

   a. give us written proof of claim, under oath if required, as soon as is practical; and

   b. authorize us to obtain copies of medical reports and records.

   The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

6. **Payment of Claim - Coverage F - Medical Payments to Others.** Payment under this coverage is not an admission of liability by an **insured** or us.

7. **Suit Against Us.** No action can be brought against us unless there has been compliance with the policy provisions.

   No one will have the right to join us as a party to any action against an **insured.** Also, no action with respect to Coverage E can be brought against us until the obligation of the **insured** has been determined by final judgment or agreement signed by us.

8. **Bankruptcy of an Insured.** Bankruptcy or insolvency of an **insured** will not relieve us of our obligations under this policy.

9. **Other Insurance - Coverage E - Personal Liability.** This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

---

## SECTIONS I AND II - CONDITIONS

1. **Policy Period.** This policy applies only to loss in SECTION I or **bodily injury** or **property damage** in SECTION II, which occurs during the policy period.

2. **Liberalization Clause.** If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

   This Liberalization Clause does not apply to changes implemented through introduction of a subsequent edition of our policy.

Includes copyright material of Insurance Services Office, with its permission.

HO-3R   (04-93)

**3. Waiver or Change of Policy Provisions.** A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**4. Cancellation.**

a. You may cancel this policy at any time. But the effective date of cancellation cannot be earlier than the date of your request.

b. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

(1) When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

(2) When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

(3) When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

(a) if there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

(b) if the risk has changed substantially since the policy was issued.

This can be done by letting you know at least 30 days before the date cancellation takes effect.

c. When this policy is cancelled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

d. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**5. Nonrenewal.** We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**6. Assignment.** Assignment of this policy will not be valid unless we give our written consent.

**7. Subrogation.** An **insured** may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an **insured** must sign and deliver all related papers and cooperate with us.

Subrogation does not apply under SECTION II to Medical Payments to Others or Damage to Property of Others.

**8. Death.** If any person named in the Declarations or the spouse, if a resident of the same household, dies:

a. we insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death;

b. **insured** includes:

(1) any member of your household who is an **insured** at the time of your death, but only while a resident of the **residence premises;** and

(2) with respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

Includes copyright material of Insurance Services Office, with its permission.

HO-3R   (04-93)

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## SPOUSE ACCESS

The following condition is added:

The named insured and **we** agree that the named insured and resident spouse are "customers" for purposes of state and federal privacy laws.  The resident spouse will have access to the same information available to the named insured and may initiate the same transactions as the named insured.

The named insured may notify **us** that he/she no longer agrees that the resident spouse shall be treated as a "customer" for purposes of state and federal privacy laws, and **we** will not permit the resident spouse to access policy information.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2005.  All rights reserved.

**ESA** (02-05)

49319-0205

HO-FLDA
(01-07)

## Amendatory Endorsement
### Section I - Exclusions

**SECTION I - EXCLUSIONS**

Under **Section I - Exclusions**, item 1. the first paragraph is deleted and replaced by the following:

1. We do not insure for loss caused directly or indirectly by any of the following regardless of:

    (i) the cause of the excluded event or damage; or

    (ii) other causes of the loss; or

    (iii) whether the event or damage occurs, suddenly or gradually, involves isolated or widespread damage, or occurs as a result of any combination of these; or

    (iv) whether other causes or events act concurrently or in any sequence with the excluded event to produce the loss.

Item 1. c. **Water Damage** is deleted and replaced by the following:

c. **Water Damage**, meaning damage caused by or consisting of:

    (1) flood, surface water, waves, tidal water, storm surge, tsunami, any overflow of a body of water, or spray from any of these, whether or not driven by wind;

    (2) any release, overflow, escape or rising of water otherwise held, contained, controlled or diverted by a dam, levee, dike or by any type of water containment, water diversion or flood control device;

    (3) water or water-borne material which backs up through sewers or drains or which overflows from a sump pump, sump well or similar device designed to drain water from the residence premises; or

    (4) water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

arising from, caused by or resulting from human or animal forces, any act of nature, or any other source.

Direct loss by fire, explosion or theft resulting from water damage is covered.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2007. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

66299-0107
Page 1 of 1

HO-FLDA  (01-07)

HO-IDFLA (07-01)

THIS ENDORSEMENT CHANGES THE POLICY, PLEASE READ IT CAREFULLY

## IDENTITY AND FINANCIAL FRAUD COVERAGE

Under Section I., Additional Coverages, Item 6. is deleted and replaced by the following:

**6. Credit Card, Fund Transfer Card, Forgery, Counterfeit Money, and Identity Fraud Expense Coverage**

We will pay up to $5,000 in the aggregate for all loss and defense costs resulting from:

a. the legal obligation of an **insured** to pay because of the theft or unauthorized use of credit cards issued to or registered in an **insured's** name;

b. loss resulting from theft or unauthorized use of electronic fund transfer cards or access devices used for deposit, withdrawal or transfer of funds, issued to or registered in an **insured's** name;

c. loss to an **insured** caused by forgery or alteration of any check or negotiable instrument;

d. loss to an **insured** through acceptance in good faith of counterfeit United States or Canadian paper currency; or

e. **expenses** incurred by an **insured** as the direct result of any one **Identity Fraud.**

For the purposes of this endorsement a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss, even if a series of acts continues into a subsequent policy period.

We will provide defense, other than that provided by Identity Fraud Expense coverage as follows:

a. we may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the limit of liability has been exhausted by a payment of a judgment or settlement.

b. if a suit is brought against an **insured** for liability under the Credit Card or Fund Transfer Card coverage, we will provide a defense at our expense by counsel of our choice.

c. we have the option to defend at our expense an **insured** or an **insured's** bank against any suit for the enforcement of payment under the Forgery coverage.

DEFINITIONS

With respect to the provisions of this endorsement only, the following definitions are added:

1. **"Expenses"** means:

a. costs for notarizing fraud affidavits or similar documents for financial institutions or similar credit grantors or credit agencies that have required that such affidavits be notarized;

b. costs for certified mail to law enforcement agencies, credit agencies, financial institutions or similar credit grantors;

c. lost wages as a result of time taken off from work to meet with, or talk to, law enforcement agencies, credit agencies, merchants, and/or legal counsel, or to complete fraud affidavits, not to exceed $250 per day;

d. loan application fees for re-applying for a loan or loans when original application is rejected solely because the lender received incorrect credit information;

e. reasonable attorney fees incurred, with our prior consent, for:

(1) defense of lawsuits brought against an **insured** by merchants or their collection agencies; and

(2) the removal of any criminal or civil judgments wrongly entered against an **insured;**

f. charges incurred for long distance telephone calls to merchants, law enforcement agencies, financial institutions or similar credit grantors, or credit agencies to report or discuss **Identity Fraud;**

g. research fees charged by merchants, financial institutions or similar credit grantors, or credit agencies.

**HO-IDFLA** (07-01)

Page 1 of 2

2. "**Identity Fraud**" means the act of knowingly transferring or using, without lawful authority, a means of identification of an **insured** with the intent to commit, or to aid or abet, any unlawful activity that constitutes a violation of federal law or a felony under any applicable state or local law.

EXCLUSIONS

The following additional exclusions apply to this coverage.

1. We do not cover forgery, theft or use of a credit card, electronic fund transfer card or access device:

   a. by a resident of your household;

   b. by a person who has been entrusted with the card(s) or device(s); or

   c. if the **insured** has not complied with all terms and conditions under which the cards or devices are issued.

2. We do not cover loss arising out of **business** pursuits, dishonesty, fraud, or criminal activity of the **insured.**

This coverage is additional insurance. A $100 deductible applies to the Identity Fraud Expense coverage. No deductible applies to the Credit Card, Fund Transfer Card, Forgery, and Counterfeit Money coverage.

YOUR DUTIES AFTER LOSS

The following is added under SECTION I - CONDITIONS. Item 2. Your Duties After Loss:

   h. provide us with receipts, bills or other records that support your claim for expenses under **Identity Fraud** expense coverage.

OTHER INSURANCE

For the purposes of this endorsement, Item 6. Other Insurance under SECTION I - CONDITIONS is deleted and replaced by the following:

The coverage provided by this endorsement is excess over other insurance that covers the same loss. Other insurance includes the coverage and any deductible required by such other insurance. This coverage is also excess over any other contractual conditions, rights or benefits that provide relief from or indemnification for your obligations to pay any amounts to any third party resulting from a loss covered under this endorsement. In no event will we pay more than the applicable Limit of Insurance.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA 2001. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY

**HO-MLDLA**
**AMENDMENT TO CONTRACT PROVISIONS** (07-01)
**Louisiana**

## DEFINITIONS

For policy forms **HO-3R, HO-6R** and **HO-9R** the following definition is added:

**"Fungus"** means any type or form of **fungus**, including mold, mildew, mycotoxins, spores, scents or by products produced or released by fungi.

## SECTION I - EXCLUSIONS

For policy forms **HO-3R, HO-6R** and **HO-9R** under Item 1. the following exclusion is added:

i. **Fungus.** We also do not cover:

(1) any loss of use or delay in rebuilding, repairing or replacing covered property at the **residence premises** including any associated cost or expense due to **fungus.**

(2) any remediation of **fungus**, including the cost to:

(a) remove the **fungus** from covered property or to repair, restore or replace that property; or

(b) tear out and replace the building, any part of the building or other property as needed to gain access to the **fungus**; or

(3) the cost of testing or monitoring of air or property to confirm the type, absence, presence or level of **fungus**, whether performed prior to, during or after removal, repair, restoration or replacement of covered property.

## SECTION II - LIABILITY EXCLUSIONS

The following exclusion is added to Item 1. **Coverage E - Personal Liability and Coverage F - Medical Payments to Others:**

arising out of exposure to **fungus**.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2001. All rights reserved.

**HO-MLDLA** (07-01)

■

## ADJUSTED BUILDING COST ENDORSEMENT

It is agreed that the limit for SECTION I, Coverage A – Dwelling, shown in the Declarations of this policy, will be revised at each policy renewal to reflect the rate of change in the replacement cost of your dwelling. The resulting limit will be rounded to the next $1000.

SECTION I, Coverages B (Other Structures), C (Personal Property) and D (Loss of Use) will also be adjusted. The rules then in use by us will determine the new limits for these coverages.

These limits will not be reduced without your consent.

■

You have the right to refuse any resulting change in limits. You must do so in writing before the effective date of such change. If you do reject the new limits, we will delete this endorsement from your policy.

We have the right to change to another replacement cost calculation tool as of any renewal date. We will give you at least 30 days prior written notice if we do this. Such change must apply to all similar policies issued by us.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

Copyright, USAA, 2000.  All rights reserved.

HO-17 (07-00)

## HOME PROTECTOR
### (HO-3R only)

For an additional premium, Section I – Conditions, Item **3.b. Loss Settlement** is deleted and replaced by the following:

**b. Home Protector Coverage Loss Settlement - Buildings Covered Under Coverages A or B.** If you comply with the requirements of Item c., HOME PROTECTOR COVERAGE REQUIREMENTS, the Home Protector Loss Settlement applies.

For covered property losses to buildings, under Coverages A and B, and outdoor antennas and outdoor equipment, whether or not attached to buildings, we will pay the amount actually and necessarily spent to repair or replace the damaged building.

If, as a result of a covered loss,

(1) the limit of liability applying to buildings covered under Coverages A or B is exhausted;

(2) the limit of liability provided under ADDITIONAL COVERAGES, Debris Removal is exhausted;

(3) the limit of liability provided under ADDITIONAL COVERAGES, Building Ordinance or Law is exhausted;

then, we will pay up to an additional 25% of the limit of liability applying to the damaged building. The most we will pay for (1), (2), or (3), either singly or in any combination is 25%.

When the cost to repair or replace the damaged building is more than $2500, we will pay no more than the actual cash value of the damage until the repair or replacement is completed.

**c. Home Protector Coverage Requirements.** You agree:

(1) that you will insure your buildings under Coverages A and B for the full replacement cost at the time this policy is issued; and

(2) that each year you will accept any increase in coverage that results from the application of the Adjusted Building Cost endorsement if it is deemed necessary by us. You must pay for any added premium;

and

(3) that you will tell us within 90 days of the start of any additions or other physical changes to buildings on the residence premises which increase the value $5000 or more. You must pay any resulting premium.

If you fail to comply with these requirements, then, covered property losses will be settled as outlined in Item d., LOSS SETTLEMENT–BUILDINGS UNDER COVERAGES A AND B.

**d. Loss Settlement - Buildings Covered Under Coverages A and B.** If you fail to comply with the requirements listed in Item c., HOME PROTECTOR COVERAGE REQUIREMENTS, covered property losses will be settled at replacement cost without deduction for depreciation, subject to the following:

(1) If, at the time of loss, the amount of insurance in this policy on the damaged building is 80% or more of the full replacement cost of the building immediately before the loss, we will pay the cost to repair or replace, after the application of the deductible and without deduction for depreciation, but not more than the least of the following amounts:

(a) the limit of liability under this policy that applies to the damaged building;

(b) the replacement cost of that part of the building damaged for like construction and use on the same premises; or

(c) the necessary amount actually spent to repair or replace the damaged building.

(2) If, at the time of loss, the amount of insurance in this policy on the damaged building is less than 80% of the full replacement cost of the building immediately before the loss, we will pay the greater of the following amounts, but not more than the limit of liability under this policy that applies to the building:

(a) the actual cash value of that part of the building damaged; or

(b) that proportion of the cost to repair or replace, after application of the deductible and without deduction for depreciation, that part of the building damaged, which the total amount of insurance in this policy in the damaged building bears to 80% of the replacement cost of the building.

(3) To determine the amount of insurance required to equal 80% of the full replacement cost of the building immediately before the loss, do not include the value of:

(a) excavations, foundations, piers or any supports which are below the undersurface of the lowest basement floor;

(b) those supports in (a) above which are below the surface of the ground inside the foundation walls, if there is no basement; and

(c) underground flues, pipes, wiring and drains.

(4) We will pay no more than the actual cash value of the damage unless:

(a) actual repair or replacement is complete; or

(b) the cost to repair or replace the damage is both:

(i) less than 5% of the amount of insurance in this policy on the building; and

(ii) less than $2500.

(5) You may disregard the replacement cost loss settlement provisions and make claim under this policy for physical loss to buildings on an actual cash value basis. You may then make claim within 180 days after loss for any additional liability on a replacement cost basis.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

**Term Premium**  ███████

Copyright, USAA, 1993. All rights reserved.

HO-125 (04-93)                                    Page 2 of 2

REPLACEMENT COST COVERAGE - PERSONAL PROPERTY          HO-728 (06-97)

For an additional premium, we will settle losses to covered property at full replacement cost without deduction for depreciation, subject to the provisions of this endorsement.

## REPLACEMENT COST COVERAGE DEFINED

Replacement Cost means the cost, at the time of loss, of a new item identical to the one damaged, destroyed or stolen. If an identical item is no longer manufactured or cannot be obtained, replacement cost will be the cost of a new item which is:

- similar to the insured article, and
- of like quality and usefulness.

## DEDUCTIBLE

The deductible shown on the Declarations Page applies.

## PROPERTY COVERED

- Personal property covered in Coverage C, except personal property stated in Property Not Eligible;
- If covered in this policy: awnings, carpeting, household appliances, outdoor antennas and outdoor equipment, whether or not attached to buildings.

## PROPERTY NOT ELIGIBLE

Replacement cost coverage does not apply to:

- items of rarity or antiquity that cannot be replaced;
- articles whose age or history contributes substantially to their value. These include, but are not limited to, memorabilia, souvenirs and collectors' items;
- motorized golf carts and their equipment and accessories;
- articles not maintained in good or workable condition;
- property that is either obsolete or useless to the insured at the time of loss;
- property that is not repaired, replaced, or restored, unless the entire loss is less than $500.

## LOSS SETTLEMENT

SECTION I – CONDITIONS, Item 3., Loss Settlement does not apply to property covered by this endorsement. Instead, the following loss settlement procedures apply:

a. For property that is covered by this endorsement it is our option to:

   (1) replace, or pay you our cost to replace the property with new property of like kind and quality without deduction for depreciation, or

   (2) pay you the cost to repair or restore the property to the condition it was in just before the loss, or

   (3) pay you the necessary amount actually spent to repair or replace the damaged property.

b. We will pay no more than actual cash value until repair or replacement of the damaged property is completed, unless the entire loss is less than $500.

c. You may make a claim for loss on an actual cash value basis and then make claim within 180 days after the loss for any additional liability under the terms of this endorsement.

d. For property that is not eligible for replacement cost coverage, it is our option to:

   (1) pay you the actual cash value; or

   (2) replace, or to pay you our cost to replace the property with property of like kind, age, quality and condition; or

   (3) pay you the cost to repair or restore the property to the condition it was in just before the loss.

e. We will not pay more than the Limit of Liability that applies to Coverage C. Nor will we pay more than any Special Limits of Liability that apply as stated in the policy to which this endorsement is attached.

Except as specifically modified in this endorsement, all provisions of the policy to which this endorsement is attached also apply to this endorsement.

**Term Premium** 

Copyright, USAA, 1997. All rights reserved.

HO-728 (06-97)