UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Joshua C. Price and Kimberlea Price v. USAA Casualty Insurance Co.* **Case No. 10-CV-01420 (E.D. La.)** | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Pursuant to this Court's July 1, 2010 Order [R. Doc. 4300], defendant, USAA Casualty Insurance Co., , will bring the foregoing Motion to Dismiss for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Thursday, September 2, 2010, at 9:00 a.m. You are invited to attend and participate as permitted by law.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: _____*s/Jennifer McNamara*_____
   AMELIA W. KOCH (2186)
   STEVEN F. GRIFFITH, JR., T.A. (27232)
   JENNIFER McNAMARA (23946)
   KATHRYN B. COOPER (32404)
   201 St. Charles Ave., Suite 3600
   New Orleans, Louisiana  70170
   Telephone:  (504) 566-5200
   Facsimile:  (504) 636-4000
   E-mail:  akoch@bakerdonelson.com
      sgriffith@bakerdonelson.com
      jmcnamara@bakerdonelson.com
      kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system.

I further certify that I have served a copy of the above and foregoing on Jeffrey P. Berniard, counsel for the Plaintiffs, Joshua C. Price and Kimberlea Price, by e-mail and/or United States mail.

This 19th day of July, 2010.

                  *s/Jennifer McNamara*
                  JENNIFER McNAMARA