UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047<br>SECTION: L<br>JUDGE FALLON |
| *   *   *   *   *   *   *   * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

### EX PARTE MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)

**NOW INTO COURT**, through undersigned counsel, comes Nautilus Insurance Group, LLC (hereinafter referred to as "Nautilus"), who respectfully request leave to file its Supplemental Memorandum in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1). The Motion to Dismiss was originally filed in October 2009 (See Doc. 384) and was filed on the LexisNexis File & Service on December 23, 2009 (See Transaction no. 28650510). The Supplemental Memorandum is being filed to include information required by the court in its July 1, 2010 order. The Supplemental Memorandum is attached to this Ex Parte Motion for Leave as Exhibit 1. Thus, Nautilus prays this Honorable Court allow it to file this Supplemental Memorandum.

**WHEREFORE**, Nautilus Insurance Group, LLC respectfully request that this Honorable Court grant its Motion for Leave to File Supplemental Memorandum in support of its Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1).

    Respectfully submitted,

    **HEBBLER & GIORDANO, L.L.C.**
    *Attorneys at Law*

    BY:  s/George P. Hebbler, Jr.
        GEORGE P. HEBBLER, JR. (T.A.)
        Louisiana Bar No: 6722
        Email: hebbler@hebblergiordano.com
        FRANK A. ROMEU, JR.
        Louisiana Bar No: 18412
        Email: romeu@hebblergiordano.com
        MICHAEL P. HIGGINS
        Louisiana Bar No: 30554
        Email: higgins@hebblergiordano.com
        Attorney for Defendants
        3636 S. I-10 Service Road W, Suite 300
        Metairie, Louisiana 70001
        Telephone: (504) 833-8007
        Facsimile: (504) 833-2866

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

    s/George P. Hebbler, Jr.
    GEORGE P. HEBBLER, JR.