**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) | MDL No.2047 |
| | ) | SECTION "L" |
| *This Document Relates to:* | ) | CIVIL ACTION NO.: 2:09-CV-7791 |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) | |
| | ) | JUDGE ELDON FALLON |
| Versus | ) | |
| | ) | MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) | |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN REQUIRED PARTIES**

**NOW INTO COURT**, through undersigned counsel, come AMERISURE INSURANCE COMPANY and AMERISURE MUTUAL INSURANCE COMPANY (collectively "Amerisure") and files this Supplemental Memorandum in Support of Amerisure Mutual Insurance Company's and Amerisure Insurance Company's Motion to Dismiss First Amended Complaint For Failure to Join Required Parties (the "Second Motion to Dismiss") [Doc. 2174], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the Amerisure, and other defendant insurers, are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI

Communities, Inc. In response, on February 24, 2010, Amerisure filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(7) and Fed. R. Civ. P. 19. [Doc. 1328].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original motion to dismiss. Accordingly, on March 29, 2010, Amerisure filed the Second Motion to Dismiss [Doc. 2174].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. Amerisure requests that the Court permit them to support the Second Motion to Dismiss as to them with the following information in accordance with the Court's July 1, 2010 Order.

a. The insured within MDL 2047 for which the insurer provides CGL insurance:

   None. Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the Amerisure policies at issue but neither the Trustee nor the Trust are insureds under those policies.

b. Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047:

   None.

c. Each case in which this issue may be related or the movant has filed a similar motion:

   None.

**WHEREFORE**, for the reasons set forth above, Amerisure respectfully submits this Supplemental Memorandum in Support of its Second Motion to Dismiss in compliance with the Court's July 1, 2010 Order.

Respectfully submitted,

Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company

By: /s/ Brian K. Abels
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606-6308
Telephone: (312) 627-4000

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR FAILURE TO JOIN REQUIRED PARTIES** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.