UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | * | Section L |
| This pleading applies to: | * | |
| *Pate v. American International Specialty Lines Insurance Company, et al.* | * * * | Judge Fallon |
| | * | Magistrate Judge Wilkinson |
| USDC, EDLA No. 09-7791 | * | |
| * * * * * * * * * * * * * * * * * * | | |

**HARTFORD DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT OR, IN THE ALTERNATIVE, TO TRANSFER VENUE**

Pursuant to Fed. R. Civ. P. 12(b)(3), 28 U.S.C. § 1406(a), and Local Rule 7.4, Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford"), by their undersigned attorneys, move to dismiss the First Amended Complaint or, in the alternative, to transfer this action to the Middle District of Florida. Hartford incorporates by reference the accompanying memorandum of law.

Hartford has complied with Pretrial Order No. 23. Hartford provides the following information pursuant to the Court's Order of July 1, 2010:

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. Hartford's insured, A.A. Stucco & Drywall, Inc., is not a party to any action within MDL 2047.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

    None.

1

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

Two actions pending in the United States District Court for the Middle District of Florida, *Chartis Specialty Ins. Co. v. Pate*, No. 8:10-cv-1465, and *Mid-Continent Casualty Co. v. Pate*, 2:10-cv-121-FtM-36DNF, involve disputes between Pate and certain of the defendants in this action.

WHEREFORE, Hartford requests that the Court dismiss the First Amended Complaint or, in the alternative, transfer this action to the Middle District of Florida.

Respectfully Submitted,

/s/Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Heather N. Sharp, La. Bar No. 29987**
601 Poydras Street, Suite 2775
New Orleans, LA  70130
Telephone:   (504) 568-1990
Facsimile:    (504) 310-9195
e-mail:         rhubbard@lawla.com
                   sschmeeckle@lawla.com
                   hsharp@lawla.com
**Attorneys for Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company**

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Hartford Defendants' Motion to Dismiss First Amended Complaint or, in the Alternative, to Transfer Venue has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

/s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 7040**