# 2010 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
Apr 21, 2010
Secretary of State

DOCUMENT# L07000005617

**Entity Name:** HINKLE DRYWALL, LLC

| | |
|---|---|
| **Current Principal Place of Business:** | **New Principal Place of Business:** |
| 6122 AUDUBON MANOR BLVD.<br>LITHIA, FL  33547 | |
| **Current Mailing Address:** | **New Mailing Address:** |
| 6122 AUDUBON MANOR BLVD.<br>LITHIA, FL  33547 | |

FEI Number: 20-8238142    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| | |
|---|---|
| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
| NEIL S. SCHECHT, P.A.<br>3630 W. KENNEDY BLVD.<br>TAMPA, FL  33609    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
          Electronic Signature of Registered Agent                                    Date

**MANAGING MEMBERS/MANAGERS:**

Title:       MGR
Name:        MINNICK, BRUCE T
Address:     6122 AUDUBON MANOR BLVD.
City-St-Zip: LITHIA, FL  33547

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE: BRUCE T. MINNICK                               MGR              04/21/2010
          Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date



EXHIBIT A

# 2009 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L98000002721

**FILED**
**Jun 30, 2009**
**Secretary of State**

**Entity Name:** DISTINCTIVE FINISHES, L.L.C.

**Current Principal Place of Business:**

12631 WESTLINKS DR.
UNIT 1
FORT MYERS, FL  33913     US

**New Principal Place of Business:**

14630 PALM BEACH BLVD. #3
PMB #221
FORT MYERS, FL  33905     US

**Current Mailing Address:**

12631 WESTLINKS DR.
UNIT 1
FORT MYERS, FL  33913     US

**New Mailing Address:**

14630 PALM BEACH BLVD. #3
PMB #221
FORT MYERS, FL  33905     US

FEI Number: 65-0876132          FEI Number Applied For ( )          FEI Number Not Applicable ( )          Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

COX, JOE B ESQ.
C/O COX & NICI 1185 IMMOKALEE ROAD
SUITE 110
NAPLES, FL  34110  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                         Electronic Signature of Registered Agent                                                                      Date

**MANAGING MEMBERS/MANAGERS:**

Title:         MGR         ( ) Delete
Name:      QUILLEN, ROBERT J
Address:   22920 N. RIVER RD.
City-St-Zip: ALVA, FL  33920 US

**ADDITIONS/CHANGES:**

Title:                                                        ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: ROBERT J. QUILLEN                                                    MGR                    06/30/2009
                    Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# 2007 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Jul 05, 2007**
**Secretary of State**

DOCUMENT# L03000051980

**Entity Name:** STEVEN SWEET DRYWALL L.L.C.

**Current Principal Place of Business:**

15511 WETSTONE DR
TAMPA, FL 33613

**New Principal Place of Business:**

**Current Mailing Address:**

P.O. BOX 273902
TAMPA, FL 33688

**New Mailing Address:**

FEI Number: 56-2422848    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )
In accordance with s. 607.193(2)(b), F.S., the limited liability company did not receive the prior notice.

**Name and Address of Current Registered Agent:**    **Name and Address of New Registered Agent:**

SWEET, STEVEN
15511 WETSTONE DR.
TAMPA, FL 33613    US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                       Date

**MANAGING MEMBERS/MANAGERS:**                    **ADDITIONS/CHANGES:**

| | | |
|---|---|---|
| Title: | MGR    ( ) Delete | |
| Name: | SWEET, STEVEN | |
| Address: | 15511 WETSTONE DR | |
| City-St-Zip: | TAMPA, FL 33613 | |

Title:                                    ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

| | | |
|---|---|---|
| Title: | MGRM    ( ) Delete | |
| Name: | SWEET, MRYA M | |
| Address: | 15511 WETSTONE DR | |
| City-St-Zip: | TAMPA, FL 33613 | |

Title:                                    ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE: MYRA M SWEET                                       MGRM            07/05/2007
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P03000044479

**FILED**
**Feb 18, 2010**
**Secretary of State**

**Entity Name:** A.B.F. DRYWALL, INC.

**Current Principal Place of Business:**

5788 ENTERPRISE PARKWAY
FORT MYERS, FL 33905

**New Principal Place of Business:**

**Current Mailing Address:**

P.O. BOX 61555
FORT MYERS, FL 33906

**New Mailing Address:**

5788 ENTERPRISE PARKWAY
FORT MYERS, FL 33905

FEI Number: 16-1663662    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

ADELSON, ANTHONY S P.A.
501 GOLDEN ISLES DRIVE
STE 203
HALLANDALE, FL 33009 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
             Electronic Signature of Registered Agent                                    Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | VPD |
| Name: | SASSER, DAVID L |
| Address: | 5811 HALIFAX AVE. |
| City-St-Zip: | FORT MYERS, FL, FL 33912 |

| | |
|---|---|
| Title: | PSD |
| Name: | FERNANDEZ, CARLOS D |
| Address: | 1626 SE 39TH TERRACE |
| City-St-Zip: | CAPE CORAL, FL 33904 US |

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: CARLOS FERNANDEZ                              PSD              02/18/2010
           Electronic Signature of Signing Officer or Director                    Date

# 2009 FOR PROFIT CORPORATION ANNUAL REPORT

FILED
Jan 31, 2009
Secretary of State

DOCUMENT# P98000074453

**Entity Name:** RESIDENTIAL DRYWALL, INC.

**Current Principal Place of Business:**

9237 LAZY LANE
TAMPA, FL 33614

**New Principal Place of Business:**

**Current Mailing Address:**

P. O. BOX 273449
TAMPA, FL 33688

**New Mailing Address:**

FEI Number: 59-3531320     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

FAIR, ANDREA M ESQ
1010 N. FLORIDA AVENUE
TAMPA, FL 33602    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____    _____
           Electronic Signature of Registered Agent                       Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

| | |
|---|---|
| Title: | DPT    ( ) Delete |
| Name: | MOBLEY, MICHAEL C |
| Address: | 2818 SAFE HARBOR DRIVE |
| City-St-Zip: | TAMPA, FL 33618 |

| | |
|---|---|
| Title: | VP    ( ) Delete |
| Name: | PHILLIAN-SANCHEZ, ANGELA |
| Address: | P.O. BOX 273449 |
| City-St-Zip: | TAMPA, FL 33688 |

| | |
|---|---|
| Title: | S    ( ) Delete |
| Name: | SHEETS, KIM |
| Address: | P.O. BOX 273449 |
| City-St-Zip: | TAMPA, FL 33688 |

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

Title:                ( ) Change ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: KIM SHEETS                                            S             01/31/2009
           Electronic Signature of Signing Officer or Director                  Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Feb 16, 2010**
**Secretary of State**

DOCUMENT# K49260

**Entity Name:** SWEDBERG ENTERPRISES, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| C/O KIMBERLY A. SWEDBERG<br>8811 STATE RD 52, SUITE 26<br>HUDSON, FL 34667   US | 8811 STATE ROAD 52<br>SUITE 26<br>HUDSON, FL 34667   US |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| C/O KIMBERLY A. SWEDBERG<br>11636 GROVEWOOD BLVD.<br>LAND O LAKES, FL 34638   US | 8811 STATE ROAD 52<br>SUITE 26<br>HUDSON, FL 34667   US |

FEI Number: 59-2924075     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| SWEDBERG, KIMBERLY ANNE<br>11636 GROVEWOOD BLVD<br>LAND O LAKES, FL 34638   US | SWEDBERG, KIMBERLY A<br>228 IBIS STREET<br>FORT MYERS BEACH, FL 33931   US |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   KIMBERLY A. SWEDBERG                                         02/16/2010
_____
            Electronic Signature of Registered Agent                              Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:         PD
Name:          SWEDBERG, DALE E
Address:       228 IBIS STREET
City-St-Zip:   FORT MYERS BEACH, FL  33931 US

Title:         STD
Name:          SWEDBERG, KIMBERLY A
Address:       228 IBIS STREET
City-St-Zip:   FORT MYERS BEACH, FL  33931 US

Title:         CFO
Name:          VOITLEIN, STEVEN P
Address:       8811 STATE ROAD 52, SUITE 26
City-St-Zip:   HUDSON, FL  34667 US

Title:         VP
Name:          SANTORO, REBECCA
Address:       8811 STATE ROAD 52, SUITE 26
City-St-Zip:   HUDSON, FL  34667 US

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  DALE E. SWEDBERG                                  P              02/16/2010
_____
            Electronic Signature of Signing Officer or Director                    Date

# 2008 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 31, 2008**
**Secretary of State**

DOCUMENT# P00000062227

**Entity Name:** 1ST CHOICE CONSTRUCTION, INC.

**Current Principal Place of Business:**

241 31ST SE.
NAPLES, FL 34117

**New Principal Place of Business:**

**Current Mailing Address:**

P.O. BOX 367149
BONITA SPRINGS, FL 34136

**New Mailing Address:**

FEI Number: 59-3653518    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

ZAPATA, IGNACIO G
10999 GOODWIN ST
BONITA SPRINGS, FL 34135    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____    _____
                         Electronic Signature of Registered Agent                                            Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:        PSTD       ( ) Delete
Name:      ZAPATA, IGNACIO G
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

Title:        VP         ( ) Delete
Name:      ZAPATA, M.A. ANGELICA
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

Title:                   ( ) Delete
Name:
Address:
City-St-Zip:

Title:                   ( ) Delete
Name:
Address:
City-St-Zip:

**ADDITIONS/CHANGES TO OFFICERS AND DIRECTORS:**

Title:        P          (X) Change ( ) Addition
Name:      ZAPATA, IGNACIO G
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

Title:        VP         (X) Change ( ) Addition
Name:      MONTANE, JUAN C
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

Title:        S          ( ) Change (X) Addition
Name:      ZAPATA, MARIA A
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

Title:        T          ( ) Change (X) Addition
Name:      VINCE, CORDERO
Address:   10999 GOODWIN ST
City-St-Zip: BONITA SPRINGS, FL 34135

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with an address, with all other like empowered.

SIGNATURE: IGNACIO ZAPATA                                                  P                  01/31/2008
                       Electronic Signature of Signing Officer or Director                                            Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

**FILED**
**Jan 04, 2010**
**Secretary of State**

DOCUMENT# H37213

**Entity Name:** AA STUCCO & DRYWALL, INC.

| Current Principal Place of Business: | New Principal Place of Business: |
|---|---|
| 6200 SHIRLEY STREET<br>UNIT 201<br>NAPLES, FL 34109  US | |

| Current Mailing Address: | New Mailing Address: |
|---|---|
| 6200 SHIRLEY STREET<br>UNIT 201<br>NAPLES, FL 34109  US | |

FEI Number: 59-2493768     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired (X)

| Name and Address of Current Registered Agent: | Name and Address of New Registered Agent: |
|---|---|
| ANDREWS, LARRY R<br>413 RIDGE DR.<br>NAPLES, FL 34108  US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
              Electronic Signature of Registered Agent                                  Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:       P
Name:        ANDREWS, LARRY R
Address:     413 RIDGE DR.
City-St-Zip: NAPLES, FL 34108

Title:       ST
Name:        ANDREWS, LARRY R
Address:     413 RIDGE DR.
City-St-Zip: NAPLES, FL 34108

Title:       VP
Name:        ARMENTROUT, JOHN
Address:     661 105TH AVE N
City-St-Zip: NAPLES, FL 34108

Title:       VP
Name:        PETERMAN, JAMES
Address:     1957 ISLA DE PALMA CIR
City-St-Zip: NAPLES, FL 34119

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  LARRY R. ANDREWS                                P            01/04/2010
            Electronic Signature of Signing Officer or Director                      Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P05000034873

**FILED**
**Apr 27, 2010**
**Secretary of State**

**Entity Name:** SUPREME DRYWALL & METAL FRAMING COMPANY

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 4905 34TH ST SOUTH, STE 105<br>ST PETERSBURG, FL 33711 | |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 4905 34TH ST SOUTH, STE 105<br>ST PETERSBURG, FL 33711 | |

FEI Number: 20-2463305    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

| **Name and Address of Current Registered Agent:** | **Name and Address of New Registered Agent:** |
|---|---|
| NEVILLE, SUSAN<br>4905 34TH ST SOURH, STE 105<br>ST PETERSBURG, FL 33711    US | |

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
              Electronic Signature of Registered Agent                                      Date

Election Campaign Financing Trust Fund Contribution ( ).

**OFFICERS AND DIRECTORS:**

Title:       PD
Name:        NEVILLE, STEPHEN
Address:     4905 34TH ST SOUTH STE 105
City-St-Zip: ST PETERSBURG, FL 33711

Title:       VSTD
Name:        NEVILLE, SUSAN
Address:     4905 34TH ST SOUTH STE 105
City-St-Zip: ST PETERSBURG, FL 33711

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: S M NEVILLE                                             TREA             04/27/2010
           Electronic Signature of Signing Officer or Director                        Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P92000012627

**FILED**
**Apr 26, 2010**
**Secretary of State**

**Entity Name:** S.D. & ASSOCIATES, INC.

**Current Principal Place of Business:**

4731 S.W. 83RD TERRACE
BAY 1
DAVIE, FL 33328

**New Principal Place of Business:**

**Current Mailing Address:**

4731 S.W. 83RD TERRACE
BAY 1
DAVIE, FL 33328

**New Mailing Address:**

PO BOX 350493
FORT LAUDERDALE, FL 33335

**FEI Number:** 65-0376146    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

DZIKOWSKI, STEPHEN J
4731 S.W. 83RD TERRACE
BAY 1
DAVIE, FL 33328 US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____

Electronic Signature of Registered Agent                                                      Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:       D
Name:        DZIKOWSKI, STEPHEN J
Address:     4731 S.W. 83RD TERRACE
City-St-Zip: DAVIE, FL 33328

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: STEPHEN DZIKOWSKI                          PRES            04/26/2010
Electronic Signature of Signing Officer or Director                   Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# G55561

**FILED**
**Apr 17, 2010**
**Secretary of State**

**Entity Name:** FINEST DRYWALL, INC.

**Current Principal Place of Business:**

4872 SW 74TH COURT
MIAMI, FL 33155

**New Principal Place of Business:**

**Current Mailing Address:**

4872 SW 74TH COURT
MIAMI, FL 33155

**New Mailing Address:**

FEI Number: 59-2416200    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired (X)

**Name and Address of Current Registered Agent:**

ROBAYNA, EDUARDO
4872 SW 74TH COURT
MIAMI, FL 33155    US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
            Electronic Signature of Registered Agent                                     Date

**Election Campaign Financing Trust Fund Contribution ( ).**

## OFFICERS AND DIRECTORS:

Title:        PTD
Name:         ROBAYNA, EDUARDO
Address:      4872 SW 74TH COURT
City-St-Zip:  MIAMI, FL 33155

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE: EDUARDO ROBAYNA                                    PTD            04/17/2010
            Electronic Signature of Signing Officer or Director                Date

# 2010 FOR PROFIT CORPORATION ANNUAL REPORT

DOCUMENT# P99000049104

**FILED**
**Mar 15, 2010**
**Secretary of State**

**Entity Name:** DISTINCTIVE DRYWALL DESIGNS, INC.

| **Current Principal Place of Business:** | **New Principal Place of Business:** |
|---|---|
| 12132 WILES ROAD<br>CORAL SPRINGS, FL 33076 | 11904 NW 47TH ST<br>CORAL SPRINGS, FL 33076 |

| **Current Mailing Address:** | **New Mailing Address:** |
|---|---|
| 12132 WILES ROAD<br>CORAL SPRINGS, FL 33076 | 11904 NW 47TH ST<br>CORAL SPRINGS, FL 33076 |

FEI Number: 65-0938729     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**     **Name and Address of New Registered Agent:**

THOMS, SCOTT
11904 NW 47TH ST
CORAL SPRINGS, FL 33076    US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
                                Electronic Signature of Registered Agent                                                             Date

Election Campaign Financing Trust Fund Contribution ( ).

## OFFICERS AND DIRECTORS:

Title:        PVST
Name:        THOMS, SCOTT
Address:     11904 NW 47TH ST
City-St-Zip: CORAL SPRINGS, FL 33076

Title:        V
Name:        THOMS, SCOTT
Address:     11904 NW 47TH ST
City-St-Zip: CORAL SPRING, FL 33076

I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.

SIGNATURE:  SCOTT THOMS                                                    P                  03/15/2010
                    Electronic Signature of Signing Officer or Director                                                Date

# 2009 LIMITED LIABILITY COMPANY ANNUAL REPORT

DOCUMENT# L06000039433

**Entity Name:** BETA DRYWALL, LLC

**FILED**
**Apr 20, 2009**
**Secretary of State**

**Current Principal Place of Business:**

6601 LYONS ROAD, A-3
COCONUT CREEK, FL  33073

**New Principal Place of Business:**

**Current Mailing Address:**

6601 LYONS ROAD, A-3
COCONUT CREEK, FL  33073

**New Mailing Address:**

6586 HYPOLUXO ROAD #306
LAKE WORTH, FL  33467

FEI Number: 90-0146232     FEI Number Applied For ( )     FEI Number Not Applicable ( )     Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

MAS, CARLOS A
2525 PONCE DE LEON BLVD.
SUITE 400
CORAL GABLES, FL  33134  US

**Name and Address of New Registered Agent:**

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE: _____
              Electronic Signature of Registered Agent                                Date

**MANAGING MEMBERS/MANAGERS:**

Title:     MGRM      ( ) Delete
Name:     FELDMAN, STEPHEN
Address:  5 SOUNDVIEW LANE
City-St-Zip:  GREAT NECK, NY  11024

Title:     MGRM      ( ) Delete
Name:     WATKINS, MICHAEL B
Address:  572 EAST SILVER CLOUD PLACE
City-St-Zip:  ORO VALLEY, AZ  85737

**ADDITIONS/CHANGES:**

Title:                                ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

Title:                                ( ) Change  ( ) Addition
Name:
Address:
City-St-Zip:

I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Chapter 119, Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes.

SIGNATURE:  MICHAEL WATKINS                                          MGR               04/20/2009
_____
Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date

This SPECIAL MULTI-FLEX POLICY is provided by the stock insurance company(s) of The Hartford Insurance Group, shown below.

# COMMON POLICY DECLARATIONS

**POLICY NUMBER:** 21 UUN TS1424    DH
RENEWAL OF:   21 UUN TS1424

**THE HARTFORD**

**Named Insured and Mailing Address:**
(No., Street, Town, State, Zip Code)

A A STUCCO & DRYWALL INC AND
OSPREY DEVELOPMENT OF NAPLES INC
6200 SHIRLEY ST, #201
NAPLES           , FL 34109
(COLLIER COUNTY)

**Policy Period:**     From 01/01/08   To 01/01/09

12:01 A.M., Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

**Total Advance Premium:**     $220,158.19

**Coverage Part and Insurance Company Summary**         **Advance Premium**

IN RECOGNITION OF THE MULTIPLE COVERAGES INSURED WITH THE HARTFORD, YOUR
POLICY PREMIUM INCLUDES AN ACCOUNT CREDIT.

PROPERTY CHOICE
HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CONNECTICUT  06115                              $ 12,094.00

LISTING OF ADDITIONAL COVERAGE PARTS CONTINUED ON THE FOLLOWING PAGE.

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001 HM00100295SD IL00171198 IH09850206 IL00210702 PC00010103
HA00250204 HC00100798 HC00200295

**Agent/Broker Name:** LUTGERT INSURANCE

Countersigned by _____
(Where required by law)     Authorized Representative

**Form HM 00 10 01 07**     UW COPY                    PAGE  1  (CONTINUED ON NEXT PAGE)

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.


EXHIBIT B

This SPECIAL MULTI-FLEX POLICY is provided by the stock insurance company(s) of The Hartford Insurance Group, shown below.

## COMMON POLICY DECLARATIONS



**T**HE
**H**ARTFORD

**POLICY NUMBER:** 21 UEN KO7092   K3
RENEWAL OF:   21 UUN TS1424

**Named Insured and Mailing Address:**
(No., Street, Town, State, Zip Code)

A A STUCCO & DRYWALL INC. AND
OSPREY DEVELOPMENT OF NAPLES, INC.
6200 SHIRLEY ST, #201
NAPLES                , FL 34109
(COLLIER COUNTY)

**Policy Period:**       From  01/01/09     To  01/01/10

12:01 A.M., Standard time at your mailing address shown above.

In return for the payment of the premium, and subject to all of the terms of this policy, we agree with you to provide insurance as stated in this policy. The Coverage Parts that are a part of this policy are listed below. The Advance Premium shown may be subject to adjustment.

                                    **Total Advance Premium:**        $144,525.61

**Coverage Part and Insurance Company Summary**                 **Advance Premium**

COMMERCIAL AUTO
HARTFORD FIRE INSURANCE COMPANY
HARTFORD PLAZA
HARTFORD, CONNECTICUT 06115                                     $ 47,451.00


LISTING OF ADDITIONAL COVERAGE PARTS CONTINUED ON THE FOLLOWING PAGE.

**Form Numbers of Coverage Parts, Forms and Endorsements that are a part of this policy and that are not listed in the Coverage Parts.**

HM0001  IL00171198  IH09850108  IL00210702  HA00250204  HC00100798  HC00200295


**Agent/Broker Name:** LUTGERT INSURANCE

Countersigned by _____
(Where required by law)          Authorized Representative

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form HM 00 10 01 07                                    PAGE  1  (CONTINUED ON NEXT PAGE)

# UMBRELLA LIABILITY POLICY DECLARATIONS

**INSURER:** HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA, HARTFORD, CT 06115

**POLICY NUMBER:** 21 XHU TS1133   DH
**RENEWAL OF:**   21 XHU TS1133

**THE HARTFORD**

### Items

**1. Named Insured and Mailing Address:**   A A STUCCO & DRYWALL INC AND
OSPREY DEVELOPMENT OF NAPLES INC
6200 SHIRLEY ST, #201
NAPLES        FL 34109
(COLLIER COUNTY)

**2. Policy Period:**   From   01/01/08   To   01/01/09
12:01 A.M., Standard Time at mailing address shown above.

**3. Agent/Broker Name:**   LUTGERT INSURANCE

**4. Audit Period:** NOT SUBJECT TO AUDIT

| | ADVANCE PREMIUM | RATE | PER | PREMIUM BASIS |
|---|---|---|---|---|
| **5. Premium:** | $35,350.00 | | | |
| TOTAL SURCHARGES/TAXES: | | | $1,767.50 | |
| (SEE NEXT PAGE FOR STATE SURCHARGES/TAXES) | | | | |

**6. Self-Insured Retention**   $10,000   each occurrence

**7. Limits of Insurance**   The Limits of Insurance, subject to all of the terms of this policy, are:

| | |
|---|---|
| General Aggregate Limit (Other than Products - Completed Operations, Bodily Injury By Disease and Automobile) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $2,000,000 |
| Bodily Injury By Disease Aggregate Limit | $2,000,000 |
| Each Occurrence Limit | $2,000,000 |

**8. Underlying Insurance Policies** (See attached Schedule)

**9. This policy consists of:**
   (a)   This Declarations;
   (b)   The Schedule of Underlying Insurance Policies; XL00050502
   (c)   The Policy Provisions; XL00030605
   (d)   The Policy Cover; XL00070698
   (e)   Any Endorsements shown below.

**Endorsements forming part of this policy when issued:**

XL70001206  IH09850206  XL02081106  XL04151088  XL21040786  XL21050786
XL21131100  XL21321100  XL21820393  XL23170204  XL23251205  XL23300203
XL23401203  XL24580901

Countersigned by _____
(Where required by law)   Authorized Representative        Date

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

PAGE 1   (CONTINUED ON NEXT PAGE)

Form XL 00 01 01 07   UW COPY

## UMBRELLA LIABILITY POLICY DECLARATIONS

**INSURER:** HARTFORD CASUALTY INSURANCE COMPANY
HARTFORD PLAZA, HARTFORD, CT 06115

**POLICY NUMBER:** 21 XHU TS1133   K3
**RENEWAL OF:**   21 XHU TS1133

**THE HARTFORD**

**Items**

**1. Named Insured and Mailing Address:** A A STUCCO & DRYWALL INC. AND
OSPREY DEVELOPMENT OF NAPLES, INC.
6200 SHIRLEY ST, #201
NAPLES         FL 34109
(COLLIER COUNTY)



**2. Policy Period:**   **From** 01/01/09   **To** 01/01/10
12:01 A.M., Standard Time at mailing address shown above.

**3. Agent/Broker Name:** LUTGERT INSURANCE

**4. Audit Period:** NOT SUBJECT TO AUDIT

|  | ADVANCE PREMIUM | RATE | PER | PREMIUM BASIS |
|---|---|---|---|---|
| **5. Premium:** | $30,704.00 | | | |
| TOTAL SURCHARGES/TAXES: | | | $767.60 | |
| (SEE NEXT PAGE FOR STATE SURCHARGES/TAXES) | | | | |

**6. Self-Insured Retention**   $10,000   each occurrence

**7. Limits of Insurance**   The Limits of Insurance, subject to all of the terms of this policy, are:

| | |
|---|---|
| General Aggregate Limit (Other than Products - Completed Operations, Bodily Injury By Disease and Automobile) | $2,000,000 |
| Products - Completed Operations Aggregate Limit | $2,000,000 |
| Bodily Injury By Disease Aggregate Limit | EXCLUDED |
| Each Occurrence Limit | $2,000,000 |

**8. Underlying Insurance Policies** (See attached Schedule)

**9. This policy consists of:**
  (a) This Declarations;
  (b) The Schedule of Underlying Insurance Policies; XL00050502
  (c) The Policy Provisions; XL00030605
  (d) The Policy Cover; XL00070698
  (e) Any Endorsements shown below.

**Endorsements forming part of this policy when issued:**

XL70001206  IH09850108  XL02081106  XL04151088  XL21131100  XL21321100
XL21770997  XL21820393  XL23170204  XL23251205  XL23300108  XL23401203
XL24011100  XL24580901  XL99151007

Countersigned by _____
(Where required by law)   Authorized Representative      Date

The company located these documents in its business records. At this time, the company does not certify that these documents constitute a complete and accurate copy of the policy.

Form XL 00 01 01 07   UW COPY                              PAGE 1  (CONTINUED ON NEXT PAGE)