## UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED** | * | |
| **DRYWALL PRODUCTS LIABILITY** | * | **MDL No. 2047** |
| **LITIGATION** | * | |
| | * | **Section L** |
| **This pleading applies to:** | * | |
| *Pate v. American International* | * | **Judge Fallon** |
| *Specialty Lines Insurance* | * | |
| *Company, et al.* | * | **Magistrate Judge Wilkinson** |
| **USDC, EDLA No. 09-7791** | * | |

* * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Defendant, Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford") which hereby moves this Honorable Court for oral argument on its Motion to Dismiss First Amended Compalinat or, in the Alternative, to Transfer Venue. Oral argument is hereby requested at the August 11, 2010 hearing.

Respectfully Submitted,

*/s/Seth A. Schmeeckle*
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**Heather N. Sharp, La. Bar No. 29987**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:   (504) 568-1990
Facsimile:   (504) 310-9195
e-mail:        rhubbard@lawla.com
                sschmeeckle@lawla.com
                hsharp@lawla.com

1

**Attorneys for Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

/s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 7040**

2