UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION** | * * * * | **MDL No. 2047** |
| | * | **Section L** |
| **This pleading applies to:** | * | |
| *Pate v. American International Specialty Lines Insurance Company, et al.* | * * * | **Judge Fallon** |
| | | **Magistrate Judge Wilkinson** |
| *USDC, EDLA No. 09-7791* | * | |
| * * * * * * * * * * * * * * * * * * | | |

## ORDER

Considering the foregoing Request for Oral Argument filed by Defendant, Hartford Fire Insurance Company and Hartford Casualty Insurance Company, incorrectly sued as Hartford Accident & Indemnity Company (collectively, "Hartford") in support of its Motion to Dismiss First Amended Compalinat or, in the Alternative, to Transfer Venue;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE