## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

**************************************************

### MOTION TO SUPPLEMENT AUTO-OWNERS INSURANCE COMPANY AND OWNERS INSURANCE COMPANY'S RESPECTIVE MOTIONS TO DISMISS IN ACCORDANCE WITH THE COURT'S JULY 1, 2010 ORDER

**NOW INTO COURT**, through undersigned counsel, come Defendants Auto-Owners Insurance Company ("Auto-Owners") and Owners Insurance Company ("Owners") and move this Court pursuant to Fed. R. Civ. P. 7 for an order on behalf of Auto-Owners and Owners permitting them to collectively supplement Auto-Owners' 12(b)(2) and 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [Rec. Doc. 1321] and Owners' 12(b)(2) and 12(b)(3) Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue [Rec. Doc. 3302] to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Rec. Doc. 4301]. A memorandum in support of this motion is filed contemporaneously herewith.

**WHEREFORE**, for the reasons set forth above, Auto-Owners and Owners respectfully request on their own behalf that this Court grant this motion and permit them to supplement their respective Motions to Dismiss as set forth above in compliance with the Court's July 1, 2010 Order.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*

_____
**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
*Attorneys for Auto-Owners Insurance Company and Owners Insurance Company, Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion to Supplement Auto-Owners Insurance Company and Owners Insurance Company's Respective Motions to Dismiss in Accordance with the Court's July 1, 2010 Order** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

*/s/ Amanda W. Vonderhaar*

AMANDA W. VONDERHAAR