## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF MOTION TO SUPPLEMENT AUTO-OWNERS INSURANCE COMPANY AND OWNERS INSURANCE COMPANY'S RESPECTIVE MOTIONS TO DISMISS IN ACCORDANCE WITH THE COURT'S JULY 1, 2010 ORDER

**May It Please the Court:**

   **NOW INTO COURT**, through undersigned counsel, come Auto-Owners Insurance Company ("Auto-Owners") and Owners Insurance Company ("Owners") and submit this Memorandum in Support of their Motion to Supplement Auto-Owners' 12(b)(2) and 12(b)(3) Motion to Dismiss for Lack of Personal Jurisdiction and Improper Venue [Rec. Doc. 1321] and Owners' 12(b)(2) and 12(b)(3) Motion to Dismiss the First Amended Complaint for Lack of Personal Jurisdiction and Improper Venue [Rec. Doc. 3302] to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Rec. Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, Auto-Owners filed a motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

2. On March 15, 2010, Pate filed a First Amended Complaint [Rec. Doc. 1732], which replaced Defendant Auto-Owners with Defendant Owners. On May 26, 2010, Owners filed a Motion to Dismiss the First Amended Complaint under Fed. R. Civ. P. 12(b)(2) and 12(b)(3).

3. On July 1, 2010, the Court entered an Order [Rec. Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. Auto-Owners and Owners request that the Court permit them to supplement their respective Motions to Dismiss with the following information in accordance with the Court's July 1, 2010 Order.

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    The named insured within MDL 2047 (*Pate* litigation; underlying Case No. 09-7791) for which <u>Owners</u> provided CGL insurance is Hinkle Drywall, LLC.

    There is no named insured within MDL 2047 (*Pate* litigation; underlying Case No. 09-7791) for which <u>Auto-Owners</u> provided CGL insurance.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

    The only case in which claims on any of the same CGL policies are also in suit and the insurer(s) have been served in MDL 2047 is the Amended Omnibus Class

- 2 -

Action in the matter entitled *Dean and Dawn Amato, individually and on behalf of all others similarly situated, et. al v. Liberty Mutual Insurance Company, et. al*, underlying Case No. 10-932 [Rec. Doc. 3132].

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

Auto-Owners and Owners are unaware of any such case.

**WHEREFORE**, for the reasons set forth above, Auto-Owners and Owners respectfully request on their own behalf that this Court grant this motion and permit them to supplement their respective Motions to Dismiss as set forth above in compliance with the Court's July 1, 2010 Order.

Respectfully submitted:

**LEAKE & ANDERSSON, L.L.P.**

*/s/ Amanda W. Vonderhaar*
_____

**JERRY L. SAPORITO, T.A.  (#11717)**
**jsaporito@leakeandersson.com**
**W. PAUL ANDERSSON (#2474)**
**pandersson@leakeandersson.com**
**AMANDA W. VONDERHAAR (#31350)**
**avonderhaar@leakeandersson.com**
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
***Attorneys for Auto-Owners Insurance Company and Owners Insurance Company, Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Memorandum in Support of Motion to Supplement Auto-Owners Insurance Company and Owners Insurance Company's Respective Motions to Dismiss in Accordance with the Court's July 1, 2010 Order** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

*/s/ Amanda W. Vonderhaar*
_____
AMANDA W. VONDERHAAR