**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**
**OFFICE OF THE CLERK**

Loretta G. Whyte                                      500 Poydras St., Room C-151
Clerk                                                    New Orleans, LA 70130

                              July 15, 2010

Mr. Charles R. Fulbruge, III, Clerk                   APPEAL NO. 10-30567
U. S. Court of Appeals, Fifth Circuit
New Orleans, LA 70130

IN RE: CHINESE-MANUFACTURED DRYWALL PROD LIABILITY    CA 09-2047 c/w 09-6050

Dear Sir:

In connection with this record the following documents are transmitted and/or information is furnished.

   ___  1) Certified copy of the notice of appeal and docket entries.

   ___  2) Certified copy of notice of a cross-appeal and docket entries.

   ___  3) The Court of Appeals docket fee ___ HAS ___ HAS NOT been paid.

   ___  4) This case is proceeding in forma pauperis

   ___  5) Order Appointing Counsel     ___ CJA-20      ___ FPD

   ___  6) District Judge entering the final judgment is _____

   ___  7) Court Reporter assigned to the case _____

   ___  8) If criminal case, number and names of other defendants on appeal _____

   ___  9) This case was decided without a hearing; there will be no transcript.

   ___  10) Spears hearing held.

In connection with this record, the following documents are transmitted.

   _x_  1) **Certified** Copies record on appeal consisting of:

        ___ Volume(s) of record     ___ Volume(s) transcript

        ___ Volume(s) of depositions

        ___ Container(s) of exhibits ___ Manila Folder ___ Binder ___ Box

   ___  2) Supplemental record including, _____

   ___  3) SEALED Docs. _____

   ___  4) Other: _____

                                          Very truly yours,

                                          By    Alicia Phelps
                                                Deputy Clerk