UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

MEMORANDUM IN SUPPORT OF CERTAIN DEFENDANTS'
JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR
IMPROPER VENUE OR, IN THE ALTERNATIVE, TO
<u>TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA</u>

**NOW INTO COURT**, through undersigned counsel, come CHARTIS SPECIALTY INSURANCE COMPANY ("Chartis") (f/k/a American International Specialty Lines Insurance Company) and LEXINGTON INSURANCE COMPANY ("Lexington") (in globo, "the insurers") and files this supplemental memorandum to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida (the "Second Motion to Dismiss") [Doc. 2157], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against

the Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, Chartis and other defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss. Accordingly, on March 29, 2010, Chartis, Lexington and other defendants filed the Second Motion to Dismiss [Doc. 2157].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. Chartis and Lexington request that the Court permit them to supplement the Second Motion to Dismiss as to them with the following information in accordance with the Court's July 1, 2010 Order.

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the Chartis and Lexington policies at issue but neither the Trustee nor the Trust is an insured under those policies.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

    These insurers are unaware of any such case.

    c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

    *Chartis Specialty Ins. Co. v. Pate*, No. 8:10-cv-1465 (M.D. Fla. filed June 29, 2010). The case has been assigned to Judge Steven D. Merryday, Sam M. Gibbons U.S. Courthouse, 801 North Florida Ave., Tampa, Florida 33602, (813) 301-5001. As of the date of this motion to supplement, there are no pending motions objecting to jurisdiction or venue.

**WHEREFORE**, for the reasons set forth above, Chartis and Lexington respectfully submit this Supplemental Memorandum to the Second Motion to Dismiss in compliance with the Court's July 1, 2010 Order.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
McGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:  eparkinson@mcglinchey.com
         jbarro@mcglinchey.com
         smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:  wlutz@jackscamp.com
         psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**CHARTIS SPECIALTY INSURANCE COMPANY (**formerly known as  American International Specialty Lines Insurance Company) **and LEXINGTON INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion to supplement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
              jbarro@mcglinchey.com
              smurphy@mcglinchey.com