UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY CO., *et al.* **(2:10-cv-00178)** (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**MEMORANDUM IN SUPPORT OF THE MOTION OF
THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA TO DISMISS
FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER**

**NOW INTO COURT**, through undersigned counsel, comes THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA ("ISOP") and files this supplemental memorandum to the Motion of The Insurance Company of the State of Pennsylvania to Dismiss for Improper Venue or, in the Alternative, to Transfer [Doc. 2284], to satisfy the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On January 26, 2010, Centerline filed this lawsuit seeking declaratory judgment and relief for alleged breach of contract from ISOP and other insurers with respect to alleged losses arising from claims and lawsuits brought in Florida against Centerline by owners of houses allegedly constructed in Florida by Centerline with defective drywall.

2. On April 1, 2010, ISOP filed its motion to dismiss under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406 [Doc. 2284].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. ISOP requests that the Court permit it to supplement its motion to dismiss with the following information in accordance with the Court's July 1, 2010 Order.

   a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:
   
   Centerline Homes, Inc.
   
   b. <u>Cases in which claims on any of the same CGL policies are also in suit and ISOP has been served in MDL 2047</u>:
   
   None.
   
   c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:
   
   None.

WHEREFORE, for the reasons set forth above, ISOP respectfully submits this Supplemental Memorandum to its Motion to Dismiss in compliance with the Court's July 1, 2010 Order.

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY   (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
            jbarro@mcglinchey.com
            smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
            psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
             jbarro@mcglinchey.com
             smurphy@mcglinchey.com