UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**QUANTA INDEMNITY COMPANY'S SUPPLEMENTAL MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION, IMPROPER VENUE
OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO
THE SOUTHERN DISTRICT OF FLORIDA
<u>CONFORMED TO COURT ORDER OF JULY 1, 2010</u>**

On May 7, 2010, Quanta Indemnity Company filed into the record its Motion to Dismiss for Lack of Personal Jurisdiction, Improper Venue or, in the Alternative, to Transfer Action to the Southern District of Florida.  This document, the memorandum in support, the notice of hearing, and many exhibits are filed into the record as documents 2930 through 2930-11.

On July 1, 2010, this Court issued an order allowing the filing of such motions and setting forth certain deadlines and other requirements.

The sole purpose of this supplemental motion is to add to the original motion those items required by the Court's July 1, 2010 order and to change the date of the notice of hearing of this motion. The original motion, memorandum, notice, and exhibits already exist in their entirety at documents 2930 through 2930-11 and will not be repeated here but are incorporated by reference.

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using

the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ *Madeleine Fischer*
MADELEINE FISCHER