UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**QUANTA INDEMNITY COMPANY'S MEMORANDUM IN SUPPORT
OF SUPPLEMENTAL MOTION TO DISMISS FOR LACK
OF PERSONAL JURISDICTION, IMPROPER VENUE
OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO
THE SOUTHERN DISTRICT OF FLORIDA
<u>CONFORMED TO COURT ORDER OF JULY 1, 2010</u>**

Quanta Indemnity Company incorporates here by reference its memorandum and exhibits previously filed herein at documents 2930 through 2930-11.

Additionally, in compliance with this Court's Order of July 1, 2010, Quanta Indemnity Company asserts that it has not been served in any other cases in the MDL at this time and Quanta Indemnity Company has no similar motions pending in any other federal court or any state court.

{N2148327.1}   1

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
ERIC MICHAEL LIDDICK (31237)
CHRISTOPHER D. CAZENAVE (32795)
Jones, Walker, Waechter, Poitevent,
Carrère & Denègre, L.L.P.
201 St. Charles Avenue, 51st Floor
New Orleans, Louisiana   70170
Telephone:  (504) 582-8000 / Direct:  582-8208
Direct Facsimile:  (504) 589-8208
E-mail:  mfischer@joneswalker.com
E-mail:  jlowenthal@joneswalker.com
E-mail:  eliddick@joneswalker.com
E-mail:  ccazenave@joneswalker.com

*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ *Madeleine Fischer*
MADELEINE FISCHER