UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Northstar Holdings, Inc. v General Fidelity, et al.**<br>**2:10-cv-00384-EEF-JCW** | MDL NO. 2047<br><br>SECTION:  L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

Please take notice that Defendant Quanta Indemnity Company will bring its Original (document numbers 2930 through 2930-11) and Supplemental Motion To Dismiss For Lack Of Personal Jurisdiction, Improper Venue Or, In The Alternative, To Transfer Action To The Southern District of Florida before The Honorable Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, on September 2, 2010 at 9:00 a.m.

                                              Respectfully submitted,

                                              /s/ *Madeleine Fischer*
                                              MADELEINE FISCHER, T.A. (5575)
                                              JOSEPH J. LOWENTHAL JR. (8909)

>ERIC MICHAEL LIDDICK (31237)
>CHRISTOPHER D. CAZENAVE (32795)
>Jones, Walker, Waechter, Poitevent,
>Carrère & Denègre, L.L.P.
>201 St. Charles Avenue, 51st Floor
>New Orleans, Louisiana   70170
>Telephone:  (504) 582-8000 / Direct:  582-8208
>Direct Facsimile:  (504) 589-8208
>E-mail:  mfischer@joneswalker.com
>E-mail:  jlowenthal@joneswalker.com
>E-mail:  eliddick@joneswalker.com
>E-mail:  ccazenave@joneswalker.com
>
>*Attorneys for Quanta Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

>/s/ *Madeleine Fischer*
>MADELEINE FISCHER