UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MDL-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: Crosby (10-1693)** | * * | MAGISTRATE WILKINSON |

**FEDERAL INSURANCE COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS
IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER**

Defendant Federal Insurance Company ("Federal") submits this Rule 12(b)(6) Motion to Dismiss, seeking dismissal of the claims of Patrick and Jennifer Crosby ("Crosbys") under their homeowners policy. As detailed in the accompanying memorandum in support, Federal is entitled to judgment dismissing the Crosbys' claims with prejudice as a matter of law because their claim for damage caused by defective Chinese drywall is not covered under Federal's homeowners policy.

1.

The Crosbys filed this lawsuit against their homeowners insurer, Federal, seeking recovery for damages to their home caused by Chinese manufactured drywall.

- 1 -

162530

- 2 -

2.

To the extent the Crosbys seek to recover for the cost of repairing and replacing the drywall itself, the Crosbys fail to meet their burden to show that this alleged property damage falls within the terms of the Policy's coverage because they cannot show a "physical loss" to the drywall as required by the Policy.

3.

In any event, all of the Crosbys' claim for damage is excluded from coverage under the Policy's exclusions for damage caused by (1) latent defects; (2) corrosion; (3) contamination; (4) faulty materials; and (5) dampness or temperature.

4.

Accordingly, Federal's Policy does not provide coverage for the Crosbys' claim.

5.

In accordance with this Court's Order dated July 1, 2010, Rec. Doc. No. 4300, Federal identifies the following list of cases in MDL 2047 where claims on the same policy form at issue in this motion are also at issue:

*Timothy and Ashley Francis v. Colony Insurance Co., et al.,* United States District Court, Eastern District of Louisiana (No. 10-720). In *Francis*, the same Deluxe House Coverage Form, Form No. 0800017 5/85, is at issue. *Francis*, however, involves a different Standard Contents Coverage Form, Form No. 1600017 5/85, than the Deluxe Contents Coverage Form, Form No. 1200017 5/85, at issue in *Crosby*. The insurance policy in *Francis* is issued by Great Northern

- 3 -

Insurance Company. Great Northern Insurance Company is a wholly owned subsidiary of Federal Insurance Company.

Federal does not have any other cases pending in another court that involve a related issue.

6.

Attached in support of this Motion to Dismiss is the following exhibit:

Exh. 1, Certified Copy of Federal Insurance Company Policy No. 13101004-01.

**WHEREFORE**, Federal prays that the Court enter an Order granting its Motion to Dismiss and dismissing all the Crosbys' claims with prejudice and without leave to amend.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Madeline M. Chimento, 32390
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Telefax:  504-589-9701

*Attorneys for Federal Insurance Company*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

                                              */s/ Judy Y. Barrasso*
                                              Judy Y. Barrasso, 2814