# EXHIBIT 1



# CHUBB GROUP OF INSURANCE COMPANIES

202 Hall's Mill Road, Whitehouse Station, New Jersey 08889-1600

May 7, 2010

Attn: Debbie Sullivan

Policy: 13101004-01

Insured:  Patrick H Crosby & Jennifer Lancaster Crosby

Writing Co:  Federal Insurance Company

I certify that the above mentioned, enclosed policy is a true and accurate copy.

Yours truly,
Chubb & Son
A Division of Federal Insurance Company

By:

Nancy Birkenstock
Personal Lines Service Branch

# *Masterpiece*®



**Name and address of Insured**
PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Premises Location**
2 CARDINAL LANE
MANDEVILLE, LA, 70471

**Effective Date**  7/26/08
**Policy no.**  13101004-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

To Our Valued Louisiana Customer:

**Please note that your *Masterpiece*® policy includes an optional special 2% wind or hail deductible for the premises location listed above.**

The potential for serious loss resulting from hurricanes continues to be of the utmost concern to us. Our challenge is to balance the individual needs of our customers with our need to prudently manage our maximum loss exposure from severe storms. We would like to take this opportunity to remind you that unless your policy excludes wind or hail*, a special wind or hail deductible applies for the premises location listed above. Your Coverage Summary describes how the special wind or hail deductible applies to a covered wind or hail loss for the premises location listed above. We thought it would be useful to review how the special wind or hail deductible in your current policy would apply.

If the listed premises is a house, the deductible is 2% of the amount of coverage for your house. If the listed premises is a condominium, cooperative or rental unit, the deductible is 2% of the amount of contents coverage. A special wind or hail deductible is that amount for which you are responsible in the event of a covered loss caused by, contributed to, made worse by, or in any way resulting from wind or hail from a hurricane. "Hurricane" means a storm declared by the National Hurricane Center or National Weather Service which:
- begins at the time the National Hurricane Center or National Weather Service issues a hurricane watch or hurricane warning for any part of the state of Louisiana;
- continues as long as hurricane conditions exist in any part of the state of Louisiana; and
- ends 24 hours after the National Hurricane Center or National Weather Service terminates the last hurricane watch or hurricane warning for any part of the state of Louisiana.

The following examples illustrate how a special 5% wind or hail deductible works.

For houses:

 $200,000 House Coverage
 $100,000 Contents Coverage
 $ 40,000 Other Permanent Structures Coverage

Multiply the house coverage ($200,000) by 5 percent. This equals a **$10,000 special wind or hail deductible.** If there is a covered loss of $50,000 to the house, contents, and/or other permanent structures as a result of a hurricane, the $10,000 special wind or hail deductible will be subtracted from the $50,000 loss. **The total payment for the loss would be $40,000.**

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q4717035       INSURED  05/07/10  00.06.17

For condominiums, cooperatives or renters:

$100,000 Contents Coverage
$ 10,000 Additions and Alterations Coverage

Multiply the contents coverage ($100,000) by 5 percent. This equals a **$5,000 special wind or hail deductible.** If there is a covered loss of $50,000 to your contents and/or additions and alterations as a result of a hurricane, the $5,000 special wind or hail deductible will be subtracted from the $50,000 loss. **The total payment for the loss would be $45,000.**

The special wind or hail deductible applies to your aggregate loss including loss to your residence, the contents of your residence, and to all of the Extra Coverages in your policy, except those where the policy states no deductible applies (for example, Additional living expenses).

**Wind or hail deductible options**
Special wind or hail deductible options are available in the amounts of 1%, 2% or 5%. A higher special wind or hail deductible will result in a higher premium credit. If you have any questions or need additional information, please call your agent or broker.

**If you plan to install storm shutters**
If you chose, you can receive a premium credit by installing storm shutters or other windstorm protection (all of which must be inspected and approved by us) **on all exterior glass and skylights** of your home. The installation and use of adequate storm shutters on all exterior glass and skylights of your residence is one of the most prudent actions you can take to help protect your property from storm damage. In a hurricane or severe storm, unshuttered residences are more vulnerable to serious loss from wind, wind driven debris or rain entering a residence, and wind pressure uplifting rooftops and compromising structural integrity.

If you have not already installed storm shutters or other windstorm protection but plan to do so in order to protect your property and receive a storm shutter credit, please refer to the attached copy of our Minimum Adequacy Standards for Windstorm Protection and review them with your shutter installer. When shutter installation is complete, please advise your agent or broker so that we can inspect your shutters to determine if they meet our minimum adequacy standards. If they do, we will apply the storm shutter premium credit.

If you have any questions, your agent or broker is always your best source of advice. In a world of choices, thank you for insuring through Chubb.

Customer Relations Manager
Chubb Personal Insurance


*If a wind or hail exclusion applies, it can be found under Special Provisions in your Coverage Summary or under Exclusions in your House, Contents, Condominium, Cooperative, or Renters Coverage.


**Relax. You're insured with Chubb**<sup>SM</sup>
Chubb, Box 1615, Warren, NJ 07061-1615
www.chubb.com/personal     e-mail: customercare@chubb.com


Chubb refers to the insurers of the Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q4717035



## MINIMUM ADEQUACY STANDARDS FOR WINDSTORM PROTECTION

**General Requirements for all windstorm protection devices:**
- Windstorm protection must be installed directly on **ALL** exterior glass openings to include: windows, doors, skylights, entry doors with glass, and garage doors with windows
- All installations require that the installer obtain a building permit and have installations approved by a building inspector
- All installations must be inspected and approved by Chubb

**Storm Shutters and Panels:**
- All storm shutters and panels must be attached to the structure of the building, not to window or door framing
- All products must be designed to withstand pressure loads generated by windspeeds of at least 120 mph

    ***Storm Panels*** (aluminum, steel, or polycarbonate)
- Corrosion resistive pins (not clips) must be used to fasten panels to tracks
- Panels without tracks must be bolted to the structure with non-corrosive bolts

    ***Accordion Shutters***
- Accordion shutters are designed for application directly to the wall around an opening
- Accordion shutters installed around porch or balcony openings must be reinforced with wood or metal bracing attached to a structural member

    ***Roll Down Shutters***
- Motorized shutters must have a manual crank for operation during power outages

    ***Colonial, Bahama, Awning or Clam Shell Style Shutters***
- Must be equipped with storm bars to prevent lifting during a storm
- Louvered shutters require 1/2" plywood, .040 gauge aluminum, or 1/8" polycarbonate sheathing affixed to the face when closed

**Plywood Panels:**
- All plywood installations must be attached to the structure of the building, not window or door framing
- Minimum 1/2" thickness
- Only one sheet per opening is permitted allowing for a 4" overlap on the sides
- All plywood must be pre-cut, pre-drilled, and labeled to indicate intended location
- Must be attached to structure with 1/4" corrosion resistant bolts
- Bolts must be permanently installed year round

**Polycarbonate Sheets (e.g., Lexan ™, SentryGlass ™, Saflex ™):**
- Must be framed and mounted in accordance with manufacturer's specifications and be at least 1/4" thick
- System must be designed to withstand pressure loads generated by windspeeds of at least 120 mph

**Wind/Impact Rated Windows, Doors and Skylights:**
- Products must be designed to withstand pressure loads generated by windspeeds of at least 120 mph

© Copyright 1984 by Chubb & Son Inc.   Form no. Q4717035

INSURED 05/07/10 00.06.17





**Name and address of Insured**
PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Effective Date**  7/26/08
**Policy no.**  13101004-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

### IMPORTANT NOTICE

All of the members of the Chubb Group of Insurance companies doing business in the United States
(hereinafter "Chubb") distribute their products through licensed insurance brokers and agents ("producers").
Detailed information regarding the types of compensation paid by Chubb to producers on US insurance
transactions is available under the Producer Compensation link located at the bottom of the page at
www.chubb.com, or by calling 1-866-588-9478. Additional information may be available from your producer.

Thank you for choosing Chubb.

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q6600020                                    INSURED  05/07/10  00.06.17

 

**Name and address of Insured**
PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Effective Date** 7/26/08
**Policy no.** 13101004-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA 70002
504-836-9600

# NOTICE TO OUR LOUISIANA POLICYHOLDERS
## OF A
## POLICY SURCHARGE FOR THE
## FAIR PLAN EMERGENCY
## ASSESSMENT AS A RESULT OF HURRICANES
## KATRINA AND RITA

In accordance with LA R. S. 22:1430.16 and the Plan of Operation, Louisiana Citizens Property Insurance
Corporation (LA Citizens) has the authority to levy Emergency Assessments in both the FAIR and Coastal
Plans provided the Governing Board determines that a deficit exists in excess of the amount recovered
through the Regular Assessments. Due to the devastation inflicted upon Louisiana by hurricanes Katrina and
Rita, a FAIR Plan deficit was created in excess of the amount that was collected through the Regular
Assessments. **As a result, LA Citizens hereby levies an Emergency Assessment against FAIR Plan
assessable insureds. There is no Emergency Assessment for the Coastal Plan at this time.**

Your current total policy premium for the above referenced policy has been surcharged 5.0% for the current
policy term as follows:

2005 Louisiana Fair Plan Emergency Assessment = 0.05

© Copyright 1984 by Chubb & Son Inc.  Form no.  QS417015

INSURED  05/07/10  00.06.17

615

The FAIR Plan Emergency assessment appears on your enclosed *Masterpiece*® Premium Summary.

The assessment is also shown on your premium billing statement as "State Surcharge".

If you have questions or require any further information, your agent or broker is always your best source of advice.

**Chubb refers to the insurers of the Chubb Group of Insurance Companies.**
**Chubb, Box 1615, Warren, NJ 07061-1615**
**Actual coverage is subject to the language of the policy.**

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6417015

515

 

**Name and address of Insured**

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Effective Date**  7/26/08
**Policy no.**  13101004-01
**Issued by**  Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period**  7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

To Our Valued Chubb Customer,

We are pleased to enclose the renewal of your *Masterpiece®* policy. Since your renewal includes either
Louisiana Personal Liability Coverage or Louisiana Excess Liability Coverage with an edition date of July 2007
shown on the *Masterpiece* Table of Contents, the following important changes apply:

**Occurrence.** We revised the definition of "occurrence" to provide that an occurrence is an accident or
offense to which liability insurance applies and which begins within the policy period.

**Employment Practices Liability Coverage.** We are offering a new *optional* coverage, Employment
Practices Liability Coverage. This new coverage can address your specific liability needs if you employ five or
fewer residential staff and have personal or excess liability insurance with Chubb.

This coverage helps protect you if you are accused of wrongful termination, sexual harassment or
employment discrimination by one of your residential staff. Additionally, it helps defray the defense costs you
may incur as a result of such allegations.

Please contact your agent or broker about eligibility.

**Wrongful Employment Act.** We have added a new exclusion, Wrongful employment act, to the personal
and excess liability coverages. This excludes damages resulting from any wrongful employment act of an
employer. This exclusion does not apply to Employment Practices Liability Coverage if purchased.

© Copyright 1984 by Chubb & Son Inc.   Form no.  6425917                                    INSURED  05/07/10  00.06.17

We hope that you find your policy provides you with the coverage and services you deserve and have come to expect from Chubb. If you have any questions about your coverage, your agent or broker is always your best source of advice and guidance. In a world of choices, thank you for choosing Chubb.

Customer Relations Manager
Chubb Personal Insurance

**Relax. You're insured with Chubb.**[SM]
Chubb, Box 1600, Whitehouse Station, NJ 08889-1600
www.chubb.com/personal      e-mail: customercare@chubb.com

**Chubb refers to the insurers of the Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.**

© Copyright 1984 by Chubb & Son Inc.   Form no.  6425917

 

**Name and address of Insured**

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Effective Date** 7/26/08
**Policy no.** 13101004-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

To Our Valued Customer:

We are pleased to enclose the renewal of your *Masterpiece®* homeowners policy. Please take this opportunity to familiarize yourself with a number of important changes regarding your coverages.

**Homeowner Credits** - We have introduced a series of **Superior protection credits** for your house as follows:

| Available Credit | Credit Percent |
|---|---|
| • 24 Hour Security | 5% |
| • Full Time Caretaker | 2% |
| • Signal Continuity | 2% |
| • Water Flow Alarm | 2% |
| • Temperature Monitoring System | 2% |
| • Back-up Generator | 2% |
| • Gas Leakage Detector | 2% |
| • Seismic Shutt-off Valve | 2% |
| • Lightning Protection | 2% |
| • Water Leak Detection | 3% |
| • Water Leak Detection Alarm | 5% |

The maximum available credit is 12%.

**Homeowner Deductible Options** - In an effort to be a viable and competitive market for our Louisiana customers, we have revised our deductible pricing to offer additional savings to our customers who select higher deductibles. As part of this revision, the minimum base deductible we now offer for Home and Contents coverage written in Louisiana is $250. If your policy had a $100 base deductible, then your policy renewed with a $250 base deductible.

© Copyright 1984 by Chubb & Son Inc.  Form no. Q6417050                                    INSURED 05/07/10 00.06.17

619

If you have any questions about your coverage, your agent or broker is always the best source of advice.

Customer Relations Manager
Chubb Personal Insurance

**Relax. You're insured with Chubb**<sup>SM</sup>
Chubb, Box 1615, Warren, NJ 07061-1615
www.chubb.com/personal      e-mail: customercare@chubb.com

Chubb refers to the insurers of the Chubb Group of Insurance Companies.
Actual coverage is subject to the language of the policy.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q6417050

920





**Name and address of Insured**

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Premise Location**

2 CARDINAL LANE
MANDEVILLE, LA 70471

**Effective Date** 7/26/08
**Policy no.** 13101004-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

---

## The required information below applies to the premise location listed above.

## IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
This form was promulgated pursuant to LSA-R.S. 22:1477.

**THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.**

**\*\*READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS\*\***

## COVERAGE(S) FOR WHICH PREMIUM WAS PAID

**House**
**Other Permanent Structures**
**Additional Living Expense**

**Contents**

**Personal Liability**
**Medical Payments**

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q4717105

INSURED  05/07/10  00.06.17

## DEDUCTIBLES

This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.

> **NOTICE:** This policy does set forth a deductible for covered losses caused by wind or hail as defined in the policy. Look at the Coverage Summary of your policy to determine the amount of the deductible that will apply to any claim for damage caused by wind or hail.

** You may be able to reduce your premium by increasing your deductible. Contact your producer/agent or insurer for more details.

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD**- Flood damage is not covered, regardless of how caused, when flood is the peril that causes the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.

> *Flood Insurance may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.*

> *Excess Flood Insurance may be available under a seperate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.*

> • You may contact your producer or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.

**MOLD**- Damage caused solely by Mold is not covered under this policy.

** FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS**

© Copyright 1984 by Chubb & Son Inc.   Form no. Q4717105



**CLAIM FILING PROCESS**

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for reparing and replacing damaged property that could cause you to not recover the replacement cost of your property if applicable.

**PAYMENT OF CLAIMS**

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

• **ACV** is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

• **RC** involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

** Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

**PAYMENT AND ADJUSTMENTS OF CLAIMS**

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

© Copyright 1984 by Chubb & Son Inc. Form no. Q4717105

INSURED  05/07/10  00.06.17

623

**Failure to make such payment within thirty (30)  days after receipt of such satisfactory written proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30)  days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.**

**If the insurer is found to be arbitrary, capricious, or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%)  damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.**

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q4717105

624

 

**Name and address of Insured**

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Premise Location**

322 RUE ST. PETER
METAIRIE, LA 70005

**Effective Date** 7/26/08
**Policy no.** 13101004-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

## The required information below applies to the premise location listed above.

## IMPORTANT INFORMATION REQUIRED BY THE LOUISIANA DEPARTMENT OF INSURANCE

### Homeowners Insurance Policy Coverage Disclosure Summary
This form was promulgated pursuant to LSA-R.S. 22:1477.

## THIS IS ONLY A SUMMARY OF YOUR COVERAGE AND DOES NOT CHANGE, EXPAND, OR REDUCE THE COVERAGES OR ANY OTHER PROVISIONS CONTAINED IN YOUR POLICY. INSURANCE IS A CONTRACT. THE LANGUAGE IN YOUR POLICY CONTROLS YOUR LEGAL RIGHTS.

### **READ YOUR INSURANCE POLICY FOR COMPLETE POLICY TERMS AND PROVISIONS**

## COVERAGE(S) FOR WHICH PREMIUM WAS PAID

**Personal Liability**
**Medical Payments**

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q4717135                    INSURED 05/07/10 00.06.17

625

## DEDUCTIBLES

**This policy sets forth certain deductibles that will be applied to claims for damages. When applicable, a deductible will be subtracted from your total claim and you will be paid the balance subject to applicable coverage limits.**

**NOTICE: This policy does not set forth a deductible for covered losses caused by wind or hail as defined in the policy. Look at the Coverage Summary of your policy to determine the amount of the deductible that will apply to any claim for damage caused by wind or hail. Since a wind or hail deductible does not apply, the base deductible applies to any claim for damage caused by wind or hail.**

**\*\* You may be able to reduce your premium by increasing your deductible. Contact your producer/agent or insurer for more details.**

## LIMITATIONS OR EXCLUSIONS UNDER THIS POLICY

**FLOOD- Flood damage is not covered, regardless of how caused, when flood is the peril that causes the loss. Flood water includes, but is not limited to, storm surge, waves, tidal water, overflow of a body of water, whether driven by wind or not.**

*Flood Insurance may be available through the National Flood Insurance Program (NFIP). NFIP flood insurance may provide coverage for damage to your dwelling and/or contents subject to the coverage limits and terms of the policy.*

*Excess Flood Insurance may be available under a seperate policy, from this or another insurer, if the amount of the primary flood insurance is not enough to cover the value of your property.*

- **You may contact your producer or insurer for more information on the National Flood Insurance Program and Excess Flood Insurance.**

**MOLD- Damage caused solely by Mold is not covered under this policy.**

**\*\* FOR ALL OTHER LIMITATIONS OR EXCLUSIONS REFER TO YOUR POLICY FOR COMPLETE DETAILS ON TERMS AND PROVISIONS\*\***

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q4717135



**CLAIM FILING PROCESS**

There may be time limitations for filing a claim and filing of a satisfactory proof of loss. There may also be time limitations for reparing and replacing damaged property that could cause you to not recover the replacement cost of your property if applicable.

**PAYMENT OF CLAIMS**

Depending on the terms of the insurance policy, some losses may be paid based on actual cash value (ACV) and others based on replacement cost (RC).

- **ACV** is the amount needed to repair or replace the damaged or destroyed property, minus the depreciation.

- **RC** involves the initial payment of actual cash value (ACV) of a loss, and the subsequent payment of the additional amount that is actually and necessarily expended to repair or replace the damaged or destroyed property.

** Refer to your policy for the terms and conditions describing how a particular loss is to be paid.

**PAYMENT AND ADJUSTMENTS OF CLAIMS**

Pursuant to LSA R.S. 22:658 and 22:1220, except in the case of catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim and/or a claim for reasonable medical expenses within fourteen (14) days after notification of loss by the claimant.

In the case of a catastrophic loss, the insurer shall initiate loss adjustment of a property damage claim within thirty (30) days after notification of loss by the claimant.

All insurers shall make a written offer to settle any property damage claim, including a third-party claim, within thirty (30) days after the receipt of satisfactory proof of loss of that claim.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q4717135                    INSURED  05/07/10  00.06.17

Failure to make such payment within thirty (30)  days after receipt of such satisfactory written proofs and demand therefore or failure to make a written offer to settle any property damage claim, including a third-party claim, within thirty (30)  days after receipt of a satisfactory proof of loss of that claim may result in a late penalty against the insurer in addition to the payment of the claim.

If the insurer is found to be arbitrary, capricious, or without probable cause in settling any property damage claim, the insurer must pay the insured, in addition to the amount of the loss, fifty percent (50%)  damages on the amount found to be due from the insurer to the insured, or one thousand ($1,000.00) dollars, whichever is greater, as well as reasonable attorney fees and costs, if applicable.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q4717135

528

 **Premium Summary Renewal** 

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Page** 1
**Effective Date** 7/26/08
**Policy no.** 13101004-01
**Policy period** 7/26/08 to 7/26/09
**Producer name** EAGAN INSURANCE AGENCY INC

We are pleased to enclose your Chubb Masterpiece Policy, which includes an annual premium **savings of** $2,215 as listed below.

This chart shows at a glance what coverages you have and the related premiums.

| | Property covered | Coverage | Premium |
|---|---|---|---|
| **Homes and Contents** | HOUSE AT 2 CARDINAL LANE MANDEVILLE, LA | HOME, CONTENTS, LIABILITY | $ 10,136.00 |
| | CONDOMINIUM AT 322 RUE ST. PETER METAIRIE, LA | LIABILITY | $ 23.00 |
| **Valuable Articles** | JEWELRY | VALUABLE ARTICLES | $ 356.00 |
| **State Surcharges** | | | $ 504.60 |
| **Total Premium** | | | $ 11,019.60 |

The 2005 LA FAIR Plan Emergency Assessment is included in the state surcharges amount above.          $504.60

Your policy includes a Coverage Summary and policy provisions that explain your coverage in more detail.

**Chubb Masterpiece provides many different credits for home, valuable articles, automobile and excess liability coverages. We recommend that you contact your agent or broker for an annual review to ensure that your coverages, policy limits and available credits are accurate and meet your personal insurance needs.**

**Your policy provides the following annual premium credits for the coverages listed below:**

Your homeowners premium was reduced by  $2,215 as a result of one or more credits.

**You will shortly receive a statement and bill.**

**A statement and bill has been sent to your mortgagee.**

If you choose one of our convenient installment plans, your payments will be slightly higher than the premium shown above because of the small service charge.

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0700000 05/85          INSURED 05/07/10 00.06.17
625

## Premium Summary
## Renewal



**Page  2**
**Effective date** 7/26/08
**Policy no.** 13101004-01
**Name** PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY

We appreciate your continued business. Since 1882, personal service and comprehensive coverages have been the hallmarks of the Chubb Group of Insurance Companies.

Thank you for insuring through Chubb.

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0700000 05/85

631

INSURED  05/07/10  00.06.17





## PRIVACY POLICY AND PRACTICES

Chubb has been serving the insurance needs of our customers for more than a century. To continue to provide innovative products and services that respond to your insurance needs, Chubb collects certain personal information about you, which is described below in **The Personal Information We Collect.** At Chubb, we respect the privacy of our customers. We do not sell or share our customer lists with anyone else for the purpose of marketing their products to you. Chubb's personal information handling practices are regulated by law and this Privacy Policy describes those practices.

**Chubb's Privacy Policy**

**The Personal Information We Collect.** Chubb collects personal information about you and the members of your household to conduct business operations, provide customer service, offer new products, and satisfy legal and regulatory requirements.

We may collect the following categories of information about you from these sources:

- Information from you directly or through your agent, broker or automobile assigned risk plan, including information from applications, worksheets, questionnaires, claim forms or other documents (such as name, address, social security number, driver's license number and amount of coverage requested).

- Information about your transactions with us, our affiliates or others (such as products or services purchased, claims made, account balances and payment history).

- Information from a consumer reporting agency (such as motor vehicle reports and credit reports).

- Information from other non-Chubb sources (such as prior loss information and demographic information).

- Information from visitors to our web sites (such as that provided through online forms and online information-collecting devices known as "cookies"). Chubb does not use "cookies" to retrieve information from a visitor's computer that was not originally sent in a "cookie".

**"Opt Out" Option**
The law permits certain types of disclosures, such as for the processing of the insurance transaction without allowing an opt out. Chubb does not have an opt out option as we do not disclose your personal information to nonaffiliated third parties other than as described below. Therefore, no action is required by you.

**The Personal Information We Share.** Chubb may disclose the personal information we collect only to service, process or administer business operations such as underwriting and claims, and for other purposes such as the marketing of products or services, regulatory compliance, the detection or prevention of fraud, or as otherwise required or allowed by law. These disclosures may be made without prior authorization from you, as permitted by law.

**Sharing Personal Information With Others.** Chubb may disclose the personal information we collect to affiliated and nonaffiliated parties for processing and servicing transactions, such as reinsurers, insurance agents or brokers, property and automobile appraisers, auditors, claim adjusters and third party administrators. For example, Chubb may disclose personal information to our affiliates and other parties that perform services for us such as customer service or account maintenance. Specific examples include mailing information to you and maintaining or developing software for us. Chubb may also disclose personal information to nonaffiliated parties as permitted by law. For example, we may disclose information as required in response to a subpoena, to detect or prevent fraud or to comply with an inquiry or requirement of a government agency or regulator.

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 7-07)

INSURED  05/07/10  00.06.17

633

**Sharing Personal Information With Service Providers or for Joint Marketing.** Chubb may disclose the personal information we collect to your agent or broker so that they can market our financial products and services to you, and to service providers who perform functions for us. Any such disclosure is required to be subject to an agreement with us that includes a confidentiality provision. We do not disclose personal information to other financial institutions.

**Confidentiality and Security of Personal Information.** Access to personal information is allowed for business purposes only. The people who have access to personal information, including employees of Chubb and its affiliates, and nonemployees performing business functions for Chubb, are under obligations to safeguard such information. Chubb maintains physical, electronic and procedural safeguards to guard your personal information.

**Personal Health Information.** Under certain circumstances, we also collect personal health information about our customers, such as information regarding an accident, disability or injury, for underwriting or claim purposes. Chubb does not disclose your personal health information to others for the purpose of marketing to you unless we have your express consent.

**Personal Information of Former Customers.** Chubb's personal information privacy policy also applies to former customers.

**Changes in Privacy Policy.** Chubb may choose to modify this policy at any time. We will notify customers of any modifications at least annually. If we change our disclosure practices in a way that allows an opt out, we will provide customers an opportunity to request that information not to be disclosed for marketing purposes.

**Definitions.**
"Chubb" means the following companies on whose behalf this notice is given:

| | |
|---|---|
| Chubb & Son Inc. | Executive Risk Indemnity Inc. |
| Chubb & Son Inc. (of Illinois) | Executive Risk Specialty Insurance Company |
| Chubb Custom Insurance Company | Federal Insurance Company |
| Chubb Custom Market, Inc. | Great Northern Insurance Company |
| Chubb Indemnity Insurance Company | Northwestern Pacific Indemnity Company |
| Chubb Insurance Company of New Jersey | Pacific Indemnity Company |
| Chubb Lloyds Insurance Company of Texas | Quadrant Indemnity Company |
| Chubb Multinational Managers, Inc. | Texas Pacific Indemnity Company |
| Chubb National Insurance Company | Vigilant Insurance Company |

"Customer" and "you" mean any individual who obtains or has obtained a financial product or service from Chubb that is to be used primarily for personal, family or household purposes. This notice applies to customers only.

"Personal information" means nonpublic personal information, which is defined by law as personally identifiable financial information provided by you to Chubb, resulting from a transaction with or any service performed for you by Chubb, or otherwise obtained by Chubb. Personal information does not include publicly available information as defined by applicable law.

Chubb Personal Insurance
Attention: Privacy Inquiries
P.O. Box 1615
Warren, NJ 07061-1615

© Copyright 1984 by Chubb & Son Inc.   Form no. 0799999 (Rev. 7-07)

 

**Coverage Summary**
**Renewal**

**Name and address of Insured**

PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY
2 CARDINAL LANE
MANDEVILLE, LA 70471

**Page** 1
**Effective date** 7/26/08
**Policy no.** 13101004-01
**Issued by** Federal Insurance Company
a stock insurance company
incorporated in Indiana
**Policy period** 7/26/08 to 7/26/09

**If you have any questions, please contact**
EAGAN INSURANCE AGENCY INC
2629 N CAUSEWAY
METAIRIE, LA  70002
504-836-9600

This Coverage Summary is part of your policy. **PLEASE READ YOUR POLICY CAREFULLY, INCLUDING THIS COVERAGE SUMMARY, FOR A COMPLETE DESCRIPTION OF YOUR COVERAGES.**

## Homes and Contents

Your policy provides coverage against physical loss if your home or its contents are damaged, destroyed, or lost. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

| Address | Dwelling | Contents |
|---|---|---|
| HOUSE AT<br>2 CARDINAL LANE<br>MANDEVILLE, LA | $1,457,000<br>DELUXE COVERAGE<br><br>EXTENDED<br>REPLACEMENT COST | $728,500<br>DELUXE COVERAGE<br><br>REPLACEMENT COST |

The base deductible for each occurrence is  $7,500. We will waive the base deductible for covered losses of more than $50,000 except for covered losses subject to any special deductibles. Special deductibles include the vacant house deductible, water backup deductible, wind or hail deductible, and earthquake deductible.

### Additional coverages or conditions

**Wind or hail deductible**
In lieu of the base deductible, a special  2% wind or hail deductible applies to your house, contents and extra coverages at
2 CARDINAL LANE, MANDEVILLE, LA
for each occurrence caused by, contributed to, made worse by, or in any way resulting from wind or hail from a hurricane. "Hurricane" means a storm declared by the National Hurricane Center or National Weather Service which:
- begins at the time the National Hurricane Center or National Weather Service issues a hurricane watch or hurricane warning for any part of the state of Louisiana;
- continues as long as hurricane conditions exist in any part of the state of Louisiana; and
- ends 24 hours after the National Hurricane Center or National Weather Service terminates the last hurricane watch or hurricane warning for any part of the state of Louisiana.
The dollar amount of this special wind or hail deductible is equal to 2% of the amount of coverage for the house at this location as shown in the Coverage Summary at the time of a covered loss. If your house

© Copyright 1984 by Chubb & Son Inc.  Form no.  Q0802000 05/85

635

INSURED  05/07/10  00.06.17

*Coverage Summary*
*Renewal*

**Page 2**
**Effective date** 7/26/08
**Policy no.** 13101004-01
**Name**  PATRICK H. CROSBY AND JENNIFER
LANCASTER CROSBY

## Homes and Contents
(Continued)

coverage amount is increased because of extended replacement cost, the deductible will be applied to the increased amount.

However, if any other special deductible applies and the dollar amount of that special deductible is greater than the dollar amount of the wind or hail special deductible, the greater special deductible applies. If the dollar amount of the base deductible is greater than the dollar amount of the applicable special deductible, the dollar amount of that special deductible is increased to the dollar amount of the base deductible.

**Important notice regarding mold remediation expenses**
You have the standard $10,000 mold remediation expense coverage as described in your policy for the residence at 2 CARDINAL LANE,  MANDEVILLE,  LA. To increase the amount of coverage for mold remediation expenses, you must contact your agent or broker shown at the top of this Coverage Summary prior to the effective date of this renewal. The request will be subject to underwriting acceptance.

## Valuable Articles

This policy provides you with coverage against physical loss if your valuable articles are lost, damaged, or destroyed. The kinds of losses that are covered, and any special limits that apply, are explained in detail in the policy.

### Blanket coverage

We will pay up to the amount shown in the following chart for each category of valuable articles. However, the most we will pay for any one article is the blanket limit per item shown for that category.

### Itemized articles

The amount of coverage for your valuable articles is shown in the following chart. A list of your itemized valuable articles, and the specific coverage amounts, can be found at the end of the Coverage Summary.

| Class | Amount of blanket coverage | | Blanket limit per item | | Amount of itemized coverage |
|---|---|---|---|---|---|
| JEWELRY | $ | 25,000 | $ | 10,000 | NO COVERAGE |

**There is no deductible for this coverage.**

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0802000 05/85

636

## Coverage Summary
## Renewal



CHUBB

**Page** 3
**Effective date** 7/26/08
**Policy no.** 13101004-01
**Name**  PATRICK H. CROSBY AND JENNIFER
        LANCASTER CROSBY

## *Liability*

Amount of liability coverage: **$1,000,000.**

This is the total amount of your liability coverage. It applies to all property for which you have liability coverage, as shown in the following chart.

Your liability coverage covers damages for which you are legally responsible. For each occurrence, we will pay up to the amount of your liability coverage, as explained in your policy.

However, when you have **excess** liability only, we will pay for a covered loss **only** after the loss exceeds the required primary underlying insurance shown in your policy. This applies whether you have other liability coverage provided under a separate policy with us or by another insurance company.

| **Home** | HOUSE AT<br>2 CARDINAL LANE<br>MANDEVILLE, LA | PERSONAL LIABILITY |
| --- | --- | --- |
| | CONDOMINIUM AT<br>322 RUE ST. PETER<br>METAIRIE, LA | PERSONAL LIABILITY |

As the duly authorized representative of the company my signature validates this policy.

*Robert Hamburger*

Authorized representative

© Copyright 1984 by Chubb & Son Inc.   Form no.  Q0802000 05/85

637

INSURED  05/07/10 00.06.17