*Valuable Articles*
*Coverage*



## Payment for a Loss
(continued)

### Recoveries
If we pay for a covered loss to property and we recover that property, we agree to offer you an opportunity to buy it back. We will offer it to you at no higher an amount than we paid to you for that property.

## Valuable Articles Coverage

In Valuable Articles Coverage, a "covered loss" includes **all risk** of physical loss to valuable articles unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions**.

## Extra Coverages

In addition to covering the physical loss to your valuable articles, we also provide other related coverages. These payments are in addition to the amount of coverage for your valuable articles unless stated otherwise or an exclusion applies. Exclusions to these coverages are described in **Exclusions**.

### Newly acquired valuable articles
For some categories of valuable articles, we automatically cover newly acquired articles that you own if you already have itemized articles shown on the Coverage Summary in that category. The amount of coverage for these articles is described below.

**Fine arts.** We cover your newly acquired fine arts for 25% of your total itemized coverage for fine arts. But you must request coverage for the newly acquired fine arts within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

**Jewelry, furs, cameras, musical instruments, and collectibles.**   We cover your newly acquired jewelry, furs, cameras, musical instruments, and collectibles for 25% of your total itemized coverage in the same category, up to $50,000 for each category. But you must request coverage for these newly acquired articles within 90 days after you acquire them, and pay the additional premium from the date acquired. We reserve the right not to insure the newly acquired articles after the 90th day.

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 6/85                    6/15/04 13:35:14
461

***Valuable Articles
Coverage***

## *Exclusions*

These exclusions apply to your Valuable Articles Coverage, including the Extra Coverages, unless stated otherwise.

The words "caused by" mean any loss that is contributed to, made worse by, or in any way results from that peril.

**Musical and photographic articles used for profit.** We do not cover any loss to musical instruments, cameras, or related equipment used for profit, except in an incidental business activity that does not have gross revenues of $5,000 or more in any year and conforms to local, state and federal laws.

**Intentional acts.** We do not cover any loss caused intentionally by you or a family member, or by a person directed by you or a family member to cause a loss. But we do provide coverage for you or a family member who is not responsible for causing the intentional loss. An intentional act is one whose consequences could have been foreseen by a reasonable person.

**Misappropriation.** We do not cover any loss to valuable articles caused by the taking or other misappropriation of the article(s) from you or a family member by your spouse or another family member.

**Gradual or sudden loss.** We do not provide coverage for the presence of wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, or warping, however caused, or any loss caused by wear and tear, gradual deterioration, rust, bacteria, corrosion, dry or wet rot, warping, insects or vermin. We also do not cover any loss caused by inherent vice, latent defect or mechanical breakdown. But we do insure ensuing covered loss unless another exclusion applies.

**Fungi and mold.** We do not provide coverage for the presence of mold, however caused, or any loss caused by mold. But we do cover mold resulting from fire or lightning unless another exclusion applies. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Computer error.** We do not cover any loss caused by an error in computer programming or instructions to the computer.

**Acts of war.** We do not cover any loss caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Nuclear or radiation hazard.** We do not cover any loss caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused. But we do insure ensuing covered loss due to fire resulting from a nuclear hazard unless another exclusion applies.

**Special exclusions for fine arts.** We do not cover any loss to fine arts caused by repairing, restoring, or retouching. We also do not cover any loss to fine arts while exhibited at a fair ground, or at the premises of a national or international exposition, unless the premises are covered by this policy.

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 5/85
6/15/04 13:35:14

*Valuable Articles*
*Coverage*



## *Exclusions*
(continued)

**Special exclusions for stamps and coins.** We do not cover any loss to stamps or coins caused by:
- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, or temperature extremes; or
- handling or being worked on.

We also do not cover the disappearance of an individual stamp, coin, or other item that is insured as part of a collection unless it is mounted in a volume and the page is also lost.

**Special exclusions for collectibles.** We do not cover any loss to collectibles caused by:
- fading, creasing, denting, scratching, tearing, thinning, color transfer, dampness, change in temperature, or temperature extremes;
- repairing, restoring, retouching or being worked on; or
- use other than as a collectible.

However, we do cover loss to wine due to change in temperature or temperature extremes caused by the sudden and accidental physical loss to utility power equipment or premises power supply, or mechanical or electrical breakdown of climate control equipment.

© Copyright 1985 by Chubb & Son Inc. Form no. 3400017 5/85                    6/15/04 13:35:14
463

 ® **Personal Liability Coverage** 

This part of your Masterpiece Policy provides you with personal liability coverage for which you or a family member may be legally responsible anywhere in the world unless stated otherwise or an exclusion applies.

## Payment for a Loss

### Amount of coverage
The amount of coverage for liability is shown in the Coverage Summary. We will pay on your behalf up to that amount for covered damages from any one occurrence, regardless of how many claims, homes, or people are involved in the occurrence.

Any costs we pay for legal expenses (see **Defense coverages**) are in addition to the amount of coverage.

## Personal Liability Coverage

We cover damages a covered person is legally obligated to pay for personal injury or property damage which take place anytime during the policy period and are caused by an occurrence, unless stated otherwise or an exclusion applies. Exclusions to this coverage are described in **Exclusions.**

In lieu of the definition for "occurrence" in the Introduction, the following definition of "occurrence" applies:
"Occurrence" means an accident or offense to which this insurance applies and which begins within the policy period. Continuous or repeated exposure to substantially the same general conditions unless excluded is considered to be one occurrence.

A "covered person" means:
• you or a family member;
• any other person or organization with respect to liability because of acts or omissions of you or a family member; or
• any combination of the above.

"Damages" means the sum that is paid or is payable to satisfy a claim settled by us or resolved by judicial procedure or by a compromise we agree to in writing.

"Personal injury" means the following injuries, and resulting death:
• bodily injury;
• shock, mental anguish, or mental injury;
• false arrest, false imprisonment, or wrongful detention;
• wrongful entry or eviction;
• malicious prosecution or humiliation; and
• libel, slander, defamation of character, or invasion of privacy.

"Bodily injury" means physical bodily harm, including sickness or disease that results from it, and required care, loss of services and resulting death.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17

*Personal Liability*
*Coverage*

## *Personal Liability Coverage*
(continued)

"Property damage" means physical injury to or destruction of tangible property, including the loss of its use. Tangible property includes the cost of recreating or replacing stocks, bonds, deeds, mortgages, bank deposits, and similar instruments, but does not include the value represented by such instruments.

"Registered vehicle" means any motorized land vehicle not described in "unregistered vehicle".

"Unregistered vehicle" means:
- any motorized land vehicle not designed for or required to be registered for use on public roads;
- any motorized land vehicle which is in dead storage at your residence;
- any motorized land vehicle used solely on and to service a residence premises shown in the Coverage Summary; or
- golf carts.

"Employment discrimination" means a violation of applicable employment discrimination law protecting any residential staff based on his or her race, color, religion, creed, age, sex, disability, national origin or other status according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

"Employment practices crisis" means:
- an allegation of, or your discovery of, a wrongful employment act committed against any residential staff that is reasonably likely to result in a civil action against you or a family member; or
- a threat by any residential staff to disclose publicly that you or a family member committed or allegedly committed a wrongful employment act.

"Reputation management firm" means:
- a professional public relations consulting firm;
- a professional security consulting firm; or
- a professional media management consulting firm.

"Residential staff" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed regularly to work 15 or more hours per week.
  Residential staff includes a temporary worker. Residential staff does not include an independent contractor or any covered person.

"Temporary worker" means your or a family member's employee who is:
- employed by you or a family member, or through a firm under an agreement with you or a family member, to perform duties related only to a covered person's domestic, personal, or business pursuits covered under this part of your policy;
- compensated for labor or services directed by you or a family member; and
- employed to work 15 or more hours per week to substitute for any residential staff on leave or to meet seasonal or short-term workload demands for 30 consecutive days or longer during a 6 month period.
  Temporary worker does not include an independent contractor or any covered person.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17

*Personal Liability*
*Coverage*



## Personal Liability Coverage
(continued)

"Wrongful employment act" means any employment discrimination, sexual harassment, or wrongful termination of any residential staff actually or allegedly committed or attempted by you or a family member, while acting in the capacity as an employer, that violates applicable employment law of any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico. "Sexual harassment" as it relates solely to a wrongful employment act means unwelcome sexual advances, requests for sexual favors, or other conduct of a sexual nature that:
• is made a condition of employment of any residential staff;
• is used as a basis for employment decisions;
• interferes with performance of any residential staff's duties; or
• creates an intimidating, hostile, or offensive working environment.

"Wrongful termination" means:
• the actual or constructive termination of employment of any residential staff by you or a family member in violation of applicable employment law; or
• breach of duty and care when you or a family member terminates an employment relationship with any residential staff.

### Defense coverages
We will defend a covered person against any suit seeking covered damages for personal injury or property damage or for covered damages under Employment practices liability, if Employment practices liability coverage is shown in the Coverage Summary. We provide this defense at our own expense, with counsel of our choice, even if the suit is groundless, false, or fraudulent. We may investigate, negotiate, and settle any such claim or suit at our discretion.

As part of our investigation, defense, negotiation, or settlement we will pay:
• all premiums on appeal bonds required in any suit we defend;
• all premiums on bonds to release attachments for any amount up to the amount of coverage (but we are not obligated to apply for or furnish any bond);
• all expenses incurred by us;
• all costs taxed against a covered person;
• all interest accruing after a judgement is entered in a suit we defend on only that part of the judgement we are responsible for paying. We will not pay interest accruing after we have paid the judgement up to the amount of coverage;
• all prejudgement interest awarded against a covered person on that part of the judgement we pay or offer to pay. We will not pay any prejudgement interest based on that period of time after we make an offer to pay the amount of coverage;
• all earnings lost by each covered person at our request, up to $250 a day, to a total of $10,000;
• other reasonable expenses incurred by a covered person at our request; and
• the cost of bail bonds required of a covered person because of a covered loss.

These Defense coverages are limited for Employment practices liability as follows:
Our duty to defend you or a family member and our obligation to pay defense expenses ends when we have exhausted the amount of coverage per occurrence for Employment practices liability shown in the Coverage Summary by paying for covered damages from any one occurrence, or exhausted the maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary by paying for covered damages, whichever occurs sooner.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85                    4/25/07 10:32:17

645

***Personal Liability
Coverage***

## Personal Liability Coverage
(continued)

In jurisdictions where we may be prevented by local law from carrying out these Defense Coverages, we will pay only those defense expenses that we agree in writing to pay and that are incurred by you.

## Extra Coverages

In addition to covering damages and defense costs, we also provide many related coverages. These payments are in addition to the amount of coverage for damages and defense costs unless stated otherwise.

### Medical payments to others
We will pay the necessary medical expenses, up to a total of $10,000 for each person, for personal injury to anyone **except** you or a family member. These expenses must be incurred or medically ascertained within three years of an accident that:
- occurs at a home with liability coverage in this policy, to a person with permission from you or a family member to be there;
- arises from a condition at a home, or at the steps, driveways or sidewalks immediately adjoining, with liability coverage in this policy;
- was caused by the activities of a covered person;
- was caused by a domestic worker in the course of his or her employment by a covered person; or
- was caused by an animal owned by or in the care of a covered person.

"Medical expenses" includes reasonable charges for first aid, medical, funeral, surgical, x-ray, dental, ambulance, hospital, rehabilitation, professional nursing services, and prosthetic devices.

### Damaged property
We cover the replacement cost of other people's property, up to $1,000 for each occurrence, if the property was damaged or destroyed by a covered person.

"Replacement cost" is the amount required to repair or replace other people's property, whichever is less.

But we will **not** pay for property damage to property owned by or rented to a tenant or resident in your household.

### Credit cards, forgery, and counterfeiting
We cover a covered person's legal obligation, up to a total of $10,000 for:
- loss or theft of a credit or bank card issued in the name of you or a family member, provided that all the terms for using the card are complied with;
- loss caused by forgery or alteration of any check or negotiable instrument; or
- loss caused by accepting in good faith any counterfeit paper currency.

We will defend a claim or suit against you or a family member for loss or theft of a credit or bank card. We have the option to defend a claim or suit against you or a family member (or against a bank, with respect to this coverage) for forgery or counterfeiting.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17



*Personal Liability
Coverage*

## Extra Coverages
(continued)

We may investigate, negotiate, and settle any such claim or suit at our discretion. Our obligation to defend ends when our payment for the loss equals $10,000.

If you have a loss under the "credit cards, forgery, and counterfeiting" coverage of this policy, you must:
- notify us or your agent of your loss;
- in case of theft you must notify the police or similar competent authority;
- notify the credit card service company or the issuing bank;
- include evidence or an affidavit supporting your claim, including the amount of and cause of the loss, in any statement you prepare at our request;
- submit to an examination under oath, as often as we may reasonably require, you, family members and other members of your household to do so;
- upon our request submit a signed description of the circumstances surrounding a loss and your interest in it; and
- produce all records and documents we request and permit us to make copies.

### Rented or borrowed vehicles
We cover for damages for personal injury and property damage caused by an occurrence during the policy period resulting from a covered person's use of a rented or borrowed vehicle if the limit of liability shown in the Coverage Summary is $1 million or more, provided the rental or loan does not exceed 30 days.

We will provide this coverage in excess of any underlying insurance that applies to these damages. If no underlying coverage exists, we will pay total damages up to the limit of liability shown in the Coverage Summary.

This Extra Coverage is not provided when:
- you have coverage provided by an excess or umbrella policy with us or another company;
- you or a family member own a private passenger vehicle, a pick-up, panel truck, or van.

### Fungi and mold
We cover damages a covered person is legally obligated to pay, up to $100,000 for each occurrence, for bodily injury or property damage arising out of mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these. These payments do not increase the amount of personal liability coverage.

### Employment practices liability coverage
If Employment practices liability coverage is shown in the Coverage Summary, we provide coverage for Employment practices liability and Reputational injury.

This coverage applies only if on the effective date of any policy period, the number of residential staff does not exceed 5. However, if after the effective date of any policy period you or a family member employs more than 5 residential staff, we will cover, through the remainder of the policy period, only those 5 residential staff with the longest period of uninterrupted employment in chronological order of hiring at the time of the Employment practices liability coverage occurrence.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85                    4/25/07 10:32:17
647

*Personal Liability*
*Coverage*

## Extra Coverages
(continued)

This condition does not apply to your or a family member's employment of a temporary worker to substitute for any residential staff on leave, performing the same duties for the same or fewer number of hours. It is your duty to advise us as soon as reasonably possible if you or a family member employs more than 5 residential staff at any time during the policy period in order to reduce the possibility of being underinsured.

**Employment practices liability.** We cover damages you or a family member is legally obligated to pay any residential staff for a wrongful employment act caused by an occurrence when the claim is made or the suit is brought in the United States of America, its territories or possessions, or Puerto Rico, unless stated otherwise or an exclusion applies.

**Amount of coverage for Employment practices liability.** The maximum amount of coverage for Employment practices liability available for any one occurrence is the amount of coverage for Employment practices liability shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Employment practices liability shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Deductible.** A deductible is that amount we will subtract from the amount of covered damages we pay. The deductible shown in the Coverage Summary for Employment practices liability applies to each Employment practices liability occurrence, unless stated otherwise.

**Reputational injury.** We cover the reasonable and necessary fees or expenses that you incur for services provided by a reputation management firm to minimize potential injury to the reputation of you or a family member solely as a result of an employment practices crisis caused by an occurrence if:

- the employment practices crisis is reported to us as soon as reasonably possible but not later than 30 days after the employment practices crisis begins; and
- you obtain approval of the reputation management firm from us before incurring any fees or expenses,

unless stated otherwise or an exclusion applies. There is no deductible for this coverage.

**Amount of coverage for Reputational injury.** The maximum amount of coverage for Reputational injury available for any one occurrence is the amount of coverage for Reputational injury shown in the Coverage Summary. We will not pay more than this amount in any one occurrence for covered damages regardless of how many claims or people are involved in the occurrence.

The maximum annual amount of coverage for Reputational injury shown in the Coverage Summary is the most we will pay for the sum of all covered damages during the policy period regardless of the number of claims, people, or occurrences.

**Condition for Employment practices liability coverage.** The following condition applicable to Employment practices liability coverage is in addition to the General Conditions, Liability Conditions, and Special Conditions described under Policy Terms.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17

## Personal Liability
## Coverage


CHUBB

## Extra Coverages
(continued)

If on the effective date of any policy period the number of residential staff exceeds 5, your eligibility for Employment practices liability coverage will cease as of that date. If Employment practices liability coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

## Exclusions

These exclusions apply to this part of your Masterpiece Policy, unless stated otherwise.

**Motorized land vehicles.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any motorized land vehicle. This includes any trailers or any watercraft being towed by or carried on any registered vehicle.

This exclusion does not apply to motorized land vehicles in dead storage at your residence, to motorized land vehicles used solely on and to service a residence premises shown in the Coverage Summary, or to golf carts.

This exclusion does not apply to the Extra Coverage, Rented or Borrowed Vehicles.

**Aircraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading, or towing of any aircraft, except a chartered aircraft operated and piloted by a professional crew. We do not cover any property damages to aircraft rented to, owned by, or in the care, custody or control of a covered person.

**Large watercraft.** We do not cover any damages arising out of the ownership, maintenance, use, loading, unloading or towing of any watercraft 26 feet or longer or with more than 50 horsepower owned by a covered person, or furnished or rented to a covered person for longer than 30 days. But we do cover watercraft being stored, unless another exclusion applies.

**Motorized land vehicle, watercraft and aircraft racing.** We do not cover any damages arising out of the participation in or practice for competitive racing of any motorized land vehicle, watercraft or aircraft. This exclusion does not apply to sailboat racing even if the sailboat is equipped with an auxiliary motor.

**Workers' compensation or disability.** We do not cover any damages a covered person is legally obligated to provide under any workers' compensation, disability benefits, unemployment compensation or similar laws. But we do provide coverage in excess over any other insurance for damages a covered person is legally obligated to pay for bodily injury to a domestic employee of a residence shown in the Coverage Summary which are not compensable under workers' compensation, unless another exclusion applies.

**Director's liability.** We do not cover any damages for any covered person's actions or failure to act as an officer or member of a board of directors of any corporation or organization. This exclusion does not apply to a not-for-profit corporation or organization, or to a condominium or cooperative association.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85                                    4/25/07 10:32:17
649

## Personal Liability
## Coverage

## Exclusions
(continued)

**Damage to covered person's property.** We do not cover any person for property damage to property owned by any covered person.

**Damage to property in your care.** We do not cover any person for property damage to property rented to, occupied by, used by, or in the care of any covered person, to the extent that the covered person is required by contract to provide insurance. But we do cover such damages for loss caused by fire, smoke, or explosion unless another exclusion applies.

**Wrongful employment act.** We do not cover any damages arising out of a wrongful employment act. This exclusion does not apply to Employment practices liability coverage if Employment practices liability coverage is shown in the Coverage Summary.

**Discrimination.** We do not cover any damages arising out of discrimination due to age, race, color, sex, creed, national origin, sexual harassment, or any other discrimination. This exclusion does not apply to Employment practices liability coverage.

**Intentional acts.** We do not cover any damages arising out of an act intended by any covered person to cause personal injury or property damage, even if the injury or damage is of a different degree or type than actually intended or expected. An intentional act is one whose consequences could have been foreseen by a reasonable person. But we do cover such damages if the act was intended to protect people or property unless another exclusion applies. This exclusion does not apply to Employment practices liability coverage.

**Nonpermissive use.** We do not cover any person who uses a motorized land vehicle or watercraft without express or implied permission from you or a family member.

**Business pursuits.** We do not cover any damages arising out of a covered person's business pursuits, investment or other for-profit activities, for the account of a covered person or others, or business property.

But we do cover damages arising out of volunteer work for an organized charitable, religious or community group, an incidental business away from home, incidental business at home, incidental business property, incidental farming, or residence premises conditional business liability unless another exclusion applies.

"Incidental business away from home" is a self-employed sales activity, or a self-employed business activity normally undertaken by persons under the age of 18 such as newspaper delivery, babysitting, caddying, and lawn care. Either of these activities must:
- not yield gross revenues in excess of $5,000 in any year;
- have no employees subject to workers' compensation or other similar disability laws;
- conform to local, state, and federal laws.

"Incidental business at home" is a business activity, other than farming, conducted on your residence premises which must:
- not yield gross revenues in excess of $5,000 in any year, except for the business activity of managing one's own personal investments;
- have no employees subject to workers' compensation or other similar disability laws;
- conform to local, state, and federal laws.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17

550

*Personal Liability
Coverage*



## Exclusions
(continued)

"Incidental business property" is limited to the rental or holding for rental, to be used as a residence, of a condominium or cooperative unit owned by you, an apartment unit rented to you, a one or two family dwelling owned by you, or a three or four family dwelling owned and occupied by you. We provide this coverage only for premises listed in the Coverage Summary unless the rental or holding for rental is for:
- a residence of yours that is occasionally rented and that is used exclusively as a residence; or
- part of a residence of yours by one or two roomers or boarders; or
- part of a residence of yours as an office, school, studio, or private garage.

"Incidental farming" is a farming activity which meets all of the following requirements:
- is incidental to your use of the premises as your residence;
- does not involve employment of others for more than 1,000 hours of farm work during the policy period;
- does not produce more than $2,500 in gross annual revenue from horticultural operations;
- and with respect to the raising or care of animals:
  - does not produce more than $25,000 in gross annual revenues;
  - does not involve more than 10 sales transactions during the policy period;
  - does not involve the sale of more than 25 animals during the policy period.

"Residence premises conditional business liability" is limited to business or professional activities when legally conducted by you or a family member at your residence shown in the Coverage Summary. We provide coverage only for personal injury or property damage arising out of the physical condition of that residence if:
- you do not have any employees involved in your business or professional activities who are subject to workers' compensation or other similar disability laws; or, if you are a doctor or dentist, you do not have more than two employees subject to such laws;
- you do not earn annual gross revenues in excess of $5,000, if you are a home day care provider;
- there is no other valid and collectible insurance.

We do not cover damages or consequences resulting from business or professional care or services performed or not performed.

**Financial guarantees.** We do not cover any damages for any covered person's financial guarantee of the financial performance of any covered person, other individual or organization.

**Professional services.** We do not cover any damages for any covered person's performing or failure to perform professional services, or for professional services for which any covered person is legally responsible or licensed.

**Acts of war.** We do not cover any damages caused directly or indirectly by war, undeclared war, civil war, insurrection, rebellion, revolution, warlike acts by military forces or personnel, the destruction or seizure of property for a military purpose, or the consequences of any of these actions.

**Contractual liability.** We do not cover any assessments charged against a covered person as a member of a condominium or cooperative association. We also do not cover any damages arising from contracts or agreements made in connection with any covered person's business. Nor do we cover any liability for unwritten contracts, or contracts in which the liability of others is assumed after a covered loss.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85     4/25/07 10:32:17
651

## Personal Liability
## Coverage

---

## Exclusions
(continued)

**Covered person's or dependent's personal injury.** We do not cover any damages for personal injury for any covered person or their dependents where the ultimate beneficiary is the offending party or defendant. We also do not cover any damages for personal injury, other than bodily injury, for which you can be held legally liable to a family member or your spouse or for which a family member or your spouse can be held legally liable to you.

**Liability for dependent care.** We do not cover any damages for personal injury for which a covered person's only legal liability is by virtue of a contract or other responsibility for a dependent's care.

**Illness.** We do not cover personal injury or property damage resulting from any illness, sickness or disease transmitted intentionally or unintentionally by a covered person to anyone, or any consequence resulting from that illness, sickness or disease. We also do not cover any damages for personal injury resulting from the fear of contracting any illness, sickness or disease, or any consequence resulting from the fear of contracting any illness, sickness or disease.

**Fungi and mold.** We do not cover any actual or alleged damages arising out of mold, the fear of mold, or any consequences resulting from mold or the fear of mold, other than as provided under the Extra Coverage, Fungi and mold. "Mold" means fungi, mold, mold spores, mycotoxins, and the scents and other byproducts of any of these.

**Parental liability.** We do not cover any damages arising from parental liability for the acts of a minor using a motorized land vehicle, watercraft 26 feet or longer or with more than 50 horsepower, or aircraft. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Entrustment.** We do not cover any damages arising from the entrustment by any covered person of a motorized land vehicle, watercraft 26 feet or longer or with more than 50 horsepower, or aircraft to any person. This exclusion does not apply to any other coverage provided under an exclusion in this part of your policy.

**Nuclear or radiation hazard.** We do not cover any damages caused directly or indirectly by nuclear reaction, radiation, or radioactive contamination, regardless of how it was caused.

**The following additional exclusions apply solely to Employment practices liability coverage.**

**Malicious or criminal acts.** We do not cover any damages arising out of a willful, malicious, or criminal act or omission by any person whether or not the injuries or damages are actually intended, expected, or foreseeable by a reasonable person. But we do cover such damages if the act was intended to protect people, unless another exclusion applies.

**Special exclusions.** We do not cover the following:
- matters which may be deemed uninsurable according to any federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico under which the policy is construed;
- occurrences arising out of the breach of an actual or implied written or oral agreement related to employment;

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85
4/25/07 10:32:17

*Personal Liability*
*Coverage*



## Exclusions
(continued)

- costs incurred to comply with any order, grant, or agreement to provide non-monetary relief; or
- occurrences arising out of any actual or alleged violation of any of the responsibilities, obligations, or duties imposed by the Consolidated Omnibus Budget Reconciliation Act, Employment Retirement Income Security Act of 1974, Fair Labor Standards Act (except the Equal Pay Act), state wage payment and collection laws, Federal Insurance Contributions Act, Immigration Reform and Control Act of 1986, National Labor Relations Act, Occupational Safety and Health Act, Social Security Act, Workers' Adjustment and Retraining Notification Act, including any amendments to these laws, promulgated rules, or regulations or any provisions of any similar federal, state, or local statute, regulation, ordinance, or common law of the United States of America, its territories or possessions, or Puerto Rico.

© Copyright 1985 by Chubb & Son Inc. Form no. 4610017 5/85                                4/25/07 10:32:17
653

 **Policy Terms** 

This part of your Masterpiece Policy explains the conditions that apply to your policy.

## General Conditions

These conditions apply to your policy in general, and to each coverage in it.

### Policy period
The effective dates of your policy are shown in the Coverage Summary. Those dates begin at 12:01 a.m. standard time at the mailing address shown. Each renewal period shall be for a similar term.

All coverages on this policy apply only to occurrences that take place while this policy is in effect.

### Renewals
We or our agent may offer to continue this policy for renewal periods, at the premiums and under the policy provisions in effect at the date of renewal. We can do this by mailing you a bill for the premium to the address shown in the Coverage Summary, along with any changes in the policy provisions or amounts of coverage.

You may accept our offer by paying the required premium on or before the starting date of each renewal period.

### Transfer of rights
If we make a payment under this policy, we will assume any recovery rights a covered person has in connection with that loss, to the extent we have paid for the loss.

All of your rights of recovery will become our rights to the extent of any payment we make under this policy. A covered person will do everything necessary to secure such rights; and do nothing after a loss to prejudice such rights. However, you may waive any rights of recovery from another person or organization for a covered loss in writing before the loss occurs.

### Concealment or fraud
We do not provide coverage if you or any covered person, with the intent to deceive has intentionally concealed or misrepresented any material fact relating to this policy before or after a loss. But we do provide coverage for you or any covered person who did not intentionally conceal or misrepresent any material fact relating to this policy before or after a loss.

### Application of coverage
Coverage applies separately to each covered person. However, this provision does not increase the amount of coverage for any one occurrence.

### Duplicate coverages
If a loss is covered under more than one part of this policy, we will pay you under the part giving you the most coverage, but not under more than one part. However, when both Valuable Articles Blanket coverage and Contents coverage are shown in the Coverage Summary, and a loss is covered under both parts, your amount of coverage will equal the combined total of both Contents and Valuable Articles Blanket limits subject to the Contents Special Limits and policy provisions. In no event will we make duplicate payments.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85       4/05/07 9:24:44

*Policy*
*Terms*

## General Conditions
(continued)

### Assignment
You cannot transfer your interest in this policy to anyone else unless we agree in writing to the transfer.

### Policy changes
This policy can be changed only by a written amendment we issue.

### Bankruptcy or insolvency
We will meet all our obligations under this policy regardless of whether you, your estate, or anyone else or their estate becomes bankrupt or insolvent.

### In case of death
In the event of your death, we cover your legal representative or any person having proper temporary custody of your property until a legal representative is appointed and qualified, but only with respect to your premises and other property covered under the policy at the time of death. We will also cover any member of your household who is a covered person at the time of death.

### Liberalization
We may extend or broaden the insurance provided by this policy. If we do this during the policy period or within 60 days before it begins, without increasing the premium, then the extended or broader insurance will apply to your policy.

### Conforming to state law
If any provision of this policy conflicts with the laws of the state you live in, this policy is amended to conform to those laws.

## Liability Conditions

These conditions apply to all liability coverages in this policy.

### Other insurance
**Vehicles:** When other liability insurance applies to covered damages, we will pay our share. Our share is the proportion that our amount of coverage bears to the total of all applicable amounts of coverage. However, for non-owned motorized land vehicles, this insurance is excess over any other insurance, except that written specifically to cover excess over the amount of coverage in this policy.

**Uninsured motorists:** If a covered person, other than you or a family member, is injured while occupying a covered vehicle, this policy is primary. If the amount of coverage available under this policy is exhausted due to the extent of damages, the person may recover as excess from another uninsured motorists policy under which he or she is insured.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85

**Policy
Terms**



## *Liability Conditions*
(continued)

**Personal and Excess:** This insurance is excess over any other insurance except that written specifically to cover excess over the amount of coverage that applies in this policy.

**Additional liability protection.** If you have Masterpiece Personal Liability Coverage, you are eligible to apply for excess liability protection. The additional protection covers your house, vehicle(s) and other personal exposures under our Masterpiece Excess Liability Coverage. Acceptance is subject to our approval.

If your Masterpiece Personal Liability Coverage is cancelled or nonrenewed, your eligibility for Masterpiece Excess Liability Coverage will cease as of the cancellation or nonrenewal date. If Masterpiece Excess Liability Coverage has been provided, it will be cancelled or nonrenewed at the earliest date allowed by law and an appropriate notice of cancellation or nonrenewal will be issued.

If you do not have Masterpiece Personal Liability Coverage, your eligibility for Masterpiece Excess Liability Coverage will cease as of the earliest nonrenewal date allowed by law, and an appropriate notice of nonrenewal will be issued.

### Your duties after a loss
In case of an accident or occurrence, the covered person shall perform the following duties that apply:

**Notification.** You must notify us or your agent as soon as possible.

**Assistance.** You must provide us with all available information. This includes any suit papers or other documents which help us in the event that we defend you.

**Cooperation.** You must cooperate with us fully in any legal defense. This may include any association by us with the covered person in defense of a claim reasonably likely to involve us.

### Appeals
If a covered person, or any primary insurer, does not appeal a judgement for covered damages, we may choose to do so. We will then become responsible for all expenses, taxable costs, and interest arising out of the appeal. However, the amount of coverage for damages will not be increased.

## *Property Conditions*

These conditions apply to all coverage for damage to property.

### Other insurance
When other property insurance applies to a covered loss, we will pay only the portion of the loss that our amount of coverage bears to the total amount of insurance covering the loss.

**Policy
Terms**

## Property Conditions
(continued)

**Condominiums and Cooperatives:** If there is other insurance in the name of the condominium or cooperative association covering the same property covered by us, our coverage shall be in excess of the other insurance.

### Your duties after a loss
If you have a loss this policy may cover, you must perform these duties:

**Notification.** You must immediately notify us or your agent of your loss. In case of theft or accident, you must also notify the police or similar competent authority.

**Protect property.** You must take all reasonable means that are necessary to protect property from further damage.

**Prepare an inventory.** You must prepare an inventory of damaged personal property, describing the property in full. It should show in detail the amount insured under this policy and actual amount of the loss. Attach bills, receipts, and other documents to support your inventory.

**Display property.** You must show us the damaged property when we ask.

**Proof of loss.** At our request you must submit to us your signed sworn proof of loss on a form we have sent to you.

**Examination under oath.** We have the right to examine under oath, as often as we may reasonably require, you, family members and other members of your household. We may also ask you to give us a signed description of the circumstances surrounding a loss and your interest in it, and to produce all records and documents we request and permit us to make copies.

### Insurable interest
We will not pay for any loss to property in which you or a family member does not have an insurable interest at the time of the loss.

If more than one person has an insurable interest in covered property, we will not pay for an amount greater than your interest, up to the amount of coverage that applies.

### Abandoning property
You cannot abandon any property to us unless we agree to accept it, or to a third party unless we agree.

### Carrier and bailees
We will not make any payments under this policy to the benefit of any carrier or other bailee of damaged property.

*Policy
Terms*



## Special Conditions

In the event of conflict with any other conditions of your policy, these conditions supersede.

### Legal action against us

You agree not to bring legal action against us unless you have first complied with all conditions of this policy. You also agree to bring any action against us within one year after a loss occurs, but not until 30 days after proof of loss has been filed and the amount of loss has been determined.

If you have a loss under liability coverage, a claimant may bring a suit against us including, but not limited to a suit to recover on a written agreement of settlement between you, us and the claimant or on a final judgement against you. However, we will not pay more than the amount of liability coverage shown in the Coverage Summary. No person or organization has any right under this policy to bring us into any action to determine the liability of a covered person.

### Appraisals

If you and we fail to agree on the amount of loss, you and we may select an independent appraiser in order to reach a mutual agreement. You and we will share the expenses incurred equally and every effort will be made to reach an agreement within a reasonable time.

### Mortgagee or loss payee

The word "mortgagee" includes a trustee. If a mortgagee or loss payee is named in this policy, any loss payable will be paid to the mortgagee or loss payee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgagees. We cover the interests of the loss payee unless the loss results from fraudulent acts or omissions on your part.

If we deny your claim, that denial will not apply to a valid claim of the mortgagee or loss payee, provided that the mortgagee or loss payee:
- notifies us of any change in ownership, occupancy, or substantial change in risk of which the mortgagee or loss payee is aware;
- pays any premium due under this policy on demand if you have neglected to pay the premium; and
- submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so.

Policy conditions relating to appraisals and legal action against us, apply to the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur. If the policy is cancelled or not renewed by us, the mortgagee, loss payee, or any known person shown by the policy to have an interest in any loss which may occur, will be notified at least 30 days before the date cancellation or nonrenewal takes effect, at the last mailing address known by us.

If we pay the mortgagee or loss payee for any loss and deny payment to you, then:
- our rights are subrogated to all rights of the mortgagee or loss payee granted under the mortgage on the property; or
- at our option, we may pay to the mortgagee or loss payee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer from the mortgagee or loss payee and all securities held as collateral to the debt.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85                    4/05/07 9:24:44
659

*Policy*
*Terms*

## Special Conditions
(continued)

Subrogation will not impair the right of the mortgagee or loss payee to recover the full amount of the mortgagee's or loss payee's claim.

### Nonrenewal
If we decline to renew all or part of this policy, we will mail such nonrenewal to your last mailing address known to us before the policy ends, within the timeframes required by law with any nonrenewal reasons required by law. We will obtain a certificate of mailing. A copy of the notice will also be sent to the last known mortgagee, lienholder, or any other person shown by the policy to have an interest in any loss, which may occur, at the last mailing address known by us.

Our right not to renew applies to each coverage or limit in this policy.

### Your cancellation
You may cancel this policy or any part of it at any time by returning it to us or notifying us in writing of the future date that the cancellation is to take effect.

### Our cancellation
We may cancel this policy or any part of it, subject to the following conditions. Our right to cancel applies to each coverage or limit in this policy.

**Nonpayment of premium.** We may cancel this policy or any part of it with 10 days notice if you fail to pay the premium by the due date, regardless of whether the premium is payable to us, or to our agent.

**Vehicle coverage only:**
**Within 60 days.** We may cancel vehicle coverage with 30 days notice for any reason when this policy has been in effect for less than 60 days.

**Valuable Articles and Excess Liability Coverage only:**
**Within 60 days.** We may cancel valuable articles coverage or excess liability coverage with 30 days notice for any reason when this policy has been in effect for less than 60 days.

**Home and Contents Coverage:**
**Under three years.** We may cancel home and contents coverage with 30 days notice for any reason when this policy has been in effect for less than three years.

**Over three years.** When home and contents coverage has been in effect three years or more, we will cancel only if:
• you have not paid the premium;
• you have committed fraud or misrepresentation with the intent to deceive;
• there is a material change in the risk;
• you have filed two or more claims within three years; or
• if the continuation of your policy endangers our solvency.
For a cancellation, other than nonpayment of premium we will cancel with 30 days notice.

© Copyright 1985 by Chubb & Son Inc. Form no. 7000017 5/85
4/05/07 9:24:44

*Policy*
*Terms*



---

## Special Conditions
(continued)

**Vehicle coverage only:**
**Driver's license suspension.** We may cancel any vehicle coverage in this policy with 30 days notice if your driver's license or that of any other driver who lives with you, or customarily uses your car, has been suspended or revoked during the policy period. If this is a renewal policy, we may cancel for these reasons during the policy period or 180 days immediately preceding its effective date.

**Misrepresentation.** We may cancel any vehicle coverage in this policy with 30 days notice if you present a claim through fraud or material misrepresentation with the intent to deceive.

**Returned check.** We may cancel any vehicle coverage in this policy within 10 days notice if your premium is paid by check and it is returned to us, unless, we receive a cashiers check or money order for the total premium prior to the effective date of cancellation.

## Procedure
To cancel this policy or any part of it, we must notify you in writing. This notice will be mailed to you at the last mailing address known to us by certified mail within the timeframes required by law with any cancellation reasons required by law. A copy of any cancellation will be sent to the last known mortgagee, lienholder, or any known person shown by the policy to have an interest in any loss which may occur, at the last mailing address known by us. For nonpayment of premium, we will obtain a United States certificate of mailing. This notice will include the date the cancellation is to take effect and the reason for the cancellation.

## Refund
In the event of cancellation by you, we will refund any unearned premium within 30 days of the effective date of the cancellation. In the event of cancellation by us, we will refund any unearned premium on the effective date of cancellation, or as soon as possible afterwards. The unearned premium will be computed pro rata for the unexpired term for each part of the policy.

## Signatures



In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized officers, but this policy shall not be valid unless also signed by a duly authorized representative of the company.

CHUBB INDEMNITY INSURANCE COMPANY
CHUBB INSURANCE COMPANY OF NEW JERSEY
CHUBB NATIONAL INSURANCE COMPANY
FEDERAL INSURANCE COMPANY
GREAT NORTHERN INSURANCE COMPANY
VIGILANT INSURANCE COMPANY

President

Secretary

NORTHWESTERN PACIFIC INDEMNITY COMPANY

President

Secretary

PACIFIC INDEMNITY COMPANY

President

Secretary

07/23/07
© Copyright 1985 by Chubb & Son Inc. Form no. 7200017 5/85

**Louisiana** Signatures
4/05/07 9:24:44

 *Masterpiece*®   **Policy Information Notice**   

You have the right to review and correct or amend information we have. If you want to know more about this and how information may be disclosed without your prior authorization, please write to:

Chubb Personal Insurance
Attention: Policy Information
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600

Please include your policy number, policy period, and the name and address of your agent or broker.

If you need to report a claim and have been unable to contact your agent, broker or local Chubb Office, you can call this telephone number for further assistance:

1-800-252-4670

Questions or concerns about your policy should be directed to your producer. If you need further assistance, contact us at the address listed below.

Policy Information
CHUBB GROUP of Insurance Companies
202 Halls Mill Road
P.O. Box 1600
Whitehouse Station, N.J. 08889-1600