UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: (Crosby 10-1693)** | * * | MAGISTRATE WILKINSON |

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that Defendant Federal Insurance Company will bring its Rule 12(b)(6) Motion to Dismiss in Compliance with Court's July 1, 2010 Order for hearing before Judge Eldon E. Fallon on September 2, 2010 at 9:00 a.m. in the U.S. District Court, Eastern District of Louisiana, 500 Poydras St., Courtroom C468, New Orleans, Louisiana 70130, or as soon thereafter as counsel may be heard.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Madeline M. Chimento, 32390
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Telefax:  504-589-9701

*Attorneys for Federal Insurance Company*

162560

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

*/s/__Judy Y. Barrasso_____ _____*

162560