UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: (Crosby 10-** | * | |
| **1693)** | * | MAGISTRATE WILKINSON |

<u>**REQUEST FOR ORAL ARGUMENT**</u>

Pursuant to Local Rule 78.1E, Federal Insurance Company ("Federal") requests

oral argument on its Rule 12(b)(6) Motion to Dismiss in Compliance with Court's July 1, 2010

Order.  Federal requests oral argument on the grounds that oral argument will better enable the

parties and the Court to address the legal issues presented in the motion.

Respectfully submitted,

*/s/ Judy Y. Barrasso*

Judy Y. Barrasso, 2814
John W. Joyce, 27525
Madeline M. Chimento, 32390
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  504-589-9700
Telefax:  504-589-9701

*Attorneys for Federal Insurance Company*

162567

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing has been served on Plaintiffs'
Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail
and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the
same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing
was electronically filed with the Clerk of Court of the United States District Court for the Eastern
District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing
in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.


*/s/   Judy Y. Barrasso*_____