UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID & AMANDA KESSLER | * | CIVIL ACTION |
| | * | THIS DOCUMENT RELATES TO |
| VERSUS | * | NO: 09-6072 |
| | * | |
| | * | JUDGE: |
| GMI CONSTRUCTION, INC., ABC | * | ELDON E. FALLON |
| INSURANCE COMPANY, MNO | * | |
| INSURANCE COMPANY, INTERIOR | * | MAGISTRATE: |
| EXTERIOR BUILDING SUPPLY, | * | JOSEPH C. WILKINSON, JR. |
| ASI LLOYDS and HBW INSURANCE | * | |
| SERVICES LLC | * | IN RE: CHINESE-MANUFACTURED |
| | * | PRODUCTS LIABILITY LITIGATION |
| | * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" (2) |

*****************************************

## RULE 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT**, through undersigned counsel, comes Defendant, ASI Lloyds

("ASI"), who pursuant to this Court's July 1, 2010 Order and Rule 12(c) of the Federal Rules of

Civil Procedure, moves this Court to enter judgment in favor of ASI and against Plaintiffs, David

and Amanda Kessler. The ASI policy at issue does not provide coverage for the claims alleged

in Plaintiffs' Complaint. Therefore, ASI is entitled to a judgment from the Court in favor of ASI

and dismissing Plaintiffs' Complaint.

1

Respectfully submitted,

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
*Attorneys for Defendant, ASI Lloyds*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Rule 12(c) Motion for Judgment on the Pleadings has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the ___19th___ day of ___July___, 2010.

_____
JASON P. FOOTE

2