UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID & AMANDA KESSLER | * | CIVIL ACTION |
| | * | THIS DOCUMENT RELATES TO |
| VERSUS | * | NO: 09-6072 |
| | * | |
| | * | JUDGE: |
| GMI CONSTRUCTION, INC., ABC | * | ELDON E. FALLON |
| INSURANCE COMPANY, MNO | * | |
| INSURANCE COMPANY, INTERIOR | * | MAGISTRATE: |
| EXTERIOR BUILDING SUPPLY, | * | JOSEPH C. WILKINSON, JR. |
| ASI LLOYDS and HBW INSURANCE | * | |
| SERVICES LLC | * | IN RE: CHINESE-MANUFACTURED |
| | * | PRODUCTS LIABILITY LITIGATION |
| | * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" (2) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, ASI Lloyds, through undersigned counsel has submitted the attached Rule 12(c) Motion for Judgment on the Pleadings to be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court, 500 Poydras Street, New Orleans, Louisiana, on the Court's regular motion docket on September 2, 2010 at 9:00 a.m. with oral argument.

1

Respectfully submitted,

**CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.**

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
*Attorneys for Defendant, ASI Lloyds*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Hearing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of July, 2010.

_____
JASON P. FOOTE