UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DAVID & AMANDA KESSLER | * | CIVIL ACTION |
| | * | THIS DOCUMENT RELATES TO |
| VERSUS | * | NO: 09-6072 |
| | * | |
| | * | JUDGE: |
| GMI CONSTRUCTION, INC., ABC | * | ELDON E. FALLON |
| INSURANCE COMPANY, MNO | * | |
| INSURANCE COMPANY, INTERIOR | * | MAGISTRATE: |
| EXTERIOR BUILDING SUPPLY, | * | JOSEPH C. WILKINSON, JR. |
| ASI LLOYDS and HBW INSURANCE | * | |
| SERVICES LLC | * | IN RE: CHINESE-MANUFACTURED |
| | * | PRODUCTS LIABILITY LITIGATION |
| | * | MDL No. 2047 |
| | * | |
| | * | SECTION "L" (2) |

**************************************

## LIST OF CASES

Pursuant to this Court's Order dated July 1, 2010, the following is a list of other cases pending in the MDL 2047 and other jurisdictions that involve the same policy form as the form at issue in ASI's Rule 12(c) Motion for Judgment on the Pleadings herein:

1. *Patricia Bourgeois and Glenn Bourgeois v. Allstate Indemnity Company, Louisiana Citizens Property Insurance Corporation & ASI Lloyds*, Docket No. 09-2047, pending in the MDL 2047;

1

2. *Matthew Harding and Kristin Harding vs. ASI Lloyds* pending in the 24th JDC, Parish of Jefferson, Docket No. 685-716, the honorable Donald A. "Donnie" Rowan, Jr. presiding, 504-364-3930;

3. *Theresa and Rodney Daigle vs. Tallow Creek, LLC, et al*, Case No. 2009-17466, pending in the 22nd JDC for Parish of St. Tammany, the Honorable Richard A. Swartz, Jr. presiding, 985-809-5315;

4. *Raymond J. Brown and Syndee Brown vs. Chinchuba Creek Garden Homes, LLC, et al*, Case No. 2009-13447, pending in the 22nd JDC for Parish of St. Tammany, the Honorable Richard A. Swartz, Jr. presiding, 985-809-5315;

5. *Colin Berthaut vs. ASI Lloyds*, Case No. 10-1627, pending in the MDL 2047; and

6. *Jason Steele and Penny K. Steele vs. La. Citizens Property Ins. Co.*, Case No. 116 123, pending in the 34th Judicial District Court for the Parish of St. Bernard, the Honorable Robert A. Buckley, presiding, 504-278-4420.

Respectfully submitted,

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
***Attorneys for Defendant, ASI Lloyds***

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing List of Cases has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of July, 2010.

_____
JASON P. FOOTE