## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAVID & AMANDA KESSLER** | * | **CIVIL ACTION** |
| | * | **THIS DOCUMENT RELATES TO** |
| **VERSUS** | * | **NO: 09-6072** |
| | * | |
| | * | **JUDGE:** |
| **GMI CONSTRUCTION, INC., ABC** | * | **ELDON E. FALLON** |
| **INSURANCE COMPANY, MNO** | * | |
| **INSURANCE COMPANY, INTERIOR** | * | **MAGISTRATE:** |
| **EXTERIOR BUILDING SUPPLY,** | * | **JOSEPH C. WILKINSON, JR.** |
| **ASI LLOYDS and HBW INSURANCE** | * | |
| **SERVICES LLC** | * | **IN RE: CHINESE-MANUFACTURED** |
| | * | **PRODUCTS LIABILITY LITIGATION** |
| | * | **MDL No. 2047** |
| | * | |
| | * | **SECTION "L" (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### REQUEST FOR ORAL ARGUMENT

Defendant, ASI Lloyds, respectfully requests oral argument on its Rule 12(c) Motion for Judgment on the Pleadings because ASI believes that oral argument will assist the Court in understanding the issues and arguments and permit the Court the opportunity to ask any questions of the parties, particularly with regard to the provisions of ASI's policy.

1

Respectfully submitted,

CHOPIN, WAGAR, RICHARD & KUTCHER, L.L.P.

By: _____
JASON P. FOOTE (#25050), T.A.
BRITTANY M. COURTENAY (#31846)
3850 N. Causeway Boulevard, Suite 900
Metairie, Louisiana 70002
Telephone: (504) 830-3827
Facsimile: (504) 836-9579
*Attorneys for Defendant, ASI Lloyds*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Request for Oral Argument has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of July, 2010.

_____
JASON P. FOOTE

2