UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | CASE NO. 2:09-MDL-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * | |
| | * | MAGISTRATE WILKINSON |

**HOMESITE INSURANCE COMPANY'S
RULE 12(b)(6) MOTION TO DISMISS
IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER**

Defendant Homesite Insurance Company ("Homesite") submits this Rule 12(b)(6) Motion to Dismiss.  As detailed in the accompanying memorandum, Homesite is entitled to judgment as a matter of law dismissing plaintiffs' claims with prejudice because their claims for damages caused by defective Chinese drywall are not covered under Homesite's homeowners policy.

1.

Jessie Vu and Kristie Mai ("Vu") filed this class action complaint seeking a declaratory judgment that Homesite is obligated to provide coverage under its homeowners policies to insureds who made claims for damages to their homes caused by Chinese manufactured drywall.

2.

To the extent Vu seeks to recover the cost to repair and replace the drywall itself, Vu fails to meet their burden to show that this alleged property damage falls within the terms of the Policy's coverage because they cannot show a physical loss to the drywall as required by the Policy.

3.

In any event, Vu's claims for damage are excluded from coverage under four different Policy exclusions: (1) the latent defect exclusion; (2) the corrosion exclusion; (3) the pollution exclusion; and (4) the faulty materials exclusion.

4.

Accordingly, Homesite's Policy does not provide coverage for Vu's claims.

5.

In accordance with this Court's Order dated July 1, 2010, Rec. Doc. No. 4300, Homesite is not a named defendant in any other cases in MDL 2047 and does not have any other cases pending in another court that involve a related issue.

6.

Attached in support of this Motion to Dismiss is the following exhibit:

Exh. 1, Certified Copy of Homesite Insurance Company Policy No. 30686469.

Respectfully submitted,

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:    (504) 589-9700
Facsimile:    (504) 589-9701

*Attorneys for Defendant Homesite Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

*/s/ Judy Y. Barrasso*
Judy Y. Barrasso, 2814

162556