# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## District of Louisiana

Case Number: 10-720 L (2)

Plaintiff:
**Timonty Francis, et al**

vs.

Defendant:
**Hal Collums Construction, LLC, et al**

Received by EXPRESS PROCESS SERVICE, INC. on the 21st day of June, 2010 at 1:44 pm to be served on **Robert H. Claxton, One Knauf Drive, Shelbyville, IN 46176**.

I, Bill Rorie, being duly sworn, depose and say that on the **22nd day of June, 2010** at **11:50 am, I:**

**Individually Served** the within named person with a true copy of the **Summons and Third Party Complaint** at the aforementioned address.

**Description** of Person Served:  Age: 50,  Sex: M,  Race/Skin Color: Cauc,  Height: 5'8",  Weight: 160,  Hair: Brown/Gray,  Glasses: Y

I certify that I am over the age of 18, have no interest in the above action and have proper authority in the jurisdiction in which service was made.  I declare that the facts set forth in the foregoing Affidavit of Service are true and correct.

**Bill Rorie**
Process Server

Subscribed and Sworn to before me on the 22nd day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

NANCY BOTBYL
Marion County
My Commission Expires
July 18, 2017

**EXPRESS PROCESS SERVICE, INC.**
8418 Brookville Road
Indianapolis, IN  46239-9491
(317) 890-1055

Our Job Serial Number: 2010002971
Ref: LED/M.Garcia 2118/9

Copyright © 1992-2009 Database Services, Inc. - Process Server's Toolbox V6.3r

AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| | |
|---|---|
| TIMOTHY FRANCIS, ET AL<br>*Plaintiff*<br>v.<br>HAL COLLUMS CONSTRUCTION, LLC, ET AL<br>*Defendant, Third-party plaintiff*<br>v.<br>KNAUF INSULATION GMBH<br>*Third-party defendant* | Civil Action No. 10-720 L(2) |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   KNAUF INSULATION GMBH

   A lawsuit has been filed against defendant   HAL COLLUMS   , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   TIMOTHY FRANCIS, ET AL   .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:
Amos H. Davis
7932 Wrenwood Blvd., Suite B
Baton Rouge, LA 70809

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
Thomas M. Flanagan
201 St. Charles Avenue, Suite 2405
New Orleans, LA 70170

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Loretta G. Whyte
*Name of clerk of court*

Date:   May 25 2010

*Deputy clerk's signature*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-720 L(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* ROBERT H. CLAXTON
was received by me on *(date)* 6/21/10.

☑ I personally served the summons on the individual at *(place)* ONE KNAUF DR., SHELBYVILLE, IN 46176 on *(date)* 6/22/10 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 6-22-10

*Server's signature*

BILL KERIE, PROCESS SERVER
*Printed name and title*

Express Process Service
8418 Brookville Road
Indianapolis, IN 46239

*Server's address*

Additional information regarding attempted service, etc: