UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| *Catalanotto*, No. 10-CV-01828 | * | |
| | * | MAG. WILKINSON |

*************************************************

### DEFENDANT THE STANDARD FIRE INSURANCE COMPANY'S DESIGNATION OF SIMILAR CASE

Pursuant to the order of this Court dated July 1, 2010, Defendant The Standard Fire Insurance Company ("Standard Fire") hereby designates the following case pending in either MDL 2047 or in another jurisdiction where the issues raised by its Motion to Dismiss have been raised by similar motion:

*Travco Insurance Company v. Larry Ward,* now pending before the United States Court of Appeals for the Fourth Circuit, Docket No. 10-1710 (on appeal from the United States District Court Eastern District of Virginia, Docket No. 2:10-cv-14). No motions are presently pending. Contact information for the court -- Lewis F. Powell, Jr. United States Courthouse Annex, 1100 East Main Street, Richmond, Virginia 23219-3517, tel. (804) 916-2700.

1

Respectfully Submitted,

 /s/Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone:	(504) 568-1990
Facsimile:	(504) 310-9195
e-mail:	rhubbard@lawla.com
	sschmeeckle@lawla.com
	lwilson@lawla.com

**Attorneys for The Standard Fire Insurance Company**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

 /s/Seth A. Schmeeckle
**Seth A. Schmeeckle, La. Bar No. 7040**