UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL NO. 2047 |
| | | SECTION: "L" |
| | | JUDGE FALLON |
| **THIS DOCUMENT RELATES TO:** *Catalanotto*, **No. 10-CV-01828** | * * | MAG. WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, The Standard Fire Insurance Company will bring its Motion to Dismiss for hearing before the Honorable Eldon E. Fallon on August 11, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully Submitted,

 /s/Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail: rhubbard@lawla.com
sschmeeckle@lawla.com
lwilson@lawla.com

**Attorneys for The Standard Fire Insurance Company**

1

2

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

                 _/s/Seth A. Schmeeckle_____
                  **Seth A. Schmeeckle, La. Bar No. 7040**