UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: ) *Pate v. American International Specialty Lines Insurance Company, et al* (09-7791) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT, NGM
INSURANCE COMPANY'S MOTION TO DISMISS**

**NOW INTO COURT,** comes Defendant, NGM Insurance Company ("NGM"), through undersigned counsel, and respectfully submits this Supplemental Memorandum in Support of NGM Insurance Company's Motion to Dismiss in order to comply with the Court's Order of July 1, 2010 governing jurisdictional/venue motions (Doc. No. 4301). NGM states that it filed a Motion to Dismiss the plaintiff's first amended complaint on May 19, 2010, together with a supporting memorandum, notice of hearing and request for oral argument. In the first amended complaint, plaintiff, Robert C. Pate, as Trustee of the Chinese Drywall Trust ("Trust") has asserted claims for breach of contract and is seeking a declaration that NGM and numerous other insurers are obligated to indemnify the Trust for claims that might be brought against it related to the development and sale of homes in Florida by WCI Communities, Inc. and certain of its

1

subsidiaries ("WCI"). The plaintiff alleges that WCI is a named or additional insured under the insurance policies of certain subcontractors that allegedly supplied and/or installed Chinese Drywall in the claimants' homes, including HDS Drywall Services, Inc., NGM's insured. The plaintiff also alleges that WCI transferred to the Trust any purported rights to insurance coverage for claims related to Chinese Drywall. In conformance with the Court's Order of July 1, 2010, NGM states as follows:

Reserving all rights, defenses and objections, NGM states that its insured, HDS Drywall Services, Inc., is not a named party to the case at bar, but NGM has filed its Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(3), 12(b)(4), 12(b)(5) and 12(b)(7) as the plaintiff is alleging that WCI is a named or additional insured under the CGL policy issued to HDS Drywall Services, Inc. Neither the undersigned nor NGM is presently aware of any other cases where claims on this same CGL Policy are also in suit in MDL 2047. In addition, neither the undersigned nor NGM is presently aware of any other cases in any jurisdiction wherein this issue may be related or the movant has filed a similar motion. Further, the defendant, NGM Insurance Company, asserts that it has complied with Pretrial Order No. 23 and has produced Insurer Profile Forms and related policies.

WHEREFORE, based on the foregoing, the defendant, NGM Insurance Company respectfully submits this Supplemental Memorandum in Support of its Motion to Dismiss in order to comply with the Court's Order of July 1, 2010.

Dated: July 19, 2010

Respectfully submitted,

_/s/ Sarah B. Christie_
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,
NGM INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT, NGM INSURANCE COMPANY'S MOTION TO DISMISS** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ *Sarah B. Christie*
Sarah B. Christie, Esquire