IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| THIS APPLIES TO: DEAN and DAWN AMATO, *et al.* v. LIBERTY MUTUAL INSURANCE COMPANY, et al. Case No. 2:10-cv-000932 | JUDGE: FALLON MAG. JUDGE WILKINSON |

## CORRECTED NOTICE OF APPEARANCE AS COUNSEL

Sarah Vazquez and Edwin Mortell of Peterson Bernard hereby file their Notice of Appearance as counsel of record for Defendant, O.C.D. of S. Florida, Inc. (improperly named in Complaint as õOcean Coast Drywall, Inc.ö), and request that copies of all pleadings served in this case be served upon the undersigned at the following office and telephone number.

PETERSON BERNARD
Attorneys for Defendant O.C.D. of S. Florida, Inc.
416 Flamingo Ave.
Stuart, FL  34996
Phone: (772) 286-9881
Fax:    (772) 220-1784

By: /s/ Sarah M. Vazquez
     SARAH M. VAZQUEZ
     Florida Bar No.: 0662526
     E-mail: sarahvazquez@stuart-law.net
     EDWIN E. MORTELL, III
     Florida Bar No. 832758
     E-mail: edwinmortell@stuart-law.net

**I HEREBY CERTIFY** that on July 19, 2010 this document was served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail on all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will generate a notice of electronic filing in accordance with the procedures established in MDL 2047.

/s/ Sarah M. Vazquez