UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: (Canty 10-0929)** | * * | MAGISTRATE WILKINSON |

## CERTAIN DEFENDANTS' MOTION TO DISMISS BASED ON LACK OF STANDING IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER

Pursuant to Fed. R. Civ. P. 12(b)(1), Defendants Allstate Fire and Casualty Insurance Company ("Allstate Fire") and Allstate Indemnity Company ("Allstate Indemnity") respectfully request the Court enter an order dismissing Plaintiffs' claims against them based on lack of standing. In further support of their Motion, these Defendants submit the accompanying Memorandum of Law, which is fully incorporated by reference herein, and state as follows:

1

162541

1. All Plaintiffs' claims against Allstate Fire and Allstate Indemnity fail as a matter of law and should be dismissed based on lack of standing.

2. Plaintiffs allege all the Defendants breached the terms of their homeowners insurance policy and acted in bad faith by failing to pay for losses allegedly due to defective Chinese manufactured drywall installed in Plaintiffs' home.

3. Although Plaintiffs name Allstate Fire and Allstate Indemnity as Defendants, they were not issued a policy by either entity, so they lack standing to sue these entities.

4. Accordingly, all Plaintiffs' claims as to these entities should be dismissed.

5. In accordance with this Court's Order dated July 1, 2010, Rec. Doc. No. 4300, Allstate Fire and Allstate Indemnity represent that there are no other cases in MDL 2047 involving the same policy form, because neither Allstate Fire nor Allstate Indemnity issued a homeowners insurance policy to plaintiffs. In addition, Allstate Fire and Allstate Indemnity represent that there are no cases pending in other jurisdictions involving the issue raised in this motion.

WHEREFORE, it is respectfully requested that this Court enter an Order granting Certain Defendants' Motion to Dismiss Based on Lack of Standing in Compliance with Court's July 1, 2010 Order, and dismissing all Plaintiffs' claims against Allstate Fire and Casualty

Insurance Company and Allstate Indemnity Company with prejudice and without leave to amend.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Steven M. Levy
Mark L. Hanover
SONNENSCHEIN NATH &
  ROSENTHAL, LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Judy Y. Barrasso

162541