UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          *          MDL NO. 2047
DRYWALL PRODUCTS LIABILITY           *
LITIGATION                           *
                                     *          JUDGE FALLON
**This document relates to:**        *
                                     *
***David Bronaugh and Heather Bronaugh***   *
***v. USAA Casualty Insurance Co.***        *          MAG. JUDGE WILKINSON
   **Case No. 09-CV-7393 (E.D. La.)**       *
                                     *
* * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL MEMORANDUM TO MOTION TO DISMISS [R. DOC. 3251] IN COMPLIANCE WITH JULY 1, 2010 ORDER

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Co. ("USAA-CIC"), to file this supplemental memorandum in compliance with the Court's July 1, 2010 Order [R. Doc. 4300].

On May 24, 2010, USAA-CIC filed a Motion to Dismiss [R. Doc. 3251], seeking dismissal of the plaintiffs' claims in *David Bronaugh and Heather Bronaugh v. USAA Casualty Insurance Co.*, No. 09-7393, E.D. La.   USAA-CIC hereby provides the following additional information requested in the Court's July 1, 2010 Order:

a.   The insured within MDL 2047 for whom USAA-CIC provides homeowners insurance and files the motion:

      Insured:          David Bronaugh and Heather Bronaugh
      Case:            *Bronaugh, et al. v. USAA-CIC.*, No. 09-7393
      Pending Motion:  Motion to Dismiss [R. Doc. 3251]

b.   Other cases in MDL 2047 in which claims on the same policy form at issue in this motion are pending and whether similar motion has been filed:

      Insured:          Joshua C. Price and Kimberlea Price
      Case:            *Price, et al. v. USAA-CIC.*, No. 10-1420
      Pending Motion:  Motion to Dismiss [R. Doc. 4447]

c.   Cases in any other jurisdiction where this issue may be related:

    1.    *Warren Bernard v. United Services Automobile Association*
          24th Judicial District Court, Parish of Jefferson, Louisiana
          Case No. 682-412, Division "J"
               Honorable Stephen J. Windhorst
               Thomas F. Donelon Courthouse
               200 Derbigny St., Ste. 4600
               Gretna, Louisiana 70053
               Phone (504) 364-3916

    2.    *Andrew Duke Allen, et al. v. United Services Automobile Association*
          24th Judicial District Court, Parish of Jefferson, Louisiana
          Case No. 685-620, Division "M"
               Honorable Henry G. Sullivan, Jr.
               Thomas F. Donelon Courthouse
               200 Derbigny St., Ste. 4100
               Gretna, Louisiana 70053
               Phone (504) 364-3935

    3.    *Daniel D. Gammage v. USAA Casualty Insurance Company*
          22nd Judicial District Court, Parish of St. Tammany, Louisiana
          Case No.: 2010-12881, Division "F"
               Honorable Martin E. Coady
               701 N Columbia St, Room 3006
               Covington, LA 70433
               Phone: (985) 809-5330

4.      *Cullen J. Dupuy and Mary E. Dupuy v. USAA Casualty Insurance Company*
           19th Judicial District Court, Parish of East Baton Rouge, Louisiana
           Case No. 590387, Section 22
                   Honorable Timothy Kelley
                   222 Saint Louis Street, Room 857
                   Baton Rouge, LA 70802-5817
                   Phone (225) 389-4728

5.      *Steven Etter and Cathy Etter v. United Services Automobile Association*
           Fifteenth Judicial Circuit, Palm Beach County, Florida
           Case No.: 50 2010 CA 001877XXXXMB AH
                   Honorable Edward Fine
                   Palm Beach County Courthouse
                   205 North Dixie Highway, Room 11-C
                   West Palm Beach, Florida 33401
                   Phone (561) 355-6386


                              Respectfully submitted,

                              **BAKER DONELSON BEARMAN
                              CALDWELL & BERKOWITZ, PC**


                              By:      *s/Jennifer McNamara*
                                       AMELIA W. KOCH (2186)
                                       STEVEN F. GRIFFITH, JR., T.A. (27232)
                                       JENNIFER McNAMARA (23946)
                                       KATHRYN B. COOPER (32404)
                                       201 St. Charles Ave., Suite 3600
                                       New Orleans, Louisiana 70170
                                       Telephone: (504) 566-5200
                                       Facsimile: (504) 636-4000
                                       E-mail: akoch@bakerdonelson.com
                                               sgriffith@bakerdonelson.com
                                               jmcnamara@bakerdonelson.com
                                               kcooper@bakerdonelson.com


                              **ATTORNEYS FOR DEFENDANT,
                              USAA CASUALTY INSURANCE COMPANY**

-3-

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

I further certify that I have served a copy of the above and foregoing on counsel for plaintiffs by e-mail and/or United States mail.

_____*s/Jennifer McNamara*_____
JENNIFER McNAMARA