UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * * * * * | MAGISTRATE WILKINSON |

******************************************

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MID-CONTINENT CASUALTY COMPANY'S MOTION TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE

**NOW INTO COURT**, through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and, for compliance with this Honorable Court's Order entered July 1, 2010 (R.D. No. 4301), respectfully submits the following information in support of Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively Motion to Transfer Venue that was previously filed in this matter (R.D. No. 2156):

1.      The insured within M.D.L. 2047 for which Mid-Continent Casualty Company provides CGL insurance relative to this action:

1

Robert C. Pate, in his representative capacity as Trustee of the Chinese Drywall Trust, claims rights under certain policies of insurance issued by Mid-Continent Casualty Company that are identified in its Insurer Profile Form. With respect to these identified policies, the only named insured who is a party in the Chinese Drywall MDL is Swedberg Enterprises, Inc.

2. Cases in which claims on any of the same CGL policies are also in suit:

*Mid-Continent Casualty Co. v. Pate, et al,* Civil Action No. 10-121-CEH. In that action, there is a pending *Motion to Dismiss Action or in the Alternative, Motion to Stay Action or, Motion to Transfer Case Venue to the United States District Court for the Eastern District of Louisiana* that was filed by Robert C. Pate in his representative capacity.

3. Contact information for Presiding Judge:

> Honorable Charlene Edwards Honeywell
> United States District Court Judge
> Middle District of Florida
> United States Courthouse & Federal Building
> 2110 First Street
> Ft. Meyers, FL 33901
> Telephone (239) 461-2170

**WHEREFORE**, defendant, Mid-Continent Casualty Company, respectfully prays that this Honorable Court allow it to supplement its previously filed Motion so that it may comply with this Honorable Court's Order of July 1, 2010.

2

Respectfully submitted,

**LARZELERE PICOU WELLS
SIMPSON LONERO, LLC**
Two Lakeway Center - Suite 1100
3850 North Causeway Boulevard
Metairie, Louisiana  70002
Telephone: (504) 834-6500
Facsimile:  (504) 834-6565

BY:     /s/ Lee M. Peacocke
**MORGAN J. WELLS, JR. (La. No. 18499)**
mwells@lpwsl.com
**LEE M. PEACOCKE (La. No. 18374)**
lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)**
rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida  33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE

3