## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to:<br>*Pate* (07-7791) | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### WEST AMERICAN AND OHIO CASUALTY'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER

West American Insurance Company and Ohio Casualty Insurance Company move the Court to dismiss this matter for improper venue under Rule 12(b)(3) of the Federal Rules of Civil Procedure. None of the conditions set forth in 28 U.S.C. 1391 is satisfied; nor is venue proper under 28 U.S.C. § 1407 or the JPML's transfer order. In the alternative, West American and Ohio Casualty move the Court to transfer this matter under 28 U.S.C. § 1406 to the United States District Court for the Middle District of Florida, a district where it could have been brought and where a related suit is pending.

Pursuant to the Court's July 1, 2010 Order, West American represents that it provided commercial general liability insurance to HDS Drywall Services, Inc. Ohio Casualty provided a commercial umbrella policy to HDS Drywall Services, Inc. There are no other cases

162390

in this MDL involving claims on these policies. There are no cases in other jurisdictions involving the same issues raised in this motion.

Accordingly, as more fully explained in their Memorandum in support, West American and Ohio Casualty request that the Court dismiss this matter for improper venue under Rule 12(b)(3) or transfer it to the Middle District of Florida under 28 U.S.C. § 1406.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for West American Insurance Company and Ohio Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Judy Y. Barrasso
