IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to:<br>*Pate* (09-7791) | : JUDGE FALLON<br><br>: MAG. JUDGE WILKINSON |

**MEMORANDUM IN SUPPORT OF WEST AMERICAN AND OHIO CASUALTY'S MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER VENUE IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER**

West American Insurance Company ("West American") and Ohio Casualty Insurance Company ("Ohio Casualty") submit this Memorandum in support of their Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue. Rather than rehashing at length legal arguments already before the Court, West American and Ohio Casualty wish to adopt in part the Memorandum filed by Mid-Continent Casualty Company in support of its Motion to Dismiss or, Alternatively, to Transfer Venue. *See* Case No. 09-2047, Rec. Doc. No. 1318-1. West American and Ohio Casualty adopt only those portions of Mid-Continent's Memorandum concerning the venue issues (pp. 10-16) and not those portions concerning personal jurisdiction (pp. 3-10) and failure to join indispensable parties (pp. 16-21). *See id.*

162393

Accordingly, West American and Ohio Casualty request that the Court dismiss this matter for improper venue under Rule 12(b)(3) of the Federal Rules of Civil Procedure or transfer it to the United States District Court for the Middle District of Florida under 28 U.S.C. § 1406.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for West American Insurance Company and Ohio Casualty Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Judy Y. Barrasso

162393