UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, <br> v. <br> MID-CONTINENT CASUALTY COMPANY, *et al.* <br> **(2:10-cv-00178)** (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * |

*********************************************

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MID-CONTINENT CASUALTY COMPANY'S MOTION
TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and, for compliance with this Honorable Court's Order entered July 1, 2010 (R.D. No. 4301), respectfully submits the following information in support of Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively Motion to Transfer Venue that was previously filed in this matter (R.D. No. 2282):

    1.    The insured within M.D.L. 2047 for which Mid-Continent Casualty Company provides CGL insurance relative to this action:

    Centerline Homes Construction, Inc.

2. Cases in which claims on any of the same CGL policies are also in suit:

*Mid-Continent Casualty Company. v. Centerline Homes Construction, Inc. et al.*, Civil Action No. 10-60484-FAM. However, there are no pending motions regarding venue or jurisdiction presently filed in that action.

3. Contact information for Presiding Judge:

> Honorable Federico A. Moreno
> United States District Court Judge
> Southern District of Florida
> N.E. Fourth Street No. 1061
> Miami, Florida 33132
> Telephone (305) 523-5110

**WHEREFORE**, defendant, Mid-Continent Casualty Company, respectfully prays that this Honorable Court allow it to supplement its previously filed Motion so that it may comply with this Honorable Court's Order of July 1, 2010.

> Respectfully submitted,
>
> **LARZELERE PICOU WELLS
> SIMPSON LONERO, LLC**
> Two Lakeway Center - Suite 1100
> 3850 North Causeway Boulevard
> Metairie, Louisiana  70002
> Telephone: (504) 834-6500
> Facsimile:  (504) 834-6565

BY:     */s/ Lee M. Peacocke*
        **MORGAN J. WELLS, JR. (La. No. 18499)**
            mwells@lpwsl.com
        **LEE M. PEACOCKE (La. No. 18374)**
            lpeacocke@lpwsl.com

        **AND**

HINSHAW & CULBERTSON LLP
RONALD L. KAMMER, T.A. (Fl. No. 360859)
rkammer@hinshawlaw.com
PEDRO E. HERNANDEZ (Fl. No. 30365)
phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

**ATTORNEYS FOR DEFENDANT,
MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ Lee M. Peacocke
LEE M. PEACOCKE

3