IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |
| This Document Relates to:<br>*Pate* (07-7791) | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

### REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 78.1E, Defendants request oral argument on their Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Venue in Compliance with Court's July 1, 2010 Order. Defendants request oral argument on the grounds that oral argument will better enable the parties and the Court to address the legal issues presented in the motion.

Respectfully submitted,

/s/ *Judy Y. Barrasso*
Judy Y. Barrasso, 2814
H. Minor Pipes, III, 24603
Catherine Fornias Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
    FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for West American Insurance Company and Ohio Casualty Insurance Company*

162537

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Judy Y. Barrasso