UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| *David Bronaugh and Heather Bronaugh* | * | |
| *v. USAA Casualty Insurance Co.* | * | MAG. JUDGE WILKINSON |
| Case No. 09-CV-7393 (E.D. La.) | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF HEARING

Pursuant to this Court's July 1, 2010 Order [R. Doc. 4300], defendant, USAA Casualty Insurance Co., will bring its Motion to Dismiss [R. Doc. 3251], filed on May 24, 2010, for hearing before the Honorable Eldon E. Fallon, United States District Judge, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana 70130, on Thursday, September 2, 2010, at 9:00 a.m. You are invited to attend and participate as permitted by law.

Respectfully submitted,

**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By: _____*s/Jennifer McNamara*_____
       AMELIA W. KOCH (2186)
       STEVEN F. GRIFFITH, JR., T.A. (27232)
       JENNIFER McNAMARA (23946)
       KATHRYN B. COOPER (32404)
       201 St. Charles Ave., Suite 3600
       New Orleans, Louisiana 70170
       Telephone: (504) 566-5200
       Facsimile: (504) 636-4000
       E-mail: akoch@bakerdonelson.com
              sgriffith@bakerdonelson.com
              jmcnamara@bakerdonelson.com
              kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

I further certify that I have served a copy of the above and foregoing on counsel for plaintiffs by e-mail and/or United States mail.

                                                   *s/Jennifer McNamara*
                                                   JENNIFER McNAMARA