UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *David Bronaugh and Heather Bronaugh v. USAA Casualty Insurance Co.*     Case No. 09-CV-7393 (E.D. La.) | * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT ON ITS MOTION TO DISMISS BY DEFENDANT, USAA CASUALTY INSURANCE COMPANY

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Co. ("USAA-CIC"), and, pursuant to Local Rule 78.1E, requests the opportunity to present oral argument on its Motion to Dismiss [R. Doc. 3251], which was filed by USAA-CIS on May 24, 2010 and is set for hearing on September 2, 2010 at 9:00 a.m. pursuant to this Court's July 1, 2010 Order [R. Doc. 4300].

USAA-CIC submits that oral argument will facilitate the Court's consideration of the issues presented in its Motion to Dismiss and that oral argument will permit a useful exchange between the Court and counsel.

Respectfully submitted,


**BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC**

By:      *s/Jennifer McNamara*
          AMELIA W. KOCH (2186)
          STEVEN F. GRIFFITH, JR., T.A. (27232)
          JENNIFER McNAMARA (23946)
          KATHRYN B. COOPER (32404)
          201 St. Charles Ave., Suite 3600
          New Orleans, Louisiana  70170
          Telephone:  (504) 566-5200
          Facsimile:  (504) 636-4000
          E-mail:  akoch@bakerdonelson.com
                   sgriffith@bakerdonelson.com
                   jmcnamara@bakerdonelson.com
                   kcooper@bakerdonelson.com


**ATTORNEYS FOR DEFENDANT,
USAA CASUALTY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

I further certify that I have served a copy of the above and foregoing on counsel for plaintiffs by e-mail and/or United States mail.

                                                             *s/Jennifer McNamara*
                                                          JENNIFER McNAMARA

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of May, 2010.

                                             *s/Jennifer McNamara*
                                             JENNIFER McNAMARA