UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| NORTHSTAR HOLDINGS, INC., *et al.* v. MID-CONTINENT CASUALTY COMPANY, *et al.* **(2:10-cv-00384)** (E.D. La.). | * * * * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF
MID-CONTINENT CASUALTY COMPANY'S MOTION
TO DISMISS OR, ALTERNATIVELY, MOTION TO TRANSFER VENUE**

**NOW INTO COURT**, through undersigned counsel, comes defendant, Mid-Continent Casualty Company, and, for compliance with this Honorable Court's Order entered July 1, 2010 (R.D. No. 4301), respectfully submits the following information in support of Mid-Continent Casualty Company's Motion to Dismiss or, Alternatively Motion to Transfer Venue that was previously filed in this matter (R.D. No. 2843):

1.    The insured within M.D.L. 2047 for which Mid-Continent Casualty Company provides CGL insurance relative to this action:

1

Northstar Holdings, Inc., Northstar Homes, Inc. and Northstar Holdings at B & A, LLC (collectively referred to as "Northstar") claim coverage under policies of insurance issued to Precision Drywall, Inc.

Precision Drywall, Inc. is also a party in the Chinese Drywall MDL.

2. Cases in which claims on any of the same CGL policies are also in suit:

*Mid-Continent Casualty Co. v. Precision Drywall, Inc. et al*, Civil Action No. 10-80457-PAS. However, there are no pending motions regarding venue or jurisdiction presently filed in that action. A Motion to Dismiss Complaint, or in the Alternative, Motion to Stay filed by Northstar was previously denied in that action.

3. Contact information for Presiding Judge:

Honorable Patricia A. Sietz
United States District Court Judge
Southern District of Florida
400 N. Miami Ave., Courtroom 11-4
Miami, FL. 33128
Telephone (305) 523-5530

**WHEREFORE**, defendant, Mid-Continent Casualty Company, respectfully prays that this Honorable Court allow it to supplement its previously filed Motion so that it may comply with this Honorable Court's Order of July 1, 2010.

2

          Respectfully submitted,

          **LARZELERE PICOU WELLS**
             **SIMPSON LONERO, LLC**
          Two Lakeway Center - Suite 1100
          3850 North Causeway Boulevard
          Metairie, Louisiana  70002
          Telephone: (504) 834-6500
          Facsimile:  (504) 834-6565

BY:     /s/ Lee M. Peacocke
          **MORGAN J. WELLS, JR. (La. No. 18499)**
             mwells@lpwsl.com
          **LEE M. PEACOCKE (La. No. 18374)**
             lpeacocke@lpwsl.com

          AND

          **HINSHAW & CULBERTSON LLP**
          **RONALD L. KAMMER, T.A. (Fl. No. 360859)**
             rkammer@hinshawlaw.com
          **PEDRO E. HERNANDEZ (Fl. No. 30365)**
             phernandez@hinshawlaw.com
          9155 S. Dadeland Blvd., Suite 1600
          Miami, Florida  33156
          Telephone: (305) 428-5100
          Facsimile: (305) 577-1063

          **ATTORNEYS FOR DEFENDANT,**
          **MID-CONTINENT CASUALTY COMPANY**

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

          /s/ Lee M. Peacocke
          LEE M. PEACOCKE

3