UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| Plaintiff, | |
| v. | |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, FCCI COMMERCIAL INSURANCE COMPANY, FCCI INSURANCE COMPANY, et. al. | |
| (2:09-cv-07791) (E.D. La.) | |
| Defendants. | |

**DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S MEMORANDUM TO SUPPLEMENT THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO THIS COURT'S JULY 1, 2010 ORDER [DOC. 4301]**

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY (hereinafter "FCCI") by and through the undersigned counsel of record, and move this Court pursuant to Fed. R. Civ. P. 7 to

permit this supplement to FCCI's Motion to Dismiss Plaintiff's First Amended Complaint, showing this court as follows:

On December 23, 2009, Plaintiff Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust, sued a number of insurance companies, including FCCI. In response, on February 23, 2010, FCCI filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

On March 15, 2010, Pate filed its first amended complaint [Doc. 1732], mooting FCCI's original motion to dismiss. Thus, on March 29, 2010, FCCI filed an amended motion to dismiss in response [Doc. 2147]. FCCI's Motions are incorporated into this Supplement by reference.

On July 1, 2010, this Court entered an Order [Doc. 4301] providing that any insurance company may file motions objecting to jurisdiction or venue in the MDL 2047 by July 19, 2010 as well as provide additional requested information.

In response to said Order, FCCI requests that the Court permit it to supplement its Motion to Dismiss with the following responses pursuant to the Court's July 1, 2010 Order:

    1.    The lawsuits pending in the MDL 2047 against FCCI are <u>Pate v. American International Specialty Lines Insurance Co., et. al.</u>, EDLA Case No. 2:09-cv-07791, MDL No. 2:09-md-2047 and the <u>Amato, Dean and Dawn, et al. v. Liberty Mutual Ins. Co., et al.</u> (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW. However, because FCCI has not been served in <u>Amato, Dean and Dawn, et al. v. Liberty Mutual</u>

Ins. Co., et al. (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW, FCCI has provided this Court with the requested information solely related to Pate v. American International Specialty Lines Insurance Co., et. al., EDLA Case No. 2:09-cv-07791, MDL No. 2:09-md-2047.

2. FCCI's insureds within the MDL 2047 are Residential Drywall, Inc., Swedberg Enterprises, Inc. d/b/a/ Florida Drywall, and S.D. & Associates, Inc. ("the MDL insureds"). Because Defendants have yet to be served in Amato, Dean and Dawn, et al. v. Liberty Mutual Ins. Co., et al. (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW, the information provided relates solely to the MDL insureds that have been named in Pate v. American International Specialty Lines Insurance Co., et. al., EDLA Case No. 2:09-cv-07791, MDL No. 2:09-md-2047.

3. The following is the list of lawsuits that have been tendered to FCCI regarding the MDL insureds:

   **a. Residential Drywall, Inc.**

   1) Sean and Beth Payton, et al., v. Knauf GIPS KG, et al., USDC, EDLA, Case No. 2:09-cv-07628-EEF-JCW.

   2) Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public, et al., USDC, EDLA, Case No. 2:10-cv-00361-EEF-JCW.

   **b. Swedberg Enterprises, Inc. d/b/a Florida Drywall**

   1) Mary Anne Benes, et al. v. Knauf GIPS KG, et al. as intervenor in Gross, et al. v. Knauf GIPS KG, et al., USDC, EDLA, Case No.: 2:09-cv-06690-EEF-JCW.

   **c. S.D. & Associates, Inc.**

   1) None

4. The following is a list of lawsuits that may exist against the MDL insureds but have not been tendered to FCCI:

   a. **Residential Drywall, Inc.**

      1) Mary Anne Benes, et al. v. Knauf GIPS KG, et al. as intervenor in Gross, et al. v. Knauf GIPS KG, et al., USDC, EDLA, Case No.: 2:09-cv-06690-EEF-JCW.

      2) Amato, Dean and Dawn, et al. v. Liberty Mutual Ins. Co., et al. (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW.[1]

      3) Phillip and Lyzet Machado-Kennedy, et al. v. Knauf GIPS KG, et al. (Class Action) as intervenor in Sean and Beth Payton, et al., v. Knauf GIPS KG, et al., USDC, EDLA, Case No. 2:09-cv-07628-EEF-JCW.

   b. **Swedberg Enterprises, Inc. d/b/a Florida Drywall**

      1) None.

   c. **S.D. & Associates, Inc.**

      1) None.

5. The following is a list of lawsuits that FCCI has filed against the above-identified MDL insureds[2]:

   a. FCCI Commercial Insurance Co. et. al. v. Residential Drywall, et. al., USDC, MDFL, Case No.: 8:10cv1567.

---

[1] Again, at the time of this filing, the Amato, Dean and Dawn, et al. v. Liberty Mutual Ins. Co., et al. (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW lawsuit has not been served on FCCI or any FCCI insured.

[2] The lawsuits FCCI had filed against the MDL insureds do not involve issues of jurisdiction.

  b. <u>FCCI Commercial Insurance Co. v. Swedberg Enterprises, Inc. d/b/a Florida Drywall</u>, 6th Judicial Circuit, Pasco County, FL, Case No.: 51-2010-CA-005680-WS.

  c. <u>FCCI Commercial Insurance Company v. S.D. & Associates, Inc.</u>, 17th Judicial Circuit, Broward County, FL, Case No.: CACE10029152-JL.

WHEREFORE, for the foregoing reasons, FCCI respectfully request this Court grant this Supplement to FCCI's Motion to Dismiss Plaintiff's First Amended Complaint in compliance with this Court's July 1, 2010 Order.

This 19th day of July, 2010.

       Respectfully submitted,

       GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
       Attorneys for FCCI INSURANCE COMPANY

  BY: /s/ Robert M. Darroch
     _____
     ROBERT M. DARROCH
     GA State Bar No.: 205490
     STEPHANIE F. GLICKAUF
     GA State Bar No.: 257540
     GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
     3340 Peachtree Road, NE, Suite 2100
     Atlanta, GA 30326-1084
     Phone: (404) 264-1500

Fax: (404) 264-1737

AND

/s/ Patrick E. Costello

_____
PATRICK E. COSTELLO      (#26619)
JACQUES P. DeGRUY   (#29144)
Mouledoux, Bland, Legrand & Brackett, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana  70139
Telephone: 504-595-3000
Facsimile: 504-522-2121
pcostello@mblb.com
jdegruy@mblb.com

- 7 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Defendant's FCCI Commercial Insurance Company and FCCI Insurance Company's Memorandum to Supplement Their Motion to Dismiss Plaintiff's First Amended Complaint** has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 19th day of July, 2010.

BY:  /s/ Robert M. Darroch
     ROBERT M. DARROCH
     rdarroch@gmlj.com