UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 |
| | * | SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: (Canty 10-0929) | * * | MAGISTRATE WILKINSON |

## DEFENDANTS' MOTION TO STRIKE OR DISMISS NATIONWIDE CLASS ACTION ALLEGATIONS

Defendants respectfully request the Court enter an order striking or dismissing Plaintiffs' nationwide class action allegations. In further support of their Motion, Defendants submit the accompanying memorandum of law, which is fully incorporated by reference herein, and state as follows:

1. Plaintiffs purport to represent a putative nationwide class of homeowners insured under a policy issued by any of the Defendants who allegedly sustained damage from defective Chinese manufactured drywall.

2. For all states (except Virginia) with policyholders currently believed to be in the putative class, including the named Plaintiffs, their insurance policies issued by Defendants

162548

contain a forum selection clause and a choice of law provision requiring that the policyholder bring any lawsuit related to the policy in the state in which the policy was issued, and that the law of that state will apply.

3. Based on these provisions, the claims of the putative class members cannot possibly be adjudicated on a nationwide, or even a multi-state basis.

4. Moreover, even in the absence of such controlling policy language, given the differences among the states' laws, it is clear from the face of the Complaint that individualized issues of state law will predominate, making nationwide or multi-state class action treatment inappropriate as a matter of law -- a problem which cannot be cured with subclasses.

5. Given all the choice of forum, choice of law and unmanageability problems Plaintiffs' proposed nationwide class action allegations present, Defendants respectfully submit that this Court should limit the putative class in this case to a Louisiana-only class.

6. In accordance with this Court's Order dated July 1, 2010, Rec. Doc. No. 4300, Defendants identify the following list of cases in MDL 2047 where claims on the same policy form at issue in this motion are also at issue:

> *Patricia Bourgeois and Glenn Bourgeois v Allstate Indemnity Co., et al.,* United States District Court, Eastern District of Louisiana (10-0052); and
>
> *Donald J. Boutte v. E. Jacobs Construction, Inc., et al.,* United States District Court, Eastern District of Louisiana (10-1464).

Defendants represent that there are no other cases in other jurisdictions involving the issues raised in this motion.

WHEREFORE, Defendants respectfully request this Court enter an Order striking or dismissing Plaintiffs' nationwide and/or multi-state class action allegations.

Respectfully submitted,

/s/ Judy Y. Barrasso
Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700

Steven M. Levy
Mark L. Hanover
SONNENSCHEIN NATH &
   ROSENTHAL, LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
(312) 876-8000

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Judy Y. Barrasso

162548