IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. _____/ | MAG. JUDGE WILKINSON |

**CONSENT MOTION TO WITHDRAW COUNSEL AND SUBSTITUTE COUNSEL OF RECORD ON BEHALF OF MEADOWS OF ESTERO-BONITA SPRINGS, LIMITED PARTNERSHIP d/b/a SHELBY HOMES**

Defendant, Meadows of Estero-Bonita Springs, Limited Partnership d/b/a Shelby Homes ("Meadows"), by and through its undersigned counsel, hereby moves to withdraw Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP (collectively, "Howrey counsel"), as counsel of record in this action and, in their place, substitute Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers (collectively, "Mills Paskert Divers counsel"). In support thereof, Defendant states:

1. On February 22, 2010, Howrey counsel noticed their appearance as counsel of record for Meadows in the above-referenced case. (Docket Entry No. 1230).

2. On March 3, 2010, Mills Paskert Divers also noticed their appearance as counsel of record for Meadows (Docket Entry No. 1509).

3. Meadows desires to withdraw the appearance of Howrey counsel as counsel of record, and substitute, in their place, the appearance of Mills Paskert Divers counsel as its sole counsel of record.

4. Mills Paskert Divers counsel consents to the filing of this motion.

WHEREFORE, Defendant, Meadows of Estero-Bonita Springs Limited Partnership, d/b/a Shelby Homes, respectfully requests that the Court enter an Order withdrawing Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP as counsel of record in this action and, in their place, substituting Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers as its sole counsel of record.

Dated: July 19, 2010.                              Respectfully Submitted,


/s/ Christian F. Henel
MELISSA C. LESMES
MD Bar No. 22864
DC Bar No. 450389
lesmesm@howrey.com

MICHAEL S. MCNAMARA
WA Bar No. 29127
DC Bar No. 493773
mcnamaras@howrey.com

Laura A. Kamas
MD Bar No. 16726
DC Bar No. 499837
kamasl@howrey.com

CHRISTIAN F. HENEL
VA Bar No. 76830
DC Bar No. 989746
henelc@howrey.com


HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  (202) 783-0800
Fax:  (202) 383-6610


/s/ Adam C. King
JEFFREY M. PASKERT

2

        Florida Bar No. 846041
        jpaskert@mpdlegal.com
        ADAM C. KING
        Florida Bar No. 156892
        aking@mpdlegal.com
        MILLS PASKERT DIVERS
        100 N. Tampa Street, Suite 2010
        Tampa, Florida 33602
        Tel: (813) 229-3500
        Fax : (813) 229-3502

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing document with a proposed order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July 2010.

                 /s/ Christian F. Henel
                 Christian F. Henel