IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | SECTION: L |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | MAG. JUDGE WILKINSON |

**ORDER**

Having considered Defendant, Meadows of Estero-Bonita Springs Limited Partnership's ("Meadows") motion to withdraw and substitute counsel, it is hereby:

**ORDERED** that Defendants' motion is **GRANTED**; and it is further **ORDERED** that Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP be permitted to withdraw as counsel of record for Defendant.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
U.S. District Court Judge