IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. _____/ | MAG. JUDGE WILKINSON |

**CONSENT MOTION TO WITHDRAW COUNSEL AND SUBSTITUTE COUNSEL OF RECORD ON BEHALF OF SHELBY HOMES AT MEADOWS, INC.**

Defendant, Shelby Homes at Meadows, Inc. ("Shelby Homes"), by and through its undersigned counsel, hereby moves to withdraw Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP (collectively, "Howrey counsel"), as counsel of record in this action and, in their place, substitute Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers (collectively, "Mills Paskert Divers counsel"). In support thereof, Defendant states:

1. On February 22, 2010, Howrey counsel noticed their appearance as counsel of record for Shelby Homes in the above-referenced case. (Docket Entry No. 1230).

2. On February 24, 2010, Mills Paskert Divers also noticed their appearance as counsel of record for Shelby Homes (Docket Entry No. 1324).

3. Shelby Homes desires to withdraw the appearance of Howrey counsel as counsel of record, and substitute, in their place, the appearance of Mills Paskert Divers counsel as its sole counsel of record.

4. Mills Paskert Divers counsel consents to the filing of this motion.

WHEREFORE, Defendant, Shelby Homes at Meadows, Inc., respectfully requests that the Court enter an Order withdrawing Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP as counsel of record in this action and, in their place, substituting Jeffrey M. Paskert and Adam C. King of the law firm of Mills Paskert Divers as its sole counsel of record.

Dated:  July 19, 2010.                                        Respectfully Submitted,


                                                              /s/ Christian F. Henel
                                                              MELISSA C. LESMES
                                                              MD Bar No. 22864
                                                              DC Bar No. 450389
                                                              lesmesm@howrey.com

                                                              MICHAEL S. MCNAMARA
                                                              WA Bar No.29127
                                                              DC Bar No. 493773
                                                              mcnamaras@howrey.com

                                                              Laura A. Kamas
                                                              MD Bar No. 16726
                                                              DC Bar No. 499837
                                                              kamasl@howrey.com

                                                              CHRISTIAN F. HENEL
                                                              VA Bar No. 76830
                                                              DC Bar No. 989746
                                                              henelc@howrey.com


                                                              HOWREY LLP
                                                              1299 Pennsylvania Avenue, N.W.
                                                              Washington, DC 20004
                                                              Tel:  (202) 783-0800
                                                              Fax:  (202) 383-6610


                                                              /s/ Adam C. King
                                                              JEFFREY M. PASKERT

2

Florida Bar No. 846041
jpaskert@mpdlegal.com
ADAM C. KING
Florida Bar No. 156892
aking@mpdlegal.com
MILLS PASKERT DIVERS
100 N. Tampa Street, Suite 2010
Tampa, Florida 33602
Tel: (813) 229-3500
Fax : (813) 229-3502

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document with a proposed order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July 2010.

                                                             /s/ Christian F. Henel
                                                          Christian F. Henel