IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al., Case No. 2:09-cv-07628. | MAG. JUDGE WILKINSON |
| _____ / | |

### CONSENT MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL ON BEHALF OF SHELBY HOMES, INC.

Defendant, Shelby Homes, Inc. ("Shelby"), by and through its undersigned counsel, hereby moves to withdraw the appearance of Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP (collectively, "Howrey counsel") as its counsel of record in this action and substitution of Bilzin Sumberg in its place. In support thereof, Shelby states:

1.  In a previous order, entered July 1, 2010 (Docket Entry No. 4296), the Court granted Shelby's motion to withdraw Jeffrey M. Paskert and Adam C. King of Mills Paskert Divers ("MPD counsel") and substitute in their place Robert Thurken, Adam Haimo and Melissa Pallett-Vasquez of the law firm of Bilzin, Sumberg, Baena Price & Axelrod LLP ("Bilzin Sumberg counsel") as its counsel of record in this action.

2.  Prior to this Court-ordered substitution, Howrey counsel noticed they had mistakenly entered an appearance as counsel of record for Shelby on February 22, 2010. (Docket Entry No. 1231). So, Shelby seeks to withdraw Howrey counsel appearance, making Bilzin Sumberg its sole counsel of record in this action.

3.  Bilzin Sumberg counsel consents to this motion.

WHEREFORE, Defendant, Shelby Homes, Inc., respectfully requests that the Court enter an Order withdrawing the appearance of Melissa C. Lesmes, Michael S. McNamara, Laura A. Kamas and Christian F. Henel of Howrey, LLP as counsel of record in this action.

Dated: July 19, 2010.                                    Respectfully Submitted,

/s/ Christian F. Henel
MELISSA C. LESMES
MD Bar No. 22864
DC Bar No. 450389
lesmesm@howrey.com

MICHAEL S. MCNAMARA
WA Bar No.29127
DC Bar No. 493773
mcnamaram@howrey.com

Laura A. Kamas
MD Bar No. 16726
DC Bar No. 499837
kamasl@howrey.com

CHRISTIAN F. HENEL
VA Bar No. 76830
DC Bar No. 989746
henelc@howrey.com

HOWREY LLP
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
Tel:  (202) 783-0800
Fax:   (202) 383-6610

/s/ Adam Haimo
ROBERT TURKEN
Florida Bar No. 306355
ADAM HAIMO
Florida Bar No. 502731
MELISSA PALLETT-VASQUEZ
Florida Bar No. 715816

BILZIN, SUMBERG, BAENA, PRICE & AXELROD, LLP
200 S. Biscayne Blvd., Suite 2500
Miami, Florida 33131-5340
(305) 350-2393
(305) 351-2298

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing document with a proposed order has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July 2010.

                                                        /s/ Christian F. Henel
                                                        Christian F. Henel