UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. WILKINSON |
| Civil Action No.: *Galloway*, 10-CV-688 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD'S
F.R.C.P. 12(c) MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to Fed. R. Civ. P. 12(c), Defendant Property & Casualty Insurance Company of Hartford ("P&C") hereby moves for judgment on the pleadings in this action in its favor and seeking dismissal of Plaintiff's claims against it with prejudice. The grounds for this motion, which are more fully stated in the accompanying memorandum of law, are that the losses that the Plaintiff seeks to recover are not covered under the policy of insurance issued by P&C to Plaintiff. Accordingly, P&C is entitled to judgment as a matter of law.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin
  & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail:       rhubbard@lawla.com
              sschmeeckle@lawla.com

**Counsel for Property & Casualty
Insurance Company of Hartford**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing F.R.C.P. 12(c) Motion for Judgment on the Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

  /s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**