

THE
HARTFORD

This will verify that, to the best of the undersigned's knowledge, the attached is complete and accurate representation of insurance policy number 55RBC633324 effective 10/11/2008 to 10/11/2009 issued by Property and Casualty Insurance Company of Hartford to James H Galloway Jr. The documents and/or information produced herewith are kept and maintained in the ordinary course of business of Property and Casualty Insurance Company of Hartford.

_Tammy Dennis_
Signature

STATE OF CONNECTICUT

COUNTY OF HARTFORD

Before me personally appeared, Tammy Dennis, to me well known and known to me to be the person described in and who executed the foregoing instrument, and acknowledged to and before me that, Tammy Dennis, executed said instrument for the purposes therein expressed.

WITNESS my hand and official seal, this 2nd day of March, 2010.

_____
Notary Public
State of Connecticut

My Commission expires_____

Northeast Personal Lines
Claim Service Center
P.O. Box 2910
Hartford, CT 06104-2910
Toll Free 800 280 0555
Facsimile 860 409 4110



EXHIBIT
A

001

```
                          RBC633324[1].TXT
1     POL #   PROD   SUB SHT CO ST EFF     EXP   TERM   RNST      STAT AS OF
                     MICROFILM MESSAGE
  SSRBC633324 650198 SBE GAL P  LA 101108 101109  12                A  101108
                FIRST RECORD OF THE TERM
         AGY TRAN ORIG              C/S INFO
  PRV POL #   PROD  IN POL DT TX CD RO PROD   ACT CH# EFF     DT PRC  REQ
        FILM DATE   REEL   FRAME
  SSRBC633324          101107 0818              AREN   101108 082808 MICROFILM
                  0      0  THIS FILM
      -UNDERWRITER- PRIM       0 AGY                         TYPE 08
      INIT TERR CDS POL #      T PROF LCL MIUA COMBO W/F LTERM  RE U/W CODES
        00000     0.          0 PRIOR FILM
             9Z                P.                         SYSTEM
0    NAME GALLOWAY JR,JAMES H
        RO AGENCY    POLICY   CTL DTE  CTL
     STREET 40145 TAYLORS TRAIL #1001          CITY SLIDELL
         55 650198 RBC633324 10 11 08  00
       CNTY ST TAMMANY          ST LA  ZIP 70461     PLACE CD
     IF DIFF FROM MAIL ADDR       POOL ID      CK RCVD         LBTXCD
              FRAME 1 OF 2
     RES ADDR  40145 TAYLORS TRAIL #1001                      RSN
     CITY/CNTY SLIDELL          ST TAMMANY          ST LA  ZIP 70461
     ADDL RES PREMISES
     STREET                                # OF FAM        TERR
       CITY                 CNTY              ST     ZIP
0            OTHER          PERS       LOSS OF    PERS      MED PAY/ MINN/SC
       DWLG    STRUCT       PROP       USE        LIAB      PERSON   VALUE
     $ 182,000    $ 16,000    $  6,400   $ 100,000  $1,000

     MTG1 LOAN #  1843758690 CODE         CHGS ON POL.
       NAME CHASE HOME FINANCE, LLC         ISAOA/ATIMA
     STREET P O BOX 47020                    LOT #     BLOCK #
       CITY DORAVILLE      ST GA ZIP 30362   NY3    ADDITION
       MTG2 LOAN #          CODE             SRC    3/4 FAM OLT TERR
       NAME
     STREET
       CITY                 ST    ZIP
          DEDUCTIBLE         YR       -PROT-  PREM LTD OP      WIND
     OCCUPANCY TYPE AMT   CONST    BLT TERR CLASS CD GRP  ACC ID    CERT
     TENANT   FLAT 500    FRAME   2006 47   03    03 1.00
       FT FROM MI FROM FIRE TOWN/ SO ST  #   -H04/6-  DOUBLE   HI WIND  RENEWAL
     HYD    FIRE STA DISTRICT    IND SNMGLS RATE TYPE WALL CR   CODE     CR
     500      02   FPP USED                                     N
     HO4/6-# APTS 06    HO 256 LIMIT          MINE SUBSIDENCE        RET CR
     EXCEPTIONS  WIND   THEFT    RENOVATION YEARS H-      W-      P-   SHUTTER
                                              AUTO POL #
                                           ACCT CR N   MEM Y   S/P  SPEC POL N
       COMPANION POL #                         COSTIMATOR OVERRIDE
     DWELLING TYPE     SINGLE ENTRY   DEVIATION    CITY CD   CNTY CD 103
     DED #1:                                                DWELL CL
     DED #2:
     DED #3:      HYD TYPE   HYD IN CITY                    SPECIALTY N
     FL ORD/LAW REJECT    BCEG     BCEG YEAR    INDIVID GRADE  FLOOD POL N
       BILL METHOD    PAYOR       BILL PLAN  ACCOUNT #   PREMIUM PAYMENT SCHEDULE
       12 PAY PLAN  1ST MORTGAGEE    MO    85884732      DUE DT     PREMIUM
0                                                        101108     107000
     IF OTHER PAYOR                            CANC R/P
       NAME
     STREET                                 REWRITE    OLD RATE DATE
       CITY                 ST    ZIP       HCC IND    GUARANTEE DT
       BASIC
0    CHART  COV E OR F DUPL OF ADDL RES ADDL RES  AMENDED
       PREM   +/- PREM   LIAB OR OCC PREM EMPL PREM COV PREM
        $804
       COV D INCR PREM      TOTAL ENDT PREM  $216 TOTAL POL PREM  $1,070.00
       COV B DECR CR.
     DED #1 PREM      DED #2 PREM       DED #3 PREM      TAX OVR
1
                    MICROFILM MESSAGE
     *** COSTIMATOR -- UNIT
                              Page 1
```

```
                              RBC633324[1].TXT
        AS OF DATE    101107
        VERSION DT    0000
           FILM DATE   REEL    FRAME
        REPL COST      00000000
                        0            0   THIS FILM
             %ITV      000              PC IND    PC LETTER DATE
        CONST CLASS                     MSB REF NUM
           00000         0            0   PRIOR FILM
        TOT # UNITS   000              INS RPT N     ROOF MATERIAL
   POLICY # 55 RBC 633324   NAME: GALLOWAY JR,JAMES H
           RO AGENCY    POLICY   CTL DTE  CTL
   FORM           POLICY TYPE  DWLG CITY/TOWN SLIDELL           ST TAMMANY
          55 650198 RBC633324 10 11 08  00
   H00006   10 00  PLIC 2004HO  WITHIN CITY/TOWN LIMITS? Y/N Y
   ENDT #                       FIRE PROT PRVDR FD 1 SERVICE AREA B
                  FRAME 2 OF 2
TEXAS CREDITS:                                        PCNT PD CR
    FIRE    BURGLAR     SPRINKLERS       DEAD BOLT     DEAD BOLT CRDT
 HOME 5%    YEAR      5% CRDT        HOME 15%   YEAR       15% CRDT
 CNTRL FIRE        LOCAL FIRE        FIRE ALARM FD     SPRKLRS SOME
 CNTRL BURG        LOCAL BURG        BURG ALARM PD     SPRKLRS ALL

 HW 05 44 0405  HW 01 02 0603  HW 01 03 0603  HO 04 96 1000  HW 01 63 0208
 H01732 UNIT-OWNERS COVERAGE A SPECIAL COVERAGE PREMIUM    $183
 H01733   UNIT OWNERS RENTAL TO OTHERS        PREMIUM     $13
 H00494  WINDSTORM OR HAIL EXCLUSION ENDORSE.  PREMIUM   CR INCL
 H00416 PREM ALARM/FIRE PROT SYSTEM04 PERC CR  PREMIUM        $1 CR.
 H00343  LIMITED FUNGI, ROT OR BACTERIA COV    PREMIUM    $NIL
         $10,000 PROPERTY DAMAGE    $50,000 LIABILITY
 H00490  PERSONAL PROPERTY REPLACEMENT COST              $20
```

Page 2

003



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## ProtectorPLUS   Zero Deductible
## LIMITED WAIVER OF DEDUCTIBLE

| Date of the Loss | Amount of the Loss |
|---|---|
| 1/1/2005 – 12/31/2008 | $20,000 |
| 1/1/2009 – 12/31/2012 | $22,500 |
| 1/1/2013 – 12/31/2016 | $25,000 |

The DEDUCTIBLE provision is replaced by:

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section I that exceeds the deductible amount in the Declarations.

In the event that the total amount of a covered loss payable under Section I, before the application of a deductible, as determined by "us", exceeds the amount of the loss for the date of loss shown in the above schedule, the deductible amount up to but not in excess of $5,000 is waived.

This waiver of deductible applies to the base policy deductible specified in the Declarations, Deductible – Section I, only. It does not apply to other policy deductibles specified in the Declarations including, but not limited to, Hurricane, Earthquake, Coal Mine Subsidence, Special Wind/Hail or Optional Special Theft Deductibles.

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LIFETIME CONTINUATION AGREEMENT HOMEOWNERS
### (HO 00 04 And HO 00 06)

After the policy is in effect sixty (60) days, or if this is a renewal or continuation policy, we will continue the policy for as many additional policy periods as you wish, provided:

1. You pay the premium when due.

2. We reserve the right to substitute more current forms and endorsements when they are approved and adopted.

3. You do not knowingly increase the hazard of the risk without written permission of the company.

4. There has not been a material misrepresentation of fact which if known to us would have caused us not to issue the policy.

All other provisions of this policy apply.

HW 01 02 06 03 (NS)



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

# AMENDATORY ENDORSEMENT – SPECIFICALLY EXCEPTED PERILS

As used herein, "Peril" means a cause of physical loss or damage to property. It has this meaning whether or not it is called a "Peril" or a "Cause of Loss" in this policy.

Even if any of the terms of this policy might be construed otherwise, the following Perils, as described in Paragraphs A. and B. below, are SPECIFICALLY EXCEPTED FROM THIS POLICY. WE DO NOT COVER OR INSURE AGAINST LOSS OR DAMAGE DIRECTLY OR INDIRECTLY CAUSED BY, RESULTING FROM, CONTRIBUTED TO OR AGGRAVATED BY, OR WHICH WOULD NOT HAVE OCCURRED BUT FOR, EITHER OF THESE PERILS:

A.  ACTS, ERRORS OR OMISSIONS by you or others in:
1.  Planning, zoning, developing, surveying, testing or siting property;
2.  Establishing or enforcing any building code, or any standard, ordinance or law about the construction, use or repair of any property or materials, or requiring the tearing down of any property, including the removal of its debris;
3.  The design, specifications, workmanship, repair, construction, renovation, remolding, grading or compaction of all or any part of the following:
    a.  Land or buildings or other structures;
    b.  Roads, water or gas mains, sewers, drainage ditches, levees, dams, or other facilities; or
    c.  Other improvements or changes in or additions to land or other property.
4.  The furnishing of work, materials, parts or equipment in connection with the design, specifications, workmanship, repair, construction, renovation, remodeling, grading or compaction of any of the above property or facilities; or
5.  The maintenance of any such property or facilities.

This exception A. applies whether or not the property or facilities described above are:
1.  Covered under this policy; or
2.  On or away from the covered premises.

This exception A. does not reduce the insurance for loss or damage caused directly by a Covered Peril.

As used in this endorsement:
1.  If this policy is written to cover the risk of loss from specifically named cause, "Covered Peril" means any Peril specifically named as covered; or
2.  If written to cover the risk of loss without specifying specifically named causes, "Covered Peril" means any Peril not described above and not otherwise excluded or excepted from the causes of loss covered by this policy.

B.  COLLAPSE, "CRACKING" OR "SHIFTING" of buildings, other stuctures or facilities, or their parts, if the collapse, "cracking" or "shifting":
1.  Occurs during "earth movement," "volcanic eruption" or "flood" condition or within 72 hours after they cease; and
2.  Would not have occurred but for "earth movement," "volcanic eruption" or "flood."

But if loss or damage by a covered Peril ensues at the covered premises, we will pay for that ensuring loss or damage.

1 of 2

HW 01 03 06 03 (NS)

This exception B. applies whether or not there are other provisions in this policy relating to collapse, "cracking" or "shifting" of buildings, other structures or facilities, or their parts. Any such provision is revised by this endorsement to include this exception.

But if this policy specifically covers (by endorsement or in any other way) loss or damage caused by one or more or the following Perils:

1. Earthquake;
2. Flood;
3. Volcanic action;
4. Volcanic eruption; or
5. Sinkhole collapse,

this exception B. will not reduce that coverage.

As used in this exception B.:

1. "Cracking" means cracking, separating, shrinking, bulging, or expanding;
2. "Shifting" means shifing, rising, settling, sinking, or lateral or other movement;
3. "Earth movement" means any earth movement, including but not limited to "earthquake," landslide, mudflow, erosion, contraction or expansion, subsidence, any movement of earth resulting from water combining with the ground or soil, and any other "shifting" of earth; all whether or not combined with "flood" or "volcanic eruption." It does not include sinkhold collapse if loss by sinkhole collapse is specifically covered in this policy;
4. "Earthquake" means a shaking or trembling of the earth's crust, caused by underground volcanic or tectonic forces or by breaking or "shifting" of rock beneath the surface of the ground from natural causes. An "Earthquake" includes al related shocks and after shocks;
5. "Volcanic eruption" means the eruption, explosion or effusion of a volcano. It does not include volcanic action if loss by volcanic action is specifically covered in this policy;
6. "Flood" means:
   a. Flood, surface water, waves, tides, tidal water, tidal waves, high water, and overflow of any body of water, or their spray, all whether driven by wind or not;
   b. Release of water held by a dam, levy or dike or by a water or flood control device;
   c. Water that backs up from a sewer or drain; or
   d. Water under the ground surface pressing on, or flowing, leaking or seeping through:
      (1) Foundations, walls, floors or paved surfaces;
      (2) Basements, whether paved or not; or
      (3) Doors, windows or other openings.

All other provisions of the policy apply.

2 of 2



THIS ENDORSEMENT DOES NOT CONSTITUTE A REDUCTION OF COVERAGE.

## NO SECTION II – LIABILITY COVERAGES FOR HOME DAY CARE BUSINESS
## LIMITED SECTION I – PROPERTY COVERAGES FOR HOME DAY CARE BUSINESS

A. "Business", as defined in the policy, means:
   1. A trade, profession or occupation engaged in on a full-time, part-time, or occasional basis; or
   2. Any other activity engaged in for money or other compensation, except the following:
      a. One or more activities:
         (1) Not described in b. through d. below; and
         (2) For which no "insured" receives more than $2000 in total compensation for the 12 months before the beginning of the policy period;
      b. Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;
      c. Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or
      d. The rendering of home day care services to a relative of an "insured".

B. If an "insured" regularly provides home day care services to a person or persons other than "insureds" as their trade, profession or occupation, that service is a "business".

C. If home day care service is not a given "insured's" trade, profession or occupation but is an activity:
   1. That an "insured" engages in for money or other compensation; and
   2. From which an "insured" receives more than $2,000 in total/combined compensation from it and any other activity for the 12 months before the beginning of the policy period;
   the home day care service and other activity will be considered a "business".

D. With respect to C. above, home day care service is only an example of an activity engaged in for money that may be a "business". Any single activity or combination of activities:
   1. Described in A.2. above, and
   2. Engaged in for money by a single "insured";
   may be considered a "business" if the $2000 threshold is exceeded.

E. With respect to A. through D. above, coverage does not apply to or is limited with respect to home day care service which is a "business". For example, this policy:
   1. Does not provide:
      a. Section II coverages. This is because a "business" of an "insured" is excluded under E.2. of Section II – Exclusions;
      b. Coverage, under Section I, for other structures from which any "business" is conducted; and

1 of 2

HO 04 96 10 00

2. Limits of Section I coverage, under Coverage C – Special Limits of Liability, for "business" property:

   a. On the "residence premises" for the home day care "business" to $2,500. This is because Category h. (e. in Form HO 00 08) imposes that limit on "business" property on the "residence premises";

   b. Away from the "residence premises" for the home day care "business" to $500. This is because Category i. (f, in Form HO 00 08) imposes that limit on "business" property away from the "residence premises". Category i. does not apply to property described in Categories j. and k. (g. and h. respectively in Form HO 00 08).

.2 of 2

HO 04 96 10 00

Copyright, Insurance Services Office, Inc., 1999

009



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## SPECIAL PROVISIONS – LOUISIANA

SECTION I – PROPERTY COVERAGES

C.   Coverage C – Personal Property
Paragraph 4.c.(2)(a) is replaced by the following:
   4.   Property Not Covered
      c.   "Motor vehicles"
         (2)   We do cover "motor vehicles" not required to be registered for use on public roads or property which is:
            (a)   Used to service an "insured's" residence; or

(This is Paragraph A.4.c.(2)(a) in Form HO 00 04 and B.4.c.(2)(a) in Form HO 00 06.)

E.   Additional Coverages
   2.   Reasonable Repairs is replaced by the following:
   2.   Reasonable Repairs
      We will pay the reasonable cost incurred by you for necessary repairs made solely to protect covered property from further damage if a Peril Insured Against causes the loss. This coverage does not increase the limit of liability that applies to the property being repaired.

(This is Paragraph C.2. in Form HO 00 04 and D.2. in Form HO 00 06.)

   6.   Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money is replaced by the following:
   6.   Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money
      a.   We will pay up to $500 for:
         (1)   The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;
         (2)   Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;
         (3)   Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and
         (4)   Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.
      All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.
      This coverage is additional insurance. No deductible applies to this coverage.
      b.   We do not cover:
         (1)   Use of a credit card, electronic fund transfer card or access device:
            (a)   By a resident of your household;
            (b)   By a person who has been entrusted with either type of card or access device; or
            (c)   If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed.
         (2)   Loss arising out of "business" use or dishonesty of an "insured".
      c.   If the coverage in a. applies, the following defense provisions also apply:

1 of 6

HW 01 63 02 08

(1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when our limit of liability for the loss has been exhausted by payment of a judgment or settlement.

(2) If a suit is brought against an "insured" for liability under a.(1) or (2) above, we will provide a defense at our expense by counsel of our choice.

(3) We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under a.(3) above.

(This is Paragraph C.6. in Form HO 00 04, and D.6. in Form HO 00 06.)

**SECTION I - EXCLUSIONS**

8.  Intentional Loss is replaced by the following:

8.  Intentional Loss, meaning any loss arising out of any act committed:

a.  With respect to loss caused by fire;

(1) By or at the direction of the "insured"; and

(2) With the intent to cause a loss.

b.  With respect to loss caused by a peril other than fire and with respect to all "insureds" covered under this policy;

(1) By you or at your direction; and

(2) With the intent to cause a loss.

(This is Exclusion A.8. in Form HO 00 03 and HO 00 05.)

**SECTION I - CONDITIONS**

B.  Duties After Loss

Paragraph 8. is replaced by the following:

8.  Send to us your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

a.  The time and cause of loss;

b.  The interests of all "insureds" and all others in the property involved and all liens on the property;

c.  Other insurance which may cover the loss;

d.  Changes in title or occupancy of the property during the term of the policy;

e.  Specifications of damaged buildings and detailed repair estimates;

f.  The inventory of damaged personal property described in 6. above;

g.  Receipts for additional living expenses incurred and records that support the fair rental value loss; and

h.  Evidence or affidavit that supports a claim under E.6 Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages, stating the amount and cause of loss.

This proof of loss must be sent to us within:

(1) 180 days after our request, if the loss results from a catastrophic event for which a state of disaster or emergency was declared pursuant to law by civil officials; however, this 180 day period does not commence until the state of emergency or disaster has ended and you have access to your property; or

(2) 60 days after our request in all other cases.

C.  Loss Settlement

Under Forms HO 00 02, HO 00 03 and HO 00 05, Paragraph 2.a.(2) is replaced by the following:

(2) The replacement cost of that part of the building damaged with material of like kind and quality; or

I.  Loss Payment is replaced by the following:

I.  Loss Payment

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. The undisputed portion of the loss will be payable within 30 days after we receive your proof of loss.

HW 01 63 02 08

**K. Mortgage Clause**

Paragraph 3. is replaced by the following:

3. If this policy is cancelled by us, the mortgagee will be notified:

    a. At least 10 days before the date cancellation takes effect if we cancel for nonpayment of premium; or

    b. At least 30 days before the date cancellation takes effect if we cancel for any other reason.

If the policy is not renewed by us, the mortgagee will be notified at least 30 days before the date nonrenewal takes effect.

(This Condition does not apply to form HO 00 04.)

**Q. Concealment Or Fraud** is replaced by the following:

**Q. Concealment Or Fraud**

1. With respect to loss caused by fire, we do not provide coverage to the "insured" who, whether before or after a loss, has:

    a. Intentionally concealed or misrepresented any material fact or circumstance;

    b. Engaged in fraudulent conduct; or

    c. Made false statements;

relating to this insurance.

2. With respect to loss caused by a peril other than fire and with respect to all "insureds" covered under this policy, we provide no coverage for loss if, whether before or after a loss, one or more "insureds" have:

    a. Intentionally concealed or misrepresented any material fact or circumstance;

    b. Engaged in fraudulent conduct; or

    c. Made false statements;

relating to this insurance.

3. However, if the conduct specified above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

(This is Condition P. in Form HO 00 04.)

**SECTION II – LIABILITY COVERAGES**

**A. Coverage E – Personal Liability**, Paragraph 1. is replaced by the following:

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable; and

**SECTION II – EXCLUSIONS**

**A. "Motor Vehicle Liability"**

Paragraph 2.b. is replaced by the following:

2. If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

    b. Used to service an "insured's" residence;

**E. Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Paragraph 1. is replaced by the following in all forms and Endorsement HO 24 73:

1. Expected Or Intended Injury

With respect to loss:

    a. Caused by fire; which is expected or intended by the "insured" even if the "bodily injury" or "property damage":

        (1) Is of a different kind, quality, or degree than initially expected or intended; or

        (2) Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion E.1.a. does not apply to "bodily injury" resulting from the use of reasonable force by the "insured" to protect persons or property.

HW 01 63 02 08

    b.   Caused by a peril other than fire and with respect to all "insureds" covered under this policy which is expected or intended by one or more "insureds" even if the "bodily injury" or "property damage":

       (1)  Is of a different kind, quality, or degree than initially expected or intended; or

       (2)  Is sustained by a different person, entity, real or personal property, than initially expected or intended.

    However, this Exclusion E.1.b. does not apply to "bodily injury" resulting from the use of reasonable force by one or more "insureds" to protect persons or property.

**F.**   **Coverage E – Personal Liability**

Paragraph 6. does not apply in all forms and Endorsement HO 24 73.

**SECTION II – CONDITIONS**

**F.**   Suit Against Us does not apply.

**J.**   Concealment Or Fraud is replaced by the following:

**J.**   **Concealment Or Fraud**

    1.   We do not provide coverage to one or more "insureds" who, whether before or after a loss, have:

       a.   Intentionally concealed or misrepresented any material fact or circumstance;

       b.   Engaged in fraudulent conduct; or

       c.   Made false statements;

    relating to this insurance.

    2.   However, if the conduct specified above is in relation to the procurement of the contract or occurs subsequent to the issuance of the contract, but if known to us would have caused us not to issue the policy, coverage will only be denied if the conduct was committed with the intent to deceive.

**SECTIONS I AND II – CONDITIONS**

**C.**   Cancellation is replaced by the following:

**C.**   **Cancellation**

    1.   You may cancel this policy at any time by returning it to us or by letting us know of the date cancellation is to take effect.

    2.   The following applies with respect to premium payments due on new and renewal policies, including installment payments:

       a.   If your premium payment check or other negotiable instrument is returned to us or our agent or a premium finance company because it is uncollectible for any reason, we may cancel the policy subject to Paragraphs b. and c. below.

       b.   We may cancel the policy effective from the date the premium payment was due, by sending you written notice by certified mail, or by delivering such notice to you within 10 days of the date that we receive notice of the returned check or negotiable instrument.

       c.   The cancellation notice will also advise you that the policy will be reinstated effective from the date the premium payment was due, if you present to us a cashier's check or money order for the full amount of the returned check or other negotiable instrument within 10 days of the date that the cancellation notice was mailed.

    3.   The following applies if 2. above does not apply.

We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations.

Proof of mailing will be sufficient proof of notice.

       a.   When you have not paid the premium, regardless of the period of time this policy has been in effect, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

HW 01 63 02 08

b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

c. When this policy has been in effect for 60 days or more or at any time if it is a renewal with us except as provided in Item 3.e. below, we may cancel:

   (1) If there has been a material misrepresentation of fact with the intent to deceive:

      (a) In the procurement of the contract; or

      (b) At any other time since the policy was issued;

     which if known to us would have caused us not to issue the policy; or

   (2) If the risk has changed substantially since the policy; or

   This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

d. When this policy is written for a period of:

   (1) More than one year; or

   (2) Three years or less;

   we may cancel for any reason at anniversary by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

e. When this policy has been in effect and renewed for more than three years, we may cancel for any one of the following:

   (1) If you have committed fraud with the intent to deceive:

      (a) In the procurement of the contract; or

      (b) At any other time since the policy was issued;

   (2) If the insured risk has undergone a material change;

   (3) If you have filed two or more claims that are not the result of an incident which is:

      (a) Due directly to forces of nature; and

      (b) Exclusively without human intervention;

     within three years; or

   (4) If the continuation of this policy endangers our solvency.

   This can be done by letting you and any other known person shown by the policy to have an interest in any loss which may occur thereunder know at least 30 days before the date cancellation takes effect.

We will not, however, cancel this policy, regardless of the period of time this policy has been in effect, based solely upon a loss caused by an Act of God. An Act of God means an incident due directly to natural causes and exclusively without human intervention.

4. If this policy is cancelled, we will return any premium refund due, subject to Paragraphs a., b. and c. below. The cancellation will be effective even if we have not made or offered a refund.

a. If you cancel this policy, we will refund the return premium, if any, within 30 days after the date cancellation takes effect. The return premium shall be computed on a pro rata basis, subject to the minimum premium requirements.

b. If we cancel this policy, and the return premium is not refunded with the notice of cancellation, we will refund it within a reasonable time after the date cancellation takes effect. We will send the refund to you, or your agent unless c. below applies. If the premium is refunded to your agent, we will notify you, at the time of cancellation, that a return of unearned premium may be generated by the cancellation.

c. If we cancel based on Paragraph 2. above, we will return the premium due, if any, within 10 days after the expiration of the 10 day period referred to in 2.c. If the policy was financed by a premium finance company, or if payment was advanced by the insurance agent, we will send the return premium directly to such payor.

5 of 6

HW 01 63 02 08

D. Nonrenewal is replaced by the following:

D. Nonrenewal

   1. We may elect not to renew this policy, subject to the provisions of Paragraphs 2. and 3. below. We may do so by delivering to you and any other known person shown by the policy to have an interest in any loss which may occur thereunder or mailing to you at your mailing address shown in the Declaration and to any other known person shown by the policy to have an interest in any loss which may occur thereunder, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

   2. If this policy has been in effect and renewed with us for more than three years, we will not exercise our right of nonrenewal except:

      a. When you have not paid the premium;

      b. If you have committed fraud;

      c. If the insured risk has undergone a substantial change;

      d. If you have filed two or more claims that are not the result of an incident which is:

         (1) Due directly to forces of nature; and

         (2) Exclusively without human intervention;

         within three years; or

      e. If the continuation of this policy endangers our solvency.

   3. We will not, however, exercise our right of nonrenewal, regardless of the period of time this policy has been in effect with us, based solely upon a loss caused by an Act of God. An act of God means an accident due directly to natural causes and exclusively without human intervention.

F. Subrogation

   The following paragraph is added:

   If we pay an "insured" for a loss caused by another "insured" who intentionally commits, or directs another to commit, any act that results in loss by fire, the rights of the "insured" to recover damages from the "insured" who intentionally committed, or directed another to commit, such an act are transferred to us to the extent of our payment. The "insured" may not waive such rights.

All other provisions of this policy apply.

HW 01 63 02 08          Copyright, ISO Properties, Inc., 2006



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UNIT-OWNERS COVERAGE A
## SPECIAL COVERAGE
### FORM HO 00 06 ONLY

SECTION I – PERILS INSURED AGAINST

For Coverage A, the Perils Insured Against are deleted and replaced by the following:

PERILS INSURED AGAINST

1.   We insure against risk of direct physical loss to property described in Coverage A.
2.   We do not insure, however, for loss:
    a.   Excluded under Section I –Exclusions;
    b.   Involving collapse, except as provided in D.8. Collapse under Section I – Property Coverages.
    c.   Caused by:
       (1)   Freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance, or by discharge, leakage or overflow from within the system or appliance caused by freezing. This provision does not apply if you have used reasonable care to:
          (a)   Maintain heat in the building; or
          (b)   Shut off the water supply and drain all systems and appliances of water.
         However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the building for coverage apply.
         For purposes of this provision a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment;
       (2)   Freezing, thawing, pressure or weight of water or ice, whether driven by wind or not, to a:
          (a)   Fence, pavement, patio or swimming pool;
          (b)   Footing, foundation, bulkhead, wall or any other structure or device, that supports all or part of a building or other structure;
          (c)   Retaining wall or bulkhead that does not support all or part of a building or other structure; or
          (d)   Pier, wharf or dock;
       (3)   Theft in or to a unit under construction, or of materials and supplies for use in the construction until the unit is finished and occupied;
       (4)   Vandalism and malicious mischief, and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious michief, if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss. A building being constructed is not considered vacant;
       (5)   Mold, fungus or wet rot. However, we do insure for loss caused by mold, fungus or wet rot that is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure if such loss results from the accidental discharge or overflow of water or steam from within:
          (a)   A plumbing, heating, air conditioning or automatic fire protective sprinkler system, or a household appliance, on the "residence premises"; or
          (b)   A storm drain, or water, steam or sewer pipes, off the "residence premises".

1 of 3

HO 17 32 10 00

For the purpose of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment; or

(6) Any of the following:

    (a) Wear and tear, marring, deterioration;

    (b) Mechanical breakdown, latent defect, inherent vice, or any quality in property that causes it to damage or destroy itself;

    (c) Smog, rust or other corrosion or dry rot;

    (d) Smoke from agricultural smudging or industrial operations;

    (e) Discharge, dispersal, seepage, migration, release or escape of pollutants unless the discharge, dispersal, seepage, migration, release or escape is itself caused by a Peril Insured Against named under Coverage C of this policy.

    Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed;

    (f) Settling, shrinking, bulging or expansion, including resultant cracking, of bulkheads, pavements, patios, footings, foundations, walls, floors, roofs or ceilings;

    (g) Birds, vermin, rodents, or insects; or

    (h) Animals owned or kept by an "insured".

**Exception To c.(6)**

Unless the loss is otherwise excluded, we cover loss to property covered under Coverage A resulting from an accidental discharge or overflow of water or steam from within a:

    (i) Storm drain, or water, steam or sewer pipe, off the "residence premises"; or

    (ii) Plumbing, heating, air conditioning or automatic fire protective sprinkler system or household appliance on the "residence premises". This includes the cost to tear out and replace any part of a building, or other structure owned solely by you, at the location of the "residence premises", but only when necessary to repair the system or appliance. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building owned solely by you at the location of the "residence premises".

We do not cover loss to the system or appliance from which this water or steam escaped.

For the purpose of this provision, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, down spout or similar fixtures or equipment.

Section I – Exclusion 3. Water Damage, Paragraphs a. and c. that apply to surface water and water below the surface of the ground, do not apply to loss by water covered under c.(5) and (6) above.

Under 2.b. and c. above, any ensuing loss to property described in Coverage A not precluded by any other provision in this policy is covered.

## SECTION I – EXCLUSIONS

The following exclusions are added:

We do not insure for loss to property described in Coverage A caused by any of the following. However, any ensuing loss to property described in Coverage A not precluded by any other provision in this policy covered.

1. Weather conditions. However, this exclusion only applies if weather conditions contribute in any way with a cause or event excluded in Section I – Exclusions, other than Exclusions 2. and 3. below, to produce the loss;

HO 17 32 10 00

2. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body; or

3. Faulty, inadequate or defective:

    a. Planning, zoning, development, surveying, siting;

    b. Design, specifications, workmanship, repair, construciton, renovation, remodeling, grading, compaction;

    c. Materials used in repair, construction renovation or remodeling; or

    d. Maintenance;

    of part or all of any property whether on or off the "residence premises".

All other provisions of this policy apply.

Copyright, Insurance Service Office, Inc., 1998

HO 17 32 10 00



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## UNIT-OWNERS RENTAL TO OTHERS

### FORM HO 00 06 ONLY

Coverage provided by this policy is extended to apply while the "residence premises" is regularly rented or held for rental to others.

**SECTION I – PROPERTY COVERAGES**

B.   Coverage C – Personal Property

    4.   Property Not Covered

        Paragraph g. is deleted and replaced by the following:

        g.   Property in an apartment, other than the "residence premises", regularly rented or held for rental to others by an "insured";

**SECTION I – PERILS INSURED AGAINST**

Under Peril 9. Theft, Paragraph b.(3) is deleted.

**SECTION I – EXCLUSIONS**

The following exclusion is added:

Theft, from the "residence premises" of:

a.   Money, bank notes, bullion, gold, goldware, goldplated ware, silver, silerware, silver–plated ware, pewterware, platinum, platinumware, platinum–plated ware coins, medals, scrip, stored value cards and smart cards;

b.   Securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps regardless of the medium (such as paper or computer software) on which the material exists; or

c.   Jewelry, watches, furs, precious and semiprecious stones.

**SECTION II – EXCLUSIONS**

Exclusion E.2. "Business" is deleted and replaced by the following:

2.   "Business"

    a.   "Bodily injury" or "property damage" arising our of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

    b.   This Exclusion E.2. applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

        This Exclusion E.2. does not apply to the rental or holding for rental of the "residence premises".

All other provisions of this policy apply.

Copyright, Insurance Services Office, Inc., 1999

HO 17 33 10 00

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## WINDSTORM OR HAIL EXCLUSION

**SECTION I – PERILS INSURED AGAINST**

In all forms, coverage for the peril of windstorm or hail is deleted. However, we do cover for loss of use under Coverage D.

**SECTION I – EXCLUSIONS**

The following exclusion is added. In Forms HO 00 03 and HO 00 05, is added to Paragraph A.

WINDSTORM OR HAIL

However, this exclusion does not apply to direct loss by fire or explosion resulting from windstorm or hail.

All other provisions of the policy apply.

HO 04 94 10 00

Copyright, Insurance Services Office, Inc., 1999

THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PREMISES ALARM OR FIRE PROTECTION SYSTEM

We acknowledge the installation of an alarm system and/or automatic sprinkler system approved by us on the "residence premises". You agree to maintain this system or systems, for which we have granted a credit, in working order and to let us know promptly of any change, including removal, made to the system(s).

HO 04 16 10 00                                        Copyright, Insurance Services Office, Inc., 1999



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## LIMITED FUNGI, WET OR DRY ROT, OR BACTERIA COVERAGE - LOUISIANA

FOR USE WITH FORM HO 00 04 WITH HO 05 24 AND FORM HO 00 06 WITH HO 17 31 OR HO 17 32

SCHEDULE*

| | These limits of liability apply to the total of all loss or costs payable under this endorsement, regardless of the number of "occurrences", the number of claims made, or the number of locations insured under this endorsement and listed in the Schedule. | |
|---|---|---|
| 1. | Section I–Property Coverage Limit Of Liability for the Additional Coverage "Fungi", Wet Or Dry Rot, Or "Bacteria" | $ |
| 2. | Section II – Coverage E Aggregate Sublimit Of Liability for "Fungi", Wet Or Dry Rot, Or "Bacteria" | $ |
| | *Entries may be left blank if shown elsewhere in this policy for this coverage. | |

DEFINITIONS

The following definitions are added:

"Fungi"

    a. "Fungi" means any type or form of fungus, including mold or mildew, and any mycotoxins, spores, scents or byproducts produced or released by fungi.

    b. Under Section II, this does not include any fungi that are, are on, or are contained in, a good or product intended for consumption.

"Bacteria"

"Bacteria" means any type, kind or form of bacterium.

SECTION I – PROPERTY COVERAGES

C. Additional Coverages

The following Additional Coverage is added:

    13. "Fungi", Wet Or Dry Rot, Or "Bacteria"

        a. The amount shown in the Schedule above is the most we will pay for:

            (1) The total of all loss payable under Section I – Property Coverage caused by "fungi", wet or dry rot, or "bacteria";

            (2) The cost to remove "fungi", wet or dry rot, or bacteria from property covered under Section I – Property Coverages;

            (3) The cost to tear out and replace any part of the building or other covered property as needed to gain access to the "fungi", wet or dry rot, or "bacteria"; and

            (4) The cost of testing of air or property to confirm the absence, presence or level of "fungi", wet or dry rot, or "bacteria", whether performed prior to, during or after removal, repair, restoration or replacement. The cost of such testing will be provided only to the extent that there is a reason to believe that there is the presence of "fungi", wet or dry rot, or "bacteria".

1 of 3

HO 03 43 01 05

    b.   The coverage described in 13.a. only applies when such loss or costs are a result of a Peril Insured Against that occurs during the policy period and only if all reasonable means were used to save and preserve the property from further damage at and after the time of the Peril Insured Against occurred.

    c.   The amount shown in the Schedule for this coverage is the most we will pay for the total of all loss or costs payable under this Additional Coverage regardless of the:

        (1)  Number of locations insured under this endorsement; or

        (2)  Number of claims made.

This coverage does not increase the limit of liability applying to the damaged covered property.

(This is D.12 in Form HO 00 06.)

## SECTION I - PERILS INSURED AGAINST

In Form HO 00 04 with HO 05 24:

Paragraph 2.d. is replaced by the following:

    d.   Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph 2.j.(3) is replaced by the following:

    (3)  Smog, rust or other corrosion;

In Form HO 00 06 with HO 17 31:

For Coverage C:

Paragraph 3.d. is replaced by the following:

    d.   Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph 3.j.(3) is deleted and replaced by the following:

    (3)  Smog, rust or other corrosion;

In Form HO 00 06 with HO 17 32:

For Coverage A:

Paragraph 2.c.(5) is deleted and replaced with the following:

    (5)  Constant or repeated seepage or leakage of water or the presence or condensation of humidity, moisture or vapor, over a period of weeks, months or years unless such seepage or leakage of water or the presence or condensation of humidity, moisture or vapor and the resulting damage is unknown to all "insureds" and is hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

Paragraph 2.c.(6)(c) is deleted and replaced by the following:

    (c)  Smog, rust or other corrosion;

## SECTION I - EXCLUSIONS

Exclusion 10. is added.

10.  "Fungi", Wet Or Dry Rot, Or "Bacteria"

"Fungi", Wet Or Dry Rot, Or "Bacteria" meaning the presence, growth, proliferation, spread or any activity of "fungi", wet or dry rot, or "bacteria".

This exclusion does not apply:

    a.   When "fungi", wet or dry rot, or "bacteria" results from fire or lightning;

2 of 3

HO 03 43 01 05

b. To the extent coverage is provided for in the "Fungi", Wet or Dry Rot, Or "Bacteria" Additional Coverage under Section I – Property Coverages with respect to loss caused by a Peril Insured Against other than fire or lightning;

c. With respect to "fungi", wet or dry rot, or "bacteria" that is located on the portion of the covered property that must be repaired or replaced because of direct physical damage caused by a Peril Insured Against.

However, the exclusion shall continue to apply to:

(1) The cost to treat, contain, remove or dispose of "Fungi", Wet or Dry Rot, or "Bacteria" beyond that which is required to repair or replace the covered property physically damaged by a Peril Insured Against;

(2) The cost of any testing of air or property to confirm the absence, presence or level of "Fungi", Wet or Dry Rot or "Bacteria" whether performed prior to, during or after removal, repair, restoration of replacement; and

(3) Any increase in loss under Coverage D – Loss of Use and Additional Coverage 1. Debris Removal resulting from c.(1) and (2).

Direct loss by a Peril Insured Against resulting from "fungi", wet or dry rot, or "bacteria" is covered.

## SECTION I - CONDITIONS

Condition P. Policy Period is replaced by the following:

P. Policy Period

This policy applies to loss or costs which occur during the policy period.

(This is Condition O. in Form HO 00 04.)

## SECTION II - CONDITIONS

Condition A. Limit Of Liability is replaced by the following:

A. Limit Of Liability

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions will be considered to be the result of one "occurrence".

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage F limit of liability shown in the Declarations.

However, our total liability under Coverage E for the total of all damages arising directly or indirectly, in whole or in part, out of the actual, alleged or threatened inhalation of, ingestion of, contact with, exposure to, existence of, or presence of any "fungi", wet or dry rot, or "bacteria" will not be more than the Section II – Coverage E Aggregate Sublimit Of Liability for "Fungi", Wet Or Dry Rot, Or Bacteria. That sublimit is the amount shown in the Schedule. This is the most we will pay regardless of the:

1. Number of locations insured under the policy to which this endorsement is attached;

2. Number of persons injured;

3. Number of persons whose property is damaged;

4. Number of "insureds", or

5. Number of "occurrences" or claims made.

This sublimit is within, but does not increase, the Coverage E limit of liability. It applies separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations.

With respect to damages arising out of "fungi", wet or dry rot, or "bacteria" described in A. Limit Of Liability of this endorsement, Condition B. Severability Of Insurance is replaced by the following:

B. Severability Of Insurance

This insurance applies separately to each "insured" except with respect to the Aggregate Sublimit of Liability described in this endorsement under Section II – Conditions, B. Limit Of Liability. This condition will not increase the limit of liability for this coverage.

All other provisions of the policy apply.

3 of 3



THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

## PERSONAL PROPERTY REPLACEMENT COST
## LOSS SETTLEMENT

A. **Eligible Property**
1. Covered losses to the following property are settled at replacement cost at the time of the loss:
   a. Coverage C; and
   b. If covered in this policy:
      (1) Awnings, outdoor antennas and outdoor equipment; and
      (2) Carpeting and household appliances;
      whether or not attached to buildings.
2. This method of loss settlement will also apply to the following articles or classes of property if they are separately described and specifically insured in this policy and not subject to agreed value settlement:
   a. Jewelry;
   b. Furs and garments:
      (1) Trimmed with fur; or
      (2) Consisting principally of fur;
   c. Cameras, projection machines, films and related articles of equipment;
   d. Musical equipment and related articles of equipment;
   e. Silverware, silver-plated ware, goldware, gold-plated ware and pewterware, but excluding:
      (1) Pens or pencils;
      (2) Flasks;
      (3) Smoking implements; or
      (4) Jewelry; and
   f. Golfer's equipment meaning golf clubs, golf clothing and golf equipment.
   Personal Property Replacement Cost loss settlement will not apply to other classes of property separately described and specifically insured.
B. **Ineligible Property**
   Property listed below is not eligible for replacement cost loss settlement. Any loss will be settled at actual cash value at the time of loss but not more than the amount required to repair or replace.
1. Antiques, fine arts, paintings and similar articles of rarity or antiquity which cannot be replaced.
2. Memorabilia, souvenirs, collectors items and similar articles whose age or history contribute to their value.
3. Articles not maintained in good or workable condition.
4. Articles that are outdated or obsolete and are stored or not being used.
C. **Replacement Cost Loss Settlement Condition**
   The following loss settlement condition applies to all property described in A. above:
1. We will pay no more than the least of the following amounts:
   a. Replacement cost at the time of loss without deduction for depreciation;
   b. The full cost of repair at the time of loss;

1 of 2

HO 04 90 10 00

025

c. The limit of liability that applies to Coverage C, if applicable;
d. Any applicable special limits of liability stated in this policy; or
e. For loss to any item described in A.2.a.-f. above, the limit of liability that applies to the item.

2. If the cost to repair or replace the property described in A. above is more than $500, we will pay no more than the actual cash value for the loss until the actual repair or replacement is complete.

3. You may make a claim for loss on an actual cash value basis and then make claim for any additional liability in accordance with this endorsement provided you notify us of your intent to do so within 180 days after the date of loss.

All other provisions of this policy apply.

HO 04 90 10 00

Copyright, Insurance Services Office, Inc., 1999

026

# The Hartford Homeowners 6 Insurance Policy Unit-Owners Form

## NOTICE !

**THIS POLICY DOES NOT COVER FLOOD LOSS OR DAMAGE**

**CALL YOUR HARTFORD INSURANCE REPRESENTATIVE LISTED ON THE ENCLOSED DECLARATIONS PAGE TO OBTAIN A FLOOD INSURANCE POLICY**

THE HARTFORD

HO 00 06 10 00

## HOMEOWNERS POLICY COVER SHEET

Your Homeowners insurance policy is a legal contract between you and us.

**READ YOUR POLICY CAREFULLY.** This cover sheet provides only a brief outline of some of the important features of your policy. This is not the insurance contract and only the actual policy provisions will control. The policy itself sets forth in detail the rights and obligations of both you and your insurance company.
**IT IS THEREFORE IMPORTANT THAT YOU READ YOUR POLICY.**

The following is an index of the major provisions of your policy. Page numbers refer to the location of these provisions in the policy. Amendatory endorsements may be attached to your policy to modify these provisions or provide you with additional coverage(s).

### INDEX OF MAJOR
### PROVISIONS OF THE POLICY

Beginning
On Page

| DECLARATION PAGE | Your Name | Coverages |
|---|---|---|
| | Location of Your Residence | Amount of Insurance |
| | Policy Period | Deductible |

AGREEMENT..................................................................1

DEFINITIONS................................................................1

SECTION I – PROPERTY COVERAGES.........................................4

| | |
|---|---|
| Property Coverages | Credit Card |
| Loss of Use | Loss Assessment |
| Additional Coverages | Collapse |
| Debris Removal | Glass or Safety Glazing Material |
| Reasonable Repairs | Ordinance of Law |
| Trees Shrubs and Other Plants | Grave Markers |
| Fire Department Service Charge | |
| Property Removed | |

SECTION I – PERILS INSURED AGAINST.............................12

SECTION I – EXCLUSIONS.......................................15

**SECTION I – CONDITIONS**................................................................**17**

| | |
|---|---|
| Insurable Interest | Abandonment of Property |
| Duties after a Loss | Mortgage Clause |
| Loss Settlement | No Benefit to Bailee |
| Loss to a Pair or Set | Nuclear Hazard Clause |
| Appraisal | Recovered Property |
| Other Insurance and Service | Volcanic Eruption Period |
| Agreement | Policy Period |
| Suit Against Us | Concealment or Fraud |
| Our Option | Loss Payable Clause |
| Loss Apyment | |

**SECTION II – LIABILITY COVERAGES**.......................................**21**

Personal Liability
Medical Payments to Others

**SECTION II – EXCLUSIONS**...................................................**22**

**SECTION II – ADDITIONAL COVERAGES**................................**28**

| | |
|---|---|
| Claim Expenses | Damage of Property of Others |
| First Aid Expenses | Loss Assessment |

**SECTION II – CONDITIONS**......................................................**29**

| | |
|---|---|
| Limit of Liability | Suit Against Us |
| Severability of Insurance | Bankruptcy of an Insured |
| Duties After Occurance | Other Insurance |
| Duties of an Injured Person | Policy Period |
| Payment of Claim | Concealment or Fraud |

**SECTIONS I & II – CONDITIONS**..............................................**31**

| | |
|---|---|
| Liberalization Clause | Non-Renewal |
| Waiver or Changes of Policy | Assignment |
| Provisions | Subrogation |
| Cancellation | Death |

029

# HOMEOWNERS 6 – UNIT-OWNERS FORM

## AGREEMENT

We will provide the insurance described in this policy in return for the premium and compliance with all applicable provisions of this policy.

## DEFINITIONS

A. In this policy, "you" and "your" refer to the "named insured" shown in the Declarations and the spouse if a resident of the same household. "We", "us" and "our" refer to the Company providing this insurance.

B. In addition, certain words and phrases are defined as follows:

1. "Aircraft Liability", "Hovercraft Liability", "Motor Vehicle Liability" and "Watercraft Liability", subject to the provisions in b. below, mean the following:

   a. Liability for "bodily injury" or "property damage" arising out of the:

      (1) Ownership of such vehicle or craft by an "insured";

      (2) Maintenance, occupancy, operation, use, loading or unloading of such vehicle or craft by any person;

      (3) Entrustment of such vehicle or craft by an "insured" to any person;

      (4) Failure to supervise or negligent supervision of any person involving such vehicle or craft by an "insured"; or

      (5) Vicarious liability, whether or not imposed by law, for the actions of a child or minor involving such vehicle or craft.

   b. For the purpose of this definition:

      (1) Aircraft means any contrivance used or designed for flight except model or hobby aircraft not used or designed to carry people or cargo;

      (2) Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

      (3) Watercraft means a craft principally designed to be propelled on or in water by wind, engine power or electric motor; and

      (4) Motor vehicle means a "motor vehicle" as defined in 7. below.

2. "Bodily injury" means bodily harm, sickness or disease, including required care, loss of services and death that results.

3. "Business" means:

   a. A trade, profession or occupation engaged in on a full-time, part-time or occasional basis; or

   b. Any other activity engaged in for money or other compensation, except the following:

      (1) One or more activities, not described in (2) through (4) below, for which no "insured" receives more than $2,000 in total compensation for the 12 months before the beginning of the policy period;

HO 00 06 10 00                    Page 1 of 33

(2) Volunteer activities for which no money is received other than payment for expenses incurred to perform the activity;

(3) Providing home day care services for which no compensation is received, other than the mutual exchange of such services; or

(4) The rendering of home day care services to a relative of an "insured".

4. "Employee" means an employee of an "insured", or an employee leased to an "insured" by a labor leasing firm under an agreement between an "insured" and the labor leasing firm, whose duties are other than those performed by a "residence employee".

5. "Insured" means:

   a. You and residents of your household who are:

      (1) Your relatives; or

      (2) Other persons under the age of 21 and in the care of any person named above;

   b. A student enrolled in school full time, as defined by the school, who was a resident of your household before moving out to attend school, provided the student is under the age of:

      (1) 24 and your relative; or

      (2) 21 and in your care or the care of a person described in a.(1) above; or

   c. Under Section II:

      (1) With respect to animals or watercraft to which this policy applies, any person or organization legally responsible for these animals or watercraft which are owned by you or any person included in a. or b. above. "Insured" does not mean a person or organization using or having custody of these animals or watercraft in the course of any "business" or without consent of the owner; or

      (2) With respect to a "motor vehicle" to which this policy applies:

         (a) Persons while engaged in your employ or that of any person included in a. or b. above; or

         (b) Other persons using the vehicle on an "insured location" with your consent.

   Under both Sections I and II, when the word an immediately precedes the word "insured", the words an "insured" together mean one or more "insureds".

6. "Insured location" means:

   a. The "residence premises";

   b. The part of other premises, other structures and grounds used by you as a residence; and

      (1) Which is shown in the Declarations; or

      (2) Which is acquired by you during the policy period for your use as a residence;

HO 00 06 10 00                    Page 2 of 33

   c. Any premises used by you in connection with a premises described in **a.** and **b.** above;

   d. Any part of a premises:

      (1) Not owned by an "insured"; and

      (2) Where an "insured" is temporarily residing;

   e. Vacant land, other than farm land, owned by or rented to an "insured";

   f. Land owned by or rented to an "insured" on which a one, two, three or four family dwelling is being built as a residence for an "insured";

   g. Individual or family cemetery plots or burial vaults of an "insured"; or

   h. Any part of a premises occasionally rented to an "insured" for other than "business" use.

7. "Motor vehicle" means:

   a. A self-propelled land or amphibious vehicle; or

   b. Any trailer or semitrailer which is being carried on, towed by or hitched for towing by a vehicle described in **a.** above.

8. "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions, which results, during the policy period, in:

   a. "Bodily injury"; or

   b. "Property damage".

9. "Property damage" means physical injury to, destruction of, or loss of use of tangible property.

10. "Residence employee" means:

   a. An employee of an "insured", or an employee leased to an "insured" by a labor leasing firm, under an agreement between an "insured" and the labor leasing firm, whose duties are related to the maintenance or use of the "residence premises", including household or domestic services; or

   b. One who performs similar duties elsewhere not related to the "business" of an "insured".

A "residence employee" does not include a temporary employee who is furnished to an "insured" to substitute for a permanent "residence employee" on leave or to meet seasonal or short-term workload conditions.

11. "Residence premises" means the unit where you reside shown as the "residence premises" in the Declarations.

HO 00 06 10 00        **Page 3 of 33**

**DEDUCTIBLE**

Unless otherwise noted in this policy, the following deductible provision applies:

Subject to the policy limits that apply, we will pay only that part of the total of all loss payable under Section I that exceeds the deductible amount shown in the Declarations.

## SECTION I – PROPERTY COVERAGES

**A. Coverage A – Dwelling**

1. We cover:

   a. The alterations, appliances, fixtures and improvements which are part of the building contained within the "residence premises";

   b. Items of real property which pertain exclusively to the "residence premises";

   c. Property which is your insurance responsibility under a corporation or association of property owners agreement; or

   d. Structures owned solely by you, other than the "residence premises", at the location of the "residence premises".

2. We do not cover:

   a. Land, including land on which the "residence premises", real property or structures are located;

   b. Structures rented or held for rental to any person not a tenant of the dwelling, unless used solely as a private garage;

   c. Structures from which any "business" is conducted; or

   d. Structures used to store "business" property. However, we do cover a structure that contains "business" property solely owned by an "insured" or a tenant of the dwelling provided that "business" property does not include gaseous or liquid fuel, other than fuel in a permanently installed fuel tank of a vehicle or craft parked or stored in the structure.

**B. Coverage C – Personal Property**

1. **Covered Property**

   We cover personal property owned or used by an "insured" while it is anywhere in the world. After a loss and at your request, we will cover personal property owned by:

   a. Others while the property is on the part of the "residence premises" occupied by an "insured"; or

   b. A guest or a "residence employee", while the property is in any residence occupied by an "insured".

2. **Limit For Property At Other Residences**

   Our limit of liability for personal property usually located at an "insured's" residence, other than the "residence premises", is 10% of the limit of liability for Coverage C, or $1,000, whichever is greater. However, this limitation does not apply to personal property:

HO 00 06 10 00                   **Page 4 of 33**

033

a. Moved from the "residence premises" because it is being repaired, renovated or rebuilt and is not fit to live in or store property in; or

b. In a newly acquired principal residence for 30 days from the time you begin to move the property there.

3. **Special Limits Of Liability**

The special limit for each category shown below is the total limit for each loss for all property in that category. These special limits do not increase the Coverage **C** limit of liability.

a. $200 on money, bank notes, bullion, gold other than goldware, silver other than silverware, platinum other than platinumware, coins, medals, scrip, stored value cards and smart cards.

b. $1,500 on securities, accounts, deeds, evidences of debt, letters of credit, notes other than bank notes, manuscripts, personal records, passports, tickets and stamps. This dollar limit applies to these categories regardless of the medium (such as paper or computer software) on which the material exists.

This limit includes the cost to research, replace or restore the information from the lost or damaged material.

c. $1,500 on watercraft of all types, including their trailers, furnishings, equipment and outboard engines or motors.

d. $1,500 on trailers or semitrailers not used with watercraft of all types.

e. $1,500 for loss by theft of jewelry, watches, furs, precious and semiprecious stones.

f. $2,500 for loss by theft of firearms and related equipment.

g. $2,500 for loss by theft of silverware, silver-plated ware, goldware, gold-plated ware, platinumware, platinum-plated ware and pewterware. This includes flatware, hollowware, tea sets, trays and trophies made of or including silver, gold or pewter.

h. $2,500 on property, on the "residence premises", used primarily for "business" purposes.

i. $500 on property, away from the "residence premises", used primarily for "business" purposes. However, this limit does not apply to loss to electronic apparatus and other property described in Categories j. and k. below.

j. $1,500 on electronic apparatus and accessories, while in or upon a "motor vehicle", but only if the apparatus is equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category j.

HO 00 06 10 00                    Page 5 of 33

k. $1,500 on electronic apparatus and accessories used primarily for "business" while away from the "residence premises" and not in or upon a "motor vehicle". The apparatus must be equipped to be operated by power from the "motor vehicle's" electrical system while still capable of being operated by other power sources.

Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described in this Category k.

4. **Property Not Covered**

We do not cover:

a. Articles separately described and specifically insured, regardless of the limit for which they are insured, in this or other insurance;

b. Animals, birds or fish;

c. "Motor vehicles".

  (1) This includes:

    a. Their accessories, equipment and parts; or

    b. Electronic apparatus and accessories designed to be operated solely by power from the electrical system of the "motor vehicle". Accessories include antennas, tapes, wires, records, discs or other media that can be used with any apparatus described above.

    The exclusion of property described in (a) and (b) above applies only while such property is in or upon the "motor vehicle".

  (2) We do cover "motor vehicles" not required to be registered for use on public roads or property which are:

    (a) Used solely to service an "insured's" residence; or

    (b) Designed to assist the handicapped;

d. Aircraft meaning any contrivance used or designed for flight including any parts whether or not attached to the aircraft.

  We do cover model or hobby aircraft not used or designed to carry people or cargo;

e. Hovercraft and parts. Hovercraft means a self-propelled motorized ground effect vehicle and includes, but is not limited to, flarecraft and air cushion vehicles;

f. Property of roomers, boarders and other tenants, except property of roomers and boarders related to an "insured";

g. Property in an apartment regularly rented or held for rental to others by an "insured";

h. Property rented or held for rental to others off the "residence premises";

i. "Business" data, including such data stored in:

  (1) Books of account, drawings or other paper records; or

  (2) Computers and related equipment.

HO 00 06 10 00                    Page 6 of 33

035

We do cover the cost of blank recording or storage media, and of prerecorded computer programs available on the retail market;

j.  Credit cards, electronic fund transfer cards or access devices used solely for deposit, withdrawal or transfer of funds except as provided in D.6. Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages; or .

k.  Water or steam.

## C.  Coverage D – Loss Of Use

The limit of liability for Coverage D is the total limit for the coverages in 1. Additional Living Expense, 2. Fair Rental Value and 3. Civil Authority Prohibits Use below.

### 1.  Additional Living Expense

If a loss by a Peril Insured Against under this policy to covered property or the building containing the property makes that the "residence premises" not fit to live in, we cover any necessary increase in living expenses incurred by you so that your household can maintain its normal standard of living.

Payment will be for the shortest time required to repair or replace the damage or, if you permanently relocate, the shortest time required for your household to settle elsewhere.

### 2.  Fair Rental Value

If a loss covered under Section I makes that part of the "residence premises" rented to others or held for rental by you not fit to live in, we cover the fair rental value of such premises less any expenses that do not continue while it is not fit to live in.

Payment will be for the shortest time required to repair or replace such premises.

### 3.  Civil Authority Prohibits Use

If a civil authority prohibits you from use of the "residence premises" as a result of direct damage to neighboring premises by a Peril Insured Against, we cover the loss as provided in 1. Additional Living Expense and 2. Fair Rental Value above for no more than two weeks.

### 4.  Loss Or Expense Not Covered

We do not cover loss or expense due to cancellation of a lease or agreement.

The periods of time under 1. Additional Living Expense, 2. Fair Rental Value and 3. Civil Authority Prohibits Use above are not limited by expiration of this policy.

## D.  Additional Coverages

### 1.  Debris Removal

a.  We will pay your reasonable expense for the removal of:

(1)  Debris of covered property if a Peril Insured Against that applies to the damaged property causes the loss; or

(2)  Ash, dust or particles from a volcanic eruption that has caused direct loss to a building or property contained in a building.

HO 00 06 10 00        **Page 7 of 33**

This expense is included in the limit of liability that applies to the damaged property. If the amount to be paid for the actual damage to the property plus the debris removal expense is more than the limit of liability for the damaged property, an additional 5% of that limit is available for such expense.

b. We will also pay your reasonable expense, up to $1,000, for the removal from the "residence premises" of:

(1) Tree(s) you solely own felled by the peril of Windstorm or Hail or Weight of Ice, Snow or Sleet; or

(2) A neighbor's tree(s) felled by a Peril Insured Against under Coverage C; provided the tree(s) damage(s) a covered structure.

The $1,000 limit is the most we will pay in any one loss regardless of the number of fallen trees. No more than $500 of this limit will be paid for the removal of any one tree.

This coverage is additional insurance.

2. **Reasonable Repairs**

a. We will pay the reasonable cost incurred by you for the necessary measures taken solely to protect covered property that is damaged by a Peril Insured Against from further damage.

b. If the measures taken involve repair to other damaged property, we will only pay if that property is covered under this policy and the damage is caused by a Peril Insured Against. This coverage does not:

(1) Increase the limit of liability that applies to the covered property; or

(2) Relieve you of your duties, in case of a loss to covered property, described in B.4. under Section I – Conditions.

3. **Trees, Shrubs And Other Plants**

We cover trees, shrubs, plants or lawns, you solely own at the location of the "residence premises", for loss caused by the following Perils Insured Against:

a. Fire or Lightning;

b. Explosion;

c. Riot or Civil Commotion;

d. Aircraft;

e. Vehicles not owned or operated by a resident of the "residence premises";

f. Vandalism or Malicious Mischief; or

g. Theft.

We will pay up to 10% of the limit of liability that applies to Coverage C for all trees, shrubs, plants or lawns. No more than $500 of this limit will be paid for any one tree, shrub or plant. We do not cover property grown for "business" purposes.

This coverage is additional insurance.

HO 00 06 10 00                    **Page 8 of 33**

4. **Fire Department Service Charge**

   We will pay up to $500 for your liability assumed by contract or agreement for fire department charges incurred when the fire department is called to save or protect covered property from a Peril Insured Against. We do not cover fire department service charges if the property is located within the limits of the city, municipality or protection district furnishing the fire department response.

   This coverage is additional insurance. No deductible applies to this coverage.

5. **Property Removed**

   We insure covered property against direct loss from any cause while being removed from a premises endangered by a Peril Insured Against and for no more than 30 days while removed.

   This coverage does not change the limit of liability that applies to the property being removed.

6. **Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money**

   a. We will pay up to $500 for:

      (1) The legal obligation of an "insured" to pay because of the theft or unauthorized use of credit cards issued to or registered in an "insured's" name;

      (2) Loss resulting from theft or unauthorized use of an electronic fund transfer card or access device used for deposit, withdrawal or transfer of funds, issued to or registered in an "insured's" name;

      (3) Loss to an "insured" caused by forgery or alteration of any check or negotiable instrument; and

      (4) Loss to an "insured" through acceptance in good faith of counterfeit United States or Canadian paper currency.

      All loss resulting from a series of acts committed by any one person or in which any one person is concerned or implicated is considered to be one loss.

      This coverage is additional insurance. No deductible applies to this coverage.

   b. We do not cover:

      (1) Use of a credit card, electronic fund transfer card or access device:

          (a) By a resident of your household;

          (b) By a person who has been entrusted with either type of card or access device; or

          (c) If an "insured" has not complied with all terms and conditions under which the cards are issued or the devices accessed; or

      (2) Loss arising out of "business" use or dishonesty of an "insured".

   c. If the coverage in a. above applies, the following defense provisions also apply:

HO 00 06 10 00                    Page 9 of 33

(1) We may investigate and settle any claim or suit that we decide is appropriate. Our duty to defend a claim or suit ends when the amount we pay for the loss equals our limit of liability.

(2) If a suit is brought against an "insured" for liability under a.(1) or (2) above, we will provide a defense at our expense by counsel of our choice.

(3) We have the option to defend at our expense an "insured" or an "insured's" bank against any suit for the enforcement of payment under a.(3) above.

### 7. Loss Assessment

a. We will pay up to $1,000 for your share of loss assessment charged during the policy period against you, as owner or tenant of the "residence premises", by a corporation or association of property owners. The assessment must be made as a result of direct loss to property, owned by all members collectively, of the type that would be covered by this policy if owned by you, caused by a Peril Insured Against under Coverage A, other than:

(1) Earthquake; or

(2) Land shock waves or tremors before, during or after a volcanic eruption.

The limit of $1,000 is the most we will pay with respect to any one loss, regardless of the number of assessments. We will only apply one deductible, per unit, to the total amount of any one loss to the property described above, regardless of the number of assessments.

b. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

c. Paragraph P. Policy Period under Section I – Conditions does not apply to this coverage.

This coverage is additional insurance.

### 8. Collapse

a. With respect to this Additional Coverage:

(1) Collapse means an abrupt falling down or caving in of a building or any part of a building with the result that the building or part of the building cannot be occupied for its current intended purpose.

(2) A building or any part of a building that is in danger of falling down or caving in is not considered to be in a state of collapse.

(3) A part of a building that is standing is not considered to be in a state of collapse even if it has separated from another part of the building.

(4) A building or any part of a building that is standing is not considered to be in a state of collapse even if it shows evidence of cracking, bulging, sagging, bending, leaning, settling, shrinkage or expansion.

b. We insure for direct physical loss to covered property involving collapse of a building or any part of a building if the collapse was caused by one or more of the following:

HO 00 06 10 00                    Page 10 of 33

   (1) The Perils Insured Against named under Coverage C;

   (2) Decay that is hidden from view, unless the presence of such decay is known to an "insured" prior to collapse;

   (3) Insect or vermin damage that is hidden from view, unless the presence of such damage is known to an "insured" prior to collapse;

   (4) Weight of contents, equipment, animals or people;

   (5) Weight of rain which collects on a roof; or

   (6) Use of defective material or methods in construction, remodeling or renovation if the collapse occurs during the course of the construction, remodeling or renovation.

  c. Loss to an awning, fence, patio, deck, pavement, swimming pool, underground pipe, flue, drain, cesspool, septic tank, foundation, retaining wall, bulkhead, pier, wharf or dock is not included under b.(2) through (6) above, unless the loss is a direct result of the collapse of a building or any part of a building.

  d. This coverage does not increase the limit of liability that applies to the damaged covered property.

**9. Glass Or Safety Glazing Material**

  a. We cover:

   (1) The breakage of glass or safety glazing material which is part of a building, storm door or storm window and covered under Coverage A;

   (2) The breakage of glass or safety glazing material which is part of a building, storm door or storm window and covered under Coverage A when caused directly by earth movement; and

   (3) The direct physical loss to covered property caused solely by the pieces, fragments or splinters of broken glass or safety glazing material which is part of a building, storm door or storm window.

  b. This coverage does not include loss:

   (1) To covered property which results because the glass or safety glazing material has been broken, except as provided in a.(3) above; or

   (2) To the "residence premises" if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss, except when the breakage results directly from earth movement as provided in a.(2) above. A building being constructed is not considered vacant.

  c. This coverage does not increase the limit of liability that applies to the damaged property.

**10. Ordinance of Law**

  a. You may use up to 10% of the limit of liability that applies to Coverage A for the increased costs you incur due to the enforcement of any ordinance or law which requires or regulates:

HO 00 06 10 00         **Page 11 of 33**

(1) The construction, demolition, remodeling, renovation or repair of that part of property covered under Coverage A damaged by a Peril Insured Against;

(2) The demolition and reconstruction of the undamaged part of property covered under Coverage A, when that property must be totally demolished because of damage by a Peril Insured Against to another part of that property covered under Coverage A; or

(3) The remodeling, removal or replacement of the portion of the undamaged part of property covered under Coverage A necessary to complete the remodeling, repair or replacement of that part of the property covered under Coverage A damaged by a Peril Insured Against.

b. You may use all or part of this ordinance or law coverage to pay for the increased costs you incur to remove debris resulting from the construction, demolition, remodeling, renovation, repair or replacement of property as stated in a. above.

c. We do not cover:

(1) The loss in value to any property covered under Coverage A due to the requirements of any ordinance or law; or

(2) The costs to comply with any ordinance or law which requires any "insured" or others, to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants in or on any property covered under Coverage A.

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This coverage is additional insurance.

**11. Grave Markers**

We will pay up to $5,000 for grave markers, including mausoleums, away from the "residence premises" for loss caused by a Peril Insured Against.

This coverage does not increase the limits of liability that apply to the damaged covered property.

## SECTION I – PERILS INSURED AGAINST

We insure for direct physical loss to the property described in Coverages A and C caused by any of the following perils unless the loss is excluded in Section I – Exclusions.

**1. Fire Or Lightning**

**2. Windstorm Or Hail**

This peril includes loss to watercraft of all types and their trailers, furnishings, equipment, and outboard engines or motors, only while inside a fully enclosed building.

HO 00 06 10 00 Page 12 of 33

041

This peril does not include loss to the inside of a building or the property contained in a building caused by rain, snow, sleet, sand or dust unless the direct force of wind or hail damages the building causing an opening in a roof or wall and the rain, snow, sleet, sand or dust enters through this opening.

3. **Explosion**

4. **Riot Or Civil Commotion**

5. **Aircraft**

   This peril includes self-propelled missiles and spacecraft.

6. **Vehicles**

   This peril does not include loss to a fence, driveway or walk caused by a vehicle owned or operated by a resident of the "residence premises".

7. **Smoke**

   This peril means sudden and accidental damage from smoke, including the emission or puffback of smoke, soot, fumes or vapors from a boiler, furnace or related equipment.

   This peril does not include loss caused by smoke from agricultural smudging or industrial operations.

8. **Vandalism Or Malicious Mischief**

   This peril does not include loss to property which pertains to the "residence premises", and any ensuing loss caused by any intentional and wrongful act committed in the course of the vandalism or malicious mischief, if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss. A building being constructed is not considered vacant.

9. **Theft**

   a. This peril includes attempted theft and loss of property from a known place when it is likely that the property has been stolen.

   b. This peril does not include loss caused by theft:

   (1) Committed by an "insured";

   (2) In or to a "residence premises" under construction, or of materials and supplies for use in the construction until the "residence premises" is finished and occupied;

   (3) From that part of a "residence premises" rented by an "insured" to someone other than another "insured"; or

   (4) That occurs away from the "residence premises" or the location of the "residence premises" of:

   (a) Trailers, semitrailers and campers;

   (b) Watercraft of all types, and their furnishings, equipment and outboard engines or motors; or

HO 00 06 10 00                **Page 13 of 33**

(c) Property while at any other residence owned by, rented to, or occupied by an "insured", except while an "insured" is temporarily living there. Property of an "insured" who is a student is covered while at the residence the student occupies to attend school as long as the student has been there at any time during the 60 days immediately before the loss.

**10. Falling Objects**

This peril does not include loss to the inside of a building or property contained in the building unless the roof or an outside wall of the building is first damaged by a falling object. Damage to the falling object itself is not included.

**11. Weight Of Ice, Snow Or Sleet**

This peril means weight of ice, snow or sleet which causes damage to a building or property contained in a building.

This peril does not include loss to an awning, fence, patio, pavement, swimming pool, foundation, retaining wall, bulkhead, pier, wharf, or dock.

**12. Accidental Discharge Or Overflow Of Water Or Steam**

a. This peril means accidental discharge or overflow of water or steam from within a plumbing, heating, air conditioning or automatic fire protective sprinkler system or from within a household appliance. We also pay to tear out and replace any part of a building or other structure owned solely by you which is covered under Coverage A and at the location of the "residence premises", but only when necessary to repair the system or appliance from which the water or steam escaped. However, such tear out and replacement coverage only applies to other structures if the water or steam causes actual damage to a building owned solely by you at the location of the "residence premises".

b. This peril does not include loss:

(1) To or within the "residence premises", if the building containing the "residence premises" has been vacant for more than 60 consecutive days immediately before the loss. A building being constructed is not considered vacant;

(2) To the system or appliance from which the water or steam escaped;

(3) Caused by or resulting from freezing except as provided in Peril Insured Against 14. Freezing;

(4) To or within the "residence premises" caused by accidental discharge or overflow which occurs away from the building where the "residence premises" is located; or

(5) Caused by mold, fungus or wet rot unless hidden within the walls or ceilings or beneath the floors or above the ceilings of a structure.

c. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

d. Section I – Exclusion 3. Water Damage, Paragraphs a. and c. that apply to surface water and water below the surface of the ground do not apply to loss by water covered under this peril.

HO 00 06 10 00                    **Page 14 of 33**

043

13. **Sudden And Accidental Tearing Apart, Cracking, Burning Or Bulging**

This peril means sudden and accidental tearing apart, cracking, burning or bulging of a steam or hot water heating system, an air conditioning or automatic fire protective sprinkler system, or an appliance for heating water.

This peril does not include loss caused by or resulting from freezing except as provided in Peril Insured Against 14. Freezing below.

14. **Freezing**

   a. This peril means freezing of a plumbing, heating, air conditioning or automatic fire protective sprinkler system or of a household appliance but only if you have used reasonable care to:

   (1) Maintain heat in the building; or

   (2) Shut off the water supply and drain all systems and appliances of water.

   However, if the building is protected by an automatic fire protective sprinkler system, you must use reasonable care to continue the water supply and maintain heat in the "residence premises" for coverage to apply.

   b. In this peril, a plumbing system or household appliance does not include a sump, sump pump or related equipment or a roof drain, gutter, downspout or similar fixtures or equipment.

15. **Sudden And Accidental Damage From Artificially Generated Electrical Current**

This peril does not include loss to tubes, transistors, electronic components or circuitry that are a part of appliances, fixtures, computers, home entertainment units or other types of electronic apparatus.

16. **Volcanic Eruption**

This peril does not include loss caused by earthquake, land shock waves or tremors.

---

### SECTION I – EXCLUSIONS

We do not insure for loss caused directly or indirectly by any of the following. Such loss is excluded regardless of any other cause or event contributing concurrently or in any sequence to the loss. These exclusions apply whether or not the loss event results in widespread damage or affects a substantial area.

1. **Ordinance Or Law**

Ordinance Or Law means any ordinance or law:

   a. Requiring or regulating the construction, demolition, remodeling, renovation or repair of property, including removal of any resulting debris. This Exclusion 1.a. does not apply to the amount of coverage that may be provided for in D.10. Ordinance Or Law under Section I –Property Coverages;

   b. The requirements of which result in a loss in value to property; or

   c. Requiring any "insured" or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, pollutants.

HO 00 06 10 00                    **Page 15 of 33**

Pollutants means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

This Exclusion 1. applies whether or not the property has been physically damaged.

2. **Earth Movement**

   Earth Movement means:

   a. Earthquake, including land shock waves or tremors before, during or after a volcanic eruption;

   b. Landslide, mudslide or mudflow;

   c. Subsidence or sinkhole; or

   d. Any other earth movement including earth sinking, rising or shifting;

   caused by or resulting from human or animal forces or any act of nature unless direct loss by fire or explosion ensues and then we will pay only for the ensuing loss.

   This Exclusion 2. does not apply to loss by theft.

3. **Water Damage**

   Water Damage means:

   a. Flood, surface water, waves, tidal water, overflow of a body of water, or spray from any of these, whether or not driven by wind;

   b. Water or water-borne material which backs up through sewers or drains or which overflows or is discharged from a sump, sump pump or related equipment; or

   c. Water or water-borne material below the surface of the ground, including water which exerts pressure on or seeps or leaks through a building, sidewalk, driveway, foundation, swimming pool or other structure;

   caused by or resulting from human or animal forces or any act of nature.

   Direct loss by fire, explosion or theft resulting from water damage is covered.

4. **Power Failure**

   Power Failure means the failure of power or other utility service if the failure takes place off the "residence premises". But if the failure results in a loss, from a Peril Insured Against on the "residence premises", we will pay for the loss caused by that peril.

5. **Neglect**

   Neglect means neglect of an "insured" to use all reasonable means to save and preserve property at and after the time of a loss.

6. **War**

   War includes the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

HO 00 06 10 00               **Page 16 of 33**

Discharge of a nuclear weapon will be deemed a warlike act even if accidental.

**7. Nuclear Hazard**

This Exclusion 7. pertains to Nuclear Hazard to the extent set forth in **M.** Nuclear Hazard Clause under Section I – Conditions.

**8. Intentional Loss**

Intentional Loss means any loss arising out of any act an "insured" commits or conspires to commit with the intent to cause a loss.

In the event of such loss, no "insured" is entitled to coverage, even "insureds" who did not commit or conspire to commit the act causing the loss.

**9. Governmental Action**

Governmental Action means the destruction, confiscation or seizure of property described in Coverage A or C by order of any governmental or public authority.

This exclusion does not apply to such acts ordered by any governmental or public authority that are taken at the time of a fire to prevent its spread, if the loss caused by fire would be covered under this policy.

---

| SECTION I – CONDITIONS |
|---|

**A. Insurable Interest And Limit Of Liability**

Even if more than one person has an insurable interest in the property covered, we will not be liable in any one loss:

1. To an "insured" for more than the amount of such "insured's" interest at the time of loss; or

2. For more than the applicable limit of liability.

**B. Duties After Loss**

In case of a loss to covered property, we have no duty to provide coverage under this policy if the failure to comply with the following duties is prejudicial to us. These duties must be performed either by you, an "insured" seeking coverage, or a representative of either:

1. Give prompt notice to us or our agent;

2. Notify the police in case of loss by theft;

3. Notify the credit card or electronic fund transfer card or access device company in case of loss under as provided for in **D.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages;

4. Protect the property from further damage. If repairs to the property are required, you must:

   a. Make reasonable and necessary repairs to protect the property; and

   b. Keep an accurate record of repair expenses;

5. Cooperate with us in the investigation of a claim;

HO 00 06 10 00                    **Page 17 of 33**

6. Prepare an inventory of damaged personal property showing the quantity, description, actual cash value and amount of loss. Attach all bills, receipts and related documents that justify the figures in the inventory;

7. As often as we reasonably require:

   a. Show the damaged property;

   b. Provide us with records and documents we request and permit us to make copies; and

   c. Submit to examination under oath, while not in the presence of another "insured", and sign the same;

8. Send to us, within 60 days after our request, your signed, sworn proof of loss which sets forth, to the best of your knowledge and belief:

   a. The time and cause of loss;

   b. The interests of all "insureds" and all others in the property involved and all liens on the property;

   c. Other insurance which may cover the loss;

   d. Changes in title or occupancy of the property during the term of the policy;

   e. Specifications of damaged buildings and detailed repair estimates;

   f. The inventory of damaged personal property described in 6, above;

   g. Receipts for additional living expenses incurred and records that support the fair rental value loss; and

   h. Evidence or affidavit that supports a claim under **D.6.** Credit Card, Electronic Fund Transfer Card Or Access Device, Forgery And Counterfeit Money under Section I – Property Coverages, stating the amount and cause of loss.

**C. Loss Settlement**

Covered property losses are settled as follows:

1. Personal property and grave markers, including mausoleums, at actual cash value at the time of loss but not more than the amount required to repair or replace.

2. Coverage A – Dwelling:

   a. If the damage is repaired or replaced within a reasonable time, at the actual cost to repair or replace;

   b. If the damage is not repaired or replaced within a reasonable time, at actual cash value but not more than the amount required to repair or replace.

   In this provision, the terms "repaired" or "replaced" do not include the increased costs incurred to comply with the enforcement of any ordinance or law, except to the extent that coverage for these increased costs is provided in **D.10.** Ordinance Or Law under Section I – Property Coverages.

HO 00 06 10 00                    Page 18 of 33

D.  **Loss To A Pair Or Set**

In case of loss to a pair or set we may elect to:

1.  Repair or replace any part to restore the pair or set to its value before the loss; or

2.  Pay the difference between actual cash value of the property before and after the loss.

E.  **Appraisal**

If you and we fail to agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will choose a competent and impartial appraiser within 20 days after receiving a written request from the other. The two appraisers will choose an umpire. If they cannot agree upon an umpire within 15 days, you or we may request that the choice be made by a judge of a court of record in the state where the "residence premises" is located. The appraisers will separately set the amount of loss. If the appraisers submit a written report of an agreement to us, the amount agreed upon will be the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will set the amount of loss.

Each party will:

1.  Pay its own appraiser; and

2.  Bear the other expenses of the appraisal and umpire equally.

F.  **Other Insurance And Service Agreement**

1.  If a loss covered by this policy is also covered by:

    a.  Other insurance, except insurance in the name of a corporation or association of property owners, we will pay only the proportion of the loss that the limit of liability that applies under this policy bears to the total amount of insurance covering the loss; or

    b.  A service agreement, except a service agreement in the name of a corporation or association of property owners, this insurance is excess over any amounts payable under any such agreement. Service agreement means a service plan, property restoration plan, home warranty or other similar service warranty agreement, even if it is characterized as insurance.

2.  If, at the time of loss, there is other insurance or a service agreement in the name of a corporation or association of property owners covering the same property covered by this policy, this insurance will be excess over the amount recoverable under such other insurance or service agreement.

G.  **Suit Against Us**

No action can be brought against us unless there has been full compliance with all of the terms under Section I of this policy and the action is started within two years after the date of loss.

H.  **Our Option**

If we give you written notice within 30 days after we receive your signed, sworn proof of loss, we may repair or replace any part of the damaged property with material or property of like kind and quality.

HO 00 06 10 00                    **Page 19 of 33**

**I.  Loss Payment**

We will adjust all losses with you. We will pay you unless some other person is named in the policy or is legally entitled to receive payment. Loss will be payable 60 days after we receive your proof of loss and:

1.  Reach an agreement with you;

2.  There is an entry of a final judgment; or

3.  There is a filing of an appraisal award with us.

**J.  Abandonment Of Property**

We need not accept any property abandoned by an "insured".

**K.  Mortgage Clause**

1.  If a mortgage is named in this policy, any loss payable under Coverage A will be paid to the mortgagee and you, as interests appear. If more than one mortgagee is named, the order of payment will be the same as the order of precedence of the mortgages.

2.  If we deny your claim, that denial will not apply to a valid claim of the mortgagee, if the mortgagee:

    a.  Notifies us of any change in ownership, occupancy or substantial change in risk of which the mortgagee is aware;

    b.  Pays any premium due under this policy on demand if you have neglected to pay the premium; and

    c.  Submits a signed, sworn statement of loss within 60 days after receiving notice from us of your failure to do so. Paragraphs E. Appraisal, G. Suit Against Us and I. Loss Payment under Section I – Conditions also apply to the mortgagee.

3.  If we decide to cancel or not to renew this policy, the mortgagee will be notified at least 10 days before the date cancellation or nonrenewal takes effect.

4.  If we pay the mortgagee for any loss and deny payment to you:

    a.  We are subrogated to all the rights of the mortgagee granted under the mortgage on the property; or

    b.  At our option, we may pay to the mortgagee the whole principal on the mortgage plus any accrued interest. In this event, we will receive a full assignment and transfer of the mortgage and all securities held as collateral to the mortgage debt.

5.  Subrogation will not impair the right of the mortgagee to recover the full amount of the mortgagee's claim.

**L.  No Benefit To Bailee**

We will not recognize any assignment or grant any coverage that benefits a person or organization holding, storing or moving property for a fee regardless of any other provision of this policy.

M. **Nuclear Hazard Clause**

1. "Nuclear Hazard" means any nuclear reaction, radiation, or radioactive contamination, all whether controlled or uncontrolled or however caused, or any consequence of any of these.

2. Loss caused by the nuclear hazard will not be considered loss caused by fire, explosion, or smoke, whether these perils are specifically named in or otherwise included within the Perils Insured Against.

3. This policy does not apply under Section I to loss caused directly or indirectly by nuclear hazard, except that direct loss by fire resulting from the nuclear hazard is covered.

N. **Recovered Property**

If you or we recover any property for which we have made payment under this policy, you or we will notify the other of the recovery. At your option, the property will be returned to or retained by you or it will become our property. If the recovered property is returned to or retained by you, the loss payment will be adjusted based on the amount you received for the recovered property.

O. **Volcanic Eruption Period**

One or more volcanic eruptions that occur within a 72 hour period will be considered as one volcanic eruption.

P. **Policy Period**

This policy applies only to loss which occurs during the policy period.

Q. **Concealment Or Fraud**

We provide coverage to no "insureds" under this policy if, whether before or after a loss, an "insured" has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

R. **Loss Payable Clause**

If the Declarations show a loss payee for certain listed insured personal property, the definition of "insured" is changed to include that loss payee with respect to that property.

If we decide to cancel or not renew this policy, that loss payee will be notified in writing.

---

**SECTION II – LIABILITY COVERAGES**

A. **Coverage E – Personal Liability**

If a claim is made or a suit is brought against an "insured" for damages because of "bodily injury" or "property damage" caused by an "occurrence" to which this coverage applies, we will:

HO 00 06 10 00          **Page 21 of 33**

1. Pay up to our limit of liability for the damages for which an "insured" is legally liable. Damages include prejudgment interest awarded against an "insured"; and

2. Provide a defense at our expense by counsel of our choice, even if the suit is groundless, false or fraudulent. We may investigate and settle any claim or suit that we decide is appropriate. Our duty to settle or defend ends when our limit of liability for the "occurrence" has been exhausted by payment of a judgment or settlement.

B. Coverage F – Medical Payments To Others

We will pay the necessary medical expenses that are incurred or medically ascertained within three years from the date of an accident causing "bodily injury". Medical expenses means reasonable charges for medical, surgical, x-ray, dental, ambulance, hospital, professional nursing, prosthetic devices and funeral services. This coverage does not apply to you or regular residents of your household except "residence employees". As to others, this coverage applies only:

1. To a person on the "insured location" with the permission of an "insured"; or

2. To a person off the "insured location", if the "bodily injury":

   a. Arises out of a condition on the "insured location" or the ways immediately adjoining;

   b. Is caused by the activities of an "insured";

   c. Is caused by a "residence employee" in the course of the "residence employee's" employment by an "insured"; or

   d. Is caused by an animal owned by or in the care of an "insured".

---

**SECTION II – EXCLUSIONS**

A. "Motor Vehicle Liability"

1. Coverages E and F do not apply to any "motor vehicle liability" if, at the time and place of an "occurrence", the involved "motor vehicle":

   a. Is registered for use on public roads or property;

   b. Is not registered for use on public roads or property, but such registration is required by a law, or regulation issued by a government agency, for it to be used at the place of the "occurrence"; or

   c. Is being:

      (1) Operated in, or practicing for, any prearranged or organized race, speed contest or other competition;

      (2) Rented to others;

      (3) Used to carry persons or cargo for a charge; or

      (4) Used for any "business" purpose except for a motorized golf cart while on a golfing facility.

2. If Exclusion A.1. does not apply, there is still no coverage for "motor vehicle liability" unless the "motor vehicle" is:

HO 00 06 10 00                    Page 22 of 33

  a.  In dead storage on an "insured location";

  b.  Used solely to service an "insured's" residence;

  c.  Designed to assist the handicapped and, at the time of an "occurrence", it is:

   (1)  Being used to assist a handicapped person; or

   (2)  Parked on an "insured location";

  d.  Designed for recreational use off public roads and:

   (1)  Not owned by an "insured"; or

   (2)  Owned by an "insured" provided the "occurrence" takes place on an "insured location" as defined in Definitions B.6.a., b., d., e. or h.; or

  e.  A motorized golf cart that is owned by an "insured", designed to carry up to 4 persons, not built or modified after manufacture to exceed a speed of 25 miles per hour on level ground and, at the time of an "occurrence", is within the legal boundaries of:

   (1)  A golfing facility and is parked or stored there, or being used by an "insured" to:

    (a)  Play the game of golf or for other recreational or leisure activity allowed by the facility;

    (b)  Travel to or from an area where "motor vehicles" or golf carts are parked or stored; or

    (c)  Cross public roads at designated points to access other parts of the golfing facility; or

   (2)  A private residential community, including its public roads upon which a motorized golf cart can legally travel, which is subject to the authority of a property owners association and contains an "insured's" residence.

B.  "Watercraft Liability"

 1.  Coverages E and F do not apply to any "watercraft liability" if, at the time of an "occurrence", the involved watercraft is being:

  a.  Operated in, or practicing for, any prearranged or organized race, speed contest or other competition. This exclusion does not apply to a sailing vessel or a predicted log cruise;

  b.  Rented to others;

  c.  Used to carry persons or cargo for a charge; or

  d.  Used for any "business" purpose.

 2.  If Exclusion B.1. does not apply, there is still no coverage for "watercraft liability" unless, at the time of the "occurrence", the watercraft:

  a.  Is stored;

  b.  Is a sailing vessel, with or without auxiliary power, that is:

   (1)  Less than 26 feet in overall length; or

(2)  26 feet or more in overall length and not owned by or rented to an "insured"; or

c.  Is not a sailing vessel and is powered by:

(1)  An inboard or inboard-outdrive engine or motor, including those that power a water jet pump, of:

(a)  50 horsepower or less and not owned by an "insured"; or

(b)  More than 50 horsepower and not owned by or rented to an "insured"; or

(2)  One or more outboard engines or motors with:

(a)  25 total horsepower or less;

(b)  More than 25 horsepower if the outboard engine or motor is not owned by an "insured";

(c)  More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it during the policy period; or

(d)  More than 25 horsepower if the outboard engine or motor is owned by an "insured" who acquired it before the policy period, but only if:

(i)  You declare them at policy inception; or

(ii)  Your intent to insure them is reported to us in writing within 45 days after you acquire them.

The coverages in (c) and (d) above apply for the policy period.

Horsepower means the maximum power rating assigned to the engine or motor by the manufacturer.

C.  **"Aircraft Liability"**

This policy does not cover "aircraft liability".

D.  **"Hovercraft Liability"**

This policy does not cover "hovercraft liability".

E.  **Coverage E – Personal Liability And Coverage F – Medical Payments To Others**

Coverages E and F do not apply to the following:

1.  **Expected Or Intended Injury**

"Bodily injury" or "property damage" which is expected or intended by an "insured" even if the resulting "bodily injury" or "property damage":

a.  Is of a different kind, quality or degree than initially expected or intended; or

b.  Is sustained by a different person, entity, real or personal property, than initially expected or intended.

However, this Exclusion E.1. does not apply to "bodily injury" resulting from the use of reasonable force by an "insured" to protect persons or property;

HO 00 06 10 00                    Page 24 of 33

2. "Business"

   a. "Bodily injury" or "property damage" arising out of or in connection with a "business" conducted from an "insured location" or engaged in by an "insured", whether or not the "business" is owned or operated by an "insured" or employs an "insured".

    This Exclusion E.2. applies but is not limited to an act or omission, regardless of its nature or circumstance, involving a service or duty rendered, promised, owed, or implied to be provided because of the nature of the "business".

   b. This Exclusion E.2. does not apply to:

     (1) The rental or holding for rental of an "insured location";

       (a) On an occasional basis if used only as a residence;

       (b) In part for use only as a residence, unless a single family unit is intended for use by the occupying family to lodge more than two roomers or boarders; or

       (c) In part, as an office, school, studio or private garage; and

     (2) An "insured" under the age of 21 years involved in a part-time or occasional, self-employed "business" with no employees;

3. Professional Services

   "Bodily injury" or "property damage" arising out of the rendering of or failure to render professional services;

4. "Insured's" Premises Not An "Insured Location"

   "Bodily injury" or "property damage" arising out of a premises:

   a. Owned by an "insured";

   b. Rented to an "insured"; or

   c. Rented to others by an "insured";

   that is not an "insured location";

5. War

   "Bodily injury" or "property damage" caused directly or indirectly by war, including the following and any consequence of any of the following:

   a. Undeclared war, civil war, insurrection, rebellion or revolution;

   b. Warlike act by a military force or military personnel; or

   c. Destruction, seizure or use for a military purpose.

   Discharge of a nuclear weapon will be deemed a warlike act even if accidental;

6. Communicable Disease

   "Bodily injury" or "property damage" which arises out of the transmission of a communicable disease by an "insured";

HO 00 06 10 00        **Page 25 of 33**

7. **Sexual Molestation, Corporal Punishment Or Physical Or Mental Abuse**

"Bodily injury" or "property damage" arising out of sexual molestation, corporal punishment or physical or mental abuse; or

8. **Controlled Substance**

"Bodily injury" or "property damage" arising out of the use, sale, manufacture, delivery, transfer or possession by any person of a Controlled Substance as defined by the Federal Food and Drug Law at 21 U.S.C.A. Sections 811 and 812. Controlled Substances include but are not limited to cocaine, LSD, marijuana and all narcotic drugs. However, this exclusion does not apply to the legitimate use of prescription drugs by a person following the orders of a licensed physician.

Exclusions A. "Motor Vehicle Liability", B. "Watercraft Liability", C. "Aircraft Liability", D. "Hovercraft Liability" and E.4. "Insured's" Premises Not An "Insured Location" do not apply to "bodily injury" to a "residence employee" arising out of and in the course of the "residence employee's" employment by an "insured".

F. **Coverage E – Personal Liability**

Coverage E does not apply to:

1. Liability:

   a. For any loss assessment charged against you as a member of an association, corporation or community of property owners, except as provided in D. Loss Assessment under Section II – Additional Coverages;

   b. Under any contract or agreement entered into by an "insured". However, this exclusion does not apply to written contracts:

      (1) That directly relate to the ownership, maintenance or use of an "insured location"; or

      (2) Where the liability of others is assumed by you prior to an "occurrence";

      unless excluded in a. above or elsewhere in this policy;

2. "Property damage" to property owned by an "insured". This includes costs or expenses incurred by an "insured" or others to repair, replace, enhance, restore or maintain such property to prevent injury to a person or damage to property of others, whether on or away from an "insured location";

3. "Property damage" to property rented to, occupied or used by or in the care of an "insured". This exclusion does not apply to "property damage" caused by fire, smoke or explosion;

4. "Bodily injury" to any person eligible to receive any benefits voluntarily provided or required to be provided by an "insured" under any:

   a. Workers' compensation law;

   b. Non-occupational disability law; or

   c. Occupational disease law;

HO 00 06 10 00                    **Page 26 of 33**

5. "Bodily injury" or "property damage" for which an "insured" under this policy:

    a. Is also an insured under a nuclear energy liability policy issued by the:

        (1) Nuclear Energy Liability Insurance Association;

        (2) Mutual Atomic Energy Liability Underwriters;

        (3) Nuclear Insurance Association of Canada;

        or any of their successors; or

    b. Would be an insured under such a policy but for the exhaustion of its limit of liability; or

6. "Bodily injury" to you or an "insured" as defined under Definitions 5.a. or b.

    This exclusion also applies to any claim made or suit brought against you or an "insured":

    a. To repay; or

    b. Share damages with;

    another person who may be obligated to pay damages because of "bodily injury" to an "insured".

**G. Coverage F – Medical Payments To Others**

Coverage F does not apply to "bodily injury":

1. To a "residence employee" if the "bodily injury":

    a. Occurs off the "insured location"; and

    b. Does not arise out of or in the course of the "residence employee's" employment by an "insured";

2. To any person eligible to receive benefits voluntarily provided or required to be provided under any:

    a. Workers' compensation law;

    b. Non-occupational disability law; or

    c. Occupational disease law;

3. From any:

    a. Nuclear reaction;

    b. Nuclear radiation; or

    c. Radioactive contamination;

    all whether controlled or uncontrolled or however caused; or

    d. Any consequence of any of these; or

4. To any person, other than a "residence employee" of an "insured", regularly residing on any part of the insured location".

---

### SECTION II – ADDITIONAL COVERAGES

We cover the following in addition to the limits of liability:

**A. Claim Expenses**

We pay:

1. Expenses we incur and costs taxed against an "insured" in any suit we defend;

2. Premiums on bonds required in a suit we defend, but not for bond amounts more than the Coverage E limit of liability. We need not apply for or furnish any bond;

3. Reasonable expenses incurred by an "insured" at our request, including actual loss of earnings (but not loss of other income) up to $250 per day, for assisting us in the investigation or defense of a claim or suit; and

4. Interest on the entire judgment which accrues after entry of the judgment and before we pay or tender, or deposit in court that part of the judgment which does not exceed the limit of liability that applies.

**B. First Aid Expenses**

We will pay expenses for first aid to others incurred by an "insured" for "bodily injury" covered under this policy. We will not pay for first aid to an "insured".

**C. Damage To Property Of Others**

1. We will pay, at replacement cost, up to $1,000 per "occurrence" for "property damage" to property of others caused by an "insured".

2. We will not pay for "property damage":

   a. To the extent of any amount recoverable under Section I;

   b. Caused intentionally by an "insured" who is 13 years of age or older;

   c. To property owned by an "insured";

   d. To property owned by or rented to a tenant of an "insured" or a resident in your household; or

   e. Arising out of:

      (1) A "business" engaged in by an "insured";

      (2) Any act or omission in connection with a premises owned, rented or controlled by an "insured", other than the "insured location"; or

      (3) The ownership, maintenance, occupancy, operation, use, loading or unloading of aircraft, hovercraft, watercraft or "motor vehicles".

      This exclusion e.(3) does not apply to a "motor vehicle" that:

      (a) Is designed for recreational use off public roads;

      (b) Is not owned by an "insured"; and

      (c) At the time of the "occurrence", is not required by law, or regulation issued by a government agency, to have been registered for it to be used on public roads or property.

D. **Loss Assessment**

   1. We will pay up to $1,000 for your share of loss assessment charged against you, as owner or tenant of the "residence premises", during the policy period by a corporation or association of property owners, when the assessment is made as a result of:

      a. "Bodily injury" or "property damage" not excluded from coverage under Section II – Exclusions; or

      b. Liability for an act of a director, officer or trustee in the capacity as a director, officer or trustee, provided such person:

         (1) Is elected by the members of a corporation or association of property owners; and

         (2) Serves without deriving any income from the exercise of duties which are solely on behalf of a corporation or association of property owners.

   2. Paragraph I. Policy Period under Section II – Conditions does not apply to this Loss Assessment Coverage.

   3. Regardless of the number of assessments, the limit of $1,000 is the most we will pay for loss arising out of:

      a. One accident, including continuous or repeated exposure to substantially the same general harmful condition; or

      b. A covered act of a director, officer or trustee. An act involving more than one director, officer or trustee is considered to be a single act.

   4. We do not cover assessments charged against you or a corporation or association of property owners by any governmental body.

| SECTION II – CONDITIONS |
|:---:|

A. **Limit Of Liability**

Our total liability under Coverage E for all damages resulting from any one "occurrence" will not be more than the Coverage E limit of liability shown in the Declarations. This limit is the same regardless of the number of "insureds", claims made or persons injured. All "bodily injury" and "property damage" resulting from any one accident or from continuous or repeated exposure to substantially the same general harmful conditions shall be considered to be the result of one "occurrence".

Our total liability under Coverage F for all medical expense payable for "bodily injury" to one person as the result of one accident will not be more than the Coverage F limit of liability shown in the Declarations.

B. **Severability Of Insurance**

This insurance applies separately to each "insured". This condition will not increase our limit of liability for any one "occurrence".

HO 00 06 10 00           **Page 29 of 33**

**C. Duties After "Occurrence"**

In case of an "occurrence", you or another "insured" will perform the following duties that apply. We have no duty to provide coverage under this policy if your failure to comply with the following duties is prejudicial to us. You will help us by seeing that these duties are performed:

1. Give written notice to us or our agent as soon as is practical, which sets forth:

   a. The identity of the policy and the "named insured" shown in the Declarations;

   b. Reasonably available information on the time, place and circumstances of the "occurrence"; and

   c. Names and addresses of any claimants and witnesses;

2. Cooperate with us in the investigation, settlement or defense of any claim or suit;

3. Promptly forward to us every notice, demand, summons or other process relating to the "occurrence";

4. At our request, help us:

   a. To make settlement;

   b. To enforce any right of contribution or indemnity against any person or organization who may be liable to an "insured";

   c. With the conduct of suits and attend hearings and trials; and

   d. To secure and give evidence and obtain the attendance of witnesses;

5. With respect to **C. Damage To Property Of Others** under Section II – Additional Coverages, submit to us within 60 days after the loss, a sworn statement of loss and show the damaged property, if in an "insured's" control;

6. No "insured" shall, except at such "insured's" own cost, voluntarily make payment, assume obligation or incur expense other than for first aid to others at the time of the "bodily injury".

**D. Duties Of An Injured Person – Coverage F – Medical Payments To Others**

1. The injured person or someone acting for the injured person will:

   a. Give us written proof of claim, under oath if required, as soon as is practical; and

   b. Authorize us to obtain copies of medical reports and records.

2. The injured person will submit to a physical exam by a doctor of our choice when and as often as we reasonably require.

**E. Payment Of Claim – Coverage F – Medical Payments To Others**

Payment under this coverage is not an admission of liability by an "insured" or us.

**F. Suit Against Us**

1. No action can be brought against us unless there has been full compliance with all of the terms under this Section II.

HO 00 06 10 00                    Page 30 of 33

2. No one will have the right to join us as a party to any action against an "insured".

3. Also, no action with respect to Coverage E can be brought against us until the obligation of such "insured" has been determined by final judgment or agreement signed by us.

**G. Bankruptcy Of An "Insured"**

Bankruptcy or insolvency of an "insured" will not relieve us of our obligations under this policy.

**H. Other Insurance**

This insurance is excess over other valid and collectible insurance except insurance written specifically to cover as excess over the limits of liability that apply in this policy.

**I. Policy Period**

This policy applies only to "bodily injury" or "property damage" which occurs during the policy period.

**J. Concealment Or Fraud**

We do not provide coverage to an "insured" who, whether before or after a loss, has:

1. Intentionally concealed or misrepresented any material fact or circumstance;

2. Engaged in fraudulent conduct; or

3. Made false statements;

relating to this insurance.

## SECTIONS I AND II – CONDITIONS

**A. Liberalization Clause**

If we make a change which broadens coverage under this edition of our policy without additional premium charge, that change will automatically apply to your insurance as of the date we implement the change in your state, provided that this implementation date falls within 60 days prior to or during the policy period stated in the Declarations.

This Liberalization Clause does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

1. A subsequent edition of this policy; or

2. An amendatory endorsement.

**B. Waiver Or Change Of Policy Provisions**

A waiver or change of a provision of this policy must be in writing by us to be valid. Our request for an appraisal or examination will not waive any of our rights.

**C. Cancellation**

1. You may cancel this policy at any time by returning it to us or by letting us know in writing of the date cancellation is to take effect.

HO 00 06 10 00                    **Page 31 of 33**

2. We may cancel this policy only for the reasons stated below by letting you know in writing of the date cancellation takes effect. This cancellation notice may be delivered to you, or mailed to you at your mailing address shown in the Declarations. Proof of mailing will be sufficient proof of notice.

    a. When you have not paid the premium, we may cancel at any time by letting you know at least 10 days before the date cancellation takes effect.

    b. When this policy has been in effect for less than 60 days and is not a renewal with us, we may cancel for any reason by letting you know at least 10 days before the date cancellation takes effect.

    c. When this policy has been in effect for 60 days or more, or at any time if it is a renewal with us, we may cancel:

       (1) If there has been a material misrepresentation of fact which if known to us would have caused us not to issue the policy; or

       (2) If the risk has changed substantially since the policy was issued.

       This can be done by letting you know at least 30 days before the date cancellation takes effect.

    d. When this policy is written for a period of more than one year, we may cancel for any reason at anniversary by letting you know at least 30 days before the date cancellation takes effect.

3. When this policy is canceled, the premium for the period from the date of cancellation to the expiration date will be refunded pro rata.

4. If the return premium is not refunded with the notice of cancellation or when this policy is returned to us, we will refund it within a reasonable time after the date cancellation takes effect.

**D. Nonrenewal**

We may elect not to renew this policy. We may do so by delivering to you, or mailing to you at your mailing address shown in the Declarations, written notice at least 30 days before the expiration date of this policy. Proof of mailing will be sufficient proof of notice.

**E. Assignment**

Assignment of this policy will not be valid unless we give our written consent.

**F. Subrogation**

An "insured" may waive in writing before a loss all rights of recovery against any person. If not waived, we may require an assignment of rights of recovery for a loss to the extent that payment is made by us.

If an assignment is sought, an "insured" must sign and deliver all related papers and cooperate with us.

Subrogation does not apply to Coverage F or Paragraph C. Damage To Property Of Others under Section II – Additional Coverages.

HO 00 06 10 00           **Page 32 of 33**

**G. Death**

If any person named in the Declarations or the spouse, if a resident of the same household, dies, the following apply:

1. We insure the legal representative of the deceased but only with respect to the premises and property of the deceased covered under the policy at the time of death; and

2. "Insured" includes:

   a. An "insured" who is a member of your household at the time of your death, but only while a resident of the "residence premises"; and

   b. With respect to your property, the person having proper temporary custody of the property until appointment and qualification of a legal representative.

The Company providing this insurance is the member of The Hartford Financial Services Group, Inc. designated in the Declarations (a stock insurance company.) The Company has caused this policy to be signed by its President and by a Secretary, but this policy shall not be binding unless countersigned on the Declarations by a duly authorized agent of the Company.

Brian S. Becker,
Secretary

David Zwiener,
President