UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DEAN and DAWN AMATO, individually, and
on behalf of all others similarly situated,
[ADDITIONAL PLAINTIFFS LISTED ON
SCHEDULE OF PLAINTIFFS, ATTACHED
HERETO AS EXHIBIT A],

        Plaintiffs,

v.

LIBERTY MUTUAL INSURANCE
COMPANY [ADDITIONAL DEFENDANTS
LISTED ON SCHEDULE OF DEFENDANTS,
ATTACHED HERETO AS EXHIBIT B],

        Defendants.

CASE NO.: 10-932

CLASS ACTION COMPLAINT

JURY TRIAL DEMAND

LORETTA G. WHYTE

---

## PLAINTIFFS' AMENDED OMNIBUS CLASS ACTION COMPLAINT (V)

Pursuant to Federal Rule of Civil Procedure 23, the class representatives in this action bring

suit on behalf of themselves and all other similarly situated owners and residents of real property

containing Chinese manufactured drywall that was designed, manufactured, imported, distributed,

delivered, supplied, marketed, inspected, installed, or sold by the Insured Defendants, as defined

herein. In order to accomplish an effective class structure, each of the class representatives is

pursuing a nationwide class action against the manufacturer(s) of the Chinese manufactured drywall

located in plaintiffs' homes, as set forth in *Payton, et al. v. Knauf Gips KG, et al.*, No. 09-7628 (E.D.

La.) (Omni I); *Wiltz, et al. v. Beijing New Building Materials Public Limited Co., et al.*, No. 10-361

(E.D. La.) (Omni II); *Benes, et al. v. Knauf Gips KG, et al.*, No. 09-6690 (E.D. La.) (Omni III);

*Rogers, et al. v. Knauf Gips KG, et al.*, No. 10-362 (E.D. La.) (Omni IV) (the "National Class

1

Fee _____
Process _____
x Dktd _____
CtRmDep _____
Doc. No. _____

EXHIBIT
tabbies'
B

Actions"). Subordinate to the National Class Actions, the identified class representatives are participating in subclasses asserting this Declaratory Judgment Action pursuant to 28 U.S.C. § 2201 seeking a declaration mandating coverage by the respective Insurance Company Defendants for all damages and remedies under the pertinent insurance policies for which the distributors, suppliers, importers, exporters, brokers, builders, developers, contractors, and installers (the "Insured Defendants") for whom the Plaintiffs have standing are liable (class and subclass members shall be collectively referred to herein as "Class Members"). In addition, the identified plaintiffs file this Direct Action pursuant to Louisiana Revised Statute 22:1269.

## JURISDICTION, PARTIES, AND VENUE

1. Original jurisdiction of this Court exists by virtue of 28 U.S.C. §1332(d)(2) and the Class Action Fairness Act ("CAFA"). *See* 28 U.S.C. § 1711, *et seq.* The Plaintiffs and certain of the Defendants in these actions are citizens of different states and the amounts in controversy in these actions exceed five million dollars ($5,000,000.00), exclusive of interest and costs. In addition, this is an action for declaratory judgment pursuant to Rule 57 of the Federal Rules of Civil Procedure and 28 U.S.C § 2201 to declare rights surrounding questions of actual controversy that exist between the Plaintiffs and the Defendants.

2. For each subclass, the Court has original jurisdiction under CAFA and/or supplemental jurisdiction under 28 U.S.C. § 1367.

3. Venue in this district satisfies the requirements of 28 U.S.C. §1391(b)(1)-(2) and (c) because Plaintiffs and a significant number of the absent class members reside in this jurisdiction and a substantial amount of the events and occurrences giving rise to these claims occurred in this District, or a substantial part of the property that is the subject of this action is situated in this district.

Upon information and belief, the insurance defendants are subject to personal jurisdiction in this district and/or are authorized to sell insurance in Louisiana, and/or do sell insurance in Louisiana. Venue is otherwise appropriate in this district consistent with 28 U.S.C. § 1407 and the June 15, 2009 Transfer Order of the Judicial Panel on Multidistrict Litigation ("JPML"). *See In re: Chinese-Manufactured Drywall Products Liability Litigation*, 626 F. Supp. 2d 1346 (J.P.M.L. Jun. 15, 2009).

## PLAINTIFFS

4. For purposes of clarity, Plaintiffs are asserting claims on behalf of all owners and residents of the subject properties, including but not limited to, minors and other residents of the properties who do not appear herein as named plaintiffs.

5. Unless specifically stated to the contrary, all Plaintiffs are citizens of the state where they reside and all entities are citizens of the state where they are organized. Alternatively, all entities are citizens of the state of their principal place of business and/or of the state where the subject property is located.

6. Plaintiff, 1100 Valencia LLC is a Florida corporation with its principal place of business at 1100 Valencia Avenue, Coral Gables, Florida 33134. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

7. Plaintiffs, Christine and Robert Akers are citizens of Florida and own real property located at 11019 Carrara Court #201, Bonita Springs, Florida 34135. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

8. Plaintiff, Alicia Alava is a citizen of Florida and owns real property located at 3860 72nd

3

Avenue, NE, Naples, Florida 34120. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9. Plaintiff, Carol Albano is a citizen of Florida and owns real property located at 1401 NW 36th Way, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

10. Plaintiffs, Nevinsthon and Marlen Alcindor are citizens of Florida and own real property located at 1938 SE 22 Court, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11. Plaintiffs, Emily and Rufus Alldredge are citizens of Mississippi and own real property located at 23554 Woodland Way, Pass Christian, Mississippi 39571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

12. Plaintiffs, Andrew and Nicole Allen are citizens of Louisiana and own real property located at 3704 Clifford Drive, Metairie, Louisiana 70002. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

13. Plaintiffs, Philip and Clarine Allen are citizens of Virginia and own real property located at 907 Eastfield Lane, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint

4

which are incorporated herein by reference.

14. Plaintiff, Lana Alonzo is a citizen of Louisiana and owns real property located at 3205 Maureen Lane, Meraux, Louisiana 70075. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

15. Plaintiffs, Dean and Dawn Amato are citizens of Louisiana and own real property located at 18615 Bellingrath Lakes Greenwell Springs, Louisiana 70739. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

16. Plaintiffs, Lester and Catherine Arnaud are citizens of Louisiana and own real property located at 17504 Rosemont Drive, Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

17. Plaintiffs, Sandra and Gino Ameneiro are citizens of Florida and own real property located at 2239 SE 19th Avenue, Homestead, Florida 33035. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

18. Plaintiff, Amy Louise Amerson is a citizen of Louisiana and owns real property located at 1205 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

19. Plaintiffs, Chris and Lilah Ancira are citizens of Louisiana and own real property located

5

at 110 Pine Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

20. Plaintiffs, Thomas G. and Nicole P. Anders are citizens of Louisiana and own real property located at 2042 High Pointe, Zachary, Louisiana 70791. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21. Plaintiff, Alexander Anderson is a citizen of Virginia and owns real property located at 309 Preservation Reach, Chesapeake, Virginia 23320. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

22. Plaintiffs, Shawnree and John Anderson are citizens of Louisiana and own real property located at 601 Autumn Wind Lane, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

23. Plaintiffs, Joe and Delma Anello are citizens of Virginia and own real property located at 3957 Border Way, Virginia Beach, Virginia 23456. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

24. Plaintiff, Antilles Vero Beach, LLC, c/o Ironwood Development owns real property located at 3300 Antilles Lance, Vero Beach, Florida 32967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint

6

which are incorporated herein by reference.

25. Plaintiffs, Steven and Anja Archer are citizens of Georgia and own real property located at 2832 St. Barts Square, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

26. Plaintiffs, Everiste and Lizette Arsenaux are citizens of Louisiana and own real property located at 40145 Taylor Trail, Unit 901, Slidell, Louisiana 70461. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

27. Plaintiffs, Issa and Noha Asad are citizens of Florida and own real property located at 12767 Equestrian Trail, Davie, Florida 33330. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

28. Plaintiffs, Taddarreio and Mattea Atkins are citizens of Virginia and own real property located at 955 Hollymeade Circle, Newport News, Virginia 23602. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

29. Plaintiff, Roger Atwell is a citizen of Virginia and owns real property located at 5516 Brixton Road Williamsburg, Virginia 23185. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

30. Plaintiff, Suely Auerbach is a citizen of Florida and owns real property located at 3598

NW 14th Court, Lauderhill, Florida 33331. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

31. Plaintiff, John Austin is a citizen of Florida and owns real property located at 9318 River Rock Lane, Riverview, Florida 33578. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

32. Plaintiffs, Charles and Mary Back are citizens of Florida and own real property located at 1215 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

33. Plaintiff, Andrea Baginski is a citizen of Florida and owns real property located at 20095 Larino Loop, Estero, Florida 33928. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

34. Plaintiff, Gerald Bagley  is located in Florida and owns real property located at 504 Loretto Avenue, Coral Gables, Florida 33146. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

35. Plaintiffs, Kirenia and Jorge Balan are citizens of Florida and own real property located at 14817 SW 161 Street, Miami, Florida 33187. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are

8

incorporated herein by reference.

36. Plaintiff, Aurora Barcia is a resident of Florida and owns real property located at 6119 NW Densaw Terrace, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

37. Plaintiffs, Regine and John Barlow are citizens of Louisiana and own real property located at 2644 Pelican Bay Blvd., Marrero, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

38. Plaintiffs, John and Heather Barone are citizens of Louisiana and own real property located at 297 Rue Piper, Slidell, Louisiana 70461. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

39. Plaintiffs, Fernando and Barbara Barragan are residents of Florida and together own real property located at 8935 SW 228th Lane, Cutler Bay, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

40. Plaintiffs, Antoine and Nicole Barreca are citizens of Louisiana and own real property located at 2102 A and B Muster Blvd., Chalmette, Louisiana 70043 and 3807 Jupiter Drive, Chalmette, Louisiana 70043. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

9

41. Plaintiff, Corinne Barreca is a citizen of Louisiana and owns real property located at 302 E. Celestine Street, Chalmette, Louisiana 70043 and 304 E. Celestine Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

42. Plaintiffs, Clarence and Marion Barrow are citizens of Louisiana and own real property located at 3170 St. Bernard Avenue, New Orleans, Lousiana 70119. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

43. Plaintiff, Nilda Bello de Bachek is a citizen of Florida and owns real property located at 10757 NW 81 Lane, Doral, Florida 33178. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

44. Plaintiffs, Jack and Claire Benjamin are citizens of Louisiana and own real property located at 12 Pelham, Metairie, Louisiana 70005. Plaintiffs are participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

45. Plaintiffs, Keith and Elizabeth Berry are citizens of Virginia and own real property located at 607 Mansion Road Yorktown, Virginia 23693. Plaintiffs are participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

46. Plaintiffs, Virgil and Mary Bettencourt are citizens of Mississippi and own real property located at 23473 Woodland Way, Pass Christian, Mississippi 39571. Plaintiffs are participating as

10

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

47. Plaintiffs, Walter and Tracey Bilski are citizens of Pennsylvania and own real property located at 99 Vivante Boulevard, #9936, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

48. Plaintiffs, Suresh and Oma Bissoon are citizens of Florida and own real property located at 1056 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

49. Plaintiff, Angeles Blalock is a citizen of Louisiana and owns real property located at 3400 Napoleon Avenue, New Orleans, Louisiana 70125. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

50. Plaintiffs, Andrew and Ina Bloom are citizens of Florida and own real property located at 17847 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

51. Plaintiffs, John and Rachelle Blue are citizens of Louisiana and own real property located at 422 28th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

11

52. Plaintiff, Wavi Lee Bonnecarrere is a citizen of Louisiana and owns real property located at 40145 Taylor Trail, Apt. 1005, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

53. Plaintiff, Neil Boothe is a citizen of Georgia and owns real property located at 483 Tranquill Drive, Winder, Georgia 30680. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

54. Plaintiff, Edwin Boquet is a citizen of Louisiana and owns real property located at 17454 Rosemont Drive, Prairieville, LA 70769. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

55. Plaintiffs, Barry and Mary Borne are citizens of Louisiana and own real property located at 1217 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

56. Plaintiff, Carol Borne is a citizen of Louisiana and owns real property located at 835 Montgomery Street, Mandeville, Louisiana 70448. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

57. Plaintiffs, Donna M. Borrello and Thomas W. Stallings are citizens of Louisiana and own real property located at 5939 Argonne Blvd, New Orleans, Louisiana 70124. Plaintiffs are

12

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

58. Plaintiff, Virginia R. Boudreaux is a citizen of Louisiana and owns real property located at 209 Cottage Green Lane, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

59. Plaintiff, Brenda Bound is a citizen of Florida and owns real property located at 112 Jackson Street, Lake Placid, Florida 33862. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

60. Plaintiff, Lucille Bourdon is a citizen of Louisiana and owns real property located at 15074 Pamela Drive, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

61. Plaintiffs, Richard and Gail Bourgeois are citizens of Louisiana and own real property located at 10968 Shoreline Drive, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

62. Plaintiffs, Don Boutte and Michael Robinson are citizens of Louisiana and own real property located at 11051 Shoreline Drive, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

13

63. Plaintiffs, Kevin and Roxann Boxe are citizens of Florida and own real property located at 1104 Northwest Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

64. Plaintiffs, Jimmy and Louise Bradley are citizens of Louisiana and own real property located at 19405 Kelly Wood Court, Baton Rouge, Louisiana 70809. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

65. Plaintiff, Judy Braithwaite is a citizen of Florida and owns real property located at NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

66. Plaintiff, Holly Braselman is a citizen of Louisiana and owns real property located at 1206 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

67. Plaintiffs, Kevin and Jennifer Brazon are citizens of Florida and own real property located at 9326 River Rock Lane, Riverview, Florida 33569. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

68. Plaintiffs, John and Barbara Brennan are residents of Florida and together own real property located at 875 39th Avenue Northwest, Naples, Florida 34120. Plaintiffs are participating

14

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

69.   Plaintiffs, I.D., III and Sonia Brewton are citizens of Florida and own real property located at 8804 Jernigan Road, Pensacola, Florida 32514.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70.   Plaintiffs, Wilton and Rita Brian are citizens of Louisiana and own real property located at 18523 Bellingrath Lakes, Greenwell Springs, Louisiana 70739. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

71.   Plaintiffs, David and Heather Bronaugh are citizens of Louisiana and own real property located at 2323 Sunset Boulevard, Slidell, Louisiana 70461.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

72.   Plaintiffs, Ada and Hillary Brown are citizens of Louisiana and own real property located at 812 Cole Ct., Covington, Louisiana 70433.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

73.   Plaintiff, Judalyne Brown is a resident of Florida and owns real property located at 1414 SE Ladner Street, Port St. Lucie, Florida 34983.   Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74. Plaintiffs, Ollie and Andriene Brumfield are citizens of Louisiana and own real property located at 608 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

75. Plaintiffs, Jules and Barbara Burke are citizens of Louisiana and own real property located at 1744 Ashland Ave., Zachary, Louisiana 70791. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

76. Plaintiffs, Richard and Rebecca Burke are citizens of Florida and own real property located at 4551 Mapletree Loop, Wesley Chapel, Florida 33544. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

77. Plaintiffs, James and Joycelyn Butler are citizens of Louisiana and own real property located at 5720 Wright Road, New Orleans, Louisiana 70128. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

78. Plaintiffs, Darren and Tracy Buxton are citizens of Louisiana and own real property located at 4331 Wilderness Run, Zachary, Louisiana 70791. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

79. Plaintiff, Gertrude Byrne is a citizen of Florida and owns real property located at 17926 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiff is participating as a class representative

16

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

80. Plaintiffs, Gary and Michelle Callais are citizens of Louisiana and own real property located at 14 Callais Lane, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

81. Plaintiff, Christine Cameron is a citizen of Florida and owns real property located at 2885 St. Bart's Square, Vero Beach, Florida 32967. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

82. Plaintiffs, Thomas and Kelli Campbell are citizens of Florida and own real property located at 25504 Antler Street, Christmas, Florida 32709. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

83. Plaintiffs, Honore and Elaine Canty are citizens of Louisiana and own real property located at 2785 Hwy 39, Braithwaite, Louisiana 70040. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

84. Plaintiff, Lisa Carciato is a citizen of Florida and owns real property located at 13471 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

17

85. Plaintiff, Cindy Carrol is a citizen of Louisiana and owns real property located at 1220 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

86. Plaintiff, Daniel Carter is a citizen of Louisiana and owns real property located at 4105 Catherine Avenue, Metairie, Louisiana 70001. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

87. Plaintiff, Hugh Casey is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

88. Plaintiffs, Jordan and Brande Cassagne are citizens of Louisiana and own real property located at 209 Place Street Jean, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

89. Plaintiffs, Jesse and Angela Cassard are citizens of Louisiana and own real property located at 1768 Ashland Drive, Louisiana 70791. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

90. Plaintiff, Carolyn Cathcart is a citizen of Louisiana and owns real property located at 132 Timberwood Drive, Madisonville, Louisiana 70447. Plaintiff is participating as a class

18

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

91. Plaintiffs, Ronald and Sharon Ceruti are citizens of Louisiana and own real property located at 745 Spring Thyme, Belle Chasse, Louisiana 70037. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

92. Plaintiffs, Funell and Gail Chatman are citizens of Louisiana and own real property located at 4918 Bancroft Dr., New Orleans, Louisiana 70117. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

93. Plaintiffs, Bertoule and Joan Cheramie are citizens of Louisiana and own real property located at 266 Carriage Pines, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

94. Plaintiffs, Kevin and Karen Chiappetta are citizens of Louisiana and own real property located at 727 Arctic Fox Run, Madisonville, Louisiana 70447. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

95. Plaintiff, Lily Rose Chutz is a citizen of Louisiana and owns real property located at 40145 Taylor's Trail #905, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

96. Plaintiffs, Randy and Lisa Clague are citizens of Louisiana and own real property located at 4416 Halter Lane, Hammond, Louisiana 70403. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

97. Plaintiff, Carolyn Clark is a citizen of Louisiana and owns real property located at 2025 Fernando Court, Marrero, LA 70072. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

98. Plaintiff, Carol Cohen is a citizen of Florida and owns real property located at 15586 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

99. Plaintiffs, Richard and Susan Colby, Nathan Jordan and Florette Nickens are citizens of Louisiana and own real property located at 16347 Highway 931, Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

100. Plaintiffs, John and Brenda Collins are residents of Louisiana and together own real property located at 69271 3rd Avenue, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

101. Plaintiffs, Formica Conrad and Crystal Fayard are citizens of Mississippi and own real property located at 3216 Rachael Lane, Ocean Springs, Mississippi 39564. Plaintiffs are

107. Plaintiffs, Sidney and Diane Cotlar are citizens of Louisiana and own real property located at 4532 Transcontinental Drive, Metairie, Louisiana 70006. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

108. Plaintiffs, Monique and Elaine Crawford are citizens of Florida and own real property located at 3609 NW 14th Court, Lauderhill, Florida 33311. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

109. Plaintiff, Jacqueline Cucci is a citizen of New York and owns real property located at 1038 North West Leonardo Circle, Port Saint Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

110. Plaintiffs, Dennis and Susan Cunningham are citizens of Louisiana and own real property located at 288 Penn Mill Lakes Blvd., Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

111. Plaintiffs, Harry and Melissa Darby are citizens of Louisiana and own real property located at 623 Bellingrath Lane, Slidell, Louisiana 70453. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

112. Plaintiffs, Valliere and Margaret Dauterive and Ann Dauterive Savoy are citizens of Louisiana and own real property located at 1209 Rue Degas, Mandeville, Louisiana 70471. Plaintiffs

are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

113. Plaintiffs, Rosibel and Brian De Los Santos are citizens of Florida and own real property located at 973 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

114. Plaintiff, Charlotte Dejan is a citizen of Louisiana and owns real property located at 4635 Evangeline Street, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

115. Plaintiffs, Leroy and Ann Dejan are citizens of Louisiana and own real property located at 4624 Chantilly Drive, New Orleans, Louisiana 70127. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

116. Plaintiffs, Patrick and Kathleen Dennis are citizens of Louisiana and own real property located at 517 Snead Court, Slidell, Louisiana 70458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

117. Plaintiffs, Mr. Douglas Diez, as agent/member for Pelican Point Properties, L.L.C. and Pelican Point Properties, L.L.C. own real property located at 5400 Courtyard Drive, Gonzales, LA 70737; 6127 Royal Palms Ct., Gonzales, Louisiana 70737; 40002 Champion Tif East, Gonzales, Louisiana 70737; 40008 Champion Tif East, Gonzales, Louisiana 70737; 40001 Champion Tif East,

23

Gonzales, Louisiana 70737. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

118. Plaintiff, Juanita DiMaggio is a citizen of Louisiana and owns real property located at 40145 Taylor's Trail, #902, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

119. Plaintiffs, Rodney and Geraldine Dinette are citizens of Louisiana and own real property located at 573 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

120. Plaintiffs, Patrick Dinitto and Hevanilson Magalhaes are citizens of Massachusetts and own real property located at 28474 Altessa Way, Unit 102, Bonita Springs, Florida 34135. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

121. Plaintiffs, Dale and Beverly Dodge are citizens of Florida and own real property located at 3632 101st Avenue East, Parrish, Florida 34219. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

122. Plaintiffs, Patrick and Tina Donahoe are citizens of Louisiana and own real property located at 106 Mary Kate Court, Montz, Louisiana 70068. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint

which are incorporated herein by reference.

123. Plaintiffs, Malcom and Kelli Donaldson are citizens of Louisiana and own real property located at 293 Penn Mill Lakes Blvd., Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

124. Plaintiffs, Jill Donaldson and Jared Oertling are citizens of Louisiana and own real property located at 18 Log Cabin Lane, Pearl River, Louisiana 70452. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

125. Plaintiff, Glenda F. Dorsey is a citizen of Louisiana and owns real property located at 39085 Pirougue Avenue, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

126. Plaintiffs, Christopher and Kimberly Duhon are citizens of Louisiana and own real property located at 17496 Rosemont Dr., Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

127. Plaintiffs, Ross and Marlo Dupre are citizens of Louisiana and own real property located at 2063 Rosedale Road, Port Allen, Louisiana 70767. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

128. Plaintiffs, Cullen and Mary Dupuy are citizens of Louisiana and own real property

25

located at 15246 Campanile Court, Baton Rouge, Louisiana 70810. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

129. Plaintiffs, Scott and Heather Durham are citizens of Louisiana and own real property located at 4329 Tupello Street, Baton Rouge, Louisiana 70808. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

130. Plaintiffs, Barry and Denise Durrance are citizens of Florida and own real property located at 18030 Driftwood Lane, Lutz, Florida 33558. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

131. Plaintiff, Rick L. Edmonds is a citizen of Virginia and owns real property located at 801 Holly Street, Richmond, Virginia 23220. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

132. Plaintiffs, Michelle and Giancario Lee Egan are citizens of Florida and own real property located at 12923 SW 135 Terrace, Miami, Florida 33186. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

133. Plaintiffs, Gregory and Elizabeth Eleuterius are citizens of Mississippi and own real property located at 6401 Seawinds Blvd., Biloxi, Mississippi 39532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this

complaint which are incorporated herein by reference.

134. Plaintiffs, Marshall and Tasha Eleuterius are citizens of Mississippi and own real property located at 6405 Seawinds Blvd., Biloxi, Mississippi 39532. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

135. Plaintiff, Dezman Elliot is a citizen of Florida and owns real property located at 9845 Cobblestone Creek Drive, Boynton Beach, Florida 33437. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

136. Plaintiffs, William Elliott and Mary Ann Fryc are citizens of Florida and own real property located at 2926 NE 2nd Dr., Homestead, Florida 33033. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

137. Plaintiffs, Brian and Lauren Elsenberg are citizens of Florida and own real property located at 9957 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

138. Plaintiffs, Anna and Mark Eskenazi are citizens of Florida and own real property located at 17878 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

139. Plaintiff, Adrien Eugene is a citizen of Louisiana and owns real property located at

27

7500 Afton Drive, New Orleans, Louisiana 70127. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

140. Plaintiffs, Donald and Barbara Evans are citizens of Florida and together own real property located at 13944 Clubhouse Drive, Tampa, Florida 33618. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

141. Plaintiff, Jamie Lynn Evans is a citizen of Louisiana and owns real property located at 7505 Mercury Drive, Violet, Louisiana 70092. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

142. Plaintiffs, James and Barbara Fallmann are citizens of Florida and own real property located at 11063 Pacifica Street, Wellington, Florida 33449. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

143. Plaintiffs, Richard, Connie and Tracie Farmer are citizens of Florida and own real property located at 5912 French Creek Ct., Ellenton, Florida 34222. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

144. Plaintiffs, Svyatoslaw Feler and Yelena Smolyanskaya are residents of Florida and together own real property located at 10150 Bayou Grande Avenue, Seminole, Florida 33772. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the

28

schedules accompanying this complaint which are incorporated herein by reference.

145. Plaintiffs, Steven and Gayle Felicetti are citizens of Florida and own real property located at 9941 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

146. Plaintiff, Joseph Fernandez is a citizen of Alabama and owns real property located at 967 Weatherby St. S, Saraland, Alabama 36571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference

147. Plaintiffs, Vernon Leroy Fernandez and JoAnn Cross are citizens of Louisiana and own real property located at 41555 C.C. Road, Ponchatoula, Louisiana 70454. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

148. Plaintiffs, Nicola and Connie Fineschi are citizens of Louisiana and own real property located at 1200 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

149. Plaintiff, Margaret Finke is a citizen of Louisiana and owns real property located at 4014 Taylors Trail, Unit 1002, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

150. Plaintiff, First East Side Savings Bank owns real property located at 258 Boston Way,

Lake Placid, Florida 33852; 480 NE Coolidge Avenue, Lake Placid, Florida 33852 and 113 Tryon Avenue, NW, Lake Placid, Florida 33852. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

151. Plaintiffs, Steve and Corrinn Fisher are citizens of Louisiana and own real property located at 580 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

152. Plaintiffs, David Fores and Monica Vasquez are citizens of Florida and together own real property located at 8936 SW 228th Lane, Miami, Florida 33190. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

153. Plaintiff, Mitchell J. Franatovich is a citizen of Louisiana and owns real property located at 2251 3rd Street, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

154. Plaintiff, Beth Frenchman is a citizen of Florida and owns real property located at 10133 Cobblestone Creek Drive, Boynton, Beach, Florida 33437. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

155. Plaintiff, Gina Gaita (Promenade) is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34986. Plaintiff is participating as a class

30

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

156.  Plaintiff, Bernadette Galatas is a citizen of Louisiana and owns real property located at 255 Carriage Pines Lane, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

157.  Plaintiffs, Joey and Amanda Galle are citizens of Mississippi and own real property located at 1905 Beachview Drive, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

158.  Plaintiffs, Joseph and Debbie Galle are citizens of Mississippi and own real property located at 1900 Beachview Drive, Ocean Springs, Mississippi 39564.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

159.  Plaintiffs, James and Cynthia Galloway are citizens of Louisiana and own real property located at 40145 Taylors Trail, Unit 1001, Slidell, Lousiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

160.  Plaintiffs, Larry and Rene Galvin are citizens of New Jersey and own real property located at 11019 Carrar Court, #202 Bonita Springs, Florida 34135.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

161.  Plaintiff, Hernan Gamboa is a citizen of Florida and owns real property located at 12991 SW 134 Terrace, Miami, Florida 33186.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

162.  Plaintiff, Dr. Dan Gammage is a citizen of Louisiana and owns real property located at 1210 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

163.  Plaintiff, Renee Ganucheau is a citizen of Louisiana and owns real property located at 6465 Louis XIV, New Orleans, Louisiana 70124.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

164.   Plaintiffs, Jesus Garcia and Julio Fernandez are citizens of Florida and own real property located at 11327 SW 236 Lane, Homestead, Florida 33032.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

165.  Plaintiffs, Michael A. and Nicole Gardette are citizens of Louisiana and own real property located at 268 Penn Mill Lakes, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

166.  Plaintiffs, Michael and Rhonda Gardette are citizens of Louisiana and own real property located at 276 Penn Mill Lakes, Covington, Louisiana 70435.  Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

167. Plaintiffs, Philip and Courtney Garrett are citizens of Louisiana and own real property located at 6050 General Diaz Drive, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

168. Plaintiff, Maxi Gaussiran is a citizen of Louisiana and owns real property located at 39768 Kellywood Blvd., Ponchatoula, Louisiana 70454. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

169. Plaintiff, Karen Genovese is a citizen of Louisiana and owns real property located at 123 Beau Arbre Court, Covington, Lousiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

170. Plaintiffs, Christopher George and Natalie Vacca are residents of Florida and together own real property located at 126 North West 3rd Avenue, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

171. Plaintiff, Ramona Gerica is a citizen of Louisiana and owns real property located at 7371 Northgate Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

172. Plaintiffs, Ted and Pamela Gill are citizens of Florida and own real property located at 13464 Little Gem Circle, Ft. Myers, Florida 33913. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

173. Plaintiffs, William and Maureen Gillane are citizens of Louisiana and own real property located at 108 N. Magnolia Dr., Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

174. Plaintiffs, Herman and Deborah Gleason are citizens of Louisiana and own real property located at 329 Brighton Lane, Slidell, Louisiana 70458. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

175. Plaintiffs, Alan and Annette Goddard are citizens of Florida and own real property located at 17865 Monte Vista Drive, Boca Raton, Florida 33496. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

176. Plaintiffs, Franklin and Veronica Godwin are citizens of Michigan and together own real property located at 10440 Stephanie Way, #205, Port St. Lucie, Florida 34987. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

177. Plaintiffs, Anthoney and Candace Gody are citizens of Florida and own real property located at 10842 Tiberio Drive, Fort Myers, Florida 33913. Plaintiffs are participating as class

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

102. Plaintiffs, Kevin and Stella Coogan are citizens of New Jersey and own real property located at 99 Vivante Blvd., #99312, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

103. Plaintiff, Brenda Cooper is a citizen of Louisiana and owns real property located at 1812-14 Mazant Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

104. Plaintiffs, Gregory and Jean Cordier are citizens of Louisiana and own real property located at 7441 Eastmore Road, New Orleans, Louisiana 70126. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

105. Plaintiffs, Roberto and Angela Corell are citizens of Florida and own real property located at 11416 Dutch Iris Drive, Riverview, Florida 33578. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference

106. Plaintiffs, Thomas Leo Corr, III and Shawn Marchetti are citizens of Florida and own real property located at 2823 St. Barts Square, Vero Beach, Florida 32967. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

21

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

178.  Plaintiffs, Luis and Caridad Gonzalez are citizens of Louisiana and own real property located at 2944 NE 3rd Drive, Homestead, Florida 33033.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

179.  Plaintiff, Miguel Angel Gonzalez is a citizen of Florida and owns real property located at 2908 NE 2nd Drive, Homestead, Florida 33033.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

180.  Plaintiffs, Dustin and Korie Gotreaux are citizens of Louisiana and own real property located at 192 Oakwood Lane, Denham Springs, Louisiana 70726.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

181.  Plaintiff, Vincent Greco is a citizen of Louisiana and owns real property located at 70461 11th Street, Covington, Louisiana 70433.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

182.  Plaintiffs, Paul and Andrea Gremillion are citizens of Louisiana and own real property located at 530 Twin River, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

35

183. Plaintiffs, Cheryl and David Gross are citizens of Louisiana and own real property located at 400 Hay Place, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

184. Plaintiff, Darlyn Guerra is a citizen of Louisiana and owns real property located at 738 Loque Place, New Orleans, Louisiana 70124. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

185. Plaintiff, Kenneth Guice is a citizen of Louisiana and owns real property located at 6331 South Johnson, New Orleans, Louisiana 70118. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

186. Plaintiffs, Christopher and Jerene Guidry are citizens of Louisiana and own real property located at 5396 Courtyard Dr, Gonzales, Louisiana 70737. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

187. Plaintiffs, Gregory and Cynthia Guillory are residents of Louisiana and together own real property located at 12060 Clanton Drive, Walker, Louisiana 70785. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

188. Plaintiffs, Eno and Frances Guillot are citizens of Louisiana and own real property located at 40145 Taylors Trial, Unit 904, Slidell, Louisiana 70461. Plaintiffs are participating as

36

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

189.   Plaintiffs, Candace and Todd Hakenjo are citizens of Louisiana and own real property located at 820 Cole Court, Covington, Louisiana 70433.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

190.   Plaintiffs, Lee and Barbara Hankins are citizens of Mississippi and own real property located at 14369 Autumn Chase, Gulfport, Mississippi 39503.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

191.   Plaintiffs, Patrick and Ann Hanlon are citizens of Florida and own real property located at 3407 West Oakellar Avenue, Tampa, Florida 33611.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

192.   Plaintiff, Rochelle Frazier Harkins is a citizen of Louisiana and owns real property located at 27 Greenbriar Drive, Gulfport, Mississippi 39507.   Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

193.   Plaintiffs, Dennis and Nancy Harmon are citizens of Florida and own real property located at 2816 St. Bart's Square, Vero Beach, Florida 32967.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

194.  Plaintiff, Anthony Richard Harris is a citizen of Mississippi and owns real property located at 6320 Guice Place, Ocean Springs, MS 39564.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

195.  Plaintiffs, Jesse and Sheila Hart are citizens of Louisiana and own real property located at 15174 Hwy 959, Clinton, Louisiana 70722.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

196.  Plaintiffs, Robert and Maria Hay are citizens of New York and own real property located at 7173 50th Avenue Circle East, Palmetto, Florida 34221.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

197.  Plaintiffs, Danny and Cathy Headley are citizens of Alabama and own real property located at 5313 County Road 24, Verbena, Alabama 36091.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

198.  Plaintiffs, Joshua and Kelly Heck are citizens of Louisiana and own real property located at 85002 Horatio Sharp Rd., Bush, Louisiana 70431.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

199.  Plaintiffs, Timothy and Maria Helmick are citizens of Florida  and together own real property located at 8931 SW 228th Lane, Cutler Bay, Florida 33190.  Plaintiffs are participating as

38

class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

200. Plaintiffs, Jason and Shanique Herbert are citizens of Florida and own real property located at 7207 53 Pl E, Palmetto, Florida 34221. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

201. Plaintiffs, John and Diane E. Hernandez are citizens of Louisiana and own real property located at 144 20th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

202. Plaintiff, Marla Hernandez is a citizen of Florida and owns real property located at 11475 Southwest 238 Street, Homestead, Florida 33032. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

203. Plaintiff, Margie Hewitt is a citizen of Mississippi and owns real property located at 600 Sunrise Court, Biloxi, Mississippi 39532. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

204. Plaintiffs, Tony and Sidney Hidalgo are citizens of Louisiana and own real property located at 273 Penn Mill Lakes Blvd., Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

205.  Plaintiffs, Hannelore Hoffman and Donna Lengel are citizens of Nevada and together own real property located at 13964 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

206.  Plaintiff, Barbara Hogan is a citizen of Louisiana and owns real property located at 40145 Taylors Trial, Unit 900, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

207.  Plaintiffs, Dean and Dena Hopper are citizens of Louisiana and own real property located at 80714 Hwy 1083, Bush, Louisiana 70431.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

208.  Plaintiff, Debra Houston (Promenade) is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Port St. Lucie, Florida 34987.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

209.  Plaintiffs, Wendy Hubbell and Christy Cimo are citizens of Louisiana and own real property located at 802 Cole Court, Covington, Louisiana 70433.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

210.  Plaintiff, Brian Huckaby is a citizen of Louisiana and owns real property located at 4031 Monte Vista Drive, Addis, Louisiana 70710.  Plaintiff is participating as a class representative

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

211. Plaintiffs, Val and Audrey Hufft are citizens of Louisiana and own real property located at 109 Rue Merlot, Abita Springs, Louisiana 70420. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

212. Plaintiffs, Charles and Sarah Hulsey are citizens of Louisiana and own real property located at 701 Arctic Fox Run, Madisonville, Louisiana 70447. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

213. Plaintiff, Senora B. Jackson is a citizen of Louisiana and owns real property located at 40145 Taylor's Train - Unit 1004, Slidell, Louisiana 70461. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

214. Plaintiff, Janelle James is a citizen of Florida and owns real property located at 3606 NW 14th Court, Lauderhill, Florida 33311. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

215. Plaintiffs, Jason and Jessica James are citizens of Florida and own real property located at 3850 NW 32 Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

216. Plaintiffs, Richard and Tamara Janssen are residents of Florida and together own real property located at 2328 Silver Palm Road, North Port, Florida 34288. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

217. Plaintiffs, Chad and Darlene Jarrell are citizens of Louisiana and own real property located at 400 Briar Meadow Lance, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

218. Plaintiff, Florence Jastremski is a citizen of Louisiana and owns real property located at 5314 Courtyard Drive, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

219. Plaintiffs, Kenneth and Jeri Johnson and Johnson Family Living Trust are citizens of Virgina and own real property located at 609 Mansion Road Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

220. Plaintiff, Willie L. Johnson, Jr. is a citizen of Louisiana and owns real property located at 319 Brighton Lane, Slidell, Louisiana 70458. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

221. Plaintiffs, Charles and Molly Johnson are citizens of Florida and own real property located at 10125 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are

participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

222. Plaintiffs, Allie and Jeanie Jones are citizens of Louisiana and own real property located at 212 16th Street, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

223. Plaintiff, Marcelo Julian is a citizen of Florida and owns real property located at 3301 North East 183 Street, #2505, Aventura, Florida 33160. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

224. Plaintiffs, Daniel and Danielle Kapalin are citizens of Florida and own real property located at 14115 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

225. Plaintiff, Molly Kehoe is a citizen of Louisiana and owns real property located at 1211 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

226. Plaintiffs, Christopher and Jessica Kelly are citizens of Florida and together own real property located at 2836 NW 25th Terrace, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

227. Plaintiffs, Gary and Vicki Kelly are citizens of Louisiana and own real property located at 61286 Gitz Drive, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

228. Plaintiffs, David and Amanda Kessler are citizens of Louisiana and own real property located at 385 Brown Thrasher Loop, Madisonville, Louisiana 70447. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

229. Plaintiffs, David and Mary King are citizens of Louisiana and own real property located at 18015 Highway 40, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

230. Plaintiffs, Corey and Monique Kitts are citizens of Louisiana and own real property located at 3123 Riverlanding Drive, Addis, Louisiana 70710. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

231. Plaintiffs, Christopher and Rosemary Knight are citizens of Florida and own real property located at 21311 Morning Mist Way, Land O Lakes, Florida 34639. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

232. Plaintiffs, Jeffrey and Cynthia Kottkamp are citizens of Florida and own real property located at 4511 Randag Drive, North Fort Myers, Florida 33903. Plaintiffs are participating as class

44

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

233. Plaintiffs, Kenneth and Julie Kustenmacher are citizens of Louisiana and own real property located at 28464 Lapont Drive, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

234. Plaintiff, Beverly Kuykendall is a citizen of Louisiana and owns real property located at 1018 Tupelo Street, New Orleans, Louisiana 70117. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

235. Plaintiff, Jim LaCroix is a citizen of Louisiana and owns real property located at 1429 Natchez Loop, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

236. Plaintiffs, Gerard Landry and J. Leatrice Kiefer are citizens of Louisiana and own real property located at 1921 Bayou Road, St. Bernard, Louisiana 70085. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

237. Plaintiff, Barry Labell is a citizen of Florida and owns real property located at 10560 SW Stephanie Way, Unit 206, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

238.  Plaintiffs, Justin and Renee Landry are citizens of Louisiana and own real property located at 12302 Dutchtown Villa Drive, Geismer, Louisiana 70734.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

239.  Plaintiffs, Joe and Amy Lang are citizens of Louisiana and own real property located at 101 Rue Merlot, Abita Springs, Louisiana 70420.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

240.  Plaintiffs, Rebecca Langlois and Robert Roth are citizens of Louisiana and own real property located at 4218 Bluebonnet Road, Baton Rouge, Louisiana 70809.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

241.  Plaintiffs, Jean and Gueldie Laraque are citizens of Florida and own real property located at 17911 Monte Vista Drive, Boca Raton, Florida 33496.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

242.  Plaintiffs, C.W. and Margaret Lartigue are citizens of Louisiana and own real property located at 4305 Cleary Avenue, Metairie, Louisiana 70002.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

243.  Plaintiff, Paul Lasserre is a citizen of Louisiana and owns real property located at 14442 Samantha Drive, Port Vincent, Louisiana 70726.  Plaintiff is participating as a class representative

46

in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

244.   Plaintiff, Donald Lau is a citizen of Florida and owns real property located at 13936 Clubhouse Drive, Tampa, Florida 33618.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

245. Plaintiffs, Chris and Julie Lea are residents of Louisiana and together own real property located at 213 Summer Place Cove, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

246.   Plaintiffs, Calvin and Sara LeBlanc, are citizens of Louisiana and own real property located at 40145 Taylor's Trail - Unit 1003, Slidell, Louisiana 70461.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

247.   Plaintiffs, Steven and Dana LeBlanc, are citizens of Louisiana and own real property located at 572 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

248.   Plaintiffs, Trisha and Darryl Ledet are citizens of Louisiana and own real property located at 12479 Highland Drive, Geismer, Louisiana 70734.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

249. Plaintiff, Samuel Ledford is a citizen of Alabama and owns real property located at 10308 Renfroe Road, Alpine, Alabama 35014. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

250. Plaintiff, Kevin Lee is a citizen of Florida and owns real property located at 13712 Trinity Leaf Place, Riverview, Florida 33579. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

251. Plaintiffs, David Lefton and Michelle Garcia are citizens of Florida and own real property located at 106 Southwest Milburn Circle, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

252. Plaintiffs, Michael and Melissa LeJeune are citizens of Louisiana and own real property located at 680 Silverthorne Lane, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

253. Plaintiff, Lynn Lukaszewski is a resident of New Jersey and owns real property located at 3421 SW Haines Street, Port St. Lucie, Florida 34953. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

254. Plaintiffs, Arlene and Charles Mackoff are citizens of Florida and own real property located at 15582 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

255. Plaintiffs, William and Cornelia Macmurdo are citizens of Louisiana and own real property located at 6553 Antoch Crossing, Baton Rouge, Louisiana 70817. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

256. Plaintiff, Jeremy Macon is a citizen of Alabama and owns real property located at 346 Korreckt Avenue Lincoln, Alabama, 35096. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

257. Plaintiffs, Georges and Janice Maillot are citizens of Louisiana and own real property located at 9 Tupelo Trace, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

258. Plaintiff, Michael Martin is a citizen of Louisiana and owns real property located at 320 Leslie Lane, New Orleans, Louisiana 70124. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

259. Plaintiffs, Bill and Cynthia Martineau are citizens of Florida and own real property located at 9312 River Rock Lane, Riverview, Florida 33578. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

260.  Plaintiffs, Aldo and Ghedy Matus are citizens of Louisiana and own real property located at 41299 Tulip Hill Ave., Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

261.  Plaintiffs, Edward and Jacqueline Mayo are citizens of Louisiana and own real property located at 5803 Winchester Park Drive, New Orleans, Louisiana 70126.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

262.  Plaintiffs, Clyde and Ira McCoy are citizens of Louisiana and own real property located at 11417 S. St. Andrew Circle, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

263. Plaintiffs, James and Elizabeth McKenzie are residents of Nevada and together own real property located at 20209 Heritage Point Drive, Tampa, Florida 33674.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

264.  Plaintiff, Jon Scott McLain is a citizen of Louisiana and owns real property located at 82401 Heintz Jenkins Road, Bush, Louisiana 70431.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

265.  Plaintiffs, Brian and Stephanie McLendon are citizens of Florida and together own real property located at 11317 Bridge Pine Drive, Riverview, Florida 33569.  Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

266. Plaintiffs, Juan and Irena Mercado are citizens of Florida and own real property located at 1226 NE 10th Lane, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

267. Plaintiffs, William and Carmen Mercedes are citizens of Florida and together own real property located at 845 SW 17th Street, Cape Coral, Florida 33991. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

268. Plaintiffs, George and Amy Metcalfe are citizens of Florida and own real property located at 106 NW Willow Grove Avenue, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

269. Plaintiffs, William and Deborah Methvin are citizens of Louisiana and own real property located at 2800 Debouchel Blvd., Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

270. Plaintiffs, Lawrence and Elizabeth Meyer are citizens of Louisiana and own real property located at 29310 Laurel Drive, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

271. Plaintiffs, Michael and Megham Middleton are citizens of Louisiana and own real property located at 18725 Tall Oaks Court, Baton Rouge, Louisiana 70817. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

272. Plaintiffs, Bradley and Tricia Miller are citizens of Florida and own real property located at 11134 Pacifica Street, Wellington, Florida 33449. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

273. Plaintiff, Jeannete Mills is a citizen of Louisiana and owns real property located at 11052 Shoreline Drive, Baton Rouge, Louisiana 70809. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

274. Plaintiff, Steven Minafri is a citizen of Florida and owns real property located at 2511 Yukon Cliff Dr., Ruskin, Florida 33570. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

275. Plaintiffs, Michael and Christina Mitchell are residents of Louisiana and together own real property located at 201 St. Charles Avenue, Ste. 3710, New Orleans, Louisiana 70170. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

276. Plaintiffs, Michael and Jeannine Mizne are citizens of Florida and own real property located at 9621 Cobblestone Creek Drive, Boynton Beach, Florida 33472. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

277. Plaintiff, Samuel Montalvo, Jr. is a citizen of Florida and owns real property located at 1133 Nelson Road North, Cape Coral, Florida 33993. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

278. Plaintiffs, Mark and Maureen Morici are citizens of Louisiana and own real property located at 6555 Avenue B, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

279. Plaintiff, Ralph Morlas is a citizen of Louisiana and owns real property located at 4091 Brown Thraser Loop, Madisonville, Louisiana 70447. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

280. Plaintiff, Robert Morris is a citizen of Florida and owns real property located at 14123 Stilton Street, Tampa, Florida 33626. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

281. Plaintiff, Shawn Mosley is a citizen of Florida and owns real property located at 10440 SW Stephanie Way, Unit 203, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

282. Plaintiff, Gene Mottolo is a citizen of Florida and owns real property located at 3608 101st Avenue E, Parrish, Florida 34219.   Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

283. Plaintiffs, Thomas and Kathleen Mullen are citizens of New Jersey and own real property located at 1132 Bari Street East, Lehigh Acres, Florida 33936 and 1130 Bari Street East, Lehigh Acres Florida 33936.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

284. Plaintiffs, Richard and Michele Musgrave are citizens of Louisiana and own real property located at 6864 Colbert Street, New Orleans, Louisiana 70124.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

285. Plaintiffs, Craig and Roberta Naden are citizens of Louisiana and own real property located at 5263 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

286. Plaintiff, Allan Neumann is a citizen of Illinois and owns real property located at 11019 Carrara Court, #101, Bonita Springs, Florida 34135.    Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

287. Plaintiff, Susan Nevels is a citizen of Florida and owns real property located at 11390

Salix Court, Fort Myers, Florida 33960. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

288. Plaintiffs, James and Kathleen Nichols are citizens of Florida and own real property located at 1217 NE 7th Place, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

289. Plaintiff, Mary M. Niswonger is a citizen of Louisiana and owns real property located at 77451 N. Fitzmorris Road Ext., Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

290. Plaintiff, John Nord is a citizen of Florida and owns real property located at 13960 Clubhouse Drive, Tampa, Florida 33618. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

291. Plaintiff, Robin Novello is a citizen of Florida and owns real property located at 9407 Bridgebrook Drive, Boca Raton, Florida 33496. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

292. Plaintiff, Carmela Nunez is a resident of Florida and owns real property located at 3000 Stanfort Road, West Palm Beach, Florida 33405. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

293. Plaintiffs, Ernest and Marie Nunez are citizens of Louisiana and own real property located at 612 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

294. Plaintiffs, Frederick and Lisa Nunez are citizens of Louisiana and own real property located at 123 Dominion Blvd., Madisonville, Louisiana 70447. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

295. Plaintiff, Anne M. O'Hear is a resident of Florida and owns real property located at 2354 SE Avalon Road, Port St. Lucie, Florida 34952. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

296. Plaintiffs, Olaf A. and Wanda G. Olson are citizens of Louisiana and own real property located at 61880 Shady Pine Road, Lacombe, Louisiana 70445. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

297. Plaintiffs, Albert and Judith Orduna are citizens of Louisiana and own real property located at 4111 Jasper Street, Metairie, Louisiana 70002. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

298. Plaintiff, David Orlowski is a citizen of Florida and owns real property located at 2722

56

SW 10th Avenue, Cape Coral, Florida 33914. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

299. Plaintiff, Brenda Owens is a citizen of Alabama and owns real property located at 2105 Lane Avenue, Birmingham Alabama 35217. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

300. Plaintiffs, Dwight and Psyche Page are citizens of Virginia and own real property located at 102 Overlook Point Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

301. Plaintiffs, Charles and Rachael Parker are citizens of Alabama and own real property located at 963 Weatherby St. S, Saraland, Alabama 36571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

302. Plaintiffs, Shelly and Kelly Parr are citizens of Louisiana and own real property located at 683 Solomon Drive, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

303. Plaintiff, Judith Ellen Pasentine is a citizen of Louisiana and owns real property located at 216 Oak Lane, Mandeville, Louisiana 70448. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

304. Plaintiff, Danielle Patin is a citizen of Louisiana and owns real property located at 5012 Pauger Street, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

305. Plaintiff, Joan Patterson is a citizen of Florida and owns real property located at 1934 Rowland Drive, Odessa, Florida 33556. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

306. Plaintiffs, Craig and Olivia Pavageau are citizens of Louisiana and own real property located at 105 Historic West St. Garyville, Louisiana 70051. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

307. Plaintiffs, Sean and Beth Payton are citizens of Louisiana and own real property located at 53 Preserve Lane, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

308. Plaintiffs, Stephanie and John Peace are residents of Florida and together own real property located at 123 SW 29th Street, Cape Coral, Florida 33914. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

309. Plaintiff, Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)

is a Louisiana corporation with its principal place of business at 5247 Courtyard Drive, Gonzales, Louisiana 70737. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

310. Plaintiff, Orlando Pena is a citizen of Florida and owns real property located at 824 SW 17th Street, Cape Coral, Florida 33991. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

311. Plaintiffs, Andrew and Rachel Penny are citizens of Florida and together own real property located at 1814 NW 22nd Place, Cape Coral, Florida 33993. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

312. Plaintiff, Mary Louise Pentecost is a citizen of Louisiana and owns real property located at 4647 Hyocinth Avenue, Baton Rouge, Louisiana 70808. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

313. Plaintiff, Debra People is a citizen of Georgia and owns real property located at 1350 Park Brooke Circle, Marietta, Georgia 30008. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

314. Plaintiffs, Tony and Kathy Peres are citizens of Louisiana and own real property located at 4825 Tracy Street, Violet, Louisiana 70092. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

315.   Plaintiffs, Anthony and Marcia Perga are residents of Florida and together own real property located at 13932 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

316.   Plaintiffs, Timothy and Tracey Perry are citizens of Mississippi and own real property located at 15190 Westin Cove, Gulfport, Mississippi 39503.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

317.   Plaintiffs, Paul and Therese Petkin are residents of Florida and together own real property located at 213 Treasure Beach Road, Saint Augustine, Florida 32080.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

318.   Plaintiffs, Brent and Lisa Petagna are citizens of Louisiana and own real property located at 2619 Octavia St., New Orleans, Louisiana 70115.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

319.   Plaintiff, Ronald Peters is a citizen of Louisiana and owns real property located at 76600 S. Fitzmorris Road, Covington, Louisiana 70435.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

320.   Plaintiffs, Derrick and Robin Peterson are citizens of Florida and own real property

located at 518 SW California Avenue, Stuart, Florida 34994. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

321. Plaintiff, Anthony Peter Petone is a resident of Mississippi and owns real property located at 910 Maple Street, Waveland, Mississippi 39576. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

322. Plaintiffs, Charles and Marcia Petrey are citizens of Louisiana and own real property located at 4 Finch Lane, Mandeville, Louisiana 70471. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

323. Plaintiffs, Jan and Neil Pierson are citizens of Louisiana and own real property located at 348 Jade Court, Madisonville, Louisiana 70447. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

324. Plaintiffs, Randy and Jeanne Piwetz are citizens of Louisiana and own real property located at 424 Inspiration Lane, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

325. Plaintiffs, Peter Plotkin and Diane McNeel are residents of California and together own real property located at 1906 Scarlet Avenue, North Port, Florida, 34289; 1908 Scarlet Avenue, North Port, Florida 34289; 1910 Scarlet Avenue, North Port, Florida 34289; 1914 Scarlet Avenue,

61

North Port, Florida 34289. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

326. Plaintiff, Donna Polk is a citizen of Mississippi and owns real property located at 330 Lang Avenue, Pass Christian, Mississippi 39571. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

327. Plaintiffs, Joshua and Kimberlea Price are citizens of Louisiana and own real property located at 117 Rue Merlot, Abita Springs, Louisiana 70420. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

328. Plaintiff, Prichard Housing Authority is an Alabama corporation with its principal place of business in Alabama. Prichard Housing Authority owns real property at 503 Sgt. Harrison Brown, Prichard, Alabama 36610; 504 Sgt. Harrison Brown, Prichard, Alabama 36610; 505 Sgt. Harrison Brown, Prichard, Alabama 36610; 506 Sgt. Harrison Brown, Prichard, Alabama 36610; 507 Sgt. Harrison Brown, Prichard, Alabama 36610; 508 Sgt. Harrison Brown, Prichard, Alabama 36610; 509 Sgt. Harrison Brown, Prichard, Alabama 36610; 703 Sgt. Harrison Brown, Prichard, Alabama 36610; 705 Sgt. Harrison Brown, Prichard, Alabama 36610; 707 Sgt. Harrison Brown, Prichard, Alabama 36610; 709 Sgt. Harrison Brown, Prichard, Alabama 36610; 800 Sgt. Harrison Brown, Prichard, Alabama 36610; 803 Sgt. Harrison Brown, Prichard, Alabama 36610; 804 Sgt. Harrison Brown, Prichard, Alabama 36610; 805 Sgt. Harrison Brown, Prichard, Alabama 36610; 806 Sgt. Harrison Brown, Prichard, Alabama 36610; 807 Sgt. Harrison Brown, Prichard, Alabama 36610; 808

Sgt. Harrison Brown, Prichard, Alabama 36610; 810 Sgt. Harrison Brown, Prichard, Alabama 36610; 811 Sgt. Harrison Brown, Prichard, Alabama 36610; 812 Sgt. Harrison Brown, Prichard, Alabama 36610; 814 Sgt. Harrison Brown, Prichard, Alabama 36610; 818 Sgt. Harrison Brown, Prichard, Alabama 36610; 820 Sgt. Harrison Brown, Prichard, Alabama 36610; 821 Sgt. Harrison Brown, Prichard, Alabama 36610; 823 Sgt. Harrison Brown, Prichard, Alabama 36610; 824 Sgt. Harrison Brown, Prichard, Alabama 36610; 825 Sgt. Harrison Brown, Prichard, Alabama 36610; and 826 Sgt. Harrison Brown, Prichard, Alabama 36610. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

329. Plaintiff, Promenade at Tradition, Community Association, Inc. is a Florida corporation with its principal place of business at 430 NW Lake Whitney Place, Port St. Lucie, Florida 34986. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

330. Plaintiffs, Hazel Pryce and Dionne Smith are citizens of Florida and own real property located at 1068 North West Leonard Circle, Port Saint Lucie, Florida 34896. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

331. Plaintiffs, Donald and Marcelyn Puig are citizens of Louisiana and own real property located at 302 Tallow Creek Blvd., Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

332. Plaintiff, Damien Querol is a citizen of Florida and owns real property located at 3301

NE .183 Street, Unit 1207, Aventura, Florida 33160.   Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

333.  Plaintiffs, William and Maxine Quick are citizens of Louisiana and own real property located at 4610 Frenchmen St., New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

334.  Plaintiff, Joseph Todd Quividia is a citizen of Louisiana and owns real property located at 17470 Rosemont Drive, Prairieville, Louisiana 70769.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

335.  Plaintiffs, Randy and Pamela Raborn are citizens of Louisiana and own real property located at 31650 Tickfaw Acre Road, Holden, Louisiana 70744.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

336.  Plaintiffs, Lloyd and Dinah Ramsarran are citizens of Florida and own real property located at 6756 NW Argus Street, Port St. Lucie, Florida 34983.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

337.  Plaintiff, Vincent L. Randolph is a resident of Florida and owns real property located at 5602 Birch Drive, Fort Pierce, Florida 34982.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

338. Plaintiff, Real Property Resolutions Group, LLC owns real property located at 10560 SW Stephanie Way, Units, 1-102; 1-106; 1-201; 1-211 and 1-212, Port St. Lucie, Florida 34987; 10440 SW Stephanie Way, Units 4-104 and 4-204, Port St. Lucie, Florida 34987 and 10360 Unit 6-208, Port St. Lucie, Florida 34987. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

339. Plaintiffs, Grant and Kathyrn Reid are citizens of Florida and own real property located at 7208 53rd Place East, Palmetto, Florida 34221. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

340. Plaintiffs, Alexander and Irina Rekhels are citizens of Florida and own real property located at 1344 SW Sultan Drive, Port St. Lucie, Florida 34953. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

341. Plaintiff, Socorro Restrepo is a resident of Florida and owns real property located at 8932 SW 228 Lane, Cutler Bay, Florida 33190. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

342. Plaintiff, Karen Reynolds is a citizen of Louisiana and owns real property located at 3509-3511 Sinclar Street, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint

which are incorporated herein by reference.

343.  Plaintiffs, Brenda and Ignatius Riggio are citizens of Louisiana and own real property located at 636 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

344.  Plaintiffs, George and Raffy Rigney are citizens of Louisiana and own real property located at 42166 Autumn Run Dr., Hammond, Louisiana 70403.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

345.  Plaintiff, Van Ristovski is a citizen of Indiana and owns real property located at 961 Leonardo Circle, Port Saint Lucie, Florida 34986.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

346.  Plaintiffs, Jack and Luz Rizzo are citizens of Florida and own real property located at 15578 Fiorenza Circle, Delray Beach, Florida 33446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

347.  Plaintiff, Alexander Robair is a citizen of Louisiana and owns real property located at 39058 Bayou View Avenue, Gonzales, Louisiana 70737.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

348.  Plaintiffs, Margaret and Glenwood Robbins are citizens of Louisiana and own real

property located at 39130 Old Bayou Avenue, Gonzales, Louisiana 70737. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

349. Plaintiff, Sandra Roberson is a citizen of Louisiana and owns real property located at 929 Flora Lane, Baton Rouge, Louisiana 70810. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

350. Plaintiff, Jeffrey D. Roberts is a citizen of Louisiana and owns real property located at 285 Penn Mill Lakes, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

351. Plaintiff, Toni Rodosta is a citizen of Louisiana and owns real property located at 1219 Rue Degas, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

352. Plaintiff, Joyce W. Rogers is a citizen of Louisiana and owns real property located at 675 Solomon Drive, Covington, Louisiana 70433. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

353. Plaintiffs, Brad and Cassandra Rogers are citizens of Louisiana and own real property located at 516 Mare Court, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint

which are incorporated herein by reference.

354.  Plaintiffs, Patricia and Donald Rohan are citizens of Mississippi and own real property located at 17407 Popcorn Ave., Vancleave, Mississippi 39565.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

355.  Plaintiffs, Erwin and Karen Rome are citizens of Louisiana and own real property located at 619 Bellingrath Lane, Slidell, Louisiana 70458.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

356.  Plaintiff, Rookery Park Estates, LLC and KOL Ventures, LLC are Florida corporations with their principal place of business located at 1400 E. Oakland Park Blvd., Suite 111, Oakland Park, Florida 33334.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

357.  Plaintiffs, Robert and Linda Roseman are citizens of New Jersey and own real property located at 99 Vivante Blvd., Unit #213, Punta Gorda, Florida 33950. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

358.  Plaintiff, Michael Rosen is a citizen of Florida and owns real property located at 17538 Middlebrook Way, Boca Raton, Florida 33496.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

359. Plaintiffs, Dufrene and Ernest Rosetta are citizens of Louisiana and own real property located at 166 Emerald Oaks Drive, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

360. Plaintiffs, Kevin and Dorothy Ruesch are citizens of Louisiana and own real property located at 7860 Highland Road, Baton Rouge, Louisiana 70808. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

361. Plaintiff, Rickey Ryckman is a citizen of Louisiana and owns real property located at 4820 Janice Avenue, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

362. Plaintiffs, Thomas and Joy Saggese are citizens of Florida and own real property located at 709 Vocelle Avenue, Sebastian, Florida 32958. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

363. Plaintiffs, Kenneth and Cindy Salter are citizens of Florida and own real property located at 5484 Inwood Drive, Pace, Florida 32571. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

364. Plaintiffs, Marcos and Carmen Santiago are citizens of Florida and together own real property located at 7446 Palmer Glen Circle, Sarasota, Florida 34240. Plaintiffs are participating

as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

365.  Plaintiff, Larry Schields is a citizen of Florida and owns real property located at 123 Emerson Drive, Kenner, Louisiana 70065. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

366.  Plaintiffs, Leah and Todd Schmitt, Anne Hammond and Pam Cangelosi are citizens of Louisiana and own real property located at 663 Solomon Drive, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

367.  Plaintiffs, Robert and Joan Seddon are citizens of New Jersey and together own real property located at 13946 Clubhouse Drive, Tampa, Florida 33618.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

368. Plaintiffs, Armin Seifart and Lisa Gore are residents of Florida and together own real property located at 4075 Bonita Avenue, Miami, Florida 33133.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

369.  Plaintiffs, Terrance Scott and Deborah Semrau are citizens of Florida and own real property located at 15435 Fiorenza Circle, Delray Beach, Florida 33446. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

70

370. Plaintiffs, Mark and Victoria Segreto are citizens of Louisiana and own real property located at 36 W. Park Pl, New Orleans, Louisiana 70124. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

371. Plaintiffs, Rafael and Ana Segundo are citizens of Florida and own real property located at 2964 NE 3 Drive, Homestead, Florida 33033. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

372. Plaintiffs, Michael and Leslie Shelton are citizens of Louisiana and own real property located at 568 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

373. Plaintiff, Austin Sicard, Jr. is a citizen of Louisiana and owns real property located at 3112 Lloyds Avenue, Chalmette, Louisiana 70043. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

374. Plaintiff, Susan W. Silvestri is a citizen of Louisiana and owns real property located at 1221 Rue Degas, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

375. Plaintiff, Enrica Singleton is a citizen of Louisiana and owns real property located at 11413 Longview Drive, New Orleans, Louisiana 70128. Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

376.  Plaintiff, Helena Skinner is a citizen of Louisiana and owns real property located at 29300 Laurel Drive, Lacombe, Louisiana 70445.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

377.  Plaintiffs, Clinton and Kelly Smith are citizens of Louisiana and own real property located at 211 Oakmont Drive, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

378.  Plaintiff, Patricia Spencer is a citizen of Louisiana and owns real property located at 3637 Edgewood Ct., Avondale, Louisiana 70094.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

379.  Plaintiffs, Steven and Janeau St. Martin are citizens of Louisiana and own real property located at 4780 Demontlutin Street, New Orleans, Louisiana 70122.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

380.  Plaintiff, Duke Stanley is a citizen of Florida and owns real property located at 2517 Yukon Cliff Dr., Ruskin, Florida 33570.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

381.  Plaintiffs, Dana and Marcus Staub are citizens of Louisiana and own real property located at 1208 Magnolia Alley, Mandeville, Louisiana 70471.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

382.  Plaintiffs, Jason and Peny Steele are citizens of Louisiana and own real property located at 2321 Maureen Lane, Meraux, Louisiana 70072. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

383.  Plaintiffs, John and Grace Steubben are citizens of Mississippi and own real property located at 8426 Kaleki Way, Diamondhead, Mississippi 39525.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

384.  Plaintiffs, Thomas and Lauren Stone are citizens of Louisiana and own real property located at 2316 Gallant, Chalmette, Louisiana 70043.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

385.  Plaintiffs, William and Sheila Sullivan are citizens of Florida and together own real property located at 12623 20th Street East, Parrisha, Florida 34219.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

386.  Plaintiffs, Edward and Emmilou Tabor are citizens of Louisiana and own real property located at 4712 Reich Street, Metairie, Louisiana 70006.   Plaintiffs are participating as class

73

representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

387.  Plaintiff, Billy Talbert is a citizen of Louisiana and owns real property located at 40145 Taylors Trail, Unit 903, Slidell, Louisiana 70461.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

388.  Plaintiff, Jim Tarzy is a citizen of New Jersey and owns real property located at 28479 Altessa Way, #101, Bonita Springs, Florida 34135.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

389.  Plaintiffs, David Jason and Amanda B. Taylor are citizens of Mississippi and own real property located at 3216 Joy Lane, Ocean Springs, Mississippi 39564.   Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

390.  Plaintiffs, Caroline and Robert Tedesco are citizens of Louisiana and own real property located at 709 Simpson Way, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

391.  Plaintiffs, Thomas and Rene Tenny are residents of Florida and together own real property located at 3470 Kentia Palm Court, North Port, Florida 34288.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

74

392.  Plaintiffs, Avery and Tjaynell Theard are citizens of Louisiana and own real property located at 6271 Eastover Drive, New Orleans, Louisiana 70128.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

393.  Plaintiffs, Brian and Tamara Thomas are citizens of Louisiana and own real property located at 856 Water Oak Drive, Brusly, Louisiana 70719.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

394.  Plaintiffs, Darlene and James Thomas are citizens of Louisiana and own real property located at 17152 Jo Boy Road, Prairieville, Louisiana 70769.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

395.  Plaintiffs, Stanley and April Thornton are citizens of Alabama and own real property located at 336 County Road 703, Jemison, Alabama 35085.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

396.  Plaintiffs, Richard and Jean Tiemann are citizens of Louisiana and own real property located at 24055 Sparrow Ln., Loranger, Louisiana 70446.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

397.  Plaintiff, Nikolaos Toras is a citizen of Louisiana and owns real property located at 4309-11 Hudson Street, Metairie, Louisiana 70446.    Plaintiff is participating as a class

representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

398. Plaintiffs, Matthew and Mary Torrance are citizens of Louisiana and own real property located at 4240 Tupello St., Baton Rouge, Louisiana 70808. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

399. Plaintiff, Transland, LLC owns real property located at 34 NE 4th Street, Cape Coral, Florida 33909. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

400. Plaintiff, Tyrone C. Turner is a citizen of Louisiana and owns real property located at 17447 Rosemont Drive, Prairieville, Louisiana 70769. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

401. Plaintiffs, Peter and Catherine Uli are citizens of Louisiana and own real property located at 2205 Emilie Oaks Drive, Meraux, Louisiana 70075. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

402. Plaintiffs, Flaviu-Emil and Dorina Ursa are residents of Germany and together own real property located at 3342 NE 21st Place, Cape Coral, Florida 33909. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

403. Plaintiffs, Ronnie and Anne Van Winkle are citizens of Louisiana and own real

76

property located at 70304 8th Street, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

404. Plaintiff, Louis Velez is a citizen of Louisiana and owns real property located at 5427 Paris Avenue, New Orleans, Louisiana 70122. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

405. Plaintiffs, Hugh and Tracy Vest are citizens of Virginia and own real property located at 111 Eston's Run, Yorktown, Virginia 23693. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

406. Plaintiffs, Jacques and Nicole Waguespack are citizens of Louisiana and own real property located at 1423 Savannah Street, Covington, Louisiana 70433. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

407. Plaintiffs, Margret Williams and Angella and Nicholas Wakeland are citizens of Florida and own real property located at 967 NW Leonardo Circle, Port St. Lucie, Florida 34986. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

408. Plaintiff, Demetra Walker is a citizen of Georgia and owns real property located at 485 Tranquill Drive, Winder, Georgia 30680. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

409.  Plaintiffs, Amy and Truman Ward are citizens of Louisiana and own real property located at 5367 Courtyard Drive, Gonzales, Louisiana 70737.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

410.  Plaintiffs, Patrick and Paula Watson are citizens of Florida and own real property located at 978 NW Leonardo Circle, Port St. Lucie, Florida 34986.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

411.  Plaintiff, Sharon Watts is a citizen of Louisiana and owns real property located at 29284 Laurel Drive, Lacombe, Louisiana 70445.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

412.  Plaintiffs, William and Kelly Wayne are citizens of Louisiana and own real property located at 576 Huseman Lane, Covington, Louisiana 70435.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

413.  Plaintiffs, John and Lorraine Wenzel are citizens of Louisiana and own real property located at 80190 Red Hawk Lane, Bush, Louisiana 70431.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

414.  Plaintiffs, Don and Agnes Wheeler are citizens of Louisiana and own real property

located at 41311 Tulip Hill Ave., Prairieville, Louisiana 70769. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

415. Plaintiffs, Robert and Dana Whitaker are citizens of Louisiana and own real property located at 104 Squaw Court, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

416. Plaintiff, Taeneia White is a citizen of Louisiana and owns real property located at 828 North Sabine Drive, Baton Rouge, Louisiana 70810. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

417. Plaintiffs, Eric and Karen Wilcox are citizens of Florida and own real property located at 14117 Stowbridge Avenue, Tampa, Florida 33626. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

418. Plaintiff, Rosanne Wilfer is a citizen of Louisiana and owns real property located at 1202 Magnolia Alley, Mandeville, Louisiana 70471. Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

419. Plaintiffs, Diana and Terry Williams are citizens of Louisiana and own real property located at 520 Mare Court, Covington, Louisiana 70435. Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint

which are incorporated herein by reference.

420.  Plaintiff, Teresa Wilson is a citizen of Massachusetts and owns real property located at 3945 Rollingsford Circle, Lakeland, Florida 33810.    Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

421.  Plaintiff, Robert Wischler is a citizen of Louisiana and owns real property located at 3387 Desaix Boulevard, New Orleans, Louisiana 70119.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

422.  Plaintiffs, Bryan and  Kimberly Wood are citizens of Virginia and own real property located at 603 Mansion Road Yorktown, Virginia 23693.  Plaintiffs are participating as class representatives in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

423.  Plaintiff, Scott Woolley is a citizen of Florida and owns real property located at 7050 Montauk Point Crossing, Bradenton, Florida 34212.    Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

424.  Plaintiff, Dr. Cassandra Youmans is a citizen of Louisiana and owns real property located at 5201 Chamberlain Drive, New Orleans, Louisiana 70122.  Plaintiff is participating as a class representative in the class and subclasses as set forth in the schedules accompanying this complaint which are incorporated herein by reference.

425.  Plaintiffs, Linda and Raymond Young are citizens of Louisiana and own real property

located at 577 Huseman Lane, Covington, Louisiana 70435. Plaintiffs are participating as class

representatives in the class and subclasses as set forth in the schedules accompanying this complaint

which are incorporated herein by reference.

426. Plaintiff, Hope Zamora is a citizen of Louisiana and owns real property located at 713

Simpson Way, Covington, Louisiana 70435. Plaintiff is participating as a class representative in the

class and subclasses as set forth in the schedules accompanying this complaint which are

incorporated herein by reference.

## DEFENDANTS

427. Unless specifically stated to the contrary, all individual defendants are citizens of the

state where they do business and all entities are citizens of the state where they are organized. For

those entities, where the state of organization is not listed, it is asserted upon information and belief

that the entity is incorporated and/or organized in the state of its principal place of business.

### The Insurance Company Defendants

428. Detailed charts showing which insurance company provided general liability, excess,

and/or umbrella insurance for each Insured Defendant, as well as the pertinent policy numbers and

dates of coverage, are attached as Schedule 2 and accompanied as if fully set forth herein.

429. Each of the following Insurance Company Defendants issued policies of general

liability, excess, and/or umbrella insurance under which an Insured Defendant is a named or

additional insured as set forth in Schedule 2 that provide coverage for the Underlying Claims

asserted by Plaintiffs against the Insured Defendant. Such insurance policies include policies issued

directly to the Insured Defendants, as well as policies issued to certain drywall subcontractors that

supplied and/or installed Chinese drywall in the Plaintiffs' homes, as set forth in Schedule 2, under

which an Insured Defendant is a named or additional insured. As such, each Insurance Company Defendant is liable for the damages alleged herein against the respective Insured Defendant, individually, jointly and *in solido*.

430. Defendant, Ace Fire Underwriters Insurance Company, is a Pennsylvania corporation with its principal place of business at 1601 Chestnut Street Philadelphia, Pennsylvania 19103. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

431. Defendant, Alabaster Assurance Company, Ltd, a subsidiary of USG Corporation, is a Vermont corporation with its principal place of business at125 South Franklin St., Chicago, IL 60606. Defendant can be served through its registered agent at Downs Rachlin & Martin PC., 199 Main Street Burlington, VT 05402.

432. Defendant, Allied World Assurance Company, is a Delaware corporation with its principal place of business at 2711 Centerville, Wilmington, DE 19808. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

433. Defendant, American Guarantee and Liability Insurance Company, is a New York corporation with its principal place of business at One Liberty Plaza,165 Broadway, 32nd Floor New York, NY 10006. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

434. Defendant, American Home Assurance Company, is a New York corporation with its principal place of business at 70 Pine Street, New York, New York 10270. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

435. Defendant, American Insurance Company, is an Ohio corporation with its principal

place of business at 312 Walnut Street, Ste. 1110, Cincinnati, OH 94998. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

436. Defendant, American International Specialty Lines Insurance Company, is a New York corporation with its principal place of business at 175 Water Street, 18th Floor, New York, New York 10038. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

437. Defendant, American International Surplus Lines Agency, Inc., is a New York corporation with its principal place of business at 175 Water Street, 18th Floor, New York, New York 10038. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

438. Defendant, American Reliable Insurance Corporation, is an Arizona corporation with its principal place of business at 2338 West Royal Palm Rd., Suite J, Phoenix, Arizona 85021. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

439. Defendant, American Strategic Insurance Corporation, is a Florida corporation with its principal place of business at 805 Executive Center Drive West, Suite 300, St. Petersburg, Florida 33702. Defendant can be served through the Chief Financial Officer, P. O. Box 6200, Tallahassee, Florida 32399.

440. Defendant, American Zurich Insurance Company, is a Illinois corporation with its principal place of business at 1400 American Lane, Tower I, 19th floor, Schaumburg, Illinois 60196-1056. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

83

441. Defendant, Amerisure Insurance Company, is a Michigan corporation with its principal place of business at 26777 Halsted Road, Farmington Hills, Michigan 48331. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

442. Defendant, Amerisure Mutual Insurance Company, is a Michigan corporation with its principal place of business at 26777 Halsted Road, Farmington Hills, Michigan 48331. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

443. Defendant, Arch Insurance Company, is a Missouri corporation with its principal place of business at 3100 Broadway, Kansas City, MO 64111. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

444. Defendant, Assurance Company of America, is a New York corporation with its principal place of business at One Liberty Plaza, 165 Broadway, 32nd Floor, New York, New York 10006. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

445. Defendant, Atlantic Casualty Insurance Company, is a North Carolina corporation with its principal place of business at 400 Commerce Court, Goldsboro, North Carolina 27534. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

446. Defendant, Audubon Insurance Group, is a Louisiana corporation with its principal place of business at 4150 South Sherwood Forest Boulevard, Baton Rouge, Louisiana 70816. Defendant can be served through its registered agent Darrell W. Alligood & John Cerami 4150 South Sherwood Forest Boulevard, Baton Rouge, LA 70816.

84

447. Defendant, Auto-Owners Insurance Company, is a Michigan corporation with its principal place of business at 6101 Anacapri Boulevard, Lansing, Michigan 48917. Defendant can be served through its registered agent at CT Corp System, 4701 Cox Road, Ste. 301, Glen Allen, VA 23060.

448. Defendant, Axis Surplus Insurance Company, is an Illinois corporation with its principal place of business at 303 West Madison Street, Ste. 500, Chicago, IL 30022. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

449. Defendant, Bankers Insurance Company, is a Florida corporation with its principal place of business at 360 Central Avenue, St. Petersburg, Florida 33701. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

450. Defendant, Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation, is an Illinois corporation with its principal place of business at 320 18th Street, Rock Island, Illinois 61201. Defendant can be served through the Louisiana Secretary of State at 8585 Archives Ave., Baton Rouge, LA 70809.

451. Defendant, Builders Insurance Company, is a Nevada corporation with its principal place of business at 9435 W. Tropicana Ave., Ste 102#113, Las Vegas, NV 89147. Defendant can be served through its registered agent at Paracorp Incorporated, 318 N. Carson St. #208, Carson City, NV 89701

452. Defendant, Builders Mutual Insurance Company, is a North Carolina corporation with its principal place of business at 5580 Centerview Drive, Raleigh, North Carolina 27606. Defendant can be served through its registered agent Richard W.E. Bland, 5398 Twin Hickory Rd., Glen Allen, VA 23059.

85