# EXHIBIT A

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit A – Additional Plaintiffs Named in Plaintiffs
### Amended Omnibus Class Action Complaint (V)

1100 Valencia LLC
Akers, Christine and Robert
Alava, Alicia
Albano, Carol
Alcindor, Nevinsthon and Marlen
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Philip and Clarine
Alonzo, Lana
Amato, Dean and Dawn
Arnaud, Lester and Catherine
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ancira, Chris and Lilah
Anders, Thomas G. and Nicole P.
Anderson, Alexander
Anderson, Shawnree and John
Anello, Joe and Delma
Antilles Vero Beach, LLC, c/o
Ironwood Development
Archer, Steven and Anja
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Auerbach, Suely
Austin, John
Back, Charles and Mary
Baginski, Andrea
Bagley, Gerald
Balan, Kirenia and Jorge
Barcia, Aurora
Barlow, Regine and John
Barone, John and Heather
Barragan, Fernando & Barbara
Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Bello de Bachek, Nilda
Benjamin, Jack and Claire
Berry, Keith and Elizabeth
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bissoon, Suresh and Oma
Blalock, Angeles
Bloom, Andrew and Ina
Blue, John and Rachelle
Bonnecarrere, Wavi Lee
Boothe, Neil
Boquet, Edwin
Borne, Barry and Mary
Borne, Carol

Borrello, Donna M. and Stallings,
Thomas W.
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Richard and Gail
Boutte, Don and Robinson, Michael
Boxe, Kevin and Roxann
Bradley, Jimmy and Louise
Braithwaite, Judy
Braselman, Holly
Brazon, Kevin and Jennifer
Brennan, John and Barbara
Brewton, I.D., III and Sonia
Brian, Wilton and Rita
Brown, Ada and Hillary
Brown, Judalyne
Brumfield, Ollie and Andreienne
Burke, Jules and Barbara
Burke, Richard and Rebecca
Buxton, Darren and Tracy
Byrne, Gertrude
Callais, Gary and Michelle
Cameron, Christine
Campbell, Thomas and Kelli
Canty, Honore and Elaine
Carciato, Lisa
Carrol, Cindy
Carter, Daniel
Casey, Hugh
Cassagne, Jordan and Brande
Cassard, Jesse and Angela
Cathcart, Carolyn
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Cheramie, Bertoule and Joan
Chiappetta, Kevin and Karen
Chutz, Lily Rose
Clague, Randy and Lisa
Clark, Carolyn
Cohen, Carol
Colby, Richard and Susan; Jordan,
Nathan and Nickens, Florette
Collins, John and Brenda
Conrad, Formica and Fayard,
Crystal
Coogan, Kevin and Stella
Cooper, Brenda
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corr, Thomas Leo, III and
Marchetti, Shawn

Cotlar, Sideny and Diane
Crawford, Monique and Elaine
Cucci, Jacqueline
Cunningham, Dennis and Susan
Darby, Harry and Melissa
Dauterive, Valliere and Margaret;
and Dauterive Savoy, Ann
De Los Santos, Rosibel and Brian
Dejan, Charlotte
Dejan, Leroy and Ann
Diez, Mr. Douglas (agent/member
and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Dinette, Rodney and Geraldine
Dinitto, Patrick and Magalhaes,
Hevanilson
Dodge, Dale and Beverly
Donahoe, Patrick and Tina
Donaldson, Jill and Oertling, Jared
Donaldson, Malcom and Kelli
Dorsey, Glenda F.
Duhon, Christopher and Kimberly
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Durrance, Barry and Denise
Edmonds, Rick
Egan, Michelle and Giancario Lee
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elliot, Dezman
Elliott, William and Frye, Mary Ann
Elsenberg, Brian and Lauren
Eskenazi, Anna and Mark
Eugene, Adrien
Evans, Donald and Barbara
Evans, Jamie Lynn
Fallmann, James and Barbara
Farmer, Richard, Connie and Tracie
Feler, Svyatoslaw and
Smolyanskaya, Yelena
Felicetti, Steven and Gayle
Fernandez, Joseph
Fernandez, Vernon Leroy and JoAnn
Cross
Fineschi, Nicola and Connie
Finke, Margaret
First East Side Savings Bank
Fisher, Steve and Corrinn
Fores, David and Vasquez, Monica
Franatovich, Mitchell J.
Frenchman, Beth

Gaita, Gina (Promenade)
Galatas, Bernadette
Galle, Joey and Amanda
Galle, Joseph and Debbie
Galloway, James and Cynthia
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Ganucheau, Renee
Garcia, Jesus and Fernandez, Julio
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Garrett, Philip and Courtney
Gaussiran, Maxi
Genovese, Karen
George, Christopher and Vaca, Natalie
Gerica, Ramona
Gill, Ted and Pamela
Gillane, William and Maureen
Gleason, Herman and Deborah
Goddard, Alan and Annette
Godwin, Franklin & Veronica
Gody, Anthoney and Candace
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gotreaux, Dustin and Korie
Greco, Vincent
Gremillion, Paul and Andrea
Gross, Cheryl and David
Guerra, Darlyn
Guice, Kenneth
Guidry, Christopher and Jerene
Guillory, Gregory and Cynthia
Guillot, Eno and Frances
Hakenjo, Candace and Todd
Hankins, Lee and Barbara
Hanlon, Patrick and Ann
Harkins, Rochelle Frazier
Harmon, Dennis and Nancy
Harris, Anthony Richard
Hart, Jesse and Sheila
Hay, Robert and Maria
Headley, Danny and Cathy
Heck, Joshua and Kelly
Helmick, Timothy and Maria
Herbert, Jason and Shanique
Hernandez, John and Diane E.
Hernandez, Marla
Hewitt, Margie
Hidalgo, Tony and Sidney
Hoffman, Hannelore and Lengel, Donna
Hogan, Barbara
Hopper, Dean and Dena
Houston, Debra (Promenade)
Hubbell, Wendy and Cimo, Christy
Huckaby, Brian
Hufft, Val and Audrey

Hulsey, Charles and Sarah
Jackson, Senora B.
James, Janelle
James, Jason and Jessica
Janssen, Richard and Tamara
Jarrell, Chad and Darlene
Jastremski, Florence
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and
Johnson Family Living Trust
Johnson, Willie L. Jr.
Jones, Allie and Jeanie
Julian, Marcelo
Kapalin, Daniel and Danielle
Kehoe, Molly
Kelly, Christopher and Jessica
Kelly, Gary and Vicki
Kessler, David and Amanda
King, David and Mary
Kitts, Corey and Monique
Knight, Christopher and Rosemary
Kottkamp, Jeffrey and Cynthia
Kustenmacher, Kenneth and Juile
Kuykendall, Beverly
Labell, Barry
LaCroix, Jim
Landry, Gerard and Kiefer, J. Leatrice
Landry, Justin and Renee
Lang, Joe and Amy
Langlois, Rebecca and Roth, Robert
Laraque, Jean and Gueldie
Lartigue, C.W. and Margaret
Lasserre, Paul
Lau, Donald
Lea, Chris and Julie
LeBlanc, Steven and Dana
LeBlanc, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, Kevin
Lefton, David and Garcia, Michelle
LeJeune, Michael and Melissa
Lukaszewski, Lynn
Mackoff, Arlene and Charles
Macmurdo, William and Cornelia
Macon, Jeremy
Maillot, Georges and Janice
Martin, Michael
Martineau, Bill and Cynthia
Matus, Aldo and Ghedy
Mayo, Edward and Jacqueline
McCoy, Clyde and Ira
McKenzie, James and Elizabeth
McLain, Jon Scott
McLendon, Brian and Stephanie
Mercado, Juan and Irena
Mercedes, William and Carmen
Metcalfe, George and Amy

Methvin, William and Deborah
Meyer, Lawrence and Elizabeth
Middleton, Michael and Megham
Miller, Bradley and Tricia
Mills, Jeannete
Minafri, Steven
Mitchell, Michael and Christina
Mizne, Michael and Jeannine
Montalvo, Samuel, Jr.
Morici, Mark and Maureen
Morlas, Ralph and Paula
Morris, Robert
Mosley, Shawn
Mottolo, Gene
Mullen, Thomas and Kathleen
Musgrave, Richard and Michele
Naden, Craig and Roberta
Neumann, Allan
Nevels, Susan
Nichols, James and Kathleen
Niswonger, Mary M.
Nord, John
Novello, Robin
Nunez, Carmela
Nunez, Ernest and Marie
Nunez, Frederick and Lisa
O'Hear, Anne M.
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Orlowski, David
Owens, Brenda
Page, Dwight and Psyche
Parker, Charles and Rachael
Parr, Shelly and Kelly
Pasentine, Judith Ellen
Patin, Danielle
Patterson, Joan
Pavageau, Craig and Olivia
Payton, Sean and Beth
Peace, Stephanie and John
Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)
Pena, Orlando
Penny, Andrew and Rachel
Pentecost, Mary Louise
Peoples, Debra
Peres, Tony and Kathy
Perga, Anthony and Marcia
Perry, Timothy and Tracy
Petagna, Brent and Lisa
Peters, Ronald
Peterson, Derrick and Robin
Petkin, Paul and Therese
Petone, Anthony Peter
Petrey, Charles and Marcia
Pierson, Jan and Neil
Piwetz, Randy and Jeanne
Plotkin, Peter

**Amended Omni V Exhibit A - Plaintiff List - Page 2**

Polk, Donna
Price, Joshua and Kimberlea
Prichard Housing Authority
Promenade at Tradition
Community Association, Inc.
Pryce, Hazel and Smith, Dionne
Puig, Donald and Marcelyn
Querol, Damien
Quick, William and Maxine
Quividia, Joseph Todd
Raborn, Randy and Pamela
Ramsarran, Lloyd and Dinah
Randolph, Vincent L.
Real Property Resolutions Group,
LLC
Reid, Grant and Kathyrn
Rekhels, Alexander and Irina
Restrepo, Socorro
Reynolds, Karen
Riggio, Brenda and Ignatius
Rigney, George and Raffy
Ristovski, Van
Rizzo, Jack and Luz
Robair, Alexander
Robbins, Margaret and Glenwood
Roberson, Sandra
Roberts, Jeffrey D.
Rodosta, Toni
Rogers, Brad and Cassandra
Rogers, Joyce W.
Rohan, Patricia and Donald
Rome, Erwin and Karen
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Rosetta, Dufrene and Ernest

Ruesch, Kevin and Dorothy
Ryckman, Rickey
Saggese, Thomas and Joy
Salter, Kenneth and Cindy
Santiago, Marcos and Carmen
Schields, Larry
Schmitt, Leah and Todd;
Hammond, Anne and Cangelosi,
Pam
Scott, Terrance and Semrau,
Deborah
Seddon, Robert and Joan
Segreto, Mark and Victoria
Segundo, Rafael and Ana
Seifart, Armin and Gore, Lisa
Shelton, Michael and Leslie
Sicard, Austin, Jr.
Silvestri, Susan W.
Singleton, Enrica
Skinner, Helena
Smith, Clinton and Kelly
Spencer, Patricia
St. Martin, Steven and Janeau
Stanley, Duke
Staub, Dana and Marcus
Steele, Jason and Peny
Steubben, John and Grace
Stone, Thomas and Lauren
Sullivan, William and Sheila
Tabor, Edward and Emmilou
Talbert, Billy
Tarzy, Jim
Taylor, David Jason and Amanda B.
Tedesco, Caroline and Robert
Tenny, Thomas and Rene
Theard, Avery and Tjaynell

Thomas, Brian and Tamara
Thomas, Darlene and James
Thornton, Stanley and April
Tiemann, Richard and Jean
Toras, Nikolaos
Torrance, Matthew and Mary
Transland, LLC
Turner, Tyrone C.
Uli, Peter and Catherine
Ursa, Flaviu-Emil and Dorina
Van Winkle, Ronnie and Anne
Velez, Louis
Vest, Hugh and Tracy
Waguespack, Jacques and Nicole
Walker, Demetra
Ward, Amy and Truman
Watson, Patrick and Paula
Watts, Sharon
Wayne, William and Kelly
Wenzel, John and Lorraine
Wheeler, Don and Agnes
Whitaker, Robert and Dana
White, Taeneia
Wilcox, Eric and Karen
Wilfer, Rosanne
Williams, Diana and Terry
Williams, Margret and Wakeland,
Angella and Nicholas
Wilson, Teresa
Wischler, Robert
Wood, Bryan and Kimberly
Woolley, Scott
Youmans, Dr. Cassandra
Young, Linda and Raymond
Zamora, Hope

**Amended Omni V Exhibit A - Plaintiff List - Page 3**

# EXHIBIT B

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

### Exhibit B – Additional Defendants Named in
### Plaintiffs Amended Omnibus Class Action Complaint (V)

<u>Insurance Company Defendants</u>
Ace Fire Underwriters  Insurance Company
Alabaster Assurance Company, Ltd.
Allied World Assurance Company
American Guarantee and Liability Insurance Company
American Home Assurance Company
American Insurance Company
American International Specialty Lines Insurance Company
American International Surplus Lines Agency, Inc.
American Reliable Insurance Corporation
American Strategic Insurance Corporation
American Zurich Insurance Company
Amerisure Insurance Company
Amerisure Mutual Insurance Company
Arch Insurance Company
Assurance Company of America
Atlantic Casualty Insurance Company
Audubon  Insurance Group
Auto-Owners Insurance Company
Axis Surplus Insurance Company
Bankers Insurance Company
Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation
Builders Insurance Company
Builders Mutual Insurance Company
The Builders Risk Plan
Canal Indemnity Company
Catlin Specialty Insurance Company
Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability
        Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)
Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance
        Company
Chubb Custom Insurance Company
Cincinnati Insurance Company
Clarendon America Insurance Company
Continental Casualty Company
Crum & Forster Specialty Insurance Company
Employers Insurance of Wausau
Endurance American Insurance Company
Endurance Specialty  Insurance Ltd.
Essex Insurance Company
FCCI Commercial Insurance Company
FCCI Insurance Company
Fireman's Fund Insurance Company

**Amended Omni V Exhibit B - Defendant List - Page 1**

First Commercial Insurance Company
General Fidelity Insurance Company
General Security Indemnity Company of Arizona
Granada Insurance Company
Great American Assurance Company
Greenwich Insurance Company
The Hanover American Insurance Company
Hanover Insurance Company
Harleysville Mutual Insurance Company
Heath Insurance Brokers, Incorporated
Illinois National Insurance Company
The Insurance Company of the State of Pennsylvania
Interstate Fire & Casualty Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust
Markel Insurance Company
Mid-Continent Casualty Company
Mount Hawley Insurance Company
National Union Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property and Casualty Insurance Company
Nautilus Insurance Company
North American Specialty Insurance Company
The North River Insurance Company
Old Dominion Insurance Company
Old Republic Insurance Company
Owners Insurance Company
Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.
QBE Specialty Insurance Company
Quanta Indemnity Company
RLI Insurance Company
RSUI Group, Inc.
Royal & Sunalliance Insurance Agency Inc.
Safeco Insurance Company of America
Scottsdale Insurance Company
Southern-Owners Insurance Company
SR International Business Insurance Company Ltd.
Standard Fire Insurance Company
State Farm Fire and Casualty Company
Steadfast Insurance Company
St. Paul Fire & Marine Insurance Company
Sunshine State Insurance Company
Swiss Re International SE
Travelers Indemnity Company of Connecticut

**Amended Omni V Exhibit B - Defendant List - Page 2**

Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
Underwriters at Lloyd's, London
Vinings Insurance Company
Wausau Underwriters Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company
XL Europe Ltd.
XL Insurance Company Ltd., a/k/a XL Insurance America, Inc.
Zurich American Insurance Company
Zurich North America

### Distributors/Suppliers/Importer/Exporter/Brokers
84 Lumber Company
84 Lumber Company, LP
Bailey Lumber & Supply Company
Bailey Lumber & Supply Company of Biloxi
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Black Bear Gypsum Supply, Inc.
Black Bear Gypsum, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
L&W Supply Corporation d/b/a Seacoast Supply Company
Mazer's Discount Home Centers, Inc.
Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Tobin Trading, Inc.
USG Corporation
Venture Supply Company
Venture Supply, Inc.

### Developer/Builders
Advantage Builders of America, Inc.
Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Aubuchon Homes, Inc.
Barony Homes, Inc.
Beazer Homes Corp.
Brightwater Community #1 LLC
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.

Amended Omni V Exhibit B - Defendant List - Page 3

Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Completed Communities II, LLC
Daelen of Tangiaphoa, LLC
Design Drywall of South Florida, LLC
E. Jacob Construction, Inc.
E. Jacob Fakouri Construction, Inc.
Gooden Homes, LLC
Gryphon Construction, LLC
Gryphon Corporation
Lennar Corporation
Lennar Homes, LLC
Louran Builders, Inc.
MATSA Construction Company, Inc.
Mayeaux Construction, Inc.
Medallion Homes Gulf Coast, Inc.
M/I Homes, Inc.
M/I Homes of Tampa, LLC
The Mitchell Co.
Morrison Homes, Inc.
Northstar Holdings at B and A, LLC
Northstar Homebuilders, Inc.
Northstar Homes, Inc.
The Overlook, LLC
Overlook Point, LLC
Parallel Design and Development, LLC
Premier Communities, Inc.
Ray Beck, Inc.
Saturno Construction AB, Inc.
Siesta Bay Custom Homes, LLC
Southwell Homes, LLC
Sterling Communities, Inc.
Sterling Communities Realty, Inc.
The Sterling Collection, Inc.
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sun Construction, LLC d/b/a Sunrise Homes
Sunrise Construction and Development, LLC
Sunrise Custom Homes and  Construction, LLC
Taylor Morrison of  Florida, Inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.
Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company
Velvet Pines Construction, LLC
Ybarzabal Contractors, LLC

**Amended Omni V Exhibit B - Defendant List - Page 4**

**Contractor/Installers**
Beta Drywall, LLC
F. Vicino and Company, Inc.
Gateway Drywall, Inc.
Graf's Drywall, LLC
Hinkle Drywall, Inc.
JM Interiors, Inc.
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
The Porter-Blaine Corporation
Precision Drywall, Inc.
Residential Drywall, Inc.
Right Way Finishing, Inc.
RJL Drywall, Inc.
Vicinity Drywall, Inc.

# EXHIBIT C

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

**Exhibit "C"**

**Plaintiffs' Counsel and Pro Se Plaintiffs Contact Information in Plaintiffs Amended Omnibus Class Action Complaint (V)**

| PLAINTIFF'S COUNSEL |
| --- |
| Jeremy Alters<br>Alters Boldt Brown Rash & Culmo<br>4141 Northeast 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8558<br>**jeremy@abbrclaw.com** |
| Kea Sherman<br>The Andry Law Firm<br>610 Baronne Street<br>New Orleans, LA 70113<br>Phone: (504) 586-8899<br>**ksherman@andrylawfirm.com** |
| Spencer Aronfeld<br>Aronfeld Trial Attorneys PA<br>3132 Ponce de Leon Boulevard<br>Coral Gables, FL 33134<br>Phone: (305) 441-0440<br>Fax: (305) 441-0198<br>**aronfeld@aronfeld.com** |

1

Bruce Steckler
Baron & Budd
3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281
Phone: (214) 521-3605
Fax: (214) 520-1181
**bsteckle@baronbudd.com**

Barrett Law Office, P.A.
404 Court Square
P.O. Box 987
Lexington, MS 39095
(662) 834-2376

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
**Barrios@bkc-law.com**

Daniel E. Becnel, Jr.
Matthew B. Moreland
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
**mmoreland@becnellaw.com**

Bencomo & Associates
639 Loyola Ave.
Suite 2110
New Orleans, LA 70119
Phone: (504) 529-2929
**ben_law@bellsouth.net**

2

Michael I. Kean
Berman, Kean & Riguera, P.A.
2101 W. Commercial Boulevard
Suite 2800
Fort Lauderdale, FL 33309
Phone: (954) 735-0000
Fax: (954) 735-3636
mik@bemankean.com

Jeffrey Berniard
Berniard Law Firm, LLC
643 Magazine Street
Suite 402
New Orleans, LA 70130
Phone: (504) 527-6225
Fax: (504) 617-6300
**Jeffberniard@laclaim.com**

E. John Litchfield
Matthew P. Chenevert
Berrigan, Litchfield, Schonekas,
 Mann & Traina, LLC
201 St. Charles Avenue, Suite 4204
New Orleans, LA 70170
Phone: (504) 568-0541
Fax: (504) 561-8655
mchenevert@berriganlaw.net

Edward Blizzard
Blizzard, McCarthy & Nabers, LLP
The Lyric Centre Building
440 Louisiana, Suite 1710
Houston, TX 77002-1689
Phone: (713) 844-3750
Fax: (713) 844-3755
eblizzard@blizzardlaw.com

Donna Borrello, LLC
206 Decatur Street
New Orleans, LA 70124
Phone: (504) 595-6191
**borellodm@cox.net**

---

George C. Gaskell
Brown, Brown & Gaskell
1626 90th Avenue
Vero Beach, FL 32966
**ggaskell@brownllp.com**

---

Joseph M. Bruno
The Law Office of Joseph M. Bruno
855 Baronne Street
New Orleans, LA 70113
Phone: (504) 561-6776
Fax: (504) 561-6775
**stephaniep@jbrunolaw.com**

---

Andrew J. Cross
Carey & Danis, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis, MO 63105
Phone: (314) 725-7700
**Across@careydanis.com**

---

Kyle W. Hawthorne
Champlin Law Firm
4137 S. Sherwood Forest Blvd., Suite 120
Baton Rouge, LA 70816
Phone: (225) 295-3600
Fax: (225) 292-3144
**kyle@champlintitle.com**

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Aragon Avenue, 2nd Floor
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
**Ervin@colson.com**

Patrick Connick
Law Offices of Patrick Connick
1335 Barataria Blvd.
Marrero, LA 70072
Phone: (504) 347-4535

Jack Reise
Stephen R. Astley
Coughlin, Stoia, Geller, Rudman & Robbins LLP
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Phone: (561) 750-3000
Fax: (561) 750-3364
**creynolds@csgrr.com**

Peyton B. Burkhalter
Courcelle & Burkhalter, LLC
Executive Tower, Suite 185
3500 North Causeway Boulevard
Metairie, LA 70002
Phone: (504) 828-1315
Fax: (504) 828-1379
**pburkhalter@candbllc.com**

Charles J. LaDuca
Cuneo, Gilbert & LaDuca, LLP
507 C Street, NE
Washington, DC 20002
Phone: (202) 789-3960
Fax: (202) 789-1813
**wanderson@cuneolaw.com**

John M. Dubreuil
Daigle, Fisse & Kessenich
227 Hwy 21
Madisonville, LA 70447
Phone: (985) 871-0800
Fax: (985) 871-0899
**jdubreuil@daiglefisse.com**

Grady J. Flattmann
Henry Dart Attorneys at Law
510 N. Jefferson Street
Covington, LA 70433
Phone: (985) 809-8093
Fax: (985) 809-8094
**gflattman@dartlaw.com**

Mark G. Duncan
Davis & Duncan, L.L.C.
201 Carroll Street
Mandeville, LA 70448
Phone: (985) 626-5770
Fax: (985) 626-5771
**mduncan@davisduncanlaw.com**

Joshua M. Palmintier
deGravelles, Palmintier, Holthaus & Fruge, LLC
618 Main Street
Baton Rouge, LA 70801
Phone: (225) 344-3735
Fax: (225) 336-1146

Julie Jochum
Gregory Dileo
300 Lafayette Street, Suite 101
New Orleans, LA 70130
Phone: (504) 522-3456
Fax: (504) 522-3888
**jjochumnola@gmail.com**

6

Elizabeth Borne
Dysart & Tabary, LLP
3 Courthouse Square
Chalmette, LA 70043
Phone: (504) 271-8011
Fax: (504) 648-0255
**LisaB@dst-law.com**

Richard J. Fernandez
Richard J. Fernandez, LLC
3000 West Esplanade Ave.
Suite 200
Metairie, LA 70002
Phone: (504) 834-8500
Fax: (504) 834-1511
**rick@rjfernandezlaw.com**

Michael L. Fondren, PC,
906 Convent Avenue
Pascagoula, MS 39567

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
**gmeunier@gainsben.com**

Scott M. Galante
Galante & Bivalacqua, LLC
650 Poydras Street
Suite 2015
New Orleans, LA 70130
Phone: (504) 648-1858
Fax: (504) 561-0559
**scott@gb-lawfirm.com**

Jessica G. Lagos
George Hartz & Lundeen
4800 LeJeune Road
Coral Gables, FL 33146
Phone: (305) 662-4800
Fax: (305) 667-8015
jessicalagos@georgehartz.com

Thomas M. Dougherty
Geraghty, Dougherty & Edwards, P.A.
1531 Hendry Street
Fort Myers, FL 33901
Phone: (239) 334-9500
Fax: (239) 334-8930
linda@7-litagators.com

R. Bowen Gillespie, III
Gillespie & Allison, PA
Suite A165
7601 North Federal Highway
Boca Raton, FL 33487-1683
Phone: (561) 368-5758
Fax: (561) 395-0917
gillespie-allison@prodigy.net

Brian J. Connelly
Jason L. Odom
Gould Cooksey Fennell P.A.
979 Beachland Blvd.
Vero Beach, FL 32963
Phone: (772) 231-1100
Fax: (772) 231-2020
nlr@gouldcooksey.com

Richard H. Gaines
Greenspoon, Marder, PA
100 W. Cypress Creek Rd., Suite 700
Ft. Lauderdale, FL 33309
Phone: (954) 491-1120
Fax: (954) 343-6944
**Richard.Gaines@gmlaw.com**

Scott N. Gelfand
Scott N. Gelfand, PA
5501 University Drive, Suite 101
Coral Springs, FL 33067
Phone: (954) 225-7900
Fax: (954) 255-7905
**scott@gelfandpa.com**

Michael D. Hausfeld
Richard S. Lewis
James J. Pizzirusso
Hausfeld LLP
1700 K Street, N.W.
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
**jpizzirusso@hausfeldllp.com**

Edward Gibson
Hawkins, Stracener & Gibson, PLLC
544 Main Street
Bay St. Louis, MS 39520
Phone: (228) 469-0785
Fax: (228) 466-9233
**Egibson@hsglawfirm.net**

Eric Grindley
Henderson, Franklin Starnes & Holt, PA
1715 Monroe Street
P.O. Box 280
Ft. Myers, FL 33902
Phone: (239) 344-1299
Fax: (239) 344-1526
Eric.Grindley@henlaw.com

Russ M. Herman
Leonard A. Davis
Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave., Suite 100
New Orleans, LA 70113
Phone: (504) 581-4892
Fax. (504) 561-6024
**rherman@hhkc.com**

Christopher Casper
James, Hoyer, Newcomer, Smiljanich
 & Yanchunis, P.A.
4830 West Kennedy Boulevard
Suite 550
Tampa, FL 33609
Phone: (813) 286-4100
Fax: (813) 286-4174
**ccasper@jameshoyer.com**

Samuel Elswick
James F. Humphreys & Associates, L.C.
500 Virginia Street East
Suite 800, United Center
Charleston, WV 25301
Phone: (304) 347-5050
Fax: (304) 347-5055
**amcclelland@jfhumphreys.com**

L. J. Hymel
Hymel, Davis & Petersen, L.L.C.
10602 Coursey Blvd.
Baton Rouge, LA 70816
Phone: (225) 298-8118
Fax: (225) 298-8119
**ljhymel@hymeldavis.com**

Anthony Irpino
Irpino Law Firm
One Canal Place
365 Canal Street
Suite 2290
New Orleans, LA 70130
Phone: (504) 525-1500
Fax: (504) 525-1501
**info@louisianalegal.com**

Alan Kanner
Kanner & Whiteley, L.L.C.
701 Camp Street
New Orleans, LA 70130
Phone: (504) 524-5777
Fax: (504) 524-5763
**M.Fuselier@kanner-law.com**

Brad Kelsky
Law Offices of Brad Kelsky, PA
10189 Cleary Blvd.
Suite 102
Plantation, FL 33324

Michael J. Ryan
Krupnick Campbell Malone Buser Slama
Hancock Liberman & McKee, P.A.
700 Southeast Third Avenue
Ft. Lauderdale, FL 33316-1186
Phone: (954) 763-8181
Fax: (954) 763-8292
ksolares@krupnicklaw.com

11

Hugh P. Lambert
Lambert & Nelson, PLC
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
**gerry@lambertandnelson.com**

Jack Landskroner
Landskroner, Grieco, Madden. Ltd.
1360 West 9th Street
Suite 200
Cleveland, OH 44113
Phone:  (216) 522-9000
Fax: (216) 522-9007
**jack@landskronerlaw.com**

Russell Lazega
Law Offices of Russel Lazega, P.A.
13499 Biscayne Blvd., Suite 107
North Miami, FL 33181
Phone: (305) 981-9055
Fax: (305) 981-9053
**Joey@LazegaLaw.com**

Paul A. Lea, Jr.
Paul A. Lea, Jr., APLC
527 E. Boston St., Suite 201
Covington, LA 70433-2948
Phone: (985) 292-2300
Fax: (985) 292-3501
**jean@paullea.com**

Andrew A. Lemmon
Lemmon Law Firm
P.O. Box 904
Hahnville, LA 70057
Phone: (985) 783-6789
Fax: (985) 783-1333
**tiffany@lemmonlawfirm.com**

Theodore J. Leopold
Leopold-Kuvin, P.A.
2925 PGA Boulevard, Suite 200
Palm Beach Gardens, FL 33410
Phone: (561) 515-1400
Fax: (561) 515-1401
**lmarks@leopoldkuvin.com**

Andrea S. Lestelle
Lestelle & Lestelle, APLC
3421 N. Causeway Boulevard
Suite 602
Metairie, LA 70002-3726
Phone: (504) 828-1224
Fax: (504) 828-1229
**lestelle@lestellelaw.com**

Arnold Levin
Fred S. Longer
Matthew Gaughan
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Phone: (215) 592-1500
Fax: (215) 592-4663
**alevin@lfsblaw.com**

Ben Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell, Echsner &
Proctor, P.A.
316 S. Baylen Street
Pensacola, FL 32501
Phone: (850) 435-7087
Fax: (850) 436-6087
**bgordon@levinlaw.com**

Alan E. Tannenbaum
Levin, Tannenbaum
1680 Fruitville Road, suite 102
Sarasota, FL 34236
Phone: (941) 316-0794
Fax: (941) 316-0301
**ddurik@levintannenbaum.com**

Daniel K. Bryson
Lewis & Roberts, PLLC
3700 Glenwood Avenue
Suite 410 (27612)
P.O. Box 17529
Raleigh, NC 27619
Phone (919) 981-0191
Fax: (919) 981-0199
**akf@lewis-roberts.com**

Mark A. Hanson
The Law Offices of Lobeck & Hanson, P.A.
2033 Main Street, Suite 403
Sarasota, FL 34237
Phone: (941) 955-5622
Fax: (941) 951-1469
**law@lobeckhanson.com**

14

Lovelace Law Firm, P.A.
12870 U.S. Hwy 98 West Suite 200
Miramar Beach, FL 32550
Phone: (888) 837-2281
Fax: (850) 837-4093

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

F. Gerald Maples
F. Gerald Maples, PA
365 Canal St., Suite 2650
New Orleans, LA 70130
ebowler@fgmaples.com

Scott R. Bickford
Larry J. Centola
Martzell & Bickford
338 Lafayette Street
New Orleans, LA 70130
ljc@mbfirm.com

David P. Matthews
Julie L. Rhoades
Matthews & Associates
2905 Sackett Street
Houston, TX 77098
Phone: (713) 535-7179
Fax: (713) 535-7184
lnielsen@dpmlawfirm.com

Chip A. McCallum
McCallum, Hoaglund, Cook & Irby, LLP
905 Montgomery Highway
Suite 201
Vestavia Hills, AL 35216
Phone: (205) 824-7767
Fax: (205) 824-7768
lmarler@mhcilaw.com

Douglas M. McIntosh
Manuel R. Comras
McIntosh, Sawran, Peltz & Cartaya, P.A.
1601 Forum Place
Suite 1110
West Palm Beach, FL 33401-4025
Phone: (561) 682-3202
Fax: (561) 682-3206
mcomras@mspcesq.com

Mark A. Milstein
Jason J. Rudolph
Milstein, Adelman and Kreger, LLP
2800 Donald Douglas Loop North
Santa Monica, CA 90405
Phone: (310) 396-9600
Fax: (310) 396-9635
eshipman@maklawyers.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

16

Morris Bart
Morris Bart, LLC
909 Poydras St.
20th Floor
New Orleans, LA 70112
Phone: (504) 599-3224
**morrisbart@morrisbart.com**

Gary J. Gambel
Murphy, Rogers, Sloss & Gambel
One Shell Square
701 Poydras Street, Suite 400
New Orleans, LA 70139
Phone: (504) 523-0400
Fax: (504) 523-5574
**tdepaula@mrsnola.com**

Matthew L. Lundy
Older & Lundy
3014 West Palmira Avenue
Suite 301
Tampa, FL 33629
Phone: (813) 254-8998
Fax: (813) 839-4411
**MattLundy@olderlundylaw.com**

Jerrold Parker
Jordan L. Chaikin
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
**Jchaikin@yourlawyer.com**

17

H.K. Skip Pita
Pita & Del Prado
9350 South Dixie Hwy, Suite 1200
Miami, FL 33156
Phone: (305) 670-8060
Fax: (305) 670-6666
**spita@pdfirm.com**

W. Lee Pittman
Booth Samuels
Pittman, Dutton, Kirby & Hellums, P.C.
1100 Park Place Tower
Birmingham, AL 35203
Phone: (205) 322-8880
Fax: (205) 328-2711
**booths@pdkhlaw.com**

Victor M. Diaz
Podhurst Orseck, PA
25 W. Flagler St., Suite 800
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
**vdiaz@podhurst.com**
**jdonner@podhurst.com**

Ewell Potts, Jr.
Potts & Potts, APLC
7216 W. Judge Perez Drive
Arabi, LA 70032
Phone: (504) 277-1588
Fax: (504) 277-1589
**pottsandpotts@bellsouth.net**

Jordan Torry
Reich & Binstock, LLP
4265 San Felipe, Suite 1000
Houston, TX 77027
Phone: (713) 622-7271
Fax: (713) 623-8724
dacevedo@reichandbinstock.com

H. Clay Roberts
Roberts & Durkee, PA
Alhambra Towers, Penthouse I
121 Alhambra Plaza, Suite 1603
Coral Gable, FL 33134
Phone: (305) 442-1700
Fax: (305) 442-2559
roberts@rdlawnet.com

Dianne Nast
Roda & Nast, PC
801 Estelle Dr.
Lancaster, PA 17601
Phone: (717) 892-3000
Fax: (717) 892-1200
dnast@rodanast.com

Richard Kriseman
Saunders & Walker, PA
3491 Gandy Blvd. N., Suite 200
Pinellas Park, FL 33781
Phone: (727) 579-4500
Fax: (727) 577-9696
rick@saunderslawyers.com

T. J. Seale, III
Kevin Landreneau
Seale & Ross, APLC
10357 Old Hammond Highway
Baton Rouge, LA 70816
Phone: (225) 293-0886
Fax: (225) 293-0887
**kevinlandreneau@sealeross.com**

Christopher Seeger
Jeffery Grand
Seeger Weiss, LLP
One William Street
Phone: (212) 584-0700
Fax: (212) 584-0799
**egoldberg@seegerweiss.com**

Richard Serpe
Law Offices of Richard J. Serpe
Crown Center, Suite 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com
Phone: (757) 233-0009
Fax: (757) 233-0455
**rserpe@serpefirm.com**

Michael B. Shapiro
Allison Grant
Shapiro, Blasi, Wasserman & Gora, PA
Corporate Centre at Boca Raton
7777 Glades Road, Suite 400
Boca Raton, FL 33434
Phone: (561) 477-7800
Fax: (561) 477-7722
**agrant@sbwlawfirm.com**

Michael W. Simon
Simon, Sigalos & Spyredes PA
3839 NW Boca Raton Blvd.
Suite 100
Boca Raton, FL 33431
Phone: (561) 447-0017
Fax: (561) 447-0018
msimon@3slaw.com

George R. Irvine, III
Stone, Granade & Crosby, P.C.
7133 Stone Drive
Daphne, Alabama 36526
Phone: (251) 626-6696
Fax: (251) 626-2617
gri@sgclaw.com

Richard Taylor
Taylor Martino Zarzaur PC
P.O. Box 894
Mobile, AL 36601
Phone: (251) 433-3131
Fax: (251) 405-5080
richartaylor@taylormartino.com

Tom W. Thornhill
Thornhill Law Firm A PLC
1308 Ninth Street
Slidell, LA 70458
Phone: (985) 641-5010
Fax: (985) 641-5011
tom@thornhilllawfirm.com

Sidney D. Torres, III
Roberta L. Burns
Law Offices of Sidney D. Torres, III
Torres Park Plaza, Suite 303
8301 West Judge Perez Dr.
Chalmette, LA 70043
Phone: (504) 271-8421
Fax: (504) 271-1961
**Pmichon@torres-law.com**

Thomas Vaughn
Vaughn & Bowden, PA
P.O. Box 240
Gulfport, MS 39502
Phone: (228) 863-5656
Fax: (228) 863-8962

Marcus Viles
Viles and Beckman, LLC
6350 Presidential Court
Fort Myers, FL 33919
Phone: (239) 334-3922
**michael@vilesandbeckman.com**
**marcus@vilesandbeckman.com**

J.E. Cullens, Jr.
Darrel Papillion
Walters, Papillion, Thomas, Cullens, LLC
12345 Perkins Road, Bldg. One
Baton Rouge, LA 70810
Phone: (225) 236-3636
Fax: (225) 236-3650
**cullens@lawbr.net**

Ryan L. Thomson
Watts, Hilliard, LLC
4 Dominion Drive
Bldg 3, Ste. 100
San Antonio, TX 78257-1300
Phone: (210) 447-0500
Fax: (210) 447-0501
**Rthompson@wgclawfirm.com**

---

James M. Scarmozzino, Esquire
Webb & Scarmozzino, PA
2121 West First Street, Ste. 200
Ft. Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

---

Rick W. Sadorf
Wilkinson & Sadorf, P.A.
1744 N. Belcher Rd., Suite 150
Clearwater, FL 33765
Phone: (727) 726-1514
Fax: (727) 726-9044
**rsadorf@wspalaw.com**

---

Eric Williams
Williams Law Office, LLC
3000 W. Esplanade Ave., Ste. 200
Metairie, LA 70002
Phone: (504) 832-9898
Fax: (504) 834-1511
**eric@amlbenzene.net**

---

Willis and Buckley, APC
3723 Canal Street
New Orleans, Louisiana  70119
Phone: (504) 488-6301
Fax: (504) 488-6302

23

Scott G. Wolfe, Jr.
Seth J. Smiley
Wolfe Law Group, LLC
4821 Prytania Street
New Orleans, LA 70115
Phone: (504) 894-9653
Fax (866) 761-8934
**seth@wolfelaw.com**

---

Webb & Scarmozzino, P.A.
2121 West First Street
Fort Myers, FL 33901
Phone: (239) 334-1600
Fax: (239) 334-7979

---

Eric D. Wooten
Wooten Law Firm, PLLC
1617 25th Avenue
Gulfport, MS 39501
Phone: (228) 214-1281
Fax: (228) 864-8962
**edwvbw@gmail.com**

---

R. Tucker Yance
Yance Law Firm, LLC
169 Dauphin St.
Suite 318
Mobile, AL 36602
Phone: (251) 432-8003
Fax: (251) 432-8009
**rty@yancelaw.com**

---

Gordon Rudd
Zimmerman Reed, PLLP
651 Nicollet Maill, Suite 501
Minneapolis, MN 55402
Phone: (612) 341-0400
Fax: (612) 341-0844
**Julianne.VanNorman@zimmreed.com**

24

| PRO SE PLAINTIFFS |
|---|
| Brenda Cooper<br>1812-14 Mazant Street<br>New Orleans, Louisiana 70117 |
| Clyde and Ira McCoy<br>11417 S. St. Andrew Circle<br>New Orleans, Louisiana 70128 |
| Enrica Singleton<br>11413 Longview Drive<br>New Orleans, Louisiana 70128 |

25