# SCHEDULE 2

## 84 Lumber Company*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/01/2005 - 01/01/2006 | GLO 9302293-03 | Zurich American Insurance Company | | |
| 01/01/2006 - 01/01/2007 | GLO 9302293-04 | Zurich American Insurance Company | | |
| 01/01/2007 - 01/01/2008 | GLO 9302293-05 | Zurich American Insurance Company | | |
| | | | | |
| | | | | |

*Includes Insured Defendants 84 Lumber Company; 84 Lumber Company, LP.

Omni V - Schedule 2   Page 1

## Bailey Lumber*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 4/1/2008 - 4/1/2009 | TBKZ91445125018 | Wausau Underwriters Insurance Company | | |
| | THCZ91445125038 | | Employers Insurance of Wausau | |

*Includes Insured Defendants Bailey Lumber & Supply Company; Bailey Lumber & Supply Company; Bailey Lumber & Supply Company of Biloxi.

Omni V - Schedule 2   Page 2

**Banner\***

| Year | Policy No. | General Liability | INSURANCE COMPANY Umbrella | Excess |
|---|---|---|---|---|
| 01/01/2003 - 01/01/2004 | 982X1642-TIL-03 | Travelers Indemnity Company of Illinois | | |
| 01/01/2004 - 01/01/2005 | 982X1642-TCT-04 | Travelers Indemnity Company of Connecticut | | |
| | BE 5683249 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2005 - 01/01/2006 | 982X1642-TIL-05 | Travelers Indemnity Company of Illinois | | |
| | BE 3835949 | | Illinois National Insurance Company | |
| 01/01/2006 - 01/01/2007 | ZZJ 8740164-00 | The Hanover American Insurance Company | | |
| | BE 9300273 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2007 - 01/01/2008 | ZZJ 8740164-02 | The Hanover American Insurance Company | | |
| | BE 3954862 | | American International Specialty Lines Insurance Company | |
| 01/01/2008 - 01/01/2009 | ZZJ 8740164-03 | The Hanover American Insurance Company | | |
| | BE 553482 | | National Union Fire Insurance Company of Pittsburgh | |
| 01/01/2009 - 01/01/2010 | 7606384 | | National Union Fire Insurance Company of Pittsburgh | |
| 8/28/2006 - 8/28/2007 | GL 0004593 1 | FCCI Insurance Company | | |
| | UMB0004525 1 | | FCCI Commercial Insurance Company | |
| 8/28/2008 - 8/28/2009 | GL 0004593 3 | FCCI Commercial Insurance Company | | |
| | UMB0004524 3 | | FCCI Commercial Insurance Company | |
| 8/28/2007 - 8/28/2008 | GL 004593 2 | FCCI Insurance Company | | |
| | UMB0004524 2 | | FCCI Commercial Insurance Company | |

\*Includes Insured Defendants Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; Banner Supply International, LLC.

## Black Bear Gypsum*

| Year | Policy No. | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| | | **INSURANCE COMPANY** | | |
| 8/30/2002-8/30/2004 | PAS 041145096 | Zurich North American | | |
| 8/30/2004 - 8/30/2005 | PAS 00131278 | Zurich North America | | |
| 8/30/2005 - 12/4/2005 | | Scottsdale Insurance Company | | |
| 11/22/2005 - 11/22/2006 | Y-630-918K1987-TIL-05 | Travelers Property Casualty Company of America | | |
| 11/22/2006 - 11/22/2007 | Y-630-918K1987-TIL-06 | Travelers Property Casualty Company of America | | |
| 11/22/2007 - 3/12/2008 | CP00041251 | FCCI Commercial Insurance Company | | |
| | CM0035291 | FCCI Commercial Insurance Company | | |
| | GL000647c31 | FCCI Commercial Insurance Company | | |
| | CA0097271 | FCCI Commercial Insurance Company | | |
| 9/3/2008 - 12/4/2009 | | Safeco Insurance (Liberty Mutual) | | |

*Includes Insured Defendants Black Bear Gypsum Supply, Inc.; Black Bear Gypsum, LLC.

**Omni V - Schedule 2    Page 4**

# Interior Exterior*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 12/31/2002 - 12/31/2003 | CLP31558258B | Bituminous Insurance Companies | | |
| | 6192675 | | American International Specialty Lines Insurance Company | |
| 12/01/2003 - 12/31/2005 | LHA023499 | | | RSUI Group, Inc. |
| 12/01/2003 - 1/01/2005 | 5530052503 | | The North River Insurance Company | |
| 12/31/2003 - 12/31/2004 | 51GPP35913 | Arch Insurance Company | | |
| 12/31/2004 - 12/31/2005 | 31GPP2006501 | Arch Insurance Company | | |
| 12/31/2005 - 12/31/2006 | 31GPP2067202 | Arch Insurance Company | | |
| 1/1/2005 - 1/01/2006 | 5530068073 | | The North River Insurance Company | |
| | LHA028424 | | | RSUI Group, Inc. |
| 12/31/2006 - 12/31/2007 | 31GPP2115003 | Arch Insurance Company | | |
| 1/1/2006 - 1/1/2007 | 5530081951 | | The North River Insurance Company | |
| | LHA033068 | | | RSUI Group, Inc. |
| 12/31/2007 - 1/1/2009 | TB0191448006017 | Liberty Mutual Insurance Company | | |
| 1/1/2007 - 1/1/2008 | 5530894695 | | The North River Insurance Company | Fireman's Fund Insurance Company |
| | SHX0006990073488 | | | |
| | 5530907502 | The North River Insurance Company | | |
| 1/1/2008 - 1/1/2009 | SHX0009073488 | | | Fireman's Fund Insurance Company |
| | TB2191448006019 | Liberty Mutual Insurance Company | | |
| 1/1/2009 - 1/1/2010 | 5530918526 | | The North River Insurance Company | |

*Includes Insured Defendants Interior/Exterior Building Supply, LP; Interior/Exterior Enterprises, LLC.

# L & W Supply Corporation d/b/a Seacoast Supply Company

| Year | Policy No. | INSURANCE COMPANY General Liability | Umbrella | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 | Excess Layer 4 | Excess Layer 5 |
|---|---|---|---|---|---|---|---|---|
| 4/12/2005 - 4/12/2006 | GL 1009337/07-05 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 4464641 | | Illinois National Insurance Company | | | | | |
| | EXC 5748880 | | | Great American Assurance Company | | | | |
| | 4145628 | | | | | | | |
| | AEC 2835911704 | | | | Lexington Insurance Company | | | |
| | CA01200747 | | | | | | | |
| | 4274648 | | | | | American Zurich Insurance Company | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/12/2006 - 4/12/2007 | GL 1009337/07-06 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 4465203 | | Illinois National Insurance Company | | | | | |
| | EXC 5748886-01 | | | Great American Assurance Company | | | | |
| | 4565368 | | | | | | | |
| | QU01200972 | | | | Lexington Insurance Company | | | |
| | 9072903 | | | | | American Zurich Insurance Company | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/12/2007 - 4/12/2008 | GL 1009337/07-07 | Alabaster Assurance Company Ltd. | | | | | | |
| | BE 9634813 | | Illinois National Insurance Company | | | | | |
| | EXC 5748886-02 | | | Great American Assurance Company | | | | |
| | 29303 | | | | | | | |
| | AEC 2835911-06 | | | | Lexington Insurance Company | | | |
| | ELO 10000359000 | | | | | | | |
| | 5192036 | | | | | American Zurich Insurance Company | Endurance American Insurance Company | Starr Excess Liability Insurance Company Ltd. |
| 4/12/2008 - 4/12/2009 | GL 1009337/08 | Alabaster Assurance Company Ltd. | | | | | | |
| | 5390709 | | Illinois National Insurance Company | | | | | |
| | EXC 5748886-03 | | | Great American Assurance Company | | | | |
| | 5238393 | | | | | | | |
| | AEC 2835911-07 | | | | Lexington Insurance Company | | | |
| | ELO 10000664100 | | | | | | | |
| | 1657374 | | | | | American Zurich Insurance Company | Endurance American Insurance Company | AIG Excess Liability Insurance Company |
| 4/12/2009 - 4/12/2010 | GL 1009337/09 | Alabaster Assurance Company Ltd. | | | | | | |
| | 3323931 | | National Union Fire Insurance Company of Pittsburgh | | | | | |
| | EXC 8240099 | | | Great American Assurance Company | | | | |
| | EXC 10001304700 | | | | Endurance American Insurance Company | | | |
| | AEC 2835911708 | | | | | American Zurich Insurance Company | | |
| | EDO 10001312200 | | | | | | | |
| | 1730594 | | | | | | Endurance American Insurance Company | AIG Excess Liability Insurance Company |

**Mazer's Discount Home Centers, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 11/3/03 - 11/3/04 | BE 3J2174 | | Harleysville Mutual Insurance Company | |
| | BE 3J2174 | Harleysville Mutual Insurance Company | | |
| 11/3/05 - 11/3/06 | BE 3J2174 | Harleysville Mutual Insurance Company | | |
| | BE 3J2174 | | Harleysville Mutual Insurance Company | |
| 11/3/06 - 11/3/07 | WPP1010050 00 | Wesco Insurance Company | | |
| | L2090910085 | | Continental Casualty Company | |
| 11/3/07 - 11/3/08 | CAP 515 54 48 | Cincinnati Insurance Company | | |
| | CAP 515 54 48 | | Cincinnati Insurance Company | |
| 11/3/08 - 11/3/09 | CAP 515 14 89 | | Cincinnati Insurance Company | |
| | | | | |

Omni V - Schedule 2   Page 7

**Smoky Mountain Materials, Inc.**
**d/b/a Emerald Coast Building Materials**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 6/1/2006 - 6/1/2007 | 630962J0712 | Travelers Property Casualty Company of America | | |
| | CUP6378C577 | | Travelers Property Casualty Company of America | |
| 6/1/2007 - 6/1/2008 | 630962J0712 | Travelers Property Casualty Company of America | | |
| | CUP6378C577 | | Travelers Property Casualty Company of America | |

Omni V - Schedule 2   Page 8

**Tobin Trading, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|--|--|
| | | General Liability | Umbrella | Excess |
| 5/4/2005 - 3/22/2007 | 96-K7-6686-7 | State Farm Fire and Casualty Company | | |

# USG Corporation

| Year | Policy No. | INSURANCE COMPANY | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | General Liability | Umbrella | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 | Excess Layer 4 | Excess Layer 5 | |
| 4/1/2005 - 4/1/2006 | GL 100637/07-05 | Alabaster Assurance Company Ltd. | Illinois National Insurance Company | Great American Assurance Company | Lexington Insurance Company | American Zurich Insurance Company | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. | |
| | BE 4484641 | | | | | | | | |
| | EXC 5748986 | | | | | | | | |
| | 4149928 | | | | | | | | |
| | AEC 283501704 | | | | | | | | |
| | Q901200747 | | | | | | | | |
| | 4276648 | | | | | | | | |
| 4/1/2006 - 4/1/2007 | GL 100637/07-06 | Alabaster Assurance Company Ltd. | Illinois National Insurance Company | Great American Assurance Company | Lexington Insurance Company | American Zurich Insurance Company | St. Paul Fire & Marine Insurance Company | Starr Excess Liability Insurance Company Ltd. | |
| | BE 4465263 | | | | | | | | |
| | EXC 5748986-01 | | | | | | | | |
| | 5985368 | | | | | | | | |
| | AEC 283501705 | | | | | | | | |
| | QI 01200072 | | | | | | | | |
| | 6072903 | | | | | | | | |
| 4/1/2007 - 4/1/2008 | GL 100637/07-07 | Alabaster Assurance Company Ltd. | Illinois National Insurance Company | Great American Assurance Co. | Lexington Insurance Company | American Zurich Insurance Company | Endurance American Insurance Company | Starr Excess Liability Insurance Company Ltd. | |
| | BE 4654611 | | | | | | | | |
| | EXC 5748986-02 | | | | | | | | |
| | 28353 | | | | | | | | |
| | AEC 283501706 | | | | | | | | |
| | ELD 10000283000 | | | | | | | | |
| | 6132036 | | | | | | | | |
| 4/1/2008 - 4/1/2009 | GL 100637/08 | Alabaster Assurance Co. Ltd. | Illinois National Insurance Company | Great American Assurance Company | Lexington Insurance Company | American Zurich Insurance Company | Endurance American Insurance Company | AIG Excess Liability Insurance Company | |
| | EXC 5748986-03 | | | | | | | | |
| | 5226395 | | | | | | | | |
| | AEC 283501707 | | | | | | | | |
| | ELD 10000884100 | | | | | | | | |
| | 1857374 | | | | | | | | |
| 4/1/2009 - 4/1/2010 | GL 100637/09 | Alabaster Assurance Company Ltd. | National Union Fire Insurance Company of Pittsburgh | Great American Assurance Company | Endurance American Insurance Company | American Zurich Insurance Company | Endurance American Insurance Company | AIG Excess Liability Insurance Company | |
| | 3302631 | | | | | | | | |
| | EXC 8242099 | | | | | | | | |
| | E9C 10001304700 | | | | | | | | |
| | AEC 283501709 | | | | | | | | |
| | E9C 10001317200 | | | | | | | | |
| | 1720684 | | | | | | | | |

## Venture Supply*

| Year | Policy No. | General Liability | INSURANCE COMPANY Umbrella |
|------|-----------|-------------------|----------------------------|
| 11/15/2005 - 11/15/2006 | XTM69242113 | Fireman's Fund Insurance Company | |
| 11/15/2004 - 11/15/2009 | ZBR 7905525-(00,01,02,03,04) | Hanover Insurance Company | |
| 11/15/2004 - 7/2/2009 | UHR 7917898-(00,01,02,03,04) | Hanover Insurance Company | |
| 7/2/2009 - Present | UHR 7917898-04 | Hanover Insurance Company | |
| 11/15/2005 - 7/15/2008 | SHX-000-8854-0364 | Fireman's Fund Insurance Company | |

*Includes Insured Defendants Venture Supply Company; Venture Supply Inc.

**Omni V - Schedule 2   Page 11**

## Advantage Builders Of America, Inc.*

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|---|---|
| | | General Liability | Umbrella | Excess |
| 06/01/2005 - 07/01/2005 | QAG0004772-00 | Quanta Indemnity Company | | |
| 06/01/2005 - 06/01/2006 | QAG0004772-00 | Quanta Indemnity Company | | |
| 06/01/2006 - 06/01/2007 | 04-GL-000945218 | Mid-Continent Casualty Company | | |
| 06/01/2007 - 06/01/2008 | GLP 0014622 00 | Vinings Insurance Company | | |
| 06/01/2008 - 08/01/2009 | GLP 0014622 01 | Vinings Insurance Company | | |
| 06/01/2009 - 06/01/2010 | GLP 0014622 02 | Vinings Insurance Company | | |

*Includes Insured Defendants Advantage Builders of America, Inc; Advantage Builders of America, Inc a/k/a Advantage Builders of SWFL, Inc.

## Alana Development Corporation

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 06/02/2005 - 06/02/2006 | 3CR5939 | Essex Insurance Company | | |
| 06/02/2006 - 06/02/2007 | 3CU5234 | Essex Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Albanese-Popkin The Oaks Development Group, L.P.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 8/14/2005 - 8/14/2006 | 04-GL-000600002 | Mid-Continent Casualty Company | | |
| 1/30/2006 - 8/14/2006 | 04XS144054 | | | Mid-Continent Casualty Company |
| 8/14/2006 - 8/14/2007 | 04-GL-000642383 | Mid-Continent Casualty Company | | |
| | 04XS145572 | | | Mid-Continent Casualty Company |
| 8/14/2007 - 8/14/2008 | 04-GL-000684978 | Mid-Continent Casualty Company | | |
| | 04XS151005 | | | Mid-Continent Casualty Company |
| 1/16/2008 - 1/16/2009 | GL2051427000000 | Amerisure Mutual Insurance Company | | |
| | CU2051428 | | Amerisure Mutual Insurance Company | |
| 1/16/2009 - 1/16/2010 | GL2051427010009 | Amerisure Mutual Insurance Company | | |
| | CU2051428 | | Amerisure Mutual Insurance Company | |

Aubuchon Homes, Inc.

| Year | Policy No. | General Liability | INSURANCE COMPANY | |
| --- | --- | --- | --- | --- |
| | | | Umbrella | Excess |
| 3/1/2004 - 3/1/205 | 04-GL-00551099 | Mid-Continent Casualty Company | | |
| 3/1/2005 - 3/1/2006 | 04-GL-00560059 | Mid-Continent Casualty Company | | |
| 3/1/2006 - 3/1/2007 | 04-GL-00622579 | Mid-Continent Casualty Company | | |
| 3/1/2007 - 3/1/2008 | GLP 0012494 00 | Builders Insurance Company / Vinings Insurance Company | | |
| 1/1/2008 - 1/1/2009 | GLP 0012494 02 | Builders Insurance Company / Vinings Insurance Company | | |

**Barony Homes, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| | 61629038 | The Builders Risk Plan | | |
| | 61629038 | The Builders Risk Plan | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Beazer Homes Corp.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 4/1/06 - 4/1/07 | HBP 3991380-01 | Steadfast Insurance Company | | |
| | CEO 3991382-01 | | | American Guarantee and Liability Insurance Company |
| | P003107 002 | | | Endurance Specialty Insurance Ltd. |
| | MH 63 326 | | | SR International Business Insurance Company Ltd. |
| 4/1/07 - 4/1/08 | HBP 3991380-01 | Steadfast Insurance Company | | SR International Business Insurance Company Ltd. |
| | MH 63 326 1.6 | | | American Guarantee and Liability Insurance Company |
| | CEO 3991382-01 | | | Endurance Specialty Insurance Ltd. |
| | P003107 002 | | | |
| 4/1/08 - 4/1/09 | HBP 3991380-01 | Steadfast Insurance Company | | Swiss Re International SE |
| | MH 63 326 1.9 | | | American Guarantee and Liability Insurance Company |
| | CEO 3991382-01 | | | XL Insurance Company Ltd. |
| 4/1/09 - 4/1/10 | IE0013856LI09A | | | Swiss Re International SE |
| | MH 63 326 1.12 | | | Steadfast Insurance Company |
| | HBP 3991380-02 | | | |

## Brightwater Community #1 LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 04/25/2006 - 04/25/2007 | 3CR2662 | Essex Insurance Company | | |
| 01/07/2007 - 01/07/2008 | GI 658988 | Mid-Continent Casualty Company | | |
| 04/25/2007 - 04/25/2008 | 3CU5353 | Essex Insurance Company | | |
| 05/07/2008 - 05/07/2009 | 3CY2339 | Essex Insurance Company | | |
| 05/07/2009 - 05/07/2010 | 3DA7503 | Essex Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |

## Centerline*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/6/2005 - 9/8/2006 | 4105-3242 | | | The Insurance Company of the State of Pennsylvania |
| 9/8/2004 - 9/8/2005 | 04-GL-000568052 | | Mid-Continent Casualty Company | |
| | 04-GL-000572650 | | Mid-Continent Casualty Company | |
| 9/8/2005 - 9/8/2006 | 04-GL-000603021 | | Mid-Continent Casualty Company | |
| | 04-GL-000603065 | | Mid-Continent Casualty Company | |
| | 04 XS 140631 | | | Mid-Continent Casualty Company |
| 9/8/2006 - 9/8/2007 | 04-GL-000845709 | | Mid-Continent Casualty Company | |
| | 04 XS 145904 | | | Mid-Continent Casualty Company |
| 12/28/2004 - 9/8/2005 | 04 XS 137856 | | | Mid-Continent Casualty Company |
| 10/28/2003 - 10/28/2004 | AHGS10487 | | | Royal & Sunalliance Insurance Agency, Inc. |
| 1/10/2005 - 1/10/2006 | CLP6273524 | Interstate Fire & Casualty Company (Subcontractor- Ocean Coast Drywall, Inc.) | | |
| 8/21/2006 - 8/21/2007 | 04GL000656133 | Mid-Continent Casualty Company (Subcontractor - United Framers, Inc.) | | |
| 11/27/2007 - 11/27/2008 | GL204115101 | Amerisure Insurance Company (Subcontractor - United Framers, Inc.) | | |

*Includes Insured Defendants Centerline Homes at Delray, Inc; Centerline Homes at Georgetown, LLC;
Centerline Port St. Lucie, Ltd.; Centerline Homes at Port St. Lucie, LLC; Centerline Homes at Tradition, LLC; Centerline Homes at Vizcaya, Inc;
Centerline Homes Construction, Inc.; Centerline Homes, Inc.
Completed Communities III, LLC successor entity by merger of Centerline Homes at B&A, LLC, Centerline Homes at Tradition, LLC, Centerline Port St. Lucie, Ltd.

**Daelen of Tangipahoa, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/03/2004 - 01/03/2005 | BXG0003522-01 | North American Specialty Insurance Company | | |
| 01/03/2005 - 01/03/2006 | QAG0002521-00 | Quanta Indemnity Company | | |
| 04/10/2008 - 04/10/2009 | BAG0005503-00 | General Fidelity Insurance Company | | |
| 04/10/2009 - 04/10/2010 | BAG0006774-00 | General Fidelity Insurance Company | | |
| | QAG0008062-00 | Quanta Indemnity Company | | |

**Design Drywall of South Florida, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/29/2004 - 10/29/2005 | 04-GL-000567292 | Mid-Continent Casualty Company | | |
| | | | | |
| 01/18/2005 - 10/29/2005 | 04 XS 138364 | | | Mid-Continent Casualty Company |
| | | | | |
| 10/29/2005 - 10/29/2006 | 04-GL-000609130 | Mid-Continent Casualty Company | | |
| | 04 XS 142093 | | | Mid-Continent Casualty Company |
| 10/29/2006 - 10/29/2007 | 04-GL-000651378 | Mid-Continent Casualty Company | | |
| | 04 XS 146384 | | | Mid-Continent Casualty Company |
| 10/29/2007 - 10/29/2008 | 04-GL-000693599 | Mid-Continent Casualty Company | | |
| | 04 XS 152083 | | | Mid-Continent Casualty Company |
| | | | | |
| | | | | |
| | | | | |

## E. Jacob*

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 12/7/2007 - 12/7/2008 | PSILA0004048 | Praetorian Specialty Insurance Company | | |
| 12/7/2006 - 12/7/2007 | DSA020431 | Clarendon America Insurance Company | ✓ | |
| 12/7/2008 - 12/7/2009 | QSILA00026651 | QBE Specialty Insurance Company | | |

*Includes Insured Defendants E. Jacob Construction, Inc.; E. Jacob Fakouri Construction, Inc.

Omni V - Schedule 2   Page 22

**Gooden Homes, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/01/2008 - 01/01/2009 | LH03000050-05 | Louisiana Home Builders Association General Liability Trust | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## Gryphon Construction*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 5/15/2007 - 5/15/2008 | GL 161-68-52 | American Home Assurance Company | | |
| 5/15/2006 - 5/15/2007 | GL 178-27-54 | American Home Assurance Company | | |
| 5/15/2005 - 5/15/2006 | GL 706-58-30 | American Home Assurance Company | | |

*Includes Insured Defendants Gryphon Construction, LLC; Gryphon Corporation.

Omni V - Schedule 2   Page 24

**Lennar***

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
|---|---|---|---|---|---|
| | | | Excess Layer 1 | Excess Layer 2 | Excess Layer 3 |
| 2005 | MYZY57036 | Old Republic Insurance Company | | | |
| 2005 | IE001280211L105A | | XL Europe, Ltd. | | |
| 2005 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2005 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2006 | MYZY57036 | Old Republic Insurance Company | | | |
| 2006 | IE001280211L105A | | XL Europe, Ltd. | | |
| 2006 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2006 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2007 | MYZY57036 | Old Republic Insurance Company | | | |
| 2007 | IE001280211L105A | | XL Europe, Ltd. | | |
| 2007 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2007 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2008 | MYZY57620 | Old Republic Insurance Company | | | |
| 2008 | IE001280211L105A | | XL Europe, Ltd. | | |
| 2008 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2008 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |
| 2009 | MYZY57620 | Old Republic Insurance Company | | | |
| 2009 | IE001280211L105A | | XL Europe, Ltd. | | |
| 2009 | XSP 1000343 | | | Interstate Fire & Casualty Company | |
| 2009 | 25-L42000105-05 | | | | General Security Indemnity Company of Arizona |

*Includes Insured Defendants Lennar Corporation; Lennar Homes, LLC;

Omni V - Schedule 2   Page 25

## Louran Builders, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 08/24/2004 - 08/24/2005 | 77PR738604-3001 | Nationwide Mutual Fire Insurance Company | | |
| 08/24/2005 - 08/24/2006 | 77PR738604-3001 | Nationwide Mutual Fire Insurance Company | | |
| 08/24/2005 - 08/24/2006 | 77PR738604-3001f | Nationwide Mutual Fire Insurance Company | | |
| 05/02/2006 - 05/02/2007 | 96312-20533014-06 | Owners Insurance Company | | |
| 08/24/2007 - 08/24/2008 | BAG0037010 | General Fidelity Insurance Co. | | |
| 08/24/2008 - 08/24/2009 | 00-28456 | Vinings Insurance Co. | | |

**MATZA Construction Company, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/29/2005 - 10/29/2006 | 04GL000609130 | Mid-Continent Casualty Company | | |
| 10/29/2005 - 10/29/2006 | TBA | | | |
| 10/29/2006 - 10/29/2007 | 04-GL-000651378 | Mid-Continent Casualty Company | | |
| 10/29/2006 - 10/29/2007 | 04XS142093 | | | |
| 02/18/2009 - 02/18/2010 | MCF0004914 | Mount Hayley Insurance Company | | |
| | | | | |
| | | | | |

**Mayeaux Construction, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 04-12/2004 - 12/31/2010 | LHD000485-1 | Louisiana Home Builders Association General Liability Trust | | |
| | | | | Markel Insurance Company |
| | | | | |
| | | | | |

**Medallion Homes Gulf Coast, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 01/20/2005 - 01/20/2006 | 04GL000575415 | Mid-Continent Casualty Company | | |
| 01/20/2006 - 01/20/2007 | SB3901814 | Sunshine State Insurance Company | | |
| 01/20/2006 - 01/20/2007 | 04-GL-000617859 | Mid-Continent Casualty Company | | |
| 02/17/2006 - 02/17/2007 | 20584101 | Southern Owners Insurance Company (Drywall Subcontractor- BMD, Inc.) | | |
| 02/17/2006 - 02/17/2007 | 954232400I | | Auto Owners Insurance Company/Southern Owners | |
| 02/17/2008 - 02/17/2009 | 944612-20584101-07 | Southern Owners Insurance Company (Drywall Subcontractor- BMD, Inc.) | | |

## M/I Homes*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/1/2005 - 4/1/2006 | MWZY 57035 | Old Republic Insurance Company | | |
| | CEO 3878228 00 | | | Zurich American Insurance Company |
| | C003999/002 | | | Allied World Assurance Company |
| | 7979-31-15 | | | Chubb Group of Insurance Companies |
| 4/1/2006 - 4/1/2007 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545-001 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2007 - 4/1/2008 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545 002 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2008 - 4/1/2009 | HBP 3878264-00 | Steadfast Insurance Company | | |
| | P006545 003 | | | Endurance Specialty Insurance Ltd. |
| 4/1/2009 - 4/1/2010 | HPB 9383583-01 | Steadfast Insurance Company | | |

*Includes Insured Defendants M/I Homes, Inc.; M/I Homes of Tampa, LLC.

Omni V - Schedule 2   Page 30

The Mitchell Co.

| Year | Policy No. | General Liability | INSURANCE COMPANY | |
|---|---|---|---|---|
| | | | Umbrella | Excess |
| 01/01/2002 - 01/01/2007 | 014618-4847108B-06 | Owners Insurance Company | | |
| 01/01/2002 - 01/01/2007 | 43-479-144-00 | | Auto Owners Insurance Company | |

**Northstar***

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 12/3/2004 - 10/22/2005 | QAG0002131-00 QAX0002132-00 | Quanta Indemnity Company | | Quanta Indemnity Company |
| 10/22/2005 - 10/22/2006 | QNX0006138 QNX0006139-00 | Quanta Indemnity Company | | Quanta Indemnity Company |
| 10/22/2006 - 10/22/2007 | BAG0002215-00 QAX00010125 | General Fidelity Insurance Company | | Quanta Indemnity Company |
| 10/22/2007 - 10/22/2008 | BAG0004973-00 | General Fidelity Insurance Company | | |
| 2/15/2006 - 2/15/2007 | EAFT2473006 | Axis Surplus Insurance Company | | |
| 2/15/2008 - 2/15/2009 | EAM737440-08 | Axis Surplus Insurance Company | | |
| 9/9/2005 - 9/9/2006 | MSG324989 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2006 - 9/9/2007 | 04-GL-000657042 04SX147476 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) Essex Insurance Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2007 - 9/9/2008 | 04-GL-00068059 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 9/9/2008 - 9/9/2009 | 04-GL-000730055 | Mid-Continent Casualty Company (Subcontractor - Precision Drywall, Inc.) | | |
| 10/22/2008 - 10/22/2009 | BAG 0006227 | General Fidelity Insurance Company | | |

*Includes Insured Defendants Northstar Holdings at B and A, LLC; Northstar Holdings, Inc.; Northstar Homebuilders, Inc.; Northstar Homes, Inc.

Omni V - Schedule 2   Page 32

**Overlook***

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability<br><br>Nationwide Mutual Insurance Company; Nationwide Mutual Fire Insurance Company; and Nationwide Property & Casualty Insurance Company (Collectively "Nationwide") | Umbrella | Excess |
| 5/01/2004 - 5/01/2005 | 53PR 140-682-3001 | Nationwide | | |
| 5/1/2005 - 5/1/2006 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2006 - 5/1 /2007 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2007 - 5/1/2008 | 53PR 140-682-3001<br>53CU 140-682-3002 | Nationwide | Nationwide | |
| 5/1/2008 - 5/1/2009 | ACP CPP 240323071<br>ACP CAF 240323071<br>ACP GLO 240323071 | Nationwide<br>Nationwide<br>Nationwide | | |
| 5/1/2009 - 5/1/2010 | ACP CPP 241323071<br>ACP CAF 241323071<br>ACP GLO 241323071 | Nationwide<br>Nationwide<br>Nationwide | | |
| 5/14/2004 - 5/14/2005 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2005 - 5/14/2006 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2006 - 5/14/2007 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2007 - 5/14/2008 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2008 - 5/14/2009 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 5/14/2009 - 5/14/2010 | 53BP 146-222-3001<br>53CU 146-222-3001 | Nationwide | Nationwide | |
| 1/26/2006 - 5/1/2005 | 53 CU 140-682-3002 | | Nationwide | |

*Includes Insured Defendants The Overlook, LLC; Overlook Point, LLC.

Omni IV - Schedule 2   Page 33

Parallel Design and Development, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 6/1/2006 - 6/1/2007 | CP 0016334 03 | Builders Mutual Insurance Company | | |

Omni V - Schedule 2   Page 34

Premier Communities, Inc

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 02/01/2004 - 01/01/2005 | 4-GL-000546175 | Mid-Continent Casulty Company | | |
| 01/01/2005 - 01/01/2006 | 000-16563 | Quanta Indemnity Company | | |
| 01/01/2005 - 01/01/2006 | QAG0002272-00 | Quanta Indemnity Company | | |
| 01/01/2006 - 01/01/2007 | QAG0006617-00 | Quanta Indemnity Company | | |
| 01/01/2006 - 01/01/2007 | 000-24208 | Quanta Indemnity Company | | |
| 01/01/2007 - 01/01/2008 | 000-31700 | General Fidelity Insurance Company | | |
| 01/01/2007 - 01/01/2008 | QAG0006617-00 | Quanta Indemnity Company | | |
| 01/01/2007 - 01/01/2008 | BAG0002626-00 | General Fidelity Insurance Company | | |
| 01/01/2008 - 01/01/2009 | BAG0004939-00 | General Fidelity Insurance Company | | |
| 01/01/2008 - 01/01/2009 | BAG0002626-00 | General Fidelity Insurance Company | | |
| 01/01/2010 - 01/01/2011 | GLP 0077618 00 | Vinings Insurance Company | | |

Ray Beck, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|---|---|
| | | General Liability | Umbrella | Excess |
| 04/01/2003 - 04/01/2004 | BXG0004787-00 | North American Specialty Insurance Company | | |
| 04/01/2004 - 04/01/2005 | BXG0004787-01 | North American Specialty Insurance Company | | |
| 04/01/2006 - 04/01/2007 | QAG0007965-00 | Quanta Indemnity Company | | |
| 04/01/2009 - 04/01/2010 | 1700401884 | Catlin Specialty Insurance Company | | |

## Saturano Construction AB, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 05/18/2006 - 05/18/2007 | 3CU5108 | Essex Insurance Company | | |
| 11/29/2006 - 11/29/2007 | TPAT000176 | Underwriters At Lloyd's, London | | |
| 11/29/2007 - 11/29/2008 | TPAT000706 | Underwriters At Lloyd's, London | | |
| 11/29/2008 - 11/29/2009 | ART005360 | Underwriters At Lloyd's, London | | |
| | | | | |
| | | | | |
| | | | | |

Siesta Bay Custom Homes, LLC

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
|---|---|---|---|---|---|
| | | | Umbrella | Excess | |
| 2/24/2005 - 2/24/2006 | 032312-20629850-05 | Auto Owners Insurance Company | | | |
| 3/17/2006 - 3/17/2007 | 09-0005325755-6-00 | Bankers Insurance Company | | | |
| 10/13/2006 - 10/13/2007 | GL135427 | Granada Insurance Company | | | |
| 10/13/2007 - 10/13/2008 | 0185FLO0003652 | Granada Insurance Company | | | |

Southwell Homes, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| | | General Liability | Umbrella | Excess |
| --- | --- | --- | --- | --- |
| 12/11/2007 - 06/11/2008 | NC737240 | Nautilus Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Sterling*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 7/1/2004 - 7/1/2005 | BXG0008456-00 | North American Specialty Insurance Company | | |
| 7/1/2005 - 7/1/2006 | QA0005091-00 | Quanta Indemnity Company | | |
| 8/22/2006 - 9/21/2006 | BAG0001850-00 | General Fidelity Insurance Company | | |
| 7/1/2006 - 7/1/2007 | QAG0010035-00 | Quanta Indemnity Company | | |
| 1/7/2007 - 1/7/2008 | GLP0012819 00 | Builders Insurance Group Vinings Insurance Company | | |
| 1/1/2008 - 1/1/2009 | GLP0012819 02 | Builders Insurance Group Vinings Insurance Company | | |
| 1/1/2009 - 1/1/2010 | GLP0012819 03 | Builders Insurance Group Vinings Insurance Company | | |

*Includes Insured Defendants Sterling Communities Inc.; Sterling Communities Realty, Inc.; The Sterling Collection, Inc.

Omni V - Schedule 2   Page 40

**Summit***

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| | 942657346 633 1 | Standard Fire Insurance Company | | |
| 9/29-2660 - 9/29/2007 | NC570560 | Nautilus Insurance Company | | |
| 9/29/2007 - 9/27/2008 | NC707230 | Nautilus Insurance Company | | |
| 9/29/2008 - 9/9/2009 | NC842571 | Nautilus Insurance Company | | |

*Includes Insured Defendants Summit Contractors, Inc.; Summit Homes of LA, Inc.; Summit Homes, LLC n/k/a PHL Construction, LLC.

Omni V - Schedule 2   Page 41

**Sun***

| Year | Policy No. | General Liability | Umbrella | Excess |
|---|---|---|---|---|
| | | INSURANCE COMPANY | | |
| 1/15/2001 - 1/15/2002 | OCC044389 | Audubon Insurance Group | | |
| | ERU002494 | | RLI Insurance Company | |
| | AUC 9302513 00 | | Steadfast Insurance Company | |
| 1/15/2002 - 1/15/2003 | DSA004748 | Clarendon America Insurance Company | | |
| | 4 2034232 | | | Heath Insurance Brokers, Inc. |
| 1/15/2003 - 1/15/2004 | DSA007251 | Clarendon America Insurance Company | | |
| | 4204-1277 | | | The Insurance Company of the State of Pennsylvania |
| 1/15/2004 - 1/15/2005 | DSA010366 | Clarendon America Insurance Company | | |
| | 4204-1277 | | | The Insurance Company of the State of Pennsylvania |
| 1/15/2005 - 1/15/2006 | DSA010366 | Clarendon America Insurance Company | | |
| | 4206-3563 | | | The Insurance Company of the State of Pennsylvania |
| 1/15/2006 - 1/15/2007 | DSA013665 | Clarendon America Insurance Company | | |
| | 7275242 | | | The Insurance Company of the State of Pennsylvania |
| 1/15/2007 - 1/15/2008 | DSA017014 | Clarendon America Insurance Company | | |
| | XSO 081 041 | | | Crum & Foster Specialty Insurance Company |
| 1/15/2008 - 1/15/2009 | PSILA0004408 | Praetorian Specialty Insurance Company | | |
| | QSILA0003104 | QBE Specialty Insurance Company | | |
| 1/15/2009 - 1/15/2010 | XSO 111 010 | | | Crum & Foster Specialty Insurance Company |
| | BR 62164621 | Assurance Company of America | | |
| 8/16/2005 - Continuing | BR 62164647 | Assurance Company of America | | |

*Includes Insured Defendants Sun Construction, LLC; Sun Construction, LLC d/b/a Sunrise Homes;
Sunrise Custom Homes & Construction, LLC; Sunrise Construction & Development, LLC.; Sunrise Homes/Sun Construction; Sunrise Construction; Sunrise Homes

## TAYLOR MORRISON*

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 12/31/2006 - 12/31/2007 | I20856919.002 | ACE Fire Underwriters Insurance Company | | |
| 12/1/2006 - 12/1/2009 | 3731-0950 | Chubb Custom Insurance Company | | |
| 11/1/2005 - 11/1/2008 | IE00012837L05A; IE00012838L06A; IE00012839L07A | | XL Europe Limited | |
| 11/1/2004 - 11/1/2005 | 7410616 | | American International Surplus Lines Agency, Inc. | |
| 3/1/2008 - 3/1/2009 | 7412431 | | | |
| 3/31/2008 - 3/31/2009 | I20729442.005 | Westchester Surplus Lines Insurance Company | | |

*Includes Insured Defendants Taylor Morrison of Florida, Inc.; Taylor Morrison, Inc.;
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.; Morrison Homes, Inc.

## Taylor Woodrow*

| Year | Policy No. | General Liability | INSURANCE COMPANY | | |
|---|---|---|---|---|---|
| | | | Umbrella | Excess | |
| 3/1/2006 - 3/1/2007 | EB1-651-283614-016 | | | Liberty Mutual Insurance Company | |
| | EB1-651-283614-026 | | | Liberty Mutual Insurance Company | |
| 3/1/2005 - 3/1/2006 | EB1-651-283614-015 | | | Liberty Mutual Insurance Company | |
| | EB1-651-283614-025 | | | Liberty Mutual Insurance Company | |
| 3/1/2004 - 3/1/2005 | EB1-651-283614-014 | | | Liberty Mutual Insurance Company | |
| | EB1-651-283614-024 | | | Liberty Mutual Insurance Company | |
| 3/31/2007 - 3/31/2008 | I20739442 004 | Westchester Surplus Lines Insurance Company | | | |
| 3/31/2006 - 3/31/2007 | I20720442 003 | Westchester Surplus Lines Insurance Company | | | |
| 3/31/2005 - 3-31/2006 | I20720442 002 | Westchester Surplus Lines Insurance Company | | | |
| | LHD340232 | Landmark American Insurance Company | | | |
| 3/1/2006 - 3/1/2007 | 7412123 | | American International Specialty Lines Insurance Company | | |
| 3/1/2007 - 3/1/2008 | 7412254 | | American International Specialty Lines Insurance Company | | |
| 3/1/2007 - 3/1/2010 | RGD9437292 | Greenwich Insurance Company | | | |
| | 04GL000672125 | Mid-Continent Casualty Company (Subcontractor - Cothern Construction Company) | | | |
| | 04GL000701763 | Mid-Continent Casualty Company (Subcontractor - Cothern Construction Company) | | | |

*Includes Insured Defendants Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company; Taylor Woodrow, Inc.

Omni V - Schedule 2   Page 44

## Velvet Pines Construction, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 10/27/2005 - 10/27/2006 | BR62619129 | Zurich Commercial Insurance | | |
| 10/27/2005 - 10/27/2006 | BR62619301 | Zurich Commercial Insurance | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Ybarzabal Contractors, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 06/11/2005 - 06/11/2006 | L032002241 | Atlantic Casualty Insurance Company | | |
| 06/11/2006 - 06/11/2007 | L032002241 | Atlantic Casualty Insurance Company | | |
| 06/11/2007 - 06/11/2008 | L032002241-1 | Atlantic Casualty Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Beta Drywall, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 02/28/2007 - 02/28/2008 | GL2027317 | Amerisure Insurance Company | | |
| 02/28/2007 - 02/28/2008 | BE 6564380 | Amerisure Insurance Company | | |
| 02/28/2008 - 02/28/2009 | GL2027317 | Amerisure Insurance Company | | |
| 02/28/2008 - 02/28/2009 | CU 2052086 | Amerisure Insurance Company | | |

F. Vicino and Company, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/29/2003 - 10/29/2004 | 3140702 | | National Union Fire Insurance Company | |
| 10/28/2004 - 10/28/2005 | 2963978 | | National Union Fire Insurance Company | |
| 10/28/2005 - 10/28/2006 | 9035995 | | National Union Fire Insurance Company | |

## Gateway Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|------|-----------|-------------------|--|--|
| | | General Liability | Umbrella | Excess |
| 05/17/2005 - 05/17/2006 | 2057457602 | Southern-Owners Insurance Company | | |
| 05/17/2009 - 05/17/2010 | 72707514 | Southern-Owners Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Graf's Drywall, LLC**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 9/10/2004 - 9/10/2005 | 17 0005312094 4 00 | Bankers Insurance Company | | |

Omni V - Schedule 2    Page 50

Hinkle Drywall, LLC

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 01/29/2009 - 01/29/2010 | 20693161-09 | Auto Owners Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

JM Interiors, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 01/18/2006 - 01/18/2007 | GL 92645 | Canal Indemnity Company | | |
| 01/18/2007 - 01/18/2008 | GL 92645 | Canal Indemnity Company | | |
| 01/22/2008 - 01/22/2009 | GL-23854-0 | First Commercial Insurance Company | | |
| 01/22/2009 - 01/22/2010 | GL-23854-1 | First Commercial Insurance Company | | |
| 09/24/2009 - 09/24/2010 | ILG 009721 | American Reliable Insurance Company | | |
| | | | | |
| | | | | |
| | | | | |

**Ocean Coast Drywall, Inc.**
**f/k/a Ocean Coast Drywall of S. Florida, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 1/10/2005 - 1/10/2006 | CLP6273524 | Interstate Fire & Casualty Company | | |

Omni V - Schedule 2  Page 53

## Precision Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 9/9/2005 - 9/9/2006 | MSG24989 | Mid-Continent Casualty Company | | |
| 9/9/2006 - 9/9/2007 | 04-GL-000657042<br>04SX147476 | Mid-Continent Casualty Company<br>Essex Insurance Company | | |
| 9/9/2007 - 9/9/2008 | 04-GL-000688059 | Mid-Continent Casualty Company | | |
| 9/9/2008 - 9/9/2009 | 04-GL-000730055 | Mid-Continent Casualty Company | | |

Omni V - Schedule 2   Page 54

**Residential Drywall, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 08/17/2005 - 08/17/2006 | 04-GL-000613271 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2006 - 08/17/2007 | 04-GL-000642804 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2007 - 08/17/2008 | 04-GL-000685324 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 08/17/2008 - 08/17/2009 | 04-GL-000727442 | Mid-Continent Casualty Company (Subcontractor-LTL Construction, Inc.) | | |
| 11/09/2005 - 11/09/2006 | CPP0005537 | FCCI Insurance Company | | |

Right Way Finishing, Inc.

| Year | Policy No. | INSURANCE COMPANY | | | |
| | | General Liability | Umbrella | Excess | |
|---|---|---|---|---|---|
| 01/01/2002 - 01/01/2007 | 014618-4847108B-06 | Owners Insurance Company | | | |
| 01/01/2002 - 01/01/2007 | 43-479-144-00 | | Auto Owners Insurance Company | | |

RJL Drywall, Inc.

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 10/17/2005 - 10/17/2006 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/17/2006 - 10/17/2007 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/24/2007 - 10/17/2008 | MPG 66137 | Old Dominion Insurance Company | | |
| 10/24/2008 - 10/24/2009 | IGL 007936 | American Insurance Company | | |

The Porter-Blaine Corporation

| Year | Policy No. | INSURANCE COMPANY | | |
|---|---|---|---|---|
| | | General Liability | Umbrella | Excess |
| 11/15/2005 - 11/15/2006 | XTM69242113 | Fireman's Fund Insurance Company | | |
| 11/15/2004 - 11/15/2009 | ZBR 7905525-(00,01,02,03,04) | Hanover Insurance Company | | |
| 11/15/2004 - 7/2/2009 | UHR 7917898-(00,01,02,03,04) | Hanover Insurance Company | | |
| 7/2/2009 - Present | UHR 7917898-04 | Hanover Insurance Company | | |
| 11/15/2005 - 7/15/2008 | SHX-000-8854-0364 | Fireman's Fund Insurance Company | | |
| | | | | |

**Vicinity Drywall, Inc.**

| Year | Policy No. | INSURANCE COMPANY | | |
| --- | --- | --- | --- | --- |
| | | General Liability | Umbrella | Excess |
| 03/24/2006 - 03/24/2007 | FLR35774 | American Strategic Insurance Corp. | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# HERMAN HERMAN
# KATZ & COTLAR
———— L.L.P. ————
## ATTORNEYS AT LAW
*Est. 1942*

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: 504.581.4892
f: 504.561.6024
e: info@hhkc.com

hhkc.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Morton H. Katz*
Sidney A. Cotlar*
Steven J. Lane
Leonard A. Davis*
James C. Klick†
Stephen J. Herman

Brian D. Katz
Soren E. Gisleson

Joseph E. Cain
Jennifer J. Greene†
John S. Creevy
Jeremy S. Epstein†
Edmond H. Knoll
Joseph A. Kott, M.D. J.D. (Of Counsel)

Offices in New Orleans
and Covington, Louisiana

This firm and its partners are also
partners in Herman Gerel, LLP
(formerly known as Herman, Mathis,
Casey, Kitchens & Gerel, LLP)

* A Professional Law Corporation
† Also Admitted in Texas
‡ Also Admitted in Arkansas

May 14, 2010

Mr. Dale Radosta, Docket Manager
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

RE:   *In re: Chinese-Manufactured Drywall Products Liability Litigation*
       **MDL 2047**
       Our File No. 27687-00

Dear Dale:

You requested a summary of the recent filing concerning the Amended Omnibus Class Action Complaint (V). The following is a summary of the amendments which were made to Plaintiffs' Original Class Action Complaint (V):

1.   Added service information as to all Defendants

2.   Added new Plaintiffs (See Ex. A  - new Plaintffs listed in bold)

3.   Added new Defendants (See Ex. B - new Defendants listed in bold)

4.   Removed the following Plaintiffs:

     David and Heather Bronaugh
     Patrick and Kathleen Dennis
     James and Jocelyn Butler
     Sandra Quilio

5.   Removed specific reference to Chinese drywall as "defective."

Mr. Dale Radosta, Docket Manager
May 14, 2010
Page 2

     I hope this is sufficient and should you need any further information, please feel free to contact me.

          Sincerely,

          LEONARD A. DAVIS

LAD:alc
Enclosures
cc:    Honorable Eldon E. Fallon (w/encl.)
       Kerry Miller, Esq. (w/encl.)
       Russ Herman, Esq. (w/encl.)
       Arnold Levin, Esq. (w/encl.)
       Fred Longer, Esq. (w/encl.)

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

## Exhibit A – Additional Plaintiffs Named in Plaintiffs
## Amended Omnibus Class Action Complaint (V)

1100 Valencia LLC
Akers, Christine and Robert
Alava, Alicia
Albano, Carol
Alcindor, Nevinsthon and Marlen
Alldredge, Emily and Rufus
Allen, Andrew and Nicole
Allen, Philip and Clarine
Alonzo, Lana
Amato, Dean and Dawn
Amaud, Lester and Catherine
Ameneiro, Sandra and Gino
Amerson, Amy Louise
Ancira, Chris and Lilah
Anders, Thomas G. and Nicole P.
Anderson, Alexander
Anderson, Shawnree and John
Anello, Joe and Delma
Antilles Vero Beach, LLC, c/o
Ironwood Development
Archer, Steven and Anja
Arsenaux, Everiste and Lizette
Asad, Issa and Noha
Atkins, Taddarreio and Mattea
Atwell, Roger
Auerbach, Suely
Austin, John
Back, Charles and Mary
Baginski, Andrea
Bagley, Gerald
Balan, Kirenia and Jorge
**Barcia, Aurora**
Barlow, Regine and John
Barone, John and Heather
**Barragan, Fernando & Barbara**
Barreca, Antoine and Nicole
Barreca, Corinne
Barrow, Clarence and Marion
Bello de Bochek, Nilda
Benjamin, Jack and Claire
Berry, Keith and Elizabeth
Bettencourt, Virgil and Mary
Bilski, Walter and Tracey
Bissoon, Suresh and Oma
Blalock, Angeles
Bloom, Andrew and Ina
Blue, John and Rachelle
Bonnecarrere, Wavi Lee
Boothe, Neil
Boquet, Edwin
Borne, Barry and Mary
Borne, Carol

Borrello, Donna M. and Stallings,
Thomas W.
Boudreaux, Virginia R.
Bound, Brenda
Bourdon, Lucille
Bourgeois, Richard and Gail
Boutte, Don and Robinson, Michael
Boxe, Kevin and Roxann
Bradley, Jimmy and Louise
Braithwaite, Judy
Braselman, Holly
Brazen, Kevin and Jennifer
**Brennan, John and Barbara**
Brewton, I.D., III and Sonia
Brian, Wilton and Rita
Brown, Ada and Hillary
**Brown, Judalyne**
Brumfield, Ollie and Andreienne
Burke, Jules and Barbara
Burke, Richard and Rebecca
Buxton, Darren and Tracy
Byrne, Gertrude
Callais, Gary and Michelle
Cameron, Christine
Campbell, Thomas and Kelli
Canty, Honore and Elaine
Carciato, Lisa
Carrol, Cindy
Carter, Daniel
Casey, Hugh
Cassagne, Jordan and Brande
Cassard, Jesse and Angela
Cathcart, Carolyn
Ceruti, Ronald and Sharon
Chatman, Funell and Gail
Cheramie, Bertoule and Joan
Chiappetta, Kevin and Karen
Chutz, Lily Rose
**Clague, Randy and Lisa**
Clark, Carolyn
Cohen, Carol
Colby, Richard and Susan; Jordan,
Nathan and Nickens, Florette
**Collins, John and Brenda**
Conrad, Formica and Fayard,
Crystal
Coogan, Kevin and Stella
Cooper, Brenda
Cordier, Gregory and Jean
Corell, Roberto and Angela
Corr, Thomas Leo, III and
Marchetti, Shawn

Cotlar, Sideny and Diane
Crawford, Monique and Elaine
Cucci, Jacqueline
Cunningham, Dennis and Susan
Darby, Harry and Melissa
Dauterive, Valliere and Margaret;
and Dauterive Savoy, Ann
De Los Santos, Rosibel and Brian
Dejan, Charlotte
Dejan, Leroy and Ann
Diez, Mr. Douglas (agent/member
and Pelican Point Properties, L.L.C.)
DiMaggio, Juanita
Dinette, Rodney and Geraldine
Dinitto, Patrick and Magalhaes,
Hevanilson
Dodge, Dale and Beverly
Donahoe, Patrick and Tina
Donaldson, Jill and Oertling, Jared
Donaldson, Malcom and Kelli
Dorsey, Glenda F.
Duhon, Christopher and Kimberly
Dupre, Ross and Marlo
Dupuy, Cullen and Mary
Durham, Scott and Heather
Durrance, Barry and Denise
Edmonds, Rick
Egan, Michelle and Giancario Lee
Eleuterius, Gregory and Elizabeth
Eleuterius, Marshall and Tasha
Elliot, Dezman
Elliott, William and Fryc, Mary Ann
Elsenborg, Brian and Lauren
Eskenazi, Anna and Mark
Eugene, Adrien
**Evans, Donald and Barbara**
Evans, Jamie Lynn
Fallmann, James and Barbara
Farmer, Richard, Connie and Tracie
**Feler, Svyatoslaw and**
**Smolyanskaya, Yelena**
Felicetti, Steven and Gayle
Fernandez, Joseph
Fernandez, Vernon Leroy and JoAnn
Cross
Fineschi, Nicola and Connie
Finke, Margaret
**First East Side Savings Bank**
Fisher, Steve and Corrinn
**Fores, David and Vasquez, Monica**
Franatovich, Mitchell J.
Frenchman, Beth

**Amended Omni V Exhibit A - Plaintiff List - Page 1**

Gaita, Gina (Promenade)
Galatas, Bernadette
Galle, Joey and Amanda
Galle, Joseph and Debbie
Galloway, James and Cynthia
Galvin, Larry and Rene
Gamboa, Hernan
Gammage, Dr. Dan
Ganucheau, Renee
Garcia, Jesus and Fernandez, Julio
Gardette, Michael A. and Nicole
Gardette, Michael and Rhonda
Garrett, Philip and Courtney
Gaussiran, Maxi
Genovese, Karen
**George, Christopher and Vaca, Natalie**
Gerica, Ramona
Gill, Ted and Pamela
Gillane, William and Maureen
Gleason, Herman and Deborah
Goddard, Alan and Annette
Godwin, Franklin & Veronica
Gody, Anthoney and Candace
Gonzalez, Luis and Caridad
Gonzalez, Miguel Angel
Gotreaux, Dustin and Korie
Greco, Vincent
Gremillion, Paul and Andrea
Gross, Cheryl and David
Guerra, Darlyn
Guice, Kenneth
Guidry, Christopher and Jerene
**Guillory, Gregory and Cynthia**
Guillot, Eno and Frances
Hakenjo, Candace and Todd
Hankins, Lee and Barbara
Hanlon, Patrick and Ann
Harkins, Rochelle Frazier
Harmon, Dennis and Nancy
Harris, Anthony Richard
Hart, Jesse and Sheila
Hay, Robert and Maria
Headley, Danny and Cathy
Heck, Joshua and Kelly
**Helmick, Timothy and Maria**
Herbert, Jason and Shanique
Hernandez, John and Diane E.
Hernandez, Marla
Hewitt, Margie
Hidalgo, Tony and Sidney
**Hoffman, Hannelore and Lengel, Donna**
Hogan, Barbara
Hopper, Dean and Dena
Houston, Debra (Promenade)
Hubbell, Wendy and Cimo, Christy
Huckaby, Brian
Hufft, Val and Audrey

Hulsey, Charles and Sarah
Jackson, Senora B.
James, Janelle
James, Jason and Jessica
**Jaussen, Richard and Tamara**
Jarrell, Chad and Darlene
Jastremski, Florence
Johnson, Charles and Molly
Johnson, Kenneth and Jeri and
Johnson Family Living Trust
Johnson, Willie L. Jr.
Jones, Allie and Jeanie
Julian, Marcelo
Kapalin, Daniel and Danielle
Kehoe, Molly
**Kelly, Christopher and Jessica**
Kelly, Gary and Vicki
Kessler, David and Amanda
King, David and Mary
Kitts, Corey and Monique
Knight, Christopher and Rosemary
Kottkamp, Jeffrey and Cynthia
Kustenmacher, Kenneth and Julie
Kuykendall, Beverly
Labell, Barry
LaCroix, Jim
Landry, Gerard and Kiefer, J. Leatrice
Landry, Justin and Renee
Lang, Joe and Amy
Langlois, Rebecca and Roth, Robert
Laraque, Jean and Gueldie
Lartigue, C.W. and Margaret
Lasserre, Paul
**Lau, Donald**
**Lea, Chris and Julie**
LeBlanc, Steven and Dana
LeBlance, Calvin and Sara
Ledet, Trisha and Darryl
Ledford, Samuel
Lee, Kevin
Lefton, David and Garcia, Michelle
LeJeune, Michael and Melissa
Lukaszewski, Lynn
Mackoff, Arlene and Charles
Macmurdo, William and Cornelia
Macon, Jeremy
Maillot, Georges and Janice
Martin, Michael
Martineau, Bill and Cynthia
Matus, Aldo and Ghedy
Mayo, Edward and Jacqueline
McCoy, Clyde and Ira
**McKenzie, James and Elizabeth**
McLain, Jon Scott
**McLendon, Brian and Stephanie**
Mercado, Juan and Irena
**Mercedes, William and Carmen**
Metcalfe, George and Amy

Methvin, William and Deborah
Meyer, Lawrence and Elizabeth
Middleton, Michael and Megham
Miller, Bradley and Tricia
Mills, Jeannete
Minafri, Steven
**Mitchell, Michael and Christina**
Mizne, Michael and Jeannine
**Montalvo, Samuel, Jr.**
Morici, Mark and Maureen
Morlas, Ralph and Paula
Morris, Robert
Mosley, Shawn
Mottola, Gene
Mullen, Thomas and Kathleen
Musgrave, Richard and Michele
Naden, Craig and Roberta
Neumann, Allan
Nevels, Susan
Nichols, James and Kathleen
Niswonger, Mary M.
**Nord, John**
Novello, Robin
Nunez, Carmela
Nunez, Ernest and Marie
Nunez, Frederick and Lisa
**O'Hear, Anne M.**
Olson, Olaf A. and Wanda G.,
Orduna, Albert and Judith
Orlowski, David
Owens, Brenda
Page, Dwight and Psyche
Parker, Charles and Rachael
Parr, Shelly and Kelly
Pasentine, Judith Ellen
Patin, Danielle
Patterson, Joan
**Pavageau, Craig and Olivia**
Payton, Sean and Beth
**Peace, Stephanie and John**
Pelican Point Properties, L.L.C., (A Maryland Limited Liability Company)
Pena, Orlando
**Penny, Andrew and Rachel**
Pentecost, Mary Louise
Peoples, Debra
Peres, Tony and Kathy
**Perga, Anthony and Marcia**
Perry, Timothy and Tracy
Petagna, Brent and Lisa
Peters, Ronald
Peterson, Derrick and Robin
**Petkin, Paul and Therese**
Petone, Anthony Peter
Petrey, Charles and Marcia
Pierson, Jan and Neil
Piwetz, Randy and Jeanne
**Plotkin, Peter**

**Amended Omni V Exhibit A - Plaintiff List - Page 2**

Polk, Donna
Price, Joshua and Kimberlea
Prichard Housing Authority
Promenade at Tradition
Community Association, Inc.
Pryce, Hazel and Smith, Dionne
Puig, Donald and Marcelyn
Querol, Damien
Quick, William and Maxine
Quividia, Joseph Todd
Raborn, Randy and Pamela
**Ramsarran, Lloyd and Dinah**
**Randolph, Vincent L.**
Real Property Resolutions Group,
LLC
Reid, Grant and Kathyrn
Rekhels, Alexander and Irina
**Restrepo, Socorro**
Reynolds, Karen
Riggio, Brenda and Ignatius
Rigney, George and Raffy
Ristovski, Van
Rizzo, Jack and Luz
Robair, Alexander
Robbins, Margaret and Glenwood
Roberson, Sandra
Roberts, Jeffrey D.
Rodosta, Toni
Rogers, Brad and Cassandra
Rogers, Joyce W.
Rohan, Patricia and Donald
Rome, Erwin and Karen
Rookery Park Estates, LLC
Roseman, Robert and Linda
Rosen, Michael
Rosetta, Dufrene and Ernest

Ruesch, Kevin and Dorothy
Ryckman, Rickey
**Saggese, Thomas and Joy**
Salter, Kenneth and Cindy
**Santiago, Marcos and Carmen**
Schields, Larry
Schmitt, Leah and Todd;
Hammond, Anne and Cangelosi,
Pam
Scott, Terrance and Semran,
Deborah
Seddon, Robert and Joan
Segreto, Mark and Victoria
Segundo, Rafael and Ana
**Seifart, Armin and Gore, Lisa**
Shelton, Michael and Leslie
Sicard, Austin, Jr.
Silvestri, Susan W.
Singleton, Enrica
Skinner, Helena
Smith, Clinton and Kelly
Spencer, Patricia
St. Martin, Steven and Janeau
Stanley, Duke
Staub, Dana and Marcus
Steele, Jason and Peny
Steubben, John and Grace
Stone, Thomas and Lauren
Sullivan, William and Sheila
Tabor, Edward and Emmilou
Talbert, Billy
Tarzy, Jim
Taylor, David Jason and Amanda B.
Tedesco, Caroline and Robert
**Tenny, Thomas and Rene**
Theard, Avery and Tjaynell

Thomas, Brian and Tamara
Thomas, Darlene and James
Thornton, Stanley and April
Tiemann, Richard and Jean
Toras, Nikolaos
Torrance, Matthew and Mary
**Transland, LLC**
Turner, Tyrone C.
Uli, Peter and Catherine
**Ursu, Flavin-Emil and Dorina**
Van Winkle, Ronnie and Anne
Velez, Louis
Vest, Hugh and Tracy
Waguespack, Jacques and Nicole
Walker, Demetra
Ward, Amy and Truman
Watson, Patrick and Paula
Watts, Sharon
Wayne, William and Kelly
Wenzel, John and Lorraine
Wheeler, Don and Agnes
Whitaker, Robert and Dana
White, Taeneia
Wilcox, Eric and Karen
Wilfer, Rosanne
Williams, Diana and Terry
Williams, Margret and Wakeland,
Angella and Nicholas
Wilson, Teresa
Wischler, Robert
Wood, Bryan and Kimberly
Woolley, Scott
Youmans, Dr. Cassandra
Young, Linda and Raymond
Zamora, Hope

**Amended Omni V Exhibit A - Plaintiff List - Page 3**

*Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.*

**Exhibit B – Additional Defendants Named in
Plaintiffs Amended Omnibus Class Action Complaint (V)**

<u>Insurance Company Defendants</u>
Ace Fire Underwriters  Insurance Company
Alabaster Assurance Company, Ltd.
Allied World Assurance Company
American Guarantee and Liability Insurance Company
American Home Assurance Company
American Insurance Company
American International Specialty Lines Insurance Company
American International Surplus Lines Agency, Inc.
**American Reliable Insurance Corporation**
**American Strategic Insurance Corporation**
American Zurich Insurance Company
**Amerisure Insurance Company**
Amerisure Mutual Insurance Company
Arch Insurance Company
Assurance Company of America
**Atlantic Casualty Insurance Company**
Audubon  Insurance Group
Auto-Owners Insurance Company
Axis Surplus Insurance Company
Bankers Insurance Company
**Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation**
Builders Insurance Company
Builders Mutual Insurance Company
**The Builders Risk Plan**
**Canal Indemnity Company**
**Catlin Specialty Insurance Company**
Chartis Select Insurance Company, individually and as successor-in-interest to AIG Excess Liability
        Insurance Company, Ltd. (f/k/a Starr Excess Liability Insurance Company, Ltd.)
Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance
        Company
Chubb Custom Insurance Company
Cincinnati Insurance Company
Clarendon America Insurance Company
Continental Casualty Company
Crum & Forster Specialty Insurance Company
Employers Insurance of Wausau
Endurance American Insurance Company
Endurance Specialty  Insurance Ltd.
Essex Insurance Company
FCCI Commercial Insurance Company
FCCI Insurance Company
Fireman's Fund Insurance Company

First Commercial Insurance Company
General Fidelity Insurance Company
General Security Indemnity Company of Arizona
Granada Insurance Company
Great American Assurance Company
Greenwich Insurance Company
The Hanover American Insurance Company
Hanover Insurance Company
Harleysville Mutual Insurance Company
Heath Insurance Brokers, Incorporated
Illinois National Insurance Company
The Insurance Company of the State of Pennsylvania
Interstate Fire & Casualty Company
Landmark American Insurance Company
Lexington Insurance Company
Liberty Mutual Insurance Company
Louisiana Home Builders Association General Liability Trust
Markel Insurance Company
Mid-Continent Casualty Company
**Mount Hawley Insurance Company**
National Union Fire Insurance Company
National Union Fire Insurance Company of Pittsburgh
Nationwide Mutual Insurance Company
Nationwide Mutual Fire Insurance Company
Nationwide Property and Casualty Insurance Company
Nautilus Insurance Company
North American Specialty Insurance Company
The North River Insurance Company
Old Dominion Insurance Company
Old Republic Insurance Company
Owners Insurance Company
Praetorian Specialty Insurance Company, a subsidiary of Praetorian Financial Group, Inc.
QBE Specialty Insurance Company
Quanta Indemnity Company
RLI Insurance Company
RSUI Group, Inc.
Royal & SunAlliance Insurance Agency Inc.
Safeco Insurance Company of America
Scottsdale Insurance Company
**Southern-Owners Insurance Company**
SR International Business Insurance Company Ltd.
Standard Fire Insurance Company
State Farm Fire and Casualty Company
Steadfast Insurance Company
St. Paul Fire & Marine Insurance Company
**Sunshine State Insurance Company**
Swiss Re International SE
Travelers Indemnity Company of Connecticut

Amended Omni V Exhibit B - Defendant List - Page 2

Travelers Property Casualty Company of America f/k/a Travelers Indemnity Company of Illinois
**Underwriters at Lloyd's, London**
Vinings Insurance Company
Wausau Underwriters Insurance Company
Wesco Insurance Company
Westchester Surplus Lines Insurance Company
XL Europe Ltd.
XL Insurance Company Ltd., a/k/a XL Insurance America, Inc.
Zurich American Insurance Company
**Zurich North America**

**Distributors/Suppliers/Importer/Exporter/Brokers**
**84 Lumber Company**
**84 Lumber Company, LP**
Bailey Lumber & Supply Company
Bailey Lumber & Supply Company of Biloxi
Banner Supply Co.
Banner Supply Company Ft. Myers, LLC
Banner Supply Company Pompano, LLC
Banner Supply Company Port St. Lucie, LLC
Banner Supply Company Tampa, LLC
Banner Supply International, LLC
Black Bear Gypsum Supply, Inc.
Black Bear Gypsum, LLC
Interior/Exterior Building Supply, LP
Interior/Exterior Enterprises, LLC
L&W Supply Corporation d/b/a Seacoast Supply Company
Mazer's Discount Home Centers, Inc.
Smoky Mountain Materials, Inc. d/b/a Emerald Coast Building Materials
Tobin Trading, Inc.
USG Corporation
Venture Supply Company
Venture Supply, Inc.

**Developer/Builders**
**Advantage Builders of America, Inc.**
**Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.**
Alana Development Corporation
Albanese-Popkin The Oaks Development Group, L.P.
Aubuchon Homes, Inc.
**Barony Homes, Inc.**
Beazer Homes Corp.
**Brightwater Community #1 LLC**
Centerline Homes at Delray, Inc.
Centerline Homes at Georgetown, LLC
Centerline Homes at Port St. Lucie, LLC
Centerline Homes at Tradition, LLC
Centerline Homes at Vizcaya, Inc.

**Amended Omni V Exhibit B – Defendant List – Page 3**

Centerline Homes Construction, Inc.
Centerline Homes, Inc.
Centerline Port St. Lucie, Ltd.
Completed Communities II, LLC
**Daelen of Tangiaphoa, LLC**
**Design Drywall of South Florida, LLC**
E. Jacob Construction, Inc.
E. Jacob Fakouri Construction, Inc.
**Gooden Homes, LLC**
Gryphon Construction, LLC
Gryphon Corporation
Lennar Corporation
Lennar Homes, LLC
**Louran Builders, Inc.**
**MATSA Construction Company, Inc.**
Mayeaux Construction, Inc.
**Medallion Homes Gulf Coast, Inc.**
M/I Homes, Inc.
M/I Homes of Tampa, LLC
The Mitchell Co.
Morrison Homes, Inc.
Northstar Holdings at B and A, LLC
Northstar Homebuilders, Inc.
Northstar Homes, Inc.
The Overlook, LLC
Overlook Point, LLC
Parallel Design and Development, LLC
**Premier Communities, Inc.**
**Ray Beck, Inc.**
**Saturno Construction AB, Inc.**
Siesta Bay Custom Homes, LLC
**Southwell Homes, LLC**
Sterling Communities, Inc.
Sterling Communities Realty, Inc.
The Sterling Collection, Inc.
Summit Contractors, Inc.
Summit Homes of LA, Inc.
Summit Homes, LLC n/k/a PHL Construction, LLC
Sun Construction, LLC
Sun Construction, LLC d/b/a Sunrise Homes
Sunrise Construction and Development, LLC
Sunrise Custom Homes and Construction, LLC
Taylor Morrison of Florida, Inc.
Taylor Morrison, Inc.
Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.
Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company
**Velvet Pines Construction, LLC**
**Ybarzabal Contractors, LLC**

**Amended Omni V Exhibit B - Defendant List - Page 4**

Contractor/Installers
**Beta Drywall, LLC**
F. Vicino and Company, Inc.
**Gateway Drywall, Inc.**
Graf's Drywall, LLC
**Hinkle Drywall, Inc.**
**JM Interiors, Inc.**
Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc.
The Porter-Blaine Corporation
Precision Drywall, Inc.
**Residential Drywall, Inc.**
Right Way Finishing, Inc.
RJL Drywall, Inc.
**Vicinity Drywall, Inc.**