UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | MAG. WILKINSON |
| Civil Action No.: *Galloway*, 10-CV-688 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD'S
DESIGNATION OF SIMILAR CASES**

Pursuant to July 1, 2010 Order of this Court, Defendant Property & Casualty Insurance Company of Hartford ("P&C") hereby certifies that there are no other cases involving the same form pending in either MDL 2047 or in another jurisdiction where the issues raised by its Motion to Dismiss have been raised by similar motion.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin
  & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail:    rhubbard@lawla.com
           sschmeeckle@lawla.com

**Counsel for Property & Casualty
Insurance Company of Hartford**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing PROPERTY & CASUALTY INSURANCE COMPANY OF HARTFORD'S DESIGNATION OF SIMILAR CASES has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

   /s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**