**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:  CHINESE-MANUFACTURED** | * | |
| **DRYWALL** | * | **MDL NO. 2047** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION: "L"** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | **MAG. WILKINSON** |
| **Civil Action No.:** *Galloway*, 10-CV-688 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>NOTICE OF HEARING</u>

**PLEASE  TAKE  NOTICE,**   that Defendants Property & Casualty Insurance Company of Hartford will bring their Motion for Judgment on the Pleadings for hearing before the Honorable Eldon E. Fallon on August 11, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin**
**& Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195

1

2

e-mail:      rhubbard@lawla.com
                        sschmeeckle@lawla.com

**Counsel for Property & Casualty
Insurance Company of Hartford**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

                   /s/*Seth A. Schmeeckle*
                   **Seth A. Schmeeckle, La. Bar No. 27076**

2