UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | MDL NO. 2047 |
| LITIGATION | * | |
| | * | SECTION: "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAG. WILKINSON |
| Civil Action No.:  *Galloway*, 10-CV-688 | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT,** through undersigned counsel, comes Property & Casualty Insurance Company of Hartford which hereby moves this Honorable Court for oral argument on its Motion for Judgment on the Pleadings.  Oral argument is hereby requested at the August 11, 2010 hearing.

                                      Respectfully submitted,

                                      /s/ Seth A. Schmeeckle
                                      Ralph S. Hubbard, III (La. Bar #7040)
                                        Seth A. Schmeeckle, Esq. (La. Bar #27076)
                                        **Lugenbuhl, Wheaton, Peck, Rankin**
                                              **& Hubbard**
                                        601 Poydras Street, Suite 2775
                                        New Orleans, Louisiana 70130
                                        Tel: (504) 568-1990 Ext. 119
                                        Fax: (504) 310-9195
                                        e-mail:       rhubbard@lawla.com
                                                               sschmeeckle@lawla.com
                                        **Counsel for Property & Casualty**
                                        **Insurance Company of Hartford**

## CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Request for Oral Argument has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>19th</u> day of July, 2010.

                                                       /s/*Seth A. Schmeeckle*
                                               **Seth A. Schmeeckle, La. Bar No. 27076**