## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  <br> *   MDL NO. 2047 <br> * <br> *   SECTION: "L" <br> * <br> *   JUDGE FALLON <br> * |
| THIS DOCUMENT RELATES TO: <br> Civil Action No.: *Galloway*, 10-CV-688 | *   MAG. WILKINSON <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Request for Oral Argument filed by Defendant, Property & Casualty Insurance Company of Hartford in support of its Motion for Judgment on the Pleadings;

**IT IS HEREBY ORDERED** that the Request for Oral Argument is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE