UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO.: 2047 |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| This document relates to: JOHN B. BLUE and RACHELLE BLUE | * | |
| VERSUS | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY 2:10-CV-792 | * | |

\* \* \* \* \* \* \* \*

### DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY'S RULE 12(b)(6) MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes Auto Club Family Insurance Company, sought to be made defendant herein, who moves this Court for an order dismissing the plaintiffs' claims against Auto Club Family Insurance Company on the grounds that the homeowners' policy issued on behalf of Auto Club Family Insurance Company to John and Rachelle Blue does not provide coverage for the plaintiffs' claims, all as more fully discussed in the attached Memorandum in Support.

Respectfully submitted:

_____
ALAN J. YACOUBIAN – T.A. (#17213)
NEAL J. FAVRET (#24412)
GENEVIEVE K. JACQUES (#27818)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for defendant, Auto Club Family Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of July, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_____