UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 09-2047 |
| | | JUDGE FALLON |
| **This document relates to:** ROBERT C. PATE, as Trustee for the Chinese Drywall Trust VERSUS AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE, ET AL (2:09-07791) (E.D. La.) * * * * * * * | * * * * * * * * | MAGISTRATE WILKINSON |

**SUPPLEMENTAL MEMORANDUM TO MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

Defendant, Illinois Union Insurance Company ("Illinois Union"), files this Supplemental Memorandum to its Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, To Transfer Action to the Middle District of Florida (the "second motion to dismiss") [Doc. 2172], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.	On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant

- 1 -

insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, Chartis and other defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). Illinois Union filed its own motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a), adopting the bases set forth in the joint motion filed by Chartis [Doc. 1335].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss. Accordingly, on March 29, 2010, Chartis, Lexington and other defendants filed a new motion to dismiss [Doc. 2157]. Illinois Union also filed a second motion to dismiss, again adopting the bases set forth in the joint motion filed by Chartis [Doc. 2172].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. Illinois Union requests that the Court permit it to supplement the second motion to dismiss as to it with the following information in accordance with the Court's July 1, 2010 Order:

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the Illinois Union policy at issue, but neither the Trustee nor the Trust is an insured under the policy.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

Illinois Union is unaware of any cases.

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

Illinois Union is unaware of any cases.

For the reasons set forth above, Illinois Union respectfully submit this supplemental memorandum to the second motion to dismiss, in compliance with the Court's July 1, 2010 Order.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE, III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828

BY:   **/s/ John W. Hite III**
        **JOHN W. HITE III**
        **ATTORNEYS FOR ILLINOIS**
        **UNION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *"Motion to Dismiss First Amended Complaint"* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by the Court's CM/ECF Electronic Filing System <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana on this 19th day of July, 2010.

        /s/ John W. Hite III