UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to:<br>Taylor Woodrow Homes Central Florida Division LLC v. Scottsdale Indemnity Company<br>Case No. 2:2010-cv-555 | MAGISTRATE JUDGE WILKINSON |

**SCOTTSDALE INSURANCE COMPANY'S
MOTION TO DISMISS FOR IMPROPER VENUE,
OR IN THE ALTERNATIVE,
TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

**NOW INTO COURT**, through undersigned counsel, comes **SCOTTSDALE INSURANCE COMPANY**, ("Scottsdale"), incorrectly named as Scottsdale Indemnity Company, and moves this Court pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a) for an order dismissing the complaint of Taylor Woodrow Homes Central Florida Division, LLC and Morrison Homes, Inc. n/k/a Taylor Morrison Services, Inc. on the basis that the Eastern District of Louisiana is an improper venue for this action under 28 U.S.C. § 1391. In the alternative, Scottsdale moves for an order transferring this case to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

PD.4068934.1

For the reasons fully set forth in Scottsdale's Memorandum in Support of its Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer to the Middle District of Florida., Scottsdale requests that the Court grant the motion and dismiss this action pursuant to Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).  In the alternative, Scottsdale requests that the Court transfer this action to the Middle District of Florida pursuant to 28 U.S.C. § 1406(a).

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Virginia Y. Trainor*
      H. Alston Johnson, III (La. Bar No.7293)
      Virginia Y. Trainor (La. Bar No. 25275)
      II City Plaza
      400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802-5618
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197
      Email: johnsona@phelps.com
            trainorg@phelps.com

- AND –

      Jay Russell Sever (La. Bar No. 23935)
      Charlotte Jane Sawyer (La. Bar No. 2818)
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: severj@phelps.com
            sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

*/s/ Virginia Y. Trainor*
Virginia Y. Trainor
Bar No. 25275
Attorney for Scottsdale Insurance Company
Phelps Dunbar LLP
II City Plaza
400 Convention street, Suite 1100
Baton Rouge, Louisiana 70802-5618
Telephone: (225) 346-0285
Facsimile: (225) 381-9197
trainorg@phelps.com

PD.4068934.1