UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **KENNETH AND BARBARA WILTZ,** *et al.*, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>**BEIJING NEW BUILDING MATERIALS PUBLIC LIMITED CO.;** *et al.*,<br><br>**Defendants.**<br><br>**CASE NO. 2:10-CV-361** | MDL No. 2047<br><br>SECTION: "L"<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON<br><br>JURY TRIAL DEMAND |

NOTICE OF ADDITIONAL APPEARANCE

**PLEASE TAKE NOTICE** that, subject to all reservation of rights and without waiver of any defenses, **Catherine G. Lucas,** King & Spalding LLP, 1180 Peachtree Street, N.E., Atlanta, Georgia 30309, klucas@kslaw.com, hereby enters her appearance as additional counsel of record for Defendant The Home Depot U.S.A., Inc. in the captioned matter.

Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

*/s/ Jackie M. McCreary*
Carmelite S. Bertaut, 3054
  cbertaut@stonepigman.com
Jackie M. McCreary, 28676
  jmccreary@stonepigman.com
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

        and

Dwight J. Davis, Georgia Bar No. 208055
  ddavis@kslaw.com
S. Stewart Haskins, Georgia Bar No. 336104
  shaskins@kslaw.com
Zachary A. McEntyre, Georgia Bar No. 653571
  zmcentyre@kslaw.com
Catherine G. Lucas, Georgia Bar No. 567369
  klucas@kslaw.com
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, Georgia 30309
Phone: (404) 572-4600
Fax:    (404) 572-5139

*Counsel for The Home Depot, U.S.A., Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Additional Appearance has been served on Liaison Counsel by hand delivery and e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 19th day of July, 2010.

I further certify that the above and foregoing Notice of Additional Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/Jackie M. McCreary

1024083v.1