# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### MEMORANDUM IN SUPPORT OF NATIONAL UNION'S JOINDER TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, comes NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") and files this Memorandum in Support of its Joinder in CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) and LEXINGTON INSURANCE COMPANY'S Motion to Dismiss for Improper Venue or, in the alternative, to transfer to the Middle District of Florida (the "Second Motion to Dismiss") [Doc. No. 2157], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.   On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against

the Trust related to houses constructed in Florida by WCI Communities, Inc.  In response, on February 24, 2010, Chartis Specialty and Lexington filed a joint motion to dismiss the complaint under  Fed.R.Civ.P. 12(b)(3) and 28 U.S.C. § 1406(a) [Doc. 1326].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss.  Accordingly, on March 29, 2010, Chartis Specialty, Lexington and other defendants filed the Second Motion to Dismiss [Doc. 2157]. On March 29, 2010 National Union filed a joinder to the Second Motion to Dismiss [Doc. No. 2167].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. On July 19, 2010, Chartis Specialty and Lexington filed a Supplemental Memorandum in Support of the Second Motion to Dismiss in accordance with the Court's July 1, 2010 Order [Doc. No. 4301].

5. National Union requests that the Court permit it to supplement its Joinder to the Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order:

   a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

   None. Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the National Union policies at issue but neither the Trustee nor the Trust is an insured under those policies.

   b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

   National Union is unaware of any such case.

    c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

*National Union Fire Ins. Co. of Pittsburgh, PA and Commerce and Industry Ins. Co. v. Beta Construction LLC f/k/a Beta Drywall, LLC, Finest Drywall, Inc. and Robert C. Pate*, No. 8:10-cv-01541 (M.D. Fla. filed July 13, 2010). This case has been assigned to Judge Richard A. Lazzara, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, (813) 301-5350. As of the date of this motion to supplement, there are no pending motions objecting to jurisdiction or venue.

**WHEREFORE**, for the reasons set forth above, National Union respectfully submits this Memorandum in Support of its Joinder to the Second Motion to Dismiss and the Memorandum in Support Thereof in compliance with the Court's July 1, 2010 Order.

Dated:   July 19, 2010

Respectfully submitted:

By:      /s/Thomas E. Schwab
Thomas E. Schwab (#2099) (T.A.)
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Phone:  (504) 595-3370
Fax:  (504) 595-3355
E-mail:  tschwab@barkleythompson.com

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH
180 North Stetson Street, Suite 3400
Chicago, Illinois  60601
Phone:  (312) 784-5454
Fax:  (312) 784-5494
E-mail:  jhinkhouse@hww-law.com
         suffelman@hww-law.com

**Attorneys for Defendant
National Union Fire Insurance Company of Pittsburgh, Pa**.

## CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Memorandum In Support Of National Union's Joinder to Certain Defendants' Joint Motion To Dismiss First Amended Complaint For Improper Venue Or, In The Alternative, To Transfer Action To The Middle District Of Florida has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

                                          /s/Thomas E. Schwab

                              ATTORNEYS FOR DEFENDANT
                              National Union Fire Insurance Company of Pittsburgh, Pa.