UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * * | JUDGE FALLON |
| DAVID AND CHERYL GROSS, INDIVIDUALLY AND AS REPRESENTATIVES OF ALL SIMILARLY SITUATED INDIVIDUALS, | * * * * | MAG. WILKINSON |
| Versus | * * * | 10-931 |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * * * * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY'S RULE 12(b)(6) MOTION TO DISMISS COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 12(b)(6) and this Court's July 1, 2010 Order (Dkt. 4300), Defendants State Farm Fire and Casualty Company ("State Farm") and State Farm General Insurance Company, through undersigned counsel, respectfully move this Court for dismissal of the claims set forth in the Class Action Complaint filed by Plaintiffs David and Cheryl Gross, for failure to state a claim upon which relief can be granted. Defendants state the following grounds for their motion to dismiss:

1. Plaintiffs' Complaint alleges that they have sustained property damage and bodily injury as the result of the existence of defective drywall in their home. Plaintiffs allege that their homeowners insurance policy issued by State Farm ("the Policy") provides coverage for such losses.

2. The presence of defective drywall in Plaintiffs' home is not an accidental direct physical loss within the insuring agreement of the Policy.

3. Any damage to Plaintiffs' home was caused by faulty workmanship or faulty materials, which are unambiguously excluded from coverage under the Policy.

4. Any damage to Plaintiffs' home was directly and immediately caused by a latent defect. The plain and unambiguous terms of the Policy exclude such losses from coverage.

5. Any damage to Plaintiffs' home consisting of or directly and immediately caused by corrosion is excluded from coverage under the Policy.

6. Any alleged damage to Plaintiffs' home consisted of or was directly and immediately caused by contamination, which are losses the Policy unambiguously excludes from coverage.

7. Any alleged damage to Plaintiffs' personal property was not caused by an enumerated peril, as required by the personal-property insuring agreement of the Policy.

8. The Policy does not provide first-party coverage for any bodily injury purportedly sustained by Plaintiffs.

9. The Policy does not cover any alleged loss of use of Plaintiffs' property in the absence of an underlying loss that is otherwise insured under the Policy that causes the residence premises to become uninhabitable.

10. Under Louisiana law, Plaintiffs may not recover for any alleged diminished value of their property on a first-party insurance contract claim.

11. Because no coverage exists under the Policy for Plaintiffs' alleged losses, Plaintiffs have no claim as a matter of law for bad faith, failure to adjust and pay a claim, attorneys' fees, or injunctive relief.

In support of their motion, Defendants rely on their Memorandum of Law in Support of Their Rule 12(b)(6) Motion to Dismiss, submitted herewith, and the authorities cited therein.

WHEREFORE, Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company respectfully request that the instant motion be granted and that the Court dismiss Plaintiffs' claims with prejudice for failure to state a claim upon which relief can be granted.

This 19th day of July, 2010.

| | |
|---|---|
| **WAYNE J. LEE, T.A. (#7916)** | /s/ Adrianne L. Baumgartner<br>**ADRIANNE L. BAUMGARTNER, T.A. (#2861)** |
| STONE PIGMAN WALTHER WITTMANN L.L.C. | PORTEOUS, HAINKEL & JOHNSON, LLP |
| 546 Carondelet Street | 408 North Columbia Street |
| New Orleans, Louisiana 70130 | Covington, Louisiana 70434 |
| Telephone: (504) 581-3200 | Telephone: (985) 893-4790 |
| wlee@stonepigman.com | abaumgartner@phjlaw.com |

**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL (Ga. 029359)**
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia 30309-3996
Telephone: (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com

**Attorneys for State Farm Fire and Casualty Company and**
**State Farm General Insurance Company**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company's Rule 12(b)(6) Motion to Dismiss Complaint has been served upon counsel for Plaintiffs David and Cheryl Gross, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of July, 2010.

                                                        /s/ Adrianne L. Baumgartner
                                                        **ADRIANNE L. BAUMGARTNER**