UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DAVID AND CHERYL GROSS, INDIVIDUALLY AND AS REPRESENTATIVES OF ALL SIMILARLY SITUATED INDIVIDUALS, | * * * * | MAG. WILKINSON |
| Versus | * * | 10-931 |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**DEFENDANTS STATE FARM FIRE AND CASUALTY COMPANY AND
STATE FARM GENERAL INSURANCE COMPANY'S
<u>NOTICE OF HEARING OF THEIR MOTION TO DISMISS</u>**

Please take notice that Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company will bring their Rule 12(b)(6) Motion to Dismiss for hearing on Thursday, September 2, 2010, at 9:00 AM, or at a date and time set by the Court, before Judge Eldon Fallon at the United States District Courthouse, 500 Poydras Street, Room 468, New Orleans, Louisiana 70130.

| | |
|---|---|
| | /s/ Adrianne L. Baumgartner |
| **WAYNE J. LEE, T.A. (#7916)** | **ADRIANNE L. BAUMGARTNER, T.A. (#2861)** |
| STONE PIGMAN WALTHER WITTMANN L.L.C. | PORTEOUS, HAINKEL & JOHNSON, LLP |
| 546 Carondelet Street | 408 North Columbia Street |
| New Orleans, Louisiana  70130 | Covington, Louisiana  70434 |
| Telephone: (504) 581-3200 | Telephone: (985) 893-4790 |
| wlee@stonepigman.com | abaumgartner@phjlaw.com |

**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL (Ga. 029359)**
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com

**Attorneys for State Farm Fire and Casualty Company and**
**State Farm General Insurance Company**

**CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing Defendants State Farm Fire and Casualty Company and State Farm General Insurance Company's Notice of Hearing of Their Motion to Dismiss has been served upon counsel for Plaintiffs David and Cheryl Gross, Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 19th day of July, 2010.

                                                   /s/ Adrianne L. Baumgartner  
                                                   **ADRIANNE L. BAUMGARTNER**