# STATE FARM EXHIBIT B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2047 |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DAVID AND CHERYL GROSS, INDIVIDUALLY AND AS REPRESENTATIVES OF ALL SIMILARLY SITUATED INDIVIDUALS, | * * * * | MAG. WILKINSON |
| Versus | * * | 10-931 |
| STATE FARM FIRE AND CASUALTY COMPANY AND STATE FARM GENERAL INSURANCE COMPANY | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**STATE FARM FIRE AND CASUALTY COMPANY AND
STATE FARM GENERAL INSURANCE COMPANY'S
<u>COMPLIANCE EXHIBIT</u>**

In compliance with this Court's Order dated July 1, 2010 (Dkt. 4300), State Farm Fire and Casualty Company and State Farm General Insurance Company assert the following:

1. That they are in compliance with Pre-trial Order No. 23, having filed with the Insurance Liaison Committee profile forms relevant to those suits with which they have been served and which are presently lodged in MDL 2047. They continue to update those profile forms as necessary.

2. The following is a list of other cases on the same policy form as the form at issue in the motion, which are in suit in MDL 2047.

   a. *Lucille Bourdon v. Interior/Exterior Building Supply, Limited Partnership, Interior/Exterior Enterprises, L.L.C., Arch Insurance Company, Liberty Mutual Fire Insurance Company, Arthur Homes, L.L.C., Joseph L. Arthur, Louisiana Home Builders Association General Liability Trust, Markel Insurance Company, and State Farm Fire and Casualty Company*, E.D. La. # 09-7025.
   A 12(b)(6) motion has been filed.

   b. *Val Louis Hufft and Audrey Huther Hufft v. Interior/Exterior Building Supply, Limited Partnership, Interior/Exterior Enterprises, L.L.C., Marigold Court, L.L.C., Anthony F. Marino, Arch Insurance Company, Liberty Mutual Fire Insurance Company, ABC Insurance Company, and State Farm Fire and Casualty Company*, E.D. La. # 09-7016.
   A 12(b)(6) motion has been filed.

   c. *Patrick Dennis and Kathleen Dennis v. State Farm Fire & Casualty Company*, E.D. La. # 09-7560.
   A 12(b) (6) motion has been filed.

   d. *Jacques Senac, Individually and on Behalf of Courtney Senac, Dara Senac, Individually and on Behalf of Courtney Senac, and Jennifer Senac v. State Farm Fire and Casualty Company*, E.D. La. # 10-1242.
   A 12(b)(6) motion has been filed.

   e. *Cassandra Rogers Wife of/and Brad Rogers v. Sun Construction, L.L.C. D/B/A Sunrise Homes, State Farm Fire and Casualty Company, John Doe Supply, ABC Insurance Company, John Doe Subcontractors And XYZ Insurance Company*, E.D. La. # 10-0088.
   A 12(b)(6) motion has been filed.

   f. *Mona Burke, Wife of/and Thomas E. Burke, IV v. Daelen of Tangipahoa, L.L.C., ABC Corp., and State Farm Fire and Casualty Company*, E.D. La. # 10-1840.
   A 12(b)(6) motion has been filed.

   g. *Thomas West, Sr. and Gloria West v. State Farm Fire and Casualty Company*, E.D. La. # 09-6356.
   A 12(b)(6) motion has been filed.

   h. *Shelly Sansone v. State Farm Fire and Casualty Company*, E.D. La. # 10-723.
   A 12(b)(6) motion has been filed.

        i. *Kimber Foret and Ryan Foret v. Knauf Gips KG, Knauf Plasterboard Tainhin Co., Ltd., Taishan Gypsum Co. Ltd., f/k/a Shndong Taihe Dongxin Co., Ltd., USG Corporation, L&W Supply Corporation, d/b/a Seacoast Supply, Interior/Exterior Building Supply, Independent Builders Supply Association, Inc., Rothchilt Int. Ltd, Lee Roy Jenkins, and State Farm Fire and Casualty Company*, E.D. La. # 10-1553.
A 12(b)(6) motion has been filed.

3. The following is a list of cases in other jurisdictions involving related issues.

    a. *Robert Roth and Rebecca Langlois v. State Farm Fire and Casualty Company*, 19th Judicial District Court for the Parish of East Baton Rouge, Louisiana, # 591-773, Division 27.
Service held.

    b. *Marc A. Wites and Jennifer S. Wites v. State Farm Florida Insurance Company*, Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida, # 2010-CA-016034.
Complaint Served July 6, 2010; no pending motion.

    c. *Wendy Hubbell and Christy Cimo v. Tallow Creek, L.L.C., Southern Homes, L.L.C., ABC Insurance Company, XYZ Insurance Company, MNO Insurance Company, John Doe Supply and Joe Doe Subcontractors*, 22nd Judicial District Court for the Parish of St. Tammany, Louisiana, # 09-15115.
Removal pending.

|  |  |
|---|---|
|  | /s/ Adrianne L. Baumgartner |
| **WAYNE J. LEE, T.A. (#7916)** | **ADRIANNE L. BAUMGARTNER, T.A. (#2861)** |
| STONE PIGMAN WALTHER WITTMANN L.L.C. | PORTEOUS, HAINKEL & JOHNSON, LLP |
| 546 Carondelet Street | 408 North Columbia Street |
| New Orleans, Louisiana  70130 | Covington, Louisiana  70434 |
| Telephone: (504) 581-3200 | Telephone: (985) 893-4790 |
| wlee@stonepigman.com | abaumgartner@phjlaw.com |

**THOMAS W. CURVIN (Ga. 202740)**
**AMY K. AVERILL (Ga. 029359)**
SUTHERLAND ASBILL & BRENNAN LLP
999 Peachtree Street, N.E.
Atlanta, Georgia  30309-3996
Telephone:  (404) 853-8000
tom.curvin@sutherland.com
amy.averill@sutherland.com

                **Attorneys for State Farm Fire and Casualty Company and**
                       **State Farm General Insurance Company**