# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 |
| **This document relates to:** | * JUDGE FALLON |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * MAGISTRATE WILKINSON |

**********************************************

## MOTION TO SUPPLEMENT SCOTTSDALE INSURANCE COMPANY'S JOINDER OF JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, <u>TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA</u>

**NOW INTO COURT**, through undersigned counsel, comes SCOTTSDALE INSURANCE

COMPANY ("SCOTTSDALE") and moves this Court pursuant to Fed. R. Civ. P. 7 for an order

permitting it to supplement its Joinder to Certain Defendants' Joint Motion to Dismiss First

Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle

District of Florida (the "Second Motion to Dismiss") [Doc. 2298 and Doc. 2157], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.      On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that certain defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc.   In response, on February 24, 2010, Chartis Specialty Insurance Company ("Chartis") and other defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a).

2.      On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss.   Accordingly, on March 29, 2010, Chartis, Lexington Insurance Company and other defendants filed the Second Motion to Dismiss [Doc. 2157].  Scottsdale filed a Joinder to the Second Motion to Dismiss on April 1, 2010 [Doc. 2298].

3.      On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4.      Scottsdale requests that the Court permit it to supplement its Joinder to the Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order.

        a.      The insured within MDL 2047 for which the insurer provides CGL insurance:

           None.  Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the Scottsdale policy at issue but neither the Trustee nor the Trust is an insured or additional insured under the policy.

    b.   <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

        Scottsdale is  unaware of any such case.

    c.   <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

        *Taylor Woodrow Homes Central Florida Division LLC v. Scottsdale Indemnity Company*, MDL Docket No. 2047, Case No. 2:2010-cv-555 (E.D. La.)   The identification of the *Woodrow* motion is strictly based on the fact that Scottsdale has filed a similar motion in that case.  This case and the *Woodrow* case are in no way related.

      **WHEREFORE**, for the reasons set forth above, Scottsdale respectfully requests that this Court grant this motion and permit it to supplement its Joinder to the Second Motion to Dismiss as set forth above in compliance with the Court's July 1, 2010 Order.

PD.4081837.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   ***/s/ Virginia Y. Trainor***
        H. Alston Johnson III, Bar Roll No. 7293
        Virginia Y. Trainor, Bar Roll No. 25275
        II City Plaza
        400 Convention Street • Suite 1100
        Baton Rouge, Louisiana 70802-5618
        P.O. Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: (225) 346-0285
        Telecopier: (225) 381-9197
        Email: johnsona@phelps.com
              trainorg@phelps.com

AND

        Jay Russell Sever, Bar Roll No. 23935
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email: severj@phelps.com
              bynogc@phelps.com

**ATTORNEYS FOR DEFENDANT**
**SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Motion to Supplement Scottsdale Insurance Company's Joinder of Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer the Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

/s/ *Virginia Y. Trainor*

Virginia Y. Trainor,
Louisiana Bar Roll No. 25275
II City Plaza
400 Convention Street • Suite 1100
Baton Rouge, Louisiana 70802-5618
P.O. Box 4412
Baton Rouge, Louisiana 70821-4412
Telephone: (225) 346-0285
Telecopier: (225) 381-9197
trainorg@phelps.com

PD.4081837.1