UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

        Plaintiffs,

v.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

        Defendants.
_____/

Case No: 2:10-cv-00384

Judge: Fallon

Magistrate: Wilkinson

## NOTICE OF HEARING

PLEASE TAKE NOTICE that, pursuant to the Court's Order dated July 1, 2010, Defendant Essex Insurance Company will bring its Motion to Dismiss for Insufficient Service of Process, Improper Venue and Lack of Personal Jurisdiction, or in the Alternative, Motion to Transfer Venue before The Honorable Judge Eldon E. Fallon, United

1

States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, on **September 2, 2010 at 9:00 a.m.**

Respectfully submitted:

REBECCA C. APPELBAUM, ESQ.
FL Bar No. 0179043
rappelbaum@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (fax)

CARIN DORMAN BROCK, ESQ.
LA Bar. No. 28339
cbrock@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801
(251) 338-3805 (fax)
Attorneys for Defendant, Essex Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

Respectfully submitted,

REBECCA C. APPELBAUM, ESQ.

2