AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

### EASTERN DISTRICT OF LOUISIANA

Northstar Homes, Inc.                               **SUMMONS IN A CIVIL CASE**

V.                                                  Case Number: 10-384 "L"(2)

General Fidelity Insurance Company, et al

TO: (Name and address of defendant)

Essex Insurance Company

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Michael Keith Wilson
390 N. Orange Avenue
Orlando, FL 32801

an answer to the complaint which is herewith served upon you, within **21** days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Loretta G. Whyte
Name of clerk of Court

Date: __Feb 22 2010__

Deputy clerk's signature

**EXHIBIT**

H

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____      _____
                Date                                                   Signature of Server

                                                                _____
                                                                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.