# FLORIDA DEPARTMENT OF STATE
# DIVISION OF CORPORATIONS



| Home | Contact Us | E-Filing Services | Document Searches | Forms | Help |

Previous on List    Next on List    Return To List                                Entity Name Search
Events              No Name History                                               [ Submit ]

## Detail by Entity Name

### Florida Profit Corporation
PRECISION DRYWALL, INC.

### Filing Information

| | |
|---|---|
| Document Number | F57873 |
| FEI/EIN Number | 650015503 |
| Date Filed | 12/10/1981 |
| State | FL |
| Status | ACTIVE |
| Last Event | AMENDMENT |
| Event Date Filed | 02/25/2008 |
| Event Effective Date | NONE |

### Principal Address

352 TALL PINES ROAD
UNIT E
WEST PALM BEACH FL 33413 US

Changed 04/02/2009

### Mailing Address

352 TALL PINES ROAD
UNIT E
WEST PALM BEACH FL 33413 US

Changed 04/02/2009

### Registered Agent Name & Address

BARAJAS, JOSE J
352 TALL PINES ROAD
UNIT E
WEST PALM BEACH FL 33413 US

Name Changed: 01/27/2006

Address Changed: 04/02/2009

### Officer/Director Detail
**Name & Address**

Title PTD

BARAJAS, JOSE J
352 TALL PINES ROAD UNIT E
WEST PALM BEACH FL 33413 US

Title VSD

BOISVERT, BRIAN
352 TALL PINES ROAD UNIT E
WEST PALM BEACH FL 33413 US


EXHIBIT 1

## Annual Reports

**Report Year  Filed Date**
2007        03/08/2007
2008        02/18/2008
2009        04/02/2009

## Document Images

| Document | |
|---|---|
| 04/02/2009 -- ANNUAL REPORT | View image in PDF format |
| 02/25/2008 -- Off/Dir Resignation | View image in PDF format |
| 02/25/2008 -- Amendment | View image in PDF format |
| 02/18/2008 -- ANNUAL REPORT | View image in PDF format |
| 03/08/2007 -- ANNUAL REPORT | View image in PDF format |
| 01/27/2006 -- ANNUAL REPORT | View image in PDF format |
| 01/31/2005 -- ANNUAL REPORT | View image in PDF format |
| 03/10/2004 -- ANNUAL REPORT | View image in PDF format |
| 01/08/2003 -- ANNUAL REPORT | View image in PDF format |
| 01/14/2002 -- ANNUAL REPORT | View image in PDF format |
| 01/06/2001 -- ANNUAL REPORT | View image in PDF format |
| 05/23/2000 -- ANNUAL REPORT | View image in PDF format |
| 06/24/1999 -- ANNUAL REPORT | View image in PDF format |
| 02/11/1998 -- ANNUAL REPORT | View image in PDF format |
| 02/26/1997 -- ANNUAL REPORT | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

Previous on List    Next on List    Return To List                    Entity Name Search
Events              **No Name History**                                Submit

| Home | Contact us | Document Searches | E-Filing Services | Forms | Help |

Copyright © and Privacy Policies
State of Florida, Department of State