## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 * * * |
| | *  JUDGE FALLON |
| **This document relates to:** | * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * *  MAGISTRATE WILKINSON * * * * |

**************************************************

### CHARTIS SPECIALTY'S JOINDER TO NATIONAL UNION'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF ROBERT C. PATE PURSUANT TO RULE 12(b)(7) FOR FAILURE TO JOIN NECESSARY PARTIES UNDER RULE 19

**NOW INTO COURT,** through undersigned counsel, comes Defendant CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) in its capacity as alleged insurer of Beta Drywall LLC (hereinafter "Chartis Specialty") and submits this Joinder to NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S ("National Union"), motion pursuant to Fed. R. Civ. P. 12(b)(7) for an order dismissing the first amended complaint of Robert C. Pate ("Pate"), as Trustee of the Chinese Drywall Trust, on the basis that Pate failed to join necessary parties under Fed. R. Civ. P. 19 (the "Motion").  Chartis Specialty, in its capacity as alleged insurer of Beta Drywall LLC,

joins, adopts and incorporates the Motion and the Memorandum in Support Thereof on its own behalf.

Chartis Specialty issued a Contractor's Pollution Liability Policy to named insured Beta Drywall LLC at its Pompano Beach, Florida address under Policy No. CPL1732167, effective February 27, 2009 to February 27, 2010 (the "Chartis Specialty policy"). Chartis Specialty was not named as a defendant in its capacity as an insurer of Beta Drywall LLC until the first amended complaint was filed. Chartis Specialty was incorrectly and incompletely identified as "AISL" in the first amended complaint as an insurer of Beta Drywall LLC.

In the first amended complaint, plaintiff asserts that WCI Communities, Inc. and certain of its subsidiaries (collectively, "WCI") qualify as additional insureds under the Chartis Specialty policy, and thus that the Chinese Drywall Trust is entitled to coverage under the Chartis Specialty policy. Pate similarly asserts in the first amended complaint that the Chinese Drywall Trust is entitled to coverage under a National Union policy because WCI allegedly qualifies as an additional insured under a National Union policy issued to named insured Beta Drywall LLC. National Union's Motion to Dismiss the Amended Complaint and the Memorandum in Support Thereof [Docket No. 2155] demonstrate that Beta Drywall LLC, as the named insured, is a necessary and indispensible party to this litigation, and that Pate's failure to join Beta Drywall LLC requires dismissal of the Amended Complaint pursuant to Fed.R.Civ.P. 12(b)(7).

**WHEREFORE,** for the reasons set forth above and in National Union's Motion to Dismiss and the Memorandum in Support Thereof, Chartis Specialty as alleged insurer of Beta Drywall LLC, respectfully requests that this Court dismiss this action pursuant to Fed. R. Civ. P. 12(b)(7) for failure to join necessary parties under Fed. R. Civ. P. 19.

Dated:   July 19, 2010						Respectfully submitted:


							Thomas E. Schwab (Bar No. 2099) (T.A.)
							BARKLEY & THOMPSON, L.C.
							1515 Poydras Street, Suite 2350
							New Orleans, Louisiana  70112
							Phone:  (504) 595-3370
							Fax:  (504) 595-3355
							E-mail:  tschwab@barkleythompson.com


							Joseph A. Hinkhouse
							Sara Uffelman Gattie
							HINKHOUSE WILLIAMS WALSH
							180 North Stetson Street, Suite 3400
							Chicago, Illinois  60601
							Phone:  (312) 784-5454
							Fax:  (312) 784-5494
							E-mail:   jhinkhouse@hww-law.com
								     suffelman@hww-law.com

							**Attorneys for Defendant Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as alleged insurer of Beta Drywall, LLC**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Chartis Specialty's Joinder to National Union's Motion to Dismiss the First Amended Complaint of Robert C. Pate Pursuant to Rule 12(B)(7) for Failure to Join Necessary Parties Under Rule 19 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of July, 2010.

      /s/Thomas E. Schwab
**ATTORNEYS FOR DEFENDANT**
**Chartis Specialty's Joinder to National Union's Motion to Dismiss the First Amended Complaint of Robert C. Pate Pursuant to Rule 12(B)(7) for Failure to Join Necessary Parties Under Rule 19**