# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER GRANTING CHARTIS SPECIALTY'S JOINDER TO NATIONAL UNION'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF ROBERT C. PATE PURSUANT TO RULE 12(b)(7) FOR <u>FAILURE TO JOIN NECESSARY PARTIES UNDER RULE 19</u>

Considering the foregoing Chartis Specialty's Joinder to National Union's Motion to Dismiss the First Amended Complaint of Robert C. Pate Pursuant to Rule 12(B)(7) for Failure to Join Necessary Parties Under Rule 19;

IT IS ORDERED that Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company) (in its capacity as alleged insurer of Beta Drywall LLC) be and it is hereby permitted to join in the relief sought in NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA'S, motion pursuant to Fed. R. Civ. P. 12(b)(7) for an order dismissing the first amended complaint of Robert C. Pate, as Trustee of the Chinese Drywall

Trust, on the basis that Pate failed to join necessary parties under Fed. R. Civ. P. 19. [Doc. No. 2155].

      New Orleans, Louisiana this _____ day of _____, 2010.

                                            _____
                                                                  JUDGE