UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     *     MDL No. 09-2047
PRODUCTS LIABILITY LITIGATION

                                       *     JUDGE: FALLON

THIS DOCUMENT RELATES TO
Dean and Dawn Amato v. Liberty Mutual, et al.     *
Case No. 2:10-cv-00932 (E.D.La.)

                                         *

* * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF APPEARANCE

The law firm of Simon, Peragine, Smith & Redfearn, L.L.P. and the undersigned

attorneys, Daniel J. Caruso, Herman C. Hoffmann, Jr., Betty F. Mullin and Douglass F.

Wynne, Jr. hereby make their appearance, on behalf of Bailey Lumber & Supply Company,

a Mississippi corporation, named defendant in *Dean and Dawn Amato, et al. v. Liberty*

*Mutual Insurance Company, et al.*, United States District Court for the Eastern District of

Louisiana, Case No. 10-cv-00932, reserving all defenses to this action and objections

concerning service of process, venue and/or jurisdiction, further requesting that all future

papers filed in this case be served on said undersigned attorneys.

Respectfully submitted,

Daniel J. Caruso (03941) (T.A.)
Herman J. Hoffmann (06899)
Betty F. Mullin (09818)
Douglass F. Wynne (32019)
Simon Peragine Smith & Redfearn L.L.P.
1100 Poydras Street, 30th Floor
New Orleans, Louisiana 70163-3000
Telephone: (504) 569-2030
Fax: (504) 569-2999

Attorneys for Bailey Lumber & Supply
Company

-1-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2010.

_____
Betty F. Mullin

N:\DATA\K\03437001\pleadings\notice of appearance (amato).wpd