UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section "L" |
| THIS DOCUMENT RELATES TO: | Judge FALLON<br>MAG. JUDGE WILKINSON |
| ROBERT ADAMS and MARNI KLEIN-ADAMS<br>Case No. 2:09cv06690<br>_____/ | |

**ROBERT ADAMS AND MARNI KLEIN-ADAMS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS PULTE HOME CORPORATION AND PULTE HOMES, INC.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, ROBERT ADAMS and MARNI KLEIN ADAMS hereby dismisses without prejudice all of their claims against Defendants PULTE HOME CORPORATION and PULTE HOMES, INC. in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. ROBERT ADAMS and MARNI KLEIN ADAMS shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully submitted: July 20, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
Renee Melancon
Texas State Bar No. 24034573; LA #30273
**BARON & BUDD, P.C**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
bbrown@baronbudd.com

1

rmelancon@baronbudd.com
bsteckle@baronbudd.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2010.

/s/ Robert B. Brown, III_____
Robert B. Brown, III (Florida Bar No. 621609)