UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL | * | MDL NO. 2047 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| | * | |
| MONA BURKE, WIFE OF/AND | * | MAG. WILKINSON |
| THOMAS E. BURKE, IV | * | |
| | * | |
| Versus | * | 10-1840 |
| | * | |
| DAELEN OF TANGIPAHOA, L.L.C., ABC CORP., | * | |
| AND STATE FARM FIRE AND CASUALTY | * | |
| COMPANY | * | |

*     *     *     *     *     *     *     *     *     *     *     *     *

STATEMENT IN COMPLIANCE WITH FEDERAL RULE
OF CIVIL PROCEDURE 7.1 CORPORATE DISCLOSURE

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Fire and Casualty Company, and, for the purpose of complying with Federal Rule of Civil Procedure 7.1 and Local Rule 5.6E, respectfully submits the following:

Defendant, State Farm Fire and Casualty Company, is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company, a mutual insurance company having no stock and

1

no stockholders. No publicly held company owns 10% or more of the stock of State Farm Fire and Casualty Company or State Farm Mutual Automobile Insurance Company.

/s/ Adrianne L. Baumgartner
_____
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351)**
PORTEOUS, HAINKEL & JOHNSON
408 North Columbia Street
Covington, LA 70434
(985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC, IV (#20746)**
Porteous, Hainkel & Johnson, L.L.P.
343 Third Street, Suite 202
Baton Rouge, LA  70801-1309
Telephone:  (225) 383-8900
cchassaignac@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant State Farm Fire & Casualty Company's Corporate Disclosure Statement has been served upon Larry Centola, counsel for

Plaintiffs Mona and Thomas Burke,  Jay Seale and Elsbet Smith, counsel for Defendant Dealen of Tangipahoa, LLC and on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 20th day of July, 2010.

<u>Adrianne L. Baumgartner</u>