UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
PRODUCTS LIABILITY LITIGATION           SECTION: L

                                        JUDGE FALLON
                                        MAG. JUDGE WILKINSON
_____

THIS DOCUMENT RELATES TO:
*Amato et al v. Liberty Mutual Insurance Company et al;*
Case No. 2:10cv0932

## DEFENDANT, GRYPHON CONSTRUCTION, LLC'S, CORPORATE DISCLOSURE STATEMENT

GRYPHON CONSTRUCTION, LLC ("GRYPHON"), by and through undersigned counsel and pursuant to applicable Rules and hereby discloses the following:

1. GRYPHON is a corporation organized and existing under the laws of the State of Florida. GRYPHON does not have a parent corporation nor does any publicly traded corporation own 10% or more of its stock.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by

using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20TH day of July, 2010.

        Respectfully submitted,

        **THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

[Original signed document on file with the Court]
/s/ Alexander E. Barthet             _
ALEXANDER  E. BARTHET
Florida Bar No. 173126
JOHN C. HANSON, II
Florida Bar No. 933767