IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-6690)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Colvin Homes, Inc.'s Motion to Dismiss for Lack of Personal Jurisdiction

COMES NOW the separate Defendant Colvin Homes, Inc., (hereinafter "Colvin"), by and through counsel, and files this its Motion to Dismiss for Lack of Personal Jurisdiction, saying in support as follows:

1. Plaintiff Wayne Clarke, a citizen of Mississippi, is the only named Plaintiff in this litigation to assert a claim against the separate Defendant Colvin;

2. Colvin has ceased active business operations but was engaged in the business of residential construction in Mississippi;

3. Plaintiff's claim against Colvin arise from residential construction performed on real property owned by Plaintiff in Mississippi;

4. For these reasons and others more specifically set forth in the accompanying memorandum in support of this motion, Colvin lacks any contacts with this jurisdiction and the claim against Colvin should be dismissed for lack of personal jurisdiction.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully requests this Court issue an Order dismissing Plaintiff's claims against Colvin together with such other relief as the Court may find appropriate.

RESPECTFULLY SUBMITTED, this the 20th day of July, 2010.

COLVIN HOMES, INC.

By: /s/ Jeff Moffett
JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 20TH day of July, 2010.

By: /s/ Jeff Moffett
JEFFREY S. MOFFETT

2