IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-6690)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## Affidavit of Ken Colvin

STATE OF MISSISSIPPI

COUNTY OF Jackson

Before me, the undersigned authority, on this day appeared Ken Colvin, who being duly sworn did say on his oath:

1. I was President and Incorporator of Colvin Homes, Inc., and in this capacity am competent to testify as to the matters set forth herein and I have personal knowledge of the facts outlined below;

2. Colvin Homes, Inc., has ceased active operations, administratively dissolved and entered bankruptcy but its principal place of business when operating was in Mississippi;

4. Colvin Homes, Inc., was in the business of building and renovating single family homes;

5. Colvin Homes, Inc., never purchased or sold real property in Louisiana and has not constructed, repaired or otherwise performed work on any single family homes in Louisiana;

6. Colvin Homes, Inc., was not licensed or registered to do business in Louisiana and had no registered agent for service of process in Louisiana;

7. Colvin Homes, Inc., had no offices or employees operating in Louisiana;

8. None of the Plaintiffs named in this action who allege work was performed on their home by Colvin Homes, Inc., reside in Louisiana, none of the property at issue in this litigation is located in Louisiana and Colvin Homes, Inc., did not negotiate or enter into any contract with any Plaintiff in Louisiana.

9. In light of the above and otherwise having no connection to Louisiana, Colvin Homes, Inc., did not anticipate it would be haled into Court in Louisiana as part of this litigation or any other.

_____
Ken Colvin

SWORN to and subscribed before me, this the __19TH__ day of __July__, 2010.

_____
Notary Public

My commission expires: _____