IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:09-cv-6690) | |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

## Notice of Hearing

PLEASE TAKE NOTICE the separate Defendant Colvin Homes, Inc., through counsel, has requested to bring on for hearing their Motion to Dismiss before the Honorable Eldon E. Fallon, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, C-456, New Orleans, LA 70130 on the 18th of August, 2010 at 9:00 or at a time set further by this Court.

RESPECTFULLY SUBMITTED, this the 20th day of July, 2010.

                                            COLVIN HOMES, INC.

                                      By:    */s/ Jeff Moffett*
                                                      JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 16TH day of July, 2010.

By:    /s/ Jeff Moffett
          JEFFREY S. MOFFETT