UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation | MDL No. 2047 |
| | Section: L |
| This Document Relates to: | |
| | Judge Fallon |
| David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | Mag. Judge Wilkinson |

## DAVID VARNADO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiff David Varnado and files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and in support thereof states as follows:

1. Plaintiff was included in Omnibus Complaint III on or about January 15, 2010.

2. Plaintiff files this Notice of Voluntary Dismissal with the intention of dismissing his claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

3. Each party is to bear its own attorneys' fees and costs.

4. Attached hereto as Exhibit "A" is correspondence from Dewitt M. Lovelace, counsel for David Varnado, dated July 20, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

/s/ Leonard S. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

2

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 20th day of July, 2010.

Respectfully submitted,

/s/ Leonard S. Davis_____

# EXHIBIT "A"

# LOVELACE LAW FIRM, P.A.

Post Office Box 6205 (32550)
12870 US Hwy 98 West, Suite 200
Miramar Beach, Florida 32550
Telephone: (850) 837-6020
Facsimile: (850) 837-4093

Dewitt M. Lovelace
dml@lovelacelaw.com
Licensed in Florida & Mississippi

Alex Peet
alex@lovelacelaw.com

July 20, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: **Chinese Manufactured Drywall Products Liability Litigation**
> **David and Cheryl Gross, et al. v. Knauf Gips, KG, et al.**
> **Case No. 09-6690**

Dear Lenny and Russ:

My client, David Varnado, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of his claims in the above matter.

Sincerely,

Dewitt M. Lovelace

DML/tsa