UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | CASE NO. 2:09-MD-2047 SECTION "L" JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * * | MAGISTRATE WILKINSON |

## **ORDER**

Considering Plaintiffs' Motion to Dismiss without Prejudice;

**IT IS ORDERED** that Plaintiffs' Motion to Dismiss without Prejudice be and hereby is **GRANTED** and that all of the claims asserted herein against Progressive Advanced Insurance Company, Progressive Casualty Insurance Company, Progressive Choice Insurance Company, Progressive Classic Insurance Company, and IDS Property Casualty Insurance Company be and hereby are dismissed without prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 20th day of July, 2010.

_____
ELDON E. FALLON
United States District Court Judge

160155