Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  101729-0628

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--J & H Distributors, ATTN: Josie Adams
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __LOUISIANA__ ) ss.
County of: __ST. TAMMANY__ )

**Name of Server:** __Kenneth J. Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __16th__ day of __June__, 20__10__, at __11:15__ o'clock __A__ M

**Place of Service:** at __1321 West Causeway Approach__, in __Mandeville, LA__

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
J & H Distributors, ATTN: Josie Adams

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Josie Adams__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __40's__ ; Approx. Height __5'6"__ ; Approx. Weight __130__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kenneth Landry__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __16th__ day of __June__, 20__10__

__Tenure for Life__
Notary Public                (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. O26458

NOTARY ATTESTS TO
SIGNATURES ONLY