Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   101729-0629

## AFFIDAVIT OF SERVICE -- Corporate

LEVIN, FISHBEIN, ET AL
**Ms. Jennifer Lascio**
**510 Walnut St., Ste. 500**
**Philadelphia, PA  19106-3697**

Service of Process on:
--Jim Walter Homes, Inc., c/o CT Corporation
Court Case No. 09-7628

---

State of:   Florida                    ) ss.
County of:   Broward                  )

**Name of Server:**          Eric Deal                   , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:**   that on the   28   day of              June              , 20  10  , at   1:30   o'clock   p M

**Place of Service:**   at   1200 South Pine Island Road                    , in   Plantation, FL  33324

**Documents Served:**   the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:**   A true and correct copy of the aforesaid document(s) was served on:
**Jim Walter Homes, Inc., c/o CT Corporation**

**Person Served, and Method of Service:**   By delivering them into the hands of an officer or managing agent whose name and
title is:   CT Corporation System, Registered Agent,
for contact: Donna Moch, Section Head Process for CT Corp.

**Description of Person Receiving Documents:**   The person receiving documents is described as follows:
Sex  F  ; Skin Color   White   ; Hair Color   Brown   ; Facial Hair
Approx. Age   40   ; Approx. Height   5'6"   ; Approx. Weight   140

☐  To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:**   Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
30   day of        June        , 20  10

Notary Public        (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires:  JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.