Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0623

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JB Plaster, Inc.

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-7628

State of: Florida ) ss.
County of: Lee )
Name of Server: Barbara Gray, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 17th day of June, 20 10, at 5:10 o'clock P M

Place of Service: at 10830 Abernathy Street, in Bonita Springs, FL 34135

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
JB Plaster, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Juan Reyes, Owner

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color brown ; Hair Color Black ; Facial Hair ____
Approx. Age 35-40 ; Approx. Height 5'6" ; Approx. Weight 140 lbs

. To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Barbara Gray
Signature of Server #15718B

Subscribed and sworn to before me this 22nd day of June, 20 10

Marcia McEvers
Notary Public   (Commission Expires)

MARCIA L. MCEVERS
MY COMMISSION # DD 965985
EXPIRES: March 3, 2014
Bonded Thru Budget Notary Services

APS International, Ltd.