| | |
|---|---|
| Sean and Beth Payton, et. al., Plaintiff(s)<br>vs.<br>KNAUF GIPS KG, et al., et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #:   101729-0617

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Mayeaux Construction, Inc.
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **ST. TAMMANY** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2nd** day of **July**, 20 **10**, at **8:10** o'clock **A** M

Place of Service: at **14 Carolina Ct.**, in **Covington, LA 70433**

Documents Served: the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Mayeaux Construction, Inc.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Phillip Mayeaux / Owner**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **Cauc** ; Hair Color **Grey** ; Facial Hair **No**
Approx. Age **50's** ; Approx. Height **5'8"** ; Approx. Weight **165**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Kennith Landry*
Signature of Server

Subscribed and sworn to before me this **5th** day of **July**, 20 **10**

*[signature]* (Commission Expires)
Notary Public

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY