Sean and Beth Payton, et al., et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--BDG Waterstone, LLC
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: DADE

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 5 day of February, 20 10, at 11:50 o'clock AM

Place of Service: at 1000 Brickell Avenue, Suite 300, in Miami, FL 33131

Documents Served: the undersigned served the documents described as:
Summons and Complaint; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
BDG Waterstone, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Antoinette DiCicco Secretary

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Blonde ; Facial Hair ___
Approx. Age 25 ; Approx. Height 5'5 ; Approx. Weight 125

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 5 day of February, 20 10

Signature of Server

Notary Public    (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Michelle Rodriguez-Miro
My Commission DD856879
Expires 02/01/2013