388988                                                                                    0179-10071

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 |
| This document relates to: | : SECTION: L |
| JOHN B. BLUE AND RACHELLE BLUE VERSUS | : JUDGE FALLON |
| AUTO CLUB FAMILY INSURANCE COMPANY 2:10-CV-792 | : MAG. JUDGE WILKINSON |

### MOTION AND ORDER TO SUBSTITUTE COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, comes the defendant, Auto Club Family Insurance Company, who respectfully moves this Court to formally substitute the names of Alan J. Yacoubian, Neal J. Favret, Genevieve K. Jacques. and the law firm of Johnson, Johnson, Barrios & Yacoubian as counsel of record for Auto Club Family Insurance Company in place and instead of Thomas M. Richard.

Respectfully submitted:

_____
THOMAS M. RICHARD (#2069)
CHOPIN WAGAR RICHARD & KUTCHER, LLP
Two Lakeway Center, Suite 900
3850 North Causeway Boulevard
Metairie, Louisiana 70002
Telephone: (504) 830-7871
Attorney for defendant, Auto Club Family Insurance Company

_____
ALAN J. YACOUBIAN (#17213)
NEAL J. FAVRET (#24412)
GENEVIEVE K. JACQUES (#27818)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana 70139-7701
Telephone: (504) 528-3001
Attorney for defendant, Auto Club Family Insurance Company