388988                                                                                          0179-10071

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047 |
| This document relates to: | : |
| JOHN B. BLUE AND RACHELLE BLUE | : SECTION : L |
| VERSUS | : |
| AUTO CLUB FAMILY INSURANCE COMPANY | : JUDGE FALLON |
| | : MAG. JUDGE WILKINSON |
| 2:10-CV-792 | |

**ORDER**

Upon considering the foregoing motion;

**IT IS HEREBY ORDERED** that Thomas M. Richard be withdrawn as counsel of record for the defendant, Auto Club Family Insurance Company and that Alan J. Yacoubian, Neal J. Favret, Genevieve K. Jacques. and the law firm of Johnson, Johnson, Barrios & Yacoubian be substituted for the said Thomas M. Richard, as counsel of record for defendant, Auto Club Family Insurance Company.

_____, Louisiana, this \_\_\_ day of _____, 2010.

_____
JUDGE – EASTERN DISTRICT COURT