UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
(MDL 2047/Chinese Drywall)

| | | |
|---|---|---|
| David Gross, et al. | ) | |
| Plaintiffs, | ) | Civil Action No.  09-6690 |
| v. | ) | |
| Knauf Gips, KG, Pulte Home Corp., et al. | ) | |
| Defendants. | ) | |
| _____/. | ) | |

## PULTE HOME CORP.'S NOTICE OF LIMITED APPEARANCE

**PLEASE TAKE NOTICE** that John H. Dannecker, Esq., and Amanda G. Simmons, Esq., of the law firm Shutts & Bowen LLP, 300 South Orange Avenue, Suite 1000, Post Office Box 4956, Orlando, Florida  32802-4956, file this Notice of Limited Appearance counsel of record in this proceeding on behalf of PULTE HOME CORP.

The filing of this Notice of Limited Appearance should not be construed as, or interpreted as, a waiver of any and all defenses, jurisdictional or otherwise, that may exist in favor of PULTE HOME CORP., nor should the filing of such notice of appearance be deemed to be (i) a consent to the equity jurisdiction of this Court, or (ii) a disavowal or waiver of any jury trial waiver, nor of any entitlement to compel arbitration in accordance with the parties' agreement and/or applicable law in favor of PULTE HOME CORP., in any proceeding that has been or will be instituted during the course of the case.

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Pulte Home Corp.'s Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon

all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047; and Phillip A. Whittmann, *Liaison Counsel for Homebuilder and Installers*, on this 30th day of June, 2010.

    /s/ John H. Dannecker
ORIGINAL SIGNED DOCUMENT ON FILE WITH THE COURT
**JOHN H. DANNECKER, ESQ.**
Florida Bar No. 0745030
**AMANDA G. SIMMONS, ESQ.**
Florida Bar No. 0728020
SHUTTS & BOWEN, LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801-5403
Telephone: (407) 423-3200
Facsimile: (407) 849-7291
Email: jdannecker@shutts.com
       asimmons@shutts.com
Attorneys for Pulte Home Corp.

ORLDOCS 11888902 1