Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0256

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Overlook, LLC, ATTN: J. Brian Slaughter
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Virginia** ) ss.
County of: **N/A - City of Virginia Beach**
Name of Server: **Brian Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14** day of **June**, 20 **10**, at **3:32** o'clock **P** M

Place of Service: at MCKENRY, DANCIGERS DAWSON & LAKE, in Virginia Beach, VA 23462
192 Ballard Court, #400

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Overlook, LLC, ATTN: J. Brian Slaughter**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **J. Brian Slaughter**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **brown**; Facial Hair ____
Approx. Age **30's**; Approx. Height **6'2"**; Approx. Weight **240lbs**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Signature of Server*

Subscribed and sworn to before me this **18** day of **June**, 20**10**

*Mistie Wood* 12-31-2010
Notary Public      (Commission Expires)

**APS International, Ltd.**

MISTIE WOOD
Notary Public
Commonwealth of Virginia
7035886
My Commission Expires Dec 31, 2010