Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



## AFFIDAVIT OF SERVICE
--MW Johnson Construction of Florida, Inc.
Court Case No. 10-361 Section L Mag 2

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: **MN** ) ss.
County of: **Hennepin** )

**Name of Server:** Carl Bradley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 28-Jun-2010 08:10 am

**Place of Service:** at 16823 Island Ave., city of Lakeville, state of MN

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
MW Johnson Construction of Florida, Inc.
By delivering them into the hands of Mrs. Johnson, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is Wife of Owner

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **N/A**
Approx. Age **25** ; Approx. Height **5'10"** ; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 30 day of June, 2010

Signature of Server
Notary Public (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 103329-259


GREGORY K. JOHNSON
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015