# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
### District of Louisiana

Case Number: 10-361 SECTION L MAG 2

Plaintiff:
**KENNETH AND BARBARA WILTZ**

vs.

Defendant:
**BEIJING NEW BUILDING MATERIALS PUBLIC LTD., CO., et al**

For:
Russ Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Ave.
New Orleans, LA 79113

Received these papers on the **14th day of April, 2010** at **8:59 pm** to be served on **JIM MORRIS & SONS, INC., 561 RAINER STREET NE, PALM BAY, FL 32905.**

I, G. L. Stephenson, being duly sworn, depose and say that on the **3rd day of June, 2010** at **8:15 pm**, I:

**CORPORATE - REGISTERED AGENT:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, PLAINTIFFS AMENDED OMNIBUS CLASS ACTION COMPLAINT (II), JURY DEMAND, EXHIBITS** with the date and hour of service endorsed thereon by me, to: **JOHN MORRIS** as **Registered Agent** for **JIM MORRIS & SONS, INC.**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
4/16/2010  3:00 pm   Attempted service at business address of: 235 West Dr., West Melbourne, FL 32904.  This building is in industrial district and is for sale.  Appearance that it is empty.  No vehicles.  Business next door is also vacant and empty.  No buildings across the street.
4/17/2010  7:00 pm   Attempted service on Joseph R. Morris, the business Secretaries at his ;home address of: 541 Fiedler St. N.E., Palm Bay, FL 32907.  No one home.  Neighbor state that there was a death in the family, and Mr. Morris was out of town.
4/17/2010  7:20 pm   Attempted service at the Registered Agents address of: 561 Rainer St NE., Palm Bay, FL 32907.  A young male, who identified himself as the son of the Registered Agent, John Morris, stated that there was a death in the family, and that Mr. Morris was out of town.  The son stated that he would give my contact information to Mr. Morris, as he was going to be with him.  He stated that they would be gone for over two weeks to get things in order.
5/20/2010  7:00 pm   Attempted service at the Registered Agents address.  No one home.
6/2/2010  8:15 pm   Attempted service at the Secretaries address of: 541 Fiedler St. NE., Palm Bay, FL 32907.  No one home.  No cars in driveway.  No lights on.
6/2/2010  8:30 pm   Attempted service at the Registered Agents address: 561 Rainier St. NE, Palm Bay, FL 32907.  The Registered Agents wife was at home.  She stated that she knew that I was trying to find John Morris, and that he was going to be calling me.  I gave her my number again.
6/3/2010  10:00 am   Mr. Morris made telephone contact.  He made an appointment to receive the documents for the evening after 8:00 pm when he would be home.

**Description** of Person Served:  Age: 50, Sex: M, Race/Skin Color: W, Height: 5'10", Weight: 175, Hair: Brown, Glasses: Y

**AFFIDAVIT OF SERVICE for 10-361 SECTION L MAG 2**

Under penalty of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true and correct. I am over the age of eighteen, a court appointed, CERTIFIED PROCESS SERVER for the Eighteenth Judicial Circuit in the county in which service was effected in accordance with Florida Statutes, and have no interest in the above action pursuant to F.S. 92.525(2).

G. L. Stephenson
CPS #190

Subscribed and Sworn to before me on the 30th day of June, 2010 by the affiant who is personally known to me.

NOTARY PUBLIC

NOTARY PUBLIC-STATE OF FLORIDA
Edwin Neal Chancellor, Jr.
Commission #DD737911
Expires: DEC. 18, 2011
BONDED THRU ATLANTIC BONDING CO., INC.

Our Job Serial Number: 2010000294

pg 2 of 2