## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO.:  2047 |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| This document relates to: JOHN B. BLUE and RACHELLE BLUE | * | |
| VERSUS | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY 2:10-CV-792 | * | |
| *     *     *     *     *     *     *     * | | |

## DEFENDANT, AUTO CLUB FAMILY INSURANCE COMPANY'S
## MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 25 PAGES

NOW INTO COURT, through undersigned counsel, comes Auto Club Family Insurance Company, sought to be made defendant herein, who, pursuant to LR 7.8.1E, moves this Court for an order allowing Auto Club Family Insurance Company to file the attached Memorandum in Support of Rule 12(b)(6) Motion to Dismiss, which is in excess of 25 pages.  Auto Club Family Insurance Company submits that the 29-page Memorandum is necessary to adequately address the coverage issues presented in this matter.

Respectfully submitted:

_____

ALAN J. YACOUBIAN – T.A. (#17213)
NEAL J. FAVRET (#24412)
GENEVIEVE K. JACQUES (#27818)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana  70139-7708
Telephone:  (504) 528-3001
Facsimile:  (504) 528-3030
Attorneys for defendant, Auto Club Family
Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of July, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service.  I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding by filing with Lexix/Nexis File & Serve.

_____