Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)

Service of Process by
## APS International, Ltd.
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0165

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Waterways Joint Venture IV
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Collier** )

Name of Server: **Edwin S. Cintron**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **22nd** day of **June**, 20 **10**, at **5:36** o'clock **P** M

Place of Service: at **15489** ~~15913~~ Summit Place Circle, in Naples, FL 34119

Documents Served: the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Waterways Joint Venture IV**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Karen C. Davenport, spouse of the Registered Agent Richard Davenport**

Description of Person Receiving Documents:
Sex **F**; Skin Color **White**; Hair Color **Blond**; Facial Hair ___
Approx. Age **65**; Approx. Height **5'2"**; Approx. Weight **125 lbs**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

X _____
Signature of Server   # 90021

Subscribed and sworn to before me this **28th** day of **June**, 20 **10**

_____
Notary Public   (Commission Expires)

**APS International, Ltd.**



Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012