Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0162

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Marsiglia Construction Company, c/o Michael D. Charbonnet

Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of June, 20 10, at 1 o'clock P M

**Place of Service:** at 2909 Division St, in Metairie, LA 70005

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Marsiglia Construction Company, c/o Michael D. Charbonnet

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Eivette Mora

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color White; Hair Color Black; Facial Hair ___
Approx. Age 40; Approx. Height 5'6; Approx. Weight 140

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 18th day of June, 20 10

Notary Public       (Commission Expires)
Kenneth W. Andrieu 26675