Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0157

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

--LifeScape Buildings, LLC
Court Case No. 10-362 Section L

State of: Alabama ) ss.
County of: Jefferson )

**Name of Server:** Keith Kelley, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 28th day of June, 20 10, at 9 o'clock A M

**Place of Service:** at ~~3235 Pineridge Rd~~ 1000 Urban Center Drive, in ~~Birmingham, AL 35213~~-3907 Suite 300, Birmingham, AL 35242

**Documents Served:** the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Person Served, and Method of Service:** **LifeScape Buildings, LLC**

By delivering them into the hands of an officer or managing agent whose name and title is: Dawn Freeman (Legal Department)

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White; Hair Color Brown ; Facial Hair N/A
Approx. Age 36 ; Approx. Height 5'7 ; Approx. Weight 130lbs
To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 29th day of June, 2010

My Commission Expires November 3, 2010

Notary Public (Commission Expires)

**APS International, Ltd.**