Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103676-0065

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Carribean Custom Builders and Developers
Court Case No. 10-362 Section L

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __MONROE__ )

**Name of Server:** __Gus Merkle__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __25th__ day of __June__, 20 __10__, at __12__ o'clock __P__ M

**Place of Service:** at __29141 Clover Lane__, in __Big Pine Key, FL 33043__

**Documents Served:** the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Carribean Custom Builders and Developers

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __JAMES E. SHARPE, III    EX-R/A (DISSOLVED CORP.)__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __W__ ; Hair Color __BLND.__ ; Facial Hair __No__
Approx. Age __53__ ; Approx. Height __5'9"__ ; Approx. Weight __180__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Gus Merkle*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __25__ day of __June__, 20 __10__

Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
P. Anderson
Commission # DD763363
Expires: APR. 07, 2012
BONDED THRU ATLANTIC BONDING CO., INC.