Joyce W. Rogers, et. al., Plaintiff(s)
vs.
Knauf Gips KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  103676-0166

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Home Builders of Florida I, LLC, c/o Holland & Knight, PA

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

Court Case No. 10-362 Section L

State of: FLORIDA ) ss.
County of: Hillsborough )

Name of Server: SEAN SEGEL, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 25 day of June, 20 10, at 3 20 o'clock P M

Place of Service: at 100 North Tampa Street, Ste. 4100, in Tampa, FL

Documents Served: the undersigned served the documents described as:
Summons and Amended Complaint w/Jury Demand; Exhibits

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
First Home Builders of Florida I, LLC, c/o Holland & Knight, PA

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Charles Wachter, Esq. - Attorney Authorized to Accept.

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex M ; Skin Color CAUC ; Hair Color GRAY ; Facial Hair Mustache
Approx. Age 55 yr ; Approx. Height 5'10" ; Approx. Weight 190 lb

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

/s/ Sean Segel
Signature of Server

Subscribed and sworn to before me this 28 day of June, 20 10

/s/ Elaine F. Jones
Notary Public      (Commission Expires)

APS International, Ltd.

ELAINE F. JONES
MY COMMISSION # DD 857268
EXPIRES March 2, 2013
Bonded Thru Notary Public Underwriters