UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL NO. 2047 <br> * <br> *  JUDGE ELDON E. FALLON <br> * |
| This Document Relates to: | *  SECTION L <br> * |
| KENNETH AND BARBARA WILTZ, et al., | *  MAGISTRATE JUDGE <br> *  WILKINSON |
| Plaintiffs, | * <br> * |
| versus | * <br> * |
| BEIJING NEW BUILDING MATERIALS PUBLIC LTD. CO., et al, | * <br> * <br> * |
| Defendants. | * <br> * |
| Civil Action No. 10-361. | * <br> * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF LIMITED APPEARANCE

Kelly Cambre Bogart and Joseph E. Bearden, III of Duplass, Zwain, Bourgeois, Pfister & Weinstock hereby file their Notice of Limited Appearance as counsel of record for defendant, Marsiglia Construction Company, in this case, and request that copies of all pleadings served in

this case be served upon the undersigned in connection with this action.. This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and Marsiglia Construction Company specifically reserves all rights and defenses, including without limitation lack of personal jurisdiction and improper venue.

        Respectfully submitted,

        DUPLASS, ZWAIN, BOURGEOIS,
        PFISTER & WEINSTOCK


        */s/ JOSEPH E. BEARDEN, III*
        Kelly Cambre Bogart (22985)
        Joseph E. Bearden, III (26188)
        Three Lakeway Center
        3838 N. Causeway Blvd., Suite 2900
        Metairie, LA 70002
        Telephone:   (504) 581-3200
        Fax:              (504) 581-3361
        kbogart@duplass.com
        jbearden@duplass.com

        *Counsel for Defendant,*
        *Marsiglia Construction Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of July, 2010.

/s/ JOSEPH E. BEARDEN, III
Kelly Cambre Bogart (22985)
Joseph E. Bearden, III (26188)
Three Lakeway Center
3838 N. Causeway Blvd., Suite 2900
Metairie, LA 70002
Telephone: (504) 581-3200
Fax: (504) 581-3361
kbogart@duplass.com
jbearden@duplass.com

*Counsel for Defendant,*
*Marsiglia Construction Company*