UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO.  2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | | |
| LITIGATION | * | JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| This document relates to: | | |
| Mona Burke, Wife of/and | * | |
| Thomas E. Burke, IV vs. | * | |
| Daelen of Tangipahoa, L.L.C., ET AL | | |
| Case No.  10-1840 | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### MOTION TO REMAND

NOW INTO COURT, come Plaintiffs, Mona Burke and Thomas Burke, through undersigned counsel, who submit the following Motion to Remand.  As more fully explained in Plaintiffs' Memorandum in Support, this Court is without jurisdiction to hear the instant matter, thereby mandating that this matter be remanded to state court.  Contrary to Defendant, State Farm Fire and Casualty's assertion, there has been no fraudulent misjoinder or improper cumulation of actions.  The citizenship of all named Defendants is relevant for jurisdictional purposes.  There is a lack of federal diversity in the instant action, because Plaintiffs, and at least one of the Defendants, Daelen of

Tangipahoa L.L.C., are both residents of Louisiana. Therefore, Plaintiffs request that this Honorable Court Remand this matter to state court, specifically, the 22nd Judicial District Court for the Parish of St. Tammany.

Respectfully Submitted,

**MARTZELL & BICKFORD**

*/s/ Lawrence J. Centola, III*

**SCOTT R. BICKFORD, T. A. (#1165)**
**LAWRENCE J. CENTOLA, III (#27402)**
338 Lafayette Street
New Orleans, Louisiana 70130
(504) 581-9065
(504) 581-7635 (Fax)

**COUNSEL FOR PLAINTIFFS**

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing Memorandum in Support of Motion to Remand has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this __21st__ day of __July__, 2009.

                                                           */s/ Lawrence J. Centola, III*
                                                     _____

F:\Clients\CHINESE DRYWALL\CLIENTS\BURKE, THOMAS & MONA\Pleading - USDC EDLA\mtn to remand.wpd