UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO. 2:09-md-02047  JUDGE FALLON |
| | * | MAGISTRATE WILKINSON |
| This document relates to: Mona Burke, Wife Of/and Thomas E. Burke, IV vs. Daelen of Tangipahoa, L.L.C., et al Case No. 10-1840 | * * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the foregoing Motion to Remand:

**IT IS ORDERED** that the Motion to Remand is GRANTED and the instant case is remanded back to the 22nd Judicial District of the Parish of St. Tammany.

New Orleans, Louisiana, this _____ day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE