UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 09-6690 *David Gross, et al. v. Knauf Gips KG, et al.* | : : |  |

### DEFENDANTS' SECOND *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS

Defendants, Centerline Homes at Tradition, LLC,[1] Centerline Homes Construction, Inc., Centerline Homes, Inc., and Completed Communities II, LLC, (hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline a second enlargement of time in which to submit Builder Profile Forms in the above-referenced action. Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms. Further, Centerline's Executive Vice President and General Counsel is presently out of the country and is unavailable to review and execute the Builder Profile Forms before the current deadline for submission.

WHEREFORE, Defendants, Centerline Homes at Tradition, LLC, Centerline Homes Construction, Inc., Centerline Homes, Inc., and Completed Communities II, LLC, respectfully request that this Court grant Centerline a second extension of time of 10 days, through and including August 2, 2010, in order to submit the Builder Profile Forms in the above-referenced action.

---

[1] This entity was merged into Completed Communities II, LLC, on or about December 28, 2007.

Dated July 21, 2010                    Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Suite 2700
    Fort Lauderdale, Florida  33394
    Ph:   (954) 764-7060
    Fax: (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

    *Counsel for Defendants*
    *Centerline Homes at Georgetown, LLC*
    *Centerline Homes at Port St. Lucie, LLC*
    *Centerline Homes, Inc.*
    *Completed Communities II, LLC*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion for Enlargement of Time to Submit Builder Profile Forms on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of July 2010.

                                                                __/s/ Vanessa M. Serrano_____
                                                                        Vanessa M. Serrano

4829-2840-9094.1
34720/0116