UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Gross v. Knauf Gips KG, et al.* Case No. 09-6690 | * * * | MAG. JUDGE WILKINSON |

**********************************

### THEODORE AND PAMELA GILL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT BEAZER HOMES CORP.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Theodore and Pamela Gill, hereby dismiss without prejudice all of their claims against Defendant, Beazer Homes Corp., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Jordan L. Chaikin, counsel for Plaintiff, dated July 6, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

By:   /s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (# 6819)
LEONARD A. DAVIS, ESQ. (# 14190)
STEPHEN J. HERMAN, ESQ. (# 23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 21st day of July, 2010.

                                    /s/ Leonard A. Davis

# Exhibit "A"

# PARKER WAICHMAN ALONSO LLP

ATTORNEYS AT LAW

3301 Bonita Beach Road, Bonita Springs, FL 34134   239.390.1000 | Fax: 239.390.0055

111 John Street, 14th Floor, New York, NY 10038
212.267.6700

111 Great Neck Road, Great Neck, NY 11021
516.466.6500 | Fax: 516.466.6665

375 Cedar Lane, Teaneck, NJ 07666
973.297.1020

PLEASE REPLY TO OUR FLORIDA OFFICE

July 6, 2010

Via Email and U.S. Mail
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

Re:  Chinese Manufactured Drywall Products Liability Litigation
     Gross v. Knauf Gips KG, et al.
     Case No. 09-6690

Dear Lenny and Russ:

My clients, Theodore and Pamela Gill, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file a Notice of Voluntary Dismissal Without Prejudice of Defendant, Beazer Homes, Inc., on their behalf in the above-referenced matter, reserving their rights and claims against any and all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information.

Very truly yours,
Parker Waichman Alonso LLP

By: _____
Jordan L. Chaikin

JLC/ip
Cc: Clients