# EXHIBIT E

Kristen Law is a partner at Lieff, Cabraser, Heimann & Bernstein, LLP.  Ms. Law is based in the firm's San Francisco office and prosecutes cases nationwide as a member of the firm's economic injury product defect practice group.  Ms. Law graduated from University of California, Berkeley School of Law, where she served as Executive Editor of *Ecology Law Quarterly*.  She was admitted to practice in California in 2002, and was recently recognized as a "Northern California Rising Star" by *Law & Politics*, 2009.  Ms. Law has served as an adjunct instructor at California State University and a guest lecturer at UC Berkeley, UC Hastings, and the University of Arizona Law School on the topics of class action practice and legal professionalism.  For more information about Ms. Law, see www.lieffcabraser.com.