UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTIY LITIGATION | MDL No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO DAVID GROSS ET AL | JUDGE FALLON |

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.:  2:09-CV-06690

## *EX PARTE* MOTION AND INCORPORATED MEMORANDUM FOR EXTENSION OF TIME TO SERVE DEFENDANT DISTRIBUTOR PROFILE FORM

NOW INTO COURT, through undersigned counsel, comes the Defendant, Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc., erroneously named herein as Pate Stevedore Company of Pensacola ("Pate Stevedore Company"), and with full reservation of all rights and defenses, requests a thirty (30) day extension of time to serve its Defendant Distributor Profile Form on the grounds that it needs more time to gather the information required for the form and to confirm the accuracy of the information.  Pate Stevedore Company was served on January 11, 2010 and has been diligently attempting to gather the information need to complete its Defendant Distributor Profile Form.  This extension will not prejudice any of the parties or result in a delay of this matter.  Pursuant to Fed. R. Civ. P. 6, this Court maintains the authority to grant Pensacola Stevedore Company an extension to serve the Defendant Distributor Profile Form.  For the foregoing reasons, Pensacola Stevedore Company requests a thirty (30) day extension up to and including the 20th day of August, 2010 to serve its Defendant Distributor Profile Form.

WHEREFORE, Defendant, Pensacola Stevedore Company, Inc. respectfully requests that this Court extend its deadline to serve its Defendant Distributor Profile Form up to and including August 19, 2010.

## OF SERVICE

I HEREBY CERTIFY that the above and foregoing Ex Parte Motion and Incorporated Memorandum for Extension of Time to Serve Defendant Distributor Profile Form has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the following was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the EM/ECF System which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 14th day of July, 2010.

s/s William W. Watts, III
WILLIAM W. WATTS, III
Alabama Bar No. ASB5095-S67W

PIPES, HUDSON & WATTS, LLP
Attorneys for Pensacola Stevedore Company, Inc.,
d/b/a Pate Stevedore Company, Inc.
P.O. Box 989
Mobile, Alabama 36601
PH:  251-432-7200
wes@alabamatrial.com
bill@alabamatrial.com
wesley@alabamatrial.com