# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILTIY LITIGATION | MDL No. 2047<br><br>SECTION L |
| THIS DOCUMENT RELATES TO DAVID GROSS ET AL | JUDGE FALLON |

DAVID GROSS, ET AL. v. KNAUF GIPS KG, ET AL.
CASE NO.: 2:09-CV-06690

## ORDER

**CONSIDERING** the foregoing *Ex Parte* Motion and Incorporated Memorandum for Extension of Time to Serve Defendant Distribution Profile Form;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED,** that Pensacola Stevedore Company, Inc. d/b/a Pate Stevedore Company, Inc. has up and including August 20, 2010 to serve its Defendant Distributor Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
**JUDGE ELDON FALLON**

.