UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF LOUISIANA
(MDL 2047/Chinese Drywall)

| | | |
|---|---|---|
| David Gross, *et al.* | ) | |
| | ) | |
| Plaintiffs, | ) | Civil Action No.  09-6690 |
| | ) | |
| v. | ) | |
| | ) | |
| Knauf Gips, KG, Pulte Home Corp., *et al.* | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____/. | ) | |

**<u>NOTICE OF HEARING</u>**

PLEASE TAKE NOTICE, Defendant, Pulte Home Corp. by and through its undersigned counsel has requested to bring on for hearing their Motion to Dismiss Complaints by Robert Adams, Marni Klein-Adams, Ellen DeCarlo and Jerald Nelson (Regarding Proposed Subclass #208 Only) before the Honorable Eldon E. Fallon at the United States District Court of Louisiana, 500 Poydras Street, C-456, New Orleans, LA 70130 on the 11th day of August, 2010 at 9:00 a.m. or at a time set further by this Court.

RESPECTFULLY SUBMITTED, this 23rd day of July, 2010

/s/ John H. Dannecker, Esq._____
**JOHN H. DANNECKER, ESQ.**
Florida Bar No. 0745030
**AMANDA G. SIMMONS, ESQ.**
Florida Bar No. 0728020
SHUTTS & BOWEN, LLP
300 South Orange Avenue, Suite 1000
Orlando, Florida 32801-5403
Telephone: (407) 423-3200
Facsimile: (407) 849-7291
Email: jdannecker@shutts.com
         asimmons@shutts.com
*Attorneys for Pulte Home Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing <u>Notice of Hearing</u> has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047; and U.S. Mail and facsimile to: Robert Brown, III, Esq., *counsel for Subclass #208* and Phillip A. Whittmann, *Liaison Counsel for Homebuilder and Installers* , on this 23rd day of July, 2010.

/s/ John H. Dannecker, Esq.
**JOHN H. DANNECKER, ESQ.**