# EXHIBIT "A"

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 |
| | * |
| | * SECTION: "L" |
| THIS DOCUMENT RELATES TO: Dean and Dawn Amato, et al vs. Residential Drywall, Inc., et al | * |
| | * JUDGE FALLON |
| Case No. 10-0932, Sect. L MAG 2 | * MAG. JUDGE WILKINSON |

*********************************************

## AFFIDAVIT OF KIM SHEETS

STATE OF FLORIDA       )
                       )SS:
COUNTY OF HILLSBOROUGH__)

BEFORE ME, the undersigned authority, personally appeared KIM SHEETS, who after being duly sworn, deposes and says:

1. My name is KIM SHEETS. I am over the age of twenty-one (21) years and am otherwise sui juris.

2. I am the Secretary of Residential Drywall, Inc. (hereafter "Residential") and have personal knowledge of the facts contained within this Affidavit. I also have personal knowledge of the business activities of Residential and have within my custody and control the business records of Residential related to the following.

3. Residential is a Florida Corporation with its principal place of business located at 9237 Lazy Lane, Tampa, FL 33614.

·1

4. Residential is not authorized to do business in Louisiana. It does not maintain a registered or statutory agent for service in Louisiana.

5. Residential has no offices in Louisiana. It has no address or telephone number is Louisiana. It neither owns nor operates, and has never owned nor operated, any property of any sort in Louisiana.

6. Residential has no directors, officers or employees in Louisiana.

7. Residential has never solicited any business in Louisiana and never transacted any business in the State of Louisiana. It has no contacts whatsoever with Louisiana.

8. Residential has never installed any drywall in any building, home or other structure in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

*Kim Sheets*
KIM SHEETS, SECRETARY
RESIDENTIAL DRYWALL, INC.

The foregoing instrument was acknowledged before me this ___21___ day of July, 2010, by KIM SHEETS, who to me (is personally known) or who has produced _____ as identification, and who did/did not take an oath.

*Kenia Gomez*
Notary Public, State of Florida
My Commission Expires:

KENIA GOMEZ
Commission # DD 894557
Expires June 1, 2013
Bonded Thru Troy Fain Insurance 800-385-7019

2