IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: L |
| This Document Relates to Payton, et al., v. Knaupf Gips KG, et al, Case No. 2:09-CV-7628 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

**AFFIDAVIT OF ROBERT SHELLEY IN SUPPORT OF DEFENDANT SHELBY HOMES, INC.'S MOTION TO DISMISS**

BEFORE ME, the undersigned authority, on this day personally appeared **Robert Shelley**, who, being duly sworn, says:

1. My name is Robert Shelley. I am over eighteen (18) years of age, am competent to testify as to the matters set forth below, and have personal knowledge of the facts contained herein.

2. I am the President and Chief Executive Officer of Shelby Homes, Inc. ("Shelby"), and submit this Affidavit in support of Shelby's Motion to Dismiss.

3. Shelby is a corporation organized and existing under the laws of Florida with its principal place of business in Florida.

4. Shelby has never purchased or sold real property in Louisiana, has never built a residence in Louisiana, and has never entered into any contracts or subcontracts with any company located or based in Louisiana.

5. Shelby has never been licensed or registered to do business in Louisiana.

6. Shelby has never had any offices or employees in Louisiana.

7. Shelby has never had an agent for service of process in Louisiana.

8. Shelby has never had any bank accounts in Louisiana or owned any property in Louisiana.

MDL NO.: 2047 (Section: L) Fallon/ Wilkinson
(This Document Relates to Case No. 2:09-CV-7628)

9. Shelby has never solicited business in Louisiana, has never transacted business in Louisiana, and has never contracted to supply services or things in Louisiana.

10. Shelby has never purposely directed any marketing activities toward Louisiana residents.

11. Shelby has never maintained a telephone line in Louisiana, or kept a post office box or otherwise received mail in Louisiana.

12. Neither of the Plaintiffs named in the Complaint in this action who allegedly own a home built by Shelby reside in Louisiana, and Shelby did not negotiate or perform any contract with any of the Plaintiffs in Louisiana.

13. In light of having no connections with Louisiana, Shelby never anticipated that it would be haled into Court in Louisiana.

Robert Shelley
President and CEO
Shelby Homes, Inc.

STATE OF FLORIDA )
)SS:
COUNTY OF MIAMI-DADE )

The foregoing instrument was acknowledged before me, a person authorized to administer oaths in the State of Florida, this 6th day of July, 2010, by Robert Shelley who ✓ is personally known to me or ___ has produced a Florida driver's license as identification.

Printed Name: LILY APARICIO
Notary Public, State of FLORIDA
My Commission Expires: OCTOBER 15, 2013

(NOTARIAL STAMP)

LILY APARICIO
MY COMMISSION # DD 928129
EXPIRES: October 15, 2013
Bonded Thru Budget Notary Services

MIAMI 2221721.1 7687133804

2