UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: | |
| | JUDGE FALLON |
| No. 2:10-cv-00361 Wiltz, et al vs. Beijing New Building Materials, et al | MAGISTRATE WILKINSON |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come DEANGELIS DIAMOND, CONSTRUCTION, INC., which, pursuant to Federal Rule of Civil Procedure 7.1, makes the following Disclosure Statement:

1) Deangelis Diamond Construction, Inc. has no parent corporation.

2) No publicly held corporation owns 10% or more of Deangelis Diamond Construction, Inc. stock.

Respectfully submitted,

**PLAUCHÉ, SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
    **H. DAVID VAUGHAN II**
    **LA BAR ROLL #19194**
    1123 Pithon Street (70601)
    Post Office Drawer 1705
    Lake Charles, LA 70602-1705
    Telephone: 337/436-0522
    Facsimile: 337/436-9637
    Email: dvaughan@psnlaw.com

Attorney for defendant, DeAngelis Diamond Construction, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing CORPORATE DISCLOSURE STATEMENT has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of July, 2010.

                              **PLAUCHÉ, SMITH & NIESET, L.L.C.**
                              **(A Limited Liability Company)**

                              BY: /s/ H. David Vaughan II
                                 **H. DAVID VAUGHAN II**
                                 **LA BAR ROLL #19194**
                                 1123 Pithon Street (70601)
                                 Post Office Drawer 1705
                                 Lake Charles, LA 70602-1705
                                 Telephone: 337/436-0522
                                 Facsimile: 337/436-9637
                                 Email: dvaughan@psnlaw.com