UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: | |
| | JUDGE FALLON |
| No. 09-7628 Sean Payton, et al vs. Knauf Gips KG, et al | MAGISTRATE WILKINSON |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come KAYE HOMES, INC., which, pursuant to Federal Rule of Civil Procedure 7.1, makes the following Disclosure Statement:

1) Kaye Homes, Inc. has no parent corporation.

2) No publicly held corporation owns 10% or more of Kaye Homes, Inc. stock.

Respectfully submitted,

**PLAUCHÉ, SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
   **H. DAVID VAUGHAN II**
   **LA BAR ROLL #19194**
   1123 Pithon Street (70601)
   Post Office Drawer 1705
   Lake Charles, LA 70602-1705
   Telephone: 337/436-0522
   Facsimile: 337/436-9637
   Email: dvaughan@psnlaw.com

Attorney for defendant, Kaye Homes, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing CORPORATE DISCLOSURE STATEMENT has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of July, 2010.

**PLAUCHÉ, SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
   **H. DAVID VAUGHAN II**
   **LA BAR ROLL  #19194**
   1123 Pithon Street (70601)
   Post Office Drawer 1705
   Lake Charles, LA 70602-1705
   Telephone: 337/436-0522
   Facsimile: 337/436-9637
   Email: dvaughan@psnlaw.com