UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO THE FOLLOWING CASE: | |
| | JUDGE FALLON |
| No. 09-7628 Sean Payton, et al vs. Knauf Gips KG, et al | MAGISTRATE WILKINSON |

## CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, come CUSTOM HOMES BY KAYE, INC., which, pursuant to Federal Rule of Civil Procedure 7.1, makes the following Disclosure Statement:

1) Custom Homes by Kaye, Inc., Inc. has no parent corporation.

2) No publicly held corporation owns 10% or more of Custom Homes by Kaye, Inc. stock.

Respectfully submitted,

**PLAUCHÉ, SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY: /s/ H. David Vaughan II
  **H. DAVID VAUGHAN II**
  **LA BAR ROLL #19194**
  1123 Pithon Street (70601)
  Post Office Drawer 1705
  Lake Charles, LA 70602-1705
  Telephone: 337/436-0522
  Facsimile: 337/436-9637
  Email: dvaughan@psnlaw.com

Attorney for defendant, Custom Homes by Kaye, Inc.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing CORPORATE DISCLOSURE STATEMENT has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of July, 2010.

                **PLAUCHÉ, SMITH & NIESET, L.L.C.**
                **(A Limited Liability Company)**

                BY: /s/ H. David Vaughan II
                    **H. DAVID VAUGHAN II**
                    **LA BAR ROLL #19194**
                    1123 Pithon Street (70601)
                    Post Office Drawer 1705
                    Lake Charles, LA 70602-1705
                    Telephone: 337/436-0522
                    Facsimile: 337/436-9637
                    Email: dvaughan@psnlaw.com