**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE:  CHINESE-MANUFACTURED                    MDL NO.:  2047

DRYWALL PRODUCTS LIABILITY
LITIGATION                                                          SECTION: L

                                                                          JUDGE FALLON
(This Document Relates to Case No. 2:09-CV-7628)        MAG. JUDGE WILKINSON
_____/

**<u>NOTICE OF HEARING</u>**

        PLEASE TAKE NOTICE that Defendant Shelby Homes, Inc., has filed the attached

Motion to Dismiss for Lack of Personal Jurisdiction, and that the Motion will be heard on

August 11, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.


Dated: July 23, 2010                          Respectfully submitted,

                                                     BILZIN SUMBERG BAENA PRICE
                                                     & AXELROD LLP
                                                     Attorneys for Defendant Shelby Homes, Inc.
                                                     2500 Wachovia Financial Center
                                                     200 South Biscayne Boulevard
                                                     Miami, Florida 33131
                                                     Tel.: (305)374-7580   Fax: (305)374-7593

                                                     BY:     /s/ *Melissa Pallett-Vasquez*
                                                              ROBERT W. TURKEN, ESQ.
                                                              Florida Bar No. 306355
                                                              rturken@bilzin.com
                                                              ADAM F. HAIMO, ESQ.
                                                              Florida Bar No. 502731
                                                              ahaimo@bilzin.com
                                                              MELISSA PALLETT-VASQUEZ, ESQ.
                                                              Florida Bar No.  715816
                                                              mpallett@bilzin.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd  day of July, 2010.


By: <u>/s/ *Melissa Pallett-Vasquez*     </u>
    Melissa Pallett-Vasquez