IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL: PRODUCTS LIABILITY LITIGATION | MDL NO.:  2047 |
| | SECTION: L |
| This Document Relates to <u>Gross, et al., v. Knaupf Gips KG, et al</u>, Case No.  2:09-CV-6690 | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

_____/

**DEFENDANT SHELBY HOMES, INC.'S
MOTION TO STAY DISCOVERY PENDING RESOLUTION OF ITS MOTION TO
DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Shelby Homes, Inc. ("Shelby"), reserving all rights and defenses, including specifically its objection to the jurisdiction of this Court as set forth in its Motion to Dismiss For Lack of Personal Jurisdiction [DE 4299] hereby moves for a stay of all discovery including, but not limited to, any depositions, written discovery or subpoenas with regard to Shelby, for the reasons more specifically set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendant Shelby respectfully requests that this Court issue an Order granting its Motion to Stay Discovery Pending the Resolution of its Motion to Dismiss for Lack of Personal Jurisdiction, together with such other and further relief that this Court deems just, appropriate, and fair.

Dated: July 23, 2010                     Respectfully submitted,

                                         BILZIN SUMBERG BAENA PRICE
                                         & AXELROD LLP
                                         Attorneys for Defendant Shelby Homes, Inc.
                                         2500 Wachovia Financial Center
                                         200 South Biscayne Boulevard
                                         Miami, Florida 33131
                                         Tel.: (305)374-7580   Fax: (305)374-7593

```
BY:    /s/ Melissa Pallett-Vasquez
       ROBERT W. TURKEN, ESQ.
       Florida Bar No. 306355
       rturken@bilzin.com
       ADAM F. HAIMO, ESQ.
       Florida Bar No. 502731
       ahaimo@bilzin.com
       MELISSA PALLETT-VASQUEZ, ESQ.
       Florida Bar No. 715816
       mpallett@bilzin.com
```

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion to Stay has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 23rd day of July, 2010.

By: /s/ Melissa Pallett-Vasquez
    Melissa Pallett-Vasquez

MIAMI 2238066.1 7687133804