UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2010

FILED
CLERK'S OFFICE

# MDL-2047

## BEFORE THE JUDICIAL PANEL ON
## MULTIDISTRICT LITIGATION

In re:                :     MDL DOCKET NO.  2047

                           :

**CHINESE-MANUFACTURED DRYWALL**    :

**PRODUCTS LIABILITY LITIGATION**      :

                           :

**THE DOCUMENT RELATES TO:**       :

### NOTICE OF WITHDRAWL OF THE PLAINTIFFS' LIAISON
### COUNSEL AND PLAINTIFFS' LEAD COUNSEL'S MOTION
### <u>FOR DESIGNATION OF POTENTIAL TAG-ALONG ACTIONS</u>

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

1

# OFFICIAL FILE COPY

EXHIBIT
C

IMAGED  Jun 18 2010

Pleading No. 264

Based upon the Panel's June 15, 2010 Order Denying Transfer of three declaratory judgment actions similar to those presented in the instant motion [Doc. #255], the Plaintiffs' Steering Committee hereby provides notice of its withdrawl of the instant motion.  Rather than burden the panel and the litigants, given the explanation of the recent Order Denying Transfer, the Plaintiffs' Steering Committee submits that the Panel's reasoning would apply here, making additional efforts by those involved moot.

WHEREFORE, the PSC respectfully withdraws the instant motion from consideration.

Respectfully submitted,

Dated: June 17, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Stephen J. Herman, Esquire
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2010

## CERTIFICATE OF SERVICE

FILED
CLERK'S OFFICE

I hereby certify that I caused a true and correct copy of the Notice of Withdrawl of the

Plaintiffs' Liaison Counsel and Plaintiffs' Lead Counsel's Motion for Designation of Potential

Tag-Along Actions and Memorandum in Support thereof to be served this 17th day of June,

2010 by U.S. mail, postage prepaid, upon the following:

**SEE ATTACHED MDL PANEL SERVICE LIST AND SERVICE LIST FOR
SCHEDULE OF ACTIONS**

Also to be served:

The Honorable Eldon E. Fallon
United States District Court for
the Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130

Kerry J. Miller, Esquire
Frilot LLC
Suite 3700
1100 Poydras Street
New Orleans LA 70130
*Defendants' Liaison Counsel*

Phillip Wittmann, Esquire
Stone Pigman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
*Home Builders and Installers Liaison
Counsel*

FRED S. LONGER

## Judicial Panel On Multidistrict Litigation - Panel Service List

**Docket:** 2047 - IN RE: Chinese-Manufactured Drywall Products Liability Litigation
**Status:** Transferred On 06/15/2009
**Transferee District:** LAE
**Judge:** Fallon, Eldon E.
**Transferee District Master Docket No.:** 2:09-md-2047

**Report key:** * Signifies that an appearance was made on behalf of the party by the representing attorney.
# Specified party was dismissed in some, but not all, of the actions in which it was named as a party.
All counsel and parties no longer active in this litigation have been suppressed.

| ATTORNEY - FIRM | REPRESENTED PARTY(S) |
| --- | --- |
| **Atlas, Jan Douglas .**<br>ADORNO & YOSS LLP<br>350 East Las Olas Blvd<br>Suite 1700<br>Fort Lauderdale FL 333014217<br>Phone No.:(954) 763-1200<br>Fax No.:  (954) 766-7800<br>jda@adorno.com | Banner Supply Co.* |
| **Bass, Hilarie .**<br>GREENBERG TRAURIG LLP<br>1221 Brickell Avenue<br><br>Miami FL 33131<br>Phone No.:(305) 579-0745<br>Fax No.:  (305) 579-0717<br>bassh@gtlaw.com | Lennar Corp.* |
| | Lennar Homes, LLC fka Lennar Homes, Inc.* |
| | U.S. Home Corp.* |
| **Baumann, Gary F.**<br>FULMER LEROY ALBEE BAUMANN & GLASS<br>2866 East Oakland Park Blvd.<br><br>Ft. Lauderdale FL 33306<br>Phone No.:(954) 707-4430<br>Fax No.:  (954) 707-4431<br>gbaumann@fulmerleroy.com | Independent Builders Supply Association, Inc.* |
| **Becnel, Daniel E.**<br>BECNEL LAW FIRM LLC<br>P.O. Drawer H<br>106 West 7th Street<br>Reserve LA 70084<br>Phone No.:(985) 536-1186<br>Fax No.:  (985) 536-6445<br>dbecnel@becnellaw.com | Donaldson, Jill M. |
| | Oertling, John |
| **Boldt, Kimberly L.** | Barrozo, Hector* |

ALTERS BOLDT BROWN RASH & CULMO PA
4141 N.E. 2nd Avenue
Suite 201
Miami FL 33137
Phone No.:(305) 571-8550
Fax No.:   (305) 571-8558
kimberly@abbrclaw.com

DeBarrozo, Maria Ines Pinar*

Garcia, Angela*

Garcia, Lorena*

---

**Briscoe, Edward J.**
FOWLER WHITE BURNETT PA
Espirito Santo Plaza
1395 Brickell Avenue14th Floor
Miami FL 331313302
Phone No.:(305) 789-9200
Fax No.:   (305) 789-9201
eBRISCOE@FOWLER-WHITE.COM

Black Bear Gypsum Supply, Inc.*

---

**Burge, S. Greg .**
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham AL 35203
Phone No.:(205) 458-5101
Fax No.:   (205) 244-5612
gburge@burr.com

Rightway Drywall, Inc.*

---

**Casper, Christopher C.**
JAMES HOYER NEWCOMER & SMILJANICH PA
One Urban Centre
4830 West Kennedy BoulevardSuite 550
Tampa FL 336092589
Phone No.:(813) 286-4100
Fax No.:   (813) 286-4174
ccasper@jameshoyer.com

Culliton, Kristin Morgan

Culliton, Kristin Morgan*

---

**Cole, Susan J.**
BICE COLE LAW FIRM PL
999 Ponce de Leon Boulevard
Suite 710
Coral Gables FL 33134
Phone No.:(305) 444-1225
Fax No.:   (305) 446-1598
cole@bicecolelaw.com

L&W Supply Corp. dba Seacoast Supply*

USG Corp.*

L&W Supply Corp. dba Seacoast Supply*

USG Corp.*

L&W Supply Corp. dba Seacoast Supply*

USG Corp.*

---

**Coutroulis, Chris S.**
CARLTON FIELDS PA

M/I Homes, Inc.*

P.O. Box 3239
4221 West Boy Scout BoulevardSuite 1000
Tampa FL 336013239
Phone No.:(813) 223-7000
Fax No.:   (813) 229-4133
ccoutroulis@carltonfields.com

---------------------------------------------

**Crumly, Jonathan D.**

1000 Whitlock Avenue
Suite 320
Marietta GA 30064
Phone No.:
Fax No.:
jcrumly@little-crumly.com

Rightway Drywall, Inc.

---------------------------------------------

**Diaz, Victor Manuel .**
PODHURST ORSECK PA
City National Bank Building
Suite 80025 W. Flagler Street
Miami FL 33130
Phone No.:(305) 358-2800
Fax No.:   (305) 358-2382
vdiaz@podhurst.com

Green, Dajan*

Morris-Chin, Janet*

---------------------------------------------

**Duplantier, Richard G.**
GALLOWAY JOHNSON TOMPKINS BURR & SMITH
701 Poydras Street
Suite 4040
New Orleans LA 701391200
Phone No.:(504) 525-6802
Fax No.:   (504) 525-2456
duplantier@gjtbs.com

Interior Exterior Building Supply*

---------------------------------------------

**Gilman, Kenneth G.**
GILMAN & PASTOR LLP
6363 Highcroft Drive

Naples FL 34119
Phone No.:(239) 213-9960
Fax No.:   (239) 213-9946
kgilman@gilmanpastor.com

Ankney, Duane

---------------------------------------------

**Howell, Danny Mark .**
SANDS ANDERSON MARKS & MILLER
1497 Chain Bridge Road
Suite 202
McLean VA 22101
Phone No.:(703) 893-3600
Fax No.:   (709) 893-8484
dhowell@sandsanderson.com

Builders Mutual Insurance Co.*

---------------------------------------------

**Jaffe, David S.**

National Association of Home Builders
1201 15th Street N.W.
Washington DC 20005
Phone No.:(202) 266-8317
Fax No.:   (202) 266-8161
djaffe@nahb

National Association of Home Builders*

---------------------------------------------

**Kammer, Ronald L.**
HINSHAW & CULBERTSON LLP
9155 South Dadeland Boulevard
Suite 1600
Miami FL 33156
Phone No.:(305) 358-7747
Fax No.:   (305) 577-1063
rkammer@hinshawlaw.com

Mid-Continent Casualty Co.*

---------------------------------------------

**Kendall, Michael C.**
TALLEY FRENCH & KENDALL
3152 Golf Ridge Boulevard

Auto-Owners Insurance Co.*

Suite 201
Douglasville GA 30135
Phone No.:(770) 577-3559
Fax No.: (770) 577-8113
mckendall@bellsouth.net

Owners Insurance Co.*

---

**Knauf Gips KG, .**

Ridham Dock, Kemsley

Sittingbourne, Kent ME 9 8SR, UK
Phone No.:
Fax No.:

Knauf Gips KG

Gebr Knauf Verwaltungsgesellschaft KG

Knauf Gips KG

---

**Knauf Plasterboard, .**

No. 2 Gang Wan Road

RC-241009 Whuhu Anhui, China
Phone No.:
Fax No.:

Knauf Plasterboard (Dongguan) Co., Ltd.

Knauf Plasterboard (Wuhu) Co., Ltd.

---

Knauf Plasterboard (Dongguan) Co., Ltd.

No. 2 Xinsha Development Zone

RC-52347 Guangdong, China
Phone No.:
Fax No.:

---

Knauf Plasterboard (Tianjin) Co., Ltd.

North Yinhe Bridge, East Jingjin Road
Beichen District
Tianjin, China 300400 P.R.C.
Phone No.:
Fax No.:

---

**La Suprema Enterprise, .**

2221 NE 164th Street
Suite 335
North Miami Beach FL 33160
Phone No.:
Fax No.:

La Suprema Enterprise, Inc.

---

**La Suprema Trading, Inc., .**

2221 NE 164th Street
Suite 335
N. Miam Beach FL 33160
Phone No.:
Fax No.:
*** Bad Address ***

La Suprema Trading, Inc.

---

**Landskroner, Jack .**
LANDSKRONER GRIECO MADDEN LLC
1360 West 9th Street
Suite 200

Minafri, Steven

Cleveland OH 44113
Phone No.:(216) 522-9000
Fax No.:   (216) 522-9007
jack@lgmlegal.com

----------------------------------------

**Levin, Arnold .**                              Martinez, Felix*
LEVIN FISHBEIN SEDRAN & BERMAN
510 Walnut Street
Suite 500
Philadelphia PA 191063697
Phone No.:(215) 592-1500
Fax No.:   (215) 592-4663
alevin@lfsblaw.com

                                                 Martinez, Jenny*

                                                 Niemczura, Walter*

                                                 Raphael, Gene*

                                                 Santiago, Jason*

                                                 Tarzy, Jim*

                                                 Vickers, Karin*

----------------------------------------

**Loredo, Raul Ricardo .**                       Interior Exterior Building Supply, LP*
MINTZER SOROWITZ & ZERIS
255 Alhambra Circle
Suite 1150
Coral Gables FL 33134
Phone No.:(304) 774-9966
Fax No.:   (305) 774-7743
rloredo@defensecounsel.com

----------------------------------------

**Nicholas, Steven L.**                          Mitchell Co., Inc. (The)*
CUNNINGHAM BOUNDS LLC
1601 Dauphin Street

Mobile AL 36604
Phone No.:(251) 471-6191
Fax No.:   (251) 479-1031
sln@cunninghambounds.com

----------------------------------------

**Rawls, R. Steven .**                           General Fidelity Insurance Co.*
BUTLER PAPPAS WEIHMULLER KATZ & CRAIG LLP
One Harbour Place
777 South Harbour Island BoulevardSuite 500
Tampa FL 33602
Phone No.:(813) 281-1900
Fax No.:   (813) 281-0900
srawls@butlerpappas.com

----------------------------------------

**Reise, Jack .**                                Riesz, Lawrence*
COUGHLIN STOIA GELLER RUDMAN & ROBBINS LLP
120 East Palmetto Park Road
Suite 500
Boca Raton FL 33432
Phone No.:(561) 750-3000
Fax No.:   (561) 750-3364
jreise@csgrr.com

                                                 Schnee, Jennifer*

----------------------------------------

**Rothchilt International, .**                    Rothchilt International Ltd.

N-510 Chia Hsn Bld.

Annex 96 Chung Shan N. Rd. Sec. 2
Taipei, Taiwan R.O.C.
Phone No.:
Fax No.:
*** Bad Address ***

---

**Schwartz, Steven G.**
SCHWARTZ & HORWITZ PLC
6751 North Federal Highway
Suite 400
Boca Raton FL 33487
Phone No.:(561) 395-4747
Fax No.:  (561) 367-1550
sgs@sandhlawfirm.com

South Kendall Construction Corp.*

---

**Sivyer, Neal A.**
SIVYER BARLOW & WATSON PA
401 East Jackson Street
Suite 2225
Tampa FL 33602
Phone No.:(813) 221-4242
Fax No.:  (813) 227-8598
nsivyer@sbwlegal.com

Taylor Woodrow Communities at Vasari, LLC*

Taylor Morrison Services, Inc. dba Morrison Homes, Inc.

Taylor Woodrow Communities at Vasari, LLC*

---

**Spivey, W. Edgar .**
KAUFMAN & CANOLES PC
150 W Main Stree

Norfolk VA 23510
Phone No.:(757) 624-3000
Fax No.:  (757) 624-3169
wespivey@kaufcan.com

Dragas Management Corp.*

---

**Steckler, Bruce .**
BARON & BUDD PC
3102 Oak Lawn Avenue
Suite 1100
Dallas TX 75219
Phone No.:(214) 521-3605
Fax No.:  (214) 520-1181
bsteckler@baronbudd.com

Foster, Katherine L.*

---

**Taishan Gypsum Co., Ltd., .**

Dawenkou, Taian

Shandong, China 271026
Phone No.:
Fax No.:

Taishan Gypsum Co., Ltd. fka Shandong Taihe Dongxin Co., Ltd.

---

**Tousa, .**

4000 Hollywood Boulevard
Suite 500N
Hollywood FL 33021
Phone No.:
Fax No.:

Tousa Homes, Inc. fka Engle Homes

---

**Weinstein, Scott Wm. .**
MORGAN & MORGAN PA
12800 University Drive
Suite 600
Fort Myers FL 33907
Phone No.:(239) 433-6880
Fax No.:  (239) 433-6836
sweinstein@forthepeople.com

Allen, Nicole J.*

Allen, Shane M.*

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Jun 18, 2010

FILED
CLERK'S OFFICE

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION
MDL 2047 IN RE CHINESE DRYWALL LITIGATION

REVISED SERVICE LIST FOR SCHEDULE OF ACTIONS

| No. | Case Caption | Court | Civil Action Number | Counsel |
|-----|--------------|-------|---------------------|---------|
| 1. | Plaintiffs: American Home Assurance Company Defendants: Peninsula II Developers, Inc., Gryphon Construction, LLC and Skyline Systems, Inc. | S.D.Fl. | 09-23691 | Honorable Patricia A. Seitz United States District Court Southern District of Florida 400 North Miami Ave. Room 11-4 Miami, FL 33128-1810 Phone: (305) 523-5531 Clerk of the Court United States District Court Southern District of Florida 400 North Miami Ave. 8th Floor Miami, FL 33128 Phone: (305) 523-5100 |

1

JUDICIAL PANEL
MULTIDISTRICT
LITIGATION

2010 JUN 10  A 10: 20

RECEIVED
CLERK'S OFFICE

2

Cindy Lea Ebenfeld
Hicks Porter Ebenfeld & Stein PA
11011 Sheridan Street
Suite 104
Cooper City, FL 33026
Phone: (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
*Counsel for American Home Assurance Company*

David T. Dekker
Howrey, LLP
1299 Pennsylvania Ave., N.W.
Washington, D.C. 20004-2402
dekkerd@howrey.com
*Counsel for Peninsula II Developers, Inc.*

Alexander Edward Barthet
200 S. Biscayne Boulevard
Suite 1800
Miami, FL 33131-2340
Phone: (305) 347-5290
Fax: (305) 377-8695
alex@barthet.com
*Counsel for Gryphon Construction LLC*

| | |
|---|---|
| Sandra Denise Kennedy<br>Ferencik Libanoff Brandt Bustamante & Williams<br>150 S Pine Island Road<br>Suite 400<br>Fort Lauderdale, FL 33324<br>Phone: (954) 474-8080<br>Fax: (954) 474-7343<br>skennedy@flbbwlaw.com<br>*Counsel for Skyline Systems, Inc.* | Anaysa Gallardo<br>Cozen O'Connor<br>200 S Biscayne Boulevard<br>Suite 4410<br>Miami, FL 33131<br>Phone: (305) 704-5953<br>Fax: (305) 704-5955<br>agallardo@cozen.com<br>*Counsel for Third Party Defendant*<br>*Westchester Fire Insurance Company* |

| 2. | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Auto-Owners Insurance Company<br>**Defendants:**<br>American Building Materials, Inc., KB Home<br>Tampa, LLC and KB Home, Inc. | M.D. Fla. Tampa | 10-00313 | Benjamin Lawrence Bedard<br>Roberts, Reynolds, Bedard & Tuzzio<br>470 Columbia Drive<br>Building C-101<br>West Palm Beach, FL 33409-0709<br>Phone: (561) 688-6560<br>Fax: (561) 688-2343<br>bbedard@rrbpa.com<br>*Counsel for Third Party Defendant*<br>*Landmark American Insurance Company*<br><br>Honorable Susan C. Bucklew<br>United States District Court<br>Middle District of Florida<br>Sam M. Gibbons U.S. Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602<br>Phone: (813) 301-5858<br><br>Clerk of the Court<br>United States District Court<br>Middle District of Florida<br>Sam M. Gibbons U.S. Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602<br>Phone: (813) 301-5400 |

4

| | | |
|---|---|---|
| | | Michael S. Rywant<br>Rywant Alvarez Jones Russo & Guyton<br>P.A.<br>109 N Brush Street, Ste. 500<br>P.O. Box 3283<br>Tampa, FL 33601<br>Phone: (813) 229-7007<br>Fax: (813) 223-6544<br>mrywant@rywantalvarez.com<br>*Counsel for Auto-Owners Insurance Company* |
| | | American Building Materials, Inc.<br>1102 N. 50ᵗʰ Street<br>Tampa, FL 33619 |
| | | KB Home Tampa, LLC<br>1201 Hays Street<br>Tallahassee, FL 32301 |
| | | KB Home, Inc.<br>1201 Hays Street<br>Tallahassee, FL 32301 |

| 3. | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Builders Mutual Insurance Company<br>**Defendants:**<br>Parallel Design & Development, LLC and<br>Ricky L. Edmonds | E.D. Va.<br>Richmond | 09-800 | Honorable Henry E. Hudson<br>United States District Court<br>Eastern District of Virginia<br>Spottswood W. Robinson III and<br>Robert R. Merhige, Jr. Courthouse<br>701 East Broad Street<br>Richmond, VA 23219<br>Phone: (804) 916-2290<br><br>Clerk of the Court<br>United States District Court<br>Eastern District of Virginia<br>Spottswood W. Robinson III and<br>Robert R. Merhige, Jr. Courthouse<br>701 East Broad Street<br>Richmond, VA 23219<br>Phone: (804) 916-2220<br><br>Mikhael David Charnoff<br>Sands Anderson Marks &Miller<br>1497 Chain Bridge Rd.<br>Suite 202<br>McLean, VA 22101<br>Phone: (703) 893-3600<br>Fax: (703) 893-8484<br>mcharnoff@sandsanderson.com<br>*Counsel for Builders Mutual Insurance*<br>*Company* |

| | | | |
|---|---|---|---|
| 4. | **Plaintiffs:**<br>Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company<br>**Defendants:**<br>Taylor Morrison, Inc., Taylor Morrison Services, Inc. and Taylor Woodrow Communities at Vasari, L.L.C. | M.D. Fla.<br>Tampa | 09-2511 | Richard Gerard Collins, Jr.<br>Gilberg A. Bartlett PC<br>809 Richmond Rd.<br>Williamsburg, VA 23185<br>Phone: (757) 229-1910<br>Fax: (757) 229-7323<br>rcollins@gilbertabartlett.com<br>*Counsel for Parallel Design & Development LLC*<br><br>Richard J. Serpe<br>Law Offices of Richard J. Serpe, P.C.<br>580 E Main Street<br>Suite 310<br>Norfolk, VA 23510<br>Phone (757) 233-0009<br>Fax: (757) 233-0455<br>rserpe@serpefirm.com<br>*Counsel for Ricky L. Edmonds*<br><br>Honorable Virginia M. Hernandez Covington<br>United States District Court<br>Middle District of Florida<br>Sam M. Gibbons U.S. Courthouse<br>801 North Florida Avenue<br>Tampa, FL 33602<br>Phone: (813) 301-5340 |

7

8

Clerk of the Court
United States District Court
Middle District of Florida
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602
Phone: (813) 301-5400

Cindy Lea Ebenfeld
Hicks, Porter, Ebenfeld & Stein, P.A.
Suite 104
11011 Sheridan Street
Hollywood, FL 33026
Phone: (954) 624-8700
Fax: (954) 624-8064
cebenfeld@mhickslaw.com
*Counsel for Plaintiffs*

Neal Allen Sivyer
Sivyer, Barlow & Watson, P.A.
Suite 2225
401 E Jackson Street
Tampa, FL 33602
Phone: (813) 221-4242
Fax: (813) 227-8598
nsivyer@sbwlegal.com
*Counsel for Defendants*

| | | | |
|---|---|---|---|
| 5. | | | |
| **Plaintiffs:**<br>Granite State Insurance Company<br>**Defendants:**<br>Probuild Holdings, Inc., Probuild East, LLC,<br>Drew Rosen, and DOE Defendants 1-10 | S.D.Fla.<br>Ft. Lauderdale | 10-60246 | Honorable Jose E. Martinez<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>Room 10-2<br>Miami, Florida 33128-1807<br>Phone: (305) 523-5595<br><br>Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>8th Floor<br>Miami, Florida 33128-1807<br>Phone: (305) 523-5100<br><br>Cindy Lea Ebenfeld<br>Hicks, Porter, Ebenfeld & Stein, P.A.<br>Suite 104<br>11011 Sheridan Street<br>Hollywood, FL 33026<br>Phone: (954) 624-8700<br>Fax: (954) 624-8064<br>cebenfeld@mbhickslaw.com<br>*Counsel for Granite State Insurance Company* |

9

| 6. | **Plaintiffs:**<br>Mt. Hawley Insurance Company<br>**Defendants:**<br>Matsa Construction Company, Inc. | S.D.Fla.<br>Miami | 10-20532 | Richard Hugh Lumpkin<br>Ver Ploeg & Lumpkin<br>100 SE 2nd Street<br>30th Floor<br>Miami, FL 33131-2154<br>Phone: (305) 577-3996<br>Fax: (305) 577-3558<br>hlumpkin@vpl-law.com<br>*Counsel for Probuild Holdings, Inc.,<br>Drew Rosen, Probuild East, LLC*<br><br>Honorable Alan S. Gold<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>Room 11-1<br>Miami, FL 33128-1807<br>Phone: (305) 523-5580<br><br>Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>8th Floor<br>Miami, Florida 33128-1807<br>Phone: (305) 523-5100 |

| 7. | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Mt. Hawley Insurance Company<br>**Defendants:**<br>Raftils & Associates Construction Co. Inc. and<br>North Palm Estates Homes, Inc. | S.D.Fla.<br>Miami | 10-20214 | Sina Bahadoran<br>Hinshaw & Culbertson<br>9155 S Dadeland Boulevard<br>Suite 1600<br>P.O. Box 569009<br>Miami, FL 33256-9009<br>Phone: (305) 358-7747<br>Fax: (305) 577-1063<br>sbahadoran@hinshawlaw.com<br>*Counsel for Mt. Hawley Insurance Company*<br><br>Matsa Construction Company, Inc.<br>16800 SW 248 Street<br>Homestead, FL 33031<br><br>Senior Judge William M. Hoeveler<br>United States District Court<br>Southern District of Florida<br>301 North Miami Avenue, 9th Floor<br>Miami, FL 33128<br>Phone: (305) 523-5570<br><br>Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>8th Floor<br>Miami, Florida 33128-1807<br>Phone: (305) 523-5100 |

| | | | |
|---|---|---|---|
| 8. | **Plaintiffs:**<br>Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property & Casualty Insurance Company<br>**Defendants:**<br>The Overlook, LLC, Steven A. Middleton, Vista Middleton, LLC and Ricky L. Edmonds | E.D.Va. Richmond | 10-00037 | Eric Hiller<br>Hinshaw & Culbertson<br>9155 S Dadeland Boulevard<br>Suite 1600<br>P.O. Box 569009<br>Miami, FL 33256-9009<br>Phone: (305) 358-7747<br>Fax: (305) 577-1063<br>ehiller@hinshawlaw.com<br>*Counsel for Mt. Hawley Insurance Company*<br><br>North Palm Estate Homes Inc.<br>7901 W. 25 Ave, #3<br>Hialeah, FL 33016<br><br>Rafuls & Associates Construction Co., Inc.<br>7901 W. 25 Ave, #3<br>Hialeah, FL 33016<br><br>Honorable Henry E. Hudson<br>United States District Court<br>Eastern District of Virginia<br>Spottswood W. Robinson III and Robert R. Merhige, Jr. Courthouse<br>701 East Broad Street<br>Richmond, VA 23219<br>Phone: (804) 916-2290 |

Clerk of the Court
United States District Court
Eastern District of Virginia
Spottswood W. Robinson III and
Robert R. Merhige, Jr. Courthouse
701 East Broad Street
Richmond, VA 23219
Phone: (804) 916-2220

Lawrence Alexis Dunn
Morris & Morris PC
700 East Main Street
Suite 1100
PO Box 30
Richmond, VA 23218
Phone: (804) 344-8300
Fax: (804) 344-8359
ldun@morrismorris.com
*Counsel for Plaintiffs*

John Janney Rasmussen
Insurance Recovery Law Group PLC
3015 E Broad Street
P.O. Box 8049
Richmond, VA 23223
Phone: (804) 308-1359
Fax: (804) 308-1349
jjr@insurance-recovery.com
*Counsel for The Overlook, LLC, Steven
A. Middleton, Vista Middleton, LLC*

| | | | |
|---|---|---|---|
| 9. | **Plaintiffs:**<br>National Union Fire Insurance Company of Pittsburgh, PA<br><br>**Defendants:**<br>F. Vicino Drywall II, Inc., F. Vicino Drywall, Inc. and F. Vicino and Company, Inc. | S.D.Fla.<br>Ft. Lauderdale | 10-60273 | Honorable Alan S. Gold<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>Room 11-1<br>Miami, FL 33128-1807<br>Phone: (305) 523-5580<br><br>Clerk of the Court<br>United States District Court<br>Southern District of Florida<br>400 North Miami Avenue<br>8th Floor<br>Miami, FL 33128-1807<br>Phone: (305) 523-5100 |

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 E. Main Street, Suite 310
Norfolk, VA 23510
Phone: (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
*Counsel for Ricky L. Edmonds*

14

| 10. | **Plaintiffs:** Taylor Morrison, Inc., f/k/a Taylor Woodrow, Inc., Taylor Morrison Services, Inc., f/k/a Morrison Homes, Inc. and Taylor Woodrow Communities at Vasari, L.L.C. **Defendants:** American International Specialty Lines Insurance Company | C.D.Ca. Los Angeles | 09-8651 | Cindy Lea Ebenfeld<br>Hicks Porter Ebenfeld & Stein PA<br>11011 Sheridan Street<br>Suite 104<br>Cooper City, FL 33026<br>Phone: (954) 624-8700<br>Fax: (954) 624-8064<br>cebenfeld@mhickslaw.com<br>*Counsel for National Union Fire Insurance Company of Pittsburgh, PA*<br><br>Henry E. Mariello<br>Cole, Scott & Kissane<br>Dadeland Centre II Suite 1400<br>9150 S. Dadeland Boulevard<br>Miami, FL 33156<br>Phone: (305) 821-5554<br>Fax: (305) 821-5054<br>hmariello@maksiaw.com<br>*Counsel for Defendants*<br><br>Honorable Jacqueline H. Nguyen<br>United States District Court<br>Central District of California<br>255 East Temple Street<br>Room 7100<br>Los Angeles, CA 90012<br>Phone: (213) 894-2554 |

16

Clerk of the Court
United States District Court
Central District of California
255 East Temple Street
Los Angeles, CA 90012
Phone: (213) 894-1565

Jeffrey Daniel Masters
Cox, Castle & Nicholson LLP
2049 Century Park East 28th Fl.
Los Angeles, CA 90067-3284
Phone: (310) 277-4222
Fax: (310) 277-7899
*Counsel for Plaintiffs*

John Edward Harriman
Lewis, Brisbois, Bisgaard & Smith
221 N. Figueroa St., Ste. 1200
Los Angeles, CA 90012-2601
Phone: (213) 250-1800
harriman@lbbslaw.com
*Counsel for American International*
*Specialty Lines Insurance Company*

| 11. | Plaintiffs:<br>Travco Insurance Company<br>Defendants:<br>Larry Ward | E.D.Va.<br>Norfolk | 10-00014 | Honorable Robert G. Doumar<br>United States District Court<br>Eastern District of Virginia<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510<br>Phone: (757) 222-7006<br><br>Clerk of the Court<br>United States District Court<br>Eastern District of Virginia<br>Walter E. Hoffman U.S. Courthouse<br>600 Granby Street<br>Norfolk, VA 23510<br>Phone: (757) 222-7201<br><br>John Becker Mumford, Jr.<br>Hancock, Daniel, Johnson & Nagle, PC<br>4701 Cox Road<br>Suite 400<br>Glen Allen, VA 23060<br>Phone: (804) 967-9604<br>Fax: (804) 967-2411<br>jmumford@hdjn.com<br>*Counsel for Travco Insurance Company* |

17

18

Richard J. Serpe
Law Offices of Richard J. Serpe, P.C.
580 E Main Street
Suite 310
Norfolk, VA 23510
Phone (757) 233-0009
Fax: (757) 233-0455
rserpe@serpefirm.com
Counsel for Larry Ward