IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| This document relates to: | ) | |
| CASE NO. 10-1036 | ) | MAG. JUDGE WILKINSON |

### OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY'S MOTION FOR SUGGESTION OF REMAND

COME NOW OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY ("Insurers") and move this Court for a Suggestion of Remand of this declaratory judgment action to the transferor court on the grounds that this insurance coverage matter will not benefit from further coordinated pretrial proceedings; remand best serves judicial economy; and everything that remains to be done is case-specific.  Insurers further show this Court that remand is appropriate in light of the Judicial Panel on Multidistrict Litigation's recent order denying transfer of similar insurance coverage cases, and Plaintiffs' Liaison and Lead Counsel's resulting withdrawal of their motion for designation of other insurance coverage cases as tag-along actions.

In support of this Motion, Insurers rely upon their Memorandum in Support of their Motion for Suggestion of Remand,

including the exhibits thereto, and all other relevant pleadings or matters on file in MDL 2047.

This 24th day of July, 2010.

Respectfully submitted,

TALLEY, FRENCH & KENDALL, P.C.


s/ Michael C. Kendall
Michael C. Kendall
Georgia Bar No. 414030
Counsel for Insurers

3152 Golf Ridge Boulevard
Suite 201
Douglasville, Georgia 30135
Telephone: 770-577-3559
Facsimile: 770-577-8113
Email: mckendall@bellsouth.net

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing OWNERS INSURANCE COMPANY AND AUTO-OWNERS INSURANCE COMPANY'S MOTION FOR SUGGESTION OF REMAND  has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurers' Lead Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand-delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of July, 2010.


  s/ Michael C. Kendall
Michael C. Kendall