# MDL-2047

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

Apr 05, 2010

FILED
CLERK'S OFFICE

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION
    Owners Insurance Co., et al. v. The Mitchell Co., Inc., et al., )
        M.D. Georgia, C.A. No. 5:09-374                    )        MDL No. 2047

Pleading No. 212

### TRANSFER ORDER

    **Before the entire Panel**[*]: The Mitchell Company, a defendant in this Middle District of Georgia action, moves, pursuant to 28 U.S.C. § 1407(c), to transfer the action to the Eastern District of Louisiana for inclusion in MDL No. 2047. Both plaintiffs – Owners Insurance Company and Auto-Owners Insurance Company – oppose the motion for transfer. The other defendant, Rightway Drywall, Inc., did not respond to the motion. The plaintiffs' steering committee in MDL No. 2047 supports the motion.

    After considering the argument of counsel, along with our consultation with the transferee judge, we conclude that inclusion of this action in MDL No. 2047 is prudent to streamline the litigation. The claims in this insurance declaratory judgment action are related to products liability claims in an action that the Panel transferred to MDL No. 2047 with its original transfer order in this docket. In addition, a party to the present action, which is also the plaintiff in the underlying products liability lawsuit, urges transfer of the action before us. Accordingly, we find that transfer of this action to the Eastern District of Louisiana for inclusion in MDL No. 2047 will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation for reasons that we set out in our original order directing centralization in this docket. *See In re Chinese-Manufactured Drywall Products Liability Litigation*, 626 F.Supp.2d 1376 (J.P.M.L. 2009).

    IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, this action is transferred to the Eastern District of Louisiana and, with the consent of that court, assigned to the Honorable Eldon E. Fallon for inclusion in the coordinated or consolidated pretrial proceedings occurring there in this docket.

---

[*]   Judges Miller and Trager took no part in the decision of this matter.



**OFFICIAL FILE COPY**



IMAGED  Apr 05 2010

- 2 -

PANEL ON MULTIDISTRICT LITIGATION

*[signature: John G. Heyburn II]*

John G. Heyburn II
Chairman

| | |
|---|---|
| Robert L. Miller, Jr.* | Kathryn H. Vratil |
| David R. Hansen | W. Royal Furgeson, Jr. |
| Frank C. Damrell, Jr. | David G. Trager* |