IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| This document relates to: | ) | |
| CASE NO. 10-1036 | ) | MAG. JUDGE WILKINSON |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE**, that Insurers OWNERS INSURANCE COMPANY and AUTO-OWNERS INSURANCE COMPANY will bring their Motion for Suggestion of Remand for hearing before the Honorable Eldon E. Fallon on August 11, 2010 at 9:00 a.m. or as soon thereafter as counsel may be heard.

This 24th day of July, 2010.

    Respectfully submitted,

    TALLEY, FRENCH & KENDALL, P.C.

     s/ Michael C. Kendall
    Michael C. Kendall
    Georgia Bar No. 414030
    Counsel for Insurers

3152 Golf Ridge Boulevard
Suite 201
Douglasville, Georgia 30135
Telephone: 770-577-3559
Facsimile: 770-577-8113
Email: mckendall@bellsouth.net

CERTIFICATE OF SERVICE

    I hereby certify that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman, Defendants' Liaison Counsel, Kerry Miller, and Insurers' Lead Counsel, Judy Barrasso, by U.S. Mail and e-mail or by hand-delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 24th day of July, 2010.

    <u>  s/ Michael C. Kendall  </u>
    Michael C. Kendall
    Georgia Bar No. 414030