UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED : | MDL NO. 2047 |
| DRYWALL PRODUCTS LIABILITY   : | |
| LITIGATION                                   : | SECTION L |
|                                                         : | |
| **THIS DOCUMENT RELATES TO:**  : | JUDGE FALLON |
|                                                         : | |
|                                                         : | MAG. JUDGE WILKINSON |
| ALL CASES                               : | |
|                                                         : | |
| _____ : | |

**ADORNO & YOSS LLP'S MOTION TO WITHDRAW AS
MEMBER OF THE DEFENSE STEERING COMMITTEE**

Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq. and the law firm of ADORNO & YOSS LLP ("ADORNO") move this Court for the entry of an Order to withdraw as members of the Defense Steering Committee and all sub-committees, and as grounds therefore state as follows:

1. On or about July 27, 2009, after considering the applications submitted by Messrs. Atlas and Backman of the law firm of Adorno & Yoss LLP, this Court appointed Messrs. Atlas and Backman to the Defense Steering Committee in the matter entitled <u>In re: Chinese-Manufactured Drywall Products Liability Litigation</u>.

2. Messrs. Atlas and Backman were involved with the Chinese drywall litigation by virtue of their representation of Banner Supply Co., Banner Supply Company Pompano, LLC, Banner Supply Company Tampa, LLC and Banner Supply Company Fort Myers, LLC.

3. Unfortunately, due to circumstances unrelated to the handling of the defense, Messrs. Atlas and Backman and the law firm of Adorno & Yoss LLP are no longer representing the Banner entities described above, and thus, it would no longer be appropriate for them to serve as members of the Defense Steering Committee.

4. Based upon the foregoing, undersigned counsel respectfully request that Messrs. Atlas and Backman be removed as members of the Defense Steering Committee, as well as any related committees to which they were appointed, included the State/Federal Coordination Committee.

{218429.0005/N0839922_1}

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

WHEREFORE, ADORNO & YOSS LLP respectfully request that this Court grant the instant Motion, together with such other and further relief as this Court deems just and proper.

Respectfully submitted,

/s/Jeffrey A. Backman
JAN DOUGLAS ATLAS
Fla. Bar No. 226246
JEFFREY A. BACKMAN
Fla. Bar No. 0662501
ADORNO & YOSS LLP
350 East Las Olas Boulevard; Suite 1700
Fort Lauderdale, FL 33301-4217
Telephone: (954) 763-01200
Facsimile: (954) 766-7800
Attorneys for Banner Supply CO., Banner Supply Company of Pompano, LLC., Banner Supply Company of Tampa, LLC., and Banner Supply Company of Fort Myers, LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010.

/s/Jeffrey A. Backman
Jeffrey A. Backman