UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047<br><br>SECTION L<br>JUDGE FALLON<br>MG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>CULLITON V. TAYLOR MORRISON<br>SERVICES, INC., ET AL<br>CASE NO. 2:09-CV-4114 (E.D.La.)<br>_____/ | |

## ADORNO & YOSS LLP'S MOTION TO
## WITHDRAW AS CO-COUNSEL OF RECORD

Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of record for Defendants BANNER SUPPLY CO., ("BANNER") and file this Motion for an Order allowing withdrawal of Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP ("ADORNO") as co-counsel of record for Defendant BANNER, leaving the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial as attorneys of record for BANNER, and as grounds therefore states as follows:

1. BANNER is currently represented in this action by two separate law firms.  Such dual representation is no longer necessary and thus, ADORNO is seeking leave to withdraw as co-counsel of record at this time.

2. All future pleadings, correspondence or other documents should be forwarded directly to TODD EHRENREICH, ESQ., Weinberg, Wheeler, Hudgins, Gunn & Dial, 2601 S. Bayshore Drive, Suite 850, Coconut Grove, FL  33133.

WHEREFORE, ADORNO & YOSS LLP respectfully requests that this Court grant its Motion to Withdraw and relieve ADORNO from any further obligation in this matter and for such other and further relief as this Court deems just and proper.

{218429.0005/N0842407_1}

**Adorno & Yoss LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800

**ADORNO & YOSS LLP**

/s/Jeffrey A. Backman
Jan Douglas Atlas
Florida Bar No.: 226246
jatlas@adorno.com
Jeffrey A. Backman
Florida Bar No.: 662501
jbackman@adorno.com
350 East Las Olas Boulevard, Suite 1700
Fort Lauderdale, Florida 33301-4217
Telephone:    (954) 763-1200
Facsimile:    (954) 766-7800

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion to Withdraw have been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010.

/s/Jeffrey A. Backman