## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| **This document relates to:** | * JUDGE FALLON * * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * MAGISTRATE WILKINSON * * * * |

*************************************************

### MOTION TO SUBSTITUTE AS COUNSEL OF RECORD

NOW INTO COURT, through undersigned counsel, come Defendants Auto-Owners Insurance Company ("Auto-Owners") and Owners Insurance Company ("Owners") and respectfully move this Court for an Order allowing Roger S. Morrow of the firm Morrow, Romine & Pearson P.C. to be substituted as counsel of record in the above-captioned matter for Forrest S. Latta, Michael D. Strasavich and Anna L. Scully of the firm Burr & Forman LLP. Jerry L. Saporito, W. Paul Andersson, and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP will remain counsel of record for Auto-Owners and Owners.

WHEREFORE, Defendants Auto-Owners Insurance Company and Owners Insurance Company pray that Roger S. Morrow of the firm Morrow, Romine & Pearson P.C. be substituted as counsel of record for Forrest S. Latta, Michael D. Strasavich and Anna L. Scully of the firm Burr & Forman LLP and Jerry L. Saporito, W. Paul Andersson, and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP will remain counsel of record.

Respectfully submitted:

**LEAKE & ANDERSSON LLP**

*/s/ Amanda W. Vonderhaar*
_____

**JERRY L. SAPORITO, T.A.  (#11717)**
jsaporito@leakeandersson.com
**W. PAUL ANDERSSON (#2474)**
pandersson@leakeandersson.com
**AMANDA W. VONDERHAAR (#31350)**
avonderhaar@leakeandersson.com
1700 Energy Center
1100 Poydras Street
New Orleans, Louisiana 70163-1701
Telephone: (504) 585-7500
Fax: (504) 585-7775
***Attorneys for Auto-Owners Insurance Company and Owners Insurance Company, Defendants***

**MORROW, ROMINE & PEARSON P.C.**

 */s/ Roger S. Morrow*
_____

**ROGER S. MORROW** (pro hac vice)
rsmorrow@mrplaw.com
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

**BURR & FORMAN LLP**

 */s/ Michael D. Strasavich*
_____

**FORREST S. LATTA** (pro hac vice)
flatta@burr.com
**MICHAEL D. STRASAVICH** (pro hac vice)
mstrasav@burr.com
**ANNA L. SCULLY** (pro hac vice)
ascully@burr.com
Post Office Box 2287
Mobile, Alabama 36652
Telephone: (251) 344-5151
Fax: (251) 344-9696

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Motion to Substitute as Counsel of Record** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010.

                                        */s/ Amanda W. Vonderhaar*
                                        _____
                                        AMANDA W. VONDERHAAR