UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO GROSS, et al | JUDGE FALLON |
| vs. | |
| KNAUF GIPS, KG, et al | MAG. JUDGE WILKINSON |
| CASE NO. 09-cv-6690 | |
| _____/ | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, subject to all reservation of rights and without waiver of any defenses, **James W. Prevatt, Jr.,** Prevatt Law Firm, P.L., 506 South Ohio Avenue, Live Oak, FL 32064, hat@prevattlaw.com, hereby enters his appearance as counsel of record for Defendant, W. B. Howland, Co., L.L.C.., in the captioned matter. Please update and add undersigned counsel to all your service and distribution lists in this case.

Respectfully submitted,

/s/ James W. Prevatt, Jr.
James W. Prevatt, Jr.
Florida Bar No.: 0352012
hat@prevattlaw.com
PREVATT LAW FIRM, P.L.
506 South Ohio Avenue
Live Oak, FL 32064
Phone: (386) 362-7979
Fax: (386) 362-7971
*Attorney for W. B. Howland Co.,L.L.C.*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Dry Wall parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 26th day of July, 2010.

I further certify that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010.

*/s/ James W. Prevatt, Jr.*