UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO GROSS, et al | JUDGE FALLON |
| vs. KNAUF GIPS, KG, et al | MAG. JUDGE WILKINSON |
| CASE NO. 09-cv-6690 | |

## MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM

COMES NOW, Defendant, W. B. Howland Co., LLC, by and through their undersigned counsel respectfully moves this Honorable Court for additional time in which to submit its Profile Form to liaison counsel, and in support thereof states as follows:

1. Defendant, W. B. Howland Co., LLC, was served with Plaintiffs' Complaint in this matter on May 28, 2010. Defendant turned the matter over to its insurance carrier for handling.

2. On May 27, 2010, this Court had entered Pre-Trial Order 1G, which among other things, states that defendants shall provide liaison counsels the appropriate profile form within forty (40) days after service of a Complaint on Defendant.

3. Under the guidelines contained in Pre-Trial Order 1G, the profile forms for W. B. Howland in this matter would have been due by July 16, 2009. However, the insurance carrier did not file a notice of appearance or comply with the guideline and now has advised that it will not be providing a defense for Defendant.

4. The undersigned only has been recently contacted to represent W. B. Howland and has been working diligently to get up to speed on the matter and to obtain all information necessary to complete the appropriate Profile Form.

5. Defendant, W. B. Howland Co., LLC hereby requests an extension of time, through and including July 30, 2010, to complete its submittal of the Profile Form as required by this Court to liaison counsel.

6. An extension will neither prejudice any of the parties, nor delay this matter.

7. This Court has authority to grant the relief sought herein under Federal Rule of Civil Procedure 6(b)(1).

WHEREFORE, Defendant, W. B. Howland Co., LLC, hereby requests this Honorable Court to grant this motion for an extension of time through and including July 30, 2010 to submit its Profile Forms as required by this Court and any relief the Court deems just and equitable.

    Respectfully submitted,

    /s/ James W. Prevatt, Jr.
    James W. Prevatt, Jr.
    Florida Bar No.: 0352012
    hat@prevattlaw.com
    PREVATT LAW FIRM, P.L.
    506 South Ohio Avenue
    Live Oak, FL 32064
    Phone: (386) 362-7979
    Fax: (386) 362-7971
    *Attorney for W. B. Howland Co.,L.L.C.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, Esq., and Defendants' Liasion Counsel, Kerry Miller, Esq., by e-mail and by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 6, on this 26th day of July, 2010.

I further certify that the above and foregoing document was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010.

/s/ James W. Prevatt, Jr.