David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0072

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Brent Garrod Drywalls, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: FLORIDA ) ss.
County of: Charlotte )

CPS # 157183

**Name of Server:** Bonita Yocum-Wiskowski, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 24 day of MAY, 20 10, at 10:42 o'clock A M

**Place of Service:** at 223 Taylor Street, in Punta Gorda, FL 33950

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Brent Garrod Drywalls, Inc.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Edward L. Wotitzky as R/A

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color S+P ; Facial Hair ____
Approx. Age 50 ; Approx. Height 5'10" ; Approx. Weight 165

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Bonita Yocum-Wiskowski
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 10 day of June, 20 10

Notary Public                (Commission Expires)

WILLIAM C. FRAZZETTA
MY COMMISSION # DD 750211
EXPIRES: May 18, 2012
Bonded Thru Budget Notary Services