David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0367

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Colvin Homes, Inc., c/o Juanita Colvin
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Mississippi** ) ss.
County of: **Jackson** )
Name of Server: **Craton H Bennett**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **28** day of **June**, 20 **10**, at **1:36** o'clock **P** M

Place of Service: at **8809 Old Spanish Trail** in **Ocean Springs, MS 39564**

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Colvin Homes, Inc., c/o Juanita Colvin**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Juanita Colvin, owner**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F**; Skin Color **W**; Hair Color **Brown**; Facial Hair **no**
Approx. Age **55-60**; Approx. Height **5'5"**; Approx. Weight **230**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Craton H. Bennett*
Signature of Server

Subscribed and sworn to before me this **28** day of **June**, 20 **10**

*Michelle Murray*
Notary Public (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY