UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL | § | MDL No. 2047 |
| PRODUCTS LIABILTY LITIGATION | § | |
| | § | |
| | § | SECTION:  L |
| | § | |
| This Document Relates to: | § | Judge Fallon |
| Payton, et al v. Knauf GIPS KG, et al, | § | Mag. Judge Wilkinson |
| Case No.: 2:09-cv-07628 (E.D.La.) | § | |
| | § | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

**<u>EXPARTE MOTION FOR EXTENSION OF TIME TO SUBMIT PROFILE FORM</u>**

NOW INTO COURT, through undersigned counsel, comes Louisiana Lumber, LLC, and herby respectfully represents that it requires additional time to submit its Distributor Profile Form in the above-referenced matter and respectfully moves this Honorable Court for a thirty (30) day extension of time to submit its Distributor Profile Form to Plaintiffs' Liaison Counsel. Undersigned has been working diligently to gather the information necessary to complete the Distributor Profile Form; however, additional time is needed to gather all of the requested information and verify its accuracy.  The requested extension will neither prejudice any of the parties, nor delay this matter.  Louisiana Lumber, LLC previously requested an extension to submit its Distributor Profile Form to Plaintiffs' Liaison Counsel due to a substitution of counsel.

WHEREFORE, Louisiana Lumber LLC respectfully requests that this Honorable Court allow it thirty (30) additional days from today to submit its Distributor Profile Form to Plaintiffs' Liaison Counsel.

Respectfully submitted,


**SWETMAN BAXTER MASSENBURG, LLC**


By:____/Kay B. Baxter_____
 KAY B. BAXTER (LSBA No. 22938)
 BRANDIE M. THIBODEAUX (LSBA No. 29344)
 GLENN L. M. SWETMAN (LSBA No. 21904)
 CHRISTOPHER O. MASSENBURG (LSBA No. 26989)
 MARGARET ADAMS CASEY (LSBA No. 22918)
 650 Poydras Street, Suite 2400
 New Orleans, Louisiana 70130
 Telephone: (504) 799-0500
 Facsimile:  (504) 799-0501


<u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that the above and foregoing Motion for Second Extension of Time to Submit Profile Form has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants Liaison Counsel, Kerry Miller, by U.S. Mail and E-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26TH day of July, 2010.


  /Kay B. Baxter_____
 **KAY B. BAXTER**