UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILTY LITIGATION | §<br>§<br>§<br>§<br>§ | MDL No. 2047<br><br>SECTION: L |
| This Document Relates to:<br>Payton, et al v. Knauf GIPS KG, et al,<br>Case No.: 2:09-cv-07628 (E.D.La.) | §<br>§<br>§<br>§ | Judge Fallon<br>Mag. Judge Wilkinson |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## **ORDER**

Considering the foregoing Motion;

It is hereby ORDERED, AJDUGED, and DECREED that Louisiana Lumber LLC is hereby granted an additional 30 days from July 26, 2010 to submit its Distributor Profile Form to Plaintiffs' Liaison Counsel.

New Orleans, Louisiana, the _____, day of July, 2010

                                                             **ELDON E. FALLON**
                                                             **UNITED STATES DISTRICT JUDGE**