David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0359

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Homes of Merit, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **FloRiDA** ) ss.
County of: **Broward** )

**Name of Server:** _Henri Werner_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **14th** day of **June**, 20 **10**, at **9:42** o'clock **A** M

**Place of Service:** at **c/o CT Corporation System as Registered Agent - 1200 S. Pine Island Rd.**, in **Plantation, Fl. 33324**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Homes of Merit, Inc.**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Donna Moch - SOP Section Head of Registered Agent_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Brown**; Facial Hair ——
Approx. Age **42**; Approx. Height **5'2"**; Approx. Weight **120**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **16** day of **June**, 20 **10**

Signature of Server

Notary Public       (Commission Expires)

**APS International, Ltd.**

C. NUNEZ
MY COMMISSION EXPIRES
May 4, 2014
#DD 984329
Bonded thru Budget Notary Services
NOTARY PUBLIC, STATE OF FLORIDA