David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips. KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0383

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Kenneth B Speights Construction Co

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690

State of: __MS__ ) ss.
County of: __Jones__ )
Name of Server: __Davy Keith__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __24__ day of __June__, 20 __10__, at __13:52__ o'clock __P__ M

Place of Service: at __2675 Gates Drive__, in __Bassfield, MS 39421__

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III):Exhibits "A-C";Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Kenneth B Speights Construction Co

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: __Joseph K. Speights, Vice President__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __M__; Skin Color __W__; Hair Color __Grey__; Facial Hair __No__
Approx. Age __50__; Approx. Height __5'11"__; Approx. Weight __250__

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __25__ day of __June__, 20 __10__

_Michelle Murray_
Notary Public    (Commission Expires)

APS International, Ltd.

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY