David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File #: 104035-0308

# AFFIDAVIT OF SERVICE -- Individual

Service of Process on:
--Kenneth Campo
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** _Chris Harper_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **3** day of **June**, 20 **10**, at **4:00** o'clock **P** M

**Place of Service:** at **1301 Ysclockey Hwy.**, in **Terrytown, LA 70056**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Kenneth Campo**

**Person Served, and Method of Service:**
☐ By personally delivering them into the hands of the person to be served.
☒ By delivering them into the hands of _Frank Campo_, a person of suitable age, who verified, or who upon questioning stated, that he/she resides with
**Kenneth Campo**
at the place of service, and whose relationship to the person is: _Brother_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _W_; Hair Color _Blck_; Facial Hair ___
Approx. Age _70_; Approx. Height _6'_; Approx. Weight _200_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_[signature]_
Signature of Server
**APS International, Ltd.**

Subscribed and sworn to before me this _18th_ day of _June_, 20 _10_

_[signature]_
Notary Public     (Commission Expires)
_Kenneth W. Andrew-26975_