David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0379

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lucas Construction Corporation
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: LOUISIANA ) ss.
County of: JEFFERSON )

**Name of Server:** Chris Harper, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 21 day of June, 20 10, at 2:00 o'clock P M

**Place of Service:** at 5742 Louis Prima Drive, West, in New Orleans, LA 70128

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lucas Construction Corporation**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Claudette Lucas (person in charge)

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F; Skin Color BK; Hair Color BLK; Facial Hair ___
Approx. Age 50's; Approx. Height 5'6"; Approx. Weight 150

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 25st day of June, 20 10

Notary Public         (Commission Expires)

BRANDI F. ERMON
#26631

**APS International, Ltd.**