David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0381

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--McLean Drywall, c/o Don McLean
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Tenn_ ) ss.
County of: _Bradley_ )

**Name of Server:** _Arnold Both_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _1_ day of _July_, 20_10_, at _4:00_ o'clock _P_ M

**Place of Service:** at _508 Bear Paw Trail_, in _Blue Ridge, GA 30513-6382_

Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
McLean Drywall, c/o Don McLean
By delivering them into the hands of an officer or managing agent whose name and title is: _Don McLean_

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _M_ ; Skin Color _cau_ ; Hair Color _Bld_ ; Facial Hair _y_
Approx. Age _40_ ; Approx. Height _6'0_ ; Approx. Weight _180_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Arnold Both_
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this _2nd_ day of _July_, 20 _10_

_Brenda J. Bloemer_
Notary Public    (Commission Expires)
                 4/20/2011

[Notary Seal: BRENDA J BLOEMER, STATE OF TENNESSEE NOTARY PUBLIC, BRADLEY COUNTY]