David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by

**APS International, Ltd.**
**1-800-328-7171**

**AFFIDAVIT OF SERVICE**
**--MW Johnson Construction of Florida, Inc.**
**Court Case No. 09-6690**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

State of: **MN** ) ss.
County of: **Hennepin** )

**Name of Server:** **Carl Bradley**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **28-Jun-2010 08:10 am**

**Place of Service:** at **16823 Island Ave.**, city of **Lakeville**, state of **MN**

**Documents Served:** the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons**

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**MW Johnson Construction of Florida, Inc.**
By delivering them into the hands of **Mrs. Johnson**, a person of suitable age and discretion residing at the Place of Service, whose relationship to the person to be served is **Wife of Owner**.

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair **N/A**
Approx. Age **25** ; Approx. Height **5'10"** ; Approx. Weight **125**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **30** day of **June**, 20**10**

Notary Public          (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:  104035-384


GREGORY K. JOHNSON
NOTARY PUBLIC- MINNESOTA
MY COMMISSION EXPIRES 1-31-2015