David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0376

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--POD Homes, LLC, c/o Clifford Rhoades
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Highlands** )
Name of Server: **Vito P. Grimaldi, Sr.**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action:

Date/Time of Service: that on the **16** day of **June**, 20**10**, at **9:45 AM** o'clock **A** M

Place of Service: at **2141 Lakeview Drive** . in Sebring, FL 33870

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
POD Homes, LLC, c/o Clifford Rhoades

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Clifford Rhoades, owner & registered agent.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **50** ; Approx. Height **6'1"** ; Approx. Weight **200**

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **18** day of **June**, 20**10**

Signature of Server

Rodney Kyle Elinor
Notary Public

APS International, Ltd.

RODNEY KYLE ELINOR
Notary Public - State of Florida
My Commission Expires Oct 27, 2010
Commission # DD 609460
Bonded Through National Notary Assn.

COMMENTS: 5/24/10 @ 9:45 AM I WENT TO MR RHOADES OFFICE AND REALIZED ADDRESS GIVEN WAS INCORRECT. CLIENT WAS CONTACTED, THEY STATED PUT PAPER ON HOLD. 6/16/10 CLIENT CALLED BACK AND STATED SERVE AT 2141 LAKEVIEW DR.