David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0373

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Steve Harrington Homes, Inc., c/o Steve Harrington

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

Court Case No. 09-6690

State of: _FLORIDA_ ) ss.
County of: _ESCAMBIA_ )

Name of Server: _GLENROY LITTLE_, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _21st_ day of _JUNE_, 20 _10_, at _4:50_ o'clock _P_ M

Place of Service: at _8335 HIGHWAY 89_, in _Milton, FL  32570-9056_

Documents Served: the undersigned served the documents described as:
**Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III);Exhibits "A-C":Schedules 1-3; Summons**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Steve Harrington Homes, Inc., c/o Steve Harrington**

Person Served, and
Method of Service: By delivering them into the hands of an officer or managing agent whose name and
title is: _STEVE HARRINGTON, OWNER_

Description of
Person Receiving
Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Wht_ ; Hair Color _Red_ ; Facial Hair _NO_
Approx. Age _28_ ; Approx. Height _5'9_ ; Approx. Weight _195_

X To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this
_22nd_ day of _June_, 20 _10_

Notary Public            (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064