David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0375

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Waterways Joint Venture IV
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Collier__ )

**Name of Server:** __Edwin S. Cintron__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __22nd__ day of __June__, 20 __10__, at __5:36__ o'clock __P__ M

**Place of Service:** 15469 at ~~15813~~ Summit Place Circle, in Naples, FL 34119

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint
in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Waterways Joint Venture IV

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Karen C. Davenport, spouse of the Registered Agent Richard Davenport__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __F__ ; Skin Color __white__ ; Hair Color __Blond__ ; Facial Hair ____
Approx. Age __65__ ; Approx. Height __5'2"__ ; Approx. Weight __125 lbs__

[ ] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

X_____
Signature of Server #9 0021

Subscribed and sworn to before me this __26th__ day of __June__, 20 __10__

_____
Notary Public    (Commission Expires)

**APS International, Ltd.**


Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012