UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY CO., *et al.* (**2:10-cv-00178**) (E.D. La.) | * * * * | MAGISTRATE WILKINSON |

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION OF INTERSTATE FIRE & CASUALTY COMPANY TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER

**NOW INTO COURT**, through undersigned counsel, comes Interstate Fire & Casualty Company ("Interstate") and files this supplemental memorandum to the Motion of Interstate Fire & Casualty Company to Dismiss for Improper Venue or, in the Alternative, to Transfer [Doc. 2343], to satisfy the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.  On January 26, 2010, Centerline filed this lawsuit seeking declaratory judgment and relief for alleged breach of contract from Interstate and other insurers with respect to alleged losses arising from claims and lawsuits brought in Florida against Centerline by owners of houses allegedly constructed in Florida by Centerline with defective drywall.

2.  On April 1, 2010, Interstate filed its motion to dismiss under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406 [Doc. 2343].

3.   On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4.   Interstate requests that the Court permit it to supplement its motion to dismiss with the following information in accordance with the Court's July 1, 2010 Order.

    a.   <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    Centerline Homes, Inc.

    b.   <u>Cases in which claims on any of the same CGL policies are also in suit and Interstate has been served in MDL 2047</u>:

    Dean and Dawn Amato, individually and on behalf of all others similarly situated versus Liberty Mutual Insurance Company, et al, Civil Action 10-932.

    c.   <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

    This issue may be related to *Amato*, but Interstate has not filed a similar action in *Amato*.

WHEREFORE, for the reasons set forth above, Interstate respectfully submits this Supplemental Memorandum to its Motion to Dismiss in compliance with the Court's July 1, 2010 Order.

Respectfully submitted,

/S/ Gary J. Russo
GARY J. RUSSO (La. Bar #10828)
MEGAN E. DONOHUE (La. Bar #32429)
***Attorneys for Interstate Fire & Casualty Company***
Jones, Walker, Waechter, Poitevent,
  Carrère & Denègre, L.L.P.
Post Office Drawer 3408
Lafayette, LA  70502-3408
Telephone: (337) 262-9000
Facsimile: (337) 262-9001

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Supplemental Memorandum in Support of Motion of Interstate Fire & Casualty Company to Dismiss for Improper Venue or, in the Alternative, to Transfe*r o*f National Surety Corporation* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 26th day of July, 2010

/S/ Gary J. Russo
GARY J. RUSSO