UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : 
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO** *Hernandez v. Knauf*, **Case no. 09-6050.**

## ORDER

The Court invited briefing from the parties regarding attorneys' fees and costs in the above captioned matter, and set Plaintiffs' Petition for Fees and Costs, Rec. Doc. No. 3821, for hearing on Wednesday, July 28, 2010, at 9:00 a.m. Due to a conflict, IT IS ORDERED that this hearing is CONTINUED to Thursday, August 12, 2010, following the monthly status conference which is set for 9:00 a.m.

New Orleans, Louisiana, this 26th day of July, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE