UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * | MDL NO.: 2047 JUDGE FALLON MAG. JUDGE WILKINSON |
| This document relates to: JOHN B. BLUE and RACHELLE BLUE | * | |
| VERSUS | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY 2:10-CV-792 | * | |

\* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Motion for Leave to file Reply Memorandum to Plaintiffs' Opposition to Defendant's Motion for Summary Judgment;

**IT IS HEREBY ORDERED** that the defendant, Auto Club Family Insurance Company, is granted leave to file a Memorandum in Support of Rule 12(b)(6) Motion to Dismiss in excess of 25 pages.

New Orleans, Louisiana this  26th   day of  July  , 2010.

_____
DISTRICT JUDGE