388988 0179-10071

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION : MDL NO. 2047

This document relates to:
JOHN B. BLUE AND RACHELLE BLUE
VERSUS
AUTO CLUB FAMILY INSURANCE COMPANY
2:10-CV-792

SECTION : L

JUDGE FALLON
MAG. JUDGE WILKINSON

**ORDER**

Upon considering the foregoing motion;

**IT IS HEREBY ORDERED** that Thomas M. Richard be withdrawn as counsel of record for the defendant, Auto Club Family Insurance Company and that Alan J. Yacoubian, Neal J. Favret, Genevieve K. Jacques. and the law firm of Johnson, Johnson, Barrios & Yacoubian be substituted for the said Thomas M. Richard, as counsel of record for defendant, Auto Club Family Insurance Company.

New Orleans, Louisiana, this 26th day of July, 2010.

[signature]
JUDGE – EASTERN DISTRICT COURT