UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL **(2:09-cv-07791)** (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

******************************************

## ORDER

Considering the foregoing Motion to Supplement Scottsdale Insurance Company's Joinder of Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Scottsdale Insurance Company, be, and is hereby granted leave to supplement its joinder.

New Orleans, Louisiana, this __26th__ day of July, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

PD.4083464.1