Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0076

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--USG Corporation, c/o The Corporation Trust Company
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **DELAWARE** ) ss.
County of: **NEW CASTLE** )

**Name of Server:** ROBERT DELACY, III, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 6TH day of JULY, 20 10, at 2:55 o'clock P. M

**Place of Service:** at 1209 Orange Stret, in Wilmington, DE 19801

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
USG Corporation, c/o The Corporation Trust Company
By delivering them into the hands of an officer or managing agent whose name and title is: SCOTT LASCALA, OPERATIONS MANAGER

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WHITE ; Hair Color BROWN ; Facial Hair
Approx. Age 35 ; Approx. Height 6' ; Approx. Weight 230 lbs

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 6 day of _____ 10

Notary Public

(Notary seal: ANNE M. FRANCE, Commission Expires MARCH 14, 2011, STATE OF DELAWARE)

**APS International, Ltd.**