Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0014

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Advantage Builders Of America, Inc., c/o Steven J. Magner
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

**Name of Server:** Raymond V. Laakso, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7th day of July, 20 10, at 10:55 o'clock A M

**Place of Service:** at 11796 Metro Parkway, Suite C, in Ft Myers, FL 33966

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders Of America, Inc., c/o Steven J. Magner**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Steven J. Magner as Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair ___
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 185

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Raymond V. Laakso
CPS #157 1841
APS International, Ltd.

Subscribed and sworn to before me this 8th day of July, 20 10

Notary Public         (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012