Dean and Dawn Amato, et. al., Plaintiff(s)

vs.

Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by



**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0016

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:

--Advantage Builders of America, Inc., a/k/a Advantage
Builders of SWFL, Inc. c/o Steven J. Magner
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Lee )

Name of Server: Raymond V. Laakso , undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 7th day of July , 20 10 , at 10:55 o'clock A M

Place of Service: at 11796 Metro Parkway, Suite C , in Ft Myers, FL 33966

Documents Served: the undersigned served the documents described as:

Summons; Plaintiffs' Omnibus Class Action Complaint (V);

Exhibit A; Exhibit B; Schedule 1; Schedule 2

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Advantage Builders of America, Inc., a/k/a Advantage Builders of SWFL, Inc. c/o Steven**
Person Served, and **J. Magner**
Method of Service:

By delivering them into the hands of an officer or managing agent whose name and

title is: Steven J. Magner as Registered Agent

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:

Sex M ; Skin Color White ; Hair Color Brown ; Facial Hair
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 180

☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
day of July , 20 10

Signature of Server Raymond V. Laakso
CPS#157154

Notary Public        (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012