Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0058

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply, c/o John Howard Shows
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: MS ) ss.
County of: _____ )

**Name of Server:** Jimmy H. Taylor, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 07 day of July, 20 10, at 1:425 o'clock P. M

**Place of Service:** at 2950 Layfair Drive, Suite 101, in Flowood, MS 39232

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Bailey Lumber & Supply, c/o John Howard Shows

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Attorney/Reg. Agent for Bailey Lumber

**Description of Person Receiving Documents:** The person receiving documents is described as follows: Glasses
Sex M ; Skin Color W ; Hair Color Gray ; Facial Hair No
Approx. Age 60 ; Approx. Height 6'2 ; Approx. Weight 200

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this
9 day of July, 20 10

Michelle Murray
Notary Public (Commission Expires)

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY