Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0075

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mazer's Discount Home Centers, Inc, c/o Michael Mazer
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Alabama__ ) ss.
County of: __Jefferson__ )

**Name of Server:** __Daniel Moore__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7__ day of __July__, 20 __10__, at __3:15__ o'clock __P__ M

**Place of Service:** at __816 Green Springs Highway__, in Birmingham, AL 35209

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Mazer's Discount Home Centers, Inc, c/o Michael Mazer
By delivering them into the hands of an officer or managing agent whose name and title is: __Rodney Cosby, Authorized Agent__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __M__ ; Skin Color __B__ ; Hair Color __Blk__ ; Facial Hair ____
Approx. Age __45__ ; Approx. Height __6'0"__ ; Approx. Weight __295__

X  To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Daniel Moore_
Signature of Server

Subscribed and sworn to before me this __8__ day of __July__, 20 __10__

_signature_     5/21/14
Notary Public    (Commission Expires)

**APS International, Ltd.**