Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0037

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Premier Communities, Inc., c/o LPS Corporate Services, Inc.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __FLORIDA__ ) ss.
County of: __SARASOTA__ )

**Name of Server:** __LYLE M. ROBINSON__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __JULY__, 20 __10__, at __1130__ o'clock __A__ M

**Place of Service:** at __46 North Washington Blvd. #1__, in __Sarasota, FL 34236__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Premier Communities, Inc., c/o LPS Corporate Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: __SUSAN RICH - RECEPTIONIST - AUTH TO ACCEPT__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __W__ ; Hair Color __BRN__ ; Facial Hair __N/A__
Approx. Age __55__ ; Approx. Height __5'7__ ; Approx. Weight __120__

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this __7th__ day of __July__, 20 __10__

Notary Public         (Commission Expires)

**APS International, Ltd.**

SHELLY HUFFMAN
Commission DD 757278
Expires April 28, 2012
Bonded Thru Insurance 800-385-7019

5 8131