Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0090

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sunrise Custom Homes & Construction, LLC, c/o David Allen

Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

---

State of: __LOUISIANA__ ) ss.
County of: __Caddo Parish__ )

| | |
|---|---|
| **Name of Server:** | __BILL RHODES__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| **Date/Time of Service:** | that on the __7th__ day of __July__, 20 __10__, at __7:00__ o'clock __A__.M |
| **Place of Service:** | at __5309 Bayou Drive__, in __Bossier City, LA  71112__ |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**<br>**Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Sunrise Custom Homes & Construction, LLC, c/o David Allen** |
| **Person Served, and Method of Service:** | By delivering them into the hands of an officer or managing agent whose name and title is: _____ |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex __male__ Skin Color __white__ ; Hair Color __brown__ ; Facial Hair __none__<br>Approx. Age __56__ ; Approx. Height __5' 11"__; Approx. Weight __175__<br>☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br><br>_Bill Rhodes_<br>Signature of Server  Bill Rhodes | Subscribed and sworn to before me this __7th__ day of __July__, 20 __10__<br><br>_William H. Malpass_<br>Notary Public  (Commission Expires) |

**APS International, Ltd.**

WILLIAM H. MALPASS, NOTARY PUBLIC
CADDO PARISH, LOUISIANA
MY COMMISSION IS FOR LIFE
NOTARY # 51924