UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047<br><br>SECTION: L<br><br>JUDGE FALLON |
| * * * * * * * * | | MAG. JUDGE WILKINSON |

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

## ORDER

Considering the foregoing:

**IT IS HEREBY ORDERED** that Ex Parte Motion for Leave to File Supplemental Memorandum in support of Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1) filed by Nautilus Insurance Group, LLC is hereby granted.

New Orleans, Louisiana this 26th day of July, 2010.

_____
JUDGE ELDON E. FALLON