UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | CASE NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: Gross (09-6690) | * | |
| | * | MAGISTRATE WILKINSON |

ORDER

CONSIDERING the foregoing Motion for Extension of Time to serve Distributor

Profile Form;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Capitol Materials,

Incorporated has up to and including August 5, 2010 to serve its Defendant Distributor Profile

Form.

New Orleans, Louisiana, this 26th day of ___July___, 2010.


_____
JUDGE ELDON FALLON

864662_1.Docx