UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION                            Section "L"

THIS DOCUMENT RELATES TO:            Judge FALLON
                                      MAG. JUDGE WILKINSON
ELLEN DECARLO and JERALD NELSON
Case No.: 2:09cv06546
        09-6690
_____/

**ELLEN DECARLO and JERALD NELSON NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE.**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, ELLEN DECARLO and JERALD NELSON hereby dismisses without prejudice all of their claims against all Defendants in Plaintiffs' Omnibus Complaints. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted: July 27, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
Renee Melancon
Texas State Bar No. 24034573; LA #30273
**BARON & BUDD, P.C**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
bbrown@baronbudd.com
rmelancon@baronbudd.com
bsteckle@baronbudd.com

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed

1

2

with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

        /s/ Robert B. Brown, III
        Robert B. Brown, III (Florida Bar No. 621609)