UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL NO.: 2047 |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE WILKINSON |
| This document relates to: JOHN B. BLUE and RACHELLE BLUE | * | |
| VERSUS | * | |
| AUTO CLUB FAMILY INSURANCE COMPANY 2:10-CV-792 | * | |
| * * * * * * * * | | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that Defendant, Auto Club Family Insurance Company, through undersigned counsel, has submitted the attached Rule 12(b)(6) Motion to Dismiss to be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court, 500 Poydras Street, New Orleans, Louisiana, on the Court's regular motion docket on September 2, 2010 at 9:00 a.m. <u>with</u> oral argument pursuant to the Court's Order dated July 1, 2010.

Respectfully submitted:

ALAN J. YACOUBIAN – T.A. (#17213)
NEAL J. FAVRET (#24412)
GENEVIEVE K. JACQUES (#27818)
JOHNSON, JOHNSON, BARRIOS & YACOUBIAN
701 Poydras Street - Suite 4700
New Orleans, Louisiana 70139-7708
Telephone: (504) 528-3001
Facsimile: (504) 528-3030
Attorneys for defendant, Auto Club Family Insurance Company

**CERTIFICATE OF SERVICE**

       I hereby certify that on this 19th day of July, 2010, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel registered for electronic service. I further certify that I have served a copy of the foregoing pleading on all parties to this proceeding not registered for electronic service, if any, by e-mail, fax and/or mailing the same by United States mail, properly addressed and first class postage prepaid.

_____

(2)