UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| *Gross v. Knauf Gips KG, et al.* Case No. 09-6690 | * * * | MAG. JUDGE WILKINSON |

************************************

## JONATHAN AND APRIL HURLEY'S NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF DEFENDANT PORT OF PENSACOLA USERS ASSOCIATION, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jonathan and April Hurley, hereby dismiss, without prejudice, all of their claims against Defendant, Port of Pensacola Users Association, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from April S. Goodwin, counsel for Plaintiff, dated July 23, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

By: /s/ Leonard A. Davis
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

/s/ Leonard A. Davis

# EXHIBIT "A"



# Parker | Waichman | Alonso LLP
### A NATIONAL LAW FIRM

REPLY TO: FLORIDA
3301 Bonita Beach Road
Bonita Springs, Florida 34134
P 239.390.1000
F 239.390.0055

LONG ISLAND
6 Harbor Park Drive
Port Washington, New York
11050-4647
P 516.466.6500
F 516.466.6665

NEW JERSEY
2300 Woodridge Avenue
Edison, New Jersey 08817
P 732.985.8888 | 973.297.1020

NEW YORK CITY
111 John Street, 14th Floor
New York, New York 10038
P 212.267.6700

www.yourlawyer.com
800.LAW.INFO (529.4636)

July 23, 2010

**Via Email and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      Re:    Chinese Manufactured Drywall Products Liability Litigation
               Gross v. Knauf Gips KG, et al.
               Case No. 09-6690

Dear Lenny and Russ:

      My clients, Jonathan and April Hurley, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to file a Notice of Voluntary Dismissal Without Prejudice of Defendant, Port of Pensacola Users Association, Inc., on their behalf in the above-referenced matter, reserving their rights and claims against any all other defendants therein. Thank you for your attention to this matter and please advise if you have any questions or require any additional information.

                                      Very truly yours,
                                      Parker Waichman Alonso LLP

                                      By
                                        April S. Goodwin, Esq.

ASG/ip