UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * | MDL 2047 SECTION: L JUDGE FALLON |

\*   \*   \*   \*   \*   \*   \*   \*    MAG. JUDGE WILKINSON

**THIS DOCUMENTS RELATES TO:**
RONNIE VAN WINKLE SR. et al, No. 09-4378

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FRCP RULE 12(b)(1)

**MAY IT PLEASE THE COURT:**

On July 1, 2010, this Honorable Court issued an Order holding that any insurance company providing comprehensive general liability (CGL) coverage in dispute in MDL 2047 may file a jurisdictional or venue motion in any case to be heard by the Court. (See Document 4301).

Nautilus Insurance Group, LLC (hereinafter referred to as "Nautilus") previously filed a Motion to Dismiss for Lack of Subject Matter Jurisdiction Pursuant to FRCP Rule 12(b)(1) in October 2009 (See Doc. 384) which was filed on the LexisNexis File & Service on

**EXHIBIT "1"**

December 23, 2009 (See Transaction no. 28650510). In that motion, a copy of which is attached as Exhibit A, Nautilus moves to have the Complaint filed by Ronnie Van Winkle, Sr. and Anne Van Winkle, styled *Van Winkle, et al v. Knauf Gips KG, et al,* 09-4378 (E.D La. 7/10/09), dismissed for lack of jurisdiction pursuant to FRCP Rule 12(b)(1). Specifically, Nautilus asserts in that motion that diversity is lacking in this matter. (See Exhibit A) The plaintiffs are Louisiana residents and domiciliaries. (See Plaintiff Profile Form for Anne and Ronnie Van Winkle, Sr. attached as Exhibit B) Tudela's Classic Homes, LLC (hereinafter referred to as "Tudela's") is a Louisiana limited liability company with its domicile and principal place of business located in Mandeville, Louisiana. (See affidavit of Brian Tudela attached as Exhibit C) Mr. Tudela, the sole member of Tudela's, is also a Louisiana domiciliary. (Exhibit C) Furthermore, the plaintiffs have not alleged any federal question jurisdiction pursuant to 28 U.S. C. A. 1331, that would confer jurisdiction on this Court. The plaintiffs allege no cause of action "arising under the constitution, laws or treaties of the United States."

Pursuant to this Court's July 1, 2010 Order, an insurance company is required to identify within its jurisdictional motion the insured for which CGL insurance is provided and a list of cases with claims on the CGL policy both in the MDL 2047 and any other jurisdiction. (See Order, Document 4301) As such, Nautilus files this Supplemental Memorandum in support of its Motion to Dismiss to include this information.

Nautilus issued the following commercial general liability policies of insurance to Tudela's Classic Homes, L.L.C:

NC528909 (02/01/06 - 02/01/07)
NC603482 (02/01/07 - 02/01/08)
NC755336 (02/25/08 - 02/25/09)
NC883654 (02/25/09 - 02/25/10)

Nautilus submitted an Insurer Profile Form pursuant to Pretrial Order No. 23 listing these policies of insurance.

In addition to the *Van Winkle* suit listed above, Tudela's is named as a defendant by the Van Winkles in *Sean and Beth Payton, individually, and on behalf of all other similarly situated, et al versus Knauf Gips KG; Knauf Plasterboard (Tianjin) Co., Ltd.; et al* under case number 2:09-cv-07628 and *Dean and Dawn Amato, individually, and on behalf of all similarly situated, et al v. Liberty Mutual Insurance Company, et al* under Case No. 2:10-cv-932.

Claims are also made against Tudela's by Lolly James Leger and Leslie J. Hayden in *Payton* as well as in *LollyJ. Leger v. Tudela's Classic Homes, LLC,* 22nd Judicial District Court for the Parish of St. Tammany, Suit No. 2009-16881, Div. B before Honorable August J. Hand. Contact information for Judge Hand is 701 N. Columbia St., Room 2304, Covington, Louisiana 70433, (985) 809-5310. The Legers filed Suit No. 2009-16881 in the 22nd Judicial District Court on November 18, 2009 naming both Tudela's and Nautilus as defendants. Nautilus answered the state court suit on February 19, 2010. At this time, no jurisdictional or venue motions have been filed by Nautilus in any other federal or state court matter.

Notwithstanding the other suits filed against Tudela's and/or Nautilus, this court lacks jurisdiction over the plaintiffs' claims in *Van Winkle, et al v. Knauf Gips KG, et al,* 09-4378, because plaintiffs have not alleged any federal question causes of action and there

is a lack of diversity of citizenship. Accordingly, Nautilus respectfully requests this Honorable Court dismissed Plaintiffs claims, with prejudice, pursuant to FRCP Rule 12(b)(1).

Respectfully submitted,

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY:_____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
FRANK A. ROMEU, JR.
Louisiana Bar No: 18412
Email: romeu@hebblergiordano.com
MICHAEL P. HIGGINS
Louisiana Bar No: 30554
Email: higgins@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Telephone: (504) 833-8007
Facsimile: (504) 833-2866

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Dismiss for Lack of Subject Matter Jurisdiction has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 15th day of July, 2010.

_____
George P. Hebbler, LSBA #6722