# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In Re: Chinese-Manufactured Drywall Products Liability Litigation | : : : : | MDL No. 2047 Section: L |
| This Document Relates to: | : : | Judge Fallon |
| David and Cheryl Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | : : : : : | Mag. Judge Wilkinson |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. ..

## ROBERT AND SANDRA MORRISON NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW, Plaintiffs Robert and Sandra Morrison and files this Notice of Voluntary Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and in support thereof states as follows:

1.  Plaintiffs were included in Omnibus Complaint III on or about January 15, 2010.

2.  Plaintiffs file this Notice of Voluntary Dismissal with the intention of dismissing their claims under Fed. R. Civ. P. 41(a)(1)(A)(i) without prejudice to re-filing.

3.  Each party is to bear its own attorneys' fees and costs.

4.  Attached hereto as Exhibit "A" is correspondence from Don Barrett, P.A., counsel for Robert and Sandra Morrison, dated July 23, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

/s/ Leonard S. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

## Certificate of Service

I HEREBY CERTIFY that the above and foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court in the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

Respectfully submitted,

/s/ Leonard S. Davis

# EXHIBIT "A"

# Don Barrett, P.A.
## A PROFESSIONAL ASSOCIATION
## ATTORNEYS AT LAW

**Don Barrett**
E-mail: dbarrett@barrettlawoffice.com

**David McMullan**
Email: dmcmullan@barrettlawoffice.com

**Katherine Barrett Riley*** 
E-mail: kbriley@barrettlawoffice.com
*Also licensed in Tennessee

P.O. Box 987
404 Court Square North
Lexington, Mississippi 39095

Telephone (662)834-2376
Facsimile (662) 834-2628

July 23, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: Chinese Manufactured Drywall Products Liability Litigation
> Gross, et al. V. Knauf Gips, KG, et al.
> Case No. 09-6690

Dear Lenny and Russ:

My clients, Robert and Sandra Morrison, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims in the above matter.

Very truly yours,

DON BARRETT, P.A.

*David McMullan*

David McMullan

DM/pt