UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION L |
| **THIS DOCUMENT RELATES TO:** | : : | JUDGE FALLON |
| ALL CASES | : : : : | MAG. JUDGE WILKINSON |
| _____ | : | |

### ORDER ON ADORNO & YOSS LLP'S MOTION TO WITHDRAW AS MEMBER OF THE DEFENSE STEERING COMMITTEE

This matter came before the Court on Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq. and the law firm of ADORNO & YOSS LLP's Motion to Withdraw as members of the Defense Steering Committee and all sub-committees in the above civil action. The Court, having considered the Motion finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq. and the law firm of ADORNO & YOSS LLP's Motion to Withdraw as members of the Defense Steering Committee and all sub-committees is hereby granted and that Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq. and the law firm of ADORNO & YOSS LLP's are hereby discharged from their obligations as members of the Defense Steering Committee and all sub-committees to which they were appointed.

It is ORDERED this 27th day of July, 2010.

_____
HONORABLE ELDON E. FALLON

cc: All Counsel of Record

{218429.0005/N0840001_1}