# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In re: CHINESE-MANUFACTURED**
**DRYWALL PRODUCTS LIABILITY**
**LITIGATION**

**MDL Docket No. 2047**

**SECTION L**

**DISTRICT JUDGE FALLON**

**This documents relates to**
**Case No. 09-6690 (*Gross*)**

**MAGISTRATE JUDGE WILKINSON**

## EXPARTE MOTION FOR SECOND EXTENSION OF TIME TO SUBMIT PROFILE FORM

Defendant, Federal Construction Specialist, Inc., by and through undersigned counsel, fully reserving any and all defenses, respectfully moves this Honorable Court for a fifteen (15) day extension of time to submit a Profile Form to Plaintiff's Liaison Counsel, and in support thereof states as follows:

1.      On or about May 28, 2010, Federal Construction Specialist, Inc. was served with Plaintiff's Omnibus Class Action Complaint.

2.      On March 27, 2010, the Court entered Pre-trial Order No. 1G requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

3.      On June 25, 2010 undersigned counsel moved this court for an extension of time in which to complete and submit the appropriate Profile Form.  An Order was entered into by this Honorable Court granting a fifteen day extension of time.

3.      The undersigned has been working diligently to obtain all information necessary to complete the appropriate Profile Forms.  Additional time is needed, however, to ascertain the information required and to confirm its accuracy.

4.     An extension will neither prejudice any of the parties, nor delay this matter.

5.     This Court has the authority to grant the relief requested herein under Federal Rule of Civil Procedure 6.

WHEREFORE, Defendant, Federal Construction Specialist, Inc., hereby respectfully requests a fifteen (15) day extension from the filing of this Motion, or until August 10, 2010, in which to complete and submit the appropriate Profile Form.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:        /s/ Brent B. Barriere
_____
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 9715)
D. Skylar Rosenbloom (La Bar No. 31309)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: Brent.barriere@phelps.com
        Susie.morgan@phelps.com
        Skylar.rosenbloom@phelps.com

**ATTORNEYS FOR DEFENDANT, FEDERAL CONSTRUCTION SPECIALIST, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Exparte Motion for Extension of Time to Submit Profile Forms* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Oder No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

/s/ Brent B. Barriere