UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to<br>Case No. 09-6690 (*Gross*) | MAGISTRATE JUDGE WILKINSON |

### ORDER

Given the foregoing Exparte Motion for Second Extension of Time to Submit Profile Forms;

IT IS HEREBY ORDERED, that Defendant, Federal Construction Specialist, Inc. is hereby granted a fifteen (15) day extension from the filing of this Motion, or until August 10, 2010, in which to complete and submit the appropriate Profile Form.

New Orleans, Louisiana, this _____ day of _____, 2010

_____
JUDGE

PD.4099732.1