UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL            MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                                          SECTION L
                                                                          JUDGE FALLON
                                                                          MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

KRZYSZTOF OLSCHEWSKI and CHAD PRANDI,
on behalf of themselves individually and all others
similarly situated,
CASE NO.  09-6751
_____/

## ORDER ON ADORNO & YOSS LLP'S MOTION TO
## WITHDRAW AS CO-COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Jan

Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of

record for Defendant BANNER SUPPLY CO. ("BANNER"), in the above civil action.  The Court,

having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf

of Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP as co-

counsel of record for BANNER, is hereby granted and that the firm of ADORNO & YOSS LLP are

hereby discharged from their obligations of representation in this case and relieved of any further

appearance in this case on behalf of BANNER.  The Court further ORDERS that the firm of

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL are hereby left as counsel of record for

BANNER as of the date of this Order.

It is ORDERED this  27th  day of July, 2010.

_____
HONORABLE ELDON E. FALLON

cc:      All Counsel of Record

{218429.0005/N0842885_1}

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD. • SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800