UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br><br>SECTION  L<br><br>JUDGE FALLON |
| **This document relates to:**<br>**Dean and Dawn Amato v.**<br>**Liberty Mutual, et al**<br>**No. 2:10-cv-0932** | MAG. JUDGE WILKINSON |

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by the undersigned counsel as attorney for Defendant LANDMARK AMERICAN INSURANCE COMPANY, incorrectly named as RSUI Group, Inc. The filing of this Attorney Appearance Form is done in compliance with MDL 2047 Pretrial Orders 11 and 12 and should in no way be construed as a waiver of Defendant Landmark's objections, including but not limited to improper or insufficient service, lack of jurisdiction or improper venue.

                          /s/ James W. Hailey, III
                        JAMES W. HAILEY, III  (23111)
                        MELISSA M. SWABACKER (32710)
                        **DEUTSCH, KERRIGAN & STILES, LLP**
                        755 Magazine Street

New Orleans  LA  70130  
Phone: (504) 581-5141  
Fax: (504) 566-1201  
jhailey@dkslaw.com  
mswabacker@dkslaw.com  
*Counsel for Landmark American Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

/s/ James W. Hailey, III

2