UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO SUBMIT MANUFACTURER PROFILE FORMS

Defendant Taian Taishan Plasterboard Co., Ltd., ("TTP") pursuant to Rule 7.9 of the Local Rules of the U.S. District Court of the Eastern District of Louisiana, moves this Honorable Court for an extension of time by which it must serve Plaintiff's Liaison Counsel with the Defendant Manufacturer Profile Form in the above-captioned matters, and in support thereof, states the following:

1. On March 9, 2010, the Court entered pre-trial Order No. 1F requiring Defendants to submit appropriate Profile Forms within forty (40) days after service of process.

2. On July 6, 2010, TTP appeared by counsel in this matter.

3. Only after appearing in this matter did counsel for TTP receive copies of documents indicating that service had been affected on TTP in the above-captioned matters.

4.  Since appearing for TTP in the above-captioned matters, counsel has diligently endeavored to obtain the information necessary to complete the Defendant Manufacturer Profile Forms. Counsel's investigation of this matter has been slowed by the language and logistical difficulties associated with collecting relevant facts from rural China. Accordingly, counsel has scheduled a trip to China in mid-August 2010 to collect additional information necessary to complete the Manufacturer Profile Form.

5.  On Friday, July 23, 2010, Plaintiffs' Liaison Counsel informed the undersigned that the Plaintiffs do not oppose this motion to extend the deadline to submit the Manufacturer Profile Form to September 2010.

6.  This extension will neither prejudice any of the parties, nor delay this matter. TTP has not previously requested an extension of time and good cause exists for granting the Motion.

WHEREFORE, Defendant TTP respectfully requests this Court grant it an extension of time until September 3, 2010 to serve the Defendant Manufacturer Profile Forms on Plaintiffs' Liaison Counsel.

Respectfully Submitted,

/s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.com

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Telephone: 212-918-3000
Facsimile: 212-918-3100
E-mail: joe.cyr@hoganlovells.com
frank.spano@hoganlovells.com
eric.statman@hoganlovells.com
matthew.galvin@hoganlovells.com

**Attorneys for Taian Taishan Plasterboard Co., Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion for Extension of Time to Submit Manufacturer Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

/s/ Thomas P. Owen, Jr.
Thomas P. Owen, Jr.