UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.,* **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et. al.,* **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**

### UNOPPOSED MOTION FOR EXTENSION OF TIME TO
### SUBMIT MANUFACTURER PROFILE FORMS

Defendant Taishan Gypsum Co. Ltd. ("Taishan Gypsum"), pursuant to Rule 7.9 of the

Local Rules of the U.S. District Court of the Eastern District of Louisiana, moves this Honorable

Court for an extension of time by which it must serve Plaintiff's Liaison Counsel with the

Defendant Manufacturer Profile Forms in the above-captioned matters, and in support thereof,

states the following:

1.     On March 9, 2010, the Court entered pre-trial Order No. 1F requiring Defendants

to submit appropriate Profile Forms within forty (40) days after service of process.

2.     On June 10, 2010, Taishan Gypsum appeared by counsel in this matter.

3.      Since appearing for Taishan Gypsum in the above-captioned matters, counsel has diligently endeavored to obtain the information necessary to complete the Defendant Manufacturer Profile Forms.  Counsel's investigation of this matter has been slowed by the language and logistical difficulties associated with collecting facts from rural China. Accordingly, counsel has scheduled a trip to China in mid-August 2010 to collect additional information necessary to complete the Manufacturer Profile Form.

4.      On Friday, July 23, 2010, Plaintiffs' Liaison Counsel informed the undersigned that the Plaintiffs do not oppose this motion to extend the deadline to submit the Manufacturer Profile Form to September 2010.

5.      This extension will neither prejudice any of the parties, nor delay this matter. Taishan Gypsum has not previously requested an extension of time and good cause exists for granting the Motion.

WHEREFORE, Defendant Taishan Gypsum respectfully requests this Court grant it an extension of time until September 3, 2010 to serve the Defendant Manufacturer Profile Forms on Plaintiffs' Liaison Counsel.

Respectfully Submitted,

/s/ Thomas P. Owen, Jr.
Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail:  rcs@stanleyreuter.com
            tpo@stanleyreuter.com

Joe Cyr
Frank Spano
Eric Statman
Matthew Galvin
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York  10022
Telephone:  212-918-3000
Facsimile:  212-918-3100
E-mail:  joe.cyr@hoganlovells.com
            frank.spano@hoganlovells.com
            eric.statman@hoganlovells.com
            matthew.galvin@hoganlovells.com

**Attorneys for Defendant Taishan
Gypsum Co., Ltd.**


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Unopposed Motion for Extension of Time to
Submit Manufacturer Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman,
and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by
electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial
Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of
the United States District Court for the Eastern District of Louisiana by using the CM/ECF
System, which will send a notice of electronic filing in accordance with the procedures
established in MDL 2047, on this 27th day of July, 2010.

/s/  Thomas P. Owen, Jr.
Thomas P. Owen, Jr.