# EXHIBIT "B"

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

JOYCE W. ROGERS, individually, and on
behalf of all others similarly situated, *et al*.,

      Plaintiffs,

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD.; KNAUF
PLASTERBOARD (WUHU), CO., LTD.;
GUANGDONG KNAUF NEW BUILDING
MATERIAL PRODUCTS CO., LTD., *et al*.,

      Defendants.

_____/

CASE NO.: 10-362
SECT L. Mag 2
AMENDED CLASS ACTION
COMPLAINT


JURY TRIAL DEMAND


## <u>NOTICE OF HEARING</u>

PLEASE TAKE NOTICE that Defendant Robert/Charles Builders, Inc.'s Motion to Dismiss With Prejudice the Claims Against it in the Rogers Amended Omnibus Class Action Complaint (Omni IV), and supporting Memorandum of Law, shall be brought for hearing before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, U.S. Court House, 500 Poydras Street, New Orleans, Louisiana 70130 on the 11th day of August, 2010 at 9:00 a.m., or as soon thereafter as counsel may be heard.

{M2954423;1}

Dated:  July 27, 2010

Respectfully submitted,

**AKERMAN SENTERFITT**

BY: /s/ Michael A. Sayre

Valerie B. Greenberg, Esq. (Fla. Bar No. 026514)
Samantha Kavanaugh, Esq. (Fla. Bar No.0194662)
Michael Sayre, Esq. (Fla. Bar No. 17607)
One Southeast Third Avenue, 25th Floor
Miami, FL  33131-1714
Phone:  (305) 374-5600
Fax:  (305) 374-5095
Email:  valerie.greenberg@akerman.com
samantha.kavanaugh@akerman.com
michael.sayre@akerman.com

*Attorneys for Robert/Charles Builders, Inc.*

Co-Counsel for Robert/Charles Builders, Inc.
Brent B. Barriere (La. Bar No. 2818)
Susie Morgan (La. Bar No. 18133)
D. Skylar Rosenbloom (La. Bar No. 31309)
Canal Place
365 Canal Street · Suite 2000
New Orleans, Louisiana 70130-6534
Telephone:  (504) 566-1311
Telecopier:  (504) 568-9130
Email:  Brent.barriere@phelps.com
Susie.morgan@phelps.com
Skylar.rosenbloom@phelps.com

{M2954423;1}

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., Suite 100, New Orleans, LA  70113 (rherman@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras St., New Orleans, LA  70163 (kmiller@frilot.com), by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

/s/ Michael A. Sayre