UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 JUDGE ELDON E. FALLON |
| This Documents Relates to: | * * | SECTION L |
| DAVID GROSS, et al., | * * | MAGISTRATE JUDGE WILKINSON |
| Plaintiffs, | * * | |
| versus | * * | |
| KNAUF GIP K. CO., et al., | * * | |
| Defendants. | * * | |
| Civil Action No. 09-6690 | * * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF LIMITED APPEARANCE**

Robert F. Lakey and Charles K. Chauvin of Boggs, Loehn & Rodrigue hereby file their Notice of Limited Appearance as counsel of record for KBS Construction Company, Inc., incorrectly identified as Kenneth B. Spreights Construction Company, and made defendant in intervention in the Mary Anne Benes Substituted and Amended Omnibus Class Action Complaint In Intervention (III); and request that copies of all pleadings served in this case be served upon the undersigned in connection with this action. This appearance is for the sole purpose of complying with Pre-Trial Order No. 1F, and KBS Construction Company, Inc., specifically reserves all rights and defenses, including, but without limitation, lack personal and subject matter jurisdiction, improper venue, insufficiency of service of process, and failure to state a claim upon which relief can be granted.

Respectfully submitted,

BOGGS, LOEHN & RODRIGUE

_____
Robert F. Lakey (#7927) (T.A)
Charles K. Chauvin (#27403)
3616 South I-10 Service Road, West
Suite 109
Metairie, Louisiana 70001
Telephone: (504)828-1202, ext. 220
Fax: (504) 828-1208
E-mail: rlakey@boggsloehnrodrigue.com
       cchauvin@boggsloehnrodrigue.com

*Counsel for Defendant,*
*KBS Construction Company, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Limited Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File and Serve in accordance with Pretrial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 27th day of July, 2010.

Boggs, Loehn & Rodrigue

_____
Robert F. Lakey
Charles K. Chauvin

L:\Rob\Alfa- KBS\Pleadings\Notice of Limited Appearance (7.23.10).wpd