UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Motion;

IT IS HEREBY ORDERED that Roger S. Morrow of the firm Morrow, Romine & Pearson P.C. be substituted as counsel of record in the above-captioned matter for Forrest S. Latta, Michael D. Strasavich and Anna L. Scully of the firm Burr & Forman LLP. Jerry L. Saporito, W. Paul Andersson, and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP will remain counsel of record.

New Orleans, Louisiana, this 27th day of July, 2010.

**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**