UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET: 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO GROSS, et al | JUDGE FALLON |
| vs. KNAUF GIPS, KG, et al CASE NO. 09-cv-6690 | MAG. JUDGE WILKINSON |

_____/

### ORDER ON MOTION FOR EXTENSION OF TIME TO SUBMIT DEFENDANT PROFILE FORM (W. B. HOWLAND CO., LLC)

This matter having come before the Court on Defendant, W. B. Howland Co., LLC, Motion for Extension of Time to Submit Defendant Profile Form, and the Court having reviewed the Motion and being otherwise advised in the premises,

It is ORDERED AND ADJUDGED

The Motion for Extension of Time to Submit Defendant Profile Form is GRANTED. Defendant W. B. Howland Co., LLC shall have until July 30, 2010 to submit the appropriate Defendant Profile Form.

Done and Ordered In chambers at New Orleans, Louisiana, this 27th day of July, 2010.

_____
U.S. District Judge