UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL<br>PRODUCTS LIABILTY LITIGATION | § § § § § § § § § § | MDL No. 2047<br><br>SECTION: L<br><br>Judge Fallon<br>Mag. Judge Wilkinson |
| This Document Relates to:<br>Payton, et al v. Knauf GIPS KG, et al,<br>Case No.: 2:09-cv-07628 (E.D.La.) | | |
| § § § § § § § § § § § § § § § § § § § § § § § § § § § § § | § | |

## **ORDER**

Considering the foregoing Motion;

It is hereby ORDERED, AJDUGED, and DECREED that Louisiana Lumber LLC is hereby granted an additional 15 days from July 26, 2010 to submit its Distributor Profile Form to Plaintiffs' Liaison Counsel.

New Orleans, Louisiana, the _____27th_____, day of July, 2010

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**