UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DAVID GROSS, et al.,
CASE NO.: 09-6690
Plaintiffs
MDL 2047

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al.

CIVIL ACTION NO. 09-7628

## NOTICE OF APPEARANCE

Notice is hereby given that John H. Dannecker, of the law firm of Shutts & Bowen LLP hereby enters his appearance on behalf of Defendant, Space Coast Truss, LLC. All pleadings and other paper in this case should be served upon undersigned counsel.

Respectfully submitted:

JOHN H. DANNECKER, ESQ.
Florida Bar No.: 0745030
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida 32802
Telephone: (407) 423-3200
Facsimile: (407) 425-8316
Attorneys for SPACE Coast Truss, LLC

ORLDOCS 11906285 1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

                                          JOHN H. DANNECKER