UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION L |
| This document relates to: DEAN AND DAWN AMATO, *et al.* v. LIBERTY MUTUAL INSURANCE COMPANY, et al. | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-000932 _____/ | |

## NOTICE OF APPEARANCE

The undersigned attorneys give notice of their appearance on behalf of defendant, Medallion Homes Gulf Coast, Inc. All pleadings, motions, notices, and other papers should be served on the undersigned.

Respectfully submitted:

By: /s/ Shane S. Smith
**Shane S. Smith, Esq.**

**TANNENBAUM SCRO**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone: (941) 308-3157
Facsimile: (941) 316-0301
Attorneys for Defendant Medallion Homes Gulf Coast, Inc.

**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
*atannenbaum@tannenbaumscro.com*
**Shane S. Smith, Esq.**
Florida Bar No. 053130
*ssmith@tannenbaumscro.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and by e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

/s/ Shane S. Smith
**Shane S. Smith, Esq.**

**TANNENBAUM SCRO**
1680 Fruitville Road, Suite 102
Sarasota, Florida 34236
Telephone:  (941) 308-3157
Facsimile:   (941) 316-0301
Attorneys for Defendant Medallion Homes Gulf Coast, Inc.

**Alan E. Tannenbaum, Esq.**
Florida Bar No. 0259144
atannenbaum@tannenbaumscro.com
**Shane S. Smith, Esq.**
Florida Bar No. 053130
ssmith@tannenbaumscro.com