UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION "L" |
| | * * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * * | MAG. JUDGE WILKINSON |
| *Timothy and Ashley Francis v. Colony Insurance Company, et al.,* Case No. 10-0720 (E.D. La.) | * * * | |

STATE OF LOUISIANA
PARISH OF ORLEANS

### AFFIDAVIT OF RICHARD HOPKINS

Before me, the undersigned notary public, came and appeared Richard Hopkins, who did say:

1) My name is Richard Hopkins.

2) I am at least 18 years of age and am not a party to the above entitled proceedings.

3) I was hired to serve as a private process server in connection with the above entitled proceedings.

4) I was instructed to serve the agent for service of process for Interior/Exterior Building Supply, LP through its general partner, Interior/Exterior Enterprises, L.L.C. and the agent for service of process for Interior/Exterior Enterprises, L.L.C.

5) After due diligence, I was unable to make service upon Mr. Clayton C. Geary, the agent for service of process.

539904.1

6) Therefore, in accordance with the Federal Rules of Civil Procedure Rule 4(h)(1)(A), and Louisiana Code of Civil Procedure article 1263 and article 1266, I made service on Kerri Lamonte, an employee of suitable age and discretion at the place where the business of the partnership and the limited liability company is conducted, 727 South Cortez Street, New Orleans, Louisiana 70119.

Sworn and subscribed in front of these witnesses on this the 21st day of July, 2010, in New Orleans, Louisiana.

Witnesses:

_____
Printed Name: Peter N...

_____
Printed Name: Charles J. Netto

_____  Richard Hopkins

_____
Printed Name: Morris H. Hyman #7135
Notary Public
Parish of Orleans
State of Louisiana
My commission expires: @ death

539904.1

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 10-720 L(2)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Interior/Exterior Enterprise L.L.C.
was received by me on *(date)* July 1, 2010.

☑ I personally served the summons on the individual at *(place)* 727 S. Cortez St, New Orleans La 70119
Terry L Amonte on *(date)* July 1, 2010; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 7-1-10

_____
Server's signature

Richard Hopkins   Messenger
Printed name and title

4007 Toulouse NOLA 70119
Server's address

Additional information regarding attempted service, etc: