UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 SECTION: L |
| | JUDGE FALLON MAG. JUDGE WILKINSON |

_____

THIS DOCUMENT RELATES TO:
*Amato et al v. Liberty Mutual Insurance Company et al;*
Case No. 2:10cv0932

### DEFENDANT, GRYPHON CONSTRUCTION, LLC'S
### MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT (V)
### FOR LACK OF PERSONAL JURISDICTION

GRYPHON CONSTRUCTION, LLC ("GRYPHON"), by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure 12(b)(2), for the reasons set forth in the accompanying Memorandum of Law in support of this Motion, and based on the authorities set forth therein, moves to dismiss this action against it for lack of personal jurisdiction.

WHEREFORE, Defendant, GRYPHON CONSTRUCTION, LLC, respectfully requests that the Court enter an Order granting its' Motion to Dismiss and dismissing the Plaintiffs' claims against GRYPHON CONSTRUCTION, LLC, and awarding such other and further relief as this Court deems just and proper under the circumstances.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiff's Liaison Counsel, Russ Herman at drywall@hhkc.com, Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com and Homebuilder Steering Committees' Liaison Counsel, Phillip A. Wittmann at pwittmann@stonepigman.com by United States Mail and e-mail, and upon all

parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28Th day of July, 2010.

                                          Respectfully submitted,

**THE BARTHET FIRM**
Attorneys for Gryphon Construction, LLC
200 South Biscayne Blvd., Suite 1800
Miami, Florida 33131
(305) 347-5290 phone
alex@barthet.com

/s/ Alexander E. Barthet
ALEXANDER E. BARTHET
Florida Bar No. 173126