UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION  SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
*Amato et al v. Liberty Mutual Insurance Company et al;*
Case No. 2:10cv0932

## AFFIDAVIT OF LAWRENCE KIBLER IN SUPPORT OF DEFENDANT, GRYPHON CONSTRUCTION, LLC'S MOTION TO DISMISS PLAINTIFFS' OMNIBUS CLASS ACTION COMPLAINT FOR LACK OF PERSONAL JURISDICTION

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, on this date personally appeared Lawrence Kibler who, after first being duly sworn, deposes and says the following:

1. My name is Lawrence Kibler. I am over the age of eighteen (18) years and have personal knowledge of the facts herein below.

2. I am the President and Manager of GRYPHON CONSTRUCTION, LLC.

3. I have reviewed the Complaint filed by the Plaintiffs herein and, in particular, those allegations pertaining to GRYPHON CONSTRUCTION, LLC and Gryphon Corp.

4. GRYPHON CONSTRUCTION, LLC is not the same entity as Gryphon Corp., nor is GRYPHON CONSTRUCTION, LLC an affiliated entity, subsidiary, parent, successor or assignee of Gryphon Corp. GRYPHON CONSTRUCTION, LLC has never operated at or had

its principal place of business located at 3635 Bougainvillea Road, Miami, Florida. GRYPHON CONSTRUCTION, LLC has never done business as or operated under the fictious name "Gryphon Corp.".

5. According to the allegations of the Complaint, including the Schedules and Exhibits attached thereto, the residences which GRYPHON CONSTRUCTION, LLC (and Gryphpn Corp.) allegedly built are located in Florida, not Louisiana. According to the allegations of the Complaint, including the Schedules and Exhibits attached thereto, the alleged homeowner asserting claims against GRYPHON CONSTRUCTION, LLC resides in Florida. According to the allegations of the Complaint, including the Schedules and Exhibits attached thereto, the alleged homeowner asserting claims against Gryphon Corp. also resides in Florida.

6. GRYPHON CONSTRUCTION, LLC has never performed construction in Louisiana or had any contracts or subcontracts to perform construction in Louisiana.

7. GRYPHON CONSTRUCTION, LLC has never conducted any business in Louisiana.

8. GRYPHON CONSTRUCTION, LLC has no subsidiaries or related entities either in Louisiana or conducting business in Louisiana.

9. GRYPHON CONSTRUCTION, LLC does not own any real property in Louisiana.

10. GRYPHON CONSTRUCTION, LLC does not maintain an office in Louisiana.

11. GRYPHON CONSTRUCTION, LLC is not and has never been licensed or registered to do business in Louisiana.

12. GRYPHON CONSTRUCTION, LLC has no bank accounts in Louisiana.

13. GRYPHON CONSTRUCTION, LLC has no employees in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
LAWRENCE KIBLER

Sworn to and subscribed before me this ____ day of July 2010 by Lawrence Kibler, as President and Manager of GRYPHON CONSTRUCTION, LLC, who is personally known to me and who did take an oath.

_____
Notary Public, State of Florida at Large
My Commission expires:

_____
Print, Type or Stamp Commissioned
Name of Notary Public

SANDRENE ELDEMIRE
MY COMMISSION # DD 948981
EXPIRES: April 6, 2014
Bonded Thru Notary Public Underwriters