UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
        PRODUCTS LIABILITY LITIGATION

                                        SECTION: L

THIS DOCUMENT RELATES TO:                    JUDGE FALLON
                                         MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance*
*Company, et al.*, Civil Action No. 10-932

---

### NOTICE OF APPEARANCE

**NOTICE IS HEREBY GIVEN** that Catherine M. Colinvaux and Seth V. Jackson of the

law firm Zelle Hofmann Voelbel & Mason LLP hereby enter their appearance on behalf of

Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance

Company and Nationwide Property and Casualty Insurance Company in *Amato, et al. v. Liberty*

*Mutual Insurance Company, et al.*, Civil Action No. 10-932. All pleadings and other papers in

this case should be served upon undersigned counsel.[1]

Dated: July 28, 2010                         Respectfully submitted,

                                          */s/ Catherine M. Colinvaux*
                                     Catherine M. Colinvaux (Mass. Bar No. 557935)
                                     Seth V. Jackson (Mass. Bar No. 658669)
                                     **ZELLE HOFMANN VOELBEL & MASON LLP**
                                     950 Winter Street
                                     Suite 1300
                                     Waltham, MA 02451
                                     Tel: (781) 466-0700
                                     Fax: (781) 466-0701
                                     E-mail: ccolinvaux@zelle.com
                                     E-mail: sjackson@zelle.com

                                     Attorneys for Nationwide Mutual Insurance
                                     Company, Nationwide Mutual Fire Insurance

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Company and Nationwide Property & Casualty Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF Sytstem, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

<u>*s/ Catherine M. Colinvaux*</u>
Catherine M. Colinvaux