UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE-MANUFACTURED DRYWALL          MDL No. 2047
         PRODUCTS LIABILITY LITIGATION

                                              SECTION: L

THIS DOCUMENT RELATES TO:                     JUDGE FALLON
                                              MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 10-932

### NOTICE OF ADDITIONAL APPEARANCE

**NOTICE IS HEREBY GIVEN** that Scott J. Ryskoski of Ryskoski Law, P.L.L.C. hereby enters his appearance as an additional counsel of record on behalf of Defendants Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property and Casualty Insurance Company in *Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 10-932. All pleadings and other papers in this case should be served upon undersigned counsel.[1]

Dated: July 28, 2010                          Respectfully submitted,

                                              */s/ Catherine M. Colinvaux*
                                              Catherine M. Colinvaux (Mass. Bar No. 557935)
                                              Seth V. Jackson (Mass. Bar No. 658669)
                                              **ZELLE HOFMANN VOELBEL & MASON LLP**
                                              950 Winter Street
                                              Suite 1300
                                              Waltham, MA 02451
                                              Tel: (781) 466-0700
                                              Fax: (781) 466-0701
                                              E-mail: ccolinvaux@zelle.com
                                              E-mail: sjackson@zelle.com

                                              - and -

---

[1] This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Scott J. Ryskoski (Tex. Bar No. 24038306)
**RYSKOSKI LAW, P.L.L.C.**
556 Silicon Drive
Suite 100
Southlake, TX 76092
Tel: (817) 310-3527
Fax: (817) 310-0141
E-mail: sjr@ryskoskilaw.com

Attorneys for Nationwide Mutual Insurance Company, Nationwide Mutual Fire Insurance Company and Nationwide Property & Casualty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liason Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

       *s/ Catherine M. Colinvaux*
       Catherine M. Colinvaux