UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
    PRODUCTS LIABILITY LITIGATION : SECTION: L
: JUDGE FALLON
: MAG. JUDGE WILKINSON

**THIS DOCUMENT RELATES TO** *Rogers v. Knauf Gips KG,* **Case No. 10-362**

# ORDER

A motion has been filed in the above captioned matter regarding *pro se* representation of Defendant Comfort Home Builders, Inc, and dismissal of the claims against this Defendant. Rec. Doc. No. 4237. The Court has considered this motion. Accordingly, IT IS ORDERED that the Plaintiffs' Steering Committee and the Homebuilders' Steering Committee are to be prepared to discuss the issues raised by the motion at the next monthly status conference scheduled for August 12, 2010.

    New Orleans, Louisiana, this 27th day of July 2010.

                                              ELDON E. FALLON
                                              UNITED STATES DISTRICT JUDGE

Clerk to Serve:    James A. Gordon
                      Former President of Comfort Home Builders, Inc.
                      1686 Lakeview Terrace
                      North Ft. Myers, Florida 33903