UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL           PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 10-932 | |

**DEFENDANT NATIONWIDE MUTUAL FIRE INSURANCE COMPANY'S CORPORATE DISCLOSURE STATEMENT**

Defendant Nationwide Mutual Fire Insurance Company, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule for the Eastern District of Louisiana 5.6, discloses that it is owned by Nationwide Mutual Insurance Company. Nationwide Mutual Insurance Company, as a mutual company, is owned by its members/policyholders and no publicly held company owns any of its stock.[1]

Dated: July 28, 2010                              Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　 */s/ Catherine M. Colinvaux*
　　　　　　　　　　　　　　　　　　　　　　　Catherine M. Colinvaux (Mass. Bar No. 557935)
　　　　　　　　　　　　　　　　　　　　　　　Seth V. Jackson (Mass. Bar No. 658669)
　　　　　　　　　　　　　　　　　　　　　　　**ZELLE HOFMANN VOELBEL & MASON LLP**
　　　　　　　　　　　　　　　　　　　　　　　950 Winter Street
　　　　　　　　　　　　　　　　　　　　　　　Suite 1300
　　　　　　　　　　　　　　　　　　　　　　　Waltham, MA 02451
　　　　　　　　　　　　　　　　　　　　　　　Tel: (781) 466-0700
　　　　　　　　　　　　　　　　　　　　　　　Fax: (781) 466-0701
　　　　　　　　　　　　　　　　　　　　　　　E-mail: ccolinvaux@zelle.com
　　　　　　　　　　　　　　　　　　　　　　　E-mail: sjackson@zelle.com

　　　　　　　　　　　　　　　　　　　　　　　- and -

---

[1] This statement is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

        Scott J. Ryskoski (Tex. Bar No. 24038306)
        **RYSKOSKI LAW, P.L.L.C.**
        556 Silicon Drive
        Suite 100
        Southlake, TX 76092
        Tel: (817) 310-3527
        Fax: (817) 310-0141
        E-mail: sjr@ryskoskilaw.com

        Attorneys for Nationwide Mutual Insurance
        Company, Nationwide Mutual Fire Insurance
        Company and Nationwide Property & Casualty
        Insurance Company

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Defendant Nationwide Mutual Fire Insurance Company's Corporate Disclosure Statement** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

                                    *s/ Catherine M. Colinvaux*
                                    Catherine M. Colinvaux