UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 09-2047

    PRODUCTS LIABILITY LITIGATION

                                                                    SECTION: L
                                                                     JUDGE FALLON
                                                                     MAG. JUDGE
                                                                     WILKINSON

**************************************************

THIS DOCUMENT RELATES TO:

DEAN AND DAWN AMATO, ET AL. LIBERTY MUTUAL INSURANCE COMPANY, ET AL.

CASE NO. 2010 CV 932

NOTICE OF HEARING

_____

    PLEASE TAKE NOTICE that Defendant, Venture Supply, Inc., has filed the attached Motion to Dismiss.  PLEASE TAKE FURTHER NOTICE that the Motion will be brought on for hearing on August 25, 2010 at 9:00 a.m. before the Honorable Eldon E. Fallon.

1

Respectfully submitted,


/s/   Brett M. Bollinger
Brett M. Bollinger, LSBA #24303
Mark W. Verret, LSBA #23853
Dax C. Foster, LSBA #30506
Allen & Gooch
3900 North Causeway Boulevard, Ste. 1450
Metairie, Louisiana 70002
Telephone:  (504) 836-5285
Facsimile:  (504) 836-5289
Attorneys for The Porter Blaine Corporation and
Venture Supply, Inc.


And


Mark C. Nanavati, Esq. (VSB #38709)
Kenneth F. Hardt, Esq. (VSB #23966)
Sinnott, Nuckols & Logan, P.C.
13811 Village Mille Drive
Midlothian, Virginia 23114
Telephone: (804) 378-7600
Facsimile:  (804) 378-2610
Attorneys for The Porter Blaine Corporation and
Venture Supply, Inc.


# C E R T I F I C A T E

I hereby certify that a copy of the above and foregoing Memorandum in Support of Motion to Dismiss has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

/s/   Brett M. Bollinger
        Brett M. Bollinger