UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL DOCKET:  2047<br><br>SECTION:  L |
| THIS DOCUMENT RELATES TO AMATO, et al.<br>vs.<br>LIBERTY MUTUAL INSURANCE COMPANY, et al.<br>CASE NO. 10-cv-0932<br>_____/ | JUDGE FALLON<br><br>MAGISTRATE JUDGE WILKINSON |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the law firm of Peterson & Espino, PA, appears as counsel of record for Defendant, BANNER SUPPLY CO. PORT ST. LUCIE, LLC, in the captioned matter.  Please update and add undersigned counsel to all your service and distribution lists in this case.

    Respectfully submitted,

    PETERSON & ESPINO, P.A.
    Attorneys for Banner Supply Co. Port St. Lucie, LLC
    10631 Southwest 88th Street, Suite 220
    Miami, Florida   33176
    Telephone:     (305) 270-3773
    Facsimile:      (305) 275-7410
    mpeterson@petersonespino.com

By:   /s/ Michael P. Peterson,
       Florida Bar No. 982040

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Liaison Counsel by e-mail and upon all Chinese Drywall parties by electronically uploading the same to LexisNexis File & Serve in accordance with PreTrial Order No. 6, on this 29th day of July, 2010.

I FURTHER CERTIFY that the above and foregoing Notice of Appearance was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing an accordance with the procedures established by in MDL 2047, on this 29th day of July, 2010.

/s/ Michael P. Peterson
Michael P. Peterson