**EXHIBIT A**

STATE OF ALABAMA )

JEFFERSON COUNTY )

## AFFIDAVIT OF MICHAEL MAZER

1. My name is Michael Mazer, and I am the President of Mazer's Discount Home Centers, Inc. d/b/a Mazer Discount Superstore ("Mazer's"). I am over the age of nineteen (19) years, of sound mind, and I have personal knowledge of the matters and facts contained in this affidavit.

2. I make this affidavit in connection with the lawsuit styled *Samuel Ledford, et al v. Knauf GIPS KG, et al.*, (hereinafter the "Lawsuit") filed in the United States District Court for the Northern District of Alabama as Civil Action No. 2:09-CV-04292, and assigned MDL No. 09-2047 Section L.

3. I am a custodian of the business records of Mazer's, which records are maintained in the regular course of Mazer's business.

4. Mazer's only place of business is in Birmingham, Alabama.

5. Mazer's is a retail store, and it has never had a location outside of Jefferson County, Alabama.

6. In 2006 and 2007, Devon International Trading, Inc. ("Devon") sold drywall to Mazer's to sell in its Alabama stores.

7. I negotiated the transactions between Mazer's and Devon with Devon's employee, Mr. Robert Scharf.

8. During these negotiations, I informed Devon that Mazer's only locations were in Jefferson County, Alabama.

9. Throughout my course of dealings with Devon, Mr. Scharf contacted me via telephone by calling my local Birmingham, Alabama telephone number.

10. Mr. Scharf additionally contacted me in Birmingham via facsimile, electronic mail, and U.S. mail. Mr. Scharf presented information on pricing and terms to Mazer's office in Birmingham, Alabama. While in Jefferson County, Alabama, Mazer's agreed upon and accepted the terms proposed by Devon and sent Devon the purchase agreements described below.

11. Based upon Devon's representations, Mazer's initially purchased ten (10) truckloads of gypsum drywall from Devon, which is alleged to have been manufactured in China, on August 9, 2006.

12. Devon and Mazer's entered into a purchase agreement for this transaction. A true and correct copy of this purchase order is attached as Exhibit A-1. This purchase agreement was agreed to by Mazer's in Birmingham, Alabama.

13. Devon knew that this drywall was to be sold to Alabama consumers through Mazer's Jefferson County, Alabama stores.

14. Devon and Mazer's subsequently entered into negations for the sale of additional Chinese manufactured drywall from Devon to Mazer's.

15. On December 27, 2006, Mazer's purchased an additional ten (10) truckloads of gypsum drywall from Devon.

16. Devon and Mazer's entered into a purchase agreement for this transaction. A true and correct copy of this purchase order is attached as Exhibit A-2. This purchase agreement was agreed to by Mazer's in Birmingham, Alabama.

17. Devon knew that this drywall was to be sold to Alabama consumers through Mazer's Jefferson County, Alabama stores.

18. Devon and Mazer's subsequently entered into negations for the sale of additional Chinese manufactured drywall from Devon to Mazer's.

19. On January 16, 2007, Mazer's purchased an additional twenty (20) truckloads of gypsum drywall from Devon.

20. Devon and Mazer's entered into a purchase agreement for this transaction. A true and correct copy of this purchase order is attached as Exhibit A-3.

21. Each of the purchase agreements stated that the freight terms were "F.O.B. B'ham". *See* Exhibits A1-A3, A7. The Purchase Orders were filled out by Mazer's in Jefferson County, Alabama and signed by a Mazer's representative in Birmingham, Alabama.

22. Devon knew that this drywall was to be sold to Alabama consumers

through Mazer's Jefferson County, Alabama stores.

23. On or about January 17, 2007, Devon sent an invoice to Mazer's at its Birmingham, Alabama office in the amount of Eleven Thousand Six Hundred Sixty-Two Dollars ($11,662.00). A true and correct copy of this invoice is attached as Exhibit A-4.

24. On or about January 19, 2007, Devon sent an invoice to Mazer's at its Birmingham, Alabama office in the amount of Sixteen Thousand Six Hundred Sixty-Six Dollars ($16,660.00). A true and correct copy of this invoice is attached as Exhibit A-5.

25. On or about January 22, 2007, Devon sent an invoice to Mazer's at its Birmingham, Alabama office in the amount of One Hundred Three Thousand Two Hundred Ninety-Two Dollars ($103,292.00). A true and correct copy of Mazer's payment to Devon is attached as Exhibit A-6.

26. That same day, Mazer's purchased an additional one hundred (100) truckloads of gypsum drywall from Devon.

27. Devon and Mazer's entered into a purchase agreement for this transaction. A true and correct copy of this purchase order is attached as Exhibit A-7. This purchase replaced and superseded Mazer's January 16, 2007 purchase of twenty (20) truckloads. *See*, Exhibit A-7.

28. Devon knew that this drywall was to be sold to Alabama consumers

through Mazer's Jefferson County, Alabama stores.

29.     Mazer's remitted payment to Devon in the amount of Fifty Thousand Dollars ($50,000.00) from an Alabama bank via bank wire, on or about January 23, 2007.  A true and correct copy of Mazer's payment to Devon is attached as Exhibit A-8.

30.     Mazer's remitted payment to Devon in the amount of Twenty-Eight Thousand Seven Hundred Ninety-Eight Dollars ($28,798.00) from an Alabama bank via bank wire, on or about February 13, 2007.  A true and correct copy of Mazer's payment to Devon is attached as Exhibit A-9.

31.     On or about March 5, 2007, Devon faxed invoices to Mazer's Birmingham, Alabama office for pick-ups of the drywall for the period of February 21, 2007 to February 26, 2007.  A true and correct copy of Devon's fax is attached at Exhibit A-10.

32.     Mazer's remitted payment to Devon in the amount of Twenty-Eight Thousand Three Hundred Twenty-Two Dollars ($28,322.00) from an Alabama bank via bank wire, on or about March 6, 2007.  A true and correct copy of Mazer's payment to Devon is attached as Exhibit A-11.

33.     On or about March 9, 2007, Devon faxed additional invoice/pick up information to Mazer's Birmingham, Alabama office for these transactions.  A true and correct copy of Devon's fax is attached at Exhibit A-12.

34. Throughout these four (4) separate sales transactions over approximately six (6) months, Devon repeatedly initiated contact with Mazer's in Alabama via telephone, electronic mail, and the postal service.

35. Devon's sales of gypsum drywall to Mazer's were substantial. Devon sold Mazer's approximately 57,120 sheets of drywall (120 truckloads at 476 sheets per truck) over a six (6) month period with knowledge that Mazer's would re-sell the drywall to Alabama customers. Devon received One Hundred Seven Thousand One Hundred Twenty Dollars ($107,120.00) in revenue from its four (4) sales to Mazer's in Alabama.

36. Mazer's has never purchased or sold any Chinese-manufactured drywall other than what it purchased from Devon.

37. Mazer's sold the drywall it purchased from Devon exclusively through its retail stores in Birmingham, Alabama. To my knowledge, all of these sales were to Alabama residents only.

38. Mazer's has had no contact with the drywall manufacturer and has never traveled to China to inspect the manufacturing facilities.

39. Devon's representatives incorrectly assured Mazer's that the drywall it sold Mazer's was not defective.

Further Affiant saith not.

Mazer's Discount Home Centers, Inc. d/b/a Mazer Discount Superstore

By: *Michael Mazer* (signature)
Michael Mazer
President

STATE OF ALABAMA   )
                   )
JEFFERSON COUNTY   )

I, the undersigned, a Notary Public in and for said County in said State, hereby certify that Michael Mazer, whose name as President of **MAZER'S DISCOUNT HOME CENTERS, INC. d/b/a MAZER DISCOUNT SUPERSTORE**, is signed to the foregoing document, and who is known to me, acknowledged before me on this day that, being informed of the contents of the document, he, as such officer and with full authority, executed the same voluntarily for and as the act of said corporation.

Given under my hand and official seal, this the 23 day of July, 2010.

*Daniel A. Ward* (signature)
Notary Public
My Commission Expires: 9/12/2012

DANIEL A. WARD
Notary Public, Alabama State At Large
My Commission Expires Sept. 12, 2012