A-1



**DISCOUNT HOME CENTERS**

2 South 41st Street
Birmingham, AL 35222-1929
(205) 591-6565
Fax (205) 595-5521

810 Green Springs H[...]
Homewood, AL 3520[...]
(205) 942-2744
Fax (205) 986-0229

## PURCHASE ORDER

| PURCHASE ORDER DATE | DATE REQUIRED | SHIP VIA | FREIGHT TERMS | ORDER NO. / INVOICE, PAC LADING & C[...] |
|---|---|---|---|---|
| 08-09-06 | | | | |
| TERMS | CONTACT PERSON | | PHONE # 516-359-6012 | 1( |

SHIP TO

Bob Sharpe

| QUANTITY | STOCK # AND / OR DESCRIPTION | | UNIT PRI[...] |
|---|---|---|---|
| 10 | T/L ½" 4 X 12 Sheetrock | 9w | |
| | (7 units - 68 pc to unit) | | |

P/U  Port of Pensacola
     720-A South BA
     Bldg 2
     Pensacola Fl  32502

    Rosa Lee   850-438-3648

            8-12
            1-4

       850-438-5214  Fax

INSTRUCTIONS TO FOLLOW IN CONNECTION WITH THIS ORDER
1 - NOTIFY IMMEDIATELY IF YOU CANNOT FURNISH MATERIAL AS ORDERED.
2 - PLEASE ACKNOWLEDGE.
3 - BACKORDERED ITEMS MUST BE CONFIRMED BEFORE SHIPPING.

BY David O'Kin   PURCHASING AGENT

VENDOR COPY