**A-2**



**MAZER DISCOUNT HOME CENTERS**

2 South 41st Street
Birmingham, AL 35222-1929
(205) 591-6565
Fax (205) 595-5521

816 Green Springs Hv
omewood, AL 35209
(205) 942-2744
Fax (205) 986-0229

## PURCHASE ORDER

| PURCHASE ORDER DATE | DATE REQUIRED | SHIP VIA | FREIGHT TERMS | ORDER NO. M INVOICE, PAC LADING & CO |
|---|---|---|---|---|
| 12-27-06 | | | | 11 |
| TERMS | CONTACT PERSON | | PHONE # 516-359-6012 | |

Bob Sharpe

SHIP TO

| QUANTITY | STOCK # AND / OR DESCRIPTION | | UNIT PRIC |
|---|---|---|---|
| 10 | T/L ½" 4x12 Sheetrock | | 3.50 |
| 30 | (Approx 7 units per T/L) 65 pc per unit | | |

Bob Sharpe will ship.

Port of Pensacola
720-A South Barracks
Bldg 2
Pensacola, FL

Rosa Lee
850-438-3648
Works for Stevedor

8-12
1-4
Send Fax per Sch Carl
850-438-5214 Fax

Sheetrock

Dep South 14½"

INSTRUCTIONS TO FOLLOW IN CONNECTION WITH THIS ORDER
1 - NOTIFY IMMEDIATELY IF YOU CANNOT FURNISH MATERIAL AS ORDERED.
2 - PLEASE ACKNOWLEDGE.
3 - BACKORDERED ITEMS MUST BE CONFIRMED BEFORE SHIPPING.

BY _____ PURCHASING AGENT

BUYER COPY