**A-3**



**MAZER DISCOUNT HOME CENTERS**

2 South 41st Street
Birmingham, AL 35222-1929
(205) 591-6565
Fax (205) 595-5521

816 Green Springs H
Homewood, AL 3520
(205) 942-2744
Fax (205) 986-0229

## PURCHASE ORDER

| PURCHASE ORDER DATE | DATE REQUIRED | SHIP VIA | FREIGHT TERMS | ORDER NO. / INVOICE, PAC LADING & C|
|---|---|---|---|---|
| 1-16-07 | | | | |
| TERMS | CONTACT PERSON | | PHONE # 516-359-6012 | 11 |

Bob Sharpe

SHIP TO

625=

| QUANTITY | STOCK # AND/OR DESCRIPTION | | UNIT PRI |
|---|---|---|---|
| 20 | T/L ½" 4X12 Sheetrock | 350 | |
| | (Approx 7 units per T/L) | | |
| | (51 pc per unit) | | |

Port of Pensacola
720-A South Barrack Bldg #2
Pensacola, Fl

Kosa    850-438-3648
-fax    850-438-5214

INSTRUCTIONS TO FOLLOW IN CONNECTION WITH THIS ORDER
1 - NOTIFY IMMEDIATELY IF YOU CANNOT FURNISH MATERIAL AS ORDERED.
2 - PLEASE ACKNOWLEDGE.
3 - BACKORDERED ITEMS MUST BE CONFIRMED BEFORE SHIPPING.

BY_____ PURCHASING AGENT

BUYER COPY