**A-5**

# INVOICE

Page: 1

INVOICE NUMBER: 0002637-IN

DEVON INTERNATIONAL TRADING, INC.
1100 FIRST AVENUE
SUITE 100
KING OF PRUSSIA, PA 19406
(610) 265-8000
EIN# 16-1706237

INVOICE DATE: 01/19/07

SALESPERSON: 0007

INVOICE DUE DATE: 1/19/2007

MAZER DISCOUNT HOME CENTER
2 SOUTH 41ST STREET
ATTN: DAVID MAZER
BIRMINGHAM, AL 35222-1929

CUSTOMER NO.: 01-0000101
CUSTOMER P.O.: PICK-UP#M442

SHIP VIA:
TERMS: PAYABLE UPON RECEIPT

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | DRYWALL(GYPSUM BOARD) | EA | 0.00 | 0.000 | 0.00 |
| 01 | PICK UP #M442 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #M443 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #M438 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-1 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-3 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-4 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-5 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-6 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-7 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-2 | EA | 476.00 | 3.500 | 1,666.00 |



Attn:
David Mazer
205-599-1850

NET INVOICE: 16,660.00
FREIGHT: 0.00
SALES TAX: 0.00

INVOICE TOTAL: 16,660.00