**A-6**

# INVOICE

INVOICE NUMBER: 0002639-IN

DEVON INTERNATIONAL TRADING, INC.
1100 FIRST AVENUE
SUITE 100
KING OF PRUSSIA, PA 19406
(610) 265-8000

EIN# 16-1706237

INVOICE DATE: 01/22/07

SALESPERSON: 0007

INVOICE DUE DATE: 1/22/2007

MAZER DISCOUNT HOME CENTER
2 SOUTH 41ST STREET
ATTN: DAVID MAZER
BIRMINGHAM, AL 35222-1929

CUSTOMER NO.: 01-0000101
CUSTOMER P.O.: PICK UP#11184-8

SHIP VIA:
TERMS: PAYABLE UPON RECEIPT

| SALES CD | DESCRIPTION | | QUANTITY | PRICE | AMOUNT |
|---|---|---|---|---|---|
| 01 | DRYWALL (GYPSUM BOARD) | EA | 0.00 | 0.000 | 0.00 |
| 01 | PICK UP #11184-8 1/19/2007 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP #11184-9 1/19/2007 | EA | 476.00 | 3.500 | 1,666.00 |
| 01 | PICK UP 60 TRUCKS AT 476PCS- | EA | 28,560.00 | 3.500 | 99,960.00 |
| 01 | EACH ON 1/22/2007 | EA | 0.00 | 0.000 | 0.00 |

NET INVOICE: 103,292.00
FREIGHT: 0.00
SALES TAX: 0.00

INVOICE TOTAL: 103,292.00