**A-7**



**MAZER**
DISCOUNT HOME CENTERS

AND APPLIANCE CENTER
2 South 41st Street
Birmingham, AL 35222-1929
(205) 591-6565
Fax (205) 595-5521

AND APPLIANCE C
816 Green Springs H
Homewood, AL 3520
(205) 942-2744
Fax (205) 986-0229

## PURCHASE ORDER    110

| PURCHASE ORDER DATE | DATE REQUIRED | SHIP VIA | FREIGHT TERMS | ORDER NO. INVOICE, PA LADING & C |
|---|---|---|---|---|
| 1-22-07 | | Best Way | F.O.B. B'hem | |
| TERMS | CONTACT PERSON Bob Scarf | PHONE # 516-359-6012 | | 11 |

Devon International Trading    516-599-8880    SHIP TO

516-599-82

| QUANTITY | STOCK # AND / OR DESCRIPTION | | UNIT PRI |
|---|---|---|---|
| 100 | Truckloads ½" 4' x 12' Drywall | 47600 | 3.50 |

Cancel out P.O. #11192
It is null & void
This P.O. Replaces it

Ship out 4- Trucks daily

INSTRUCTIONS TO FOLLOW IN CONNECTION WITH THIS ORDER
1 - NOTIFY IMMEDIATELY IF YOU CANNOT FURNISH MATERIAL AS ORDERED.
2 - PLEASE ACKNOWLEDGE.
3 - BACKORDERED ITEMS MUST BE CONFIRMED BEFORE SHIPPING.

BY    PURCHASING AGENT