**A-8**

```
VOUCHER NO.    YOUR INVOICE NO.    INVOICE AMOUNT    AMOUNT PAID    NE
68249          2007/24/01            50,000.00        50,000.00
INVOICE DATE: 01/24/2007           DISCOUNT TAKEN:          .00
REMARKS: PO # 11460 AND PO# 11184
ID:DEVON INTERNATIONAL TRADING,INC    TOTAL:         50,000.00

                                                     CHECK TOTAL
```

THE FACE OF THIS DOCUMENT HAS A COLORED BACKGROUND ON WHITE PAPER

**MAZER**
2 SOUTH 41ST STREET
BIRMINGHAM, AL 35222-1920
(205) 591-6565 FAX (205) 595-5521

AMSOUTH BANK
OF WALKER COUNTY

61-373/622

825994

****50,000 AND 00/100 US DOLLAR

DATE
01/23/2007

PAY TO THE ORDER OF

DEVON INTERNATIONAL TRADING, INC
1100- 1ST AVE
SUITE 100
KING OF PRUSSIA, PA 19406

DISBURSEMENT ACCO

Wire trans

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

Redacted

## MAZER DISCOUNT HOME CENTERS

```
                          VENDOR/FACTOR ID:4DEVON
VOUCHER NO.    YOUR INVOICE NO.    INVOICE AMOUNT    AMOUNT PAID    NET
68249          2007/24/01            50,000.00        50,000.00
INVOICE DATE: 01/24/2007           DISCOUNT TAKEN:          .00
REMARKS: PO # 11460 AND PO# 11184
ID:DEVON INTERNATIONAL TRADING,INC    TOTAL:         50,000.00

                                                     CHECK TOTAL
CHECK DATE 01/23/2007
```

LR2202M1     BIRMINGHAM BUSINESS FORMS INC. 205-587-5505 FAX 205-587-5506