**A-9**

```
VOUCHER NO.    YOUR INVOICE NO.        INVOICE AMOUNT      AMOUNT PAID     NE
69279             00026531                18,326.00          18,326.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69281             00026692                11,662.00          11,662.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69282             00026483                 4,998.00           4,998.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69283             00026514                 6,664.00           6,664.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69285             0002653CR               12,852.00-         12,852.00-
CREDIT DATE : 02/13/2007               DISCOUNT TAKEN:            .00
ID:DEVON INTERNATIONAL TRADING,INC     TOTAL:               28,798.00

                                                  CHECK TOTAL
```

**MAZER**
2 SOUTH 41ST STREET
BIRMINGHAM, AL 35222-1929
(205) 591-6585 FAX (205) 595-5521

AMSOUTH BANK
OF WALKER COUNTY

61-373/622

827292

****28,798 AND 00/100 US DOLLAR

DATE
02/13/2007

PAY TO THE ORDER OF

DISBURSEMENT ACCO

DEVON INTERNATIONAL TRADING, INC
1100- 1ST AVE
SUITE 100
KING OF PRUSSIA, PA 19406

Wire trans

Redacted

**MAZER DISCOUNT HOME CENTERS**

```
                            VENDOR/FACTOR ID:4DEVON
VOUCHER NO.    YOUR INVOICE NO.        INVOICE AMOUNT      AMOUNT PAID     NET
69279             00026531                18,326.00          18,326.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69281             00026692                11,662.00          11,662.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69282             00026483                 4,998.00           4,998.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69283             00026514                 6,664.00           6,664.00
INVOICE DATE: 02/13/2007               DISCOUNT TAKEN:            .00
69285             0002653CR               12,852.00-         12,852.00-
CREDIT DATE : 02/13/2007               DISCOUNT TAKEN:            .00
ID:DEVON INTERNATIONAL TRADING,INC     TOTAL:               28,798.00

                                                  CHECK TOTAL
CHECK DATE 02/13/2007
```

LR2202M1    BIRMINGHAM BUSINESS FORMS INC. 205-987-6506 FAX 205-987-5499