**A-10**

# devon
## International

*facsimile transmittal*

To: ~~████~~ VICKY          Fax: 205.595.5521

From: NICK EGAN          Date: 3.05.07

Re: SHEETROCK INVOICES          Pages:

CC:

☐ Urgent          ☐ For Review          ☐ Please Comment          ☐ Please Reply          ☐ Please Recycle

VICKY,

PLEASE FIND ENCLOSED THE SHEETROCK INVOICES FOR PICKUPS BETWEEN 2.21.07 - 2.26.07

INCLUDED ARE WIRING INSTRUCTIONS, PLEASE CALL ME WITH ANY QUESTIONS. 484.686.9554

KEEP WELL,

NICK

---

Devon International, Inc          1100 First Avenue, Suite 100
King of Prussia, PA 19406

www.devonintl.com          800-251-7488 (Phone)
610-930-4035 (Fax)

DEVON INTERNATIONAL TRADING, INC.
1100 FIRST AVENUE
SUITE 100
KING OF PRUSSIA, PA 19406
(610) 265-8000
EIN# 16-1706237

INVOICE NUMBER: 000268
INVOICE DATE: 02/21/0'
SALESPERSON: 0007
INVOICE DUE DATE: 2/21/20(

MAZER DISCOUNT HOME CENTER
2 SOUTH 41ST STREET
ATTN: DAVID MAZER
BIRMINGHAM, AL  35222-1929

CUSTOMER NO.: 01-0000
CUSTOMER P.O.: PICK U:

SHIP VIA:
TERMS: PAYABLI

| SALES CD | DESCRIPTION | | QUANTITY | PRIC |
|---|---|---|---|---|
| 01 | DRYWALL (GYPSUM BOARD) | EA | 0.00 | 0.00 |
| 01 | PICK UP #511-1 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #511-2 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #511-3 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #512-2 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #512-3 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #513-1 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #607-2 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #608-1 2/19/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #608-2 2/20/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #513-3 2/20/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #513-2 2/20/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #512-1 2/20/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #609-1 2/20/07 | EA | 476.00 | 3.50 |
| 01 | PICK UP #609-2 2/20/07 | EA | 476.00 | 3.50 |

NET INVOICE
FREIGHT
SALES TAX

INVOICE TOTAL

DEVON INTERNATIONAL TRADING, INC.
1100 FIRST AVENUE
SUITE 100
KING OF PRUSSIA, PA  19406
(610) 265-8000
BIN# 16-1706237

INVOICE NUMBER: 0002686

INVOICE DATE: 02/23/07

SALESPERSON: 0007

INVOICE DUE DATE: 2/23/200

MAZER DISCOUNT HOME CENTER
2 SOUTH 41ST STREET
ATTN: DAVID MAZER
BIRMINGHAM,  AL  35222-1929

CUSTOMER NO.: 01-00001
CUSTOMER P.O.: PICK UP

SHIP VIA:
TERMS: PAYABLE 1

| SALES CD | DESCRIPTION | | QUANTITY | PRICE |
|---|---|---|---|---|
| 01 | DRYWALL (GYPSUM BOARD) | EA | 0.00 | 0.000 |
| 01 | PICK UP #514-3  2/21/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #610-2  2/21/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #610-1  2/21/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #514-1  2/21/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #611-2  2/22/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #611-1  2/22/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #514-2  2/22/07 | EA | 476.00 | 3.500 |
| 01 | PICK UP #515-2  2/22/07 | EA | 476.00 | 3.500 |

NET INVOICE:
FREIGHT:
SALES TAX:

INVOICE TOTAL:

Bank Name: WSFS Bank
Bank Address: 838 Market St. Wilmington, DE 19801

Bank ABA#: N/A

Bank Swift# (if Intnr'l Wire): *Redacted*

Beneficiary Name: Devon International Trading, Inc. 1100 First Ave, Suite 100 King of Prussia, PA 19406

Beneficiary Account#: *Redacted*