**A-11**

| VOUCHER NO. | YOUR INVOICE NO. | INVOICE AMOUNT | AMOUNT PAID | NET |
|---|---|---|---|---|
| 70360 | 0002700-IN | 14,994.00 | 14,994.00 | |
| INVOICE DATE: 02/27/2007 | | DISCOUNT TAKEN: | .00 | |
| REMARKS: DRYWALL 9 LOADS | | | | |
| 70361 | 0002686-IN | 13,328.00 | 13,328.00 | |
| INVOICE DATE: 02/23/2007 | | DISCOUNT TAKEN: | .00 | |
| REMARKS: DRYWALL 8 LOADS | | | | |
| ID:DEVON INTERNATIONAL TRADING,INC | | TOTAL: | 28,322.00 | |

CHECK TOTAL

---

**MAZER**

2 SOUTH 41ST STREET
BIRMINGHAM, AL 35222-1929
(205) 591-6565 FAX (205) 595-5521

AMSOUTH BANK
OF WALKER COUNTY

61-373/622

827815   V 4

****28,322 AND 00/100 US DOLLAR

DATE 03/06/2007   $.

PAY TO THE ORDER OF

DEVON INTERNATIONAL TRADING, INC
1100- 1ST AVE
SUITE 100
KING OF PRUSSIA, PA 19406

DISBURSEMENT ACCO

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

Redacted

---

**MAZER DISCOUNT HOME CENTERS**

VENDOR/FACTOR ID:4DEVON

| VOUCHER NO. | YOUR INVOICE NO. | INVOICE AMOUNT | AMOUNT PAID | NET |
|---|---|---|---|---|
| 70360 | 0002700-IN | 14,994.00 | 14,994.00 | |
| INVOICE DATE: 02/27/2007 | | DISCOUNT TAKEN: | .00 | |
| REMARKS: DRYWALL 9 LOADS | | | | |
| 70361 | 0002686-IN | 13,328.00 | 13,328.00 | 1 |
| INVOICE DATE: 02/23/2007 | | DISCOUNT TAKEN: | .00 | |
| REMARKS: DRYWALL 8 LOADS | | | | |
| ID:DEVON INTERNATIONAL TRADING,INC | | TOTAL: | 28,322.00 | |

CHECK TOTAL   2

CHECK DATE 03/06/2007

LRZ202M1   BIRMINGHAM BUSINESS FORMS INC. 205-987-5505 FAX 205-987-6599