**A-12**

# devon
## International

*facsimile transmittal*

To: Vicky                          Fax: 205·595·5521
From: Nick Egan                    Date: 3·9·07
Re: Invoices                       Pages: 7
CC:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please

Vicky,

Enclosed is the requested information. Please call me to rev 484·686·9554.

Thank you,
Nick

---

Devon International, Inc            1100 First Avenue, Suite 100
                                    King of Prussia, PA 19406
www.devonintl.com
                                    800-251-7488 (Phone)
                                    610-930-4035 (Fax)

SORTED BY II

| INVOICE NUMBER | INVOICE DATE | SRC | CUSTOMER NUMBER | NAME | | SALESPERSON NUMBER |
|---|---|---|---|---|---|---|
| 0002711 ✓ INV | 03/06/07 | S/O | 01 - 0000101 | MAZER DISCOUNT HOME CENTE | | 0007 |

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE |
|---|---|---|---|
| DRYWALL | PICK UP# 516-2 3/1/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 518-2 3/1/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 519-3 3/1/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 520-3 3/1/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 619 3/1/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 519-1 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 519-2 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 520-2 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 616 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 620 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 621 3/2/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP# 618 3/5/07 | 476.00 | 3.50 |

(13)

INVOICE TOTAL:

| 0002713 ✓ INV | 03/08/07 | S/O | 01 - 0000101 | MAZER DISCOUNT HOME CENTE | | 0007 |
|---|---|---|---|---|---|---|

| ITEM CODE | DESCRIPTION | SHIPPED | UNIT PRICE |
|---|---|---|---|
| DRYWALL | DRYWALL (GYPSUM BOARD) | 0.00 | .00 |
| DRYWALL | PICK UP #517-2 3/6/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP #520-1 3/6/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP #647 3/6/07 | 476.00 | 3.50 |
| DRYWALL | PICK UP #518-3 3/7/07 | 476.00 | 3.50 |

(4)

(118)

INVOICE TOTAL:

REPORT TOTAL:

70655

need to pay in #
2711
2713
2707
and 509-1

System Date: 03/09/07 / 12:30 pm
Application Date: 03/09/07

User MSP / N