UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047<br>SECTION L<br>JUDGE FALLON<br>MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DAVID GROSS, et al.,
CASE NO.: 09-6690
Plaintiffs
MDL 2047

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al.

CIVIL ACTION NO. 09-7628

### MOTION FOR EXTENSION OF TIME TO COMPLY WITH PRETRIAL REQUIREMENTS AND TO RESPOND TO PLAINTIFF'S COMPLAINT

Comes now, Defendant Space Coast Truss, LLC by and through its undersigned counsel, and files this, it's Motion for Extension of Time to Comply with Pretrial Requirements and to Respond to Plaintiff's Complaint, and as grounds therefore states as follows:

1. On or about June 2, 2010, Plaintiff served it's Complaint on Defendant.

2. The Court has entered Pretrial Orders setting forth certain obligations and requirements of the Defendants in the above-styled case ("**Pretrial Requirements**").

3. Plaintiff's counsel was advised by correspondence dated June 28, 2010, a copy of which is attached as **Exhibit "A"**, that all alleged claims and causes of action against Space

Coast Truss, LLC, were discharged upon confirmation of the plan of reorganization in the Chapter 11 bankruptcy case of Mercedes Homes, Inc., et al., Case No. 09-11191 in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division (the "**Bankruptcy Case**"), and pursuant to the confirmation order entered in the Bankruptcy Case on September 30, 2009 (the "**Confirmation Order**"), pursuit of any such alleged claim or cause of action was permanently enjoined.

4. Defendant desires a 90 day extension of time within which to comply with all Pretrial Requirements, and to file necessary responses to Plaintiff's Complaint, in order for either: (i) the Plaintiff's to elect to drop and dismiss Defendant Space Coast Truss, LLC as a defendant in this action; or (ii) the Defendant to bring the appropriate proceeding in the Bankruptcy Case so that the Bankruptcy Court may determine whether Plaintiff's have violated the permanent injunction by bringing this action against Defendant.

5. This Motion is not filed for the purpose of delay, but for the efficient and effective use of the Court and the parties' time and resources.

6. None of the parties to this matter will be prejudiced by the grant of such an extension of time.

**WHEREFORE**, for the following reasons, Defendant, **SPACE COAST TRUSS, LLC**, respectfully requests this Court grant an additional 90 days, within which Space Coast Truss, LLC may comply with the Court's Pretrial Requirements and may answer, move or otherwise plead in response to the Complaint, and for such other and further relief as the Court deems just and proper.

/s/John H. Dannecker, Esq.
**JOHN H. DANNECKER, ESQ.**
Florida Bar No.: 0745030
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida  32802
Telephone:  (407) 423-3200
Facsimile:  (407) 425-8316
Attorneys for SPACE Coast Truss, LLC

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that the above and foregoing Motion has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 28th day of July, 2010.

/s/ John H. Dannecker, Esq.
JOHN H. DANNECKER