UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL             MDL DOCKET: 2047
PRODUCTS LIABILITY LITIGATION
                                                SECTION: L
THIS DOCUMENT RELATES TO
THE FOLLOWING CASE:
                                                JUDGE FALLON
No. 09-7628
Sean Payton, et al vs.
Knauf Gips KG, et al                            MAGISTRATE WILKINSON

### CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes VIKING HOMES OF SW FLORIDA, INC., which, pursuant to Federal Rule of Civil Procedure 7.1, makes the following Disclosure Statement:

1)   Viking Homes of SW Florida, Inc. has no parent corporation.

2)   No publicly held corporation owns 10% or more of Viking Homes of SW Florida, Inc. stock.

Respectfully submitted,

**PLAUCHÉ, SMITH & NIESET, L.L.C.**
**(A Limited Liability Company)**

BY:  /s/ H. David Vaughan II
     **H. DAVID VAUGHAN II**
     **LA BAR ROLL #19194**
     1123 Pithon Street (70601)
     Post Office Drawer 1705
     Lake Charles, LA 70602-1705
     Telephone: 337/436-0522
     Facsimile: 337/436-9637
     Email: dvaughan@psnlaw.com

Attorney for defendant, Viking Homes of SW Florida, Inc.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing CORPORATE DISCLOSURE STATEMENT has been served on all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 29th day of July, 2010.

                          **PLAUCHÉ, SMITH & NIESET, L.L.C.**
                          (A Limited Liability Company)

                          BY: /s/ H. David Vaughan II
                              **H. DAVID VAUGHAN II**
                              **LA BAR ROLL  #19194**
                              1123 Pithon Street (70601)
                              Post Office Drawer 1705
                              Lake Charles, LA 70602-1705
                              Telephone: 337/436-0522
                              Facsimile: 337/436-9637
                              Email: dvaughan@psnlaw.com