IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
      DRYWALL PRODUCTS LIABILITY      MDL 2047
      LITIGATION

THIS DOCUMENT RELATES TO:      Section L

Case No. 10-932      JUDGE FALLON
Dean Amato, et al. v. Liberty Mutual Ins., et al.      MAG. JUDGE WILKINSON
_____/

## NOTICE OF APPEARANCE

COMES NOW, the undersigned and hereby file their Notice of Appearance as counsel on behalf of Defendants BANNER SUPPLY COMPANY, BANNER SUPPLY COMPANY FORT MYERS, LLC, BANNER SUPPLY COMPANY TAMPA, LLC, and BANNER SUPPLY COMPANY POMPANO, LLC. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Todd R. Ehrenreich*
**TODD R. EHRENREICH, ESQUIRE**
Florida Bar Number: 945900
2601 S. Bayshore Drive
Suite 850
Miami, Florida 33130
Telephone (305)455-9500
tehrenreich@wwhgd.com

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Nicholas P. Panayotopoulos*
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number:  560679

*/s/ Michael A. Sexton*
**MICHAEL A. SEXTON, ESQUIRE**
Florida Bar No.  0131520

*/s/ Shubhra R. Mashelkar*
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number:  475388
3344 Peachtree Road
Suite 2400
Atlanta, GA  30326
Telephone (404)876-2700
npanayo@wwhgd.com
msexton@wwghd.com
smashelkar@wwghd.com

Counsel for Banner Supply Company
Banner Supply Company Fort Myers, LLC
Banner Supply Company Tampa, LLC
Banner Supply Company Pompano, LLC

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 29th day of July, 2010.

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Todd R. Ehrenreich
**TODD R. EHRENREICH, ESQUIRE**
Florida Bar Number: 945900
2601 S. Bayshore Drive
Suite 850
Miami, Florida 33130
Telephone (305)455-9500
tehrenreich@wwhgd.com

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

/s/ Nicholas P. Panayotopoulos
**NICHOLAS P. PANAYOTOPOULOS, ESQUIRE**
Georgia Bar Number: 560679

/s/ Michael A. Sexton
**MICHAEL A. SEXTON, ESQUIRE**
Florida Bar No. 0131520

/s/ Shubhra R. Mashelkar
**SHUBHRA R. MASHELKAR, ESQUIRE**
Georgia Bar Number: 475388
3344 Peachtree Road
Suite 2400
Atlanta, GA 30326
Telephone (404)876-2700

npanayo@wwhgd.com
msexton@wwghd.com
smashelkar@wwghd.com

Counsel for Banner Supply Company
Banner Supply Company Fort Myers, LLC
Banner Supply Company Tampa, LLC
Banner Supply Company Pompano, LLC