UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL      MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:      JUDGE FALLON
MAG. JUDGE WILKINSON

*Dean and Dawn Amato, et. al., v. Liberty Mutual Insurance Company, et al.,*
Case No. 2:10-cv-00932 (E.D.La)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Pre-Trial Orders No. 1F and 1G, and MDL 2047, and without waiving any defenses (including jurisdictional defenses), Gregory L. Dillion, Alan H. Packer, Bonnie T. Roadarmel, and Scott W. Glassmoyer of the law firm of Newmeyer & Dillion, LLP, hereby enter their appearance as attorneys of record for Defendants LENNAR CORPORATION and LENNAR HOMES, LLC (hereinafter collectively referred to as "LENNAR") in the above-captioned matter and request that the Court, through its electronic filing system, serve all further pleadings on the undersigned. In support of these appearances, counsel states the following:

Gregory L. Dillion is an attorney admitted to the Bar of California, Colorado and Texas, and has been admitted to practice law before the United States District Court for the Central, Eastern, Southern and Northern Districts of California, the United States Court of Appeals, Ninth Circuit and the United States Supreme Court.

Alan H. Packer is an attorney admitted to the Bar of California, and has been admitted to practice law before the United States District Court for the Northern District of California and the United States Court of Appeals, Ninth Circuit.

2225355.1

Bonnie T. Roadarmel is an attorney admitted to the Bar of California, and has been admitted to practice law before the United States District Court for the Central District of California, and the United States Court of Appeals, Ninth Circuit.

Scott W. Glassmoyer is an attorney admitted to the Bar of California, and has been admitted to practice law before the United States District Court for the Central District of California, and the United States Court of Appeals, Ninth Circuit.

Dated: July 29, 2010                         NEWMEYER & DILLION LLP

By: /s/Scott W. Glassmoyer

Gregory L. Dillion
California Bar No. 93712
Email: greg.dillion@ndlf.com

Alan H. Packer
California Bar No. 124724
Email: alan.packer@ndlf.com

Bonnie T. Roadarmel
California Bar No. 205275
Email: bonnie.roadarmel@ndlf.com

Scott W. Glassmoyer
California Bar No. 256291
Email:  scott.glassmoyer@ndlf.com

Attorneys for Defendants
 LENNAR CORPORATION AND
 LENNAR HOMES, LLC

2225355.1

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System , in accordance with the procedures established din MDL 2047, on this 29th date of July 2010.

                                          /s/Scott W. Glassmoyer
                                          Scott W. Glassmoyer

2225355.1

1