UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932 | |

PLAINTIFFS' NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE,
OF DEFENDANT, HEATH INSURANCE BROKERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs listed in Exhibit A attached hereto, hereby dismiss without prejudice all of their claims against DEFENDANT HEATH INSURANCE BROKERS, INC., in Plaintiffs' Omnibus Complaints, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Plaintiffs listed in Exhibit A attached hereto, shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "B" is correspondence from Bruce Steckler, counsel for Plaintiffs listed in Exhibit A attached hereto, dated July 27, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully submitted,

Dated: July 29, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 29th day of July, 2010.

                                              /s/ Leonard A. Davis
                                              Leonard A. Davis, Esquire
                                              Herman, Herman, Katz & Cotlar, LLP
                                              820 O'Keefe Avenue
                                              New Orleans, Louisiana 70113
                                              Phone: (504) 581-4892
                                              Fax: (504) 561-6024
                                              LDavis@hhkc.com
                                              Plaintiffs' Liaison Counsel
                                              MDL 2047

# EXHIBIT "A"

**In re: Chinese Manufactured Drywall Products Liability Litigation**
**Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932**

# Exhibit A
### (List of Plaintiffs to Dismiss Heath Insurance Brokers)

Aldo and Ghedy Matus
Brad and Cassandra Rogers
Brenda and Ignatius Riggio
Caroline and Robert Tedesco
Christopher and Kimberly Duhon
David Jason and Amanda B. Taylor
Dennis and Susan Cunningham
Diana and Terry Williams
Don and Agnes Wheeler
Edwin Boquet
Ernest and Marie Nunez
Formica Conrad and Crystal Fayard
Glenda F. Dorsey
Hope Zamora
Jeffrey D. Roberts
Joseph Todd Quividia
Lee and Barbara Hankins
Lester and Catherine Amaud
Linda and Raymond Young
Malcom and Kelli Donaldson
Margaret and Glenwood Robbins
Michael A. and Nicole Gardette
Michael and Rhonda Gardette
Michael and Leslie Shelton
Ollie and Andriene Brumfield
Patricia Spencer
Rodney and Geraldine Dinette
Steve and Corrinn Fisher
Steven and Dana LeBlanc
Timothy and Tracy Perry
Tony and Sidney Hidalgo
Trisha and Darryl Ledet
Tyrone C. Turner
William and Kelly Wayne

# EXHIBIT "B"

**BARON BUDD, P.C.**    DALLAS  |  AUSTIN  |  BEVERLY HILLS  |  BATON ROUGE

800.222.2766
tel 214.521.3605
fax 214.520.1181

3102 Oak Lawn Avenue
Suite 1100
Dallas, TX 75219-4281

July 27, 2010

**Via Facsimile (504) 561-6024 & U.S. Mail**

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

        **Re:**    **In re: Chinese Manufactured Drywall Products Liability Litigation**
                **Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932**

Dear Russ and Lenny:

      Plaintiffs listed in Exhibit A attached hereto, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss, without prejudice, all of their claims against defendant Heath Insurance Brokers, Inc. in the above matter, reserving their rights and claims against any and all other defendants therein.

                                    Very truly yours,

                                      Bruce Steckler

**In re: Chinese Manufactured Drywall Products Liability Litigation**
**Amato, et al v. Liberty Mutual Insurance Co., et al; Cause No. 10-932**

### Exhibit A
### (List of Plaintiffs to Dismiss Heath Insurance Brokers)

Aldo and Ghedy Matus
Brad and Cassandra Rogers
Brenda and Ignatius Riggio
Caroline and Robert Tedesco
Christopher and Kimberly Duhon
David Jason and Amanda B. Taylor
Dennis and Susan Cunningham
Diana and Terry Williams
Don and Agnes Wheeler
Edwin Boquet
Ernest and Marie Nunez
Formica Conrad and Crystal Fayard
Glenda F. Dorsey
Hope Zamora
Jeffrey D. Roberts
Joseph Todd Quividia
Lee and Barbara Hankins
Lester and Catherine Amaud
Linda and Raymond Young
Malcom and Kelli Donaldson
Margaret and Glenwood Robbins
Michael A. and Nicole Gardette
Michael and Rhonda Gardette
Michael and Leslie Shelton
Ollie and Andriene Brumfield
Patricia Spencer
Rodney and Geraldine Dinette
Steve and Corrinn Fisher
Steven and Dana LeBlanc
Timothy and Tracy Perry
Tony and Sidney Hidalgo
Trisha and Darryl Ledet
Tyrone C. Turner
William and Kelly Wayne