UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, individually, and on behalf of all others similarly situated )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>LIBERTY MUTUAL INS., et al. )<br>)<br>Defendants. ) | Civil Action No. 10-932<br>Section L Mag 2 |

## NOTICE OF APPEARANCE

PLEASE take notice of the appearance of Danny M. Howell (VSB No. 30352) and Mikhael D. Charnoff (VSB No. 43929) of Sands Anderson PC as counsel for Plaintiff Builders Mutual Insurance Company, in the above-styled matter.

In furtherance of this request, the Clerk of the Court will please direct Notices of Electronic Filing (NEF) for the above matter to the following email addresses: dhowell@sandsanderson.com and mcharnoff@sandsanderson.com.

Date: July 29, 2010

Respectfully submitted,

BUILDERS MUTUAL INSURANCE COMPANY
By Counsel

SANDS ANDERSON PC

_____/s/_____
Danny M. Howell      VSB No. 30352
dhowell@sandsanderson.com
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101

703-893-3600 Phone
703-893-8484 Fax
*Counsel for Defendant*
*Builders Mutual Insurance Company*


_____/s/_____
Mikhael D. Charnoff  VSB No. 43929
mcharnoff@sandsanderson.com
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
703-893-3600 Phone
703-893-8484 Fax
*Counsel for Defendant*
*Builders Mutual Insurance Company*


## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2010, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing (NEF) to all Counsel of Record.

_____/s/_____
Mikhael D. Charnoff        VSB No. 43929
mcharnoff@sandsanderson.com
Sands Anderson PC
1497 Chain Bridge Road, Suite 202
McLean, VA 22101
703-893-3600 Phone
703-893-8484 Fax