UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL NO. 2047 <br> * <br> * JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * <br> * |
| WENDY HUBBELL AND CHRISTY CIMO, | * MAG. WILKINSON <br> * |
| Versus | * <br> * 10-2064 |
| TALLOW CREEK, L.L.C., SOUTHERN HOMES, L.L.C., ABC INSURANCE COMPANY, XYZ INSURANCE COMPANY, INTERIOR EXTERIOR BUILDING SUPPLY, LP, INTERIOR EXTERIOR ENTERPRISES, LLC, SOUTH CORTEZ, LLC, GRAF'S DRYWALL, LLC, FIRST FINANCIAL INSURANCE COMPANY, BANKERS INSURANCE COMPANY, WESTERN WORLD INSURANCE COMPANY, AND STATE FARM FIRE AND CASUALTY COMPANY | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**DEFENDANT STATE FARM FIRE AND CASUALTY COMPANY'S REQUEST AND NOTICE OF ORAL ARGUMENT**

NOW INTO COURT, through undersigned counsel, comes Mover and Defendant, **State Farm Fire and Casualty Company,** defendant in the above-numbered and entitled action, who, pursuant to Local Rule 78.1E, respectfully requests oral argument on the Motion to Sever Claims

1

set for hearing before this Honorable Court on the **25th day of August, 2010, at 9:00 a.m.  or at a time set by this court** so as to more fully address any questions the court may have concerning State Farm's Motion

/s/ Adrianne L. Baumgartner
**ADRIANNE L. BAUMGARTNER, T.A. (#2861)**
**DARRIN M. O'CONNOR (#24582)**
**EMILY S. MORRISON  (#18351**)
PORTEOUS, HAINKEL & JOHNSON, LLP
408 North Columbia Street
Covington, Louisiana  70434
Telephone: (985) 893-4790
abaumgartner@phjlaw.com
doconnor@phjlaw.com
emorrison@phjlaw.com

**CHARLES L. CHASSAIGNAC (#20746)**
PORTEOUS, HAINKEL & JOHNSON, LLP
343 Third Street, Suite 202
Baton Rouge, Louisiana  70801-1309
Telephone: (225) 383-8900
cchassaignac@phjlaw.com

**JAMES R. NIESET, JR. (#24856)**
PORTEOUS, HAINKEL & JOHNSON, LLP
704 Carondelet Street
New Orleans, LA 70130
Telephone: (504) 581-3838
jnieset@phjlaw.com

**Attorneys for State Farm Fire & Casualty Company**

## **CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing Notice of Oral Argument of Defendant State Farm Fire and Casualty Company's Motion to Sever has been served upon counsel for Plaintiffs Wendy Hubbell and Christy Cimo, counsel for Defendants' Interior Exterior Building Supply, LP; Interior Exterior Enterprises, LLC; South Cortez, LLC; Graf's Drywall LLC; Tallow Creek LLC; and Southern Homes, LLC through Lexis/Nexis File and Serve and upon counsel for Defendants' First Financial Insurance Company, Western World Insurance Company and Bankers Insurance Company by U.S. mail and e-mail pending counsels' registration with Lexis/Nexis File & Serve and upon Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller by U.S. Mail and email <u>or</u> by hand-delivery and email <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on the 29th day of July, 2010.

                                                                 /s/ Adrianne L. Baumgartner
                                                                 **ADRIANNE L. BAUMGARTNER**