## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>Section "L" |
| THIS DOCUMENT RELATES TO: | Judge FALLON<br>MAG. JUDGE WILKINSON |
| BENJAMIN GREENBERG<br>Case No.: 09-6690<br>_____/ | |

### PLAINTIFF, BENJAMIN GREENBERG'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, BENJAMIN GREENBERG hereby dismisses without prejudice all of their claims against all Defendants in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs.

Respectfully submitted: July 30, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III
Florida Bar No. 621609
Bruce Steckler
Texas State Bar No. 00785039
Renee Melancon
Texas State Bar No. 24034573; LA #30273
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, Texas 75219
Tel. 214- 521-3605; Fax 214-520-1181
bbrown@baronbudd.com
rmelancon@baronbudd.com
bsteckler@baronbudd.com
and
Jeremy W. Alters, Esquire
Fla. Bar No. 111790
jeremy@alterslaw.com
**ALTERS LAW FIRM, P.A.**
4141 N. E. 2nd Ave., Suite 201
Miami, Florida 33137
Tel. 305-571-8550
Fax 305-571-8558

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 30th day of July, 2010.

/s/ Robert B. Brown, III
Robert B. Brown, III (Florida Bar No. 621609)