UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE –MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No.: 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No.: 09-6690 | MAG. JUDGE WILKINSON |

**************************************

### GREGORY AND ELIZABETH ELEUTERIUS
### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Gregory and Elizabeth Eleuterius, hereby dismiss, without prejudice, all of their claims against Defendant, John Korn Builders, LLC and any and all other defendants in Plaintiffs' Omnibus Complaint. Each party is to bear its own attorneys' fees and costs. Attached hereto as Exhibit "A" is correspondence from Daniel K. Bryson, counsel for Gregory and Elizabeth Eleuterius, dated July 29, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

*/s/ Leonard A. Davis*
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

00381731.WPD

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing Notice of Voluntary Dismissal Without Prejudice document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana y using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 30th day of July, 2010.

                                                                                    */s/ Leonard A. Davis*  
                                                                                    Herman, Herman, Katz & Cotlar, LLP  
                                                                                     820 O'Keefe Avenue  
                                                                                     New Orleans, LA 70113  
                                                                                     Tel: (504) 581-4892  
                                                                                     Fax: (504) 561-6024  
                                                                                     LDavis@hhkc.com  
                                                                                     *Plaintiffs' Liaison Counsel, MDL 2047*

# EXHIBIT "A"

00381731.WPD

# LEWIS & ROBERTS

PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

Richard M. Lewis
James A. Roberts, III
Winston L. Page, Jr.
Timothy S. Riordan
Daniel K. Bryson
John D. Elvers
Brian D. Lake
John H. Ruocchio
Gary V. Mauney
Kimberly R. Wilson *

Jeffrey A. Misenheimer
Paul R. Dickinson, Jr.
Matthew C. Bouchard **
Paul C. McCoy
Sarah C. Blair
Scott C. Harris
Melissa K. Walker
William J. Blakemore
J. Timothy Wilson
Brooke N. Albert

3700 Glenwood Avenue, Suite 410
Raleigh, North Carolina 27612
Mailing Address
Post Office Box 17529
Raleigh, NC 27619-7529

(888) 981-0939
Telephone (919) 981-0191
Facsimile (919) 981-0199

**Charlotte Office**
5960 Fairview Road, Suite 102
Charlotte, NC 28210-3102
Telephone (704) 347-8990
Facsimile (704) 347-8929

Daniel K. Bryson
Direct Dial: (919) 719-8526
Email: dkb@lewis-roberts.com

* Also Admitted in W. VA
** Also Admitted in MA

July 29, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: Chinese Manufactured Drywall Products Liability Litigation
> David Gross, et al. v. Knauf Gips, KG, et al.
> Case No.: 09-6690

Dear Lenny and Russ:

My clients, Gregory and Elizabeth Eleuterius, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, John Korn Builders, LLC, and claims against any and all other defendants therein.

Very truly yours,

Daniel K. Bryson

{00378506.DOC}