IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL 2047
PRODUCTS LIABILITY LITIGATION

             SECTION: L

THIS DOCUMENT RELATES TO: All Cases   JUDGE FALLON
                 MAG. JUDGE WILKINSON

**CONSENT MOTION TO SUBSTITUTE MEMBERS IN THE DEFENSE STEERING
COMMITTEE AND STATE/FEDERAL COORDINATION COMMITTEE AND
APPLICATION FOR APPOINTMENT TO DEFENSE STEERING COMMITTEE AND
STATE/FEDERAL COORDINATION COMMITTEE OF TODD R. EHRENREICH AND
NICHOLAS P. PANAYOTOPOULOS**

NOW COMES Liaison Counsel on behalf of the Defendants, who submits this Consent

Motion to Substitute Members in the Defense Steering Committee and State/Federal

Coordination Committee and Application for Appointment to Defense Steering Committee and

State/Federal Coordination Committee of Todd R. Ehrenreich and Nicholas P. Panayotopoulos,

averring as follows:

**I. INTRODUCTION**

On July 27, 2009, this Court entered Pre-Trial Order No. 7, appointing the members of

the Defense Steering Committee (hereinafter "DSC"), and on March 18, 2010, this Court entered

Pre-trial Order No. 19 appointing members of the State/Federal Coordination Committee

(hereinafter "SFCC").  Both committees included Jan Douglas Atlas and Jeffrey Backman, then

counsel for Banner Supply Company, Banner Supply Company Pompano, Banner Fort Myers,

LLC and Banner Supply Company Tampa[1]. Jan Douglas Atlas and Jeffrey Backman filed their Motion to Withdraw as Co-Counsel of Record as well as their Motion to Withdraw as Member of the Defense Steering Committee as of July 26, 2010. This Court recently granted the unopposed Motions and Liaison Counsel seeks to substitute the former members with Todd R. Ehrenreich and Nicholas P. Panayotopoulos.

Messrs Ehrenreich and Panayotopoulos of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC have expressed a willingness to serve on the DSC and SFCC in place of the aforementioned members. Accordingly, Liaison Counsel submits this motion to substitute Messrs Ehrenreich and Panayotopoulos in place of Jan Douglas Atlas and Jeffrey Backman. Liaison Counsel submits the following Application for Appointment to the DSC and SFCC in support of Messrs Ehrenreich and Panayotopoulos.

II.   **THE PROPOSED MEMBERS OF THE DSC AND SFCC SATISFY THE COURT'S SELECTION CRITERIA.**

Pretrial Order No.1 specifies that "[t]he court will consider the recommendation of the defendant(s) for membership on the defendant(s) steering committee ... [which] will have the duties and responsibilities described in Paragraph 17 of this Order." According to paragraph 17, the main criteria for membership in the [DSC and SFCC] will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; (c) professional experience in this type of litigation; and (d) willingness to commit the necessary resources to pursue this matter. As discussed below, Messrs Ehrenreich and Panayotopoulos

---

[1] Applicants Ehrenreich and Panayotopoulos are currently representing these entities formerly represented by Jan Douglas Atlas and Jeffrey Backman.

have extensive experience and knowledge with respect to mass tort cases and other complex actions. They have served in leadership roles in similar litigation that have resulted in successful outcomes for defendants. Additionally, they have a proven track record of working cooperatively with other firms and all have avowed their willingness and commitment to provide the time and resources necessary to defend this litigation.

### A. WILLINGNESS AND AVAILABILITY

Messrs Ehrenreich and Panayotopoulos have the resources necessary to participate on behalf of the Defendants on the DSC and SFCC. Messrs Ehrenreich and Panayotopoulos are highly motivated, willing, and available to commit their firm's time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. They have been involved in cases involving issues similar to those raised by Plaintiffs in their complaints. Messrs Ehrenreich and Panayotopoulos have the resources in terms of both staffing and finances to ensure equitable representation. They are prepared to commit their personal time and skills to all DSC and SFCC duties that this Court may assign to him.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Messrs Ehrenreich and Panayotopoulos will commit to working harmoniously and effectively with others in this complex litigation. They are already working with many of the Plaintiffs, Defendants and their counsel, to find common ground and work toward a resolution of the issues alleged in the complaints.

### C. PERSONAL EXPERIENCE

Messrs Ehrenreich and Panayotopoulos have the experience that the Court demands. Messrs Ehrenreich and Panayotopoulos have a proven track record of working on complex litigation matters.

Mr. Ehrenreich is the managing partner of WWHGD's Florida office. WWHGD is a national trial law firm that has conducted more than 250 jury trials and 100 arbitrations in the last decade. Its lawyers have handled cases in all 50 states.

Mr. Ehrenreich received his undergraduate degree from Colgate University. He earned his JD from the University of Miami in 1992. Mr. Ehrenreich is currently lead counsel in several Florida class action "Chinese drywall" cases. He has already tried what is believed to be the first state court "Chinese drywall" case in Florida. Prior representative experience includes defending dozens of multiple injury or fatality claims, such as the Phenphen litigation and carbon monoxide poisoning cases involving numerous claimants. He has significant experience in catastrophic injury cases, including toxic torts, as well as construction cases.

Mr. Panayotopoulos is a 1993 Tulane Law School graduate and a 1990 Emory University graduate. Prior representative experience includes being a member of the Defense Steering/Executive Committee in what is believed to be the largest mass litigation in West Virginia involving coordinated claims alleging hundreds of millions in damage to the homes of more than 3,000 claimants. Mr. Panayotopoulos has defended or prosecuted dozens of construction cases involving numerous parties. Similarly, he has defended numerous tort claims, including toxic claims, involving multiple claimants.

### D.    WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

4

As stated previously herein, Messrs Ehrenreich and Panayotopoulos have been engaged in the practice of mass tort law and complex litigation for many years.  The applicants are partners in a law firm of approximately 80 lawyers.  The applicants possess the necessary resources for a case of this magnitude and are ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Court that Messrs Ehrenreich and Panayotopoulos possess all of the qualifications, and meet or exceed all of the requirements stated by this Court as necessary for this Court's appointment.

**WHEREFORE,** undersigned Liaison Counsel respectfully requests that the Court grant this Motion and appoint Todd R. Ehrenreich and Nicholas P. Panayotopoulos of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC to the DSC and SFCC.

Respectfully submitted by,

LIAISON COUNSEL

BY: /s/ Kerry J. Miller
KERRY J. MILLER (#24562)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA  70163
Telephone: 504-599-8194
Facsimile: 504-599-8145

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Consent Motion To Substitute Members In The Defense Steering Committee and State/Federal Coordination Committee and Application For Appointment To Defense Steering Committee and State/Federal Coordination Committee of Todd R. Ehrenreich and Nicholas P. Panayotopoulos** has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 30 day of July, 2010.


/s/ Kerry J. Miller