IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO:  All Cases | JUDGE FALLON MAG. JUDGE WILKINSON |

## ORDER

Considering the foregoing Consent Motion To Substitute Members In The Defense Steering Committee and State/Federal Coordination Committee and Application For Appointment To Defense Steering Committee and State/Federal Coordination Committee of Todd R. Ehrenreich And Nicholas P. Panayotopoulos:

**IT IS ORDERED** that Todd R. Ehrenreich and Nicholas P. Panayotopoulos of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC are hereby appointed to the Defense Steering Committee and State/Federal Coordination Committee.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
JUDGE ELDON E. FALLON