IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN and DAWN AMATO, et al., | * |
| | * |
| Plaintiffs, | * |
| | * |
| v. | *   CASE NO.: CV-2010-932 |
| | * |
| LIBERTY MUTUAL INSURANCE, et al., | * |
| | * |
| Defendants. | * |

**MOTION FOR ADMISSION *PRO HAC VICE***
_____

COMES NOW Movant, Roy Wallace Harrell, III, an attorney, and on behalf of defendant QBE Insurance Corporation, states as follows:

1. Movant is an active member in good standing with Eastern District of Louisiana and is familiar with the local rules and customs of this Court.

2. Movant requests that attorney C. Richard Wilkins be granted permission to appear *pro hac vice* on behalf of his client QBE Insurance Corporation, defendant in the above-captioned matter, although Mr. Wilkins does not reside in Louisiana nor is he licensed to practice law in the State of Louisiana.

3. Mr. Wilkins is admitted to, and a member in good standing of, the United States District Court for the Southern District of Alabama, as evidenced by the Certificate of Good Standing which is attached to and incorporated into this motion.

4. If Mr. Wilkins is allowed to appear in this matter, Movant will continue to act as local counsel for Defendant. Movant agrees to readily communicate with opposing counsel and the Court regarding the conduct of this matter and to accept papers when served.

{00423473.DOC-1}

WHEREFORE, Movant prays that the Court grant attorney C. Richard Wilkins permission to appear *pro hac vice* in this matter.

Respectfully submitted,

Respectfully submitted,

BY: /s/ Roy Wallace Harrell, III
ROY WALLACE HARRELL, III
Louisiana Bar No. 28596
VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
56 St. Joseph Street
11th Floor
Mobile, Alabama 36602
Telephone: (251) 432-9772
Facsimile: (251) 432-9781

C. Richard Wilkins (WILKC8408)
VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
56 St. Joseph Street
11th Floor
Mobile, Alabama 36602
Telephone: (251) 432-9772
Facsimile: (251) 432-9781

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of July, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties of record:

                                          /s/ Roy Wallace Harrell, III
                                          ROY WALLACE HARRELL, III