IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

DEAN and DAWN AMATO, et al.,             *
                                         *
          Plaintiffs,                    *
                                         *
v.                                       *          CASE NO.: CV-2010-932
                                         *
LIBERTY MUTUAL INSURANCE, et al.,        *
                                         *
          Defendants.                    *


ORDER FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that C. Richard Wilkins of

the law firm of VICKERS, RIIS, MURRAY AND CURRAN, L.L.C., be entered as additional

trial counsel of record hereby for QBE Insurance Corporation.


DATED this the _____ day of _____, 2010


_____
UNITED STATES DISTRICT JUDGE


{00423484.DOC-1}