IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## AFFIDAVIT OF C. RICHARD WILKINS

STATE OF ALABAMA,

COUNTY OF MOBILE.

  Before me, the undersigned authority, a Notary Public in and for said County, in said State, personally appeared C. Richard Wilkins, who, upon first being duly sworn, did depose and say as follows:

  1. My name is C. Richard Wilkins and I reside at 52 Jordan Lane, Mobile, Mobile County, Alabama 36608.

  2. I am an attorney and a member of the law firm of Vickers, Riis, Murray and Curran, L.L.C. with offices at 56 St. Joseph Street, 11th Floor, Mobile, Mobile County, Alabama 36602, (251) 432-9772.

  3. I am an active member in good standing and currently eligible to practice law in the following jurisdiction(s): Alabama, (All State and Federal District Courts), United States Court of Appeals for the Eleventh Circuit.

  5. There are no disciplinary proceedings pending against me.

  6. I have not been subject to any disciplinary proceedings

  7. I have never been subject to any suspension proceedings.

  8. I have never been subject to any disbarment proceedings.

00423482.WPD-1

Further affiant saith naught.

_____
C. RICHARD WILKINS

Sworn to and subscribed before me on this the 30 day of July, 2010.

[AFFIX NOTARIAL SEAL]

_____
NOTARY PUBLIC
My Commission Expires: _____

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 27, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS