IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER FOR ADMISSION PRO HAC VICE

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that E. L. McCafferty, III of the law firm of VICKERS, RIIS, MURRAY AND CURRAN, L.L.C., be entered as additional trial counsel of record hereby for QBE Insurance Corporation.

DATED this the _____ day of _____, 2010

_____
UNITED STATES DISTRICT JUDGE

{00423755.DOC-1}