IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |

## AFFIDAVIT OF E. L. MCCAFFERTY, III

STATE OF ALABAMA,

COUNTY OF MOBILE.

  Before me, the undersigned authority, a Notary Public in and for said County, in said State, personally appeared E. L. McCafferty, III, who, upon first being duly sworn, did depose and say as follows:

  1. My name is E. L. McCafferty, III and I reside at 214 Lanier Avenue, Mobile, Mobile County, Alabama 36607.

  2. I am an attorney and a member of the law firm of Vickers, Riis, Murray and Curran, L.L.C. with offices at 56 St. Joseph Street, 11th Floor, Mobile, Mobile County, Alabama 36602, (251) 432-9772.

  3. I am an active member in good standing and currently eligible to practice law in the following jurisdiction(s): State of Alabama (admitted 1970); the United States District Courts for Alabama (admitted 1972); the United States Circuit Court of Appeals for the Eleventh Circuit (admitted 1981); and the United States Supreme Court (admitted 1988).

  5. There are no disciplinary proceedings pending against me.

  6. I have not been subject to any disciplinary proceedings

  7. I have never been subject to any suspension proceedings.

8. I have never been subject to any disbarment proceedings.

Further affiant saith naught.

*E. L. McCafferty, III* (signature)
E. L. MCCAFFERTY, III

Sworn to and subscribed before me on this the 30 day of July, 2010.

[AFFIX NOTARIAL SEAL]

*Kristina M. Dunn* (signature)
NOTARY PUBLIC
My Commission Expires:

NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Jan 27, 2013
BONDED THRU NOTARY PUBLIC UNDERWRITERS

00423753.WPD-1                        2