UNITED STATES OF AMERICA

SOUTHERN DISTRICT OF ALABAMA } ss.

# Certificate of Good Standing



I, Charles R. Diard, Jr., Clerk of the United States District Court for the Southern District of Alabama DO HEREBY CERTIFY that

# Emit Luther McCafferty, III

was duly admitted to practice in said Court on January 18, 1972, and is in good standing as a member of the bar of said Court.

Dated at *Mobile, Alabama*

on July 28, 2010

**Charles R. Diard, Jr.**
**Clerk of Court**

By

Deputy Clerk