UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) | MDL No. 2047 |
| ) | SECTION: L |
| THIS DOCUMENTS RELATES TO: ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |
| *David Gross, et al. v. Knauf Gips KG, et al.* ) Case No. 2:09-cv-66907628 (E.D.La.) ) ) | |

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that LPR Builders, Inc. ("LPR"), hereby appears herein through **TEW CARDENAS, L.L.P.**, its undersigned attorneys, and demands service of all notice and papers herein upon:

> Regen J. Shanzer, Esq.
> TEW CARDENAS, L.L.P.
> Four Seasons Tower, 15th Floor
> 1441 Brickell Avenue
> Miami, Florida 33131
> Telephone: (305) 536-1112
> Facsimile: (305) 536-1116
> Email: rjs@tewlaw.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes all pleadings of any kind, including, without limitation, all notices, motions, complaints, and orders, whether written or oral, formal or informal, however transmitted, related in any way to the debtor, its property, or its estate. The undersigned requests that the above attorneys be added to the mailing matrix.

Dated this ___2nd___ day of August 2010.

544343.1

TEW CARDENAS, L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 536-1112
Facsimile: (305) 536-1116
rjs@tewlaw.com

/s/ Regen J. Shanzer
Regen J. Shanzer, Esq.
Florida Bar No.: 0051558

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Regen J. Shanzer

Regen J. Shanzer, Esq.