UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                      SECTION L
                                                      JUDGE FALLON
                                                      MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

KATHERINE L. FOSTER, on behalf of herself
Individually and all others similarly situated
Case No. 2:09-cv-04320
_____/

## ORDER ON ADORNO & YOSS LLP'S MOTION TO
## WITHDRAW AS CO-COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of record for Defendants BANNER SUPPLY CO., ("BANNER") in the above civil action.  The Court, having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP as co-counsel of record for BANNER, is hereby granted and that the firm of ADORNO & YOSS LLP are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of BANNER.  The Court further ORDERS that the firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL are hereby left as counsel of record for BANNER as of the date of this Order.

It is ORDERED this _____ day of August, 2010.

                                       _____
                                       HONORABLE ELDON E. FALLON

cc:      All Counsel of Record