UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO.: 2047 |
| | SECTION: "L"(2) |
| PERTAINS TO: | JUDGE: FALLON |
| *Kelvin Hayes Robins, Sr., et al. v. Knauf Gips KG, et al.* : Civil Action No. 09-7551 | MAGISTRATE: WILKINSON |

## NOTICE OF APPEARANCE

**TO ALL PARTIES, PLEASE TAKE NOTICE THAT:**

Republic Fire and Casualty Insurance Company, appearing herein through Larzelere Picou Wells Simpson Lonero, LLC, in accordance with Pretrial Order Nos. 1F and 1G, file this *Notice of Appearance* and respectfully request that all notices given or required to be served in this preceding also be served upon the following counsel:

**Jay M. Lonero (No. 20642)**
**Angie Arceneaux Akers (No. 26786)**
**Jennifer R. Kretschmann (No. 28646)**
**Larzelere Picou Wells Simpson Lonero, LLC**
Suite 1100 - Two Lakeway Center
3850 N. Causeway Boulevard
Metairie, LA  70002
Telephone: (504) 834-6500
Fax:  (504) 834-6565

This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana. Further, this filing does not constitute a waiver of any rights and/or defenses, including but not limited to, the right to trial by jury in any matter.

    Respectfully submitted,

    **LARZELERE PICOU WELLS**
        **SIMPSON LONERO, LLC**
    Suite 1100 - Two Lakeway Center
    3850 N. Causeway Boulevard
    Metairie, LA   70002
    Telephone:     (504) 834-6500
    Fax:  (504) 834-6565

**BY:**   */s/ Jennifer R. Kretschmann*
    **JAY M. LONERO, T.A. (No. 20642)**
        jlonero@lpwsl.com
    **ANGIE ARCENEAUX AKERS (No. 26786)**
        aakers@lpwsl.com
    **JENNIFER R. KRETSCHMANN (No. 28646)**
        jkretschmann@lpwsl.com

    **ATTORNEYS FOR REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 02 day of August, 2010.

*/s/ Jennifer R. Kretschmann*