IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| DAVID GROSS, ET AL. | CASE NO: 09-6690 |
| v. |  |
| KNAUF GIPS KG, ET AL. |  |

## NOTICE OF APPEARANCE

Robert V. Fitzsimmons, Esq., and the law firm of Rumberger, Kirk & Caldwell, P.A., hereby enters their appearance as counsel for Defendant, Florida Style Services, Inc. and requests that copies of all pleadings filed in this matter be forwarded to undersigned.

Respectfully Submitted,

*Robert V. Fitzsimmons*
ROBERT V. FITZSIMMONS
Florida Bar No. 0355739
MONICA C. SEGURA
Florida Bar No. 0021267
RUMBERGER, KIRK & CALDWELL
A Professional Association
Brickell Bayview Centre, Suite 3000
80 S.W. 8th Street (33130-3037)
Post Office Box 01-9041
Miami, Florida 33101
Telephone: (305) 358-5577
Telecopier: (305) 371-7580

*Attorneys for Defendant Florida Style Services, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

                                               *Robert V. Fitzsimmons*
                                               ROBERT V. FITZSIMMONS
                                               Florida Bar No. 0355739
                                               MONICA C. SEGURA
                                               Florida Bar No. 0021267
                                               RUMBERGER, KIRK & CALDWELL
                                               A Professional Association
                                               Brickell Bayview Centre, Suite 3000
                                               80 S.W. 8th Street (33130-3037)
                                               Post Office Box 01-9041
                                               Miami, Florida 33101
                                               Telephone: (305) 358-5577
                                               Telecopier: (305) 371-7580

                                               *Attorneys for Defendant Florida Style Services, Inc.*

1117472