UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-6690 (Gross)** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### FIRST *EX PARTE* MOTION FOR EXTENSION OF TIME TO SUBMIT BUILDER PROFILE FORM

Defendant Lucas Construction Corporation ("Lucas") respectfully moves the Court for an additional fifteen (15) days, through and including August 17, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter, Civil Action No. 09-6690, within MDL No. 2047. This is Lucas's first request for an extension of time in this matter. The fifteen-day extension will neither prejudice any party nor delay the progression of this case.

**WHEREFORE**, Lucas Construction Corporation prays for an additional fifteen (15) days, through and including August 17, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter.

163364

Respectfully submitted,

/s/ Christy C. Harowski
Steven W. Usdin, 12896  (TA)
susdin@barrassousdin.com
Christy C. Harowski, 30712
charowski@barrassousdin.com
BARRASSO USDIN KUPPERMAN
  FREEMAN & SARVER, LLC
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:     (504) 589-9700
Facsimile:     (504) 589-9701

*Attorneys for Lucas Construction Corporation*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing First *Ex Parte* Motion for Extension of Time has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No.6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Christy C. Harowski

163364