OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2010 JUL 28 PM 3:52
LORETTA G. WHYTE
CLERK

Date: 7-28-2010

Sean and Beth Payton, et al.

vs.

Knauf Gips, KG, et al.

Case No. 09-7628   Section L

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

1. (name) Right Way Finishing, Inc.
   (address) 3953 Tierra Venado Dr. El Paso, TX 79938
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

_____
"Signature"

Attorney for   Russ M. Herman
Address   820 O'Keefe Ave.
New Orleans, LA 70113

___Fee
___Process
X  Dktd
___CtRmDep
___Doc. No.