OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
NEW ORLEANS, LOUISIANA  70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 30  PM 12:02

LORETTA G. WHYTE
CLERK

Date: _7-30-2010_

_Sean and Beth Payton, et al_

vs.

_Knauf Gips KG, et al_

Case No. _09-7628_  Section _L_

Dear Sir:

   Please (issue) (re-issue) summons on the (complaint) (amended complaint) ( ___ amended complaint) (third party complaint) (other : _____ ) to the following:

   1. (name) _Richard Jones Construction Company, Inc. c/o Richard S. Jones, Jr._
      (address) _231 SW 12th Avenue Pompano Beach, FL_
   2. (name) _____
      (address) _____
   3. (name) _____
      (address) _____
   4. (name) _____
      (address) _____

                              Very truly yours,

                              _____
                              "Signature"

                              Attorney for _Russ Herman_
                              Address _820 O'Keefe Avenue_
                              _New Orleans, LA 70113_

___ Fee ___
_X_ Dktd ___
___ CtRmDep ___
___ Doc. No. ___