OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 26  PM 11:04

LORETTA G. WHYTE
CLERK

Date: 7-27-10

Sean & Beth Payton, et al

vs.

Knauf Gips, KG, et al

Case No. 09-7628   Section L
MDL 2047

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (_____ amended complaint) (third party complaint) (other: _____) to the following:

1. (name) L.A. Homes Inc.
   (address) 2604 Sea Gull Dr. Marrero, LA 70072

2. (name) _____
   (address) _____

3. (name) _____
   (address) _____

4. (name) _____
   (address) _____

Very truly yours,

Russ M. Herman, Esquire
"Signature"

Attorney for Plaintiff
Address 820 O'Keefe Ave.
NOLA 70113

Fee_____
X  Dktd_____
___ CtRmDep_____
___ Doc. No._____
Process_____