UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 09-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| **This document relates to:** | * | MAGISTRATE WILKINSON |
| AMATO V. LIBERTY MUTUAL | * | |
| INSURANCE COMPANY, ET AL | * | |
| CASE NO. 10-932 | * | |
| *   *   *   *   *   *   *   * | | |

## NOTICE OF APPEARANCE OF COUNSEL AND
## REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COMES NOW, John W. Hite III and Susan G. Guillot of the law firm of Salley, Hite & Mercer LLC and Joseph A. Ziemianski of the law firm of Cozen O'Connor, and hereby file this Notice of Appearance of Counsel on behalf of ACE Fire Underwriters Insurance Company. It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action. This appearance is submitted reserving all defenses and without waiving any objections to service of process, venue or jurisdiction. All objections and challenges are specifically reserved.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G. GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile: 504/566-8828
jhhite@shmnola.com

**BY:   /s/ John W. Hite III**
          **JOHN W. HITE III**

**JOSEPH A. ZIEMIANSKI**
Texas State Bar No. 00797732
Cozen O'Connor
One Houston Center
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
jziemianski@cozen.com
**ATTORNEYS FOR ACE FIRE UNDERWRITERS INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing "*Notice of Appearance and Request for Service of all Documents and Pleadings*" on behalf of ACE Fire Underwriters Insurance Company and Westchester Surplus Lines Insurance Company has been served on Plaintiffs' Liaison Counsel, by the Court's CM/ECF Electronic Filing System, <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system, on this 2nd day of August, 2010.

                                                                  /s/ John W. Hite III

G:\daisy\WD\21121\Notice of Appearance for ACE.wpd