UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: CHINESE MANUFACTURED        *     MDL NO. 09-2047
DRYWALL PRODUCTS LIABILITY      *
LITIGATION                        *     JUDGE FALLON
                                      *
**This document relates to:**        *     MAGISTRATE WILKINSON
AMATO V. LIBERTY MUTUAL        *
INSURANCE COMPANY, ET AL      *
CASE NO. 10-932               *
*     *     *     *     *     *     *     *

**NOTICE OF APPEARANCE OF COUNSEL AND**
**REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS**

COMES NOW, John W. Hite and Susan G. Guillot of the law firm of Salley, Hite &

Mercer LLC and Joseph A. Ziemianski of the law firm of Cozen O'Connor, and hereby file

this Notice of Appearance of Counsel on behalf of Westchester Surplus Lines Insurance

Company. It is respectfully requested that all future pleadings and correspondence be served

upon the undersigned counsel in connection with this action. This appearance is submitted

reserving all defenses and without waiving any objections to service of process, venue or

jurisdiction. All objections and challenges are specifically reserved.

Respectfully submitted,

Salley, Hite & Mercer, LLC
**JOHN W. HITE III (T.A. 17611)**
**SUSAN G.  GUILLOT (29588)**
One Canal Place
365 Canal Street, Suite 1710
New Orleans, LA 70130
Telephone: 504/566-8800
Facsimile:  504/566-8828
jhite@shmnola.com

**BY:    /s/ John W. Hite III**
      **JOHN W. HITE III**

**JOSEPH A. ZIEMIANSKI**
Texas State Bar No. 00797732
Cozen O'Connor
1221 McKinney Street, Suite 2900
Houston, Texas 77010
Telephone: (832) 214-3900
Telecopier: (832) 214-3905
**jziemianski@cozen.com**
**ATTORNEYS FOR WESTCHESTER**
**SURPLUS LINES INSURANCE**
**COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing "*Notice of Appearance and Request for Service of all Documents and Pleadings*" on behalf of  ACE Fire Underwriters Insurance Company and Westchester Surplus Lines Insurance Company has been served on Plaintiffs' Liaison Counsel, by the Court's CM/ECF Electronic Filing System, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF system, on this 2nd day of August, 2010.

           /s/ John W. Hite III

G:\daisy\WD\21121\Notice of Appearance for Westchester.wpd