UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON <br> * |
| **This document relates to:** | * <br> * |
| DEAN AMATO, ET AL. <br> v. <br> LIBERTY MUTUAL INS., ET AL | * <br> * MAGISTRATE WILKINSON <br> * <br> * |
| Case No. 10-932 | * <br> * <br> * |

**************************************************

## NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS AUTO-OWNERS INSURANCE COMPANY, OWNERS INSURANCE COMPANY AND SOUTHERN OWNERS INSURANCE COMPANY

Please take notice that Jerry L. Saporito and Amanda W. Vonderhaar of the firm Leake & Andersson, LLP and Roger S. Morrow of the firm Morrow, Romine & Pearson P.C., in accordance with Pretrial Order Nos. 1F and 1G, are entering an appearance for Defendants, Auto-Owners Insurance Company, Owners Insurance Company and Southern Owners Insurance Company, in the above-numbered and entitled matter. This filing does not constitute consent to jurisdiction or venue in the United States District Court for the Eastern District of Louisiana. Further, this filing does not constitute a waiver of any rights and/or defenses, including, but without limitation, lack of personal jurisdiction, lack of subject matter jurisdiction and improper venue and all rights and/or defenses are expressly reserved.

Respectfully submitted:

**LEAKE & ANDERSSON, LLP**

*/s/ Amanda W. Vonderhaar*
_____
JERRY L. SAPORITO, T.A.  (#11717)
E-mail:  jsaporito@leakeandersson.com
AMANDA W. VONDERHAAR (#31350)
E-mail:  avonderhaar@leakeandersson.com
1100 Poydras Street, Suite 1700
New Orleans, Louisiana 70163-1701
Tel:  (504) 585-7500
Fax: (504) 585-7775

-AND-

**MORROW, ROMINE & PEARSON P.C.**

 */s/ Roger S. Morrow*
_____
ROGER S. MORROW (AL Bar No. 4980-M60R)
E-mail:  rsmorrow@mrplaw.com
Post Office Box 4804
Montgomery, Alabama 36103-4804
Telephone: (334) 262-7707
Fax: (334) 262-7742

*Attorneys for Auto-Owners Insurance Company, Owners Insurance Company and Southern Owners Insurance Company, Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

*/s/ Amanda W. Vonderhaar*
  **AMANDA W. VONDERHAAR**