IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:   All Cases          JUDGE FALLON
MAG. JUDGE WILKINSON

## ORDER

Considering the foregoing Consent Motion To Substitute Members In The Defense Steering Committee and State/Federal Coordination Committee and Application For Appointment To Defense Steering Committee and State/Federal Coordination Committee of Todd R. Ehrenreich And Nicholas P. Panayotopoulos:

**IT IS ORDERED** that Todd R. Ehrenreich and Nicholas P. Panayotopoulos of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC are hereby appointed to the Defense Steering Committee and State/Federal Coordination Committee.

New Orleans, Louisiana, this 2nd day of August, 2010.

*[signature]*
JUDGE ELDON E. FALLON