UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON |

**THIS DOCUMENT RELATES TO** *Amato, et al. v. Liberty Mutual Ins., et al,* **Case No. 10-932**

## ORDER

Defendant QBE Insurance Corporation filed a Motion for Admission *Pro Hac Vice*. Rec. Doc. No. 4715. Pursuant to Pretrial Order No. 1, paragraph 12, attorneys admitted to practice and in good standing in any United States District Court are admitted *pro hac vice* in the present litigation, and the requirements of Local Rules 83.2.6E and 83.2.7 are waived. *See* http://www.laed.uscourts.gov/Drywall/DrywallFAQ.htm (The FAQ page of the Court's Chinese drywall MDL website). Accordingly, IT IS ORDERED that Defendant's Motion is DENIED as MOOT.

New Orleans, Louisiana, this 2nd day of August, 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE