UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>Payton, et al. v. Knauf GIPS KG, et. al.,<br>Case No. 2:09-cv-07628 (E.D.La.) | |

### STEPHEN AND DONNA RICHARDS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT, KEITH WARRICK DRYWALL, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiffs, Stephen and Donna Richards, hereby dismiss without prejudice all of their claims against Keith Warrick Drywall, Inc., in Plaintiffs' Omnibus Complaint, reserving their rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Stephen and Donna Richards shall continue to pursue their claims against the remaining Defendants not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from William F. Cash III, counsel for Stephen and Donna Richards, dated July 30, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 3, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 3rd day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047

# EXHIBIT "A"



| SCOTT C. BARNES | MARTIN H. LEVIN | MIKE PAPANTONIO | OF COUNSEL: |
| BRIAN H. BARR | ROBERT M. LOEHR | MARK J. PROCTOR | ROBERT F. KENNEDY, JR. |
| M. ROBERT BLANCHARD | KATHERINE McFARLAND | TROY A. RAFFERTY | (LICENSED ONLY IN NEW YORK) |
| VIRGINIA M. BUCHANAN | NEIL E. McWILLIAMS, JR. | MATTHEW D. SCHULTZ | BEN W. GORDON, JR. |
| WILLIAM F. CASH, III | Wm. JEMISON MIMS, JR. | AMANDA SLEVINSKI | |
| STEPHEN H. ECHSNER | CLAY MITCHELL | W. CAMERON STEPHENSON | LEFFERTS L. MABIE, JR. (1925-1995) |
| RACHAEL R. GILMER | R. LARRY MORRIS | MEGHAN M. TANS | D.L. MIDDLEBROOKS (1926-1997) |
| KRISTIAN KRASZEWSKI | K. LEA MORRIS | LEO A. THOMAS | DAVID H. LEVIN (1928-2002) |
| KIMBERLY R. LAMBERT | PETER J. MOUGEY | BRETT VIGODSKY | STANLEY B. LEVIN (1938-2009) |
| FREDRIC G. LEVIN | TIMOTHY M. O'BRIEN | CHRISTOPHER M. VLACHOS | |
| | | AARON L. WATSON | |

LEVIN • PAPANTONIO
THOMAS • MITCHELL
ECHSNER & PROCTOR • P.A.
PROFESSIONAL CORPORATION    ATTORNEYS AT LAW

July 30, 2010

Russ M. Herman
Herman, Herman, Katz & Cotler, L.L.P.
820 O'Keefe Ave.
New Orleans, LA 70113

RE: Notice of Voluntary Dismissal

Dear Russ:

Please find enclosed a Notice of Voluntary Dismissal Without Prejudice of Defendant, Keith Warrick Drywall, Inc. At this time we request that you file the enclosed document on behalf of our clients, Stephen & Donna Richards.

Sincerely

William F. Cash III

WFC/cac
Enclosure

OFFICE: 316 S. BAYLEN STREET • SUITE 600 • PENSACOLA, FL 32502
CORRESPONDENCE: P.O. BOX 12308 • PENSACOLA, FL 32591    CONTACT: (850) 435-7000 • (850) 435-7020 FAX • WWW.LEVINLAW.COM