# Exhibit "F"

**Lane Robein**

**From:** Lenny Davis
**Sent:** Sunday, July 25, 2010 5:35 PM
**To:** Lane Robein
**Subject:** FW: Revised Search Terms
**Attachments:** CHIDMS1-2803413-v2-Knauf_English_-_German_word_seach.DOC

Print and put in my meet and confer folder

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Sanders, Douglas B [mailto:Douglas.Sanders@bakermckenzie.com]
**Sent:** Thursday, July 22, 2010 2:25 PM
**To:** Grand, Jeff; Richard G. Duplantier, Jr.; Lenny Davis; Steven Glickstein
**Cc:** AnthonyIrpino; alevin; BASSH; ervin@colson.com; flonger; Jay Mayesh; Karin Garvey; Kerry J. Miller, Esq.; Robert Grass; Russ Herman
**Subject:** RE: Revised Search Terms

Jeff,

We accepted your changes and are using them with the attached German language terms for searches.

Doug

---

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Friday, July 16, 2010 3:57 PM
**To:** Sanders, Douglas B; Richard G. Duplantier, Jr.; Lenny Davis; Steven Glickstein
**Cc:** AnthonyIrpino; alevin; BASSH; ervin@colson.com; flonger; Jay Mayesh; Karin Garvey; Kerry J. Miller, Esq.; Robert Grass; Russ Herman
**Subject:** RE: Revised Search Terms

Doug, please see attached mark-up with some minor edits to those PSC and joint PSC-HSC searches. I assume Mark will give you comments as well. From our perspective, if you accept our edits, we're good to go with the understanding that these will also be translated into German and that we are not waiving our right to challenged the adequacy of these searches at a later date.

**From:** Sanders, Douglas B [mailto:Douglas.Sanders@bakermckenzie.com]
**Sent:** Tuesday, July 13, 2010 9:55 PM
**To:** Richard G. Duplantier, Jr.; Lenny Davis; Steven Glickstein
**Cc:** AnthonyIrpino; alevin; BASSH; ervin@colson.com; flonger; Grand, Jeff; Jay Mayesh; Karin Garvey; Kerry J. Miller, Esq.; Robert Grass; Russ Herman
**Subject:** Revised Search Terms

Attached are revised search terms addressing both the PSC's and HSC's discovery requests after comments from Jeff and Mark. They have been vetted with our e-discovery provider as well.  Please let us know if you have any comments. Jeff and Mark, a call with you may be the easiest way to discuss any changes, to the extent you have any, after discussions with your various groups.

Doug


Pursuant to requirements related to practice before the Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for the purposes of (i) avoiding penalties imposed under the United States Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

This message may contain confidential and privileged information. If it has been sent to you in error, please reply to advise the sender of the error and then immediately delete this message. Please visit www.bakermckenzie.com/disclaimers for other important information concerning this message.

| English Key Word Search | German Key Word Search |
|---|---|
| **PSC Jurisdictional Request No. 1 and HSC Nos. 9 & 10:**<br><br>*Documents sufficient to show Your ownership interest in, or affiliation with any Related Entity.*<br><br>*All documents related to any transfer of ownership, control, and/or possession of any of the Knauf Entities during the Relevant Time Period.*<br><br>*All documents related to any transfer of ownership, control, and/or possession of any assets or liabilities of Defendant or any of the Knauf Entities during the Relevant Time Period.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ("interest" or affiliat! or own! or agree! or contract! or venture or relat! or stock or transfer! or assign! or shift!) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and ("Anteil" or verbunden! or besitz! or zustimm! or Vertrag or Vereinbar! or Unternehm! or zugehoer! or zugehör!or Aktie! or Anteil! or uebertr! or übertr! or abtret! or verlager!) |
| **PSC Jurisdictional Request No. 2:**<br><br>*Documents sufficient to identify the board of directors, each corporate officer and the organizational structure of any Related Entity.*<br><br>Knauf Gips will provide documents sufficient to identify the board of directors, corporate officers and structure of the entities referenced above from 2005 through September 2009 in response to Request No. 2 without needing | N/A |

| | |
|---|---|
| to conduct a search. | |
| **PSC Jurisdictional Request No. 3:**<br><br>*Documents sufficient to show each distribution or transfer of cash or assets, including fees, commissions or other revenue between You and any Related Entity.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and (distribut! or transfer! or assets or fees or commission! or revenue) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and (veraeuss! or veräuss! or uebertr! or übertr! or ueberweis! or überweis! or Aktiv! or Anlag! or Vermoegen! or Vermögen! or Gebuehr! or Gebühr! or Provision! or Ertr! or Einnahmen or Umsatz) |
| **PSC Jurisdictional Request No. 4:**<br><br>*Documents sufficient to show the existence of any inter-company loans, advances of funds or cost sharing agreements between You and any Related Entity.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((loan! or "cost sharing" or funds) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and ((Kredit! or Darlehen! or Anleih! or Kostenbeteiligung or Kostenteilung or Mittel) |
| **PSC Jurisdictional Request No. 5:** | |

| | |
|---|---|
| *Documents sufficient to show the existence of any guarantees or similar assurances by You to financial institutions on behalf of any Related Entity.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and (guarantee! or assur!) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and (Zahlungsgarantie! or Versprech!) |
| **PSC Jurisdictional Request No. 6:**<br><br>*All documents that relate to the preparation and approval by You of annual and longer-term business plans, marketing plans and budgets for any Related Entity.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ("business plan" or "marketing plan" or budget! or forecast! or project!) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and ("Business-Plan" or Geschaeftsplan or Marketingplan or Absatzplan or budget! or Finanz! or  Vorhersag! or Prognose! or Projekt!) |
| **PSC Jurisdictional Request No. 7:**<br><br>*Any combined financial statements for You and any Related Entity.* | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or |

| | |
|---|---|
| **Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ("financial statement" or "combined financial statement") | "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and (Abschluss or Bilanz or Gesamtabschluss) |
| **<u>PSC Jurisdictional Request No. 8:</u>**<br><br>*All documents submitted by or on behalf of You or any persons currently or formerly in Your employ to any department or agency of the United States government including, without limitation, any applications for visas, import, export or disposal authorizations or licenses, or currency, monetary or other financial transfers or transactions, or patents.*<br><br>**Suggested keyword search:** (visa or "disposal authorization" or "disposal license" or export or import or currency or monetary or "financial transfer!" or "financial transaction!" or patent or application) and ("united states" or "U.S." or US or USA or America) | (Visum or Entsorgungsgenehmigung or export! or import! or Waehrung or Währung or entgeldlich or finanziell! or Ueberweis! or Überweis! or Transaktion or Patent or Antrag) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) |
| **<u>PSC Jurisdictional Request No. 9:</u>**<br><br>*All documents issued during the relevant time period by any agency or department of the United States government to, at the request of, or on behalf of You or any persons currently or formerly in Your employ, including, but not limited to, visas, import, export or disposal authorizations or licenses, or currency, monetary or other financial transfers or transactions, or patents.* | N/A |

| | |
|---|---|
| **Suggested keyword search:** same as 8. | |
| **<u>PSC Jurisdictional Request No. 10 and HSC Request No. 13:</u>**<br><br>*Documents sufficient to show all travel to the United States by any of Your officers, directors, employees, representatives or agents for the purpose of conducting business or engaging in any business activity regarding the marketing, sale or promotion of Chinese Drywall, including, but not limited to, expense records, airplane tickets, hotel bills, car rental bills and other travel records, as well as documents sufficient to show the dates and purposes of all such trips.*<br><br>*All marketing or advertising materials sent or mailed, or caused to be sent or mailed, to any party located within the United States, including, without limitations, advertisements in any newspapers, magazines, television stations, electronic mail or internet services, or other vehicles for advertisement, which were intended for persons or entities in the United States.*<br><br>**Suggested keyword search:** ((drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard) and ("united states" or "U.S." or US or USA or America)) and (marketing or "expense re!" or airplane or airline or hotel or "car rental" or travel or trip) | ((Gipsplatte or Gipskartonplatte or Gipsbauplatte) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and (Marketing or Kosten or Flugzeug or Fluggesellschaft or Hotel or Autoverleih or Autovermietung or reisen or Reise) |
| **<u>PSC Jurisdictional Request No. 11 and HSC No. 16:</u>**<br><br>*Documents sufficient to identify for each year during the relevant time period, all Your assets, including bank accounts, financial instruments or securities, located in the United States and the dollar value of each such asset.*<br><br>*All documents evidencing or pertaining to any bank accounts ever opened or maintained under your name, whether exclusively or in conjunction with* | ("Vereinigte Staaten" or "U.S." or US or USA or Amerika) and Bankkonto or Finanzinstrument or Wertpapier or Aktiv! or Vermoegen! or Vermögen!) |

| | |
|---|---|
| *any other person or entity, with any bank in the United States.*<br><br>**Suggested keyword search:** ("united states" or "U.S." or US or USA or America) and ("bank account" or instrument! or "securit!" or "asset!") | |
| **<u>PSC Jurisdictional Request No. 12:</u>**<br><br>*Documents sufficient to show any insurance coverage or policy issued to or in favor of You by any United States insurance company, or covering any insurable event involving You within the United States.*<br><br>Suggested keyword search: **("united states" or "U.S." or US or USA or America) and (insur! or "insurance policy" or coverage)** | ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and (Versicher! or Versicherungspolice or Deckung) |
| **<u>PSC Jurisdictional Request No. 13:</u>**<br><br>*All documents concerning any tax charged to You by any agency of the United States government, or by any state or local government within the United States.*<br><br>**Suggested keyword search:** tax! and ("united states" or "U.S." or US or USA or America) | Steuer! and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) |
| **<u>PSC Jurisdictional Request No. 14 and HSC No. 3:</u>**<br><br>*Documents sufficient to show for each year during the relevant time period, Your annual sales of Chinese Drywall to purchasers located in the United States (including, but not limited to sales of Chinese Drywall to any Related Entity located in the United States) and the dollar value for all such sales.*<br><br>*All documents which in any way relate to the sale or importation of Chinese Drywall into the United States during the Relevant Time Period*<br><br>**Suggested keyword search:** ((drywall or | ((Gipsplatte or Gipskartonplatte or Gipsbauplatte ) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and (Verkauf or Absatz or Vertrieb or Umsatz or Jahresumsatz or Einkauf! or import!) |

| | |
|---|---|
| "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard) and ("united states" or U.S. or US or USA or America)) and (sale! or "annual sales" or purchase! or import!) | |
| **PSC Jurisdictional Request No. 15:**<br><br>*Documents sufficient to show for each year during the relevant time period, the dollar amount of Chinese Drywall You sold in the United States.*<br><br>**Suggested keyword search:** Same as 14. | N/A |
| **PSC Jurisdictional Request No. 16:**<br><br>*Documents sufficient to show for each year during the relevant time period, Your annual sales of any products or services (excluding sales of Chinese Drywall) to purchasers located in the United States (including, but not limited to sales of products or services to any Related Entity).*<br><br>**Suggested keyword search:** ("united states" or U.S. or US or USA or America) and (sale! or "annual sales" or "purchase!") | ("Vereinigte Staaten" or "U.S." or US or USA or Amerika) and (Verkauf or Absatz or Vertrieb or Umsatz or Jahresumsatz or Einkauf!) |
| **PSC Jurisdictional Request No. 17 and HSC Nos. 4 and 6:**<br><br>*All documents relating to any written or unwritten agreements or understandings relating to the production, manufacture, marketing, pricing, sale or resale of Chinese Drywall between or among You and any named defendant.*<br><br>*All documents evidencing or reflecting any communications between you and any of the following entities, their officers, directors, employees, representatives and/or agents during the Relevant Time Period, including, without limitation, any communications concerning the design, development, composition, testing, inspection and/or performance of the Chinese* | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and ((produzier! or herstell! or Marketing or Preiskalkulation or Verkauf! or |

| | |
|---|---|
| *Drywall:*<br><br>*a) Knauf Plasterboard Dongguan Co. Ltd.;*<br>*b) Knauf Plasterboard Tianjin Co. Ltd.;*<br>*c) Knauf Plasterboard Wuhu Anhui Co. Ltd.;*<br>*d) Knauf Plasterboard Wuhu Co. Ltd.;*<br>*e) Knauf Plasterboard Guandong Co. Ltd.;*<br>*f) Knauf Insulation GmbH;*<br>*g) Knauf International GmbH;*<br>*h) Knauf Fiberglass GmbH; and,*<br>*i) Knauf USA Polystyrene Inc., and/or Knauf Polystrene.*<br><br>*(the foregoing entities will hereinafter be referred to as the "Knauf Entities").*<br><br>*All documents reflecting any contracts or agreements between Defendant and any of the Knauf Entities for the Relevant Time Period.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((produc! or manufactur! or marketing or pricing or sale or resale or design or develop! or composition or testing or inspect!) or (contract! or agreement!) and (drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard)) | Vertrieb or Weiterverkauf! or konstruier! or entwick! or Rezeptur or Zusammensetzung or pruef! or prüf! or test! or ueberpruef! or überprüf!) or (Vertrag or Vereinbar!) and ((Gipsplatte or Gipskartonplatte or Gipsbauplatte) |
| **<u>PSC Jurisdictional Request No. 18 and HSC Nos. 1 and 2:</u>**<br><br>*All documents relating to meetings attended by You and any named defendant at which meeting there* | see previous |

| | |
|---|---|
| *was any communication concerning the production, manufacture, marketing, pricing or sale of Chinese Drywall directed to the United States.*<br><br>*All documents evidencing or reflecting any communications between you and any other party regarding Chinese Drywall during the Relevant Time Period, including, without limitation, any communications concerning the design, development, composition, testing, inspection and/or performance of the Chinese Drywall.*<br><br>*All documents evidencing or pertaining to the design, development, composition, testing, inspection and/or performance of the Chinese Drywall during the Relevant Time Period.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard) and (produc! or manufactur! or marketing or pricing or sale or resale or design or develop! or composition or testing or inspect!) and ("united states" or U.S. or US or USA or America) | |
| **PSC Jurisdictional Request No. 19:**<br><br>*All documents related to any communications among defendants concerning the production, manufacture, marketing, pricing or sale of Chinese Drywall directed to the United States.*<br><br>**Suggested keyword search:** ((tianjin or | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and |

| | |
|---|---|
| dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((produc! or manufactur! or marketing or pricing or sale or resale or purchas! or customer) and ((drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard) and ("united states" or U.S. or US or USA or America)) | ("Vereinigte Staaten" or "U.S." or US or USA or Amerika))) and (produzier! or herstell! or Marketing or Preiskalkulation or Verkauf! or Vertrieb or Weiterverkauf! or Einkauf or Kunde) and (Gipsplatte or Gipskartonplatte or Gipsbauplatte) |
| **PSC Jurisdictional Request No. 20:**<br><br>*All communications between you and any other Person with respect to sales of Chinese Drywall in the United States.*<br><br>**Suggested keyword search:** Same as search terms for Request No. 19. | N/A |
| **PSC Jurisdictional Request No. 21:**<br><br>*Documents sufficient to show all licensing agreements, the sharing of technology or the provision of technical assistance by You to any Related Entity.*<br><br>**Suggested keyword search:** (tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf **insulation** gmbh" or "knauf fiberglass gmbh") and ("united states" or | (tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and (teil! w/25 (techn! or Software)) |

| | |
|---|---|
| "U.S." or US or USA or America)) and (sharing w/25 (tech! or software)) | |
| **PSC Jurisdictional Request No. 22:**<br><br>*All documents reflecting any requests by a Related Entity for Your authorization or approval for expenditures or relating to the manufacturing, pricing or distribution of Chinese Drywall.*<br><br>**Suggested keyword** search: ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((authoriz! or approval or "approval") w/2 ((expenditure or expens!)) and (drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard))) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and ((ermaechtig! or ermächtig! or Genehmig!) w/2 ((Aufwand or Kosten)) and (Gipsplatte or Gipskartonplatte or Gipsbauplatte) |
| **PSC Jurisdictional Request No. 23:**<br><br>*All documents reflecting Your authorizations, approvals or denials of authorizations or approvals in response to any request for expenditures or relating to the manufacturing, pricing or distribution of Chinese drywall from any Related Entity.*<br><br>**Suggested keyword search:** Same search terms used in response to Request No. 22. | N/A |
| **PSC Jurisdictional Request No. 24:**<br><br>*All marketing or public relations documents* | |

| | |
|---|---|
| *relating to Chinese Drywall including, but not limited to, brochures, advertisements, news releases, customer service reports, technical articles and price lists produced by You for use by any Related Entity in the United States.*<br><br>**Suggested keyword search:** ((drywall or "dry wall" or sheetrock or gypsum or wallboard or "wall board" or plasterboard) and ("united states" or U.S. or US or USA or America)) and ((marketing or advert! or brochure! or release! or "customer service" or article!) and "price list!") | (Gipsplatte or Gipskartonplatte or Gipsbauplatte) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and ((Marketing or werb! or Broschuere or Broschüre or Erklaerung! or Erklärung! or Kundendienst or Artikel) and Preisliste) |
| **<u>PSC Jurisdictional Request No. 25:</u>**<br><br>*All documents and reports regarding actual or prospective purchasers of Chinese drywall, including reports regarding actual or projected sales of Chinese drywall by any Related Entity.*<br><br>**Suggested keyword search:** See revised terms in Response to Request No. 19. | N/A |
| **<u>PSC Jurisdictional Request No. 26:</u>**<br><br>*All documents concerning any United States patent, trademark or copyright application made by You.*<br><br>**Suggested keyword search:** (copyright or patent or trademark) and ("united states" or "U.S." or US or USA or America) | (Urheberrecht or Patent or Marke) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) |
| **<u>PSC Jurisdictional Request No. 27 and HSC No. 22:</u>**<br><br>*All documents related to any United States legal proceedings involving You, including, but not limited to, any:* | N/A |

| | |
|---|---|
| a) *Claim, complaint, counterclaim or third party claim You filed in any court, administrative agency or any other governmental entity within the United States or any State or other jurisdiction of the United States;*<br><br>b) *Discovery responses and answers You filed in any litigation in which personal jurisdiction over You in the United States was or is an issue and any judicial orders, memoranda or opinions issued thereon; and*<br><br>c) *Copies of any judgment, levy or assessment entered in the United States against or in favor of You.*<br><br>*The complaint, your interrogatory responses, and any deposition transcripts concerning any lawsuit to which you have been a party in the United States during the last ten (10) years.*<br><br>**Suggested keyword search:** We are confirming with the client, but believe there have been no claims, complaints or lawsuits in the U.S. filed against Knauf Gips, and you have all responsive documents that are not protected by privilege because they are being filed in these cases. | |
| **<u>PSC Jurisdictional Request No. 28:</u>**<br><br>*All Court Orders issued in any United States action wherein the Court decided a motion You made to dismiss for lack of personal jurisdiction and all briefs submitted by the parties in support of, or opposition to, such a motion.*<br><br>**Suggested keyword search: Same as response to** | N/A |

| **Request No. 27.** | |
|---|---|
| **<u>PSC Jurisdictional Request No. 29:</u>**<br><br>*Documents sufficient to identify any and all agents You authorized to receive service of process or notice of proceedings within the United States or any State or other jurisdiction of the United States, for any or all litigation or proceedings, including, but not limited to 35 U.S.C. § 293.*<br><br>**Suggested keyword search:** (service or process or (notice w/5 proceedings)) and (litigation or lawsuit or complaint or claim or "35 U.S.C. § 293") and agent and ("united states" or "U.S." or US or USA or America) | (Zustell! or Klagezustellung or (Bescheid w/5 Prozess)) and (Gerichtsverfahren or Klage or Anspruch or "35 U.S.C. § 293") and (Agent or Bevollmaecht! or Bevollmächt!) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) |
| **<u>HSC Jurisdictional Request No. 5:</u>**<br><br>*All documents evidencing or reflecting shared services between Defendant and any of the Knauf Entities, including, without limitation, accounting services, payroll services, management/administrative services, human resources services, marketing services, and other similar services, during the Relevant Time Period.*<br><br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and (accounting or payroll or legal or marketing or distribution or technical or production or manufacture or plant or research or development or | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and (Buchhaltung or Gehaltsliste or rechtlich! or Rechtsabteilung or Marketing or Vertrieb or technisch! or Produktion or herstell! or Fabrik or Werk or Forschung or entwick! or Versuchsabteilung or Ingenieur! or Personalabteilung or "HR" or IT-Abteilung or Betrieb! or verwalt!) |

| | |
|---|---|
| "R&D" or engineering or "human resources" or "HR" or "IT dept!" or "management services" or administ!) | |
| **HSC Jurisdictional Request Nos. 7 & 8:**<br>*All documents related to any assumption of any debt of[sic] any other liability related to Defendant by or on behalf of the Knauf Entities.*<br>**Suggested keyword search:** ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("united states" or "U.S." or US or USA or America))) and ((assum! or pay! or paid) w/4 (debt or liability or responsibility or obligation or payable or balance or bill)) | ((tianjin or dongguan or guangdong or wuhu or "knauf usa polystyrene" or "knauf polystyrene" or "knauf international gmbh") or (("knauf insulation gmbh" or "knauf fiberglass gmbh") and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika)) and ((uebernehm! übernehm! or zahl! or gezahlt!) w/4 (Schuld! or Pflicht or Verantwortung or Haftung or Obligo or faellig or fällig or Bilanz or Rechnung)) |
| **HSC Jurisdictional Request Nos. 11, 12 & 14:**<br>Knauf Gips will provide documents sufficient to identify business-related visits to the United States in response to PSC request Nos. 8 and 9. The request with respect to all calls and emails raises significant privacy and other legal concerns in Germany and is overbroad and unduly burdensome. Therefore, searches will not be | N/A |

| | |
|---|---|
| performed for Request Nos. 11, 12 or 14. | |
| **<u>HSC Jurisdictional Request No. 15</u>:**<br><br>*All deeds, leases, mortgage agreements, loan agreements, rental, or lease agreements, storage agreements, sales agreements, insurance policies, tax documents, lien documents, or any other documents concerning any real property, personal property, or asset ever owned, leased, or otherwise held by you, in whole or in part, in the United States.*<br><br>**Suggested keyword search:** (deed or title or lease or rent or rental or mortgage or loan or storage or sales or insurance or tax or lien or "real property" or facility or land or plant or "personal property" or asset or account) and ("united states" or "U.S." or US or USA or "U.S.A." or America or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or California or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) | (Urkunde or Eigentumsrecht or Pacht! or Miet! or Vermiet! or Hypothek or Darlehen oder Lager or Ablage or Verkauf or Vertrieb or Versich! or Steuer or Pfandrecht or Immobilie or Anlage or Grundstueck or Werk or Fabrik or Privateigentum or Aktiv! or Vermoegen! or Vermögen! or Konto) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or Kalifornien or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) |
| **<u>HSC Jurisdictional Request No. 17</u>:**<br><br>*All contracts and agreements that you negotiated and/or executed during the Relevant Time Period: (a) with a party located in the United States; (b) over property (real, personal, intangible, etc...) or services in the United States; and/or, (c) requiring performance in the United States.*<br><br>**Suggested keyword search:** (contract or agreement or deal or transaction) w/5 sign or | (Vertrag or Vereinbar! or Abkomm! or Abmach! or Transaktion) w/5 unterschr! or unterschrift or unterzeichn! or besprech! or verhand! and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika or "New York" or Illinois or Chicago or |

| | |
|---|---|
| signature or execut! or discuss! or negotiat! and ("united states" or "U.S." or US or USA or "U.S.A." or America or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or California or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) | Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or Kalifornien or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) |
| **<u>HSC Jurisdictional Request No. 18:</u>**<br><br>*All documents evidencing or reflecting any financial transaction or activity involving you and any person or entity located in the United States during the Relevant Time Period.*<br><br>**Suggested keyword search:** (financ! or econom! or transact! or trade or business! or venture! or stock or share! or member! or commerc! or produc! or activit! or contact or sell! or sales or deal or operation! or plant or facilit! or manufactur!) and ("united states" or "U.S." or US or USA or "U.S.A." or America or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or California or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) | (finanz! or wirtschaftlich! or transakt! or Handel or Geschaeft! or Geschäft! or Unternehm! or Aktie! or Anteil! or Mitglied! or Kommerz! or produzier! or Taetigkeit! or Tätigkeit! or Kontakt or Verkauf! or Vertrieb! or Abkomm! or Abmach! or Betrieb or Werk or Fabrik or Anlage or herstell!) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or Kalifornien or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) |
| **<u>HSC Jurisdictional Request No. 19:</u>**<br><br>*All reports prepared during the Relevant Time Period for any regulatory or other agency which in any way discusses or relates to your activities, or* | (Abteilung or behoerdl! or behördl! or amtl! or |

| | |
|---|---|
| *the activities of any of your subsidiaries or affiliates in the United States.*<br><br>**Suggested keyword search:** (department or dept or regulat! or agency or government or commission or EPA or CPSC) and ("united states" or "U.S." or US or USA or "U.S.A." or America or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or California or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) | Behoerde or Behörde or Amt or Regierung or Kommission or Umweltbehoerde or EPA or CPSC) and ("Vereinigte Staaten" or "U.S." or US or USA or Amerika or "New York" or Illinois or Chicago or Miami or Florida or Indiana or Shelbyville or Lanett or Alabama or Shasta or Kalifornien or Dallas or Texas or "New Orleans" or Louisiana or Gulf or Virginia or Mississippi) |
| **HSC Jurisdictional Request No. 20:**<br><br>*All documents evidencing or reflecting Defendant's listing on any United States stock exchange during the Relevant Time Period*<br><br>There are no documents responsive to this request and Knauf Gips will not perform any search in response to this request. | N/A |
| **HSC Jurisdictional Request No. 21:**<br><br>*All documents reflecting Defendant's web pages written in English during the Relevant Time Period.*<br><br>Knauf Gips will consider how to respond to your request without using search terms. | N/A |

CHIDMS1/2803413.2

# Exhibit "G"

**Lenny Davis**

**From:** Lenny Davis
**Sent:** Friday, June 25, 2010 4:24 PM
**To:** 'Jay Mayesh'; flonger@lfsblaw.com
**Cc:** Karin Garvey; Arnold Levin; Fred Longer; Russ Herman; Grand, Jeff
**Subject:** RE: Deposition List
**Attachments:** Document.pdf

Attached is the list of names we have so far. There may be more but this is a good beginning. Thanks and have a good weekend

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Jay Mayesh [mailto:JMayesh@kayescholer.com]
**Sent:** Friday, June 25, 2010 9:00 AM
**To:** Lenny Davis; flonger@lfsblaw.com
**Cc:** Karin Garvey
**Subject:** Deposition List

The sooner you guys can come up with that long list of additional witnesses that we can then meet and confer on, the better.

Jay P. Mayesh, Esq.
Kaye Scholer LLP
425 Park Avenue
New York, NY 10022
Tel: (212) 836-7606
Fax: (212) 836-6588 (direct)
Fax: (212) 836-8689 (general)
Email: jmayesh@kayescholer.com

* * * *

IRS CIRCULAR 230 DISCLOSURE: To ensure compliance with Treasury Department re

| *Individual* |
| --- |
| Theus Knauf |
| Isabel Knauf |
| Baldwin Knauf |
| Nicholaus Knauf |
| Ann Zhony |
| Martin Halbach |
| Hans Hummell |
| Yuan Hong Wen |
| Chenjie |
| Mit Frund Tichen Gruessen |
| Dr. Yaun Dng Hongwen |
| Ceclia Lan Wang |
| Mark Norris |
| Cyrille Fournier |
| Jeff Brisley |
| Bob Claxton |
| Jon James Patrick |
| Richard Arrowsmith |
| Tony Robson |
| Manfred Grundke |
| Jon Pereira |
| Hans Peter Ingenillem |
| Joerg Schanow |
| David Gregory |

| Mark Andrews |
|---|
| Wang Lan |
| Frank Clem |
| Marion Knauf |
| John Davis |
| Manfred Paul |
| Heinz Ostereich |
| Barry Topple |
| Bernand Knoechel |
| Adolph Wegmann |
| Sam Samarasingag |
| Jawahar Rothchilt |
| William White |
| Donald “Mickey” Coblentz |
| Jack Landers |
| Artur Landers |
| Scott Giering |
| Gus Coffinas |
| Solomon Abadi |
| WCI |
| GL Homes |
| Distinctive Drywall |
| Beta Drywall |
| USG |
| La Suprema |
| Interior Exterior |
| Geary |
| Lennar |

| Doug Sanders |
| --- |
| Scott Thomas |
| Hurrand |
| Michael Watkins |
| Jim Geary |
| Fraunhofer-Gesellschaft |
| Gordon Yeh |

# Exhibit "H"



# THE  KNAUF  GROUP









CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Contents — Page

| Contents | Page |
|---|---|
| The Knauf Group | 2 - 3 |
| Knauf in China | 4 |
| Company Locations | 5 |
| Gypsum and Gypsum Related Products | 6 - 11 |
| -Natural Gypsum -- Formed Millions of Years Ago | |
| -FGD Gypsum -- Recovered from the Power Plant | |
| -Plaster Production | |
| -Plasterboard Production | |
| Research & Development | 12 - 13 |
| -Questions for the Future, Solutions for the Present | |
| -Technical Support -- Office Based | |
| -Technical Support -- Field Based | |
| -CPD Seminars | |
| Back to Nature | 14 - 15 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## THE KNAUF GROUP

Knauf, a family name, and a corporate group of global dimensions. At the same time synonymous with a type of corporate culture which has become rare. Knauf is a classical family firm in spite of its size and this is precisely the reason for its amazing success. It is the short and direct decision-making paths, the courage to tackle new ideas, innovations, investments and the wealth of ideas, contributed by all Knauf employees that characterizes our company.

Knauf was founded in 1932 by the brothers Karl and Dr. Alfons N. Knauf. Today their sons, managing partners Nikolaus and Baldwin Knauf, steer the success of the corporations' numerous enterprises in close coordination with the other family members.

From its beginnings in gypsum processing along the Saar and Main rivers, Knauf has expanded and diversified to become a corporation with world-wide activities, delivering products and services in the following fields:

- Building materials and systems based on gypsum and gypsum-related products.
- Thermal insulating and sound insulation materials.
- Limestone and lime products.
- Chalk and cement related products.
- Plant engineering.

Over 10,000 employees work in our plants and offices around the globe, all making a contribution to the group's success and, with it, their own economic security and personal development.

One of our fundamental principles is to locate our production facilities where the required raw materials are available and where there is a need for our products.

An increasing number of new Knauf plants are being set up, at present primarily in Eastern Europe and Asia, creating an increasing number of jobs and manufacturing high-quality products to meet tomorrow's needs.

Managing Partners of Gebr. Knauf Westdeutsche Gipswerke: Nikolaus Knauf & Baldwin Knauf

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## KNAUF IN CHINA

Knauf brought its advanced production technology to China in 1995. The first plant was established in Wuhu , Anhui. Since then, Knauf products have been distributed countrywide. The establishment of the two more factories, Knauf Tianjin and Knauf Dongguan, has further enhanced its distribution network.

Knauf Plant in Wuhu

Knauf not only manufactures high quality products, but also provides first-class service. Our professional sales, technical support, marketing teams ensure that our customers make the best use of the range of systems we offer in terms of both commercial and technical performance.

Knauf products and systems made in China maintain high quality and enjoy a leading reputation. We believe, between good products and good service, we bring the best to the market.

Knauf Plant in Tianjin

Knauf Plant in Dongguan

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KPT0025752



# GYPSUM AND GYPSUM RELATED PRODUCTS

## NATURAL GYPSUM – FORMED MILLIONS OF YEARS AGO

The white gypsum stone was formed by nature in several geological eras 100 to 200 million years ago. Chemically defined, it bears the name calcium sulphate dihydrate and has the chemical formula $CaSO_4.2H_2O$. It was formed as sediment rock by the evaporation of sea water.

In the course of the earth's history, layers of gypsum were covered by other masses of stone all exposed to geological influences. Due to the increase of pressure, the gypsum layers, lost their crystal water and calcium sulphate anhydrite was formed.

When the water free calcium sulphate anhydrite is brought back into contact with water, it will slowly start to reform into gypsum.

Both types of natural gypsum rock are important for the manufacture of our products. These are extracted by opencast mining as well as underground mining.

Unlike the mining of other raw materials, the extraction of gypsum requires only relatively small surface areas. Because of this the interference with nature is restricted in space and time.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## FGD GYPSUM -- RECOVERED FROM THE POWER PLANT

The Environmental Protection Act of 1990 specifies that coal-fired power stations need to comply to certain omission levels. One way of reducing omission levels is to fit Flue Gas Desulphurisation (FGD) system. This was a great step forward in keeping the air clean.

Exact drilling enables precision blasting in the mine.

We at Knauf made a decisive contribution towards the further development of desulphurisation technology; It is a simple, wet cleaning process using natural lime, where the final product is moist, fine crystals of FGD gypsum. This gypsum can be directly introduced into the economic cycle of the construction industry as a raw material.

After blasting, the natural gypsum is loaded onto a lorry .

The technology of desulphurisation and the development of the process, which uses FGD gypsum in the construction industry, is based on our research and development work, our comprehensive know-how, as well as close cooperation with the power station's operators. These processions have also gained wide acceptance in western and eastern Europe-a good example of European cooperation and an important contribution towards the worldwide protection of nature.

The formation of FGD gypsum is chemically the same as the formation of natural gypsum. The only difference is that this process takes place much quicker, a matter of a few hours, whereas nature needs millions of years to form its deposits.

A FGD gypsum store in one of our plants. A classic example of raw material management without interfering with nature.

A study of the quality of FGD gypsum, carried out over several years and recognized in international scientific circles, has confirmed that its properties are identical to that of natural gypsum; it is completely harmless to health and is a highly ecologically sound building material. We constantly check its quality according to our own high standards, just as we do for natural gypsum.

and crushed in the crushing mill. Then a conveyor belt transports the natural gypsum above ground to the manufacturing plant

We use FGD gypsum for the manufacture of high quality gypsum products. Every available tonne of this resource is processed in our own factories.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



THE KNAUF GROUP

## PLASTER PRODUCTION

Raw gypsum ($CaSO_4.2H_2O$), whether it is natural mined gypsum or synthetic Flue Gas Desulphurised gypsum, is delivered to site where it is first ground to the required particle size and dried to remove the vast majority of its free moisture. This dried, ground gypsum is then fed into a calciner, or kettle, where it is heated to a temperature of around 175°C. This will remove 3/4 of the gypsum's chemical, or bound water, and transforms the gypsum into 'stucco' ($CaSO_4.1/2H_2O$).

Once cooled, this stucco is ready to be used in all of Knauf's plasterboards, plasters and gypsum-based jointing compounds.

The stucco and other minor additives are transported via screw conveyors to a series of weigh scales, where the required amounts of the individual components are automatically metered out according to a specific formulation. Once all the ingredients have been weighed out correctly, the batch of powder is transferred onto a one tonne batch mixer, where all of the ingredients are combined together to produce the final product.

Calciner: The raw crushed gypsum is calcined here.

The product is then bagged off using an automatic bag filling system, stacked onto pallets, and then either placed in the warehouse, or loaded onto trucks for distribution throughout the contry.

The batch mixer blends the individual components to form the finished dry-mix mortar

## Following the quality inspections: Bagging or loading in silos

Continuous quality checks in the laboratory are the basis for constant high quality material.

Fully automatic bagging machine [illegible] output of up to [illegible] sacks per day

Metering the individual components into the weighing [illegible] by means of conveyor screws

德国技术 专业之选

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## PLASTERBOARD PRODUCTION

Knauf gypsum wallboard is manufactured in a continuous production process.

A gypsum slurry is make up from stucco, or plaster of Paris, water and other additives, in a continuous mixer.

This slurry spreads, in a uniform stream, from multiple outlet hoses onto a moving sheet of paper. As the board is actually produced upside down, this paper will form the front face of the plasterboard. Discs 'score' this paper allowing it to be easily folded at the edges. The 'back face' paper, fed from above the production line, is applied to the slurry via a forming head set to the desired board thickness. At this point the front face paper is folded at the edges, producing an enclosed envelope of plaster slurry.

The plaster slurry exits the blending unit via distribution hoses and is spread on the paper.

The plasterboard hardens on the setting belt

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Once formed, the board travels the length of the production line on a series of setting belts, and sections of rollers to the shear. During this journey, the plaster core has time to set, or harden, and all of the required product information (including : product name and type, relevant China Standards, date and time of manufacture) is printed on the back of the boards via an ink jet printer.

At the shear, the long train of board is cut into panels of specific length. These smaller boards are then turned over and passed into a multi-level dryer.

During the drying period, the excess water, which was required to form the initial slurry, is gently evaporated off.

After the boards have dried, they are trimmed and stacked to form pallets. These pallets are then either placed in the warehouse after which they will be loaded onto trucks for distribution throughout China.

Ink-jet printing systems are used to apply information about the type, [illegible] quality control and the responsible production plant of each gypsum [illegible] panel.

Once they have been cut by the shears, the boards are turned ...

[illegible]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## RESEARCH & DEVELOPMENT

### QUESTIONS FOR THE FUTURE, SOLUTIONS FOR THE PRESENT

One can say that it has been a family traditon to always work according to the following principle: it is better to prevent errors from occurring at all than to have to rectify them. Because of this, certification with BS EN ISO 9002 was the next logical step.

The field of technical application-related development also has a long tradition within the company. With the help of high-tech systems for raw material analysis, product testing and quality monitoring, science plays one of the most important roles here. Experiments are carried out, measurements are taken, but also practical use is simulated either on site or in cooperation with material testing institutes and other institutions, as required.

These laboratories make discoveries without which the entire gypsum and gypsum wallboard industry, and in particular FGD gypsum technology, would be years behind. Applied environmental technology!

And now to the sorely missed term "innovation". Our history shows that the Knauf family of companies is rich in innovation. We do not want to wait for the coincidence which characterizes so many innovations; on the contrary, we want to occupy market niches by offering intelligent innovations and by further simplifying building operations.

X-ray fluorescence analysis (RFA) gives information about the quality of our raw materials

## TECHNICAL SUPPORT - OFFICE BASED

The office-based team are available to offer assistance on system design, product selection, specification details and installation details. Working with CAD systems, they are able to support clients, designers and contractors quickly and effectively. They have extensive knowledge of both the Knauf product range and applications for systems, enabling them to offer useful and constructive advice.

Helpline: Dongguan: (0769)8222708
Shanghai : (021)64270056
Tianjin: (022)26972777

## TECHNICAL SUPPORT - FIELD BASED

Offering guidance from conception to installation, our team of Project and Specification Managers are available to visit to discuss particular problems you may be facing or discuss opportunities for the use of Knauf High Performance Systems.

In addition, our team of Technical Instructors offer on-site advice and training and act as trouble shooters to help installers overcome unexpected challenges on site.

## CPD SEMINARS

As a member of the RIBA CPD Providers Network, Knauf offers a range of CPD essential seminars. These are designed to maintain, enhance and increase the knowledge and skills of the professional to the benefit of his or her capabilities.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



## BACK TO NATURE

Following our tradition as a mining company, we have a special relationship with our environment and its mineral resources. We are aware of the deep-rooted symbiosis of plants and animals on the surface of the earth and in the layers near the surface.

We also realize that any intervention in nature - no matter how carefully and temporarily it is carried out - can impair its balance.

A sense of responsibility for the environment, makes us give back to nature more than we have taken away in the form of raw materials.

We are in the fortunate position of later being able to give back to nature the areas that have been used for gypsum mining in a completely unpolluted state. These areas are returned either as recultivated land for forestry or agriculture or as uncultivated, reclaimed areas of land. Land reclamation, in particular, gives rise to very different location-specific types of biotopes offering a new habitat to many different types of flora and fauna.

Many rare species can settle in these protected areas, and are either left to their own devices or specially looked after by landscaped experts. As well as grassland and lakes, alternating moist areas usually also arise and this means that many different biotopes develop within a short period of time, with the usual diversity of species, including amphibians, insects and small animals, native orchids and rare types of grasses: all long-term natural resources.







Recultivation into agricultural acreage making a smooth transition into the surrounding landscape.

 德国技术.专业之选

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KNAUF
THE KNAUF GROUP

Land reclamation: grassland, rocky hillsides, lakes and alternating moist areas as a new protected habitat for flora and fauna

德国技术 专业之选

15

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

KPT0025762