# Exhibit "I"

**From:** CN=David N Gregory/O=Knauf Indonesia
**To:** mark@mail.knauf.com.cn <mark@mail.knauf.com.cn>;Zhong.Ann@mail.knauf.com.cn
 <Zhong.Ann@mail.knauf.com.cn>
**Sent:** 12/16/2005 2:00:49 AM
**Subject:** GROUP RE-STRUCTURE
**Attachments:** Knauf Group Mgt Re-Structure fr NK and BK ( Eng translation )1st Dec 2006.doc

Dear Dilberts

This is a (crappy) translation of the memo from the Knauf's on the re-structure.


regards

David

Please note that my email addresss has changed to dgregory@knauf.co.id

WUHU014089

28 November 2005

Dear Colleague,

In the year 2006, our family enterprises will clearly exceed 4 billion Euro turnover size and must be prepared for further growth.   In the past 25 years, in more than 35 countries, over 200 enterprises have been established or acquired, which are to a large extend decentralized managed. 

Many enterprises are so far directly subordinated to **partners** and partially managed by them, although their scale does not require this.

A summary of single company in a country as well as in different countries in a large economy region shall be a tool to improve the competency of decision making of a new holding management and to shorten the ways to the decision maker. 

Starting January 1st, 2006, following persons are responsible in this holding/group management::

| | |
|---|---|
| Mr. Hans-Peter Ingenillem | for Finance, Controlling, Revision and Tax in the entire Company. |
| Mr. Dr. Heinz Jurkowitsch | for all ex-USSR |
| Mr. Alexander Knauf | for Great Britain, Ireland and Nordic countries |
| Mr. Lothar Knauf | for Benelux, France, Spain and South America |
| Ms. Isabel Knauf | for Middle and Far East, Mediterranian countries, Greece and also North Africa |
| Mr. Thies Knauf | for Packaging |

| Mr. Klaus Koch | for all German companies |
|---|---|
| Ms. Beatrix Peter-Knauf | for all Eastern Europe, Austria and Switzerland |
| Mr. Tony Robson | for insulation materials |

KNAUF would be also further managed further by two partners, who rotates yearly as company speaker, whereby for the year 2006 Mr. Nikolaus Knauf will fill out this function and Mr. Baldwin Knauf as the deputy.



Both partners are still directly in charged in field "raw material safety device, engineering, technology and synthetic gypsum".

With this letter we would like to cordially thank you for your great achievement, your engagement and your loyalty too our exempt private companies.  You have proved that your cooperation and dedication which lead us to our current success.  You also have proved that the old saying "united we stand" is applicable to KNAUF.

We therefore ask you to preserve these values in future and to take good heed of these good characteristics and furthermore to maintain a trustworthy cooperation with all colleagues and partners.

To people in charge, we wish you a successful accomplishment of your tasks.

We wish you and your family a happy new year 2006.

WUHU014091

# Exhibit "J"

| | |
|---|---|
| Resume | **David Neil Gregory** |
| Date of birth | 10th August 1960 |
| Marital status | Married |
| Education | BA (Hons) Arch |

Current
from Feb 2003

**President Director**
**PT Knauf Gypsum Indonesia**
Set-up the company from an asset purchase and have full responsibility for all aspects of the business in Indonesia and assume a wider role in South East Asia. Approximately 165 employees.

Jul 2003
– Jan 2000

**General Manager**
**Knauf New Building Materials Dongguan**
Set-up the commercial and operational element of the company and then assumed full responsibility for all aspects of the business.
Approximately 160 employees.

Dec 1999
– Aug 1998

**Technical Manager**
**Knauf in China**
Set up the technical sales functions for Knauf China.

Jul 1998
1990

**Various Technical and Commercial positions**
Knauf UK

**Background to the Knauf Group**
The Knauf group is the 3rd largest plasterboard producer in the world and remains a private, family company. Although plasterboard is a key part of the business it is developing itself as a provider of interior building systems.



WUHU015918

# Exhibit "K"

**To:**       'Zhong.Ann@mail.knauf.com.cn'[Zhong.Ann@mail.knauf.com.cn]
**From:**     Stuermer, Martin
**Sent on behalf of:** Stuermer, Martin
**Sent:**      Wed 2/1/2006 9:32:10 AM
**Importance:**   Low
**Sensitivity:**   None
**Subject:**    AW: Consolidation 2005

Dear Ann,

some questions concerning the bank situation as of December 31, 2005 of the Chinese companies:

-    No company shows bank loans, is that correct? I thought you still use the back-to back-financing, i.e. Wuhu makes a deposit with a bank to secure a loan given to a sister company. Are all "intercompany" loans payed back at yearend or is the bank report wrong? 

-    Wuhu shows a net position of a  4,2 Mio. €. Is the shown deposit used as a guarantee for a loan of another company? If not, it should be used to make a further repayment of the still existing € - loan (currently outstanding 3,5 Mio. €). 

-    To finance further projects in Europe we currently collect the money from our subsidiaries all over the world. Please prepare a cash forecast showing the amount of a further repayment of the loan for Wuhu or even better for all Chinese companies.

-    Guangdong also shows a net position of 3,3 Mio. €. This is too much. Please check if you can transfer the money to Wuhu for the repayment of the loan.

-    Knauf Hongkong also shows a bank balance of 1,0 Mio. €. Please prepare all documents necessary for a cash dividend.

Furthermore, we talked about the Knauf Insulation Tianjin project. I´am waiting for a financial forecast. Please send one. If necessary, can we give a "sister" loan from Wuhu or Guangdong to finance Knauf Insulation Tianjin (you mentioned that it should be a small project ..?

Thanks a lot in advance!

Martin

KNAUFGIPS0000363

# Exhibit "L"

**To:**    Halbach, Martin[Halbach.Martin@knauf.de]
**From:**    mark@mail.knauf.com.cn
**Sent on behalf of:**    mark@mail.knauf.com.cn
**Sent:**    Wed 6/21/2006 2:08:43 AM
**Importance:**    Low
**Sensitivity:**    None
**Subject:**    Fw: Management

----- Forwarded by Mark Norris/BeiFang/Knauf_China on 2006-06-21 10:02 -----

**"ROBSON Tony " <tony.robson@knaufinsulation.com>**

2006-06-20 23:27 To
<Cyrille_Fournier@mail.knauf.com.cn>, <Mark_Norris@mail.knauf.cn>, "Ann Zhong" <Zhong.Ann@mail.knauf.com.cn>, "David Gregory " <dgregory@knauf.co.id>

cc
"Isabel Knauf" <knauf.isabel@knauf.com.tr>, "Baldwin Knauf" <knauf.baldwin@knauf.de>, <ChengYiHeng@mail.knauf.com.cn>

Subject
Management

Dear Ann, gentlemen

As you are all aware from both correspondance, and discussions with me, the group management structure changed with effect from January this year. As you know the new structure involves the overall responsibility for our Gypsum activities in Asiapassing from myself to Isabel Knauf, however as you also know, this was delayed due to the personal circumstances of Isabel. 

This will now take place with effect from July 1 and Isabel is planning a trip to meet you all early in July. I am sure you will offer her the same support you have always done me.

I will still retain an interest in the region, not least because of the Knauf Insulation plant in Tianjin  (for ease of management this is to remain managed by the China team for the forseeable future) and I am planning a visit with Baldwin in early September where, hopefully even Ann will join us for dinner! 

We have built a fine business together, both profitable & productive, in one of the most commercially aggressive environments in the world. That is to your lasting credit. My personal thanks to you all for both your support, friendship and working with me in one of the most challenging but stimulating projects that I

KNAUFGIPS0000655

have ever experienced.

I will always be available to talk to and offer advice, you all know my phone number !

Regards

Tony

**Tony Robson**
*Group CEO*

***KNAUFINSULATION***
Z.A.
FR-68600 Wolfgantzen
France
Tel: +33 3 89 72 12 23
Fax: +33 3 89 72 12 11

KNAUFGIPS0000656

# Exhibit "M"

From:          CN=David N Gregory/O=Knauf Indonesia
To:            Isabel Knauf <knauf.isabel@knauf.com.tr>
CC:            Zhong.Ann@mail.knauf.com.cn <Zhong.Ann@mail.knauf.com.cn>
t:             12/15/2006 1:53:23 AM
ubject:        RE: Director


Dear Isabel

I have just sent off the Shareholder Resolution for the change of directors in
Indonesia for BK to sign next week.

Are we still OK to go ahead and make the changes we agreed ie..Wayne Studdon as
President Director and me replacing Tony as a director?


regards

David

Please note that my email address has changed to dgregory@knauf.co.id




"Isabel Knauf" <knauf.isabel@knauf.com.tr>
12/14/2006 11:17 PM

To: <Zhong.Ann@mail.knauf.com.cn>
    <dgregory@knauf.co.id>
    ject: RE: Director

Dear Ann,

They are discussing again in Iphofen, if Mr. Ingenillem stays in etc….

Please clarify for me: According to Chinese law, does the Chairman have the
right to represent the Company towards third parties by the power of his
position or does he require a shareholders' decision or board decision for this?

Does the General Manager have any powers automatically linked to his position
under Chinese Law?

Best regards,

Isabel Knauf


From: Zhong.Ann@mail.knauf.com.cn [mailto:Zhong.Ann@mail.knauf.com.cn]
Sent: 07 Aral?k 2006 Per?embe 08:56
To: knauf.isabel@knauf.com.tr
Cc: dgregory@knauf.co.id
Subject: Director


Dear Isabel,

    ease confirm the attached directors. But I would like to mention two more
    ngs;

  ) According to the current regulation in Taiwan, a director does not
need to be a shareholder. 2) Knauf Trading (Shanghai) is a subsidiary of
Knauf Hong Kong, therefore it does not need to set up a separated board.
Federick Knauf is appointed as Managing Director and Legal Representative of

WUHUI015550

Knauf Trading (Shanghai) Co. Ltd.

Once I get your confirmation, I will inform all companies to change their paper works.

ⅎrds
n

WUHU015551

# Exhibit "N"

| From: | CN=David N Gregory/O=Knauf Indonesia |
|---|---|
| To: | admin@knauf.com.sg <admin@knauf.com.sg> |
| CC: | Zhong.Ann@mail.knauf.com.cn <Zhong.Ann@mail.knauf.com.cn> |
| nt: | 10/10/2006 1:09:05 AM |
| bject: | Planning Session for Business Year 2007 - Knauf Singapore Pte. Ltd. |

Dear Jas

Please can you put your budget into this format and send to me and Anne.


regards

David

Please note that my email address has changed to dgregory@knauf.co.id


----- Forwarded by David N Gregory/Knauf Indonesia on 10/10/2006 07:54 AM -----

"Betz, Dietrich" <Betz.Dietrich@knauf.de>
10/09/2006 08:44 PM

To: <dgregory@knauf.co.id>
cc: <zhong.ann@mail.knauf.com.cn>, <chengyiheng@mail.knauf.com.cn>,
<admin@knauf.com.sg>
Subject: Planning Session for Business Year 2007 - Knauf Singapore Pte. Ltd.


Knauf Singapore Pte. Ltd.
   Ms. Jas Leo
   Ms. Ann Zhong, Dr. Cheng
 ear Mr. Gregory
As we have to prepare the financial forecast for the Knauf Group, we kindly ask
you to assist us by supplying the below mentioned information by 31 October
2006 at the latest:
? Capital expenditure for business year 2007 (with quarterly payment
distribution). Please, also list - below the investments for 2007 - those
capital expenditures originating in the current business year or earlier, which
will cause further payments in 2007 or later (quarterly payment distribution,
too). In case you have already submitted the same information to Mr. Seth, it
is not necessary to send it again. However, it might be necessary to list
additional investments concerning sales and administration!
? P&L projection for business year 2006 (profit & loss statement) based on the
latest actual figures.
? P&L forecast for business years 2007 to 2009 (form and content according to
the monthly profit & loss statement submitted to Iphofen). Please describe the
underlying assumptions (especially turnover and major expenses) on the
commentary pages in order to enable us to understand how the forecast has been
derived.
The respective forms will be available for download on the intranet pages of
the Beteiligungscontrolling (https://www.knaufgroup.com/controlling) within the
next few days.
Thank you very much in advance for your co-operation and prompt attention.
Best regards,
Knauf Gips KG
Beteiligungscontrolling
Dietrich B e t z
Fon +49 9323 31 1136
    +49 9323 31 888 1136
 obil +49 171 4907 423
 ail betz.dietrich@knauf.de
WWW http://www.knauf.com
ExNet https://www.knaufgroup.com/controlling
PGP public key available from http://pgp.mit.edu

CONFIDENTIAL

Fingerprint B018 F242 9F9D 1989 319C 6D1F BE43 DFFC 727B 33F7

WUHU015596

# Exhibit "O"

| | |
|---|---|
| **From:** | CN=David N Gregory/O=Knauf Indonesia |
| **To:** | ignatius@knauf.co.id <ignatius@knauf.co.id> |
| **Sent:** | 3/15/2006 10:58:53 PM |
| **bject:** | Re: Annual Financial Statement 2005 - PT Knauf Gypsum Indonesia Ltd. |

Dear Ignatius

Can you please download the stuff I need to write the commentary for both Indo and SNG?


regards

David

Please note that my email address has changed to dgregory@knauf.co.id


----- Forwarded by David N Gregory/Knauf Indonesia on 03/16/2006 04:58 AM -----

Ignatius
Sent by: Ignatius Laurensius
03/15/2006 05:24 PM

To: "Betz, Dietrich" <Betz.Dietrich@knauf.de>
cc: David N Gregory/Knauf Indonesia
Subject: Re: Annual Financial Statement 2005 - PT Knauf Gypsum Indonesia Ltd.

Dear Mr Betz

  ink you for your information.
  ease update your email address database that email address of Mr Gregory is
  gregory@knauf.co.id

Regards
Ignatius Laurensius
Knauf Gypsum Indonesia, PT
The Landmark Centre, Tower A, 19th Floor
Jl. Jend. Sudirman No. 1, Jakarta 12910, Indonesia
Tel. +62-21-5229558 Fax. +62-21-5229940 Website : www.knauf.co.id


==============================================================================
This email and any attachments transmitted is intended only for the person or
entity to which it is addressed and may contain confidential and/or privileged
material. Any review, retransmission, dissemination or other use of, or taking
of any action in reliance upon this information by persons or entities other
than the intended recipient is prohibited. If you received this in error,
please contact the sender and delete the material from any computer.
==============================================================================


"Betz, Dietrich" <Betz.Dietrich@knauf.de>
15/03/2006 17:04

To: <gregory@mail.knauf.com.cn>
cc: <zhong.ann@mail.knauf.com.cn>, <ignatius@knauf.co.id>
Subject: Annual Financial Statement 2005 - PT Knauf Gypsum Indonesia Ltd.


  f Knauf Gypsum Indonesia Ltd.
  cc Mr. Ignatius Laurensius
  cc Ms. Ann Zhong
  Dear Mr. Gregory

WUHU015647

For the preparation of the Annual Shareholders' Meeting we require the
following documents to be submitted by the date mentioned below:

Deadline: 31.03.06
* 3-year-comparison 2003 - 2005 with profit and loss account, quantities of
  n products and accounts receivable.
  Company information 2005 (management, employees, and subsidiaries).
  Sales 2005 per segment and country (years 2003 and 2004 are only required if
the turnover reported in the 3-year-comparison is different from what was
reported last year).
* EBITDA 2003 - 2005 per segment.
* Review of 2005 and forecast for 2006 listing major investments, important
events, development of sales volume and markets by segment and country.
The forms can be downloaded from https://www.knaufgroup.com/controlling.
Recipient: bc@knauf.com

The necessary forms are available for download from the Extranet (under
Downloads - Forms - Annual Statement). Please, return the forms by electronic
means only and use PGP (www.pgp.com) for encryption. The required encryption
key is also available on the Extranet (under Downloads - Miscellaneous -
PGP-Keys).
If you can foresee that the above mentioned deadlines cannot be kept, we kindly
ask you to contact Mr. Ingenillem (ext. 674) by 20 March 2006 at the latest.
Best regards

Knauf Gips KG
Beteiligungscontrolling
Dietrich B e t z
Fon +49 9323 31 1136
Fax +49 9323 31 888 1136
Mobil +49 171 4907 423
ExNet https://www.knaufgroup.com/controlling
PGP public key available from http://pgp.mit.edu
  ngerprint B018 F242 9F9D 1989 319C 6D1F BE43 DFFC 727B 33F7

WUHU015648

# Exhibit "P"

To:    Baldwin Knauf

Fr:    David Gregory

29th June 2006

**Knauf Indonesia – Article Results May 2006**
In response to your queries:

**Gypsum – Misc. Cost – line 27**
In 2006 a major adjustment on gypsum had to be made to correct an earlier error. The matter was fully investigated by myself and Anne Zhong and it was found that for a significant period of time the gypsum usage had been calculated incorrectly. Corrective actions have been put in place and Anne would be pleased to provide you with her assessment and further details if you wish.

It was decided to record the majority of this adjustment under Misc. Cost ( line 27 ) and to allocate it across the months of March-May 2006.

Therefore from June onwards we are forecasting that the Misc. Cost ( line 27 ) will reduce to around 0.40Eur/tonne. Obviously the exact figure will depend on the amount of gypsum used and the exchange rates.

**Stucco – Total Manufacturing Cost – line 38**
The stucco cost increase in May is high compared to 2005 due to the following reasons which are directly related to the gypsum issue described above.

In 2005 the gypsum usage was calculated incorrectly resulting in an artificially low, stucco cost/tonne.
The current gypsum usage for May 2006 is calculated more accurately and results in a higher stucco cost/tonne than 2005.
The cost of stucco for May 2006 includes the increased "gypsum misc. cost".
The landed cost of raw gypsum has risen by about 5% for 2006 YTD compared to 2005.

We are projecting that the cost in June will return to around 41Eur/t ( total manufacturing costs – line 38 ) against a plan cost of 45Eur/t.

**12mm Std 1200mm -  Operation Result – line 61**
The total cost of this product is in line with the plan. However the net revenues for May are lower than the planned average. The majority of 12mm std., 1200mm wide boards, in May, were supplied to the domestic market at an average net delivered price of 11455Rp/m2 ( 1.02Eur/m2 ). For the YTD you will notice that the average price is higher. This is a result of exports to South Africa, at a higher price, which will again lift the average in June.

CONFIDENTIAL

WUHU015752

Our sales for 12mm std. in the domestic market typically go to major projects. This sector is dominated by Lafarge-Boral and is highly competitive; hence our comparatively low price. We need to build project sales in order to increase our total volumes in the future, rather than being totally reliant on retail distribution and to increase system sales. In 2005 we could not make significant progress in this sector partly because we simply did not have the capacity to supply.

So far this year our sales of 12mm std boards have increased by +23% against a decline of -3% for total board sales. It should also be noted that these major projects also purchase other Knauf products.

We expect the project market to continue to be competitive for the foreseeable future but we will of course attempt to get the highest price possible at the same time as continuing to grow in this sector.

**12.50mm Std 1220mm - Operation Result – line 61**
Referring back to the explanation on the gypsum cost ( opening paragraph ). The reduction of the misc. cost, from June onwards, will have the effect of reducing stucco costs for all products, compared to May of around 0.04Eur/m2. This will be reflected as a reduction in costs on all board products in lines 61 and 64.

Another improvement is possible through the increase in gross production. In May we produced just 950,000m2. In June we should produce around 1,100,000m2. This will reduce the fixed costs/m2. Taking 12.50mm std as an example: May fixed cost is 0.255Eur/m2: for June this could be down to approximately 0.22Eur/m2.

Therefore taking the reduction in the misc. gypsum cost plus the reduction in fixed costs there is a potential reduction of 0.075Eur/m2 ( approx. ) for all m2 produced in June 2006, compared to May. This of course is dependant on all other costs and usages remaining static.

On costs for raw materials, we are currently trialing locally produced paper. If all goes well we should be able to supply at least part of our demand, locally, reducing the paper cost substantially.

**12mm 1220 Moisture Resistant**
For this board one of the major costs is the silicon. We have reduced the kg/m2 we are using from April to May which has brought the cost down by 0.067Eur/m2. From June we will be using silicone at a lower purchase price which should give us a further saving of 0.057Eur/m2.

This is in addition to the general reductions described in the previous section ( 12.50mm Std 1220mm - Operation Result – line 61 ).

WUHU015753

# Exhibit "Q"

**To:**        ChengYiHeng@mail.knauf.com.cn[ChengYiHeng@mail.knauf.com.cn]
**Cc:**        Mark_Norris@mail.knauf.com.cn[Mark_Norris@mail.knauf.com.cn]
**From:**      YuanHongWen@mail.knauf.com.cn
**Sent on behalf of:**   YuanHongWen@mail.knauf.com.cn
**Sent:**      Thur 5/4/2006 5:06:56 AM
**Importance:**   Low
**Sensitivity:**   None
**Subject:**   Re: Fw: moisture board 9.5mm EXW price
**Categories:**   <OF3529A801.55E024D2-ON48257164.000B1234-
48257164.000B1FBD@LocalDomain>

Dear Dr. Cheng,
it's again the question, which kind of product do we want to supply to our customers, high end? normal or low end?
Until now from production side we try to ensure the best quality boards of all types made in each factory.
If we consider our board (e.g. 9.5mm MS) is already over standard too much or our commercial target is just to match the local product, we can make board as LFG and BNBM did, the costs will be decreased for sure, but do we really need to sale our product in this way and give up our quality advantages built up in these years?
I will follow up the quality comparison between Knauf & our competitors, specially for technical boards.
We are also trying to control these costs as we did always.


Mit freundlichen Gruessen / Best Regards


-----------------------
Dr.-Ing. Yuan, Hongwen
Guangdong Knauf new building materials Co. Ltd.
No.2 Xinsha Development Zone, Machong Country,
Dongguan, Guangdong, P.R.China, 523147
Tel: +86 (769) 88 82 94 11
Fax: +86 (769) 88 22 27 01




**ChengYiHeng/Wuhu/Knauf_China**

                                                              2006-05-04 10:01 To

yuanhongwen                                                                    cc

Mark_Norris@mail.knauf.com.cn                                          Subject

Fw: moisture board 9.5mm EXW price




Dear Dr. Yuan,

Is this settled?

Regards

KNAUFGIPS0000571

DY Home

As a world leader in the gypsum board industry providing complete system and solutions for all types of construction, Knauf Plasterboard is honored to have a strategic alliance with a company such as DYRS and we look forward to a mutually beneficial relationship lasting many years to come.

Knauf Plasterboard, internationally and nationally recognized for our technical expertise and consistent, reliable, high quality products and systems, realizes our obligation as a supplier to provides excellent quality and professional service. We look forward to working with top quality companies such as DYRS as China's building industry grows stronger and increases it's appreciation for high-quality construction materials and true value for money.

Mark Norris
Commercial General Manager
Knauf Plasterboard (Tianjin) Co. Ltd.

KPT0023972

# Exhibit "R"

**KNAUF**

Hans-Ulrich Hummel

Prof. Dr. rer. nat

Mitglied der Geschäftsleitung
Forschung und Entwicklung

Knauf Gips KG, Am Bahnhof 7, 97346 Iphofen
Tel.: +49 93 23 31-580, Fax +49 93 23 31-1164
Mobil: +49 171 8 60 0713
www.knauf.de, E-Mail: hummel.hans-ulrich@knauf.de

SUP EN 0004706

# Exhibit "S"

**From:** Tracy
**To:** Donald Coblentz
**Sent:** Wednesday, November 08, 2006 7:47 AM
**Subject:** FW:

---

**From:** Hummel Prof. Dr., Hans-Ulrich [mailto:Hummel.Hans-Ulrich@knauf.de]
**Sent:** Tue 11/7/2006 9:42 PM
**To:** Tracy
**Cc:** halbach.martin@knauf.de
**Subject:**

Dear Tracy
I am Hans-Ulrich Hummel, working for Knauf in Germany as head of R&D.
Currently I am on the westcoast of US together with people from USG.

Of course I am aware of big problems with Knauf boards from China.
What I have done so far is to forward board samples to Germany were we will investigate very quick the natur of the odour by gas chromatography.
When I have controled the samples yesterday at Chicago I just could detect some "sweet small".

On the other hand I have been told today that an independent lab has identified oil as reason for the problem.

Before I don't have a detailed knowledge about the emission, from wherever it comes from, I can't not really help.
Tomorrow were are flying to Dallas and I could stop my tour with USG and flying to Miami instead. But what can I do there without the detailed results of analysis?

I therefor suggest first to perform analysis and decide on this results about how to proceed.

If you want me to come to Florida without this background, I could get to Miami Wednesday at about 6 pm. But please keep in mind I will give no recommendations and no comment at all.

Let me know what you are thinking.

Best regards
Hans-Ulrich

Cell: +491716500713

π's   EX. 62
Filed 6-8   A.D. 2010
Case No. 09-38887-CA-42
Clerk Circuit Court

BANNER-MDL00007335

# Exhibit "T"

IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL
CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA

CASE NO.:  09-38887 CA 01(42)

ARMIN G. SEIFART and LISA M.
GORE SEIFART,

               Plaintiffs,

vs.

KNAUF GIPS KG, a German
corporation; KNAUF PLASTERBOARD
(TIANJIN) CO., LTD., a Chinese
limited liability corporation;
KNAUF PLASTERBOARD (WUGH) CO.,
LTD., KNAUF PLASTERBOARD
(DONGGUAN) CO., LTD.; and
ROTHCHILT INTERNATIONAL, LTD., a
foreign corporation; and BANNER
SUPPLY CO., a Florida
corporation; CERTAIN HOMES,
INC.; MANDY'S DRYWALL & STUCCO
CORPORATION, a Florida
corporation,

               Defendants.

_____/

TRANSCRIPT OF JURY TRIAL PROCEEDINGS

VOLUME XI (Pages 1430 - 1605)

DATE TAKEN:  June 14, 2010
TIME:        8:55 a.m.
PLACE:       Miami-Dade County Courthouse
             73 West Flagler Street
             Miami, Florida
**BEFORE:**      **JOSEPH P. FARINA, Circuit Judge**

**This cause came on to be heard at the time and
place aforesaid, when and where the following
proceedings were stenographically reported by:**

**Christine Phipps, RPR, FPR, CLR
Realtime Systems Administrator**

1464

1    first learn about the problems with the wiring?

2         A.    I would say a year ago.  The builders were

3    starting to call.

4         Q.    Okay.  Starting to call who?

5         A.    Well, they called the sub.  The sub would

6    call me, and that was it, and then the next thing

7    you know, there's lawsuits everywhere.

8         Q.    And that -- and that was sometime in 2009

9    or 2008 that you heard?

10        A.    I would say, what is this?

11              I would say in 2000 -- late 2008 was

12   probably the first time somebody mentioned

13   something, I think.

14        Q.    You began to tell me, and I don't think I

15   developed it fully, about what Mark Norris told you

16   about the Knauf family and the Knauf brothers and

17   how upset they were, et cetera?

18        A.    Well, they were -- they were upset that

19   somebody would say something bad about their

20   product.

21              As far as he was concerned, there's

22   nothing wrong with their product, and they're going

23   to stand by it.

24              And I said, okay.  Fine.  You need to come

25   here and show me that the product is fine.

1465

1      Q.   Did he specifically refer to the Knauf

2  family in Germany or Knauf in Germany?

3      You mentioned something like that.

4      A.   He said Knauf family.  So I don't know who

5  he really talked to.  I know -- I know he's -- he,

6  supposedly, from what he told me, the daughter in

7  Istanbul, Turkey was in charge of him.

8      Q.   And do you remember when you told me about

9  Professor Hummel coming down and meeting with you?

10     A.   Uh-huh.

11     Q.   You have to say "yes" or "no" for the

12  record?

13     A.   Oh, yes.

14     Q.   Did Professor Hummel tell you who had

15  retained him?

16      You said he was the world's leading

17  scientist in --

18     A.   No.  He works for Knauf.

19     Q.   Which Knauf entity, if you know?

20     A.   He was out of Germany.

21     Q.   Okay.

22     A.   He was their leading, what do you call it,

23  gypsum guy for Knauf and for the world.

24     Q.   So the first Knauf representative to

25  appear in the United States to investigate the

1466

1    allegations that came to your attention was

2    Professor Hummel from Knauf Germany?

3        A.    Yes.

4        Q.    Right.  But do you know how it is that he

5    was designated to come as opposed to someone from

6    KPT?

7        A.    No idea.  He is KPT.  He just happened to

8    be in the country at the time.

9        Q.    Okay.  So as far as you were concerned,

10   Knauf Germany and KPT were the same?

11       A.    Yes.

12       Q.    Did he make any representations on behalf

13   of Knauf Plasterboard Tianjin, KPT, while he was

14   here.

15           Did he act as if he was acting on their

16   behalf?

17       A.    Yes.  He came here.  I -- met with the

18   builders.  I can't remember them all.  There was

19   three or four of them, but GL and WCI were the main

20   two.  And he basically said that, yes, the board has

21   a smell.  It's -- it's the Chinese gypsum, the way

22   it smells.  And there's -- until he gets further

23   proof, as far as he's concerned, there's nothing

24   wrong with it.

25       Q.    But he immediately acknowledged that it

1467

1   had an unusual odor?

2        A.   Yeah.  He said it had a smell.

3        Q.   Did he characterize the smell?

4        A.   He said it was the Artesian water that's

5   in the Chinese gypsum or -- in the Chinese -- in the

6   ground.

7        Q.   So that he immediately, or at least at

8   that time, attributed the smell in the KPT board to

9   water in China?

10       A.   Yeah.  He said they're gypsum, like every

11  country, has a different smell than -- than our

12  country.

13       Q.   Okay.

14       A.   Well, Hans was the first person here,

15  okay, and I was trying to get somebody from China

16  here, and he happened to be here.

17       Q.   Right.

18       A.   So when he left, he made me a little

19  uncomfortable when he said there is a smell.  So

20  I -- I stopped selling it before he even came here

21  because as soon as my builders and subs started

22  saying they were concerned, I was concerned.  So I

23  just stopped selling it.

24       Q.   And we pinpointed that date, I believe, to

25  late September, early October 2006?

1468

```
 1        A.    I would say somewhere in October.

 2        Q.    Okay.

 3        A.    That's -- that's the best I can --

 4   somewhere in October.

 5        Q.    Okay.

 6        A.    Okay.  I took them to the houses.  Pretty

 7   much the houses in WCI and GL.  I can't remember all

 8   the lots and blocks, the addresses, but he did take

 9   samples back in a suitcase.

10        Q.    That's Professor Hummel?

11        A.    Yes.  And we had already sent samples to

12   USG, which USG sent to Germany before Hans got here.

13        Q.    Who took those samples?  You did or -- or

14   the builder?

15        A.    I think the subcontractor --

16        Q.    Okay.

17        A.    -- but I'm -- I didn't do it.

18        Q.    Okay.

19        A.    Okay.  I didn't do it.

20        Q.    Who sent the samples?

21        A.    I don't know.

22        Q.    But how do you know that they were sent to

23   USG?

24        A.    Because -- because Hans sent me either

25   e-mail or he called me, I think it was an e-mail
```

1469

1  saying that he could meet me.  He was on a schedule.

2  He could meet me, but he couldn't give any -- he

3  said, I can't talk about or make any observations

4  until I have proof what's going on with the samples

5  in Germany.  So --

6      Q.   So he referenced the fact that there were

7  already samples in Germany --

8      A.   Yes.

9      Q.   -- from the community in South Florida

10 being tested by Knauf Germany?

11     A.   Yeah.  He was aware that we sent samples.

12 "We," meaning the builder, the subcontractor,

13 somebody sent samples to USG, and USG sent them on

14 to Germany.

15     Q.   Okay.  And he specifically referred to you

16 in that conversation, that -- that he had samples

17 already in Germany, that were being studied from the

18 communities in South Florida that you were --

19     A.   Yeah.

20     Q.   -- that you had received complaints from?

21 What -- did he tell you how it is that USG got

22 involved in this relationship between you and Knauf

23 China?

24     A.   He told me that -- well, they're a big

25 stockholder in USG, and that they do joint ventures

# Exhibit "U"

| From: | CN=Mark Norris/OU=BeiFang/O=Knauf_China |
|---|---|
| To: | ChengYiHeng@mail.knauf.com.cn <ChengYiHeng@mail.knauf.com.cn>;Ann Zhong <Ann Zhong/ShangHai/Knauf_China@Knauf> |
| CC: | knauf.isabel@knauf.com.tr <knauf.isabel@knauf.com.tr>;knauf.frederick@knauf.it@Knauf <knauf.frederick@knauf.it@Knauf> |
| BCC: | dgregory@knauf.co.id |
| Sent: | 11/7/2006 3:06:43 AM |
| Subject: | Fw: USA smelly board |

Dear All

Any ideas on how I can resolve this?? I am getting a very slow reaction from
Germany.

It looks like it is going to get VERY nasty and expensive.

Regards
Mark
----- Forwarded by Mark Norris/BeiFang/Knauf_China on 07/11/2006 11:04 AM -----

WangLan/BeiFang/Knauf_China
07/11/2006 10:59 AM

To
Mark Norris/BeiFang/Knauf_China@Knauf
cc
jawahar@rothchilt.zjip.com
Subject
USA smelly board


Dear Mark,

Salomon call me just now ...

The situation in Miami is out of his control , it will be a big problem not
only in Miami but all over the USA market , maybe cover thousand of houses .

Salomon is sure the problem is not Knauf drywall , but he cannot control it at
present , he said the sample test report from USG is not enough now , Knauf
representative must explain to his customer , he need someone from Knauf with
him explain the problem together .

Dear Mark,would you please tell me when we can get the test result and when the
Knauf expert will contact Salomon ?
Salomon is not sleeping and waitting my call back .

Salomon 's cell : 0017863165658 . Please let me know if you need I ring him
back .

Best Regards,

Cecilia Wang

Knauf Plasterboard (Tianjin) Co., Ltd.

Tel: 0086-22-26972777-8103
Fax: 0086-22-26972656

KPT0024157