IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT APPLIES TO ALL CASES | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

### (AMENDED) CROSS-NOTICE OF THE THIRD AMENDED NOTICE OF DEPOSITION OFKNAUF INSULATION GMBH AND SUBPOENA DUCES TECUM PURSUANT TO *ALA.R.CIV.P.* RULE 30(B)(5)

TO: The parties in all cases consolidated in *In re Chinese-Manufactured Drywall Products Liability Litigation*, by and through their counsel of record.

PLEASE TAKE NOTICE that the deposition of **Knauf Insulation GMBH**, will be held on **September 27 through September 28, 2010** beginning at **9:00 o'clock a.m. (CT)**, at **Filot, LLC, 1100 Poydras Street, Suite 3700, New Orleans, LA 70163**, to continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure. You are invited to attend and participate.

      Primary Examiner:      A member of the PSC or its designee
      Videotaped Deposition:  Yes
      Call-In Number:        **888-337-8218, Participant Code: 769758**

1

This cross-notice is based on the Third Amended Notice of Video Deposition of Knauf Insulation GMBH and Subpoena Duces Tecum Pursuant to *Ala.R.Civ.P.* Rule 30(b)(5) (Exhibit "A" attached hereto) in *Housing Board of the City of Prichard, Alabama (Plaintiff) v. The Mitchell Company, et a (Defendants); The Mitchell Company (Third-Party Plaintiff) v. Creola Ace Hardware (Third-Party Defendant); Creola Ace Hardware (Fourth-Party Plaintiff) v. Interior and Exterior Building Supply, Inc., et al (Fourth-Party Defendants)*, In the Circuit Court of Mobile County, Alabama, Case No.: CV-09-901118.

Respectfully submitted,

/s/ Leonard A. Davis
**Russ M. Herman** (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***HERMAN, HERMAN, KATZ & COTLAR, LLP***
820 O'Keefe Avenue
New Orleans, LA 70113
PH: (504) 581-4892
FAX: (504) 561-6024

**Plaintiffs' Liaison Counsel**

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA 70139<br>PH: (504) 524-3300<br>Fax: (504) 524-3313<br><br>Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL 33130<br>PH: (305) 358-2800<br>Fax: (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL 32502<br>PH: (850) 435-7090<br>Fax: (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA 19106<br>PH: (215) 592-1500<br>Fax: (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>PH: (239) 390-1000<br>Fax: (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY 10004<br>PH: (212) 584-0700<br>Fax: (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL 33907<br>PH: (239) 433-6880<br>Fax: (239) 433-6836 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA 70068<br>PH: (985) 536-1186<br>Fax: (985) 536-6445<br><br>Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL 33134<br>PH: (305) 476-7400<br>Fax: 305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA 70130<br>PH: (504) 581-1750<br>Fax: (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA 70163-2800<br>PH: (504) 522-2304<br>Fax: (504) 528-9973<br><br>James Robert Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>PH: (228) 374-5151<br>Fax: (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX 75219<br>PH: (214) 523-6674<br>Fax: (214) 520-1181 |

3

W:\! DRYWALL\27687 MDL\Discovery\Cross-Notices\Amended Cross-Notice of Depo of Knauf Insulation GMBH Second Amended 2010-8-3.doc

## PLAINTIFFS' STEERING COMMITTEE

### OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing (Amended) Cross-Notice of Third Amended Notice of Deposition of Knauf Insulation GMBH and Subpoena Duces Tecum Pursuant to *Ala.R.Civ.P.* Rule 30(b)(5) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 3rd day of August, 2010.

      /s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113
PH: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

# EXHIBIT "A"

IN THE CIRCUIT COURT OF MOBILE COUNTY, ALABAMA

| | | |
|---|---|---|
| HOUSING BOARD OF THE CITY OF PRICHARD, ALABAMA, | * * * | |
| Plaintiff, | * * | |
| v. | * * | CASE NO.: CV-09-901118 |
| THE MITCHELL COMPANY, et al., | * * * | |
| Defendants. | * | |
| THE MITCHELL COMPANY, | * * | |
| Third-Party Plaintiff, | * * * | |
| v. | * * | |
| CREOLA ACE HARDWARE, | * * | |
| Third-Party Defendant, | * | |
| CREOLA ACE HARDWARE, | * * | |
| Fourth-Party Plaintiff, | * * | |
| v. | * * | |
| INTERIOR AND EXTERIOR BUILDING SUPPLY, INC., and fictitious parties A, B, C, D, E, F, G, H, I, J, K, and L, | * * * * | |
| Fourth-Party Defendants. | * | |

**THIRD AMENDED NOTICE OF VIDEO DEPOSITION OF KNAUF INSULATION GMBH AND SUBPOENA DUCES TECUM PURSUANT TO *ALA.R.CIV.P.* RULE 30(b)(5)**

TO:   Douglas L. McCoy, Esq.
      Hand Arendall, L.L.C.
      Post Office Box 123
      Mobile, Alabama 36601-0123

DATE: September 27, 2010 to
      September 28, 2010

TIME: 9:00 a.m.

LOCATION:   Frilot LLC
            1100 Poydras Street
            Suite 3700
            New Orleans, LA 70163

CALL IN:    888-337-8218
            Participant Code: 769758
            Moderator Code: 7697584

Please take notice that pursuant to *Ala.R.Civ.P.* 30(b)(5) Fourth Party Defendant/Fifth Party Plaintiff Interior/ Exterior Building Supply, Inc., will take the video deposition of one or more of Knauf Insulation GmbH's officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

### A. Organization and Record-keeping

1. For each year in which Defendant, including any subsidiary or affiliate of Defendant, designed, developed, manufactured, promoted, exported, imported, brokered, distributed, shipped, stored, sold, purchased, and/or installed drywall, the corporate organization and structure for any individuals, groups, departments, teams, and divisions with any responsibility or oversight of any aspect of the design, development, manufacture, promotion, export, import, brokerage, distribution, shipment, storage, sale, purchase, and/or installation of said drywall.

2. Any entities with which Defendant is affiliated or has a financial interest in that was or is involved in the design, development, manufacture, promotion, export, import, brokerage, distribution, shipment, storage, sale, purchase, and/or installation of drywall during the Relevant Time Period.

3. The identity of any Knauf Insulation GmbH employee who has knowledge regarding the sale of drywall by the Knauf Entities, including any and all communications before and after the sale of drywall to Interior/Exterior.

4. Any record filing, storage, retention, and/or destruction procedures and/or systems that contain or capture potentially relevant data, hard-copy documents, and electronically stored

2

information (ESI), including any standard operating procedures (SOPs), retention, destruction, or preservation policies, guidance, instructions, and/or manuals relating thereto.

5. Any computer programs, software, or data bases used to create, manipulate, duplicate, maintain, store, and/or destroy data, documents, and ESI responsive to these requests.

6. Steps taken by you or on your behalf to preserve data, documents, and ESI that are, or may be, potentially discoverable in this action.

7. The nature of the relationship between Knauf Insulation GmbH and the other Knauf entities during the relevant time period.

8. The corporate structure of Knauf Insulation GmbH and the Knauf Entities during the relevant time period.

9. Officers and directors of Knauf Insulation GmbH and the Knauf Entities during the relevant time period.

10. Any loans, advances of funds, or cost sharing agreements between Knauf Insulation GmbH and the other Knauf Entities during the relevant time period.

11. The sharing of services during the relevant time period between Knauf insulation GmbH and the other Knauf entities, including, but not limited to, legal, technical, R&D, purchasing, and other services.

12. Contracts or agreements between Knauf insulation GmbH and any of the other Knauf Entities that were entered into or in effect during the relevant time period.

13. Any involvement by Knauf Insulation GmbH in the manufacturing, marketing, promotion, and/or distribution of drywall.

14. Any contact Knauf Insulation GmbH had during the relevant time period with current, future, or prospective clients, purchasers, or customers of the other Knauf Entities.

15. Any materials regarding drywall sent by Knauf Insulation GmbH during the relevant time period to current, future, or prospective clients, purchasers, or customers of the other Knauf

Entities.

16. Any involvement by Knauf Insulation GmbH and/or any employee of Knauf Insulation GmbH in any sale of drywall from the other Knauf Entities to a United States based company.

17. Any involvement by Knauf Insulation GmbH and/or any employee of Knauf Insulation GmbH in any transactions between any of the Knauf Entities and Interior/Exterior Building Supply.

18. Any involvement by Knauf Insulation GmbH and/or any employee of Knauf Insulation GmbH in any transactions between any of the Knauf Entities and Interior/Exterior Enterprises, L.L.C.

19. Any contact between any employee or agent of Knauf Insulation GmbH and employee or agent of Interior/Exterior Building Supply, L.P.

20. Any contact between any employee or agent of Knauf Insulation GmbH and any employee or agent of Interior/Exterior Enterprises, L.L.C.

21. Any policies of insurance, including all GGL, Product Liability, Builder's Risk, D&O and excess insurance policies relating to claims, and including the following information for each policy:

   a. Insurer;
   b. Dates policy in effect;
   c. Policy Number;
   d. Type of Policy;
   e. Insurance Agent;
   f. Policy Coverage Limits; and
   g. Claims and Coverage issues.

22. Any claims you have made on any insurance policies relating to your sale, installation, transfer, distribution, promotion or shipment of products identified herein, and including the following information for each claim:

   a. Date;

      b.    Insurer;

      c.    Description of claim; and

      d.    Insurer's response to claim.

      e.    If in litigation:

           i.    Caption of case; and

           ii.   Name and address of attorneys involved.

Furthermore, pursuant to *Ala.R.Civ.P.* 30(b)(5), Plaintiff has a duty to "designate one or more officers, directors, managing agents, or other persons who consent to testify on its behalf," and that the "person so designated shall testify as to matters known or reasonably available to said corporation."

Deponent is requested to provide the documents and/or things requested on the attached Exhibit "A" by September 26, 2010, prior to said deposition.

Respectfully submitted on the 3rd day of August, 2010.

                                            Respectfully submitted,

                                            CHARLES F. CARR  (CAR012)
                                            VINCENT A. NOLETTO, JR.  (NOL008)
                                            HEATHER M. HOUSTON  (HOU018)
                                              Attorneys for Fourth-Party Defendant/
                                            Fifth-Party Plaintiff Interior/Exterior
                                            Building Supply, L.P.

OF COUNSEL:

CARR ALLISON
6251 Monroe Street, Suite 200
Daphne, Alabama 36526
(251) 626-9430
(251) 626-8928 - fax
ccarr@carrallison.com
vnoletto@carrallison.com
hhouston@carrallison.com

5

Richard G. Duplantier, Jr., Esq.
Lambert J. Hassinger, Jr., Esq.
GALLOWAY, JOHNSON,
TOMPKINS, BURR & SMITH, PLC
One Shell Square
701 Poydras St., 40th Floor
New Orleans, Louisiana 70139
(504) 525-6802 Telephone
(504) 525-2456 Facsimile
rduplantier@gjtbs.com
jhassinger@gjtbs.com

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 3rd day of August, 2010, electronically filed the foregoing with the Clerk of the Court using the AlaFile system, which will send notification of such filing to the following counsel or, alternatively, placed the same in the United States mail, properly addressed with first-class postage affixed thereto:

Richard H. Holston, Esq.
Gregory E. Vaughan, Esq.
John M. Teague, Esq.
K. Amanda Herndon, Esq.
Holston ✦ Vaughan ✦ Andress, LLC
211 S. Cedar Street
Mobile, Alabama 36602

Desmond V. Tobias, Esq.
Windom & Tobias, L.L.C..
Post Office Box 2626
Mobile, Alabama 36652

Benjamen T. Rowe, Esq.
Ian D. Rosenthal, Esq.
Cabaniss, Johnston, Gardner,
 Dumas & O'Neal LLP
P. O. Box 2906
Mobile, AL 36652

Gregory L. Harris, Esq.
Jackson Harris, P.C.
912 Dauphin Street
Mobile, Alabama 36604

William A. Donaldson, Esq.
Tiffany B. Smith, Esq.
Wright, Green, P.C.
Post Office Box 16818
Mobile, Alabama 36616

Bradley S. Shraiberg, Esq.
Shraiberg, Ferrara & Landau, P.A.
2385 NW Executive Center Drive, No. 300
Boca Raton, Florida 33431

E. L. McCafferty, III, Esq.
C. Richard Wilkins, Esq.
Mark L. Redditt, Esq.
Vickers, Riis, Murray and Curran, LLC
Post Office Drawer 2568
Mobile, Alabama 36652-2568

Thomas T. Gallion, III, Esq.
Constance C. Walker, Esq.
Haskell Slaughter Young & Gallion, LLC
Post Office Box 4660
Montgomery, Alabama 36103-4660

Douglas L. McCoy, Esq.
E. Luckett Robinson, II, Esq.
Wesley J. Hunter, Esq.
Hand Arendall, L.L.C.
Post Office Box 123
Mobile, Alabama 36601-0123

Dennis P. McKenna, Esq.
J. Ritchie M. Prince, Esq.
Prince, McKean, McKenna & Broughton
Post Office Box 2866
Mobile, Alabama 36652

6

| | |
|---|---|
| James T. Patterson, Esq.<br>Ryan Thomas Northrup, Esq.<br>Vernis & Bowling<br>204 S. Royal Street<br>Mobile, Alabama 36602 | Richard H. Taylor, Esq.<br>Kasie M. Braswell, Esq.<br>Taylor Martino Zarzaur, P.C.<br>51 St. Joseph Street<br>Mobile, Alabama 36602 |

J. Alex Wyatt, Esq.
Dorothy A. Powell, Esq.
Marcus W. Lee, Esq.
Parsons, Lee & Juliano, P.C.
300 Protective Center
2801 Highway 280 South
Post Office Box 530630
Birmingham, Alabama 35223-2480

_____
OF COUNSEL

7