UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047  SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: 09-6690 (Gross)** | * * | MAGISTRATE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing First *Ex Parte* Motion for Extension of Time to Submit Builder Profile Form;

**IT IS ORDERED** that defendant Lucas Construction Corporation be and hereby is **GRANTED** an additional fifteen (15) days, through and including August 17, 2010, within which to serve its Builder Profile Form on liaison counsel in the above-captioned matter.

New Orleans, Louisiana, this  3rd  day of      August     , 2010.

_____
UNITED STATES DISTRICT JUDGE

163370