UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| Gross, et al. v. Knauf Gips, KG, et al. | * | MAG. JUDGE WILKINSON |
| Case No. 09-6690 | * | |

* * * * * * * * * * * * * * * * * * * * * * *

### SAMUEL L. WEBSTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWES HOME CENTERS, INC

Pursuant to Fed.R.Civ.P 41(a)(1)(A)(I), Plaintiff, Samuel L. Webster, hereby dismisses without prejudice all of his claims against Defendant, Lowes Home Centers, Inc., in Plaintiffs' Omnibus Complaints, reserving his rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Samuel L. Webster shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/Don Barrett
DON BARRETT, ESQ. (#2063)
Don Barrett, P.A.
404 Court Square North
Lexington, MS 39095
Tel: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of **Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miler, by U.S. Mail, email, or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 2nd day of August, 2010.

/s/ Don Barrett