# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047<br>*<br>* SECTION: L |
| THIS DOCUMENT RELATES TO:<br>Dean and Dawn Amato, et al vs.<br>Liberty Mutual Insurance Company, et al.<br><br>Case No. 2:10-cv-0932 | *<br>*<br>*<br>* JUDGE FALLON<br>*<br>* MAG. JUDGE WILKINSON |

## LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR HARLEYSVILLE MUTUAL INSURANCE COMPANY

Kelley A. Grady and Nicholas H. Pennington of Ballard Spahr LLP hereby make a limited appearance as attorneys of record for Harleysville Mutual Insurance Company in the above referenced action. This Limited Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process, and venue.

s/Kelley A. Grady
Kelley A. Grady
Pennsylvania Bar No. 54584
Nicholas H. Pennington
Pennsylvania Bar No. 307073
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, Pennsylvania, 19103-7599
Telephone: (215) 665-8500
Facsimile: (215) 864-8999
gradyk@ballardspahr.com
PenningtonN@ballardspahr.com

*Counsel for Harleysville Mutual Insurance Company*

Dated: Aug. 4, 2010

DMEAST #12734987 v2

## **CERTIFICATE OF SERVICE**

       I, Nicholas H. Pennington, hereby certify that the above Notice of Limited Appearance has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electroic filing in accordance with the procedures established in MDL 2047, on this 4th day of August, 2010.

                                  s/Nicholas H. Pennington
                                  Kelley A. Grady
                                  Pennsylvania Bar No. 54584
                                  Nicholas H. Pennington
                                  Pennsylvania Bar No. 307073
                                  BALLARD SPAHR LLP
                                  1735 Market Street, 51st Floor
                                  Philadelphia, Pennsylvania, 19103-7599
                                  Telephone:  (215) 665-8500
                                  Facsimile:  (215) 864-8999
                                  gradyk@ballardspahr.com
                                  PenningtonN@ballardspahr.com

                                  *Counsel for Harleysville Mutual Insurance Company*