IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * | MDL NO. 2047 |
| | * | |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: | * | |
| Joyce W. Rogers, et al v. Knauf Gips KG, et al | * | |
| | * | JUDGE FALLON |
| Case No. 10-0362, Sect. L MAG 2 | * | MAG. JUDGE WILKINSON |

*************************************************

### REQUEST FOR ORAL ARGUMENT
### OF MOTION TO DISMISS SET ON SEPTEMBER 22, 2010

COMES NOW the Defendant, AL BROTHERS, INC., and requests oral argument on the Motion to Dismiss filed by AL BROTHERS, INC., scheduled to be heard at the Court's Motion Docket on the 22nd day of September, 2010, at 9:30 a.m. or at a time further set by this Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing REQUEST FOR ORAL ARGUMENT OF MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 4th day of August, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By:_____/s/ Jeremy D. Bertsch_____
Florida Bar No.: 0043308