Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0073

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply Company, c/o Richard E. Biemiller
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **VIRGINIA** ) ss.
County of: **Norfolk** )
Name of Server: **BRIAN Nath**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **July**, 20 **10**, at **11:05** o'clock **A** M

**Place of Service:** at **301 Bendix Road, Suite 500**, in **Virginia Beach, VA 23452**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply Company, c/o Richard E. Biemiller**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Richard E. Biemiller, Registered agent**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **brown**; Facial Hair **No**
Approx. Age **40-45**; Approx. Height **5'7"**; Approx. Weight **150 lbs.**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **12th** day of **July**, 20 **10**

Notary Public    4-30-2014  (Commission Expires)

**APS International, Ltd.**

