Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0094

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Vinings Insurance Company, c/o Florida Chief Financial Officer as Registered Agent
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _19_ day of _July_, 20 _10_, at _1130_ o'clock _A_ M

Place of Service: at Service of Process Section, in Tallahassee, FL 32399-4201
200 E Gaines St

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
Exhibit A; Exhibit B; Schedule 1; Schedule 2
$15.00 Fee to Florida Chief Financial Officer

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Vinings Insurance Company, c/o Florida Chief Financial Officer as Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: _Lula Kelly - process clerk_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _Blk_; Hair Color _Blk_; Facial Hair ____
Approx. Age _40_; Approx. Height _5'5_; Approx. Weight _120_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

7-19-10
Signature of Server

Subscribed and sworn to before me this _19_ day of _July_, 20 _10_
Notary Public (Commission Expires)

APS International, Ltd.


DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019