Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0062

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ybarzabal Contractors, LLC, c/o Wade Ybarzabal
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. TAMMANY__ )

**Name of Server:** __Kenneth Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __12th__ day of __July__, 20 __10__, at __7:15__ o'clock __A__ M

**Place of Service:** at __200 Oak Island Drive__, in __Mandeville, LA 70448__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Ybarzabal Contractors, LLC, c/o Wade Ybarzabal**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: __Wade Ybarzabal / Owner__

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex __M__ ; Skin Color __Cauc__ ; Hair Color __Grey__ ; Facial Hair __No__
Approx. Age __48__ ; Approx. Height __5'9__ ; Approx. Weight __196__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this __12th__ day of __July__, 20 __10__

_Kenneth J. Landry_
Signature of Server

_Tenure for Life_
Notary Public (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

**NOTARY ATTESTS TO
SIGNATURES ONLY**