Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0074

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Mitchell Co., c/o Paul Charles Wesch
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **ALABAMA** ) ss.
County of: **MOBILE** )

Name of Server: **NORRIS ARMSTRONG**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **7th** day of **July**, 20 **10**, at **1:05** o'clock **P** M

Place of Service: at **41 W. Interstate 65, Service Rd. N 3rd Floor**, in **Mobile, AL 36608**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**The Mitchell Co., c/o Paul Charles Wesch**

By delivering them into the hands of an officer or managing agent whose name and title is: **DOROTHY BREWER — SECRETARY FOR CHARLES WESCH c/o MITCHELL CO.**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **B**; Hair Color **B**; Facial Hair **NONE**
Approx. Age **35**; Approx. Height **5' 10"**; Approx. Weight **130**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **8th** day of **July**, 20 **10**

Notary Public     (Commission Expires)
**06/24/2012**

**APS International, Ltd.**