Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104526-0085

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--The Porter Blaine Company, c/o Richard E. Biemiller
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Virginia_ ) ss.
County of: _Norfolk_ )

**Name of Server:** _Brian Nath_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _12th_ day of _July_, 20 _10_, at _11:05_ o'clock _A_ M

**Place of Service:** at _301 Bendix Road, Ste 500_, in _Virginia Beach, VA  23452_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**The Porter Blaine Company, c/o Richard E. Biemiller**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _____

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _M_; Skin Color _white_; Hair Color _brown_; Facial Hair _none_
Approx. Age _40-45_; Approx. Height _5'7"_; Approx. Weight _150 lbs._

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_(signature)_
Signature of Server

Subscribed and sworn to before me this _12th_ day of _July_, 20 _10_

_(signature)_
Notary Public

_4-30-2014_
(Commission Expires)

**APS International, Ltd.**

