Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0087

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Venture Supply, Inc., c/o Richard E. Biemiller
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
~~County~~ City of: Norfolk )
Name of Server: **Brian Noth**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12th day of July, 2010, at 11:05 o'clock A M

Place of Service: at **Convergence Center IV**, in **Virginia Beach, VA 23452**
**301 Bendix Road, Ste 500**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Venture Supply, Inc., c/o Richard E. Biemiller**
By delivering them into the hands of an officer or managing agent whose name and title is: **Richard E. Biemiller, Registered agent**

Description of
Person Receiving
Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color Brown ; Hair Color brown ; Facial Hair No
Approx. Age, 40-45 Approx. Height 5'7" ; Approx. Weight 150 lbs

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of July, 20 10

4-30-14

Notary Public (Commission Expires)

**APS International, Ltd.**

