UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Plaintiffs' Steering Committee filed a Motion for Sanctions and to Compel Production of Knauf Defendant Documents. Rec. Doc. No. 4754. The Court has determined that this Motion should be set for hearing. Accordingly, IT IS ORDERED that this Motion is set for hearing with oral argument on August 12, 2010, following the monthly status conference at 9:00 a.m. IT IS FURTHER ORDERED that responses to this Motion are to be filed by Friday, August 6, 2010.

New Orleans, Louisiana, this 4th day of August 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE