UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL NO. 2047
PRODUCTS LIABILITY LITIGATION : SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE WILKINSON
.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Plaintiffs' Steering Committee filed a Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit. Rec. Doc. No. 4603. The Court has determined that this Motion should be set for hearing. Accordingly, IT IS ORDERED that this Motion is set for hearing with oral argument on August 12, 2010, following the monthly status conference at 9:00 a.m. IT IS FURTHER ORDERED that responses to this Motion are to be filed by Friday, August 6, 2010.

New Orleans, Louisiana, this 4th day of August 2010.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE