UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

SEAN AND BETH PAYTON, et al

VERSUS                                                             CASE NO. 09-07628-L-M2

KNAUF GIPS KG, et al

**NOTICE OF BANKRUPTCY**

     **NOW INTO COURT,** through undersigned counsel, comes **Parish Enterprises, Inc., d/b/a Parish Home Center** ("PHC" or "Defendant"), a defendant in the above entitled and numbered cause, who gives notice to all parties to this action of its voluntary Chapter 11 proceeding filed under Chapter 11 of Title 11, United States Code in the United States Bankruptcy Court for the Middle District of Louisiana, bearing Case No. 10-10939, on June 23, 2010, resulting in the issuance of an automatic stay of all proceedings against PHC, under the provisions of 11 U.S.C. §362(a).

                                          **Respectfully Submitted,**

                                          **STEFFES, VINGIELLO & McKENZIE, LLC**

                                 By: _/s/ Patrick S. Garrity_____
                                     **PATRICK S. GARRITY (#23744)**
                                     13702 Coursey Blvd., Building 3
                                     Baton Rouge, Louisiana  70817
                                     Telephone:  (225) 751-1751
                                     Facsimile:  (225) 751-1998
                                     E-mail:  pgarrity@steffeslaw.com

                                     *Bankruptcy Counsel for Defendant*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**SEAN AND BETH PAYTON, et al**

**VERSUS**                                             **CASE NO. 09-07628-L-M2**

**KNAUF GIPS KG, et al**

### CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that a copy of the above and foregoing has this day been served upon counsel for plaintiffs, Russ M. Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Ave., New Orleans, Louisiana 70113, by depositing same in the United States mail properly addressed and postage prepaid.

    Baton Rouge, Louisiana, this 4th day of August, 2010.


                                            _____/s/ Patrick S. Garrity_____
                                                 **PATRICK S. GARRITY**