# Summons Request    mdl 09-2047

7/29/2010

Please reissue summonses for the defendants on the list to be served with the Amended Omni V complaint - Case #10 - 932. Thank you.

2010 JUL 29 PM 2:33

LORETTA G. WHYTE
CLERK

**RE:    Chinese Drywall (Amato)**

*New Defendants added in amendment*

American Reliable Insurance Corporation

American Strategic Insurance Corporation

Amerisure Insurance Company

Atlantic Casualty Insurance Company

Bituminous Insurance Companies a/k/a Bituminous Casualty Corporation

Brightwater Community #1, LLC

The Builders Risk Plan

Canal Indemnity Company

Catlin Specialty Insurance Company

Mount Hawley Insurance Company

Southern-Owners Insurance Company

Sunshine State Insurance Company

Underwriters at Lloyd's, London

Zurich North America

Advantage Builders of America, Inc.

Advantage Builders of America, Inc. a/k/a Advantage Builders of SWFL, Inc.

Alana Development Corporation

___Fee
___Process
_x_ Dktd
___CtRmDep
___Doc. No.

Daelen of Tangipahoa, LLC

Design Drywall of South Florida, LLC

Gooden Homes, LLC

JM Interiors, Inc

Louran Builders, Inc.

MATSA Construction Company, Inc.

Premier Communities, Inc.

Saturno Construction AB, Inc

Ray Beck, Inc.

Southwell Homes, LLC

Velvet Pines Construction, LLC

Ybarzabal Contractors, LLC

84 Lumber Company

84 Lumber Company, LP

Right Way Finishing Inc

Jennifer Lascio
Levin, Fishbein, Sedran & Berman
Counsellors at Law and Proctors in Admiralty
510 Walnut Street - Suite 500
Philadelphia, PA 19106-3697
Tele: 215-592-1500 - Fax: 215-592-4663
www.lfsblaw.com