UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>AMATO, ET AL. v. KNAUF GIPS KG, ET AL. (CASE NO. 10-932) | |

### 1100 VALENCIA, LLC'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE, OF DEFENDANT BAILEY LUMBER AND SUPPLY CO.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(I), Plaintiff, 1100 VALENCIA, LLC, hereby dismisses without prejudice all of its claims against Defendant BAILEY LUMBER AND SUPPLY CO., in Plaintiffs' Omnibus Complaints, reserving its rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. 1100 VALENCIA, LLC shall continue to pursue its claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Victor M. Diaz, Jr., counsel for 1100 VALENCIA, LLC, dated July 30, 2010, specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

1

Respectfully submitted,

Dated: August 4, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Voluntary Dismissal Without Prejudice has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 4th day of August, 2010.

                                          /s/ Leonard A. Davis
                                          Leonard A. Davis, Esquire
                                          Herman, Herman, Katz & Cotlar, LLP
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana 70113
                                          Phone: (504) 581-4892
                                          Fax: (504) 561-6024
                                          LDavis@hhkc.com
                                          Plaintiffs' Liaison Counsel
                                          MDL 2047

# EXHIBIT "A"


## Podhurst Orseck
TRIAL & APPELLATE LAWYERS

Aaron S. Podhurst
Robert C. Josefsberg
Joel D. Eaton
Steven C. Marks
Victor M. Diaz, Jr.
Peter Prieto
Katherine W. Ezell
Stephen F. Rosenthal
Ricardo M. Martínez-Cid
Ramon A. Rasco
Alexander T. Rundlet
John Gravante, III

Robert Orseck (1934-1978)

Walter H. Beckham, Jr.
Karen Podhurst Dern
Of Counsel

August 2, 2010

Fred Longer, Esq.
Matthew Gaughan, Esq.
Levin Fishbein Sedran & Berman
510 Walnut Street
Suite 500
Philadelphia, PA 19106

> RE:  In Re: *Chinese Manufactured Drywall Products Liability Litigation;*
> AMATO, ET AL. v. KNAUF GIPS KG, ET AL. (CASE NO. 10-932);
> SEAN & BETH PAYTON, ET AL. v. KNAUF GIPS KG, ET AL. (CASE
> NO. 09-7628)

Dear Messrs. Longer and Gaughan:

Enclosed please find two Notices of Voluntary Dismissal of Defendant Bailey Lumber and Supply Co. ("Bailey Lumber") as it relates to the claims mistakenly attributed to our client, 1100 Valencia, LLC *only*. As we discussed, please file these Notices of Dismissal. (We are not aware of whether Bailey Lumber is a proper defendant being sued by other plaintiffs.)

Thank you for your attention to this matter.

Sincerely,

Victor M. Diaz, Jr.

Enclosures

Podhurst Orseck, P.A.  25 West Flagler Street, Suite 800, Miami, FL 33130
Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346

www.podhurst.com