# EXHIBIT 1

Case 2:09-md-02047-EEF-MBN   Document 4824-1   Filed 08/04/10   Page 2 of 3

Case 2:09-md-02047-EEF-JCW   Document 249-1   Filed 09/21/09   Page 80 of 81
Case 8:09-cv-00589-JDW-TGW   Document 48   Filed 05/26/2009   Page 1 of 2

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KRISTIN MORGAN CULLITON,

    Plaintiff,

v.   CASE No. 8:09-CV-589-T-27TGW

TAYLOR MORRISON SERVICES,
INC., et al.,

    Defendants.

## ORDER

THIS CAUSE came on to be heard upon the Plaintiff's Motion for Protective Order (Doc. 10) and the defendant's response thereto (Doc. 19). Based upon the reasons set forth at the hearing, the motion will be granted to the extent that the Taylor Morrison's fact sheet shall include language regarding the homeowners' right to an attorney. The parties subsequently filed a notice of agreed language (Doc. 47).

It is, therefore, upon consideration

ORDERED:

That the Plaintiff's Motion for Protective Order (Doc. 10) be, and the same is hereby, **GRANTED** to the extent that the fact sheet sent by Taylor Morrison to homeowners shall include the following language: "The

Case 2:09-md-02047-EEF-MBN   Document 4824-1   Filed 08/04/10   Page 3 of 3
Case 2:09-md-02047-EEF-JCW   Document 249-1   Filed 09/21/09   Page 81 of 81
Case 8:09-cv-00589-JDW-TGW   Document 48   Filed 05/26/2009   Page 2 of 2

Repair and Relocation Agreement is a legally binding contract, which may affect your legal rights. You have the right to consult with an attorney should you choose to do so, prior to executing the Agreement."

DONE and ORDERED at Tampa, Florida, this 26th day of May, 2009.

*[signature]*

THOMAS G. WILSON
UNITED STATES MAGISTRATE JUDGE

-2-