# EXHIBIT 5

## Chinese Drywall Plaintiffs Awarded $2.6m

Federal Judge Rules Manufacturer Taishan Gypsum Must Pay Damages for Sulfur-Emitting Drywall

*CBS News*
4/8/10

A New Orleans federal judge on Thursday awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur emitting drywall made in China, a decision that could affect how lawsuits by thousands of other homeowners are settled.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Thousands of homeowners, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The CBS News investigative unit first reported last year about the thousands of Americans forced out of their homes by defective, rotting drywall. But the investigative unit also found that there maybe be problems with American-made drywall.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

U.S. District Judge Eldon Fallon ruled Thursday that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion. He said all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion would have to be removed.

Fallon's decision was the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders by thousands of homeowners. The claims have been consolidated under Fallon. Separately, thousands of plaintiffs are pursuing claims in state courts.

Thursday's ruling could set the standard for what needs to be done to make a tainted home fit for living in. Fallon's guidelines went further than those put out by the Consumer Protection Safety Commission earlier this month. The CPSC called for removing the tainted drywall, electrical wiring, fire alarm systems and gas pipes.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a roadmap for any court that is going to consider how the litigation should go from here." Fallon's ruling covered only property damage and did not look at possible health effects. The first cases with medical claims won't be considered by the court until late 2010 or early 2011.

It was far from certain who would pay for the damages. Civil judgments in U.S. courts aren't enforced in China. Plaintiffs are suing American drywall suppliers, distributors and homebuilders, too.

Phillip A. Wittmann, a New Orleans lawyer representing homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittman said.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

Plaintiffs lawyers have said they would try to seize the company's U.S.-bound vessels and shipments if the company continues to ignore the litigation.

So far, only one Chinese manufacturer - Knauf Plasterboard Tianjin Co. - has responded to U.S. suits. A separate trial was held last month against Knauf. Fallon has not ruled in that case. Also, homebuilders are suing Knauf Plasterboard and Knauf Gips KG, a German company, for damages, Wittman said.

Knauf lawyers did not immediately return calls seeking comment.

Fallon said that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall. He added that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

The Taishan drywall was not tested under American engineering standards and Venture Supply Inc., the Norfolk, Va.-based buyer, "relied on a representation that Chinese testing was equivalent to the U.S. testing standards," the ruling said.

The ruling noted that Chinese tests were done by a Chinese government agency and not by an independent testing laboratory. The Chinese government agency issued "certificates of quality" based on a protocol that "predates the production of the drywall shipped to the United States by at least two years," the ruling said.

Taishan and the owners of Venture Supply Inc. could not be reached for comment. A telephone number listed on Venture's Web site was disconnected.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon said.

During the February trial, the plaintiffs gave emotional testimony about how their lives had been damaged because of the defective drywall that gives off a rotten-egg smell.

William Morgan and his wife, Deborah, moved to Williamsburg, Va., after he retired from the Norfolk police department. They quickly realized something was wrong with their "dream house." Fixtures and mirrors turned black. Their lights malfunctioned. Their smoke detector system and water heater failed.

The problems drove them from their house into a rental home, leaving them in a financial mess that forced the couple to file for bankruptcy protection last year. Fallon awarded the Morgan family $481,613.

"I'm tickled to death with the decision, but as far as the mechanics of doing what needs to be done, I don't know," Morgan said by telephone Thursday.

Jerry Baldwin, 59, of Williamsburg, said he and his wife, Inez, could not afford to move out of the home they bought in 2006. The couple blamed Chinese drywall for ruining appliances, electronics and the home's air conditioning system. Baldwin said the problem has cost him his financial security and left him worried for his family's health. Fallon awarded the Baldwins $441,699.

<u>Homeowners Awarded $2.6M In Chinese Drywall Suit</u>
***ABA News***
By Martha Neil
4/8/10

In a ruling that is expected to provide guidance for determining potential damages in more than 2,000 similar federal lawsuits filed by other homeowners, a federal judge in New Orleans today awarded $2.6 million to seven homeowners who alleged that their houses were damaged by the installation of drywall manufactured by a Chinese company.

U.S. District Judge Eldon Fallon, who is overseeing such litigation throughout the country, held that Taishan Gypsum Co. must cover the cost of removing "all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal," reports Bloomberg.

Last week, the U.S. Consumer Product Safety Commission and the U.S. Department of Housing and Urban Development recommended that houses containing problem drywall be gutted and that not only the drywall but electrical wiring, gas pipes and sprinkler systems, among other materials, be removed. A link to the federal agencies' report is provided in an article about the drywall issue in the Problem Solver blog of the Chicago Tribune.

Problem drywall manufactured in China has been blamed for noxious orders and corrosion of nearby metal allegedly due to hazardous materials it may contain.

Federal Judge In New Orleans Awards $2.6M In Chinese Drywall Case
*ClaimsJournal*
4/8/10

A federal judge in New Orleans has awarded seven plaintiffs from Virginia more than $2.6 million in a consolidated case involving damage to the plaintiff's homes as a result of the installation of substandard drywall from China.

In an opinion published on April 8, United States District Judge Eldon E. Fallon concluded that proper remediation for the damaged homes would be "to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

The judge's decision comes just days after the U.S. Department of Housing and Urban Development (HUD) and the U.S. Consumer Product Safety Commission (CPSC) released a report advising homeowners with Chinese drywall to completely remove the tainted product and replace all electrical components and wiring, gas service piping, fire suppression sprinkler systems, smoke alarms and carbon monoxide alarms.

In Re: Chinese Manufactured Drywall: Products Liability Litigation : Section: L and Germano, et al. v. Taishan Gypsum Co. Ltd., et al., case no. 09-6687 represent the consolidation of numerous cases in which "homeowners began to file suit in various state and federal courts against homebuilders, developers, installers, realtors, brokers, suppliers, importers, exporters, distributors, and manufacturers who were involved with the Chinese drywall," the Court explained.

Because of the commonality of facts in the various cases, in June 2009 all federal cases involving Chinese drywall were transferred and consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana.

The class action suit in this instance was brought against defendants Taishan Gypsum Co. Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd. ("Taishan"); Tobin Trading Inc.; Venture Supply Inc.; Harbor Walk Development LLC; and The Porter-Blaine Corp. Plaintiffs filed their initial complaint in the Eastern District of Virginia on May 1, 2009.

A motion to intervene filed by William and Deborah Morgan, Preston and Rachael McKellar, Frederick and Vanessa Michaux, J. Jerry and Inez Baldwin, Joseph and Kathy Leach, Robert and Lea Orlando, and Steven and Elizabeth Heischober was granted and the matter was heard without a jury between Feb. 19 and Feb. 22, 2010.

The Chinese drywall in the present cases was manufactured by Shandong Taihe Dongxin Co. Ltd. which on September 10, 2007, changed its name to Taishan Gypsum Co. Ltd.

According to court documents, evidence presented to the court showed that the "level of corrosive sulfur gases emitted by Chinese drywall in the ... homes exceed the safe level established by recognized standards, peer reviewed literature, and expert opinions and this corrosive environment has had a significant impact on the exposed property."

In addition, the court said, the "evidence supports the conclusion that the appropriate remediation for the affected homes includes the removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring.

The remediation process was estimated to take four to six months to complete.

In determining the award amount for property remediation, the court used an average cost per square foot of $86, which does not include a cost for replacing windows, exterior doors, structural members, exterior siding, roof trusses, the roof, concrete and nails.

Even with remediation, the homes are expected to experience a drop in value to varying degrees as a result of the contaminated drywall, the court said.

Fallon awarded the individual plaintiffs as follows:

- William and Deborah Morgan: $481,613.29 — $381,613.29 for property damages, personal property damages and other forms of compensable damages and $100,000.00 for loss of use and enjoyment damages.
- Jerry and Inez Baldwin: $441,699.11 — $341,699.11 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Joseph and Cathy Leach: $89,676.86 — $59,676.86 for property damages, personal property damages and other forms of compensable damages, and $30,000.00 for loss of use and enjoyment damages.
- Bob and Lisa Orlando: $407,905.44 — $307,905.44 for property damages, personal property damages and other forms of compensable damages and $100,000.00 for loss of use and enjoyment damages in the amount of.
- J. Frederick and Vannessa Michaux: $355,607.80 — $255,607.80 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Preston and Rachel McKeller: $351,741.22 — $251,741.22 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.
- Steven and Elizabeth Heischober: $480,886.27 — $380,886.27 for property damages, personal property damages and other forms of compensable damages, and $100,000.00 for loss of use and enjoyment damages.

Other cases on drywall claims are winding through the courts, from Florida to California. Last week, a Louisiana court rebuffed an insurance company's use of the pollution exclusion and two other exclusions in an "all risk" homeowners insurance policy to deny claims resulting from so-called Chinese drywall.

Source: U.S. District Court for the Eastern District of Louisiana

**7 Virginia Families With Chinese Drywall Get $2.6 Million In Damages**
*House Keys [blog on Sun-Sentinel]*
4/8/10

A federal judge in New Orleans on Thursday awarded $2.6 million in damages to seven Virginia families that sued Chinese drywall manufacturer Taishan Gypsum Ltd.

U.S. District Judge Eldon E. Fallon also issued a protocol for fixing homes that calls for the removal and replacement of all drywall, electrical wiring, copper pipes, air conditioning systems, insulation and most appliances.

Cabinets, countertops, trim, crown molding and baseboards also need to be replaced. Families should receive temporary housing for four to six months, Fallon said.
"This tells you what has to be removed and what doesn't, and he did a very thorough job," Boca Raton attorney Allison Grant said. "It's very significant."

Fallon's ruling gives homeowners in South Florida and elsewhere definitive information about how best to treat the problem.

The Consumer Product Safety Commission last week recommended that homeowners with the tainted drywall remove and replace the material. But that guidance didn't address whether to remove a

**Chinese Drywall Maker Owes 7 Families $2.6 M, Judge Rules**
*National Underwriter Property And Casualty Insurance News*
By Daniel Hays
4/8/10

A federal judge in New Orleans has awarded $2.6 million in damages and repair costs to seven Virginia families that sued the manufacturer of Chinese drywall material.

U.S. District Judge Eldon Fallon ruled today in the class action case Germano, et al. v. Taishan Gypsum Co. Ltd., et al. Taishan must pay for the removal of sulfur-emitting wallboard produced in China that homeowners said emitted smelly gases, created corrosion of materials in their homes and caused health problems.

The judge, after hearing the case without a jury, found that the Chinese-made drywall should be removed from the families' homes as well as computers, furniture and other items damaged by corrosion due to the drywall.

The decision in the class action could affect thousands of other U.S. homeowners whose houses were made with Chinese wallboard and who have filed claims.

In his decision, Judge Fallon noted that drywall was imported in large quantities from China after a materials shortage caused by damage from Gulf Coast hurricanes.

He mentioned that the materials in question were never tested according to the U.S. ASTM (American Society for Testing and Materials Standard), and that the vendor Venture Supply Inc. of Norfolk, Va., had relied on a representation that Chinese testing was the equivalent of U.S. standards.

**Chinese Drywall Victims Awarded $2.6 Million, Judge Says Homes Must Be Gutted**
*News Inferno*
4/8/10

The owners of seven Virginia homes contaminated with toxic Chinese drywall have been awarded $2.6 million by the federal judge overseeing the Chinese drywall multidistrict litigation (MDL) currently underway in New Orleans. The trial was considered a "bellwether" or test case, and the decision could affect how lawsuits by thousands of other homeowners are settled.

The ruling by U.S. District Court Judge Eldon E. Fallon mandates that the plaintiffs' homes be gutted down to the studs. The Judge also ruled that the plaintiffs were entitled to damages for the cost of personal property damaged by the drywall gases, relocation costs, and loss of use and enjoyment of the home.

In his ruling, Judge Fallon wrote that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall, and that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Judge Fallon said.

In addition to removing the toxic drywall, Judge Fallon's order calls for the removal of all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring. His ruling goes further than remediation guidelines released earlier this month by the Consumer Products Safety Commission (CPSC) and the Department of Housing and Urban Development (HUD).

Judge Fallon's ruling covered only property damage and did not look at possible health effects. According to the Associated Press, the first cases with medical claims won't be considered by the court until late 2010 or early 2011.

The cost of remediation as prescribed by Judge Fallon's order will run anywhere between $200,000 to $300,000. However, it's still not clear who will foot the bill. The main defendant in this case, Taishan Gypsum Co., never responded to lawsuits and did not have a lawyer present for the trial. Civil judgments in U.S. courts aren't enforced in China.

Plaintiffs lawyers have said in the past that they would seek to seize Taishan Gypsum's U.S.-bound vessels and shipments if it continues to ignore lawsuits.

So far, only one Chinese manufacturer — Knauf Plasterboard Tianjin Co. — has responded to U.S. suits. A separate trial naming Knauf as a defendant was held before Judge Fallon last month. His decision in that case is still pending.

Since late 2008, the CPSC has received more than 3,000 reports from residents in 37 states, the District of Columbia, and Puerto Rico regarding defective Chinese drywall. Gases emitted from Chinese drywall are being blamed for significant property damage, including damage to HVAC systems, smoke detectors, electrical wiring, metal plumbing components, and other household appliances. These gases also produce a sulfurous odor that permeates homes, and cause metals, including air conditioning coils and even jewelry, to corrode. People living with Chinese drywall have also suffered eye, respiratory and sinus problems that may be linked to the gases.

In addition to the Chinese drywall lawsuits consolidated before Judge Fallon, thousands of cases are also pending in state courts.

**More Info: The Drywall Decision**
*Bradenton Herald*
By Duane Marsteller
4/8/10

A closer look at the Chinese drywall remediation protocol that a federal judge issued Thursday:

n Drywall: Replace all drywall, whether made in China or not, with non-Chinese boards.

n Electrical: Replace all wiring, both low- and high-voltage.

n Plumbing: Replace all copper piping.

n Flooring: Replace carpet, hardwood floors and vinyl floors. Keep tile floors, except replace damaged pieces or those adjacent to interior walls.

n HVAC: Replace air handler, all duct work and copper pipe between handler and compressor. Replace outdoor compressor on case-by-case basis.

n Other: Replace insulation, cabinets, counter tops, trim, crown molding, baseboards, bathroom fixtures and selected electrical appliances.

After remediation is complete, the home should be cleaned with a HEPA vacuum, wet-wipe or power washer, then aired out for 15 to 30 days. An independent engineer's certification that the remediated home is safe for occupancy must be obtained before the homeowner can move back in.

**Chinese Drywall: Judge Awards $2.6 Million To 7 Local Homeowners. Money Will Be Used To Gut And Repair Affected Homes.**
*Daily Press*
By Veronica Chufo
4/8/10

The home Bill Morgan thought he'd retire in has become a source of heartache.

The James City County homeowner abandoned the home, built with Chinese drywall, out of fear for his family's health and safety.

He was still emotional about it Thursday, the day a federal judge ruled in favor of him and six other Hampton Roads homeowners in a lawsuit to remove the sulfur-emitting drywall.

But he probably won't live in it again. It's now in foreclosure, and he's now in bankruptcy, thanks to the financial damage inflicted by the drywall.

"I love my home. I rode by it yesterday," he said, his voice beginning to tremble. "I'm sorry, it's still very emotional. The grass is just starting to get tall. I used to take a lot of pride in taking care of it."

A New Orleans federal judge awarded seven Hampton Roads homeowners $2.6 million in damages to pay for the removal of sulfur-emitting drywall made in China that has been linked to corrosion and possible health effects.

That includes Morgan and three other families in the Wellington neighborhood in James City County, two families from Hollymeade in Newport News and one homeowner in Virginia Beach. They were represented by the Norfolk-based Richard Serpe law office.

U.S. District Judge Eldon Fallon ruled Thursday that the houses should be gutted and all drywall, Chinese and American, be removed, along with any items damaged by corrosion due to the drywall, said Rebecca Cohen, legal assistant.

The ruling potentially affects thousands of other U.S. homeowners whose homes were made with the imported wallboard. To date, the U.S. Consumer Product Safety Commission has received more than 3,000 complaints of sulfur-emitting drywall from 37 states.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits.

Locally, the drywall was imported in 2006, in the midst of a national housing boom and after a string of Gulf Coast hurricanes. Many affected homeowners have moved out, forcing them to pay mortgages and rent. Some face foreclosure or bankruptcy and wonder where they'll get the money to replace the imported drywall.

Listening to the testimony was comforting to Bill Morgan.

"It just kind of validated to me and my wife that we weren't crazy," he said.

"I'm just thrilled to death. I'm just extremely grateful that Judge Fallon took the time to really delve into this thing," he said of the ruling. "It's nice to seem some light beginning to shine at the end of the tunnel."

Plaintiffs Fred and Vannessa Michaux and their children, ages 5,7 and 9, moved into Hollymeade in November 2007. They noticed their electrical equipment began failing, and they started experiencing chronic fatigue, muscle pain, skin and eye irritation and upper respiratory problems. So they moved out.

"We came here in '07, a family in perfect health, and two years later, our health was in a state of decline. We knew we had to get out, for the health of our family," he said.

He called Thursday's ruling "a step in the right direction."

"The caveat is that it's still a default judgment against the company that did not show up for trial, and the company is Chinese," he said.

There's still a long road to get that payment.

"We're optimistic but cautious that we'll see any of that," he said.

What he's celebrating Thursday is the establishment of a remediation protocol.

"That's the part that's going to serve our country well. For every house in the U.S. that needs to be fixed, now there's a protocol to follow," Michaux said.

The protocol -- gutting the house to the studs, even removing and replacing American-made drywall, carpeting, hardwood flooring, crown molding and bathroom fixtures -- goes beyond guidance issued last week by the U.S. Housing and Urban Development and U.S. Consumer Product Safety Commission. The guidance last week merely called for the removal of the Chinese drywall and corroded electrical components, which wouldn't account for further corrosion that could happen even after the offending drywall is removed, Cohen said.

It also calls for removal of construction dust and air-quality testing.

"It would give us as homeowners a sense of safety to move back in," Michaux said of the judge's ruling.

The one good thing that has come of this is that it has taught Michaux how to put into practice his Christian beliefs.

"As devoted followers of Christ, we talk about ensuring hardship, about loving our enemy. This is the first time in our life that we can say we have an enemy," he said. "It's one of the first times in our lives that we've had to step up and had to practice that. It's been good for us."

"There's a part of us that's celebrating a sense of closure. We've been waiting for something to happen," Michaux said. "But this is just the first step."

They still have to collect on the judgment, and they have to rebuild the Hollymeade neighborhood, about half of which was built with the Chinese-made drywall.

"It's a sigh of relief, but then take a deep breath, because we've got a lot of work to do."

## Chinese Drywall Victims Awarded $2.6 Million: New Orleans Judge Fallon Rules Chinese Manufacturers Negligent

***Epoch Times***
By Charlotte Cuthbertson
4/8/10

A New Orleans judge awarded seven families more than $2.6 million in losses caused by toxic Chinese drywall in their homes Thursday.

Judge Eldon E. Fallon ruled against defendant Taishan Gypsum Co. Ltd., the Chinese manufacturer of the drywall.

"We're very excited and very grateful for Judge Fallon for coming to a great conclusion," said Lisa Orlando, one of the homeowners in the lawsuit.

But, there is no guarantee that the families will get the money, Orlando said. There is no recourse if the defendants refuse to pay. "We can't do anything without the money," she said from the home the family is now renting.

The judgment comes less than a week after Consumer Product Safety Commission (CPSC) recommended Chinese drywall-tainted homes to be gutted.

The CPSC report called for removal of all possible drywall with issues, all fire safety alarm devices, all electronic components and wiring, and all gas-service piping, as well as the fire-suppression sprinkler systems.

Some Chinese-manufactured drywall types were found to emit significantly larger amounts of hydrogen sulfide, the chemical believed to cause corrosion, compared to other drywall. Certain samples tested by investigators showed 100 times higher levels of hydrogen sulfide compared to the drywall manufactured outside of China that was tested.

The Orlandos bought their home in Williamsburg, Va., for $369,500 in June 2009. Fred Orlando had gotten a job promotion and the family moved from upstate New York to the Mid-Atlantic.

Excited about the shift and expecting it was the home they would retire in, they paid $50,000 to have the in-ground pool built within weeks of moving in.

Not long after the finishing touches were made on the pool, the family received a letter from Dick Ashe, the builder of the home—there were possibly 172 sheets of toxic Chinese drywall in their home. The Orlandos discovered that the drywall had Venture Supply (i.e. Taishan) stamped on the back—proving it was manufactured in China.

Opening the windows to get fresh air into the home during 90-degree heat brought neighbor Bill Morgan over to inquire if the family had Chinese drywall in their home. The Orlandos were not alone.

They had first noticed a smell when they toured the house; they thought it was from the previous owner's two children in diapers. After they moved in, the smell got progressively worse.

The Orlandos had all the carpets in the home cleaned, but the smell did not go away. Mrs. Orlando describes the odor as similar to the smell of spent fireworks. Headaches and rashes followed, as well as failure of their water heater and problems with the HVAC unit.

Seven months after moving in, the Orlandos moved into a rental home and their health improved within two weeks, said Orlando.

Orlando said the family wants to fix/rebuild the home rather than sell it.

"We really like it and we put in a new pool when first moved in," she said. "I am just thankful for the judgment. It's the beginning of the process of us becoming whole again."

Assuming remediation of their home is complete within six months of the trial, the Orlandos are entitled to $307,905.44 in damages, plus an award for loss of use and enjoyment of the home and personal property to be determined by the court.

Judge Fallon is presiding over about 600 lawsuits that have been packaged from different areas.

The Consumer Protection Safety Commission (CPSC) has received about 3,082 reports from residents in 37 states, the District of Columbia, American Samoa, and Puerto Rico, who believe their health symptoms or the corrosion of certain metal components in their homes are related to problem drywall. State and local authorities have also received similar reports.

Affected residents largely report that their homes were built in 2006 to 2007, when an unprecedented increase in new construction occurred in part due to the hurricanes of 2004 and 2005.

**Homeowners Awarded Damages In First Chinese Drywall Ruling**
*Miami Herald*
By Nirvi Shah
4/8/10

A federal judge in Louisiana has ruled that a Chinese drywall manufacturer must pay seven Virginia families about $2.6 million in damages because the company's product corroded metals in their homes, caused a sulfuric stench and led to breathing problems.

Thursday's ruling could pave the way for similar rulings for thousands of cases now before the same judge.

It was the first for damages in a drywall case. Thousands of homeowners nationwide, most of whom live in Florida and Louisiana, have filed complaints about situations similar to those in Virginia. Many of the lawsuits against drywall manufacturers have been filed in federal court and all of the cases were consolidated in Louisiana.

U.S. District Judge Eldon Fallon also issued rules about how homes with the toxic product must be repaired.

The manufacturer named in this suit, Taishan Gypsum Co., has not responded to U.S. court proceedings, however.

``This is a legal determination of who's at fault in the drywall mess,'' said U.S. Sen. Bill Nelson, who helped start an investigation of imported drywall. ``Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up.''

Fallon said in his ruling that Taishan asked the American company that ordered the drywall to remove a clause from its contract requiring that it meet American standards for the product.

The ruling also included guidelines on what must be done to fix a home built with problem wallboard.

The judge ruled that all of the drywall from these homes, even if some of it was not manufactured in China, along with electrical components, sprinklers and gas lines, air conditioners, carpeting, wood flooring, cabinets, countertops, moldings, bathroom fixtures and insulation, among other items, must be replaced.

Homes would have to be aired out for up to a month, cleaned with HEPA vacuum or power washed. And families are entitled to payment for the four to six months they have to leave their houses while repairs are made, the ruling said.

Fallon said the average cost per square foot to repair the homes in Virginia would be $86.

His recommendations are similar to those issued by the Consumer Product Safety Commission and Department of Housing and Urban Development last week but go a bit further.

``While the ruling is not binding on anyone other than the parties to the Germano case, it is certainly persuasive to other judges and presumably Judge Fallon will rule similarly in other cases,'' said Allison Grant, a Boca Raton attorney representing many affected homeowners.

<u>Court Sides With Chinese Drywall Owners: $2.6 Million Award May Be Uncollectable</u>
*The News-Press*
Mary Wozniak
4/8/10

1:10 A.M. — A federal judge Thursday gave seven Virginia homeowners who sued a Chinese company over defective drywall what they asked for.

It remains to be seen when, how or even if their $2.6 million award will be collected.

U.S. District Court Judge Eldon Fallon issued the ruling in a bellwether product liability case against Taishan Gypsum Company.

It's the first trial in more than 3,000 lawsuits filed across the country over the tainted product. The lawsuits all have been consolidated under Fallon in multidistrict litigation in New Orleans, and his ruling is expected to set the trend for future suits.

Many of those lawsuits were filed by residents of Lee County, which has at least 2,500 homes with defective drywall. According to estimates in Fallon's ruling, they could have about $430 million in collective damages.

The drywall, imported mostly between 2004 and 2007, emits sulfur compounds that corrode air conditioning coils, electrical wiring, metal on appliances, electronics, jewelry and plumbing fixtures. Residents of homes that have the drywall complain of health issues from nosebleeds to respiratory problems.

Arnold Levin, lead attorney for the plaintiffs, was pleased with the ruling.

"It is a major step in getting our people's homes taken down to the studs and refurbishing their homes so they can get back in," he said.

Fallon issued sweeping guidelines for fixing the drywall that have the rule of law — at least when these seven plaintiffs are concerned.

Levin said the judge's fix-it protocol is not inconsistent with interim guidelines issued last Friday by the Consumer Product Safety Commission. Both the commission and Fallon's ruling call for the drywall to be removed and replaced, along with wiring, electrical components and gas-service piping.

But Fallon went beyond the commission in ruling in favor of the seven Virginia plaintiffs, calling for removal and replacement of the entire HVAC system, insulation, damaged appliances and electronics such as TVs and computers, carpet, hardwood and vinyl flooring and cabinetry.

Inez Tenenbaum, commission chairman, said last Friday that commission guidelines provide a foundation for Congress to consider policy options and explore federal relief for homeowners.

The commission had no reaction Thursday.

"We have decided to refrain from commenting directly on the judge's ruling today and want to let our announcement from last week speak for itself," Scott Wolfson, commission spokesman, said by e-mail.

The ruling set the cost of refurbishing a home at $86 a square foot. That means for an average size home of 2,000 square feet, the cost would be $172,000.

If enough drywall was imported to build 60,000 homes, the cost to fix it, at an average of 2,000 square feet per home, would be $10.3 billion.

The drywall is found in 37 states and Puerto Rico. In Lee County, the property appraiser has identified 2,505 homes that had values reduced because of drywall.

Using the same formula for those 2,505 homes, the repair bill would be about $430 million.

While Fallon's ruling has the force of law for these seven plaintiffs, Levin said he will not stop there.

"This is just the beginning for Taishan," he said. In two weeks, he will file a motion for a class action lawsuit to extend the ruling to all homes constructed with Taishan drywall, Levin said.

The only problem is, civil judgments in U.S. courts aren't enforced in China. Taishan Gypsum never acknowledged the lawsuit or appeared in court to defend its case.

Richard Kampf, a Cape Coral homeowner who represents a grass-roots organization of about 350 homeowners with defective drywall, has a 3,200-square-foot home.

Under the Fallon ruling, the cost to repair his home would be $275,200.

"As a homeowner, I'd rather have this one," he said of the judge's protocol.

If the courts are unable to recover damages from makers of defective Chinese drywall, he favors a remedy suggested in a News-Press editorial Tuesday — have the government create a national fund to help pay for repairs, and look to insurers, builders and other parties to help with the fund. Then get the Chinese government and manufacturers to pay up.

Kampf, a retired U.S. Environmental Protection Agency administrator, said that method would be similar to the way the federal Superfund works: If a company causing the problem won't fix it, the government will, then go after the company for three times the damages.

U.S. Sen. Bill Nelson, D-Orlando, said the judge's ruling gives homeowners a legal target.

"Now homeowners have somebody to put in their sights," he said. "Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up."

## Judge's Ruling In Chinese Drywall Case Gives Floridians Hope

*Palm Beach Post*
By Allison Ross
4/8/10

A federal judge has awarded $2.6 million in damages to the owners of seven Virginia houses contaminated by defective Chinese drywall, buoying hopes for South Florida homeowners stuck in tainted homes.

The landmark ruling — which sets a standard for fixing affected homes that goes above and beyond anything recommended before — quantifies just how damaging and disruptive the defective wallboard is and provides guidance for homeowners on how to treat the problem.

In a 108-page document released Thursday, U.S. District Judge Eldon E. Fallon in New Orleans found that affected houses must be gutted almost down to the studs, including the removal of all drywall, electrical wires, copper pipes and heating, ventilating and air-conditioning units, as well as other items such as carpeting, cabinets, countertops and bathroom fixtures.

Fallon estimated the remediation will cost an average of $86 per square foot. He also decided that the homeowners were entitled to receive money for relocation costs, reimbursement for personal property damaged by the drywall's sulfuric off-gassing, and compensation for loss of use and enjoyment of a home.

"We finally have a remediation protocol!" Boca Raton attorney Allison Grant said in an e-mail. She said Fallon's ruling "fills in the gaps" left by the U.S. Consumer Product Safety Commission's interim guidelines issued last week.

The CPSC, addressing things that have a direct connection to health and safety, advocated the removal of "all possible problem drywall," as well as electrical wiring and other components. But it did not go into much more detail, and did not discuss the removal of heating, ventilating and air-conditioning systems, carpeting and other components.

Fallon wrote that his court's protocol is largely consistent with what the CPSC advised, although it disputed the CPSC's note that drywall that can be identified as unaffected should be left in place, saying the removal of all drywall "is necessary in order to remove and replace wires, pipes, and insulation, and to adequately clean the home." The CPSC declined to comment on Thursday's ruling.

While Fallon's ruling is only directly binding to the seven Virginia homeowners that were part of the case, his decision could affect thousands whose homes were made with the defective material.

"This is great news," said Jimmy Diamond, who owns an affected home near Boynton Beach . "It gives us more hope. I just don't understand why it took so long for people to understand that all this needs to be done to fix the houses."

Scott Semrau, who is on his 13th air-conditioning coil in his house west of Delray Beach because of corrosion from the drywall, agreed. "We were quite pleased to hear all that the judge said," Semrau said. "We had people telling us to just paint over the drywall to get rid of the odor. But it's not just the odor. This is validation of the damage the drywall causes."

Thursday's decision stems from the lawsuit of seven Virginia homeowners against Chinese drywall manufacturer Taishan Gypsum Co.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a road map for any court that is going to consider how the litigation should go from here."

While each of the seven homeowners was awarded a different amount, they received an average of about $372,733 . It remains to be seen whether the homeowners will be able to collect from the company.

Foreign companies do not have to respond to U.S. courts, and Taishan has not responded to lawsuits.

U.S. Sen. Bill Nelson, D-Fla., said the ruling gives homeowners "somebody to put in their sights" to blame for the drywall problem.

"Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up," Nelson said in a statement.

Studies have found that certain drywall imported from China gives off sulfuric gas that has been linked to corrosion of metal components in homes, such as electrical wiring, jewelry and toilet handles. Many homeowners also blame the drywall for such health problems as headaches, nosebleeds and nausea.

The drywall was imported between 2000 and 2008, particularly in response to the housing boom and following a string of hurricanes.

The CPSC has received 3,082 reports from residents in 37 states, the District of Columbia, American Samoa, and Puerto Rico claiming to be affected by the problematic wallboard. The majority of those complaints have come from Florida.

The Associated Press contributed to this story.

**First Chinese Drywall Suit Award: $2.6 Million**
***Florida Home Inspections Team***
4/9/10

A home in Parkland built with Chinese drywall recently was gutted. The $1.7 million home was built by now-bankrupt developer WCI Communities. The cost to fix the problem: $220,000.

Consumer advocates hailed a ruling Thursday in Louisiana federal court that awarded $2.6 million to seven Virginia families who bought homes built with Chinese drywall.

U.S. District Judge Eldon Fallon handed down the first award in a Chinese drywall lawsuit. He awarded property damages, personal property damages, and an amount for loss of use and enjoyment.

The case is considered a bellwether for numerous federal class action lawsuits consolidated in New Orleans. It also provides guidance for hundreds of other cases awaiting trial in state circuit courts.

The ruling lends legal weight to a recent federal policy decision that the only safe method of dealing with Chinese drywall is to gut a house's interior of all drywall, wiring and plumbing.

"Proper remediation for the [plaintiffs] is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal," Fallon's order states. "Accordingly, the court further finds that the plaintiff-interveners are entitled to recover damages."

Fallon used a formula of $86 a square foot for a typical home, and awarded $100,000 to most of the seven families for loss of use and enjoyment. But, recovering from the Chinese company that made the drywall –Taishan Gypsum – may be more problematic. Taishan was served notice of the suit, but failed to respond, and a default judgment was entered against it in a previous ruling.

Although the case involved homes in Virginia, most were built using Chinese drywall in Florida and Louisiana during the construction boom.

Chinese drywall has concentrations of sulfur and other substances that produce corrosive gases and odor, which leads to corroded metal. From 2004 to 2006, when the building boom and hurricane repairs created a domestic shortage, 500 million pounds of drywall were imported – and 60 percent of the drywall came through Florida ports.

The American Association for Justice (formerly the Association of Trial Lawyers) hailed the ruling as a reason to pass federal legislation cracking down on foreign manufacturers who do business in the U.S.

"Taishan Gypsum profited from a product they sold here in the U.S. that has now proven to be defective, costing millions of dollars in damage, decreased property values," AAJ President Anthony Tarricone said in a news release.

"While the ruling today holds the company responsible, there is no guarantee the company will comply, leaving U.S. consumers and homebuilders to pick up the tab," he said. "This is why it is critical we pass the Foreign Manufacturers Legal Accountability Act, so foreign manufacturers are held to the same standards and justice system as U.S. manufacturers."

Coral Gables attorney Ervin Gonzalez, of Colson Hicks Eidson, said the ruling "tells other parties how the law is being interpreted and what to expect in similar cases." Gonzalez is handling several cases for homeowners with Chinese drywall. He also sits on the plaintiffs' steering committee for the consolidated federal cases. Gonzalez said he expects Fallon to take up one of several cases from Florida this summer.

U.S. Sen. Bill Nelson, D-Florida, also praised the ruling. "This is a legal determination of who's at fault in the drywall mess," he said in a release. "Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up."

Fallon's ruling enshrines several scientific findings about Chinese drywall into federal case law, most of which had been made public in previous studies:

- Chinese drywall has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur.
- Chinese drywall releases reduced sulfur gases.
- The sulfur gases released by Chinese drywall are irritating to the human body.
- The sulfur gases cause offending odors in homes, making them hard, if not impossible, to live in.
- The sulfur gases are corrosive to metals, particularly copper and silver.
- The corrosion on metals caused by the sulfur gases causes premature failure of electrical and mechanical devices.
- The corrosion on metals caused by the sulfur gases emitted by Chinese drywall poses a fire risk

**Judge Awards Locals $2.6M In Chinese Drywall Case**
*The Virginian-Pilot*
By Josh Brown
4/8/10

A federal judge in New Orleans today awarded $2.6 million in damages to seven Hampton Roads homeowners whose properties were built with Chinese-made drywall.

U.S. District Judge Eldon Fallon ruled that all drywall in the homes should be removed, along with all items that have suffered corrosion as a result of the drywall and anything damaged in the process of the removal.

The homeowners were awarded an average of $372,733 each. Attorneys had selected seven homes in Virginia – one in Virginia Beach, two in Newport News and four in Williamsburg – to serve as a cross section of homes affected by the drywall across the country.

Taishan Gypsum Co. Ltd., the company that manufactured the drywall, did not respond to the lawsuit. Fallon issued a default judgment against Taishan last fall.

The ruling comes almost a week after federal product-safety regulators recommended homeowners rip out the problem wallboard, electrical wiring and natural gas piping.

The judge's ruling goes further, stating that all drywall should be removed, along with appliances, carpet, cabinets, trim and flooring. Fallon stated in the ruling that it is neither cost effective nor scientifically possible to remove just the tainted wallboard in a home where both domestic and Chinese drywall was used.

While Thursday's decision is binding only on the seven Virginia homes, the judge has said that outcome will "provide some guidance for similarly situated or affected properties."

Richard Serpe, the Norfolk attorney for the seven homeowners, plans to ask for a judgment against Taishan for the rest of his clients in Hampton Roads.

Last fall, the U.S. Consumer Product Safety Commission found that the wallboard emits higher levels of volatile sulfur gases than typical U.S.-made drywall and is likely causing metal corrosion in homes. Homeowners claim the product also causes respiratory illness.

**Judge Awards Families $2.6M Over Chinese Drywall**
***The Associated Press***
By Cain Burdeau and Michael Kunzelman

NEW ORLEANS — A New Orleans federal judge on Thursday awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur-emitting drywall made in China, a decision that could affect how lawsuits by thousands of other homeowners are settled.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Thousands of homeowners, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

U.S. District Judge Eldon Fallon ruled Thursday that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion. He said all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion would have to be removed.

Fallon's decision was the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders by thousands of homeowners. The claims have been consolidated under Fallon. Separately, thousands of plaintiffs are pursuing claims in state courts.

Thursday's ruling could set the standard for what needs to be done to make a tainted home fit for living in. Fallon's guidelines went further than those put out by the Consumer Protection Safety Commission earlier this month. The CPSC called for removing the tainted drywall, electrical wiring, fire alarm systems and gas pipes.

"We got everything we asked for," said Richard Serpe, an attorney for the Virginia plaintiffs. "This becomes a roadmap for any court that is going to consider how the litigation should go from here."

Fallon's ruling covered only property damage and did not look at possible health effects. The first cases with medical claims won't be considered by the court until late 2010 or early 2011.

It was far from certain who would pay for the damages. Civil judgments in U.S. courts aren't enforced in China. Plaintiffs are suing American drywall suppliers, distributors and homebuilders, too.

Phillip A. Wittmann, a New Orleans lawyer representing homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittman said.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

Plaintiffs lawyers have said they would try to seize the company's U.S.-bound vessels and shipments if the company continues to ignore the litigation.

So far, only one Chinese manufacturer — Knauf Plasterboard Tianjin Co. — has responded to U.S. suits. A separate trial was held last month against Knauf. Fallon has not ruled in that case. Also, homebuilders are suing Knauf Plasterboard and Knauf Gips KG, a German company, for damages, Wittman said.

Knauf lawyers did not immediately return calls seeking comment.

Fallon said that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall. He added that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

The Taishan drywall was not tested under American engineering standards and Venture Supply Inc., the Norfolk, Va.-based buyer, "relied on a representation that Chinese testing was equivalent to the U.S. testing standards," the ruling said.

The ruling noted that Chinese tests were done by a Chinese government agency and not by an independent testing laboratory. The Chinese government agency issued "certificates of quality" based on a protocol that "predates the production of the drywall shipped to the United States by at least two years," the ruling said.

Taishan and the owners of Venture Supply Inc. could not be reached for comment. A telephone number listed on Venture's Web site was disconnected.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon said.

During the February trial, the plaintiffs gave emotional testimony about how their lives had been damaged because of the defective drywall that gives off a rotten-egg smell.

William Morgan and his wife, Deborah, moved to Williamsburg, Va., after he retired from the Norfolk police department. They quickly realized something was wrong with their "dream house." Fixtures and mirrors turned black. Their lights malfunctioned. Their smoke detector system and water heater failed.

The problems drove them from their house into a rental home, leaving them in a financial mess that forced the couple to file for bankruptcy protection last year. Fallon awarded the Morgan family $481,613.

"I'm tickled to death with the decision, but as far as the mechanics of doing what needs to be done, I don't know," Morgan said by telephone Thursday.

Jerry Baldwin, 59, of Williamsburg, said he and his wife, Inez, could not afford to move out of the home they bought in 2006. The couple blamed Chinese drywall for ruining appliances, electronics and the home's air conditioning system.

Baldwin said the problem has cost him his financial security and left him worried for his family's health. Fallon awarded the Baldwins $441,699.

**Judge Awards $2.6 Million In Chinese Drywall Suit (Update1)**
*Bloomberg*
By Bob Van Voris and Allen Johnson Jr.
4/8/10

April 8 (Bloomberg) — A federal judge in New Orleans ruled that a Chinese company that made defective drywall must pay $2.6 million to fix seven Virginia homes.

U.S. District Judge Eldon Fallon today ruled that Taishan Gypsum Co., which didn't contest the suit, must pay to "remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal."

More than 2,100 homeowners in the U.S. have filed federal suits claiming their homes were damaged or ruined by defective drywall that gives off noxious odors and chemicals that can corrode wiring, plumbing and heating equipment.

Fallon, who is overseeing federal drywall cases nationwide, has said that his ruling in this suit may provide guidance for determining the extent and cost of home repairs required in defective drywall cases.

On April 2, U.S. regulators issued recommendations to homeowners with defective drywall, suggesting they remove all drywall from their homes and replace gas service piping, smoke alarms and carbon monoxide alarms and other electrical components and wiring that may have been damaged.

The case is: In Re Chinese-Manufactured Drywall Products Liability Litigation, No. 09-MD-2047, U.S. District Court, Eastern District of Louisiana (New Orleans).

To contact the reporters on this story: Bob Van Voris in New York at rvanvoris@bloomberg.net; Allen Johnson Jr. in federal court in New Orleans at allenmct@gmail.com.

**Judge Awards $2.6M In Chinese Drywall Case**
*Sarasota Herald-Tribune*
By Aaron Kessler
4/8/10

U.S. District Court Judge Eldon E. Fallon has awarded $2.6 million in damages to the owners of seven Virginia homes damaged by contaminated Chinese drywall.

The sweeping ruling — which goes far beyond what the U.S. Consumer Products Safety Commission has recommended or that home builders have pursued — mandates the removal of all drywall, along with most components of the affected homes.

Fallon ruled that the homes must essentially be gutted down to the studs. He also ruled that the homeowners were entitled to recover the cost of personal property damaged by the drywall gases, relocation costs and should receive damages for the loss of use and enjoyment of the home.

"The evidence supports the conclusion that the appropriate remediation" for the homes "includes the removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring," Fallon wrote in his decision, released this morning.

The remediation costs, Fallon ruled, would be on average $86 per square foot — putting most of the Virginia homes in the $200,000 to $300,000 range to repair.

Fallon also found that selective removal of the drywall was not a valid option, and that all drywall in affected homes must be removed.

## Judge Orders Taishan Gypsum Co. To Pay $2.6M Over Chinese Drywall Damages

*Injury Board*

By Scott Kappes

4/9/10

Today a federal judge in New Orleans awarded $2.6 million in damages to seven Virginia families whose homes were damaged by Chinese drywall. The ruling could play a major role how thousands of other similar cases are settled.

It is not exactly clear how plaintiff will collect from Chinese based companies that do not have to respond to U.S. courts, but there have been talks of seizing U.S. bound ships and cargoes from drywall companies that refuse to respond or pay court ordered damages.

Earlier this month the U.S. Consumer Products Safety Commission released a report claiming that affected homes needed to be gutted and rebuilt to get rid of all of the corrosive effects of the tainted drywall. U.S. District Judge Eldon Fallon seems to agree.

The problem drywall has been linked to corrosion of wiring, air-conditioning units, computers, metal fixtures, and jewelry. Many also suspect that problem Chinese drywall may also be responsible for health problems suffered by people living in affected homes.

Fallon's decision was the first in long line of lawsuits filed in Federal court against manufacturers, distributors, and suppliers of the allegedly toxic drywall by homeowners who claim their home have been ruined by the defective product.

In this case, the plaintiffs sued Chinese drywall manufacturer Taishan Gypsum Co., which hasn't responded to lawsuits and did not have a lawyer representing it at the February trial.

The decision could play a role in how the thousands of additional Chinese drywall lawsuits Fallon is presiding over will be settled, and also could influence thousands of additional lawsuits that have been filed in numerous state courts.

This comes as great news for those Americans whose homes have been damaged by Chinese drywall, but now the question is, can they collect?

**Judge's Ruling On Chinese Drywall Brings Hope To Homeowners**
*WLOX (Biloxi, MS)*
By Jessica Bowman
4/9/10

HARRISON COUNTY, MS (WLOX) - A court decision in a Virginia case could have a major impact on South Mississippians dealing with toxic drywall issues. A judge awarded more than $2 million in damages to several Virginia families to pay for the removal of Chinese drywall from their homes.

"This is very good news that will offer a very good precedent for all other homeowners in the country who have Chinese drywall in their homes, including Mississippians," Biloxi attorney Jim Reeves said.

Reeves is overseeing a number of drywall cases in Mississippi. He said the judge in this case ruled that all the Chinese made drywall in the Virginia homes should be removed, as well as any items damaged by corrosion due to the drywall.

"What he found was specifically what needs to be done to make these homes safe and live-able," Reeves said.

"The homeowners of Mississippi and the Gulf South are vindicated," attorney Edward Gibson said. "What they believed needed to happen to their homes, which is that the homes need to be gutted down to the studs, is what the court has said needs to be done."

Attorney Edward Gibson is representing Gulfport homeowners David and Laurie Pitre, who are also suffering from the toxic drywall in their home.

"It is a problem and that is justified to compensate the people that are dealing with that," Laurie Pitre said. "And hopefully things will go that way for our case, because we are ready."

The Pitres said if their case goes as well as the seven families from Virginia, they will have enough money to do the work that's necessary to repair their home.

"Tear everything out, down to the studs," David Pitre said. "Most everything has to be replaced, including the wiring. We're just looking for a chance to put our house back together to make it safe and restore its value."

According to Reeves, there are approximately 3,000 claims pending in the New Orleans area and some 300 confirmed Chinese drywall cases in Mississippi. Reeves expects another ruling from this court in the next couple of weeks.

**Families Excited About Chinese Drywall Settlement**
WVEC (Norfolk, VA)
4/9/10

After a Louisiana judge awarded seven Virginia families nearly $3 million in damages for homes ruined by Chinese drywall, these families say it's the break they were looking for.

The money was awarded to four families in Williamsburg, two in Newport News and one in Virginia Beach.

This legal decision could affect how lawsuits by thousands of other homeowners are settled.

"We are just elated, we are so grateful to judge Fallon for answering our prayers so to speak," said Inez Baldwin of Williamsburg.

The sulfur-emitting drywall has been linked to corrosion of wiring, A/C units, computers, appliances, and for giving off a terrible smell.

"If you aren't living with chinese drywall, you have no idea how devastating it is."

Lisa Orlando's family also had to abandon their dream home and move into an apartment before they had even gotten settled in.

She now pays $500 a month more in rent than their mortgage.

Even with the ruling though, time is not on their side.

It's not clear when the money will come in, and when it does, fixing the house will take months.

"It's been very nerve wracking, very stressful not knowing what's going to happen are we going to end up declaring bankruptcy and just its just all been a big question mark," said Orlando.

With this important court room decision, local families say maybe things will turn around.

## Federal Judge: Take Out All Drywall, Chinese Or Not

*Bradenton Herald*
By Duane Marsteller
4/9/10

A federal judge ruled Thursday that seven Virginia homes containing corrosive Chinese drywall should be gutted to the studs, a remediation method that exceeds recently issued federal and homebuilder guidelines.

In a closely watched and sweeping decision, U.S. District Judge Eldon Fallon said all drywall — not just that made in China — in those homes should be removed and replaced. Much of the rest of the homes' interiors, including electrical wiring, copper piping, insulation and most of the heating and air-conditioning system, also must go, the New Orleans judge said.

Fallon also ordered a Chinese drywall manufacturer to pay $2.6 million in repair costs and property damages to the homeowners, who likely will collect little to none of it.

"It's an excellent ruling and a huge step in the right direction for homeowners," said Pete Albanis, a plaintiff attorney in Fort Myers. "The plaintiffs received the vast majority of everything they were seeking."

The 108-page decision, the first in a massive federal court case over the suspect wallboard, was not unexpected: Defendant Taishan Gypsum Co. Ltd. never responded to the suit. Knauf Plasterboard Tianjin Co. Ltd., another Chinese drywall manufacturer that was to mount a defense in Taishan's absence, abruptly pulled out on the eve of the trial.

Knauf issued a brief statement saying it "is aware" of Fallon's decision, but said it had no bearing on any lawsuits against it.

The Virginia homeowners, like thousands of others in Florida and elsewhere, contend the Chinese-made drywall in their homes emits putrid sulfuric gases that corrode metal, cause health problems and lower property values. Those complaints have flooded state and federal government hotlines and court dockets.

The Virginia case was a "bellwether," or test case, for several hundred lawsuits that have been consolidated into one docket before Fallon. Although his decision was limited to the Virginia case, it will provide guidance for the others, legal experts said.

In it, Fallon rejected arguments that only Chinese drywall needed to be removed and that corroded electrical wiring could remain if cleaned.

"Proper remediation for the (plaintiffs) is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal," he wrote in his decision.

That differs from U.S. Department of Housing and Urban Development and U.S. Consumer Product Safety Commission interim guidelines that were released last week. Those guidelines said only "problematic" drywall must be taken out, leaving the possibility that non-Chinese drywall could remain.

Fallon said it was more efficient and cost-effective to take out all drywall, saying "it is virtually impossible to detect with reasonable accuracy which is and which is not Chinese drywall" without cutting into it. He also said the drywall must be removed anyway to replace the electrical, plumbing and air-conditioning systems.

His decision that all electrical wiring must be removed differs from National Association of Homebuilders guidelines, issued last month, that say undamaged portions of high-voltage wires can remain. The builders also said cabinets do not have to be replaced, while Fallon said they do.

While the three sets of remediation guidelines have other, minor differences, they all face the same obstacle: cost.

Fallon estimated his method would cost $86 per square foot, or $172,000 for a typical 2,000-square-foot-home, a figure that includes the replacement of damaged personal property. Other estimates have put the remediation-only cost at about $100,000 per home.

The judge's order says Taishan should pay the remediation cost in the Virginia case, but there are doubts it will pay anything. That's because China does not enforce U.S. court judgments against government-owned or controlled Chinese companies like Taishan.

"They got a judgment now, but it's as worthless as the piece of paper it's written on because there's no way the Chinese government is going to pay," said Mike Foreman of Foreman & Associates, a Sarasota construction consulting firm that has been documenting and remediating Chinese drywall in Southwest Florida. "It's a very hollow victory."

Albanis said plaintiff attorneys "will be evaluating how to collect the judgment" that could include seeking court orders to seize the company's U.S. assets or U.S.-bound shipments. He also said there could be a "diplomatic resolution."

U.S. Sen. Bill Nelson, D-Fla., said he plans to continue lobbying the Obama administration "to step up the pressure on the Chinese to get the companies over there to pay up." He's also supporting bills that would require foreign manufacturers to have a U.S.-based agent to accept service of lawsuits and consent to state and federal court jurisdiction.

In his ruling, Fallon awarded roughly $100,000 to each Virginia homeowner for "loss of enjoyment" of their homes, but awarded nothing for homeowner claims that the Chinese drywall lowered their property values.

## Court Rules In Drywall Cases

*Clarion Ledger*
By Elizabeth Crisp
4/9/10

Mississippians embroiled in a lawsuit over sulfur-emitting drywall from China may get a boost this week from a federal court ruling.

Thousands of homeowners - mostly in Florida, Virginia, Mississippi, Alabama and Louisiana - have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes, including 2005's Hurricane Katrina.

U.S. District Judge Eldon Fallon of the New Orleans federal court found in favor of seven Virginia families with similar claims on Thursday and awarded $2.6 million in damages for homes ruined by the Chinese drywall.

Fallon is presiding over all of the federal drywall cases.

"It's a big, big step," said Gulfport attorney Jim Reeves, who is one of 12 lawyers handling the complaints. "Hopefully this establishes a protocol for these cases."

Drywall is known by several names, including Sheetrock, gypsum board and wallboard. It is the primary material used for interior walls and ceilings in homes.

The sulfur-emitting Chinese drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

More than 300 cases of the faulty drywall have been documented on the Mississippi Gulf Coast, Reeves said.

"We suspect there are probably twice as many as that," he said.

Reeves said Thursday's ruling - the first in a series of federal lawsuits brought against manufacturers, distributors, suppliers and homebuilders - could set the standard for what needs to be done to make a tainted home fit for living.

The ruling states that the drywall needs to be removed and the plaintiffs' homes need to gutted because of the ruinous effects of corrosion, and all electrical wiring, the heating and air conditioning system, appliances, carpet, cabinetry, trim work and flooring damaged by corrosion have to be removed.

The ruling reportedly goes further than the guidelines the Consumer Product Safety Commission released last week in saying homes tainted by Chinese drywall should be gutted. The commission says electrical wiring, outlets, circuit breakers, fire alarm systems, carbon monoxide alarms, fire sprinklers, gas pipes and drywall should be removed.

Reeves said the drywall problem has created a "1-2-3 punch" for Gulf Coast residents.

"All of these people had their homes destroyed or at least partially destroyed in Hurricane Katrina," he said.

After losing their belongings, the homeowners often had to go through a long process of filing insurance claims, and in some cases battling to get the insurance company to pay.

It remains to be seen how the plaintiffs can collect from Chinese companies that do not have to respond to U.S courts, although some have talked about getting orders to seize U.S.-bound ships and cargoes from the drywall companies.

Plaintiffs also are suing American drywall suppliers, distributors and homebuilders.

Phillip Wittmann, a New Orleans attorney for homebuilders and drywall installers, said homebuilders have been proactive and gutted tainted homes they built.

"The homebuilders are really the only class of defendants doing anything for the homeowners," Wittmann said

**Drywall Victims Win Suit**
*Miami Herald*
By Nirvi Shah
4/9/10

Although a federal judge awarded $2.6 million to seven families whose homes were damaged by Chinese drywall, they may have trouble collecting.

A federal judge in Louisiana has ruled that a Chinese drywall manufacturer must pay seven Virginia families about $2.6 million in damages because the company's product corroded metals in their homes, caused a sulfuric stench and led to breathing problems.

Thursday's ruling could pave the way for similar rulings for thousands of cases -- many involving Florida homeowners -- now before the same judge.

It was the first federal ruling for damages in a drywall case. Thousands of homeowners nationwide, most of whom live in Florida and Louisiana, have filed complaints about situations similar to those in Virginia. Many of the lawsuits against drywall manufacturers have been filed in federal court and all of the cases were consolidated in Louisiana. U.S. District Judge Eldon Fallon also issued rules about how homes with the toxic product must be repaired.

The manufacturer named in this suit, Taishan Gypsum Co., has not responded to U.S. court proceedings, however.

``This is a legal determination of who's at fault in the drywall mess,'' said U.S. Sen. Bill Nelson, D-Fla., who helped start an investigation of imported drywall. ``Now homeowners have somebody to put in their sights. Meantime, I'm going to keep pushing our government hard to step up the pressure on the Chinese to get the companies over there to pay up.''

Fallon said in his ruling that Taishan asked the American company that ordered the drywall to remove a clause from its contract requiring that it meet American standards for the product.

The ruling also included guidelines on what must be done to fix a home built with problem wallboard.

The judge ruled that all of the drywall from these homes, even if some of it was not manufactured in China, along with electrical components, sprinklers and gas lines, air conditioners, carpeting, wood flooring, cabinets, countertops, moldings, bathroom fixtures and insulation, among other items, must be replaced.

Homes would have to be aired out for up to a month, cleaned with HEPA vacuum or power washed. And families are entitled to payment for the four to six months they have to leave their houses while repairs are made, the ruling said.

His recommendations are similar to those issued by the Consumer Product Safety Commission and Department of Housing and Urban Development last week but go a bit further.

``While the ruling is not binding on anyone other than the parties to the Germano case, it is certainly persuasive to other judges and presumably Judge Fallon will rule similarly in other cases,'' said Allison Grant, a Boca Raton attorney representing many affected homeowners.

## Sweeping Drywall Ruling Finds For Homeowners
*Sarasota Herald-Tribune*
By Aaron Kessler
4/9/10

In a landmark ruling on contaminated Chinese drywall, a federal judge in New Orleans awarded $2.6 million in damages Thursday to the owners of seven Virginia homes ruined by the tainted wallboard.

U.S. District Court Judge Eldon E. Fallon's decision went far beyond federal regulators' recent recommendations for fixing homes, and because the judge is overseeing the combined drywall litigation, his ruling could affect thousands of victims.

Fallon, who rose to national prominence by handling the complex Vioxx litigation, will not decide drywall cases involving health claims until future trials, but his ruling Thursday stated that the material was "clearly irritating and harmful to residents."

Still unclear is who exactly will pay the potentially hundreds of millions of dollars in damages related to these cases; many of the defendants are Chinese corporations, some government-controlled. Plaintiffs' attorneys and Fallon himself have talked about seizing ships or U.S.-based assets from drywall companies. Others have talked of exploring creative avenues such as seeking a piece of the Chinese government's sovereign debt.

The sweeping 108-page decision issued Thursday mandates a comprehensive scope of repairs and compensation that left no doubt that the problem cannot be easily solved with quick fixes or half-measures.

Fallon ordered that any repairs must include removal of all drywall along with most components and electronic devices in a home -- essentially gutting a house down to the studs.

He called for "removal of all drywall, all electrical wiring, the entire HVAC system, and many other items such as appliances, carpet, cabinetry, trim work and flooring."

Drywall manufacturers and many builders who have been dealing with the defective materials' effects have long resisted calls from victims to replace appliances and personal property ruined by corrosive emissions.

"The alternative remedies to a complete remediation that have been tried or suggested, such as selective identification and removal of Chinese Drywall, 'cleaning' corroded wires, switches, and contact points, leaving corroded wires and switches in place, clipping the exposed ends of the corroded wires and splicing wires, or making new junction boxes, will not make the plaintiff whole, will not be adequate from a scientific or practical standpoint, and will not provide safety and marketability to the homeowner," Fallon wrote.

The judge's ruling against Chinese government-owned Taishan Gypsum Co. marks the first monetary judgment leveled against a Chinese drywall manufacturer, and now sets the stage for a potential class-action claim in which scores of homeowners could get similar damages.

Richard Serpe, one of the lead attorneys in the combined litigation, told the Herald-Tribune that within two weeks the plaintiffs will be asking for national class certification.

"We're going to press forward getting this turned into a judgment for all victims nationally with Taishan drywall," Serpe said, saying that a massive monetary judgment for all affected homeowners may also be easier to collect.

"We believe the collection efforts will have much more momentum on behalf of the larger group," Serpe said.

The Herald-Tribune first identified Taishan as a problematic drywall manufacturer in February 2009. The company shipped drywall to Florida through Port Everglades and Tampa, and its product also was sent to Virginia, New York

and California. It was used extensively in Louisiana, where roughly 600 homes were built with a stockpile of Taishan drywall acquired by the New Orleans Area Habitat for Humanity.

In a key aspect of his decision, Fallon ruled that affected homeowners were entitled to recover the cost of personal property damaged by the drywall gases and relocation costs as well as damages for the loss of use and enjoyment of the home. He awarded an additional $100,000 in damages to most of the Virginia plaintiffs for loss of use.

Fallon set the remediation costs at an average of $86 per square foot -- putting most of the Virginia homes in the $200,000 to $300,000 range to repair.

That figure would translate to $172,000 for a typical 2,000-square-foot home.

In stark contrast to guidance issued by the U.S. Consumer Product Safety Commission last week -- suggesting that "problematic" drywall could be selectively removed while leaving other drywall behind -- Fallon ruled in detail why that was not a valid option.

He agreed with the CPSC on removing wiring, eliminating any notion that wiring could safely be left behind, as one drywall manufacturer and some builders continue to claim. In another bellwether case presided over by Fallon last month and centered almost entirely on wiring, defendant Knauf Plasterboard Tianjin Co. Ltd. argued strenuously that insulated wires should stay.

Fallon has yet to hand down a verdict in that case, but his ruling Thursday made it clear where he was leaning. The judge wrote that "the corrosive attack" from the tainted drywall occurs "even on insulated wires within the walls of the home" and that "the insulation jackets on electrical wires do not adequately protect them from corrosive attack."

In a statement on Thursday, Knauf said the decision was "distinct" from their own bellwether trial last month, known as the Hernandez case.

"Unlike Taishan, KPT presented its evidence in the Hernandez trial and is awaiting a ruling from Judge Eldon Fallon in that matter," the company said.

When writing about their damages, Fallon included quite personal accounts of the situations each homeowner faced.

Fallon wrote of Jerry and Inez Baldwin, a couple that had "worked during their 40 year marriage to build enough equity in their home which would enable them to retire in 7 years. They pride themselves in never missing a mortgage payment. They have lost that financial security their home provided."

Fallon set the cost of remediating the Baldwin's home at $257,730. He also awarded them damages for the personal property, relocation expenses and other repair costs, such as having an environmental consultant sign off on the remediation. Their damages totaled $341,699.

Fallon awarded another $100,000 for the loss of use and enjoyment of the home, for a total of $441,699.

**Chinese Drywall Damages Of $2.6M Awarded In First Lawsuit**
*About Lawsuits*
4/9/10

A federal judge has awarded $2.6 million to seven Virginia families in the first Chinese drywall lawsuit verdict, but collecting the actual award may be difficult.

The decision, issued Thursday by U.S. District Judge Eldon Fallon, could set the tone for hundreds of other lawsuits in both federal and state courts. However, it is unclear how the plaintiffs will recover money from the defendant in this case, Taishan Gypsum Co., since civil lawsuit decisions are not enforced in China.

Taishan did not respond to the lawsuits or send anyone to represent the company in the U.S. federal court. Some plaintiffs attorneys have recommended that Taishan inventory on ships in U.S. waters and on U.S. soil be seized.

According to the U.S. Consumer Product Safety Commission (CPSC), federal investigators have received nearly 3,000 complaints from across the United States from homeowners who say that toxic wallboard from China releases sulfuric odors, causes health problems, and corrodes wiring and appliances. Many of the problems with the Chinese drywall have been confirmed by laboratory testing.

Fallon's summary judgment in the first lawsuit to go to trial details the extensive amount of gutting that will be required to remove the traces and side effects of Chinese drywall from the plaintiffs' homes. Not only must all the drywall be removed, even if it was mixed with non-toxic wallboard, but all of the copper pipes, electrical wiring, many of the appliances, and all cabinets, trim, moulding, countertops, carpets, hardwood flooring, and bathroom fixtures must be replaced as well.

The lawsuits were limited to property damage, and did not address some homeowners' concerns that Chinese drywall sulfur emissions could be affecting their health.

The judgment comes just days after the CPSC and the U.S. Department of Housing and Urban Development (HUD) released interim remediation guidance (pdf) for removing toxic Chinese drywall. Like Fallon's ruling, the guidance recommends that consumers remove all drywall and replace electrical components, wiring, gas service pipes, and also recommends replacement of safety equipment like fire sprinklers, smoke alarms and carbon monoxide detectors.

Millions of sheets of toxic drywall were imported from China into the United States between 2004 and 2007 due to a domestic shortage caused by a housing boom and construction following a serious of hurricanes that struck the southeastern United States. The CPSC has confirmed more than 6 million sheets were imported into the country in 2006, and additional temporary support personnel are being brought in to verify more shipments.

A number of homeowners throughout the United States have filed contaminated Chinese drywall lawsuits against manufacturers and distributors. In June 2009, all of the federal drywall litigation was consolidated and centralized in an MDL, or Multidistrict Litigation under Judge Fallon.

To date, the only foreign drywall supplier that has agreed to participate in the lawsuits is Knauf Plasterboard Tianjin Co., a subsidiary of a German company. Knauf has been sued by both homeowners and homebuilders, and the company has said it will work with state and federal regulators to address plaintiffs' concerns. A separate trial was held against Knauf earlier this year, but Fallon has not yet issued a ruling on that case.

**Gut The Homes And Pay 2.6 Million, Says Chinese Drywall Judge**
*America's Watchdog*
4/9/10

U.S. District Court Judge Eldon E. Fallon has ruled the owners of seven Virginia homes contaminated with toxic Chinese drywall deserve $2.6 million. Judge Fallon, overseeing Chinese drywall multidistrict litigation (MDL) in New Orleans, also ordered that plaintiffs' homes be gutted down to the studs and that the owners should be compensated for personal property impaired by drywall gases, relocation costs, and loss of enjoyment and use of their home.

The "bellwether" or test case trial and this decision could affect how future lawsuits by thousands of other homeowners are resolved.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Judge Fallon said, and continued that Chinese drywall "has a significantly higher average concentration of strontium and significantly more detectable levels of elemental sulfur" than U.S.-made drywall, and that the "level of corrosive sulfur gases emitted by Chinese drywall ... exceed the safe level established by recognized standards, peer reviewed literature."

Not only will the tainted drywall be removed, but all electrical wiring, entire HVAC systems, and other items such as appliances, carpet, cabinetry, trim work and flooring, ordered Judge Fallon. His ruling exceeded earlier remediation guidelines released by the Consumer Products Safety Commission (CPSC) and the Department of Housing and Urban Development (HUD).

Health effects from tainted wallboard were not part of this ruling, only property damage. The first medical claim cases won't be deliberated until late 2010 or early 2011, reports the Associated Press.

Although the remediation cost mandated by Judge Fallon's order is between $200,000 to $300,000, it's unknown exactly who will make payment. Taishan Gypsum Co., this case's main defendant, ignored lawsuits and did not provide an attorney for the trial. U.S. court civil judgments are not enforced in China.

Knauf Plasterboard Tianjin Co. is the only Chinese manufacturer who has responded to U.S. suits. A separate trial naming Knauf as a defendant was held before Judge Fallon last month. His decision is still pending.

Since late 2008, the CPSC has received over 3,000 reports from residents in 37 states, the District of Columbia, and Puerto Rico regarding toxic Chinese drywall. Gases emitted from the wallboard are blamed for significant property damage, including HVAC systems, smoke detectors, electrical wiring, metal plumbing components, and other household appliances. These gases also produce a sulfurous odor that permeates homes, and cause metals, including air conditioning coils and even jewelry, to corrode. People living with Chinese drywall complain of eye, respiratory and sinus problems that could be associated with the gases.

Aside from the Chinese drywall lawsuits consolidated before Judge Fallon, thousands of other cases are pending in state courts.

<u>**Verdict For Plaintiffs In First Chinese Drywall Ruling**</u>
***Contracting Business***
4/9/10

The first court ruling in the U.S. over damages caused by defective Chinese-made drywall has been handed down this week.

A federal judge in New Orleans has ordered a Chinese manufacturer to pay seven Virginia families a total of $2.6 million for damages to their homes attributed to drywall problems.

The decision is certain to impact pending lawsuits filed by thousands of homeowners around the country whose residences were badly damaged by leeching sulfur from inferior-grade drywall imported from China.

The Chinese drywall—used by many builders in recent years as a cheaper alternative to American-made product— has been linked to a host of problems by homeowners around the country, including corroded electrical wiring, appliance outages, rotting walls and personal belongings, as well as ill health caused by the acrid sulfur fumes.

Many of the damaged homes are in Florida, Virginia and throughout the Gulf region, where builders used the cheaper Chinese drywall to construct new homes following Hurricane Katrina and other storms.  Law firm Seeger Weiss played a key role in the trial, which took place in February in New Orleans before U.S. District Judge Eldon Fallon of the Eastern District of Louisiana.

Seeger Weiss partner Christopher Seeger was appointed by Judge Fallon to the Plaintiffs' Steering Committee and chairs a committee of national trial teams pursuing Chinese drywall cases.

Judge Fallon apportioned damages to seven Virginia families and is expected to rule again on another case involving a New Orleans homeowner whose post-Katrina residence was badly damaged by Chinese drywall.  Mr. Seeger is also expected to begin trial in early June on behalf of additional homeowners in the Gulf region.

"Besides being the first judicial ruling in a Chinese drywall case, Judge Fallon's decision is especially important because he ordered that homeowners be made completely whole for the extent of damages caused by this shoddy product – including repairs to wiring, heating and air conditioning, floors, closets, kitchen cabinets and other fixtures ruined by the drywall," he said.

He noted that plaintiffs' homes had to be completely gutted to remove any remaining traces of drywall and to correct widespread corrosion.  In his 108-page ruling, Judge Fallon noted that Chinese drywall has a "significantly higher concentration of strontium and significantly more detectable levels of elemental sulfur" than drywall manufactured in the U.S.  He further wrote that the "level of corrosive sulfur gases emitted by Chinese drywall...exceeded the safe level established by recognized standards."

## Judge Awards Families $2.6 Million In Chinese Drywall Case
*Wall Street Journal*
By M.P. McQueen
4/9/10

A federal district judge in New Orleans awarded $2.6 million in damages Thursday to seven Virginia families who sued a Chinese drywall manufacturer, in a case that has been closely watched by homeowners, home builders and insurers.

Judge Eldon Fallon, in federal district court in New Orleans, issued the judgment in favor of homeowners who sued Taishan Gypsum Company Ltd., a Chinese state-owned drywall manufacturer, according to court documents. Taishan Gypsum did not appear in court to defend itself.

It is unclear whether the judgment will be paid by Taishan or how they can be made to pay under current laws.

Millions of tons of Chinese drywall, or gypsum board, were imported into the U.S. from about 2004 through 2007 when a shortage developed after record hurricane seasons at the height of the building boom.

In the past few years, thousands of homeowners have filed complaints with state and federal agencies saying the drywall emits irritating fumes, corrodes metals and breaks down electrical appliances.

The U.S. Consumer Product Safety Commission, the agency charged with protecting Americans from unsafe household products, last week released interim remediation guidelines and said certain Chinese drywall samples emitted hydrogen sulfide, a flammable gas with a rotten-egg smell, at rates 100 times greater than non-Chinese drywall samples. The commission declined to comment on the judge's decision Thursday.

A spokesman for the Chinese Embassy in Washington, D.C., said he was not informed of the specifics of the case, and wouldn't comment, for now.

Judge Fallon ordered Taishan Gypsum, which never answered the complaint nor appeared at any U.S. hearing, to remove and replace all the drywall, copper plumbing, air conditioning and ventilation units, insulation and electrical wiring, as well as flooring in affected homes.

The judge also ordered Taishan to pay for the relocation of homeowners for four to six months while their homes are being repaired, even in homes only partly built with tainted material. Judge Fallon set aside health claims for later trials.

The 100-plus page opinion "gives tremendous guidance and...goes well beyond the seven families that were involved," said Richard Serpe, an attorney for the Virginia homeowners, adding that the ruling could set a precedent for other owners of houses that were built with defective drywall from China.

Thursday's ruling could help set the tone for how thousands of other claims are handled by federal and state courts, legal experts say. In addition to Taishan Gypsum, other companies based in China, including, Knauf Plasterboard Tianjin, or KPT, are facing lawsuits by homeowners and home builders.

A ruling in another lawsuit, Hernandez vs. Knauf, is expected shortly. That case is also being heard in New Orleans federal court by Judge Fallon as part of complex multi-district litigation against Chinese drywall makers.

Builders including Lennar Corp., who have used the Chinese drywall, also have filed product-liability lawsuits against some Chinese drywall manufacturers and distributors. Lennar declined to comment.

KPT said Thursday's ruling "was a default proceeding against Taishan Gypsum Co Ltd. in which Taishan did not present any evidence" and "unlike Taishan, KPT presented its evidence in the Hernandez trial and is awaiting a

ruling from *Judge Eldon Fallon* in that matter." The company also said it would continue to work with the commission, state regulators and others in evaluating the concerns.

Until the Hernandez decision comes out, "we will not have a firm indication of how future cases may play out," said Russ Herman, a court-appointed liaison attorney for the plaintiffs in the Chinese drywall multidistrict litigation, which involves thousands of claims and multiple defendants, including drywall makers, importers, distributors, builders, installers and insurers.

## Chinese Drywall Suit Results In $2.6 Million In Damages; Still No Answer For Homeowners

*Associated Content*
By Donald Allen
4/10/10

A federal judge on April 8, that families, who were part of a class-action suit against Chinese drywall manufacturers, should receive damages of approximately $2.6 million. The suit could be used as precedent as other cases are coming to trial, but the effects are difficult to determine, as the defendant, Taishan Gypsum Company, did not appear to defend itself.

The judgment comes at an important time for American homeowners, with the combination of housing market woes and the U.S. Consumer Product Safety Commission's announcement last week. In that announcement, all homes fitted with the Chinese drywall need to have all drywall removed, as well as all wiring or plumbing that has been corroded. Many homeowners affected by the drywall problems are left in a house that is potentially hazardous to live in and unsellable. Furthermore, many insurance companies have refused to pay for repairs due to the drywall, as it is deemed a manufacturer's defect.

The fact that many homeowners cannot pay for the repairs themselves has created an issue of its own. In March of 2010, at least one lawsuit resulted in the insurance company having to pay for repairs, but that case may likely only apply to Louisiana. Also, insurance laws are established by the individual states, so a case in New Orleans may have no bearing on a case for the Mississippi Gulf Coast cities. Others have looked to the Federal Emergency Management Agency, or FEMA, to pay for repairs. Under this argument, the damaged homes create an emergency environment, whose effects are similar to a hurricane, for those still living in the houses.

In the interim, some homeowners are forced into one of three choices. The first is to stay in the house and have the repairs made at cost and hope to be reimbursed. The second is to stay in the house and face the possible health and safety risk. The third choice is to move out entirely and occupy a second residence while still paying for the first one. None of the choices available are viable for all concerned, and property buyers have no desire to purchase these homes.
With these concerns still at hand, the lawsuit victory for homeowners would normally be a time for celebration, but many fear that the victory will amount to little, if any results. Since the company is based in China, and the lawsuit was in a U.S. court, the court has no jurisdiction on the company to force them to pay. Some have spoken publicly about seizing assets at sea, but these are unlikely to come to fruition. In fact, any attempts to seize a commercial vessel while at sea will likely result in more harm than good.
The situation for homeowners appears to be improving, but, as they already know, the real victory celebration will just have to wait a bit longer.

<u>Us Federal Judge Awards Compensation For Chinese Drywall-Caused, Wiring, Hvac, Appliance Damages</u>
***Treehugger***
By John Laumer
4/10/10

A Federal judge has ruled that seven Virginia homeowners made legitimate damage claims regarding corrosion of metal items in the home and personal inconvenience caused by use of contaminated Chinese-made drywall to repair hurricane damage. Acid gases emanating from the Chinese drywall drove people from their homes and corroded non-noble metals in appliances and structural materials. Hence, claims run to hundreds of thousands of dollars for each home because they cover much more than replacement of Chinese drywall.

Because the acid gas emanating from Chinese drywall permeates insulation on wiring throughout a home, all drywall comes down and everything gets rewired. Consequently, complete demolition of interior walls and ceilings may be required, even from surfaces where original drywall was not replaced with the Chinese product. Just one problem. Home owners have to get the money from Chinese manufacturing companies, some of which are owned by the Chinese government. So...filing suit against a military dictatorship already at odds with the US government over fiscal policy...good luck with that. Bottom line:

For the future.
When building or repairing or upgrading a building, especially when demand is high, look for certification that no drywall or drywall components were sourced from China. In other words, have your contractor buy US-made product. Chinese characters on the load, turn that truck around.

In politics.
These claims come from US Southern states. This is the kind of judicial activism their constituents no doubt will like. There's still time for it to come up as an election issue. I'll have mine with butter and salt.

## Drywall Breakthrough: Pro-Consumer Ruling Sets A Precedent For Relief
*Sarasota Herald-Tribune (Editorial)*
4/10/10

American society is often criticized as overly litigious. But federal Judge Eldon Fallon's pro-consumer ruling last week is a powerful reminder that lawsuits can be constructive.

Fallon listened to weeks of testimony, then issued a strong, pragmatic decision that -- in this case, at least -- sets long-needed guidelines for repairing homes built with tainted drywall. His clear language contrasts with the haze of uncertainty that has clouded the drywall scandal since it first emerged more than a year ago.

Fallon's case focused on seven Virginia homeowners affected by defective drywall imported from China. But they could be just the tip of an iceberg. Thousands of houses and condos -- in several states, including Florida and Louisiana -- are believed to contain faulty drywall, from various manufacturers. Other litigation is pending.

Scientific testing is ongoing, but defective drywall has been found to give off sulfurous gases. It is associated with respiratory ailments and costly, potentially hazardous corrosion. This can make homes unlivable and, in many cases, unsellable.

Remedies prescribed

The Herald-Tribune's Aaron Kessler, who has followed the drywall issue as it mushroomed from a Florida problem to a national scandal, reported on Fallon's ruling last week. Thursday's decision, he noted, "mandates a comprehensive scope of repairs and compensation that left no doubt that the problem cannot be easily solved with quick fixes or half-measures."

Fallon's decision says, in part, that "in order to make the plaintiff-intervenors whole, they must be awarded a remedy which replaces all drywall, the electrical, electronic, and HVAC systems in the home, copper pipes in the home, and other copper and silver components in the home. The remedy also must provide a written guarantee to the owner from a certified environmental company that the home is free of contamination and damaged corroded components. Furthermore, in order to make the plaintiff-intervenors whole, they must be awarded compensation for damaged personal property and other compensable damages as specified herein."

*The judge identified costs and damages for the seven at $2.6 million.*

Responsibility lacking

Though the ruling is strongly pro-consumer, it falls short in one key respect: Those responsible for the faulty drywall haven't paid for their mistakes.

In the Virginia cases, Fallon found that the Chinese drywall manufacturer essentially refused to have the product tested specifically to U.S. safety standards. Instead of undergoing analysis by an independent lab, the drywall was tested "by a government agency of the Republic of China -- which owns the company that made this drywall."

International law does not obligate the Chinese companies to honor U.S. civil judgments, experts say. But it would be morally criminal for those who caused this problem to abandon the many victims.

China should face sanctions until it ensures that homeowners and builders are justly compensated for harm caused by faulty Chinese drywall.

Meanwhile, U.S. authorities should ensure a stronger regulatory structure for imported building materials. Defective drywall should never make it into our country -- much less into our homes.

Judge Fallon And CPSC Share Similar Views On Chinese Drywall
*The Chinese Drywall Lawyer*
April 11, 2010

The Chinese drywall crisis in America – which has affected thousands of homeowners in the U.S. – is a story that continues to unfold and gain steam.

To sum up how the crisis has progressed:  First, the reports came pouring in.  The Consumer Product Safety Commission (CPSC) fielded these reports, and it, along with other federal agencies, launched an official investigation.

Meanwhile, litigation is under way in federal court.  The Eastern District of Louisiana is hosting multi-district litigation to determine important issues like the scope of remediation needed (already decided, keep reading), issues of health and property damages, and more.

The most recent development pertains to the necessary "level" or "scope" of repair (a.k.a. remediation) to fix a home that contains tainted and defective drywall.  Judge Eldon Fallon is the presiding judge, and issued a significant ruling Thursday that established the first monetary judgment against a Chinese manufacturer of drywall.  It was a landmark decision to say the least: $2.6 million was awarded in damages for seven Virginia homes built with Tianjin Co. drywall.  In addition to the significant monetary judgment, Judge Fallon issued a 108 page ruling that detailed the necessary level of remediation – homes should be "gutted" because of the possible risks associated with tainted Chinese drywall.

This ruling followed a similar conclusion as to the efficacy of "gutting" the home.  CPSC officials released guidelines April 2 that mention items which should be removed from homes undergoing remediation.  According to the Associated Press, those items include the drywall itself, gas pipes, fire alarm systems, carbon monoxide alarms, electrical wiring, circuit breakers, and fire sprinklers.

## Judge Awards Plaintiffs $2.6 Million In Chinese Drywall Suits
*Injury Law Blog*
4/11/10

U.S. District Court Judge Eldon Fallon of the Eastern District of Louisiana , awarded seven Virginia families $2.6 million in damages for homes ruined by sulfur-emitting drywall made in China, a decision that could affect how lawsuits by thousands of other U.S. homeowners are settled.

However, plaintiff's now have to figure out how to collect from Chinese companies that do not have to respond to U.S courts.

Several plaintiffs, mostly in Florida, Virginia, Mississippi, Alabama and Louisiana, have reported problems with the drywall, which was imported in large quantities during the housing boom and after a string of Gulf Coast hurricanes.

The drywall has been linked to corrosion of wiring, air conditioning units, computers, doorknobs and jewelry, along with possible health effects.

In Judge Fallon's Opinion on Chinese Drywall Product Liability Litigation, he cited the following:

Based upon the Findings of Fact and Conclusions of Law, the Court finds that scientific, economic, and practicality concerns dictate that the proper remediation for the Plaintiff-intervenors is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal.

<u>**A Look At How Judge Fallon Arrived At $2.6 Million In Damages For Virginia Plaintiffs**</u>
*The Chinese Drywall Lawyer*
April 12, 2010

The recent ruling by Judge Eldon Fallon, who is overseeing the Chinese drywall multi-district litigation process in the Eastern District of Louisiana, awarded $2,609,129.99 for seven families affected by tainted drywall manufactured by the Chinese-controlled company – Taishan.  If you missed that article, view it here.   The lengthy issuance by Judge Fallon outlined how the amount of damages was derived.

Judge Fallon awarded damages based upon the relatively expensive and wide scope of remediation.  The process outlined below, as reported by chinesedrywall.com, details the components that must be removed, the cleansing process, and the final safety certification inspection.

Removal and Replacement of:

- drywall in the home;
- entire HVAC unit;
- Insulation;
- appliances (not all, but most…including refrigerators);
- electrical wiring;
- electronics including TV's and computers
- copper pipes
- carpeting
- vinyl flooring
- hardwood flooring
- tile flooring (if can not be protected during)
- cabinets, crown molding, baseboards, countertops, trimming fixtures in the bathroom

After all the above components and drywall have been removed, the property must be cleansed:

A device known as a "HEPA" vacuum must be used to clean the home, it must be power washed, or "wet-wiped." The home must be vacated and allowed to "air out" for a period of around 2 to 4 weeks (15-30 days).

Once all the potentially affected components have been removed and the house has been aired out and cleansed, the property is subject to certification.  An engineering company must certify the home is habitable.

An upcoming case, Hernandez v. Knauf, will also inquire into the issue of property damages that Chinese drywall has allegedly caused to the plaintiff in that case.  These initial cases are vital to the development of how the courts will view Chinese drywall victims.

## Chinese Drywall Verdict Could Pave Way For More Relief

*Housing Watch*
By Lita Epstein
4/12/10

Homeowners grappling with Chinese drywall won big last week. Not only did the Consumer Product Safety Commission (CPSC) and HUD call for the removal of Chinese drywall, but a federal judge in Louisiana ordered the Chinese firm Taishan Gypsum Co. to pay seven Virginia families a total of about $2.6 million dollars in damages so they can tear out the drywall as well as corroded household wiring and plumbing.

*The verdict could pave the way for thousands of homeowners across the country to receive compensation for the drywall, which emits fumes and corrodes plumbing and wire.*

In making his ruling, federal Judge Eldon Fallon in the Eastern District of Louisiana, concluded, "The Court finds that scientific, economic, and practicality concerns dictate that the proper remediation... is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

He found that the Chinese drywall has significantly higher levels of hydrogen sulfide, carbonyl sulfide and carbon disulfide -- all known irritants to humans. These are not found in "typical, benign drywall" Fallon ruled. He also found these sulfur gasses release strong odors and are known to corrode various metals.

The lawyers for the drywall victims, Christopher Seeger and Jeffrey Grand of Seeger Weiss LLP, called it a "bellwether" victory. "The message Judge Fallon's ruling sends to thousands of other homeowners who have been victimized is that help is finally coming – they will be made whole by the ravages of inferior Chinese drywall and will not have to bear the substantial costs of repairing their homes to get rid of it," said Seeger.
Mr. Seeger added that representatives from the CPSC observed the trial, which took place in February. "The CPSC has already adopted and publicly endorsed the position we argued at trial, which is that for their safety homeowners should remove the Chinese drywall and replace any system it has damaged, such as wiring or plumbing or sprinklers," Mr. Seeger explained. This case is "just the opening salvo in what we hope will be a national effort to make families whole again for having to live with this shoddy, corrosive and toxic gypsum material in their homes."

Seeger Weiss is also representing a Louisiana plaintiff who rebuilt his home with Taishan products after Hurricane Katrina and is now forced to renovate again. Mr Seeger called this "a double whammy that has hit many Gulf Coast residents trying to rebuild after a barrage of destructive storms." The firm represents a number of other Gulf region homeowners in a trial beginning in June.

All drywall cases are being heard in the Eastern District of Louisiana. Mr. Seeger was appointed by Judge Fallon to the Plaintiffs' Steering Committee and also chairs the Trial Committee, which directs the trial teams handling all Chinese drywall cases. Seeger Weiss estimates that 20,000 homes nationwide may have been built using Chinese drywall. You can get more information by calling Seeger Weiss at 888-584-0411.

Lita Epstein has written more than 25 books including The 250 Questions Everyone Should Ask About Buying Foreclosures and The Complete Idiot's Guide to Personal Bankruptcy.

<u>**Judge Awards $2.6M For Chinese Drywall Claims, With Little Chance Of Collection**</u>
*Housing Wire*
4/12/10
Posted By AUSTIN KILGORE On April 12, 2010 @ 12:20 pm | No Comments

In a case last week, United States District Judge Eldon Fallon ruled against Taishan Gypsum Co., a Chinese-based drywall manufacturer, awarding more than $2.6m to seven families whose homes were built with allegedly defective products produced by the company.

However, Taishan did not appear in court for the hearing in a telling sign of how much precedence the company puts in the US court resolution. So while the law firm representing the plaintiffs in the case is calling the ruling "precedent setting," actually recovering those funds may be difficult considering Taishan's track record in the case.

Matt Jacobs is a Washington, DC-based attorney at the Jenner & Block law firm. While Jacobs is not involved in the Taishan litigation, he told HousingWire [1]: "It is very difficult to pursue any foreign-based company because of jurisdictional limitations and the ability to get them into US courts and there's always a problem executing a judgment against a foreign company."

Analysts at Fitch Ratings warned last fall [2] that struggling construction companies should not peg any hopes on getting much back from suppliers of Chinese drywall, if they plan to seek recourse through litigation. Drywall manufacturers based in China will likely ignore lawsuits filed against them in US court, Fitch said, as civil judgments in US courts are not enforced in China.

Baron & Budd, a Dallas-based law firm that participated in representing plaintiffs in the Taishan case, said the ruling came as part of the multi-district litigation (MDL) making its way through the US District Court in New Orleans.

"These homeowners have already suffered terrible losses and have received no help from their insurance companies, their builders, their mortgage lenders, or the manufacturers," said Bruce Steckler, Baron & Budd shareholder and member of the plaintiffs' steering committee in the MDL case. "We're pleased that Judge Fallon saw the seriousness of the damages, and we will do everything we can to enforce this court's judgment against Taishan."

The US Consumer Product Safety Commission (CPSC) said more than 3,000 homeowners reported their homes may be built with the defective drywall. According to CPSC research, the defective drywall emits volatile sulfur compounds and is linked to blackening of copper electrical wiring and air conditioning evaporator coils in affected homes.

The CPSC and the Department of Housing and Urban Development (HUD) said the only successful method [3] for homeowners to remediate the drywall is to completely remove all possible problem drywall from their homes, and replace electrical components and wiring, gas service piping, fire suppression sprinkler systems, smoke alarms and carbon monoxide alarms, an expensive proposition, particularly for homeowners who need to fix the problem immediately, but may be struggling to get coverage by homeowners insurance or through their builder.

Last week, Fannie Mae (FNM [4]: 1.24 0.00%) agreed to provide six-month mortgage forbearances [5] to 20 Virginia borrowers whose homes were built with the drywall. Homeowners forced out their properties by the drywall must find alternative housing while repairs are made, putting a financial strain on borrowers. The Fannie Mae forbearances in Virginia is just one of the latest such offerings by mortgage holders. A lawyer in Florida secured mortgage abatements for his clients [6] last summer. In addition, a concurrent resolution [7] in the House of Representatives called for banks and mortgage servicers to assist homeowners struggling with toxic drywall.

## Landmark Chinese Drywall Ruling Finds For The Plaintiffs
*Lawyers and Settlements*
By Gordon Gibb
4/12/10

New Orleans, LA: A US District Court judge in Louisiana has delivered a landmark ruling in a Chinese drywall lawsuit, ordering a manufacturer of the defective drywall to pay a total of $2.6 million to seven Virginia families toward the remediation of their homes.

The trial is the first in a series of lawsuits alleging defective drywall. The defendant in the case, Taishan Gypsum Company Ltd. is headquartered in Tai'in, China.

A building boom mid-decade, together with the devastation wrought by a string of hurricanes along the Gulf Coast, resulted in a massive shortage in supplies of drywall normally originating in the US. To make up for the shortfall, contractors turned to China. Since then, there have been ongoing reports of drywall emitting noxious fumes and corroding wiring and plumbing. For some homeowners, the fumes have represented a health hazard, impelling them to abandon their dwellings entirely.

Some recommendations for remediation have included stripping a home down to the foundation, given the suspicion that chemicals in the drywall can seep into structural studs and beams. Spraying or affixing a sealer to the facing side of the drywall would only serve to contain the fumes and would do little to fix the wiring, copper plumbing and air conditioning coils turned black by the drywall. Noxious fumes could also escape and congregate in other areas of the dwelling.

Sealing the defective drywall has never been actively discussed as a viable option. In his ruling, US District Judge Eldon Fallon specifically identified the need for complete removal of any pieces of Chinese drywall in the home, together with any fixture or item damaged by it.

The Associated Press reported Judge Fallon's ruling late on April 8. The decision in favor of the plaintiffs could affect thousands of other US homeowners who find themselves in a similar situation.

<u>Chinese Drywall Claims. The Next Chinese Drywall Case: Hernandez</u>
*Virginia Injury Lawyer Blog (Law Offices of Richard J. Serpe)*
4/12/2010

Insurance companies are keeping a close eye on the developments of the trials taking place in New Orleans regarding tainted drywall, reported BusinessInsurance.com.

The Chinese drywall trials in federal court provided a monumental decision last week; Judge Eldon Fallon awarded the first monetary judgment against a Chinese manufacturer.  Seven Virginia homes were affected – the award was $2.6 million.  See our article here if you missed that report.  Judge Fallon also suggested that stripping affected homes of all contaminated components was necessary, underscoring the potential dangerousness of Chinese drywall.

In an upcoming case – Hernandez v. Knauf Gips A.G. et al. – the court will inquire into how exclusions in homeowner's policies should be interpreted.  The case comes in the wake of a federal issuance of remediation guidance – the Consumer Product Safety Commission (CPSC) suggested recently that "interim" remediation protocol should entail the removal of not just the drywall itself but electrical wiring and other components, gas piping, and fire alarm and carbon monoxide sensors.

Additionally, the case (Hernandez) will go beyond the inquiry of drywall replacement; the court will decide whether other common household appliances should be replaced including plumbing components.  According to the source cited above, the plaintiffs seek $200,000 in remediation costs (including the replacement of drywall, wiring, and plumbing components).  The interesting thing to note about this figure, is that the home at issue had a price-tag of $176,000 in 2006.

Why is the Hernandez case significant?  It is significant in that this case is thought to be the first contested trial. Like the recently decided case against a Chinese manufacturer, the implications of this case will be far reaching in the area of damages...it is relevant for potentially thousands of other homeowners with defective drywall in their homes, especially those with Knauf brand drywall.

According to BusinessInsurance.com, one consultant stated, "a lot of insurers, when pricing their policies, did not anticipate something like this happening."

Expensive Lessons In Drywall Debacle
*The Virginian-Pilot*
Editorial
4/12/2010

The search for culprits in the drywall disaster appears likely to be blinkered by the Chinese government, forcing affected American homeowners to pursue damages from U.S. companies that used the defective wallboard instead of the companies that actually made it.

The money at stake will be significant, although its arrival is probably years away.

Forbes magazine reported last week that at $200,000 each, the cost of repairing homes with the defective *wallboard* may come to $5.4 billion, making it one of the largest product-safety cases in history.

The price tag for some homes is already coming in substantially higher. A federal judge in New Orleans last week awarded $2.6 million in damages to seven Hampton Roads homeowners, according to reporting by The Pilot's Josh Brown.

The judge, Eldon Fallon, ruled that all drywall had to be ripped out of the houses, along with anything corroded by the sulfur gas - including wiring, plumbing, appliances, carpet, cabinets. In some cases, the houses will have to be rebuilt from studwork.

The $2.6 million judgment against Taishan Gypsum Co. is sadly likely to be futile. The company didn't respond to the suit in the first place, didn't defend itself and hasn't commented. According to Forbes, it appears to be protected behind a wall of Chinese government entanglements.

Forbes speculated that the Chinese companies are likely to pursue a defense - if they bother to do so - claiming some form of sovereign immunity from U.S. damages.

So that leaves American home-owners to pursue wallboard distributors like Norfolk-based Venture Supply, which imported 150,000 sheets of drywall from Tai-shan, or the builders that used it, which includes some of America's largest.

"We thought this should start appropriately with the Chinese, because they got the ball rolling by manufacturing it," said Norfolk lawyer Richard Serpe, who represents the homeowners. "But there's plenty of blame to go around. We're going to proceed against everyone simultaneously until these homeowners are made whole. "

If homeowners are made whole - and some have already been forced into bankruptcy - the recompense is unlikely to come from Tai-shan, a fact that should be instructive.

Assuming the best about their suppliers, builders chose Chinese drywall because it was available and cheaper at a time supplies from American manufacturers were depleted by the housing boom. Now, it appears that Chinese wallboard will end up costing a great deal more than anyone at the time could have envisioned.

In the case of some American builders, it may well end up carrying costs they simply will not be able to repay.

**Plaintiffs Get $2.6 Million In Chinese Drywall Case: Drywall Had 'Significantly Higher' Average Concentrations Of Strontium And Detectable Levels Of Elemental Sulfur.**
*Consumer Affairs*
4/13/10

The U.S. District Court for the Eastern District of Louisiana, awarded seven Plaintiffs $2,609,129.99 for damage to their homes in connection with the use of Chinese drywall (CDW).

The suit was brought against Chinese manufacturer Taishan Gypsum Co., Ltd.

Attorneys for the plaintiffs said the ruling found that Chinese drywall from Taishan was different than domestic drywall because it had significantly higher average concentrations of strontium and detectable levels of elemental sulfur.

Court findings were consistent with reports from the U.S. Consumer Product Safety Commission and the Florida Health Dept. Further, the court held, the gases released by CDW caused offending odors, making homes uninhabitable and corroded metals.

In all instances, "the level of corrosive sulfur gases emitted by Chinese drywall in the Plaintiffs' homes exceed the safe level established by recognized standards, peer reviewed literature, and expert opinions and this corrosive environment has had a significant impact on the exposed property.", the Court said.

The Court's holding didn't address the devaluation of the Plaintiffs' homes caused by CDW.

The ruling requires the removal of all drywall from the Plaintiffs' homes versus selective removal of only CDW. It also requires the removal of all wire, copper, HVAC units, carpets, hardwood floor, and electronic devices suffering damage from the CDW.

In addition, the Court found that items that require removal for complete remediation, such as cabinets, counter tops, trim, insulation, etc. must be replaced. Plaintiffs attorneys said this holding is consistent with remediation recommendations of both the CPSC and the National Association of Home Builders.

"The Court requires the Plaintiffs' homes to be gutted, causing displacement as well. The costs and inconvenience is evident & this is just seven families of the thousands impacted by CDW." Tom Hagy, CEO of HB Litigation Conferences said.

## Louisiana Judge Awards $2.6 Million In Chinese Drywall Lawsuit
***Legal Newsline***
By Kathy Woods
4/13/2010

NEW ORLEANS, La. (Legal Newsline)- A federal judge in Louisiana may have set the standards for thousands of homes tainted with sulfur-emitting drywall imported from China.

In a ruling late last week, U.S. District Federal Judge Eldon Fallon of New Orleans ruled in favor of seven families in Virginia whose homes were ruined by the tainted drywall.

He said a Chinese company that made the defective drywall -- Taishan Gypsum Co.-- must pay $2.6 million to fix the homes.

"The sulfur gases released by Chinese drywall cause offending odors in homes, making them hard if not impossible to live in," Fallon was quoted by The Associated Press as saying.

Tainted drywall from China has been connected to the corrosion of house wiring and air conditioning units in addition to some health problems.

The ruling Thursday exceeds the guidelines of the Consumer Product Safety Commission. It essentially says that a home built with the tainted drywall must be gutted and rebuilt.

This is the first of many federal lawsuits being brought against manufacturers, distributors, suppliers and homebuilders that Fallon will be presiding over.

It is unclear how the $2.6 million awarded to the families will be collected since the Chinese companies involved do not have to respond to U.S. courts. There has been some talk of trying to get court orders to seize U.S. bound ships carrying the tainted drywall.

The case is In Re Chinese-Manufactured Drywall Products Liability Litigation, 09-MD-02047, U.S. District Court, Eastern District of Louisiana.

**Product liability news: judge reaches $2.6M verdict in Chinese drywall lawsuit**
*Justice News Flash*
4/14/10

Legal News for Product Liability Attorneys. A judge ruled on the first of thousands of pending defective Chinese drywall lawsuits filed throughout the nation.

Product liability attorney alert- A U.S. District Judge reached a $2.6 million verdict in a federal lawsuit, which was one of the many product liability cases brought on by defective drywall.

New Orleans, LA—A federal lawsuit, filed with regard to defective Chinese manufactured dry wall, ended with a ruling that would award seven Virginia homeowners with a total of $2.6 million in reparations. The ruling, made on Thursday, April 8, 2010, was the first in a string of pending product liability cases to stem from the Chinese drywall, which has caused substantial damage to thousands of homes nationwide, according to information provided by Bloomberg.

U.S. District Judge Eldon Fallon, who is managing federal drywall-related suits throughout the nation, reportedly ordered Taishan Gypsum Co. to provide $2.6 million to "remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall and all items which will be materially damaged in the process of removal". The hazardous Chinese drywall has reportedly corroded homes, some beyond repair, due to the release of toxic odors and chemicals that can damage electrical components, wiring, plumbing, heating appliances, etc...

Fallon reportedly believes that this ruling should help pave the way towards determining how to sufficiently compensate over 2,100 homeowners in other drywall cases. Attorneys handling such cases are apparently still in the process of finding out exactly how many homeowners have Chinese drywall-related claims. The total number of claims may allegedly range from less than 3,000 to over 40,000.

Seven Chinese drywall cases are currently pending in Virginia while three other drywall-related product liability lawsuits were set for trial in June.

<u>**Plaintiffs in Tainted Chinese Drywall Litigation May Win in Court, but Will They Ever Collect?**</u>
*AM Law Daily*
By Anthony Lin
4/15/2010

A federal judge in New Orleans ruled last week that a Chinese manufacturer of noxious drywall owes seven Virginia homeowners $2.6 million to completely replace the offending material and all other affected building fixtures. Thousands of similar cases could be on the way. Do Chinese companies need to worry?

As a practical matter, probably not. "In general, collecting on a U.S. judgment [in China] is difficult if not impossible," says Gordon Gao, a litigation partner in Beijing with the Chinese law firm Fangda Partners. Chinese law, he explains, only permits the enforcement of foreign judgments through bilateral treaties. But China doesn't actually have any such treaties with other countries.

The defendant in the New Orleans drywall case--the Shandong province--based Taishan Gypsum Co.--did not respond to the suit at all, allowing a default judgment to be entered against it. The drywall at issue, used in homes throughout the United States, is said to emanate sulfuric fumes and corrode pipes and wiring.

Plaintiffs' counsel in the case, a group which includes lawyers from Philadelphia's Levin, Fishbein, Sedran & Berman and Washington, D.C.'s Hausfeld, among other firms, have acknowledged they will have a tough time collecting from the Chinese company, even suggesting they may try to seize ships carrying Taishan products in U.S. waters. Plaintiff's lawyer Russ Herman of New Orleans' Herman, Herman, Katz & Cotlar discussed that possibility with the Associated Press last fall. But Mark Ross, a Louisiana maritime lawyer also interviewed by the AP, called the idea "a bit of a stretch."

"How do you go about identifying what vessels to seize?" Ross said. "How do you seize a vessel for merely transporting cargo, which they might have been required to take by law."

Multinational corporations who win cases against Chinese companies in the West often try to have a new hearing in a Chinese court, says Gao, who is currently seeking exactly that for PC security giant Symantec Corp. A Los Angeles federal court awarded the company a $21 million default judgment against several Chinese software counterfeiters in December 2007. Damages are puny by comparison in Chinese courts, but many large companies are more interested in injunctive relief anyway.

That's unlikely to be the case with the drywall plaintiffs, but they may have other options in the United States. "There are plenty of defendants for these guys to pursue in the U.S.," says Steven Napolitano, a partner specializing in product liability matters at Skadden, Arps, Slate, Meagher & Flom in New York. He notes that American builders, developers and distributors are all facing claims over the use of Chinese drywall. And one non-U.S. manufacturer, German-Chinese joint venture Knauf Plasterboard Tianjin Co., has chosen to defend itself in the U.S.

In his bellwether April 8 decision in the federal multidistrict litigation in New Orleans, district court judge Eldon Fallon concluded that no remedial measures are possible with Chinese drywall; it must be completely removed. That ruling could have a huge impact as the cases unfold.

"Even if they never collect a penny from the Chinese company, it's going to affect the course of litigation pretty dramatically," says Napolitano.

And though Chinese companies may not need to worry about paying U.S. court judgments, the cases highlight continuing Chinese product safety issues that will no doubt draw the attention of Chinese regulators, who are already stung by previous blowups over faulty food and toys.

"I'm sure officials are watching these cases, "says Gao.

## Editorial: Chinese drywall ruling ... building toward fairness for thousands of victims

*Naples News*

Staff Reports

Thursday, April 15, 2010

"Ruling may set precedent."

That headline on a news story the other day refers to a federal judge's ruling in favor of seven Virginia plaintiffs seeking relief for illness and damages from Chinese drywall in their homes.

The judge ordered a $2.6 million payment.

At last: a message in plain language that those who profited from building homes with toxic materials ought to be responsible for fixing the problems, whatever it takes.

Now we'll see if other courts concur.

We also will see whether U.S. Sen. Bill Nelson of Florida is successful with his crusade to get through to China that its manufacturers have a score to settle. He says he has delivered the message and received a favorable response — from a China official, not a federal agency that insists it already is on the case.

Results after years of talk is the precedent we and thousands of innocent homeowners and families seek.

**Chinese Drywall - $2.6 Million Dollar Plaintiff Verdict in MDL**
***Subrogation & Recovery Law Blog***
By Joshua Goodman
4/16/10

In the multi-district litigation arising out of Chinese manufactured drywall, Judge Fallon of the United States District Court for the Eastern District of Louisiana issued an Opinion on April 8, 2010 finding in favor of plaintiff homeowners and awarding in excess of $2.6 million in damages against Taishan Gypsum Company.

Additionally, Judge Fallon found that based upon the Findings of Fact and Conclusions of Law, that "scientific, economic, and practicality concerns dictate that the proper remediation for the Plaintiff-intervenors is to remove all drywall in their homes, all items which have suffered corrosion as a result of the Chinese drywall, and all items which will be materially damaged in the process of removal."

In the written Opinion, Judge Fallon cites to the Cozen O'Connor's Chinese Drywall Litigation: Subrogation White Paper (2009) as an authoritative text in numerous places in his findings of fact.

For more information on the multi-district litigation arising out of the Chinese manufactured drywall, or to get a copy of the Cozen O'Connor Chinese Drywall Litigation Subrogation White Paper, please feel free to contact one of our offices.

**Recent Chinese drywall legal decisions in federal and Louisiana state courts won't provide relief for Florida's victims**
***Chinese Drywall Problem***
4/21/10

Floridians must prepare for a long, hard fight

Many Florida homeowners are asking how the recent federal and Louisiana state legal decisions related to Chinese drywall, which have received extensive news coverage, will impact their individual state actions in Florida. The answer: While these decisions may represent baby steps toward a possible favorable outcome, they will provide no relief to victims here in Florida.

At the forefront of the discussions among Florida's Chinese drywall victims is the federal matter, in which Judge Eldon Fallon entered a judgment on behalf of seven Virginia homeowners for more than $2.6 million. Floridians must understand that although this is good news, it has little or no effect on anyone other than these seven homeowners. In fact, it's unlikely the seven homeowners will actually see one nickel from this judgment, which is against a Chinese company that has disputed the jurisdiction of the federal court from day one. Some of the rulings, such as Judge Fallon striking the experts who were expected to testify on behalf of the defendant, may have some carry-over effect in the Florida state court actions. However, the entry of this final judgment will bring no immediate relief to victims here in Florida.

In the Louisiana case of Simon Finger and Rebecca Finger versus Audubon Insurance Company, No. 09-8071, a judge rebuffed an insurance company's use of the pollution exclusion and two other exclusions in an "all-risk" homeowners' insurance policy to deny claims resulting from so-called Chinese drywall. Although on the surface this may seem like a decision that might be used as precedent to obtain coverage under homeowner policies here in Florida, it really has no effect. Historically, Louisiana state law interprets these exclusions very narrowly. Florida, on the other hand, has historically interpreted these exclusions broadly under a different standard. Broadly read exclusions lead to less coverage for homeowners. Therefore, although this decision may be a baby step toward the final result, it will provide no relief to victims here in Florida.

Each one of these decisions is important. Having the plaintiffs win these initial skirmishes is good for victims. However, victims in Florida ultimately need to hear that a Florida court has ruled that the insurance companies for the builders, developers, suppliers and distributors cover the loss and are responsible for the damage. Until this day comes, most of these defendants will not settle with plaintiffs and will voluntarily pay damages until they know whether their insurance company will foot the bill.

Most, if not all of our current efforts, are directed to this one goal. When this day comes, I am hopeful and confident that the plaintiffs will be successful. Meanwhile, Florida's victims need to prepare for a long, hard fight.

**Judge Rules in Favor of Homeowners in Chinese Drywall Case**
*Construction Litigation Law blog*
4/22/10

U.S. District Court Judge Eldon Fallon in the first "bellwether" trial in the Multidistrict Litigation proceedings for homes containing Chinese drywall ruled that the defective drywall attacks and severely damages copper and silver components of homes where the drywall is installed. The ruling also states that in order to correct the problem, the drywall, wiring, plumbing, air conditioning equipment (including ductwork), and interior finish components such as trim, flooring, cabinetry, and carpeting must be removed and replaced. In homes where Chinese drywall is mixed with non-corrosive U.S.-made drywall, the judge ruled, all drywall from whatever source must be stripped, and all wiring, plumbing, and air conditioning systems throughout the house must be replaced.

The ruling came from the case, Germano, et al. v. Taishan Gypsum Co. Ltd., et al., which pits seven Virginia homeowners against the Chinese government-owned manufacturer Taishan Gypsum. In the published ruling, the judge walks through a point-by-point description of the damage the drywall has caused and explains why the only appropriate remedy is to completely remove and replace the affected building materials. The court rejected all suggestions by drywall manufacturer Knauf Tianjin, appearing on behalf of the absent Taishan Gypsum, that the problem might be solved by removing only certain pieces of drywall or by cleaning copper components rather than replacing them.

**Ruling Issued Against Chinese Drywall Company**
*Fox 5 (Washington, D.C.)*
4/26/10

For up to a hundred thousand American homeowners, their only solution is to rip out every scrap of Chinese-imported drywall.

Then, they have to have every crevice of the house misted to kill any microbial sulfur left behind before they have to pay an additional one-hundred thousand dollars to rebuild.

Another problem is that the sulfur-compound within the Chinese drywall makes the house unsellable, because of the smell.

But the worst stench, for the impacted homeowners, has been the fact that no one has offered to pay for this mess for nearly two years.

A recent decision, however, has given some new hope.

A federal judge has issued the first ruling against China's Taishan gypsum company, ordering it to pay two-point-six million dollars to seven Virginia families.

And in Florida, another class action suit on behalf of thousands is in the pipeline.

Florida senator bill nelson is also urging China's president to take action and is asking Secretary Of State Clinton to press for long overdue results next week when she meets with President Hu.

<u>Federal Judge order Chinese Drywall maker to pay damages to Virginia homeowners</u>
*Landau Injury Lawyer*
5/5/10

A federal judge ruled last month that seven homeowners should get a combined total of $2.6 million from the Chinese drywall manufacturer, Taishan Gypsum. The seven Virginian homeowners claimed the corrosive drywall had ruined their homes. But American Association for Justice (AAJ) President Anthony Tarricone says there is no guarantee the company will comply because Chinese companies do not have to comply with the rulings of U.S. courts, a point that bolsters support for passage of the Foreign Manufacturers Legal Accountability Act. Read the CBS article here.  Get more information about the ruling and the bill that would hold foreign manufacturers accountable from AAJ here.  If you or someone you know has been harmed by by Chinese Drywall or other foreign made goods, please e-mail at ABRAMS LANDAU, Ltd., or call us at (703)-796-9555, as pursing claims for damages and injuries against company outside the United States requires special procedures and the time limits can cause the loss of legal rights to restitution.

## Federal judge finalizes Chinese drywall judgment
*The Virginia Gazette*
5/13/2010

NEW ORLEANS -- U.S. District Court Judge Eldon E. Fallon has formally entered final judgments against two drywall manufacturers named in a large Chinese drywall civil suit.

According to the Sarasota Herald-Tribune, the two judgments, signed by Fallon Monday and filed the following day, are an important step needed for plaintiffs to actually collect any money. Fallon ruled April 8 that seven Virginia homeowners, including several from greater Williamsburg, were entitled to a combined $2.6 million. Later in April he awarded a Louisiana couple $164,000 in damages.

Rules governing federal civil cases call for a final judgment to be entered after such findings. That solidifies the monetary award and begins the process by which money can be collected. Under federal rules, a defendant has 30 days to appeal.

The final judgments will likely do more for the couple in the Louisiana case. Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd. indicated last month it may appeal a final judgment.

Virginia plaintiffs will face a more complicated process in collecting because the drywall manufacturer, Taishan Gypsum Co. Ltd., skipped the proceedings altogether. Taishan is controlled by the Chinese government.