# EXHIBIT 6

## Judge awards $164,000 to Louisiana family with Chinese drywall

*House Keys [blog of Sun-Sentinel]*
By Paul Owers
April 27, 2010 06:42 PM

A federal judge on Tuesday awarded $164,000 in damages to a Louisiana family with tainted Chinese drywall.

The ruling by Judge Eldon Fallon against Knauf Plasterboard Tianjin Co. Ltd. follows one he issued last month. In that case, Fallon ordered another Chinese drywall manufacturer, Taishan Gypsum Ltd., to pay $2.6 million to seven Virginia families. He also ruled that their drywall should be removed and replaced by tearing the homes down to the studs.

Boca Raton attorney Allison Grant, who has more than 400 drywall clients across Florida, said she hopes the rulings will help spark settlements across the country.

**La. family with drywall-tainted home awarded $164K**
***WXVT (AP)***
 4/27

NEW ORLEANS (AP) - A federal judge has awarded more than $164,000 to a family whose home was ruined by Chinese-made drywall.

Tuesday's ruling by U.S. District Judge Eldon Fallon comes less than a month after he awarded $2.6 million to seven Virginia families. Fallon's earlier decision was the first for a batch of federal lawsuits over drywall-tainted homes.

Fallon presided over a trial without a jury for the case brought by the Hernandez family of Mandeville, La.

He ruled all drywall must be removed and the home needs to gutted. He also agreed that electrical wiring, plumbing components, the heating and air conditioning system and appliances must be replaced.

Manufacturer Knauf Plasterboard Tianjin Co. argued the family's home can be repaired for less than $59,000.

Copyright 2010 The Associated Press. All rights reserved. This material may not be published, broadcast, rewritten or redistributed.

<u>New Orleans federal judge finds for drywall victims</u>
*Sarasota Herald-Tribune*
By Aaron Kessler
4/27

A federal judge has issued his verdict in the first contested Chinese drywall trial, known as the Hernandez case.

The verdict, by U.S. District Court Judge Eldon E. Fallon -- who is overseeing the massive combined Chinese drywall litigation in New Orleans – awards $164,000 plus attorneys' fees and court costs to Mandeville, La. couple Tatum and Charlene Hernandez. The decision calls for their house to be largely gutted down to the studs – replacing all drywall, ductwork, the entire electrical system, all copper and silver components, the HVAC system and all damaged appliances and consumer electronics.

As part of the judgment, Fallon ordered that Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd must pay the Hernandez family for about $5,400 for damaged personal property, as well as close to $20,000 for alternative living arrangements.

The decision today comes on the heels of Fallon's previous ruling April 8 awarding $2.6 million to seven Virginia homeowners and the comprehensive remediation ordered for the Hernandez home echoes Fallon's previous ruling that only stringent remediation standards would suffice to solve the problem -- involving largely gutting the homes of all drywall and other components such as wiring, pipes, electronics and appliances.

The Hernandez case, argued in mid-March in a bench trial before Fallon, marked the first contested case over Chinese drywall, with plaintiffs' attorneys squaring off against lawyers for Knauf Plasterboard Tianjin Co. Ltd, known as KPT.

The weeklong proceedings focused almost solely on the scope and cost of remediation needed to repair Hernandez home.

Plaintiffs called for largely gutting the tainted Hernandez home to the tune of close to $200,000, while KPT's experts claimed that wiring, plumbing, air-conditioning and other components could remain and that it should only cost $58,000 to fix the house.

Subsequent to the March trial, on April 2, the U.S. Consumer Product Safety commission issued guidance calling for removal of all drywall and components such as the entire electrical system, gas lines and smoke detection systems that it said represented a potential life safety risk.

On April 8, Fallon issued his own ruling in the previous Virginia case against Taishan Gypsum Co. Ltd.

The decision against Chinese government-owned Taishan was the first monetary judgment leveled against a Chinese drywall manufacturer since the tainted wallboard crisis first came to light, but it left serious hurdles to be overcome to collect a judgment from Taishan, which was absent from the proceedings and did not offer a defense.

With the second ruling today in the Hernandez case, however, Fallon has now issued a judgment against KPT, a company that fully participated in the proceedings against it and offered a vigorous defense of its positions in court.

However, on Tuesday, KPT attorney and the defense liaison counsel, Kerry Miller, said that participating in the trial did not necessarily obligate the company to pay the judgment.

"We'll have to evaluate the rights we have and the legal recourse," Miller said. "We have retrial rights, appellate rights and so on, and we'll have to evaluate those."

KPT has also been at work in recent weeks trying to reach out-of-court settlements with several builders.

**Another Chinese Drywall Damages Ruling Is In; Plaintiffs Lawyer Says He'll 'Make New Law' if Necessary to Enforce Judgment Against Chinese Defendants**
*American Lawyer (of Law.com)*
Alison Frankel
4/28/10

There's only one Chinese defendant in the Chinese drywall mass tort litigation that's actually showing up in court and mounting a defense. In March, Knauf Plasterboard Tianjin, the Chinese subsidiary of a German-based company, fielded a team from Baker & McKenzie and Frilot LLC for a bellwether bench trial before New Orleans federal district court judge Eldon Fallon, who's overseeing the drywall multi-district litigation. On Tuesday, Judge Fallon issued his ruling: KPT is liable to Louisiana homeowners Charlene and Tatum Hernandez for about $164,000 (plus attorneys' fees), the cost of rebuilding their home and compensating them for the damage caused by toxic drywall.

The ruling was another drywall win for plaintiffs lawyer Christopher Seeger of Seeger Weiss, who tried the case for the Hernandezes along with Gerald Meunier of David, Meunier & Warshauer and Stephen Herman of Herman, Herman, Katz & Cotlar. (Seeger also represented the plaintiffs in the first case Judge Fallon decided in the drywall MDL, in which the judge awarded $2.6 million to seven Virginia families.) Given that in the second case, KPT actually put up spirited defense and Judge Fallon still found the company liable for a top-to-bottom reconstruction of the damaged home, it seems clear that the thousands of plaintiffs who've sued drywall companies are going to rack up big damages.

But when we talked to Seeger on Wednesday, we were more interested in hearing about how he intends to execute judgment against the Chinese defendants. They've refused to accept service in the litigation and appear to consider themselves outside the jurisdiction of the U.S. courts. Seeger and his co-counsel are no pie-in-the-sky idealists (he and Russ Herman, after all, were among the lead lawyers in the Vioxx products liability litigation against Merck). So where, we asked Seeger, is the money in the drywall cases?

"If we have to go to the U.S. Marshal's office to seize Chinese ships, that's what we'll do," he said.

He's not worried, he told us, about enforcing any judgment against KPT, which has actively participated in the litigation and has German roots. And there could be money for the plaintiffs from other non-Chinese defendants, such as the builders who used defective drywall in home construction. "Home builders have insurance policies," Seeger said. In states with favorable joint and several liability laws, KPT and builders could be on the hook even if they aren't the sole defendants.

As for the Chinese defendants, Seeger acknowledged it's going to be a battle. "We're going to have to play it out step-by-step," Seeger said. Some of the defendants, he said, may have ties to U.S. companies. And he's prepared to challenge claims of sovereign immunity. "The problems with the Chinese go though the roof. If they're going to avail themselves of U.S. markets, should they be subject to the jurisdiction of U.S. courts?" he said. "We have a lot of ways to go....We're making new law here."

A representative for KPT, meanwhile, said in an e-mail response to questions from the Litigation Daily that the company is considering an appeal of the Hernandez ruling. "The scientific evidence [KPT] submitted during the trial showed that a home impacted by Chinese drywall could be repaired for a much more reasonable amount than what was awarded by the court in the Hernandez matter," the e-mail says. "KPT is prepared to work broadly and cooperatively with U.S. homeowners and homebuilders to repair houses impacted by KPT drywall based upon a reasonable repair protocol that removes all the problem drywall from the home."

The company faces claims by more than 2,000 homeowners (including New Orleans Saints head coach Sean Payton and his wife) in a putative class action. The next bellwether trial against KPT is scheduled for June. "KPT intends to continue to address the claims in the pending legal proceedings," the company said in its e-mail to us. "KPT intends to work through the U.S. court system and to defend itself in the U.S. trial courts and appellate courts as appropriate. Enforcement of judgments is not an issue for KPT at this point."

The company also acknowledged to us that, as first reported by The Wall Street Journal it is "discussing possible settlement terms with major homebuilders and other parties."

**Homeowners Win Chinese Drywall Lawsuit**
*Insurance Dispute Lawyer blog*
4/28/2010

In a sign of progress for those homeowners who have found themselves buried under the burden of defective Chinese drywall installed in their home, recent court rulings have shown a lot of hope. The federal judge in charge of consolidating and creating a general premise for rulings involving the faulty imported wallboard, Judge Eldon Fallon, has found in favor of homeowners in a variety of locales. This is a marked improvement of where those who own affected property found themselves for the past years that the faulty material has been a problem and demonstrates that hope may be around the corner.

The Herald Tribune reports the ruling has yielded a quality judgment for the plaintiffs

A couple affected by the drywall - Tatum and Charlene Hernandez of Mandeville, La. - are entitled to $164,000, plus attorneys' fees and court costs. That money includes about $5,400 to pay the Hernandez family for damaged personal property and close to $20,000 to pay for somewhere to live while the repairs are made.
This ruling is progress for the homeowners and provides a roadmap for recovery that begins to approach the problems that the imported wallboard have provided. The article goes further to detail the ruling, stating

U.S. District Court Judge Eldon E. Fallon, who is overseeing the massive combined Chinese drywall litigation in New Orleans, ruled that:
A couple affected by the drywall - Tatum and Charlene Hernandez of Mandeville, La. - are entitled to $164,000, plus attorneys' fees and court costs. That money includes about $5,400 to pay the Hernandez family for damaged personal property and close to $20,000 to pay for somewhere to live while the repairs are made.

Their house is to be gutted down to the studs – replacing all drywall.

Ductwork, the entire electrical system, all copper and silver components and the heating-and-cooling system are to be replaced.

All damaged appliances and consumer electronics are to be replaced as well.

Fallon's decision on the Hernandez home, and his earlier findings on a Virginia case, may set a standard that could help thousands of other homeowners, including many in the Sarasota area and elsewhere in Florida.

This ruling seems to make a clear indication that defective property is the key element of this case and provides those affected a variety of assistance. That the ruling goes so far as to cover appliances and electronics means that the judgment covers almost everything that property owners could hope for in the matter.

What does not appear to be clear is the elements of personal damage and the effects the faulty wallboard has had on the health of those living in the homes. The basis of product defects is complicated and can be better understood through our sister blog's section detailing Product defect, located here. In general, product defects deal with three major issues: manufacturing defects, dealing with product imperfection occurring during the manufacturing process; design defects, dealing with product design; failure to warn, or marketing defects, deals with a failure to warn users of product problems or non-obvious dangers.

While Fallon holds a lot of control over the proceedings, the rulings will likely be appealed. What's important is that the trial, to this point, has indicated positive things for those wishing to prosecute the distributors and manufacturers that have brought Chinese drywall into the homes of many. An experienced attorney is essential when dealing with matters such as this and hiring the right one is crucial for getting the judgment you deserve

<u>A second award in Chinese drywall litigation</u>
*The National Law Journal (of Law.com)*
Karen Sloan
4/28/10

A New Orleans federal district judge has awarded $164,000 in damages to a family whose home was deemed uninhabitable because of defective Chinese drywall.

The judgment on Tuesday was the second in a month against Chinese drywall manufacturers. The same judge, U.S. District Judge Eldon Fallon, awarded $2.6 million to seven Virginia homeowners on April 8.

Both cases are part of a sprawling multidistrict litigation involving Chinese drywall, with more than 2,000 homeowners claiming that the product released toxic fumes that corroded wiring and pipes and caused health problems.

In the most recent case, Fallon awarded Tatem and Charlene Hernandez $164,000 from German-owned Knauf Plasterboard Tianjin Co. Ltd., which admitted liability. That award was based on the cost of removing the defective drywall and replacing ruined wiring and appliances. The drywall was manufactured in a plant in Tianjin, China, and was used to build a new home in Mandeville, La., that the Hernandez' bought after Hurricane Katrina.

"The bogus drywall was no less damaging than if a second storm had blown through their home, only the damage this time around was much more insidious," said attorney Christopher Seeger of New York plaintiffs' firm Seeger Weiss, which represented the Hernandez' along with New Orleans-based Herman, Herman, Katz & Collar. Seeger is a member of the plaintiffs' steering committee in the drywall multidistrict litigation.

The judgment followed a bench trial in March, and there is more legal action on the horizon. Additional Chinese drywall trials are scheduled starting in June.

Karen Sloan can be contacted at ksloan@alm.com

### Family Awarded $164,000 Judgment In Chinese Drywall Case
**Property and Casualty Underwriter**
4/28/10

A federal judge in Louisiana has awarded $164,049.64 to a family whose home was affected by Chinese drywall.

U.S. District Court Judge Eldon Fallon, in New Orleans, acted after presiding over a non-jury trial in the case of Hernandez v. Knauf, a homeowner's suit against drywall manufacturer Knauf Plasterboard Tianjin Co., Ltd (KTP).

The effects of Chinese-manufactured drywall has attracted a plethora of suits alleging the material emits noxious fumes that can cause respiratory problems as well as corroding wiring and other materials in homes.

Judge Fallon said KTP and the plaintiffs had agreed that remediation was necessary, but disagreed on the scope and costs of remediation.

He ruled yesterday that in addition to removing the problem drywall, the entire electrical system, all copper and silver plumbing components, the HVAC system, affected appliances and consumer electronics, and certain non-electronic personal property would have to be replaced.

The sum awarded covers remediation, personal property, recurring alternative living expenses, non-recurring alternative living expenses, pre-trial repair costs and post-trial repair costs.

The decision came a day after the Louisiana State Senate passed legislation to prevent insurers from cancelling or non-renewing homeowners polices and policies for commercial properties due to the presence of Chinese drywall (see article http://edit.property-casualty.com/News/2010/4/Pages/La-Moves-To-Stop-Home-Policy-Cancellations-For-Chinese-Drywall-.aspx).

State Senator Julie Quinn, sponsor of the legislation, said while the decision does not affect her bill, she sees it as a positive step for homeowners and for insurers. She said the more damage that is paid for by manufacturers, the less pressure there will be on insurers.

Eric M. Goldberg, associate general counsel for the American Insurance Association (AIA), said getting KTP to pay up may be difficult since it is a Chinese company, and it would be more effective if solutions for the Chinese drywall problems could be worked out between the U.S. and Chinese governments.

Earlier this month, Judge Fallon awarded $2.6 million in damages and repair costs to seven Virginia families that sued Chinese drywall manufacturer Taishan Gypsum Co., Ltd. (http://www.property-casualty.com/News/2010/4/Pages/Chinese-Drywall-Maker-Owes-7-Families-26-M-Judge-Rules.aspx?k=Taishan).

NU Online News Service, April 28, 4:07 p.m. EDT

A federal judge in Louisiana has awarded $164,049.64 to a family whose home was affected by Chinese drywall.

U.S. District Court Judge Eldon Fallon, in New Orleans, acted after presiding over a non-jury trial in the case of Hernandez v. Knauf, a homeowner's suit against drywall manufacturer Knauf Plasterboard Tianjin Co., Ltd (KTP).

The effects of Chinese-manufactured drywall has attracted a plethora of suits alleging the material emits noxious fumes that can cause respiratory problems as well as corroding wiring and other materials in homes.

Judge Fallon said KTP and the plaintiffs had agreed that remediation was necessary, but disagreed on the scope and costs of remediation.

He ruled yesterday that in addition to removing the problem drywall, the entire electrical system, all copper and silver plumbing components, the HVAC system, affected appliances and consumer electronics, and certain non-electronic personal property would have to be replaced.

The sum awarded covers remediation, personal property, recurring alternative living expenses, non-recurring alternative living expenses, pre-trial repair costs and post-trial repair costs.

The decision came a day after the Louisiana State Senate passed legislation to prevent insurers from cancelling or non-renewing homeowners polices and policies for commercial properties due to the presence of Chinese drywall (see article http://edit.property-casualty.com/News/2010/4/Pages/La-Moves-To-Stop-Home-Policy-Cancellations-For-Chinese-Drywall-.aspx).

State Senator Julie Quinn, sponsor of the legislation, said while the decision does not affect her bill, she sees it as a positive step for homeowners and for insurers. She said the more damage that is paid for by manufacturers, the less pressure there will be on insurers.

Eric M. Goldberg, associate general counsel for the American Insurance Association (AIA), said getting KTP to pay up may be difficult since it is a Chinese company, and it would be more effective if solutions for the Chinese drywall problems could be worked out between the U.S. and Chinese governments.

Earlier this month, Judge Fallon awarded $2.6 million in damages and repair costs to seven Virginia families that sued Chinese drywall manufacturer Taishan Gypsum Co., Ltd. (http://www.property-casualty.com/News/2010/4/Pages/Chinese-Drywall-Maker-Owes-7-Families-26-M-Judge-Rules.aspx?k=Taishan).

**Couple calls Chinese drywall case ruling a relief**
*WAFB (CBS Baton Rouge)*
4/28/10

NEW ORLEANS, LA (WWL) - A Mandeville couple said it was "a huge sense of relief" after a judge ruled in their favor in a landmark Chinese drywall case.

US District Court Judge Eldon Fallon ruled for Tatum and Charlene Hernandez on Tuesday in their suit against Knauf Plasterboard Tianjin, or KPT. Knauf is a German company that manufactured the toxic drywall in China.

Fallon awarded the Hernandez family $164,000 plus attorney's costs, which continue to mount. The money is to cover the cost of ripping out the walls and replacing damaged wiring and appliances.

The ruling set the legal standard at a little over $80 a square foot. Attorneys representing the Hernandez family said they believe that number can be applied to others with Chinese drywall.

## Judge awards $164K to Louisiana family for Chinese Drywall!
*Bradenton Herald*
By Duane Marsteller
4/28/10

A federal judge ruled Tuesday that a Chinese drywall manufacturer must pay damages to a Louisiana family in the first contested court case over the corrosive product.

U.S. District Court Judge Eldon Fallon said that Knauf Plasterboard Tianjin Co. Ltd., or KPT, must pay more than $164,000 to repair Tatum and Charlene Hernandez' Mandeville, La., home, replace damaged personal property and pay for rental housing for the couple and their two children while their home is fixed.

Those repairs must include replacing all drywall, the entire electrical network, the heating/ventilation/air-conditioning system and damaged appliances and electronics, the 47-page order said.

"Plaintiffs purchased a new home and are entitled to have it restored to a new condition (i.e., without any corrosion, tarnishing, residue, or other damage to wiring and other components)," wrote Fallon, who is overseeing the combined Chinese drywall litigation in his New Orleans courtroom.

KPT said it might challenge Fallon's ruling that the Hernandezes' home must be gutted to the studs, calling it excessive and unscientific.

"KPT is considering an appeal of the ruling for the single home involved in the Hernandez matter because the scientific evidence it submitted during the trial showed that a home impacted by Chinese drywall could be repaired for a much more reasonable amount than what was awarded by the court," KPT attorney Don Hayden said in a statement.

Like thousands of other U.S. homeowners, the Hernandezes contended the Chinese drywall in their home emitted sulfuric gases that corroded electrical and metal components. The couple's lawsuit was chosen to be among the first "bellwether" or test cases to be tried.

While the March 15-19 non-jury trial was limited to determining the scope and cost of fixing the Hernandezes' home, it was the first U.S. case over Chinese drywall to be contested by a manufacturer.

The Hernandezes sought extensive repairs totaling nearly $200,000, while KPT argued that a less-intensive — and less-expensive method, at $58,000 — was sufficient.

Fallon went down the middle, awarding $136,940 in remediation costs to the couple. He also awarded $5,357 for damaged personal property and $19,069 to cover the family's living expenses while it moves out during remediation.

"The award he gave is going to be more than sufficient to remedy the Hernandez home," plaintiff attorney Christopher Seeger said.

Fallon also ordered KPT to pay the couple's legal costs and attorneys' fees, the amounts of which will be determined later. However, he awarded nothing to the Hernandezes for lost wages.

It's the second victory he's given homeowners in the legal fight over Chinese drywall.

Earlier this month, he ordered Taishan Gypsum Co. Ltd. to pay $2.6 million to seven Virginia homeowners. He also ordered Taishan, which never responded to the suit, to repair their homes using the same protocol he issued Tuesday.

Duane Marsteller, transportation/growth and development reporter, can be reached at 745-7080, ext. 2630.

<u>Chinese drywall victims win ruling</u>
*Sarasota Herald-Tribune*
By Aaron Kessler
4/28/10

A federal judge ruled Tuesday for people facing the nightmare of having their homes made dangerous and worthless by the presence of contaminated Chinese drywall.

U.S. District Court Judge Eldon E. Fallon, who is overseeing the massive combined Chinese drywall litigation in New Orleans, ruled that:

A couple affected by the drywall - Tatum and Charlene Hernandez of Mandeville, La. - are entitled to $164,000, plus attorneys' fees and court costs. That money includes about $5,400 to pay the Hernandez family for damaged personal property and close to $20,000 to pay for somewhere to live while the repairs are made.

Their house is to be gutted down to the studs - replacing all drywall.

Ductwork, the entire electrical system, all copper and silver components and the heating-and-cooling system are to be replaced.

All damaged appliances and consumer electronics are to be replaced as well.

Fallon's decision on the Hernandez home, and his earlier findings on a Virginia case, may set a standard that could help thousands of other homeowners, including many in the Sarasota area and elsewhere in Florida.

Fallon said at the end of the Hernandez trial on March 19 that he hoped his conclusions would help set the stage for both sides to consider reaching a broad settlement.

Tuesday's decision follows Fallon's decision on April 8 awarding $2.6 million to seven Virginia homeowners. And the comprehensive remediation mandated for the Hernandez home echoes Fallon's previous conclusion that only stringent remediation standards would solve the problem.

The Hernandez case, argued in mid-March before Fallon, marked the first contested bellwether case over Chinese drywall, with plaintiffs' attorneys squaring off against lawyers for Knauf Plasterboard Tianjin Co. Ltd., or KPT.

The weeklong proceedings focused almost solely on the scope and cost of remediation needed to repair the Hernandez home.

The plaintiffs' experts called for gutting the tainted Hernandez home to the tune of close to $200,000, while KPT's experts claimed that wiring, plumbing, air-conditioning and other components could remain and that it should only cost $58,000 to fix the house.

On April 2, the U.S. Consumer Product Safety commission called for removal of not just the drywall but also components such as the electrical system, gas lines and smoke detection systems that it said represented a safety risk.

On April 8, Fallon issued his own findings in the previous Virginia case against Taishan Gypsum Co. Ltd., which was heard in February.

The decision against Chinese government-owned Taishan was the first monetary award leveled against a Chinese drywall manufacturer, but it left serious hurdles to be overcome to collect a judgment from Taishan, which was absent from the proceedings and did not offer a defense.

With the second ruling Tuesday in the Hernandez case, however, Fallon has now ruled against KPT, a company that offered a vigorous defense of its positions in court.

Daniel Becnel, one of the lead plaintiffs' attorneys in the drywall litigation, said Fallon's rulings show that far-reaching remediation of all affected homes in the case will almost certainly be necessary.

"As we saw here, with the judgment for just one couple, Knauf had better recognize what's going to happen," he said.

KPT attorney and the defense liaison counsel, Kerry Miller, however, said that participating in the trial did not necessarily bind the Chinese company to pay.

"We'll have to evaluate the rights we have and the legal recourse," Miller said. "We have retrial rights, appellate rights and so on, and we'll have to evaluate those."

KPT has also been at work in recent weeks trying to reach out-of-court settlements with eight to 10 builders, Miller said.

Also crucial in Tuesday's ruling, Becnel said, was the awarding of attorneys' fees - which means that many affected homeowners involved in the case will not have to worry about legal fees eating into funds they need to repair their homes.

"Clients are not going to have to pay out of their own pockets," he said. "That should make the manufacturers think twice about how far they want to take this."

As of this week, the CPSC has received more than 3,000 contaminated drywall-related reports from residents in 37 States, the District of Columbia, American Samoa and Puerto Rico - though most experts and government officials have acknowledged those figures likely underreport the true scope of the problem. Nearly 60 percent of the CPSC's reports involve Florida homes.

The Herald-Tribune first reported in February 2008 that roughly 550 million pounds of Chinese drywall had entered the country since 2006, enough to potentially build 60,000 average-size houses.

<u>Knauf loses first Chinese drywall case</u>
*South Florida Business Journal*
By Paul Brinkmann
4/28/10

Knauf Plasterboard Tianjin, the German-owned company that manufactured millions of tons of contaminated Chinese drywall, has been ordered for the first time to pay for damages to a homeowner.

In a federal court ruling issued Tuesday, the company, also called KPT, was ordered to pay the Hernandez family of New Orleans $164,049 for damages related to contaminated drywall in their home, including $136,940 to gut and restore the home. The total award represents $81 a square foot.

U.S. District Judge Eldon Fallon issued the ruling in consolidated federal class action cases being heard in New Orleans.

"Plaintiffs purchased a new home and are entitled to have it restored to a new condition (i.e., without any corrosion, tarnishing, residue or other damage to wiring and other components)," Fallon wrote.

The ruling also is significant because it orders that the home be stripped to its studs that Knauf pay for electrical appliances that may have been ruined by corrosive sulfur off-gassing. That is one step further than previous guidance on Chinese drywall repair.

Knauf immediately issued a statement saying it was considering an appeal. The company said Fallon's ruling is only about one home, despite the possibility it could be used as a precedent in future cases. The statement noted that the Hernandez trial had concluded before the U.S. Consumer Product Safety Commission issued its interim guidance on drywall removal, which said that homes must be gutted, but only of problem drywall and wiring.

"Scientific evidence submitted during the trial showed that a home impacted by Chinese drywall could be repaired for a much more reasonable amount than what was awarded by the court in the Hernandez matter," KPT attorney Don Hayden, of Baker and McKenzie, said in the statement.

Beyond that, Hayden said KPT was "prepared to work broadly and cooperatively with U.S. homeowners and homebuilders to repair houses impacted by KPT drywall based upon a reasonable repair protocol that removes the problem drywall from the home."

Fallon's order breaks down as follows:

- $136,940.46 for remediation
- $5,357.33 for personal property
- $9,507.24 for recurring alternative living expense
- $9,562.00 for non-recurring alternative living expenses
- $2,682.29 for pre-trial repair costs
- $1,500 for post-trial repair

But, the judge reduced the award by $1,499 because the plaintiffs already received a property tax reduction by that amount.

A future hearing will determine an amount for attorneys' fees.

Chinese drywall ruling watched carefully in Bay area
*The Tampa Tribune*
By Shannon Behnken |
4/28/10

A federal judge's Tuesday ruling in favor of a Louisiana family with tainted drywall imported from China leaves Bay area families wondering what the case will mean for them.

U.S. District Judge Eldon Fallon awarded more than $164,000 to the family and said the home must be gutted. All drywall, electrical wiring, plumbing and appliances have to be removed and replaced. The drywall manufacturer, Knauf Plasterboard Tianjin Co. must pay for it all.

Roy Glaum, a Sun City Center resident and founder of the advocacy organization Chinese Drywall Coordinating Group, said he's happy for the family, but wonders if they will actually receive the money.

"The key here is whether the company will actually pay," Glaum said.

The ruling follows Fallon's decision last month to award $2.6 million to seven Virginia families. That decision was the first of its kind for a batch of federal lawsuits over drywall-tainted homes.

The main difference between that case and the one involving the Louisiana family is that the Chinese company that manufactured the drywall in the Virginia homes did not participate in the trial. Knauf is based in Germany but made the drywall in China. It hired an attorney and said it would work with families with the bad drywall.

That's reassuring to Glaum, but he worries that Knauf won't be able to take care of all the families affected by the drywall.

The health effects of the drywall, imported mostly from China, is still being investigated. Homeowners contend the drywall emits sulfuric gases that corrode air-conditioner coils, appliances and electrical wiring.

Some homeowners complain of nosebleeds, respiratory problems, dry eyes and headaches. Many have fled their homes, fearing for their health.

The U.S. Consumer Product and Safety Commission said earlier this month that the only way to get rid of bad drywall is to gut the home down to the studs and rebuild.

Some experts have estimated that has many as 100,000 homes nationwide have the drywall, although the federal government has said that estimate is likely inflated. In Hillsborough County nearly 400 homeowners have complained to the local property appraiser's office.

In the Louisiana case, the family was seeking more than $200,000 to fix their home, but plaintiffs' attorney Steve Herman said they were still pleased.

"I think Judge Fallon's ruling is a very good indication that people who have Chinese drywall will receive the remediation they're entitled to," Herman said.

Knauf had argued that the family's home can be repaired for less than $59,000.

Knauf attorney Don Hayden said the company may appeal the judge's ruling because the scientific evidence showed a home with the material could be repaired at a more reasonable cost than what was awarded.

In Glaum's case, he said the Sun City Center residents are waiting for their case to be heard by Fallon. Their builder, WCI Communities, filed for bankruptcy and a trust is now suing the builder's insurance companies on behalf of the homeowners.

The homeowners have been dealing with what Glaum called a nightmare for more than a year and half.

"You would really think that in this day and age, the federal government would do more for American citizens who are getting it stuck to them by a foreign country," Glaum said. "This gas may not be enough to kill you, but it's definitely enough to make you sick."

**Seeger Weiss Wins Again for Plaintiffs in Chinese Drywall Verdict, as Federal Judge Awards New Orleans Family $164,000 in Damages**
*PR Newswire*
4/28/10

Louisiana court issues second major win for homeowners in less than a month; 25,000 homes nationwide contain defective Chinese wallboard that can emit toxic sulfur fumes, corroding plumbing, wiring; verdict covers full repair of home built after Hurricane Katrina; faulty drywall called "poltergeist" by trial attorney

NEW ORLEANS and NEW YORK, April 28 /PRNewswire/ -- For the second time in less than a month, a federal judge in Louisiana has found a Chinese drywall manufacturer liable for extensive damages associated with its installation in American homes, setting a strong bellwether precedent for thousands of similar suits pending in federal courts.

U.S. District Judge Eldon Fallon of the Eastern District of Louisiana has ordered Knauf Plasterboard Tianjin Co. Ltd. to pay Tatum and Charlene Hernandez more than $164,000 to cover the costs of removing the faulty drywall from their home in Mandeville, LA, along with replacing corroded electrical wiring, damaged plumbing and making other fixes necessitated by the company's defective drywall product. Knauf, a German-owned multinational supplier of building materials, operates a factory in China's sixth largest city of Tianjun, some 75 miles north of Beijing.

Earlier in April, Judge Fallon ordered another Chinese drywall manufacturer, Taishan Gypsum Company, Ltd, to pay more than $2.6 million to seven Virginia families facing remediation costs in removing that company's plasterboard from their homes. It was the first decision in a Chinese drywall case. The two verdicts, coming so quickly on top of one another, establish a major precedent as the two trials were considered bellwether cases selected for early trial by Judge Fallon, who is overseeing numerous other drywall actions in multi-district litigation.

As with the Virginia homeowners, the Hernandez family is represented by Christopher Seeger and Jeffrey Grand of leading New York plaintiffs' law firm Seeger Weiss LLP, along with Steven Hermans from the New Orleans firm Herman, Herman, Katz & Collar LLP, and trial attorneys Gerald Meunier and Daniel Bryson.

"These initial decisions in Louisiana are hugely important for thousands of homeowners who have been living with the poltergeist effects caused by this defective material in their midst – the high concentrations of sulfur, strontium, and other toxins released by this inferior drywall has permeated their residences, destroyed their property and in many instances, made families sick," said Mr. Seeger.

"With additional trials set to begin this June, Judge Fallon has sent an unequivocal signal to drywall manufacturers, suppliers, builders and others in the construction industry that they will be held responsible for total repairs caused by this horrendously inferior product," he added.

Mr. Seeger noted that the compensation awarded to the Hernandez family is especially welcome since like many other Gulf area residents, they had used the Chinese drywall to build a new home following the devastation of Hurricane Katrina. As a result of leeching fumes from the wallboard, the Hernandezes watched while their air conditioners and other electrical appliances were degraded and failed, the wires turning black. From the moment they moved into the house, the family was subject to a strong chemical odor – like burning matches – while the Hernandez's two young children succumbed to frequent respiratory ailments.

"For families like the Hernandez's, the bogus drywall was no less damaging than if a second storm had blown through their homes – only the damage this time around was much more insidious," Mr. Seeger said. He noted that more than 7,000 homeowners in the Gulf, Florida and other regions have become plaintiffs in drywall litigation, with more than 25,000 families nationally residing in homes constructed with the Chinese-made gypsum.

Mr. Seeger was appointed by Judge Fallon to the Plaintiffs' Steering Committee and also chairs the Trial Committee, which directs the trial teams handling all Chinese drywall cases.

In his 47-page decision, Judge Fallon was blunt in his assessment of the damage caused by the Chinese drywall: "No reputable contractor would accept the risk of keeping copper and/or silver metal in the home after these materials existed in a corrosive environment and demonstrate significant corrosion, and neither would a reputable

environmental consultant approve a remediation of the Hernandez home if the potential of continuation for such a corrosion risk remains."

The judge further scoffed at defense claims that the families could have simply scrubbed away the tainted effects of the corrosive drywall. "It is not possible or feasible to clean the wires to render them sufficiently free of corrosion as suggested by Defendant," he wrote. "Although scrubbing the wires…may removed visible signs of black corrosion film, copper sulfide corrosion remains. Moreover, it is not feasible to scrub the insulated wires to remove the corrosion under the insulation. There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home."

After thoroughly reviewing possible remedies, Judge Fallon decided that the Hernandez family was entitled to a complete overhaul of their home, or what he described as "the Court's remediation protocol." The family initially estimated repair costs of $58,000. After reviewing the full extent of damage and clean-up costs to bring the house back to move-in condition, Judge Fallon ordered a total repair of $164, 049.64.  The award included payment of nearly $137,000 in restoring the Hernandez's home and an additional $5,000 for replacing personal property.

The case caption is: Hernandez v. Knauf Gips KG, et al., case no. 09-6050

The victory for the Hernandez family is the fifth consecutive high-profile win for Seeger Weiss in 2010, following the firm's $2.6 million drywall trial verdict on April 8. In February the firm obtained a $25 million damages verdict on behalf of a Florida man who suffered permanent intestinal damage attributed to powerful acne medication Accutane, made by Hoffman-LaRoche. Then in March a jury in Missouri awarded a group of Seeger Weiss clients $11 million in damages stemming from noxious odors emanating from a nearby factory hog farm owned by Smithfield Foods – both cases represented the largest financial verdicts to date in Accutane and hog farm odor cases.

Also in March, Seeger Weiss won a $2.25 million wrongful death verdict on behalf of survivors of a fatal bus crash involving members of a girls hockey team from Windsor, Ontario. The trial win in upstate New York was against both a bus and trucking company at fault in the crash.

Note: Seeger Weiss LLP is one of nation's leading trial law firms handling complex individual, mass and class action litigation on behalf of consumers, investors and injured persons. The firm, with offices in New York, Philadelphia, new Jersey, Oklahoma and California represents plaintiffs in a variety of practice areas, including pharmaceutical injury, securities and investment fraud, consumer protection, environmental and asbestos exposures, personal injury and medical malpractice, product defect, antitrust, and commercial disputes. For more information, go to www.seegerweiss.com.

**Drywall Cases Moving Along**
*Central Florida Law Journal*
4/29/10

For the second time in less than a month, a federal judge in Louisiana has awarded major damages to homeowners who installed Chinese-made drywall that corroded and degraded interior fixtures and appliances.

This time the award went to a New Orleans family who built a new home after Hurricane Katrina only to see their house rendered uninhabitable by the toxic sulfur fumes and corrosive chemicals emitted from the defective wallboard.

As with a $2.6 million judgment for seven Virginia families on April 8 – the first U.S. verdict in a drywall case – this latest trial was won by leading New York plaintiffs firm Seeger Weiss, along with New Orleans-based Herman, Herman, Katz & Collar.   The two verdicts rendered in succession, establish a major precedent as the two trials were considered bellwether cases selected for early trial by Judge Eldon Fallon, who is overseeing numerous other drywall actions in multi-district litigation.

*U.S. District Judge Fallon of the Eastern District of Louisiana awarded $164,000 to Tatum and Charlene Hernandez* for the costs of pulling out the noxious drywall and replacing the wiring, plumbing, and appliances that had been ruined.

Plaintiffs' counsel Christopher Seeger said the Hernandez case was especially poignant since the family's new home in Mandeville, Louisiana was built in the aftermath of Hurricane Katrina.

 "The bogus drywall was no less damaging than if a second storm had blown through their home, only the damage this time around was much more insidious," Seeger said.

He compared its effects to a "poltergeist" taking over and slowly destroying the family's house.  Mr. Seeger noted that more than 25,000 US families live in homes with Chinese-made drywall; some 7,000 are now plaintiffs in litigation against the makers, along with builders, developers and suppliers of the faulty imported gypsum.

The defendant in the Hernandez case, German-owned Knauf Plasterboard Tianjin Co. Ltd., has a manufacturing facility in Tianjin, China, north of Beijing.

Judge Fallon said that in the light of the pervasiveness of damage caused by the drywall the Hernandezes were entitled to a complete overhaul of their home.  He rejected Knauf's contention that the family could scrub and salvage corroded wiring themselves.

"There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home," Fallon wrote in his decision.

Federal Judge Awards $164K in Damages in Chinese Drywall Case
*ClaimsJournal*
4/29/10

A federal judge in Louisiana has ordered a manufacturer of faulty drywall from China to pay more than $164,000 to a Louisiana family as result of damage to their home from the wallboard.

The ruling is the second time in less than a month that U.S. District Judge Eldon Fallon of the Eastern District of Louisiana has found a Chinese drywall manufacturer liable for damages associated with its installation in American homes.

In the current case, Hernandez v. Knauf Gips KG, et al., case no. 09-6050, Fallon found Knauf Plasterboard Tianjin Co. Ltd. liable for the cost associated with removing the faulty drywall, replacing appliances and furniture, and completely remediating the home of Tatum and Charlene Hernandez of Mandeville, La.

Knauf, a German-owned multinational supplier of building materials, operates a factory in China's sixth largest city of Tianjun, some 75 miles north of Beijing, according to attorneys for the plaintiffs.

Chinese wallboard has been found to emit toxic sulfur fumes that corrodes plumbing and wiring. It has also been blamed for health problems resulting from the toxic fumes. The Hernandez case is one of many brought against homebuilders, developers, installers, realtors, brokers, suppliers, importers, exporters, distributors, and manufacturers from China, which was widely imported into the United States between 2004 and 2006.

Because of the commonality of facts in the various cases, litigation concerning the faulty drywall was designated as multidistrict litigation (MDL). Subsequently, "on June 15, 2009, all federal cases involving Chinese drywall were consolidated for pretrial proceedings in the U.S. District Court, Eastern District of Louisiana," according to court documents.

On April 8, Judge Fallon, in Germano, et al. v. Taishan Gypsum Co. Ltd., et al., case no. 09-6687, awarded seven plaintiffs from Virginia more than $2.6 million in a consolidated case involving damage to the plaintiff's homes as a result of the installation of substandard drywall from China.

Tatum and Charlene Hernandez "originally brought a number of claims against Defendant Knauf Plasterboard Tianjin Co., Ltd. (Knauf or KTP) and other named defendants involved with the Chinese drywall in their home. However, the Court later issued an order dismissing all defendants other than KTP without prejudice," the court explained.

KTP acknowledged that the Chinese drywall in the Hernandez's home was defective and both parties agreed that remediation was necessary. The issue in this case was the amount of damages and the cost of remediation.

The court ultimately concluded that the extent of remediation included:

- Removal and replacement of all drywall;
- Removal and replacement of all components of the HVAC system;
- Removal and replacement of the entire electrical system;
- Removal and replacement of all insulation;
- Removal and replacement of molding, countertops, cabinets, and other items that must be removed during drywall removal, are likely to be damaged during removal, and are cheaper to replace than to preserve;
- Removal and replacement of copper and silver components in the plumbing system;
- Removal and replacement of carpet; removal, storage, and reinstallation of undamaged wood flooring; and protection of tile flooring during remediation;
- Cleaning after remediation, including use of HEPA vacuuming and wet-wiping or power-washing all surfaces;
- Certification from an environmental consultant; and

*Any actions incident to or necessary to carry out and finalize the above.*

An expert for the Hernandezes determined the cost of remediation would be $200,218.09; Knauf's expert estimated the cost would be between $53,142.43 and $58,564.93. The court determined the amount to be $136,940.46.

In addition to remediation, the court also awarded damages for replacement of personal property, recurring alternative living expenses, non-recurring alternative living expenses, pretrial repair costs, post-trial repair costs, bringing the total amount awarded to the Hernandezes to $164,049.64, plus reasonable attorneys' fees.

As with the Virginia homeowners, the Hernandez family is represented by Christopher Seeger and Jeffrey Grand of leading New York plaintiffs' law firm Seeger Weiss LLP, along with Steven Hermans from the New Orleans firm Herman, Herman, Katz & Collar LLP, and trial attorneys Gerald Meunier and Daniel Bryson.

**Court ruling gives boost to victims of bad drywall: A federal court has ruled in favor of a Louisiana couple whose house was ruined by defective drywall. This could lead to similar rulings for others with the same problem.**
*Miami Herald*
By Nirvi Shah
4/29/10

A federal court ruling in Louisiana could pave the way for thousands of Florida homeowners with defective drywall to collect damages for repairs to their homes.

Tatum and Charlene Hernandez should get about $164,000 to fix their Louisiana home, which has smelled bad since the couple built it in 2006, U.S. District Judge Eldon Fallon ruled Tuesday. Appliances, including the air conditioner, have broken down repeatedly because of corrosion, and wiring has also gone bad. Those are the same problems thousands of homeowners across the country, including many in Florida, have had.

The culprit is drywall imported from China.

This is the second ruling for homeowners. Of the more than 3,000 complaints filed with the Consumer Product Safety Commission, most are from people in Florida and Louisiana.

``These initial decisions in Louisiana are hugely important for thousands of homeowners who have been living with the poltergeist effects caused by this defective material in their midst,'' said the Hernandezes attorney, Christopher Seeger.

The previous ruling for six Virginia families was for $2.6 million. But the judgment was found against a Chinese manufacturer that has not responded to any U.S. court proceedings. The homeowners may never collect their award.

In the Hernandez case, drywall manufacturer Knauf Plasterboard Tianjin conceded that its product was problematic. At issue was how much the Hernandezes should be paid to fix their house.

``It's a more significant victory because Knauf [Plasterboard Tianjin] appeared in the case and presented their case at trial and had a full opportunity to depose and cross examine our witnesses,'' Seeger said.

Many federal lawsuits targeting those in the drywall supply chain have been condensed and are being heard in Fallon's court.

``With additional trials set to begin this June, Judge Fallon has sent an unequivocal signal to drywall manufacturers, suppliers, builders and others in the construction industry that they will be held responsible for total repairs caused by this horrendously inferior product,'' Seeger said.

KPT, which had agreed that the drywall was defective, said in a statement that the company is considering an appeal because of the amount of money awarded to the Hernandezes.

The Chinese company maintains the home could be fixed more cheaply -- and that fewer items in the home need to be replaced than the judge directed.

Recommendations about how to to fix homes vary. Judge Fallon recommended that all drywall and nearly everything else from a home be removed and replaced.

The federal government recommended removing only problem drywall and most electrical components. .

``KPT is considering an appeal of the ruling [because] . . . a home impacted by Chinese drywall could be repaired for a much more reasonable amount than what was awarded by the court in the Hernandez matter,'' the company said.

**Chinese Drywall Verdict: $164,000.00 Plus, plus, plus...**
***Florida Chinese Drywall***
5/1/10

The verdict, by U.S. District Court Judge Eldon E. Fallon -- who is overseeing the massive combined Chinese drywall litigation in New Orleans -- awards $164,000 plus attorneys' fees and court costs to Mandeville, Louisiana family. The decision calls for their house to be largely gutted down to the studs -- replacing all drywall, duct work, the entire electrical system, all copper and silver components, the HVAC system and all damaged appliances and consumer electronics.

As part of the judgment, Fallon ordered that Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd must pay the Hernandez family for about $5,400 for damaged personal property, as well as close to $20,000 for alternative living arrangements.

The decision comes on the heels of Fallon's previous ruling April 8 awarding $2.6 million to seven Virginia homeowners and the comprehensive remediation ordered for the Hernandez home echoes Fallon's previous ruling that only stringent remediation standards would suffice to solve the problem -- involving largely gutting the homes of all drywall and other components such as wiring, pipes, electronics and appliances.

Stay tuned as additional trials are set and heard.  If you suspect you have Chinese Drywall, do not wait. Act now and call our office for a free consultation.  Failure to act may prejudice your ability to ever collect for your damages.

Spencer Aronfeld is a member of the Multi-District Litigation Steering Committee, appointed by Judge Fallon in New Orleans

<u>**Seeger Weiss Wins Again for Plaintiffs in Chinese Drywall Verdict**</u>
***Electrical Construction & Maintenance (EC&M) magazine***
5/4/10

Federal Judge Awards New Orleans Family $164,000 in Damages

For the second time in less than a month, a federal judge in Louisiana has found a Chinese drywall manufacturer liable for extensive damages associated with its installation in American homes, setting a precedent for thousands of similar suits pending in federal courts.

U.S. District Judge Eldon Fallon of the Eastern District of Louisiana has ordered Knauf Plasterboard Tianjin Co., Ltd. to pay Tatum and Charlene Hernandez more than $164,000 to cover the costs of removing the faulty drywall from their home in Mandeville, La., along with replacing corroded electrical wiring, damaged plumbing, and making other fixes necessitated by the company's defective drywall product. Knauf, a German-owned multinational supplier of building materials, operates a factory in Tianjun, China, some 75 miles north of Beijing.

Earlier in April, Judge Fallon ordered another Chinese drywall manufacturer, Taishan Gypsum Company, Ltd. to pay more than $2.6 million to seven Virginia families facing remediation costs in removing that company's plasterboard from their homes.

As with the Virginia homeowners, the Hernandez family is represented by Christopher Seeger and Jeffrey Grand of leading New York plaintiffs' law firm Seeger Weiss LLP, along with Steven Hermans from the New Orleans-based firm Herman, Herman, Katz & Collar LLP, and additional trial attorneys Gerald Meunier and Daniel Bryson.

As a result of leeching fumes from the wallboard, the Hernandezes watched while their air conditioners and other electrical appliances were degraded and failed, the wires turning black. In his 47-page decision, Judge Fallon was blunt in his assessment of the damage caused by the Chinese drywall. "No reputable contractor would accept the risk of keeping copper and/or silver metal in the home after these materials existed in a corrosive environment and demonstrate significant corrosion, and neither would a reputable environmental consultant approve a remediation of the Hernandez home if the potential of continuation for such a corrosion risk remains," reads the decision. "It is not possible or feasible to clean the wires to render them sufficiently free of corrosion as suggested by the defendant. Although scrubbing the wires may removed visible signs of black corrosion film, copper sulfide corrosion remains. Moreover, it is not feasible to scrub the insulated wires to remove the corrosion under the insulation. There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home."

After thoroughly reviewing possible remedies, Judge Fallon decided that the Hernandez family was entitled to a complete overhaul of their home, or what he described as the court's remediation protocol." The family initially estimated repair costs of $58,000. After reviewing the full extent of damage and clean-up costs to bring the house back to move-in condition, Judge Fallon ordered a total repair of $164, 049.64. The award included payment of nearly $137,000 in restoring the Hernandez's home and an additional $5,000 for replacing personal property.

<u>Judge enters final judgments in drywall cases</u>
***Sarasota Herald-Tribune***
By Aaron Kessler
5/11/10

U.S. District Court Judge Eldon E. Fallon, who is overseeing the massive combined Chinese drywall litigation in New Orleans, has formally entered final judgments against two drywall manufacturers.

The two judgments, signed by Fallon late Monday and filed with the court Tuesday, mark a crucial step needed for the plaintiffs in the two recent cases to actually collect any money. Fallon ruled April 8 that seven Virginia homeowners were entitled to a combined $2.6 million, and on April 27 he awarded a Mandeville, La., couple remediation damages of $164,000.

Rules governing federal civil cases call for a final judgment to be entered after such findings, which solidifies the monetary award and begins the process by which that money can be collected. Under federal rules, a defendant has 30 days to appeal the judgment — if no appeal is made after that time period, the judgment stands and can be collected.

In the case of Louisiana's Tatum and Charlene Hernandez, awarded $164,000, Chinese manufacturer Knauf Plasterboard Tianjin Co. Ltd. indicated last month it was considering an appeal when a final judgment was entered. KPT attorney Kerry Miller could not be reached for comment Tuesday.

The situation with the Virginia plaintiffs may be more complicated because the manufacturer in that set of cases, Taishan Gypsum Co. Ltd., has been absent from the proceedings altogether. Taishan is controlled by the Chinese government.

Fallon's judgments also call for attorneys' fees to be awarded, though he left those amounts to be determined at a later date.

**Second Court Decision Favors Chinese Drywall Plaintiffs**
*Lawyersandsettlements.com*
By Gordon Gibb
5/13/10

*New Orleans, LA:* Families experiencing problems with homes built with defective **Chinese drywall** have reason for optimism: US District Judge Eldon Fallon of the Eastern District of Louisiana recently ordered Knauf Plasterboard Tianjin Co. to compensate Tatum and Charlene Hernandez in excess of $164,000. It is the second precedent-setting court decision within a month in favor of plaintiffs suing over the use of Chinese drywall in their homes.

In April Judge Fallon found in favor of seven Virginia families who claimed that defective Chinese drywall in their homes emitted noxious fumes, turned air conditioning coils black and made some residents ill. Judge Fallon ordered Taishan Gypsum Company to pay more than $2.6 million in damages.

The victory is particularly compelling for the Hernandez family, since they used the Chinese drywall to rebuild their home following the devastation of Hurricane Katrina. For them, it was one disaster after another.

According to the 5/15/10 issue of Real Estate & Investment Business, Judge Fallon was blunt in his decision, which ran 47 pages: "No reputable contractor would accept the risk of keeping copper and / or silver metal in the home after these materials existed in a corrosive environment and demonstrate significant corrosion, and neither would a reputable environmental consultant approve a remediation of the Hernandez home if the potential of continuation for such a corrosion risk remains."

As for claims by the defendant that affected families could simply eradicate the effects of the tainted drywall by scrubbing, Judge Fallon scoffed at such a notion. "It is not possible or feasible to clean the wires to render them sufficiently free of corrosion as suggested by Defendant," he wrote. "Although scrubbing the wires...may [have] removed visible signs of black corrosion film, copper sulfide corrosion remains. Moreover, it is not feasible to scrub the insulated wires to remove the corrosion under the insulation. There does not exist an approved standard or method to clean copper sulfide corrosion from electrical wiring in a home."

It could not have been a better outcome for the Hernandez family. While the family initially estimated damages and repair costs at $58,000 the court came up with a much higher number following review of the full extent of the damage and clean-up costs in order to restore the building to optimum move-in condition. To that end Judge Fallon referred to "the Court's remediation protocol" to which the Hernandez family was entitled.

The total award of $164,049.64 included $137,000 to restore the family's home, with an additional $5,000 to replace personal property damaged by the noxious fumes emitted from defective Chinese drywall.