# EXHIBIT 7

## Jury awards $2.4M in first Chinese drywall trial

***The Associated Press***

By Curt Anderson (AP)

6/18/10

MIAMI — A Florida couple who fled their dream home because of foul-smelling, ruinous Chinese drywall was awarded $2.4 million in damages Friday in the nation's first jury trial over the defective wallboard that could have legal ramifications for thousands of similar cases.

The six-person jury ruled that Armin and Lisa Seifart should receive more than just the costs of gutting and renovating their home: they were also awarded damages for loss of enjoyment of the $1.6 million house and for the drywall stigma that might reduce its resale value.

The defendant, drywall distributor Banner Supply Co., is named in thousands of other lawsuits. Attorneys in those cases, as well as many others pending nationwide against other companies, will look to the Seifart damage award as a guide for what kinds of damages they seek.

Defective, sulfur-emitting Chinese drywall has been linked to possible health problems along with a noxious odor, corrosion of wiring, plumbing, computers, plumbing and jewelry. Most of the problems have arisen in Florida, Virginia, Mississippi, Alabama and Louisiana in homes built during the housing boom and some damaged during the busy 2005 hurricane season.

The Seifarts, who have two young sons, left their five-bedroom home in Miami's Coconut Grove neighborhood last year so it could be gutted and renovated. Their attorney, Ervin Gonzalez, said the couple was not told of problems with the Chinese drywall in March 2008 when they moved in.

"Their dream home turned into a nightmare," Gonzalez said.

The Seifarts accused Banner of concealing knowledge it had as early as 2006 that Chinese drywall was defective, including recommendations from manufacturer Knauf Plasterboard Tianjian that the wallboards should not be used. Many of those details emerged in this trial after a confidential agreement between Banner and Knauf was unsealed.

"It was important to send a message to companies that they should do the right thing when the health of the public is at stake," said Armin Seifart after the verdict.

"I feel that justice was done," added Lisa Seifart.

Banner attorney Todd Ehrenreich said an appeal would be considered.

"We're very disappointed in the verdict," he said.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

"That defect was hidden, latent and undetectable," said Ehrenreich in closing arguments. "It doesn't rear its ugly head until sometimes years later."

The jury found that Banner was 55 percent liable for the Seifarts' problems and that Knauf and two related entities bore the rest of the responsibility. That could reduce the Seifarts' ultimate payout because Knauf was not a defendant in their case, but Gonzalez said he will push to have Banner pay the full $2.4 million.

The Miami case follows a Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for bad Chinese drywall. In that case, the Chinese entities who were sued never responded in U.S. court, leaving in limbo how the damages might be collected.

The Consumer Product Safety Commission has recommended removing any tainted drywall and affected wiring, fire alarm systems and gas pipes.

**Florida family awarded millions for defective drywall**
***NECN (A Comcast Network)***
6/19/10

NECN/WFOR: Miami, Florida) – Two-point-four million dollars.

That's how much a Florida jury awarded a Miami family for damages to their home built with defective Chinese drywall.

The verdict is expected to set a precedence for future claims.

Ervin Gonzalez the Homeowners' Attorney stated, "The family is very, very pleased with the result because it indicates the jury understood what they had to go through for so many years. This family stood up to a very large corporation that did the wrong thing. They knew about the dangers of drywall, since 2006 and they kept it a secret. They took hush money in order to be compensated for their drywall, yet they did not let America consumers know what the problems were that would have prevented millions if not billions of dollars in damages in this country."

Homeowners say the drywall is responsible for corroding copper pipes, destroying electrical appliances and causing health problems.

## Jury awards couple $2.5 million for drywall damages
*Miami Herald*
BY Nirvi Shah
6/19/10

About 2 ½ years after a Miami couple first wondered about the strange odor in their home, a Miami-Dade jury awarded them $2.5 million in damages and expenses Friday, blaming odors and corrosion problems on defective Chinese drywall.

Armin and Lisa Seifart sued Miami-based Banner Supply after the drywall that the company provided corroded copper pipes and fixtures, ruined their air conditioner and other appliances and made their home smell.

The case -- the first jury trial in the country over Chinese drywall -- could set precedent for other lawsuits. Banner has been sued in dozens of cases as have other drywall companies and businesses in the drywall supply chain.

``It's a strong victory in favor of consumers,'' said the Seifarts' attorney, Ervin Gonzalez. ``The bottom line is that the public will not tolerate companies that cheat,'' he said.

The case led to the discovery of a 2007 agreement Banner signed with the drywall manufacturer, Knauf Plasterboard Tianjin, to replace 2.3 million square feet of Chinese wallboard with domestic product. But in turn, Banner only replaced Chinese drywall it had supplied to select builders and installers who had complained about a smell.

Gonzalez said repeatedly that Banner could have prevented a legion of homes from being affected by drywall had they gone public with complaints years ago.

Banner had conceded the drywall was defective, but the company only wanted to pay for actual expenses the Seifarts incurred -- not for negligence or any stigma the home will carry.

Banner attorney Todd Ehrenreich said the company, which has been devastated by the recession and has its reputation tarnished because of Chinese drywall, is still considering its next move.

``We are a bit disappointed. We will weigh all of our rights, including our appellate rights,'' he said.

The Seifarts didn't move into their home until more than a year after the confidential agreement was signed -- and their builder and drywall installer were never told about others' complaints about the product. They moved out less than a year later.

``I feel that it sends a strong message that you can't put money over people's lives,'' Lisa Seifart said of the jury's decision.

Armin Seifart said he and his wife never wanted to file a suit.

``We thought someone would come forward and help,'' he said, recalling e-mails and letters he sent to everyone involved with the drywall, including the manufacturer. ``No one ever did.''

At the insistence of Banner, the jury was asked to assign blame to Banner as well as drywall manufacturer Knauf Plasterboard Tianjin, importer La Suprema and China-based exporter Rothchilt International -- although only Banner was a defendant in the suit.

The jury assigned 55 percent of the fault to Banner, 35 percent to KPT and 5 percent each to the importers and exporters.

By some interpretations, that could mean Banner is responsible for only $1.3 million of the award.

Gonzalez believes Banner will have to pay the full amount -- plus attorneys fees and court costs.

``The case law's pretty strong on that point,'' he said.

The award was a little more than half of the $4.4 million Gonzalez had asked a jury to award the family. That included $100,000 a month from the time they moved into the house until the time they can move back in after repairs -- nearly three years -- plus $200,000 for the loss in value to their home because of the stigma it could carry and $705,000 in expenses repaid for repairs, renting another home during the repairs, maintaining both houses and replacing some of the Seifarts' belongings.

Still, the award is the largest for one home in a Chinese drywall case to date. A federal judge in Louisiana awarded $2.6 million to seven Virginia homeowners, finding drywall manufacturer Taishan Gypsum Co. liable for damage, but that company has not participated in U.S. court proceedings, leaving the ruling's effect in limbo. Judge Eldon Fallon also ruled that manufacturer KPT pay $164,000 to a Louisiana couple for repairs to their house.

Repairs at the Seifarts' five-bedroom, five-bathroom home -- which was essentially gutted and rebuilt -- won't be done until at least January. They aren't certain if they will be comfortable in the renovated version of what they once considered the dream home where they would raise their two young sons.

``We're going to have to check, double check, triple check before I put my children in any danger,'' Lisa Seifart said. ``I'm going to be worried until I don't know when.''

## Florida Family Awarded $2.5 Million Over Defective Drywall
*Bloomberg*
6/19/10

June 19 (Bloomberg) – A Florida couple suffered $2.5 million in damages as a result of defective drywall from China, a Florida jury found yesterday, helping to set a standard for trials throughout the U.S.

In the first jury trial in the U.S. over defective drywall, a state court panel in Miami deliberated more than a day before finding closely held Banner Supply Co. 55 percent responsible for damage done to the home of Armin and Lisa Seifart. The jury found a company not included in the lawsuit, Germany's Knauf Group, 35 percent liable.

Plaintiffs had sought $4.3 million for loss of enjoyment of their home and other damages.

"It sets a precedent to the extent that we were able to see what a jury thinks about this case," said Ervin Gonzalez, attorney for the Seifarts.

USG Corp. and Knauf are among about 1,000 defendants that may face claims they distributed defective drywall manufactured in China. As many as 40,000 plaintiffs may bring claims, U.S. District Judge Eldon Fallon of New Orleans, who is overseeing federal drywall lawsuits nationwide, said last month.

The cases, part of coordinated litigation over allegedly defective drywall, are intended as a bellwether to help determine property damage issues in other cases against manufacturers. More than 2,100 people in the U.S. have sued in federal court claiming damages from drywall made in China.

The Seifarts bought their home in February 2008. After less than a year they learned their problems with appliances and a sulfur smell originated with the drywall.

Banner countered that the Seifarts should be reimbursed for the cost of repairs only, urging the jury not to make an award for loss of enjoyment or the reduction of the value to the home.

"We are a bit disappointed and we will weigh all of our rights, including our appellate rights," Banner's attorney, Todd Ehrenreich said after the verdict.

<u>**Chinese drywall verdict gives hope to local families**</u>
*NBC-2*
By Christina Mora

LEE COUNTY: The nation's first jury trial over Chinese drywall came to a close and a Miami couple got a big pay day. And that decision could impact families living with defective drywall here in Southwest Florida.

There is a glimmer of hope for the Brincku family in their fight against toxic drywall.

"Hopeful, we're very hopeful that something is going to become of this now and people will be compensated for their loss," said George Brincku.

The family has been fighting the battle for years. The home they built from scratch was laced with the defective drywall, corroding metal and they say it affected their health.

Friday, a couple in Miami fighting the same battle won a $2.4 lawsuit against their drywall seller - a decision that will likely have an impact on thousands of other drywall cases.

"It's very sad to watch the struggles and what this has done to families and put them through," said Brenda Brincku. "There's no amount of money that could ever compensate for what they've been through and what their children have been through and the worries and nobody really understands until you've gone through it."

The Brinckus are now living in a different home, while their dream home sits vacant and their own lawsuit waits to be heard.

"I'm upset that this is kind of like BP - corporate greed. They knew it was a problem, it was covered up," said Brenda.

## Jury Awards Damages for Chinese Drywall to Homeowner
*AboutLawsuits.com*
6/21/10

A Florida family has been awarded $2.46 million in the first Chinese drywall lawsuit to be heard by a jury. The decision was seen by some as a "bellwether" case, which could forecast how other juries may respond to similar evidence that will be presented in other trials over Chinese drywall that has caused problems for homeowners throughout the United States.

The lawsuit was filed by Armin Seifart and Lisa Gore in Florida state court against Banner Supply, a Miami-based company that supplies building materials to home builders. The lawsuit alleged that Banner knowingly sold defective drywall to builders, which released a strong smell of rotten eggs that corroded appliances throughout their home.

The U.S. Consumer Products Safety Commission (CPSC) has received more than 3,300 complaints from across the United States from homeowners who say that toxic Chinese wallboard imported between 2004 and 2007 releases sulfuric odors that corrodes wiring throughout the home, damages appliances and causes various health problems. Many of the problems with the Chinese drywall have been confirmed by laboratory testing.

Millions of sheets of the toxic drywall were imported from China into the United States due to a domestic shortage caused by a housing boom and construction following a serious of hurricanes that struck the southeastern United States. The CPSC has confirmed more than 6 million sheets were imported into the country in 2006 alone.

The plaintiffs claimed that Banner Supply made a secret deal to cover up drywall problems with Knauf Plasterboard Taijin, a German company that supplied them with Chinese drywall. Miami-Dade Circuit Judge Joseph Farina allowed the agreement to be unsealed before the trial. The agreement reveals that in 2007, Banner knew of several homes that had bad-smelling drywall and asked Knauf to investigate.

After its investigation, which determined that the sulfur levels in the home were safe, Knauf struck a deal with Banner to stay silent about the problems. In return, Knauf agreed to replace the Chinese drywall it has sold Banner with U.S.-made drywall, and paid Banner for holding it. Banner agreed to be quiet about the problem and not to help other plaintiffs seeking to sue Knauf.

Banner's attorneys said the company thought the drywall problem was limited to a small batch, and they did not know the scope of the problem at the time the agreement was signed.

The Miami-Dade Circuit Court jury found Banner negligent and in violation of Florida's deceptive and unfair trade law. They also determined that Banner's actions lowered the resale value of Seifart and Gore's home. They awarded the couple $2.46 million, and determined that Banner was 55% liable. The rest of the liability was shared by Knauf and two other companies, however Banner was the only defendant in the lawsuit. Seifart and Gore have filed a separate lawsuit against Knauf in federal court.

Although other trials before a judge have resulted in awards of damages for Chinese drywall, this case if the first to be heard by a jury.

Banner officials have said they are considering an appeal.

In May, a Chinese drywall class action lawsuit was filed against Banner by Miami-area residents of a subdivision built with toxic drywall. Keys Gate Realty and Palm Isles Holdings LLC were also named as defendants. The class action could end up including as many as 152 homeowners.

Homeowners throughout the United States have filed lawsuits over Chinese drywall, naming manufacturers, distributors and builders. In June 2009, all of the federal drywall litigation was consolidated and centralized in an MDL, or Multidistrict Litigation, in New Orleans under U.S. District Judge Eldon Fallon. The lawsuit won by Seifart and Gore was filed in the state court and was not part of the MDL.

Earlier this year in the Federal MDL, Judge Fallon awarded $164,000 to a Louisiana family that filed a Chinese drywall lawsuit against Knauf. The ruling equated to about $81 per square foot. Since that ruling, Knauf has begun seeking settlements with U.S. builders who bought their drywall.

Judge Fallon has also issued a ruling that awarded $2.6 million to seven Virginia families who filed a lawsuit against China-based Taishan Gypsum Co. over drywall problems. However, it is unclear how the families will collect, since China does not acknowledge civil lawsuit judgments in the U.S., and the company did not send a representative to court to answer the charges.

**Florida Couple Awarded $2.4 Million in Chinese Drywall Trial**
*Access to Justice*
By Sokolove Staff
6/21/10

A Florida couple won damages of $2.4 million in the nation's first jury trial over defective Chinese drywall, a decision that could have a major legal impact on thousands of similar cases, according to the Associated Press.

The AP reports the jury found Banner Supply Co., a drywall distributor, to be 55 percent liable for the problems with the home of Armin and Lisa Seifart, and that Knauf Plasterboard Tianjian, which made the defective drywall, and two related entities bore the rest of the responsibility. The Seifart's attorney told the AP he will push to have Banner pay the full $2.4 million.

Banner is named in thousands of similar suits, according to the AP, and the case is likely to set a precedent for other frustrated homeowners who claim the foul-smelling wallboard ruined their homes.

Drywall made in China has been associated the release of toxic sulfur compounds that smell bad, damage appliances and wiring, and may cause sickness. Problems with Chinese drywall have been reported by thousands of homeowners.

<u>Couple Awarded $2.4 Million for Defective Chinese Drywall</u>
*Attorney Daily*
6/21/10

From 2004 to 2006, during South Florida's new home construction boom, homebuilders ran out of drywall.  As a result, homebuilders had to import drywall from Chinese suppliers, who have been accused of using inferior ingredients, such as contaminated gypsum. When exposed to Florida humidity and ocean salt air during the trip overseas, the Chinese drywall reacts negatively, releasing compounds that can make people extremely ill.

On June 18, 2010, a Florida couple who fled their dream home because of foul-smelling, ruinous Chinese drywall was awarded $2.4 million in damages, in the nation's first jury trial over the defective wallboard that could have legal ramifications for thousands of similar cases, according to a recent Associated Press news report.

The six-person jury ruled that plaintiffs should receive more than just the costs of gutting and renovating their home: they were also awarded damages for loss of enjoyment of the $1.6 million house and for the drywall stigma that might reduce its resale value.

The defendant, drywall distributor Banner Supply Co., is named in thousands of other lawsuits. Attorneys in those cases, as well as many others pending nationwide against other companies, will look to the plaintiff's damage award as a guide for what kinds of damages they seek.

Defective, sulfur-emitting Chinese drywall has been linked to possible health problems along with a noxious odor, corrosion of wiring, plumbing, computers, plumbing and jewelry. The majority of the problems have arisen in Florida, Virginia, Mississippi, Alabama and Louisiana in homes built during the housing boom and some damaged during the busy 2005 hurricane season.

The plaintiff's accused Banner of concealing knowledge it had as early as 2006 that Chinese drywall was defective, including recommendations from manufacturer Knauf Plasterboard Tianjian that the wallboards should not be used. Many of those details emerged in this trial after a confidential agreement between Banner and Knauf was unsealed.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

The Miami case follows a Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for bad Chinese drywall. In that case, the Chinese entities who were sued never responded in U.S. court, leaving in limbo how the damages might be collected.

The Consumer Product Safety Commission has recommended removing any tainted drywall and affected wiring, fire alarm systems and gas pipes.

<u>First Chinese Drywall Lawsuit Ends in $2.4 Million Verdict</u>
*Injury Board*
Joe Saunders, Attorney
6/21/10

Armin and Lisa Seifert, a Florida couple whose house was contaminated with Chinese drywall, has been awarded a $2.4 million verdict by a jury. The first ever Chinese Drywall lawsuit ended in a favorable verdict for the homeowners but it may be difficult to recover the money from those found responsible for the contamination. The jury found Banner Supply of Miami 55% responsible for the damage while Chinese company Knauf and two other companies bore the rest of the responsibility.

Thousands of US homeowners have sued Banner Supply for the Chinese Drywall. Knauf, a Chinese company, is more difficult to hold accountable in US courts.

### Couple Awarded $2.4 Million in Chinese Drywall Lawsuit
*Injury Board*
Scott Kappes
6/21/10

The first jury trial for a Chinese drywall lawsuit concluded on Friday with the plaintiffs, Armin and Lisa Seifart, being awarded $2.4 million in damages.

The first trial is always very important and can be a good indicator of how similar lawsuits should be handled in the future. This is great news for the thousands of homeowners whose homes were built the defective product.

In addition to the money required to gut the home and replace the problem wallboard the jury also awarded the couple additional money for the loss of enjoyment of their $1.6 million dream home and a Chinese drywall stigma that could reduce resale value.

The defendants, drywall distributor Banner Supply Co., have also been named in thousands of other lawsuits. Banner attorney Todd Ehrenreich said they were very disappointed with the verdict and that an appeal would be considered.

The jury found Banner to be responsible for 55 percent of the damages, with drywall manufacturer Knauf and two related entities liable for the other 45 percent, but their attorney said he push to have Banner pay the full $2.4 million.

The lawsuit accused Banner of continuing to use the problem drywall in homes despite recommendations from the manufacturer not to use the wallboard.

Future trials will likely look to the Seifart case as a guideline for what types of damages to seek and how cases should be tried.

This verdict is a huge step forward in Chinese drywall litigation. Previous awards that have been handed down in Chinese drywall lawsuits have fallen on the deaf ears of Chinese companies that have not responded to claims brought against them, but decisions against American companies like Banner can be enforced under US law.

Hopefully this is sign of good things to come for the thousands of homeowners who have seen their dream home turn into a nightmare by Chinese drywall.

**Florida jury hands $2.4 million in defective Chinese-made drywall case**
*International Business Times*
By Carl Bagh
6/21/10

Jury in Florida announced $2.4 million in settlement to a couple in damages incurred due to faulty Chinese sulfur-emitting drywalls that caused corrosion to their dream house.

The decision came in favor of Armin and Lisa Seifart who had to leave their five-bedroom home in Miami last year due to corrosion and foul-smell caused by the Chinese drywall. The drywalls were supplied by Banner Supply.

Banner Supply was accused by Seifarts of subversion of information that it possessed since 2006 but failed to communicate it to its customers or the government.

The Chinese sulfur emitting drywall is found to release poisonous odor and also leads to corrosion of plumbing, wiring and jewelry. The issues with drywall are primarily associated to houses constructed during the housing boom in Florida, Virginia, Mississippi, Alabama and Louisiana.

The documents submitted during the case unraveled a confidentiality agreement between Banner Supply and its Chinese supplier Knauf Plasterboard Tianjin, under which the supplier replaced Banner's inventory with domestic drywalls when notified about the aforesaid problems.

The following resolution can set a precedent for other cases filed in the Chinese drywall issue. The defendant Banner Supply Co. has multiple pending cases filed against it.

The plaintiff had sought $4.3 million in reparation including loss of their home's enjoyment.

The verdict follows a similar verdict accorded by Louisiana federal judge's decision in April to award $2.6 million in damages to seven families in Virginia for defective Chinese drywall.

<u>Fla. Jury Finds Domestic Distributor of Chinese Drywall Negligent</u>
*Law.com*
Jose Pagliery
6/21/10

A Florida jury on Friday awarded $2.46 million to a Miami couple who claimed their house was ruined by gas emitted by imported Chinese drywall in the nation's first trial against a domestic distributor.

Jurors concluded that Miami-based Banner Supply knowingly sold defective wallboard that was installed in the Coconut Grove, Fla., home of Chevron attorney Armin Seifart and Lisa Gore, who asked for $4.4 million in damages for repairs and the inconvenience of temporarily losing access to their $1.66 million home.

"It's a strong victory in favor of consumers," said family attorney Ervin Gonzalez of Colson Hicks Eidson in Coral Gables, Fla. "The American public won't tolerate companies that cheat."

Jurors decided Banner was negligent, knowingly sold defective wallboard and violated Florida's deceptive and unfair trade law, and that its product will reduce the home's resale value.

The couple's lawsuit is similar to thousands nationwide by homeowners with Chinese drywall installed in their homes. Homeowners complain noxious gases released by the wallboard leave homes smelling like rotten eggs and corrode metal pipes and electronics.

The couple's case is considered a bellwether because of the potential for recovery. Chinese companies generally are immune to U.S. court judgments, leaving U.S. companies as the only reliable financial source for plaintiff recovery.

The case was strengthened by accusations of a cover-up. Banner signed a secret deal in 2007 with Chinese drywall manufacturer Knauf Plasterboard Tianjin.

The Chinese company agreed to replace Banner's tainted supply with U.S.-made board as long as Banner kept quiet about problems. Miami-Dade Circuit Judge Joseph P. Farina unsealed the agreement shortly before the weeklong trial. "It could have been avoided. It should have been avoided. And it would have been avoided if Banner had done the right thing. But they didn't," Gonzalez said during closing arguments Thursday.

"Profits over people; sales over safety," he repeated several times. "It's good for the business to keep it quiet."

Because of a domestic wallboard shortage, Banner switched from selling U.S.-made drywall to a Chinese brand using gypsum that was naturally high in sulfur.

Banner vice president Jack Landers testified his company was "in no way in cahoots with Knauf to hide this from anybody."

During trial, the company admitted responsibility and offered to pay for repairs to the couple's home, but rejected a request for additional damages.

Banner was defended by Jeffrey A. Backman and Jan Douglas Atlas at Adorno & Yoss, Peter Spillis of Weinberg Wheeler Hudgins Gunn & Dial, and the managing partner of the Atlanta-based firm's Miami office, Todd Ehrenreich.

Company attorneys contended Banner was unaware that drywall problems were widespread or serious, and it had even paid extra for drywall manufactured by China's arm of Germany's Knauf.

"We paid the premium because we wanted to be assured we were getting the same board," Ehrenreich told jurors Thursday.

Ehrenreich said an appeal would be considered.

"We're very disappointed in the verdict," he said.

During the trial, Banner acknowledged bearing some responsibility but fought against paying the Seifarts more than their direct expenses. Company attorneys said the drywall problem in 2006 was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear.

"That defect was hidden, latent and undetectable," said Ehrenreich in closing arguments. "It doesn't rear its ugly head until sometimes years later."

The jury found that Banner was 55 percent liable for the Seifarts' problems and that Knauf and two related entities bore the rest of the responsibility. That could reduce the Seifarts' ultimate payout because Knauf was not a defendant in their case, but Gonzalez said he will push to have Banner pay the full $2.4 million.

The Miami couple has filed a separate lawsuit against Knauf in federal court. Federal cases have been consolidated before a New Orleans judge, who heard two trials with Chinese defendants and awarded damages to Virginia and Louisiana homeowners.

Information from Associated Press reports contributed to this story.

## Chinese Drywall Cases Yield $2.5M Award, Settlements
*National Underwriter Property And Casualty Insurance News*
6/21/10

In the first jury trial of a case involving Chinese drywall, a Miami-area couple was awarded nearly $2.5 million.

Additionally, drywall manufacturer Knauf Plasterboard Tianjin Co. (KPT) settled two lawsuits in Louisiana.

In Miami, Armin and Lisa Seifart alleged Miami-based Banner Supply Co. knowingly sold them defective drywall.

Banner distributed the Chinese-made drywall manufactured by KPT.

Ervin Gonzalez, the Seifarts' attorney, said the jury in Miami-Dade District Court found Banner to be liable on the grounds of negligence, public nuisance and unfair trade practices.

Banner attorney Michael Peterson of Peterson & Espino in Miami, said multiple insurance carriers are involved in Banner's defense, as about 2,800 known claims have been filed against the supplier. The coverage has been the company's "saving grace," said Mr. Peterson, as Banner contends with financial difficulties caused by the fallout of Chinese drywall, which is said to emit a foul smell and fumes that cause corrosion to plumbing and electrical components as well as health problems for homeowners.

Chinese-made drywall was used in U.S. construction from 2004 to 2007 after busy hurricane seasons and the housing boom led to shortages of U.S.-made drywall.

Banner is also facing suits from insurers looking to avoid coverage obligations under certain policy exclusions, such as the pollution exclusion, Mr. Peterson said.

"I don't know what the ramifications will be, but I know in this particular case the jury did not hear all the evidence and we wouldn't be hearing about this if the manufacturer was in the U.S.," said Mr. Peterson when asked if the jury award in Florida would set a precedent and pave the way for similar outcomes in other cases.

Banner has also filed suit against Knauf, Mr. Peterson said. The company is exploring its appeal options in the Seifart case, he said. Banner continues to assert it did not have knowledge of the drywall's adverse effects and was told after tests done by the manufacturer, Mr. Peterson said.

Banner maintains it did not know about the effects of the drywall, but the Seifarts claimed Banner had been working with Knauf to trade its unused inventory of drywall for an American-made product after it received complaints from builders about the smell of the building product.

In Louisiana, Knauf settled two U.S. District Court cases, electing to pay for lost rental income and replace drywall in one unit of an apartment building in Slidell, La., and agreeing to pay for remediation and testing for a couple in Metairie, La.

Additionally, drywall manufacturer Knauf Plasterboard Tianjin Co. (KPT) settled two lawsuits in Louisiana.

In Miami, Armin and Lisa Seifart alleged Miami-based Banner Supply Co. knowingly sold them defective drywall.

Banner distributed the Chinese-made drywall manufactured by KPT.

Ervin Gonzalez, the Seifarts' attorney, said the jury in Miami-Dade District Court found Banner to be liable on the grounds of negligence, public nuisance and unfair trade practices.

Banner attorney Michael Peterson of Peterson & Espino in Miami, said multiple insurance carriers are involved in Banner's defense, as about 2,800 known claims have been filed against the supplier. The coverage has been the

company's "saving grace," said Mr. Peterson, as Banner contends with financial difficulties caused by the fallout of Chinese drywall, which is said to emit a foul smell and fumes that cause corrosion to plumbing and electrical components as well as health problems for homeowners.

Chinese-made drywall was used in U.S. construction from 2004 to 2007 after busy hurricane seasons and the housing boom led to shortages of U.S.-made drywall.

Banner is also facing suits from insurers looking to avoid coverage obligations under certain policy exclusions, such as the pollution exclusion, Mr. Peterson said.

"I don't know what the ramifications will be, but I know in this particular case the jury did not hear all the evidence and we wouldn't be hearing about this if the manufacturer was in the U.S.," said Mr. Peterson when asked if the jury award in Florida would set a precedent and pave the way for similar outcomes in other cases.

Banner has also filed suit against Knauf, Mr. Peterson said. The company is exploring its appeal options in the Seifart case, he said. Banner continues to assert it did not have knowledge of the drywall's adverse effects and was told after tests done by the manufacturer, Mr. Peterson said.

Banner maintains it did not know about the effects of the drywall, but the Seifarts claimed Banner had been working with Knauf to trade its unused inventory of drywall for an American-made product after it received complaints from builders about the smell of the building product.

In Louisiana, Knauf settled two U.S. District Court cases, electing to pay for lost rental income and replace drywall in one unit of an apartment building in Slidell, La., and agreeing to pay for remediation and testing for a couple in Metairie, La.

### $2.4 Million Verdict in One Chinese Drywall Suit, Settlements Reported in Two Others
***News Inferno***
6/21/10

A Florida jury has awarded plaintiffs in a Chinese drywall lawsuit more than $2 million for damage done to their home. Meanwhile, in New Orleans, two Chinese drywall lawsuits filed against Knauf Plasterboard Tianjin Co. were dismissed, after the manufacturer settled with plaintiffs.

The Florida verdict was handed down last Friday by a Miami-Dade Circuit Court jury, in what was the first U.S. jury trial to involve defective Chinese drywall. The jury found that Miami-based Banner Supply Co. was 55 percent responsible for damage done to the home of Armin and Lisa Seifart, and awarded them $2.4 million.

Knauf, which was not included in the suit, was deemed 35 percent responsible.

The two lawsuit settled by Knauf were part of a multidistrict litigation underway in federal court in New Orleans. More than 2,100 people in the U.S. have sued in federal court claiming damages from drywall made in China. The litigation involves about 1,000 defendants.

According to BusinessWeek, the two suits were brought by Paul Clement and Celeste Schexnaydre and by John Campbell, who own real estate near New Orleans and in Gulf Shores, Alabama, that they claimed had been tainted by contaminated drywall that can cause health problems. They were among 2,000 plaintiffs included in lass action suit filed in December 2009 against Knauf by New Orleans Saints Head Coach Sean Payton, and his wife. The Paytons have claimed that Knauf drywall ruined their Mandeville, Louisiana home.

The two lawsuits were to be among the first to go to trial in the multidistrict litigation, and were to be used as a benchmark for property damage in other cases.

Terms of the two agreements weren't immediately filed following a settlement conference Friday before U.S. District Judge Eldon Fallon, who is overseeing the massive litigation. According to BusinessWeek, Judge Fallon may discuss the effect of the settlements on pending cases at a regular monthly status conference for the multidistrict litigation on June 24.

Since late 2008, the Consumer Products Safety Commission (CPSC) has received more than 3,000 reports from residents in 37 states, the District of Columbia, and Puerto Rico regarding defective Chinese drywall. Gases emitted from Chinese drywall are being blamed for significant property damage, including damage to HVAC systems, smoke detectors, electrical wiring, metal plumbing components, and other household appliances. These gases also produce a sulfurous odor that permeates homes, and cause metals, including air conditioning coils and even jewelry, to corrode. People living with Chinese drywall have also suffered eye, respiratory and sinus problems that may be linked to the gases.

Chinese Drywall News: New Verdict; New Appeal; Insurance Coverage Updates
*Virginia Real Estate, Land Use & Construction Law Blog*
By Timothy R. Hughes
6/21/10

There is big news in the world of Chinese drywall litigation.  First, various news sources including the Miami Herald reported a $2.5 million jury verdict on behalf of a homeowner couple against Banner Supply, the supplier of the drywall.  The verdict is reported to include not just loss of use of the home and repair costs, but also stigma damages for loss of value to the property.  The jury may have become inflamed by the supply company's actions after having been informed of complaints.  According to CBS4 in Miami:

According to documents entered into evidence, when Banner Supply notified its Chinese supplier about the complaints, the supplier replaced the distributor's inventory of Chinese-made drywall with American-made drywall. In return, Banner Supply allegedly signed a confidentiality agreement not to say anything about it to the government or its customers.

This verdict is well in excess of the total of the $2.6 million verdict awarded to seven Virginia families by a New Orleans federal judge in April.  In the New Orleans case, Virginia Lawyer's Weekly reported last week that the Chinese drywall manufacturer finally entered an appearance in the New Orleans case ... to file a notice of appeal of the $2.6 million verdict.  We will await the legal arguments with interest, but absent a pretty significant service of process problem, it seems pretty hard to appeal a verdict after the case is over.  That train has seemingly left the station, although there are plenty of other claims pending in the overall class action in New Orleans and elsewhere.  Even an appearance by the Chinese entity may provide some hope of a ability to recover some measure of compensation as opposed to getting a judgment against a judgment-proof entity.

Finding defendants with deep pockets is critical to claimants as the coverage posture on these claims appears quite shaky.  Per Virginia Lawyer's Weekly, a Norfolk federal judge recently ruled that there is no coverage under home owner' policies for such losses.  As we previously discussed, another Norfolk federal judge previously ruled that a builder had failed to state a claim for coverage under its liability policies.  That case is still pending with leave to amend having been granted, pending amended claims having been filed, and the parties still in the briefing stages of another round of motions to dismiss.

These cases continue to attract commentary and interest, and we have commented on them with some frequency.  In the words of one longtime friend and insurance defense/coverage guru I know well, "These case dwarf anything we have seen before in the construction industry products liability arena.  There are literally millions of implicated defendants and parties."  Even with insurance coverage hurdles and questions of collection of judgments abounding, we can expect this topic to continue echoing for years rather than weeks or months.

**Florida family receives $2.46 million in first domestic Chinese drywall settlement**
***Florida Independent***
By Brett Ader
6/23/10

A Florida family has been awarded a $2.46 million settlement by a Miami-Dade Circuit Court jury, a decision that is likely to establish how other trial juries will respond in cases relating to the thousands of complaints that have been pouring into the U.S. Consumer Products Safety Commission and Florida Department of Health regarding defective Chinese drywall.

As reported earlier by The Florida Independent, the lawsuit, brought by Armin and Lisa Seifart of Coconut Grove, was the first to be filed against a domestic distributor. Documents revealed in the trial confirm that Banner Supply, a Miami-based company that supplies building materials to home builders, signed an agreement in 2007 with its distributor to suppress known issues with the tainted drywall that was imported to the United States between 2004 and 2007:

The plaintiffs claimed that Banner Supply made a secret deal to cover up drywall problems with Knauf Plasterboard Taijin, a German company that supplied them with Chinese drywall. Miami-Dade Circuit Judge Joseph Farina allowed the agreement to be unsealed before the trial. The agreement reveals that in 2007, Banner knew of several homes that had bad-smelling drywall and asked Knauf to investigate.

After its investigation, which determined that the sulfur levels in the home were safe, Knauf struck a deal with Banner to stay silent about the problems. In return, Knauf agreed to replace the Chinese drywall it has sold Banner with U.S.-made drywall, and paid Banner for holding it. Banner agreed to be quiet about the problem and not to help other plaintiffs seeking to sue Knauf.

Attorneys representing Banner maintained the company had operated under the assumption that the defective drywall was limited to small batches. Vice President Jack Landers testified his company was "in no way in cahoots with Knauf to hide this from anybody."

"It's a strong victory in favor of consumers," said family attorney Ervin Gonzalez of Colson Hicks Eidson in Coral Gables, Fla. "The American public won't tolerate companies that cheat."

"Profits over people; sales over safety," he repeated several times. "It's good for the business to keep it quiet."

"It could have been avoided. It should have been avoided. And it would have been avoided if Banner had done the right thing. But they didn't," Gonzalez said during closing arguments Thursday.

<u>First Chinese Drywall Jury Trial Concludes</u>
*Law Offices of Larry H. Parker*
6/23/10

The first Chinese drywall case to be tried by jury in U.S. courts has concluded. A Florida jury awarded an astonishing $2.4 million damages award to a Florida couple who had to abandon their $1.6 million home.

According to the Associated Press, "The six-person jury ruled that Armin and Lisa Seifart should receive more than just the costs of gutting and renovating their home: They were also awarded damages for loss of enjoyment of the $1.6 million house and for the drywall stigma that might reduce its resale value."

Thousands of lawsuits involving faulty Chinese drywall are pending in the courts. After Hurricane Katrina and the housing boom, faulty Chinese drywall was imported at a very high rate to the southeastern United States. Unfortunately, these batches of defective drywall began emitting a noxious odor, destroying wiring, ruining plumbing, and even causing damage to computers and jewelery.

The distributor of the toxic dry wall, Banner Supply Co., was accused of ignoring evidence that the drywall from China was defective, including recommendations from the Chinese manufacturers that the drywall not be used. The jury found Banner Supply Co. 55% responsible for the problems experienced by the Seifart family.

If your family suspects that tainted, faulty Chinese drywall was installed in your home, the Consumer Product Safety Commission has recommended removing the drywall as quickly as possible. Any adversely affected wiring or piping should also be removed. The Law Offices of Larry H. Parker handles many similar product liability cases. If you or a loved one has been the victim of any faulty product, contact us today using our email form or by phone at (800) 333-0000.

**Chinese Drywall Victim's Award Like "First to Land on Moon"**
*Lawyers and Settlements*
6/23/10

A bit of a landmark lawsuit snuck under that radar this week. A couple from Florida—whom you may have heard of if you are following the Chinese Drywall debacle—Lisa and Armin Seifart—were awarded about $2.5 million by a jury in Miami-Dade County, Florida, in damages and expenses in their defective drywall lawsuit. They had asked for $4 million.

The Seifarts brought their lawsuit against the Miami-based drywall supplier, Banner Supply, and drywall manufacturer, Knauf Plasterboard Tianjin. It turns out Banner had an agreement with Knauf Plasterboard to replace some 2.3 million square feet of defective Chinese drywall with domestically made product. But, smelling an opportunity to save a buck, Banner only replaced the defective drywall in homes where builders and/or installers actually complained about the smell. Yup, that stinks. Pun intended. Had these companies acted with conscience, thousands of people could have been spared the expense, health problems and general stress that has accompanied this mess. Not to mention the courts' time that will be used to help in the clean-up.

FYI—we are not talking small numbers here. There are some 36,000 homes, according to media reports, affected by the dodgy drywall in Florida alone, and possibly as many as 100,000 nationwide, including California, Alabama, Mississippi, Virginia, and Louisiana. (More problems for the people in the beleaguered Gulf states.)

But let's get back to the Seifarts for a moment. Two years and $700,000 later—that's the money they have so far shelled out on repairs to their five bedroom, five bathroom pad—the estimated market value of their house is currently about $200,000.

That's if they could sell it given the stigma that Chinese drywall carries. Be honest—would you buy a house that had contained sulphur-infected drywall in its original build?

So even though the Seifarts have gutted their house and are rebuilding, and have been awarded $2.5 million to help them recover—they may be stuck.

It also remains to be seen whether or not the Seirfarts actually collect their settlement. Just recently, seven Virginia homeowners were awarded $2.6 million by a federal judge, as settlement of their Chinese Drywall suit, but because the manufacturer—Taishan Gypsum Co did not take part in the proceedings, the verdict is in limbo, as are the homeowners.

Let's hope the Seifart's verdict will make a difference.

## 2.4 million Awarded in first Chinese drywall lawsuit
*Tennessee Injury Lawyer blog*
6/23/10

Many of us here in Tennessee and across the country may have read reports or seen the news about foul smelling Chinese drywall and the problems it can cause for many homeowners and people across the country and right here to the residents of Tennessee. However, this is the first trial about the drywall reports.

Armin and Lisa Seifart, a Florida couple left their dream home because of the foul smelling Chinese drywall and was awarded 2.4 million in damages in the nation's first trial over the defective drywall that will come up in many lawsuits in the future. The jury felt that the couple deserved more than just compensation for gutting and renovation and awarded damages for the loss of enjoyment of their 1.6 million home and damages for the loss of resale value caused by the drywall stigma. This case is only the beginning of what some people may be able to seek in Chinese drywall damages.

The Seifarts were not told of the drywall problem when they moved in, in March of 2008. They accuse the Banner Supply Company, of concealing knowledge it had as early as 2006 of the drywall problems including recommendations from the manufacturer Knauf Plasterboard Tianjian that they think the wallboards should not be used.

Banner's attorney Todd Ehrenreich only acknowledged some of the blame and only wanted to pay the couple direct expenses, arguing that the "hidden and undetectable" and that the problem may not become clear until years later. The jury held Banner fifty-five percent responsible and felt that and that Knauf and two related entities were responsible for the rest.

This case follows one in Louisiana where a federal judge awarded 2.6 million in damages to seven families in Virginia for bad Chinese drywall. The Consumer Product Safety Commission has recommended removing any bad drywall, affected wiring, fire alarm systems, and gas pipes.

If you or a loved one may have been affected by this bad drywall or have concerns about it, please contact one of our experienced and caring Tennessee defective product attorneys right away. We will hear your case and make sure that you get the compensation you deserve for the damages to your home and property. Contact us online or call us at 800.705.2121 to set up a FREE consultation to discuss your legal options.

<u>Bring on drywall lawsuits: Lawyer calls Miami case a 'bellwether' for victims.</u>
*By The Palm Beach Post*
6/25/10

A Miami jury just awarded $2.5 million to a couple whose house needs to be gutted and all the drywall, pipes and fixtures replaced. It was the first jury trial of a drywall case, and plaintiff's lawyer Ervin Gonzalez said in an interview last week that it had been selected for trial by the federal and state judges overseeing such cases in Louisiana and Florida. "This is a bellwether case," he said, for what to expect in terms of liability and damages.

The jury assigned portions of blame to drywall distributor Banner Supply Co. and Chinese manufacturer Knauf Plasterboard Tianjian, even though Knauf was not a named defendant. During discovery, Mr. Gonzalez said, plaintiffs found that contractors had complained to Banner about the product's smell since 2006. Then they uncovered a secret agreement under which Knauf would replace unused bad drywall it had sent to Banner, but no one would tell consumers or the media about the problems.

Mr. Gonzalez believes that they could have established liability and recovered damages without the documents. Clearly, though, the prior complaints and the coverup agreement helped enormously. "We went from good liability," he said, "to smoking guns to the bomb."

Banner and Knauf are defendants in thousands of other cases. Other manufacturers, distributors, contractors and subcontractors also are named in separate lawsuits. In another case - this one a class-action that could include owners of 152 homes - a construction company and Realtor in Miami-Dade Country agreed to a $6 million drywall settlement.

A looming problem, of course, is how to actually collect from manufacturers based in China. Some found liable in a previous federal case haven't responded. Mr. Gonzalez said recovering from the Chinese firms "is a little more complicated, but certainly not impossible." Such companies have assets that can be seized, and there are diplomatic efforts to make them take responsibility.

Meanwhile, the same day the Miami jury acted, the Chinese drywall maker Knauf agreed in federal court in New Orleans to gut and repair two homes that have tainted drywall. Knauf has mixed motives. The company hopes that removing the pipes and wiring will show that they did not need to be replaced. But for now, courts and juries correctly are sticking with the standard recommended by the Consumer Product Safety Commission, which calls for total removal of drywall, wiring and pipes.

The Chinese drywall nightmare isn't over, but the legal momentum is moving in the right direction.

## Jury Awards $2.5 Million Chinese Drywall Verdict

***NBCMIAMI.com***

By Willard Shepard and Brian Hamacher

6/26/10

A jury has awarded a South Florida family $2.5 million in a benchmark defective Chinese drywall case.

Armin and Lisa Seifart won the judgment in a Miami-Dade civil court Friday against drywall distributor Banner Supply Company.

The jury, which had been deliberating since Thursday afternoon, returned the verdict around 5:15 p.m.

The Seifarts had been seeking at least $4.3 million in damages after they had to completely renovate their Coconut Grove home due to the noxious drywall.

"It was important to send a message to companies that they should do the right thing when the health of the public is at stake," said Armin Seifart after the verdict.

"I feel that justice was done," added Lisa Seifart.

The Seifarts and their two children moved out of the $1.6 million home, which the family purchased in 2008, after they learned it had been built with the defective drywall.

They said they've spent over $700,000 renovating the home and have have to rent a second residence while the renovations take place.

The Chinese drywall has been linked to possible health problems as well as ruining pipes, wiring and electronics and appliances like computers. Not to mention the bad smells.

During the two week trial, the Seifarts detailed the odd smell they noticed when they moved into the house, and claimed they weren't told about the bad drywall.

They claimed Banner Supply knew about the problem and had even made an agreement to send a shipment of 100,000 pounds of the drywall back to the Chinese manufacturer a year before they bought their home.

Banner Supply admitted the drywall was bad but said the money the Seifarts were seeking was unreasonable.

Banner attorney Todd Ehrenreich said an appeal would be considered.

"We're very disappointed in the verdict," he said.

The lawsuit is the first jury trial to decide the drywall issue and could open the doors for hundreds of other homeowners who have filed similar lawsuits throughout the country.

**First Chinese Drywall Jury Verdict: $2.4M**
***Top Legal News***
6/27/10

If you have been following the path of alleged damage and destruction caused by imported Chinese drywall on thousands of homes build across the Southeast and other areas of the country, you know that the Consumer Product Safety Commission has issued many advisories regarding the defective drywall. The CPSC has had its say, a judge in federal court in Louisiana, finding against the manufacturers of the drywall has had his say, now a jury in Florida has had its say.

According to the Associated Press, a jury has decided in favor of Florida homeowners Armin and Lisa Seifart who sued the drywall distributor Banner Supply Co. for hiding their knowledge of the defective drywall from them. The company fought in court to limit any damage award to the plaintiffs' actual costs incurred in completely rebuilding their home. However, the jury verdict awarded a total of $2.4 million in damages, an amount meant to also cover the loss of enjoyment of the Seifarts' $1.6 million house and for the stigma that might now reduce its resale value.

As has been discussed in previous posts on FindLaw's Common Law Blog, the drywall has been found to produce noxious fumes which are believed to contribute to the corrosion of metal and wiring in homes built with the defective drywall. Homeowners have complained of corrosion in everything from plumbing, to appliances, to wiring in alarm systems. Some homeowners have blamed health problems on the drywall as well.

According to the AP, the Seifarts had to leave their five-bedroom "dream home" in Miami's Coconut Grove last year so it could be gutted and renovated to address the drywall problems. Their attorney, Ervin Gonzalez, said the couple was not told of problems with the Chinese drywall in March 2008 when they moved into their home. Gonzalez argued at trial that the Banner Company concealed the knowledge it had as early as 2006 that Chinese drywall was defective, including recommendations from manufacturer Knauf Plasterboard Tianjian not to use the wallboards.

The Banner Company was disappointed in the verdict and is considering an appeal. During trial, Banner Company attorneys argued that as of 2006, the drywall problem was limited to a handful of homes in Florida out of some 2,700 built and that it took time for the extent of the damage to become clear. "That defect was hidden, latent and undetectable," said Ehrenreich in closing arguments. "It doesn't rear its ugly head until sometimes years later."

The jury verdict found Banner 55 percent liable for the Seifarts' problems and that Knauf and two other related companies bore the rest of the responsibility. Since Knauf and the other companies were not defendants in this suit, this may limit the payout the Seifarts actually receive. However, the Seifarts might take comfort in the guidance their case may provide for the many drywall cases still pending.

**1st Chinese Drywall Trial Results in $2.4M Award**
*Alabama Injury Attorney blog*
By Martinson & Beason
6/29/10

The first product liability jury trial in the Chinese Drywall litigation yields a giant victory for home owners. A Miami, Florida jury returned a $2.4 million dollar verdict for the plaintiffs whose home was ruined by the foul-smelling drywall. We first reported this problem in our previous post entitled: "Defective Chinese Drywall Leads to Corrosion and Health Concerns for Homeowners." This sulfur emitting drywall has been linked to health problems as well as problems with foul odors, corrosion of wiring, piping, computers and jewelry. The jury in this case not only returned a verdict for the cost of the repair, but also for loss of enjoyment of the house and for the likely reduction it in resale value. The outcome of this case, will surely impact the thousands of other Chinese drywall cases

Harbinger or Outlier? Florida Jury Awards $2.47 in First Chinese Drywall Trial

*Hunton Business Tort Liability Report*

By Hunton & Williams LLP

6/30/10

On June 18, 2010, a Florida family was awarded $2.47 million in the first Chinese drywall case to go to a jury. The jury found that Banner Supply, the drywall distributor was negligent in selling a defective product and violated the Florida Deceptive and Unfair Trade Practices Act. The verdict includes $492,000 in compensatory damages for remedying the problems in the plaintiffs' home and $1.7 million for loss of enjoyment of the home, as well as diminished value due to stigma. In reaching its decision, the jury assigned 55% of the blame to named defendant Banner Supply, while finding manufacturer Knauf Plasterboard Tianjin 35% responsible and the importer and exporter of the drywall 5% responsible each.

This suit was similar to the thousands of claims pending across the United States alleging Chinese drywall emits sulfur fumes, which corrode metal, produce a noxious odor and are harmful to human health. Interestingly, the verdict came the same day that Knauf Plasterboard settled two cases pending in a Louisiana federal multidistrict litigation. Knauf Plasterboard agreed to pay for the removal and replacement of all drywall, electrical components and other systems in the damaged homes. The scope of this settlement was in line with United States District Judge Eldon E. Fallon's findings regarding the remediation necessary for homes containing defective drywall. These developments follow a recent notice of appeal of a default judgment for seven Virginia homeowners in the amount of $2.6 million entered against Taishan Gypsum Company, a manufacturer owned by the Chinese government.

Although the Florida verdict may be an outlier based on bad facts -- there was evidence that Banner Supply had entered into a confidentiality agreement with Knauf to keep secret concerns about the drywall's odors -- there is still cause for concern. This verdict demonstrates that American distributors, wholesalers and retailers of Chinese drywall are at risk of significant jury verdicts. In particular, suppliers may be exposed to "loss of enjoyment" damages that are disproportional to actual damages. Loss of enjoyment and diminished value damages may be likely in jurisdictions that require that homeowners disclose the past or current presence of Chinese drywall to any prospective buyers. Accordingly, American suppliers of Chinese drywall need to be prepared to face damages beyond home repair if the case is put before a jury.

Furthermore, the joint and several liability available in many jurisdictions against sellers of defective products makes American suppliers easy targets compared to Chinese manufacturers that could potentially evade execution of judgments.

<u>Lawyer Wins Landmark Drywall Case in Florida</u>
*Lawyers and Settlements*
By Brenda Craig
6/30/10

Miami, FL: "This is an importance case for consumers," says attorney Ervin Gonzalez. "And this is what I do: sue bad companies who do bad things." Gonzalez has recently landed a $2.4 million verdict for a Florida family whose dream home was ruined by toxic Chinese drywall. The trial, says Gonzalez, sent a powerful message. It's the first jury trial in the avalanche of litigation hurled at distributors, manufacturers and contractors involved the toxic drywall catastrophe.

"It's a bellwether case," says Gonzalez from his office in Miami. "It serves to show parties what the percentages of responsibility are and the amount of the award is indicative of what jurors can do with this case.".

Gonzalez's vigorous pursuit of the drywall distributor in this case revealed a tell-tale e-mail that showed the company made a disastrous choice—a choice that Gonzalez calls "the saddest part of all".

Drywall Distributor Failed to Warn, Disclose or Recall

"The distributor knew about the problems in 2006," says Gonzalez. "The company (Banner Supply Co.) protected its own skin and returned the defective drywall to the manufacturer. But it kept everything secret. It did not tell consumers, it did not tell the media, and it did not tell its customers."

Gonzalez's clients, the Seifart family, are currently renting while their home in Coconut Grove is remediated. Toxic drywall literally ate their house alive – destroying wiring, appliances, plumbing and wiring. "The Seifarts purchased a nice home they thought they could be safe in, but what they got was a home with cancerous walls."

The money recouped will go along way to helping the Seifarts repair their $1.6 million home. The remainder of the settlement is relief for loss of enjoyment of their property and damage to the home's resale value.

Seifart v Banner Supply Co. yielded the plaintiffs $111 per square foot in compensation. That's number that Gonzalez says is a "good indication that jurors are willing to put toxic drywall homeowners back to 100 percent of where they should be."

Gonzalez expects that Banner will appeal the decision.

There are some 2000 other cases pending against Banner Supply Co. and hundreds of other toxic drywall cases in litigation mostly across the southern US.

First Chinese Wall Jury Verdict Comes From Florida
*Law Offices of Kim Cullen, P.A.*
6/23/2010

A Dade County jury recently awarded a Coconut Grove family $2.4 million in the first jury verdict in the United States involving defective Chinese drywall. Courts around the country had previously issued legal rulings in insurance cases involving Chinese drywall, but this was the first jury verdict against one of the companies that imported the poisonous building material.

The verdict came against Banner Supply Co., one of several companies that imported drywall from China during the building boom in the middle of the last decade. Although Banner insisted that it had no idea that the Chinese drywall was dangerous, evidence was introduced at trial that the Chinese company that made the wall board had warned Banner of the potential danger. The jury ultimately placed 55% of the blame on Banner, and the remainder of the fault on the Chinese company and one other.

The plaintiffs moved into their Coconut Grove in 2008, and have soon found themselves experience health problems. They moved out of their home and asked Banner to compensate them for renovating their home, for their inconvenience, and for the diminished resale value of their now-stigmatized home. Banner refused to pay for anythign more than renovation costs. The jury awarded substantially more.

This case highlights the importance of the court system in making sure that injured or damaged people are able to be made whole by recovering the full measure of their damages. Many corporations talk about justice and responsibility, but few are wiling to accept FULL responsibility for their actions. Without an open courthouse door, people like this Coconut Grove family would have no way to make a large corporation pay.