# EXHIBIT 1

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 08, 2010

Ms. Karen S. Mitchell  
Northern District of Texas, Wichita Falls  
United States District Court  
1000 Lamar Street  
Room 203  
Wichita Falls, TX 76307-0000

No - 09-10225, Susan Harrison, et al v. Procter and Gamble Co., et al  
USDC No. 7:06-CV-121

Enclosed, for the Northern District of Texas, Wichita Falls only, is a copy of the judgment issued as the mandate.

Enclosed, for the Northern District of Texas, Wichita Falls only, is a copy of the court's opinion.

Enclosed for the Northern District of Texas, Wichita Falls and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
*Gina Randazzo Martin*  
Gina Randazzo Martin, Deputy Clerk  
504-310-7687

cc w/encl:  
    Mr. Robert Lawrence Chaiken  
    Mr. George M. Kryder III  
    Honorable Reed Charles O'Connor  
    Ms. Carol Collins Payne

P.S. to Judge O'Connor:  A copy of the opinion was sent to your office via email the day it was filed.

MDT-1

Case 2:09-md-02047-EEF-MBN   Document 4825-1   Filed 08/04/10   Page 3 of 17

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT
Case: 09-10225    Document: 00511148148    Page: 1    Date Filed: 06/21/2010

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

*Susan Harrison, et al.* _____ v. *The Procter & Gamble Co., Taft, Stettinius & Hollister, et al.* No. 09-10225

The Clerk is requested to tax the following costs against: Plaintiffs-Appellants Susan Harrison, William G. Harrison, III Individually, et al.

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost Per Page* | Total Cost | No. of Documents | Pages Per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | 10 | 45 | .15¢ | $67.50 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 63 | .15¢ | $141.75 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | | Total $ 209.25 | | | Costs are taxed in the amount of $ | |

Costs are hereby taxed in the amount of $209.25 this _____ day of _____

LYLE W. CAYCE, CLERK

By _____ Deputy Clerk

State of
County of Dallas

I CAROL C. PAYNE, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 17th day of June, 2010.

(Signature)

Attorney for Appellees

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 09, 2010

Mr. William Putnicki  
Western District of Texas, San Antonio  
United States District Court  
655 E. Durango Boulevard  
Suite G65  
San Antonio, TX 78206

    No. 09-50892, Kathleen Stewart v. AT&T, et al  
        USDC No. 5:07-CV-318

Enclosed, for the Western District of Texas, San Antonio only, is a copy of the judgment issued as the mandate.

Enclosed, for the Western District of Texas, San Antonio only, is a copy of the court's opinion.

Enclosed for the Western District of Texas, San Antonio and counsel is the approved bill of costs.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: /s/ Rhonda F. Parker  
        Rhonda F. Parker, Deputy Clerk  
        504-310-7703

cc: (letter only)  
Mr. Javier Aguilar  
Mr. Geoffrey Neal Amsel  
Ms. Eva Teresa Cantarella  
Mr. Robert Paul Geller  
Ms. Regan A.W. Herald  
Mr. Bradley Joel Schram  
Mr. Jeffrey David Wohl

*Mandate Issued - MDT-1 (!ag,tax,img)*

# BILL OF COSTS

**NOTE:** The Bill of Costs is due in this office *within 14 days from the date of the opinion*, See FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

KATHLEEN A. STEWART *ET AL.*, APPELLANTS

v. NONBARGAINED PROGRAM, APPELLEES

AT&T (f/k/a SBC Communications Inc.) and AT&T PENSION BENEFIT PLAN- APPELLANT KATHLEEN A. STEWART

No. 09-50892

The Clerk is requested to tax the following costs against: APPELLANT KATHLEEN A. STEWART

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | 10 | 148 | $0.10 | $148.00 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 77 | $0.10 | $115.50 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 263.50 | | Costs are taxed in the amount of $ | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____

State of California
County of San Francisco

LYLE W. CAYCE, CLERK

By _____ Deputy Clerk

I Jeffrey D. Wohl, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 23rd day of June , 2010.

_____ (Signature)

Attorney for Appellees AT&T *et al.*

*SEE REVERSE SIDE FOR RULES GOVERNING TAXATION OF COSTS

*FIFTH CIRCUIT RULE 39*

**39.1 Taxable Rates.** *The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5TH CIR. R. 32.2.3 that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.*

**39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.** *Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.*

**39.3 Time for Filing Bills of Costs.** *The clerk must receive bills of costs and any objections within the times set forth in* FED. R. APP. P. 39(D). *See* 5TH CIR. R. 26.1.

FED. R. APP. P. 39.    COSTS

(a) *Against Whom Assessed.* The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

(b) *Costs For and Against the United States.* Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

(c) *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

(d) *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 10 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

(e) *Costs of Appeal Taxable in the District Court.* The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2010, I electronically filed Defendants-Appellees' Bill of Costs with the Clerk of the Court, U.S. Court of Appeals for the Fifth Circuit, using the appellate CM/ECF system which will send notification of such filing to the following appellate CM/ECF participant::

      Eva Teresa Cantarella, ecantarella@hertzschram.com
      Hertz Schram PC
      1760 South Telegraph Road, Suite 300
      Bloomfield Hills, MI 48302-0183

I further certify that I served the above-referenced document by placing the document in envelopes addressed as follows which were then sealed and deposited with the U.S. Postal Service on June 23, 2010, with postage thereon fully prepaid, at San Francisco, California.

      Eva Teresa Cantarella, ecantarella@hertzschram.com
      Bradley J. Schram, bschram@hertzschram.com
      Robert Paul Geller, rgeller@hertzschram.com
      Hertz Schram PC
      1760 South Telegraph Road, Suite 300
      Bloomfield Hills, MI 48302-0183

      Jeffrey E. Dahl, jdahl@hldlaw.com
      Harkins, Latimer & Dahl, P.C.
      405 N. St. Mary's Street, Suite 242
      San Antonio, TX 78205

I certify under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 23, 2010, in San Francisco, California.

                                                            */s/ Meredith Mitchell*
                                                             Meredith Mitchell

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 13, 2010

Ms. Loretta Whyte
U. S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 09-30313,  In Re: High Sulfur Content, et al
        USDC No. 2:04-MD-1632
        USDC No. 2:04-CV-1595
        USDC No. 2:04-CV-1628
        USDC No. 2:04-CV-1688
        USDC No. 2:04-CV-1689
        USDC No. 2:04-CV-1743
        USDC No. 2:04-CV-1756
        USDC No. 2:04-CV-1771
        USDC No. 2:04-CV-1774
        USDC No. 2:04-CV-1791
        USDC No. 2:04-CV-1793
        USDC No. 2:04-CV-1914
        USDC No. 2:04-CV-1991
        USDC No. 2:04-CV-2071
        USDC No. 2:04-CV-2308
        USDC No. 2:04-CV-2600
        USDC No. 2:04-CV-3048
        USDC No. 2:04-CV-3385
        USDC No. 2:04-CV-3386

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the Eastern District of Louisiana, New Orleans and counsel is the approved bill of costs.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

```
                                    By:_____
                                    Nancy F. Dolly, Deputy Clerk
                                    504-310-7683
```

cc: (letter only)  
Mr. Daniel E Becnel Jr.  
Mr. Dane S. Ciolino  
Mr. Michael G Crow  
Mr. Peter Denis Derbes  
Mr. Frank A Little Jr.  
Mr. John Paul Massicot  
Mr. John D Sileo  
Mr. Frank A. Silvestri  
Honorable Jay C. Zainey  

P.S. to Judge Zainey:   A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1 (!ag,tax,img)*

# BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*, *See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

In re: High Sulfur Content _____ v. _____ No. 09-30313

The Clerk is requested to tax the following costs against: Daniel Becnel (Appellant)

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | | |
| Appellant's Brief | | | | | | | | | |
| Appellee's Brief (incl. binding @ $3.99 per copy) | 10 | 37 | 0.211 | 78.12 | | 10 | 37 | .15 | 55.50 |
| Appellant's Reply Brief | | | | | | | | | |
| Other: | | | | | | Binding 10 | | 1.50 | 15.00 |
| | | | Total $ | 78.12 | | | Costs are taxed in the amount of $ | | 70.50 |

Costs are hereby taxed in the amount of $ 70.50 this _____ day of _____

State of Louisiana
County of Parish of Orleans

LYLE W. CAYCE, CLERK
By _____
Deputy Clerk

I, Peter D. Derbes, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 5th day of July, 2010.

/s/ Peter D. Derbes
(Signature)

~~Attorney for~~ Pro Se

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

*FIFTH CIRCUIT RULE 39*

*39.1 Taxable Rates.* The cost of reproducing necessary copies of the brief, appendices, or record excerpts shall be taxed at a rate not higher than $0.15 per page, including cover, index, and internal pages, for any for of reproduction costs. The cost of the binding required by 5TH CIR. R. 32.2.3 that mandates that briefs must lie reasonably flat when open shall be a taxable cost but not limited to the foregoing rate. This rate is intended to approximate the current cost of the most economical acceptable method of reproduction generally available; and the clerk shall, at reasonable intervals, examine and review it to reflect current rates. Taxable costs will be authorized for up to 15 copies for a brief and 10 copies of an appendix or record excerpts, unless the clerk gives advance approval for additional copies.

*39.2 Nonrecovery of Mailing and Commercial Delivery Service Costs.* Mailing and commercial delivery fees incurred in transmitting briefs are not recoverable as taxable costs.

*39.3 Time for Filing Bills of Costs.* The clerk must receive bills of costs and any objections within the times set forth in FED. R. APP. P. 39(D). See 5TH CIR. R. 26.1.

FED. R. APP. P. 39.     COSTS

**(a)** *Against Whom Assessed.* The following rules apply unless the law provides or the court orders otherwise;

(1) if an appeal is dismissed, costs are taxed against the appellant, unless the parties agree otherwise;

(2) if a judgment is affirmed, costs are taxed against the appellant;

(3) if a judgment is reversed, costs are taxed against the appellee;

(4) if a judgment is affirmed in part, reversed in part, modified, or vacated, costs are taxed only as the court orders.

**(b)** *Costs For and Against the United States.* Costs for or against the United States, its agency or officer will be assessed under Rule 39(a) only if authorized by law.

**©)** *Costs of Copies* Each court of appeals must, by local rule, fix the maximum rate for taxing the cost of producing necessary copies of a brief or appendix, or copies of records authorized by rule 30(f). The rate must not exceed that generally charged for such work in the area where the clerk's office is located and should encourage economical methods of copying.

**(d)** *Bill of costs: Objections; Insertion in Mandate.*

(1) A party who wants costs taxed must – within 14 days after entry of judgment – file with the circuit clerk, with proof of service, an itemized and verified bill of costs.

(2) Objections must be filed within 10 days after service of the bill of costs, unless the court extends the time.

(3) The clerk must prepare and certify an itemized statement of costs for insertion in the mandate, but issuance of the mandate must not be delayed for taxing costs. If the mandate issues before costs are finally determined, the district clerk must – upon the circuit clerk's request – add the statement of costs, or any amendment of it, to the mandate.

**(e)** *Costs of Appeal Taxable in the District Court.* The following costs on appeal are taxable in the district court for the benefit of the party entitled to costs under this rule:

(1) the preparation and transmission of the record;

(2) the reporter's transcript, if needed to determine the appeal;

(3) premiums paid for a supersedeas bond or other bond to preserve rights pending appeal; and

(4) the fee for filing the notice of appeal.

# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 15, 2010

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Avenue  
Room 5300  
Houston, TX 77002

     No. 09-20651,   Richard Hershey, et al v. Energy Transfer  
                        Partners, L.P., et al  
                        USDC No. 4:07-CV-3349  
                        USDC No. 3:07-CV-492

Enclosed, for the Southern District of Texas, Houston only, is a copy of the judgment issued as the mandate.

Enclosed for the Southern District of Texas, Houston and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              James deMontluzin, Deputy Clerk  
                              504-310-7679

cc: (letter only)  
Honorable Keith P. Ellison  
Mr. John Nowell Estes III  
Mr. Christopher Lovell  
Mr. Bernard Persky  
Mr. William Scott Scherman  
Mr. Charles W. Schwartz  
Mr. Jared B Stamell  
Mr. Steven C. Sunshine

P.S. to Judge Ellison:  A copy of the opinion was sent to your office via email the day it was filed.

*Mandate Issued - MDT-1 (!ag,tax,img)*

# BILL OF COSTS

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Richard Hershey, et al   v.   Energy Transfer Partners, L.P., et al   No. 09-20651

The Clerk is requested to tax the following costs against: Richard Hershey and Roberto E. Calle Gracey, Appellants

| COSTS TAXABLE UNDER<br>Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED<br>(If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 15 | 64 | $0.15 | $144.00 | 15 | 02 | .15 | 139.50 |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 144.00 | | | Costs are taxed in the amount of $ | 139.50 |

Costs are hereby taxed in the amount of $ 39.50   this _____ day of _____

State of Texas
County of Harris

I Charles W. Schwartz, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 28th day of June _____ 2010

_Chas. Schwartz_
(Signature)

Attorney for Appellees

LYLE W. CAYCE, CLERK
By _____
Deputy Clerk

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 15, 2010

Ms. Loretta Whyte  
U. S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

No. 09-30664,  
Rufus Crayton, Jr., et al v. Amadeo Rossi, S.A.  
USDC No. 2:06-CV-7279

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the judgment issued as the mandate.

Enclosed, for the Eastern District of Louisiana, New Orleans only, is a copy of the court's opinion.

Enclosed for the Eastern District of Louisiana, New Orleans and counsel is the approved bill of costs.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Dantrell L. Johnson, Deputy Clerk  
504-310-7689

cc: (letter only)  
    Mr. Timothy A. Bumann  
    Ms. Wanda Jean Edwards  
    Honorable Kurt D. Engelhardt  
    Mr. David Blayne Honeycutt  
    Mr. Ethan N. Penn  
    Mr. Mark A. Rogers

P.S. to Judge Engelhardt: A copy of the opinion was sent to your office via email the day it was filed.

P.S. to All Counsel: Counsel receiving this letter via ECF (Electronic Case Filing) notification, please be advised that the approved bill of costs will be forwarded via mail.

MDT-1

UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

# BILL OF COSTS

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion*, *See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

RUFUS CRAYTON, ET AL             v.   AMADEO ROSSI, S.A.                No. 09-30664

The Clerk is requested to tax the following costs against:   Plaintiff/Appellant

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | | | | | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 13 | 29 | 15 | $56.55 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | 56.55 | | Costs are taxed in the amount of $ | | |

Costs are hereby taxed in the amount of $ _____   this _____ day of _____,

State of Louisiana
Parish ~~County~~ of Orleans                                                                    LYLE W. CAYCE, CLERK

                                                                                  By _____ Deputy Clerk

I, Ethan N. Penn, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 6- day of July, 2010.

                                                                       (Signature)
                                          Attorney for Defendant / Appellee, Amadeo Rossi, S.A.

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 20, 2010

Mr. Tony R. Moore  
Western District of Louisiana, Lake Charles  
United States District Court  
300 Fannin Street  
Suite 1167  
Shreveport, LA 71101-0000

    No. 09-31089, Ella Gauthier v. Horace Mann Service, Corp.  
        USDC No. 2:08-CV-616

Enclosed, for the Western District of Louisiana, Lake Charles only, is a copy of the judgment issued as the mandate.

Enclosed, for the Western District of Louisiana, Lake Charles only, is a copy of the court's opinion.

Record/original papers/exhibits to be returned.

Enclosed for the Western District of Louisiana, Lake Charles and counsel is the approved bill of costs.

                  Sincerely,

                  LYLE W. CAYCE, Clerk

                  By: Dawn D. Victoriano  
                  Dawn D. Victoriano, Deputy Clerk  
                  504-310-7717

cc: Honorable James T. Trimble Jr.  
cc: w/encl:  
    Mr. Leonard K Knapp Jr.  
    Mr. Ellils Baker Murov

Case:09-31089   Document:00511498420   Page:17   Date Filed:07/08/2010

*U.S. COURT OF APPEALS
RECEIVED
NEW ORLEANS, LA
JUL 08 2010*

# BILL OF COSTS

NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5ᵗʰ CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.

Ella Gauthier (Plaintiff/Appellant) v. Horace Mann Service Corp. (Appellee) No. 09-31089

The Clerk is requested to tax the following costs against: plaintiff-appellant Ella Gauthier

| COSTS TAXABLE UNDER<br>Fed. R. App. P. & 5ᵗʰ Cir. R. 39 | REQUESTED | | | | ALLOWED<br>(If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| Docket Fee ($450.00) | | | | | | | | |
| Appendix or Record Excerpts | 8 | 46 | $.15 | $55.20 | | | | |
| Appellant's Brief | | | | | | | | |
| Appellee's Brief | 11 | 47 | $.15 | $77.55 | | | | |
| Appellant's Reply Brief | | | | | | | | |
| Other: | | | | | | | | |
| | | | Total $ | $132.75 | | | Costs are taxed in the amount of $ | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____

State of Louisiana
Parish County of Orleans

LYLE W. CAYCE, CLERK

By _____ Deputy Clerk

I Ellis B. Murov (#9839), do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This 8ᵗʰ day of July 2010

Ellen B. Murov
(Signature)

Attorney for Horace Mann Service Corporation (Appellee)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS