# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL 2047 SECTION L JUDGE FALLON MAGISTRATE JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

DAVID GROSS, et al.,
CASE NO.: 09-6690
Plaintiffs
MDL 2047

v.

KNAUF GIPS KG; KNAUF PLASTERBOARD (TIANJIN) CO., LTD.; KNAUF PLASTERBOARD (WUHU) CO., LTD.; KNAUF PLASTERBOARD (DONGGUAN) CO., LTD., et al.

CIVIL ACTION NO. 09-7628

## NOTICE OF HEARING

      PLEASE TAKE NOTICE, Defendant, Space Coast Truss, LLC by and through its undersigned counsel has requested to bring on for hearing their Motion for Extension of Time to Comply with Pretrial Requirements and to Respond to Plaintiff's Complaint before the Honorable Eldon E. Fallon at the United States District Court of Louisiana, 500 Poydras Street, C-456, New Orleans, LA 70130 on the 25th day of August, 2010 at 9:00 a.m. or at a time set further by this Court.

      RESPECTFULLY SUBMITTED, this 4th day of August, 2010

      /s/ John H. Dannecker, Esq.
      **JOHN H. DANNECKER, ESQ.**

ORLDOCS 11918614 1

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that the above and foregoing Notice of Appearance has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 4th day of August, 2010.

      /s/ John H. Dannecker, Esq.
**JOHN H. DANNECKER, ESQ.**
Florida Bar No.: 0745030
SHUTTS & BOWEN LLP
300 S. Orange Avenue, Suite 1000
Orlando, Florida  32802
Telephone:  (407) 423-3200
Facsimile:  (407) 425-8316
Attorneys for SPACE Coast Truss, LLC