UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| RELATES TO: | * * | JUDGE ELDON FALLON |
| 09-6072 (*Kessler v. GMI Construction, Inc.*) | * * * | MAGISTRATE WILKINSON |

*******************************************************************

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiffs' Motion to Dismiss Defendant, ASI Lloyds, without prejudice from the above related case is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**