UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION: L |
| RELATES TO: | * * | JUDGE ELDON FALLON |
| NO. 10-CV-01828 (*Catalanotto*) | * * * | MAGISTRATE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

CONSIDERING THE ABOVE AND FOREGOING;

IT IS ORDERED that Plaintiff's Motion to Dismiss Defendant, Standard Fire Insurance Company, without prejudice from the above related case is hereby granted.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
**HONORABLE JUDGE ELDON FALLON**