IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY               MDL. NO: 2047
LITIGATION

                                         SECTION: L

(Relates to 2:09-cv-7628)

                                         JUDGE FALLON
                                    MAG. JUDGE WILKINSON

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Markow Walker, P.A., by and through the undersigned counsel, hereby moves this Court for permission to withdraw as counsel for the Defendant Prestige Properties, Inc., in this matter.

RESPECTFULLY SUBMITTED, this the 5th of August, 2010.

                                         PRESTIGE PROPERTIES, INC.

                                         By:     /s/ Jeff Moffett
                                                      JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com

CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th of August, 2010.

                    By:    /s/ Jeff Moffett
                             JEFFREY S. MOFFETT