Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Swiss Re International SE, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: LOUISIANA ) ss.
Parish/County of: LIVINGSTON )

| | |
|---|---|
| **Name of Server:** | Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 19-Jul-2010 11:45 am |
| **Place of Service:** | at 8585 Archives Ave., city of Baton Rouge, state of LA |
| **Documents Served:** | the undersigned served the documents described as:<br>Summons; Plaintiffs' Omnibus Class Action Complaint (V);<br>Exhibit A; Exhibit B; Schedule 1; Schedule 2 |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**Swiss Re International SE, through the Louisiana Secretary of State**<br>By delivering them into the hands of an officer or managing agent whose name and title is<br>**Julie Neseitt, Legal Department/Supervisor** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex F ; Skin Color white ; Hair Color brown ; Facial Hair<br>Approx. Age 45 ; Approx. Height 5'06" ; Approx. Weight 175<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>*Carol A Cassisa*<br>Signature of Server | Subscribed and sworn to before me this 22 day of July, 2010<br>*[signature]* 4/29/13<br>Notary Public    (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-153