Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
## APS International, Ltd.
## 1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0049

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Taylor Morrison Services, Inc., d/b/a Morrison Homes, Inc. c/o NRAI Services, Inc.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Jesse Picone**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8** day of **July**, 20 **10**, at **12:15** o'clock **P** M

Place of Service: at **2731 Executive Park Drive, Suite 4**, in **Weston, FL 33331**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Taylor Morrison Services, Inc., d/b/a Morrison Homes, Inc. c/o NRAI Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: **Andrea Doyle, Supervisor**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair ____
Approx. Age **40** ; Approx. Height **5'4"** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **10** day of **July**, 20 **10**

Notary Public              (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.