Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--State Farm Fire and Casualty Company, through the
Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: LOUISIANA ) ss.
County of: LIVINGSTON

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave., city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
State Farm Fire and Casualty Company, through the Louisiana Secretary of State
By delivering them into the hands of an officer or managing agent whose name and title is
Julie Neseitt, Legal Department/Supervisor

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  brown ; Facial Hair
Approx. Age  45 ; Approx. Height  5'06" ; Approx. Weight  175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 22 day of July, 20 10

Notary Public      4/29/13 (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File:  104526-151