Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0052

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Sterling Communities, Inc., c/o Howard Dubosar
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Palm Beach_

Name of Server: _Michael Rocco_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _8_ day of _July_, 20 _10_, at _4:47_ o'clock _P_ M

Place of Service: at _120 East Palmetto Park Road, Suite 100_, in _Boca Raton, FL  33432_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Sterling Communities, Inc., c/o Howard Dubosar**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Kathy Doyle, Authorized Agent_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _Blonde_ ; Facial Hair ____
Approx. Age _50_ ; Approx. Height _5'4"_ ; Approx. Weight _130_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Michael Rocco_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _10_ day of _July_, 20 _10_

Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.