Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0071

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Summit Contractors, Inc., c/o Charles N. Branton
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __ST. Tammany__ )

**Name of Server:** __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __7th__ day of __July__, 20 __10__, at __3:55__ o'clock __P__ M

**Place of Service:** at __200 Commercial Square Road__, in  Slidell, LA  70461

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:**
**Person Served, and Method of Service:**

A true and correct copy of the aforesaid document(s) was served on:
**Summit Contractors, Inc., c/o Charles N. Branton**
By delivering them into the hands of an officer or managing agent whose name and title is: __Collen Beyer / Office Manager for Charles Branton, Atty__.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc.__ ; Hair Color __Blond__ ; Facial Hair __No__
Approx. Age __50's__ ; Approx. Height __5'6"__ ; Approx. Weight __180__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __12th__ day of __July__, 20 __10__

_signature_
Notary Public   (Commission Expires) _Tenure for Life_

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY