Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0072

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Summit Homes of LA, Inc, c/o Denise Lindsey
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **ST. Tammany** )

**Name of Server:** _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _7th_ day of _July_, 20_10_, at _3:40_ o'clock _P_ M

**Place of Service:** at ~~486 Brownswitch Road~~ _303 S. Military Rd_, in Slidell, LA 70458

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Summit Homes of LA, Inc, c/o Denise Lindsey**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: _Denise Lindsey Atty._

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Cauc_ ; Hair Color _Brown_ ; Facial Hair _No_
Approx. Age _?_ ; Approx. Height _5'9"_ ; Approx. Weight _?_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

Subscribed and sworn to before me this _12th_ day of _July_, 20_10_

_Tenure for Life_
(Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO SIGNATURES ONLY