Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0068

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Sun Construction, LLC d/b/a Sunrise Homes, c/o David C. Loeb

Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Louisiana__ ) ss.
County of: __St. Tammany__ )

Name of Server: __Kennith Landry__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __9th__ day of __July__, 20 __10__, at __10:40__ o'clock __A__ M

Place of Service: at __643 Magazine Street, Suite 300__, in __New Orleans, LA  70130__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Sun Construction, LLC d/b/a Sunrise Homes, c/o David C. Loeb**
By delivering them into the hands of an officer, or managing agent whose name and title is: __Tamara Plattsmier / David Loeb's Adm. Asst.__

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex __F__ ; Skin Color __Cauc__ ; Hair Color __Brown__ ; Facial Hair __No__
Approx. Age __27__ ; Approx. Height __5'2"__ ; Approx. Weight __100 lbs__

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

__Kenneth Landry__
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __12th__ day of __July__, 20 __10__

_signature_     (Commission Expires)
Notary Public

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY