Service of Process by
**Dean and Dawn Amato, et. al., Plaintiff(s)**
vs.
**Liberty Mutual Insurance Company, et. al., Defendant(s)**



**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

## AFFIDAVIT OF SERVICE ON A CORPORATION
--Scottsdale Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave., city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Scottsdale Insurance Company, through the Louisiana Secretary of State**
By delivering them into the hands of an officer or managing agent whose name and title is
**Julie Neseitt, Legal Department/Supervisor**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _white_ ; Hair Color _brown_ ; Facial Hair _____
Approx. Age _45_ ; Approx. Height _5'06"_ ; Approx. Weight _175_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this _22_ day of _July_, 20_10_

_Jana Galladu_  4/29/13
Notary Public      (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-147