Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0013

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Smoky Mountain Materials, Inc., c/o William B. Batting
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: ESCAMBIA )

**Name of Server:** GLENROY LITTLE, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 7 day of July, 20 10, at 10:00 o'clock A. M

**Place of Service:** at 8040 Old Palafox Street, in Pensacola, FL 32534

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:**
A true and correct copy of the aforesaid document(s) was served on:
**Smoky Mountain Materials, Inc., c/o William B. Batting**

**Person Served, and Method of Service:**
By delivering them into the hands of an officer or managing agent whose name and title is: Registered Agent William B Batting

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color WH ; Hair Color Brown ; Facial Hair ___
Approx. Age 51 ; Approx. Height 6'2" ; Approx. Weight 205

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_signature_ Little #503
Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 7th day of July, 20 10

_signature_
Notary Public       (Commission Expires)

SARAH PEAK
Notary Public - State of Florida
My Comm. Expires May 19, 2013
Commission # DD 891064