Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0096

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southern-Owners Insurance Company, c/o Florida Chief Financial Officer as Registered Agent
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Leon )

Name of Server: James A Aloi, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 22 day of July, 20 10, at 1020 o'clock A M

Place of Service: at Service of Process Section
200 E Gaines St
, in Tallahassee, FL 32399-4201

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**
**$15.00 Fee to Florida Chief Financial Officer**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Southern-Owners Insurance Company, c/o Florida Chief Financial Officer as Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: Lula Kelly - process clerk

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F; Skin Color Blk; Hair Color Blk; Facial Hair ___
Approx. Age 40; Approx. Height 5'7; Approx. Weight 120

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

7.22.10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this 22 day of July, 20 10
Notary Public          (Commission Expires)

DENNIS C. GILHOUSEN JR.
Commission DD 790369
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019