Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0018

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Southwell Homes, LLC, c/o David W. Southwell CPA, PLLC

Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Dade__ )

Name of Server: __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __13th__ day of __July__, 20 __10__, at __1:00__ o'clock __P__ M

Place of Service: at __16191 NW 57th Ave.__, in __Miami, FL 33014__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Southwell Homes, LLC, c/o David W. Southwell CPA, PLLC**
By delivering them into the hands of an officer or managing agent whose name and title is: __Charlene Brown Secty.__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __White__ ; Hair Color __Black__ ; Facial Hair ____
Approx. Age __50__ ; Approx. Height __5'4__ ; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this __14th__ day of __July__, 20 __10__

_____
Notary Public                    (Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013