UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This Document Relates To:

Richard Jordan, Susan Jordan,
Nathan Jordan, Colby Jordan,
and Florette Nickens,
    2:09-cv-07550-EEF-JCW

## ORDER

Considering the foregoing Motion for Leave to Amend Complaint;

IT IS HEREBY ORDERED that the Motion for Leave to Amend Complaint is granted;

IT IS FURTHER ORDERED that the attached Amended Complaint be filed into the record of this proceeding.

NEW ORLEANS, LOUISIANA, this _____ day of August, 2010.

_____
HONORABLE ELDON E. FALON
UNITED STATES MAGISTRATE JUDGE

1