UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**This Document Relates To:**

Richard Jordan, Susan Jordan,
Nathan Jordan, Colby Jordan,
and Florette Nickens,
    2:09-cv-07550-EEF-JCW

## AMENDED COMPLAINT

NOW INTO COURT, through undersigned counsel, come Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan, and Florette Nickens, (hereinafter "petitioners") who hereby amend their original Complaint in this matter as follows:

I.    By amending the opening paragraph of their original Complaint to add the following additional defendant:

    1.    Farmers Insurance Exchange a/k/a Farmers Insurance Group, a foreign insurer domiciled in the State of California, who is licensed to do business and is doing business in the State of Louisiana.

II.    By adding paragraph 222 to their original Complaint to state as follows:

    222.    At all times relevant to these proceedings, Farmers Insurance Exchange a/k/a Farmers Insurance Group, by virtue of the premiums paid by petitioners, provided a homeowners' policy of insurance to petitioners

which was in full force and effect on all relevant dates to these proceedings insuring petitioners for damages caused to their residence located at 16347 Highway 931, Prairieville, LA 70769, Louisiana, by defective drywall being installed therein during the construction of said residence; said defective drywall being more fully described in foregoing paragraphs.

III. Petitioners re-aver and re-allege the allegations of their original Complaint as if copied herein in its entirety.

WHEREFORE, petitioners, Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan, and Florette Nickens , pray for:

a. Equitable, injunctive, and declaratory relief;

b. Monetary awards for general and specific damages relating to property damages and personal injuries in amounts to be determined at trial, but in amounts exceeding twenty-five thousand dollars;

c. Pre-judgment and post-judgment interest at the maximum rate allowable at law;

d. Treble, exemplary, and/or punitive damages in an amount to be determined at trial;

e. The costs and disbursements incurred by Plaintiffs in connection with this action, including reasonable attorneys' fees and expert witness fees;

f. All statutory damages;

g. Disgorgement of Defendants' profits from the sale of drywall;

h. Reimbursement for all costs and expenses incurred by Plaintiffs including,

       but not limited to, monies expended for the repair of any damages to Plaintiffs' home, diminution in value of said home, reimbursement of the purchase price paid, also including, but not limited to, insurance co-payments, mortgage fees, costs and mortgage interest plus interest on these amounts from the date of purchase, attorneys' fees and costs, non-pecuniary damages, as well as any other legal or equitable relief to which Plaintiffs may be entitled;

i. Living expenses incurred by Plaintiffs while repairs and remediations were made to their home and residence; and,

j. Such other and further relief under all applicable state and federal law, common law and any other relief the Court deems just, equitable and appropriate.

## DEMAND FOR JURY TRIAL

Plaintiffs, Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan and Florette Nickens, hereby request a trial by jury as to all issues so triable.

Respectfully submitted,

HYMEL DAVIS & PETERSEN, LLC

s/ L. J. Hymel
L. J. HYMEL (LBN, 07137)
MICHAEL REESE DAVIS (LBN, 17529)
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: 225.298.8118
Fax: 225.298.8119
ljhymel@hymeldavis.com

**Counsel for Plaintiffs**

3

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Amended Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2010.

                                         s/ L. J. Hymel
                                         L. J. Hymel