Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0054

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Ocean Coast Drywall, Inc., f/k/a Ocean Coast Drywall of S. Florida, Inc. c/o Peter Chamberland
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

Name of Server: Jesse Picone, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 12 day of July, 20 10, at 11:08 o'clock a M

Place of Service: at 3431 SW 11th Street, in Deerfield Beach, FL  33442

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Ocean Coast Drywall, Inc., f/k/a Ocean Coast Drywall of S. Florida, Inc. c/o Peter Chamberland**
By delivering them into the hands of an officer or managing agent whose name and title is: Ms. Georgia Freidman, Office Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair ____
Approx. Age 45 ; Approx. Height 5'10" ; Approx. Weight 240

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server Jesse Picone
**APS International, Ltd.**

Subscribed and sworn to before me this 15 day of July, 2010

Notary Public ____ (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.