Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0097

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Old Dominion Insurance Company, c/o Florida Chief Financial Officer as Registered Agent
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

**Name of Server:** _James A Alol_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _19th_ day of _July_, 20 _10_, at _1130_ o'clock _A_ M

**Place of Service:** at Service of Process Section, in Tallahassee, FL 32399-4201
200 E Gaines St

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2
$15.00 Fee to Florida Chief Financial Officer

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Old Dominion Insurance Company, c/o Florida Chief Financial Officer as Registered Agent**
By delivering them into the hands of an officer or managing agent whose name and title is: _Lula Kelly - process clerk_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex _F_ ; Skin Color _Blk_ ; Hair Color _Blk_ ; Facial Hair ____
Approx. Age _40_ ; Approx. Height _5-5_ ; Approx. Weight _126_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.
_7-19-10_
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _19_ day of _July_, 20 _10_
Notary Public   (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 790389
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019