Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0088

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Overlook Point, LLC, c/o Kenneth L. Allen
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: VIRGINIA ) ss.
County of: Norfolk )

**Name of Server:** William L. Sassee, Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of July, 20 10, at 2:53 o'clock P M

**Place of Service:** at 109 Nat Turner Blvd., in Newport News, VA  23606

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Overlook Point, LLC, c/o Kenneth L. Allen**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Kenneth L. Allen, Personally, Registered agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Blonde ; Facial Hair No
Approx. Age 55-65 ; Approx. Height 6' ; Approx. Weight 200 lbs.

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this 12th day of July, 20 10
Notary Public
4-30-14 (Commission Expires)

**APS International, Ltd.**

[Notary seal: TEENA JRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES Apr. 30, 2014, COMMONWEALTH OF VIRGINIA]