Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0084

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Parrallel Design & Development, LLC, c/o John Cussen
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: VIRGINIA ) ss.
County of: City of Norfolk )

Name of Server: William L. Sasser Jr., undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 13th day of July, 20 10, at 4:01 o'clock P M

Place of Service: at 1409 Birch Leaf Road, in Chesapeake, VA 23320

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Parrallel Design & Development, LLC, c/o John Cussen**
By delivering them into the hands of an officer or managing agent whose name and title is: John Cussen, Esquire

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color white ; Hair Color Gray/White Facial Hair No
Approx. Age 45-55 ; Approx. Height 6'3" ; Approx. Weight 180 lbs.

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 13th day of July, 20 10

4-30-14
Notary Public    (Commission Expires)

APS International, Ltd.

[Notary Seal: TEENA MARIE DRISKELL, NOTARY PUBLIC, REG. # 268501, MY COMMISSION EXPIRES April 30, 2014, COMMONWEALTH OF VIRGINIA]