Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0081

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Nationwide Property and Casualty Insurance Company, CT Corp
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Virginia ) ss.
County of: Henrico )

**Name of Server:** Benjamin G. Hanson Jr, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 12th day of July, 20 10, at 11:55 o'clock A M

**Place of Service:** at 4701 Cox Road, Ste. 301, in Glen Allen, VA 23060

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Nationwide Property and Casualty Insurance Company, CT Corp, R/A

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: Jenn Greene Agent of CT Corp. System, Registered Agent

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair None
Approx. Age 35 ; Approx. Height 5'8" ; Approx. Weight 150 lbs

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Benjamin B. Hanson_
Signature of Server

Subscribed and sworn to before me this 12th day of July, 20 10

_Christina H. Bedell_
Notary Public       (Commission Expires)
12/31/11       # 147752

**APS International, Ltd.**