Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

Service of Process by

# AFFIDAVIT OF SERVICE ON A CORPORATION
--North American Specialty Insurance Company,
through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

State of: **LOUISIANA** ss.
Parish of: **LIVINGSTON**

| | |
|---|---|
| **Name of Server:** | **Carol Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on **19-Jul-2010 11:45 am** |
| **Place of Service:** | at **8585 Archives Ave.**, city of **Baton Rouge**, state of **LA** |
| **Documents Served:** | the undersigned served the documents described as:<br>**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**<br>**Exhibit A; Exhibit B; Schedule 1; Schedule 2; $25 Fee to Secretary of State** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on:<br>**North American Specialty Insurance Company, through the Louisiana Secretary of State**<br>By delivering them into the hands of an officer or managing agent whose name and title is<br>**Julie Neseitt, Legal Department/Supervisor** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows:<br>Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair ____<br>Approx. Age **45**; Approx. Height **5'06"**; Approx. Weight **175**<br>☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct.<br>*Carol A Cassisa*<br>Signature of Server | Subscribed and sworn to before me this **22** day of **July**, 20 **10**<br>*[signature]* 4/29/13<br>Notary Public   (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-120