Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0055

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Northstar Holdings at B and A, LLC, c/o Scott Worley
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )
Name of Server: **Michael Rocco**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9** day of **July**, 20 **10**, at **10:06** o'clock **A** M

Place of Service: at **364 S. Country Club Drive**, in **Atlantis, FL 33462**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Northstar Holdings at B and A, LLC, c/o Scott Worley**
By delivering them into the hands of an officer or managing agent whose name and title is: **Scott Worley**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Black**; Facial Hair ___
Approx. Age **50**; Approx. Height **6'2"**; Approx. Weight **185**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_/s/ Michael Rocco_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **10** day of **July**, 20 **10**

_/s/ Jonathan Levy_
Notary Public  (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.