Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0010

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Louran Builders, Inc., c/o Vincent C. Montalto, Jr.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: St. Lucie

**Name of Server:** A. Koura, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 14 day of July, 20 10, at 4:24 o'clock PM

**Place of Service:** at 414 SW Dalton Circle, in Port Saint Lucie, FL  34983

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Louran Builders, Inc., c/o Vincent C. Montalto, Jr.
By delivering them into the hands of an officer or managing agent whose name and title is: VINCENT C. MONTALTO JR.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex M ; Skin Color Cau ; Hair Color Gray ; Facial Hair N/A
Approx. Age 60 ; Approx. Height 5'6" ; Approx. Weight 216

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server      CPS# 09-26

Subscribed and sworn to before me this
20th day of July, 20 10

Notary Public      7/20/2012
(Commission Expires)

**APS International, Ltd.**

NICOLE C. YOUNG
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD807446
Expires 7/20/2012