Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0044

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--M/I Homes of Tampa, LLC, c/o CT Corporation System
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Murray Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of July, 20 10, at 12:25 o'clock P M

**Place of Service:** at 1200 S. Pine Island Road, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
M/I Homes of Tampa, LLC, c/o CT Corporation System

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: For contact, Donna Moch, Section Head Process for CT Corp.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Brown ; Facial Hair N/A
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this 12 day of July, 20 10

Signature of Server

Notary Public (Commission Expires)

**APS International, Ltd.**

NOTARY PUBLIC-STATE OF FLORIDA
Everton Baggoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.