Service of Process by
APS International, Ltd.
1-800-328-7171



Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Markel Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_ )

**Name of Server:** Carol Cassisa , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave. , city of Baton Rouge , state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2; $25 Fee to Secretary of State

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
**Markel Insurance Company, through the Louisiana Secretary of State**
By delivering them into the hands of an officer or managing agent whose name and title is
**Julie Neseitt, Legal Department/Supervisor**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex F ; Skin Color white ; Hair Color brown ; Facial Hair
Approx. Age 45 ; Approx. Height 5'06" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this 22 day of JULY , 20 10

_signature_  4/29/2013
Notary Public            (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-112