Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0019

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--MATSA Construction Company, Inc., c/o Mateo Sanchez
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Dade** )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **15th** day of **July**, 20 **10**, at **8:25** o'clock **P** M

Place of Service: at **16800 SW 248 Street**, in **Miami, FL  33031**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**MATSA Construction Company, Inc., c/o Mateo Sanchez**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mateo Sanchez President**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **M** ; Skin Color **White** ; Hair Color **Grey** ; Facial Hair **NO**
Approx. Age **60** ; Approx. Height **6'0** ; Approx. Weight **180**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **16th** day of **July**, 20 **10**

Notary Public State of Florida   (Commission Expires)
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**