Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:   104526-0065

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Mayeaux Construction, Inc, c/o Phillip G. Mayeaux
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Louisiana_        ) ss.
County of: _ST. Tammany_    )

Name of Server: _Kennith Landry_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _7th_ day of _July_, 20 _10_, at _5:45_ o'clock _P_ M

Place of Service: at _14 Carolina Ct._, in _Covington, LA 70433_

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Mayeaux Construction, Inc, c/o Phillip G. Mayeaux**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Phillip Mayeaux_

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex _M_ ; Skin Color _Cauc_ ; Hair Color _Grey_ ; Facial Hair _Yes_
Approx. Age _56_ ; Approx. Height _5'9"_ ; Approx. Weight _170_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Kennith Landry_
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this _12th_ day of _July_, 20 _10_

_Lenure for Life_
(Commission Expires)
Notary Public

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. O26458

NOTARY ATTESTS TO
SIGNATURES ONLY