Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0034

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Medallion Homes Gulf Coast, Inc., c/o Carlos M. Beruff
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Manatee** )

**Name of Server:** **Maryellen Janney**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **9th** day of **July**, 20 **10**, at **11:10** o'clock **A** M

**Place of Service:** at **2212 58th Ave., East**, in **Bradenton, FL 34203**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Medallion Homes Gulf Coast, Inc., c/o Carlos M. Beruff**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Mandy Short, Closing Co-ordinator**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Brown** ; Facial Hair **—**
Approx. Age **28** ; Approx. Height **5'7"** ; Approx. Weight **145**

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Maryellen Janney*
Signature of Server

Subscribed and sworn to before me this **9th** day of **July**, 20 **10**

*Shelly Huffman*
Notary Public    (Commission Expires)

**APS International, Ltd.**

Shelly...
Commissio...
Expires April 28, ...
Bonded Thru Troy Fain Insurance...

58/30