UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | CASE NO. 2:09-MD-02047 SECTION L JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | ) ) | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without waiver of any defenses, the undersigned law firms of Sonnenschein Nath & Rosenthal LLP and Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and their respective individual counsel, hereby give notice of their appearance as counsel for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company (collectively "Travelers") in the above-captioned matter.

Travelers reserves all rights and defenses, and does not waive any objections, including objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction. Undersigned counsel respectfully request that all future pleadings, documents, notices, and correspondence in connection with this action be served upon all the undersigned counsel.

1

Respectfully submitted,

 /s/ Ralph S. Hubbard_____
Ralph S. Hubbard III, T.A., La. Bar 7040
Seth A. Schmeeckle, La. Bar 27076
LUGENBUHL, WHEATON, PECK, RANKIN
& HUBBARD
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Phone:  (504) 568-1990
Fax:  (504) 310-9195
E-Mail:        rhubbard@lawla.com
               sschmeeckle@lawla.com

And

Donna J. Vobornik
Daniel E. Feinberg
Anthony T. Eliseuson
SONNENSCHEIN NATH & ROSENTHAL LLP
233 South Wacker Drive
Suite 7800
Chicago, IL  60606-6404
Phone: (312) 876-8000
Fax:  (312) 876-7934
dvobornik@sonnenschein.com
dfeinberg@sonnenschein.com
aeliseuson@sonnenschein.com

*Attorneys for Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 5th day of August, 2010.

                                              /s/ Ralph S. Hubbard
                                              Ralph S. Hubbard