IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL
PRODUCTS LIABILITY LITIGATION

MDL NO. 09-2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:
DEAN and DAWN AMATO V. LIBERTY MUTUAL INSURANCE CO., ET AL,
CASE NO. 2:10-cv-00932

## NOTICE OF APPEARANCE AS COUNSEL FOR MAZER'S DISCOUNT HOME CENTERS, INC.

PLEASE TAKE NOTICE that the following attorneys do hereby appear as attorneys of record for the Defendant, Mazer's Discount Home Centers, Inc., in the above-entitled matter:

> Christopher A. Bottcher of Sirote & Permutt, P.C.
> Mary Blanche Hankey of Sirote & Permutt, P.C.
> Larry S. Logsdon of Wallace, Jordan, Ratliff & Brandt, L.L.C.
> Michael L. Jackson of Wallace, Jordan, Ratliff & Brandt, L.L.C.
> John M. Fraley of Haskell, Slaughter, Young & Rediker, L.L.C.
> Vincent J. Graffeo of Haskell, Slaughter, Young & Rediker, L.L.C.
> Laura S. Dunning of Haskell, Slaughter, Young & Rediker, L.L.C.

This Notice of Appearance is being made without waiver of, and expressly subject to, any and all applicable objections to service of process, venue, and/or jurisdiction.

It is respectfully requested that all pleadings, motions, correspondence, and any other filings made in the above-referenced case be served upon the undersigned counsel.

Respectfully submitted,

*/s/ Christopher A. Bottcher*
Christopher A. Bottcher
Mary Blanche Hankey

**OF COUNSEL:**

SIROTE & PERMUTT, P.C.
2311 Highland Avenue South
Post Office Box 55727
Birmingham, AL 35255-5727
Tel.:  (205) 930-5100
Fax:   (205) 930-5101
cbottcher@sirote.com
mhankey@sirote.com

*/s/ Larry S. Logsdon*
Larry S. Logsdon
Michael L. Jackson

**OF COUNSEL:**

WALLACE, JORDAN, RATLIFF & BRANDT, L.L.C
800 Shades Creek Parkway, Suite 400
Birmingham, Alabama 35209
Tel:  (205) 874-0341
Fax:  (205) 871-7534
llogsdon@wallacejordan.com
mjackson@wallacejordan.com

/s/ John M. Fraley
John M. Fraley
Vincent J. Graffeo
Laura S. Dunning

**OF COUNSEL:**

HASKELL, SLAUGHTER, YOUNG & REDIKER, LLC
1400 Park Place Tower
2001 Park Place North
Birmingham, Alabama 35203
Tel:  (205) 251-1000
Fax:  (205) 324-1133
jmf@hsy.com
vjg@hsy.com
lsd@hsy.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, via e-mail upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United Stated District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 5th day of August, 2010.

/s/ Christopher A. Bottcher
Of Counsel