UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| AMATO, et al. | * | MAGISTRATE WILKINSON |
| VS. | * | |
| LIBERTY MUTUAL INS. CO., et al | * | |
| CASE NO. 10-932 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

COMES NOW, Doris T. Bobadilla, Andrea L. Albert, and Shannon T. Brown of the law firm of Galloway, Johnson, Tompkins, Burr & Smith APLC who hereby enter their appearance on behalf of defendant, North American Specialty Insurance Company ("NAS"). NAS reserves all rights to object to jurisdiction, venue or service and preserving all defenses. It is respectfully requested that copies of all future pleadings, orders, notices, motions, documents, and correspondence in connection with this action be served upon them in accordance with the address and contact information below.

Respectfully submitted,

S/ DORIS T. BOBADILLA
**DORIS T. BOBADILLA, LA Bar No. 24025**
Email: dbobadilla@gjtbs.com
**ANDREA L. ALBERT, LA Bar No. 27353**
Email: aalbert@gjtbs.com
**SHANNON T. BROWN, LA Bar No. 32366**
Email: sbrown@gjtbs.com
**GALLOWAY, JOHNSON, TOMPKINS, BURR & SMITH**
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana 70471
Phone: (985) 674-6680
Facsimile: (985) 674-6681

COUNSEL FOR DEFENDANT,
North American Specialty Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify the above and foregoing *Notice of Appearance* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100, New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 4th day of August, 2010.

S/ DORIS T. BOBADILLA
**DORIS T. BOBADILLA**