Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0028

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gryphon Construction, LLC, c/o Thomas O. Wells, P.A.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: __Florida__            ) ss.
County of: __Dade__             )

| | |
|---|---|
| Name of Server: | __CARLOS AGUIRRE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action; |
| Date/Time of Service: | that on the __9th__ day of __July__, 20 __10__, at __12:30__ o'clock __P__ M |
| Place of Service: | at __540 Biltmore Way__, in __Coral Gables, FL  33134__ |
| Documents Served: | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| Service of Process on: | A true and correct copy of the aforesaid document(s) was served on: **Gryphon Construction, LLC, c/o Thomas O. Wells, P.A.** |
| Person Served, and Method of Service: | By delivering them into the hands of an officer or managing agent whose name and title is: __Michelle Sanchez Secty.__ |
| Description of Person Receiving Documents: | The person receiving documents is described as follows: Sex __F__ ; Skin Color __White__ ; Hair Color __Blonde__ ; Facial Hair ____ Approx. Age __35__ ; Approx. Height __5'11__ ; Approx. Weight __150__ |
| | ☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| Signature of Server: | Undersigned declares under penalty of perjury that the foregoing is true and correct. |

Subscribed and sworn to before me this __12th__ day of __July__, 20 __10__

_____
Signature of Server

_____ (Commission Expires)

**APS International, Ltd.**

Notary Public State of Florida
Santa E. Rodriguez
My Commission DD845267
Expires 02/23/2013