Service of Process by
Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Illinois National Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: LOUISIANA ) ss.
Parish of: LIVINGSTON

| | |
|---|---|
| **Name of Server:** | Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on 19-Jul-2010 11:45 am |
| **Place of Service:** | at 8585 Archives Ave., city of Baton Rouge, state of LA |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Illinois National Insurance Company, through the Louisiana Secretary of State** By delivering them into the hands of an officer or managing agent whose name and title is **Julie Neseitt, Legal Department/Supervisor** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair Approx. Age **45**; Approx. Height **5'06"**; Approx. Weight **175** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *[signature]* Signature of Server | Subscribed and sworn to before me this 22 day of July, 2010 *[signature]* 4/29/13 Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-173