Dean and Dawn Amato, et. al., Plaintiff(s)
  vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0070

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Interior/Exterior Building Supply, LP
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **LOUISIANA** ) ss.
County of: **ST. TAMMANY** )

Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **July**, 20 **10**, at **6:10** o'clock **P** M

Place of Service: at **727 S. Cortez Street.**, in **New Orleans, LA  70119**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Interior/Exterior Building Supply, LP**
By delivering them into the hands of an officer or managing agent whose name and title is: **Jill McLaughlin / Director HR**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **Cauc.** ; Hair Color **Blond** ; Facial Hair **No**
Approx. Age **56** ; Approx. Height **5'7"** ; Approx. Weight **240**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **12th** day of **July**, 20 **10**

*Kennith Landry*
Signature of Server

*[Notary signature]*
Notary Public

*Tenure For Life*
(Commission Expires)

**APS International, Ltd.**

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO SIGNATURES ONLY