Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0005

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--JM Interiors, Inc., c/o John J. Morin
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **St. Lucie** )

Name of Server: **A. Young**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **14** day of **July**, 20**10**, at **4:40** o'clock **P** M

Place of Service: at **2208 SW Abalon Circle**, in **Port Saint Lucie, FL 34953**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and
Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**JM Interiors, Inc., c/o John J. Morin**
By delivering them into the hands of an officer or managing agent whose name and title is: **Janee Harper (Daughter)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **CAU** ; Hair Color **Blonde** ; Facial Hair **N/A**
Approx. Age **30** ; Approx. Height **5'4"** ; Approx. Weight **100**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____ CPS # 09-26
Signature of Server

Subscribed and sworn to before me this **20th** day of **July**, 20**10**

_____ 7/20/2012
Notary Public    (Commission Expires)

**APS International, Ltd.**

NICOLE C. YOUNG
NOTARY PUBLIC
STATE OF FLORIDA
Comm# DD807446
Expires 7/20/2012