| | |
|---|---|
| Dean and Dawn Amato, et. al., Plaintiff(s)<br>vs.<br>Liberty Mutual Insurance Company, et. al., Defendant(s) | Service of Process by<br>**APS International, Ltd.**<br>1-800-328-7171<br><br>APS International Plaza<br>7800 Glenroy Road<br>Minneapolis, MN 55439-3122 |



APS File #: 104526-0176

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Landmark American Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

---

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON** )

**Name of Server:** **CAROL CASSISA**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **19th** day of **July**, 20 **10**, at **11:45** o'clock **A** M

**Place of Service:** at **8585 Archives Ave.**, in **Baton Rouge, LA 70809**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Landmark American Insurance Company, through the Louisiana Secretary of State**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Ms Julie Nesett, Legal Dept. Supervisor**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **N/A**
Approx. Age **45**; Approx. Height **5'6"**; Approx. Weight **175 lbs**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **5TH** day of **JULY**, 20 **10**

Signature of Server    Notary Public    (Commission Expires) 4/29/13

**APS International, Ltd.**