Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0040

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Lennar Corporation, c/o CT Corporation System
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: Florida ) ss.
County of: Broward )

**Name of Server:** Murray Deal, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 9 day of July, 20 10, at 12:25 o'clock P M

**Place of Service:** at 1200 S. Pine Island Road, in Plantation, FL 33324

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Lennar Corporation, c/o CT Corporation System**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: For Contact, Donna Moch, Section Head Process for CT Corp.

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Brown ; Facial Hair N/A
Approx. Age 40 ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 12 day of July, 20 10

Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Everton Bucoo
Commission #DD849273
Expires: JAN. 05, 2013
BONDED THRU ATLANTIC BONDING CO., INC.