Service of Process by
Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



APS International, Ltd.
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Lexington Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: __LOUISIANA__ ) ss.
Parish of: __LIVINGSTON__

**Name of Server:** Carol Cassisa , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on **19-Jul-2010 11:45 am**

**Place of Service:** at **8585 Archives Ave.**, city of **Baton Rouge**, state of **LA**

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Lexington Insurance Company, through the Louisiana Secretary of State**
By delivering them into the hands of an officer or managing agent whose name and title is
**Julie Neseitt, Legal Department/Supervisor**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair
Approx. Age **45** ; Approx. Height **5'06"** ; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this __22__ day of __July__, 20__10__

_[signature]_   4/29/13
Notary Public          (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-177