UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. WILKINSON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. | : | |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

The Plaintiffs' Steering Committee filed a Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, Rec. Doc. No. 4603, and a Motion for Sanctions and to Compel Production of Knauf Defendant Documents, Rec. Doc. No. 4754. These Motions are set for hearing on August 12, 2010, following the monthly status conference at 9:00 a.m.  The Court has received requests from a number of parties for an extension of time to respond to these Motions.  The Court has considered these requests.  Accordingly, IT IS ORDERED that responses to these Motions are to be filed by Tuesday, August 10, 2010, at 5:00 p.m.

New Orleans, Louisiana, this 4th  day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE