Service of Process by

Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

APS International, Ltd.
1-800-328-7171

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Essex Insurance Company
Court Case No. 10-932 Section L Mag 2

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

State of: **LOUISIANA** ) ss.
County of: **LIVINGSTON** ) (Parish)

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on **19-Jul-2010 11:45 am**

**Place of Service:** at **8585 Archives Ave.**, city of **Baton Rouge**, state of **LA**

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Essex Insurance Company**
By delivering them into the hands of an officer or managing agent whose name and title is
**Ms. Julie Neseitt, Legal Dept. Supervisor**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **N/A**
Approx. Age **45**; Approx. Height **5'06"**; Approx. Weight **175**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol A Cassisa_
Signature of Server

Subscribed and sworn to before me this **22** day of **July**, 20 **10**

_James Gilladi_  4/29/13
Notary Public         (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-194