UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| DEAN AND DAWN AMATO, et al VS LIBERTY MUTUAL INSURANCE COMPANY, et al CASE NO. 10-932 | * * * * * * | |

## NOTICE OF APPEARANCE

George P. Hebbler, Jr., Kelly F. Walsh and the law firm of Hebbler & Giordano, L.L.C. give notice of their appearance as counsel of record for NAUTILUS INSURANCE COMPANY, in its capacity as alleged insurer of Summit Contractors, Inc., Summit Homes of Louisiana, Inc., and Summit Homes, L.L.C. now known as PHL Construction, L.L.C. Nautilus Insurance Company reserves all rights and defenses, including objection to the jurisdiction or venue of this Honorable Court. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this order. Defendant, Nautilus Insurance Company, further avers that this Notice does not constitute a waiver of service.

RESPECTFULLY SUBMITTED:

**HEBBLER & GIORDANO, L.L.C.**
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
KELLY F. WALSH
Louisiana Bar No: 31352
Email: walsh@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Phone: (504) 833-8007; Fax: (504) 833-2866

## **C E R T I F I C A T E**

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on all counsel of record, by e-mail and upon all parties by electronically uploading to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2047, on this 5th day of August, 2010.

_____
GEORGE P. HEBBLER, JR.