Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0196

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--First Commercial Insurance Company
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: *Florida* ) ss.
County of: *Miami-Dade* )
Name of Server: *Michael Rocco*, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the *21* day of *July*, 20 *10*, at *2:35* o'clock *P.* M

Place of Service: at *8420 52nd Terrace, Suite 102*, in *Doral, Florida*

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and
Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**First Commercial Insurance Company**
By delivering them into the hands of an officer or managing agent whose name and title is: *Ms. Salma Zacur, General Manager*

Description of
Person Receiving
Documents:

The person receiving documents is described as follows:
Sex *F*; Skin Color *White*; Hair Color *Black*; Facial Hair ___
Approx. Age *50*; Approx. Height *5'5"*; Approx. Weight *140*

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:

Undersigned declares under penalty of perjury that the foregoing is true and correct.

*[signature]*
Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this *21* day of *July*, 20 *10*

*[signature]*
Notary Public (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission # DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.