Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0103

## AFFIDAVIT OF SERVICE -- Corporate

**Service of Process on:**
--Gooden Homes, LLC, c/o V.M. Wheeler III
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kenneth Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **July**, 20 **10**, at **11:45** o'clock **A** M

**Place of Service:** at 201 St. Charles Ave., 40th Floor, in New Orleans, LA 70170

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gooden Homes, LLC, c/o V.M. Wheeler III**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Janice Garner / Adm. Asst. to V.M. Wheeler III**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F** ; Skin Color **African Amer** Hair Color **Black** ; Facial Hair **No**
Approx. Age **40's** ; Approx. Height **5'6"** ; Approx. Weight **180 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this **12th** day of **July**, 20 **10**

Notary Public        (Commission Expires)

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY