Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
APS International, Ltd.
1-800-328-7171



**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Great American Assurance Company, Member of Zurich North American
Court Case No. 10-932 Section L Mag 2

Law Firm Requesting Service:
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

State of: _LOUISIANA_ ) ss.
Parish of: _LIVINGSTON_

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service** that on 19-Jul-2010 11:45 am

**Place of Service:** at through the Louisiana Secretary of State, city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:** A true and correct copy of the aforesaid document(s) was served on:
Great American Assurance Company, Member of Zurich North American
By delivering them into the hands of an officer or managing agent whose name and title is
Julie Neseitt, Legal Department/Supervisor

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex  F  ; Skin Color  white  ; Hair Color  brown  ; Facial Hair
Approx. Age  45  ; Approx. Height  5'06"  ; Approx. Weight  175
☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Carol A Cassisa
Signature of Server

Subscribed and sworn to before me this 22 day of July, 2010
Jim Gottlieb  4/29/13
Notary Public   (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-168