Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

**Service of Process by**
**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Greenwich Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: **LOUISIANA** ) ss.
Parish of: **LIVINGSTON**

| | |
|---|---|
| **Name of Server:** | **Carol Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **19-Jul-2010 11:45 am** |
| **Place of Service:** | at **8585 Archives Ave.**, city of **Baton Rouge**, state of **LA** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Greenwich Insurance Company, through the Louisiana Secretary of State** By delivering them into the hands of an officer or managing agent whose name and title is **Julie Neseitt, Legal Department/Supervisor** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F** ; Skin Color **white** ; Hair Color **brown** ; Facial Hair Approx. Age **45** ; Approx. Height **5'06"** ; Approx. Weight **175** |

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Carol D Cassisa*
Signature of Server

Subscribed and sworn to before me this 27 day of July, 20 10

*[notary signature]* 4/29/13
Notary Public  (Commission Expires)

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-169