UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047  SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-6690 | * * * | MAJ. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### CATHERINE AVANT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Catherine Avant, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Catherine Avant shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Patrick W. Pendley
PATRICK W. PENDLEY
Pendley, Baudin & Coffin LLP
P.O. Drawer 71
Plaquemine, Louisiana 70765-0071
Tele: 225/687/6396
Fax: 225/687/6398
Email: pwpendley@pbclawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

                /s/ Patrick W. Pendley