

United States Department of State

*Washington, D.C. 20520*

## MEMORANDUM

**TO:**   The Clerk of Court

**FROM:**   Linda P. McFadyen
East Asia and Pacific Division
Overseas Citizens Services

**DATE:**   July 27, 2010

**SUBJECT:**   Karin Vickers, et al. v Knauf Gips KG
Case No.: 09-4117 E.D. LA.  Sect L

**TAGS:**   (Vickers v Knauf Gips KG)

The enclosed envelope contains a Certificate of Service or Non-Service for the subject case in response to a letter rogatory signed by a judge in this court where the case is being tried.

Please handle this certificate as is customary for Certificates of Service in your court.

Please feel free to contact **APS International, Ltd., Attn.: Glenda Fichtner, APS International Plaza, 7800 Glenroy Road, Minneapolis, Minnesota 55439, tel. 800-328-7171 x 336, GEF@CivilActionGroup.com** with any questions you may have.

Enclosure: as stated

| | |
|---|---|
| Taiwan | ) |
| City of Taipei | ) |
| American Institute in Taiwan | )   ss: |
| Taipei Office | ) |

I, Carlton L. Benson, Consular Officer, hereby depose and say as follows:

1. I am employed by the American Institute in Taiwan and am presently stationed at the American Institute in Taiwan, Taipei Office, Consular Section, American Citizen Services Unit.

2. In the absence of diplomatic relations, unofficial commercial, cultural and other relations between the people of the United States and the people of Taiwan are conducted by the American Institute in Taiwan, an unofficial organization funded by Congress.

3. The American Institute in Taiwan ("AIT"), a nonprofit entity incorporated under the laws of the District of Columbia, is authorized to assist and "... protect the interests of United States persons by performing acts such as are authorized to be performed outside the United States for consular purposes by such laws of the United States as the President may specify." See 22 U.S.C. 3305, 3306(a)(3). The judicial assistance acts of AIT personnel parallel the acts performed by U.S. consular officers under 28 U.S.C. 1781(a)(2). See 22 C.F.R. 92.54, 92.66.

4. Pursuant to Section 10(a) of the Taiwan Relations Act, 22 U.S.C. 3309(a), Taipei Economic and Cultural Representative Office (TECRO) is the instrumentality established by the people on Taiwan having the necessary authority under the laws of Taiwan to take actions on behalf of Taiwan in accordance with the Taiwan Relations Act (22 U.S.C. 3301 et seq. (Section 1-204, Ex. Or. No. 12143 of 6/22/79, 44 Fed Reg 37191.)

5. Officers of AIT follow the guidelines for performance of consular services set forth in 22 C.F.R. Part 92 and Volume 7 of the U.S. Department of State's Foreign Affairs Manual ("FAM"). 7 FAM Chapter 900 governs the performance of services related to international judicial assistance.

6. 22 U.S.C. 3306(b) provides that acts performed by authorized employees of AIT under 22 U.S.C. 3306 are valid, and of like force and effect within the United States, as if performed by any other person authorized under the laws of the United States to perform such acts.

7. Letters rogatory issued by a tribunal in the United States requesting international judicial assistance from Taiwan are transmitted, pursuant to

28 U.S.C. 1781(a)(2) to the foreign tribunal, officer, or agency to whom it is addressed through AIT. AIT transmits the request to TECRO, which forwards it to the appropriate Taiwan authority in a position to assign the request to a tribunal for execution. The executed request is received by AIT from TECRO and returned to the requesting tribunal in the United States.

8. On February 5, 2010, AIT received two sets of letters rogatory and accompanying documents requesting judicial assistance in connection with Karin Vickers, et al. v Knauf Gips KG, Case No.: 09-4117 E.D. LA., service upon Rothchilt International, Ltd. On February 10, 2010, AIT transmitted these to TECRO for action.

9. On June 18, 2010, AIT received a communication from TECRO stating that the service could not be effected because there is no such company at the address as indicted in the legal document. Therefore, a set of letters rogatory and accompanying documents were returned to AIT by the Taiwan Taipei District Court, on April 23, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

Carlton L. Benson
Consular Officer

Executed in Taipei, Taiwan
On June 21, 2010

The foregoing Unsworn Declaration Under Penalty of Perjury was executed in accordance with 28 U.S.C. 1746.

- 2 -

北美事務協調委員會
駐美國台北經濟文化代表處總部
*Coordination Council for North American Affairs*
*Headquarters for*
*Taipei Economic and Cultural Representative Office in the U.S.*
(TECRO)
133 BoAi Road, Taipei, Taiwan, Republic of China
Tel: 23119212   Fax: 23822651

Ref No: TECRO 09958021470

June 15, 2010

Ms. Julie L. Kavanagh
Chief
Consular Section
American Institute in Taiwan
Taipei Office
7, Lane 134, Hsin Yi Road, Sec. 3
Taipei, Taiwan

Dear Ms. Kavanagh:

In reply to AIT/T's letter (B-112) dated February 10, 2010, concerning transmittal of legal documents to Rothchilt International, Ltd., I am writing to inform you that the service has not been effected because there is no such company at the address as indicated in the legal document. Enclosed please find the original set of legal documents and a copy of the letter concerning the service from Taiwan Taipei District Court for your perusal.

Sincerely yours,

Steven Lin
Chief
Administrative Division

Encl : a/s

3   送達報告（二）

## 報　告
## 發文單位：于本院民事紀錄科

一、奉交送達99年度審助字第6號
二、該件未能送達收受人Rothchilt International, Ltd.
　　之原因
　　（下列各項不需要者要劃線塗去）
　　1.原址查無othchilt International, Ltd.
三、謹檢附原件報請

　　　鑒　核
　　　前　陳

民事紀錄科　　淨股書記官　　　職　許素英　謹簽　民國99年4月23日