UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO ALL CASES | |

# ORDER

Considering the Plaintiffs' Steering Committee's Motion to Lift Stay As to Various Pending Motions,

IT IS ORDERED that the stay in Pretrial Order No. 1 is lifted insofar as to the following pending motions:

1. Plaintiffs' Motion for Class Certification *Germano* [Document No. 3293];

2. Intervening Plaintiffs' Counsel's Petition for Fees and Costs *Germano* [Document #3248];

3. The Plaintiffs' Steering Committee's Motion to Establish A Plaintiffs' Litigation Expense Fund to compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and common Benefit *ALL CASES* [Document #4603];

4. Plaintiffs' Steering Committee's Motion Restricting Communications with Putative Class Members *Payton and Rogers* [Document #4338];

5. Plaintiffs' Motion to Intervene *Payton* [Document #4346];

1

6.  Plaintiffs' Motion to Intervene *Wiltz* [Document #4347];

7.  Plaintiffs' Motion to Intervene *Rogers* [Document #4349];

8.  Plaintiffs Motion to Intervene *Gross* [Document #4350];

9.  Plaintiffs' Motion to Impose Bond Requirement on Appellant Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co., Ltd. *Germano* [Document #4356];

10. Plaintiffs' Motion to Impose Bond Requirement on Appellant Knauf Plasterboard Tianjin Co., Ltd. *Hernandez* [Document #4382];

11. The Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Wiltz* [Document #4385];

12. The Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) as to the Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III) *Gross* [Document #4388];

13. The Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Rogers* [Document #4387]; and

14. The Plaintiffs' Steering Committee's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Amato* [Document #4443].

IT IS FURTHER ORDERED BY THE COURT that a hearing is set on each of the above listed motions for the 12th day of August, 2010, following the monthly status conference, or at a time set by the Court.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
Eldon E. Fallon
United States District Court Judge