UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | CASE NO. 2:09-MD-02047 SECTION: "L" JUDGE FALLON |
| (Relates to *Amato v. Liberty Mutual Ins.*, No. 2:10-cv-00932) | | MAG. JUDGE WILKINSON |

### NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without waiver of any defenses, W. Shelby McKenzie, John Allain Viator and L. Adam Thames of the law firm of Taylor, Porter, Brooks & Phillips, L.L.P., hereby give notice of their appearance as counsel for Defendant, RLI Insurance Company, in the above-captioned matter.

RLI Insurance Company reserves all rights and defenses, and does not waive any objections, including objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction. Undersigned counsel respectfully request that all future pleadings, documents, notices, and correspondence in connection with this action be served upon all of the undersigned counsel.

                              Respectfully submitted,

                              TAYLOR, PORTER, BROOKS, & PHILLIPS L.L.P.

                              By:   /s/ L. Adam Thames
                                       W. Shelby McKenzie (#10020)
                                       John Allain Viator (#25915)
                                       L. Adam Thames (#32722)
                                       P.O. Box 2471
                                     Baton Rouge, LA  70821
                                     Phone: 225-387-3221
                                     Fax: 225-346-8049

## - CERTIFICATE OF SERVICE -

I hereby certify that the above and foregoing **Notice of Appearance** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

/s/ L. Adam Thames

543719.1