UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Germano, et al. v. Taishan Gypsum Co., Ltd., f/k/a Shandong Taihe Dongxin Co. Ltd., et al.*,<br>Case No. 2:09-cv-6687 (E.D.La.) | |

## PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION TO IMPOSE BOND REQUIREMENT ON APPELLANT TAISHAN GYPSUM CO., LTD.

The intervening Germano plaintiffs have had defective drywall made by Taishan Gypsum Co., Ltd. ("Taishan") (and the Chinese Government sponsored cabal that supports it) in their homes for far too long. After enduring the insult to their properties, the crucible of trial, and, for some, the ignominy of losing their home to foreclosure, Taishan suddenly appears in this litigation to challenge everything and begin anew, *tabula rasa*. Nevertheless, Taishan for over a year accepted its default status. During that time, the Germano plaintiffs successfully tried their claims to this court and obtained an effective judgment in their favor.[1] Now, they are confronted by Taishan's *tabula rasa* litigation strategy. These "late comers", Taishan along with its Chinese government cohorts, has evaded this Court's jurisdiction by ignoring the Hague Convention and

---

[1] *See In re: Chinese Manufactured Drywall Products Liability Litigation*, MDL 2047, Order & Reasons (E.D.La. Aug. 5, 2010) [Document No. 4872].

1

this Court's orders and has now presented yet another evasion – Taishan opposes a *de minimis* court cost bond.

Whereas Taishan has caused the plaintiffs to engage in extensive litigation that resulted in a default judgment and a voluminous record in a bench trial before this Court, it now has the chutzpah to claim through its New York counsel that a cost bond of only $1,000.00 is appropriate. The record on appeal was agreed to by the parties in a joint designation of the record. *See* Appellant Taishan Gypsum Co., Ltd.'s and Appellees Plaintiff Intervenors' Joint Designation of the Record, attached hereto as Exhibit "A". As evident by the 66 page document, given the volume of exhibits and other documents that comprise the Record, the reproduction of such documents into the Record Excerpts warranted by Fed.R.App.P. 30 and the local rule of the Fifth Circuit on Fed.R.App.P. 30 suggests that thousands upon thousands of pages will need to be reproduced. Although it is the appellant's obligation to recreate the record, in the event that Taishan fails to produce the appropriate record appendix, that obligation then falls upon the plaintiffs. Plaintiffs have no trust in Taishan, a foreign corporation that has knowingly secreted into this country defective drywall, ignored and evaded this Court's jurisdiction, hidden behind byzantine jurisdictional obstructionist practices, and the like. To now suggest that plaintiffs accept a $1,000.00 cost bond is absurd.

Taishan's principal authority for the minuscule $1,000.00 obligation it proposes is *Vaughn v. American Honda Motor Co., Inc.*, 507 F.3d 295 (5th Cir. 2007). Taishan regales in the fact that the Fifth Circuit reduced the FRAP 7 bond from $150,000.00 to $1,000.00. Taishan, however, carefully avoids mentioning that none of the appellees contested the inadequacy of a reduced bond, a fact noted by the Circuit Court. *Id.* at 300. In contrast to the *Vaughn* appellees,

the Germano plaintiffs believe that a $1,000.00 bond will not cut the mustard. Indeed, the reproduction costs of the record in this case and the briefs required by the plaintiffs are expected to well exceed $1,000.00.

Given the ample authority already presented to this Court in our moving papers where other Court's have imposed FRAP 7 cost bonds in the vicinity of $25,000.00, the plaintiffs submit that a bond more reflective of the actual costs of this appeal should be imposed rather than the speculative, *de minimis* costs suggested by Taishan.

Accordingly, plaintiffs respectfully request that their motion to impose a cost bond in the $25,000.00 should be granted.

Respectfully submitted,

Dated: August 6, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055
Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite 650
Washington, DC 20006
Phone: (202) 540-7200
Fax: (202) 540-7201
rlewis@hausfeldllp.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiffs' Reply Brief in Support of Motion to Impose Bond Requirement on Appellant Taishan Gypsum Co., Ltd. has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
Plaintiffs' Liaison Counsel
MDL 2047