# EXHIBIT A

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2047 |
| | * |
| | * SECTION L |
| | * |
| | * JUDGE ELDON E. FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * JOSEPH C. WILKINSON, JR. |
| | * |

* * * * * * * * * * * * * * ** * * * * ** * * * * * ** * *

THIS DOCUMENT RELATES TO: *Germano et al. v. Taishan Gypsum Co., Ltd., et al.,* Case No. 09-6687

## APPELLANT TAISHAN GYPSUM CO., LTD'S AND APPELLEES PLAINTIFF INTERVENORS' JOINT DESIGNATION OF THE RECORD

Taishan Gypsum Co., Ltd. ("Taishan Gypsum") and Intervening Plaintiffs Deborah and William Morgan, Jerry and Inez Baldwin, Joe and Cathy Leach, Robert and Lisa Orlando, Fred and Vanessa Michaux, Preston and Rachel McKellar, and Steven and Elizabeth Heischober (collectively, "Plaintiff Intervenors"), by and through their attorneys, submit this Joint Designation of the Record in response to this Court's July 8, 2010 Order. Because the *Germano et al. v. Taishan Gypsum Co., Ltd., et al.* case, 2:09-6687, was tried as an individual case within the larger MDL, *In re Chinese Drywall Products Liability Litigation*, 2:09-MDL-2047, portions of the record were filed in both dockets. In addition to the transcripts previously ordered, the parties jointly submit the following as the record on appeal.

## Designations from Docket 2:09-CV-6687

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 1 | First Amended Complaint - - Class Action | 10/13/09 |
| 1 | Complaint – Class Action | 10/13/09 |
| 1 | The Porter-Blaine Corp. & Venture Supply's rule 12(b)1 and 12(B)6 Motions with Briefs in Support, Answer and Rule 13(g) Cross-Claim | 10/13/09 |
| 1 | The Porter-Blaine Corp. & Venture Supply's rule 12(b)1 and 12(B)6 Motions with Briefs in Support, Notice Requesting Hearing, Answer and Rule 13(g) Cross-Claim in Response to Amended Complaint | 10/13/09 |
| 1 | Answer | 10/13/09 |
| 1 | Answer to Cross-Claim | 10/13/09 |
| 1 | Docket sheet in Germano v. Taishan as of 10/15/09 | 10/13/09 |
| 1 | Pretrial Order #1 | 10/13/09 |
| 1 | Pretrial Order #5 | 10/13/09 |
| 1 | Pretrial Order #5A | 10/13/09 |
| 2 | Default Judgment | 5/11/10 |
| 3 | Notice of Appeal | 6/10/10 |

## Designations from Docket 2:09-MD-02047

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 2 | Pretrial Order No. 1 | 6/16/09 |
| 3 | Pretrial Order No. 3 | 6/16/09 |
| 22 | Pretrial Order No. 4 | 7/6/09 |
| 24 | Pretrial Order No. 5 | 7/6/09 |
| 94 | Pretrial Order No. 5A | 7/9/09 |
| 138 | Pretrial Order No. 6 | 7/21/09 |
| 143 | Pretrial Order No. 7 | 7/27/09 |
| 144 | Pretrial Order No. 8 | 7/27/09 |
| 147 | Pretrial Order No. 9 | 7/28/09 |
| 152 | Pretrial Order No. 7A | 8/4/09 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 161 | Joint Report No. 1 of Plaintiffs' and Defendants' Liaison Counsel by Plaintiff | 8/10/09 |
| 168 | Pretrial Order No. 11 | 8/17/09 |
| 171 | Pretrial Order No. 10 | 8/21/09 |
| 173 | Pretrial Order No. 12 | 8/25/09 |
| 174 | Pretrial Order No. 12A | 8/25/09 |
| 180 | Pretrial Order No. 7B | 8/27/09 |
| 181 | Pretrial Order No. 13 | 8/27/09 |
| 186 | Pretrial Order No. 1A | 8/28/09 |
| 187 | Joint Report No. 2 of Plaintiffs' and Defendants' Liaison Counsel by all parties | 9/1/09 |
| 248 | Pretrial Order No. 2A | 9/18/09 |
| 261 | Joint Report No. 3 of Plaintiffs' and Defendants' Liaison Counsel by Plaintiff | 9/22/09 |
| 281 | Pretrial Order No. 14 | 9/24/09 |
| 288 | Pretrial Order No. 16 | 9/25/09 |
| 289 | Pretrial Order No. 15 | 9/28/09 |
| 331 | Transfer Order | 10/6/09 |
| 336 | Pretrial Order No. 6 | 10/13/09 |
| 337 | Pretrial Order No. 1B | 10/09/09 |
| 345 | Joint Report No. 4 of Plaintiffs' and Defendants' Liaison Counsel. | 10/14/09 |
| 396 | Plaintiffs' Motion to Amend the First Amended Class Action Complaint by Interlineation | 10/30/09 |
| 401 | Pretrial Order No. 17 | 11/2/09 |
| 414 | Pretrial Order No. 18 | 11/5/09 |
| 432 | Motion to Compel Discovery by Plaintiffs | 11/11/09 |
| 433 | EXPARTE/CONSENT MOTION to Expedite Hearing on the PSC's Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. [Doc. 432] by Plaintiffs Steering Committee. | 11/11/09 |
| 450 | Transfer Order | 11/13/09 |
| 459 | Joint Report No. 5 of Plaintiffs' and Defendants' Liaison Counsel | 11/17/09 |
| 462 | RESPONSE/MEMORANDUM in Support filed by Plaintiffs Steering Committee re 432 MOTION to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp.. | 11/18/09 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 464 | Plaintiffs' Motion for Default Judgment Against Taishan Gypsum Co., Ltd. | 11/18/09 |
| 469 | ORDERED that the Plaintiffs' 396 Motion to Amend the First amended class action complaint by interlineation is GRANTED | 11/18/09 |
| 470 | Second Amend Complaint -- Class Action | 11/18/09 |
| 479 | EXPARTE/CONSENT MOTION for Leave to File PSC's Reply Brief in Support of Its Motion to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. by Plaintiffs Steering Committee. | 11/19/09 |
| 487 | ORDERED that the Plaintiffs' 464 Motion for entry of Default Judgment against Taishan Gypsum Co., Ltd. is granted. | 11/20/09 |
| 502 | SCHEDULING ORDER - Evidentiary Hearing set for 1/25/2010 08:30 AM and shall continue from day to day as the Court may direct. | 11/25/09 |
| 506 | ORDERED that Defendants Venture Supply, Inc. and Porter-Blaine Corp.'s Rule 12(b)(1) and Rule 12(b)(6) Motions and Objection to the Apparent Stipulation or Agreement Between the DSC and PSC, which have not been filed or briefed in the MDL, will not be heard by the Court next week. IT IS FURTHER ORDERED that, consistent with the Minute Entry of November 19, 2009, a hearing is SCHEDULED for Friday, December 4, 2009, at 9:00a.m. re 432 MOTION to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp. and Porter-Blaine Corp.'s Motion to Disqualify Counsel for Plaintiffs (Re-noticed by Response, Rec. Doc. No. 346). | 11/25/09 |
| 508 | Pretrial Order No. 13A | 11/25/09 |
| 509 | Pretrial Order No. 1C | 11/25/09 |
| 511 | Answer to Amended Complaint by Defendant Tobin | 11/25/09 |
| 512 | MOTION for More Definite Statement and, MOTION to Dismiss by Defendant Tobin Trading, Inc. | 11/25/09 |
| 514 | Order: Germano Motion to Disqualify Counsel for Plaintiffs By Defendants Porter-Blaine Corp and Venture Supply continued | 11/30/09 |
| 515 | NOTICE by Defendants Venture Supply, Inc. and The Porter-Blaine Corporation of Filing Previous Served Pleadings. | 12/1/09 |
| 516 | OBJECTIONS by Defendants Venture Supply, Inc. and The Porter-Blaine Corporation to Apparent Stipulation or Agreement between DSC and PSC | 12/1/09 |
| 517 | Resposive Pleadings and ANSWER to Complaint, CROSSCLAIM against Defendant by Defendants The Porter-Blaine Corporation and Venture Supply, Inc. | 12/1/09 |
| 520 | EXPARTE/CONSENT MOTION for Entry of Consent Order by Plaintiffs' Steering Committee | 12/1/09 |
| 521 | Answer to Germano Complaint by Defendants Porter-Blaine and Venture with Cross Claim against Defendant Tobin | 12/1/09 |
| 522 | RESPONSE/MEMORANDUM in Opposition filed by Defendants Venture Supply, Inc. and The Porter-Blaine Corp. re 432 MOTION to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp.. | 12/1/09 |

4

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 523 | Request by Defendants The Porter-Blaine Corporation and Venture Supply re 531 Motion to disqualify and motion to dismiss. | 12/1/09 |
| 524 | OBJECTIONS by Defendants The Porter-Blaine Corporation and Venture Supply, Inc. re 506 Order Setting/Resetting Hearing on Motion,, ( | 12/1/09 |
| 531 | Order: Germano Motion to Disqualify Counsel for Plaintiffs By Defendants Porter-Blaine Corp and Venture Supply continued | 11/30/09 |
| 533 | Request/Statement for Oral Argument by Defendants Venture Supply, Inc. and The Porter-Blaine Corporation regarding 531 MOTION to Disqualify Counsel. | 11/30/09 |
| 534 | EXPARTE/CONSENT MOTION for Leave to File Memorandum in Excess of 25 Pages by Defendant Tobin Trading, Inc. | 12/1/09 |
| 541 | ORDERED that the Plaintiffs' Steering Committee's 479 Motion for Leave to File a reply brief in support of motion to compel discovery is GRANTED | 12/1/09 |
| 542 | REPLY BRIEF in Support filed by Plaintiffs' Steering Committee re 432 MOTION to Compel Discovery From Defendants, Venture Supply, Inc. and Porter-Blaine Corp.. | 12/2/09 |
| 543 | Answer to Germano Complaint by Defendant Harbor Walk Development | 12/2/09 |
| 546 | CONSENT ORDER re 520 objection to apparent stipulation or agreement between the DSC and PSC. | 12/2/09 |
| 548 | Plaintiffs' Motion to Intervene Pursuant to the Court's Scheduling Order of Nov. 25, 2009 | 12/3/09 |
| 551 | ORDER granting 534 Tobin Trading's Motion for Leave to File a memorandum in support of motion for more definite statement and to dismiss in excess of 25 pages. | 12/3/09 |
| 552 | Motion for a More Definite Statement and to Dismiss by Defendant Tobin | 12/4/09 |
| 558 | Motion to Intervene or, in the Alternative, to Consolidate Hearing (by Mitchell Co.) | 12/4/09 |
| 561 | Motion for Leave to Intervene (by Knauf Plasterboard) | 12/4/09 |
| 566 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 12/4/2009 | 12/4/09 |
| 567 | ORDERED that a Telephone Status Conference to discuss discovery issues is set for 12/18/2009 at 1:30 PM before Judge Eldon E. Fallon. | 12/7/09 |
| 570 | MOTION for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and, MOTION to Continue Confirmation of Default Judgment Proceeding by Non-Party Distributor Defendants. | 12/8/09 |
| 571 | EXPARTE/CONSENT MOTION to Expedite Hearing on Motion for Extension of Deadlines in this Court's Scheduling Order Dated 11/24/09 and for Continuance of the February Confirmation of Default Judgment Proceeding by Non-Party Distributor Defendants'. | 12/8/09 |
| 574 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiffs' Steering Committee re 570 MOTION for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and MOTION to Continue Confirmation of Default Judgment Proceeding. | 12/8/09 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 576 | Order regarding Scheduling Order | 12/8/09 |
| 580 | Joint Report No. 6 by Plaintiffs' and Defendants' Liaison Counsel. | 12/8/09 |
| 593 | ANSWER to 521 Crossclaim, with Jury Demand by Cross-Defendant Tobin Traing, Inc | 12/10/09 |
| 601 | ORDERED that the Distributor Defendants' 571 MOTION to Expedite Hearing on Motion for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and for Continuance of the February Confirmation of Default Judgment Proceeding is GRANTED | 12/10/09 |
| 605 | Witness List of Plaintiff the Mitchell Co. | 12/11/09 |
| 618 | EX PARTE/CONSENT by Non-Party Distributor Defendants' for Leave to File a response to PSC's opposition to motion for extension of deadlines in Court's scheduling order dated 11/24/09 and for continuance of the February confirmation of default judgment proceeding | 12/15/09 |
| 619 | ERROR: DOCUMENT SHOULD HAVE BEEN FILED AS ATTACHMENT TO DOC. 618. RESPONSE/MEMORANDUM in Opposition filed by Defendant re 570 MOTION for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and MOTION to Continue Confirmation of Default Judgment Proceedin | 12/15/09 |
| 624 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 12/16/2009 on Non Party Distributor Defendants' 570 MOTION for Extension of Deadlines in this Court's Scheduling Order Dated November 24, 2009 and MOTION to Continue Confirmation of Default Judgment Proceeding | 12/16/09 |
| 630 | ORDER that telephone status conference is CONTINUED without date. | 12/18/09 |
| 633 | EXPARTE/CONSENT MOTION for Entry of Revised Scheduling Order by intervenor Knauf Plasterboard Tianjin co., Ltd. | 12/18/09 |
| 638 | Witness List of Knauf Plasterboard (Tianjin) Co., Ltd. | 12/18/09 |
| 639 | Plaintiffs' Witness List and Appendix | 12/18/09 |
| 641 | ORDERED that Knauf Plasterboard Tianjin Co. Ltd's 561 MOTION to Intervene filed and the 548 MOTION to Intervene filed by Jerry and Inez Baldwin, Steven and Elizabeth Heischober, Joseph and Kathy Leach, Preston and Rachael McKellar, J. Frederick and Vannessa Michaux, William and Deborah Morgan and Robert and Lea Orlando are GRANTED. ORDERED that the The Mitchell Company, Inc's 558 MOTION to Intervene or, in the Alternative, to Consolidate Hearing is set for hearing on 12/30/2009 AM before Judge Eldon E. Fallon.Responses to the motion are due 12/28/09 | 12/21/09 |
| 642 | ORDER granting Knauf Plasterboard Tianjin Co., Ltd's 633 Motion for entry of a revised scheduling order. | 12/21/09 |
| 643 | REVISED SCHEDULING ORDER: 502 Approved by Judge Eldon E. Fallon. | 12/21/09 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 678 | Minute Entry for proceedings held before Judge Eldon E. Fallon: A Telephone Status Conference was held on 12/29/2009. | 12/29/09 |
| 675 | TRANSCRIPT of Motion Hearing held on December 4, 2009 | 1/4/10 |
| 681 | Opposition filed by Defendants Venture Supply, Inc. and The Porter-Blaine Corporation | 1/5/10 |
| 682 | ORDERED that the Mitchell Company, Inc.'s Motion to Intervene or, In the Alternative, to Consolidate Hearing, 558 is GRANTED with regard to intervention, and is DENIED with regard to consolidation | 1/5/10 |
| 697 | ORDERED that the Non-Party Distributor Defendants' 618 Motion for Leave to File a response to PSC's Opposition to Motion for Extension of Deadlines in this Court's Scheduling Order Dated 11/24/09 and for Continuance of the February Confirmation of Default Judgment Proceeding and supporting Affidavit be and is hereby DENIED as moot. | 1/5/10 |
| 700 | ORDERED that expert reports (and supporting documents) produced by counsel offering the experts shall be designated confidential and such designation shall be governed by Pre-Trial Order No. 16. However, expert reports may be provided by the parties to government agencies upon official request. Nothing herein modifies, alters or amends the prior Orders of this Court. | 1/6/10 |
| 701 | First Set of Documents Requests by Mitchell to Defendants' Liason Counsel, Mitchell | 1/6/10 |
| 709 | Opposition filed by Defendant Tobin Trading, Inc | 1/7/10 |
| 716 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Tobin Trading Inc. re 672 MOTION to Amend/Correct the First Amended Class Action Complaint by Interlineation. | 1/8/10 |
| 718 | Pretrial Order No. 1D | 1/8/10 |
| 731 | Joint Report No. 7 of Plaintiffs' and Defendants' Liaison Counsel. | 1/12/10 |
| 764 | NOTICE to Take Oral and Videotaped Deposition of Matthew J. Perricone, Ph.D. by Plaintiffs Steering Committee. | 1/19/10 |
| 765 | NOTICE to Take Oral and Videotaped Deposition of Roger Morse by Plaintiffs Steering Committee. | 1/19/10 |
| 772 | EXPARTE/CONSENT MOTION for Entry of Scheduling Order by Plaintiffs' Steering Committee. | 1/20/10 |
| 773 | Motion to Strike Untimely Rebuttal Expert Reports by Intervenor Knauf Plasterboard | 1/20/10 |
| 774 | EXPARTE/CONSENT MOTION to Expedite Intervenor Knauf Plasterboard Tianjin's Motion to Strike Untimely Rebuttal Expert Reports. | 1/20/10 |
| 779 | NOTICE of Trial Perpetuation oral and videotaped depositions of Kenneth Acks by Plaintiffs Steering Committee.( | 1/21/10 |
| 784 | ORDERED that the Plaintiffs' Steering Committee's 772 Motion for entry of scheduling order is GRANTED. FURTHER ORDERED that the attached scheduling order be entered into the record. | 1/21/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 820 | ORDERED that Knauf Plasterboard Tianjin's 774 MOTION to Expedite is granted and that hearing on the 773 MOTION to Strike Untimely Rebuttal Expert Reports shall be held on 1/28/2010 on the briefs. | 1/26/10 |
| 827 | EXPARTE/CONSENT MOTION to Seal its motion to exclude portions of expert report and testimony of Donald Galler by Defendant Knauf Plasterboard Tianjin Company, Limited. | 1/27/10 |
| 828 | EXPARTE/CONSENT MOTION to Seal its motion to exclude portions of expert report and testimony of Dean Rutila by Defendant Knauf Plasterboard Tianjin Company, Limited. | 1/27/10 |
| 829 | EXPARTE/CONSENT MOTION to Seal its motion to exclude portions of expert report and testimony of Dr. J.R. Scully by Defendant Knauf Plasterboard Tianjin Company, Limited. | 1/27/10 |
| 830 | EXPARTE/CONSENT MOTION for Leave to File Memorandum of Law in Support of Motion to Exclude in Excess of Page Limits by Plaintiffs' Steering Committee. | 1/27/10 |
| 831 | EXPARTE/CONSENT MOTION for Leave to File Under Seal the Memorandum of Law in Support of Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D. by Plaintiffs' Steering Committee. | 1/27/10 |
| 832 | Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D. by Plaintiffs' Steering Committee. | 1/27/10 |
| 844 | ORDERED that Knauf Plasterboard Tianjin's 773 Motion to Strike untimely rebuttal expert reports is DENIED | 1/27/10 |
| 848 | ORDERED that the Plaintiffs' Steering Committee's 830 Motion for Leave to File brief in excess of page limits is GRANTED. | 1/28/10 |
| 850 | ORDERED that Knauf Plasterboard's 827 Motion to Seal the motion to exclude portions of the expert report and testimony of Donald Galler. | 1/28/10 |
| 851 | Motion by Knauf Plasterboard Tianjin Company, Ltd. to exclude portions of expert report and testimony of Donald Galler, Opposition by Plaintiffs' Steering Committee | 1/28/10 |
| 853 | ORDER granting 828 Knauf Plasterboard's Motion to Seal motion to exclude portions of the expert report and testimony of Dean Rutila | 1/28/10 |
| 854 | Motion by Knauf Plasterboard Tianjin Company, Ltd. to exclude portions of expert report and testimony of Dean Rutila, Opposition by Plaintiffs' Steering Committee | 1/28/10 |
| 855 | ORDER granting 829 Knauf Plasterboard's Motion to Seal motion to exclude portions of the expert report and testimony of Dr. J.R. Scully. | 1/28/10 |
| 856 | Motion by Knauf Plasterboard Tianjin Company, Ltd. to exclude portions of expert report and testimony of Dr. JR Scully, Opposition by PSC | 1/28/10 |
| 857 | ORDER granting 831 the Plaintiffs' Steering Committee's Motion for Leave to File the memo in support of motion to exclude expert opinions of Roger G. Morse, AIA and Matthew J. Perricone, Ph.D. | 1/28/10 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 860 | EXPARTE/CONSENT MOTION for Leave to File Under Seal the Responses in Opposition to Knauf's Moton to Exclude Portions of the Expert Report and Testimony of Dr. John R. Scully, Donald Galler and Dean Rutila by Plaintiffs' Steering Committee. | 1/28/10 |
| 872 | EXPARTE/CONSENT MOTION to file its response to the motion to exclude expert opinions of Roger Morse AIA, and Matthew Perricone, Ph.D. under seal by Defendant Knauf Plasterboard Tianjin Company, Limited. | 1/28/10 |
| 876 | NOTICE of trial perpetuation oral and videotaped deposition of Ron Bailey by Plaintiffs Steering Committee | 2/1/10 |
| 878 | ORDERED that the Plaintiffs' Steering Committee's 860 Motion for Leave to File responses in opposition to motion to exclude portions of expert report and testimony of Donald Galler, Dr. John R. Scully and Dean Rutila Under Seal is GRANTED and that such remains confidential subject to further orders of this Court. | 2/1/10 |
| 879 | Opposition to Motion to exclude portions of expert report and testimony of D. Rutila. | 2/1/10 |
| 880 | Opposition to motion to exclude portions of expert report and testimony of Dr. Scully. | 2/1/10 |
| 881 | Opposition to motion to exclude portions of expert report and testimony of D. Galler. | 2/1/10 |
| 889 | NOTICE OF ERRATA by Plaintiffs' Steering Committee re 857 Order on Motion for Leave to File, Memorandum of Law in Support of Its Motion to Exclude the Expert Opinions of Rogert G. Morse, AIA, and Matthew J. Perricone, Ph.D.. | 2/1/10 |
| 912 | NOTICE to Take Trial Perpetuation Oral and Videotaped Deposition of J.C. Tuthill by Plaintiffs Steering Committee. | 2/2/10 |
| 913 | NOTICE to Take Trial Perpetuation Oral and Videotaped Deposition of Edward Lyon, P.E. by Plaintiffs Steering Committee. | 2/2/10 |
| 923 | EXPARTE/CONSENT MOTION to Supplement Memorandum of Law In Support of Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D. by Plaintiffs' Steering Committee. | 2/2/10 |
| 926 | Minute Entry for proceedings held before Judge Eldon E. Fallon: | 1/29/10 |
| 932 | NOTICE to Take Oral and Videotaped Deposition of William Broom Alexander "Sandy" Sharp, Ph.D. by Plaintiffs Steering Committee. | 2/4/10 |
| 934 | EXPARTE/CONSENT MOTION to Seal opposition to PSC's supplemental submission to memo of law in support of motion to exclude expert opinions of Roger Morse and Matthew Perricone by Defendant Knauf Plasterboard Tianjin Company, Limited. | 2/3/10 |
| 936 | NOTICE to Take Oral and Videotaped Deposition of Phillip Goad by Plaintiffs Steering Committee. | 2/4/10 |
| 937 | NOTICE of Trial Perpetuation Oral and Videotaped Deposition of Jack Caravanos, Ph.D. by Plaintiffs Steering Committee. | 2/4/10 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 938 | NOTICE of Trial Perpetuation Oral and Videotaped Deposition of Lori Streit by Plaintiffs Steering Committee | 2/4/10 |
| 939 | AMENDED NOTICE to Take Oral and Videotaped Deposition of Phillip Goad by Plaintiffs Steering Committee. | 2/4/10 |
| 940 | AMENDED NOTICE to Take Oral and Videotaped Deposition of William Broom Alexander "Sandy" Sharp, Ph.D. by Plaintiffs Steering Committee. | 2/4/10 |
| 962 | NOTICE to Take Trial Perpetuation oral and videotaped Deposition of Jonathan R. Barnett by Plaintiffs Steering Committee. | 2/5/10 |
| 963 | RE-NOTICE to Take Trial Perpetuation Oral and Videotaped Deposition of Jack Caravanos, Ph.D. | 2/5/10 |
| 965 | ORDERED that 922 Banner Supply Co's Motion for Leave to exceed the page limitation with regard to its motion to stay, motion to abate, or alternatively, motion to dismiss the complaint is GRANTED. | 2/4/10 |
| 976 | ORDERED that the Plaintiffs' Steering Committee's 923 Motion to supplement its memo in support of motion to exclude expert opinions is GRANTED. | 2/4/10 |
| 977 | Supplemental Submission filed by Plaintiffs Steering Committee to its memo of law in support of its 832 MOTION to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D.. | 2/5/10 |
| 1023 | Joint Status Report No. 8 of Plaintiffs' and Defendants' Liaison Counsel. | 2/10/10 |
| 1027 | RE-NOTICE to Take Trial Perpetuation Oral and Videotaped Deposition of Lori Streit (RE-NOTICE) by Plaintiffs Steering Committee. | 2/10/10 |
| 1039 | Minute Entry for proceedings held before Judge Eldon E. Fallon: | 2/9/10 |
| 1040 | ORDER - The Court previously entered a Minute Entry setting the deadline for submission of exhibits, exhibit lists, witness lists, and motions in limine to Chambers for Monday, February 15, 2010. However, because the Court is closed for Presidents Day and will require extra security for Lundi Gras, IT IS ORDERED that this deadline is CONTINUED TO Wednesday, February 17, 2010, at 9:00 a.m. | 2/11/10 |
| 1049 | Memorandum by Plaintiffs' in Support of Scope and Extent of Remediation | 2/12/10 |
| 1050 | ORDERED that the 934 MOTION to Seal opposition to PSC's supplemental submission to memo of law in support of motion to exclude expert opinions of Roger Morse and Matthew Perricone by Defendant Knauf Plasterboard Tianjin Company, Limited. | 2/12/10 |
| 1051 | Knauf Plasterboard Tianjin Co., Ltd.'s opposition to supplemental submission to memo of law in support of motion to exclude expert opinions of Roger Morse and Matthew Perricone. | 2/12/10 |
| 1052 | ORDERED that the 872 MOTION to file response to the motion to exclude expert opinions of Roger Morse AIA, and Matthew Perricone, Ph.D. under seal by Defendant Knauf Plasterboard Tianjin Company, Limited is GRANTED. | 2/12/10 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 1053 | Response to motion to exclude expert opinions of Roger Morse and Matthew Perricone. | 2/12/10 |
| 1058 | EXPARTE/CONSENT MOTION for Leave to File PSC's Memorandum in Support of Motion in Limine (No. 1) to Preclude the Testimony of Knauf Experts on The Cost Effectiveness of XRF Sampling and a Corrosion Grading Scale Assessment As Components of Selective Chinese Drywall Identification and Removal Under Seal by Plaintiffs' Steering Committee. | 2/12/10 |
| 1059 | Motion in Limine to Preclude the Testimony of Knauf Experts on the Cost Effectiveness of XRF Sampling and a            Corrosion Grading Scale Assessment as Components of Selective Chinese Drywall Identification and Removal by Plaintiffs' Steering Committee | 2/12/10 |
| 1060 | EXPARTE/CONSENT MOTION for Leave to File PSC's Memorandum in Support of Motion in Limine (No. 2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing Under Seal by Plaintiffs' Steering Committee. | 2/12/10 |
| 1061 | Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing by Plaintiffs' Steering Committee | 2/12/10 |
| 1062 | Motion in Limine to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation an            Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air Quality and Corrosion by Plaintiffs' Steering Committee | 2/12/10 |
| 1063 | MOTION in Limine to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation an Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air Quality and Corrosion by Plaintiffs' Steering Committee. | 2/12/10 |
| 1064 | EXPARTE/CONSENT MOTION for Leave to File PSC's Memorandum in Support of Motion in Limine (No.4) to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D. Under Seal by Plaintiffs' Steering Committee. | 2/12/10 |
| 1065 | MOTION in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W.Sproles, Ph.D. by Plaintiffs' Steering Committee | 2/12/10 |
| 1066 | EXPARTE/CONSENT MOTION for Leave to File PSC's Response in Opposition to Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos Under Seal by Plaintiffs' Steering Committee. ( | 2/12/10 |
| 1069 | Trial Brief by The Mitchell Co., Inc | 2/12/10 |
| 1078 | Pretrial Order No. 1E | 2/12/10 |
| 1079 | Memorandum by Intervenor Knauf Plasterboard (Tianjin) Co., Ltd. Regarding the Scope and Extent of Remediation for Houses Impacted With Allegedly Defective Chinese Drywall | 2/12/10 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 1089 | Motion in Limine to Exclude From Evidence Costs of Remediation Incurred by Builders by Plaintiffs' Steering Committee | 2/17/10 |
| 1090 | ORDER - IT IS ORDERED that the PSC's Motion to Exclude the Expert Opinions of Roger G. Morse, AIA, and Matthew J. Perricone, Ph.D. 832 is GRANTED IN PART with regard to expert testimony on the Environmental Control System (ECS) and on the X-Ray Fluoroscopy Device's (XRF) use to detect individual sheets of Chinese drywall, and DENIED IN PART with regard to expert testimony on the XRF's use to detect the general presence of Chinese drywall and the visual corrosion grading scale. IT IS FURTHER ORDERED that Knaufs (1) Motion to Exclude Portions of Expert Report and Testimony of Dean Rutila 854 , (2) Motion to Exclude Portions of Expert Report and Testimony of Donald Galler 851 , and (3) Motion to Exclude Portions of Expert Report and Testimony of Dr. J.R. Scully 856 are DENIED. Signed by Judge Eldon E. Fallon on 2/12/10.(Reference: 09-6687) | 2/17/10 |
| 1091 | EXPARTE/CONSENT MOTION for Leave to File Under Seal the Memorandum in Support of PSC's Motion in Limine (No. 6) to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home by Plaintiffs' Steering Committee. | 2/17/10 |
| 1092 | Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home by Plaintiffs' Steering Committee. | 2/17/10 |
| 1093 | MOTION in Limine to Exclude Testimony and Opinions that Electrical Equipment May Fail As A Result of Chinese Drywall by Defendant Knauf Plasterboard Tianjin Co., Ltd | 2/17/10 |
| 1095 | Witness and Exhibit List by Plaintiffs Steering Committee | 2/17/10 |
| 1097 | EXPARTE/CONSENT MOTION to Seal Document 1093 First MOTION in Limine to Exclude Testimony and Opinions that Electrical Equipment May Fail As A Result of Chinese Drywall by Defendant Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1100 | Supplemental Witness and Exhibit List by Plaintiffs' Steering Committee | 2/17/10 |
| 1101 | MOTION in Limine to (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious by Intervenor Knaif Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1102 | EXPARTE/CONSENT MOTION to Seal Memorandum in Support of Motion in Limine No. 2 by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1103 | MOTION in Limine to (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzzlar Attached to Untimely Filed Caravanos Report by Intervenor Knauf Plasterboard Tianjin Co., Ltd | 2/17/10 |
| 1104 | RESPONSE to Motion filed by Plaintiffs' Steering Committee re 1101 | 2/17/10 |
| 1105 | EXPARTE/CONSENT MOTION to Seal Document Memorandum in Support of Motion in Limine No. 3 by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/1710 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 1106 | MOTION in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W.Sproles, Ph.D. by Plaintiffs' Steering Committee | 2/17/10 |
| 1107 | RESPONSE to Motion filed by Plaintiffs' Steering Committee re 1103 | 2/17/10 |
| 1108 | EXPARTE/CONSENT MOTION to Seal Memorandum in Support of Motion in Limine No. 4 by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1109 | MOTION in Limine to (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue by Intevernor Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 2/18/2010 02:00 PM before Judge Eldon E. Fallon. | 2/17/10 |
| 1110 | RESPONSE to Motion filed by Plaintiffs' Steering Committee re 1106 MOTION in Limine to (No. 4) to Bar the Plaintiffs Steering Committee's Animation MOTION in Limine to (No. 4) to Bar the Plaintiffs Steering Committee's Animation. | 2/17/10 |
| 1111 | Response to Motion filed by The Mitchell Co., Inc. re Motion in Limine to Exclude From Evidence Costs of Remediation Incurred by Builders | 2/17/10 |
| 1112 | EXPARTE/CONSENT MOTION to Seal Memorandum in Support of Motion in Limine No. 5 by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1113 | RESPONSE to Motion filed by Plaintiffs' Steering Committee re 1109 MOTION in Limine to (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue | 2/17/10 |
| 1114 | Designation of Exhibits by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1116 | ORDER granting 1066 Motion for Leave to File Under Seal the Plaintiffs' Steering Committees Response in Opposition to Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos. Signed by Judge Eldon E. Fallon on 2/17/10 | 2/17/10 |
| 1117 | Revised Witness List by Intervenor Knauf Plasterboard Tianjin Co., Ltd. | 2/17/10 |
| 1118 | RESPONSE to Motion filed by Plaintiffs' Steering Committee re First MOTION in Limine to Exclude Testimony and Opinions that Electrical Equipment May Fail As A Result of Chinese Drywall | 2/17/10 |
| 1119 | ORDER granting 1062 Motion for Leave to File File Memorandum in Support of the Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions On Indoor Air Quality and Corrosion. | 2/17/10 |
| 1120 | Plaintiff's Steering Committee's Response in Opposition to Knauf's Motion to Strike the Report and Preclude the Testimony of Jack Caravanos | 2/17/10 |
| 1121 | Plaintiff's Steering Committee's Memo In Support of Motion in Limine (3) To Limit the Testimony of Phillip Goad | 2/17/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 1122 | ORDER granting 1060 Motion for Leave to File File Memorandum in Support of the Motion in Limine (No. 2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing Under Seal. Signed by Judge Eldon E. Fallon on 2/17/10. | 2/17/10 |
| 1123 | Plaintiff's Steering Committee's Memorandum in Support of Motion in Limine (2) to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing | 2/17/10 |
| 1124 | ORDER granting 1058 Motion for Leave to File Memorandum in Support of the Motion in Limine (No. 1) to Preclude the Testimony of Knauf Experts on the Cost Effectiveness of XRF Sampling and a Corrosion Grading Scale Assessment as Components of Selective Chinese Drywall Identification and Removal Under Seal. | 2/17/10 |
| 1125 | Plaintiff's Steering Committee's Memorandum in Support of Motion in Limine | 2/17/10 |
| 1126 | ORDER granting 1064 Motion for Leave to File Memorandum in Support of the Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Dam. | 2/17/10 |
| 1128 | Plaintiff's Steering Committee's Motion in Limine (NO.4) to exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Spoles PH.D | 2/17/10 |
| 1129 | Order GRANTED re 1063 Motion for Leave to File PSC's Memorandum in Support of Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air Quality and Corrosion, and 1089 MOTION in Limine to Exclude From Evidence Costs of Remediation Incurred by Builders filed by Plaintiff | 2/17/10 |
| 1130 | ORDER granting 1097 Motion to Seal Document. | 2/17/10 |
| 1131 | ORDER granting 1102 Motion to Seal. | 2/17/10 |
| 1132 | ORDER granting 1105 Motion to Seal Document. | 2/17/10 |
| 1133 | ORDER finding as moot 1108 Motion to Seal. | 2/17/10 |
| 1134 | ORDER granting 1112 Motion to Seal. | 2/17/10 |
| 1135 | Intervenor Knauf Plasterboard Tianjin Co., Ltd.'s Memorandum In Support of Motion in Limine | 2/17/10 |
| 1136 | Intervenor Knauf Plasterboard Tianjin Co., Ltd.'s Memorandum In Support of Motion in Limine (NO 2) | 2/17/10 |
| 1137 | Intervenor Knauf Plasterboard Tianjin Co., Ltd.'s Memorandum In Support of Motion in Limine (NO.3) | 2/17/10 |
| 1138 | Intervenor Knauf Plasterboard Tianjin Co., Ltd.'s Memorandum In Support of Motion in Limine (NO.4) | 2/17/10 |

| DOC. # | DESCRIPTION | DATE |
|--------|-------------|------|
| 1139 | Intervenor Knauf Plasterboard Tianjin Co., Ltd.'s Memorandum In Support of Motion in Limine (NO.5) | 2/17/10 |
| 1140 | Order DENIED re 1093 First MOTION in Limine to Exclude Testimony and Opinions that Electrical Equipment May Fail As A Result of Chinese Drywall filed by Defendant, 1101 MOTION in Limine to (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious MOTION in Limine to (No. 2) to Exclude Testimony that Emissions or Odors from Chinese Drywall are Harmful to, or Otherwise Impact Health are Toxic or Noxious filed by Defendant, 1103 MOTION in Limine to (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzzlar Attached to Untimely Filed Caravanos Report MOTION in Limine to (No. 3) to Strike and Exclude Hearsay Opinions of Zdenek Hejzzlar Attached to Untimely Filed Caravanos Report filed by Defendant, 1109 MOTION in Limine to (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue MOTION in Limine to (No. 5) to Restrict the Evidentiary Hearing and the Court's Findings of Fact and Conclusions of Law to the Scope and Extent of Appropriate Remediation for the Seven Homes at Issue filed by Defendant | 2/17/10 |
| 1141 | Order - that the Plaintiffs' Steering Committee's Motion in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D. is GRANTED | 2/17/10 |
| 1142 | ORDER & REASONS that the Plaintiffs' Steering Committee's (PSC) Motion in Limine to Exclude Knauf Expert Reliance on Incomplete and Late Data Regarding Knauf's One Occupied ECS Home is DENIED AS MOOT | 2/17/10 |
| 1143 | Opposition filed by Intervenor Knauf Plasterboard Tianjin Co., Ltd re MOTION in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing | 2/17/10 |
| 1144 | Opposition filed by Intervenor Knauf Plasterboard Tianjin Co., Ltd. Motion in Limine to Exclude From Evidence Costs of Remediation Incurred by Builders | 2/17/10 |
| 1145 | Opposition filed by Intervenor Knauf Plasterboard Tianjin Co., Ltd | 2/17/10 |
| 1146 | Opposition filed by Intervenor Knauf Plasterboard Tianjin Co., Ltd. re Motion for Leave to File PSC's Memorandum in Support of Motion in Limine (No. 3) to Limit the Testimony of Phillip Goad, Ph.D. to Issues Relevant to Property Remediation and Property Damage, and to Preclude Other Knauf Experts From Offering New Opinions on Indoor Air Quality and Corrosion | 2/17/10 |
| 1147 | Opposition filed by Intervenor Knauf Plasterboard Co., Ltd. re Motion in Limine to Exclude the Expert Affidavit of Tracey Dodd and the Expert Declaration of Robert W. Sproles, Ph.D | 2/17/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 1148 | Opposition filed by Intervenor Knauf Plasterboard Tianjin Co., Ltd | 2/17/10 |
| 1149 | Seventh MOTION in Limine to Strike Knauf's Late-Disclosed Witnesses by Plaintiffs' Steering Committee. Motion Hearing set for 2/18/2010 02:00 PM before Judge Eldon E. Fallon | 2/17/10 |
| 1150 | Intervenor Knauf Plasterboard (Tianjin) Co. Ltd. of Voluntary Withdrawal from the Proceeding | 2/18/10 |
| 1164 | ORDERED regarding the Plaintiffs' Steering Committee's 1149 Motion in Limine to Knaufs Late-Disclosed Witnesses. Given Knauf's recent withdrawal from the Germano hearing 1150 , IT IS ORDERED that the Motion is DENIED AS MOOT | 2/18/10 |
| 1223 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Evidentiary Hearing on confirmation of default against Taishan Gypsum Co., Ltd. began on 2/19/2010 | 2/19/10 |
| 1258 | Minute Entry for proceedings held 2/22/2010 before Judge Eldon E. Fallon: Evidentiary Hearing on Confirmation of Default against Taishan Gypsum Co., Ltd. continued from 2/19/10. | 2/22/10 |
| 1261 | DEPOSITION of Lori A. Streit, Ph.D. taken on 2/12/10 by Plaintiffs. | 2/22/10 |
| 1264 | DEPOSITION of Edward G. Lyon, P.E. taken on 2/4/10 by Plaintiffs | 2/22/10 |
| 1266 | DEPOSITION of Jack Caravanos, Ph.D. taken on 2/12/10 by Plaintiffs | 2/22/10 |
| 1267 | DEPOSITION of Kenneth M. Acks taken on 2/2/10 by Plaintiffs. | 2/22/10 |
| 1268 | DEPOSITION of Jonathan R. Barnett, Ph.D., P.E. taken on 2/12/10 by Plaintiffs | 2/22/10 |
| 1269 | DEPOSITION of J.C. Tuthill, CPA taken on 2/4/10 by Plaintiffs. | 2/22/10 |
| 1270 | DEPOSITION of William Broom Alexander "Sandy" Sharp, Ph.D. taken on 2/5/10 by Plaintiffs. | 2/22/10 |
| 1271 | DEPOSITION of Samuel G. Porter taken on 12/16/09 by Plaintiffs | 2/23/10 |
| 1287 | ORDERED that the Plaintiffs' Steering Committee's 1091 Motion for Leave to File their memo in support of motion in limine No. 6 to exclude Knauf Expert Reliance on incomplete and late data regarding Knauf's One Occupied ECS Home UNDER SEAL is GRANTED. S | 2/23/10 |
| 1288 | PSC's Memo in support of motion in limine No. 6 to exclude expert reliance on incomplete and late data regarding one occupied ECS home | 2/23/10 |
| 1365 | EXPARTE/CONSENT MOTION to Substitute Exhibits to Conform to Evidence by Plaintiffs' Steering Committee. | 2/25/10 |
| 1430 | NOTICE for Removal of Exhibits by Clerk re 1258 Evidentiary Hearing,. | 2/25/10 |
| 1436 | ORDERED that the PSC's 1061 Motion in Limine to Preclude the Testimony of Dr. Perricone Regarding Corrosion Thickness Measurements and Calculations Related to Surrogate Copper Coupon Testing and the PSC's 1106 Motion in Limine Bar the PSC's Animation are DENIED as moot. Signed by Judge Eldon E. Fallon on 2/24/10 | 2/17/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 1497 | ORDER granting the Plaintiffs' Steering Committee' 1365 Motion to Substitute Exhibits to Conform to Evidence - Exhibit A to the Affidavit of J.C. Tuthill, marked Exhibits P3.0637-0001-0014, shall be substituted for Exhibits P3.0622-0001- 0015 and entered into evidence in the record of these proceedings, along with the Affidavit of J.C. Tuthill. | 2/26/10 |
| 1514 | Proposed Findings of Fact & Conclusions of Law by The Plaintiffs Steering Committee | 3/3/10 |
| 1600 | NOTICE by Defendants Venture Supply, Inc. and the Porter-Blaine Corporation re 521 Answer to Complaint,, Crossclaim, of Hearing. | 3/5/10 |
| 1678 | Joint Status Report No. 9 of Plaintiffs' and Defendants' Liaison Counsel. | 3/9/10 |
| 1692 | Pretrial Order No. 1F | 3/9/10 |
| 1711 | XPARTE/CONSENT MOTION for Leave to File Errata to the Plaintiffs' Steering Committee's Proposed Findings of Fact and Conclusions of Law by Inez Baldwin, Jerry Baldwin, Elizabeth Heischober, Steven Heischober, Joseph Leach, Kathy Leach, Preston McKellar, Rachael McKellar, J Frederick Michaux, Vannessa Michaux, Mitchell Company Inc, Deborah Morgan, William Morgan, Lea Orlando and Robert Orlando. | 3/12/10 |
| 1748 | ORDER granting 1711 Motion for Leave to File Errata pertinent to the Proposed Findings of Fact/Conclusions of Law. | 3/16/10 |
| 1752 | ERRATA TO THE FINDINGS OF FACT AND CONCLUSIONS OF LAW | 3/16/10 |
| 1840 | ANSWER to 470 Second Amended Complaint, CROSSCLAIM against Taishan Gypsum Co. Ltd. and Tobin Trading, Inc. by Porter-Blaine Corp. and Venture Supply Inc.. | 3/18/10 |
| 1841 | MOTION to Dismiss Second Amended Complaint pursuant to Rule 12(b)(1) for Lack of Jurisdiction by Porter-Blaine Corp. and Venture Supply Inc. | 3/18/10 |
| 1842 | MOTION to Dismiss Second Amended Complaint Pursuant to Rule 12(b)(6) by Porter-Blaine Corp. and Venture Supply Inc | 3/18/10 |
| 1871 | Pretrial Order No. 19 | 3/19/10 |
| 2188 | TRANSCRIPT of Default Hearing (MORNING SESSION) held on February 19, 2010 before Judge Eldon E. Fallon | 3/30/10 |
| 2189 | TRANSCRIPT of Default Hearing (AFTERNOON SESSION) held on February 19, 2010 before Judge Eldon E. Fallon | 3/30/10 |
| 2190 | TRANSCRIPT of Default Hearing (MORNING SESSION) held on February 22, 2010 before Judge Eldon E. Fallon | 3/30/10 |
| 2191 | TRANSCRIPT of Default Hearing (AFTERNOON SESSION) held on February 22, 2010 before Judge Eldon E. Fallon | 3/30/10 |
| 2316 | ANSWER to 1840 Crossclaim, with Jury Demand by Tobin Trading, Inc. | 4/5/10 |
| 2342 | Joint Status Report No. 10 of Plaintiffs' and Defendants' Liaison Counsel. | 4/6/10 |
| 2368 | Pretrial Order No. 21 | 4/7/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 2369 | Pretrial Order No. 20 | 4/7/10 |
| 2380 | Findings of Fact and Conclusions of Law | 4/8/10 |
| 2776 | Pretrial Order No. 22 | 4/27/10 |
| 2778 | Pretrial Order No. 23 | 4/27/10 |
| 2779 | Pretrial Order No. 24 | 4/27/10 |
| 2828 | TRANSCRIPT of Oral Argument held on January 29, 2010 before Judge Eldon E. Fallon. | 4/30/10 |
| 3013 | DEFAULT JUDGMENT entered in favor of Plaintiff-intervenors | 5/11/10 |
| 3248 | Intervening Plaintiffs' Counsel's Petition for Fees and Costs by Plaintiffs. | 5/24/10 |
| 3249 | EXPARTE/CONSENT MOTION for Leave to File Exhibits Under Seal (relating to Doc. 3248) by Plaintiffs. | 5/24/10 |
| 3270 | ORDERED that the Intervening Plaintiffs' 3249 Motion for Leave to File Exhibits 1 through 7 to their petition for fees and costs under seal is GRANTED. | 5/25/10 |
| 3277 | Joint Report No. 11 of Plaintiffs' and Defendants' Liaison Counsel. | 5/25/10 |
| 3293 | MOTION to Certify Class by Plaintiffs Michelle Germano, Denis and Sharon Jackson and Jason and Lisa Dunaway. Motion Hearing set for 6/23/2010 09:00 AM before Judge Eldon E. Fallon | 5/26/10 |
| 3348 | Pretrial Order No. 1G | 5/28/10 |
| 3668 | NOTICE of Appearance by Thomas P. Owen, Jr. Richard C. Stanley, Joe Cyr, Eric Statman, Chrisina Taber-Kewene and Matthew Galvin on behalf of Taishan Gypsum Co. Ltd.. | 6/10/10 |
| 3670 | Notice of Appeal by Taishan Gypsum Co. Ltd. of Default Judgment | 6/10/10 |
| 3683 | EXPARTE/CONSENT MOTION for Leave to File Substitute Photographs in Place of Physical Exhibit by Plaintiffs Steering Committee. | 6/11/10 |
| 3690 | ORDERED that the Defendant submit briefing in response to the Plaintiff Intervenors' Petition 3248 for Fees and Costs within 10 days of the entry of this Order. | 6/11/10 |
| 3766 | MOTION for Extension of Time to submit briefing in response to 3248 Intervening Plaintiffs' Counsel's Petition for Fees and Costs by Defendant Taishan Gypsum Co. Ltd. | 6/15/10 |
| 3801 | ORDERED that the Plaintiffs' Steering Committee's 3683 Motion for Leave to substitute photographs in place of physical exhibit from the Germano default hearing labeled P1. 1891 (a four gang switch box) is GRANTED and the photographs attached to the motion for leave are substituted as Exhibit A. | 6/17/10 |
| 3803 | Receipt by attorney Michael Ecuyer on 6/17/10 of Physical Exhibit from Germano Default hearing labeled P1.1891. | 6/17/10 |

| DOC. # | DESCRIPTION | DATE |
|---|---|---|
| 3819 | ORDERED that Taishan Gypsum Co., Ltd.'s 3766 Motion for Extension of Time until 7/5/10 to respond to the Petition by Intervening Plaintiffs Counsel is GRANTED. | 6/17/10 |
| 3891 | Joint Report No. 12 of Plaintiffs' and Defendants' Liaison Counsel. | 6/22/10 |
| 4059 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum co., Ltd. for proceedings held on January 29, 2010 re 3670 Notice of Appeal. | 6/24/10 |
| 4060 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum co., Ltd. for proceedings held on February 19 and 22, 2010 (morning sessions) re 3670 Notice of Appeal. | 6/24/10 |
| 4061 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum Co., Ltd. for proceedings held on February 19 and 22, 2010 (afternoon sessions) re 3670 Notice of Appeal. | 6/24/10 |
| 4232 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum Co. Ltd. for proceedings held on 1/29/10 re 3670 Notice of Appeal. ( | 6/24/10 |
| 4233 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum Co. Ltd. for proceedings held on 2/19/10, 2/22/10 re 3670 Notice of Appeal | 6/24/10 |
| 4235 | APPEAL TRANSCRIPT REQUEST by Defendant Taishan Gypsum Co. Ltd. for proceedings held on 2/19/10, 2/22/10 re 3670 Notice of Appeal. | 6/24/10 |
| 4297 | NOTICE of Appearance as additional counsel by Brent Bennett Barriere, Susie Morgan and D. Skylar Rosenbloom on behalf of Defendant Tobin Trading, Inc | 7/1/10 |
| 4307 | RESPONSE/MEMORANDUM in Opposition filed by Defendant Taishan Gypsum Co. Ltd. re 3248 MOTION Intervening Plaintiffs' Counsel's Petition for Fees and Costs | 7/2/10 |
| 4340 | EXPARTE/CONSENT MOTION to Impose Bond Requirement on Appellant Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. by Plaintiff. | 7/8/10 |
| 4356 | MOTION for Bond to Impose Bond Requirement on Appellant Taishan Gypsum Co., Ltd. f/k/a Shandong Taihe Dongxin Co., Ltd. by Plaintiff | 7/9/10 |
| 4406 | Request of Summons Issued as to Defendants Southern Owners Insurance Company, Knauf Plasterboard Wuhu Co., Ltd., Knauf Gips KG and Taishan Gypsum Co., Ltd. filed by Plaintiffs. | 7/14/10 |
| 4438 | REPLY MEMORANDUM in Support filed by Plaintiffs re 3248 MOTION Intervening Plaintiffs' Counsel's Petition for Fees and Costs. | 7/16/10 |

## **Plaintiffs' Trial Exhibits from Germano Default Proceedings**

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.0017 | | | Expert Report of Morse, Roger G. (Dec. 30, 2009), Environmental Control System, Implementation and Costs, excerpts only |
| P1.0019 | P1.0019-0001 | P1.0019-0005 | CPSC "51-home study:" Saltzman, Lori E. (Nov. 23, 2009), Summary of Contractor's Indoor Air Quality Assessment of Homes Containing Chinese Drywall, CPSC press release describing EH&E report. |
| P1.0019 | P1.0019-0006 | P1.0019-0161 | EH&E (Nov. 18, 2009), Draft Final Report on an Indoor Environmental Quality Assessment of Residences Containing Chinese Drywall |
| P1.0019 | P1.0019-0162 | P1.0019-0190 | EH&E (Aug. 10, 2009), Quality Assurance Project Plan, Indoor Air Quality Assessment of Residences Containing Chinese Drywall |
| P1.0055 | P1.0055-0001 | P1.0055-0008 | Declaration of Ronald Bailey (Jan. 26, 2010) |
| P1.0060 | P1.0060-0001 | P1.0060-0026 | CPSC, Gill, Mark and Trotta, Andrew (Nov. 23, 2009), Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall, draft report |
| P1.0060 | P1.0060-0027 | P1.0060-0066 | Sandia: Glass, S. Jill et al. (Nov. 2009), Interim Report of the Analysis of Corrosion Products on Harvested Electrical Components |
| P1.0079 | P1.0079-0002 | P1.0079-0006 | Norris, Mark (Nov. 29, 2006), Letter to Salomon Abadi/ Rothchilt International Ltd. re: Shipment of Plasterboard Under Contract EX-USA-20060313 |
| P1.0091 | P1.0091-0001 | P1.0091-0036 | IEC International Standard 654-4, 1st ed. (1987), Operating Conditions for industrial-process measurement and control equipment; Part 4 corrosive and errosive influences (International Electrotechnical Commission) |
| P1.0176 | P1.0176-0001 | P1.0176-0022 | ISA Standard-S71.04-1985 (Feb. 3, 1986), Environmental Conditions For Process Measurement and Control Systems: Airborne Contaminants |
| P1.1795 | P1.1795-0001 | P1.1795-0026 | ASHRAE Standard 62.2-2004 (2004), Ventilation and Acceptable Indoor Air Quality in Low-Rise Residential Buildings |
| P1.1796 | P1.1796-0001 | P1.1796-0020 | ASHRAE Standard 160-2009 (Jan. 24, 2009), Criteria for Moisture-Control Design Analysis in Buildings (including errata sheet) |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1798 | P1.1798-0001 | P1.1798-0007 | Lyon, Edward G. (Feb. 2010), Curriculum vitae |
| P1.1799 | P1.1799-0001 | P1.1799-0003 | ASHRAE Standard 90.2-2004 (2004), Energy-Efficient Design of Low-Rise Residential Buildings |
| P1.1800 | P1.1800-0001 | P1.1800-0003 | Announcement on Change in the Name of a Subsidiary Company Controlled by Beijing New Building Material Public Co., Ltd. (Sept. 10, 2007), press release by Beijing New Building Material Public Co., Ltd. announcing change of name from Shandong Taihe Dongxin Co., Ltd. to Taishan Gypsum Co., Ltd. |
| P1.1801 | P1.1801-0001 | P1.1801-0004 | Translation of Excerpts in BNBM Annual Reports from 2006-2008 (Feb. 3, 2010), documenting relationship between entities |
| P1.1801 | P1.1801-0005 | P1.1801-0112 | Beijing New Building Material Public Co., Ltd. (2006), Annual Report |
| P1.1801 | P1.1801-0113 | P1.1801-0228 | Beijing New Building Material Public Co., Ltd. (2007), Annual Report |
| P1.1801 | P1.1801-0229 | P1.1801-0230 | Translation re BNBM Annual 2007 Name Change |
| P1.1801 | P1.1801-0231 | P1.1801-0349 | Beijing New Building Material Public Co., Ltd. (2008), Annual Report |
| P1.1802 | P1.1802-0001 | P1.1802-0112 | Production of e-mails, shipping manifests, contracts, correspondence, and other documents from Venture Supply/Porter Blaine and Taishan concerning Virginia shipments |
| P1.1803 | P1.1803-0001 | P1.1803-0145 | Photographs of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010) |
| P1.1804 | P1.1804-0001 | P1.1804-0003 | CPSC (Oct. 29, 2009), Report on Interagency Task Force on Chinese Drywall, Executive Summary of Release of Initial Chinese Drywall |
| P1.1804 | P1.1804-0004 | P1.1804-0055 | CPSC, Garland, Sarah E. and Greene, Michael A. (Oct. 28, 2009), Statistical Analysis of the Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall |
| P1.1804 | P1.1804-0056 | P1.1804-0090 | CPSC, Babich, Michael et al. (Oct. 2009), CPSC Staff Preliminary Evaluation of Drywall Chamber Test Results |
| P1.1804 | P1.1804-0091 | P1.1804-0523 | CPSC, 10 Home Study of Indoor Air (Oct. 2009) |
| P1.1806 | P1.1806-0001 | P1.1806-0014 | ASTM G 16 (2004), Standard Guide for Applying Statistics to Analysis of Corrosion Data |

21