| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1807 | P1.1807 -0001 | P1.1807 -0018 | ASTM B 280-03 (2003) and ASTM B 280-08 (2008), Standard Specification for Seamless Copper Tube for Air Conditioning and Refrigeration Field Service |
| P1.1808 | P1.1808 -0001 | P1.1808 -0007 | ASTM G 46-94 (1999), Standard Guide for Examination and Evaluation of Pitting Corrosion |
| P1.1809 | P1.1809 -0001 | P1.1809 -0047 | HUD (1997), Chapter 7: Lead-Based Paint Inspection, book chapter in Guidelines for the Evaluation and Control of Lead-Based Paint Hazards in Housing, by U.S. Dept. of Hous. and Urban Dev. |
| P1.1810 | P1.1810 -0001 | P1.1810 -0049 | EPA and HUD (various dates), set of Performance Characteristic Sheets for various models of XRF measurement devices |
| P1.1811 | P1.1811 -0001 | P1.1811 -0005 | Virginia Construction Code (2003), excerpts |
| P1.1812 | P1.1812 -0001 | P1.1812 -0001 | Virginia Uniform Statewide Building Code "USBC" (2000), excerpts |
| P1.1813 | P1.1813 -0001 | P1.1813 -0044 | UL 719, Nonmetallic Sheathed Cables (Feb. 9, 2006) |
| P1.1814 | P1.1814 -0001 | P1.1814 -0010 | International Residential Code for One- and Two-Family Dwellings (2000), excerpts |
| P1.1815 | P1.1815 -0001 | P1.1815 -0004 | National Electric Code (2002), excerpts |
| P1.1816 | P1.1816 -0001 | P1.1816 -0004 | National Electric Code (1999), excerpts including Article 336 |
| P1.1817 | P1.1817 -0001 | P1.1817 -0009 | International Residential Code for One- and Two-Family Dwellings (2003), excerpts |
| P1.1818 | P1.1818 -0001 | P1.1818 -0005 | ASTM B 3-01 (Mar. 15, 2007), Standard Specification for Soft or Annealed Copper Wire |
| P1.1819 | P1.1819 -0001 | P1.1819 -0003 | NFPA 921 (2008), Guide for Fire and Explosion Investigations, Excerpts |
| P1.1820 | P1.1820 -0001 | P1.1820 -0001 | National Electric Code (1999), excerpts including Article 110 |
| P1.1821 | P1.1821 -0001 | P1.1821 -0004 | Beazer repair items list (Feb. 2010) |
| P1.1822 | P1.1822 -0001 | P1.1822 -0160 | Lennar remediation photos, taken by SGH |
| P1.1823 | P1.1823 -0001 | P1.1823 -0003 | ASTM C 35-01 (2005), Standard Specification for Inorganic Aggregates for Use in Gypsum Plaster |
| P1.1824 | P1.1824 -0001 | P1.1824 -0507 | FRE 1006 Summary of Screening Data for Virginia Homes |
| P1.1825 | P1.1825 -0001 | P1.1825 -0001 | FRE 1006 Summary Selected False negative in Orlando and Baldwin |

22

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1826 | P1.1826-0001 | P1.1826-0007 | ASTM C 1396 (Nov. 1, 2006), Standard Specification for Gypsum Board |
| P1.1827 | P1.1827-0001 | P1.1827-0001 | ASTM C 1264 (May 1, 2005), Standard Specification for Sampling, Inspection, Rejection, Certification, Packaging, Marking, Shipping, Handling, and Storage of Gypsum Panel Products |
| P1.1828 | P1.1828-0001 | P1.1828-0009 | EPA (May 2009), Drywall Sampling Analysis containing May 7, 2009 letter of Singhvi, Raj and test results |
| P1.1829 | P1.1829-0001 | P1.1829-0049 | ACR 2006: Assessment, Cleaning, and Restoration of HVAC Systems (2006), published by NADCA National Air Duct Cleaners Association |
| P1.1830 | P1.1830-0001 | P1.1830-0115 | Institute of Inspection, Cleaning and Restoration Certification (2002), IICRC S100 Standard and Reference Guide for Professional Carpet Cleaning, 4th ed. |
| P1.1831 | P1.1831-0001 | P1.1831-0001 | Carrier Corporation (Jun. 8, 2009), Carrier Product Bulletin - Phase-Out Select R-22 Split Systems |
| P1.1832 | P1.1832-0001 | P1.1832-0001 | Carrier Corporation (Jul. 15, 2009), Carrier Product Bulletin - Last Call - R-22 Split Systems |
| P1.1833 | P1.1833-0001 | P1.1833-0001 | Carrier Corporation (Jun. 8, 2009), Carrier Product Bulletin - Phase-Out Select R-22 Fan & Evaporator Coils |
| P1.1834 | P1.1834-0001 | P1.1834-0133 | North American Insulation Manufacturers Association (NAIMA) (2002), Fibrous Glass Duct Construction Standards, 5th ed. |
| P1.1835 | P1.1835-0001 | P1.1835-0048 | North American Insulation Manufacturers Association (NAIMA) (2003), A Guide to Insulated HVAC Duct Systems |
| P1.1836 | P1.1836-0001 | P1.1836-0024 | ISO 11844-1:2006(E), 1st ed. (Mar. 15, 2006), Corrosion of metals and alloys -- Classification of low corrosivity of indoor atmospheres -- Part 1: Determination and estimation of indoor corrosivity |
| P1.1837 | P1.1837-0001 | P1.1837-0018 | ISO 11844-3:2006(E), 1st ed. (May 15, 2006), Corrosion of metal and alloys--Classification of low corrosivity of indoor atmospheres--Part 3: Measurement of environmental parameters affecting indoor corrosivity |
| P1.1838 | P1.1838-0001 | P1.1838-0018 | ISO 11844-2:2005(E), 1st ed. (Dec. 15, 2005), Corrosion of metal and alloys--Classification of low corrosivity of indoor atmospheres--Part 2: Determination of corrosion attack in indoor atmospheres |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1839 | P1.1839 -0001 | P1.1839 -0009 | ASTM D 130-04 (Jun. 2004), Standard Test Method for Corrosiveness to Copper from Petroleum Products by Copper Strip Test |
| P1.1840 | P1.1840 -0001 | P1.1840 -0001 | International Residential Code (2003), Section E3306, Electrical Conductors and Connections |
| P1.1841 | P1.1841 -0001 | P1.1841 -0004 | Florida DOH, Case Definition (12-18-09) for Drywall Associate Corrosion in Residences (Dec. 18, 2009) |
| P1.1842 | P1.1842 -0001 | P1.1842 -0009 | ASTM G 4 -- 01 (May 2008), Standard Guide for Conducting Corrosion Tests in Field Applications |
| P1.1843 | P1.1843 -0001 | P1.1843 -0005 | ASTM G 50 (2003), Standard Practice for Conducting Atmospheric Corrosion Tests on Metals |
| P1.1844 | P1.1844 -0001 | P1.1844 -0004 | CPSC, Interim Guidance – Identification of Homes with Corrosion from Problem Drywall (Jan. 28, 2010) (CPSC and HUD) |
| P1.1845 | P1.1845 -0001 | P1.1845 -0016 | CPSC, EPA, CDC, and state agencies (Aug. 10, 2009), Technical evaluation of "EPA's analysis of Florida drywall samples and review of analystical results from the Florida Department of Health", including letter of Raj Singhvi |
| P1.1846 | P1.1846 -0001 | P1.1846 -0006 | ASTM B 539 (Mar. 1, 2008), Standard Test Methods for Measuring Resistance of Electrical Connections (Static Contacts) |
| P1.1847 | P1.1847 -0001 | P1.1847 -0005 | ASTM B 667-97 (Dec. 9, 2003), Standard Practice for Construction and Use of a Probe for Measuring Electrical Contact Resistance |
| P1.1848 | P1.1848 -0001 | P1.1848 -0032 | Letter of Dean Rutila to Dr. John Scully (Feb. 12, 2010) and attached report |
| P1.1849 | P1.1849 -0003 | P1.1849 -0009 | Test results on samples collected on January 20, 2010: Site: Orlando House |
| P1.1850 | P1.1850 -0001 | P1.1850 -015 | Test results on samples collected on January 29, 2010: Site: ECS houses, Port St. Lucie |
| P1.1851 | P1.1851 -0001 | P1.1851 -0029 | Test results on samples collected on February 3, 2010: Site: Nguyen, Baldwin & Orlando houses |
| P1.1851 | P1.1851 -0030 | P1.1851 -0051 | Test results on samples collected on February 3, 2010: Site: Nguyen, Baldwin & Orlando houses: Columbia Analytical Services, Inc. Results of Analysis |
| P1.1852 | P1.1852 -0001 | P1.1852 -0005 | ASTM G 15-04 (Jan. 1, 2004), Standard Terminology Relating to Corrosion and Corrosion Testing |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1853 | P1.1853 -0001 | P1.1853 -0019 | NACE Standard RP0775-99 (Jun. 25, 1999), Standard Recommended Practice: Preparation, Installation, Analysis, and Interpretation of Corrosion Coupons in Oilfield Operations |
| P1.1854 | P1.1854 -0001 | P1.1854 -0002 | Photographs of Baldwin home electrical lamp cord |
| P1.1865 | P1.1865 -0001 | P1.1865 -0105 | CTEH, Center for Toxicology and Environmental Health, LLC (Feb. 13, 2007), Knauf Tianjin Plasterboard Evaluation |
| P1.1866 | P1.1866 -0001 | P1.1866 -0003 | Photos of HVAC Circuit Boards from Virginia |
| P1.1867 | P1.1867 -0001 | P1.1867 -0001 | COC Test Samples in P1.1851 |
| P1.1868 | P1.1868 -0001 | P1.1868 -0002 | Photos of Control Wire |
| P1.1869 | P1.1869 -0001 | P1.1869 -0033 | National Oceanic and Atmospheric Administration, Temperature/Relative Humidity |
| P1.1870 | P1.1870 -0001 | P1.1870 -00036 | Venture Supply/Porter Blaine Delivery Records for Nguyen home |
| P1.1871 | P1.1871 -0001 | P1.1871 -0006 | Expert Report of Krantz, Bradley D. (CTL) (Supplemental # 2) (Feb. 16, 2010), Supplemental No. 2 to: Assessment of Copper Materials From Residences Containing Chinese Drywall Products |
| P1.1872 | P1.1872 -0001 | P1.1872 -0004 | Photos of Baldwin Light Switches, by Rutila |
| P1.1873 | CD | | SGH (2009-10), Collection of 751 photos and SEM images produced during analysis conducted for litigation |
| P1.1874 | CD | | Beazer Videos - 1 drywall demolition - walls; 2 drywall demolition - celling; 3 drywall - drywall installed; 4 drywall - line set; 5 drywall - elect wiring |
| P1.1875 | CD | | Video of Actual Ceiling markings |
| P1.1876 | CD | | Video Defective Drywall Removal Vol. 1 |
| P1.1877 | CD | | Video Defective Drywall Removal Vol. 2 |
| P1.1878 | CD | | Video Item Damaged during drywall removed |
| P1.1879 | CD | | Video of Unpainted Drywall Installed |
| P1.1880 | CD | | Video Wire Routing with Drywall Removed |
| P1.1881 - 0001 | CD | | Video of Baldwin XRF Testing |
| P1.1881 - 0002 | CD | | Baldwin # 2 |
| P1.1881 - 0003 | CD | | Heischober - Clip 1 |
| P1.1881 - 0004 | CD | | Heischober - Clip 2 |
| P1.1881 - 0005 | CD | | Heischober - Clip 3 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.1881 - 0006 | CD | | Heischober - Clip 4 |
| P1.1881 - 0007 | CD | | McKeller - 1 |
| P1.1881 - 0008 | CD | | McKeller - Clip 4 |
| P1.1881 - 0009 | CD | | McKeller - Clip 1 |
| P1.1881 - 0010 | CD | | McKeller - Clip 2 |
| P1.1881 - 0011 | CD | | Michaux - Clip 1 |
| P1.1881 - 0012 | CD | | Michaux - Clip 2 |
| P1.1881 - 0013 | CD | | Michaux - Clip 3 |
| P1.1881 - 0014 | CD | | Michaux - Clip 4 |
| P1.1881 - 0015 | CD | | Michaux - Clip 5 |
| P1.1881 - 0016 | CD | | Michaux - Clip 6 |
| P1.1881 - 0017 | CD | | Michaux - Clip 7 |
| P1.1881 - 0018 | CD | | Michaux - Clip 8 |
| P1.1881 - 0019 | CD | | Orlando - Clip 1 |
| P1.1881 - 0020 | CD | | Orlando - Clip 2 |
| P1.1881 - 0021 | CD | | Orlando - Clip 3 |
| P1.1881 - 0022 | CD | | Orlando - Clip 4 |
| P1.1881 - 0023 | CD | | Orlando - Clip 5 |
| P1.1881 - 0024 | CD | | Orlando - Clip 6 |
| P1.1881 - 0025 | CD | | Orlando - Clip 7 |
| P1.1881 - 0026 | CD | | Orlando - Clip 8 |
| P1.1882 | CD | | Beazer - Additional photos taken February 16 and 17 of 2010 |
| P1.1885 | CD | | Video of Animations of the Morgan Home |
| P1.1885 | CD | | Video of Animations of the Baldwin Home |
| P1.1885 | CD | | Video of Animation of the Orlando Home |
| P1.1887 | P1.1887 -0001 | P1.1887 -0011 | ASTM B 359-02 (2008), Standard Specification for Copper and Copper-Alloy Seamless Condenser and Heat Exchanger Tubes with Integral Fins |
| P1.1888 | P1.1888 -0001 | P1.1888 -0016 | Beazer scope of workforce remediation authorization agreement |
| P1.1891 | Physical Exhibit Given to Court | | Junction Box with Corrosion |
| P1.1892 | P1.1892 -0001 | P1.1892 -0003 | A Comparison of Contacts on Light Switch: New / 45 years old / SLH Sample |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2001 | P1.2001 -0001 | P1.2001 -0100 | Expert Report of Krantz, Bradley D. (CTL) (Initial) (Dec. 29, 2009), "Assessment of Copper Materials from Residences Containing Chinese Drywall Products" |
| P1.2002 | P1.2002 -0001 | P1.2002 -0031 | Expert Report of Krantz, Bradley D. (CTL) (Supplemental) (Jan. 14, 2010), "Supplement No. 1 to: Assessment of Copper Materials from Residences Containing Chinese Drywall Products" |
| P1.2003 | P1.2003 -0001 | P1.2003 -3719 | Expert Report of Phillip T. Goad, Ph.D. (Dec. 30, 2009) |
| P1.2005 | P1.2005 -0001 | P1.2005 -0499 | Expert Report of Adams, Don (Initial) (Dec. 10, 2009), "Summary R.26 Report of Don Adams" |
| P1.2005 | P1.2005 -0500 | P1.2005 -0500 | Affidavit of Don P. Adams (Feb. 8, 2010) |
| P1.2006 | P1.2006 -0001 | P1.2006 -0251 | Expert Report of Bailey, Ronald (Initial) (Dec. 10, 2009), "Virginia Taishan Drywall Cases Expert Report" |
| P1.2007 | P1.2007 -0001 | P1.2007 -0013 | Expert Report of Bailey, Ronald (Second) (Jan. 15, 2010), "Second Report of Ronald B. Bailey P.E." |
| P1.2009 | P1.2009 -0001 | P1.2009 -0139 | Expert Report of Debbas, Fadi (Initial) (Dec. 10, 2009) "Virginia Taishan Drywall Cases Expert Report" |
| P1.2009 | P1.2009 -0140 | P1.2009 -0140 | Affidavit of Fadi Debbas (Feb. 8, 2010) |
| P1.2010 | P1.2010 -0174 | P1.2010 -0174 | Affidavit of Chris Ettel (Feb. 8, 2010) |
| P1.2010 | P1.2010 -0001 | P1.2010 -0173 | Expert Report of Ettel, Chris (Initial) (2009), "Summary R.26 Report of Chris Ettel" (VB Homes) |
| P1.2015 | P1.2015 -0001 | P1.2015 -0027 | Expert Report of Barnett, Jonathan R. (Initial) (Dec. 30, 2009), "Virginia Taishan Drywall Cases Expert Report" |
| P1.2016 | P1.2016 -0001 | P1.2016 -0426 | Expert Report of Rutila, Dean A. (Initial) (Dec. 30, 2009), "Virginia Taishan Drywall Cases-Expert Report" |
| P1.2017 | P1.2017 -0001 | P1.2017 -0018 | Expert Report of Rutila, Dean A. (Rebuttal) (Jan. 15, 2010), "Environmental Control System Rebuttal Report, Investigation of Alleged Damage Due to Drywall in Williamsburg, VA" |
| P1.2018 | P1.2018 -0001 | P1.2018 -0012 | Expert Report of Rutila, Dean A. (Supplemental) (Jan. 18, 2010), "Report Supplement, Investigation of Alleged Damage Due to Drywall in Williamsburg, VA", and appendices |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2018 | P1.2018 -0013 | P1.2018 -0014 | Rutila, Dean A. Appendix 1 (supplemental) (Jan. 18, 2010): Summary of Property Failures |
| P1.2018 | P1.2018 -0015 | P1.2018 -0019 | Rutila, Dean A. Appendix 2 (supplemental) (Jan. 18, 2010): Krantz Photos |
| P1.2018 | P1.2018 -0020 | P1.2018 -0042 | Rutila, Dean A. Appendix 3-1 (supplemental) (Jan. 18, 2010): Additional Observations of Corrosion damaged to Electrical Devices |
| P1.2018 | P1.2018 -0043 | P1.2018 -0046 | Rutila, Dean A. Appendix 3-2 (supplemental) (Jan. 18, 2010): Additional Observations of Corrosion damaged to Plumbing Components |
| P1.2018 | P1.2018 -0047 | P1.2018 -0055 | Rutila, Dean A. Appendix 4 (supplemental) (Jan. 18, 2010): SGH Document Log |
| P1.2018 | P1.2018 -0056 | P1.2018 -0064 | Rutila, Dean A. Appendix 5 (supplemental) (Jan. 18, 2010): SGH Sample Log |
| P1.2018 | P1.2018 -0065 | P1.2018 -0068 | Rutila, Dean A. Appendix 6 (supplemental) (Jan. 18, 2010): Corrosion Deposit Thickness Data |
| P1.2020 | P1.2020 -0001 | P1.2020 -0038 | Expert Report of Galler, Donald (Dec. 30, 2009), "Assessment of Electrical Products, Chinese Drywall Investigation" |
| P1.2021 | P1.2021 -0001 | P1.2021 -0081 | Expert Report of Scully, John (Initial) (Dec. 30, 2009), "Preliminary Analysis of Corrosion of Copper HVAC Components Exposed to Chinese Drywall in a Virginia Beach, VA Residence; Preliminary Analysis of Pertinent Literature Regarding CDW, Release of Gases and Corrosion of Copper" |
| P1.2022 | P1.2022 -0001 | P1.2022 -0074 | Expert Report of Scully, John (Supplemental) (Jan. 18, 2010), "Supplementary Analysis of Corrosion of Copper and Silver Components Exposed to Chinese Dry Wall in Virginia Beach, VA Residences Compared to Controls" and Appendix A |
| P1.2023 | P1.2023 -0001 | P1.2023 -0095 | Expert Report of Streit, Lori A. (Initial) (Dec. 28, 2009), "Taishan Drywall Investigation Virginia" |
| P1.2024 | P1.2024 -0001 | P1.2024 -0633 | Reliance Material of Lori Streit |
| P1.2025 | P1.2025 -0001 | P1.2025 -0004 | Expert Report of Streit, Lori A. (Supplemental) (Jan. 16, 2010), "Taishan Drywall Investigation Virginia" |
| P1.2026 | P1.2026 -0001 | P1.2026 -4094 | Reliance Material of Lori Streit for Supplemental Report |
| P1.2027 | P1.2027 -0001 | P1.2027 -0208 | Expert Report of Wright, Ronald E. (Initial) (Dec. 23, 2009), "Virginia Taishan Drywall Cases Expert Report" |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2028 | P1.2028-0001 | P1.2028-0259 | Reliance Material of Ronald Wright |
| P1.2039 | P1.2039-0001 | P1.2039-0018 | Expert Report of Caravanos, Jack (Jan. 14, 2010), Unreliability of Method Utilizing XRF to Selectively Remove Defective Drywall |
| P1.2041 | P1.2041-0001 | P1.2041-0006 | CV of Jack Caravanos |
| P1.2042 | P1.2042-0001 | P1.2042-0130 | Reliance material of Jack Caravanos |
| P1.2043 | P1.2043-0001 | P1.2043-0019 | CPSC, Khanna, Rohit (Nov. 2009), Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution and Fire Safety Equipment Installed in Homes with Chinese Drywall |
| P1.2043 | P1.2043-0020 | P1.2043-0037 | NIST, Pitchure, D.J. and Ricker, R.E. (National Institute of Standards and Technology) (Nov. 2009), Interim Report on the Examination of Corrosion Damage in Homes Constructed with Imported Wallboard: Examination of Samples Received Sept. 28, 2009 |
| P1.2044 | P1.2044-0001 | P1.2044-0032 | EPA, Method 6200 (Feb. 2007): Field Portable X-Ray Fluorescence Spectrometry for the Determination of Elemental Concentrations in Soil and Sediment |
| P1.2049 | P1.2049-0001 | P1.2049-0011 | SGH Photos, PRM23; JIB-23; JIB-24 |
| P1.2050 | P1.2050-0001 | P1.2050-0201 | Deposition exhibits of Wright, Ronald |
| P1.2051 | P1.2051-0001 | P1.2051-0002 | Literature Regarding Corrosion Assessment of Real Components |
| P1.2052 | P1.2052-0001 | P1.2052-0002 | List of Individuals Contacted on the phone by J. Scully Regarding Measurements on Real Components and use of standards |
| P1.2053 | P1.2053-0001 | P1.2053-0001 | Examples of Virginia Home Components with Actual Corrosion Thicknesses Exceeding the Battelle Three Year Threshold Predicting Component failure |
| P1.2054 | P1.2054-0001 | P1.2054-0066 | Streit, L., Correspondence to Dr. David Krause of Fla. DOH (3-19-09)Redacted copy of an analysis performed by Unified Engineering, Inc. on samples of America, Chinese and unidentified drywall and corroded copper tubing |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P1.2055 | Physical Exhibit Given to Court | | Dr. Scully Demonstration of Corrosion Process during his Examination (a single page) |
| P1.2056 | P1.2056-0001 | P1.2056-0001 | FRE 1006 Summary of Copper Coupon Testing |
| P1.2057 | P1.2057-0001 | P1.2057-0002 | Comparison Photos of Silver Switches (JIB24 and ABS02 |
| P1.2058 | P1.2058-0001 | P1.2058-0001 | Ronald Wright's Scope of Remediation Work |
| P1.2059 | P1.2059-0001 | P1.2059-0001 | Remediation Estimate Averages |
| P1.2060 | P1.2060-0001 | P1.2060-0001 | Ronald Wright's Summaries of Cost Estimates |
| P1.2062 | P1.2061-0001 | P1.2061-0002 | Photos of the Nguyen Closet |
| P1.2063 | Physical Exhibit Given to Court | | Contact Switch (Cross-Reference: P1.2020-0029) |
| P1.2064 | Physical Exhibit Given to Court | | Circuit Board (Cross-Reference: P1.1866-0003) |
| P2.0005 | P2.0005-0001 | P2.0005-0012 | Shusterman, Dennis (Jan./Feb. 1992), Critical Review: The Health Significance of Environmental Odor Pollution, 47 Archives Env. Health 76 |
| P2.0006 | P2.0006-0001 | P2.0006-0018 | Chinese Drywall Litigation, Subrogation Whitepaper, Cozen O'Connor |
| P2.0013 | P2.0013-0001 | P2.0013-0007 | Burdack-Freitag, Andrea, et al. (Feb. 17, 2009), Identification of Odor-Active Organic Sulfur Compounds in Gypsum Products, 37(6) Clean J. 459 |
| P2.0021 | P2.0021-0001 | P2.0021-0011 | Nimmermark, Sven (2004), Odour Influence on Well-Being and Health with Specific Focus on Animal Production Emissions, 11 Ann. Agric. Environ. Med. 163 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0044 | P2.0044 -0001 | P2.0044 -0001 | Pellegrino, Russell (Nov. 2009), CHINESE DRYWALL: Air and Headspace Analysis; The Importance of Sampling Media and Environmental Conditions During Sampling and Analysis, monograph poster |
| P2.0049 | P2.0049 -0001 | P2.0049 -0233 | Chawla, Sandeep Kumar (May 20, 1990), Film formation on copper in moist air-sulfur dioxide, Ph.D. thesis submitted to Dept. Mat. Sci. & Eng., Case Western Reserve Univ. |
| P2.0051 | P2.0051 -0001 | P2.0051 -0009 | Treatment and Disposal of Gypsum Board Waste, Industry Position Paper, Part I and Part II (1992) |
| P2.0062 | P2.0062 -0001 | P2.0062 -0003 | Ren, YongLin et al. (2000), The necessity of using pure carbonyl sulfide to prevent corrosion on copper (Vermeidung von Korrosion an Kupfer durch den Einsatz von reinem Carbonylsulfid), 52 Nachrichtenbl. Deut. Pflanzenschulzd. S277-79 |
| P2.0066 | P2.0066 -0001 | P2.0066 -0001 | Lillard, Scott, Relationships Between Pitting Corrosion and Crystallographic Orientation, An Historical Perspective, J. Electrochem. Soc., available at http://www.electrochem.org/dl/ma/201/pdfs/0302.pdf |
| P2.0067 | P2.0067 -0001 | P2.0067 -0005 | Singh, Prabjit, et al. (2009), Particulate and Gaseous Contamination: Effect on Computer Reliability and Monitoring, 115 ASHRAE Trans. part 1 (preprint) |
| P2.0069 | P2.0069 -0001 | P2.0069 -0030 | First Environmental Laboratories (Sept. 5, 2008), Standard Operating Procedure: Volatile Organic Compounds By Gas Chromatography/Mass Spectrometry (GC/MS), internal operating procedure |
| P2.0070 | P2.0070 -0001 | P2.0070 -0016 | Freeman, G. B. et al. (2009), Chinese Wallboard -- The Corrosion Challenges, monograph |
| P2.0075 | P2.0075 -0001 | P2.0075 -0006 | Fiaud, C. et al. (1984), Identification of the corrosion products formed on copper in sulfur containing environments, 35 Werkstoffe und Korrosion 361 |
| P2.0076 | P2.0076 -0001 | P2.0076 -0011 | Graedel, T.E. et al. (1983), The Corrosion of Copper by Atmospheric Sulphurous Gases, 23 Corrosion Sci. 1141 |
| P2.0077 | P2.0077 -0001 | P2.0077 -0004 | Graedel, T.E. et al. (Jul. 1987), The Atmospheric Sulfidation of Copper Single Crystals, 134 J. Electrochem. Soc. 1632 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0080 | P2.0080-0001 | P2.0080-0015 | Chawla, S.K. et al. (1992), An X-Ray Photo-Electron Spectroscopic Investigation of the Air-Formed Film on Copper, 33 Corrosion Sci. 1617 |
| P2.0082 | P2.0082-0001 | P2.0082-0007 | Franey, J. P. and Davis, M.E. (1987), Metallographic Studies of the Copper Patina Formed in the Atmosphere, 27 Corrosion Sci. 659 |
| P2.0083 | P2.0083-0001 | P2.0083-0011 | Graedel, T. E. et al. (1987), Copper Patinas Formed in the Atmosphere--I. Introduction, 27 Corrosion Sci. 639 |
| P2.0084 | P2.0084-0001 | P2.0084-0020 | Graedel, T. E. (1987), Copper Patinas Formed in the Atmosphere--II. A Qualitative Assessment of Mechanisms, 27 Corrosion Sci. 721 |
| P2.0085 | P2.0085-0001 | P2.0085-0012 | Jacobsen, Einar and Sawyer, Donald (1967), Electrochemical Reduction of Sulfur Dioxide at a Mercury Electrode, 15 J. Electroanal. Chem. 181 |
| P2.0086 | P2.0086-0001 | P2.0086-0009 | Kammlott, G.W., et al. (Mar. 1984), Atmospheric Sulfidation of Copper Alloys, II. Alloys with Nickel and Tin, 131 J. Electrochem. Soc. 511 |
| P2.0087 | P2.0087-0001 | P2.0087-0007 | Muller, Amy and McCrory-Joy, Carolyn (1987), Chromatographic Analysis of Copper Patinas Formed in the Atmosphere, 27 Corrosion Sci. 695 |
| P2.0088 | P2.0088-0001 | P2.0088-0016 | Nassau, K. et al. (1987), The Characterization of Patina Components by X-Ray Diffraction and Evolved Gas Analysis, 27 Corrosion Sci. 669 |
| P2.0089 | P2.0089-0001 | P2.0089-0010 | Opila, R.L. (1987), Copper Patinas; An Investigation by Auger Electron Spectroscopy, 27 Corrosion Sci. 685 |
| P2.0091 | P2.0091-0001 | P2.0091-0026 | Worthan, Tony (Nov. 2009), Chemical Emissions, Including Sulfur Compounds, from Chinese Produced Drywall, presentation from Tampa symposium |
| P2.0093 | P2.0093-0001 | P2.0093-0024 | DeMott, Robert (Environ) (Nov. 2009), Corrosive Imported Wallboard: Investigation Emissions, presentation at Tampa symposium |
| P2.0095 | P2.0095-0001 | P2.0095-0027 | Gauthier, Thomas et al. (Environ) (Nov. 2009), Proposed Mechanism for the Release of Reduced Sulfur Compounds from Corrosive Imported Drywall, presentation at Tampa symposium |
| P2.0096 | P2.0096-0001 | P2.0096-0001 | Krause, David et al. (2009), Results of Indoor Air Testing in Two Homes Experiencing Copper Corrosion Associated with Corrosive Imported Drywall, poster presented at Tampa symposium |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0097 | P2.0097 -0001 | P2.0097 -0001 | Mason, Stephany I. et al. (Nov. 2009), Environmental Chamber Test Protocol for Measuring Chemical Emissions, Including Sulfur Compounds from Drywall with Preliminary Results, poster presented at Tampa symposium |
| P2.0098 | P2.0098 -0001 | P2.0098 -0001 | DeMott, Robert P. et al. (Nov. 2009), Elemental Sulfur and Trace Metal Content in Chinese and Domestic Brands of Gypsum Wallboard, poster presented at Tampa symposium |
| P2.0099 | P2.0099 -0001 | P2.0099 -0001 | Krause, David et al. (Nov. 2009), Comparison of Methods Utilized by Commercial Laboratories for Analyses of Bulk Drywall Samples, poster presented at Tampa symposium |
| P2.0100 | P2.0100 -0001 | P2.0100 -0007 | Zhou, Peide, et al. (1983), Tarnishing of Ion Implanted Copper in Hydrogren Sulphide Containing Atmospheres, 209 Nuclear Instruments and Methods 841 |
| P2.0101 | P2.0101 -0001 | P2.0101 -0023 | Vernon, W. H. J. (1931), A Laboratory Study of the Atmospheric Corrosion of Metals, Part I.--The Corrosion of Copper in Certain Synthetic Atmospheres, With Particular Reference to the Influence of Sulphur Dioxide in Air of Various Relative Humidities, 27 Trans. Faraday Soc. 255 |
| P2.0102 | P2.0102 -0001 | P2.0102 -0003 | Sharma, S. P. (Sept./Oct. 1979), Adsorption of water on copper and cuprous oxide, 16(5) J. Vacuum Sci. Tech. 1557 |
| P2.0103 | P2.0103 -0001 | P2.0103 -0006 | Sharma, S. P. (Jan. 1980), Reaction of Copper and Copper Oxide with H2S, 127 J. Electrochem. Soc. 21 |
| P2.0104 | P2.0104 -0001 | P2.0104 -0010 | Rice, D.W. et al. (Feb. 1981), Atmospheric Corrosion of Copper and Silver, 128 J. Electrochem. Soc. 275 |
| P2.0105 | P2.0105 -0001 | P2.0105 -0011 | Rice, D.W. et al. (Apr. 1980), Indoor Corrosion of Metals, 127 J. Electrochem. Soc. 891 |
| P2.0106 | P2.0106 -0001 | P2.0106 -0010 | Zakipour, S. and Leygraf, C. (Jan. 1986), Evaluation of Laboratory Tests to Simulate Indoor Corrosion of Electrical Contact Materials, 133 J. Electrochem. Soc. 21 |
| P2.0107 | P2.0107 -0001 | P2.0107 -0004 | Vedel, J. and Soubeyrand, M. (Aug. 1980), Electrochemical Analysis of Copper Oxides Present in Cuprous Sulfide, 127 J. Electrochem. Soc. 1730 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0110 | P2.0110 -0001 | P2.0110 -0008 | Chawla, S. et al. (1992), Formation of Copper Sulfide in Moist Air-Sulfur Dioxide, printed in ASTM STP 1148, Corrosion of Electronic and Magnetic Materials, at 21 |
| P2.0111 | P2.0111 -0001 | P2.0111 -0006 | Rickett, B. I. and Payer, J. H. (Nov. 1995), Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Hydrogen Sulfide and Sulfur Dioxide/Hydrogen Sulfide, 142 J. Electrochem. Soc. 3724 |
| P2.0112 | P2.0112 -0001 | P2.0112 -0010 | Rickett, B. I. and Payer, J. H. (Nov. 1995), Composition of Copper Tarnish Products Formed in Moist Air with Trace Levels of Pollutant Gas: Sulfur Dioxide and Sulfur Dioxide/Nitrogen Dioxide, 142 J. Electrochem. Soc. 3713 |
| P2.0113 | P2.0113 -0001 | P2.0113 -0015 | Payer, J.H. et al. (1995), Role of Transport Properties in Corrosion Product Growth, A198 Mat. Sci. & Eng. A 91, reprint |
| P2.0114 | P2.0114 -0001 | P2.0114 -0014 | Chawla, S. K. and Payer, J. H. (Apr. 1990), Thermodynamic Perspective of Indoor Atmospheric Corrosion, manuscript, paper number 226 presented at National Association of Corrosion Engineers' Corrosion 90 conference |
| P2.0116 | P2.0116 -0001 | P2.0116 -0010 | Persson, Dan and Leygraf, Christofer (May 1995), Metal Carboxylate Formation during Indoor Atmospheric Corrosion of Cu, Zn and Ni, 142 J. Electrochem. Soc. 1468 |
| P2.0117 | P2.0117 -0001 | P2.0117 -0010 | Persson, Dan and Leygraf, Christofer (May 1995), Initial Interaction of Sulfur Dioxide with Water Covered Metal Surfaces: An *In Situ* IRAS Study, 142 J. Electrochem. Soc. 1459 |
| P2.0118 | P2.0118 -0001 | P2.0118 -0007 | Kammlott, G.W. et al. (Mar. 1984), Atmospheric Sulfidation of Copper Alloys with Brass and Bronze, 131 J. Electrochem. Soc. 505 |
| P2.0119 | P2.0119 -0001 | P2.0119 -0005 | Moran, J. J. et al. (Apr. 1961), Behavior of Stainless Steels and Other Engineering Alloys in Hot Ammonia Atmospheres, 17 Corrosion 115 |
| P2.0120 | P2.0120 -0001 | P2.0120 -0005 | Xiong, Jianyin et al. (2009), An Improvement for Dynamic Twin Chamber Method to Measure VOC Diffusion Coefficient and Partition Coefficient, 115 ASHRAE Trans., preprint |
| P2.0121 | P2.0121 -0001 | P2.0121 -0011 | Deng, Qinqin et al. (2009), The Validation of a VOC Diffusion Sink Model Based on Full-Scale Chamber Test, 115 ASHRAE Trans., preprint |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0124 | P2.0124 -0001 | P2.0124 -0003 | Graedel, T. E. (May 8, 1981), Carbonyl Sulfide: Potential Agent of Atmospheric Sulfur Corrosion, 212 Sci. 663 |
| P2.0126 | P2.0126 -0001 | P2.0126 -0006 | Reid, M. et al. (2007), Microstructural Development of Copper Sulfide on Copper Exposed to Humid H2S, 154 J. Electrochem. Soc. C209 |
| P2.0127 | P2.0127 -0001 | P2.0127 -0021 | Holm, R. and Mattsson, E. (1982), Atmospheric Corrosion Tests of Copper and Copper Alloys in Sweden--16-Year Results, book chapter in ASTM STP767-EB, Atmospheric Corrosion of Metals, at 85-105 |
| P2.0135 | P2.0135 -0001 | P2.0135 -0052 | Garland, S.(Oct. 28, 2009) Statistical Analysis of Chemical Screening of a Small Sample of Unused Chinese and non-Chinese Drywall |
| P2.0143 | P2.0143 -0001 | P2.0143 -0013 | Sakr, W. (Apr. 2006), The impact of sorption on perceived indoor air quality, 16 Indoor Air 98 |
| P2.0145 | P2.0145 -0001 | P2.0145 -0008 | Graedel, T.E. (Nov. 1977), The Homgenous Chemistry of Atmospheric Sulfur, 15 Rev. of Geophysics and Space Physics 421 |
| P2.0149 | P2.0149 -0001 | P2.0149 -0016 | Tichenor, Bruce (2004), Adsorption and Desorption of Pollutants to and from Indoor Surfaces, book chapter in Handbook of Environmental Chemistry Vol. 4, Part F, at 73-87 |
| P2.0151 | P2.0151 -0001 | P2.0151 -0033 | Tuday, Michael et al. (Nov. 2009), Measurement of Corrosive, Odorous and Potentially Harmful Gases from Imported and Domestic Wallboard, presentation for Tampa symposium |
| P2.0162 | P2.0162 -0001 | P2.0162 -0007 | Recht, Joel (Nov. 2009), Interagency Drywall Task Force Chamber Studies, presentation for Tampa symposium |
| P2.0165 | P2.0165 -0001 | P2.0165 -0020 | Wilder, Lynn (Nov. 2009), Imported Drywall: Joint State and Federal Evaluation of 10-home Indoor Air Investigation, presentation for Tampa symposium |
| P2.0166 | P2.0166 -0001 | P2.0166 -0026 | Krause, David (Nov. 2009), The Complexities of Evaluating Occupant Exposures in Homes with Drywall Associated Corrosion, presentation for Tampa symposium |
| P2.0171 | P2.0171 -0001 | P2.0171 -0022 | Poole, James L. (Nov. 2009), Key Considerations for the Repair of Structures With Defective Wallboard, presentation for Tampa symposium |
| P2.0175 | P2.0175 -0001 | P2.0175 -0008 | Schneider Electric USA (Sept. 2004), Electrical Equipment and Components in Adverse/Corrosive Environments, technical bulletin |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0176 | P2.0176 -0001 | P2.0176 -0001 | Finkel, Stewart et al. (2009), Quantifying Corrosion Potential From Gypsum Drywall Products -- Use of SPME And Amended ASTM Standard Test Method 130, posted presented at Tampa symposium |
| P2.0183 | P2.0183 -0001 | P2.0183 -0018 | Chawla S.K. et al. (1992), Diagnostic spectra for XPS analysis of Cu-O-S-H compounds, 61 J. Electron Spectroscopy and Related Phenomena 61 |
| P2.0186 | P2.0186 -0001 | P2.0186 -0008 | Cano, E. et al. (1999), Early corrosion failure of copper tubing used in air-conditioning units, 50 Mat. and Corrosion 103 |
| P2.0187 | P2.0187 -0001 | P2.0187 -0010 | Franey, John (1988), Degradation of Copper and Copper Alloys by Atmospheric Sulfur, in ASTM STP 965, Degradation of Metals in the Atmosphere, at 306-15 |
| P2.0188 | P2.0188 -0001 | P2.0188 -0009 | Lopez-Delgado, A. et al. (2001), A comparative study on copper corrosion originated by formic and acetic acid vapours, 36 J. Mat. Sci. 5203 |
| P2.0189 | P2.0189 -0001 | P2.0189 -0011 | Stanley, W. Brad M. and Muller, Christopher O., Advances in Reactivity Monitoring for Semiconductor Manufacturing |
| P2.0193 | P2.0193 -0001 | P2.0193 -0006 | Leygraf, Christofer and Graedel, Thomas (2000), Appendix A: Experimental Techniques in Atmospheric Corrosion, in Atmospheric Corrosion (book) |
| P2.0194 | P2.0194 -0001 | P2.0194 -0007 | Leygraf, Christofer and Graedel, Thomas (2000), Appendix E: The Atmospheric Corrosion of Copper, in Atmospheric Corrosion (book) |
| P2.0195 | P2.0195 -0001 | P2.0195 -0067 | Abbott, W. H. (1993), Atmospheric Corrosion of Control Equipment, MTI Publication No. 38 |
| P2.0196 | P2.0196 -0001 | P2.0196 -0009 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 4: Atmospheric Gases and Their Involvement in Corrosion, in Atmospheric Corrosion (book) |
| P2.0197 | P2.0197 -0001 | P2.0197 -0012 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 6: Corrosion in Laboratory Exposures, in Atmospheric Corrosion (book) |
| P2.0198 | P2.0198 -0001 | P2.0198 -0010 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 8: Corrosion in Indoor Exposures, in Atmospheric Corrosion (book) |
| P2.0199 | P2.0199 -0001 | P2.0199 -0008 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 11: Applied Atmospheric Corrosion: Electronic Devices, in Atmospheric Corrosion (book) |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0200 | P2.0200 -0001 | P2.0200 -0009 | Leygraf, Christofer and Graedel, Thomas (2000), Chapter 13: Scenarios for Atmospheric Corrosion in the 21st Century, in Atmospheric Corrosion (book) |
| P2.0202 | P2.0202 -0001 | P2.0202 -0008 | Chudnovsky, Bella H. (May/June 2008), Corrosion of Electrical Conductors in Pulp and Paper Industrial Applications, 44 IEEE Trans. on Indus. Applications 932 (originally presented at 2007 IEEE Pulp Industry conference) |
| P2.0203 | P2.0203 -0001 | P2.0203 -0013 | Hillman, Craig et al., DFR Solutions (2007), Silver and Sulfur: Case Studies, Physics, and Possible Solutions, manuscript available at http://www.dfrsolutions.com/uploads/publications/2007_10_silver_and_sulfur.pdf |
| P2.0204 | P2.0204 -0001 | P2.0204 -0010 | Muller, C. O. (2000), Combination Corrosion Coupon Testing Needed for Today's Control Equipment, technical paper |
| P2.0205 | P2.0205 -0001 | P2.0205 -0016 | Tran, T.T.M. et al. (2003), The atmospheric corrosion of copper by hydrogen sulphide in underground conditions, 45 Corrosion Sci. 2787 |
| P2.0206 | P2.0206 -0001 | P2.0206 -0026 | Hejzlar, Zdenek et al. (Jul. 31, 2009), Problematic Drywall Impacts in U.S. Residential Construction: Investigating Problematic Drywall Issues, manuscript |
| P2.0208 | P2.0208 -0001 | P2.0208 -0008 | Sinclair, J. D. (Jan. 1982), Tarnishing of Silver by Organic Sulfur Vapors: Rates and Film Characteristics, 129 J. Electrochem. Soc. 33 |
| P2.0209 | P2.0209 -0001 | P2.0209 -0005 | Reagor, B. T. (Mar. 1981), Tarnishing of Silver by Sulfur Vapors: Film Characteristics and Humidity Effects, 128 J. Electrochem. Soc. 701 |
| P2.0210 | P2.0210 -0001 | P2.0210 -0025 | Blanchard, Richard and Galler, Donald et al. (1999), Chapter 14: Failure Analysis of Printed Wiring Assemblies, in Electronic Failure Analysis Handbook |
| P2.0211 | P2.0211 -0001 | P2.0211 -0025 | Slenski, George and Galler, Donald (1999), Chapter 15: Wires and Cables, in Electronic Failure Analysis Handbook |
| P2.0212 | P2.0212 -0001 | P2.0212 -0029 | Martin, Perry et al. (including Galler, Donald) (1999), Chapter 16: Switches and Relays, in Electronic Failure Analysis Handbook |
| P2.0213 | P2.0213 -0001 | P2.0213 -0046 | Galler, Donald et al. (1999), Chapter 18: Failure Analysis of Components, in Electronic Failure Analysis Handbook |
| P2.0218 | P2.0218 -0001 | P2.0218 -0007 | Reid, M. et al. (2008), Study of Mixed Flowing Gas Exposure of Copper, 155 J. Electrochem. Soc. C147 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0220 | P2.0220-0001 | P2.0220-0009 | Schueller, Randy (Oct. 2007), Creep Corrosion on Lead-Free Printed Circuit Boards in High Sulfur Environments, SMTA Int'l Proceedings |
| P2.0221 | P2.0221-0001 | P2.0221-0005 | Mazurkiewicz, Paul (Nov. 2006), Accelerated Corrosion of Printed Circuit Boards due to High Levels of Reduced Sulfur Gasses in Industrial Environments, 32d Int'l Symposium for Testing and Failure Analysis |
| P2.0222 | P2.0222-0001 | P2.0222-0018 | Abbott, W. H., A review of flowing mixed gas test developments |
| P2.0223 | P2.0223-0001 | P2.0223-0018 | Abbott, W. H. (Jun. 1991), Comparison of Electronic Component Degradation in Field and Laboratory Environments, Environmental Effects 55 |
| P2.0224 | P2.0224-0001 | P2.0224-0010 | Knight, E. (1989), The Quest for an Environmental Gas Test Standard for Electrical Contacts, in Corrosion of Electrical Contacts 482 |
| P2.0225 | P2.0225-0001 | P2.0225-0018 | Abbott, W. H. (Dec. 28, 2009), private communication |
| P2.0226 | P2.0226-0001 | P2.0226-0006 | Comizzoli, R. B. et al. (Oct. 17, 1986), Corrosion of Electronic Materials and Devices, 234 Sci. 340 |
| P2.0227 | P2.0227-0001 | P2.0227-0007 | Smith, J. et al. (2006), The Electrochemistry of Copper in Aqueous Sulphide Solutions, Mat. Res. Soc. Symp. Proc. Vol. 932 |
| P2.0228 | P2.0228-0001 | P2.0228-0013 | Sinclair, J. D. (Dec. 1, 2004), Indoor Atmospheres, book chapter in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International |
| P2.0229 | P2.0229-0001 | P2.0229-0009 | Comizzoli, R.B. et al. (Jul. 1992), The Kuwait Environment and Its Effects on Electronic Materials and Components, 139 J. Electrochem. Soc. 2058 |
| P2.0230 | P2.0230-0001 | P2.0230-0007 | Watanabe, Masamitsu et al. (2001), Characterization of Corrosion Products Formed on Copper in Urban, Rural/Coastal, and Hot Spring Areas, 148 J. Electrochem. Soc. B522 |
| P2.0231 | P2.0231-0001 | P2.0231-0005 | Kato, C. et al. (June 1984), Effect of Sulfide on the Corrosion of Cu-9.4Ni-1.7Fe Alloy in Aqueous NaCl Solution, 131 J. Electrochem. Soc. 1225 |
| P2.0232 | P2.0232-0001 | P2.0232-0012 | Cong, Hongbo et al. (including Scully, John R.) (2009), Passivity and Pit Stability Behavior of Copper as a Function of Selected Water Chemistry Variables, 156 J. Electrochem. Soc. C16 |
| P2.0233 | P2.0233-0001 | P2.0233-0001 | Bindig, H., Tarnishing in Color Stable Copper-Base Alloys Compared to Commercial Copper, study abstract |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0234 | P2.0234-0001 | P2.0234-0006 | Ettling, Bruce V. (1982), Glowing Connections, 18 Fire Tech. J. 344 |
| P2.0235 | P2.0235-0001 | P2.0235-0010 | Simko, Steven J. et al. (1989), Film Formation on Silver-Based Switching Contacts, IEEE Holm Conf. on Electric Contacts, 167 |
| P2.0236 | P2.0236-0001 | P2.0236-0007 | Perkins, Allan (Dec. 1, 2004), Chapter 15: Industrial Applications, in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International |
| P2.0237 | P2.0237-0001 | P2.0237-0009 | National Research Council of the National Academies (2009), Assessment of Corrosion Education |
| P2.0238 | P2.0238-0001 | P2.0238-0028 | Campbell, W. E. and Thomas, U. B. (Sept. 12, 1939), Tarnish Studies, The Electrolytic Reduction Method for the Analysis of Films on Metal Surfaces, presented at the Seventy-Sixth General Meeting in New York, pp. 303-328 |
| P2.0239 | P2.0239-0001 | P2.0239-0013 | Muller, Christopher O. (Purafil), Control of Corrosive Gases to Avoid Electrical Equipment Failure |
| P2.0240 | P2.0240-0001 | P2.0240-0128 | Kuntze, Richard A. (2009), Gypsum Connecting Science and Technology, book published by ASTM |
| P2.0241 | P2.0241-0001 | P2.0241-0012 | Jacobs, S. and Edwards, M (2000), Sulfide Scale Catalysis of Copper Corrosion, 24 Water Resources 2798 |
| P2.0242 | P2.0242-0001 | P2.0242-0004 | New York State Dept. of Health (Feb. 1, 2005), Indoor Air Sampling and Analysis Guidance, available at www.health.state.ny.us/environmental/indoors/air/guidance.htm |
| P2.0243 | P2.0243-0001 | P2.0243-0008 | Odencrantz, Joseph E. et al. (Jul. 2008), Residential Vapor Intrusion Evaluation: Long Duration Passive Sampling v. Short Duration Active Sampling, J. Remediation |
| P2.0244 | P2.0244-0001 | P2.0244-0003 | DeMott, Robert P. and Poole, James L. (Oct. 31, 2008), Memorandum to Florida county health departments, re: October 2, 2008 Meeting in Sarasota regarding sulfur compound emissions from imported gypsum board |
| P2.0245 | P2.0245-0001 | P2.0245-0014 | Abbott, W. H. (Mar. 1988), The Development and Performance Characteristics of Mixed Flowing Gas Test Environment, 11 IEEE Trans. Components, Hybrids, and Manuf. Tech. 22. |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P2.0246 | P2.0246 -0001 | P2.0246 -0001 | Sharp, W. B. et al. (Oct. 1989), Corrosion Prevention in Electrical Control Rooms, Tappi Journal, Corrosion, at 143-145. |
| P2.0247 | P2.0247 -0001 | P2.0247 -0009 | Dean, S. W. (Dec. 1, 2004), Corrosion Monitoring for Industrial Processes, in Baboian, Robert, ed., Corrosion Tests and Standards: Application and Interpretation 2d ed., published by ASTM International. |
| P2.0248 | P2.0248 -0001 | P2.0248 -0002 | Halford, Bethany, (May 4, 2009), Wallboard Woes: Odors and Corrosion Raise Concern over Drywall Imported from China, 87 Sci. & Tech. 50 |
| P2.0249 | P2.0249 -0001 | | Megaw, E. D. (1979), Factors affecting visual inspection accuracy, 10.1 Applied Ergonomics 27 |
| P3.0179 | P3.0179 -0001 | P3.0179 -0003 | Baldwin - Certified Copy of Deed dated 11.06.06 |
| P3.0181 | P3.0181 -0001 | P3.0181 -0001 | Photo of Jerry & Inez Baldwin |
| P3.0184 | P3.0184 -0001 | P3.0184 -0001 | Baldwin-Property Photo |
| P3.0185 | P3.0185 -0001 | P3.0185 -0001 | Baldwin - Lawn Maintenance Quote at CDW Home dated 12.15.09 |
| P3.0186 | P3.0186 -0001 | P3.0186 -0002 | Baldwin - Moving & Storage Quote dated 12.17.09 |
| P3.0187 | P3.0187 -0001 | P3.0187 -0002 | Baldwin - Rental Property Information dated 12.2.09 |
| P3.0188 | P3.0188 -0001 | P3.0188 -0001 | Baldwin - Renters Insurance Quote dated 12.14.09 |
| P3.0190 | P3.190- 0001 | P3.190- 0002 | Baldwin - Quality Home Inspections Letter dated 5.24.09 |
| P3.0193 | P3.0193 -0001 | P3.0193 -0002 | Baldwin - Porter Blaine Cost Entries dated 12.01.06 |
| P3.0194 | P3.0194 -0001 | P3.0194 -0002 | Baldwin - Homeowner's Insurance Declaration dated 11.21.09-11.21.10 |
| P3.0195 | P3.0195 -0001 | P3.0195 -0002 | Baldwin - Porter Blaine Board Stocking dated 5.5.06 |
| P3.0196 | P3.0196 -0001 | P3.0196 -0002 | Baldwin - Porter Blaine Cost Entries dated 12.01.06 |
| P3.0197 | P3.0197 -0001 | P3.0197 -0003 | Baldwin - Porter Blaine Independent Subcontractor Applications for Payment dated 10.26.06-11.02.06 |
| P3.0198 | P3.0198 -0001 | P3.0198 -0001 | Baldwin - Porter Blaine Invoice dated 10.31.06 |
| P3.0199 | P3.0199 -0001 | P3.0199 -0001 | Baldwin - Porter Blaine Unit Cost Report dated 5.5.06 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0200 | P3.0200 -0001 | P3.0200 -0001 | Baldwin - Venture Supply Invoice dated 10.23.06 |
| P3.0201 | P3.0201 -0001 | P3.0201 -0002 | Baldwin - Annual Escrow Analysis dated 7.27.09 |
| P3.0202 | P3.0202 -0001 | P3.0202 -0006 | Baldwin - Interest Rate Agreement dated 11.15.06 |
| P3.0203 | P3.0203 -0001 | P3.0203 -0003 | Baldwin - Settlement Statement dated 11.21.06 |
| P3.0204 | P3.0204 -0001 | P3.0204 -0001 | Baldwin - Computer Repair - Xactec Invoice dated 2.4.09 (for services rendered 1.29.09 & 2.2.09) |
| P3.0205 | P3.0205 -0001 | P3.0205 -0001 | Baldwin - Computer Repair - Xactec Invoice dated 10.13.09 (for services rendered 10.05.09 & 10.13.09) |
| P3.0206 | P3.0206 -0001 | P3.0206 -0001 | Baldwin - Computer Replacement - CompUSA Receipt dated 4.1.07 |
| P3.0207 | P3.0207 -0001 | P3.0207 -0001 | Baldwin - HVAC - Tommy Garner Invoice dated 8.22.08 |
| P3.0208 | P3.0208 -0001 | P3.0208 -0001 | Baldwin - HVAC - Tommy Garner Invoice dated 8.27.08 |
| P3.0209 | P3.0209 -0001 | P3.0209 -0001 | Baldwin - HVAC - Tommy Garner Invoice dated 11.26.08 |
| P3.0210 | P3.0210 -0001 | P3.0210 -0001 | Baldwin - HVAC - Tommy Garner Invoice dated 12.16.08 |
| P3.0211 | P3.0211 -0001 | P3.0211 -0001 | Baldwin - HVAC - Williamsburg Heating & AC Invoice dated 8.25.09-8.26.09 |
| P3.0212 | P3.0212 -0001 | P3.0212 -0001 | Baldwin - Microwave Repair - GE Appliances Receipt dated 1.17.08 |
| P3.0213 | P3.0213 -0001 | P3.0213 -0001 | Baldwin - Quality Home Inspections Payment dated 5.31.09 |
| P3.0214 | P3.0214 -0001 | P3.0214 -0001 | Baldwin - Refrigerator - Service Protection Plan |
| P3.0215 | P3.0215 -0001 | P3.0215 -0001 | Baldwin - Refrigerator Repair - GE Appliances Receipt dated 3.19.09 |
| P3.0218 | P3.0218 -0001 | P3.0218 -0001 | Baldwin - Post Remediation Home Cleaning Quote dated 12.3.09 |
| P3.0219 | P3.0219 -0001 | P3.0219 -0001 | Baldwin - Post Remediation Home Inspection Quote dated 12.23.09 |
| P3.0220 | P3.0220 -0001 | P3.0220 -0001 | Baldwin - Rug Cleaning Quote dated 12.14.09 |
| P3.0221 | P3.0221 -0001 | P3.0221 -0001 | Baldwin- Upholstered Furniture Cleaning Quote dated 12.1.09 |
| P3.0222 | P3.0222 -0001 | P3.0222 -0001 | Baldwin - Window Treatment Cleaning Quote dated 12.3.09 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0223 | P3.0223-0001 | P3.0223-0001 | Baldwin - Window Treatment Installation Quote dated 12.3.09 |
| P3.0226 | P3.0226-0001 | P3.0226-0001 | Heischober - Plaintiff Photo |
| P3.0228 | P3.0228-0001 | P3.0228-0001 | Heischober - Property Photo |
| P3.0229 | P3.0229-0001 | P3.0229-0003 | Heischober - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0230 | P3.0230-0001 | P3.0230-0001 | Heischober - Photo of ceiling fan with particles |
| P3.0231 | P3.0231-0001 | P3.0231-0001 | Heischober - Dominion Virginia Power - Billing and payment statement 9-08 through 1-10 |
| P3.0232 | P3.0232-0001 | P3.0232-0005 | Heischober - Lease Agreement dated 12.3.09 |
| P3.0233 | P3.0233-0001 | P3.0233-0001 | Heischober - Move out cleaning quote for 212-A 85th St dated 12.20.09 |
| P3.0234 | P3.0234-0001 | P3.0234-0001 | Heischober - Move out cleaning quote for 215 62nd St dated 12.20.09 |
| P3.0235 | P3.0235-0001 | P3.0235-0002 | Heischober - Moving Quote - A Sure Move dated 11.19.09 |
| P3.0236 | P3.0236-0001 | P3.0236-0005 | Heischober - Renters Insurance Policy effective 1.1.10 |
| P3.0237 | P3.0237-0001 | P3.0237-0001 | Heischober - Utility Payment dated 10.19.09 |
| P3.0238 | P3.0238-0001 | P3.0238-0001 | Heischober - Water Bill - City of Virigina Beach bill dated 9.24.09 |
| P3.0239 | P3.0239-0001 | P3.0239-0001 | Heischober - Water Bill - City of Virigina Beach bill dated 11.30.09 |
| P3.0244 | P3.0244-0001 | P3.0244-0001 | Heischober - Hardship ltr to Chase Home Finance dated 9.14.09 |
| P3.0245 | P3.0245-0001 | P3.0245-0004 | Heischober - Special Forebearance Agreement - Chase Home Finance dated 9.30.09 |
| P3.0246 | P3.0246-0001 | P3.0246-0001 | Heischober- Mortgage Loan Statement dated 9.4.09 |
| P3.0248 | P3.0248-0001 | P3.0248-0001 | Heischober - Adjusted Bill for 2010 |
| P3.0249 | P3.0249-0001 | P3.0249-0001 | Heischober - Assessment History for 2007, 2008, 2009 |
| P3.0250 | P3.0250-0001 | P3.0250-0001 | Heischober - City of VA Beach ltr re reduction dated 10.29.09 |
| P3.0251 | P3.0251-0001 | P3.0251-0001 | Heischober - Notice of Adjusted Assessment effective 7.1.09 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0252 | P3.0252-0001 | P3.0252-0001 | Heischober - Valuation Record for 2007, 2008, 2009 |
| P3.0253 | P3.0253-0001 | P3.0253-0002 | Heischober - Certified Copy of Deed - dated 11.9.06 |
| P3.0257 | P3.0257-0001 | P3.0257-0008 | Heischober - Amortization Schedule - start date 4.1.09 |
| P3.0258 | P3.0258-0001 | P3.0258-0001 | Heischober - First Payment ltr dated 2.20.09 |
| P3.0260 | P3.0260-0001 | P3.0260-0003 | Heischober - Settlement Statement for Refinance dated 2.20.09 |
| P3.0261 | P3.0261-0001 | P3.0261-0003 | Heischober - Computer Repair - Dell Correspondence dated 9.5.08 |
| P3.0262 | P3.0262-0001 | P3.0262-0001 | Heischober - Computer Repair - Dell Packing Slip dated 12.17.07 |
| P3.0263 | P3.0263-0001 | P3.0263-0004 | Heischober - Drycleaning Receipts |
| P3.0264 | P3.0264-0001 | P3.0264-0001 | Heischober - Fur Coat Cleaning - Lowenthal Ltr re odor dated 12.11.09 |
| P3.0265 | P3.0265-0001 | P3.0265-0001 | Heischober - Fur Coat Cleaning - Lowenthal Receipt dated 11.21.09 |
| P3.0266 | P3.0266-0001 | P3.0266-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 5.30.08 |
| P3.0267 | P3.0267-0001 | P3.0267-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 6.20.07 |
| P3.0268 | P3.0268-0001 | P3.0268-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.1.08 |
| P3.0269 | P3.0269-0001 | P3.0269-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.13.09 |
| P3.0270 | P3.0270-0001 | P3.0270-0002 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 7.20.09 |
| P3.0271 | P3.0271-0001 | P3.0271-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 8.13.07 |
| P3.0272 | P3.0272-0001 | P3.0272-0002 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 8.27.09 |
| P3.0273 | P3.0273-0001 | P3.0273-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 10.5.07 |
| P3.0274 | P3.0274-0001 | P3.0274-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 11.6.07 |
| P3.0275 | P3.0275-0001 | P3.0275-0001 | Heischober - HVAC Repair - Metro Mechanical Invoice dated 11.25.09 |
| P3.0276 | P3.0276-0001 | P3.0276-0001 | Heischober - TV Repair - Audio Visual Solutions Invoice dated 4.18.08 |
| P3.0277 | P3.0277-0001 | P3.0277-0002 | Heischober - TV Repair - Color And Sound Invoice and Receipt dated 4.15.08 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0278 | P3.0278 -0001 | P3.0278 -0010 | Heischober - Personal Property |
| P3.0279 | P3.0279 -0001 | P3.0279 -0001 | Heischober - Post Remediation Inspection Quote dated 12.23.09 |
| P3.0280 | P3.0280 -0001 | P3.0280 -0001 | Heischober - Reupholstery - Willis Furniture Quote dated 11.20.09 |
| P3.0281 | P3.0281 -0001 | P3.0281 -0001 | Leach - Plaintiff Photo |
| P3.0283 | P3.0283 -0001 | P3.0283 -0001 | Leach - Property Photo |
| P3.0284 | P3.0284 -0001 | P3.0284 -0001 | Leach - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0285 | P3.0285 -0001 | P3.0285 -0003 | Leach - Quality Home Inspections Report dated 4.24.09 |
| P3.0288 | P3.0288 -0001 | P3.0288 -0003 | Leach - Childcare Expenses - WISC |
| P3.0289 | P3.0289 -0001 | P3.0289 -0001 | Leach - Lawn Maintenance - Top-Notch Tree Service Quote dated 12.16.09 |
| P3.0290 | P3.0290 -0001 | P3.0290 -0001 | Leach - Salary Verification of Cathy Leach - Allstate letter dated 12.11.09 |
| P3.0291 | P3.0291 -0001 | P3.0291 -0002 | Leach - Stonehouse Elementary 2009-2010 Calendar |
| P3.0292 | P3.0292 -0001 | P3.0292 -0001 | Leach - Verification of Cathy Leach - Increased expenses dated 1.8.10 |
| P3.0293 | P3.0293 -0001 | P3.0293 -0001 | Leach - Property Tax Assessment for 2007, 2008, 2009 |
| P3.0294 | P3.0294 -0001 | P3.0294 -0001 | Leach - APR document dated 7.21.08 |
| P3.0295 | P3.0295 -0001 | P3.0295 -0003 | Leach - Certified Copy of Deed dated 7.11.08 |
| P3.0296 | P3.0296 -0001 | P3.0296 -0001 | Leach - Current Loan Information |
| P3.0299 | P3.0299 -0001 | P3.0299 -0001 | Leach - MetLife Good Faith Estimate 2 |
| P3.0302 | P3.0302 -0001 | P3.0302 -0001 | Leach - Refinance declined due to CDW - Chevy Chase Bank dated 1.4.10 |
| P3.0303 | P3.0303 -0001 | P3.0303 -0002 | Leach - Refinance declined due to CDW - MetLife dated 1.6.10 |
| P3.0304 | P3.0304 -0001 | P3.0304 -0002 | Leach - Settlement Statement dated 7.23.08 |
| P3.0305 | P3.0305 -0001 | P3.0305 -0001 | Leach - Dehumidifier Replacement - Walmart receipt dated 7.30.08 |
| P3.0306 | P3.0306 -0001 | P3.0306 -0001 | Leach - Moisture Damage Inspection - Mark's Pest Control Invoice dated 4.8.09 |