UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION ) ) ) ) ) ) ) | MDL NO. 2047 <br><br> SECTION: L <br><br> JUDGE FALLON <br> MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Hernandez v. Knauf Gips KG, et al*, Case No. 2:09-cv-6050 (E.D. La.)

## ORDER

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Motion to Impose Bond Requirement on Appellant Knauf Plasterboard Tianjin Co., Ltd.;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief in Support of Motion to Impose Bond Requirement on Appellant Knauf Plasterboard Tianjin Co., Ltd., and said Reply Brief is to be filed into the record herein.

New Orleans, Louisiana this ____ day of _____, 2010.

                                                                                                                        Honorable Eldon E. Fallon
                                                                                                                        U.S. District Judge