UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Hernandez v. Knauf Gips KG, et al.*, Case No. 2:09-cv-6050 (E.D.La.) | |

PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION
TO IMPOSE BOND REQUIREMENT ON APPELLANT
KNAUF PLASTERBOARD TIANJIN CO., LTD.

Mr. and Mrs. Hernandez have endured for too many months insult and injury from the installation of Knauf Plasterboard Tianjin Co., Ltd.'s ("KPT") defective drywall in their home. After successfully trying their claims to this Court and obtaining a judgment in their favor, they are now confronted by KPT's ongoing litigation strategy – delay. KPT, which, like its fellow Knauf defendant entities, has evaded this Court's jurisdiction by hiding behind German secrecy laws, the Hague Convention and other procedural obstacles, and now presents yet another evasion – KPT opposes a *de minimis* cost bond.[1]

Whereas KPT has caused the plaintiffs to engage in extensive litigation that resulted in a voluminous record in the bench trial before this Court, it now has the audacity to claim that a cost bond of only $1,000.00 is appropriate. The record on appeal was agreed to by the parties in

---

[1] It is well recognized around the world that the "companies belonging to Kanuf Family constitute an economic unit". *See Knauf Gips KG v. Commission,* Case C-407/08 P, Judgment (E.U. Ct. of Justice July 1, 2010) available at http://curia.europa.eu/jurisp/cgi-bin/form.pl?lang=EN&Submit=rechercher&numaff=C-407/08.

1

the attached joint designation of the record. *See* Appellant Knauf Plasterboard (Tianjin) Co. Ltd.'s and Appellees Tatum and Charlene Hernandez's Joint Designation of the Record, attached hereto as Exhibit "A". As evident thereby, given the volume of exhibits and other documents that comprise the record, the reproduction of such documents into the Record Excerpts warranted by Fed.R.App.P. 30 and the local rule of the Fifth Circuit on Fed.R.App.P. 30 suggests that thousands upon thousands of pages will need to be reproduced. Although it is the appellant's obligation to recreate the record, in the event that KPT fails to produce the appropriate record appendix, that obligation then falls upon the plaintiffs. Plaintiffs have no trust in an opponent that has knowingly secreted into this country defective drywall, engaged in surreptitious sales of the drywall in which it demanded from its business associates silence in the face of knowing dangers to the ultimate consumers of its products, hidden behind byzantine jurisdictional obstructionist practices, and the like. To now suggest that plaintiffs accept a $1,000.00 cost bond is absurd.

KPT's principal authority for the minuscule $1,000.00 obligation it proposes is *Vaughn v. American Honda Motor Co., Inc.*, 507 F.3d 295 (5th Cir. 2007). KPT regales in the fact that the Fifth Circuit reduced the FRAP 7 bond from $150,000.00 to $1,000.00. KPT, however, carefully avoids mentioning that none of the appellees contested the inadequacy of a reduced bond, a fact noted by the Circuit Court. *Id.* at 300. In contrast to the *Vaughn* appellees, the Hernandez's firmly believe that a $1,000.00 bond will not cut the mustard. Indeed, the reproduction costs of the record in this case and the briefs required by the plaintiffs are expected to well exceed $1,000.00.

Given the ample authority already presented to this Court where other Court's in our

2

moving papers have imposed FRAP 7 cost bonds in the vicinity of $25,000.00, the plaintiffs submit that a bond more reflective of the actual costs of this appeal should be imposed rather than the speculative, *de minimis* costs suggested by KPT.

Accordingly, plaintiffs respectfully request that their motion to impose a cost bond in the $25,000.00 should be granted.

Respectfully submitted,

Dated: August 6, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
*MDL 2047*

3

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Daniel E. Becnel, Jr.
Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Victor Manuel Diaz
Podhurst Orseck, P.A.
25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
 Matthews, Martinez, Gonzales,
 Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020
bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

| | |
|---|---|
| Jerrold Seth Parker<br>Parker, Waichman, Alonso LLP<br>3301 Bonita Beach Road<br>Bonita Springs, FL 34134<br>Phone: (239) 390-1000<br>Fax: (239) 390-0055<br>Jerry@yourlawyer.com | James Robert Reeves<br>Lumpkin & Reeves<br>160 Main Street<br>Biloxi, MS 39530<br>Phone: (228) 374-5151<br>Fax: (228) 374-6630<br>jrr@lumpkinreeves.com |
| Scott Wm. Weinstein<br>Morgan & Morgan<br>12800 University Drive, Suite 600<br>Ft. Meyers, FL 33907<br>Phone: (239) 433-6880<br>Fax: (239) 433-6836<br>sweinstein@forthepeople.com | Christopher Seeger<br>Seeger Weiss, LLP<br>One William Street<br>New York, NY 10004<br>Phone: (212) 584-0700<br>Fax: (212) 584-0799<br>cseeger@seegerweiss.com |

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.W<br>Suite 650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax: (202) 540-7201<br>rlewis@hausfeldllp.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com |
| Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiffs' Reply Brief in Support of Motion to Impose Bond Requirement on Appellant Knauf Plasterboard Tianjin Co., Ltd. has been served on Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047 on this 6th day of August, 2010.

      /s/ Leonard A. Davis
      Leonard A. Davis, Esquire
      Herman, Herman, Katz & Cotlar, LLP
      820 O'Keefe Avenue
      New Orleans, Louisiana 70113
      Phone: (504) 581-4892
      Fax: (504) 561-6024
      LDavis@hhkc.com
      Plaintiffs' Liaison Counsel
      MDL 2047