# EXHIBIT A

UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br><br>*Tatum B. Hernandez, et al. v. Knauf Plasterboard (Tianjin) Co. Ltd., et al.,* Case No. 09-cv-06050 | |

APPELLANT KNAUF PLASTERBOARD (TIANJIN) CO. LTD.'S
AND APPELLEES TATUM AND CHARLENE HERNANDEZ'S
JOINT DESIGNATION OF THE RECORD

Knauf Plasterboard (Tianjin) Co. Ltd. ("KPT") and Tatum and Charlene Hernandez, by and through their attorneys, submit this Joint Designation of the Record in response to this Court's June 24, 2010 Order. Because the *Hernandez v. Knauf Plasterboard (Tianjin) Co., Ltd.* case, 2:09-CV-6050, was tried as an individual case within the larger MDL, *In re Chinese Drywall Products Liability Litigation*, 2:09-MDL-2047, portions of the record were filed in both dockets. In addition to the transcripts previously ordered, the parties jointly submit the following as the record on appeal:

**Designations from Docket 2:09-CV-6050:**

| Docket # | Date Filed | Description |
|---|---|---|
| 1 | 9/1/2009 | Complaint |
| 3 | 5/11/2010 | Judgment |

| 4 | 6/09/2010 | Notice of Appeal |
|---|---|---|

**Designations from Docket 2:09-MD-2047:**

| Docket # | Date Filed | Description |
|---|---|---|
| 590 | 12/09/09 | Motion to Dismiss Knauf Gips KG, Taishan Gypsum Co., Ltd., USG Corporation, LW Supply Corporation, Independent Builders Supply Association, and Rothchilt without prejudice. |
| 600 | 12/11/2009 | Order granting Plaintiffs' 590 Motion to Dismiss without prejudice |
| 609 | 12/14/2009 | Waiver of service returned executed by Knauf Plasterboard (Tianjin) Co., Ltd. |
| 635 | 12/18/2009 | Amended Complaint with Jury Demand against Defendant Knauf Plasterboard Tianjin Co., Ltd. Filed by Plaintiffs |
| 755 | 01/14/2010 | Minute Order of Monthly Status Conference. |
| 824 | 01/25/2010 | Scheduling Order: Final Pretrial Conference set for 3/10/2010. Jury Trial set for 3/15/2010. |
| 1438 | 02/25/2010 | Joint Stipulation and Order that said stipulation be entered into the record. |
| 1608 | 03/05/2010 | Witness List by All Plaintiffs. |
| 1609 | 03/05/2010 | Exhibit List by Defendant Knauf Plasterboard Tianjin Co., Ltd. |
| 1610 | 03/05/2010 | Witness by Defendant Knauf Plasterboard Tianjin Co., Ltd. |
| 1611 | 03/05/2010 | Exhibit List by All Plaintiffs. |

| Docket # | Date Filed | Description |
|---|---|---|
| 1653 | 03/08/2010 | Motion to Preclude Specific Aspects of the Testimony of Knauf's Experts on the Impact of Corrosion on the Scope of Remediation by Plaintiffs. Motion Hearing set for 3/15/2010. |
| 1654 | 03/08/2010 | Motion in Limine to *No. 1 to Exclude Testimony That Emissions or Odors from Chinese Drywall Are Harmful to or Otherwise Impact Health are Toxic or Noxious* by Defendant Knauf Plasterboard Tianjin Co. Ltd. Motion Hearing set for 3/15/2010. |
| 1655 | 03/08/2010 | Second Motion in Limine to exclude the testimony and reports of Dr. John Scully by Defendant Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 3/15/2010. |
| 1658 | 03/08/2010 | Third Motion in Limine to exclude by Defendant Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 3/15/2010. |
| 1659 | 03/08/2010 | Fourth Motion in Limine to exclude by Defendant Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 3/15/2010. |
| 1684 | 03/09/2010 | Motion for Partial Summary Judgment *Relating to Alleged Nonpecuniary Damages* by Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 3/24/2010. |
| 1685 | 03/09/2010 | Exparte/Consent Motion to Expedite *Hearing on Knauf Plasterboard Tianjin Co., Ltd.'s Motion for Summary Judgment Relating to Alleged Nonpecuniary Damages* by Knauf Plasterboard Tianjin Co., Ltd. |
| 1686 | 03/09/2010 | Response/Memorandum in Opposition filed by Tatum B. Hernandez and Charlene M. Hernandez re 1684 Motion for Partial Summary Judgment *Relating to Alleged Nonpecuniary Damages.* |

| Docket # | Date Filed | Description |
|---|---|---|
| 1706 | 03/11/2010 | Response/Memorandum in Opposition filed by Plaintiffs re 1654 Motion in Limine to *No. 1 to Exclude Testimony That Emissions or Odors from Chinese Drywall Are Harmful to or Otherwise Impact Health are Toxic or Noxious.* |
| 1707 | 03/11/2010 | Response/Memorandum in Opposition filed by Plaintiffs re 1655 Second Motion in Limine to *KPT to Exclude Testimony and Reports of Dr. John Scully.* |
| 1709 | 03/12/2010 | Trial Brief *Pre-Trial Brief* by Tatum Hernandez and Charlene Hernandez. |
| 1720 | 03/12/2010 | Response/Memorandum in Opposition fled by Knauf Plasterboard Tianjin Co., Ltd. Re 1653 Motion to preclude Specific Aspects of the Testimony of Knauf's Experts on the Impact of Corrosion on the Scope of Remediation. |
| 1721 | 03/14/2010 | Motion to Bar Bradley Krantz's Previously Undisclosed Threshold Failure Calculations by Knauf Plasterboard Tianjin Co., Ltd. Motion Hearing set for 3/15/2010. |
| 1722 | 03/15/2010 | Trial Brief by Knauf Plasterboard Tianjin Co., Ltd. |
| 1728 | 03/15/2010 | Order – Joint Stipulation submitted. The Court has considered the Joint Stipulation; accordingly, It Is Ordered that the Joint Stipulation be entered into record. |

| Docket # | Date Filed | Description |
|---|---|---|
| 1729 | 03/15/2010 | ORDER & REASONS denying 1653 Plaintiffs' Motion to Preclude Specific Aspects of the testimony of Knauf's Experts on the Impact of Corrosion on the Scope of Remediation ; denying 1654 Knauf's Motion in Limine to Exclude Testimony that Chinese Drywall Emissions or Odors are Harmful to, or Otherwise Impact, Health, are Toxic or Noxious; granting in part and denying in part 1655 Knauf's Motion in Limine to Exclude Reports and Testimony of John Scully, Ph.D.; denying 1658 Knauf's Motion in Limine to Bar David Maloney from Testifying About his Observations or Opinions with Respect to Purported Damage to Plaintiffs Personal Property; denying 1659 Knauf's Motion in Limine to Exclude Dr. Lori Streits Testimony Because it Relates Solely to Liability and is Cumulative; denying as moot 1660 Knauf's Motion to Exclude the Report and Testimony of Kenneth Acks; denying as Moot 1684 Motion for Partial Summary Judgment. |
| 1751 | 03/15/2010 | Minute Entry for proceedings held before Judge Fallon:  Bench Trial begun on 3/15/2010.   1721 Motion to Bar Bradley Krantz's Previously Undisclosed Threshold Failure Calculations field by Defendant-Granted. |
| 1783 | 03/15/2010 | NOTICE for Removal of Exhibits by Clerk. |
| 1808 | 03/16/2010 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Bench Trial held on 3/16/2010. |
| 1812 | 03/16/2010 | DEPOSITION of David J. Maloney, Jr. taken on 3/3/2010 by Plaintiff. |
| 1818 | 03/16/2010 | DEPOSITION of Lori A. Streit taken on 2/12/2010 by Plaintiff and admitted exhibits to deposition. |
| 1843 | 03/17/2010 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Bench Trial held on 3/17/2010 |

| Docket # | Date Filed | Description |
|---|---|---|
| 1852 | 03/17/2010 | Select Portions of DEPOSITION of Dr. Craig Beyler taken on 3/12/2010, Transcript Excerpts Shown at Trial by Knauf Plasterboard Tianjin Co., Ltd. |
| 1854 | 03/18/2010 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Bench Trial held on 3/18/2010. |
| 1863 | 03/19/2010 | ORDER denying as moot 1685 Motion to Expedite. |
| 1913 | 03/19/2010 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Bench Trial completed on 3/19/2010. Ruling remains RESERVED on Hernandez exhibits 48, 448, 399 through 407 and will be dealt with in Court's opinion. The issue of attorneys fees is SEVERED and will be handled after issuance of Court's opinion.  Proposed findings of fact and conclusions of law shall be filed simultaneously no later than 3/29/10 at which time this matter will be TAKEN UNDER SUBMISSION. |
| 2248 | 03/31/2010 | Proposed Findings of Fact & Conclusions of Law by Plaintiffs. |
| 2249 | 03/31/2010 | Proposed Findings of Fact &Conclusions of Law by Defendant Knauf Plasterboard Tianjin Co., Ltd. |

| Docket # | Date Filed | Description |
|----------|------------|-------------|
| 2713 | 04/27/2010 | FINDINGS OF FACT AND CONCLUSIONS OF LAW − In summary, the Plaintiffs have suffered damages in the following amounts: (1) Remediation: $136,940.46 (2) Personal property: $5,357.33 (3) Recurring Alternative Living Expenses: $9,507.24 (4) Non−recurring Alternative Living Expenses: $9,562.00 (5) Pretrial Repair Costs: $2,682.29 (6) Post−trial Repair Costs: $1,500.00. The Hernandez's damages are to be reduced by $1,499.68 for their property tax reduction. The Court finds Plaintiffs are entitled to recover these damages. Thus, the Court awards damages to the Plaintiffs in the amount of $164,049.64, plus reasonable attorneys' fees, the costs of these proceedings, and legal interest from judicial demand until paid. The Court will hold a hearing to determine the amount of reasonable attorneys' fees at a future date. Signed by Judge Eldon E. Fallon on 4/27/10. |
| 3012 | 05/11/2010 | JUDGMENT entered in favor of Plaintiffs Tatum B Hernandez and Charlene M. Hernandez and against Defendant Knauf Plasterboard Tianjin Co., Ltd. Signed by Judge Eldon E. Fallon on 5/10/2010. |
| 3163 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Morning Session held on 03/15/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504−589−7776. Transcript may be viewed at the court public terminal or purchased through the Court  Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |

| Docket # | Date Filed | Description |
|---|---|---|
| 3164 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Afternoon Session held on 03/15/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Toni Tusa, Telephone number 504−589−7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3165 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Morning Session held on 03/16/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504−589−7776. Transcript may be viewed at the court public terminal or purchased through the Court  Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3166 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Afternoon Session held on 03/16/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Toni Tusa, Telephone number 504−589−7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |

| Docket # | Date Filed | Description |
|---|---|---|
| 3167 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Morning Session held on 03/17/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504−589−7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3168 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Afternoon Session held on 03/17/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Toni Tusa, Telephone number 504−589−7778. Transcript may be viewed at the court public terminal or purchased through the Court  Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3169 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Morning Session held on 03/18/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504−589−7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |

| Docket # | Date Filed | Description |
|----------|-----------|-------------|
| 3170 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Morning Session held on 03/19/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Toni Tusa, Telephone number 504−589−7778. Transcript may be viewed at the court public terminal or purchased through the Court  Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3171 | 05/19/2010 | TRANSCRIPT of Trial Proceedings − Afternoon Session held on 03/19/2010 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504−589−7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 8/17/2010. |
| 3851 | 06/17/2010 | APPEAL TRANSCRIPT REQUEST by Defendant Knauf Plasterboard Tianjin Co., Ltd. for proceedings held on 3/15/10 − 3/19/10 re 3635 Notice of Appeal. |
| 3852 | 06/17/2010 | APPEAL TRANSCRIPT REQUEST by Defendant for proceedings held on 3/15/10, 3/16/10, 3/17/10  & 3/19/10 re 3635 Notice of Appeal. |

All exhibits admitted into evidence at trial, including the following defendant's and plaintiffs' exhibits:

**Defendant Knauf Plasterboard (Tianjin) Co., Ltd.'s Exhibits:**

| DX# | Description |
|-----|-------------|
| DX0001A-1 | Appendix A-1- Hernandez House Assessment- Wires |
| DX0001A-2 | Appendix A-2- Hernandez House Assessment- Plumbing & |

| DX# | Description |
|---|---|
| | Copper Reactivity Coupons |
| DX0001A-3 | Appendix A-3- Hernandez House Assessment- Electronics |
| DX0001B | Appendix B- Evaluation of Sheathed Wires |
| DX0001C | Appendix C- Thin Film Resistance Measurements |
| DX0001D | Appendix D- Copper Coupon Assessments in Houses with Chinese Drywall |
| DX0009C | Appendix C of Expert Report of Craig Beyler, Ph.D., Hughes Associates, Inc., Analysis of Fire Safety of Electrical Wiring Related to Chinese Drywall at the Hernandez Residence |
| DX0024 | UL 719 (2006), Standard for Safety for Nonmetallic-Sheathed Cables, Twelfth Edition, Underwriters Laboratory, Chicago, IL |
| DX0037 | Expert Report of Raymond Canzoneri, Canzoneri & Associates, LLC, Consulting Electrical Engineers |
| DX0047 | Cost data for 13263 Little Gem Circle, Ft. Myers, FL |
| DX0048 | Cost data for 13270 Little Gem Circle, Ft. Myers, FL |
| DX0049 | Cost data for 13252 Little Gem Circle, Ft. Myers, FL |
| DX0050 | Cost data for 13269 Little Gem Circle, Ft. Myers, FL |
| DX0055 | Additional Beazer Homes repair cost documents |
| DX0063 | ASTM B88-03 Standard Specification of Seamless Copper Water Tubes |
| DX0065 | "Corrosion of Metals and Alloys- Classification of low corrosivity of indoor atmospheres", ISO 11844-2 |
| DX0125A | Physical sample of pipe from 115 River Enclave Court, Bradenton, FL (kitchen) |
| DX0125B | Physical sample of pipe from 115 River Enclave Court, Bradenton FL (garage) |
| DX0134 | Wires from Outlet 2 at 68034 Marion St., Mandeville (Sample 5283512) |
| DX0136 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) |
| DX0137 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) and "New" Wire |
| DX0138 | Cross Section Ground Wire B, Outlet #2 from 68034 Marion St., Mandeville (Sample 5283512) and "New" Wire |
| DX0142 | Cross Section Ground Wire A, Outlet #44 from 68034 Marion St., Mandeville and "New" Wire (Sample 5283525) |
| DX0143 | 14 Gauge Wire from 8945 Ashington Way, Williamsburg, VA |

11

| DX# | Description |
|---|---|
| DX0144 | Cross Section 14-Gauge Wire from 1008 Hollymeade Circle, "New" Wire (Sample 3068189) |
| DX0149 | Cross Section 14-Gauge Wire from 1008 Hollymeade Circle and "New" Wire |
| DX0152 | Photo of Outlet 67 - Hot wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) |
| DX0153 | Photo of Outlet 67 - Neutral wire side - sheathing pulled back from 1219 Rue Degas, Mandeville (Sample 5283501) |
| DX0156 | Image from Krantz Supplemental Report, Page 16 of 29, Top image |
| DX0157 | Cold Water Supply - copper pipe from 68034 Marion St., Mandeville (Sample 5283509) |
| DX0158 | Cold Water Supply SEM Images, copper pipe from 68034 Marion St., Mandeville (Sample 5283509) |
| DX0159 | Cold Water Supply, Copper Pipe (OD), SEM Image and X-ray Maps, from 68034 Marion St., Mandeville (Sample 5283509) |
| DX0160 | Cold Water Supply, Copper Pipe (ID), SEM Image and X-ray Maps from 68034 Marion St., Mandeville (Sample 5283509) |
| DX0161 | Cold Water Supply, Brazing (cross sectioned)  from 68034 Marion St., Mandeville (Sample 5283509) |
| DX0164 | Plumbing Type L from 115 Enclave Ct., Bradenton |
| DX0165 | Plumbing Type L from 115 Enclave Ct., Bradenton (Sample 5281142) |
| DX0166 | Cross Section - Plumbing Type L from 115 Enclave Ct., Bradenton (Sample 5281142) |
| DX0168 | Type K Plumbing from 115 Enclave Ct., Bradenton |
| DX0169 | Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) |
| DX0170 | Cross Section - Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) |
| DX0171 | Cross Section - Type K Plumbing from 115 Enclave Ct., Bradenton (Sample 5281141) |
| DX0174 | Cross Section - "New" Plumbing Type K (Sample 3068744) |
| DX0175 | Cross Section - "New" Plumbing Type K (Sample 3068744) |
| DX0177 | Cross Section - "New" Plumbing Type L (Sample 3068743) |
| DX0184 | Refrigerator Control Board from 68034 Marion St., Mandeville (Sample 3068824) |
| DX0187 | Burnout Site on Refrigerator Control Board - BSE Image and EDS Spectrum (Sample 3068824) |

| DX# | Description |
|---|---|
| DX0192 | "Agreement to purchase or sell, Anthony Marino," dated March 29, 2005 |
| DX0193 | "Agreement to purchase or sell, Anthony Marino," dated November 29, 2005 |
| DX0195 | Invoice from Bronz-Glow Technologies, Inc, dated July 29, 2009 |
| DX0205 | Perricone CV |
| DX0207 | Byler CV |
| DX0209 | Roddewig CV |
| DX0211 | Repair Protocol for Hernandez House |
| DX0212 | Renovation Cost Estimate for Hernandez House |
| DX0213 | Bruce's Plumbing, Inc. Scope of Work in Repair Protocol for Hernandez House |
| DX0214 | Benchmark Custom Builders II, Inc. Remediation Cost Estimate for Hernandez House |
| DX0215 | GraciHart Electric Inspection Report of Hernandez House |
| DX0217 | Photograph of harvested outlet from 68034 Marion Street used in ground wire temperature testing |
| DX0218 | Photograph of harvested outlet from 68034 Marion Street used in ground wire temperature testing |
| DX0221 | Declaration of Dr. Richard J. Roddewig |
| DX0223 | ASTM D257-99, Standard Test Methods For DC Resistance or Conductance of Insulating Materials |
| DX0224 | ASTM D-1828 Standard Method for Copper Strip Corrosion by Liquefied Petroleum (LP) Gases |
| DX0225 | ASTM E- 995-04, Standard Guide for Background Subtraction Techniques in Auger Electron Spectroscopy and X-ray Photoelectron Spetcroscopy |
| DX0226 | ASTM E-1388-05, Standard Practice for Sampling of Head Space Vapors from Fire Debris Samples |
| DX0227 | ASTM E-1636-04, Standard Practice for Analytically Describing Sputter-Depth-Profile Interface Data by an Extended Logistic Function |
| DX0230 | SEMI F60-0306, Test Method for ESCA Evaluation of Surface Composition of Wetted Surfaces of Passivated 316L Stainless Steel Components, 2006 |
| DX0232 | Rutila photograph of set line IMG0387 |
| DX0234 | Rutila photograph of circuit breaker IMG 0461 |
| DX0235 | Rutila photograph of water heater IMG 0377 |
| DX0236 | Physical sample of Outlet 43 introduced at Beyler trial deposition |

13

| DX# | Description |
|---|---|
| | to be brought to Court |
| DX0237 | Revised Carruba Cost Estimate |
| DX0239 | 2006 International Residential Code |
| DX240 | NEC 2008 |

**Plaintiffs Tatum and Charlene Hernandez' Exhibits:**

| PX# | Description |
|---|---|
| Hernandez - 007 | Norris AC, Heating and Sheet Metal Works Invoice / Receipt (9/02/09 ) |
| Hernandez - 009 | Bronz-Glow Technologies - Coil Dip Coating Quotation (July 29, 2009) |
| Hernandez - 010 | Letter from Patricia Schwarz Core Regarding Reduction in Property Assessment (September 14, 2009) |
| Hernandez - 011 | Fax from Charlene Hernandez to Patricia Patricia Schwarz Core, Assessor, of Application for Assessment Review for the 2009 tax year (September 17, 1009) |
| Hernandez - 013 | Photographs (Black & White) of Coils |
| Hernandez - 014 | Photograph (Black & White) chair and daughter |
| Hernandez - 017 | Cash Sale of the home from Anthony and Deborah Marino to Tatum and Charlene Hernandez (January 28, 2005) |
| Hernandez - 018 | Multiple Indebtedness Mortgage (January 28, 2005) |
| Hernandez - 019 | Fax from Tatum Hernandez to Maggie Nelson, with Wells Fargo, regarding recent tax assessment so their escrow can be reevaluated |
| Hernandez - 020 | 2009 Property Tax Parish of St. Tammany from Assessor (further reduction in assessment); (September 17, 2009) |
| Hernandez - 021 | 2009 Tax Bill |
| Hernandez - 023 | Sears Home Central Service Order Receipt for Refrigerator Circuit Board (July 23, 2007) |
| Hernandez - 026 | Norris AC, Heating and Sheet Metal Works Invoice / Receipt and check (January 11, 2010) |
| Hernandez - 027 | Norris AC, Heating and Sheet Metal Works Invoice / Receipt and check (January 27, 2010) |
| Hernandez - 028 | Flick Distributing Company Invoice to Norris AC, Heating and Sheet Metal Works (January 26, 2010) |
| Hernandez - 030 | Sears Sales Receipt for Delivery of Personal Property (August 12, 2006) |

14

| PX# | Description |
|---|---|
| Hernandez - 031 | Stanley Steamer Invoice (February 5, 2010) |
| Hernandez - 032 | Stanley Steamer Quote |
| Hernandez - 033 | Atmosphere Movers Inc., Estimate (January 26, 2010) |
| Hernandez - 034 | Atmosphere Movers Inc., Estimate (January 26, 2010) (Change in Scope) |
| Hernandez - 035 | PODs Quote - (January 26, 2010) |
| Hernandez - 036 | Stilwell Maids Quote (January 29, 2010) |
| Hernandez - 037 | Wells Fargo Monthly Mortgage Statement (January 15, 2010) |
| Hernandez - 038 | Realty.com (rental information) for 113 Catalpa Lane |
| Hernandez - 039 | Realty.com (rental information) for 102 East Brighton Court |
| Hernandez - 040 | NOLA.com - Latter & Blum (rental information) |
| Hernandez - 041 | Prudential Website Listing (rental information) for 2361 Cours Carson NO |
| Hernandez - 042 | Drycleaning Estimate (January 31, 2010) |
| Hernandez - 043 | Larry's Drycleaning Receipts (February 5, 2010) |
| Hernandez - 046 | CORT Business Services: Housing, Relocation and Furniture Advertisement (mattresses) |
| Hernandez - 050 | Email from Debbie Dreyer, with Cort, to Tatum Hernandez regarding CORT Revised Quote for furniture (February 12, 2010) |
| Hernandez - 051 | Driskill Environmental Consultants LLC Invoice to Lambert and Nelson (August 28, 2009) |
| Hernandez - 059 | CPSC, "51-home study, con't: Gill, Mark and Trotta, Andrew (Nov. 23, 2009), Interim Report on the Status of the Analysis of Electrical Components Installed in Homes with Chinese Drywall, draft report |
| Hernandez - 060 | CPSC, "51-home study, con't: Sandia Glass, S. Jill et al. (Nov. 2009), Interim Report of the Analysis of Corrosion Products on Harvested Electrical Components |
| Hernandez - 062 | ISA Standard-S71.04-1985 (Feb. 3, 1986), Environmental Conditions For Process Measurement and Control Systems: Airborne Contaminants |
| Hernandez - 066 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Corroded HVAC Coils |
| Hernandez - 067 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Corroded Refrigerator Line |

| PX# | Description |
|---|---|
| Hernandez - 078 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Corroded Line-Set |
| Hernandez - 079 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Corroded Line-Set Under Insulation |
| Hernandez - 080 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Line-Set Run behind Drywall |
| Hernandez - 081 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Junction Box Against Concrete |
| Hernandez - 083 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Junction Box With Wiring |
| Hernandez - 084 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Wiring Stapled to Stud |
| Hernandez - 085 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Needed Slack Inside the Box |
| Hernandez - 086 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Demonstrated Relocation of the Box |
| Hernandez - 088 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Circuit Board from Air Handler |
| Hernandez - 089 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Closer View of Wiring on the Circuit Board from Air Handler |
| Hernandez - 090 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Closer View of Wiring on the Circuit Board |
| Hernandez - 091 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Closer View of Wiring on the Circuit Board of air handler |
| Hernandez - 092 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Inside of Box with Wiring |

| PX# | Description |
|---|---|
| Hernandez - 093 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Close View of Stranded Wires |
| Hernandez - 094 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Back to Studs View, Wiring left |
| Hernandez - 095 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Back to Studs View, Wiring left |
| Hernandez - 096 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Debris / Dust after Cleanup |
| Hernandez - 101 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Wipe Down |
| Hernandez - 102 | Photograph of Beazer Corporation remediation project taken under the direction of Richard Serpe (Feb. 2, 2010); Wipe Down |
| Hernandez - 103 | Maloney CV |
| Hernandez - 104 | Hernandez Rep Value Appraisal: Valuations Section Only (February 12, 2010) |
| Hernandez - 109 | ASTM G 46-94 (1999), Standard Guide for Examination and Evaluation of Pitting Corrosion |
| Hernandez - 112 | ASTM B 3-01 (Mar. 15, 2007), Standard Specification for Soft or Annealed Copper Wire |
| Hernandez - 128 | ASTM G 4 -- 01 (May 2008), Standard Guide for Conducting Corrosion Tests in Field Applications |
| Hernandez - 129 | ASTM G 50 (2003), Standard Practice for Conducting Atmospheric Corrosion Tests on Metals |
| Hernandez - 132 | ASTM B 539 (Mar. 1, 2008), Standard Test Methods for Measuring Resistance of Electrical Connections (Static Contacts) |
| Hernandez - 134 | ASTM G 15-04 (Jan. 1, 2004), Standard Terminology Relating to Corrosion and Corrosion Testing |
| Hernandez - 141 | Beazer Videos; Section 4 = drywall - line set |
| Hernandez - 143 | Video of Defective Drywall Removal from the ceiling Vol. 1 |
| Hernandez - 144 | Video of Defective Drywall Removal Vol. 2 |
| Hernandez - 150 | Beazer scope of workforce remediation authorization agreement |
| Hernandez - 151 | Photographs of Physical Exhibit of Switch Box with Corrosion (Germano P1.1891) |
| Hernandez - 155 | International Residential Code (IRC) for One- and Two- Family Dwellings (2003), excerpts |

| PX# | Description |
|---|---|
| Hernandez - 217 | Photograph of window units stored in the garage (DSC_0001), and photograph of evaporator end tubes with blackening (DSC_0004) referenced in Exhibit 3 of the expert report of Ronald Bailey (February 12, 2010) |
| Hernandez - 218 | Photograph of deterioration of the silver finish of the picture frame in the Hernandez home (DSC_0008), and photograph of a close up of the frame(DSC_0010) referenced in Exhibit 3 of the expert report of Ronald Bailey (February 12, 2010) |
| Hernandez - 219 | Photograph of two waste cans (from the Hernandez home) side by side: one is new and the other shows the deterioration from the corrosion (DSC_0011);  Photograph of light switches adjacent to kitchen (DSC_ 0013), both referenced in Exhibit 3 of the expert report of Ronald Bailey (February 12, 2010) |
| Hernandez - 264 | SGH Photographs of Light Switch Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 265 | SGH Photographs of Residential Circuit Breaker Referenced in Appendix F of the Expert Report of Rutila, Dean A. and Nelson, Peter E.(Feb. 12, 2010) |
| Hernandez - 272 | SGH Photograph (TCH-10) Illustrating Corrosion of Silver Picture Frames, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) (Also referenced in Bailey's report at CDW 10-0039) |
| Hernandez - 275 | (SGH) Photograph (TCH-02-01) of Copper Ground Wire and Switch, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 276 | (SGH) Photograph (TCH-02-02) of Copper Ground Wire and connection screw with corrosion, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 277 | (SGH) Photographs (TCH-02-03) of Copper Ground Wire, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 285 | SGH Photograph (TCH-08-01) of Thermostat Circuit Board, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 286 | SGH Photograph (TCH-08-02) of Thermostat Circuit Board, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |

| PX# | Description |
|---|---|
| Hernandez - 287 | SGH Photograph (TCH-08-03) of Thermostat Circuit Board corrosion of copper switch contacts, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 288 | SGH Photograph (TCH-08-03) of Thermostat Circuit Board corrosion of copper switch contacts 10x, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 289 | SGH Photograph (TCH-08-05) of corrosion on the bottom side of thermostat Circuit Board, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 290 | SGH Photograph (TCH-08-06) of corrosion on the silicone rectifiersof thermostat Circuit Board, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (SGH) (Feb. 12, 2010) |
| Hernandez - 300 | SGH Photograph (TCH-22-01) of the toaster , Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 301 | SGH Photograph (TCH-22-02) of the toaster's switches, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 302 | SGH Photograph (TCH-22-03) of the toaster contact points 6x, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 320 | SGH Photograph (TCH-38-01) of black corrosion of copper tubing on wall air conditioner, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E.(Feb. 12, 2010) |
| Hernandez - 321 | SGH Photograph (TCH-38-02) of black corrosion of copper tubing on wall air conditioner, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E.(Feb. 12, 2010) |
| Hernandez - 322 | SGH Photograph (TCH-38-03) of an overview of air conditioning (AC) circuit board and power switch, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 323 | SGH Photograph (TCH-38-04)of an overview of air conditioning (AC) circuit board and power switch, Referenced in Appendix 5 of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. |

19

| PX# | Description |
|---|---|
| | 12, 2010) |
| Hernandez - 324 | SGH Photograph (TCH-38-05)of an overview of air conditioning (AC) circuit board and power switch, (silver sulfide corrosion on surface of the switch) Referenced in Appendix 5 of the Expert Report of Rutila, Dea n A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 369 | CPSC, Khanna, Rohit (Nov. 2009), Draft Status Report on the Preliminary Analysis of HVAC, Gas Distribution, and Fire Safety Equipment Installed in Homes with Chinese Drywall |
| Hernandez - 379 | Hernandez Notice of Claim Form for Structural Claims Only to America's Choice Home Buyers Warranty Corporation (August 9, 2006) |
| Hernandez - 382 | Mallet Photographs of the Hernandez Home (from Mallet Reliance Materials) |
| Hernandez - 383 | Mallet CV |
| Hernandez - 388 | Tuthill CV |
| Hernandez - 389 | Krantz CV |
| Hernandez - 398 | Correspondence to Patricia Schwarz Core; 09/03/09; re: reevaluate of property taxes |
| Hernandez - 408 | Final Inspection Invoice; Appraisal Update and/or Completion Report by Jack Readeau Real Estate Services; 08/06/06 |
| Hernandez - 409 | HUD Settlement Statement; 08/09/06 |
| Hernandez - 411 | Truth-in-Lending Disclosure; Wells Fargo Bank; 05/07/09 |
| Hernandez - 412 | Wells Fargo Escrow Details; New Property Tax Fees; 01/22/10 |
| Hernandez - 413 | Wells Fargo Fax Cover Page re Appraisal for Loan; 01/22/10 |
| Hernandez - 415 | Correspondence to Anthony Mario from Tatum Hernandez re reimbursement for fees; 04/02/09 |
| Hernandez - 416 | America's Choice; 04/02/09; Notice of Complaint Form for Builders Warranty Coverage |
| Hernandez - 417 | America's Choice; 04/02/09; Notice of Claim Form for Structural Claims Only |
| Hernandez - 418 | America's Choice; 01/17/06; 2-10 Home Buyers Warranty Certificate of Warranty Coverage |
| Hernandez - 419 | Front Elevation |
| Hernandez - 420 | Handwritten Notes regarding workmanship, warranty, etc. |
| Hernandez - 421 | America's Choice; 04/02/09; Notice of Claim Form for Structural Claims Only; marked received 04/06/09 |

| PX# | Description |
|---|---|
| Hernandez - 422 | Copy of voided check no. 2192 to National Home Insurance Co. for $250.00 dated 04/02/09 |
| Hernandez - 423 | Copy of check no. 2192 to National Home Insurance Co. for $250.00 dated 04/02/09 |
| Hernandez - 424 | Colonial Inspection Services; 03/23/09; Drywall Inspection Report |
| Hernandez - 425 | Pro-Lab Environmental Testing report summary; Analysis dated 04/03/09; report dated 04/06/09 |
| Hernandez - 426 | Fax Transmittal Cover Sheet to John Triparado; (not dated) |
| Hernandez - 428 | Handwritten Notes regarding leak evap coil; heat pump |
| Hernandez - 429 | AAA Cooper Transportation; (08/17/09); Bill of Lading for air conditioner evaporator coil |
| Hernandez - 430 | AAA Cooper Transportation; (08/17/09); Credit Card Info Form in the amount of $83.73; and receipt |
| Hernandez - 431 | Email from Charlene Hernandez to Anthony Marino; 07/01/09; requesting maintenance call |
| Hernandez - 432 | Email from Anthony Marino to Tatum Hernandez; 07/01/09; re: service call made and findings |
| Hernandez - 433 | Email from Tatum Hernandez to Anthony Marino; 06/09/09; re: AC coil |
| Hernandez - 434 | Email from Tatum Hernandez to Anthony Marino; 07/27/09; re: coated coil |
| Hernandez - 435 | Email from Tatum Hernandez to Robert Cleveland and John Walker; 06/27/09; re: electrical problems |
| Hernandez - 437 | Chase credit card bank statement; 10/05/09 |
| Hernandez - 438 | Chase credit card bank statement; 08/06/07; card purchase from Sears; $109.13 |
| Hernandez - 439 | Chase credit card bank statement; 07/02/08; $219.00 |
| Hernandez - 440 | Chase credit card bank statement; 09/22/09; $645.00 |
| Hernandez - 441 | Certification by Tatum Hernandez; 03/05/10; re: expenses relative to contamination (corrected version) |
| Hernandez - 442 | Miller, Leann; 10/14/09; Wells Fargo; correspondence to Tatum Hernandez re: granting of a 90 day moratorium |
| Hernandez - 443 | Uniform Settlement Statement; |
| Hernandez - 444 | Note; 05/29/09; Wells Fargo Bank; $187,671.00; |
| Hernandez - 445 | Initial Escrow Account Disclosure Statement; 08/09/06; Mortgage Market, Inc. |
| Hernandez - 446 | Tax and Hazard Insurance Record; Mortgage Market, Inc. |

| PX# | Description |
|---|---|
| Hernandez - 447 | Wells Fargo; Escrow Details; 12/09; Old Property Tax Fees |
| Hernandez - 450 | ASTM B 193-02 (Reapproved 2008), Standard Test Method for Resistivity of Electrical Conductor Materials |
| Hernandez - 452 | Crawford TIP Inspection Report and Photographs (Oct. 21, 2009) |
| Hernandez - 453 | Photograph of three gang switch box, original wiring without capacity for additional connections (wire nuts) and corroded ground wire and hot and neutral leads, taken by Hugh Lambert (Feb. 28, 2010) (Left by KPT Electrician) |
| Hernandez - 454 | Photograph of electrical wiring of switch boxes; Box in place in child's room, taken by Hugh Lambert (Feb. 28, 2010) (Left by KPT Electrician) |
| Hernandez - 455 | Photograph of electrical wiring of switch boxes; Those wiped ground wires twisted with a new 3rd un-insulated ground wire (green connector) to form the "6 inch free wire", taken by Hugh Lambert (Feb. 28, 2010) (Left by KPT Electrician) |
| Hernandez - 460 | Photograph of demo mess - Extensive Drywall debris at Rue Esplanade |
| Hernandez - 470 | Photograph of Drywall dust and debris on shoe bottom at Rue Esplanade |
| Hernandez - 477 | Mallet Estimate (Revised) (March 10, 2010) |
| Hernandez - 481 | Tuthill Revised Supplemental Expert Report (March 10, 2010) |
| Hernandez - 482 | Tuthill Affidavit (March 11, 2010) |
| Hernandez - 483 | Bruce's Plumbing, Inc  Proposal / Estimate for repairs (No. 3681) |
| Hernandez - 484 | Bruce's Plumbing, Inc  Proposal / Estimate for repairs  (No. 3684) |
| Hernandez - 486 | GraciHart Electric Proposal / Estimate for Repair (February 26, 2010) |
| Hernandez - 494 | SGH Photograph (Galler) of Residential Light Switch; Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 495 | SGH (Galler) Charts and Graphs regarding Residential Light Switch (TCH-10-01 and 02); Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 496 | SGH Photograph (Galler) of Residential Light Switch; Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |

| PX# | Description |
|---|---|
| Hernandez - 498 | SGH Photograph (Galler) of Residential Circuit Breaker; Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 499 | SGH (Galler) (TCH-14A-1 and 14A-2) Charts and graphs regarding Residential Circuit Breaker Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 500 | SGH photograph (Galler) (TCH-14K-1) regarding Residential Circuit Breaker Referenced in Appendix E of the Expert Report of Rutila, Dean A. and Nelson, Peter E. (Feb. 12, 2010) |
| Hernandez - 532 | (SGH Reliance Photograph) SAMPLE_TCH-33_2010_03_02 P3020515.JPG |
| Hernandez - 534 | (SGH Reliance Photograph) SAMPLE_TCH-34_2010_03_02 P3020456.JPG - The Door Knob |
| Hernandez - 540 | GraciHart Electric Invoice (# 48126) to Carubba Engineering (February 26, 2010) |
| Hernandez - 542 | Mallet Reliance Photograph 0001 (March 10, 2010) |
| Hernandez - 543 | Mallet Reliance Photograph 0020 (March 10, 2010) |
| Hernandez - 544 | Mallet Reliance Photograph 0132 (March 10, 2010) |
| Hernandez - 545 | Mallet Reliance Photograph 0177 (March 10, 2010) |
| Hernandez - 546 | Mallet Reliance Photograph 0201 (March 10, 2010) |
| Hernandez - 547 | Mallet Reliance Photograph 0266 (March 10, 2010) |
| Hernandez - 548 | Mallet Reliance Photograph 0125 (March 10, 2010) |
| Hernandez - 549 | Mallet Reliance Photograph 0061 (March 10, 2010) |
| Hernandez - 550 | Mallet Reliance Photograph 0119 (March 10, 2010) |
| Hernandez - 551 | Mallet Reliance Photograph 0052 (March 10, 2010) |
| Hernandez - 552 | Mallet Reliance Photograph 0126 (March 10, 2010) |
| Hernandez - 553 | Mallet Reliance Photograph 0048 (March 10, 2010) |
| Hernandez - 554 | Mallet Reliance Photograph 0063 (March 10, 2010) |
| Hernandez - 555 | Mallet Reliance Photograph 0065 (March 10, 2010) |
| Hernandez - 556 | Select Pages from Xactimate for Mallet |

| PX# | Description |
|---|---|
| Hernandez - 557 | Mallet Cost Estimation Comparison |
| Hernandez - 558 | FRE 1006 Summary of Property Failure Data in the Hernandez Home |
| Hernandez - 560 | Photograph from Mallet Expert Report |
| Hernandez - 561 | Photograph from Mallet Expert Report |
| Hernandez - 562 | Photograph from Mallet Expert Report |
| Hernandez - 563 | Photograph from Mallet Expert Report |
| Hernandez - 564 | Photograph from Mallet Expert Report |
| Hernandez - 565 | Photograph from Mallet Expert Report |
| Hernandez - 566 | Photograph from Mallet Expert Report |
| Hernandez - 567 | Photograph from Mallet Expert Report |
| Hernandez - 568 | Photograph from Mallet Expert Report |
| Hernandez - 569 | Photograph from Mallet Expert Report |
| Hernandez - 570 | Photograph from Mallet Expert Report |
| Hernandez - 571 | Photograph from Mallet Expert Report |
| Hernandez - 572 | Photograph from Mallet Expert Report |
| Hernandez - 573 | Photograph from Mallet Expert Report |
| Hernandez - 575 | SGH Photograph - Sample_TCH_45_2010_03_09_DSC_0047_resized - Electrical wiring - kigt switch box from H home at wall bt living and dining room - switches all collected together |
| Hernandez - 577 | SGH Photograph - SAMPLE_TCH-45_2010_03_11_MSE_ROMEX #2-BLACK WIRE_6X__resized - A close up of 575 and 579 - now can see black insulation jacket |
| Hernandez - 579 | SGH Photograph - SAMPLE_TCH-45_2010_03_11_DSC_0162_resized - another angle of 575 - pyulling out switch over box in 575 |
| Hernandez - 580 | SGH Photograph - SAMPLE_TCH-45_2010_03_11_DSC_0002_resized - elect wire having been disconected and some insulation strip - shows black spots under insulation - |
| Hernandez - 590 | Summary of Tarnish Thickness and Pit Depth Measurements Made on Samples from Hernandez Home and a Control Home |
| Hernandez - 591 | Examples of Hernandez Home Components with Actual Corrosion Thickness Exceeding the Battelle Three Year Threshold Predicting Component Failure (Redacted Version - Right Column) |

24

| PX# | Description |
|---|---|
| Hernandez - 592 | SGH Photograph (TCH-43) Low Voltage Wire - Comparison of bare wire and wire under insulation |
| Hernandez - 593 | SGH Photograph depicting corroded wire after Scotch-brite cleaning with residual corrosion |
| Hernandez - 594 | SGH Photographs - BDM-43A (CTL 26584-1-13) - Phone Wire Kitchen - 1st Floor |
| Hernandez - 595 | Excerpts from the expert report of Bradley Krantz (Dec. 29. 2009) (CDW 3 pages 35-36 and 51-55) |
| Hernandez - 596 | Excerpts from the expert report of Bradley Krantz (Jan. 14, 2010) (CDW 4 - pages 7, 19 and 21) |
| Hernandez - 597 | Excerpts from the expert report of Bradley Krantz (Feb. 12, 2010) (CDW 6 - pages 7-37) |
| Hernandez - 598 | Excerpts from the expert report of Bradley Krantz (Feb. 17, 2010) (CDW 198 - pages 4-11, 19-20, 26-27, 35-36 ) |
| Hernandez - 599 | Photograph of SAMPLE_TCH-01_2010_03_02_P3020357.JPG |
| Hernandez - 600 | ASTM G 1-03 - Standard Practice for Preparing, Cleaning, and Evaluating Corrosion Test Specimens |
| Hernandez - 603 | Photograph of SAMPLE_TCH-01_2010_03_02_P3020374.JPG |
| Hernandez - 605 | Photograph of SAMPLE_TCH-10_2010_03_1_6x mag 2.JPG - connection of a copper wire on a device - not sure what device - H home |
| Hernandez - 606 | Photograph of SAMPLE_TCH-10_2010_03_1_6x mag 4.JPG - different angel of 605 |
| Hernandez - 609 | Photograph of SAMPLE_TCH-17_2010_03_02 P3020413.JPG - Blow up of 611 |
| Hernandez - 611 | Photograph of SAMPLE_TCH-17_2010_03_02 P3020417.JPG - valve from water distribution system from H home |
| Hernandez - 612 | Photograph of SAMPLE_TCH-26_2010_03_01 DSCN0226.JPG; Circuit Board from TV from the Hernandez home |
| Hernandez - 614 | Photograph of SAMPLE_TCH-26_2010_03_02 P3020484.JPG (Circuit Board from TV from the Hernandez home - collection of components removed from that circuit board of TV, switches, resisters) |
| Hernandez - 615 | Photograph of SAMPLE_TCH-26_2010_03_02 P3020487.JPG (Blow up of 612 and 614 - by power source of TV) |
| Hernandez - 621 | Photograph of SAMPLE_TCH-42_2010_03_02 P3020395.JPG - valve assembly from hvac unit - failed unit |

| PX# | Description |
|---|---|
| Hernandez - 624 | Photograph of SAMPLE_TCH-42_2010_03_02 P3020409.JPG - same devide as 621 - copper tubing examined in sgh lab for corrosion |
| Hernandez - 650 | UL (Underwriters Laboratories Inc.) Article: Electrical safety in flood-damaged homes (2010) |
| Hernandez - 651 | Photograph of Hernandez Lamp |
| Hernandez – 658 | Photograph of doorstop |
| Hernandez - 660 | UL 498 (Underwriters Laboratories Inc.) Article: Attachment Plugs and Receptacles (July 1, 2009) |

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR,
LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

*Attorneys for Plaintiffs, Tatum and Charlene Hernandez,*

/s/ Kerry J. Miller
Douglas B. Sanders
Richard Franklin
**BAKER & MCKENZIE LLP**
130 E. Randolph Dr
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakernet.com

Donald J. Hayden
**BAKER & MCKENZIE LLP**
1111 Brickell Avenue
Suite 1700
Miami, Florida 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
E-mail: Donald.hayden@bakernet.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
**FRILOT L.L.C.**
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email:kmiller@frilot.com

*Attorneys for Defendant, Knauf Plasterboard (Tianjin) Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served upon Plaintiffs' Liaison Counsel by email and by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana under seal, on this 8th day of July, 2010.

/s/ Kerry J. Miller