UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2:09-md-02047 |
| | | JUDGE FALLON |
| THIS DOCUMENT RELATES TO | * * | MAGISTRATE WILKINSON |
| DEAN AND DAWN AMATO, et al VS LIBERTY MUTUAL INSURANCE COMPANY, et al CASE NO. 10-932 | * * * * * * | |
| * * * * * * * | | |

**NOTICE OF APPEARANCE**

George P. Hebbler, Jr., Kelly F. Walsh and the law firm of Hebbler & Giordano, L.L.C. give notice of their appearance as counsel of record for CATLIN SPECIALTY INSURANCE COMPANY, reserving all rights and defenses, including objection to the jurisdiction of this Honorable Court. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned in connection with this order. Defendant, Catlin Specialty Insurance Company, further avers that this Notice does not constitute a waiver of service.

RESPECTFULLY SUBMITTED:

HEBBLER & GIORDANO, L.L.C.
*Attorneys at Law*

BY: _____
GEORGE P. HEBBLER, JR. (T.A.)
Louisiana Bar No: 6722
Email: hebbler@hebblergiordano.com
KELLY F. WALSH
Louisiana Bar No: 31352
Email: walsh@hebblergiordano.com
Attorney for Defendants
3636 S. I-10 Service Road W, Suite 300
Metairie, Louisiana 70001
Phone: (504) 833-8007; Fax: (504) 833-2866

## C E R T I F I C A T E

I HEREBY CERTIFY that a copy of the above and foregoing has been duly served on all counsel of record, by e-mail and upon all parties by electronically uploading to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL2047, on this 6th day of August, 2010.

_____
GEORGE P. HEBBLER, JR.