UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to:<br>Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al.<br>Case No. 2010-932 | MAGISTRATE JUDGE WILKINSON |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, H. Alston Johnson, III, Virginia Y. Trainor, Jay Russell Sever and Charlotte Jane Sawyer of the law firm of Phelps Dunbar LLP and hereby enroll as counsel on behalf of Scottsdale Insurance Company. It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, Scottsdale is not consenting to or waiving any challenge to jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

PD.4105515.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Virginia Y. Trainor*
           H. Alston Johnson, III (La. Bar No.7293)
           Virginia Y. Trainor (La. Bar No. 25275)
           II City Plaza
           400 Convention Street, Suite 1100
           Baton Rouge, Louisiana 70802-5618
           P.O. Box 4412
           Baton Rouge, Louisiana 70821-4412
           Telephone: (225) 346-0285
           Telecopier: (225) 381-9197
           Email: johnsona@phelps.com
                       trainorg@phelps.com

**- AND –**

           Jay Russell Sever (La. Bar No. 23935)
           Charlotte Jane Sawyer (La. Bar No. 2818)
           365 Canal Street • Suite 2000
           New Orleans, Louisiana 70130-6534
           Telephone: (504) 566-1311
           Telecopier: (504) 568-9130
           Email: severj@phelps.com
                       sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

        */s/ Virginia Y. Trainor*
        Virginia Y. Trainor
        Bar No. 25275
        Attorney for Scottsdale Insurance Company
        Phelps Dunbar LLP
        II City Plaza
        400 Convention street, Suite 1100
        Baton Rouge, Louisiana 70802-5618
        Telephone: (225) 346-0285
        Facsimile: (225) 381-9197
        trainorg@phelps.com