Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

Service of Process by

---

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
**Customer File:**

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Amerisure Insurance Company, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: **LOUISIANA** )ss.
Parish of: **LIVINGSTON** )

**Name of Server:** Carol Cassisa, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave., city of Baton Rouge, state of LA

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Amerisure Insurance Company, through the Louisiana Secretary of State**
By delivering them into the hands of an officer or managing agent whose name and title is
**Julie Neseitt, Legal Department Supervisor**

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color brown ; Facial Hair N/A
Approx. Age 45 ; Approx. Height 5'6" ; Approx. Weight 175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.
Carol A Cassisa
Signature of Server

Subscribed and sworn to before me this 22 day of July, 20 10
Notary Public           4/29/10
                       (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-136