Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Arch Insurance Company, through the Louisiana
Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: _LOUISIANA_ )ss.
County of: _LIVINGSTON_ ) PARISH

| | |
|---|---|
| **Name of Server:** | **Carol Cassisa** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service:** | that on **19-Jul-2010 11:45 am** |
| **Place of Service:** | at **8585 Archives Ave.** , city of **Baton Rouge** , state of **LA** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Arch Insurance Company, through the Louisiana Secretary of State** By delivering them into the hands of an officer or managing agent whose name and title is **Julie Neseitt, Legal Department Supervisor** |

**Description of Person Receiving Documents:**

The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _brown_ ; Facial Hair _N/A_
Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _175_

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**

Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Carol L Cassisa_
Signature of Server

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

Subscribed and sworn to before me this
_22_ day of _July_ , 20 _10_

_Gary Gallode_
Notary Public   (Commission Expires) _4/29/13_

APS File: 104526-137