IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

THIS DOCUMENT RELATES TO:  MDL 2047

2:09-cv-07628-EEF-JCW
2:09-cv-00361-EEF-JCW
_____/

### NOTICE OF RETRACTION OF WITHDRAWAL AS COUNSEL

COME NOW, TODD R. EHRENREICH, ESQUIRE and PETER K. SPILLIS, ESQUIRE, and the law firm of Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC, and file this, their Notice of Retraction of the Notice of Withdrawal as Counsel filed on July 19, 2010 on behalf of the Defendant, BANNER SUPPLY INTERNATIONAL, LLC in the above-styled matter.

The aforementioned attorneys will continue to represent BANNER SUPPLY INTERNATIONAL, LLC in the above-styled action.

Respectfully submitted,

WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Todd R. Ehrenreich*
TODD R. EHRENREICH, ESQUIRE
Florida Bar Number: 945900

/s/ Peter K. Spillis
PETER K. SPILLIS, ESQUIRE
Florida Bar Number:  945900
COUNSEL FOR DEFENDANT
COUNSEL FOR BANNER SUPPLY INTERNATIONAL, LLC.
2601 South Bayshore Drive
Suite 850 Coconut Grove, Florida 33133
Telephone (305)455-9500

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice of Retraction of Notice of Withdrawal as Counsel has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Untied States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

      WEINBERG, WHEELER, HUDGINS,
GUNN & DIAL, LLC

*/s/ Todd R. Ehrenreich*
TODD R. EHRENREICH, ESQUIRE
Florida Bar Number: 945900