IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) ) SECTION "L" |
| *This Document Relates to:* | ) ) CIVIL ACTION NO.: 10-932 ) |
| DEAN AND DAWN AMATO, ET AL., | ) ) |
| Versus | ) JUDGE ELDON FALLON ) |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | ) MAGISTRATE JOSEPH ) WILKINSON, JR. ) ) |

## ATTORNEY APPEARANCE FORM

An appearance is hereby filed by the undersigned as attorney for defendants, AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY.

Brian K. Abels

BOYER, HEBERT & ABELS, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
LA Bar Roll Number: 24928
Telephone: (225) 664-4335
Facsimile: (225) 664-4490
Email: babels@boyerhebert.com

This appearance is submitted reserving all defenses, and without waiving any objections to consolidation, joinder, jurisdiction, venue, or service on behalf of AMERISURE MUTUAL INSURANCE COMPANY and AMERISURE INSURANCE COMPANY.

RESPECTFULLY SUBMITTED:

BOYER, HEBERT & ABELS, LLC

By: _____
BRIAN K. ABELS, #24928
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Attorney Appearance Form** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

_____