UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-6690 | * | |

**********************************

## EMILY & GREGG HARRIS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Emily & Gregg Harris, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Emily & Gregg Harris shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

_____
David P. Matthews*
TX Bar No. 13206200
Julie L. Rhoades*
TX Bar No. 16811710
Matthews & Associates
2905 Sackett Street
Houston, TX 7798
Tel: 713-522-5250
Fax: 713-535-7484
dmatthews@dpmlawfirm.com
jrhoades@dpmlawfirm.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___6___ day of August, 2010.

Julie L. Rhoades