IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 10-932 ) |
| DEAN AND DAWN AMATO, ET AL., | ) ) |
| Versus | ) JUDGE ELDON FALLON ) |
| LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | ) MAGISTRATE JOSEPH WILKINSON, JR. ) ) ) |

**CORPORATE DISCLOSURE STATEMENT OF AMERISURE MUTUAL INSURANCE COMPANY AND AMERISURE INSURANCE COMPANY**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendants, AMERISURE MUTUAL INSURANCE COMPANY and AMERISURE INSURANCE COMPANY provide the following corporate disclosures:

1. Defendant, Amerisure Insurance Company is a wholly owned subsidiary of defendant, Amerisure Mutual Insurance Company, which recently converted from a mutual insurance company to a stock insurance company. Defendant, Amerisure Mutual Insurance Company is a wholly owned subsidiary of Amerisure, Inc. an intermediate holding company, which is wholly owned and controlled by Amerisure Mutual Holdings, Inc., a Michigan mutual insurance holding company.

2. No publically held corporation owns 10% or more of the stock of either Amerisure Insurance Company or Amerisure Mutual Insurance Company.

Respectfully submitted,

Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company

By: _____/s/ Brian K. Abels_____
One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000