UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) | MDL NO. 2047 SECTION: L |
| This Document relates to: ***Amato, et als v. Liberty Mutual Insurance Company, et al (10-932)*** | ) ) ) ) ) ) | JUDGE FALLON MAG. JUDGE WILKINSON |

_____ )

### NOTICE OF APPEARANCE OF COUNSEL

**NOW INTO COURT,** come the following listed counsel, who hereby make their

appearance on behalf of defendant, Old Dominion Insurance Company, reserving all rights,

defenses and objections, including, without limitation, the right to object to jurisdiction, venue

and/or service:

David F. Hassett
Sarah B. Christie
HASSETT & DONNELLY, P.C.
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (phone)
(508) 791-2652 (Fax)

Respectfully submitted,

 _/s/ David F. Hassett_____
**David F. Hassett, Esquire (MA No. 544443)**
dhassett@hassettanddonnelly.com
**Sarah B. Christie, Esquire (MA No. 566833)**
schristie@hassettanddonnelly.com
**HASSETT & DONNELLY, P.C.**
446 Main Street, 12th Floor
Worcester, MA 01608
(508) 791-6287 (Phone)
(508) 791-2652 (Fax)

**ATTORNEYS FOR DEFENDANT,**
**OLD DOMINION INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF APPEARANCE OF COUNSEL** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand-delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 6th day of August, 2010.

*/s/ David F. Hassett*
David F. Hassett, Esquire