UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL 2047 SECTION "L" |
| This document relates to: ALL ACTIONS | * * * | JUDGE FALLON MAG. JUDGE WILKERSON |
| *   *   *   *   *   *   *  * | | |

**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANT
GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA**

Please take notice that undersigned counsel hereby enters an appearance as counsel on behalf of defendant, General Security Indemnity Company of Arizona, in the above captioned matter and respectfully requests that all notices of any nature arising in the action be duly served on him.

RESPECTFULLY SUBMITTED:

/s/ Norman C. Sullivan, Jr.
_____
NORMAN C. SULLIVAN, JR. (12574)
STEPHANIE D. SKINNER (21100)
**FOWLER RODRIGUEZ VALDES-FAULI**
400 Poydras, 30th Floor
New Orleans, LA  70130
Telephone: (504) 523-2600
Attorneys for Quality Shipyards, LLC

1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Appearance of Counsel for Defendant General Security Indemnity Company of Arizona has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

/s/ Norman C. Sullivan, Jr.
_____