UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>**This document relates to:**<br>**Dean Amato, et al. v Liberty Mutual, et al.**<br>**2:10-cv-00932-EEF-JCW** | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

An appearance is hereby filed by the undersigned counsel as attorneys for Defendant, QUANTA INDEMNITY COMPANY. The filing of this Notice of Appearance is done in compliance with MDL 2047 Pretrial Order 1G, and Defendant, Quanta Indemnity Company, reserves all rights and defenses, including to object to the jurisdiction or venue of this Honorable Court.

Respectfully submitted,

/s/ *Madeleine Fischer*
MADELEINE FISCHER, T.A. (5575)
JOSEPH J. LOWENTHAL JR. (8909)
MICHAEL C. DREW (30884)
ERIC MICHAEL LIDDICK (31237)
SARA C. VALENTINE (30773)

{N2183911.1}

> CHRISTOPHER D. CAZENAVE (32795)
> Jones, Walker, Waechter, Poitevent,
> Carrère & Denègre, L.L.P.
> 201 St. Charles Avenue, 51st Floor
> New Orleans, Louisiana   70170
> Telephone:  (504) 582-8000 / Direct:  582-8208
> Direct Facsimile:  (504) 589-8208
> E-mail:  mfischer@joneswalker.com
> E-mail:  jlowenthal@joneswalker.com
> E-mail:  eliddick@joneswalker.com
> E-mail:  ccazenave@joneswalker.com
>
> *Attorneys for Quanta Indemnity Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August 2010.

> /s/ *Madeleine Fischer*
> MADELEINE FISCHER

{N2183911.1}