## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL DOCKET NO. 2047 |
| DRYWALL PRODUCTS | * | |
| LIABILITY LITIGATION | * | SECTION "L" |
| This Document Relates To: | * | |
| | * | JUDGE FALLON |
| DEAN AMATO, ET AL | * | |
| | * | MAGISTRATE JUDGE WILKINSON |
| VERSUS | * | |
| | * | |
| LIBERTY MUTUAL INS., ET AL | * | |
| | * | |
| Case No. 10-932 | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

COME NOW, the undersigned and hereby file their Notice of Appearance as counsel on behalf of Defendants SR International Business Insurance Company, Ltd., and Swiss Re International SE.  It is respectfully requested that all future pleadings and correspondence be served upon the undersigned counsel in connection with this action.  This Appearance is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   /s/ Stephen P. Hall
      Stephen P. Hall (La. Bar No. 1934)
      Jonathan B. Womack (La. Bar No. 30801)
      Marne Jones (La. Bar No. 32522)
      Canal Place
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: halls@phelps.com
           jonathan.womack@phelps.com
           marne.jones@phelps.com

**ATTORNEYS FOR**
**SR INTERNATIONAL BUSINESS**
**INSURANCE COMPANY, LTD. AND**
**SWISS RE INTERNATIONAL SE**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing Notice of Appearance has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was previously electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

/s/ Stephen P. Hall
STEPHEN P. HALL (La. Bar No. 01934)
JONATHAN B. WOMACK (La. Bar No. 30801)
MARNE A. JONES (La. Bar No. 32522)
Counsel for SR  International Business Insurance
Company, Ltd., and Swiss Re International SE