UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L<br>: |

This Document Relates to:

| | |
|---|---|
| DEAN AND DAWN AMATO, ET AL., v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL.<br>Case No.: 2:10-cv-00932 (E.D.La) | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

An appearance is hereby filed by R. Steven Rawls, Esq., Rebecca C. Appelbaum, Esq., of the law firm of BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa Florida 33602 and Carin Dorman Brock, Esq., of the law firm of BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP, P.O. Box 16328, Mobile, AL 36616, as attorneys of record for Defendant, ESSEX INSURANCE COMPANY ("ESSEX") in the above referenced matter.

This Notice of Appearance of Counsel concerns the complaint filed on March 19, 2010 in *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company*, case no. 2:10-cv-00932, that was served upon ESSEX through the Louisiana Secretary of State on or

around July 19, 2010.

ESSEX reserves all rights and defenses, including objection to the jurisdiction and/or venue of this Honorable Court. ESSEX further states that this Notice does not constitute a waiver of service.

Respectfully submitted:

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ.
FL Bar No. 0179043
rappelbaum@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (fax)

And

CARIN DORMAN BROCK, ESQ.
LA Bar. No. 28339
cbrock@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801
(251) 338-3805 (fax)
Attorneys for Defendant, Essex Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ.