IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * MDL NO. 2047 <br> * <br> * <br> * SECTION: "L" <br> * |
| THIS DOCUMENT RELATES TO: <br> Joyce W. Rogers, et al v. Knauf Gips KG, et al <br><br> Case No. 10-0362, Sect. L MAG 2 | * <br> * <br> * JUDGE FALLON <br> * MAG. JUDGE WILKINSON <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF FILING

Notice is hereby given by Defendant, AL BROTHERS, INC., that the Affidavit of Alan Jostes, attached hereto as Exhibit "A," is being filed of record in support of its Motion to Dismiss Plaintiffs' Omnibus Class Action Complaint for Lack of Personal Jurisdiction.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF FILING has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Joyce W. Rogers, et al v. Knauf Gips KG, et al | * * * | |
| | * | JUDGE FALLON |
| Case No. 10-362, Sect. L MAG 2 | * * | MAG. JUDGE WILKINSON |

*********************************************

## AFFIDAVIT OF ALAN JOSTES

STATE OF ILLINOIS     )
                      )SS:
COUNTY OF _____)

BEFORE ME, the undersigned authority, personally appeared ALAN JOSTES, who after being duly sworn, deposes and says:

1. My name is ALAN JOSTES. I am over the age of twenty-one (21) years and am otherwise sui juris.

2. I was the President of Al Brothers, Inc. (hereafter "Al Brothers") and have personal knowledge of the facts contained within this Affidavit. I also have personal knowledge of the business activities of Al Brothers and have within my custody and control the business records of Al Brothers related to the following.

3. Al Brothers was a Florida Corporation with its principal place of business located at 2512 S.W. 22nd Place, Cape Coral, FL 33914.

4. Al Brothers was and is not authorized to do business in Louisiana. It did not nor does not maintain a registered or statutory agent for service in Louisiana.

1

Exhibit "A"

5. Al Brothers has never had offices in Louisiana. It has nor had no address or telephone number is Louisiana. It neither owns nor operates, and has never owned nor operated, any property of any sort in Louisiana.

6. Al Brothers has nor had no directors, officers or employees in Louisiana.

7. Al Brothers has never solicited any business in Louisiana and never transacted any business in the State of Louisiana. It has no contacts whatsoever with Louisiana.

8. Al Brothers has never installed any drywall in any building, home or other structure in Louisiana.

FURTHER AFFIANT SAYETH NAUGHT.

_____
ALAN JOSTES, FORMER PRESIDENT
AL BROTHERS, INC.

The foregoing instrument was acknowledged before me this ___4___ day of ___August___, 2010, by ALAN JOSTES, who to me is personally known or who has produced ___Drivers License___ as identification, and who did/did not take an oath.

_____
Notary Public, State of Illinois
My Commission Expires:



James M Gabriel
Notary Public, State of Illinois
My Commission Expires
July 30, 2012