# EXHIBIT A

APS International Plaza • 7800 Glenroy Road
Minneapolis, Minnesota 55439-3122
PHONE: (952) 831-7776
FAX: (952) 831-8150
TOLL FREE: (800) 328-7171

# APS International, Ltd.

Website: www.CivilActionGroup.com

August 6, 2010

Attn: Ms. Jennifer Lascio
LEVIN, FISHBEIN, ET AL
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

RE:   In re: Gross, Payton, Wiltz and Rogers

Dear Ms. Lascio:

Please be advised that I am in receipt of the Intervenor documents for the above named cases.

The defendants located in Germany, China, Hong Kong and Canada will be served in accordance with the Hague Convention.

The defendant located in Indonesia will be served via Letters Rogatory.

The defendant located in Brazil will be served in accordance with the Inter-American Convention on Letters Rogatory.

Please feel free to contact me with any questions.

Sincerely,

Ann Mickow
APS International, Ltd.
International Division
AMickow@CivilActionGroup.com