UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047<br>: Section L |

This Document Relates to:

| | |
|---|---|
| DEAN AND DAWN AMATO, ET AL.,<br>v. LIBERTY MUTUAL INSURANCE COMPANY,<br>ET AL.<br>Case No.: 2:10-cv-00932 (E.D.La) | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

## **NOTICE OF APPEARANCE OF COUNSEL**

An appearance is hereby filed by R. STEVEN RAWLS, ESQ. and RYAN K. HILTON, ESQ. of the law firm of BUTLER PAPPAS WEIHMULLER KATZ CRAIG, LLP, 777 S. Harbour Island Blvd., Suite 500, Tampa Florida 33602, and ANDREW L. PLAUCHÉ, JR., ESQ., of the law firm of PLAUCHÉ MASELLI PARKERSON LLP, 701 Poydras Street, Suite 3800, New Orleans, LA 70139-3800, as attorneys of record for Defendant GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY") in the above-referenced matter.

This Notice of Appearance of Counsel concerns the complaint filed on March 19, 2010 in *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company*, case no. 2:10-

cv-00932, that was served on GENERAL FIDELITY on or around July 19, 2010.

GENERAL FIDELITY reserves all rights and defenses, including objections to the jurisdiction and/or venue of this Court. GENERAL FIDELITY states that this Notice does not constitute a waiver of service.

                Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Appearance of Counsel has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.