## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Dean and Dawn Amato, et al., v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:10cv00932**) (E.D. La.) | |

### LIMITED NOTICE OF APPEARANCE AS COUNSEL FOR FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY

Robert M. Darroch, Esq., Stephanie F. Glickauf, and the law firm of GOODMAN, MCGUFFEY, LINDSEY & JOHNSON and local counsel, Patrick E. Costello and Jacques P. Degruy of MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC, hereby submit a limited appearance as attorneys of record for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY in the above-referenced action. This Limited Notice of Appearance is hereby submitted without waiver of, and expressly subject to, any and all applicable objections to jurisdiction, service of process and venue. Please serve all filings in the above-referenced case on the undersigned counsel.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted,

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

BY: /S/ ROBERT M. DARROCH
ROBERT M. DARROCH, ESQ.
GA State Bar No.: 205490
rdarroch@gmlj.com
STEPHANIE F. GLICKAUF
GA State Bar No.: 257540
sglickauf@gmlj.com

GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Telephone: (404) 264-1500
Facsimile: (404) 264-1737

AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

/S/ PATRICK E. COSTELLO
PATRICK E. COSTELLO      (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY         (#29144)
jdegruy@mblb.com

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC
4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-595-3000
Facsimile: 504-522-2121

Attorneys for FCCI COMMERCIAL INSURANCE
COMPANY and FCCI INSURANCE COMPANY

- 2 -

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Dean and Dawn Amato, et al., v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:10cv00932**) (E.D. La.) | |

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Defendant's FCCI Commercial Insurance Company and FCCI Insurance Company's Notice of Appearance has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

On this 9th day of August, 2010.

BY: /S/ STEPHANIE F. GLICKAUF
STEPHANIE F. GLICKAUF
GA State Bar No.: 257540

- 3 -