UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 * * * |
| | * JUDGE FALLON |
| **This document relates to:** | * * |
| AMATO, ET AL. v. LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * * MAGISTRATE WILKINSON * * |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * * |

*********************************************

## LIMITED NOTICE OF APPEARANCE

Erin Fury Parkinson, Jose L. Barro, III and Sarah J. Murphy and the law firm of McGlinchey Stafford, PLLC, and Warren Lutz and Paul D. Smolinsky and the law firm of Jackson & Campbell, P.C. make an appearance as attorneys of record for:

(1) American Home Assurance Company as the alleged insurer of defendants Gryphon Construction, LLC. and Gryphon Corporation.

(2) The Insurance Company of the State of Pennsylvania as the alleged insurer of defendants:

(a) Centerline Homes, Inc., Centerline Homes Construction, Inc., Completed Communities II, LLC[1], Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., Centerline Homes at Port St. Lucia, LLC, Centerline Port St. Lucia, Ltd., Centerline Homes at Tradition, LLC, and Centerline Homes at Vizcaya, Inc.; and

(b) Sun Construction, LLC, Sunrise Custom Homes & Construction, LLC, Sunrise Construction & Development, LLC, Sunrise Homes/Sun Construction, Sunrise Construction, and Sunrise Homes.

(3) Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as the alleged insurer of defendants Taylor Woodrow, Inc. and Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company.

(4) Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company (and incorrectly named as American International Surplus Lines Agency, Inc.) as the alleged insurer of defendants Taylor Morrison, Inc., Taylor Morrison of Florida, Inc., Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc., and Morrison Homes, Inc.

For all the insurer defendants, this appearance is made without waiving and subject to any applicable objection to jurisdiction, service of process or venue.

---

[1] Plaintiffs allege that Completed Communities II, LLC is the successor by merger of Centerline Homes at B&A, LLC, Centerline Homes at Tradition, LLC and Centerline Port St. Lucia, Ltd.

- 3 -

Respectfully submitted:

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY  (#31893)**
MCGLINCHEY STAFFORD, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:   eparkinson@mcglinchey.com
               jbarro@mcglinchey.com
               smurphy@mcglinchey.com

**WARREN LUTZ**
**PAUL D. SMOLINSKY**
JACKSON & CAMPBELL, P.C.
1120 20th Street, N.W.
Suite 300 South
Washington, D.C.   20036
Phone:  (202) 457-1600
Facsimile:  (202) 457-1678
E-mail:   wlutz@jackscamp.com
               psmolinsky@jackscamp.com

**Attorneys for Defendants:**
**AMERICAN HOME ASSURANCE COMPANY, THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, AND CHARTIS SPECIALTY INSURANCE COMPANY (**only to the extent noted above).

- 4 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion to supplement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

s/Erin Fury Parkinson
**ERIN FURY PARKINSON, T.A.  (# 22549)**
**JOSE L. BARRO, III   (# 30857)**
**SARAH J. MURPHY   (#31893)**
McGlinchey Stafford, PLLC
601 Poydras Street, 12th Floor
New Orleans, Louisiana  70130
Telephone:  (504) 586-1200
Facsimile:  (504) 910-9539
E-mail:  eparkinson@mcglinchey.com
            jbarro@mcglinchey.com
            smurphy@mcglinchey.com