UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 |
| | SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to: | MAGISTRATE JUDGE WILKINSON |
| Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al. | |
| Case No. 2010-932 | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF ALL DOCUMENTS AND PLEADINGS

COME NOW, George B. Hall, Jr., Pablo Gonzalez and Katie Whitman of the law firm of Phelps Dunbar LLP and hereby enroll as counsel on behalf of American Reliable Insurance Company ("ARIC"). It is respectfully requested that all future pleadings, orders, notices motions, documents and correspondence be served upon them in connection with this action. By filing this Notice of Appearance, ARIC is not consenting to or waiving any challenge to jurisdiction or venue in the Chinese Drywall Multidistrict Litigation proceedings. All such objections and challenges are specifically reserved.

PD.4113772.1

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:    */s/ Katie A. Whitman*
       George B. Hall, Jr., (Bar #6432)
       Pablo Gonzalez, (Bar #29215)
       Katie A. Whitman, (Bar #32771)
       Canal Place
       365 Canal Street • Suite 2000
       New Orleans, Louisiana 70130-6534
       Telephone: (504) 566-1311
       Telecopier: (504) 568-9130
       Email: hallb@phelps.com
             pablo.gonzalez@phelps.com
             katie.whitman@phelps.com

**ATTORNEYS FOR DEFENDANT AMERICAN RELIABLE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Appearance and Request for Service of All Documents and Pleadings* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and email and upon all parties by electronically uploading the same to Lexis Nexis File & Serve, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

*/s/ Katie A. Whitman*
Katie A. Whitman
Louisiana Bar No. 32771
Phelps Dunbar LLP
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
Email: katie.whitman@phelps.com