UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| AMATO, ET AL. <br> v. <br> LIBERTY MUTUAL INSURANCE COMPANY, ET AL. | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * |
| CASE NO. 2:10-cv-00932 (E.D. La.) | * <br> * |

**********************************************

## LIMITED NOTICE OF APPEARANCE

Thomas E. Schwab and the law firm of Barkley & Thompson, L.C., and Joseph A. Hinkhouse and Sara U. Gattie and the law firm of Hinkhouse Williams Walsh LLP make an appearance as attorneys of record for:

(1) Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) as the alleged insurer of the following defendants:

   (a) L&W Supply Corporation d/b/a Seacoast Supply Company; and

   (b) USG Corporation.

(2) Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as the alleged insurer of the following defendants:

- 2 -

    (a)    Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC; and

    (b)    Interior/Exterior Building Supply, LP and Interior/Exterior Enterprises, LLC.

(3)    Illinois National Insurance Company as the alleged insurer of the following defendants:

    (a)    Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

    (b)    L&W Supply Corporation d/b/a Seacoast Supply Company; and

    (c)    USG Corporation.

(4)    Lexington Insurance Company as the alleged insurer of the following defendants:

    (a)    L&W Supply Corporation d/b/a Seacoast Supply Company; and

    (b)    USG Corporation.

(5)    National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh as the alleged insurer of the following defendants:

    (a)    F. Vicino and Company, Inc.;

    (b)    Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St.

    Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

 (c) L&W Supply Corporation d/b/a Seacoast Supply Company; and

 (d) USG Corporation.

For all the insurer defendants, this appearance is made without waiving and subject to any applicable objection to jurisdiction, service of process or venue.

    Respectfully submitted:

    s/Thomas E. Schwab
    Thomas E. Schwab
    BARKLEY & THOMPSON, L.C.
    1515 Poydras Street, Suite 2350
    New Orleans, Louisiana  70112
    Phone:  (504) 595-3370
    Fax:  (504) 595-3355
    E-mail:  tschwab@barkleythompson.com

    Joseph A. Hinkhouse
    Sara Uffelman Gattie
    HINKHOUSE WILLIAMS WALSH
    180 North Stetson Street, Suite 3400
    Chicago, Illinois  60601
    Phone:  (312) 784-5454
    Fax:  (312) 784-5494
    E-mail: jhinkhouse@hww-law.com
       sgattie@hww-law.com

    **Attorneys for Defendants:  CHARTIS SELECT INSURANCE COMPANY (as alleged insurer of L&W Supply Corp. and USG Corp.); CHARTIS SPECIALTY INSURANCE COMPANY (as alleged insurer of Banner Supply entities and Interior/Exterior Building Supply); ILLINOIS NATIONAL INSURANCE COMPANY (as alleged insurer of Banner Supply entities, L&W Supply Corp. and USG Corp.); LEXINGTON INSURANCE**

- 4 -

**COMPANY (as alleged insurer of L&W Supply Corp. and USG Corp.); NATIONAL UNION FIRE INSURANCE COMPANY, AND NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH (as alleged insurer of F. Vicino & Company, Inc., Banner Supply entities, L&W Supply Corp. and USG Corp.)**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion to supplement has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

|  |
|---|
| s/Thomas E. Schwab |
| Thomas E. Schwab |

BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Phone:  (504) 595-3370
Fax:  (504) 595-3355
E-mail:  tschwab@barkleythompson.com

4822-4018-7399, v.  1