UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 09-2047 |
| | SECTION L |
| | JUDGE FALLON |
| | MG. JUDGE WILKINSON |

THIS DOCUMENT RELATES TO:

CHRISTOPHER DAVY and AMY DAVY,
individually and on behalf of all others
similarly situated
CASE NO.  2:09-cv-06533

_____/

## ORDER ON ADORNO & YOSS LLP'S MOTION TO
## WITHDRAW AS CO-COUNSEL OF RECORD

This matter came before the Court on the Motion to Withdraw as Counsel of Record for Jan
Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of
record for Defendants BANNER SUPPLY CO., ("BANNER") in the above civil action.  The Court,
having considered the Motion, finds that the Motion is well taken and should be granted.

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf
of Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP as co-
counsel of record for BANNER, is hereby granted and that the firm of ADORNO & YOSS LLP are
hereby discharged from their obligations of representation in this case and relieved of any further
appearance in this case on behalf of BANNER.  The Court further ORDERS that the firm of
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL are hereby left as counsel of record for
BANNER as of the date of this Order.

It is ORDERED this _____ day of August, 2010.

_____
HONORABLE ELDON E. FALLON

cc:     All Counsel of Record

**ADORNO & YOSS LLP**
350 EAST LAS OLAS BLVD.• SUITE 1700 • FT. LAUDERDALE, FLORIDA 33301 • TELEPHONE 954-763-1200 • FAX 954-766-7800