UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| DEAN and DAWN AMATO, et al.<br>v. LIBERTY MUTUAL INS. CO., et al.<br>Case No. 10-0932 | * * * | MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### NOTICE OF APPEARANCE

In accordance with Pretrial Orders 1F and 1G, Martin A. Stern, Jeffrey E. Richardson and Christine S. Fortunato and the law firm of Adams and Reese LLP, and Stephen M. Marcellino, Richard S. Oelsner and Jennifer Alampi and the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, give notice of their appearance as counsel of record for (1) XL Insurance Company Limited, (2) XL Insurance Company Limited as successor to XL Europe Limited and (3) Greenwich Insurance Company. These Defendants reserve all rights and defenses, including objections to the jurisdiction, service of process and venue of this Honorable Court. It is respectfully requested that all future pleadings, documents and correspondence be served upon the undersigned. This Notice does not constitute a waiver of service on these Defendants.

Respectfully submitted,

*Jeffrey E. Richardson*
MARTIN A. STERN (#17154)
JEFFREY E. RICHARDSON (#2323)
CHRISTINE S. FORTUNATO (#30505)
ADAMS AND REESE LLP
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:  (504) 581-3234
Facsimile:  (504) 566-0210
Martin.Stern@arlaw.com
Jeff.Richardson@arlaw.com
Christine.Fortunato@arlaw.com

STEPHEN M. MARCELLINO
RICHARD S. OELSNER
JENNIFER ALAMPI
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
3 Gannett Drive
White Plains, NY 10604-3407
Telephone:  (914) 323-7000
Facsimile:  (914) 323-7001
Stephen.Marcellino@wilsonelser.com
Richard.Oelsner@wilsonelser.com
Jennifer.Alampi@wilsonelser.com

***Attorneys For XL Insurance Company Limited, XL Insurance Company Limited as successor to XL Europe Limited and Greenwich Insurance Company***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

*Jeffrey E. Richardson*