UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | JUDGE FALLON |
| | * | |
| THIS DOCUMENT RELATES TO: | * | MAGISTRATE WILKINSON |
| | * | |
| AMATO, et al. | * | |
| VS. | * | |
| LIBERTY MUTUAL INS. CO., et al | * | |
| CASE NO. 10-932 | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF CORPORATE DISCLOSURE

North American Specialty Insurance Company is a New Hampshire company and a subsidiary of Swiss Reinsurance America Corporation, a New York company. Swiss Reinsurance America Corporation is a subsidiary of Swiss Re Solutions Holding Corporation, which is a Delaware company. Swiss Re Solutions Holding Corporation is a subsidiary of Swiss Re America Holding Corporation also a Delaware company. Swiss Re America Holding Corporation is a subsidiary of Swiss Reinsurance Company Ltd. a publicly listed Swiss company.

1

Respectfully submitted,

S/ DORIS T. BOBADILLA_____
**DORIS T. BOBADILLA, LA Bar No. 24025**
Email: dbobadilla@gjtbs.com
**ANDREA L. ALBERT, LA Bar No. 27353**
Email:  aalbert@gjtbs.com
**SHANNON T. BROWN, LA Bar No. 32366**
Email: sbrown@gjtbs.com
**GALLOWAY, JOHNSON, TOMPKINS,
BURR & SMITH**
#3 Sanctuary Boulevard, Suite 301
Mandeville, Louisiana  70471
Phone:  (985) 674-6680
Facsimile: (985) 674-6681

COUNSEL FOR DEFENDANT,
North American Specialty Insurance Company

## CERTIFICATE OF SERVICE

I hereby certify the above and foregoing *Notice of Corporate Disclosure* has been served on Plaintiffs' Liaison Counsel, Russ Herman, Herman, Herman, Katz & Cotlar, LLP, 820 O'Keefe Avenue, Suite 100,  New Orleans, Louisiana 70113, rherman@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller, Frilot, L.L.C., Suite 3700, 1100 Poydras Street, New Orleans, Louisiana 70163, kmiller@frilot.com, by U.S. Mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with procedures established in MDL 2047, on this 9th day of August, 2010.

 S/ DORIS T. BOBADILLA_____
**DORIS T. BOBADILLA**

2