Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0017

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Aubuchon Homes, Inc., c/o Gary Aubuchon
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Florida** ) ss.
County of: **Lee** )

Name of Server: **Barbara Gray**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **July**, 20 **10**, at **10:20** o'clock **A** M

Place of Service: at **4707 SE 9th Place**, in Cape Coral, FL 33991

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Aubuchon Homes, Inc., c/o Gary Aubuchon**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Gary E. Aubuchon, Registered Agent**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **M**; Skin Color **White**; Hair Color **Brown**; Facial Hair _____
Approx. Age **40-45**; Approx. Height **5'9"**; Approx. Weight **170**

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **13th** day of **July**, 20 **10**

Signature of Server **Barbara Gray #157153**
APS International, Ltd.

Notary Public _____ (Commission Expires)

Notary Public State of Florida
Elena G Alvarado
My Commission DD775441
Expires 04/06/2012