Service of Process by
Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

APS International, Ltd.
1-800-328-7171



**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Audubon Insurance Group, through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: **LOUISIANA** )ss.
Parish
County of: **LIVINGSTON** )

| | |
|---|---|
| **Name of Server:** | **Carol Cassisa**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **19-Jul-2010 11:45 am** |
| **Place of Service:** | at **8585 Archives Ave.**, city of **Baton Rouge**, state of **LA** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **Audubon Insurance Group, through the Louisiana Secretary of State** By delivering them into the hands of an officer or managing agent whose name and title is **Julie Neseitt, Legal Department Secretary** |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex **F**; Skin Color **white**; Hair Color **brown**; Facial Hair **N/A** Approx. Age **45**; Approx. Height **5'6"**; Approx. Weight **175** ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. *Carol A Cassisa* Signature of Server | Subscribed and sworn to before me this **22** day of **July**, 20 **10** *Jano Dollatt* 4/29/10 Notary Public (Commission Expires) |

APS International, Ltd.
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-140