IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| *Mitchell Co. Inc. v. Knauf Gips KG, et al.*, 09-cv-4115 | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| | Oral Argument Requested<br>Proposed Hearing Date: August 11, 2010 |

## NOTICE OF HEARING

Plaintiff The Mitchell Company, Inc., through its undersigned attorneys, will bring its *Motion to Amend Class Definition* before the Honorable Judge Eldon. E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United Stated Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on August 11, 2010 at 9:00 a.m. or as soon thereafter that it may be heard.

888184.1

- 2 -

DATED: August 9, 2010    *s/ Kristen L. Sagafi*
ELIZABETH J. CABRASER
KRISTEN L. SAGAFI
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

STEVEN L. NICHOLAS (ASB-2021-N35S)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing *Notice of Hearing* has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 9th day of August, 2010.

                                                          *s/ Kristen L. Sagafi*
                                                        KRISTEN L. SAGAFI

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005