# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | |
| THE MITCHELL COMPANY, INC., | Case No. 09-cv-4115 |
| Plaintiff, individually and on behalf of others similarly situated, | |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON<br><br>Oral Argument Requested<br>Proposed Hearing Date: August 11, 2010 |
| Defendants. | |

## PLAINTIFF'S MOTION TO SUBSTITUTE DECLARATION OF RAY PHILLIPS

888185.1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that on August 11, 2010, at 9:00 a.m., or as soon thereafter as the matter may be heard, in the Courtroom of the Honorable Eldon E. Fallon of the Eastern District of Louisiana, Section L, located at 500 Poydras Street, New Orleans, LA 70130, Plaintiff The Mitchell Company, Inc., on behalf of itself and all others similarly situated, will move the Court to substitute the Declaration of Ray Phillips, MDL Doc. 4566-2, with the version attached hereto as Exhibit 1.

This motion is supported by Plaintiff's accompanying Memorandum in Support, the pleadings and papers filed in this case and MDL No. 2047, and any oral argument the Court permits.

DATED: August 9, 2010

*s/ Kristen L. Sagafi*
ELIZABETH J. CABRASER
KRISTEN L. SAGAFI
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
415-956-1000
415-956-1008 (fax)

STEVEN L. NICHOLAS (ASB-2021-N35S)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama 36604
251-471-6191
251-479-1031 (fax)

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York 10017-2024
212-355-9500
212-355-9592 (fax)

Attorneys for Plaintiff

888185.1

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing *Motion To Substitute Declaration Of Ray Phillips* has been served on Plaintiffs' Liaison Counsel Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 9th day of August, 2010.

*s/ Kristen L. Sagafi*
KRISTEN L. SAGAFI

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005