# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | MDL Docket No. 2047 |
| THIS DOCUMENT RELATES TO: | Case No. 09-cv-4115 |
| THE MITCHELL COMPANY, INC., | |
|       Plaintiff, individually and on behalf of others similarly situated, | SECTION L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| vs. | |
| KNAUF GIPS KG, a German corporation; KNAUF PLASTERBOARD (TIANJIN CO., LTD., a Chinese limited liability corporation; TAISHAN GYPSUM CO., LTD. (f/k/a Shandong Taihe Dongxin Co., Ltd.), a Chinese limited liability corporation); INTERIOR & EXTERIOR BUILDING SUPPLY, L.P., a limited partnership; and RIGHTWAY DRYWALL, INC., a Georgia corporation, | Oral Argument Requested<br>Proposed Hearing Date: August 11, 2010 |
|       Defendants. | |

**MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO LIFT THE STAY AS TO THE PENDING CLASS CERTIFICATION MOTION**

888201.1

Plaintiff previously filed and served a Motion For Class Certification Against Taishan Gypsum Co., Ltd. *See* MDL Doc. 4566. The motion seeks certification of a class of home builders. Also pending before the Court is *Plaintiffs' Motion for Class Certification* (*Germano*), Doc. 3293, which seeks certification of a class of homeowners. On Friday, August 6, 2010, the Plaintiffs' Steering Committee moved the Court to lift the stay as to the *Germano* class motion. *See* MDL Doc. 4946.

Plaintiff submits that the *Germano* motion and Plaintiff's motion should be briefed and heard on the same schedule. Both motions are against the same Defendant, and stem from default judgments entered against that Defendant in the respective cases. Hearing these related motions on the same schedule will promote judicial economy and will ensure consistency in the Court's rulings. Accordingly, if the Court lifts the stay on the *Germano* motion and sets a briefing schedule and hearing date, Plaintiff requests that the Court set the same schedule for Plaintiff's motion (MDL Doc. 4566).

Respectfully submitted,

DATED: August 9, 2010

*s/ Steven L. Nicholas*
STEVEN L. NICHOLAS (ASB-2021-N35S)
Cunningham Bounds, LLC
1601 Dauphin Street
Mobile, Alabama  36604
251-471-6191
251-479-1031 (fax)

ELIZABETH J. CABRASER
KRISTEN L. SAGAFI
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
415-956-1000
415-956-1008 (fax)

888201.1

- 2 -

JONATHAN D. SELBIN
Lieff, Cabraser, Heimann & Bernstein, LLP
780 Third Avenue, 48th Floor
New York, New York  10017-2024
212-355-9500
212-355-9592 (fax)

Attorneys for Plaintiff

- 2 -

## CERTIFICATE OF SERVICE

I do hereby certify that the above and foregoing *Memorandum In Support Of Plaintiff's Motion To Lift The Stay As To The Pending Class Certification Motion* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 9th day of August, 2010.

*s/ Steven L. Nicholas*
STEVEN L. NICHOLAS

**DEFENDANTS TO BE SERVED AS FOLLOWS:**

Knauf Gips KG
Ridham Dock, Kemsley
Sittingbourne, Kent ME9 8SR, UK

Knauf Plasterboard (Tianjin) Co., Ltd.
North Yinhe Bridge, East Jingjin Road
RC-300400 Tianjin, China

Taishan Gypsum Co. Ltd.
Dawenkou Daiyue District
RC-271026 Tai'an Shandong, China

Interior & Exterior Building Supply, L.P.
727 South Cortez Street
New Orleans, Louisiana  70119

Rightway Drywall, Inc.
c/o Michael S. Jenkins, Registered Agent
102 Samantha Drive
Bonaire, Georgia  31005