UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

**ORDER ENJOINING CONFLICTING STATE COURT PROCEEDINGS IN MUSCOGEE COUNTY, GEORGIA**

AND, NOW, this _____ day of _____, 2010, upon consideration of the Plaintiffs' Steering Committee's Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere with this Court's Continuing Jurisdiction over this Litigation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Pursuant to the All Writs Act, 28 U.S.C. § 1651, the proceedings in *Vereen v. Lowe's Home Centers, Inc.*, Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.), pending in the Superior Court of Muscogee County, Georgia, relating to approval of a nationwide class action settlement of Chinese-manufactured drywall claims against Lowe's Home Centers, Inc. are immediately and temporarily enjoined pending a hearing by this Court as to whether they conflict and interfere with this Court's continuing jurisdiction over the Chinese-manufactured drywall multidistrict and class action litigation in MDL 2047.

2. Pursuant to the All Writs Act, 28 U.S.C. § 1651, all counsel participating in the proceedings in *Vereen v. Lowe's Home Centers, Inc.*, Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.), pending in the Superior Court of Muscogee County, Georgia, relating to a nationwide class action settlement of Chinese-manufactured drywall claims against Lowe's

Home Centers, Inc., are immediately and temporarily enjoined from interfering with this Court's jurisdiction over this multidistrict and class action litigation and are precluded from further participating in the *Vereen* proceedings pending a hearing by this Court on this matter.

3. A hearing by this Court on this matter shall be held on the _____ day of _____ at _____.m. to determine whether the proceedings in *Vereen v. Lowe's Home Centers, Inc.*, Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.), pending in the Superior Court of Muscogee County, Georgia, relating to approval of a nationwide class action settlement of Chinese-manufactured drywall claims against Lowe's Home Centers, Inc. should be permanently enjoined under the All Writs Act.

4. Plaintiffs' Liaison Counsel shall serve this Order and all related Motions and Memoranda of Law on the Honorable Judge Bobby Peters for the Superior Court of Muscogee County in the State of Georgia and on class counsel and defense counsel in *Vereen v. Lowe's Home Centers, Inc.,* Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.) via overnight delivery.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE