UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047<br><br>SECTION: L |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |

## ORDER TO SHOW CAUSE

AND, NOW, this _____ day of _____, 2010, upon consideration of the Plaintiffs' Steering Committee's Rule to Show Cause Why Attorneys Austin Gower, Esq., Don Barrett, Patrick W. Pendley, Dewitt Lovelace, William B. Gaudet, and David P. Matthews Should Not Appear Before the Court Regarding Their Conduct That Interferes with this Court's Continuing Jurisdiction over this Litigation, it is hereby ORDERED, ADJUDGED AND DECREED, that:

1. Counsel to the nationwide class action settlement in *Vereen v. Lowe's Home Centers, Inc.,* Case No. SU10-cv-2267B (Super. Ct. Muscogee Cty.), pending in the Superior Court of Muscogee County, Georgia, including class counsel attorneys Austin Gower, Esq., Don Barrett of Don Barrett, PA, Patrick W. Pendley of Pendley, Baudin & Coffin, and Dewitt Lovelace of Lovelace Law Firm, PA and defense counsel William B. Gaudet of Adams and Reese, LLP, shall appear before this Court on the ____ day of _____, 2010, at ____ o'clock in the _____ to explain why they have engaged in conduct interfering with this Court's jurisdiction over the Chinese-manufactured drywall multidistrict and class action litigation in MDL 2047.

2.      Attorney David P. Matthews shall appear before this Court on the ____ day of _____, 2010, at ____ o'clock in the _____ to explain why he has engaged in conduct interfering with this Court's jurisdiction over the Chinese-manufactured drywall multidistrict and class action litigation in MDL 2047.

3.      Plaintiffs' Liaison Counsel Russ Herman shall serve this Order to Show Cause on all counsel named herein via overnight delivery service.

BY THE COURT:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE