UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL          MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:    All Cases          JUDGE FALLON
                                                MAG. JUDGE WILKINSON

### CONSENT MOTION TO SUBSTITUTE
### DEFENSE STEERING COMMITTEE MEMBERS
### AND APPLICATION FOR APPOINTMENT TO
### DEFENSE STEERING COMMITTEE OF
### STEVEN GLICKSTEIN AND JAY P. MAYESH

NOW COMES Liaison Counsel on behalf of the Defendants, who submits this Consent Motion to Substitute Defense Steering Committee Members and Application for Appointment to Defense Steering Committee of Steven Glickstein and Jay P. Mayesh, averring as follows:

**I.     INTRODUCTION**

On July 27, 2009, this Court entered Pre-Trial Order no. 7, appointing the members of the Defense Steering Committee, including Donald J. Hayden and Douglas B. Sanders, counsel for the Knauf entities.  It is Liaison Counsel's understanding that Kaye Scholer LLP, of which Mesrrs. Glickstein and Mayesh are Partners, have assumed the role of lead counsel for the Knauf entities, and thus, Liaison Counsel seeks their substitution in place of Messrs. Hayden and Sanders.

Messrs. Glickstein and Mayesh have expressed a willingness to serve on the Defense Steering Committee in place of the aforementioned DSC members.  Accordingly, Liaison Counsel submits this motion to substitute Steven Glickstein and Jay P. Mayesh of Kaye Scholer

LLP in place of Donald J. Hayden and Douglas B. Sanders.[1] Liaison Counsel submits the following in support of Messrs. Glickstein's and Mayesh's Application for Appointment to the Defense Steering Committee:

## II. THE PROPOSED MEMBERS OF THE DEFENDANT'S STEERING COMMITTEE SATISFY THE COURT'S SELECTION CRITERIA.

Pretrial Order No. 1 specifies that "[t]he court will consider the recommendation of the defendant(s) for membership on the defendant(s) steering committee … [which] will have the duties and responsibilities described in Paragraph 17 of this Order." According to paragraph 17, "the main criteria for membership in the [DSC] will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others;[] (c) professional experience in this type of litigation[; and] (d) willingness to commit the necessary resources to pursue this matter." As discussed below, Messrs. Glickstein and Mayesh have extensive experience and knowledge with respect to complex class actions. Messrs. Glickstein and Mayesh have also served in leadership roles in similar litigation that have resulted in successful outcomes for defendants. Messrs. Glickstein and Mayesh have proven track records of working cooperatively with other firms and each has avowed his willingness and commitment to provide the time and resources necessary to defend this litigation.

### A. WILLINGNESS AND AVAILABILITY

Messrs. Glickstein and Mayesh have the resources necessary to participate on behalf of the defendants on the DSC. Messrs. Glickstein and Mayesh are highly motivated, willing, and available to commit the time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. Messrs. Glickstein and Mayesh have been involved in class action, tort cases involving issues similar to those raised by plaintiffs in their complaints.

Messrs. Glickstein and Mayesh have the resources in terms of both staffing and finances to ensure unlimited and equitable representation. Messrs. Glickstein and Mayesh are prepared to commit their personal time and skills to all DSC duties that this Court may assign to them.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Messrs. Glickstein and Mayesh will commit to working harmoniously and effectively with others in this complex litigation. Messrs. Glickstein and Mayesh are already working with many of the plaintiffs, defendants and their counsel, to find common ground and work toward a resolution of the issues alleged in the complaints.

### C. PERSONAL EXPERIENCE

Messrs. Glickstein and Mayesh have the experience that the Court demands. Messrs. Glickstein and Mayesh have the resources, experience, motivation, competence, and support personnel necessary to handle this type of litigation, in particular as it relates to the defense of suppliers. Messrs. Glickstein and Mayesh have a proven track record of working on complex litigation matters.

### D. WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

As stated previously herein, Messrs. Glickstein and Mayesh have been engaged in the practice of mass tort law and complex litigation for many years. Messrs. Glickstein and Mayesh possess the necessary resources for a case of this magnitude and are ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Court that Messrs. Glickstein and Mayesh possess all of the qualifications, and meet or exceeds all of the requirements stated by this Court as necessary for this Court's appointment.

WHEREFORE, undersigned Liaison Counsel respectfully requests that the Court order the removal of Messrs. Hayden and Sanders from the DSC and the appointment of Steven Glickstein and Jay P. Mayesh, to the Defendants' Steering Committee.

Respectfully submitted by,

LIAISON COUNSEL

BY: /s/ Kyle A. Spaulding
KERRY J. MILLER (#24562)
KYLE A. SPAULDING (#29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: (504)599-8194
Facsimile:  (504)599-8145
kspaulding@frilot.com

## CERTIFICATE OF SERVICE

I certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman, Phillip Wittman, Homebuilders' Liaison Counsel, and Judy Barrasso, Insurers' Liaison Counsel, by email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order no. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August 2010.

/s/ Kyle A. Spaulding