UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL NO. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

This Document Relates to:   All Cases   JUDGE FALLON
MAG. JUDGE WILKINSON

## O R D E R

Considering the foregoing Consent Motion to Substitute Defense Steering Committee Members and Application for Appointment to Defense Steering Committee of Steven Glickstein and Jay P. Mayesh,:

**IT IS ORDERED** that Donald J. Hayden and Douglas B. Sanders are hereby removed from the Defense Steering Committee.

**IT IS FURTHER ORDERED** that Steven Glickstein and Jay P. Mayesh of Kaye Scholer LLP, are hereby appointed to the Defense Steering Committee.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE ELDON E. FALLON