# Exhibit "E"

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS •†◊∎
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE # 2882
NEW YORK, NY 1 3001
212-726-1435
212-726-3435 FAX

∎ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW /
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
• LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
        David Gross, et al. v. KNAUF, et al.
        Case No.: 09-5845

Dear Russ and Lenny:

My client, Penny Simmons, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein..

Very truly yours,

Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

*********************************

## PENNY SIMMONS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Penny Simmons, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Penny Simmons shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Penny Simmons, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010

/s/ Russ M. Herman_____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

DAVID P. MATTHEWS *†◊⬧
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

⬧ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re: Chinese Manufactured Drywall Products Liability Litigation
           David Gross, et al. v. KNAUF, et al.
           Case No.: 09-5845

Dear Russ and Lenny:

      My client, Alice Carter, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP
to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without
prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced
matter, reserving her rights and claims against any and all other defendants therein.

                          Very truly yours,

                          Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

## ALICE CARTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Alice Carter, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Alice Carter shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Alice Carter, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman_____
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___day of August, 2010.

/s/ Russ M. Herman_____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

DAVID P. MATTHEWS *†*⊕
JULIE L. RHOADES ⊕†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

■ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
⊕ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
            David Gross, et al. v. KNAUF, et al.
            Case No.: 09-5845

Dear Russ and Lenny:

    My clients, Anthony & Sherrie Foreston, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                    Very truly yours,

                    Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY * | |
| LITIGATION * | SECTION "L" |
| * | |
| THIS DOCUMENT RELATES TO: * | JUDGE FALLON |
| * | |
| David Gross, et al. v. * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. * | |
| Case No. 09-5845 * | |

**************************************

## ANTHONY & SHERRIE FORESTON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Anthony & Sherrie Foreston, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Anthony & Sherrie Foreston shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Anthony & Sherrie Foreston, dated August 4, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of August, 2010.

/s/ Russ M. Herman

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-345 FAX

DAVID P. MATTHEWS *†*●
JULIE L. RHOADES ●†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

● BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
             David Gross, et al. v. KNAUF, et al.
             Case No.: 09-5845

Dear Russ and Lenny:

      My client, Antione C. Carter, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving his rights and claims against any and all other defendants therein.

                        Very truly yours,

                        Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED  *<br>DRYWALL PRODUCTS LIABILITY   *<br>LITIGATION                              *<br>                                              *<br>THIS DOCUMENT RELATES TO:    *<br>                                              *<br>David Gross, et al. v.                     *<br>Knauf Gips, KG, et al.                   *<br>Case No. 09-5845                        * | MDL No. 2047<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAJ. JUDGE WILKINSON |

*********************************

## ANTIONE C. CARTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Antione C. Carter, hereby dismisses without prejudice all of his claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Antione C. Carter shall continue to pursue his claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Antione C. Carter, dated August 4, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ____day of August, 2010.

/s/ Russ M. Herman_____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS *†*◊♯
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

• BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
♯ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

     In Re:  Chinese Manufactured Drywall Products Liability Litigation
            David Gross, et al. v. KNAUF, et al.
            Case No.: 09-5845

Dear Russ and Lenny:

     My clients, Emily & Gregg Harris, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                    Very truly yours,

                    Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

## EMILY & GREGG HARRIS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Emily & Gregg Harris, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Emily & Gregg Harris shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades counsel for Emily & Gregg Harris dated August 4, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010.

/s/ Russ M. Herman

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS *†◊⬧
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-725-1435
212-726-3415 FAX

⬧ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re: Chinese Manufactured Drywall Products Liability Litigation
             David Gross, et al. v. KNAUF, et al.
             Case No.: 09-5845

Dear Russ and Lenny:

      My clients, Gilletto & Donna Leverette, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                    Very truly yours,

                    Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

********************************

### GILLETTO & DONNA LEVERETTE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Gilletto & Donna Leverette, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein.  Each party is to bear its own attorneys' fees and costs. Gilletto & Donna Leverette shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.  Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Gilletto & Donna Leverette, dated August 4, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,


/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:  504/581/4892
Fax:  504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___day of August, 2010.

/s/ Russ M. Herman

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-343 5 FAX

DAVID P. MATTHEWS *†*◊
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

▲ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
    TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
† LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re:  Chinese Manufactured Drywall Products Liability Litigation
        David Gross, et al. v. KNAUF, et al.
        Case No.: 09-5845

Dear Russ and Lenny:

My client, Gretta Rogers, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

## GRETTA ROGERS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Gretta Rogers, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Gretta Rogers shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Gretta Rogers, dated August 4, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010.

               /s/ Russ M. Herman_____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

DAVID P. MATTHEWS *†*◊†
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

• BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

   In Re: Chinese Manufactured Drywall Products Liability Litigation
      David Gross, et al. v. KNAUF, et al.
      Case No.: 09-5845

Dear Russ and Lenny:

   My client, Irene Jackson, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

        Very truly yours,

        Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED    MDL No. 2047
DRYWALL PRODUCTS LIABILITY
LITIGATION    SECTION "L"

THIS DOCUMENT RELATES TO:    JUDGE FALLON

David Gross, et al. v.    MAJ. JUDGE WILKINSON
Knauf Gips, KG, et al.
Case No. 09-5845

## IRENE JACKSON'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Irene Jackson, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Irene Jackson shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Irene Jackson, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010.

                        /s/ Russ M. Herman

# MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3415 FAX

DAVID P. MATTHEWS *†*◊†
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

◆ BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
   TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSPPI
◊ LICENSED IN NEW YORK STATE
† LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

      In Re:  Chinese Manufactured Drywall Products Liability Litigation
            David Gross, et al. v. KNAUF, et al.
            Case No.: 09-5845

Dear Russ and Lenny:

      My client, Janretta C. Odom-Lewis, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                Very truly yours,

                Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

## JANRETTA C. ODOMS-LEWIS'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Janretta C. Odoms-Lewis, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Janrette C. Odoms-Lewis shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Janretta C. Odom-Lewis, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:  504/581/4892
Fax:  504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010.

/s/ Russ M. Herman

# MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS *†•◊‡
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

• BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

   In Re: Chinese Manufactured Drywall Products Liability Litigation
      David Gross, et al. v. KNAUF, et al.
      Case No.: 09-5845

Dear Russ and Lenny:

   My client, Marilyn Brand, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

       Very truly yours,

       Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

<u>**MARILYN D. BRAND'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT**</u>
<u>**PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.**</u>

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Marilyn D. Brand, hereby

dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers,

Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all

other defendants therein. Each party is to bear its own attorneys' fees and costs. Marilyn

D. Brand shall continue to pursue her claims against the remaining Defendant(s) not

specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from

Julie L. Rhoades, counsel for Marilyn D. Brand, dated August 4, 2010 specifically

authorizing the undersigned to file this Notice of Voluntary Dismissal.


Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel:  504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of August, 2010.

/s/ Russ M. Herman _____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS *†*◊
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE #2882
NEW YORK, NY 10001
212-726-1435
212-726-3435 FAX

* BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

> In Re: Chinese Manufactured Drywall Products Liability Litigation
> David Gross, et al. v. KNAUF, et al.
> Case No.: 09-5845

Dear Russ and Lenny:

My client, Jessie Sylvester, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

*********************************

### JESSIE SYLVESTER'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Jessie Sylvester, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Jessie Sylvester shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Jessie Sylvester, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,
/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___ day of August, 2010.

/s/ Russ M. Herman _____

## MATTHEWS & ASSOCIATES

ATTORNEYS & COUNSELORS AT LAW

www.matthewsandassociateslawfirm.com

2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

DAVID P. MATTHEWS *†◊‡
JULIE L. RHOADES ◊†
LIZY SANTIAGO †
ADAM T. FUNK †
RACHAL G. ROJAS †
BRADFORD J. GILDE †
LEZZLIE E. HORNSBY †
MARLA BRISCOE †

OF COUNSEL:
GEOFFREY C. SANSOM, P.C. †

244 5TH AVENUE #2882
NEW YORK, NY  0001
212-726-1435
212-726-343 5 FAX

* BOARD CERTIFIED, PERSONAL INJURY TRIAL LAW
  TEXAS BOARD OF LEGAL SPECIALIZATION
† LICENSED IN TEXAS
* LICENSED IN MISSISSIPPI
◊ LICENSED IN NEW YORK STATE
‡ LICENSED IN PENNSYLVANIA

August 4, 2010

Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

In Re: Chinese Manufactured Drywall Products Liability Litigation
David Gross, et al. v. KNAUF, et al.
Case No.: 09-5845

Dear Russ and Lenny:

My client, Monica Malone, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

Very truly yours,

Julie L. Rhoades

JLR/ln

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

**********************************

## MONICA MALONE'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Monica Malone, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Monica Malone shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Julie L. Rhoades, counsel for Monica Malone, dated August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___day of August, 2010

           /s/ Russ M. Herman_____