# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re FORD MOTOR COMPANY SPEED CONTROL DEACTIVATION SWITCH PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1718<br>JUDGE: Bernard A. Friedman<br>MAGISTRATE JUDGE: Steven Whalen |
| | ALL CASES |

## AGREED ORDER

On January 21, 2009 the Court entered an Order Establishing Common Benefit Account (Docket No. 268), which directed Ford and certain Plaintiffs to pay assessments in the amount of 2% from certain settlement funds into an interest-bearing account titled "*Ford SCD Switch MDL No. 1718 Common Benefit Fund.*" held in the name of the Clerk.

Paragraph 7 of that Order provided that the balance of all deposited funds, the amounts of individual deposits, and the records maintained by the Clerk regarding the Account shall remain confidential and shall only be disclosed to the Court.

Paragraph 8 of that Order provided that, upon written request, counsel for Ford Motor Company will be responsible for certifying to the Court and Plaintiffs' Lead Counsel that based on the information available to it from the Clerk's office, all required payments have been made into the Account, and reporting any nonpayment.

MDL 05-1718

Accordingly, the Court now ORDERS the Clerk to disclose to the Court all information regarding the *Ford SCD Switch MDL No. 1718 Common Benefit Fund Account*, including the balance of all deposited funds, the amounts of individual deposits, and the records maintained by the Clerk. The Court will disclose this information only to Defendant's Counsel.

Dated: _February 20, 2009____.

                                                 _____s/Bernard A. Friedman_____
                                                 HONORABLE BERNARD A. FRIEDMAN
                                                 U.S. DISTRICT COURT JUDGE