# EXHIBIT 1



Oct 16 2009
3:11PM

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * |
| | MDL No. 2047 |
| | * |
| This Document Relates to Case No. 09-4119 | * * |
| | SECTION: L |
| | * |
| | * JUDGE FALLON |
| | * |
| | * MAGISTRATE JUDGE |
| | * WILKINSON |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF
### DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its initial production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT000001 through KPT002665, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Jesse Francis at Xact Data Discovery, a non-party document vendor, located at 1221 Brickell Ave., Suite 1160, Miami, Florida 33131, via email at jfrancis@xactdatadiscovery.com.

DATED this 16th day of October, 2008.        Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:      (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:      (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com


Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:      (504) 599-8145
Email: kmiller@frilot.com


*Attorneys for Defendant KPT*

2

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing **NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of October, 2009.

By:/s/ Donald J. Hayden

MIADMS/353276.1

3



28242834
Nov 25 2009
8:11PM

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL No. 2047 * |
| This Document Relates to Case No. 09-4119 | * * SECTION: L * |
| | * JUDGE FALLON * |
| | * MAGISTRATE JUDGE * WILKINSON * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF SECOND DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its second production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT002666 through KPT011203, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 25th day of November, 2009.    Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF SECOND DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of November, 2009.

By: /s/ Donald J. Hayden

MIADMS/354600.1

3



Dec 18 2009
6:32PM

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4324, 09-6741, 09-4115 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |
| | * | |

*********************************************

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF THIRD DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its third production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT011204 through KPT011232, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 18th day of December, 2009.    Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:    (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:    (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:     (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF THIRD DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 and the procedures established in MDL 2047, on this 18th day of December, 2009.

By:/s/ Donald J. Hayden _____

MIADMS/355438.3



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * |
| | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4324, 09-6741, 09-4115 | * * |
| | SECTION: L |
| | * |
| | * JUDGE FALLON |
| | * |
| | * MAGISTRATE JUDGE * WILKINSON |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF FOURTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its fourth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT011233 through KPT013519 are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 26th day of February, 2010.     Respectfully submitted by,


/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com


Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:     (504) 599-8145
Email: kmiller@frilot.com


*Attorneys for Defendant KPT*


2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF FOURTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 and the procedures established in MDL 2047, on this 26th day of February, 2010.

By:/s/ Donald J. Hayden

MIADMS/357676.1

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida  33131 – (305) 789-8900



31234583

May 20 2010
9:36PM

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-7628, 09-4119, 09-4115, 09-4117, 09-6741, 09-4324, and 10-01111 | * * * * * | SECTION: L JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

**************************************************

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF FIFTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its fifth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT0013520 through KPT0014005, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 20th day of May, 2010. Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:     (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing: **NOTICE OF FIFTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 20th day of May, 2010.

By:/s/ Donald I. Hayden

MIADMS/360656.1



31234572
May 20 2010
9:40PM

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-7628, 09-4119, 09-4115, 09-4117, 09-4324, 09-6741, and 10-01111 | * * * * | SECTION: L JUDGE FALLON |
| | * * * * | MAGISTRATE JUDGE WILKINSON |

**************************************************

## KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF SIXTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its sixth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT0014006 through KPT0025653, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 20th day of May, 2010.

Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:    (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:    (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:    (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing: NOTICE OF SIXTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 20th day of May, 2010.

By: /s/ Donald J. Hayden

MIADMS/360704.1

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900



Jul 9 2010
10:26PM

## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 2047 |
| | * | |
| This Document Relates to | * | |
| Case No. 09-7628, 09-4119, 09-4115, | * | SECTION: L |
| 09-4117, 09-4324, 09-6741, | * | |
| and 10-01111 | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |

*******************************************

### KNAUF PLASTERBOARD (TIANJIN) CO., LTD.'S NOTICE OF
### SEVENTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Tianjin) Co., Ltd., ("KPT") by and through its attorneys, Baker & McKenzie, LLP, Frilot L.L.C. and Kaye Scholer LLP hereby give notice of its seventh production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KPT0025654 through KPT0074160, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via e-mail at swestfall@lecg.com.

DATED this 8th day of July, 2010.

Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden (FL Bar No. 0097136)
BAKER & McKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:     (305) 789-8966
Facsimile:     (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin (IL Bar No. 6256621)
Douglas B. Sanders (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:     (312) 861-8075
Facsimile:     (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry J. Miller (LA Bar No. 24562)
Miles P. Clements (LA  Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:     (504) 599-8194
Facsimile:     (504) 599-8145
Email: kmiller@frilot.com

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida  33131 – (305) 789-8900

Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
Gregory Wallance (NY Bar No. 1247337)
Robert Grass (NY Bar No. 2501278)
Karin Garvey (NY Bar No. 2997831)
Mark Spatz (NY Bar No. 4180303)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY 10022-3598
Telephone:    (212) 836-6000
Facsimile:    (212) 836-8689
Email: sglickstein@kayescholer.com

*Attorneys for Defendant KPT*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing: **NOTICE OF SEVENTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 8th day of July, 2010.

By:/s/ Donald J. Hayden

MIADMS/366895.1