# EXHIBIT 2



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119 and 09-4117 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its initial production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU000001 through WUHU000005, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Jesse Francis at Xact Data Discovery, a non-party document vendor, located at 1221 Brickell Ave., Suite 1160, Miami, Florida 33131, via email at jfrancis@xactdatadiscovery.com.

DATED this 16th day of October, 2008.       Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:   (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:   (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of October, 2009.

By:/s/ Donald J. Hayden

MIADMS/353272.1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119 and 09-4117 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF SECOND DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its second production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU000006 through WUHU000253, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 25th day of November, 2009.   Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:   (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:   (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com


Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com


*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF SECOND DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 25th day of November, 2009.

By:/s/ Donald J. Hayden

MIADMS/354601.1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119 and 09-4117 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF THIRD DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its third production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU000254 through WUHU009848, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 23rd day of December, 2009.   Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL  33131
Telephone:   (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL  60601
Telephone:   (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF THIRD DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 and the procedures established in MDL 2047, on this 23rd day of December, 2009.

By:/s/ Donald J. Hayden

MIADMS/355554.1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4117 and 09-6741 | SECTION: L |
| | JUDGE FALLON |
| | MAGISTRATE JUDGE WILKINSON |

## KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF FOURTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its fourth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU009849 through WUHU010065, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 20th day of May, 2010.

          Respectfully submitted by,

          /s/ Donald J. Hayden

          Donald J. Hayden
          BAKER & McKENZIE LLP
          Mellon Financial Center
          1111 Brickell Avenue, Suite 1700
          Miami, FL 33131
          Telephone: (305) 789-8966
          Facsimile: (305) 789-8953
          Email: donald.j.hayden@bakermckenzie.com

          Richard M. Franklin
          Douglas B. Sanders
          BAKER & MCKENZIE LLP
          130 E. Randolph Drive
          One Prudential Plaza
          Chicago, IL 60601
          Telephone: (312) 861-8075
          Facsimile: (312) 698-2375
          Email: douglas.b.sanders@bakermckenzie.com


          Kerry Miller (LA Bar No. 24562)
          Kyle A. Spaulding (LA Bar No. 29000)
          FRILOT L.L.C.
          1100 Poydras Street
          Suite 3700
          New Orleans, Louisiana 70163
          Telephone: (504) 599-8194
          Facsimile: (504) 599-8145
          Email: kmiller@frilot.com


          *Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF FOURTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 20th day of May, 2010.

By: /s/ Donald J. Hayden

MIADMS/360655.1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4117 and 09-6741 | * | SECTION: L |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF FIFTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its fifth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU010066 through WUHU018761, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 20th day of May 12, 2010.   Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:  (305) 789-8966
Facsimile:  (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:  (312) 861-8075
Facsimile:  (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:  (504) 599-8194
Facsimile:  (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF FIFTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 20th day of May, 2010.

By: /s/ Donald J. Hayden

MIADMS/360703.1



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4117 and 09-6741 | * * SECTION: L |
| | * JUDGE FALLON |
| | * MAGISTRATE JUDGE WILKINSON |

*********************************************

### KNAUF PLASTERBOARD (WUHU) CO., LTD.'S NOTICE OF SIXTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Plasterboard (Wuhu) Co., Ltd., ("Knauf Wuhu") by and through its attorneys, Baker & McKenzie, LLP, Frilot L.L.C. and Kaye Scholer LLP hereby give notice of its sixth production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled WUHU018762 through WUHU051188, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via e-mail at swestfall@lecg.com.

DATED this 8th day of July, 2010.

Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden (FL Bar No. 0097136)
BAKER & McKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin (IL Bar No. 6256621)
Douglas B. Sanders (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry J. Miller (LA Bar No. 24562)
Miles P. Clements (LA Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

                                     Steven Glickstein (NY Bar No. 1038157)
                                     Jay P. Mayesh (NY Bar No. 1081603)
                                     Gregory Wallance (NY Bar No. 1247337)
                                     Robert Grass (NY Bar No. 2501278)
                                     Karin Garvey (NY Bar No. 2997831)
                                     Mark Spatz (NY Bar No. 4180303)
                                     KAYE SCHOLER LLP
                                     425 Park Avenue
                                     New York, NY  10022-3598
                                     Telephone:   (212) 836-6000
                                     Facsimile:    (212) 836-8689
                                     Email: sglickstein@kayescholer.com

                                     *Attorneys for Defendant Knauf Wuhu*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF SIXTH DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 8th day of July, 2010.

                                     By:/s/ Donald J. Hayden

MIADMS/366894.1