# EXHIBIT 3



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | MDL No. 2047 |
| | * | |
| This Document Relates to | * | |
| Case No. 09-4117 | * | SECTION: L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | WILKINSON |
| | * | |

*********************************************

## GUANGDONG KNAUF NEW BUILDING MATERIALS PRODUCTS CO., LTD.'S NOTICE OF FIRST DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Guangdong Knauf New Building Materials Products Co., Ltd. ("Knauf Dongguan") by and through its attorneys, Baker & McKenzie, LLP, Frilot L.L.C. and Kaye Scholer LLP hereby give notice of its first production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled DONGGUAN0000001 through DONGGUAN0003753, are being produced to the PSC, Homebuilder's Steering Committee ("HSC"), and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via e-mail at swestfall@lecg.com.

DATED this 8th day of July, 2010.

Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden (FL Bar No. 0097136)
BAKER & McKENZIE LLP
Sabadell Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone: (305) 789-8966
Facsimile: (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin (IL Bar No. 6256621)
Douglas B. Sanders (IL Bar No. 0864390)
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone: (312) 861-8075
Facsimile: (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry J. Miller (LA Bar No. 24562)
Miles P. Clements (LA Bar No. 4184)
Peter E. Sperling (LA Bar No. 17812)
Kyle A. Spaulding (LA Bar No. 29000)
Paul C. Thibodeaux (LA Bar No. 29446)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone: (504) 599-8194
Facsimile: (504) 599-8145
Email: kmiller@frilot.com

Steven Glickstein (NY Bar No. 1038157)
Jay P. Mayesh (NY Bar No. 1081603)
Gregory Wallance (NY Bar No. 1247337)
Robert Grass (NY Bar No. 2501278)
Karin Garvey (NY Bar No. 2997831)
Mark Spatz (NY Bar No. 4180303)
KAYE SCHOLER LLP
425 Park Avenue
New York, NY  10022-3598
Telephone:   (212) 836-6000
Facsimile:   (212) 836-8689
Email: sglickstein@kayescholer.com

*Attorneys for Defendant Knauf Dongguan*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing: **NOTICE OF FIRST DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 8th day of July, 2010.

By:/s/ Donald J. Hayden

MIADMS/366897.1