# EXHIBIT 4



IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4119, 09-4117, 09-4115 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### KNAUF GIPS KG'S NOTICE OF FIRST DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE

Knauf Gips KG ("KGK") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its third production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents and Things to Defendant(s) (Manufacturer). The documents, Bates labeled KNAUFGIPS0000001 through KNAUFGIPS0000032, are being produced to the PSC in electronic format via U.S. Mail and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900

DATED this 18th day of December, 2009.   Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:   (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:   (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant KGK*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF FIRST DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE** has been served upon all parties by electronically uploading the pleading to LexisNexis File & Serve in accordance with Pre-Trial Order No.6 and the procedures established in MDL 2047, on this 18th day of December, 2009.

By:/s/ Donald J. Hayden

MIADMS/355440.1



May 20 2010
9:18PM

### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * MDL No. 2047 * |
| This Document Relates to Case No. 09-4115, 09-4117, 09-4119 | * * SECTION: L * * JUDGE FALLON * * MAGISTRATE JUDGE * WILKINSON * |

∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗∗

### KNAUF GIPS KG'S SECOND NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE AND HOMEBUILDERS' STEERING COMMITTEE

Knauf Gips KG ("Knauf Gips") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its second production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents Concerning Jurisdictional Issues and the Homebuilders' Steering Committee's ("HSC") Personal Jurisdiction Request For Production To Knauf Gips, subject to its standing objection to Knauf Gips being subjected to discovery through means other than the Hague Convention. The documents, Bates labeled KNAUFGIPS0000033 through KNAUFGIPS0000362, are being produced to the PSC, HSC, and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

DATED this 20th day of May, 2010.            Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:   (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:   (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:   (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Gips KG*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF SECOND DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE AND HOMEBUILDERS' STEERING COMMITTEE** has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 20th day of May, 2010.

By: /s/ Donald J. Hayden

MIADMS/360688.1



# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| This Document Relates to Case No. 09-4115, 09-4117, 09-4119 | * * * | SECTION: L |
| | * * | JUDGE FALLON |
| | * * * | MAGISTRATE JUDGE WILKINSON |

************************************************

## KNAUF GIPS KG'S THIRD NOTICE OF DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE AND HOMEBUILDERS' STEERING COMMITTEE

Knauf Gips KG ("Knauf Gips") by and through its attorneys, Baker McKenzie, LLP and Frilot L.L.C., hereby give notice of its third production to the Plaintiff's Steering Committee's ("PSC") First Request for the Production of Documents Concerning Jurisdictional Issues and the Homebuilders' Steering Committee's ("HSC") Personal Jurisdiction Request For Production To Knauf Gips, subject to its standing objection to Knauf Gips being subjected to discovery through means other than the Hague Convention. The documents, Bates labeled KNAUFGIPS0000363 through KNAUFGIPS0000767, are being produced to the PSC, HSC, and Defendants' Steering Committee ("DSC"), in electronic format via Federal Express and will be made available to any requesting Party by contacting Skip Westfall at LECG, LLC, a non-party document vendor, located at 1221 McKinney, Houston, TX 77010, via email at swestfall@lecg.com.

Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131 – (305) 789-8900

DATED this 21st day of June, 2010.          Respectfully submitted by,

/s/ Donald J. Hayden

Donald J. Hayden
BAKER & McKENZIE LLP
Mellon Financial Center
1111 Brickell Avenue, Suite 1700
Miami, FL 33131
Telephone:   (305) 789-8966
Facsimile:    (305) 789-8953
Email: donald.j.hayden@bakermckenzie.com

Richard M. Franklin
Douglas B. Sanders
BAKER & MCKENZIE LLP
130 E. Randolph Drive
One Prudential Plaza
Chicago, IL 60601
Telephone:   (312) 861-8075
Facsimile:    (312) 698-2375
Email: douglas.b.sanders@bakermckenzie.com

Kerry Miller (LA Bar No. 24562)
Kyle A. Spaulding (LA Bar No. 29000)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, Louisiana 70163
Telephone:   (504) 599-8194
Facsimile:    (504) 599-8145
Email: kmiller@frilot.com

*Attorneys for Defendant Knauf Gips KG*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF THIRD DOCUMENT PRODUCTION TO PLAINTIFF STEERING COMMITTEE AND HOMEBUILDERS' STEERING COMMITTEE has been served on Plaintiffs' Liaison Counsel, Russ Herman, Homebuilder's Liaison Counsel, Phillip Wittmann, and Defendants' Liaison Counsel, Kerry Miller, by e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, on this 21st day of June, 2010.

By: /s/ Donald J. Hayden

MIADMS/364928.1