# EXHIBIT 7

**BAKER & McKENZIE**

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601, USA

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

November 12, 2009

Russ Herman
Herman, Herman, Katz & Cotlar LLP
820 O'Keefe Ave.
New Orleans, Louisiana 70113-1116

Douglas B. Sanders
Tel: +1 312 861 8075
Fax: +1 312 698 2375
douglas.b.sanders@bakernet.com

Via Email

RE:   *In Re: Chinese Manufactured Drywall Products Liability Litigation*, MDL No. 2047

Dear Mr. Herman:

I was shocked to see the PSC's Motion to Compel after spending considerable time over the last two weeks working in good faith with members of the PSC on my clients' discovery responses and with respect to ESI in particular. You have prematurely filed the Motion without even initiating much less completing your obligation under the Rules to meet and confer with us regarding the issues raised in your Motion. More troubling are the many misrepresentations that you made that my client, Knauf Plasterboard (Tianjin) Co., Ltd., is acting in any way to delay discovery. These specious allegations and your failure to meet and confer before filing the Motion significantly undermine the progress that I thought we had been making with at least some members of the PSC toward resolution and production of documents and ESI. Before I proceed with a formal response to the Court or continue working with the PSC on discovery matters, I am requesting that you immediately withdraw both the Motion to Compel and the Motion to Expedite its hearing. If you do not withdraw the Motions, we will seek sanctions pursuant to Rule 37.1, Local Rule 37.1 or other applicable laws.

Our formal response, if necessary, will provide more detail challenging the many misrepresentations made in your Motion, but I would like to remind you that we have always taken the position that individualized meet and confers with the PSC regarding discovery responses, in particular with respect to ESI, would be necessary. KPT's and Knauf Wuhu's discovery responses specifically requested such a meet and confer with respect to ESI. Instead, of seeking a meeting with us, you spent a significant portion of September and October arguing for a global preservation and production order, which was ultimately denied by the Court. After that, you still did not reach out to engage in a meet and confer on an individual basis. Fearing that you would, as you attempt to in your Motion, misuse any lack of progress by blaming KPT, I contacted you about an ESI meet and confer. Since then I have been discussing ESI with the designated members of the PSC. Indeed, I was going to exchange additional information with them today.

**BAKER & McKENZIE**

Please contact me and let me know whether you agree to withdraw your Motion to Compel. I would rather devote our time and effort toward cooperatively moving this case forward instead of drafting letters and filing sanctions motions.

Very truly yours,

Douglas B. Sanders

cc: Lenny Davis
    Kerry Miller
    Phillip A. Wittmann