# EXHIBIT 8

## STONE PIGMAN WALTHER WITTMANN L.L.C.

### COUNSELLORS AT LAW

546 CARONDELET STREET
NEW ORLEANS, LOUISIANA 70130-3588
(504) 581-3200
FAX (504) 581-3361
www.stonepigman.com

PHILLIP A. WITTMANN
DIRECT DIAL: (504) 593-0804
DIRECT FAX: (504) 596-0804
E-Mail: pwittmann@stonepigman.com

OUR FILE NUMBER

66,000

April 15, 2010

**VIA E-MAIL**

Kerry Miller, Esq.
Kyle Spaulding, Esq.
Frilot, LLC
1100 Poydras, Suite 3700
New Orleans, Louisiana 70163

Re: In re: Chinese-Manufactured Drywall Products Liability Litigation, MDL No. 2047

Dear Kerry and Kyle:

Now that the *Hernandez* trial is complete, the HSC and PSC would like to move forward with jurisdictional discovery of the Knauf entities. To that end, we would like to schedule a "meet and confer" for next Wednesday, April 21, 2010, at 10:00 a.m. central, in our offices. At that meeting, we would like to discuss the following issues:

1. The responses of the Knauf entities to the written discovery requests previously issued by the PSC and the HSC;

2. The status of production of documents pursuant to those requests;

3. Identification by Bates Number or range of which specific documents produced by the Knauf entities are responsive to which specific requests;

4. The anticipated completion date of the productions; and,

5. Scheduling of the 30(b)(6) depositions.

Please give me a call to confirm your availability.

1013989v.1

STONE PIGMAN WALTHER WITTMANN L.L.C.

PAGE 2

April 15, 2010

        With best regards, I remain

                Sincerely,

                *Phil Wittmann*

                Phillip A. Wittmann

PAW/bj

cc: Russ Herman, Esq./Leonard Davis, Esq./Steve Herman, Esq. (via e-mail)
     Arnold Levin, Esq. (via e-mail)
     Hilarie Bass, Esq. (via e-mail)
     Homebuilders' Steering Committee (via e-mail)

1013989v.1