# EXHIBIT 9

**BAKER & McKENZIE**

Baker & McKenzie LLP
One Prudential Plaza, Suite 3500
130 East Randolph Drive
Chicago, Illinois 60601, USA

Tel: +1 312 861 8000
Fax: +1 312 861 2899
www.bakermckenzie.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogotá
Brasilia
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

April 23, 2010

Douglas B. Sanders
Tel: +1 312 861 8075
Douglas.Sanders@bakermckenzie.com

**Via Email**

Phillip A. Wittmann
Stone Pigman Walther Wittmann LLC
546 Carondelet St.
New Orleans, LA 70163

RE:   In re Chinese Manufactured Drywall Products Liability Litigation, MDL No. 2047

Dear Phil:

I am writing a brief response to your letter of April 15, 2010 in order to narrow the issues that require discussion on April 26, 2010. As you are aware, Knauf Gips KG filed its Rule 12(b)(2) Motions to Dismiss in cases in which it had been served yesterday. Those Motions should provide additional context to our discussions and the scope of discovery in which the HSC and PSC engage.

1. Knauf Gips KG objected and responded to the HSC's and PSC's written discovery on December 4, 2009. There were preliminary meet and confers conducted, but no resolution with respect to scope of discovery and objections. As I indicated in one of our meet and confers, we will have no responsive documents for many of the PSC's requests for production because of the definitions that were used in the discovery requests. Other significant issues that were objected to that may remain open are: (1) narrowing scope and cost of electronic discovery; (2) relevance objection to 2005 and 2006 only; and (3) breadth of several requests, *e.g.*, all communications between Knauf Gips and other Knauf entities or Knauf Gips and the United States.

2. Knauf Gips has produced a limited amount of paper documents in response to the requests and can produce additional paper documents within 7-10 days of our meet and confer once objections are resolved. Knauf Gips also has collected relevant electronic documents, in either native or .pdf format, within 2005 and 2006 that could be produced within 14-21 days once objections are resolved. Before additional electronic documents are produced, we will have to discuss the scope of the requests and potential shifting of costs.

3. Knauf Gips will produce documents either as they are kept in the regular course of business or, where Knauf Gips responds to interrogatories with documents pursuant to Fed. R. Civ. P. 33(d), Knauf Gips will amend its interrogatory responses to identify the documents as appropriate.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

BAKER & McKENZIE

4. The anticipated completion date is dependent on the ultimate scope of discovery and production. We can discuss timing at the meeting on April 26th.

5. Scheduling the 30(b)(6) deposition is contingent upon completion of the document discovery. Attached are formal objections to the 30(b)(6) discovery request for your consideration at the meeting next week.

We look forward to resolving outstanding issues with you next week.

Very truly yours,


/s/ Douglas B. Sanders

cc: Kerry Miller
    Kyle Spaulding
    Don Hayden
    Russ Herman
    Arnold Levin
    Hilarie Bass