# EXHIBIT 10

| | | |
|---|---|---|
| **Steven Glickstein**/NY/US/KSFHH<br>07/21/2010 02:46 PM<br>Phone: (212) 836-8485 | To | "Lenny Davis" <LDAVIS@hhkc.com> |
| | cc | "AnthonyIrpino" <airpino@irpinolaw.com>; <alevin@lfsblaw.com>; <BASSH@gtlaw.com>; <Douglas.Sanders@bakermckenzie.com>; "Gonzalez, |
| | bcc | |
| | Subject | Document Production |

Dear Lenny:

Following up on Monday's call, here is where we stand with respect to document custodians, and in particular to the custodians you requested that we search in your June 25 email. For ease of reference the attachment below lists the affiliations of the individuals listed in your June 25 email.

1. **Custodians of KPT, Wuhu, Dongguan and Knauf Gips, to date the only parties served in the MDL:**

    We will be searching the files of all but one of your requested custodians as follows.

    **a. Custodians whose files were previously searched, and whose production is being updated pursuant to agreement:** Stephan Christmann, Rainer Erk, Oliver Nuss, Walter Seidel, Martin Sturmer, Michael Tremmel, Hans-Ulrich Hummel, Martin Halbach, Bernd Knochel, Gerhard Wellert, Jorg Demmich, Wolfgang Kestel, Klaus Koch, Harald Schmitt, Liu Ying, Wang Fang, Wang Lan, Zhang Fudong, Yan Hui Qing, Shailesh Kiorala, Mark Norris, Ann Zhong, David Gregory, Qiu Shiming, Yvonne Ip; Niu Shishan, Qin Yusheng, Chen Yong, Liang Chang Jiang and Liao Yan Bo.

    **b. Custodians whose files are being searched for the first time pursuant to plaintiffs' July 1 request:** Baldwin Knauf, Nikolaus Knauf, Manfred Grundke, Manfred Paul, Hans Peter Ingenillem, Yuan Hong Wen, Chenjie, Cyrille Fournier, Patrick James, Richard Arrowsmith and John Davis

    **c. Requested custodian whose file is not being searched:** [Joerg Schanow, Knauf Gips General Counsel. We are advised that, in addition to objections previously stated, German law may prohibit the search of Mr. Schanow's files. We are investigating that issue further and will advise you.]

2. **Custodians of Knauf Insulation, which has been served in state court actions but not the MDL:** Jeff Brisley, Bob Claxton, Tony Robson, Jon Pereira and Mark Andrews

    a. Knauf Insulation is not a defendant in the MDL. The only document request served on Knauf Insulation has been by INEX in state court.

    b. Pursuant to our agreement with INEX's counsel Rick Duplantier, we will be producing U.S. Knauf Insulation documents relating to Chinese Drywall by August 12, and foreign Knauf Insulation documents relating to Chinese Drywall by September 14. INEX and Knauf Insulation agreed to proceed with the September 27-28 30-b-6 deposition of Knauf Insulation pursuant to this protocol. Both sides reserve their rights concerning other documents requested by INEX, i.e., documents not specifically relating to Chinese Drywall.

3. **Custodians whose files are not maintained by one of the served Knauf entities and whose files will not be searched:** Thies Knauf, Isabel Knauf and Barry Topple.

    While Judge Fallon overruled Knauf Gips' motion to conduct discovery of it through the Hague Convention, he did not decide whether discovery of non-parties to the lawsuit can take place through means other than the Hague Convention. Our position is that discovery of foreign corporate entities who are not parties to the litigation must be conducted pursuant to the Hague Convention.

4.  **Custodians who are not affiliated with any Knauf entity (or entities that are not Knauf entities):**
Marion Knauf (former wife of Thies Knauf), Jawahar Rothchilt, William White, Donald "Mickey" Coblentz, Jack Landers, Artur Landers, Scott Giering, Gus Coffinas, Solomon Abadi, WCI, GL Homes, Distinctive Drywall, Beta Drywall, USG, La Suprema, Interior Exterior, Geary, Lennar, Doug Sanders, Jim Geary, Fraunhofer-Gesellschaft and Gordon Yeh

5.  **Custodians we have not heard of:**  Frank Clem, Heinz Ostereich, Adolph Wegmann, Sam Samarasingag, Scott Thomas, Hurrand and Michael Watkins

6.  **Five "Priority Custodians" listed in your June 25 email:**  The files of Hummel, Grundke, and Norris are being searched and given priority pursuant to the above email.   Robson's file is being searched pursuant to the Knauf Insulation protocol described in #2 above.  Isabel Knauf's custodial file is not being searched pursuant to #3 above.  We note, however, that documents to or from Isabel Knauf appear in the files of the served Knauf entities, and those documents have been produced/are being produced.


Mark-up of Plaintiff's Witness List.pdf