UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION: L |
| This Document Relates to all cases | * * * * * | JUDGE: FALLON MAGISTRATE JUDGE WILKINSON |
| ****************************************** | * | |

# RE-NOTICE OF ORAL AND VIDEOTAPED
# DEPOSITION PURSUANT TO FED. R. CIV. P. 30(b)(6)

TO:  **Knauf Gips KG**
   Through Its Attorney/Defendants' Liaison Counsel
   Kerry Miller, Esquire
   Frilot, LLP
   1100 Poydras Street
   Suite 3700
   New Orleans, LA  70163-3600

**PLEASE TAKE NOTICE** that pursuant to Rule 26 and 30(b)(6) of the Federal Rules of Civil Procedure, the Plaintiffs Steering Committee will take the deposition of Knauf Gips KG on Wednesday, August 18, 2010 and Thursday, August 19, 2010, at 9:00 a.m. (eastern), at the offices of Kaye Scholer, LLP, 425 Park Avenue (55th and 56th Streets), New York, New York 10022-3598, PH:  (212) 836-7606, or at another location mutually agreed upon by the parties. Pursuant to Fed. R. Civ. P. 30(b)(6), Knauf Gips KG shall designate and produce a designated representative or representatives, as may be required, to testify on behalf of Knauf Gips KG concerning the topics identified in Schedule A attached hereto.

   Primary Examiners:    A Member of the PSC, or its designee
   Videotaped Deposition:  Yes
   Call-In Number:       **888-337-8218**
                         **Participant Code:  769758**

The deposition will be taken before a person authorized by law to administer oaths, pursuant to Fed. R. Civ. P. 28, and will continue from day-to-day, excluding Sundays and court-recognized holidays, until the examination is completed.

    Respectfully submitted,

/s/ Leonard A. Davis _____
**Russ M. Herman** (Bar No. 6819)
rherman@hhkc.com
Leonard A. Davis (Bar No. 14190)
ldavis@hhkc.com
Stephen J. Herman (Bar No. 23129)
sherman@hhkc.com
**HERMAN, HERMAN, KATZ & COTLAR, LLP**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024
*Plaintiffs' Liaison Counsel*
MDL 2047

Arnold Levin, Esquire
Fred S. Longer, Esquire
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
PH:  (215) 592-1500
FAX:  (215)592-4663
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel*
MDL 2047

| | |
|---|---|
| Dawn M. Barrios<br>701 Poydras Street<br>Suite 3650<br>New Orleans, LA  70139<br>PH:  (504) 524-3300<br>Fax:  (504) 524-3313 | Daniel E. Becnel, Jr.<br>425 W. Airline Highway<br>Suite B<br>LaPlace, LA  70068<br>PH:  (985) 536-1186<br>Fax:  (985) 536-6445 |

| | |
|---|---|
| Victor M. Diaz<br>25 Flagler Street<br>8th Floor<br>Miami, FL  33130<br>PH:  (305) 358-2800<br>Fax:  (305) 358-2382<br><br>Ben Gordon<br>316 S. Baylen Street<br>Suite 600<br>Pensacola, FL  32502<br>PH:  (850) 435-7090<br>Fax:  (850) 436-6091<br><br>Arnold Levin<br>510 Walnut Street<br>Suite 500<br>Philadelphia, PA  19106<br>PH:  (215) 592-1500<br>Fax:  (215) 592-4663<br><br>Jerrold Seth Parker<br>3301 Bonita Beach Road<br>Bonita Springs, FL  34134<br>PH:  (239) 390-1000<br>Fax:  (239) 390-0055<br><br>Christopher Seeger<br>One William Street<br>New York, NY  10004<br>PH:  (212) 584-0700<br>Fax:  (212) 584-0799<br><br>Scott Weinstein<br>12800 University Drive<br>Suite 600<br>Ft. Myers, FL  33907<br>PH:  (239) 433-6880<br>Fax:  (239) 433-6836 | Ervin Amanda Gonzalez<br>255 Aragon Avenue<br>Cora Gables, FL  33134<br>PH:  (305) 476-7400<br>Fax:  305) 476-7444<br><br>Hugh P. Lambert<br>701 Magazine Street<br>New Orleans, LA  70130<br>PH:  (504) 581-1750<br>Fax:  (504) 529-2931<br><br>Gerald E. Meunier<br>2800 Energy Centre<br>1100 Poydras Street<br>New Orleans, LA  70163-2800<br>PH:  (504) 522-2304<br>Fax:  (504) 528-9973<br><br>James Robert  Reeves<br>160 Main Street<br>Biloxi, MS  39530<br>PH:  (228) 374-5151<br>Fax:  (228) 374-6630<br><br>Bruce William Steckler<br>3102 Oak Lawn Ave.<br>Suite 1100<br>Dallas, TX  75219<br>PH:  (214) 523-6674<br>Fax:  (214) 520-1181 |

**PLAINTIFFS' STEERING COMMITTEE**

**OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE**

| | |
|---|---|
| Richard S. Lewis<br>HAUSFELD LLP<br>1700 K Street, N.WSuite  650<br>Washington, DC 20006<br>Phone: (202) 540-7200<br>Fax:  (202) 540-7201<br>rlewis@hausfeldllp.com<br><br>Daniel K. Bryson<br>Lewis & Roberts<br>3700 Glenwood Avenue, Suite 410<br>Raleigh, NC 27612<br>Phone: (919) 981-0191<br>Fax: (919) 981-0431<br>dkb@lewis-roberts.com | Jeremy W. Alters<br>Alters, Boldt, Brown, Rash & Culmo, P.A.<br>4141 N.E. 2nd Avenue<br>Suite 201<br>Miami, FL 33137<br>Phone: (305) 571-8550<br>Fax: (305) 571-8559<br>jeremy@abbrclaw.com<br><br>Richard J. Serpe, Esquire<br>Law Offices of Richard J. Serpe<br>Crown Center, Ste. 310<br>580 East Main Street<br>Norfolk, VA 23510-2322<br>rserpe@serpefirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Re-Notice of Oral and Videotaped Deposition Pursuant to Fed.R.Civ.P. 30(b)(6) has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

    /s/ Leonard A. Davis_____
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

## SCHEDULE A

## DEFINITIONS

"**Chinese Drywall**" shall mean the defective Chinese drywall imported into the United States and at issue in this Multidistrict Litigation No. 2047.

"**Defendant**" or "**you**" or "**your**" shall mean Knauf Gips KG, in its present form or whether known by any other name(s) during the Relevant Time Period, and/or any of its officers, directors, employees, agents, or representatives, as applicable.

"**Document**" or "**documents**" means and includes any written, recorded, or graphic matter, however produced or reproduced, whether or not in the possession, custody, or control of Defendant and whether or not claimed to be privileged against discovery on any ground, including, but not limited to, books, brochures, notes, diaries, notebooks, ledgers, letters, contracts, checks, drawings, graphs, charts, reports, records, statements, receipts, computer diskettes, computer printouts, teletypes, telecopies, invoices, worksheets, lists, memoranda, correspondence, telegrams, schedules, photographs, sound recordings, films, computer media, or other data compilations from which information can be obtained or translated, if necessary, through detection devices into reasonably usable form.

"**Knauf Entities**" means, collectively, the following entities: Knauf Plasterboard Dongguan Co. Ltd.; Knauf Plasterboard Tianjin Co. Ltd.; Knauf Plasterboard Wuhu Anhui Co. Ltd.; Knauf Plasterboard Wuhu Co. Ltd.; Knauf Plasterboard Guandong Co. Ltd.; Knauf Insulation GmbH; Knauf International GmbH; Knauf Fiberglass GmbH; and, Knauf USA Polystyrene Inc., and/or Knauf Polystrene.

"**Person**" means any natural person, corporation, partnership, business, governmental body, or entity of any kind.

"**Relevant Time Period**" shall mean the time period from January 1, 2001, to the present.

## DEPOSITION TOPICS

Pursuant to Rule 30(b)(6), Defendant shall designate and produce for deposition one or more of its partners, officers, directors, managing agents, or other persons who consent to testify on its behalf concerning the following subject matters:

1. Contacts You have had with the United States during the Relevant Period.

2. Presence of any of Your employees, agents, or representatives in the United States during the Relevant Time Period.

3. Your conducting business in the United States or with companies from the United States during the Relevant Time Period.

4. The nature of the relationship between Knauf Gips KG and the Knauf Entities during the Relevant Period.

5. The corporate structure of Knauf Gips KG and the Knauf Entities during the Relevant Period.

6. Officers and directors of Knauf Gips KG and the Knauf Entities during the Relevant Period.

7. The purpose, function and nature of each of the Knauf Entities and their employees in the United States during the Relevant Time Period.

8. Employees of Knauf Gips KG and the Knauf Entities in the United States and their job related duties during the Relevant Time Period.

9. Information contained on the website pages located within the Internet domain names http://www.knauf.com and http://www.knauf.de, relating to Knauf Gips KG, the Knauf Entities, and what is described as "a multinational producer of building materials," a "family of companies," or a "global group of companies."

10. The ownership of Knauf Gips KG and the Knauf Entities, including any transfers of ownership, control, and/or possession of any assets or liabilities during the Relevant Time Period.

11. Banking and financial dealings in the United States during the Relevant Time Period.

12. Any loans, advances of funds, or cost sharing agreements between Knauf Gips KG and the Knauf Entities during the Relevant Time Period.

13. Any guarantees or assurances by Knauf Gips KG for any of the Knauf Entities during the Relevant Time Period.

14. Knauf Gips KG's involvement in opening companies in new markets outside of Germany during the Relevant Time Period.

15. Business plans, marketing plans, and budgets for Knauf Gips KG and the Knauf Entities during the Relevant Time Period.

16. Your direct shipment of any building materials to the United States during the Relevant Time Period.

17. Your indirect shipment of any building materials to the United States during the Relevant Time Period.

18. The sharing of services during the Relevant Time Period between Knauf Gips KG and the Knauf Entities, including, but not limited to, legal, technical, R&D, purchasing, and other services.

19. Contracts or agreements between Knauf Gips KG and any of the Knauf Entities that were entered into or in effect during the Relevant Time Period.

20. The design, development, composition, testing, inspection and/or performance of Chinese Drywall during the Relevant Time Period.

21. Travel by Knauf Gips KG's employees, representatives, or agents to the United States for business purposes during the Relevant Time Period.

22. Any involvement by Knauf Gips KG in the manufacturing, pricing, marketing, or distribution of Chinese Drywall.

23. The investigation of and response to complaints relating to odors and other issues associated with Chinese Drywall.

24. The problems associated with Knauf drywall imported into the United States during the Relevant Time Period.