IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**                                                                            **PLAINTIFFS**

v.                                                                                         **CASE NO. 09-6690**

**KNAUF GIPS KG, et al.**                                                                      **DEFENDANTS**

**DEFENDANT EAGLE BUILDERS INC. SPECIAL APPEARANCE
TO CHALLENGE JURISDICTION AND REALTED MOTION TO DISMISS
FOR LACK OF PERSONAL JURISDICTION**

COMES NOW, Defendant, Eagle Builders Inc., through counsel and submits this its Special Appearance to challenge jurisdiction over the Defendant, pursuant to which Eagle Builders Inc. files its related Motion to Dismiss for Lack of Personal Jurisdiction, without entering a general appearance and in support thereof would show unto the Court as follows:

I.

Eagle Builders Inc. has been named as a Defendant in Plaintiff's Substituted and Amended Omnibus Class Action Complaint in Intervention ("Plaintiffs' Complaint") now pending in this Court. Eagle Builders Inc. was named in the Complaint due to the fact that it constructed a home in Picayune, Mississippi for Plaintiffs, Larry R. and Michelle H. Chauppetta.

II.

Eagle Builders Inc. is a Mississippi corporation with its principal place of business being 7009 Chinquapin Court, Picayune Mississippi. Glen Rayburn is the president of Eagle Builders Inc. and has provided an affidavit attached as Exhibit "A" in support of this Motion to Dismiss. Mr. Rayburn's affidavit states that Eagle Builders Inc. is a Mississippi Corporation that has never conducted any business in the state of Louisiana. Mr. Rayburn's affidavit further states that Eagle Builders Inc. was solicited by the Chauppetta's to be their contractor when the Chauppetta's came

to the office of Eagle Builders Inc. in Picayune, Mississippi. Further, Eagle Builders Inc. never went to Louisiana for performance of any part of said contract, nor did it ever send any form of correspondence or invoices to the state of Louisiana.

### III.

The Defendant submits that this Court lacks any form of personal jurisdiction over Eagle Builders Inc. and thus Eagle Builders Inc. should be dismissed from this case. Eagle Builders Inc. does not have sufficient contacts with the state of Louisiana to justify this Court having personal jurisdiction over it. Therefore, for the reasons set forth herein and more fully explained in Defendant's Memorandum Brief in Support of Its Special Appearance to Challenge Jurisdiction, Eagle Builders Inc. respectfully requests that it be dismissed from this action as a result of this Court's lack of personal jurisdiction over the Defendant.

This the 10th day of August 2010.

RESPECTFULLY SUBMITTED,

*/s/ F. Douglas Montague, III*
F. Douglas Montague, III (MSB # 3408)

MONTAGUE, PITTMAN & VARNADO
525 Main Street
Post Office Drawer 1975
Hattiesburg, MS 39403
Telephone No.: (601) 544-1234
Facsimile No.: (601) 544-1280
dmontague@mpvlaw.com

### CERTIFICATE OF SERVICE

I, F. Douglas Montague, III, hereby certify that I have this day filed the foregoing *Defendant Eagle Builders Inc. Special Appearance to Challenge Jurisdiction and Related Motion to Dismiss*

*for Lack of Personal Jurisdiction* with the Clerk of this Court using the Court's ECF system which sent electronic notification to:

 Russ M. Herman, Esq.
 Herman, Herman, Katz & Cotlar, LLP
 820 O'Keefe Avenue, Suite 100
 New Orleans, LA 70113
 drywall@hhkc.com

 Kerry J. Miller, Esq.
 Frilot L.L.C.
 Suite 3700
 1100 Poydras Street
 New Orleans, LA 70130
 kmiller@frilot.com

 Phillip A. Wittmann, Esq.
 Stone Pitman Walther Wittmann L.L.C.
 546 Carondelet Street
 New Orleans, LA 70130
 pwittmann@stonepigman.com

 Judy Y. Barrasso, Esq.
 Barrasso Usdin Kupperman Freeman & Sarver, LLC
 909 Poydras Street, 24th Floor
 New Orleans, LA 70112
 jbarrasso@barrassousdin.com

 Stephen W. Mullins, Esq.
 Luckey & Mullins, PLLC
 Post Office Box 990
 Ocean Springs, MS 39566
 smullins@luckeyandmullins.com

This the 10th day of August, 2010

                 **/s/ F. Douglas Montague, III**
                 F. Douglas Montague, III