## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA

**DAVID GROSS, et al.**                                                    **PLAINTIFFS**

**v.**                                                                 **CASE NO. 09-6690**

**KNAUF GIPS KG, et al.**                                                  **DEFENDANTS**

## AFFIDAVIT OF GLEN RAYBURN

STATE OF MISSISSIPPI

COUNTY OF PEARL RIVER

Personally came and appeared before me the undersigned authority in aforesaid county and state the within named GLEN RAYBURN who stated that the matters and facts set forth herein below are true and correct as therein stated, such facts being as follows, to-wit:

My name is Glen Rayburn. am the President of Eagle Builders, Inc., a company wholly owned by me and my wife Melissa Rayburn.

2. I live in Picayune, Pearl River County, Mississippi. My company's office is located at 7009 Chinquapin Court in Picayune.

3. My company entered into a contract with Larry R. and Michelle H. Chauppetta to build them a home in Pearl River County, Mississippi

4. The Chauppettas have filed suit in the United States District Court for the Eastern District of Louisiana against my company Eagle Builders, Inc.

5. The Chauppettas solicited my company as their contractor by coming to my office in Pearl River County, Mississippi.

6. I never went to Louisiana for any part of the performance of this contract.

7. I hand delivered all bills for services rendered on this construction contract to the Chauppettas in the State of Mississippi, and mailed no documents to the State of Louisiana.

8. I have never lived in the State of Louisiana.

9. Neither I nor my company has ever done business in the State of Louisiana.

10. My company Eagle Builders, Inc. is a Mississippi Corporation and only does business in the State of Mississippi.

11. Further the Affiant says not.

Glen Rayburn, Individually
Glen Rayburn, President of Eagle Builders, Inc.

SWORN TO AND SUBSCRIBED BEFORE ME on this the 30 day of July, 2010.

Notary Public

My Commission Expires: 1-1-2012

2