IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DAVID GROSS, et al. | PLAINTIFFS |
| v. | CASE NO. 09-6690 |
| KNAUF GIPS KG, et al. | DEFENDANTS |

## NOTICE OF HEARING

**TO:** Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

PLEASE TAKE NOTICE that Defendant Eagle Builders Inc. will bring on for hearing its **Motion to Dismiss for Lack of Personal Jurisdiction** on the 8th day of September, 2010, at 9:00 a.m. in the U.S. District Court, Eastern District of Louisiana, before the Honorable Eldon E. Fallon.

DATED: August 10, 2010          Respectfully submitted,


                                */s/ F. Douglas Montague, III*
                                F. DOUGLAS MONTAGUE, III,
                                Attorney for Defendant

MONTAGUE, PITTMAN & VARNADO
F. Douglas Montague, III
MS State Bar No.: 3408
525 Main Street
Post Office Drawer 1975
Hattiesburg, MS 39403
Telephone: 601-544-1234
Facsimile: 601-544-1280
E-mail: dmontague@mpvlaw.com

**CERTIFICATE OF SERVICE**

I, F. Douglas Montague, III, hereby certify that I have this day filed the foregoing *Notice of Hearing* with the Clerk of this Court using the Court's ECF system which sent electronic notification to:

Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113
drywall@hhkc.com

Kerry J. Miller, Esq.
Frilot L.L.C.
Suite 3700
1100 Poydras Street
New Orleans, LA 70130
kmiller@frilot.com

Phillip A. Wittmann, Esq.
Stone Pitman Walther Wittmann L.L.C.
546 Carondelet Street
New Orleans, LA 70130
pwittmann@stonepigman.com

Judy Y. Barrasso, Esq.
Barrasso Usdin Kupperman Freeman & Sarver, LLC
909 Poydras Street, 24th Floor
New Orleans, LA 70112
jbarrasso@barrassousdin.com

Stephen W. Mullins, Esq.
Luckey & Mullins, PLLC
Post Office Box 990
Ocean Springs, MS 39566
smullins@luckeyandmullins.com

This the 10th day of August, 2010.

*/s/ F. Douglas Montague, III*
F. Douglas Montague, III