Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0059

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Bailey Lumber & Supply Company of Biloxi, c/o Sherwood Bailey
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Mississippi_ ) ss.
County of: _Harrison_ )

**Name of Server:** _Joe R. Gillis_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _8_ day of _July_, 20_10_, at _1:50_ o'clock _P_ M

**Place of Service:** at _Bailey Lumber & Home Center - Administrative Offices_ _810 Pass Road_, in Gulfport, MS 39507

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Bailey Lumber & Supply Company of Biloxi, c/o Sherwood Bailey**
By delivering them into the hands of an officer or managing agent whose name and title is: _Sherwood Bailey — President_

**Description of Person Receiving Documents:**
The person receiving documents is described as follows: _Glasses_
Sex _M_ ; Skin Color _White_ ; Hair Color _Gray_ ; Facial Hair ____
Approx. Age _56-65_ ; Approx. Height _5'11_ ; Approx. Weight _190_

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

Subscribed and sworn to before me this _12_ day of _July_, 20 _10_

_Michelle Murray_
Notary Public                Commission Expires

STATE OF MISSISSIPPI
NOTARY PUBLIC
ID # 83932
MICHELLE MURRAY
Commission Expires
Jan. 23, 2011
JONES COUNTY

**APS International, Ltd.**