Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0077

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Alabaster Assurance Company, Ltd, c/o Downs, Rachlin & Martin, PC
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Vermont ) ss.
County of: Washington )
Name of Server: Conrad Boucher, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of July, 20 10, at 1:55 o'clock P M

Place of Service: at 199 Main Street, in Burlington, VT 05402

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Alabaster Assurance Company, Ltd, c/o Downs, Rachlin & Martin, PC**
By delivering them into the hands of an officer or managing agent whose name and title is: Sharon Thompson, Secretary for Kathy Davis, Director

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color W ; Hair Color Br ; Facial Hair ___
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 140

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Conrad Boucher
Signature of Server

Subscribed and sworn to before me this 12th day of July, 20 10

Marguerite Q Bofduc
Notary Public      (Commission Expires)
2/10/2011

**APS International, Ltd.**