Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
**1-800-328-7171**



APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0060

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Alana Development Corporation, c/o Allen Dropps
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL

Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: FLORIDA ) ss.
County of: ST. JOHNS )

**Name of Server:** MIKE MCMENAMY , undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the 10 day of JULY , 20 10 , at 10:20 o'clock A M

**Place of Service:** at 56 Sandpiper Dr. , in St. Augustine, FL 32086

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Alana Development Corporation, c/o Allen Dropps**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: ALLEN DROPPS - PRESIDENT - ADDRESS IS A RESIDENCE

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex M ; Skin Color W ; Hair Color RED ; Facial Hair N/A
Approx. Age 50+ ; Approx. Height 6'4" ; Approx. Weight 280

☒ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

_Signature of Server_

**APS International, Ltd.**

Subscribed and sworn to before me this 10 day of JULY , 20 10

_Notary Public_          (Commission Expires)

Notary Public State of Florida
Michele M Burnett
My Commission DD838318
Expires 11/13/2012