Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
**1-800-328-7171**

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--American International Speciality, Lines Insurance
Company through the Louisiana Secretary of State
Court Case No. 10-932 Section L Mag 2

State of: _LOUISIANA_ ) ss.
~~County~~ PARISH of: _LIVINGSTON_ )

| | |
|---|---|
| **Name of Server:** | **Carol Cassisa** , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action; |
| **Date/Time of Service** | that on **19-Jul-2010 11:45 am** |
| **Place of Service:** | at **8585 Archives Ave.** , city of **Baton Rouge** , state of **LA** |
| **Documents Served:** | the undersigned served the documents described as: **Summons; Plaintiffs' Omnibus Class Action Complaint (V); Exhibit A; Exhibit B; Schedule 1; Schedule 2** |
| **Service of Process on, Person Served, and Method of Service:** | A true and correct copy of the aforesaid document(s) was served on: **American International Speciality, Lines Insurance Company through the Louisiana Secretary of State** By delivering them into the hands of an officer or managing agent whose name and title is **Julie Neseitt, Legal Department Supervisor** . |
| **Description of Person Receiving Documents:** | The person receiving documents is described as follows: Sex _F_ ; Skin Color _White_ ; Hair Color _brown_ ; Facial Hair _N/A_ Approx. Age _45_ ; Approx. Height _5'6"_ ; Approx. Weight _175_ ☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service. |
| **Signature of Server:** | Undersigned declares under penalty of perjury that the foregoing is true and correct. _Carol A Cassisa_ <br> Signature of Server | Subscribed and sworn to before me this _22_ day of _July_ , 20 _10_ _Jones Galladen_ 4/28/13 <br> Notary Public    (Commission Expires) |

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-133