UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert C. Pate, as Trustee For The Chinese Drywall Trust v. v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:09cv07791**) (E.D. La.)<br><br>Dean and Dawn Amato, et al., v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:10cv00932**) (E.D. La.) | |

**DEFENDANTS FCCI COMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S SECOND SUPPLEMENTAL MEMORANDUM SUPPLEMENTING THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO THIS COURT'S JULY 1, 2010 ORDER [4301]**

COME NOW Defendants, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY (hereinafter "FCCI") by and through the undersigned counsel of record, and move this Court pursuant to Fed. R. Civ. P. 7 to permit this second supplement to FCCI's Motion to Dismiss Plaintiff's First Amended Complaint, showing this court as follows:

On December 23, 2009, Plaintiff Robert C. Pate, as Trustee for the WCI Chinese Drywall Trust, sued a number of insurance companies, including FCCI. In response, on February 23, 2010, FCCI filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(3).

On March 15, 2010, Pate filed its first amended complaint [1732], mooting FCCI's original motion to dismiss. Thus, on March 29, 2010, FCCI filed an amended motion to dismiss in response [2147]. FCCI's Motions are incorporated into this second supplement by reference.

On July 1, 2010, this Court entered an Order [4301] providing that any insurance company may file motions objecting to jurisdiction or venue in the MDL 2047 by July 19, 2010 as well as provide additional requested information.

In response to said Order, FCCI requests that the Court permit it to supplement its Motion to Dismiss with the following responses pursuant to the Court's July 1, 2010 Order:

1. The lawsuits pending in the MDL 2047 against FCCI are <u>Pate v. American International Specialty Lines Insurance Co., et. al.</u>, EDLA Case No. 2:09-cv-07791, MDL No. 2:09-md-2047 ("<u>Pate</u>") and <u>Dean and Dawn Amato, et al. v. Liberty Mutual Ins. Co., et al.</u> (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW ("<u>Amato</u>").

2. FCCI's insureds within the MDL 2047 are Residential Drywall, Inc., Swedberg Enterprises, Inc. d/b/a/ Florida Drywall, S.D. & Associates, Inc., and Banner Supply Company Port St. Lucie, LLC ("the MDL insureds"). Plaintiffs named Black Bear Gypsum as an insured of FCCI Commercial Insurance Company in <u>Amato</u>. However, after diligent search, FCCI has been unable to identify Black Bear Gypsum as an insured of FCCI Commercial Insurance Company.

3. The following is the list of lawsuits in the MDL 2047 that have been tendered to FCCI regarding the MDL insureds:

    a. Residential Drywall, Inc.

        1) <u>Sean and Beth Payton, et al., v. Knauf GIPS KG, et al.</u>, USDC, EDLA, Case No. 2:09-cv-07628-EEF-JCW.

        2) <u>Kenneth and Barbara Wiltz, et al. v. Beijing New Building Materials Public, et al.</u>, USDC, EDLA, Case No. 2:10-cv-00361-EEF-JCW.

        3) <u>Dean and Dawn Amato, et al. v. Liberty Mutual Ins. Co., et al.</u> (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW.

    b.    Swedberg Enterprises, Inc. d/b/a Florida Drywall

        1) <u>Mary Anne Benes, et al. v. Knauf GIPS KG, et al.</u> as intervenor in <u>Gross, et al. v. Knauf GIPS KG, et al.</u>, USDC, EDLA, Case No.: 2:09-cv-06690-EEF-JCW.

    c.    S.D. & Associates, Inc.

        1) None

    d.    Banner Supply Company Port St. Lucie, LLC

        1) <u>Sean and Beth Payton, et al., v. Knauf GIPS KG, et al.</u>, USDC, EDLA, Case No. 2:09-cv-07628-EEF-JCW.

        2) <u>Dean and Dawn Amato, et al. v. Liberty Mutual Ins. Co., et al.</u> (Class Action), EDLA Case No. 2:10-cv-00932-EEF-JCW.

4.    The following is a list of lawsuits in the MDL 2047 that may exist against the MDL insureds but have not been tendered to FCCI:

    a.    Residential Drywall, Inc.

        1) <u>Mary Anne Benes, et al. v. Knauf GIPS KG, et al.</u> as intervenor in <u>Gross, et al. v. Knauf GIPS KG, et al.</u>, USDC, EDLA, Case No.: 2:09-cv-06690-EEF-JCW.

        2) <u>Phillip and Lyzet Machado-Kennedy, et al. v. Knauf GIPS KG, et al.</u> (Class Action) as intervenor in <u>Sean and Beth Payton, et al., v. Knauf GIPS KG, et al.</u>, USDC, EDLA, Case No. 2:09-cv-07628-EEF-JCW.

    b.    Swedberg Enterprises, Inc. d/b/a Florida Drywall

        1) None.

    c.    S.D. & Associates, Inc.

        1) None.

    d.    Banner Supply Company Port St. Lucie, LLC

        1) <u>Wendy Lee Hobbie, et al. v. RCR Holdings II LLC, et al.</u>, USDC, EDLA, Case No. 2:10-cv-01113-EEF-JCW.

5. The following is a list of lawsuits that FCCI has filed against the above-identified MDL insureds:

 a. <u>FCCI Commercial Insurance Co. et. al. v. Residential Drywall, et. al.</u>, USDC, MDFL, Case No.: 8:10cv1567.

 b. <u>FCCI Commercial Insurance Co. v. Swedberg Enterprises, Inc. d/b/a Florida Drywall</u>, 6th Judicial Circuit, Pasco County, FL, Case No.: 51-2010-CA-005680-WS.

 c. <u>FCCI Commercial Insurance Company v. S.D. & Associates, Inc.</u>, 17th Judicial Circuit, Broward County, FL, Case No.: CACE10029152-JL.

 d. <u>FCCI Insurance Company, et al. v. Banner Supply Company Port St. Lucie, LLC</u>, 19th Judicial Circuit, St. Lucie County, FL, Case No.: 562010-CA-003899 AXXXHC.

WHEREFORE, for the foregoing reasons, FCCI respectfully requests that this Court grant this Second Supplement to FCCI's Motion to Dismiss Plaintiff's First Amended Complaint in compliance with this Court's July 1, 2010 Order.

This 10th day of August, 2010.

   Respectfully submitted,

   GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP

  BY: /S/ ROBERT M. DARROCH
    ROBERT M. DARROCH, ESQ.
    GA State Bar No.: 205490
    rdarroch@gmlj.com
    STEPHANIE F. GLICKAUF
    GA State Bar No.: 257540
    sglickauf@gmlj.com

3340 Peachtree Road NE, Suite 2100
Atlanta, GA 30326-1084
Telephone: (404) 264-1500
Facsimile: (404) 264-1737

- 4 -

AND

MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC

/S/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)
pcostello@mblb.com
JACQUES P. DeGRUY (#29144)
jdegruy@mblb.com

4250 One Shell Square
701 Poydras Street
New Orleans, Louisiana 70139
Telephone: 504-595-3000
Facsimile: 504-522-2121

Attorneys for FCCI COMMERCIAL INSURANCE COMPANY and FCCI INSURANCE COMPANY

- 5 -

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2:09-md-02047<br><br>SECTION: "L"<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>Robert C. Pate, as Trustee For The Chinese Drywall Trust v. v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:09cv07791**) (E.D. La.)<br><br>Dean and Dawn Amato, et al., v. FCCI Commercial Insurance Company and FCCI Insurance Company, et al.<br>(**2:10cv00932**) (E.D. La.) | |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing DEFENDANTS FCCI COMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S SECOND SUPPLEMENTAL MEMORANDUM SUPPLEMENTING THEIR MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO THIS COURT'S JULY 1, 2010 ORDER [4301] has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail, e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

- 7 -

On this 10th day of August, 2010.

/S/ PATRICK E. COSTELLO
PATRICK E. COSTELLO     (#26619)