**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 <br><br> SECTION: L |
| THIS DOCUMENT RELATES TO: <br><br> ALL CASES | JUDGE FALLON <br><br> MAG. JUDGE WILKINSON |

**PLAINTIFFS' STEERING COMMITTEE'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS MOTION TO ESTABLISH A PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND EXPENSES INCURRED FOR MDL <u>ADMINISTRATION AND COMMON BENEFIT</u>**

Plaintiffs, Simon and Rebecca Finger, James and Joycelyn Butler, Carolyn Cathcart and Jason and Renee Niemann, have responded to the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund.  These plaintiffs and their counsel, Kanner & Whiteley, L.L.C.; The Law Offices of Gregory P. Dileo; and Milstein, Adelman & Kreger, LLP, ("the objecting plaintiffs") have filed a response in which they acknowledge and agree that an assessment should be provided on recoveries on cases included in this MDL or on state cases in which the plaintiff has agreed to coordination.  These objecting plaintiffs and their counsel have submitted themselves to the jurisdiction of this Court by participating in the Omnibus complaints which were prepared at great expense by the PSC.  They also have maintained separate state court actions against non-manufacturing defendants and contend that any recovery in these actions are not

1

subject to an MDL assessment.[1]  Because the PSC recognizes the need to have voluntary cooperation of counsel in connection with the state court cases, there is no fundamental disagreement with these plaintiffs' position.  Nevertheless, the following response is appropriate.

Ordinarily, without voluntary coordination, state court litigants are not subject to this Court's authority to impose an assessment.  *See In Re: Showa Denko K.K. L-Tryptophan Products Liability Litigation II*, 953 F.2d 162 (4th Cir. 1992).  Thus, state litigants are not assessed unless their counsel voluntarily agree to have their clients' state court cases participate in the MDL proceedings, unless they are part of a class action or global settlement.  Here, the objecting plaintiffs' counsel have enrolled their clients in the MDL proceedings by asking the PSC to include these clients in the omni complaints.  Without any questioning of their bona fides, the PSC obliged.  Because these plaintiffs are now participating in the MDL, there is no question of the Court's authority to impose an assessment on any recovery they obtain in connection with their federal litigation.  See, e.g., *In Re Vioxx Products Liability Litigation*, MDL 1657, PTO No. 19 (E.D.La. Aug. 4, 2005), available at http://vioxx.laed.uscourts.gov/Orders/vioxxpto19.pdf.  Provided there is no overlap between these plaintiffs' federal litigation and their state cases, the *Showa Denko* case makes clear that an assessment on the state actions is not appropriate without these clients voluntarily agreeing to the MDL assessment.

In this regard, the objecting plaintiffs' counsel are performing a disservice to their clients and themselves by seeking to bifurcate their actions in the MDL proceedings from their actions in their

---

[1]The PSC notes that many of the objecting plaintiffs had named the same non-manufacturing defendants in their Omni I complaints as they had in their state cases only to later request that the PSC, at great time and effort, withdrawal their claims against these domestic defendants for this courtesy extended to the objecting plaintiffs, they now object to the PSC assessment.

separate state court litigation.  Indeed, objecting plaintiffs' counsel have enjoyed the good graces

of the PSC and have participated in PSC activities to date.  For example, Mr. Kanner is an active

participant on the PSC's insurance committee.  To the extent Mr. Kanner or his fellow objecting

counsel intend to participate in any common benefit application for compensation, the PSC submits

that they, and any other counsel seeking to perform work under the auspices of the PSC for purposes

of common benefit compensation, must submit all of their clients' recoveries both within the MDL

and in state courts to the MDL assessment.[2]  Of course, this agreement is entirely voluntary and

objecting plaintiffs' counsel are at liberty to maintain their interests in bifurcating their possible

recoveries in any separate state court actions against non-manufacturing defendants in which they

are participating.  They should not expect to maintain their positions within the MDL's coordinated

counsel, however, if they do not coordinate.

It is the PSC's position that counsel interested in participating in common benefit work in

the MDL should agree that all of their clients' cases should be subject to an MDL assessment.

Again, however, it is at counsel's discretion whether they wish to submit their state court actions

---

[2]Indeed, to the extent that any state litigant benefits from any of the work product of the PSC, they may still be held responsible for a charging lien under common law principles in an appropriate jurisdiction where they can be served.  *See Sprague v. Ticonic National Bank*, 307 U.S. 161, 166 (1939); *Trustees v. Greenough*, 105 U.S. 527, 534-536 (1881).

to the MDL assessment or not.  The PSC simply wishes to note that there are ramifications to the actions of the objecting plaintiffs' counsel should they persist in maintaining their objections.

Respectfully submitted,

Dated: August 9, 2010

/s/ Russ M. Herman
Russ M. Herman, Esquire (Bar No. 6819)
Leonard A. Davis, Esquire (Bar No. 14190)
Stephen J. Herman, Esquire (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel*
*MDL 2047*

Arnold Levin (On the Brief)
Fred S. Longer (On the Brief)
Matthew C. Gaughan (On the Brief)
Levin, Fishbein, Sedran & Berman
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
Alevin@lfsblaw.com
*Plaintiffs' Lead Counsel MDL 2047*

## PLAINTIFFS' STEERING COMMITTEE

Dawn M. Barrios
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Phone: (504) 524-3300
Fax: (504) 524-3313
Barrios@bkc-law.com

Becnel Law Firm. LLC
P.O. Drawer H
106 W. Seventh Street
Reserve, LA 70084
Phone: (985) 536-1186
Fax: (985) 536-6445
dbecnel@becnellaw.com

Daniel E. Becnel, Jr.

Victor Manuel Diaz
Podhurst Orseck, P.A.

4

25 Flagler Street, 8th Floor
Miami, FL 33130
Phone: (305) 358-2800
Fax: (305) 358-2382
vdiaz@podhurst.com

Bruce William Steckler
Baron & Budd, P.C.
3102 Oak Lawn Ave., Suite 1100
Dallas, TX 75219
Phone: (214) 521-3605
Fax: (214) 520-1181
bsteckler@baronbudd.com

Ervin A. Gonzalez
Colson, Hicks, Eidson, Colson
  Matthews, Martinez, Gonzales,
  Kalbac & Kane
255 Alhambra Circle, Penthouse
Cora Gables, FL 33134
Phone: (305) 476-7400
Fax: (305) 476-7444
Ervin@colson.com

Ben W. Gordon, Jr.
Levin, Papantonio, Thomas, Mitchell
 Echsner & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502
Phone: (850) 435-7000
Fax: (850) 435-7020   bgordon@levinlaw.com

Hugh P. Lambert
Lambert and Nelson
701 Magazine Street
New Orleans, LA 70130
Phone: (504) 581-1750
Fax: (504) 529-2931
hlambert@lambertandnelson.com

Gerald E. Meunier
Gainsburgh, Benjamin, David, Meunier
 & Warshauer, LLC
2800 Energy Centre, 1100 Poydras Street
New Orleans, LA 70163-2800
Phone: (504) 522-2304
Fax: (504) 528-9973
gmeunier@gainsben.com

Jerrold Seth Parker
Parker, Waichman, Alonso LLP
3301 Bonita Beach Road
Bonita Springs, FL 34134
Phone: (239) 390-1000
Fax: (239) 390-0055   Jerry@yourlawyer.com

Scott Wm. Weinstein
Morgan & Morgan
12800 University Drive, Suite 600
Ft. Meyers, FL 33907
Phone: (239) 433-6880
Fax: (239) 433-6836
sweinstein@forthepeople.com

James Robert Reeves
Lumpkin & Reeves
160 Main Street
Biloxi, MS 39530
Phone: (228) 374-5151
Fax: (228) 374-6630
jrr@lumpkinreeves.com

Christopher Seeger
Seeger Weiss, LLP
One William Street
New York, NY 10004
Phone: (212) 584-0700
Fax: (212) 584-0799
cseeger@seegerweiss.com

## OF COUNSEL TO PLAINTIFFS' STEERING COMMITTEE

Richard S. Lewis
HAUSFELD LLP
1700 K Street, N.W
Suite  650
Washington, DC 20006
Phone: (202) 540-7200
Fax:  (202) 540-7201
rlewis@hausfeldllp.com

Jeremy W. Alters
Alters, Boldt, Brown, Rash & Culmo, P.A.
4141 N.E. 2nd Avenue
Suite 201
Miami, FL 33137
Phone: (305) 571-8550
Fax: (305) 571-8559
jeremy@abbrclaw.com

Daniel K. Bryson
Lewis & Roberts
3700 Glenwood Avenue, Suite 410
Raleigh, NC 27612
Phone: (919) 981-0191
Fax: (919) 981-0431
dkb@lewis-roberts.com

Richard J. Serpe, Esquire
Law Offices of Richard J. Serpe
Crown Center, Ste. 310
580 East Main Street
Norfolk, VA 23510-2322
rserpe@serpefirm.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 9th day of August, 2010.

/s/ Leonard A. Davis
Leonard A. Davis
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA  70113
PH:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhkc.com

W:\! DRYWALL\27687 MDL\Pld\Motion for Assessment\PSC's Supplemental Memo in Support of Motion to Establish a Plaintiff's Litigation Expense Fund 2010-8-9.wpd

6