UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust v. AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * * * * * * | MAGISTRATE WILKINSON |

*********************************************

### CHARTIS SPECIALTY'S SUPPLEMENTAL MEMORANDUM IN SUPPORT OF ITS JOINDER TO NATIONAL UNION'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT OF ROBERT C. PATE PURSUANT TO RULE 12(b)(7) FOR FAILURE TO JOIN NECESSARY PARTIES UNDER RULE 19

**NOW INTO COURT,** through undersigned counsel, comes CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall LLC ("Chartis Specialty"), and files this Supplemental Memorandum in Support of its Joinder [Doc. No. 4508] in NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA's Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Party Under Rule 19 (the "Second Motion to Dismiss") [Doc. No. 2155], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, National Union filed a motion to dismiss the complaint under Fed.R.Civ.P. 12(b)(7)[Doc. 1360].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original motion to dismiss. Accordingly, on March 29, 2010, National Union filed the Second Motion to Dismiss [Doc. 2155].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. On July 19, 2010, Chartis Specialty filed its Joinder to the Second Motion to Dismiss [Doc. 4508].

5. The Court subsequently clarified that the motions to dismiss the first amended complaint under Fed.R.Civ.P. 12(b)(7) would be heard by this court along with the motions objecting to jurisdiction or venue [Doc No. 4873].

6. Chartis Specialty requests that the Court permit it to supplement its Joinder to the Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order:

   a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

   None. Further answering, in *Robert C. Pate v. American International Specialty Lines Ins. Co., et al.*, No. 2:09-cv-07791, Robert C. Pate, in his capacity as Trustee of the

WCI Chinese Drywall Trust, claims rights to coverage as an additional insured under following American International Specialty Lines Insurance Company (n/k/a Chartis Specialty) policy which was issued to the following Named Insureds and produced on June 7, 2010 in accordance with Pretrial Order No. 23 [Doc. No. 2778]:

1. Policy No. CPL 1732167, Named Insureds: Beta Drywall LLC and Beta Construction, LLC

b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

Chartis Specialty is unaware of any such case.

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

Chartis Specialty is unaware of any such case involving this policy. Further answering, insurance under which Robert C. Pate, in his capacity as Trustee of the WCI Chinese Drywall Trust, claims rights to coverage as an additional insured has been discussed in the WCI Communities, Inc. bankruptcy proceeding. *In re WCI Communities, Inc.*, No. 08-11643 (Bankr. D. Del).

**WHEREFORE**, for the reasons set forth above, Chartis Specialty respectfully submits this Supplemental Memorandum in Support of its Joinder to the Second Motion to Dismiss and the Memorandum in Support Thereof in compliance with the Court's July 1, 2010 Order.

Dated: August 10, 2010

Respectfully submitted:

By:  /s/Thomas E. Schwab
Thomas E. Schwab
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Phone: (504) 595-3370
Fax: (504) 595-3355
E-mail: tschwab@barkleythompson.com

- and -

>Joseph A. Hinkhouse
>Sara Uffelman Gattie
>HINKHOUSE WILLIAMS WALSH
>180 North Stetson Street, Suite 3400
>Chicago, Illinois  60601
>Phone:  (312) 784-5454
>Fax:  (312) 784-5494
>E-mail:   jhinkhouse@hww-law.com
>    suffelman@hww-law.com
>
>**Attorneys for Defendant, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Chartis Specialty's Supplemental Memorandum in Support of its Joinder to National Union's Motion to Dismiss the First Amended Complaint of Robert C. Pate Pursuant to Rule 12(b)(7) for Failure to Join Necessary Parties Under Rule 19 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

>     /s/Thomas E. Schwab
>**Attorneys for Defendant, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**