# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> * JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL (**2:09-cv-07791**) (E.D. La.) | * <br> * MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF CHARTIS SPECIALTY'S JOINDER TO CERTAIN DEFENDANT'S JOINT MOTION TO DISMISS THE FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT,** through undersigned counsel, comes CHARTIS SPECIALTY INSURANCE COMPANY (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall LLC ("Chartis Specialty"), and files this Supplemental Memorandum in Support of its Joinder [Doc. No. 4507] in CHARTIS SPECIALTY INSURANCE COMPANY and LEXINGTON INSURANCE COMPANY'S Motion to Dismiss for Improper Venue or, in the alternative, to transfer to the Middle District of Florida (the "Second Motion to Dismiss") [Doc. No. 2157], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc.  In response, on February 24, 2010, Movants filed a joint motion to dismiss the complaint under Fed.R.Civ.P. 12(b)(3) and 28 U.S.C. § 1406(a) [Doc. 1326].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732].

3. In the first amended complaint, Pate identified a Contractor's Pollution Liability Policy allegedly issued to named insured Beta Drywall LLC at its Pompano Beach, Florida address under Policy No. CPL 1732167, effective February 27, 2009 to February 27, 2010 by American International Specialty Lines Insurance Company (n/k/a Chartis Specialty) (the "Chartis Specialty policy").[1]  Chartis Specialty was not named as a defendant in its capacity as an insurer of Beta Drywall LLC until the first amended complaint was filed.  In the first amended complaint, Pate asserted that WCI Communities, Inc. and certain of its subsidiaries qualify as additional insureds under the Chartis Specialty policy, and thus that the Chinese Drywall Trust is entitled to coverage under the Chartis Specialty policy.

4. On March 29, 2010, Movants and other defendants filed the Second Motion to Dismiss [Doc. 2157].

5. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

---

[1]  Chartis Specialty was incorrectly and incompletely identified as "AISL" in the Amended Complaint as an insurer of Beta Drywall LLC.

7. On July 19, 2010 Movants filed a Supplemental Memorandum in Support of the Second Motion to Dismiss [Doc. No. 4456] in accordance with the Court's July 1, 2010 Order [Doc. No. 4301].

8. On July 19, 2010, Chartis Specialty filed its Joinder to the Second Motion to Dismiss [Doc. No. 4507].

9. Chartis Specialty requests that the Court permit it to supplement its Joinder to the Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order:

- a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. Further answering, in *Robert C. Pate v. American International Specialty Lines Ins. Co., et al.*, No. 2:09-cv-07791, Robert C. Pate, in his capacity as Trustee of the WCI Chinese Drywall Trust, claims rights to coverage as an additional insured under following Chartis Specialty policy which was issued to the following Named Insureds and produced on June 7, 2010 in accordance with Pretrial Order No. 23 [Doc. No. 2778]:

    1. Policy No. CPL 1732167, Named Insureds: Beta Drywall LLC and Beta Construction, LLC

- b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

    Chartis Specialty is unaware of any such case.

- c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

    Chartis Specialty is unaware of any such case involving this policy. Further answering, insurance under which Robert C. Pate, in his capacity as Trustee of the WCI Chinese Drywall Trust, claims rights to coverage as an additional insured has been discussed in the WCI Communities, Inc. bankruptcy proceeding. *In re WCI Communities, Inc.*, No. 08-11643 (Bankr. D. Del).

**WHEREFORE,** for the reasons set forth above, Chartis Specialty, as alleged insurer of Beta Drywall LLC, respectfully submits this Supplemental Memorandum in Support of its

Joinder to the Second Motion to Dismiss and the Memorandum in Support Thereof in compliance with the Court's July 1, 2010 Order.

Dated:  August 10, 2010	Respectfully submitted:
	By:	/s/Thomas E. Schwab

	Thomas E. Schwab
	BARKLEY & THOMPSON, L.C.
	1515 Poydras Street, Suite 2350
	New Orleans, Louisiana  70112
	Phone:  (504) 595-3370
	Fax:  (504) 595-3355
	E-mail:  tschwab@barkleythompson.com


	Joseph A. Hinkhouse
	Sara Uffelman Gattie
	HINKHOUSE WILLIAMS WALSH
	180 North Stetson Street, Suite 3400
	Chicago, Illinois  60601
	Phone:  (312) 784-5454
	Fax:  (312) 784-5494
	E-mail:   jhinkhouse@hww-law.com
		sgattie@hww-law.com

	**Attorneys for Defendant, Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as alleged insurer of Beta Construction LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Supplemental Memorandum in Support of Chartis Specialty's Joinder to Certain Defendant's Joint Motion to Dismiss the First Amended Complaint for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

/s/Thomas E. Schwab
**Attorneys for Defendant, Chartis Specialty Insurance Company (f/k/a American International Specialty Lines Insurance Company) as alleged insurer of Beta Drywall, LLC pursuant to Policy No. CPL 1732167**

4824-1425-1271, v. 1