# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | *  MDL No. 2:09-md-02047 <br> * <br> * <br> * <br> *  JUDGE FALLON |
| **This document relates to:** | * <br> * |
| ROBERT C. PATE, as Trustee for the <br> Chinese Drywall Trust <br> v. <br> AMERICAN INTERNATIONAL SPECIALTY <br> LINES INSURANCE COMPANY, ET AL <br> (**2:09-cv-07791**) (E.D. La.) | * <br> *  MAGISTRATE WILKINSON <br> * <br> * <br> * <br> * <br> * |

**********************************************

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF NATIONAL UNION'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT PURSUANT TO FED.R.CIV.P. 12(b)(7) FOR FAILURE TO JOIN A PARTY UNDER RULE 19**

**NOW INTO COURT**, through undersigned counsel, comes NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA ("National Union") and files this Supplemental Memorandum in Support of its Motion to Dismiss Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Party Under Rule 19 (the "Second Motion to Dismiss") [Doc. No. 2155], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the Trust related to houses constructed in Florida by WCI Communities, Inc.  In response, on

February 24, 2010, National Union filed a motion to dismiss the complaint under Fed.R.Civ.P. 12(b)(7)[Doc. 1360].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original motion to dismiss. Accordingly, on March 29, 2010, National Union filed the Second Motion to Dismiss [Doc. 2155].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. The Court subsequently clarified that the motions to dismiss the first amended complaint under Fed.R.Civ.P. 12(b)(7) would be heard by this court along with the motions objecting to jurisdiction or venue [Doc. No. 4873].

5. National Union requests that the Court permit it to supplement its Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order:

a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

None. Further answering, in *Robert C. Pate v. American International Specialty Lines Ins. Co., et al.*, No. 2:09-cv-07791, Robert C. Pate, in his capacity as Trustee of the WCI Chinese Drywall Trust, claims rights to coverage as an additional insured under following National Union policies which were issued to the following Named Insureds and produced on June 7, 2010 in accordance with Pretrial Order No. 23 [Doc. No. 2778]:

1. Policy No. 6564380, Named Insured: Beta Drywall LLC;
2. Policy No. 6564484, Named Insured: Beta Construction, LLC; and
3. Policy No. 5346464, Named Insured: Finest Drywall Inc.

b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047</u>:

National Union is unaware of any such case.

c. <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

*National Union Fire Ins. Co. of Pittsburgh, PA and Commerce and Industry Ins. Co. v. Beta Construction LLC f/k/a Beta Drywall, LLC, Finest Drywall, Inc. and Robert C. Pate*, No. 8:10-cv-01541 (M.D. Fla. filed July 13, 2010). This case has been assigned to Judge Richard A. Lazzara, Sam M. Gibbons U.S. Courthouse, 801 North Florida Avenue, Tampa, Florida 33602, (813) 301-5350. As of the date of this motion to supplement, there are no pending motions objecting to jurisdiction or venue. Further answering, insurance under which Robert C. Pate, in his capacity as Trustee of the WCI Chinese Drywall Trust, claims rights to coverage as an additional insured has been discussed in the WCI Communities, Inc. bankruptcy proceeding. *In re WCI Communities, Inc.*, No. 08-11643 (Bankr. D. Del).

**WHEREFORE**, for the reasons set forth above, National Union respectfully submits this Supplemental Memorandum in Support of its Second Motion to Dismiss and the Memorandum in Support Thereof in compliance with the Court's July 1, 2010 Order.

Dated:   August 10, 2010

Respectfully submitted:

By:        /s/Thomas E. Schwab
Thomas E. Schwab
BARKLEY & THOMPSON, L.C.
1515 Poydras Street, Suite 2350
New Orleans, Louisiana  70112
Phone:  (504) 595-3370
Fax:  (504) 595-3355
E-mail:  tschwab@barkleythompson.com

Joseph A. Hinkhouse
Sara Uffelman Gattie
HINKHOUSE WILLIAMS WALSH
180 North Stetson Street, Suite 3400
Chicago, Illinois  60601
Phone:  (312) 784-5454
Fax:  (312) 784-5494
E-mail:  jhinkhouse@hww-law.com
              suffelman@hww-law.com

**Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, P.A.**

## **CERTIFICATE OF SERVICE**

**I hereby certify that the above and foregoing Supplemental Memorandum in Support of National Union's Motion to Dismiss Plaintiff's First Amended Complaint Pursuant to Fed.R.Civ.P. 12(b)(7) for Failure to Join a Party Under Rule 19 has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.**

　　　　　　　　　　　　　　　　　　/s/Thomas E. Schwab
　　　　　　　　　　　　　　　　ATTORNEYS FOR DEFENDANT
　　　　　　　　　　　　　　　　**Attorneys for Defendant National Union Fire Insurance Company of Pittsburgh, P.A.**