IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) MDL No.2047 ) ) ) ) SECTION "L" ) |
| *This Document Relates to:* | ) CIVIL ACTION NO.: 2:09-CV-7791 ) |
| ROBERT C. PATE, as Trustee for the Chinese Drywall Trust, | ) ) ) |
| Versus | ) JUDGE ELDON FALLON ) ) MAGISTRATE JOSEPH WILKINSON, JR. |
| AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY, ET AL., | ) ) ) |

**MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S JOINDER OF JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA**

**NOW INTO COURT**, through undersigned counsel, come AMERISURE MUTUAL INSURANCE COMPANY and AMERISURE INSURANCE COMPANY (collectively "Amerisure") and files this memorandum in support of Amerisure's Joinder to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, In The Alternative, To Transfer Action To The Middle District Of Florida (the "Second Motion to Dismiss") [Doc. 2205 and Doc. 2157], to comply with the requirements set forth in this Court's Order, dated July 1, 2010. [Doc. 4301].

1. On December 23, 2009, Pate, in his alleged capacity as the Trustee for the Chinese Drywall Trust, commenced this lawsuit seeking a declaration that the defendant insurers are obligated to indemnify the Trust for losses arising from claims that may be brought against the

1

Trust related to houses constructed in Florida by WCI Communities, Inc. In response, on February 24, 2010, Chartis Specialty Insurance Company ("Chartis") and other defendants filed a joint motion to dismiss the complaint under Fed. R. Civ. P. 12(b)(3) and 28 U.S.C. § 1406(a). Amerisure filed a Joinder to the joint motion to dismiss. [Doc. 1501].

2. On March 15, 2010, Pate filed a first amended complaint [Doc. 1732], which mooted the original joint motion to dismiss. Accordingly, on March 29, 2010, Chartis, Lexington Insurance Company and other defendants filed the Second Motion to Dismiss [Doc. 2157]. Amerisure filed a Joinder to the Second Motion to Dismiss on March 30, 2010 [Doc. 2205].

3. On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4. Amerisure requests that this Court permit them to supplement its Joinder to the Second Motion to Dismiss with the following information in accordance with the Court's July 1, 2010 Order.

    a. <u>The insured within MDL 2047 for which the insurer provides CGL insurance:</u>

        Amerisure issued CGL and umbrella liability insurance to Beta Drywall, LLC. Beta Drywall, LLC is a defendant in *Amato v. Liberty Mutual Insurance* Company, Civ. Action No.: 10-932, but not a defendant in the *Pate* litigation.

        Amerisure issued CGL insurance to Supreme Drywall & Metal Framing Co., which is not a party within the MDL.

        Robert C. Pate in his capacity as Trustee of the Chinese Drywall Trust claims rights to coverage under the foregoing Amerisure policies as an additional insured, which Amerisure contests.

    b. <u>Cases in which claims on any of the same CGL policies are also in suit and the insurers have been served in MDL 2047:</u>

> Dean and Dawn Amato, individually and on behalf of all others similarly situated versus Liberty Mutual Insurance Company, et al, Civil Action 10-932.
>
> c. <u>Each case in which this issue may be related or the movant has filed a similar motion:</u>
>
> This issue may be related to *Amato*, but Amerisure has not filed a similar action in *Amato*.

**WHEREFORE**, for the reasons set forth above, Amerisure respectfully requests that this Court grant this motion and permit it to supplement its Joinder to the Second Motion to Dismiss as set forth above in compliance with the Court's July 1, 2010 Order.

> Respectfully submitted,
>
> Defendants, Amerisure Insurance Company and Amerisure Mutual Insurance Company
>
> By: _____/s/ Brian K. Abels_____
> One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois  60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **MEMORANDUM IN SUPPORT OF AMERISURE MUTUAL INSURANCE COMPANY'S AND AMERISURE INSURANCE COMPANY'S JOINDER OF JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.