**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * <br> * | MDL No. 2:09-md-02047 <br><br><br><br> JUDGE FALLON |
| **This document relates to:** | * <br> * | |
| CENTERLINE HOMES CONSTRUCTION, INC., *et al.*, v. MID-CONTINENT CASUALTY CO., *et al.* **(2:10-cv-00178)** (E.D. La.) | * <br> * <br> * <br> * <br> * <br> * <br> * | MAGISTRATE WILKINSON |

**************************************************** *

### AMENDED MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO JOIN A REQUIRED PARTY

**NOW INTO COURT**, through undersigned counsel, comes AMERISURE INSURANCE COMPANY ("Amerisure") and files this Amended Memorandum in Support of Amerisure Insurance Company's Motion to Dismiss Complaint For Failure to Join A Required Party [Doc. 2567], to satisfy the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].

1.     On January 26, 2010, Centerline filed this lawsuit seeking declaratory judgment and relief for alleged breach of contract from Amerisure and other insurers with respect to alleged losses arising from claims and lawsuits brought in Florida against Centerline by owners of houses allegedly constructed in Florida by Centerline with defective drywall.

2.     On April 19, 2010, Amerisure filed its motion to dismiss under Fed. R. Civ. P. 12(b)(7) and Fed. R. Civ. P. 19 [Doc. 2567].

1

3.       On July 1, 2010, the Court entered an Order [Doc. 4301] providing that an insurance company defendant in MDL 2047 may file motions by July 19, 2010, objecting to jurisdiction or venue in this matter and directing the insurer movant to provide certain information.

4.       Amerisure requests that the Court permit it to support its motion to dismiss with the following information in accordance with the Court's July 1, 2010 Order.

    a.   <u>The insured within MDL 2047 for which the insurer provides CGL insurance</u>:

    None. The named insured under Amerisure policy GL 204115102 is United Framers Inc., which is not a party within the MDL.

    b.   <u>Cases in which claims on any of the same CGL policies are also in suit and ISOP has been served in MDL 2047</u>:

    Dean and Dawn Amato, individually and on behalf of all others similarly situated versus Liberty Mutual Insurance Company, et al, Civil Action 10-932.

    c.   <u>Each case in which this issue may be related or the movant has filed a similar motion</u>:

    This issue may be related to *Amato*, but Amerisure has not filed a similar action in *Amato*.

**WHEREFORE**, for the reasons set forth above, Amerisure respectfully submits this Amended Memorandum in Support of its Motion to Dismiss in compliance with the Court's July 1, 2010 Order.

Respectfully submitted,

Defendant, Amerisure Insurance Company

By: _____/s/ Brian K. Abels_____
        One of their attorneys

Brian K. Abels, #24928
Boyer, Hebert & Abels, LLC
133 Aspen Square, Suite F
Denham Springs, Louisiana 70726
Telephone: (225) 664-4335

Donald E. Elder, Illinois ARDC No. 6255889
Anthony N. Balice, Illinois ARDC No. 6271902
Abraham Sandoval, Illinois ARDC No. 6296504
Tressler LLP
22nd Floor
233 South Wacker Drive
Chicago, Illinois   60606-6308
Telephone: (312) 627-4000

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **AMENDED MEMORANDUM IN SUPPORT OF AMERISURE INSURANCE COMPANY'S MOTION TO DISMISS COMPLAINT FOR FAILURE TO JOIN A REQUIRED PARTY** has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically loading the same to Lexis Nexis File & Serve in accordance with Pre-trial Order No. 6, and the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

3