# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED | * | MDL No. 2:09-md-02047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | |
| | * | |
| **Taylor Woodrow Homes Central Florida Division** | * | MAGISTRATE WILKINSON |
| **LLC v. Scottsdale Indemnity Company** | * | |
| Case No. 2:2010-cv-555 | * | |
| | * | |
| | * | |
| | * | |

*********************************************

### SECOND SUPPLEMENTAL MEMORANDUM TO CERTAIN DEFENDANTS' JOINT MOTION TO DISMISS FIRST AMENDED COMPLAINT FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO TRANSFER ACTION TO THE MIDDLE DISTRICT OF FLORIDA

**NOW INTO COURT**, through undersigned counsel, comes Scottsdale Insurance Company ("Scottsdale") and files this supplemental memorandum to its Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer Action to the Middle District of Florida (the "Motion to Dismiss") [Doc. 4498], to comply with the requirements set forth in this Court's Order, dated July 1, 2010 [Doc. 4301].   Scottsdale's Motion to Dismiss, filed on July 19, 2010, was sufficient to address the issues set forth in the July 1, 2010 Order. Nonetheless, Scottsdale is filing this supplemental memorandum under an agreement between the Plaintiffs' Steering Committee (the "PSC") and the Insurer Steering Committee.

1.      On February 23, 2010, Taylor Woodrow Homes Central Florida Division, LLC ("Woodrow") and Morrison Homes, Inc. n/k/a Taylor Morrison Services, Inc. ("Morrison") (collectively "plaintiffs") filed a complaint against Scottsdale seeking a declaration regarding Scottsdale's defense and indemnity obligations in connection with two lawsuits regarding Chinese Drywall claims.

2.      In response, on July 19, 2010, Scottsdale filed the Motion to Dismiss [Doc. 4498] providing the information required by the July 1, 2010 Order. Although Scottsdale fully complied with the July 1, 2010 Order, the Plaintiffs' Steering Committee and Insurer Steering Committee agreed that the insurers would further supplement their motions.

3.      Scottsdale requests that the Court permit it to supplement the Motion to Dismiss with the following information to address the PSC's alleged deficiencies, which Scottsdale disputes.

a.   The insured within MDL 2047 for which the insurer provides CGL insurance and it files the motion:

None. Plaintiffs claim rights to coverage under the Scottsdale policy at issue but neither is an insured under the policy. Nu Way Drywall, LLC is the named insured under the policy, but it is not a party in this case or any other case in MDL 2047.

b.   Cases in which claims on any of the same CGL policies are also in suit in MDL 2047:

Scottsdale is not aware of any such case.

c.   Each case in which this issue may be related or the movant has filed a similar motion:

*Robert C. Pate, as Trustee for the Chinese Drywall Trust v. American International Specialty Lines Insurance Company, et al.* (2:09-cv-07791) (E.D. La.), MDL No. 2:09-md-02047. The identification of the *Pate* motion is strictly based on the fact that Scottsdale has filed a similar motion in that case. This case and the *Pate* case are in no way related.

**WHEREFORE**, for the reasons set forth above, Scottsdale respectfully submits this Supplemental Memorandum to the Second Motion to Dismiss.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   _/s/ **Virginia Y. Trainor**_
        H. Alston Johnson III, Bar Roll No. 7293
        Virginia Y. Trainor, Bar Roll No. 25275
        II City Plaza
        400 Convention Street • Suite 1100
        Baton Rouge, Louisiana 70802-5618
        P.O. Box 4412
        Baton Rouge, Louisiana 70821-4412
        Telephone: (225) 346-0285
        Telecopier: (225) 381-9197
        Email:  johnsona@phelps.com
                trainorg@phelps.com

AND

        Jay Russell Sever, Bar Roll No. 23935
        Charlotte Jane Sawyer, Bar Roll No. 28493
        Canal Place
        365 Canal Street • Suite 2000
        New Orleans, Louisiana 70130-6534
        Telephone: (504) 566-1311
        Telecopier: (504) 568-9130
        Email:  severj@phelps.com
                sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT**
**SCOTTSDALE INSURANCE COMPANY**

PD.4116134.1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Second Supplemental Memorandum to Certain Defendants' Joint Motion to Dismiss First Amended Complaint for Improper Venue or, in the Alternative to Transfer Action to the Middle District of Florida* has been served on Plaintiffs' Liaison Counsel, Russ Herman at drywall@hhkc.com, and Defendants' Liaison Counsel, Kerry Miller at kmiller@frilot.com, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.


*/s/ Virginia Y. Trainor*
Virginia Y. Trainor

- 4 -