# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-2047<br><br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |
| **THIS DOCUMENT RELATES TO:**<br><br>**ALL CASES** | |

## DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT

COME NOW, FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY ("FCCI"), by and through their undersigned counsel and request to participate in oral argument on the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit [4603] already scheduled by this Court's August 4, 2010 Order [4818] that sets oral argument for August 12, 2010 following the monthly status conference.

This 10th day of August, 2010.

    Respectfully submitted,

    GOODMAN MCGUFFEY LINDSEY & JOHNSON, LLP
    Attorneys for FCCI COMMERCIAL INSURANCE
    COMPANY and FCCI INSURANCE COMPANY


  BY:  /s/ ROBERT M. DARROCH
     ROBERT M. DARROCH
     GA State Bar No.: 205490
     rdarroch@gmlj.com
     STEPHANIE F. GLICKAUF
     GA State Bar No.: 257540
     sglickauf@gmlj.com
     3340 Peachtree Road NE, Suite 2100
     Atlanta, GA 30326-1084
     Phone: (404) 264-1500
     Fax:   (404) 264-1737

    AND

    MOULEDOUX, BLAND, LEGRAND & BRACKETT, LLC


  By:  /s/ PATRICK E. COSTELLO
     PATRICK E. COSTELLO (#26619)
     pcostello@mblb.com
     JACQUES P. DeGRUY (#29144)
     jdegruy@mblb.com
     4250 One Shell Square
     701 Poydras Street
     New Orleans, Louisiana 70139
     Telephone: 504-595-3000
     Facsimile: 504-522-2121

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **DEFENDANTS FCCI COMMERCIAL INSURANCE COMPANY AND FCCI INSURANCE COMPANY'S REQUEST FOR ORAL ARGUMENT** has been served upon Plaintiff's Liaison Counsel, Russ Herman, and Defendant's Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047.

This 10th day of August, 2010.

/s/ PATRICK E. COSTELLO
PATRICK E. COSTELLO (#26619)