# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION "L" |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| **BARRY DEMPSTER, et al.,** | MAG. JUDGE WILKINSON |
| **v.** | |
| **LOWE'S HOME CENTERS, INC.,** | |
| CASE NO. 2:09-5482-EEF-JCW; AND | |
| **T. JACK KENT, et al.,** | |
| **v.** | |
| **LOWE'S HOME CENTERS, INC.,** | |
| CASE NO. 2:10-01110-EEF-JCW; AND | |
| **OMNIBUS COMPLAINT (GROSS/BENES)** | |
| CASE NO. 2:09-6690-EEF-JCW. | |

## <u>LOWE'S HOME CENTERS, INC.'S MOTION TO STAY</u>

Lowe's Home Centers, Inc. ("Lowe's") moves to stay proceedings against Lowe's because Plaintiffs' claims against Lowe's in these consolidated proceedings are subject to the class action settlement and Order Preliminarily Approving Class Action Settlement, Settlement Class Certification, and to Schedule Final Fairness Hearing in the overlapping case of *Vereen v. Lowe's Home Centers, Inc.*, No. SU10-CV-2267B, pending in the Superior Court of Muscogee County, Georgia.   In support of this Motion, Lowe's incorporates the accompanying Memorandum of Law.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
JEFFREY E. RICHARDSON (#23273)
701 Poydras Street
One Shell Square, Suite 4500
New Orleans, LA 70139
Telephone:     (504) 581-3234
Facsimile:      (504) 566-0210
William.Gaudet@arlaw.com
Frank.Liantonio@arlaw.com
Edwin.Laizer@arlaw.com
Jeff.Richardson@arlaw.com

*Attorneys for Lowe's Home Centers, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial  Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

*/s/ Francis V. Liantonio, Jr.*