# PENDLEY, BAUDIN & COFFIN, L.L.P.

**PBC**

—— ATTORNEYS AT LAW ——

Patrick W. Pendley
Stan P. Baudin
Christopher L. Coffin*†

Pamela Pendley Baudin
Nicholas R. Rockforte
*Also admitted in Georgia
†Registered music

Of Counsel:
Allen M. Edwards

August 5, 2010

**BY FACSIMILE: 504-566-0210**
Mr. Francis B. Liantonio, Jr.
Attorney at Law
4500 One Shell Square
701 Poydras Street, Ste. 4500
New Orleans, LA 70139

    Re:    U.S. District Court, Eastern District of Louisiana, MDL 2047

Dear Frank:

    I am pleased to report to you that we are filing the appropriate Motions to Dismiss our fifteen clients who have asserted a claim against Lowe's for defective drywall in the Multi District Litigation proceeding. As I write this letter to you, I have not received the Orders signed by Judge Fallon actually dismissing the claim against Lowe's only' preserving our plaintiffs claims against any other supplier, distributor, etc.

    The fifteen claims that we are seeking to partially dismiss are:
Catherine Avant
Jeffrey & Ella Engel
Marynell Green
Marilyn D. Brand
Alice Carter
Antione C. Carter
Anthony & Sherrie Foreston
Emily & Gregg Harris
Irene Jackson
Gilletto & Donna Leverette
Monica Malone
Janretta Odoms-Lewis
Gretta Rogers
Penny Simmons
Jessie Sylvester

Post Office Drawer 71 • 24110 Eden Street • Plaquemine, LA 70765-0071
Telephone: (225) 687-6396 • Telecopier: (225) 687-6398
www.pbclawfirm.com

EXHIBIT A

August 5, 2010
Page 2

All of the above cases were filed in the OMNI Complaint III, *David Gross, et al. v. Knauf Gips, KG, et al.* Case No. 09-5845

I understand that you will shortly be filing a Motion To Stay the MDL proceeding against Lowe's and you may attach this letter as an exhibit in support of the Motion To Stay, if all the above mentioned cases have not been partially dismissed by Judge Fallon.

With best personal regards, I remain,

Very truly yours,

Patrick W. Pendley

PWP/rd
Cc: Don Barrett, Esq.
    Dewitt Lovelace, Esq.