## TABLE OF DISMISSALS

Represented by:
Don Barrett, P.A.
LOVELACE LAW FIRM, P.A.
404 Court Square
P.O. Box 987
Lexington, MS  39095
(662) 834-2376

| PLAINTIFFS | DISMISSED DOC # - DATE FILED |
|---|---|
| Abels, Shirley, 690 Waters View Drive, Biloxi, MS 39532 | 3912 – 6/23/2010 |
| Alfred, Janice, 2314 10th Street, Pascagoula, MS 39567 | 4770 – 8/3/2010 |
| Bennett, Larry, 1618 Lewis, Gulfport, MS 39501 | 4771 – 8/3/2010 |
| Clarke, Wayne G., 1205 Magnolia Street, Ocean Springs, MS 39564 | 4772 – 8/3/2010 |
| Coleman, Charles, 1600 Sunset Street, Pascagoula, MS 395 | 4773 – 8/3/2010 |
| Dixon, Perry & Deborah, 3201 Westlane, Gautier, MS 39553 | 4774 – 8/3/2010 |
| Galloway, Geraldine, 5712 Gregory Street, Moss Point, MS 39563 | 4775 – 8/3/2010 |
| Green, Patricia Stevens, 2712 Martin Street, Pascagoula, MS 39567 | 4776 – 8/3/2010 |
| Hester, Raymond, 1202 Williams Street, Pascagoula, MS 39567 | 3913 – 6/23/2010 |
| King, Jeffrey & Lauren, 4703 Seminole Drive, Pascagoula, MS 39567 | 4777 – 8/3/2010 |
| Maranoci, Terri & Terri Lee, 3907 Sculpin Street, Pascagoula, MS 39567 | 4778 – 8/3/2010 |
| Martin, David & Betty, 1716 Seacliffe Drive, Gautier, MS 39553 | 4780 – 8/3/2010 |
| Mitchell, Virgil & Rosetta, 686 North Haven Drive, Biloxi, MS 39532 | 4779 – 8/3/2010 |
| Ratliff, Krondenser Means, 2320 Westgate Parkway, Gautier, MS 39553 | 3917 – 6/23/2010 |
| Riley, Willie James, 3531 Sherlawn Drive, Moss Point, MS 39563 | 3918 – 6/23/2010 |
| Scott, Pearl, 4466 Robinhood Drive, Moss Point, MS 39563 | 3919 – 6/23/2010 |
| Sherrod, Valerie, 4300 Wisteria Drive, Moss Point, MS 39562 | 4781 – 8/3/2010 |
| Taylor, Robert & Sandra, 2223 Clevleand Avenue, Pascagoula, MS 39567 | 4782 – 8/3/2010 |
| Thiroux, Freddie & Glenda, 270 Laurel Court, Biloxi, MS 39530 | 4783 – 8/3/2010 |
| Volland, John, 4009 Ash Street, Ocean Springs, MS 39564 | 4784 – 8/3/2010 |
| Walley, Curtis & Monsue, 4401 Jamestown Road, Moss Point, MS 39563 | 4785 – 8/3/2010 |
| Washington, Eugene & Yvonne, 4819 King James Drive, Pascagoula, MS 39581 | 4786 – 8/3/2010 |
| Webster, Samuel L., 4306 Webb Street, Moss Point, MS 39562 | 4787 – 8/3/2010 |
| Wiley, William & Joan, 182 Hannibal Court, Biloxi, MS 39530 | 4788 – 8/3/2010 |



EXHIBIT B