UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

           Plaintiffs,

v.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

           Defendants.
_____/

Case No: 2:10-cv-00384

Judge: Fallon

Magistrate: Wilkinson

### EXPARTE/CONSENT MOTION FOR EXTENSION OF TIME

Defendant GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY") respectfully moves the Court for an additional thirty (30) days, through and including September 9, 2010, within which to stipulate to personal jurisdiction in MDL 2047, Civil Action No.: 2:10-cv-00384.

This Court entered an Order dated August 5, 2010 providing, in part: "To avoid responding to discovery each moving insurer must stipulate by specifically stating that the

company is subject to personal jurisdiction in MDL 2047 in the Eastern District of Louisiana...by August 10, 2010, or the non-stipulating moving insurer shall provide responses and/or objections to any jurisdictional discovery. . . ."  [Doc. # 4873].

Given the short time from the August 5th Order to today, GENERAL FIDELITY needs more time to assess whether it should or should not stipulate to personal jurisdiction.[1]

This is GENERAL FIDELITY's first request for an extension of time in this matter. The thirty-day extension will neither prejudice any party nor delay the progression of this case.

WHEREFORE, GENERAL FIDELITY INSURANCE COMPANY prays for an additional thirty (30) days, through and including September 9, 2010, within which to stipulate to personal jurisdiction in MDL 2047, Civil Action No.: 2:10-cv-00384.

---

[1] GENERAL FIDELITY is also involved in litigation with these Plaintiffs, the Northstar entities, in *General Fidelity Ins. Co. v. Katherine L. Foster, et al.*, case no. 9:09-cv-80743-KMM, Southern District of Florida, which is a case GENERAL FIDELITY filed first in that court concerning the matters raised in this litigation.  This is addressed in GENERAL FIDELITY's motion to dismiss [Doc. # 2474]. The Judicial Panel of Multidistrict Litigation, on two separate occasions, ordered the case to remain in the Southern District of Florida. [*See* Docs. # 2474 & 4437].

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Exparte/Consent Motion for Extension of Time and proposed Order has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.