UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Gross, et al. v. Knauf Gips KG, et al, Case No. 2:09-cv-6690 (EDLA) | * * * | MAG. JUDGE WILKINSON |

******************************************

## LOWE'S HOME CENTERS, INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO INTERVENE

Lowe's Home Centers, Inc. ("Lowe's') opposes plaintiffs' motion (Rec. 4350) to add additional plaintiffs to this action asserting claims against Lowe's for the reasons set forth in Lowe's Motion to Stay (Rec. 5066) and supporting memorandum, which are incorporated by reference.

Pending before the Court is Lowe's motion to stay this MDL as to the few plaintiffs involved who seek or may seek relief from Lowe's ("Lowe's Plaintiffs"). The MDL should be stayed as to Lowe's because the claims of the Lowe's Plaintiffs are subject to the class action settlement relating to allegedly defective drywall and Order Preliminarily Approving Class Action Settlement, Settlement Certification, and to Schedule Final Fairness Hearing ("Preliminary Approval Order") in the overlapping case of *Vereen v. Lowe's Home Centers, Inc.*, No. SU10-CV-2267B, pending in the Superior Court of Muscogee County, Georgia. The Preliminary Approval Order is attached hereto as Exhibit A. For the same reasons set forth in support of the motion to stay, the Court should deny the motion to intervene.

Unless and until these individuals seeking to intervene to assert claims against Lowe's opt out of the *Vereen* class action settlement, they are members of that settlement class and are

bound by the Preliminary Approval Order. If they do opt out and choose not to be part of the *Vereen* settlement class, their status in the MDL can only be as individual plaintiffs and not as representatives of any class as it relates to claims against Lowe's for damages allegedly caused by Chinese-manufactured drywall or any other allegedly defective drywall. Thus, any order allowing these individuals to intervene, assuming they opt out of the *Vereen* settlement class, should be limited accordingly as to claims asserted against Lowe's.

Lowe's further objects to the motion to allow Barry and Annette Dempster to become plaintiffs in this action. Mr. and Mrs. Dempster are already plaintiffs in the MDL in case number 2:09-CV-5482, captioned *Barry Dempster and Annette Dempster, individually and on behalf of their minor child, Jarrod Dempster, and others similarly situated vs. Lowe's Home Centers, Inc.* ("*Dempster* lawsuit"). The *Dempster* lawsuit should not be part of the MDL at all, for the reasons detailed in Lowe's pending Motion to Deconsolidate from MDL (Rec. 1561) filed on November 25, 2009.  Based upon the Threshold Inspection Program inspection of their home completed on October 20, 2009 by the court appointed expert, the Dempsters have no evidence Chinese-manufactured drywall exists in their house, much less Chinese-manufactured drywall purchased from Lowe's.  Setting this issue aside for the purposes of this pending motion to intervene, if the Dempsters opt out of the *Vereen* class action settlement, they should only be able to proceed against Lowe's as individual plaintiffs. Should the plaintiffs "opt out" of the *Vereen* class action settlement, they can proceed as individuals, but should not be allowed to proceed as class representatives in the *Dempster* lawsuit, and not as plaintiffs asserting duplicative claims as part of the much larger and more complicated *Omnibus III* class action complaint in which they do not belong.

Accordingly, this Court should deny plaintiffs' motion to intervene as it relates to all plaintiffs seeking to assert claims against Lowe's.

Respectfully submitted,

**ADAMS AND REESE LLP**

*/s/ Francis V. Liantonio, Jr.*
WILLIAM B. GAUDET (#1374)
FRANCIS V. LIANTONIO, JR. (#19282)
EDWIN C. LAIZER (#17014)
One Shell Square
701 Poydras Street, Suite 4500
New Orleans, LA 70139
Telephone:     (504) 581-3234
Facsimile:      (504) 566-0210

***Attorneys For Lowe's Home Centers, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Plaintiffs' Liaison Counsel, Russ Herman; Defendants' Liaison Counsel, Kerry Miller; and Homebuilders and Installers Liaison Counsel, Phillip A. Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 10th day of August, 2010.

*/s/ Francis V. Liantonio, Jr.*
