UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION: L |
| | * | JUDGE FALLON |
| This document relates to all cases | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

## CONSENT MOTION AND APPLICATION FOR APPOINTMENT TO DEFENSE STEERING COMMITTEE ON BEHALF OF COUNSEL FOR INTERIOR EXTERIOR BUILDING SUPPLY, RICHARD G. DUPLANTIER, JR.

NOW COMES Liaison Counsel on behalf of the Defendants, who submits this Consent Motion and Application for Appointment to the Defense Steering Committee on behalf of Richard G. Duplantier, Jr., counsel for Interior Exterior Building Supply.

I.  **Introduction**

On July 27, 2009, this Honorable Court entered Pre-Trial Order No. 7, appointing the members of the Defense Steering Committee ("DSC"). On March 18, 2010, the Court entered Pre-Trial Order No. 19 appointing members of the State/Federal Coordination Committee ("SFCC") of which Richard G. Duplantier, Jr. was respectfully named a member thereof.

Richard G. Duplantier, Jr. has expressed a willingness to serve as a member of the Defense Steering Committee and satisfies all of the Court's selection criteria for membership on the Defense Steering Committee. Accordingly, Liaison Counsel submits the flowing application for Appointment to the Defense Steering Committee in support of Richard G. Duplantier, Jr.

1

## II. Richard Duplantier, Jr., Proposed Member of the Defense Steering Committee, Satisfies the Court's Selection Process.

According the Court's Pre-Trial Order No. 1, "the court will consider the recommendation of the defendant for membership on the defendant(s) steering committee … [which] will have the duties and responsibilities described in Paragraph 17 of this Order." The criteria set forth in Paragraph 17 for membership in the Defense Steering Committee are: (a) the willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; (c) professional experience in this type of litigation; and (d) the willingness to commit the necessary resources to pursue this matter.

As more fully discussed below, Richard G. Duplantier, Jr. of Galloway, Johnson, Tompkins, Burr & Smith has extensive experience and knowledge in mass tort cases and complex litigation. He currently is a member of the State/Federal Coordination Committee and has served in leadership roles similar to this litigation resulting in successful outcomes for defendants. Moreover, he has already been working cooperatively with other firms and this Honorable Court and avows to continue to do so. Finally, Richard G. Duplantier, Jr. is willing and committed to providing the time and resources to defend this litigation.

### A. Willingness and Availability

Richard G. Duplantier, Jr. is highly motivated, willing, and able to personally commit his time and resources to facilitate the expeditious, economical, and just administration of this litigation. His office has the resources both in staff and finances to ensure equitable representation. He also is prepared to continue to dedicate his personal time and skills to the Defense Steering Committee and the State/Federal Coordination Committee.

B.   **Ability to Work Cooperatively with Others.**

Richard G. Duplantier, Jr. is dedicated to continue to work cooperatively with others. He is already working with the Plaintiffs' Steering Committee, other supplier defendants, and the home builder defendants in an effort to amicably resolve this matter.

C.   **Personal Experience**

Richard G. Duplantier, Jr. possesses the necessary experience to warrant a membership of the Defense Steering Committee. He has successfully managed complex litigation and mass tort litigation. Mr. Duplantier has personally been trial counsel in excess of thirty (30) trials and multiple complex arbitrations. He is a director of the New Orleans office of Galloway, Johnson, Tompkins, Burr & Smith which is a regional law firm with offices in Houston, St. Louis, Lafayette, Mandeville, New Orleans, Mobile, Gulfport, Pensacola, and Tampa. Galloway, Johnson, Tompkins, Burr & Smith has over 80 lawyers.

Mr. Duplantier received his undergraduate degree from Marquette University and received his Juris Doctorate from Loyola University in 1988. Besides being admitted to all federal courts in Louisiana, he has practiced in the U.S. Court of Federal Claims in Washington, D.C. and the United States Supreme Court.

D.   **Willingness to Commit Necessary Resources.**

As director of Galloway, Johnson, Tompkins, Burr & Smith, Mr. Duplantier possesses the resources and the willingness to commit those resources to facilitate the expeditious, economical, and just administration of this litigation.

It is respectfully suggested to this Honorable Court that Richard G. Duplantier, Jr. who possesses all the qualifications and exceeds the requirements stated by this Court as necessary for this Court's appointment the Defense Steering Committee.

**WHEREFORE**, undersigned Liaison Counsel respectfully requests that this Honorable Court grant this Motion and appoint Richard G. Duplantier, Jr. to the Defense Steering Committee.

Respectfully submitted,

LIAISON COUNSEL

/s/ *Kerry J. Miller*

KERRY J. MILLER (#24562)
FRILOT L.L.C.
1100 Poydras Street
Suite 3700
New Orleans, LA 70163
Telephone: 504-599-8194
Facsimile: 504-599-8145

**Certificate of Service**

The undersigned certifies that this document has been served on Plaintiffs' Liaison counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller, by email and United States Mail, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was filed with the Clerk of Court for the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send a notice of electronic filing in accord with the procedures established in MDL 2047, on the 11th day of August, 2010.

/s/ *Kerry J. Miller*

KERRY J. MILLER (#24562)