UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL NO. 2047 SECTION: L JUDGE FALLON |
| This document relates to all cases | * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

Considering the foregoing Consent Motion and Application for Appointment to the Defense Steering Committee on behalf of Richard G. Duplantier, Jr., counsel for Interior Exterior Building Supply:

**IT IS ORDERED** that Richard G. Duplantier, Jr. of Galloway, Johnson, Tompkins, Burr & Smith is hereby appointed to the Defense Steering Committee.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
JUDGE ELDON E. FALLON