UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: *Catalanotto*, No. 10-CV-01828 | * * * | JUDGE FALLON |
| | * | MAG. WILKINSON |

*****************************************************

### AFFIDAVIT OF RALPH S. HUBBARD III

BEFORE ME, the undersigned authority, personally came and appeared:

Ralph S. Hubbard III

Who, after being duly sworn, deposed and said:

1. He is counsel of record for The Standard Fire Insurance Company ("Standard Fire") in the *Catalanotto v. S.A. Weber, LLC, et al.* matter on the docket of the United States District Court for the Eastern District of Louisiana bearing docket No. 10-CV-01828 c/w MDL No. 2047 ("Lawsuit").

2. That he is over the age of 18, of sound mind and body, and competent to make this affidavit.

3. That a review of the Notice of Electronic Filing received by him from the Court's CM/ECF system relative to The Motion to Dismiss The Standard Fire Insurance Company from the Lawsuit (attached hereto as Exhibit 1) shows that counsel for Mary Ann Catalanotto filed said motion at 5:04 p.m. on August 4, 2010.

4. That a review of the Notice of Electronic Filing relative to Standard Fire's Answer and Counterclaim for Declaratory Judgment filed against Mary Ann Catalanotto (attached hereto as Exhibit 2) shows that it was filed at 5:07 p.m. on August 4, 2010.



5. That a review of the service notification generated by Lexis Nexis File & Serve (attached hereto as Exhibit 3) reflects that counsel for Standard Fire was not served with the Catalanotto Motion to Dismiss through the LexisNexis File & Serve service as required by Pretrial Order No. 6 until 5:16 p.m on August 4, 2010, which is approximately nine (9) minutes after Standard Fire's Answer and Counterclaim for Declaratory Judgment had been filed.

*Ralph S. Hubbard III*
Ralph S. Hubbard III

Sworn and subscribed before me
this 11th day of August, 2010.

*[signature]*
Notary Public

Print Name: LaDonna G. Wilson
My Commission Expires: At Death

Ralph Hubbard

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Wednesday, August 04, 2010 5:04 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation Motion to Dismiss Party |
| Categories: | Red Category |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

## U. S. District Court

### Eastern District of Louisiana

### Notice of Electronic Filing

The following transaction was entered by Davis, Leonard on 8/4/2010 at 5:04 PM CDT and filed on 8/4/2010

| | |
|---|---|
| Case Name: | In Re: Chinese-Manufactured Drywall Products Liability Litigation |
| Case Number: | 2:09-md-02047-EEF-JCW |
| Filer: | Plaintiff |
| Document Number: | 4835 |

Docket Text:
**MOTION to Dismiss Party Standard Fire Insurance Company by Plaintiff. Motion Hearing set for 8/12/2010 09:00 AM before Judge Eldon E. Fallon. (Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Notice of Hearing)(Reference: 10-01828)(Davis, Leonard)**

**2:09-md-02047-EEF-JCW Notice has been electronically mailed to:**

Judy Y. Barrasso     jbarrasso@barrassousdin.com, ccosse@barrassousdin.com

Kerry J. Miller     kmiller@frilot.com, scavet@frilot.com

Leonard A. Davis     ldavis@hhkc.com, bblisard@hhkc.com, jepstein@hhkc.com, lflemming@hhkc.com

Phillip A. Wittmann     pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Ralph Shelton Hubbard , III     rhubbard@lawla.com, ljackson@lawla.com

Russ M. Herman     rwestenfeld@hhkc.com


EXHIBIT 1

Seth Andrew Schmeeckle     sschmeeckle@lawla.com, mspadoni@lawla.com

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/4/2010] [FileNumber=4191588-0]
[70f11f26c1c1c776c3fe1f51b4c80d989c73fcb12f09c110a9cf1a442c236c48d2ce
85926cbe7341317c3e20db5b9b1d28a95dcb8a84d6f3dc5e001e5e9b1145]]
**Document description:** Memorandum in Support
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/4/2010] [FileNumber=4191588-1]
[aead3b889086549ae70af358307f712a519013c1c4aa8b49fbb9b9605eaf33d1f371
6872e459850fe048d1250fa5d90445f42f37b9e17e94378ae4a20d190bac]]
**Document description:** Proposed Order
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/4/2010] [FileNumber=4191588-2]
[5f44f1ed8652426f67c1f16f2691aedd5395e57c1f7d4a391cf35079a83fd06132b1
36929e4658c592b5675173dc0fa4801c632ced1aa312ab42ad1342d9e8c7]]
**Document description:** Notice of Hearing
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/4/2010] [FileNumber=4191588-3]
[905f9f7527c46df41cbe30fae7369946213933ac3481427b8b5d286168da2b81b38d
f2a9245f07e68b168680b1ff82b72b4a89b2eeb23bdb4e2bb63ece4eac48]]

Ralph Hubbard

| | |
|---|---|
| From: | Efile_Notice@laed.uscourts.gov |
| Sent: | Wednesday, August 04, 2010 5:07 PM |
| To: | Efile_Information@laed.uscourts.gov |
| Subject: | Activity in Case 2:09-md-02047-EEF-JCW In Re: Chinese-Manufactured Drywall Products Liability Litigation Answer to Amended Complaint |
| Categories: | Red Category |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U. S. District Court

### Eastern District of Louisiana

## Notice of Electronic Filing

The following transaction was entered by Hubbard, Ralph on 8/4/2010 at 5:07 PM CDT and filed on 8/4/2010

| | |
|---|---|
| Case Name: | In Re: Chinese-Manufactured Drywall Products Liability Litigation |
| Case Number: | 2:09-md-02047-EEF-JCW |
| Filer: | The Standard Fire Insurance Company |
| Document Number: | 4836 |

Docket Text:
***The Standard Fire Insurance Company*** **ANSWER to [1732] Amended Complaint, First COUNTERCLAIM** *for Declaratory Judgment* **against Plaintiff by The Standard Fire Insurance Company.(Reference: 10-cv-01828)(Hubbard, Ralph)**


2:09-md-02047-EEF-JCW Notice has been electronically mailed to:

Judy Y. Barrasso    jbarrasso@barrassousdin.com, ccosse@barrassousdin.com

Kerry J. Miller    kmiller@frilot.com, scavet@frilot.com

Leonard A. Davis    ldavis@hhkc.com, bblisard@hhkc.com, jepstein@hhkc.com, lflemming@hhkc.com

Phillip A. Wittmann    pwittmann@stonepigman.com, btigchelaar@stonepigman.com, cmolony@stonepigman.com, pblackman@stonepigman.com

Ralph Shelton Hubbard , III    rhubbard@lawla.com, ljackson@lawla.com

Russ M. Herman    rwestenfeld@hhkc.com

Seth Andrew Schmeeckle    sschmeeckle@lawla.com, mspadoni@lawla.com

EXHIBIT 2

**2:09-md-02047-EEF-JCW Notice has been delivered by other means to:**

Jeffery N. Luthi
One Columbus Circle, NE
Federal Judiciary Bldg. Rm. G-255
Washington, DC 20002

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1091133085 [Date=8/4/2010] [FileNumber=4191594-0]
[a4a6768140415c3a977d8b52058ad17cefeaed37b91b211820c05014c2b45b6ed6fe
06293daf57972b4e158514b01cbd49878fcb3277127738f8be7f59672b5f]]

# Ralph Hubbard

| | |
|---|---|
| **From:** | LexisNexis File & Serve [ServiceNotification@fileandserve.lexisnexis.com] |
| **Sent:** | Wednesday, August 04, 2010 5:16 PM |
| **To:** | Ralph Hubbard |
| **Subject:** | Case: 2:10cv01828; Transaction: 32499965 - Notification of Service |
| **Categories:** | Red Category |

```
To:       Ralph Shelton Hubbard
From:     LexisNexis File & Serve
Subject:  Service of Documents in Catalanotto, Mary Ann vs S A Weber Construction LLC et al
```

You are being served documents that have been electronically submitted in Catalanotto, Mary Ann vs S A Weber Construction LLC et al through LexisNexis File & Serve. The details for this transaction are listed below.

```
Court:                    LA US District Court Eastern District E-Service-Chinese Drywall
Case Name:                Catalanotto, Mary Ann vs S A Weber Construction LLC et al
Case Number:              2:10cv01828
Transaction ID:           32499965
Document Title(s):
      Plaintiff's Motion to Dismiss Defendant, Standard Fire Insurance Company, Without
Prejudice (4 pages)
      Memo in Support (5 pages)
      Proposed Order (1 page)
      Notice of Hearing (4 pages)
Authorized Date/Time:     Aug  4 2010  5:10PM CDT
Authorizer:               Leonard Davis
Authorizer's Organization:   Herman Herman Katz & Cotlar LLP
Sending Parties:
      Plaintiffs Liaison Counsel
Served Parties:
      Hartford Accident & Indemnity Company
      Hubbard, Ralph S III
```

Check for additional details (and view the documents) online at:
https://fileandserve.lexisnexis.com/Login/Login.aspx?FI=32499965 (subscriber login required)

Thank you for using LexisNexis File & Serve.

Questions? For prompt, courteous assistance please contact LexisNexis Customer Service by phone at 1-888-529-7587 (24/7).

**EXHIBIT 3**