UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 |
| | | SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| Sean and Beth Payton, et al. v. Knauf Gips, KG, et al. Case No. 09-7628 | * * * | MAJ. JUDGE WILKINSON |

**********************************

## ROBBIE & LIZABETH BRYANT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT D.R. HORTON, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Robbie & Lizabeth Bryant, hereby dismiss without prejudice all of their claims against Defendant, D. R. Horton, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Robbie & Lizabeth shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein.

Respectfully Submitted,

/s/ Christopher L. Coffin
CHRISTOPHER L. COFFIN
PENDLEY, BAUDIN & COFFIN LLP
P.O. Box 71
Plaquemine, Louisiana 70765-0071
Tele: 225/687/6396
Fax: 225/687/6398
Email: ccoffin@pbclawfirm.com
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of August, 2010.

                 /s/ Christopher L. Coffin