UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Gross et al. v. Knauf Gips KG et al.*, **Case No. 06-6990**

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT TAIAN TAISHAN PLASTERBOARD CO. LTD

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Taian Taishan Plasterboard Co., Ltd. ("Plasterboard") submit this disclosure statement.

Plasterboard states that Taishan Gypsum Co. Ltd. ("Taishan Gypsum"), a joint stock limited incorporated under the laws of the People's Republic of China, is the parent of Plasterboard. The parent of Taishan Gypsum is Beijing New Building Material Co. Ltd. ("BNBM"), also a joint stock limited incorporated under the laws of the People's Republic of China. The parent of BNBM, China National Building Material Co. Ltd. ("CNBM"), is also a joint stock limited company incorporated under the laws of the People's Republic of China. No other publicly-held corporation owns 10% or more of the stock of Plasterboard.

Respectfully submitted,


/s/  Thomas P. Owen, Jr.
Joe Cyr
Frank Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em

**Attorneys for Taian Taishan Plasterboard Co., Ltd.**

2

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement of Defendant Taian Taishan Plasterboard Co., Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of August, 2010.

/s/  Thomas P. Owen, Jr.