UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * | MDL No. 2047 |
| | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |
| | * | |

* * * * * * * * * * * ** * * * * * * ** * * * * * * ** * *

**THIS DOCUMENT RELATES TO:** *Germano et al. v. Taishan Gypsum Co., Ltd.*, *et al.,* **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.*, **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et al.*, **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.*, **Case No. 09-6990;** *State of Louisiana v. Knauf Gips KG et al.*, **Case No. 10-0340**

### RULE 7.1 DISCLOSURE STATEMENT OF
### <u>DEFENDANT TAISHAN GYPSUM CO. LTD.</u>

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for

Defendant Taishan Gypsum Co. Ltd. ("Taishan Gypsum") submit this disclosure statement.

Taishan Gypsum states that Beijing New Building Material Co. Ltd. ("BNBM"), a joint

stock limited incorporated under the laws of the People's Republic of China, is the parent of

Taishan Gypsum.  The parent of BNBM is China National Building Material Co. Ltd.

("CNBM"), also a joint stock limited company incorporated under the laws of the People's

Republic of China.  No other publicly-held corporation owns 10% or more of the stock of

Taishan Gypsum.

Respectfully submitted,


/s/  Thomas P. Owen, Jr.
Joe Cyr
Frank Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em

**Attorneys for Taishan Gypsum Co. Ltd.**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Rule 7.1 Disclosure Statement of Defendant Taishan Gypsum Co. Ltd. has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of August, 2010.

/s/  Thomas P. Owen, Jr.