UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2:09-md-02047 |
| **This document relates to:** | JUDGE FALLON |
| AMATO, ET AL. v. LIBERTY MUTUAL INS. CO., ET AL. | |
| CASE NO. 2:10-cv-00932 (E.D. La.) | MAGISTRATE WILKINSON |

## LIMITED NOTICE OF APPEARANCE

Jane M. Byrne, Michael B. Carlinsky, Joseph D. Hammond, Sarah L. Hartley, and Stephen R. Neuwirth, and the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, make an appearance as counsel of record for:

1. American Home Assurance Company as the alleged insurer of the following defendants:

    a. Gryphon Construction, LLC; and Gryphon Corporation.

2. Chartis Select Insurance Company individually and as successor-in-interest to AIG Excess Liability Insurance Company, Ltd., (f/k/a Starr Excess Liability Insurance Company, Ltd.) as the alleged insurer of the following defendants:

    a. L&W Supply Corporation d/b/a Seacoast Supply Company; and

    b. USG Corporation.

3. Chartis Specialty Insurance Company f/k/a American International Specialty Lines Insurance Company as the alleged insurer of the following defendants:

       a.     Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

       b.     Interior/Exterior Building Supply, LP; and Interior/Exterior Enterprises, LLC;

       c.     Taylor Morrison, Inc.; Taylor Morrison of Florida, Inc.; Taylor Morrison Services, Inc. d/b/a Morrison Homes, Inc.; and Morrison Homes, Inc.; and

       d.     Taylor Woodrow, Inc.; and Taylor Woodrow Communities at Vasari, LLC a/k/a Taylor Morrison Construction Company.

    4.     Illinois National Insurance Company as the alleged insurer of the following defendants:

       a.     Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

       b.     L&W Supply Corporation d/b/a Seacoast Supply Company; and

       c.     USG Corporation.

    5.     The Insurance Company of the State of Pennsylvania as the alleged insurer of defendants:

       a.     Centerline Homes, Inc.; Centerline Homes Construction, Inc.; Completed Communities II, LLC[1]; Centerline Homes at Georgetown, LLC; Centerline Homes at Delray,

---

[1] Plaintiffs allege that Completed Communities II, LLC is the successor by merger of Centerline Homes at B&A, LLC, Centerline Homes at Tradition, LLC and Centerline Port St. Luice, Ltd.

Inc.; Centerline Homes at Port St. Lucia, LLC; Centerline Port St. Luica, Ltd.; Centerline Homes at Tradition, LLC; and Centerline Homes at Vizcaya, Inc.; and

        b.      Sun Construction, LLC; Sunrise Custom Homes & Construction, LLC; Sunrise Construction & Development, LLC; Sunrise Homes/Sun Construction; Sunrise Construction; and Sunrise Homes.

    6.      Lexington Insurance Company as the alleged insurer of the following defendants:

        a.      L&W Supply Corporation d/b/a Seacoast Supply Company; and

        b.      USG Corporation.

    7.      National Union Fire Insurance Company of Pittsburgh, PA, erroneously named as National Union Fire Insurance Company and National Union Fire Insurance Company of Pittsburgh as the alleged insurer of the following defendants:

        a.      F. Vicino and Company, Inc.;

        b.      Banner Supply Co.; Banner Supply Company Ft. Myers, LLC; Banner Supply Company Pompano, LLC; Banner Supply Company Port St. Lucie, LLC; Banner Supply Company Tampa, LLC; and Banner Supply International, LLC;

        c.      L&W Supply Corporation d/b/a Seacoast Supply Company; and

        d.      USG Corporation.

Appearances on behalf of the above-listed defendants are made reserving all rights to object to jurisdiction, venue and service, and preserving all defenses. Undersigned counsel respectfully request that all pleadings, documents, notices and correspondence be served upon the undersigned in connection with this action.

DATED: August 11, 2010

Respectfully submitted:

s/Stephen R. Neuwirth
**STEPHEN R. NEUWIRTH  (S.D.N.Y   SN-5367)**
**MICHAEL B. CARLINSKY (S.D.N.Y.   MC-6594)**
**JANE M. BYRNE   (S.D.N.Y   JB-6748)**
**SARAH L. HARTLEY (S.D.N.Y. SH-28410**
**JOSEPH D. HAMMOND (S.D.N.Y. JH-3530)**

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone:  (212) 849-7000
Facsimile:  (212) 849-7100
E-mail:   stephenneuwirth@quinnemanuel.com
             michaelcarlinsky@quinnemanuel.com
             janebyrne@quinnemanuel.com
             sarahhartley@quinnemanuel.com
             josephhammond@quinnemanuel.com

**Attorneys for Defendants:**
*American Home Assurance Company, Chartis Select Insurance Company, Chartis Specialty Insurance Company, Illinois National Insurance Company, The Insurance Company of the State of Pennsylvania, Lexington Insurance Company, and National Union Fire Insurance Company of Pittsburgh, PA* (to the extent as noted above)

- 5 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing "*Notice of Appearance*" has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 11th day of August, 2010.

                                          s/Stephen R. Neuwirth
                                          STEPHEN R. NEUWIRTH