UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES.**

## ORDER

Because of technical difficulties, the Court changed the specifications for the conference call scheduled in conjunction with the monthly status conference on August 12, 2010, at 9:00 a.m. Counsel are directed to disregard the previous call-in information posted in the Minute Entry from the last monthly status conference, *see* Rec. Doc. No. 4081, and the Court's Chinese drywall MDL website's Calendar page. The new conference call-in information is as follows:

1. Dial 866-254-5935,

2. Enter confirmation number 167952.

This information will also be posted on the Court's Chinese drywall MDL website's Calendar page, located at http://www.laed.uscourts.gov/Drywall/Calendar.htm.

New Orleans, Louisiana, this 10th day of August 2010.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE