UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO ALL CASES**

**O R D E R**

Considering the Plaintiffs' Steering Committee's Motion for Leave to File and Attach Exhibits D and E to its Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With the Court's Continuing Jurisdiction Over This Litigation [Rec. Doc. 5011];

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Exhibits D and E to its Motion to Enjoin Conflicting State Court Proceedings in Muscogee County, Georgia That Interfere With the Court's Continuing Jurisdiction Over This Litigation [Rec. Doc. 5011], and said exhibits are to supplement and be attached to said motion [Rec. Doc. 5011].

New Orleans, Louisiana this _____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge