# Exhibit "D"

August 3, 2010

**Via Facsimile 504/561/6024 and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

        In Re:  Chinese Manufactured Drywall Products Liability Litigation
                 David Gross, et al. v. KNAUF, et al.
                 Case No.: 09-5845

Dear Russ and Lenny:

      My client, Catherine Avant, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                                                 Very truly yours,

                                                 Christopher L. Coffin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION "L" |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| | * | |
| David Gross, et al. v. | * | MAJ. JUDGE WILKINSON |
| Knauf Gips, KG, et al. | * | |
| Case No. 09-5845 | * | |

*********************************

## CATHERINE AVANT'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Catherine Avant, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Catherine Avant shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Christopher L. Coffin, counsel for Catherine Avant dated August 3, 2010 specifically

authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of August, 2010.

/s/ Russ M. Herman

August 3, 2010

**Via Facsimile 504/561/6024 and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

        In Re:  Chinese Manufactured Drywall Products Liability Litigation
                David Gross, et al. v. KNAUF, et al.
                Case No.: 09-5845

Dear Russ and Lenny:

      My clients, Jefferey and Ella Engel, authorize the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on their behalf to voluntarily dismiss without prejudice all of their claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving their rights and claims against any and all other defendants therein.

                                                  Very truly yours,

                                                  Christopher L. Coffin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 <br> SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-5845 | * * * | MAJ. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JEFFEREY AND ELLA ENGEL'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiffs, Jefferey and Ella Engel, hereby dismiss without prejudice all of their claims against Defendant, Lowe's Home Centers, Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Jefferey and Ella Engel shall continue to pursue their claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Christopher L. Coffin, counsel for Jefferey and Ella Engel dated

August 3, 2010 specifically authorizing the undersigned to file this Notice of Voluntary Dismissal.

                                      Respectfully Submitted,

                                      /s/ Russ M. Herman_____
                                      RUSS M. HERMAN, ESQ. (#6819)
                                      LEONARD A. DAVIS, ESQ. (#14190)
                                      STEPHEN J. HERMAN, ESQ. (#23129)
                                      Herman, Herman, Katz & Cotlar, LLP
                                      820 O'Keefe Avenue
                                      New Orleans, LA 70113
                                      Tel:  504/581/4892
                                      Fax:  504/561/6024
                                      LDavis@hhkc.com
                                      *Plaintiffs' Liaison Counsel, MDL 2047*

## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____day of August, 2010.

                                      /s/ Russ M. Herman_____

August 3, 2010

**Via Facsimile 504/561/6024 and U.S. Mail**
Leonard A. Davis, Esq.
Russ M. Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue, Suite 100
New Orleans, LA 70113

       In Re:  Chinese Manufactured Drywall Products Liability Litigation
               David Gross, et al. v. KNAUF, et al.
               Case No.: 09-5845

Dear Russ and Lenny:

    My client, Marynell Green, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on her behalf to voluntarily dismiss without prejudice all of her claims against defendant, Lowe's Home Centers, Inc. in the above referenced matter, reserving her rights and claims against any and all other defendants therein.

                                         Very truly yours,

                                         Christopher L. Coffin

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: | * * | JUDGE FALLON |
| David Gross, et al. v. Knauf Gips, KG, et al. Case No. 09-5845 | * * * | MAJ. JUDGE WILKINSON |

**************************************

## MARYNELL GREEN'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT, LOWE'S HOME CENTERS, INC.

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff, Marynell Green, hereby dismisses without prejudice all of her claims against Defendant, Lowe's Home Centers Inc. in Plaintiffs' Omnibus Complaints, reserving all rights and claims against any and all other defendants therein. Each party is to bear its own attorneys' fees and costs. Marynell Green shall continue to pursue her claims against the remaining Defendant(s) not specifically dismissed herein. Attached hereto as Exhibit "A" is correspondence from Christopher L. Coffin, counsel for Marynell Green dated August 3, 2010 specifically

authorizing the undersigned to file this Notice of Voluntary Dismissal.

Respectfully Submitted,

/s/ Russ M. Herman
RUSS M. HERMAN, ESQ. (#6819)
LEONARD A. DAVIS, ESQ. (#14190)
STEPHEN J. HERMAN, ESQ. (#23129)
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Tel: 504/581/4892
Fax: 504/561/6024
LDavis@hhkc.com
*Plaintiffs' Liaison Counsel, MDL 2047*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing **Notice of Voluntary Dismissal Without Prejudice** document has been served on Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail, email or by hand delivery and upon all parties by electronically uploading the same to Lexis/Nexis File& Serve in accordance with Pretrial Order No. 6, and the foregoing was electronically filed with the Clerk of Court of the United States Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this _____ day of August, 2010.

/s/ Russ M. Herman