# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED | ) | CASE NO. 2:09-MD-02047 |
| DRYWALL PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | SECTION L |
| | ) | |
| | ) | JUDGE FALLON |
| (*Catalanotto*, No. 10-CV-01828) | ) | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without waiver of any defenses, the undersigned law firms of Robinson & Cole and Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and their respective individual counsel, hereby give notice of their appearance as counsel for Defendant The Standard Fire Insurance Company ("Standard Fire") in the above-captioned matter.

Hartford reserves all rights and defenses, and does not waive any objections, including objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction. Undersigned counsel respectfully request that all future pleadings, documents, notices, and correspondence in connection with this action be served upon all the undersigned counsel.

1

Respectfully Submitted,

 /s/Seth A. Schmeeckle
**Ralph S. Hubbard III, La. Bar No. 7040**
**Seth A. Schmeeckle, La. Bar No. 27076**
**LaDonna G. Wilson, La. Bar No. 29102**
Lugenbuhl, Wheaton, Peck,
 Rankin & Hubbard
601 Poydras Street, Suite 2775
New Orleans, LA 70130
Telephone: (504) 568-1990
Facsimile: (504) 310-9195
e-mail: rhubbard@lawla.com
 sschmeeckle@lawla.com
 lwilson@lawla.com

And

Of Counsel:
**Stephen E. Goldman**
**Daniel F. Sullivan**
**Wystan M. Ackerman**
**Jamie M. Landry**
ROBINSON & COLE LLP
280 Trumbull Street
Hartford, CT 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
e-mail: sgoldman@rc.com
 dsullivan@rc.com
 wackerman@rc.com
 jlandry@rc.com

**Attorneys for The Standard Fire Insurance Company**

2

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Memorandum in Support of Motion to Sever has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>11th</u> day of August, 2010.

                /s/Seth A. Schmeeckle
              **Seth A. Schmeeckle, La. Bar No. 27076**