UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) | CASE NO. 2:09-MD-02047<br><br>SECTION L<br><br>JUDGE FALLON |
| (Relates to *Galloway*, 10-CV-688) | ) | MAG. JUDGE WILKINSON |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, without waiver of any defenses, the undersigned law firms of Robinson & Cole and Lugenbuhl, Wheaton, Peck, Rankin & Hubbard, and their respective individual counsel, hereby give notice of their appearance as counsel for Defendant Property & Casualty Insurance Company of Hartford ("Hartford") in the above-captioned matter.

Hartford reserves all rights and defenses, and does not waive any objections, including objections to service of process, venue, personal jurisdiction, or subject matter jurisdiction. Undersigned counsel respectfully request that all future pleadings, documents, notices, and correspondence in connection with this action be served upon all the undersigned counsel.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin
 & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail: rhubbard@lawla.com
sschmeeckle@lawla.com

**And**

**Of Counsel**

**STEPHEN E. GOLDMAN
WYSTAN ACKERMAN
GERALD P. DWYER, JR.
ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
e-mail: sgoldman@rc.com
wackerman@rc.com
gdwyer@rc.com

**Counsel for Property & Casualty Insurance Company of Hartford**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing F.R.C.P. 12(c) Memorandum in Support of Motion for Judgment on the Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this <u>11th</u> day of August, 2010.

/s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**