## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEAN AND DAWN AMATO, INDIVIDUALLY, AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED<br><br>VERSUS<br><br>LIBERTY MUTUAL INSURANCE COMPANY, ET ALS. | CLASS ACTION COMPLAINT<br>NO.  10-932<br>SECTION   "L"<br>MAG. 2 |

## NOTICE OF ATTORNEY APPEARANCE

NOW COMES defendant, Continental Casualty Company, by and through undersigned counsel, and hereby gives notice of the entry of appearance of counsel in the above-captioned matter.  Please enter the appearance of Glenn G. Goodier, as counsel for Continental Casualty Company and forward copies of all notices and/or pleadings issued or filed in the above entitled and numbered cause.

Respectfully submitted,

*/s/  Glenn G. Goodier*
GLENN G. GOODIER (#06130)
JONES, WALKER, WAECHTER, POITEVENT,
   CARRÈRE & DENÈGRE
201 St. Charles Avenue - 48th Floor
New Orleans, Louisiana 70170-5100
Tel:  504-582-8174; Fax:  504-589-8174
ggoodier@joneswalker.com
*Counsel for Continental Casualty Company*

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 11th day of August, 2010 served a copy of the foregoing pleading on counsel for all parties to this proceeding by electronic filing .

*/s/ Glenn G. Goodier*

{N2189422.1}