| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0308 | P3.0308 -0001 | P3.0308 -0001 | Leach - Post Remediation Home Inspection Quote dated 12.23.09 |
| P3.0309 | P3.0309 -0001 | P3.0309 -0001 | McKellar - Plaintiff Photo |
| P3.0311 | P3.0311 -0001 | P3.0311 -0001 | Mckellar - Property Photo |
| P3.0312 | P3.0312 -0001 | P3.0312 -0003 | McKellar - Floor Plan - ABC Consulting dated 12.01.09 |
| P3.0313 | P3.0313 -0001 | P3.0313 -0001 | McKellar - Alternative Home Rental quote dated 1.15.10 |
| P3.0314 | P3.0314 -0001 | P3.0314 -0001 | McKellar - Cable Connection - Cox bill dated 11.8.09 |
| P3.0315 | P3.0315 -0001 | P3.0315 -0001 | McKellar - Moving - A Change of Place Movers receipt dated 11.3.09 |
| P3.0316 | P3.0316 -0001 | P3.0316 -0001 | McKellar - Moving & Storage - Security Storage quote dated 1.8.10 |
| P3.0317 | P3.0317 -0001 | P3.0317 -0002 | McKellar - Moving & Storage - Security Storage quote dated 12.17.09 |
| P3.0318 | P3.0318 -0001 | P3.0318 -0001 | McKellar - Rental Apartment Admin Fees & Deposit - Featherstorne receipts dated 9.16.09 |
| P3.0319 | P3.0319 -0001 | P3.0319 -0001 | McKellar - Rental Apartment Items - Bed Bath Beyond receipt 11.28.09 |
| P3.0320 | P3.0320 -0001 | P3.0320 -0001 | McKellar - Rental Apartment Items - Canandian Tire receipt 10.26.09 |
| P3.0321 | P3.0321 -0001 | P3.0321 -0001 | McKellar - Rental Apartment Items - JCPenny receipt |
| P3.0322 | P3.0322 -0001 | P3.0322 -0001 | McKellar - Rental Apartment Items - Target receipt dated 11.08.09 |
| P3.0323 | P3.0323 -0001 | P3.0323 -0001 | McKellar - Rental Apartment Items - Target receipt dated 11.17.09 |
| P3.0324 | P3.0324 -0001 | P3.0324 -0001 | McKellar - Rental Apartment Items - Target receipt dated 12.3.09 |
| P3.0325 | P3.0325 -0001 | P3.0325 -0001 | McKellar - Rental Apartment Items - Walmart receipt dated 11.11.09 |
| P3.0326 | P3.0326 -0001 | P3.0326 -0005 | McKellar - Rental Apartment Lease - dated 11.7.09 |
| P3.0327 | P3.0327 -0001 | P3.0327 -0001 | McKellar - Rental Apartment Lease Addendum- dated 11.7.09 |
| P3.0328 | P3.0328 -0001 | P3.0328 -0001 | McKellar - Rental Apartment Move Out Cleaning - Molly Maid Statement dated 12.16.09 |
| P3.0329 | P3.0329 -0001 | P3.0329 -0001 | McKellar - Rental Apartment Pet Deposit - Check dated 12.14.09 |
| P3.0330 | P3.0330 -0001 | P3.0330 -0001 | McKellar - Rental Apartment Rent Payment - Featherstone receipt dated 11.6.09 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0331 | P3.0331 -0001 | P3.0331 -0001 | McKellar - Rental Apartment Rent Payment - Featherstone receipt dated 11.20.09 |
| P3.0332 | P3.0332 -0001 | P3.0332 -0003 | McKellar - Rental Furniture - Cort quote dated 12.13.09 |
| P3.0333 | P3.0333 -0001 | P3.0333 -0006 | McKellar - Renters Insurance - Allstate Policy dated 11.9.09 |
| P3.0334 | P3.0334 -0001 | P3.0334 -0001 | McKellar - Storage - Space Mart quote dated 12.2.09 |
| P3.0341 | P3.0341 -0001 | P3.0341 -0010 | McKellar - Salary Verification of Preston McKellar |
| P3.0342 | P3.0342 -0001 | P3.0342 -0001 | McKellar - School Year Calendar - 2009-2010 |
| P3.0343 | P3.0343 -0001 | P3.0343 -0005 | McKellar - Deferral Documents - Chase Home Finance dated 12.11.09 |
| P3.0344 | P3.0344 -0001 | P3.0344 -0001 | McKellar - City of Newport News Assessment Notice - Effective 7.1.09 |
| P3.0346 | P3.0346 -0001 | P3.0346 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.06 - 6.30.06 |
| P3.0347 | P3.0347 -0001 | P3.0347 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.07 - 6.30.07 |
| P3.0348 | P3.0348 -0001 | P3.0348 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.08 - 6.30.08 |
| P3.0349 | P3.0349 -0001 | P3.0349 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 1.1.09 - 6.30.09 |
| P3.0350 | P3.0350 -0001 | P3.0350 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 7.1.05 - 12.31.05 |
| P3.0351 | P3.0351 -0001 | P3.0351 -0001 | McKellar - Tax Bill - City of Newport News - Tax period 7.1.07 - 12.31.07 |
| P3.0352 | P3.0352 -0001 | P3.0352 -0001 | McKellar - Tax Bill payment dated 5.8.09 |
| P3.0353 | P3.0353 -0001 | P3.0353 -0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.06 - 12.31.06 |
| P3.0354 | P3.0354 -0001 | P3.0354 -0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.08 - 12.31.08 |
| P3.0355 | P3.0355 -0001 | P3.0355 -0002 | McKellar - Tax Bills - City of Newport News - Tax period 7.1.09 - 12.31.09 |
| P3.0356 | P3.0356 -0001 | P3.0356 -0001 | McKellar - Tax Levy History - 2005-2009 |
| P3.0357 | P3.0357 -0001 | P3.0357 -0003 | McKellar - Certified Copy of Deed dated 8.31.06 |
| P3.0358 | P3.0358 -0001 | P3.0358 -0003 | McKellar - Certified Copy of Deed of Gift dated 5.29.08 |
| P3.0360 | P3.0360 -0001 | P3.0360 -0012 | McKeller- Appraisal 1008 Hollymeade Circl |

46

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0363 | P3.0363 -0001 | P3.0363 -0001 | McKellar -  Promissory Note dated 5.29.08 |
| P3.0364 | P3.0364 -0001 | P3.0364 -0011 | Appraisal 1008 Hollymeade Drive |
| P3.0366 | P3.0366 -0001 | P3.0366 -0002 | McKellar - Settlement Statement dated 5.29.08 |
| P3.0367 | P3.0367 -0001 | P3.0367 -0001 | McKellar - Box Fan Purchase - Walmart Receipt |
| P3.0368 | P3.0368 -0001 | P3.0368 -0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 1.13.09 |
| P3.0369 | P3.0369 -0001 | P3.0369 -0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 2.20.07 |
| P3.0370 | P3.0370 -0001 | P3.0370 -0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 3.19.07 |
| P3.0371 | P3.0371 -0001 | P3.0371 -0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 4.25.07 |
| P3.0372 | P3.0372 -0001 | P3.0372 -0001 | McKellar - Gas Fireplace Repair - Fireside Order dated 10.3.06 |
| P3.0373 | P3.0373 -0001 | P3.0373 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 1.21.09 |
| P3.0374 | P3.0374 -0001 | P3.0374 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 2.18.09 |
| P3.0375 | P3.0375 -0001 | P3.0375 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 3.15.07 |
| P3.0376 | P3.0376 -0001 | P3.0376 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 3.20.07 |
| P3.0377 | P3.0377 -0001 | P3.0377 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 4.27.07 |
| P3.0378 | P3.0378 -0001 | P3.0378 -0001 | McKellar - Gas Fireplace Repair - Fireside Work Order dated 10.5.06 |
| P3.0379 | P3.0379 -0001 | P3.0379 -0001 | McKellar - Hard Drive Repair - Amazon.com Receipt dated 6.6.09 |
| P3.0380 | P3.0380 -0001 | P3.0380 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 2.19.07 |
| P3.0381 | P3.0381 -0001 | P3.0381 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.22.08 |
| P3.0382 | P3.0382 -0001 | P3.0382 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.25.08 |
| P3.0383 | P3.0383 -0001 | P3.0383 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 7.28.08 |
| P3.0385 | P3.0385 -0001 | P3.0385 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.3.07 |
| P3.0386 | P3.0386 -0001 | P3.0386 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.5.08 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0387 | P3.0387 -0001 | P3.0387 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.30.07 |
| P3.0388 | P3.0388 -0001 | P3.0388 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 8.31.07 |
| P3.0389 | P3.0389 -0001 | P3.0389 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 10.17.06 |
| P3.0390 | P3.0390 -0001 | P3.0390 -0001 | McKellar - HVAC Repair - Riverside Invoice dated 11.06.07 |
| P3.0391 | P3.0391 -0001 | P3.0391 -0001 | McKellar - HVAC Repair - Riverside Service Agreement dated 7.22.08 |
| P3.0392 | P3.0392 -0001 | P3.0392 -0001 | McKellar - Paint Repair - Ace Hardware Reciept dated 9.6.08 |
| P3.0393 | P3.0393 -0001 | P3.0393 -0001 | McKellar - Portable AC - Lowes receipt dated 6.11.09 |
| P3.0394 | P3.0394 -0001 | P3.0394 -0001 | McKellar - Dry Cleaning Estimate - Zoots Quote dated 12.16.09 |
| P3.0397 | P3.0397 -0001 | P3.0397 -0001 | McKellar - Post Remediation Inspection Quote dated 12.23.09 |
| P3.0398 | P3.0398 -0001 | P3.0398 -0001 | Morgan - Property Photo |
| P3.0399 | P3.0399 -0001 | P3.0399 -0001 | Morgan - Plaintiff Photo |
| P3.0400 | P3.0400 -0001 | P3.0400 -0017 | Morgan - Plaintiff Profile Form 11.23.09 |
| P3.0401 | P3.0401 -0001 | P3.0401 -0002 | Morgan - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0402 | P3.0402 -0001 | P3.0402 -0002 | Morgan - Cable - Cox Cable bill dated 7.21.09 |
| P3.0403 | P3.0403 -0001 | P3.0403 -0001 | Morgan - Certification of William Morgan re CDW moving expenses dated 1.18.10 |
| P3.0404 | P3.0404 -0001 | P3.0404 -0003 | Morgan - Concurrent CDW & Rental Utilities |
| P3.0405 | P3.0405 -0001 | P3.0405 -0001 | Morgan - Moving - Uhaul receipt - dated 5.6.09 |
| P3.0406 | P3.0406 -0001 | P3.0406 -0001 | Morgan - Power - Dominion bill dated 7.10.09 |
| P3.0407 | P3.0407 -0001 | P3.0407 -0014 | Morgan - Receipt Lease - dated 6.2.09 |
| P3.0408 | P3.0408 -0001 | P3.0408 -0016 | Morgan - Bankruptcy documents dated 7.21.09 |
| P3.0409 | P3.0409 -0001 | P3.0409 -0001 | Morgan - Chapter 13 Bankruptcy receipt dated 7.2.09 |
| P3.0410 | P3.0410 -0001 | P3.0410 -0001 | Morgan- Deborah Morgan pay stub dated 12.21.09 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0411 | P3.0411 -0001 | P3.0411 -0001 | Morgan- William Morgan Form 1099-R- 2009 |
| P3.0412 | P3.0412 -0001 | P3.0412 -0001 | Morgan- William Morgan pay stub dated 12.24.09 |
| P3.0418 | P3.0418 -0001 | P3.0418 -0002 | Morgan - James City County Property Tax Assessment - 2007 - 2009 |
| P3.0419 | P3.0419 -0001 | P3.0419 -0003 | Morgan - Certified Copy of Deed - dated 5.31.06 |
| P3.0421 | P3.0421 -0001 | P3.0421 -0003 | Morgan - Settlement Statement - dated 7.14.06 |
| P3.0422 | P3.0422 -0001 | P3.0422 -0002 | Morgan - Payment ltr to Borrower - 1st Mortgage |
| P3.0423 | P3.0423 -0001 | P3.0423 -0004 | Morgan - 2nd Mortgage Note - dated 5.10.07 |
| P3.0424 | P3.0424 -0001 | P3.0424 -0002 | Morgan - Payment ltr to Borrower - 2nd Mortgage |
| P3.0425 | P3.0425 -0001 | P3.0425 -0001 | Morgan - CitiMortgage Statement - 1st Mortgage - dated 5.6.09 |
| P3.0426 | P3.0426 -0001 | P3.0426 -0018 | Morgan - Appraisal 8495 Ashington Way |
| P3.0427 | P3.0427 -0001 | P3.0427 -0001 | Morgan - Settlement Statement - 1st Mortgage dated 5.10.07 |
| P3.0428 | P3.0428 -0001 | P3.0428 -0001 | Morgan - Settlement Statement - 2nd Mortgage dated 5.10.07 |
| P3.0429 | P3.0429 -0001 | P3.0429 -0001 | Morgan - Wells Fargo Statement - 2nd Mortgage - dated 5.18.09 |
| P3.0430 | P3.0430 -0001 | P3.0430 -0001 | Morgan - External Harddrive Purchased |
| P3.0431 | P3.0431 -0001 | P3.0431 -0002 | Morgan - Fire Extinguishers Purchased |
| P3.0433 | P3.0433 -0001 | P3.0433 -0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 1.18.09 |
| P3.0434 | P3.0434 -0001 | P3.0434 -0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.3.09 |
| P3.0435 | P3.0435 -0001 | P3.0435 -0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.6.09 |
| P3.0436 | P3.0436 -0001 | P3.0436 -0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 3.30.09 |
| P3.0437 | P3.0437 -0001 | P3.0437 -0001 | Morgan - HVAC Repair - Tommy Garner - Invoice dated 4.26.07 |
| P3.0438 | P3.0438 -0001 | P3.0438 -0001 | Morgan - Plumbing Repair - West Plumbing & Heating - Invoice dated 8.21.08 |
| P3.0440 | P3.0440 -0001 | P3.0440 -0001 | Morgan - Post Remediation Inspection Quote - Ken Melton - dated 12.23.09 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0441 | P3.0441 -0001 | P3.0441 -0001 | Michaux - Plaintiff Photo |
| P3.0443 | P3.0443 -0001 | P3.0443 -0001 | Michaux - Property Photo |
| P3.0444 | P3.0444 -0001 | P3.0444 -0003 | Michaux - Floor Plan - ABC Consulting dated 12.01.09 |
| P3.0445 | P3.0445 -0001 | P3.0445 -0001 | Michaux - Apartment Rent Statement - dated 10.22.09 |
| P3.0446 | P3.0446 -0001 | P3.0446 -0001 | Michaux - Apartment Rent Statement - dated 11.20.09 |
| P3.0447 | P3.0447 -0001 | P3.0447 -0001 | Michaux - Evidence of Rent Payment - dated 9.9.09 |
| P3.0448 | P3.0448 -0001 | P3.0448 -0001 | Michaux - Evidence of Renters Insurance - Farmers Insurance - effective date 9.4.09 |
| P3.0449 | P3.0449 -0001 | P3.0449 -0021 | Michaux - Lease No. 1 - Kiln Creek Apartments - dated 9.4.09 |
| P3.0450 | P3.0450 -0001 | P3.0450 -0010 | Michaux - Lease No. 2 - William Wood Associates - dated 1.7.10 |
| P3.0451 | P3.0451 -0001 | P3.0451 -0002 | Michaux - Memorandum of Renters Fire Insurance - Farmers Insurance - effective date 9.4.09 |
| P3.0452 | P3.0452 -0001 | P3.0452 -0001 | Michaux - Rental Furniture Quote - Aarons Furniture - dated 12.14.09 |
| P3.0453 | P3.0453 -0001 | P3.0453 -0002 | Michaux - Rental Mattress Quote - Cort Furniture - dated 12.14.09 |
| P3.0455 | P3.0455 -0001 | P3.0455 -0002 | Michaux - Personal Line of Credit - used to pay rent |
| P3.0456 | P3.0456 -0001 | P3.0456 -0003 | Michaux - Mortgage Forebearance Documents - Bank of America - dated 12.4.09 |
| P3.0457 | P3.0457 -0001 | P3.0457 -0001 | Michaux- Bank of America Notice dated 11.23.09 |
| P3.0458 | P3.0458 -0001 | P3.0458 -0001 | Michaux- Bank of America Statement dated 11.19.09 |
| P3.0459 | P3.0459 -0001 | P3.0459 -0001 | Michaux - City of Newport News Notice of Assessment (reduced Improvements value) effective 7.1.09 |
| P3.0460 | P3.0460 -0001 | P3.0460 -0001 | Michaux - City of Newport News Notice of Assessment effective 7.1.09 |
| P3.0461 | P3.0461 -0001 | P3.0461 -0005 | Michaux - City of Newport News Parcel Property Information |
| P3.0463 | P3.0463 -0001 | P3.0463 -0001 | Michaux - City of Newport News Tax Assessment - dated 7.1.09 |
| P3.0464 | P3.0464 -0001 | P3.0464 -0003 | Michaux - Certified Copy of Deed - dated 10.27.07 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0466 | P3.0466 -0001 | P3.0466 -0004 | Michaux- HUD1 Settlement Statement |
| P3.0467 | P3.0467 -0001 | P3.0467 -0002 | Michaux - Settlement Statement - dated 5.6.09 |
| P3.0468 | P3.0468 -0001 | P3.0468 -0001 | Michaux - Truth in Lending Disclosure Statement 5.6.09 |
| P3.0469 | P3.0469 -0001 | P3.0469 -0001 | Michaux- Bank of America Statement dated 6.08.09 |
| P3.0470 | P3.0470 -0001 | P3.0470 -0001 | Michaux- Bank of America Statement dated 7.07.09 |
| P3.0471 | P3.0471 -0001 | P3.0471 -0001 | Michaux- Bank of America Statement dated 8.06.09 |
| P3.0472 | P3.0472 -0001 | P3.0472 -0001 | Michaux- Definition of Truth-In-Lending Terms |
| P3.0473 | P3.0473 -0001 | P3.0473 -0002 | Michaux- Fulton Bank Mortgage Billing Statement dated 5.22.09 |
| P3.0474 | P3.0474 -0001 | P3.0474 -0002 | Michaux - Drycleaning Estimate - Swan Cleaners dated 12.28.09 |
| P3.0476 | P3.0476 -0001 | P3.0476 -0001 | Michaux - Post Remediation Inspection Quote - Ken Melton dated 12.23.09 |
| P3.0478 | P3.0478 -0001 | P3.0478 -0002 | Michaux - Box Fan - Home Depot receipts 9.3.09 & 9.4.09 |
| P3.0479 | P3.0479 -0001 | P3.0479 -0001 | Michaux - Drycleaning - Ace Cleaners payment posted 11.5.09 |
| P3.0480 | P3.0480 -0001 | P3.0480 -0001 | Michaux - HVAC Drawing |
| P3.0481 | P3.0481 -0001 | P3.0481 -0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 7.29.09 |
| P3.0482 | P3.0482 -0001 | P3.0482 -0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 8.14.09 |
| P3.0483 | P3.0483 -0001 | P3.0483 -0001 | Michaux - HVAC Repair - Duval Heating - Invoice dated 8.17.09 |
| P3.0484 | P3.0484 -0001 | P3.0484 -0001 | Michaux - HVAC Repair - Indoor Air Systems - Work Order dated 7.27.09 |
| P3.0485 | P3.0485 -0001 | P3.0485 -0001 | Michaux - HVAC Repair - Maximum Air - Email dated 8.14.09 |
| P3.0486 | P3.0486 -0001 | P3.0486 -0001 | Michaux - HVAC Repair - Service Mechanical - Invoice dated 8.19.09 |
| P3.0487 | P3.0487 -0001 | P3.0487 -0001 | Michaux - Plumbing Repair - Roto Rooter - Ticket dated 8.2.09 |
| P3.0490 | P3.0490 -0001 | P3.0490 -0003 | Michaux - Porter Blaine Board Stocking - dated 3.8.07 - 3.13.07 |
| P3.0491 | P3.0491 -0001 | P3.0491 -0003 | Michaux - Porter Blaine Ind Subcont App for Payment - dated 6.15.07-6.21.07 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0492 | P3.0492-0001 | P3.0492-0001 | Michaux - Porter Blaine Invoice - dated 6.19.07 |
| P3.0493 | P3.0493-0001 | P3.0493-0001 | Michaux - Porter Blaine Unit Cost Report - dated 3.13.07 |
| P3.0494 | P3.0494-0001 | P3.0494-0001 | Michaux - Venture Supply Invoice - dated 4.6.07 |
| P3.0495 | P3.0495-0001 | P3.0495-0001 | Michaux - Venture Supply Invoice - dated 6.11.07 |
| P3.0496 | P3.0496-0001 | P3.0496-0001 | Orlando - Plaintiff Photo |
| P3.0498 | P3.0498-0001 | P3.0498-0001 | Orlando - Property Photo |
| P3.0499 | P3.0499-0001 | P3.0499-0002 | Orlando - Floor Plan - ABC Consulting Floor dated 11.23.09 |
| P3.0500 | P3.0500-0001 | P3.0500-0003 | Orlando - Certified Copy of Deed |
| P3.0502 | P3.0502-0001 | P3.0502-0001 | Orlando - Lawn Care Estimate - Top Notch Tree Service - dated 12.16.09 |
| P3.0503 | P3.0503-0001 | P3.0503-0001 | Orlando - Moving Quote - ABetterMove - dated 12.15.09 |
| P3.0504 | P3.0504-0001 | P3.0504-0002 | Orlando - Pool Maintenance Quote - JPS Pool & Spa - dated 12.15.09 |
| P3.0505 | P3.0505-0001 | P3.0505-0002 | Orlando - Renters Insurance Quote - Allstate - dated 11.23.09 |
| P3.0506 | P3.0506-0001 | P3.0506-0006 | Orlando - Residential Lease - effective 2.1.10 |
| P3.0507 | P3.0507-0001 | P3.0507-0001 | Orlando – letter from American Eastern to Orlandos dated 7/16/09 |
| P3.0508 | P3.0508-0001 | P3.0508-0007 | Orlando - HomePro Inspection Report - dated 8.7.09 |
| P3.0509 | P3.0509-0001 | P3.0509-0006 | Orlando - Bank of America documents re Mortgage Deferral - date 11.23.09 |
| P3.0511 | P3.0511-0001 | P3.0511-0001 | Orlando - ltr to Bank of America re Mortgage Deferral - dated 10.14.09 |
| P3.0512 | P3.0512-0001 | P3.0511-0001 | Orlando - ltr to Bank of America re Mortgage Deferral - dated 12.14.09 |
| P3.0513 | P3.0513-0001 | P3.0513-0002 | Orlando - Monthly Statement - Bank of America - dated 10.08.09 |
| P3.0516 | P3.0516-0001 | P3.0516-0007 | Orlando - Amortization Schedule - dated 6.4.09 |
| P3.0517 | P3.0517-0001 | P3.0517-0001 | Orlando - First Payment Letter - dated 6.4.09 |
| P3.0519 | P3.0519-0001 | P3.0519-0008 | Orlando Appraisal 4091 Dunbarton Circle |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0521 | P3.0521 -0001 | P3.0521 -0002 | Orlando - Settlement Statement dated 6.4.09 |
| P3.0522 | P3.0522 -0001 | P3.0522 -0001 | Orlando - Truth in Lending Disclosure Statement - dated 6.4.09 |
| P3.0523 | P3.0523 -0001 | P3.0523 -0001 | Orlando - Carpet Cleaning - Tidewater Carpet receipt dated 6.7.09 |
| P3.0524 | P3.0524 -0001 | P3.0524 -0001 | Orlando - HVAC Repair - Atlantic Constructors Correspondence - dated 8.14.09 |
| P3.0525 | P3.0525 -0001 | P3.0525 -0001 | Orlando - Inspection - HomePro Inspection Receipt - dated 8.6.09 |
| P3.0526 | P3.0526 -0001 | P3.0526 -0003 | Orlando - Paint Purchases - Lowes - 8.17.09 - 10.27.09 |
| P3.0527 | P3.0527 -0001 | P3.0527 -0002 | Orlando - Paint Purchases - Lowes - 8.21.09 - 11.08.09 |
| P3.0528 | P3.0528 -0001 | P3.0528 -0001 | Orlando - Paint Supplies - Receipt dated 6.6.09 |
| P3.0529 | P3.0529 -0001 | P3.0529 -0001 | Orlando - Plumbing Repair - 1st Choice Plumbing Invoice - dated 8.27.09 |
| P3.0530 | P3.0530 -0001 | P3.0530 -0001 | Orlando - Drycleaning Quote - Zoots - dated 12.11.09 |
| P3.0532 | P3.0532 -0001 | P3.0532 -0001 | Orlando - Post Remediation Inspection Quote - Ken Melton - dated 12.23.09 |
| P3.0534 | P3.0534 -0001 | P3.0534 -0001 | Heischober- Chase Escrow Account Disclosure dated 7.30.09 |
| P3.0535 | P3.0535 -0001 | P3.0535 -0002 | Heischober- Chase Home Finance Transaction History dated 9.10.09 |
| P3.0536 | P3.0536 -0001 | P3.0536 -0001 | Heischober- Property Valuation Record |
| P3.0537 | P3.0537 -0001 | P3.0537 -0001 | Leach- Acknowledgment of Receipt of Settlement Statement |
| P3.0538 | P3.0538 -0001 | P3.0538 -0001 | McKellar- Dominion Power statement from 12.08 to 12.09 |
| P3.0539 | P3.0539 -0001 | P3.0539 -0001 | McKellar- State Farm Payment posted 8.28.09 |
| P3.0540 | P3.0540 -0001 | P3.0540 -0001 | McKellar-Dominion Power bill dated 10.5.09 |
| P3.0542 | P3.0542 -0001 | P3.0542 -0002 | Baldwin - Floor Plan - ABC Consulting dated 11.23.09 |
| P3.0544 | P3.0544 -0001 | P3.0544 -0245 | Kenneth Acks Expert Report in Drywall (00087464) |
| P3.0545 | P3.0545 -0001 | P3.0545 -0054 | Dr. Kenneth Acks Supplemental Report (00089230) |
| P3.0546 | P3.0546 -0001 | P3.0546 -0039 | Maloney.FMV |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0547 | P3.0547 -0001 | P3.0547 -0016 | Maloney.Replacement Value & Affidavit |
| P3.0548 | P3.0548 -0001 | P3.0548 -0016 | Tuthill Supplemental Report 1-18-10 |
| P3.0549 | P3.0549 -0001 | P3.0549 -0003 | Tuthill Supplemental Report 1-20-10 - Revised Orlando |
| P3.0550 | P3.0550 -0001 | P3.0550 -0067 | Expert Report - Tuthill |
| P3.0551 | P3.0551 -0001 | P3.0551 -0001 | Acks Exhibit 1 |
| P3.0552 | P3.0552 -0001 | P3.0552 -0001 | Acks Exhibit 2a |
| P3.0553 | P3.0553 -0001 | P3.0553 -0001 | Acks Exhibit 2b |
| P3.0554 | P3.0554 -0001 | P3.0554 -0001 | Acks Exhibit 2c |
| P3.0555 | P3.0555 -0001 | P3.0555 -0004 | Acks Exhibit 3 |
| P3.0556 | P3.0556 -0001 | P3.0556 -0014 | Acks Exhibit 4a |
| P3.0557 | P3.0557 -0001 | P3.0557 -0014 | Acks Exhibit 4b |
| P3.0558 | P3.0558 -0001 | P3.0558 -0014 | Acks Exhibit 4c |
| P3.0559 | P3.0559 -0001 | P3.0559 -0014 | Acks Exhibit 4d |
| P3.0560 | P3.0560 -0001 | P3.0560 -0013 | Acks Exhibit 4e |
| P3.0561 | P3.0561 -0001 | P3.0561 -0013 | Acks Exhibit 4f |
| P3.0562 | P3.0562 -0001 | P3.0562 -0013 | Acks Exhibit 4k |
| P3.0563 | P3.0563 -0001 | P3.0563 -0001 | Acks Exhibit 5 |
| P3.0564 | P3.0564 -0001 | P3.0564 -0001 | Acks Exhibit 6 |
| P3.0565 | P3.0565 -0001 | P3.0565 -0007 | Acks Exhibit 7 |
| P3.0566 | P3.0566 -0001 | P3.0566 -0015 | Acks Exhibit 8 |
| P3.0567 | P3.0567 -0001 | P3.0567 -0001 | Acks Exhibit 9 |
| P3.0568 | P3.0568 -0001 | P3.0568 -0001 | Acks Exhibit 10 |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0569 | P3.0569 -0001 | P3.0569 -0001 | Acks Exhibit 11 |
| P3.0570 | P3.0570 -0001 | P3.0570 -0001 | Acks Exhibit 12 |
| P3.0571 | P3.0571 -0001 | P3.0571 -0001 | Heischober- Wastewater bill-HRSD bill dated 9.25.09 |
| P3.0598 | P3.0598 -0001 | P3.0598 -0001 | Summary Table of Results of Contingent Valuation Survey |
| P3.0599 | P3.0599 -0001 | P3.0599 -0004 | Notice of Depo of J.C. Tuthill 2010-2-2 FILED |
| P3.0601 | P3.0601 -0001 | P3.0601 -0001 | Baldwin- James City County Notice of Real Estate Assessment Change for tax year 2010 |
| P3.0602 | P3.0602 -0001 | P3.0602 -0002 | Baldwin- James City County Property Tax Assessments 2007, 2008, 2009 |
| P3.0603 | P3.0603 -0001 | P3.0603 -0001 | Baldwin- James City County email re assessed value reduction dated 12.11.09 |
| P3.0604 | P3.0604 -0001 | P3.0604 -0001 | Orlando- Good Faith Estimate dated 6.2.09 |
| P3.0605 | P3.0605 -0001 | P3.0605 -0001 | Orlando- Truth in Lending Disclosure Statement dated 6.4.09 (2) |
| P3.0607 | P3.0607 -0001 | P3.0607 -0001 | Orlando- Bank of America letter re CDW dated 11.3.09 |
| P3.0608 | P3.0608 -0001 | P3.0608 -0002 | Leach- James City County Tax Assessments 2007, 2008 and 2009 |
| P3.0609 | P3.0609 -0001 | P3.0609 -0003 | Tuthill Depo Notice by Kerry Miller |
| P3.0610 | P3.0610 -0001 | P3.0610 -0002 | McKellar- Settlement Statement dated 5.29.08 |
| P3.0611 | P3.0611 -0001 | P3.0611 -0001 | McKellar- Total Mortgage Svcs Lock-In Agreement |
| P3.0612 | P3.0612 -0001 | P3.0612 -0001 | McKellar- Total Mortgage Svcs Payment Letter-payments begin 7.1.08 |
| P3.0613 | P3.0613 -0001 | P3.0613 -0001 | McKellar-Gas Fireplace Repair-Fireside fax dated 11.19.09 |
| P3.0614 | P3.0614 -0001 | P3.0614 -0001 | McKellar- Cable bill- Cox bill dated 11.8.09 |
| P3.0615 | P3.0615 -0001 | P3.0615 -0001 | McKellar- Lease Submeterin Allocation Addendum dated 11.6.09 |
| P3.0616 | P3.0616 -0001 | P3.0616 -0003 | McKellar- City of Newport News Parcel Property Information |
| P3.0618 | P3.0618 -0001 | P3.0618 -0001 | Morgan - Tommy Garner |
| P3.0619 | P3.0619 -0001 | P3.0619 -0009 | Morgan - Income Tax Return |

| Trial Exhibit | Begin Range | End Range | Description |
|---|---|---|---|
| P3.0620 | P3.0620 -0001 | P3.0620 -0001 | Tuthill Reliance Letter 1.20.10 |
| P3.0621 | P3.0621 -0001 | P3.0621 -0001 | Tuthill Supplemental Reliance Letter 1.29.10 |
| P3.0622 | P3.0622 -0001 | P3.0622 -0015 | Tuthill Revised Supplemental Report 2.3.10 |
| P3.0625 | P3.0625 -0001 | P3.0625 -0002 | FRE 1006 Summary of HVAC Coil Failure Data |
| P3.0626 | P3.0626 -0001 | P3.0626 -0020 | FRE Summary of Deliveries of Venture / Taihe Drywall and Supporting Documents |
| P3.0627 | P3.0627 -0001 | P3.0627 -0001 | Heischober, 8-15-08 Work Order |
| P3.0628 | P3.0628 -0001 | P3.0628 -0001 | Heischober, 11-25-09 work order |
| P3.0629 | P3.0629 -0001 | P3.0629 -0511 | Taishan & BNBM - Structure/Government Control |
| P3.0629 | P3.0629 -1000 | P3.0629 -1007 | Affidavit of Russ Herman relating to Taishan & BNBM - Structure/Government Control |
| P3.0630 | P3.0630 -0001 | P3.0630 -0001 | Heischober - Metro Mechanical HVAC Invoice December 18, 2009 (00046573) |
| P3.0633 | P3.0633 -0001 | P3.0633 -0002 | Nguyen Floor Plan |
| P3.0634 | P3.0634 -0001 | P3.0634 -0003 | Photo of BDM5, lamp cord, Morgan household (Nov. 22, 2009) |
| P3.0635 | P3.0625 -0001 | P3.0625 -0035 | FRE 1006 Summary of HVAC Coil Failure Data |
| P3.0636 | P3.0636 -0001 | P3.0636 -0001 | Baldwin--2nd floor HVAC schematic with samples |
| P3.0637 | P3.0637 -0001 | P3.0637 -0014 | Supplemental Report  from JC Tuthill. |
| P4.0002 | P4.0002 -0001 | P4.0002 -0166 | Expert Report of Rutila, Dean A. and Nelson, Peter E. (SGH) (Feb. 12, 2010) |
| P4.0003 | P4.0003 -0001 | P4.0003 -0031 | Expert Report of Krantz, Bradley D. (CTL) (Feb. 12, 2010) |
| P4.0007 | P4.0007 -0001 | P4.0007 -0189 | Expert Report of Streit, Lori (Feb. 12, 2010) |
| P4.0008 | P4.0008 -0001 | P4.0008 -0045 | Expert Report of Bailey, Ronald (Feb. 12, 2010) |

## DEPOSITION TRANSCRIPTS AND EXHIBITS

| DEPOSITION | DATE |
|---|---|
| **Samuel G. Porter Deposition Transcript** | **12/16/09** |
| VPB Exhibit 1 | |
| VPB Exhibit 2 | |
| VPB Exhibit 3 | |
| VPB Exhibit 4 | |
| VPB Exhibit 5 | |
| VPB Exhibit 6 | |
| VPB Exhibit 9 | |
| VPB Exhibit 10 | |
| VPB Exhibit 11 | |
| VPB Exhibit 13 | |
| VPB Exhibit 14 | |
| VPB Exhibit 17 | |
| VPB Exhibit 18 | |
| VPB Exhibit 21 | |
| VPB Exhibit 22 | |
| VPB Exhibit 24 | |
| VPB Exhibit 25 | |
| VPB Exhibit 27 | |
| VPB Exhibit 28 | |
| VPB Exhibit 31 | |
| VPB Exhibit 32 | |
| VPB Exhibit 36 | |
| VPB Exhibit 39 | |
| VPB Exhibit 46 | |
| VPB Exhibit 49 | |
| VPB Exhibit 50 | |
| VPB Exhibit 52 | |
| VPB Exhibit 54 | |

| DEPOSITION | DATE |
|---|---|
| VPB Exhibit 57 | |
| VPB Exhibit 66 | |
| VPB Exhibit 67 | |
| VPB Exhibit 68 | |
| VPB Exhibit 69 | |
| VPB Exhibit 71 | |
| VPB Exhibit 72 | |
| VPB Exhibit 73 | |
| VPB Exhibit 74 | |
| VPB Exhibit 75 | |
| VPB Exhibit 76 | |
| VPB Exhibit 77 | |
| VPB Exhibit 78 | |
| VPB Exhibit 81 | |
| VPB Exhibit 83 | |
| VPB Exhibit 84 | |
| VPB Exhibit 87 | |
| VPB Exhibit 88 | |
| VPB Exhibit 91 | |
| VPB Exhibit 92 | |
| VPB Exhibit 93 | |
| VPB Exhibit 94 | |
| VPB Exhibit 95 | |
| VPB Exhibit 96 | |
| VPB Exhibit 97 | |
| VPB Exhibit 99 | |
| VPB Exhibit 100 | |
| VPB Exhibit 101 | |
| VPB Exhibit 102 | |
| VPB Exhibit 102A | |
| VPB Exhibit 103 | |

| DEPOSITION | DATE |
|---|---|
| VPB Exhibit 104 | |
| VPB Exhibit 105 | |
| VPB Exhibit 106 | |
| VPB Exhibit 107 | |
| VPB Exhibit 108 | |
| VPB Exhibit 111 | |
| VPB Exhibit 114 | |
| VPB Exhibit 115 | |
| VPB Exhibit 116 | |
| VPB Exhibit 117 | |
| VPB Exhibit 118 | |
| VPB Exhibit 119 | |
| VPB Exhibit 120 | |
| VPB Exhibit 121 | |
| VPB Exhibit 123 | |
| VPB Exhibit 125 | |
| VPB Exhibit 126 | |
| VPB Exhibit 127 | |
| VPB Exhibit 129 | |
| VPB Exhibit 130 | |
| VPB Exhibit 131 | |
| VPB Exhibit 132 | |
| VPB Exhibit 133 | |
| VPB Exhibit 135 | |
| VPB Exhibit 148 | |
| VPB Exhibit 151 | |
| VPB Exhibit 153 | |
| VPB Exhibit 154 | |
| VPB Exhibit 155 | |
| VPB Exhibit 156 | |
| VPB Exhibit 161 | |

| DEPOSITION | DATE |
|---|---|
| VPB Exhibit 162 | |
| VPB Exhibit 163 | |
| VPB Exhibit 164 | |
| VPB Exhibit 165A | |
| VPB Exhibit 165B | |
| VPB Exhibit 165C | |
| VPB Exhibit 165D | |
| VPB Exhibit 166 | |
| VPB Exhibit 167 | |
| VPB Exhibit 168 | |
| VPB Exhibit 169 | |
| VPB Exhibit 170 | |
| VPB Exhibit 171 | |
| VPB Exhibit 172 | |
| VPB Exhibit 173 | |
| VPB Exhibit 174 | |
| VPB Exhibit 175 | |
| VPB Exhibit 176 | |
| **Matthew J. Perricone Deposition Transcript** | **1/21/10** |
| Perricone Exhibit 1 | |
| Perricone Exhibit 2 | |
| Perricone Exhibit 3 | |
| Perricone Exhibit 4 | |
| Perricone Exhibit 5 | |
| Perricone Exhibit 6 | |
| Perricone Exhibit 7 | |
| Perricone Exhibit 8 | |
| Perricone Exhibit 9 | |
| Perricone Exhibit 10 | |
| Perricone Exhibit 11 | |
| Perricone Exhibit 12 | |

| DEPOSITION | DATE |
|---|---|
| Perricone Exhibit 13 | |
| Perricone Exhibit 14 | |
| Perricone Exhibit 15 | |
| Perricone Exhibit 16 | |
| Perricone Exhibit 17 | |
| Perricone Exhibit 18 | |
| Perricone Exhibit 19 | |
| Perricone Exhibit 20 | |
| Perricone Exhibit 21 | |
| Perricone Exhibit 22 | |
| Perricone Exhibit 23 | |
| Perricone Exhibit 24 | |
| Perricone Exhibit 25 | |
| Perricone Exhibit 26 | |
| Perricone Exhibit 27 | |
| Perricone Exhibit 28 | |
| Perricone Exhibit 29 | |
| Perricone Exhibit 30 | |
| Perricone Exhibit 31 | |
| **Ron Bailey Deposition Transcript** | **2/2/10** |
| Bailey Exhibit 1 | |
| Bailey Exhibit 1A | |
| Bailey Exhibit 2 | |
| Bailey Exhibit 3 | |
| Bailey Exhibit 4 | |
| Bailey Exhibit 5 | |
| Bailey Exhibit 6 | |
| Bailey Exhibit 7 | |
| Bailey Exhibit 8 | |
| Bailey Exhibit 9 | |
| Bailey Exhibit 10 | |

| DEPOSITION | DATE |
| --- | --- |
| Bailey Exhibit 11 | |
| Bailey Exhibit 12 | |
| Bailey Exhibit 13 | |
| Bailey Exhibit 14 | |
| Bailey Exhibit 15 | |
| Bailey Exhibit 16 | |
| Bailey Exhibit 17 | |
| **Kenneth M. Acks Deposition Transcript** | **2/2/10** |
| Acks Exhibit 1 | |
| Acks Exhibit 2a | |
| Acks Exhibit 2b | |
| Acks Exhibit 2c | |
| Acks Exhibit 3 | |
| Acks Exhibit 4a | |
| Acks Exhibit 4b | |
| Acks Exhibit 4c | |
| Acks Exhibit 4d | |
| Acks Exhibit 4e | |
| Acks Exhibit 4f | |
| Acks Exhibit 4k | |
| Acks Exhibit 5 | |
| Acks Exhibit 6 | |
| Acks Exhibit 7 | |
| Acks Exhibit 8 | |
| Acks Exhibit 9 | |
| Acks Exhibit 10 | |
| Acks Exhibit 11 | |
| Acks Exhibit 12 | |
| **Edward G. Lyon, P.E. Deposition Transcript** | **2/4/10** |
| Lyon Exhibit 1 | |
| Lyon Exhibit 2 | |

| DEPOSITION | DATE |
|---|---|
| **J.C. Tuthill, CPA Deposition Transcript** | **2/4/10** |
| Tuthill Exhibit A | |
| Tuthill Exhibit B | |
| Tuthill Exhibit C | |
| **William Broom Alexander "Sandy" Sharp, Ph.D. Deposition Transcript** | **2/5/10** |
| Sharp Exhibit 1 | |
| Sharp Exhibit 2 | |
| Sharp Exhibit 3 | |
| Sharp Exhibit 4 | |
| Sharp Exhibit 5 | |
| Sharp Exhibit 6 | |
| Sharp Exhibit 7 | |
| Sharp Exhibit 8 | |
| Sharp Exhibit 9 | |
| Sharp Exhibit 10 | |
| Sharp Exhibit 11 | |
| Sharp Exhibit 12 | |
| Sharp Exhibit 13 | |
| Sharp Exhibit 14 | |
| Sharp Exhibit 15 | |
| Sharp Exhibit 16 | |
| Sharp Exhibit 17 | |
| Sharp Exhibit 18 | |
| Sharp Exhibit 19 | |
| Sharp Exhibit 20 | |
| Sharp Exhibit 21 | |
| Sharp Exhibit 22 | |
| Sharp Exhibit 23 | |
| Sharp Exhibit 24 | |
| Sharp Exhibit 25 | |

| DEPOSITION | DATE |
|---|---|
| Sharp Exhibit 26 | |
| Sharp Exhibit 27 | |
| Sharp Exhibit 28 | |
| Sharp Exhibit 29 | |
| Sharp Exhibit 30 | |
| **Lori A. Streit, Ph.D. Deposition Transcript** | **2/12/10** |
| Streit Exhibit 1 | |
| Streit Exhibit 2 | |
| Streit Exhibit 3 | |
| Streit Exhibit 4 | |
| Streit Exhibit 5 | |
| Streit Exhibit 6 | |
| Streit Exhibit 7 | |
| Streit Exhibit 8 | |
| Streit Exhibit 9 | |
| Streit Exhibit 10 | |
| Streit Exhibit 11 | |
| **Jack Caravanos, Ph.D. Deposition Transcript** | **2/12/10** |
| Caravanos 1 | |
| Caravanos 2 | |
| Caravanos 3 | |
| P1.2045 | |
| P1.2046 | |
| **Jonathan R. Barnett, Ph.D., P.E. Deposition Transcript** | **2/12/10** |
| Barnett Exhibit 6 | |

New York, New York
July 22, 2010

Respectfully submitted,

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
HERMAN, HERMAN, KATZ & COTLAR,
LLP
820 O'Keefe Avenue
New Orleans, LA 70113
Phone (504) 581-4892
Fax: (504) 561-6024
ldavis@hhkc.com

**Attorneys for Plaintiff Intervenors**

/s/ Thomas P. Owen, Jr.
Joe Cyr
Frank Spano
Eric Statman
Christina Taber-Kewene
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Christina.taber-kewene@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em

**Attorneys for Taishan Gypsum Co. Ltd.**

65

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 22th day of July, 2010.

/s/ Thomas P. Owen, Jr.