

SHAPIRO BLASI
WASSERMAN & GORA, P.A.
ATTORNEYS AT LAW

BRIAN M. BECHER
ANDREW B. BLASI
ADAM S. CHOTINER²
THOMAS A. CONRAD
ANDREW M. DECTOR¹
AMY H. EICHMAN
ROBIN I. FRANK
MICHAEL H. GORA⁴
ALLISON GRANT
ELLEN M. LEIBOVITCH²
DANIEL R. LEVINE²
SETH A. MARMOR³,⁵,⁶
DAVID LLOYD MERRILL
MICHAEL B. SHAPIRO
JEFFREY P. WASSERMAN

CORPORATE CENTRE AT BOCA RATON
SUITE 400
7777 GLADES ROAD
BOCA RATON, FLORIDA 33434

TELEPHONE (561) 477-7800
FAX (561) 477-7722
BROWARD (954) 989-8100
E-MAIL: attorneys@sbwlawfirm.com
www.sbwlawfirm.com

OF COUNSEL
BRENDA M. ABRAMS
SANFORD L. MUCHNICK
GARY E. SHERMAN

HOLLYWOOD OFFICE
EMERALD VILLAGE PROFESSIONAL PLAZA
3864 SHERIDAN STREET
HOLLYWOOD, FLORIDA 33021

1 ADMITTED IN FL & NJ
2 BOARD CERTIFIED IN LABOR & EMPLOYMENT LAW
3 ADMITTED IN FL & NY
4 BOARD CERTIFIED IN FAMILY AND MATRIMONIAL LAW
5 BOARD CERTIFIED IN ELDER LAW
6 BOARD CERTIFIED IN WILLS, TRUSTS & ESTATES

August 9, 2010

*Via Facsimile: 504.561.6024 & U. S. Mail Delivery*

Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113

**Re:   *In re: Chinese Manufactured Drywall Products Liability Litigation
Voluntary Dismissal for William Bart Ziegler v. Knauf Gips, KG, et. al.
Case No. 2:10-cv-00362 (E.D. La)***

Dear Gentlemen:

My client, William Bart Ziegler, authorizes the attorneys of Herman, Herman, Katz & Cotlar, LLP to sign any appropriate documents and/or pleadings on his behalf to voluntarily dismiss, without prejudice, all of his claims against Defendant West Construction, Inc. in the above matter, reserving his rights and claims against any and all other defendants therein.

Sincerely,

Allison Grant

AG/md
Enclosures
cc:   Robert B. Brown, III