UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO. 2047 |
| | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:** *Rogers, et al v. Knauf GIPS KG, et al,* **Case No. 2:10-cv-00362 (E.D. La.)**

# O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply Brief in Support of Its Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Rogers*;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply Brief in Support of Its Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Rogers*, and said Reply Brief is to be filed into the record herein.

New Orleans, Louisiana this 10th day of _____August_____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge