# EXHIBIT C

**KNAUF**



| Home/Sitemap | Site Map | Contact Us | Chinese |

**Hospitals**
We know each sector has its own specific requirements.

We have a wealth of experience and expertise to help your project run smoothly.
Click Here for More

**Knauf Website Service**
Product Index:
--choose product--
Sales Points:
--choose area--
Knauf Global Offices:
- Global Offices -

Home
Company Introduction
Product Catalogue
Company Events
Company Express
Industry News
Technical Support
Consultation Feedback
  Technology Solution
  Sample and Information Application
  Knauf Guide
North of China
Middle of China
South of China
Knauf Export

### Knauf Guide

Generally, the orders are dealt with the dealers and not signed with us directly. If you know the contact way of our dealers, please contact with them directly; if you do not know, our order service staff will recommend the nearest dealer for you.
(Export business, please contact:zhang.lilian@mail.knauf.com.cn)

### Knauf Plasterboard (Tianjin) Co. Ltd.
E-mail:zhang.lilian@mail.knauf.com.cn
Free order service hotline:8008180187
Free order service fax and telephone:8008180582

### Knauf Plasterboard (Wuhu) Co. Ltd.
E-mail:xuying@mail.knauf.com.cn
Free order service hotline:8008682052;8008682053
Free order service fax and telephone:8008682002

### Knauf Plasterboard (Dongguan) Co. Ltd.
E-mail:caiyanqing@mail.knauf.com.cn
Free order service hotline:8008303978
Free order service fax and telephone:8008303858

| System Details | Knauf Certification | Knauf Employment | knauf©2006 |