**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: CHINESE-MANUFACTURED DRYWALL     MDL NO. 2047
     PRODUCTS LIABILITY LITIGATION

                                            SECTION: L

**This Documents Relates to:  10-932 (Amato)**

                                            **Judge Fallon**
                                            **Mag. Judge Wilkinson**

_____/

## <u>Notice of Appearance of Counsel</u>

       Suzanne K. Richards and Vorys, Sater, Seymour and Pease LLP, pursuant to the Court's

Order, hereby notices her appearance on behalf of Old Republic Insurance Company, one of the

defendants in <u>Amato v. Liberty Mutual Ins. Co., et al.</u>, Case No. 10-932 and requests that all

correspondence and pleadings be directed to her.  Old Republic Insurance Company specifically

reserves all rights and defenses, including the right to object to the sufficiency of process, service

of process, venue, and the jurisdiction of this Court.  Old Republic Insurance Company further

avers that this Notice does not constitute a waiver of service, but is filed per Court order.

                        Respectfully submitted,


                        _s/_    Suzanne K. Richards_____
                        Suzanne K. Richards (Ohio Bar No. 0012034)
                        Vorys, Sater, Seymour and Pease LLP
                        52 E. Gay St.
                        P.O. Box 1008
                        Columbus, Ohio  43216-1008
                        Telephone:  (614) 464-6458
                        Facsimile:  (614) 719-4920
                        Email:  skrichards@vorys.com

                        *Counsel for Defendant Old Republic*
                        *Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, and served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre-Trial Order No. 1G on this 12th day of August, 2010.

_s/    Suzanne K. Richards_
Attorney for Old Republic Insurance Company