IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | * * * | MDL NO. 2047 |
| | * | SECTION: "L" |
| THIS DOCUMENT RELATES TO: Joyce W. Rogers, et al v. Knauf Gips KG, et al | * * * | |
| Case No. 10-0362, Sect. L MAG 2 | * * * * | JUDGE FALLON MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANT, AL BROTHERS, INC.'S MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS

AL BROTHERS, INC. appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, and without waiving objection thereto, and pursuant to Fed. R. Civ. P. 7, moves this Court to enter an Order allowing it to file an Affidavit of its owner in support of its Motion to Dismiss for lack of personal jurisdiction. This will not prejudice any party in any way as the Motion has yet to be heard and it is similar to other Affidavits filed by this Defendant in other actions in this MDL.

WHEREFORE, AL BROTHERS, INC. moves this Court to grant it leave to file an Affidavit in support of its Motion to Dismiss for lack of personal jurisdiction.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION FOR LEAVE TO FILE AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was

electronically filed with the Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of August, 2010.

SELLARS, MARION & BACHI, P.A.

By: /s/ Jeremy D. Bertsch
Florida Bar No.: 0043308
Attorneys for Defendant, Al Brothers, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994