IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

(Relates to 2:09-cv-6690)

MDL. NO: 2047

SECTION: L

JUDGE FALLON
MAG. JUDGE WILKINSON

## MOTION TO WITHDRAW AS COUNSEL

The law firm of Markow Walker, P.A., by and through the undersigned counsel, hereby moves this Court for permission to withdraw as counsel for the Defendant Colvin Homes, Inc., in this matter. Counsel was retained pursuant to a policy of insurance. The insurance carrier has withdrawn coverage and separate counsel representing the carrier notified the Defendant of the coverage decision via certified mail. Counsel thereafter conferred with the following representative of the Defendant and was advised the Defendant understood their retention had been canceled by the insurance carrier:

> Kenneth Colvin
> Colvin Homes, Inc.
> 6102 Center Street
> Ocean Springs, MS 39564
> (228) 326-6344

RESPECTFULLY SUBMITTED, this the 12th of August, 2010.

Colvin Homes, Inc.

By:  /s/ Jeff Moffett
JEFFREY S. MOFFETT

JEFFREY S. MOFFETT - MSB #100301
Markow Walker, P.A.
2113 Government Street
Building M
Ocean Springs, Mississippi 39564
Tel. (228) 872-1923
Fax (228) 872-1973
E-Mail: jmoffett@markowwalker.com


CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel Russ Herman, Defendants' Liaison Counsel Kerry Miller and Homebuilders Liaison Counsel Phillip Wittmann by U.S. Mail and e-mail and upon all parties by electronically uploading same to Lexis Nexis File & Share in accordance with Pre-Trial Order No. 6 and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System which will send notice of electronic filing in accordance with the procedures established in MDL 2047, on this the 12th of August, 2010.


                              By:     /s/ Jeff Moffett
                                      JEFFREY S. MOFFETT