Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0025

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Dade )

Name of Server: **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 9th day of July, 20 10, at 11:47 o'clock A M

Place of Service: at Two South Biscayne Blvd., Suite 3400, in Miami, FL 33131

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:

A true and correct copy of the aforesaid document(s) was served on:
**Banner Supply Company Tampa, LLC, c/o GY Corporate Services, Inc.**
By delivering them into the hands of an officer or managing agent whose name and title is: Raymond Miller V.P.

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex M ; Skin Color White ; Hair Color Grey ; Facial Hair NO
Approx. Age 60 ; Approx. Height 6'2 ; Approx. Weight 200

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

**APS International, Ltd.**

Subscribed and sworn to before me this 12th day of July, 20 10

Notary Public (Commission Expires)
Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013