## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In Re: CHINESE-MANUFACTURED DRYWALL    **MDL NO: 2047**
       **PRODUCTS LIABILITY LITIGATION**

                                       **SECTION: L**

                                       **DISTRICT JUDGE FALLON**

                                       **MAG. JUDGE WILKINSON**

**This Document Relates To:**

**Richard Jordan, Susan Jordan,**
**Nathan Jordan, Colby Jordan,**
**and Florette Nickens,**
       **2:09-cv-07550-EEF-JCW**

## <u>MOTION FOR LEAVE TO AMEND COMPLAINT</u>

        NOW INTO COURT, through undersigned counsel, come Richard Jordan, Susan

Jordan, Nathan Jordan, Colby Jordan, and Florette Nickens(hereinafter "petitioners"),

who request leave of Court to amend their Complaint in this matter and add Farmer's

Insurance Exchange a/k/a Farmers Insurance Group as a party defendant for the

reasons set forth in the accompanying memorandum.

                           Respectfully submitted,

                           HYMEL DAVIS & PETERSEN, LLC

                           s/ L. J. Hymel
                           L. J. HYMEL (LBN, 07137)
                           MICHAEL REESE DAVIS (LBN, 17529)
                           10602 Coursey Boulevard
                           Baton Rouge, LA 70816
                           Phone: 225.298.8118
                           Fax: 225.298.8119
                           ljhymel@hymeldavis.com

                           **Counsel for Plaintiffs**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and forgoing Motion for Leave to Amend Complaint has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of August, 2010.

s/ L. J. Hymel
_____
L. J. Hymel
