UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL NO: 2047 |
| | SECTION: L |
| | DISTRICT JUDGE FALLON |
| | MAG. JUDGE WILKINSON |

This Document Relates To:

Richard Jordan, Susan Jordan,
Nathan Jordan, Colby Jordan,
and Florette Nickens,
    2:09-cv-07550-EEF-JCW

## CERTIFICATION OF COUNSEL

    NOW INTO COURT, comes L. J. Hymel, counsel for Richard Jordan, Susan Jordan, Nathan Jordan, Colby Jordan, and Florette Nickens (hereinafter "petitioners"), who has filed the herein Motion for Leave to Amend Complaint, Memorandum in Support of said motion, the Amended Complaint, and proposed Order.  The only answers and/or responsive pleadings filed in this underlying action by any of the named defendants were filed on behalf of USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply.  No other named defendants in this underlying action have filed a response, answer or opposition.  Petitioners' undersigned counsel has contacted Robert E. Kerrigan, Jr., Esq., with the law firm of Deutsch, Kerrigan & Stiles, counsel for USG Corporation and L&W Supply Corporation d/b/a Seacoast Supply.  Mr. Kerrigan stated that he has no opposition to the filing of the herein Motion for Leave to Amend Complaint, Memorandum in Support of said motion, the Amended Complaint, and proposed Order.

1

Respectfully submitted,

HYMEL DAVIS & PETERSEN, LLC

s/ L. J. Hymel
L. J. HYMEL (LBN, 07137)
MICHAEL REESE DAVIS (LBN, 17529)
10602 Coursey Boulevard
Baton Rouge, LA 70816
Phone: 225.298.8118
Fax: 225.298.8119
ljhymel@hymeldavis.com

**Counsel for Petitioners**

## CERTIFICATE OF SERVICE

I hereby certify that the above and forgoing Attorney Certification has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U. S. Mail or e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of August, 2010.

s/ L. J. Hymel
L. J. Hymel