Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0079

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Builders Insurance Company, c/o Paracorp Incorporated
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __NEVADA__ ) ss.
County of: __WASHOE__ )

**Name of Server:** __MARC NEVILLE__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the __8__ day of __JULY__, 20__10__, at __11:35__ o'clock __A__ M

**Place of Service:** at __318 N. Carson Street #208__, in __Carson City, NV 89701__

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:**
**Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
**Builders Insurance Company, c/o Paracorp Incorporated**
By delivering them into the hands of an officer or managing agent whose name and title is: __NANCY GACHES (BRANCH MANAGER)__

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex __F__ ; Skin Color __WHITE__ ; Hair Color __GREY__ ; Facial Hair __NONE__
Approx. Age __60__ ; Approx. Height __5'4"__ ; Approx. Weight __130__

[X] To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:**
Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this __9__ day of __July__, 20 __10__

Susan L. Papka
Notary Public          (Commission Expires)

SUSAN L. PAPKA
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 07-3718-2 - Expires May 23, 2011