Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0035

### AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes at Tradition, LLC, c/o Leopold, Korn & Leopold, P.A.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: __Florida__ ) ss.
County of: __Broward__ )

Name of Server: __Kenneth Wolf__, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the __8th__ day of __July__, 20 __10__, at __3:10__ o'clock __P__ M

Place of Service: at __825 Coral Ridge Drive__, in __Coral Springs, FL 33071__

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes at Tradition, LLC, c/o Leopold, Korn & Leopold, P.A.**
By delivering them into the hands of an officer or managing agent whose name and title is: __Rachel Weighall Accounts Payable__

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex __F__; Skin Color __White__; Hair Color __Blonde__; Facial Hair ____
Approx. Age __25__; Approx. Height __5'8__; Approx. Weight __135__

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this __9th__ day of __July__, 20 __10__

_____
Notary Public State of Florida
Sarita E Rodriguez
My Commission DD845267
Expires 02/23/2013
(Commission Expires)

**APS International, Ltd.**