Dean and Dawn Amato, et. al., Plaintiff(s)
  vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0038

# AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Centerline Homes, Inc., c/o Leopold, Korn & Leopold, P.A.
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: **Florida** ) ss.
County of: **Broward** )

Name of Server: **Kenneth Wolf**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **8th** day of **July**, 20 **10**, at **3:10** o'clock **P** M

Place of Service: at **825 Coral Ridge Drive**, in **Coral Springs, FL 33071**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**Centerline Homes, Inc., c/o Leopold, Korn & Leopold, P.A.**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Rachel Weighall  Accounts Payable**

Description of Person Receiving Documents: The person receiving documents is described as follows:
Sex **F** ; Skin Color **White**; Hair Color **Blonde**; Facial Hair ___
Approx. Age **25** ; Approx. Height **5'8"** ; Approx. Weight **135**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **9th** day of **July**, 20 **10**

Signature of Server

**APS International, Ltd.**

Notary Public State of Florida (Commission Expires)
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013