Service of Process by
Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)



**APS International, Ltd.**
1-800-328-7171

**Law Firm Requesting Service:**
LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697
Customer File:

**AFFIDAVIT OF SERVICE ON A CORPORATION**
--Chubb Custom Insurance Company,
Court Case No. 10-932 Section L Mag 2

State of: **LOUISIANA** )ss.
Parish
County of: **LIVINGSTON**

**Name of Server:** Carol Cassisa , undersigned, being duly sworn, deposes and says that at the time of service, s/he was over the age of twenty-one, was not a party to this action;

**Date/Time of Service:** that on 19-Jul-2010 11:45 am

**Place of Service:** at 8585 Archives Ave. , city of Baton Rouge , state of LA

**Documents Served:** the undersigned served the documents described as:
Summons; Plaintiffs' Omnibus Class Action Complaint (V);
Exhibit A; Exhibit B; Schedule 1; Schedule 2

**Service of Process on, Person Served, and Method of Service:**
A true and correct copy of the aforesaid document(s) was served on:
Chubb Custom Insurance Company,
By delivering them into the hands of an officer or managing agent whose name and title is
Ms. Julie Neseitt, Legal Dept. Supervisor

**Description of Person Receiving Documents:**
The person receiving documents is described as follows:
Sex  F ; Skin Color  white ; Hair Color  brown ; Facial Hair  N/A
Approx. Age  45 ; Approx. Height  5'06" ; Approx. Weight  175

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

*Carol A Cassisa*
Signature of Server

Subscribed and sworn to before me this 22 day of July , 2010
*Jons Galleher*  4/29/13
Notary Public    (Commission Expires)

**APS International, Ltd.**
APS International Plaza · 7800 Glenroy Rd.
Minneapolis, MN 55439-3122

APS File: 104526-186