Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104526-0063

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Daelen of Tangipahoa, LLC, c/o T. Jay Seale
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )
Name of Server: **Kennith Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **9th** day of **July**, 20 **10**, at **1:00** o'clock **P**M

Place of Service: at **200 North Cate Street**, in **Hammond, LA 70401**

Documents Served: the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

Service of Process on:
Person Served, and Method of Service:
A true and correct copy of the aforesaid document(s) was served on:
**Daelen of Tangipahoa, LLC, c/o T. Jay Seale**
By delivering them into the hands of an officer or managing agent whose name and title is: **Judy Thompson / Office Manager**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc**; Hair Color **Brown**; Facial Hair **No**
Approx. Age **40's**; Approx. Height **5'5"**; Approx. Weight **160**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server:
Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **12th** day of **July**, 20 **10**

_____   _____
Notary Public                          (Commission Expires)

**APS International, Ltd.**

NOTARY ATTESTS TO
SIGNATURES ONLY

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458