, Dean and Dawn Amato, et. al., Plaintiff(s)
vs.
Liberty Mutual Insurance Company, et. al., Defendant(s)

Service of Process by


**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104526-0030

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Design Drywall of South Florida, LLC, c/o Frederico
Garcia
Court Case No. 10-932 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: _Florida_ ) ss.
County of: _Dade_ )

**Name of Server:** **CARLOS AGUIRRE**, undersigned, being duly sworn, deposes and says
that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the _9th_ day of _July_ , 20 _10_ , at _12:45_ o'clock _P_ M

**Place of Service:** at _8221 Coral Way_ , in _Miami, FL 33155_

**Documents Served:** the undersigned served the documents described as:
**Summons; Plaintiffs' Omnibus Class Action Complaint (V);**
**Exhibit A; Exhibit B; Schedule 1; Schedule 2**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Design Drywall of South Florida, LLC, c/o Frederico Garcia**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and
title is: _Alexandra Gagel  Legal Assistant_

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex _F_ ; Skin Color _White_ ; Hair Color _BROWN_ ; Facial Hair _____
Approx. Age _24_ ; Approx. Height _5'2_ ; Approx. Weight _110_
☐ To the best of my knowledge and belief, said person was not engaged in the US
Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury
that the foregoing is true and correct.

Subscribed and sworn to before me this
_12th_ day of _July_ , 20 _10_

_____        _____
Signature of Server                                    (Commission Expires)

Notary Public State of Florida
Santa E Rodriguez
My Commission DD845267
Expires 02/23/2013

**APS International, Ltd.**