DEPARTMENT OF FINANCIAL SERVICES

**Division of Rehabilitation and Liquidation**
www.floridainsurancereceiver.org

RECEIVED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2010 JUL 27  PM 1: 17

LORETTA G. WHYTE
CLERK

July 22, 2010

Russ Herman, Esq.
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA  70113

Re: Amato v. Liberty Mutual, et al.
    Case No. 10-932

Dear Mr. Herman:

The Florida Department of Financial Services was appointed as Receiver in Rehabilitation of First Commercial Insurance Company ("FCIC") on July 10, 2009, by the Second Judicial Circuit Court in and for Leon County, Florida. The company was ordered into liquidation on August 24, 2009. Copies of those Orders are enclosed for your review. Pursuant to the Liquidation Order, paragraph 21, as well as Florida Statutes Section 631.041(1), there is an automatic stay in place prohibiting the commencement of any actions or proceedings against FCIC. We attempted to advise your process server that he could not effect service at this office, but he refused to listen to this information. We are therefore returning the Complaint to you, as it violates the automatic stay in place against FCIC. In addition, in looking at Exhibit B to your Complaint, it appears you have the wrong company. Exhibit B names "FCCI", not FCIC. FCCI is an entirely different entity, one that may in fact be solvent.

Please contact the undersigned should you have any questions.

Sincerely,

Jody E. Collins
Senior Attorney

Enclosures

Cc: Clerk of Court (w/o encl)

Jody E. Collins • Senior Attorney
Division of Rehabilitation and Liquidation
P.O. Box 0817 • Miami, FL 33152-0817 • Tel. 786-336-1371 • Fax 305-499-2273
Email • Jody.Collins@myfloridacfo.com
Affirmative Action • Equal Opportunity Employer