UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE – MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| DEAN and DAWN AMATO, et al vs. LIBERTY MUTUAL INS., et al Case No. 2:10-cv-932-EEF-JCW | MAG. WILKINSON |

_____/

## NOTICE OF APPEARANCE AS COUNSEL

Lisa A. Oonk and Michael K. McCaffrey of Litchfield Cavo LLP hereby file their Notice of Appearance as counsel of record for Defendant Vinings Insurance Company ("Vinings"). Vinings reserves all rights to object to jurisdiction, venue or service and preserves all defenses. Undersigned counsel requests that copies of all pleadings served in this case be served upon the undersigned at the following office and e-mail address:

LITCHFIELD CAVO LLP

s/ Lisa A. Oonk
LISA A. OONK, ESQ.
Florida Bar No. 006238
MICHAEL K. MCCAFFREY, ESQ.
Florida Bar No. 069940
Litchfield Cavo, LLP
5201 W. Kennedy Blvd., Suite 450
Tampa, FL  33609
Tel.:   813.289.0690
Fax:   813.289.0692
Email: Oonk@litchfieldcavo.com
Email: Mccaffrey@litchfieldcavo.com
ATTORNEYS FOR DEFENDANT
VININGS INSURANCE COMPANY

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing NOTICE OF APPEARANCE AS COUNSEL was served on Plaintiffs' Liaison Counsel Russ Herman and Defendants' Liaison Counsel Kerry Miller by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis/Nexis File & Serve in accordance with Pretrial Order No. 6., and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 12th day of August, 2010.

      /s/ Lisa A. Oonk
LISA A. OONK, ESQUIRE
Florida Bar No. 006238