003578.01401M

# UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047<br><br>SECTION L<br><br>JUDGE FALLON<br><br>MAG. JUDGE WILKINSON |
| THIS DOCUMENT RELATES TO:<br>*ALL CASES* | |

## NOTICE OF FILING NOTICE OF CHAPTER 11 BANKRUPTCY

COMES NOW, Defendant, PRINCETON HOMES, INC, by and through the undersigned counsels, hereby files this notice that a Chapter 11 Bankruptcy Petition was filed on its behalf in the U.S. Bankruptcy Court, Southern District of Florida, on July 2010, under Bankruptcy Court Case No. 10-31773-EPK. Pursuant to 11 U.S.C. § 362, an automatic stay is in effect, which stays any pending proceeding pursuant to the aforementioned statutory authority.

WHEREFORE, Defendant, PRINCETON HOMES, INC., requests that this action be stayed by operation of law.

Respectfully submitted,

Dated: August 12, 2010

/s/ Raul R. Loredo
Raul R. Loredo, Esquire
MINTZER SAROWITZ ZERIS LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL 33126
Tel: 305-774-9966
Fax: 305-774-7743
rloredo@defensecounsel.com

/s/ Addison J. Meyers
Addison J. Meyers, Esquire
MINTZER SAROWITZ ZERIS
LEDVA & MEYERS, LLP
The Waterford at Blue Lagoon
1000 NW 57th Court, Suite 300
Miami, FL  33126
Tel:   305-774-9966
Fax:  305-774-7743
ameyers@defensecounsel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and forgoing has been served upon Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and email or hand delivery and email and upon all parties by electronically uploading same to Lexis Nexis File and Serve® in accordance with Pre-Trial Order No.: 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with procedures established in MDL 2047 on this 12th day of August, 2010.

/s/ Raul R. Loredo
Raul R. Loredo