UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : : : : | MDL NO 2047 JUDGE: FALLON MAG: WILKINSON |
| This Document relates to Amato, Dean 10-932 | : : | |

## ENTRY OF APPEARANCE

Gary J. Russo and Megan E. Donohue from the firm Jones, Walker, Waechter, Poitevent, Carrère & Denègre, L.L.P. hereby enter their appearance as counsel for:

(1) National Surety Corporation, incorrectly referred to as Fireman's Fund Insurance Company as the alleged insurer of defendants Interior Exterior Building Supply, LP, Interior Exterior Enterprises, LLC, Venture Supply Company, Venture Supply, Inc., The Porter-Blaine Corporation.

(2) Interstate Fire & Casualty Company as the alleged insurer of defendants Lennar Homes, LLC, Lennar Corporation, Ocean Coast Drywall, Inc. f/k/a Ocean Coast Drywall of S. Florida, Inc., Centerline Homes, Inc., Centerline Homes Construction, Inc., Centerline Homes at Georgetown, LLC, Centerline Homes at Delray, Inc., Centerline Homes at Port St. Lucia, LLC, Centerline Port St. Lucia,

{L0104462.1}

Ltd., Centerline at Tradition, LLC, Centerline Homes at Vizcaya, Inc. and Completed Communities II, LLC.

(3) American Insurance Company as the alleged insurer of defendant RJL Drywall, Inc.

Respectfully submitted:

/S/ GARY J. RUSSO
GARY J. RUSSO (10828)
MEGAN E. DONOHUE (32429)
***Attorneys for National Surety Corporation, Interstate Fire & Casualty Company and American Insurance Company***
Jones, Walker, Waechter, Poitevent,
 Carrère & Denègre, L.L.P.
P. O. Drawer 3408
Lafayette, LA 70502-3408
Telephone: (337) 262-9000
Fax: (337) 262-9001
Email: grusso@joneswalker.com
Email: mdonohue@joneswalker.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Entry of Appearance o*f **National Surety Corporation, Interstate Fire & Casualty Compan, and American Insurance Company*** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of August, 2010.

/S/ Gary J. Russo
GARY J. RUSSO

{L0104462.1}