Kenneth and Barbara Wiltz, et. al., Plaintiff(s)
vs.
Beijing New Building Materials Public Ltd. Co., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
**1-800-328-7171**

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 103329-0212

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--American Gallery Development Group, LLC
Court Case No. 10-361 Section L Mag 2

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA  19106-3697

State of: _Florida_ ) ss.
County of: _Leon_ )

Name of Server: _James A Aloi_, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the _14_ day of _July_, 20 _10_, at _1050_ o'clock _A_ M

Place of Service: at Secretary of State-Corporations _2661 Executive Ctr Blvd_ Tallahassee, FL

Documents Served: the undersigned served the documents described as:
**Summons and Amended Complaint w/Jury Demand; Exhibits**

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
**American Gallery Development Group, LLC**

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: _Yette Albritton_

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex _F_; Skin Color _Blk_; Hair Color _Blk_; Facial Hair ___
Approx. Age _40_; Approx. Height _5'8_; Approx. Weight _181_

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

7-14-10
Signature of Server
APS International, Ltd.

Subscribed and sworn to before me this _14_ day of _July_, 20 _10_

Notary Public          (Commission Expires)



DENNIS C. GILHOUSEN JR.
Commission DD 780989
Expires June 6, 2012
Bonded Thru Troy Fain Insurance 800-385-7019