UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| DEAN and DAWN AMATO, ET AL. v. LIBERTY MUTUAL INS., ET AL. | * * * * | MAG. WILKINSON |
| Case No. 10-932 | * | |
| *   *   *   *   *   *   * | * | |

## JOINT MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL

**NOW INTO COURT** , through undersigned counsel, comes defendant, Cincinnati Insurance Company, who respectfully requests that the Court issue an order allowing Matthew J. Ungarino of the law firm Ungarino & Eckert, LLC to withdraw and substituting Guyton H. Valdin, Jr., Gary M. Zwain and Paul J. Verlander and the law firm of Duplass, Zwain, Bourgeois, Pfister & Weinstock, as counsel of record for defendant, Cincinnati Insurance Company, in this case.

Respectfully submitted:

| | |
|---|---|
| *s/Matthew J. Ungarino* | *s/Guyton H. Valdin, Jr.* |
| **MATTHEW J. UNGARINO (#15061)** | **GUYTON H. VALDIN, JR. (#20621)** |
| Ungarino & Eckert, LLC | **GARY M. ZWAIN (#13809)** |
| 3850 N. Causeway Boulevard | **PAUL J. VERLANDER (#19196)** |
| Suite 1280 | Duplass, Zwain, Bourgeois, |
| Metairie, LA  70002 | Pfister & Weinstock |
| Telephone:  (504) 836-7555 | Lakeway Three, Suite 2900 |
| Email:  mungarino@ungarino-eckert.com | 3838 N. Causeway Boulevard |
| | Metairie, Louisiana  70002 |
| | Telephone:  (504) 832-3700 |
| | Facsimile:  (504) 837-3119 |
| | Email:  gvaldin@duplass.com |

Email:  gzwain@duplass.com
Email:  pverlander@duplass.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August, 2010, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to counsel for all parties to this proceeding by operation of the court's electronic filing system.

*s/ Guyton H. Valdin, Jr.*_____
GUYTON H. VALDIN, JR. (#20621)
GARY M. ZWAIN (#13809)
PAUL J. VERLANDER (#19196)
Duplass, Zwain, Bourgeois,
Pfister & Weinstock
Lakeway Three, Suite 2900
3838 N. Causeway Boulevard
Metairie, LA  70002
Telephone:  (504) 832-3700
Facsimile:   (504) 837-3119
Email:  gvaldin@duplass.com
Email:  gzwain@duplass.com
Email:  pverlander@duplass.com

**Attorneys for Defendant,
Cincinnati Insurance Company**