UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| DEAN and DAWN AMATO, ET AL. v. LIBERTY MUTUAL INS., ET AL. | * * * * | MAG. WILKINSON |
| Case No. 10-932 | * | |
| *   *   *   *   *   *   * | * | |

## **O R D E R**

Considering the above and foregoing Motion,

**IT IS ORDERED** by the Court that Matthew J. Ungarino of the law firm Ungarino & Eckert, LLC, be and he is hereby permitted to withdraw as counsel of record and trial attorney for defendant, Cincinnati Insurance Company, in the above-entitled and numbered action and that his name, as such, be stricken from the record and the docket thereof; and

**IT IS FURTHER ORDERED** by the Court that Guyton H. Valdin, Jr., Gary M. Zwain and Paul J. Verlander of the law firm of Duplass, Zwain, Bourgeois, Pfister & Weinstock be and they are hereby substituted as counsel of record and trial attorneys for defendant, Cincinnati Insurance Company, in said action and that their names be entered on the record and docket thereof.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT  JUDGE