David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #:  104035-0297

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Clouthier Brothers, Inc.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: Florida ) ss.
County of: Palm Beach )
Name of Server: Michael Rocco, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the 26 day of June, 20 10, at 4:01 o'clock P M

Place of Service: at 14248 Equestrian Way, in West Palm Beach, FL 33414

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Clouthier Brothers, Inc.

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: Marcia Clouthier, Business Manager

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex F ; Skin Color White ; Hair Color Black ; Facial Hair ____
Approx. Age 50 ; Approx. Height 5'6" ; Approx. Weight 150

To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

APS International, Ltd.

Subscribed and sworn to before me this 7 day of July, 20 10

Notary Public     (Commission Expires)

NOTARY PUBLIC-STATE OF FLORIDA
Jonathan Levy
Commission #DD759719
Expires: MAR. 13, 2012
BONDED THRU ATLANTIC BONDING CO., INC.