David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104035-0307

## AFFIDAVIT OF SERVICE — Corporate

Service of Process on:
--Baron Construction Co.
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer L. Scio
510 Walnut St. Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA** ) ss.
County of: **JEFFERSON** )

**Name of Server:** **Chris Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **2** day of **June**, 20 **10**, at **11:00** o'clock **A** M

**Place of Service:** at **749 Hickleberry Lane**, in **Terrytown, LA 70056**

**Documents Served:** the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III);Exhibits "A-C";Schedules 1-3; Summons

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
Baron Construction Co.

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Mary Orcheron (person in charge)**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **White**; Hair Color **Blonde**; Facial Hair _____
Approx. Age **35**; Approx. Height **5'5**; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Signature of Server

Subscribed and sworn to before me this **20** day of **July**, 20 **10**

Notary Public         (Commission Expires)
BRANDI F. ERMON
#26631

APS International, Ltd.