David Gross, et. al., Plaintiff(s)
vs.
Knauf Gips, KG, et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 104_5-0325

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
—Bayou Building Products, LLC
Court Case No. 09-6690

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **LOUISIANA**  ) ss.
County of: **JEFFERSON** )

Name of Server: **Chris Harper**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

Date/Time of Service: that on the **2** day of **June**, 20 **10**, at **11:00** o'clock **A** M

Place of Service: at **749 Huckleberry Lane**, in Gretna, LA 70006

Documents Served: the undersigned served the documents described as:
Plaintiff, Mary Anne Benes' Substituted and Amended Omnibus Class Action Complaint in Intervention (III); Exhibits "A-C"; Schedules 1-3; Summons

Service of Process on: A true and correct copy of the aforesaid document(s) was served on:
Bayou Building Products, LLC

Person Served, and Method of Service: By delivering them into the hands of an officer or managing agent whose name and title is: **Mary Orcherm (person in charge)**

Description of Person Receiving Documents:
The person receiving documents is described as follows:
Sex **F** ; Skin Color **White** ; Hair Color **Blonde** ; Facial Hair ___
Approx. Age **35** ; Approx. Height **5'6** ; Approx. Weight **140**

☐ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

Signature of Server: Undersigned declares under penalty of perjury that the foregoing is true and correct.

_____
Signature of Server

Subscribed and sworn to before me this **20th** day of **July**, 20 **10**

_____
Notary Public                           (Commission Expires)
BRANDI F. ERMON
#26631

**APS International, Ltd.**