Sean and Beth Payton, et. al., Plaintiff(s)
vs.
KNAUF GIPS KG, et. al., et. al., Defendant(s)



Service of Process by
**APS International, Ltd.**
1-800-328-7171

APS International Plaza
7800 Glenroy Road
Minneapolis, MN 55439-3122

APS File #: 101729-0645

## AFFIDAVIT OF SERVICE -- Corporate

Service of Process on:
--Gooden Homes, LLC, ATTN: V.M. Wheeler, III
Court Case No. 09-7628

LEVIN, FISHBEIN, ET AL
Ms. Jennifer Lascio
510 Walnut St., Ste. 500
Philadelphia, PA 19106-3697

State of: **Louisiana** ) ss.
County of: **St. Tammany** )

**Name of Server:** **Kenneth Landry**, undersigned, being duly sworn, deposes and says that at the time of service, s/he was of legal age and was not a party to this action;

**Date/Time of Service:** that on the **12th** day of **July**, 20 **10**, at **11:45** o'clock **A** M

**Place of Service:** at **201 S. Charles Ave., 40th Floor**, in **New Orleans, LA 70170**

**Documents Served:** the undersigned served the documents described as:
**Summons and Complaint; Exhibits**

**Service of Process on:** A true and correct copy of the aforesaid document(s) was served on:
**Gooden Homes, LLC, ATTN: V.M. Wheeler, III**

**Person Served, and Method of Service:** By delivering them into the hands of an officer or managing agent whose name and title is: **Megan Packer / Adm. Recpt**

**Description of Person Receiving Documents:** The person receiving documents is described as follows:
Sex **F**; Skin Color **Cauc.**; Hair Color **Red**; Facial Hair **No**
Approx. Age **23**; Approx. Height **5'2"**; Approx. Weight **100 lbs**

☑ To the best of my knowledge and belief, said person was not engaged in the US Military at the time of service.

**Signature of Server:** Undersigned declares under penalty of perjury that the foregoing is true and correct.

Subscribed and sworn to before me this **12th** day of **July**, 20 **10**.

Signature of Server

Notary Public    (Commission Expires)

APS International, Ltd.

ROBERT JOHN COMEAUX
Louisiana Civil Law Notary
Tenure For Life
ID No. 026458

NOTARY ATTESTS TO
SIGNATURES ONLY