UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:  CHINESE MANUFACTURED DRYWALL          MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

                                                             SECTION L
                                                             JUDGE FALLON
                                                             MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

DAVID GROSS, CHERYL GROSS and
LOUIS VELEZ, individually, and on behalf of
all others similarly situated,
CASE NO.  2:09-cv-06690
_____/

## ORDER ON ADORNO & YOSS LLP'S MOTION TO
## WITHDRAW AS CO-COUNSEL OF RECORD

         This matter came before the Court on the Motion to Withdraw as Counsel of Record for Jan

Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of

record for Defendants BANNER SUPPLY CO., BANNER SUPPLY COMPANY POMPANO, LLC,

BANNER SUPPLY FT. MYERS, LLC and BANNER SUPPLY COMPANY TAMPA, LLC

(collectively, "BANNER") in the above civil action.  The Court, having considered the Motion, finds that

the Motion is well taken and should be granted.

         It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf

of Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP as co-

counsel of record for BANNER, is hereby granted and that the firm of ADORNO & YOSS LLP are

hereby discharged from their obligations of representation in this case and relieved of any further

appearance in this case on behalf of BANNER.  The Court further ORDERS that the firm of

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL are hereby left as counsel of record for

BANNER as of the date of this Order.

         It is ORDERED this 10th  day of August, 2010.

                                                  _____
                                                  HONORABLE ELDON E. FALLON

cc:      All Counsel of Record

{218429.0005/N0846293_1}