### UNITED STATES DISTRICT COURT FOR THE
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) | MDL No. 2047<br><br>SECTION "L" |
| THIS DOCUMENT RELATES TO: | ) ) | JUDGE FALLON |
| David Gross, et al.<br>vs.<br>Knauf Gips, KG., et al. | ) ) ) ) | MAG. JUDGE WILKINSON |
| CASE NO.: 2:09-CV-6690-EEF-JCW | ) ) | |

### NOTICE OF APPEARANCE AS COUNSEL FOR
### BOYLE LUMBER COMPANY

COME NOW, Glen E. Mercer and Kourtney Twenhafel French of the law firm of Salley, Hite & Mercer, LLC, and enroll as counsel on behalf of Boyle Lumber Company, defendant in the above-referenced action. This Appearance is made without waiver of any rights or objections.

Respectfully Submitted

s/ Glen E. Mercer_____
By:  Glen E. Mercer (#21752)
Kourtney T. French (#26736)
SALLEY HITE & MERCER LLC
365 Canal Street, Suite 1710
New Orleans, Louisiana  70130
Tel:  (504) 566-8800
Facsimile:  (504) 566-8828
Attorneys for Defendant
Boyle Lumber Company

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 13th day of August, 2010.

s/ Glen E. Mercer_____
GLEN E. MERCER