UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) ) ) | MDL NO. 2047<br><br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE WILKINSON |

**THIS DOCUMENT RELATES TO:**

*Payton, et al v. Knauf GIPS KG, et al,*
**Case No. 2:09-cv-07628 (E.D. La.)**

*Gross, et al v. Knauf Kips KG, et al,*
**Case No. 2:09-cv-06690 (E.D. La.)**

*Rogers, et al, v. Knauf GIPS KG, et al,*
**Case No. 2:10-cv-00362 (E.D. La.)**

## O R D E R

Considering the Plaintiffs' Steering Committee's Motion for Leave to File Reply in Support of Motions to Intervene in *Payton, Gross* and *Rogers*;

IT IS ORDERED BY THE COURT that the Plaintiffs' Steering Committee is granted leave of court to file the attached Reply in Support of Motions to Intervene in *Payton, Gross* and *Rogers*, and said Reply Brief is to be filed into the record herein.

New Orleans, Louisiana this 10th day of _____August_____, 2010.

_____
Honorable Eldon E. Fallon
U.S. District Judge