UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2010 AUG 13 PM 12: 06

LORETTA G. WHYTE
CLERK

IN RE: CHINESE-MANUFACTURED
DRYWALL PRODUCTS LIABILITY
LITIGATION

MDL NO. 2047
SECTION: L
JUDGE FALLON
MAG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO ALL CASES
AND

Payton, et al, v. Knauf GIPS KG, et al.,
Case No. 2:09-cv-07628 (E.D.La.)
_____/

## SUGGESTION OF PENDENCY OF BANKRUPTCY

Defendant, Frank Vespi ("Vespi"), through his undersigned attorney and pursuant to Rule 209, Local Rules of the United States Bankruptcy Court for the Middle District of Florida, suggests of the pendency of a Chapter 7 bankruptcy case in which Vespi is the Debtor. The case is entitled *In re: Frank Roy Vespi,* Case No. 9:10-bk-18354 and is pending in the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division and was filed on or about July 30, 2010. The prosecution of the Defendant in this action or his/her/its/their property, is automatically stayed pursuant to the provisions of Section 362 of the Bankruptcy Code, 11 U.S.C. §362.

Dated: August 9, 2010.

Richard Johnston, Jr.
Fowler White Boggs, P.A.
Florida Bar No. 340 995
Attorney for Defendant
Post Office Box 1567
Fort Myers, Florida 33901
Telephone (239) 334-7892
Facsimile: (239) 334-3240
richard.johnston@fowlerwhite.com

Fee_____
Process_____
X Dktd_____
___ CtRmDep_____
___ Doc. No_____