OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 CAMP STREET
NEW ORLEANS, LOUISIANA   70130



2010 AUG 11  PM 3: 37

LORETTA G. WHYTE
CLERK

Date: **8-11-10**

**Sean & Beth Payton, et al**

vs.

**Knauf Gips KG, et al**

Case No. **09 7628**   Section **L**

Dear Sir:

Please (issue) (re-issue) summons on the (complaint) (amended complaint) (~~amended complaint~~) (third party complaint) (other: _____) to the following:

1. (name) **Gooden Homes LLC**
   (address) **201 S. Charles Ave. 40th Floor New Orleans LA 70170**
2. (name) _____
   (address) _____
3. (name) _____
   (address) _____
4. (name) _____
   (address) _____

Very truly yours,

**Russ M. Herman**
"Signature"

Attorney for **Plaintiff**

Address **820 O'Keefe Ave.**
**NOLA 70113**

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc No