IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEAN and DAWN AMATO, et al., | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | CASE NO.: CV-2010-932 |
| | * | |
| LIBERTY MUTUAL INSURANCE, et al., | * | |
| | * | |
| Defendants. | * | |

**NOTICE OF APPEARANCE OF COUNSEL**
_____

COMES NOW E. L. McCafferty, III of the law firm of Vickers, Riis, Murray and Curran, L.L.C. and files this Notice of Appearance as counsel for Defendant QBE Insurance Corporation.

Respectfully submitted,

> BY: /s/ E. L. McCafferty, III
> E. L. McCafferty, III (MCCAE6710)
> C. Richard Wilkins (WILKC8408)
> VICKERS, RIIS, MURRAY AND CURRAN, L.L.C.
> 56 St. Joseph Street
> 11th Floor
> Mobile, Alabama 36602
> Telephone: (251) 432-9772
> Facsimile: (251) 432-9781
> Attorney for Defendant QBE Insurance Corporation

{00428595.DOC-1}

## CERTIFICATE OF SERVICE

    I hereby certify that on this 16th day of August, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of the filing to all parties of record:

/s/ E. L. McCafferty, III
E. L. McCafferty, III (MCCAE6710)
C. Richard Wilkins (WILKC8408)
Attorney for Defendant QBE Insurance Corporation