UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MDL-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * * | MAGISTRATE WILKINSON |

## ORDER

Considering Homesite Insurance Company's Motion for Leave to File Reply in Support of Rule 12(b)(6) Motion to Dismiss,

**IT IS ORDERED THAT** Homesite's Motion for Leave be granted and that the Reply in Support of Rule 12(b)(6) Motion to Dismiss be filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

164150