- 1 -

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MDL-2047 |
| | * | SECTION "L" |
| | * | |
| **This document relates to: Crosby (10-1693)** | * * * | JUDGE FALLON |
| | | MAGISTRATE WILKINSON |

**MOTION FOR LEAVE TO FILE REPLY
MEMORANDUM IN SUPPORT OF RULE 12(b)(6) MOTION
TO DISMISS IN COMPLIANCE WITH COURT'S JULY 1, 2010 ORDER**

Defendant Federal Insurance Company ("Federal") submits this motion for leave to file the attached reply memorandum in support of its Rule 12(b)(6) Motion to Dismiss in Compliance With Court's July 1, 2010 Order, to respond to issues raised in the opposition filed by the plaintiffs. The reply memorandum may assist the Court in reaching a determination of the matter.

- 1 -

164145

WHEREFORE, Federal prays that it be permitted to file the attached Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss in Compliance With Court's July 1, 2010 Order.

>Respectfully submitted,
>
>*/s/ Judy Y. Barrasso*
>Judy Y. Barrasso, 2814
>John W. Joyce, 27525
>Madeline M. Chimento, 32390
>BARRASSO USDIN KUPPERMAN
>  FREEMAN & SARVER, L.L.C.
>909 Poydras Street, Suite 2400
>New Orleans, Louisiana  70112
>Telephone:  504-589-9700
>Telefax:  504-589-9701
>
>*Attorneys for Federal Insurance Company*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

>*/s/ Judy Y. Barrasso*
>Judy Y. Barrasso, 2814

164145