UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MDL-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: Crosby (10-1693)** | * * | MAGISTRATE WILKINSON |

## ORDER

Considering the foregoing Motion For Leave to File A Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss In Compliance With Court's July 1, 2010 Order, filed by Federal Insurance Company;

**IT IS ORDERED** that the motion is GRANTED and Federal Insurance Company is hereby permitted to file its Reply Memorandum in Support of its Rule 12(b)(6) Motion to Dismiss in Compliance With Court's July 1, 2010 Order.

New Orleans, Louisiana, this _____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

164161