UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS ORDER RELATES TO:** *Germano, et. al. v. Taishan Gypsum Co., Ltd., et al.,* **Case No. 09-6687;** *The Mitchell Co., Inc. v. Knauf Gips KG et al.,* **Case No. 09-4115;** *Steiner et al. v. Beijing New Building Material, PLC et. al.,* **Case No. 09-06545;** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**

## ORDER

Given the Unopposed Motion for Extension of Time to Submit Manufacturer Profile Forms:

IT IS HEREBY ORDERED, that Defendant Taishan Gypsum Co. Ltd. is hereby granted an extension of time until September 3, 2010 to complete and submit the appropriate Profile Forms.

New Orleans, Louisiana this 13th day of \_\_\_\_\_August\_\_\_\_\_, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge