UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * * * * * | MDL No. 2047<br><br>SECTION L<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS ORDER RELATES TO:** *Gross et al. v. Knauf Gips KG et al.,* **Case No. 09-6690**

### ORDER

Given the Unopposed Motion for Extension of Time to Submit Manufacturer Profile Forms:

IT IS HEREBY ORDERED, that Defendant Taian Taishan Plasterboard Co., Ltd. is hereby granted an extension of time until September 3, 2010, in which to complete and submit the appropriate Profile Forms.

New Orleans, Louisiana this 13th day of August, 2010.

Honorable Eldon E. Fallon
United States District Judge

\\\NY - 037476/000001 - 2279252 v1