UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 SECTION "L" |
| THIS DOCUMENT RELATES TO: *Galloway*, No. 10-CV-688 | * * * | JUDGE FALLON MAG. WILKINSON |

**************************************************

### MOTION FOR LEAVE TO FILE DEFENDANT'S REPLY MEMORANDUM IN FURTHER SUPPORT OF ITS MOTION FOR JUDGMENT ON THE PLEADINGS

**NOW INTO COURT**, comes Property & Casualty Insurance Company of Hartford ("P&C"), which move this Honorable Court for an order granting it leave to file its Reply Memorandum in Further Support of its Motion for Judgment on the Pleadings so that P&C may adequately respond to the arguments presented by the plaintiffs for the first time in their opposition memorandum.

**WHEREFORE**, Property & Casualty Insurance Company of Hartford respectfully requests that this Honorable Court grant this motion and permit them leave to file its reply memorandum. A Proposed Order is attached.

1

Respectfully submitted,

/s/ Seth A. Schmeeckle
Ralph S. Hubbard, III (La. Bar #7040)
Seth A. Schmeeckle, Esq. (La. Bar #27076)
**Lugenbuhl, Wheaton, Peck, Rankin & Hubbard**
601 Poydras Street, Suite 2775
New Orleans, Louisiana 70130
Tel: (504) 568-1990 Ext. 119
Fax: (504) 310-9195
e-mail: rhubbard@lawla.com
sschmeeckle@lawla.com

**And**

**Of Counsel
STEPHEN E. GOLDMAN
WYSTAN ACKERMAN
GERALD P. DWYER, JR.
ROBINSON & COLE LLP**
280 Trumbull Street
Hartford, Connecticut 06103-3597
Telephone: (860) 275-8200
Facsimile: (860) 275-8299
e-mail: sgoldman@rc.com
wackerman@rc.com
gdwyer@rc.com

**Counsel for Property & Casualty Insurance Company of Hartford**

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing F.R.C.P. 12(c) Motion for Leave to File Reply Memorandum in Further Support of its Motion for Judgment on the Pleadings has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

/s/*Seth A. Schmeeckle*
**Seth A. Schmeeckle, La. Bar No. 27076**