UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: (Canty 10-0929)** | * * | MAGISTRATE WILKINSON |

### MOTION FOR LEAVE TO FILE REPLY IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS

Defendants request leave to file the attached Reply in Further Support of Defendants' Motion to Dismiss. The Reply addresses the arguments raised by Plaintiffs in their Opposition and further clarifies the law and facts supporting the motion. For these reasons, Defendants pray for leave to file their Reply in Further Support of Defendants' Motion to Dismiss.

164148

Respectfully submitted,

/s/ Catherine F. Giarrusso
Judy Y. Barrasso, 2814
Catherine F. Giarrusso, 29875
BARRASSO USDIN KUPPERMAN
 FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

Steven M. Levy
Mark L. Hanover
SONNENSCHEIN NATH &
ROSENTHAL, LLP
233 S. Wacker Drive, Suite 7800
Chicago, Illinois 60606
Telephone: (312) 876-8000
Facsimile: (312) 876-7934

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

/s/ Catherine F. Giarrusso

164148