UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047 |
| | | SECTION "L" |
| | * | JUDGE FALLON |
| This document relates to: (Canty 10-0929) | * * | MAGISTRATE WILKINSON |

### ORDER

Considering Defendants' Motion for Leave to File Reply in Further Support of Defendants' Motion to Dismiss,

**IT IS ORDERED THAT** Defendants' Motion for Leave be granted and that the Reply in Further Support of Defendants' Motion to Dismiss be filed into the record.

New Orleans, Louisiana, this ____ day of _____, 2010.

_____
UNITED STATES DISTRICT JUDGE

164148