IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL. NO: 2047 |
| | SECTION: L |
| (Relates to 2:09-cv-7628) | JUDGE FALLON<br>MAG. JUDGE WILKINSON |

### ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Having considered the motion to withdraw as counsel for Defendant Prestige Properties, Inc., filed by the law firm of Markow Walker, P.A., the Court hereby find the motion should be and is granted.

THIS the __13th__ day of __August__, 2010, New Orleans, Louisiana.

_____
U.S. DISTRICT COURT JUDGE