UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL  MDL NO. 09-2047
PRODUCTS LIABILITY LITIGATION

SECTION L
JUDGE FALLON
MG. JUDGE WILKINSON

THIS DOCUMENT RELATES TO:

Joyce W. Rogers, et al. v. Knauf Gips KG, et al.
CASE NO.: 10-362
_____/

**ORDER ON ADORNO & YOSS LLP'S MOTION TO
WITHDRAW AS CO-COUNSEL OF RECORD**

Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP, co-counsel of record for Defendants BANNER SUPPLY CO. and BANNER SUPPLY FT. MYERS, LLC (collectively, "BANNER") and file this Motion for an Order allowing withdrawal of Jan Douglas Atlas, Esq., Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP ("ADORNO") as co-counsel of record for Defendant BANNER, leaving the firm of Weinberg, Wheeler, Hudgins, Gunn & Dial as attorneys of record for BANNER, and as grounds therefore states as follows:

It is ORDERED AND ADJUDGED that the Motion to Withdraw as Counsel of Record on behalf of Jan Douglas Atlas, Esq. and Jeffrey A. Backman, Esq., and the firm of ADORNO & YOSS LLP as co-counsel of record for BANNER, is hereby granted and that the firm of ADORNO & YOSS LLP are hereby discharged from their obligations of representation in this case and relieved of any further appearance in this case on behalf of BANNER. The Court further ORDERS that the firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL are hereby left as counsel of record for BANNER as of the date of this Order.

It is ORDERED this _____ day of August, 2010.

_____
HONORABLE ELDON E. FALLON

cc:   All Counsel of Record

{218429.0005/N0847903_1}