MINUTE ENTRY
FALLON, J.
AUGUST 12, 2010

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED          MDL NO. 2047
    DRYWALL PRODUCTS
    LIABILITY LITIGATION               SECTION: L

THIS DOCUMENT RELATES TO: All Cases      JUDGE FALLON
                                                                  MAGISTRATE WILKINSON

BEFORE JUDGE ELDON E. FALLON
Case Manager: Gaylyn Lambert
Court Reporter: David Zarek

Appearances:    Arnold Levin, Esq., Lenny Davis, Esq., Casey Peterson, Esq. For PSC
                   Neal Sivyer, Esq. For Homebuilders Steering Committee
                   Steve Glickstein, Esq. For Knauf
                   Steve Nicholas, Esq. For Mitchell Company
                   Ralph Hubbard, Esq. For Standard Fire Insurance Company
                   Jason Foote, Esq. For ASI Lloyds

I. PSC's Motion Restricting Communications With Putative Class Members, Rec. Doc. No. 4338
   Argument - The motion is DENIED.

II. Motion to Intervene as Plaintiffs in *Payton*, Rec. Doc. No. 4346
   The motion is CONTINUED to be set for hearing at a future date by the Court.

III. Motion to Intervene as Plaintiffs in *Wiltz*, Rec. Doc. No. 4347
   The motion is CONTINUED to be set for hearing at a future date by the Court.

IV. Motion to Intervene as Plaintiffs in *Rogers*, Rec. Doc. No. 4349
   The motion is CONTINUED to be set for hearing at a future date by the Court.

V. Motion to Intervene as Plaintiffs in *Gross*, Rec. Doc. No. 4350
   The motion is CONTINUED to be set for hearing at a future date by the Court.

VI. *Germano* Plaintiffs' Motion to Impose Bond Requirement on Taishan, Rec. Doc. No. 4356
   The motion is GRANTED. Bond is set at $5,000.00

JS10:     :40

In Re: Chinese Drywall Litigation                                                    MDL 2047- L
Minutes of August 12, 2010                                                                  Page 2

VII. PSC's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Wiltz*, Rec. Doc. No. 4385
The motion is GRANTED.

VIII. PSC's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Rogers*, Rec. Doc. No. 4387
The motion is GRANTED.

IX. PSC's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Gross*, Rec. Doc. No. 4388
The motion is GRANTED.

X. PSC's Rule 6(b) Motion for Extension of Time for Service of Process Under Rule 4(m) in *Amato*, Rec. Doc. No. 4443
The motion is GRANTED.

XI. PSC's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, Rec. Doc. No. 4603
The motion is CONTINUED to be set for hearing at a future date by the Court.

XII. PSC's Motion for Sanctions and to Compel Production of Knauf Defendant Documents, Rec. Doc. No. 4754
Argument - GRANTED IN PART insofar as the Court directs Knauf to produce documents in response to the PSC's discovery requests pursuant to the Federal Rules of Civil Procedure and insofar as Knauf is directed to inform the Court within ten (10) days of an estimate of time for deposing non-30(b)(6) witnesses; and DENIED IN PART insofar as the PSC's request for sanctions which was withdrawn orally and all other issues raised in the Motion which the parties informed the Court were resolved prior to the hearing.

XIII. PSC's Motion to Lift Stay as to Various Pending Motions, Rec. Doc. No. 4946
The motion is GRANTED with any Motions listed therein not resolved on this date to be set for hearing by the Court at a later date.

XIV. The Mitchell Company's Motion to Lift Stay as to the Pending Class Certification Motions, Rec. Doc. No. 5010
The motion is GRANTED with the Motion listed therein to be set for hearing by the Court at a later date.

In Re: Chinese Drywall Litigation                                    MDL 2047 - L
Minutes of August 12, 2010                                                   Page 3

XV.   Plaintiffs' Motion to Dismiss Defendant ASI Lloyds without Prejudice, Rec. Doc.4834
         Argument - The motion is DENIED.

XVI.  Plaintiff's Motion to Dismiss Defendant Standard Fire Insurance Company Without
         Prejudice, Rec. Doc. No. 4835
          Argument - The motion is DENIED.