# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL NO. 2047<br>:<br>: SECTION: L<br>: |
| THIS DOCUMENT RELATES TO:<br>*Centerline Homes Construction, Inc., et al. v.*<br>*Mid-Continent Casualty Co., et al.* Case No. 10-178<br>and *Northstar Holdings, Inc., et al. v.*<br>*General Fidelity, Inc., Co.* Case No. 10-384 | : JUDGE FALLON<br>: MAG. JUDGE WILKINSON<br>:<br>:<br>: |

## PLAINTIFFS' NOTICE OF ORAL DEPOSITION DUCES TECUM
## PURSUANT TO FED. R. CIV. P. 30(b)(6)

PLEASE TAKE NOTICE that the undersigned attorneys, pursuant to Rule 30(b)(6) Fed.R.Civ.P., intend to take the deposition(s) of:

| NAME AND ADDRESS | DATE AND TIME | PLACE |
|---|---|---|
| Corporate representative(s) of<br>Mid-Continent Casualty Company,<br>The Insurance Company of the State of<br>Pennsylvania, Interstate Fire & Casualty<br>Company, Amerisure Insurance Company,<br>General Fidelity Insurance Company,<br>Quanta Indemnity Company, and<br>Essex Insurance Company,<br>designated to testify about the areas<br>identified in Schedule A attached hereto |  |  |

upon oral examination before a court reporter, any other Notary Public or other officer authorized by law to take depositions in the State of Florida. The oral examination will continue from day to day until completed. The deposition is being taken for purposes of discovery, for use at trial, or such other purposes, as are permitted under the applicable and governing rules. **The person(s) being deposed shall bring with him/her/them the documents identified in Schedule B attached to this Notice.**

Dated August ___, 2010                     Respectfully submitted,

By: __/s/ Peter R. Goldman_____
    PETER R. GOLDMAN
    Florida Bar No. 860565
    VANESSA M. SERRANO
    Florida Bar No. 51555
    BROAD AND CASSEL
    100 S.E. Third Ave., Ste. 2700
    Fort Lauderdale, FL 33394
    Ph:  (954) 764-7060
    Fax: (954) 761-8135
    pgoldman@broadandcassel.com
    vserrano@broadandcassel.com

*Counsel for*
*Centerline Homes Construction, Inc.,*
*Completed Communities II, LLC,*
*Centerline Homes at Georgetown, LLC*
*and Centerline Homes, Inc.*

By: __/s/Michael K. Wilson_____
    MICHAEL K. WILSON, P.A.
    Florida Bar No.: 657069
    JEREMY T. SPRINGHART, ESQ.
    Florida Bar No.: 506052
    L. KENT KOCH, ESQ.
    Florida Bar No.: 0710091
    BROAD AND CASSEL
    390 No. Orange Avenue, Suite 1400
    Orlando, FL 32801
    Ph: (407) 839-4200
    Fax: (407) 425-8377
    mkwilson@broadandcassel.com
    jspringhart@broadandcassel.com
    lkkoch@broadandcassel.com

*Counsel for*
*Northstar Holdings, Inc.,*
*Northstar Homes, Inc. and*
*Northstar Holdings at B&A, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing Notice of Oral Deposition *Duces Tecum* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this ___ day of August, 2010.

                                                                                   /s/ Vanessa M. Serrano
                                                                                   Vanessa M. Serrano

## Definitions

1. You" or "Your" refers to Mid-Continent Casualty Company, including any parent, affiliate or subsidiary of Mid-Continent Casualty Company; The Insurance Company of the State of Pennsylvania, including any parent, affiliate or subsidiary of The Insurance Company of the State of Pennsylvania; Interstate Fire & Casualty Company, including any parent, affiliate or subsidiary of Interstate Fire & Casualty Company; Amerisure Insurance Company, including any parent, affiliate or subsidiary of Amerisure Insurance Company; General Fidelity Insurance Company, including any parent, affiliate or subsidiary of General Fidelity Insurance Company; Quanta Indemnity Company, including any parent, affiliate or subsidiary of Quanta Indemnity Company; and Essex Insurance Company, including any parent, affiliate or subsidiary of Quanta Indemnity Company.

2. "Insurance related products" refers to any contract which You have entered as an insurer, indemnitor, or surety.

3. "The State of Louisiana" refers to any governmental agency of the State of Louisiana, including, but not limited to, the Louisiana Department of Insurance.

4. "Pertaining to" means regarding, referring to, relating to, mentioning or addressing.

5. "Person" or "Person(s)" mean any individual, corporation, proprietorship, partnership, trust, association or any other entity.

6. The term "document" means anything written down or recorded in any form, whether on paper or electronically, including, in particular, written communications in any form.

7. The term "communication" means every manner or type of disclosure, transfer, documentation or exchange of information, whether written or oral, whether in person, by telephone, e-mail, mail, personal delivery or otherwise.

8. Unless otherwise specified, the time frame for these requests is from January 1, 2004 to the present.

## Schedule A

### Areas of Testimony

1. The date when You were first authorized and/or licensed to do business in the Louisiana, the status of Your authorization to do business in the Louisiana, and whether You are still doing business in Louisiana.

2. Your efforts to solicit, market or advertise insurance related products in Louisiana.

3. When You first began to solicit, market or advertise insurance related products in Louisiana and, if applicable, when you ceased doing so.

4. When You first sold any insurance related products in Louisiana.

5. When and whether You ceased selling any insurance related product in Louisiana.

6. The types of insurance related products You have sold to insureds in Louisiana and the types of coverage applicable to insureds in Louisiana.

7. The information You provided to the State of Louisiana pertaining to Your providing or selling insurance related products in the Louisiana during the last five years.

8. The person(s) employed or working for You who are responsible for soliciting, marketing or advertising your insurance related products in Louisiana, where those persons are located, and the manner in which they are able to solicit, market or advertise your insurance related products in Louisiana.

9. The person(s) or entities who have actually sold Your insurance related products in Louisiana, where those persons are located, and the manner in which they were able to sell your insurance related products in Louisiana.

10. The number of times that You have sued or have been sued in any court (state or federal) in Louisiana in which You allege that You are authorized to do business in Louisiana and in fact were doing business in Louisiana.

11. The person(s) employed by or working for You who are responsible for administering claims related to insurance products You sold in Louisiana, where those persons are located, and the manner in which they are able to administering claims related to insurance products You sold in Louisiana.

12. Any of Your marketing or strategic plans which mention or address Louisiana.

13. Any insurance policies (including endorsements thereto) which specifically mention or reference Louisiana.

14. The bases and facts supporting the statements made in the Affidavit of Michael Coon dated March 30, 2010, which was annexed to Your Motion to Dismiss or, Alternatively, Motion to Transfer Venue in the above referenced action.

15. Whether any of Your officers, directors, employees, representatives or agents have traveled to Louisiana for the purposes of conducting business or engaging in any business activity related to insurance products in Louisiana. If so, the names of the individuals, the dates of their visit(s) to Louisiana and the purpose of their visit.

5

## Schedule B

1. All documents and communications between You and the State of Louisiana pertaining to Your actual and/or contemplated business activities in Louisiana, including but not limited to all documents and communications that pertain to insurance related products and Your authorization to conduct business in Louisiana.

2. All documents and communications pertaining to Your solicitation, marketing, or advertising of Your insurance related products in Louisiana.

3. All documents and communications pertaining to Your selling insurance related products in Louisiana.

4. All documents and communications You filed with the Department of Insurance.

5. All documents and communications pertaining to brokers, retail agents, or Your employees or independent contractors that sell Your insurance related products in Louisiana, irrespective of where the brokers or retail agents are located.

6. Pleadings filed by You, including but not limited to complaints, answers, or notices of removal, in any action pending in Louisiana from January 1, 2003 through the present.

4823-1147-3927.1
34720/0086