UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION    : Section L
   :

This Document Relates to:

NORTHSTAR HOLDINGS, INC.,    : JUDGE FALLON
NORTHSTAR HOMES, INC., AND    : MAG. JUDGE WILKINSON
NORTHSTAR HOLDINGS AT B & A, LLC,

vs.

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY.

Case no.: 2:10-cv-00384

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant ESSEX INSURANCE COMPANY will bring its Motion for Protective Order before The Honorable Judge Eldon E. Fallon, United States District Court, Eastern District of Louisiana, 500 Poydras Street, Room C151, New Orleans, Louisiana, Section J, on **September 2, 2010 at 9:00 a.m.**

1

Respectfully submitted:

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ.
FL Bar No. 0179043
rappelbaum@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, Florida 33602
(813) 281-1900
(813) 281-0900 (fax)

CARIN DORMAN BROCK, ESQ.
LA Bar. No. 28339
cbrock@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
Post Office Box 16328
Mobile, Alabama 36616
(251) 338-3801
(251) 338-3805 (fax)
Attorneys for Defendant, Essex Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Hearing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

Respectfully submitted,

s/ Rebecca C. Appelbaum
REBECCA C. APPELBAUM, ESQ.