# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

NORTHSTAR HOLDINGS, INC.,
NORTHSTAR HOMES, INC., AND
NORTHSTAR HOLDINGS AT B & A, LLC,

    Case No: 2:10-cv-00384

  Plaintiffs,

    Judge: Fallon

v.

    Magistrate: Wilkinson

GENERAL FIDELITY INSURANCE
COMPANY, QUANTA INDEMNITY
COMPANY, MID-CONTINENT CASUALTY
COMPANY, AXIS SURPLUS INSURANCE,
AND ESSEX INSURANCE COMPANY,

  Defendants.
_____/

## DEFENDANT GENERAL FIDELITY INSURANCE COMPANY'S MOTION FOR EXTENSION OF TIME

Defendant GENERAL FIDELITY INSURANCE COMPANY ("GENERAL FIDELITY") moves the Court for an additional thirty (30) days, through and including September 15, 2010, within which to provide responses and/or objections to any jurisdictional discovery propounded by Plaintiffs in MDL 2047, Civil Action No.: 2:10-cv-00384. Defendant GENERAL FIDELITY states as follows:

1. This Court entered an Order dated August 5, 2010 providing, in part: "To avoid responding to discovery each moving insurer must stipulate by specifically stating that the company is subject to personal jurisdiction in MDL 2047 in the Eastern District of Louisiana...by August 10, 2010, or the non-stipulating moving insurer shall provide responses and/or objections to any jurisdictional discovery...by August 16, 2010." [Doc. # 4873].

2. On August 6, 2010, Plaintiffs served Defendant GENERAL FIDELITY with written discovery requests consisting of interrogatories and requests for production.

3. On August 9, 2010, Defendant GENERAL FIDELITY received Plaintiffs' written discovery requests.

4. Accordingly, Defendant GENERAL FIDELTY had a week, including the weekend, to respond to the written discovery requests.

5. Given the short amount of time and the extent of information sought in Plaintiffs' written discovery requests, Defendant GENERAL FIDELITY needs more time to respond.

6. A thirty-day extension will neither prejudice any party nor delay the progression of this case.

7. Before filing this motion, counsel for Defendant GENERAL FIDELITY conferred with counsel for Plaintiffs and counsel for Plaintiffs do not object to the relief requested herein by Defendant GENERAL FIDELITY.

WHEREFORE, GENERAL FIDELITY INSURANCE COMPANY prays for an additional thirty (30) days, through and including September 15, 2010, within which to provide responses and/or objections to jurisdictional discovery propounded by Plaintiffs in

MDL 2047, Civil Action No.: 2:10-cv-00384.

Respectfully submitted:

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.
Florida Bar No.: 938254
srawls@butlerpappas.com
RYAN K HILTON, ESQ.
Florida Bar No.: 0304610
rhilton@butlerpappas.com
BUTLER PAPPAS WEIHMULLER KATZ CRAIG LLP
777 S. Harbour Island Boulevard, Suite 500
Tampa, FL 33602
Tel. 813-281-1900
Fax. 813-281-0900
Trial Counsel for General Fidelity Insurance Company

and

ANDREW L. PLAUCHÉ, JR., ESQ.
LA Bar. No. 11023
aplauche@pmpllp.com
PLAUCHÉ MASELLI PARKERSON LLP
701 Poydras Street, Suite 3880
New Orleans, LA 70139-3800
(504) 582-1142
(504) 582-1172 (fax)
Trial Counsel for General Fidelity Insurance Co.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion for Extension of Time and proposed Order has been served on Plaintiff's Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

s/ R. Steven Rawls
R. STEVEN RAWLS, ESQ.