UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Joshua C. Price and Kimberlea Price v. USAA Casualty Insurance Co.*   Case No. 10-CV-01420 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION FOR LEAVE TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS

**NOW INTO COURT**, through undersigned counsel, comes defendant, USAA Casualty Insurance Company ("USAA-CIC"), to seek leave to file the accompanying Reply Memorandum in Further Support of USAA Casualty Insurance Company's Motion to Dismiss [R. Doc. No. 4515].  The attached reply is necessary to briefly address and refute issues raised in the opposition filed by Plaintiffs.  Further, this reply is being timely filed pursuant to the Court's Order.

WHEREFORE, defendant, USAA Casualty Insurance Company ("USAA-CIC"), respectfully prays that it be permitted to file the attached Reply Memorandum in Further Support of USAA Casualty Insurance Company's Motion to Dismiss.

Respectfully submitted,

**BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC**

By: *s/Jennifer McNamara*
AMELIA W. KOCH (2186)
STEVEN F. GRIFFITH, JR., T.A. (27232)
JENNIFER McNAMARA (23946)
KATHRYN B. COOPER (32404)
201 St. Charles Ave., Suite 3600
New Orleans, Louisiana 70170
Telephone: (504) 566-5200
Facsimile: (504) 636-4000
E-mail: akoch@bakerdonelson.com
sgriffith@bakerdonelson.com
jmcnamara@bakerdonelson.com
kcooper@bakerdonelson.com

**ATTORNEYS FOR DEFENDANT, USAA CASUALTY INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by United States mail and e-mail *or* by hand delivery and e-mail *and* upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 16th day of August, 2010.

                                                    *s/Jennifer McNamara*
                                                    JENNIFER MCNAMARA