IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUSIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION, | : : : | MDL NO: 2047 |
| | : | SECTION: L |
| THIS APPLIES TO: DEAN and DAWN AMATO, et al. v. LIBERTY MUTUAL INSURANCE COMPANY, et al. | : : : : : | JUDGE: FALLON MAG. JUDGE WILKINSON |
| Case No.    2:10-cv-00932-EEF-JCW | : : | |

### NOTICE OF SPECIAL APPEARANCE AS COUNSEL

PLEASE TAKE NOTICE of the special appearance of John Franklin, III, Christopher J. Wiemken, and Dannielle Hall-McIvor of the law firm of TAYLOR & WALKER, P.C. as counsel for defendant Parallel Design & Development, LLC in *Dean and Dawn Amato, et al. v. Liberty Mutual Insurance Company, et al*, United States District Court for the Eastern District of Louisiana, Case No. 2:10-cv-00932.  Parallel Design & Development, LLC reserves all rights to object to jurisdiction and preserves all defenses.  Counsel for Parallel Design & Development, LLC requests that copies of all pleadings served in this case be served upon the undersigned at the following office and email addresses.

**PARALLEL DESIGN & DEVELOPMENT, LLC**

By:  _/s/_____
         Counsel

Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*

## CERTIFICATE OF SERVICE

   I hereby certify that the above Notice of Appearance has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedure established in MDL 2047, on this 16th day of August, 2010.

                _____/s/_____
                Dannielle C. Hall-McIvor

Christopher J. Wiemken (VSB #43299)
E: cwiemken@taylorwalkerlaw.com
John Franklin, III (VSB #13267)
E: jfranklin@taylorwalkerlaw.com
Dannielle Hall-McIvor (VSB #74098)
E: dhall-mcivor@taylorwalkerlaw.com
TAYLOR & WALKER, P.C.
555 E. Main Street, Suite 1300
Norfolk, VA 23510
T: (757) 625-7300
F: (757) 625-1504
*Counsel for Parallel Design & Development, LLC*

G:\Harbor Walk Development ads. Germano\Notice_Appearance_Parallel (Amato) (08.16.10).doc