UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047 SECTION L |
| | DISTRICT JUDGE FALLON |
| This documents relates to: Taylor Woodrow Homes Central Florida Division LLC v. Scottsdale Indemnity Company Civil Action No. 2:2010-cv-555 | MAGISTRATE JUDGE WILKINSON |

### SCOTTSDALE INSURANCE COMPANY'S MOTION TO DISMISS FOR EXTENSION OF TIME

**Defendant SCOTTSDALE INSURANCE COMPANY**, ("Scottsdale") moves the Court for an additional twenty-five days, through and including September 10, 2010, within which to provide responses and/or objections to any jurisdictional discovery propounded by Plaintiffs in MDL No. 2047, Civil Action No. 2:2010-cv-555. Scottsdale states as follows:

1. This Court entered an Order dated August 5, 2010 providing, in part: "To avoid responding to discovery each moving insurer must stipulate by specifically stating that the company is subject to personal jurisdiction in MDL 2047 in the Eastern District of Louisiana...by August 10, 2010, or the non-stipulating moving insurer shall provide responses and/or objections to any jurisdictional discovery...by August 16, 2010." [Doc. # 4873].

- 2 -

2.	On August 12, 2010, Plaintiffs served Scottsdale with written discovery requests consisting of Interrogatories and Requests for Production of Documents.

3.	Accordingly, Scottsdale had four days, including the weekend, to respond to the written discovery requests.

4.	Given the short amount of time and the extent of information sought in Plaintiffs' written discovery requests, Scottsdale needs more time to respond.

6.	A twenty-five-day extension will neither prejudice any party nor delay the progression of this case.

7.	Before filing this motion, counsel for Scottsdale asked counsel for Plaintiffs whether Plaintiffs object to the relief requested herein by Scottsdale. At the time this motion was filed, counsel for Plaintiffs had not yet responded.

WHEREFORE, Scottsdale Insurance Company prays for an additional twenty-five (25) days, through and including September 10, 2010, within which to provide responses and/or objections to jurisdictional discovery propounded by Plaintiffs in MDL No. 2047, Civil Action No. 2:2010-cv-555.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:	*/s/ Virginia Y. Trainor*
	H. Alston Johnson, III (La. Bar No.7293)
	Virginia Y. Trainor (La. Bar No. 25275)
	II City Plaza
	400 Convention Street, Suite 1100
	Baton Rouge, Louisiana 70802-5618
	P.O. Box 4412

>Baton Rouge, Louisiana 70821-4412
>Telephone: (225) 346-0285
>Telecopier: (225) 381-9197
>Email: johnsona@phelps.com
>    trainorg@phelps.com
>
>**- AND –**
>
>Jay Russell Sever (La. Bar No. 23935)
>Charlotte Jane Sawyer (La. Bar No. 2818)
>365 Canal Street • Suite 2000
>New Orleans, Louisiana 70130-6534
>Telephone: (504) 566-1311
>Telecopier: (504) 568-9130
>Email: severj@phelps.com
>    sawyerc@phelps.com
>
>**ATTORNEYS FOR DEFENDANT,**
>**SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 on this 16th day of August, 2010.

>*/s/ Virginia Y. Trainor*
>Virginia Y. Trainor
>Bar No. 25275
>Attorney for Scottsdale Insurance Company
>Phelps Dunbar LLP
>II City Plaza
>400 Convention Street, Suite 1100
>Baton Rouge, Louisiana  70802-5618
>Telephone: (225) 346-0285
>Facsimile: (225) 381-9197
>trainorg@phelps.com

- 4 -