## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WENDY HUBBELL AND** | * | **CIVIL ACTION NUMBER: 10-2064** |
| **CHRISTY CIMO** | * | |
| | * | **SECTION:** |
| **VERSUS** | * | |
| | * | **MAG:** |
| **TALLOW CREEK, L.L.C., SOUTHERN** | * | |
| **HOMES, L.L.C., ABC INSURANCE** | * | |
| **COMPANY, XYZ INSURANCE** | * | |
| **COMPANY, INTERIOR EXTERIOR** | * | |
| **BUILDING SUPPLY, LP, INTERIOR** | * | |
| **INTERIOR EXETERIOR ENTERPRISES** | * | |
| **SOUTH CORTEZ, LLC, GRAF'S** | * | |
| **DRYWAL, LLC, FIRST FINANCIAL** | * | |
| **INSURANCE COMPANY, BANKERS** | * | |
| **INSURANCE COMPANY, WESTERN** | * | |
| **WORLD INSURANCE COMPANY, AND** | * | |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## **MOTION TO REMAND**

NOW INTO COURT, through undersigned counsel, come Plaintiffs, Wendy Hubbell and Christy Cimo, who submit the following Motion to Remand this matter to 22nd Judicial District State Court of Louisiana. Plaintiff originally filed a Petition for Breach of Contract, Warranty and Damages in State Court naming several Defendants some of which are currently known and others, which are not. As discussed in the accompanying Memorandum, this case presents a dispute between a homeowner and his builder, seller,

supplier, homeowner insurer and any of the liability insurers for any other parties to date unknown.

The Defendant has improperly Removed this case alleging Diversity jurisdiction as per 28. U.S.C. § 1332. Although, the jurisdictional amount will exceed the required amount, diversity is improper because at least one of the defendants is domiciled in Louisiana, the same state of domicile as the Plaintiff. Southern Homes, L.L.C. is a Louisiana entity, with its principal place of business and at all relevant times doing business in Louisiana, thus striking diversity.

State Farm's argument that they should be severed from the action to ignore the domicile of the other Defendants is flawed. Severance of State Farm is not appropriate, and would substantially injure the Plaintiffs, Wendy Hubbell and Christy Cimo.

Plaintiff prays that this Court remand the proceedings back to the state court where forum is proper.

    Respectfully Submitted,

    s/ Seth J. Smiley_____
    WOLFE LAW GROUP, LLC
    Scott G Wolfe Jr. (30122)
    Seth J. Smiley (32693)
    4821 Prytania Street
    New Orleans, LA 70115
    504-894-9653 * Fax: 866-761-8934
    Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**
I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail postage prepaid or facsimile transmission, this 17 day of August, 2010.

s/ Seth J. Smiley_____
Seth J. Smiley