# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **WENDY HUBBELL AND** | * | **CIVIL ACTION NUMBER: 10-2064** |
| **CHRISTY CIMO** | * | |
| | * | **SECTION:** |
| **VERSUS** | * | |
| | * | **MAG:** |
| **TALLOW CREEK, L.L.C., SOUTHERN** | * | |
| **HOMES, L.L.C., ABC INSURANCE** | * | |
| **COMPANY, XYZ INSURANCE** | * | |
| **COMPANY, INTERIOR EXTERIOR** | * | |
| **BUILDING SUPPLY, LP, INTERIOR** | * | |
| **INTERIOR EXETERIOR ENTERPRISES** | * | |
| **SOUTH CORTEZ, LLC, GRAF'S** | * | |
| **DRYWAL, LLC, FIRST FINANCIAL** | * | |
| **INSURANCE COMPANY, BANKERS** | * | |
| **INSURANCE COMPANY, WESTERN** | * | |
| **WORLD INSURANCE COMPANY, AND** | * | |
| **STATE FARM FIRE AND CASUALTY** | * | |
| **COMPANY** | * | |

*****************************************************************************

## NOTICE OF HEARING

Considering the foregoing Motion to Remand,

Plaintiffs, Wendy Hubbell and Christy Cimo hereby provide notice of all parties that the foregoing motion has been scheduled for hearing on the _____ day of _____, 2010 at _____ am / pm.

Respectfully Submitted,

 s/ Seth J. Smiley _____
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653 * Fax: 866-761-8934
Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding through the CM/ECF system that will send notice of an electronic filing to all counsel of record, and sent to same counsel via US First Class Mail postage prepaid or facsimile transmission, this 17 day of August, 2010.

s/ Seth J. Smiley
Seth J. Smiley