UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 2047 SECTION: L |
| THIS DOCUMENT RELATES TO: | : : | JUDGE FALLON MAG. JUDGE WILKINSON |
| Case No. 10-932 *Dean Amato, et al. v. Liberty Mutual Ins., et al.* | : : | |

**DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Defendants, Centerline Homes, Inc.,[1] Centerline Homes at Georgetown, LLC, Centerline Port St. Lucie, Ltd.,[2] Centerline at Port St. Lucie, LLC,[3] Completed Communities II, LLC, Centerline Homes Construction, Inc., Centerline Homes of Delray, Inc., Centerline Homes at Tradition, LLC,[4] and Centerline Homes at Vizcaya, Inc.[5] (collectively hereinafter "Centerline"), by and through undersigned counsel, hereby move this Honorable Court for the entry of an Order granting Centerline an enlargement of time in which to submit Builder Profile Forms in the above-referenced action.  Centerline is diligently working to gather the information requested therein, but is in need of additional time to complete the Builder Profile Forms.

---

[1]  This entity was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

[2]  This entity was merged into Completed Communities II, LLC, on or about September 12, 2008.

[3]  This entity was voluntarily dissolved on or about January 1, 2009, and was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

[4]  This entity was merged into Completed Communities II, LLC, on or about December 28, 2007.

[5]  This entity was voluntarily dissolved on or about April 30, 2001, and was not the builder, owner or developer of any of the allegedly affected homes at issue in this action.

WHEREFORE, Defendants, Centerline Homes, Inc., Centerline Homes at Georgetown, LLC, Centerline Port St. Lucie, Ltd., Centerline at Port St. Lucie, LLC, Completed Communities II, LLC, Centerline Homes Construction, Inc., Centerline Homes of Delray, Inc., Centerline Homes at Tradition, LLC and Centerline Homes at Vizcaya, Inc., respectfully request that this Court grant Centerline an extension of time, through and including September 3, 2010, in order to submit the Builder Profile Forms in the above-referenced action.

Dated August 17, 2010

Respectfully submitted,

By: __/s/ Vanessa M. Serrano_____
PETER R. GOLDMAN
Florida Bar No. 860565
VANESSA M. SERRANO
Florida Bar No. 51555
BROAD AND CASSEL
100 S.E. Third Ave., Ste. 2700
Fort Lauderdale, Florida 33394
Ph:   (954) 764-7060
Fax: (954) 761-8135
pgoldman@broadandcassel.com
vserrano@broadandcassel.com

*Counsel for Centerline Homes, Inc.*
*Centerline Homes Construction, Inc.*
*Centerline Port St. Lucie, Ltd.*
*Centerline at Port St. Lucie, LLC*
*Centerline Homes of Delray, Inc.*
*Centerline Homes at Georgetown, LLC*
*Centerline Homes at Tradition, LLC*
*Centerline Homes at Vizcaya, Inc., and*
*Completed Communities II, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of August 2010.

    /s/ Vanessa M. Serrano_____
Vanessa M. Serrano

4827-5510-5543.1
34720/0062