UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 2047 |
| IN RE: CHINESE MANUFACTURED DRYWALL | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
| THIS DOCUMENT RELATES TO: | : | JUDGE FALLON |
|  | : | MAG. JUDGE WILKINSON |
| Case No. 10-932 | : |  |
| *Dean Amato, et al. v. Liberty Mutual Ins., et al.* | : |  |

**ORDER ON DEFENDANTS' *EX PARTE* MOTION FOR ENLARGEMENT
OF TIME TO SUBMIT BUILDER PROFILE FORMS**

Upon consideration of Defendants, Centerline Homes, Inc., Centerline Homes at Georgetown, LLC, Centerline Port St. Lucie, Ltd., Centerline at Port St. Lucie, LLC, Completed Communities II, LLC, Centerline Homes Construction, Inc., Centerline Homes of Delray, Inc., Centerline Homes at Tradition, LLC, and Centerline Homes at Vizcaya, Inc.'s *Ex Parte* Motion for Enlargement of Time to Submit Builder Profile Forms,

IT IS HEREBY ORDERED that Defendants' *Ex Parte* Motion is GRANTED. Defendants shall have up to and including September 3, 2010, to submit their respective Builder Profile Forms.

New Orleans, Louisiana this _____ day of August 2010.

_____
**HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE**