UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION<br><br>This Document relates to:<br><br>*Medallion Homes Gulf Coast, Inc. v. Mid-Continent Casualty Company*<br>**(C.A. No. 10-1500)** | MDL NO.: 2047<br><br>JUDGE: FALLON<br><br>MAG: WILKINSON |

## NOTICE OF APPEARANCE OF COUNSEL

**NOW INTO COURT,** come the following counsel, who hereby make their appearance on behalf of defendant, Mid-Continent Casualty Company in the case of *Medallion Homes Gulf Coast, Inc. v. Mid-Continent Casualty Co.*:

    Morgan J. Wells, Jr.
    Lee M. Peacocke
    LARZELERE PICOU WELLS SIMPSON LONERO, LLC
    Two Lakeway Center - Suite 1100
    3850 North Causeway Boulevard
    Metairie, Louisiana  70002
    Telephone: (504) 834-6500
    Facsimile:  (504) 834-6565

Ronald L. Kammer, T.A.
Pedro E. Hernandez
HINSHAW & CULBERTSON LLP
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063

Pursuant to Local Rule 11.2, Ronald L. Kammer is designated as Trial Attorney for defendant, Mid-Continent Casualty Company.

This appearance is submitted reserving all defenses, and without waiving any objections to consolidation, joinder, jurisdiction, venue, or service on behalf of Mid-Continent Casualty Company.

        Respectfully submitted,
        **LARZELERE PICOU WELLS**
           **SIMPSON LONERO, LLC**
        Two Lakeway Center - Suite 1100
        3850 North Causeway Boulevard
        Metairie, Louisiana 70002
        Telephone: (504) 834-6500
        Facsimile: (504) 834-6565

BY:   */s/ Lee M. Peacocke*
        **MORGAN J. WELLS, JR. (La. No. 18499)**
           mwells@lpwsl.com
        **LEE M. PEACOCKE (La. No. 18374)**
           lpeacocke@lpwsl.com

AND

**HINSHAW & CULBERTSON LLP**
**RONALD L. KAMMER, T.A. (Fl. No. 360859)**
    rkammer@hinshawlaw.com
**PEDRO E. HERNANDEZ (Fl. No. 30365)**
    phernandez@hinshawlaw.com
9155 S. Dadeland Blvd., Suite 1600
Miami, Florida 33156
Telephone: (305) 428-5100
Facsimile: (305) 577-1063
**ATTORNEYS FOR DEFENDANT,**
**MID-CONTINENT CASUALTY COMPANY**

2

**CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing NOTICE OF APPEARANCE has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice electronic filing in accordance with the procedures established in MDL 2047, on this 17th day of August 2010.

               /s/ Lee M. Peacocke
               LEE M. PEACOCKE