## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     \*    **MDL NO. 2047**
DRYWALL PRODUCTS LIABILITY     \*
LITIGATION     \*    **SECTION: L**
    \*
    \*    **JUDGE ELDON E. FALLON**
    \*
**THIS DOCUMENT RELATES TO:**     \*    **MAG. JUDGE WILKINSON**
*Sandra Perez, et al v. Knauf Gips KG, et al*     \*
*No. 09-3384*     \*

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER

Considering the foregoing Motion and Incorporated Memorandum in Support of Motion to withdraw L. Scott Joanen and Substitute Christopher M. Hatcher and Melissa DeBarbieris as counsel of record.

IT IS ORDERED, that L. Scott Joanen, La. Bar. No. 21431 be and is hereby withdrawn as counsel of record, and that Christopher M. Hatcher, La. Bar No. 32494 and Melissa DeBarbieris La. Bar No. 32124 be hereby enrolled as counsel of record in the above captioned matter.

New Orleans, Louisiana, this 17th day of    August   , 2010.


_____
United States District Judge