UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MDL-2047 SECTION "L" |
| | * | JUDGE FALLON |
| **This document relates to: Vu (10-930)** | * * | MAGISTRATE WILKINSON |

### ORDER

Considering Homesite Insurance Company's Motion for Leave to File Reply in Support of Rule 12(b)(6) Motion to Dismiss,

**IT IS ORDERED THAT** Homesite's Motion for Leave be granted and that the Reply in Support of Rule 12(b)(6) Motion to Dismiss be filed into the record.

New Orleans, Louisiana, this 17th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

3

164150