UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | CASE NO. 2:09-MD-2047<br><br>SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to: (Canty 10-0929)** | * | |
| | * | MAGISTRATE WILKINSON |

### ORDER

Considering Defendants' Motion for Leave to File Reply in Further Support of Defendants' Motion to Dismiss,

**IT IS ORDERED THAT** Defendants' Motion for Leave be granted and that the Reply in Further Support of Defendants' Motion to Dismiss be filed into the record.

New Orleans, Louisiana, this 17th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE

164148