IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL    : MDL No. 2047
PRODUCTS LIABILITY LITIGATION          : Section L
                                       :
_____    
This Documents Relates to              : JUDGE FALLON
_____                    : MAG. JUDGE WILKINSON

**ORDER ON PLAINTIFF'S, CHRISTY CIMO, NOTICE OF**
**VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(I)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiff's' CHRISTY CIMO, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON