IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL<br>PRODUCTS LIABILITY LITIGATION<br><br>This Documents Relates to | : MDL No. 2047<br>: Section L<br>:<br>: JUDGE FALLON<br>: MAG. JUDGE WILKINSON |

**PLAINTIFFS', SHELLY PARR, AND KELLY PARR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

NOW INTO COURT, through undersigned counsel, come the following plaintiffs herein, SHELLY PARR, AND KELLY PARR, who pursuant to the provisions of Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice of their voluntary dismissal, without prejudice, of their claims asserted against the Bankers Insurance Company in the Complaint filed in these proceedings.

Respectfully Submitted,

 /s/ Seth J. Smiley_____
WOLFE LAW GROUP, LLC
Scott G Wolfe Jr. (30122)
Seth J. Smiley (32693)
4821 Prytania Street
New Orleans, LA 70115
504-894-9653
Fax: 866-761-8934
http://www.wolfelaw.com
Attorneys for Plaintiffs