IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | : MDL No. 2047 <br> : Section L <br> : |
| This Documents Relates to _____ | : JUDGE FALLON <br> : MAG. JUDGE WILKINSON |

**ORDER ON PLAINTIFFS', SHELLY PARR, AND KELLY PARR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(I)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiffs' SHELLY PARR, AND KELLY PARR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON