IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE MANUFACTURED DRYWALL | : MDL No. 2047 |
| PRODUCTS LIABILITY LITIGATION | : Section L |
| _____ | : |
| This Documents Relates to | : JUDGE FALLON |
| _____ | : MAG. JUDGE WILKINSON |

**ORDER ON PLAINTIFFS', ADA BROWN AND HILLARY BROWN, NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(i)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiffs' ADA BROWN and HILLARY BROWN, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana this _____ day of _____, 2010.

_____
HONORABLE ELDON E. FALLON