IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED     *     MDL NO. 2047
DRYWALL PRODUCTS LITIGATION     *
    *
_____     *     SECTION: "L"
    *
THIS DOCUMENT RELATES TO:     *
Dean and Dawn Amato, et al vs.     *
Residential Drywall, Inc., et al     *
    *     JUDGE FALLON
Case No. 10-0932, Sect. L MAG 2     *
    *     MAG. JUDGE WILKINSON

**********************************************

## DEFENDANT, RESIDENTIAL DRYWALL, INC.'S MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

RESIDENTIAL DRYWALL, INC. appearing solely for the limited and special purpose of objecting to personal jurisdiction in this forum, moves this Court to enter an Order dismissing all of Plaintiffs' claims against it in this lawsuit for lack of personal jurisdiction. RESIDENTIAL DRYWALL, INC. submits the accompanying Memorandum of Law in Support of this Motion.

WHEREFORE, RESIDENTIAL DRYWALL, INC. moves this Court to dismiss all of Plaintiffs' claim against RESIDENTIAL DRYWALL, INC. for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12 (b)(2).

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve

1

in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the

Clerk of Court of the USDC for the Eastern District of Louisiana by using the CM/ECF System,

which will send a notice of electronic filing in accordance with the procedures established in MDL

2047, on this 18th day of August, 2010.

SELLARS, MARION & BACHI, P.A.
Attorneys for Residential Drywall, Inc.
811 North Olive Avenue
West Palm Beach, FL 33401
Telephone: (561) 655-8111
Facsimile: (561) 655-4994

By:        /s/ Jeremy D. Bertsch
              Florida Bar No.: 0043308