IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LITIGATION | *   MDL NO. 2047<br>*<br>*<br>*   SECTION: "L"<br>* |
| THIS DOCUMENT RELATES TO:<br>Dean and Dawn Amato, et al vs.<br>Residential Drywall, Inc., et al | *<br>*<br>*<br>*   JUDGE FALLON |
| Case No. 10-0932, Sect. L MAG 2 | *<br>*   MAG. JUDGE WILKINSON |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF HEARING

PLEASE TAKE NOTICE that Defendant, RESIDENTIAL DRYWALL, INC., will bring on for hearing the attached Motion to Dismiss before Judge Eldon E. Fallon of the United States District Court for the Eastern District of Louisiana, Section "L", 500 Poydras Street, New Orleans, Louisiana 70130, on the 22nd day of September 2010, at 9:30 a.m., or at a time set further by this Court.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the above and foregoing NOTICE OF HEARING has been served on Plaintiffs' Liaison Counsel, Russ Herman (drywall@hhkc.com), and Defendants' Liaison Counsel, Kerry Miller (kmiller@frilot.com), by U.S. Mail, email, and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the USDC for the Eastern

District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL NO. 2047, on this 18th day of August, 2010.

        SELLARS, MARION & BACHI, P.A.
        Attorneys for Residential Drywall, Inc.
        811 North Olive Avenue
        West Palm Beach, FL 33401
        Telephone: (561) 655-8111
        Facsimile: (561) 655-4994

By:    /s/ Jeremy D. Bertsch
        Florida Bar No.: 0043308