UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL Docket No. 2047<br><br>SECTION L<br><br>DISTRICT JUDGE FALLON |
| This documents relates to:<br>Taylor Woodrow Homes Central Florida Division LLC v. Scottsdale Indemnity Company<br>Civil Action No. 2:2010-cv-555 | MAGISTRATE JUDGE WILKINSON |

**SCOTTSDALE INSURANCE COMPANY'S
UNOPPOSED MOTION FOR EXTENSION OF TIME**

**Defendant SCOTTSDALE INSURANCE COMPANY**, ("Scottsdale") moves the Court for an additional twenty-five days, through and including September 10, 2010, within which to provide responses and/or objections to any jurisdictional discovery propounded by Plaintiffs in MDL No. 2047, Civil Action No. 2:2010-cv-555.  Scottsdale states as follows:

    1.    This Court entered an Order dated August 5, 2010 providing, in part: "[t]o avoid responding to discovery each moving insurer must stipulate by specifically stating that the company is subject to personal jurisdiction in MDL 2047 in the Eastern District of Louisiana...by August 10, 2010, or the non-stipulating moving insurer shall provide responses and/or objections to any jurisdictional discovery...by August 16, 2010." [Doc. # 4873].

- 2 -

2. On August 12, 2010, Plaintiffs served Scottsdale with written discovery requests consisting of Interrogatories and Requests for Production of Documents.

3. Accordingly, Scottsdale had four days, including the weekend, to respond to the written discovery requests.

4. Given the short amount of time and the extent of information sought in Plaintiffs' written discovery requests, Scottsdale needs more time to respond.

6. A twenty-five-day extension will neither prejudice any party nor delay the progression of this case.

7. Counsel for Scottsdale has conferred with counsel for Plaintiffs and counsel for Plaintiffs do not object to the relief requested herein by Scottsdale.

WHEREFORE, Scottsdale prays for an additional twenty-five (25) days, through and including September 10, 2010, within which to provide responses and/or objections to jurisdictional discovery propounded by Plaintiffs in MDL No. 2047, Civil Action No. 2:2010-cv-555.

Respectfully submitted,

**PHELPS DUNBAR LLP**


BY:   */s/ Virginia Y. Trainor*
      H. Alston Johnson, III (La. Bar No.7293)
      Virginia Y. Trainor (La. Bar No. 25275)
      II City Plaza
      400 Convention Street, Suite 1100
      Baton Rouge, Louisiana 70802-5618
      P.O. Box 4412
      Baton Rouge, Louisiana 70821-4412
      Telephone: (225) 346-0285
      Telecopier: (225) 381-9197
      Email: johnsona@phelps.com
            trainorg@phelps.com

**- AND –**

      Jay Russell Sever (La. Bar No. 23935)
      Charlotte Jane Sawyer (La. Bar No. 2818)
      365 Canal Street • Suite 2000
      New Orleans, Louisiana 70130-6534
      Telephone: (504) 566-1311
      Telecopier: (504) 568-9130
      Email: severj@phelps.com
            sawyerc@phelps.com

**ATTORNEYS FOR DEFENDANT,
SCOTTSDALE INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Unopposed Motion for Extension of Time* has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6 on this 18th day of August, 2010.

                                               */s/ Virginia Y. Trainor*
                                               Virginia Y. Trainor
                                               Bar No. 25275
                                               Attorney for Scottsdale Insurance Company
                                               Phelps Dunbar LLP
                                               II City Plaza
                                               400 Convention Street, Suite 1100
                                               Baton Rouge, Louisiana  70802-5618
                                               Telephone: (225) 346-0285
                                               Facsimile: (225) 381-9197
                                               trainorg@phelps.com