## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  CHINESE MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 2:09-md-02047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| Taylor Woodrow Homes Central Florida Division LLC  v. Scottsdale Indemnity Company (**2:2010-cv-555**) (E.D. La.) | * * * * * | MAGISTRATE WILKINSON |

**********************************************

## ORDER

Considering the foregoing Unopposed Motion for Extension of Time,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that Scottsdale Insurance Company, be, and is hereby granted an additional twenty-five (25) days , through and including September 10, 2010, within which to respond and/or object to jurisdictional discovery propounded by Plaintiffs in MDL No. 2047, Civil Action No. 2:2010-cv-555.

New Orleans, Louisiana, this _____ day of August, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

PD.4136739.1