UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | MDL No. 2047 |
| | SECTION: L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| | MAG. JUDGE WILKINSON |
| *Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932 | |

**NATIONWIDE'S MOTION TO JOIN IN ISOP'S AND CERTAIN INSURANCE DEFENDANTS' RESPONSES IN OPPOSITION TO THE PLAINTIFFS' STEERING COMMITTEE'S MOTION TO ESTABLISH A PLAINTIFFS' LITIGATION EXPENSE FUND TO COMPENSATE AND REIMBURSE ATTORNEYS FOR SERVICES PERFORMED AND EXPENSES INCURRED FOR MDL ADMINISTRATION AND COMMON BENEFIT**

Defendants Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company ("Nationwide") hereby move to join in the Response in Opposition to the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit filed by The Insurance Company of the State of Pennsylvania ("ISOP") and Certain Insurance Defendants.[1]

On July 26, 2010, the Plaintiffs' Steering Committee filed a motion seeking the creation of a litigation expense fund and the imposition of a 17% tax on all parties to the MDL. ISOP and Certain Insurance Defendants The Travelers Indemnity Company of Connecticut, Travelers Property Casualty Company of America f/k/a The Travelers Indemnity Company of Illinois, St. Paul Fire & Marine Insurance Company, and The Standard Fire Insurance Company ("Travelers") separately opposed the PSC's motion on August 10, 2010.  The arguments made in

---

[1] This motion to join is submitted reserving all defenses, and without waiving any objections to service of process, venue or jurisdiction.

both motions are adopted and incorporated herein by Nationwide's motion. Nationwide is a plaintiff in insurance coverage declaratory judgment actions which are pending in other jurisdictions and have not been made part of this Multi District Litigation

WHEREFORE, Nationwide respectfully requests that this Court grant its motion to join in ISOP's and Travelers' oppositions, and, for the reasons set forth in these oppositions, to deny Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, including insofar as it would apply to Nationwide, to lawsuits which are not subject to the MDL, and/or lawsuits concerning the availability of insurance coverage; and grant such other relief this Court deems necessary and proper.

Dated: August 18, 2010     Respectfully submitted,

*/s/ Catherine M. Colinvaux*
Catherine M. Colinvaux (Mass. Bar No. 557935)
Seth V. Jackson (Mass. Bar No. 658669)
**ZELLE HOFMANN VOELBEL & MASON LLP**
950 Winter Street
Suite 1300
Waltham, MA 02451
Tel: (781) 466-0700
Fax: (781) 466-0701
E-mail: ccolinvaux@zelle.com
E-mail: sjackson@zelle.com

- and -

Scott J. Ryskoski (Tex. Bar No. 24038306)
**RYSKOSKI LAW, P.L.L.C.**
556 Silicon Drive
Suite 100
Southlake, TX 76092
Tel: 817-310-3527
Fax: 817-310-0141
E-mail: sjr@ryskoskilaw.com

*Attorneys for Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Nationwide's Motion to Join in ISOP's and Certain Insurance Defendants' Responses in Opposition to the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit** has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail <u>or</u> by hand delivery and e-mail <u>and</u> upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 6, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 18th day of August, 2010.

*s/ Catherine M. Colinvaux*
Catherine M. Colinvaux