UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE-MANUFACTURED DRYWALL  MDL No. 2047
PRODUCTS LIABILITY LITIGATION

SECTION: L

THIS DOCUMENT RELATES TO:  JUDGE FALLON
MAG. JUDGE WILKINSON

*Amato, et al. v. Liberty Mutual Insurance Company, et al.*, Civil Action No. 2:10-cv-00932

## ORDER

AND NOW, on this _____ Day of _____, 2010, upon consideration of Defendants Nationwide Mutual Insurance Company and Nationwide Mutual Fire Insurance Company Motion to Join in ISOP's and Certain Insurance Defendants' Responses in Opposition to the Plaintiffs' Steering Committee's Motion to Establish a Plaintiffs' Litigation Expense Fund to Compensate and Reimburse Attorneys for Services Performed and Expenses Incurred for MDL Administration and Common Benefit, it is hereby ORDERED, ADJUDGED AND DECREED that said motion is GRANTED.

By the Court,

_____
HONORABLE ELDON E. FALLON
U.S. District Judge