UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE-MANUFACTURED DRYWALL PRODUCTS LIABILITY LITIGATION | * * * * | MDL NO. 2047 |
| | * | JUDGE FALLON |
| **This document relates to:** | * * | |
| *Joshua C. Price and Kimberlea Price v. USAA Casualty Insurance Co.* Case No. 10-CV-01420 (E.D. La.) | * * * * | MAG. JUDGE WILKINSON |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

CONSIDERING the foregoing Motion for Leave to File Reply Memorandum in Support of Motion to Dismiss filed by USAA Casualty Insurance Company ("USAA-CIC");

IT IS ORDERED that the foregoing motion be and hereby is GRANTED and that the Reply Memorandum in Further Support of USAA Casualty Insurance Company's Motion to Dismiss be filed into the record of this proceeding.

New Orleans, Louisiana, this 17th day of August, 2010.

_____
UNITED STATES DISTRICT JUDGE