IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
 :
This Documents Relates to : JUDGE FALLON
 : MAG. JUDGE WILKINSON

**ORDER ON PLAINTIFF'S, CHRISTY CIMO, NOTICE OF
VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(I)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiff's' CHRISTY CIMO, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana this __18th__ day of _____August_____, 2010.

_____
HONORABLE ELDON E. FALLON