IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

IN RE: CHINESE MANUFACTURED DRYWALL : MDL No. 2047
PRODUCTS LIABILITY LITIGATION : Section L
 :
This Documents Relates to : JUDGE FALLON
 : MAG. JUDGE WILKINSON

**ORDER ON PLAINTIFFS', SHELLY PARR, AND KELLY PARR, NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FRCP 41(a)(1)(A)(I)**

Considering the foregoing motion,

IT IS HEREBY ORDERED that Plaintiffs' SHELLY PARR, AND KELLY PARR, Notice of Voluntary Dismissal is hereby, and in all things GRANTED.

New Orleans, Louisiana this 18th day of August, 2010.

_____
HONORABLE ELDON E. FALLON