UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

THIS DOCUMENT RELATES TO:  ALL CASES

**APPLICATION FOR APPOINTMENT OF JOE CYR AND
RICHARD C. STANLEY TO THE DEFENDANTS' STEERING COMMITTEE**

Joe Cyr of Hogan Lovells US LLP and Richard C. Stanley of Stanley, Reuter, Ross, Thornton & Alford, LLC ("Applicants"), through undersigned counsel and with the support of Defendants' Liaison Counsel, now submit their application to be appointed as members of the Defendants' Steering Committee ("DSC"), averring as follows:

**I.      INTRODUCTION**

On July 27, 2009, this Court entered Pre-Trial Order no. 7, appointing the members of the DSC.  On June 10, 2010, Joe Cyr of Hogan Lovells US LLP and Richard C. Stanley of Stanley, Reuter, Ross, Thornton & Alford, LLC appeared as counsel on behalf of Taishan Gypsum Co., Ltd. in several cases in the MDL.  In addition, on July 6, 2010, Applicants appeared as counsel for Taishan Gypsum Co., Ltd. and Taian Taishan Plasterboard Co., Ltd.  in additional cases.  Both entities have been sued for allegedly manufacturing defective drywall.  Because Applicants

1

believe that their services would be beneficial to the Defendants in the MDL, they now submit the following in support of their application for appointment to the DSC.  Defendants' Liaison Counsel Kerry Miller has reviewed and approves of this application.

## II.     THE APPLICANTS SATISFY THE COURT'S SELECTION CRITERIA.

Pretrial Order No. 1 specifies that "[t]he court will consider the recommendation of the defendant(s) for membership on the defendant(s) steering committee … [which] will have the duties and responsibilities described in Paragraph 17 of this Order." According to paragraph 17, "the main criteria for membership in the [DSC] will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others;[] (c) professional experience in this type of litigation[; and] (d) willingness to commit the necessary resources to pursue this matter." As discussed below and as shown in their curriculum vitae (attached as Exhibits A and B, respectively), Applicants have extensive experience and knowledge with respect to complex class actions. Applicants have also served in leadership roles in similar litigation that have resulted in successful outcomes for defendants. Applicants have proven track records of working cooperatively with other firms and each has avowed his willingness and commitment to provide the time and resources necessary to defend this litigation.

### A.     WILLINGNESS AND AVAILABILITY

Applicants have the resources necessary to participate on behalf of the defendants on the DSC. Applicants are highly motivated, willing, and available to commit the time and resources necessary to facilitate the expeditious, economical, and just administration of this litigation. Applicants have been involved in class-action tort cases involving issues similar to those raised by plaintiffs in their complaints. Applicants have the resources in terms of both staffing and

finances to provide a proper representation. Applicants are prepared to commit their personal time and skills to all DSC duties that this Court may assign to them.

### B. ABILITY TO WORK COOPERATIVELY WITH OTHERS

Applicants will commit to working harmoniously and effectively with others in this complex litigation. Applicants are already begun working with other parties and their counsel to attempt to find common ground and work toward a resolution of the issues alleged in the complaints.

### C. PERSONAL EXPERIENCE

Applicants have the experience that the Court demands. Applicants have the resources, experience, motivation, competence, and support personnel necessary to handle this type of complex litigation. Applicants have a proven track record of working on complex litigation matters.

### D. WILLINGNESS TO COMMIT THE NECESSARY RESOURCES

As stated previously herein, Applicants have been engaged in the practice of mass-tort and complex litigation for many years. Applicants possess the necessary resources for a case of this magnitude and are ready and willing to commit those resources to facilitate the expeditious, economical, and just administration of this litigation. It is respectfully suggested to this Court that Applicants possess all of the qualifications, and meet or exceeds all of the requirements stated by this Court as necessary for this Court's appointment.

WHEREFORE, Applicants respectfully request that the Court order the appointment of Joe Cyr of Hogan Lovells US LLP and Richard C. Stanley of Stanley, Reuter, Ross, Thornton & Alford, LLC to the Defendants' Steering Committee.

Respectfully submitted,


/s/  Thomas P. Owen, Jr.
Joe Cyr
Frank T. Spano
Eric Statman
HOGAN LOVELLS US LLP
875 Third Avenue
New York, New York 10022
Email: Joe.cyr@hoganlovells.com
Frank.spano@hoganlovells.com
Eric.statman@hoganlovells.com
Telephone: 212-918-3000
Facsimile: 212-918-3100

Richard C. Stanley (La. Bar No. 8487)
Thomas P. Owen, Jr. (La. Bar No. 28181)
STANLEY, REUTER, ROSS, THORNTON
& ALFORD, LLC
909 Poydras Street, Suite 2500
New Orleans, Louisiana 70112
Telephone: 504-523-1580
Facsimile: 504-524-0069
E-mail: rcs@stanleyreuter.com
tpo@stanleyreuter.em

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Application for Appointment of Joe Cyr and Richard C. Stanley to the Defendants' Steering Committee has been served on Plaintiffs' Liaison Counsel, Russ Herman, and Defendants' Liaison Counsel, Kerry Miller, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with the Pretrial Order No. 6, and that the foregoing was also electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 2047, on this 19th day of August, 2010.

/s/  Thomas P. Owen, Jr.