

| CITIZENSHIP | EVENTS |
| DIVERSITY | ALUMNI |
| PRO BONO | CONTACT US |

**English** 中文

ABOUT US   **OUR PEOPLE**   PRACTICES   INDUSTRY SECTORS



**V-CARD**

**PHONE**
+1 212 909 0642

**FAX**
+1 212 918 3100

### JOE CYR
Partner, New York
joe.cyr@hoganlovells.com

Joe Cyr is a senior partner in our commercial litigation practice and focuses on complex interdisputes. He has 30 years of experience in all phases of litigation, including jury trials and app
U.S. state and federal courts. Joe has served as lead counsel in jury trials and in significant
international arbitrations on behalf of some of the world's largest corporations and financial in:

*Chambers USA* ranks Joe as one of the leading commercial litigators in New York. Joe forme
up Lovells' Litigation and Arbitration Practice in the United States.

Joe's current practice is focused on international litigation and arbitration, particularly in repre
multinational companies in complex multi-jurisdictional commercial disputes and in consumer
actions, including claims involving human rights, international law, and product liability. Joe al
substantial experience in lawsuits and arbitration proceedings involving energy, commercial a
investment banking, and the federal securities laws.

Joe has devoted much of his practice to representing non-U.S. multinational corporations eng
international transactions. His experience with issues arising in international disputes is quite
Joe is frequently asked to appear on panels and make presentations on issues related to inte
litigation and arbitration, particularly on the extraterritorial application of U.S. laws and strateg
protecting the limited liability of non-U.S. multinational holding companies

### REPRESENTATIVE EXPERIENCE
Lead trial counsel in obtaining high profile multimillion dollar jury verdict and punitive damage:
of AXA against AIG in New York Federal Court.

Lead counsel in obtaining summary judgment for Talisman Energy, a major energy company,
class action on behalf of 300,000 southern Sudanese under the Alien Tort Statute for aiding a
human rights violations allegedly committed by the Government of Sudan in providing protect
oil concession area in Southern Sudan. The landmark decision of the Second Circuit Court of
affirming summary judgment set a high bar for such suits against multinational corporations.

Lead counsel for many corporate defendants in securities and other consumer class actions,
the largest consumer class action in United States history."

Lead counsel for Dartmouth College in a dispute challenging the largest bequest in its history

Lead trial counsel for Enron in obtaining successful defense verdict before a jury in New York
Court."

*Matter handled prior to joining the firm*

### RECENT PRESENTATIONS
**2010**
Sponsored consultation for United Nations to share the perspective of multinational corporatic
the Special Representative of the UN Secretary-General on the issue of human rights and tra
corporations and other business enterprises in support of his ongoing mandate to provide gui

**EXHIBIT A**

principles to sovereign states and their multinationals regarding the corporate responsibility to human rights, New York.

**2009**
Presenter, "Multinational perspective on corporate responsibility and accountability." Annual International Law Weekend, New York

**2009**
Presenter, "Pre-judgment remedies available in the US." Dusseldorf

**2009**
Sponsor, Round Table Discussion for General Counsel on Corporate Social Responsibility. L

**2009**
Speaker, Energy Dispute Resolution Conference, Calgary

**2004 - 2009**
Numerous presentations, "Product liability." Europe

**2000 - 2010**
Numerous presentations, "The liability of corporations for violations of international law and hu rights." Asia, the Middle East, Europe, and the United States

**2000 - 2010**
Numerous presentations, "The extraterritorial reach of U.S. courts and U.S. laws, including th terrorism Act, the Espionage Act, the Foreign Corrupt Practices Act, the Alien Tort Statute an Securities Laws." Asia, the Middle East, Europe, and the United States

© HOGAN LOVELLS. ALL RIGHTS RESERVED. HOGAN LOVELLS (THE "FIRM") REFERS TO THE INTERNATIONAL LEGAL PRACTICE INCLUD LLP, EACH OF WHICH IS A SEPARATE ENTITY. ATTORNEY ADVERTISING. PRIOR RESULTS DO NOT GUAR