

ABOUT US    PRACTICE AREAS    ATTORNEYS    NEWS    CONTACT    LINKS

Richard C. Stanley

rcs@stanleyreuter.com
(504) 523-1580

**Litigation**
Mr. Stanley represents clients throughout Louisiana and the surrounding region in complex commercial litigation, including class action defense in products liability and securities cases.

**Legal Ethics**
Chairman, Louisiana State Bar Committee on Rules of Professional Conduct

Chairman, Louisiana State Bar Committee on Codes of Lawyer and Judicial Conduct

Member, LSBA Ethics 2000 Committee

Member, Louisiana Supreme Court Committee to Study Financial Assistance to Clients

**Experience Summary:**
Rick Stanley concentrates his practice in complex commercial and class action litigation and in the representation of lawyers and law firms in connection with issues of ethics and professional liability.

Mr. Stanley litigates cases in the state and federal courts, both at the trial and appellate levels. His clients include two of Louisiana 's largest electric utilities (Entergy and Cleco), the City of New Orleans, as well as many out-of-state clients with litigation in Louisiana.

Mr. Stanley graduated from Louisiana State University *summa cum laude* and received the University Medal for academic achievement. He graduated cum laude from Harvard Law School, where he received the Oberman Award for legal writing. After graduation, he served as law clerk to the late Honorable Albert Tate, Jr. on the United States Fifth Circuit Court of Appeals.

Since 1985, Mr. Stanley has taught on a part-time basis on the adjunct faculty of Tulane Law School. As an adjunct Professor of Law, his courses have included Criminal Process and Practice, Trial Advocacy, Legal Ethics, and Professional Responsibility.

**Year Admitted to Practice:** 1984

**Other Professional Experience:**
Partner in the firm Stone, Pigman, Walther, Wittmann & Hutchinson, L.L.P.;
New Orleans, Louisiana (1985-97)

Law clerk to the late Hon. Albert Tate, Jr., United States Court of Appeals for the Fifth Circuit (1984-85)

Professor of Law, Adjunct Faculty, Tulane Law School, 1985-Present
(Courses taught include Professional Responsibility Seminar, Legal Ethics, Trial Advocacy, and Criminal Process and Practice) Instructor, Bar BRI (Constitutional Law)

**Education:**
Louisiana State University (B.A., summa cum laude, 1980)

**EXHIBIT B**

Harvard Law School (J.D., cum laude, 1983)

**Law School Honors:**
Recipient: Harvard Law School Irving Oberman Award, 1983

Harvard Defenders - President 1981-1982; Appeals Officer 1980-1981

Board of Student Advisors; Chairman of Harvard's First Year Legal Research Training Program, 1981-1982

Professional, Business & Civic Affiliations:
Member: New Orleans, Louisiana State and American Bar Associations

**Publications/Articles:**
Age Restrictions in Housing: The Denial of the Family's Right
 to Its Integrity, 19 HARV. C. R. - C.L.L. REV. 61 (1984).

Albert Tate, Jr.: Judge, Jurist and the Barber in Ville Platte,
 47 LA. L. REV. 1011 (1987).

Antitrust Law: Fifth Circuit Symposium,
 35 LOYOLA L. REV. 687 (1989).

Antitrust Law: Fifth Circuit Symposium,
 36 LOYOLA L. REV. 655 (1990).

Constitutional Law: Fifth Circuit Symposium,
 37 LOYOLA L. REV. 631 (1991).

Constitutional Law: Fifth Circuit Symposium,
 42 LOYOLA L. REV. 491 (1996).

A Professional Model of Ethics,
 47 LOYOLA L. REV. 733 (2001).

**Bar Admissions:** Louisiana State Courts, Louisiana Federal Courts (all districts); U.S. Fifth Circuit Court of Appeals; U.S. Supreme Court