UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: CHINESE MANUFACTURED | * | MDL No. 2047 |
| DRYWALL PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | JOSEPH C. WILKINSON, JR. |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO: ALL CASES**

## ORDER

Considering the Application for Appointment of Joe Cyr and Richard C. Stanley to the Defendants' Steering Committee,

IT IS HEREBY ORDERED that Joe Cyr of Hogan Lovells US LLP and Richard C. Stanley of Stanley, Reuter, Ross, Thornton & Alford, LLC are hereby appointed to the Defendants' Steering Committee.

New Orleans, Louisiana this ____ day of _____, 2010.

_____
Honorable Eldon E. Fallon
United States District Judge

1